# AFFIDAVIT OF SERVICE

| Case: 4:26-cv-00226-JM | Court: | County: | Job: 15421669 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Adam Kell Bobb | | **Defendant / Respondent:** Lincoln National Life Insurance Company | |
| **Received by:** Virginia's Investigation | | **For:** MARCUS VADEN | |
| **To be served upon:** Lincoln National Life Insurance Company | | | |

I, Karl Wawak, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Corporation Service Company, Company: 300 South Spring Street, Little Rock, AR 72201

**Manner of Service:** Registered Agent, Mar 13, 2026, 12:49 pm CDT

**Documents:** Summons (Received Mar 12, 2026 at 1:00am CDT), Complaint (Received Mar 12, 2026 at 1:00am CDT)

**Additional Comments:**
1) Successful Attempt: Mar 13, 2026, 12:49 pm CDT at Company: 300 South Spring Street, Little Rock, AR 72201 received by Corporation Service Company.
Served at the front desk at Corporation Service Company 300 South Spring Street
Little Rock, AR 72201

03/16/2026

Karl Wawak
Private Investigator REP 0006525 Server
23LS-16_7

**Date**

Virginia's Investigation
53 OVERLAND PARK RD
VILONIA, AR 72173

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Donna K Jenkins

**Notary Public**

**Date**

**Commission Expires**

DONNA K JENKINS
SEARCY COUNTY
NOTARY PUBLIC -- ARKANSAS
My Commission Expires June 21, 2026
Commission No. 12698100