**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM KELL BOBB,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:26cv00226-JM**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY,** **DEFENDANT**

# NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for Defendant, The Lincoln National Life Insurance Company.

I certify that I am admitted to practice in this Court.

Dated this 3rd day of April 2026.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marcus Vaden
Email: mvaden@marcusvaden.com

April 3, 2026 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers