**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM KELL BOBB,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:26cv00226-JM**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY,** **DEFENDANT**

# JOINT STIPULATED RECORD

Plaintiff Adam Kell Bobb and Defendant The Lincoln National Life Insurance Company file this Joint Stipulated Record pursuant to the Court's Order.

A. Group Disability Income Policy and Certificate (Lincoln/Bobb 0001-0089);

B. Denial of Appeal Correspondence (Lincoln/Bobb 0218-0226); and

C. Administrative Record (Lincoln/Bobb 0090-0217 and 0227-2707).

Dated: August 4, 2026.

Respectfully submitted,

By: /s/ Marcus Vaden

Marcus Vaden, Ark. Bar No. 89126
MARCUS VADEN LAW
P.O. BOX 2030
Conway, Arkansas 72033
(501) 329-8723
Email: mvaden@marcusvaden.com

ATTORNEYS FOR PLAINTIFF

- AND –

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT