# LTD CLAIM PROFILE

**Date:** 3/17/2026 **LFG** **Claim #:** 1220024325

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 3/8/2022 | **Location:** | HOME |
| **Policy:** | 00001020137500000 - | **Status:** | EXTENDED | **User ID:** | LAW |
| | Trinity Village, Inc. | **Business:** | TRUE LTD | | |

## Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | ADAM K BOBB | **Phone:** | | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 8/14/2014 |
| **Address:** | MARCUS VADEN LAW | **Ins Eff:** | 1/1/2017 | **Class:** | 1 |
| | PO BOX 203 | **Occ:** | MAINTENANCE WORKER, M**DOT** IPAL (g899684046ser.) | | |
| | CONWAY AR 72033 USA | **Salary:** | $2,801.07 | **Period:** | Monthly |

## Claim Information

**Special Provisions:** **Min Ben:** $50.00

**Ben:** 0% / 0% **A/S:** 0% **Age:** 37 **Elim Per:** 180 day

**DLW:** 6/17/2021 **DOD:** 6/18/2021 **S/A:** S **W/R:** N **M/N:** N **D/A:** N **ADL:** **Ben Amt:** $1,400.00

**Max Duration:** 5 Years **Res ID:**

**Diagnosis Pri:** I10 Essential (primary) hypertension **Limits:**

**Sec:** R07.9 Chest pain, unspecified **Prognosis:**

**Recovery Date:** 12/15/2026

## Benefit Information

| | | | | | |
|---|---|---|---|---|---|
| **Date Ben Begin:** | 12/15/2021 | **Months Paid:** | 36 | **Actual Age:** | 38 |
| **Modal:** | $1,400.00 | **Reins:** | $0.00 | **Reserve:** | $0.00 |

## Policy Information

**M/N Limits:** Y **Drug Limits:** Y **Pension Sup:** N **Own Occ:** 24 Mos

**SS Offset:** Primary & Family **Prex:** 6/12

**COLA:** NONE

## Offset Information

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| Fam Care | NOT QUALIFY | 12/15/2021 | 12/15/2022 | $250.00 | |
| PIB | NOT QUALIFY | 12/15/2021 | | $280.11 | |
| STD | TERMINATED | 6/18/2021 | 12/17/2021 | $250.00 | $1,083.33 |
| RET EMP | NOT QUALIFY | | | | |

## Dependent Information

| Type | DOB | Name |
|---|---|---|
| Spouse | | NANCY BOBB |

## Alert Information

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|
| T | W | REHAB PROFILE | 3/8/2022 | 8/1/2022 |

EXHIBIT

C, part 1

**LTD CLAIM PROFILE**

**Date:** 3/17/2026 **LFG** **Claim #:** 1220024325

**Action Plan**

# Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | ADAM BOBB | | | **Occupation:** | MAINTENANCE WORKER, MUNICIPAL (government ser.) | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 3/8/2022 | **Months Dis:** | 56 |
| **Claim #:** | 1220024325 | **DOD:** | 6/18/2021 | **Ben:** | $1,400.00 | **Months Pd:** | 36 |
| **Coverage:** | LTD | **Status:** | EXTENDED | | | **Assignee:** | LAW |
| **Policy Holder:** | Trinity Village, Inc. | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 3/8/2022 | Documents/Mail | 5 | Disability Acknowledgement | Completed | AJHICKS |
| | Disability Acknowledgement | | | | |
| 3/8/2022 | Documents/Mail | 4 | Disability Acknowledgement | Completed | AJHICKS |
| | Disability Acknowledgement | | | | |
| 3/8/2022 | Documents/Mail | 1 | Fax | Completed | AJHICKS |
| | 2022-03-08-16.11.20.521580O01 | | | | |
| 3/8/2022 | Documents/Mail | 3 | Claim Form - Authorization | Completed | AJHICKS |
| | 2022-03-08-16.11.32.696581O01 | | | | |
| 3/8/2022 | Documents/Mail | 2 | Claim Form - EE, ER, APS | Completed | AJHICKS |
| | 2022-03-08-16.11.29.080580O01 | | | | |
| 3/8/2022 | Claim Tasks | 1 | Verify Occupation | Completed | AJHICKS |
| | DOT/Occupation was Unknown | | | | |
| 3/14/2022 | Documents/Mail | 8 | Pend Ltr to Employee | Completed | AJHICKS |
| | Pend Ltr to Employee | | | | |
| 3/14/2022 | Documents/Mail | 7 | Pend Ltr to Employee | Completed | AJHICKS |
| | Pend Ltr to Employee | | | | |
| 3/14/2022 | Documents/Mail | 6 | Pend Ltr to Employer | Completed | AJHICKS |
| | Pend Ltr to Employer | | | | |
| 3/14/2022 7:48:57 AM | Medical | 1 | PHYSICIAN | Initial | AJHICKS |
| | Claim is pending; noi med notice letter to EE/Attorney - AJHICKS - Mar 21, 2022 01:56:31 pm | | | | |
| | Rec'd invoice from Dr. Kerry Pennington - AJHICKS - Mar 26, 2022 05:48:29 pm | | | | |
| 3/14/2022 10:34:10 AM | Summary/Assessment/Path | 1 | Initial Claim Summary - AJHICKS - Mar 14, 2022 10:43:48 am | Requested | AJHICKS |

Summary Notes
Initial Claim Summary - AJHICKS - Mar 14, 2022 10:43:48 am
Assessment Notes

CLAIM INFORMATION: Salary Verification / Definition of earnings:

BASIC MONTHLY EARNINGS or PREDISABILITY INCOME means the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date. The "Determination Date" is the last day worked just prior to the date the Disability begins.

It does not include commissions, bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; whichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage shown in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings will not exceed the amount shown in the Employer's financial records.

Claim Form: $697.60 Gross

ARDIS: $33,612.80 / 12 = $2,801.07 (bme)
- AJHICKS - Mar 14, 2022 10:43:48 am

Claim will be approved based on the amount on ARDIS; once it has been updated then the claim can be adjusted if

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

needed. - AJHICKS - Jun 15, 2022 02:38:31 pm
Path Notes

RATIONALE/DIRECTION: Pending

SUMMARY:
Claimant is a 37 year old male, Maintenance Worker (JD on file /climbing ladders ducking and craw ling lots of physical labor and w alking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis w ith Chronic Pain and primary Osteoarthritis right hip. He stated that he flipped a tractor at home and that's w hen the problems began.

ASSESSMENT:
Eligibility
Group ID: TRINITYVIL
List-Billed / 100% EE Post-Tax
Billing Location: 1542803; Premiums paid to 4/01/2022.
ER effective date: 1/01/2015
Claimant's DOH: 8/14/2014
Waiting Period:
(a) None for employees w ho w ere hired on or before the Policy Issue Date.
(b) 60 days of continuous Active Work for employees w ho w ere hired after the Policy Issue Date.
Claimant's effective date: 1/01/2017; EE terminated 10/04/2021 WOP
Claimant w orks 40 hours a w eek. The min is 30 hours a w eek.
Class 1 = All Full-Time Employees

POLICY INFORMATION:
Plan Type: Premier / Gainful w age: 60%
Benefit: 60% / Max: $400 to $5000 / Minimum Benefit: $50.00
Elim Period: 180 days / Ow n Occ: 24 months / MBD: 5 years or age 70
M&N: 24 month / D&A: 24 months / Special Conditions: None
Vocational Rehab: Voluntary
Reasonable Accommodation: Yes
Prior Insurance Credit: Yes

PRE-X INVESTIGATION: 6/12 - Plan does have pre-ex. Claimant w ent out after the 12-month period. No Pre-ex Investigation is needed.

OFFSETS:
STD Benefits:$250.00 per w eek from 7/02/21 to 9/03/21 but max date is 12/17/21 (24 w eeks) Claim w as denied as Not TDOO
Salary Continuance: $1,395.20 on 7/10/2021 for sick leave w ages
Pension: Email to the Group

SSA: If you are applying for Social Security Disability or have been aw arded, w e encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If w e receive this information, w e w ill evaluate it as part of your claim.

Riders
** Progressive Income Benefit (PIB): 10% to Max: $5000.00; EE's condition w ould not interfere w ith 2 or more of her ADL's.
** Family Care Expense Benefit: $250 per month for each dependent for 12 months.
** Survivor Benefit (SIB): 3 Months

MEDICAL
The APS w as completed by Dr. Kerry Pennington, not dated
Diagnosis: chronic pain and primary Osteoarthritis right hip
Symptoms: he had right hip pain since 01/2021 after he flipped tractor.
Objective Finding: MRI show ed Labrial Tear
Medical History: unable to w ork 6/17/2021
Treatment: he is seeing Dr. John Brow n & O'Malley surgeon at VAMS; he needs assistance w ith dressing and

bathing.
R&L's: he can occasionally lift up to 10 lbs., stand, stoop, crunch, crawl, bend and reach overhead. he can constantly sit and grasp. he can frequently reach desk level or below waist. he can never lift over 12 lbs., walk, balance, kneel, climb, push or pull. He is able to perform light duty work.
Estimated RTW: 1-2 Months

Rec'd records under STD claim from Dr. Mark Ramiro dated 6/07/21 to 08/23/21
** 6/07/21: 37 year old male sing today for right hip pain. he states he's been compliant with taking the medication as directed. he has not been seen by any other providers since his last office visit.
** 6/18/21: 37 year old male seen for right hip pain, right groin pain and burn to the bottom of his right foot so he's been limping and that's causing more pain.
** 6.28.21: sing for follow up to right foot and right side hip pain. he stated his foot is healing but he could not use the Silvadene cream. he stated he tried using it but it made his foot swell up so he stopped using it. he states when he wears his boots and socks the area to his foot hurts and bleeds more. he's tried to take steroids for his hip pain but he really couldn't tell it difference. he feels a tightness in his groin when he wakes up. his wife reports he's been having a section and his back also that's been burning. MRI has not been approved pending peer to peer review .
** 7/08/21: he is seen for follow up visit due to persistent right hip pain. he has been doing ROM exercise for his right hip. he brought FMLA and STD paperwork and today.
** 7/27/21: he was seen for follow up on right hip pain. he has been compliant with plan symptoms are still about the same as last visit. MRI was ordered on 6/21/21 for persistent pain but was not approved even after peer to peer. physical therapy was then ordered which he's been going up until today he says pain was so bad he couldn't do it and therapy itself was painful. Review the PT notes which show possible labral tear. E said his therapy said he could not help him with that and PT would not fix it. he said no change in his pain, nothing new , still painful, can't tell that therapy is working.
8/05/21: he was seen for follow up on right hip pain which continues and no improvement. he went to PT but he missed the visit because he was out of pain medication. the PT cancelled his upcoming appointments. he has pain from right groin into hip. it is worse with sitting, standing, and lying down. it's been ongoing for about a year. It started after he was driving the tractor and it turned over on him.
** 8/23/21: follow up visit on right hip and groin pain continues. he went to PT twice but exercise has not helped his pain. he is scheduled to see Dr. Alan Pollard next week. he states his hip catches and pops. He continues to be off work until further notice. will attempt approval for MRI hip again.

9/01/2021: April Summer McGhee/ JRMC Ortho and Soine Clinic:
38 year old male was seen for right hip pain. He has severe right groin pain and right lateral leg pain. he does perceive severe right leg weakness. he is extremely unsteady on his feet and has fallen. the last fall he had actually broke a tooth. he does have history of hypertension and has had a CVA. this pain is interfering with his activities at daily living. he cannot work due to the severe pain. Plan is to order and MRI of the pelvis, right. he will follow up after this test has been completed.

10/25/2021 OVN from Dr. Kerry Penningto: EE wants to establish care and he's due for his HIV screening. He is seen as a new patient due to chronic pain in the right hip. he lost his job and has no insurance. he has been followed by Dr. Pollard for right hip pain and needs MRI. he also has history of hypertension and anxiety related to these issues. he's been told that he has arthritis of the hip and lumbar spine and apparently Dr. Pollard considered him having a torn labrum. He was given physical therapy for his right hip but states that therapy made it much worse so he stopped it. Follow up in 3 months.

11/08/2021: MRI of right hip; tear of the right anterior superior labrum between 2-3 positions.

Rec'd letter dated 11/18/2021 from Dr. Kerry Pennington; EE has severe hip pain for one year that doesn't allow him to work. his recent MRI showed a labral tear. he should receive disability and this has until this has been repaired.

PLAN:
CE will reach out to attorney to determine if any other medical records after DOS 10/25/21 with Dr. Pennington or any other treating provider.

Once the records are received, claim will be referred to clinical review to determine if his condition precludes him from performing the main duties of his occupation. As the STD claim was only paid to 9/ 03/2021 and the max date is not until 12/17/2021. The claimant also was terminated on 10/04/2021 which is before the benefit start date for the LTD. - AJHICKS - Mar 14, 2022 10:43:48 am

Incoming MEDICAL RECORDS in AWD dated 3/25/2022

Rec'd office records from Dr. Kerry Pennington 10/25/21 - 3/08/22
** 38 year old male seen as a new patient to establish care due to hiv screening. He has chronic pain in the right hip. He lost his job and has no insurance. He has been follow ed by Dr. Pollard for the hip pain and needs MRI. He has history of HTN and anxiety. He has arthritis in hip and lumbar spine. He has a torn labrum per Dr. Pollard. He w ent to PT for his right hip but it made it w orse. Increase Duloxetine for chronic anxiety; add Ibuprofen 600 3 times a day and tramadol 50 every 6 hrs for right hip pain andspondylosis of lumbar region, OA right hip.
** 3/08/22: EE seen for consulaton to fill out paperw ork for STD. due for HIV agrice.
** MRI right hip on 11/08/21; tear of the right anterior superior labrum

PLAN:
CE w ill reach out to attorney to determine if any other medical records after DOS 10/25/21 w ith Dr. Pennington or any other treating provider.

Claim w ill be referred to clinical review to determine if his condition precludes him from performing the main duties of his occupation. As the STD claim w as only paid to 9/ 03/2021 and the max date is not until 12/17/2021. The claimant also w as terminated on 10/04/2021 w hich is before the benefit start date for the LTD. - AJHICKS - Mar 29, 2022 05:03:10 pm

Clinical Conclusion:
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed. - AJHICKS - Apr 04, 2022 04:31:10 pm

Rec'd letter from the Attorney dated 4/12/2022
EE did have a follow up w ith Dr. Kerry Pennington after October 25, 2021.
EE has seen other providers after 11/8/2021. They are as follow s:
** Dr. Law rence K. O¡Malley, Orthopedic Surgeon, UAMS;
** Dr. John Brow n, Arkansas Spine and Pain in Jacksonville, Arkansas;
** Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.
Also, in review ing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, w e request an extension of time until June 1, 2022 to provide you w ith these records.
- AJHICKS - Apr 13, 2022 10:37:41 am

Managers response:
Updated medical information w as requested and the file w as referred for a Clinical Review w hich opined that that available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3.8.22 the EE is seeing an ortho w ith plans for surgery in the future. It w as recommended to reassess the medical information in three months from the last visit of 3.8.22. (June 2022). AS the medical information supports the R&L's that w ould prevent the EE from performing his Ow n Occupation, the claim w ill be approved. How ever, prior to any benefits being issued, the Claims Examiners w ill reach out to the STD Appeal examiner to inform then of the LTD decision and if STD is to re-open claim and issue STD benefits to the maximum benefit period. If STD does issue STD benefits to maximum date, then apply STD offset to LTD benefits prior to issuing. In addition, contact the Attorney for instructions on w hom the benefits are going to be issued to initially and into the future. Finally, reach out for the updated medical information recommended in the Clinical Review .

Email to the STD Appeal Specialist. - AJHICKS - Jun 13, 2022 03:12:57 pm

| | | | | | |
|---|---|---|---|---|---|
| 3/14/2022 10:44:16 AM | Claim Tasks | 2 | Update Claim Information | Requested | AJHICKS |

Email to the Attorney to determin if there is anymore medical records after 10/25/21. - AJHICKS - Mar 14, 2022 10:45:36 am

Hi Mr. Vaden,
We have received the Long Term Disability claim for Mr. Adam Bobb and need to verify additional information before proceeding:
Do you know if Mr. Bobb has had a follow up w ith Dr. Kerry Pennington after the 10/25/2021 visit?
Do you know if Mr. Bobb has seen any other providers after 11/08/2021 (the date of the MRI)?
If no more medical records to obtain for Mr. Bobb, his file w ill be referred to our clinical department for a full medical

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

review .
Thank you, Annette - AJHICKS - Mar 14, 2022 10:55:34 am

Claim w ill be referred to clinical review . - AJHICKS - Mar 29, 2022 05:08:54 pm

Based on the clinical review , EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed.

Discuss w ith Manager as the STD claim is under Appeals - AJHICKS - Apr 04, 2022 04:32:30 pm

Rec'd letter from the Attorney dated 4/12/2022
EE did have a follow up w ith Dr. Kerry Pennington after October 25, 2021.
EE has seen other providers after 11/8/2021. They are as follow s:
** Dr. Law rence K. O¡¦Malley, Orthopedic Surgeon, UAMS;
** Dr. John Brow n, Arkansas Spine and Pain in Jacksonville, Arkansas;
** Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.
Also, in review ing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, w e request an extension of time until June 1, 2022 to provide you w ith these records.
- AJHICKS - Apr 13, 2022 10:36:00 am

Manager w ill discuss claim w ith director. - AJHICKS - Apr 22, 2022 01:04:11 pm

Claim w ill be approved and payment w ill be issued to the claimant but mailed to the attorney. We w ill need to follow up on the records stated in the letter date 4/12/22 and w ith initial call to the attorney/claimant. - AJHICKS - Jun 15, 2022 02:35:35 pm

Rec'd Letter from Attorney dated 6/24/22- SSDI application submitted on 4/14/22 - AJHICKS - Jun 30, 2022 02:35:14 pm

-----

Sent req for med update w / TMP form to attorney - SHYAG1 - Aug 01, 2022 09:39:07 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/14/2022 10:45:40 AM | Claim Tasks | 3 | Call Employer | Requested | AJHICKS |

Hi Ms. April,

We have received the Long Term Disability claim for Mr. Adam Bobb and need to verify additional information before proceeding:

1. Is Mr. Bobb's position being held currently, if not can you provide his separation date?

2. Has Mr. Bobb returned to w ork or communicated a possible return to w ork date, if applicable?

3. Can you please verify the full last day w orked w as 06/17/2021?

4. Has Mr. Bobb received any incomes since the last day w orked? (Vacation time, Sick pay, Salary Continuances or Worker's Comp. etc.)
a) If so, w e w ill need to know the type of income, amount and dates?

5. Does your company have a pension/retirement plan?
a) If so w hat type is it (401k, 403b, profit sharing, defined benefit or contribution, etc.)?
b) Does the employee participate?
c) What are the contribution percentages from the employee and employer?
d) When is he eligible to receive this benefit?

Once w e receive this information w e w ill update our files accordingly and notify you once a decision has been rendered.

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Your assistance is greatly appreciated.<br><br>Have a great day!<br><br>Annette - AJHICKS - Mar 14, 2022 10:50:43 am | | | | |
| 3/14/2022 11:03:36 AM | Claim Tasks | 4 | Update Claim Information | Requested | AJHICKS |
| | Pend Letter to EE/Attorney and ER.<br><br>Send 2nd Pend Letter in 30 days. - AJHICKS - Mar 14, 2022 11:04:37 am | | | | |
| 3/16/2022 | Documents/Mail | 9 | Med Rec Request | Completed | VLHOFFM |
| | Med Rec RequestAttachments:adam bobb.pdf | | | | |
| 3/17/2022 4:19:16 PM | Documents/Mail | 11 | Misc. Correspondence | Received | AJHICKS |
| | 2022-03-17-14.25.54.481700O01 | | | | |
| 3/17/2022 4:19:16 PM | Documents/Mail | 10 | Email | Received | AJHICKS |
| | 2022-03-17-14.25.54.432700O01 | | | | |
| 3/17/2022 4:19:17 PM | Documents/Mail | 12 | Misc. Correspondence | Received | AJHICKS |
| | 2022-03-17-14.25.54.514700O01 | | | | |
| 3/17/2022 4:19:18 PM | Documents/Mail | 13 | Misc. Correspondence | Received | AJHICKS |
| | 2022-03-17-14.25.54.542700O01 | | | | |
| 3/17/2022 4:19:19 PM | Documents/Mail | 14 | Misc. Correspondence | Received | AJHICKS |
| | 2022-03-17-14.25.54.575700O01 | | | | |
| 3/17/2022 4:19:19 PM | Documents/Mail | 15 | Misc. Correspondence | Received | AJHICKS |
| | 2022-03-17-14.25.54.600700O01 | | | | |
| 3/17/2022 4:19:20 PM | Documents/Mail | 16 | Misc. Correspondence | Received | AJHICKS |
| | 2022-03-17-14.25.54.625700O01 | | | | |
| 3/21/2022 | Documents/Mail | 11 | Misc. Correspondence | Completed | AJHICKS |
| | 2022-03-17-14.25.54.481700O01 | | | | |
| 3/21/2022 | Documents/Mail | 14 | Misc. Correspondence | Completed | AJHICKS |
| | 2022-03-17-14.25.54.575700O01 | | | | |
| 3/21/2022 | Documents/Mail | 16 | Misc. Correspondence | Completed | AJHICKS |
| | 2022-03-17-14.25.54.625700O01 | | | | |
| 3/21/2022 | Documents/Mail | 15 | Misc. Correspondence | Completed | AJHICKS |
| | 2022-03-17-14.25.54.600700O01 | | | | |
| 3/21/2022 | Documents/Mail | 12 | Misc. Correspondence | Completed | AJHICKS |
| | 2022-03-17-14.25.54.514700O01 | | | | |
| 3/21/2022 | Documents/Mail | 10 | Email | Completed | AJHICKS |
| | 2022-03-17-14.25.54.432700O01 | | | | |
| 3/21/2022 | Documents/Mail | 13 | Misc. Correspondence | Completed | AJHICKS |
| | 2022-03-17-14.25.54.542700O01 | | | | |
| 3/21/2022 | Claim Tasks | 3 | Call Employer | Completed | AJHICKS |
| | Hi Ms. April,<br><br>We have received the Long Term Disability claim for Mr. Adam Bobb and need to verify additional information before proceeding:<br><br>1. Is Mr. Bobb's position being held currently, if not can you provide his separation date?<br><br>2. Has Mr. Bobb returned to w ork or communicated a possible return to w ork date, if applicable?<br><br>3. Can you please verify the full last day w orked w as 06/17/2021?<br><br>4. Has Mr. Bobb received any incomes since the last day w orked? (Vacation time, Sick pay, Salary Continuances | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

or Worker's Comp. etc.)
a) If so, we will need to know the type of income, amount and dates?

5. Does your company have a pension/retirement plan?
a) If so what type is it (401k, 403b, profit sharing, defined benefit or contribution, etc.)?
b) Does the employee participate?
c) What are the contribution percentages from the employee and employer?
d) When is he eligible to receive this benefit?

Once we receive this information we will update our files accordingly and notify you once a decision has been rendered.

Your assistance is greatly appreciated.

Have a great day!

Annette - AJHICKS - Mar 14, 2022 10:50:43 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/21/2022 1:45:50 PM | Other Income | 1 | Retirement | UNKNOWN | AJHICKS |

Does your company have a pension/retirement plan? Yes
a) If so what type is it (401k, 403b, profit sharing, defined benefit or contribution, etc.)? We have a 403b that is 100% employee contribution only. We also have a profit sharing(401k) that is employer contribution only and the percentage varies from year to year.
b) Does the employee participate? Yes
c) What are the contribution percentages from the employee and employer? See 5a.
d) When is he eligible to receive this benefit? It is the second quarter after the date the employee terminated.

- AJHICKS - Mar 21, 2022 01:46:08 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/24/2022 9:24:43 AM | Documents/Mail | 17 | Fax | Received | AJHICKS |
| | 2022-03-24-08.31.22.275900O01 | | | | |
| 3/24/2022 9:24:44 AM | Documents/Mail | 18 | Medical Record Invoice | Received | DAJIMER |
| | 2022-03-24-08.31.24.546900O01 | | | | |

PD CC $20.50(dwnload rate), (ONLINE/RECORDQUEST), RQ-ID: 1695499-47, FOR MED RECS FROM DR KERRY PENNINGTON, MD/ MAINLINE HEALTH SYSTEMS, INC. ALSO RECS DOWNLOADED AND SENT TO CS/DISCLMS TO BE ATTACHED. - DAJIMER - Mar 25, 2022 11:54:36 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/24/2022 9:24:45 AM | Documents/Mail | 19 | Medical Records | Received | AJHICKS |
| | 2022-03-24-08.31.27.930900O01 | | | | |
| 3/24/2022 9:24:46 AM | Documents/Mail | 20 | Claim Form - Authorization | Received | AJHICKS |
| | 2022-03-24-08.31.30.693900O01 | | | | |
| 3/25/2022 | Documents/Mail | 18 | Medical Record Invoice | Completed | DAJIMER |
| | 2022-03-24-08.31.24.546900O01 | | | | |

PD CC $20.50(dwnload rate), (ONLINE/RECORDQUEST), RQ-ID: 1695499-47, FOR MED RECS FROM DR KERRY PENNINGTON, MD/ MAINLINE HEALTH SYSTEMS, INC. ALSO RECS DOWNLOADED AND SENT TO CS/DISCLMS TO BE ATTACHED. - DAJIMER - Mar 25, 2022 11:54:36 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/25/2022 2:48:34 PM | Documents/Mail | 22 | Medical Records | Received | AJHICKS |
| | 2022-03-25-12.55.02.837900O01 | | | | |
| 3/25/2022 2:48:34 PM | Documents/Mail | 21 | Email | Received | AJHICKS |
| | 2022-03-25-12.55.02.752900O01 | | | | |
| 3/26/2022 | Documents/Mail | 17 | Fax | Completed | AJHICKS |
| | 2022-03-24-08.31.22.275900O01 | | | | |
| 3/26/2022 | Documents/Mail | 20 | Claim Form - Authorization | Completed | AJHICKS |
| | 2022-03-24-08.31.30.693900O01 | | | | |
| 3/26/2022 | Documents/Mail | 19 | Medical Records | Completed | AJHICKS |
| | 2022-03-24-08.31.27.930900O01 | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/26/2022 | Medical | 1 | PHYSICIAN | Closed | AJHICKS |

Claim is pending; noi med notice letter to EE/Attorney - AJHICKS - Mar 21, 2022 01:56:31 pm

Rec'd invoice from Dr. Kerry Pennington - AJHICKS - Mar 26, 2022 05:48:29 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/29/2022 | Documents/Mail | 22 | Medical Records | Completed | AJHICKS |

2022-03-25-12.55.02.837900O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/29/2022 | Documents/Mail | 21 | Email | Completed | AJHICKS |

2022-03-25-12.55.02.752900O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/29/2022 5:06:57 PM | Referrals | 1 | Initial Claim Review | Initial | AJHICKS |

Clinical Consultation - Review Referral Template

Demographics
Claimant Name: Adam Bobb
Claim Number: 1220024325
Benefit Start Date: 12/15/2021
COD: 12/15/2023
Date of Last Clinical Review : n/a
SSDI status: n/a
Attorney Contact? n/a

SUMMARY:
Claimant is a 37 year old male, Maintenance Worker (JD on file /climbing ladders ducking and craw ling lots of physical labor and w alking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis w ith Chronic Pain and primary Osteoarthritis right hip. He stated that he flipped a tractor at home and that's w hen the problems began.

MEDICAL PROVIDERS:
Dr. Kerry Pennington
April Summer McGhee/ JRMC Ortho and Soine Clinic

MEDICAL ASSESSMENT:
The APS w as completed by Dr. Kerry Pennington, not dated
Diagnosis: chronic pain and primary Osteoarthritis right hip
Symptoms: he had right hip pain since 01/2021 after he flipped tractor.
Objective Finding: MRI show ed Labrial Tear
Medical History: unable to w ork 6/17/2021
Treatment: he is seeing Dr. John Brow n & O'Malley surgeon at VAMS; he needs assistance w ith dressing and bathing.
R&L's: he can occasionally lift up to 10 lbs., stand, stoop, crunch, craw l, bend and reach overhead. he can constantly sit and grasp. he can frequently reach desk level or below w aist. he can never lift over 12 lbs., w alk, balance, kneel, climb, push or pull. He is able to perform light duty w ork.
Estimated RTW: 1-2 Months

Rec'd records under STD claim from Dr. Mark Ramiro dated 6/07/21 to 08/23/21
** 6/07/21: 37 year old male sing today for right hip pain. he states he's been compliant w ith taking the medication as directed. he has not been seen by any other providers since his last office visit.
** 6/18/21: 37 year old male seen for right hip pain, right groin pain and burn to the bottom of his right foot so he's been limping and that's causing more pain.
** 6.28.21: sing for follow up to right foot and right side hip pain. he stated his foot is healing but he could not use the Silvadene cream. he stated he tried using it but it made his foot sw ell up so he stopped using it. he states w hen he w ears his boots and socks the area to his foot hurts and bleeds more. he's tried to take steroids for his hip pain but he really couldn't tell it difference. he feels a tightness in his groin w hen he w akes up. his w ife reports he's been having a section and his back also that's been burning. MRI has not been approved pending peer to peer review .
** 7/08/21: he is seen for follow up visit due to persistent right hip pain. he has been doing ROM exercise for his right hip. he brought FM LA and STD paperw ork and today.
** 7/27/21: he w as seen for follow up on right hip pain. he has been compliant w ith plan symptoms are still about the same as last visit. MRI w as ordered on 6/21/21 for persistent pain but w as not approved even after peer to peer. physical therapy w as then ordered w hich he's been going up until today he says pain w as so bad he couldn't do it and therapy itself w as painful. Review the PT notes w hich show possible labral tear. E said his therapy said he could not help him w ith that and PT w ould not fix it. he said no change in his pain, nothing new , still painful, can't tell

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

that therapy is w orking.
8/05/21: he w as seen for follow up on right hip pain w hich continues and no improvement. he w ent to PT but he missed the visit because he w as out of pain medication. the PT cancelled his upcoming appointments. he has pain from right groin into hip. it is w orse w ith sitting, standing, and lying dow n. it's been ongoing for about a year. It started after he w as driving the tractor and it turned over on him.
** 8/23/21: follow up visit on right hip and groin pain continues. he w ent to PT tw ice but exercise has not helped his pain. he is scheduled to see Dr. Alan Pollard next w eek. he states his hip catches and pops. He continues to be off w ork until further notice. w ill attempt approval for MRI hip again.

9/01/2021: April Summer McGhee/ JRMC Ortho and Soine Clinic:
38 year old male w as seen for right hip pain. He has severe right groin pain and right lateral leg pain. he does perceive severe right leg w eakness. he is extremely unsteady on his feet and has fallen. the last fall he had actually broke a tooth. he does have history of hypertension and has had a CVA. this pain is interfering w ith his activities at daily living. he cannot w ork due to the severe pain. Plan is to order and MRI of the pelvis, right. he w ill follow up after this test has been completed.

10/25/2021 OVN from Dr. Kerry Penningto: EE w ants to establish care and he's due for his HIV screening. He is seen as a new patient due to chronic pain in the right hip. he lost his job and has no insurance. he has been follow ed by Dr. Pollard for right hip pain and needs MRI. he also has history of hypertension and anxiety related to these issues. he's been told that he has arthritis of the hip and lumbar spine and apparently Dr. Pollard considered him having a torn labrum. He w as given physical therapy for his right hip but states that therapy made it much w orse so he stopped it. Follow up in 3 months.

11/08/2021: MRI of right hip; tear of the right anterior superior labrum betw een 2-3 positions.

Rec'd letter dated 11/18/2021 from Dr. Kerry Pennington; EE has severe hip pain for one year that doesn't allow him to w ork. his recent MRI show ed a labral tear. he should receive disability and this has until this has been repaired.
Incoming MEDICAL RECORDS in AWD dated 3/25/2022
Rec'd office records from Dr. Kerry Pennington 10/25/21 - 3/08/22
** 38 year old male seen as a new patient to establish care due to hiv screening. He has chronic pain in the right hip. He lost his job and has no insurance. He has been follow ed by Dr. Pollard for the hip pain and needs MRI. He has history of HTN and anxiety. He has arthritis in hip and lumbar spine. He has a torn labrum per Dr. Pollard. He w ent to PT for his right hip but it made it w orse. Increase Duloxetine for chronic anxiety; add Ibuprofen 600 3 times a day and tramadol 50 every 6 hrs for right hip pain andspondylosis of lumbar region, OA right hip.
** 3/08/22: EE seen for consulaton to fill out paperw ork for STD. due for HIV agrice.
** MRI right hip on 11/08/21; tear of the right anterior superior labrum

Assessment / Recommendation /Specific Questions
According to the clinical evidence in file, does the claimant have any impairment(s)? If so, list the impairment(s), describe their impact to the claimant's functional status and note the expected duration of the impairment. - AJHICKS - Mar 29, 2022 05:08:21 pm
Transfer to CFMIZE per ANKMA4 - ANKMA4 - Apr 01, 2022 05:48:17 am
Date: April 1, 2022
Subject:Nursing Memorandum

Claim#: 1220024325 - prior clinical review 11/15/2021 Appeal - please reference for clinical findings and recommendations
Claimant: Adam Bobb, DOB 7/20/1986 - Maintenance Worker. DOD 6/18/2021 - diagnosis Osteoarthritis/OA of the right hip,
Providers: Dr. Kerry Pennington / Family Medicine, Dr. Alan Pollard - April Summer McGhee/ JRMC Ortho and Soine Clinic , Dr. Mark Ramiro/ FP

Clinical Assessment: EE w ith right hip pain, seen by ortho 9/1/2021 - complaints of right hip pain for over a year, severe right groin pain and lateral leg pain w ith right leg w eakness. EE is unsteady and has fallen multiple times. His pain is interfering w ith his ADLs and his pain is so severe he cannot w ork. Exam: internal/external rotation of right hip causes pain, EE has positive straight leg raise on the left, w alks w ith antalgic gait. Assessment: right hip pain, ordering a MRI of pelvis, follow up after MRI. PCP, initially treating w ith Dr. Ramiro /FP, how ever sw itched care to Dr. Pennington on 10/25/2021 at this visit EE reports chronic pain in his right hip needs an MRI but insurance company denied until he lost his job. Dr Pollard considers him having a torn labrum to be a very real possibility. EE w as ordered physical therapy, but it made it much w orse. Other diagnoses include hypertension, anxiety,

spondylosis of the lumbar region, primary OA of the right hip. Exam: moderate OA of the hands, decreased range of motion in his right hip secondary to pain, particularly internal rotation, tenderness to palpation anterior hip, and moderate stiffness of the lumbar spine. EE to continue meds, for right hip pain and spondylosis of lumbar spine, adding ibuprofen 3 times a day and narcotic as necessary. EE underwent a MRI of his hips 11/8/2021 - with findings of a tear of the right anterior superior labrum . Follow up with Dr. Pennington 3/8/2022 for chronic right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical spine pain. He is seen at the pain clinic for his neck and back, and sees an orthopedic - planning on labral surgery in the future. Exam: pain with internal/external rotation of the right hip. Both knee show mild stiffness bilaterally, moderate tenderness right SI joint and lumbar spine midline. Reflexes decreased. Assessment: Tear of right acetabular labrum, spondylosis cervical region and lumbar region and hypertension. Meds reconciled and refilled. EE to follow up with orthopedic and pain management - follow up in 4 months.

APS Dr. Mark Ramiro 7/8/2021 - diagnosis Hip pain on right, severe - avoid prolonged standing, walking, lifting - treatment medication and physical therapy, return to work partial hours 8/08/2021 - full time 9/8/2021
WS note 11/18/2021 - provided by Dr. Pennington, EE has severe hip pain for one year, that does not allow him to work, A recent MRI showed a labral tear. He should receive disability until this is repaired.
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to work until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho with plans for surgery in the future. EE also continues to treat with pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed.

Faye M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - CFMIZE - Apr 01, 2022 02:33:38 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/4/2022 | Referrals | 1 | Initial Claim Review | Completed | AJHICKS |

Clinical Consultation - Review Referral Template

Demographics
Claimant Name: Adam Bobb
Claim Number: 1220024325
Benefit Start Date: 12/15/2021
COD: 12/15/2023
Date of Last Clinical Review : n/a
SSDI status: n/a
Attorney Contact? n/a

SUMMARY:
Claimant is a 37 year old male, Maintenance Worker (JD on file /climbing ladders ducking and crawling lots of physical labor and walking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis with Chronic Pain and primary Osteoarthritis right hip. He stated that he flipped a tractor at home and that's when the problems began.

MEDICAL PROVIDERS:
Dr. Kerry Pennington
April Summer McGhee/ JRMC Ortho and Soine Clinic

MEDICAL ASSESSMENT:
The APS was completed by Dr. Kerry Pennington, not dated
Diagnosis: chronic pain and primary Osteoarthritis right hip
Symptoms: he had right hip pain since 01/2021 after he flipped tractor.
Objective Finding: MRI showed Labrial Tear
Medical History: unable to work 6/17/2021
Treatment: he is seeing Dr. John Brown & O'Malley surgeon at VAMS; he needs assistance with dressing and bathing.
R&L's: he can occasionally lift up to 10 lbs., stand, stoop, crunch, crawl, bend and reach overhead. he can constantly sit and grasp. he can frequently reach desk level or below waist. he can never lift over 12 lbs., walk, balance, kneel, climb, push or pull. He is able to perform light duty work.
Estimated RTW: 1-2 Months

Rec'd records under STD claim from Dr. Mark Ramiro dated 6/07/21 to 08/23/21
** 6/07/21: 37 year old male sing today for right hip pain. he states he's been compliant with taking the medication as

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

directed. he has not been seen by any other providers since his last office visit.
** 6/18/21: 37 year old male seen for right hip pain, right groin pain and burn to the bottom of his right foot so he's been limping and that's causing more pain.
** 6.28.21: sing for follow up to right foot and right side hip pain. he stated his foot is healing but he could not use the Silvadene cream. he stated he tried using it but it made his foot sw ell up so he stopped using it. he states w hen he w ears his boots and socks the area to his foot hurts and bleeds more. he's tried to take steroids for his hip pain but he really couldn't tell it difference. he feels a tightness in his groin w hen he w akes up. his w ife reports he's been having a section and his back also that's been burning. MRI has not been approved pending peer to peer review .
** 7/08/21: he is seen for follow up visit due to persistent right hip pain. he has been doing ROM exercise for his right hip. he brought FM LA and STD paperw ork and today.
** 7/27/21: he w as seen for follow up on right hip pain. he has been compliant w ith plan symptoms are still about the same as last visit. MRI w as ordered on 6/21/21 for persistent pain but w as not approved even after peer to peer. physical therapy w as then ordered w hich he's been going up until today he says pain w as so bad he couldn't do it and therapy itself w as painful. Review the PT notes w hich show possible labral tear. E said his therapy said he could not help him w ith that and PT w ould not fix it. he said no change in his pain, nothing new , still painful, can't tell that therapy is w orking.
8/05/21: he w as seen for follow up on right hip pain w hich continues and no improvement. he w ent to PT but he missed the visit because he w as out of pain medication. the PT cancelled his upcoming appointments. he has pain from right groin into hip. it is w orse w ith sitting, standing, and lying dow n. it's been ongoing for about a year. It started after he w as driving the tractor and it turned over on him.
** 8/23/21: follow up visit on right hip and groin pain continues. he w ent to PT tw ice but exercise has not helped his pain. he is scheduled to see Dr. Alan Pollard next w eek. he states his hip catches and pops. He continues to be off w ork until further notice. w ill attempt approval for MRI hip again.

9/01/2021: April Summer McGhee/ JRMC Ortho and Soine Clinic:
38 year old male w as seen for right hip pain. He has severe right groin pain and right lateral leg pain. he does perceive severe right leg w eakness. he is extremely unsteady on his feet and has fallen. the last fall he had actually broke a tooth. he does have history of hypertension and has had a CVA. this pain is interfering w ith his activities at daily living. he cannot w ork due to the severe pain. Plan is to order and MRI of the pelvis, right. he w ill follow up after this test has been completed.

10/25/2021 OVN from Dr. Kerry Penningto: EE w ants to establish care and he's due for his HIV screening. He is seen as a new patient due to chronic pain in the right hip. he lost his job and has no insurance. he has been follow ed by Dr. Pollard for right hip pain and needs MRI. he also has history of hypertension and anxiety related to these issues. he's been told that he has arthritis of the hip and lumbar spine and apparently Dr. Pollard considered him having a torn labrum. He w as given physical therapy for his right hip but states that therapy made it much w orse so he stopped it. Follow up in 3 months.

11/08/2021: MRI of right hip; tear of the right anterior superior labrum betw een 2-3 positions.

Rec'd letter dated 11/18/2021 from Dr. Kerry Pennington; EE has severe hip pain for one year that doesn't allow him to w ork. his recent MRI show ed a labral tear. he should receive disability and this has until this has been repaired.
Incoming MEDICAL RECORDS in AWD dated 3/25/2022
Rec'd office records from Dr. Kerry Pennington 10/25/21 - 3/08/22
** 38 year old male seen as a new patient to establish care due to hiv screening. He has chronic pain in the right hip. He lost his job and has no insurance. He has been follow ed by Dr. Pollard for the hip pain and needs MRI. He has history of HTN and anxiety. He has arthritis in hip and lumbar spine. He has a torn labrum per Dr. Pollard. He w ent to PT for his right hip but it made it w orse. Increase Duloxetine for chronic anxiety; add Ibuprofen 600 3 times a day and tramadol 50 every 6 hrs for right hip pain andspondylosis of lumbar region, OA right hip.
** 3/08/22: EE seen for consulaton to fill out paperw ork for STD. due for HIV agrice.
** MRI right hip on 11/08/21; tear of the right anterior superior labrum

Assessment / Recommendation /Specific Questions
According to the clinical evidence in file, does the claimant have any impairment(s)? If so, list the impairment(s), describe their impact to the claimant's functional status and note the expected duration of the impairment. - AJHICKS - Mar 29, 2022 05:08:21 pm
Transfer to CFMIZE per ANKMA4 - ANKMA4 - Apr 01, 2022 05:48:17 am
Date: April 1, 2022
Subject:Nursing Memorandum

**Chronological Activity List**

Claim#: 1220024325 - prior clinical review 11/15/2021 Appeal - please reference for clinical findings and recommendations
Claimant: Adam Bobb, DOB 7/20/1986 - Maintenance Worker. DOD 6/18/2021 - diagnosis Osteoarthritis/OA of the right hip,
Providers: Dr. Kerry Pennington / Family Medicine, Dr. Alan Pollard - April Summer McGhee/ JRMC Ortho and Soine Clinic , Dr. Mark Ramiro/ FP

Clinical Assessment: EE w ith right hip pain, seen by ortho 9/1/2021 - complaints of right hip pain for over a year, severe right groin pain and lateral leg pain w ith right leg w eakness. EE is unsteady and has fallen multiple times. His pain is interfering w ith his ADLs and his pain is so severe he cannot w ork. Exam: internal/external rotation of right hip causes pain, EE has positive straight leg raise on the left, w alks w ith antalgic gait. Assessment: right hip pain, ordering a MRI of pelvis, follow up after MRI. PCP, initially treating w ith Dr. Ramiro /FP, how ever sw itched care to Dr. Pennington on 10/25/2021 at this visit EE reports chronic pain in his right hip needs an MRI but insurance company denied until he lost his job. Dr Pollard considers him having a torn labrum to be a very real possibility. EE w as ordered physical therapy, but it made it much w orse. Other diagnoses include hypertension, anxiety, spondylosis of the lumbar region, primary OA of the right hip. Exam: moderate OA of the hands, decreased range of motion in his right hip secondary to pain, particularly internal rotation, tenderness to palpation anterior hip, and moderate stiffness of the lumbar spine. EE to continue meds, for right hip pain and spondylosis of lumbar spine, adding ibuprofen 3 times a day and narcotic as necessary. EE underw ent a MRI of his hips 11/8/2021 - w ith findings of a tear of the right anterior superior labrum . Follow up w ith Dr. Pennington 3/8/2022 for chronic right hip pain secondary to a labral tear as w ell as chronic low back pain and chronic cervical spine pain. He is seen at the pain clinic for his neck and back, and sees an orthopedic - planning on labral surgery in the future. Exam: pain w ith internal/external rotation of the right hip. Both knee show mild stiffness bilaterally, moderate tenderness right SI joint and lumbar spine midline. Reflexes decreased. Assessment: Tear of right acetabular labrum, spondylosis cervical region and lumbar region and hypertension. Meds reconciled and refilled. EE to follow up w ith orthopedic and pain management - follow up in 4 months.

APS Dr. Mark Ramiro 7/8/2021 - diagnosis Hip pain on right, severe - avoid prolonged standing, w alking, lifting - treatment medication and physical therapy, return to w ork partial hours 8/08/2021 - full time 9/8/2021
WS note 11/18/2021 - provided by Dr. Pennington, EE has severe hip pain for one year, that does not allow him to w ork, A recent MRI show ed a labral tear. He should receive disability until this is repaired.
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed.

Faye M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - CFMIZE - Apr 01, 2022 02:33:38 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/11/2022 | Claim Tasks | 4 | Update Claim Information | Completed | AJHICKS |
| | Pend Letter to EE/Attorney and ER.<br><br>Send 2nd Pend Letter in 30 days. - AJHICKS - Mar 14, 2022 11:04:37 am | | | | |
| 4/13/2022 | Documents/Mail | 24 | Incoming Correspondence | Completed | AJHICKS |
| | 2022-04-12-16.26.45.985800O01 | | | | |
| 4/13/2022 | Documents/Mail | 23 | Email | Completed | AJHICKS |
| | 2022-04-12-16.26.45.963800O01 | | | | |
| 4/14/2022 8:15:14 PM | Claim Tasks | 5 | 45 Day.Need Decision/Extension | Requested | AJHICKS |
| 4/15/2022 | Claim Tasks | 5 | 45 Day.Need Decision/Extension | Completed | AJHICKS |
| 5/13/2022 8:14:09 PM | Claim Tasks | 6 | 75 Day.Need Decision/Extension | Requested | AJHICKS |
| 5/16/2022 | Claim Tasks | 6 | 75 Day.Need Decision/Extension | Completed | AJHICKS |
| 6/6/2022 4:40:22 PM | Referrals | 2 | Management Review | Initial | AJHICKS |

Claimant is a 37 year old male, Maintenance Worker (JD on file /climbing ladders ducking and craw ling lots of physical labor and w alking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis w ith Chronic Pain and primary Osteoarthritis right hip. He stated that he flipped a tractor at home and that's w hen the problems began. The STD claim w as paid from 7/02/21 to 9/03/21 (9 w eeks) and then denied. The STD max date w as 12/17/21. They had 1st level appeal and it w as upheld. The claimant also w as terminated on 10/04/2021 w hich is before the benefit start

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

date for the LTD.

Claim w ill be referred to clinical review to determine if his condition precludes him from performing the main duties of his occupation.

Clinical Conclusion:
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed.

Kevin you w ere going to discuss this claim w ith Jane. Any updated?
 - Management Review - AJHICKS - Jun 06, 2022 04:41:37 pm

Managers response- have review ed file and agree w ith claim approval based on a Clinical Review supporting restrictions and limitations (R&L's) that w ould prevent the EE from performing his Ow n Occupation. Claim summary as follow s. The EE is 37-year-old Maintenance Worker (Heavy Occupation) w ho has been out of w ork since 6.18.21 due to chronic pain, primary Osteoarthritis right hip and labral tear. The EE indicated that he flipped a tractor at home and that is w hen his issues began. The STD claim w as paid from 7.2.21 to 9.3.21 (9 w eeks) and then denied. The STD max date w as 12.17.21. On the first appeal level, the denial decision w as upheld (12.15.21). The EE has been terminated from the Employer as of 10.4.21. A letter of representation from an Attorney w as received on the STD claim on 2.17.22. Claim forms for an LTD claim w ere received on 3.8.22. Updated medical information w as requested and the file w as referred for a Clinical Review w hich opined that that available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3.8.22 the EE is seeing an ortho w ith plans for surgery in the future. It w as recommended to reassess the medical information in three months from the last visit of 3.8.22. (June 2022). AS the medical information supports the R&L's that w ould prevent the EE from performing his Ow n Occupation, the claim w ill be approved. How ever, prior to any benefits being issued, the Claims Examiners w ill reach out to the STD Appeal examiner to inform then of the LTD decision and if STD is to re-open claim and issue STD benefits to the maximum benefit period. If STD does issue STD benefits to maximum date, then apply STD offset to LTD benefits prior to issuing. In addition, contact the Attorney for instructions on w hom the benefits are going to be issued to initially and into the future. Finally, reach out for the updated medical information recommended in the Clinical Review . - Management Review - KEMQU4 - Jun 13, 2022 02:14:20 pm

| 6/13/2022 | Referrals | 2 | Management Review | Completed | AJHICKS |
|---|---|---|---|---|---|

Claimant is a 37 year old male, Maintenance Worker (JD on file /climbing ladders ducking and craw ling lots of physical labor and w alking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis w ith Chronic Pain and primary Osteoarthritis right hip. He stated that he flipped a tractor at home and that's w hen the problems began. The STD claim w as paid from 7/02/21 to 9/03/21 (9 w eeks) and then denied. The STD max date w as 12/17/21. They had 1st level appeal and it w as upheld. The claimant also w as terminated on 10/04/2021 w hich is before the benefit start date for the LTD.

Claim w ill be referred to clinical review to determine if his condition precludes him from performing the main duties of his occupation.

Clinical Conclusion:
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed.

Kevin you w ere going to discuss this claim w ith Jane. Any updated?
 - Management Review - AJHICKS - Jun 06, 2022 04:41:37 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Managers response- have review ed file and agree w ith claim approval based on a Clinical Review supporting restrictions and limitations (R&L's) that w ould prevent the EE from performing his Ow n Occupation. Claim summary as follow s. The EE is 37-year-old Maintenance Worker (Heavy Occupation) w ho has been out of w ork since 6.18.21 due to chronic pain, primary Osteoarthritis right hip and labral tear. The EE indicated that he flipped a tractor at home and that is w hen his issues began. The STD claim w as paid from 7.2.21 to 9.3.21 (9 w eeks) and then denied. The STD max date w as 12.17.21. On the first appeal level, the denial decision w as upheld (12.15.21). The EE has been terminated from the Employer as of 10.4.21. A letter of representation from an Attorney w as received on the STD claim on 2.17.22. Claim forms for an LTD claim w ere received on 3.8.22. Updated medical information w as requested and the file w as referred for a Clinical Review w hich opined that that available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3.8.22 the EE is seeing an ortho w ith plans for surgery in the future. It w as recommended to reassess the medical information in three months from the last visit of 3.8.22. (June 2022). AS the medical information supports the R&L's that w ould prevent the EE from performing his Ow n Occupation, the claim w ill be approved. How ever, prior to any benefits being issued, the Claims Examiners w ill reach out to the STD Appeal examiner to inform then of the LTD decision and if STD is to re-open claim and issue STD benefits to the maximum benefit period. If STD does issue STD benefits to maximum date, then apply STD offset to LTD benefits prior to issuing. In addition, contact the Attorney for instructions on w hom the benefits are going to be issued to initially and into the future. Finally, reach out for the updated medical information recommended in the Clinical Review . - Management Review - KEMQU4 - Jun 13, 2022 02:14:20 pm | | | | |
| 6/14/2022 | Claim Tasks | 7 | Associated Claim Reopened | Completed | AJHICKS |
| | Claim# 1210071975 has been reopened - MJMELLI - Jun 14, 2022 02:57:20 pm | | | | |
| 6/14/2022 8:12:33 PM | Claim Tasks | 8 | 105 Day.Need Decision/Extension | Requested | AJHICKS |
| 6/15/2022 | Claim Tasks | 8 | 105 Day.Need Decision/Extension | Completed | AJHICKS |
| 6/15/2022 2:30:50 PM | Claim Tasks | 9 | Review SS Offset Amount | Requested | LATSP8 |
| | EE is in the process of applying for Social Security. - AJHICKS - Jun 15, 2022 02:31:33 pm<br><br>Letter from Attorney - SSDI application submitted on 4/14/22 - AJHICKS - Jun 30, 2022 02:32:58 pm | | | | |
| 6/15/2022 2:40:14 PM | Documents/Mail | 27 | Approval Letter LTD | Work In Progress | AJHICKS |
| | Approval Letter LTDAttachments:Rehab SurveyTranslation servicesDisability Payment Option Form | | | | |
| 6/15/2022 2:40:14 PM | Documents/Mail | 26 | Approval Letter LTD | Work In Progress | AJHICKS |
| | Approval Letter LTDAttachments:Rehab SurveyTranslation servicesDisability Payment Option Form | | | | |
| 6/15/2022 2:40:14 PM | Documents/Mail | 25 | Approval Letter LTD | Work In Progress | AJHICKS |
| | Approval Letter LTDAttachments:Rehab SurveyTranslation servicesDisability Payment Option Form | | | | |
| 6/15/2022 2:59:27 PM | Claim Tasks | 10 | Begin AO Investigation | Requested | BXGRAHA |
| | Sent begin AO 2/17/23 - BXGRAHA - Mar 15, 2023 10:58:34 am<br><br>Sending AO f/u, allow ing 15 days prior to suspending - BXGRAHA - Mar 20, 2023 11:47:11 am<br><br>Suspending benefits at this time - BXGRAHA - Apr 04, 2023 11:20:04 am | | | | |
| 6/15/2022 8:11:20 PM | Referrals | 3 | Representation | Initial | LATSP8 |
| | - SS VENDOR GENEX - REFERRAL T-2 **...<br>Social Security Vendor GENEX has review ed this claim and indicated the claimant should be aw arded at the appeal Level. Follow -up set to make intro call to clmt w ithin 3 business days.<br>- DEDSW0 - Jun 16, 2022 11:27:30 am<br><br>Attny on file assisted in STD appeal- they proivided letter dated 4/12/22 w hich indicated SS process w as started. no indication if this attny assisted. I reached out to attny to verify and request POF - DEDSW0 - Jun 23, 2022 01:14:34 pm<br><br>Attny letter dated 6/24/22 w ith POF date- notified Genex to close their file. flup for status - DEDSW0 - Jun 29, 2022 08:24:33 am<br><br>status requested today - DEDSW0 - Nov 14, 2022 10:55:52 am<br><br>Letter from attny stating pending and reent med recs requestd by SS so not likley a decision until 2023 - DEDSW0 - Nov 17, 2022 08:01:16 am | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Sent email to Atty MVADEN@MARCUSVADEN.COM for SSDI update - LATSP8 - Jan 17, 2023 09:39:16 am | | | | |
| | sent another email to Atty f/u 15 days - LATSP8 - Feb 13, 2023 03:58:02 pm | | | | |
| | lvm for update, will place ss est 2 weeks if no update<br>vm left on Atty ph clm ph isn't working - LATSP8 - Mar 01, 2023 02:38:59 pm | | | | |
| | Attempted to contact clmt ph disconnected, call Atty office bk & Maria is going to email update today. f/u 1 week - LATSP8 - Mar 20, 2023 11:11:14 am | | | | |
| | Per Donna at Atty office as far as she knows thre hasn't been any updates or changes and mentiond that Maria who handles the case has been out for a week & out today but will return my email. f/u 60 days - LATSP8 - Mar 29, 2023 09:55:33 am | | | | |
| | Recvd NOD disapproved claim f/u remains to see if Atty will start process over - LATSP8 - Apr 14, 2023 11:53:39 am | | | | |
| | NOT TD ANY OCC - LATSP8 - May 18, 2023 05:24:15 pm | | | | |
| | Incoming mail SSA hearing request 10/16/23 f/u for hearing update - LATSP8 - Nov 16, 2023 11:29:33 am | | | | |
| | Status letter sent f/u 30 days - LATSP8 - Apr 17, 2024 06:57:28 am | | | | |
| | Incoming mail from Atty, Still waiting on Hearing date & Recon denial is the most recent update f/u 90 days for hearing status - LATSP8 - May 08, 2024 11:30:49 am | | | | |
| | PLACED CALL TO ATTY 501-329-8723 LVM, STATUS LTR SENT F/U 30 DAYS - LATSP8 - Aug 08, 2024 02:28:37 pm | | | | |
| | INCOMING CALL FROM ATTY OFFICE SPK W/ DONNA WHO STATED THAT HEARING WAS ON 5/21/24 & PENDING F/U 6MO - LATSP8 - Aug 09, 2024 08:44:38 am | | | | |
| | INCOMING MAIL PROOF OF HEARING ALREADY NOTED - LATSP8 - Aug 26, 2024 12:16:26 pm | | | | |
| | PLACED CALL TO ATTY OFFICE 501-329-8723 LVM FOR HEARING STATUS, STATUS LTR SENT F/U 30 DAYS - LATSP8 - Oct 09, 2024 08:46:46 am | | | | |
| | INCOMING MAIL; ATTY LTR RECVD DATED 10/14/24 UNFAVORABLE DECISION FOR HEARING & OFFICE APPEALED F/U - LATSP8 - Oct 16, 2024 12:25:59 pm | | | | |
| | latsp8 out on pto<br>mailed clmt closure ltr and closed ss referral. if claimant is approved for ssdi will reopen ss referral and process noa.<br><br>- LLJONES - Dec 26, 2024 10:58:19 am | | | | |
| | LTD closed. SS app pending at hearing level. closed with ss pending letter sent by SS lorie on 12/26/24. SS referral closed. - KRTBL3 - Dec 30, 2024 02:27:29 pm | | | | |
| 6/15/2022 10:04:40 PM | Payments | | DEPOSIT 12/15/2021 - 3/15/2022 | INITIAL | AJHICKS |
| 6/16/2022 | Documents/Mail | 27 | Approval Letter LTD | Completed | AJHICKS |
| | Approval Letter LTDAttachments:Rehab SurveyTranslation servicesDisability Payment Option Form | | | | |
| 6/16/2022 | Documents/Mail | 26 | Approval Letter LTD | Completed | AJHICKS |
| | Approval Letter LTDAttachments:Rehab SurveyTranslation servicesDisability Payment Option Form | | | | |
| 6/16/2022 | Documents/Mail | 25 | Approval Letter LTD | Completed | AJHICKS |
| | Approval Letter LTDAttachments:Rehab SurveyTranslation servicesDisability Payment Option Form | | | | |
| 6/16/2022 11:27:33 AM | Claim Tasks | 11 | Initial Call | Requested | DEDSW0 |
| | Out of office 6/20-21 - DEDSW0 - Jun 16, 2022 11:27:49 am | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/23/2022 | Documents/Mail | 28 | SS Req Status SSDI Application | Completed | DEDSW0 |
| | SS Req Status SSDI Application | | | | |
| 6/23/2022 | Claim Tasks | 11 | Initial Call | Completed | DEDSW0 |
| | Out of office 6/20-21 - DEDSW0 - Jun 16, 2022 11:27:49 am | | | | |
| 6/23/2022 1:14:48 PM | Claim Tasks | 12 | Obtain Missing Info | Requested | AJHICKS |
| | 30 day for POF if not recd by attny- no w orking number for claimant - DEDSW0 - Jun 23, 2022 01:15:15 pm | | | | |
| 6/29/2022 | Claim Tasks | 12 | Obtain Missing Info | Completed | AJHICKS |
| | 30 day for POF if not recd by attny- no w orking number for claimant - DEDSW0 - Jun 23, 2022 01:15:15 pm | | | | |
| 6/29/2022 8:25:06 AM | Claim Tasks | 13 | Call Claimant | Requested | DEDSW0 |
| | SS status w ith attny/ clnnt - DEDSW0 - Jun 29, 2022 08:25:25 am | | | | |
| 6/30/2022 10:15:31 AM | Documents/Mail | 29 | Email | Received | DEDSW0 |
| | 2022-06-29-09.25.10.264700O01 | | | | |
| 6/30/2022 10:15:32 AM | Documents/Mail | 30 | Incoming Correspondence | Received | DEDSW0 |
| | 2022-06-29-09.25.10.283700O01 | | | | |
| 7/1/2022 | Documents/Mail | 30 | Incoming Correspondence | Completed | DEDSW0 |
| | 2022-06-29-09.25.10.283700O01 | | | | |
| 7/1/2022 | Documents/Mail | 29 | Email | Completed | DEDSW0 |
| | 2022-06-29-09.25.10.264700O01 | | | | |
| 7/8/2022 | Summary/Assessment/Pa | 1h | Initial Claim Summary - AJHICKS - Mar 14, 2022 10:43:48 am | Completed | AJHICKS |

Summary Notes
Initial Claim Summary - AJHICKS - Mar 14, 2022 10:43:48 am
Assessment Notes

CLAIM INFORMATION: Salary Verification / Definition of earnings:

BASIC MONTHLY EARNINGS or PREDISABILITY INCOME means the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins.

It does not include commissions, bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.

Claim Form: $697.60 Gross

ARDIS: $33,612.80 / 12 = $2,801.07 (bme)
- AJHICKS - Mar 14, 2022 10:43:48 am

Claim w ill be approved based on the amount on ARDIS; once it has been updated then the claim can be adjusted if needed. - AJHICKS - Jun 15, 2022 02:38:31 pm
Path Notes

RATIONALE/DIRECTION: Pending

SUMMARY:
Claimant is a 37 year old male, Maintenance Worker (JD on file /climbing ladders ducking and craw ling lots of physical labor and w alking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis w ith Chronic Pain and primary Osteoarthritis right hip. He stated that he flipped a tractor at home and that's w hen the problems began.

ASSESSMENT:
Eligibility
Group ID: TRINITYVIL
List-Billed / 100% EE Post-Tax

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Billing Location: 1542803; Premiums paid to 4/01/2022.
ER effective date: 1/01/2015
Claimant's DOH: 8/14/2014
Waiting Period:
(a) None for employees w ho w ere hired on or before the Policy Issue Date.
(b) 60 days of continuous Active Work for employees w ho w ere hired after the Policy Issue Date.
Claimant's effective date: 1/01/2017; EE terminated 10/04/2021 WOP
Claimant w orks 40 hours a w eek. The min is 30 hours a w eek.
Class 1 = All Full-Time Employees

POLICY INFORMATION:
Plan Type: Premier / Gainful w age: 60%
Benefit: 60% / Max: $400 to $5000 / Minimum Benefit: $50.00
Elim Period: 180 days / Ow n Occ: 24 months / MBD: 5 years or age 70
M&N: 24 month / D&A: 24 months / Special Conditions: None
Vocational Rehab: Voluntary
Reasonable Accommodation: Yes
Prior Insurance Credit: Yes

PRE-X INVESTIGATION: 6/12 - Plan does have pre-ex. Claimant w ent out after the 12-month period. No Pre-ex Investigation is needed.

OFFSETS:
STD Benefits:$250.00 per w eek from 7/02/21 to 9/03/21 but max date is 12/17/21 (24 w eeks) Claim w as denied as Not TDOO
Salary Continuance: $1,395.20 on 7/10/2021 for sick leave w ages
Pension: Email to the Group

SSA: If you are applying for Social Security Disability or have been aw arded, w e encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If w e receive this information, w e w ill evaluate it as part of your claim.

Riders
** Progressive Income Benefit (PIB): 10% to Max: $5000.00; EE's condition w ould not interfere w ith 2 or more of her ADL's.
** Family Care Expense Benefit: $250 per month for each dependent for 12 months.
** Survivor Benefit (SIB): 3 Months

MEDICAL
The APS w as completed by Dr. Kerry Pennington, not dated
Diagnosis: chronic pain and primary Osteoarthritis right hip
Symptoms: he had right hip pain since 01/2021 after he flipped tractor.
Objective Finding: MRI show ed Labrial Tear
Medical History: unable to w ork 6/17/2021
Treatment: he is seeing Dr. John Brow n & O'Malley surgeon at VAMS; he needs assistance w ith dressing and bathing.
R&L's: he can occasionally lift up to 10 lbs., stand, stoop, crunch, craw l, bend and reach overhead. he can constantly sit and grasp. he can frequently reach desk level or below w aist. he can never lift over 12 lbs., w alk, balance, kneel, climb, push or pull. He is able to perform light duty w ork.
Estimated RTW: 1-2 Months

Rec'd records under STD claim from Dr. Mark Ramiro dated 6/07/21 to 08/23/21
** 6/07/21: 37 year old male sing today for right hip pain. he states he's been compliant w ith taking the medication as directed. he has not been seen by any other providers since his last office visit.
** 6/18/21: 37 year old male seen for right hip pain, right groin pain and burn to the bottom of his right foot so he's been limping and that's causing more pain.
** 6.28.21: sing for follow up to right foot and right side hip pain. he stated his foot is healing but he could not use the Silvadene cream. he stated he tried using it but it made his foot sw ell up so he stopped using it. he states w hen he w ears his boots and socks the area to his foot hurts and bleeds more. he's tried to take steroids for his hip pain

but he really couldn't tell it difference. he feels a tightness in his groin w hen he w akes up. his w ife reports he's been having a section and his back also that's been burning. MRI has not been approved pending peer to peer review .
** 7/08/21: he is seen for follow up visit due to persistent right hip pain. he has been doing ROM exercise for his right hip. he brought FM LA and STD paperw ork and today.
** 7/27/21: he w as seen for follow up on right hip pain. he has been compliant w ith plan symptoms are still about the same as last visit. MRI w as ordered on 6/21/21 for persistent pain but w as not approved even after peer to peer. physical therapy w as then ordered w hich he's been going up until today he says pain w as so bad he couldn't do it and therapy itself w as painful. Review the PT notes w hich show possible labral tear. E said his therapy said he could not help him w ith that and PT w ould not fix it. he said no change in his pain, nothing new , still painful, can't tell that therapy is w orking.
8/05/21: he w as seen for follow up on right hip pain w hich continues and no improvement. he w ent to PT but he missed the visit because he w as out of pain medication. the PT cancelled his upcoming appointments. he has pain from right groin into hip. it is w orse w ith sitting, standing, and lying dow n. it's been ongoing for about a year. It started after he w as driving the tractor and it turned over on him.
** 8/23/21: follow up visit on right hip and groin pain continues. he w ent to PT tw ice but exercise has not helped his pain. he is scheduled to see Dr. Alan Pollard next w eek. he states his hip catches and pops. He continues to be off w ork until further notice. w ill attempt approval for MRI hip again.

9/01/2021: April Summer McGhee/ JRMC Ortho and Soine Clinic:
38 year old male w as seen for right hip pain. He has severe right groin pain and right lateral leg pain. he does perceive severe right leg w eakness. he is extremely unsteady on his feet and has fallen. the last fall he had actually broke a tooth. he does have history of hypertension and has had a CVA. this pain is interfering w ith his activities at daily living. he cannot w ork due to the severe pain. Plan is to order and MRI of the pelvis, right. he w ill follow up after this test has been completed.

10/25/2021 OVN from Dr. Kerry Penningto: EE w ants to establish care and he's due for his HIV screening. He is seen as a new patient due to chronic pain in the right hip. he lost his job and has no insurance. he has been follow ed by Dr. Pollard for right hip pain and needs MRI. he also has history of hypertension and anxiety related to these issues. he's been told that he has arthritis of the hip and lumbar spine and apparently Dr. Pollard considered him having a torn labrum. He w as given physical therapy for his right hip but states that therapy made it much w orse so he stopped it. Follow up in 3 months.

11/08/2021: MRI of right hip; tear of the right anterior superior labrum betw een 2-3 positions.

Rec'd letter dated 11/18/2021 from Dr. Kerry Pennington; EE has severe hip pain for one year that doesn't allow him to w ork. his recent MRI show ed a labral tear. he should receive disability and this has until this has been repaired.

PLAN:
CE w ill reach out to attorney to determine if any other medical records after DOS 10/25/21 w ith Dr. Pennington or any other treating provider.

Once the records are received, claim w ill be referred to clinical review to determine if his condition precludes him from performing the main duties of his occupation. As the STD claim w as only paid to 9/ 03/2021 and the max date is not until 12/17/2021. The claimant also w as terminated on 10/04/2021 w hich is before the benefit start date for the LTD. - AJHICKS - Mar 14, 2022 10:43:48 am

Incoming MEDICAL RECORDS in AWD dated 3/25/2022
Rec'd office records from Dr. Kerry Pennington 10/25/21 - 3/08/22
** 38 year old male seen as a new patient to establish care due to hiv screening. He has chronic pain in the right hip. He lost his job and has no insurance. He has been follow ed by Dr. Pollard for the hip pain and needs MRI. He has history of HTN and anxiety. He has arthritis in hip and lumbar spine. He has a torn labrum per Dr. Pollard. He w ent to PT for his right hip but it made it w orse. Increase Duloxetine for chronic anxiety; add Ibuprofen 600 3 times a day and tramadol 50 every 6 hrs for right hip pain andspondylosis of lumbar region, OA right hip.
** 3/08/22: EE seen for consulaton to fill out paperw ork for STD. due for HIV agrice.
** MRI right hip on 11/08/21; tear of the right anterior superior labrum

PLAN:
CE w ill reach out to attorney to determine if any other medical records after DOS 10/25/21 w ith Dr. Pennington or any other treating provider.

Claim w ill be referred to clinical review to determine if his condition precludes him from performing the main duties

of his occupation. As the STD claim w as only paid to 9/ 03/2021 and the max date is not until 12/17/2021. The claimant also w as terminated on 10/04/2021 w hich is before the benefit start date for the LTD. - AJHICKS - Mar 29, 2022 05:03:10 pm

Clinical Conclusion:
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed. - AJHICKS - Apr 04, 2022 04:31:10 pm

Rec'd letter from the Attorney dated 4/12/2022
EE did have a follow up w ith Dr. Kerry Pennington after October 25, 2021.
EE has seen other providers after 11/8/2021. They are as follow s:
** Dr. Law rence K. O¡¦Malley, Orthopedic Surgeon, UAMS;
** Dr. John Brow n, Arkansas Spine and Pain in Jacksonville, Arkansas;
** Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.
Also, in review ing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, w e request an extension of time until June 1, 2022 to provide you w ith these records. - AJHICKS - Apr 13, 2022 10:37:41 am

Managers response:
Updated medical information w as requested and the file w as referred for a Clinical Review w hich opined that that available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3.8.22 the EE is seeing an ortho w ith plans for surgery in the future. It w as recommended to reassess the medical information in three months from the last visit of 3.8.22. (June 2022). AS the medical information supports the R&L's that w ould prevent the EE from performing his Ow n Occupation, the claim w ill be approved. How ever, prior to any benefits being issued, the Claims Examiners w ill reach out to the STD Appeal examiner to inform then of the LTD decision and if STD is to re-open claim and issue STD benefits to the maximum benefit period. If STD does issue STD benefits to maximum date, then apply STD offset to LTD benefits prior to issuing. In addition, contact the Attorney for instructions on w hom the benefits are going to be issued to initially and into the future. Finally, reach out for the updated medical information recommended in the Clinical Review .

Email to the STD Appeal Specialist. - AJHICKS - Jun 13, 2022 03:12:57 pm

7/8/2022 12:06:27 PM Summary/Assessment/Pa2h Ongoing Claim Summary - AJHICKS - Jul 08, 2022 12:10:40 pm Requested AM0ST5

Summary Notes
Ongoing Claim Summary - AJHICKS - Jul 08, 2022 12:10:40 pm
Assessment Notes

Path Notes

RATIONALE/DIRECTION: Approval

SUMMARY:
Claimant is a 37 year old male, Maintenance Worker (JD on file /climbing ladders ducking and craw ling lots of physical labor and w alking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis w ith Chronic Pain and primary Osteoarthritis right hip. He stated that he flipped a tractor at home and that's w hen the problems began.

OFFSETS:
STD Benefits:$250.00 per w eek from 7/02/21 to 9/03/21 but max date is 12/17/21 (24 w eeks) Claim w as denied as Not TDOO
Salary Continuance: $1,395.20 on 7/10/2021 for sick leave w ages
Pension: Email to the Group

Riders
** Progressive Income Benefit (PIB): 10% to Max: $5000.00; EE's condition w ould not interfere w ith 2 or more of her ADL's.

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

** Family Care Expense Benefit: $250 per month for each dependent for 12 months.
** Survivor Benefit (SIB): 3 Months

MEDICAL
incoming MEDICAL RECORDS in AWD dated 3/25/2022
Rec'd office records from Dr. Kerry Pennington 10/25/21 - 3/08/22
** 38 year old male seen as a new patient to establish care due to hiv screening. He has chronic pain in the right hip. He lost his job and has no insurance. He has been follow ed by Dr. Pollard for the hip pain and needs MRI. He has history of HTN and anxiety. He has arthritis in hip and lumbar spine. He has a torn labrum per Dr. Pollard. He w ent to PT for his right hip but it made it w orse. Increase Duloxetine for chronic anxiety; add Ibuprofen 600 3 times a day and tramadol 50 every 6 hrs for right hip pain andspondylosis of lumbar region, OA right hip.
** 3/08/22: EE seen for consulaton to fill out paperw ork for STD. due for HIV agrice.
** MRI right hip on 11/08/21; tear of the right anterior superior labrum

Clinical Conclusion:
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed. - AJHICKS - Apr 04, 2022 04:31:10 pm

Rec'd letter from the Attorney dated 4/12/2022
EE did have a follow up w ith Dr. Kerry Pennington after October 25, 2021.
EE has seen other providers after 11/8/2021. They are as follow s:
** Dr. Law rence K. O¡¦Malley, Orthopedic Surgeon, UAMS;
** Dr. John Brow n, Arkansas Spine and Pain in Jacksonville, Arkansas;
** Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.
Also, in review ing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, w e request an extension of time until June 1, 2022 to provide you w ith these records. - AJHICKS - Apr 13, 2022 10:37:41 am

Managers response:
Updated medical information w as requested and the file w as referred for a Clinical Review w hich opined that that available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3.8.22 the EE is seeing an ortho w ith plans for surgery in the future. It w as recommended to reassess the medical information in three months from the last visit of 3.8.22. (June 2022). AS the medical information supports the R&L's that w ould prevent the EE from performing his Ow n Occupation, the claim w ill be approved. How ever, prior to any benefits being issued, the Claims Examiners w ill reach out to the STD Appeal examiner to inform then of the LTD decision and if STD is to re-open claim and issue STD benefits to the maximum benefit period. If STD does issue STD benefits to maximum date, then apply STD offset to LTD benefits prior to issuing. In addition, contact the Attorney for instructions on w hom the benefits are going to be issued to initially and into the future. Finally, reach out for the updated medical information recommended in the Clinical Review . - AJHICKS - Jul 08, 2022 12:10:40 pm

-----

We have req from Attorney OVN 3/1/22-p + Auth and TMP if EE w ould like to assist in req med - SHYAG1 - Sep 02, 2022 08:49:29 am

Incoming MEDICAL RECORDS in AWD dated 9/30/2022
Rec'd records from Dr. Kerry Pennington dated 10/25/21 & 3/08/22 and Scott A. Johnson, LCSW dated 4/07/22 to 8/16/22. Records are under the L/W claim.
 - AJHICKS - Oct 03, 2022 05:41:28 pm

Rec'd records from Dr. Kerry Pennington dated 10/25/21 to 03/08/22 in AWD dated 9/30/2022
** 10/25/21: patient w ants to establish care and doing for his HIV screening.
** 3/08/22: patient needs paperw ork completed for disability.

Rec'd records from Scott Johnson, LCSW dated 4/07/22 to 8/16/22
** 4/07/22: 38 year old male married w ith tw o children. He's done Maintenance and mechanic w ork but lost his job because he tore his labriam in his hip and could not do the maintenance w ork anymore. EE w as seen w ith depression, PTSD and GAD.
** 6/22/22: patient recently arrests and have legal conflicts w ith increased anxiety.
** 8/16/22 EE seen for behavior health follow up you still have symptoms of anxiety and negative cognitive.

PLAN
We still need the records from Dr. Law rence K. O'Malley, Orthopedic Surgeon, and Dr. John Brow n, Arkansas Spine and Pain. Email to the Attorney; follow up in 15 days. - AJHICKS - Oct 06, 2022 12:36:45 pm

PEER:
Peer completed by Dr. Eric Finkelstein (PMR) 12/7/22
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follow s:
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
There are no medical records to support significant upper extremity restrictions.
Reaching-
-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below w aist level: Occasional, bilateral
There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral
There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional w ith use of handrails.
Balancing: Never
Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Craw ling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Low er extremities for foot controls- Occasional, bilateral
This review er's assessment of the above medically supported restrictions and limitations are that they are likely permanent as of from 12/27/21 and beyond as follow s.

PATH:
R&L's w ould preclude the EE from his OO w hich appears to be med-heavy. STP: LW is sending for TSA, w ill f/u on their findings from TSA. AO is set to start 3/2023. LTP: Claimant appears to have lesser capacity, potential RTW-AO - BXGRAHA - Dec 14, 2022 09:09:48 am

TSA:
TSA w as run and gainful w as found.

PATH:
Denying for Not TDAO - BXGRAHA - May 03, 2023 08:54:41 am

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/26/2022 5:19:59 PM | Documents/Mail<br>2022-07-25-15.31.52.083060O01 | 31 | Fax | Received | DEDSW0 |
| 7/26/2022 5:20:00 PM | Documents/Mail<br>2022-07-26-18.18.26.760020O01 | 32 | Medical Records | Received | SHYAG1 |
| 7/26/2022 5:20:01 PM | Documents/Mail<br>2022-07-26-18.18.46.025020O01 | 33 | Social Security Forms | Received | DEDSW0 |
| 7/26/2022 5:20:02 PM | Documents/Mail<br>2022-07-26-18.19.01.703020O01 | 34 | Incoming Correspondence | Received | SHYAG1 |
| 7/27/2022 | Documents/Mail<br>2022-07-26-18.18.46.025020O01 | 33 | Social Security Forms | Completed | DEDSW0 |
| 7/27/2022 | Documents/Mail<br>2022-07-25-15.31.52.083060O01 | 31 | Fax | Completed | DEDSW0 |
| 8/1/2022 | Documents/Mail<br>Attachments:TMPMed Rec Request Follow Up | 35 | Med Rec Request Follow Up | Completed | SHYAG1 |
| 8/1/2022 | Documents/Mail<br>2022-07-26-18.18.26.760020O01 | 32 | Medical Records | Completed | SHYAG1 |
| 8/1/2022 | Documents/Mail<br>2022-07-26-18.19.01.703020O01 | 34 | Incoming Correspondence | Completed | SHYAG1 |
| 8/1/2022 | Claim Tasks | 2 | Update Claim Information | Completed | AJHICKS |

Email to the Attorney to determin if there is anymore medical records after 10/25/21. - AJHICKS - Mar 14, 2022 10:45:36 am

Hi Mr. Vaden,
We have received the Long Term Disability claim for Mr. Adam Bobb and need to verify additional information before proceeding:
Do you know if Mr. Bobb has had a follow up w ith Dr. Kerry Pennington after the 10/25/2021 visit?
Do you know if Mr. Bobb has seen any other providers after 11/08/2021 (the date of the MRI)?
If no more medical records to obtain for Mr. Bobb, his file w ill be referred to our clinical department for a full medical review .
Thank you, Annette - AJHICKS - Mar 14, 2022 10:55:34 am

Claim w ill be referred to clinical review . - AJHICKS - Mar 29, 2022 05:08:54 pm

Based on the clinical review , EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed.

Discuss w ith Manager as the STD claim is under Appeals - AJHICKS - Apr 04, 2022 04:32:30 pm

Rec'd letter from the Attorney dated 4/12/2022
EE did have a follow up w ith Dr. Kerry Pennington after October 25, 2021.
EE has seen other providers after 11/8/2021. They are as follow s:
** Dr. Law rence K. O¡¦Malley, Orthopedic Surgeon, UAMS;
** Dr. John Brow n, Arkansas Spine and Pain in Jacksonville, Arkansas;
** Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.
Also, in review ing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, w e request an extension of time until June 1, 2022 to provide you w ith these records.
- AJHICKS - Apr 13, 2022 10:36:00 am

Manager w ill discuss claim w ith director. - AJHICKS - Apr 22, 2022 01:04:11 pm

Claim w ill be approved and payment w ill be issued to the claimant but mailed to the attorney. We w ill need to follow up on the records stated in the letter date 4/12/22 and w ith initial call to the attorney/claimant. - AJHICKS - Jun 15, 2022 02:35:35 pm

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Rec'd Letter from Attorney dated 6/24/22- SSDI application submitted on 4/14/22 - AJHICKS - Jun 30, 2022 02:35:14 pm

-----

Sent req for med update w / TMP form to attorney - SHYAG1 - Aug 01, 2022 09:39:07 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/1/2022 9:40:01 AM | Claim Tasks | 14 | Call Claimant | Requested | BXGRAHA |

*** EE IS ATTORNEY REP ***

30d since req to EE for med update w / TMP form - SHYAG1 - Aug 01, 2022 09:40:49 am

60d since req to EE for OVN 3/1/22-p + Auth and TMP if EE w ould like us to assist in req med - SHYAG1 - Sep 02, 2022 08:48:23 am

Letter from PCP rec'd and invoice for request sent under group life claim. - JOSFI5 - Sep 09, 2022 01:07:13 pm

Incoming MEDICAL RECORDS in AWD dated 9/30/2022
Rec'd records from Dr. Kerry Pennington dated 10/25/21 & 3/08/22 and Scott A. Johnson, LCSW dated 4/07/22 to 8/16/22. Records are under the L/W claim.
- AJHICKS - Oct 03, 2022 05:40:14 pm

We still need the records from Dr. Law rence K. O'Malley, Orthopedic Surgeon, and Dr. John Brow n, Arkansas Spine and Pain. Email to the Attorney w ith a copy of the letter dated 9/2/22 (Auth and TMP); follow up in 15 days.

- AJHICKS - Oct 06, 2022 12:37:47 pm

Follow up for peer review on gr. life claim. - JOSFI5 - Nov 22, 2022 01:46:12 pm

LW sending for TSA at this time, f/u on their review . - BXGRAHA - Dec 14, 2022 09:11:28 am

Sent letter to Attny to get confirmation of dates TSA requested. Work w ith ER to get JD. - BXGRAHA - Jan 11, 2023 04:12:35 pm

Called and LVM for attny - BXGRAHA - Feb 10, 2023 01:39:19 pm

Sending AO letter w /TEE, allow ing 30 days prior to review ing for suspension - BXGRAHA - Feb 17, 2023 01:41:15 pm

Suspending benefits at this time. - BXGRAHA - Apr 04, 2023 11:19:39 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/4/2022 | Medical | 2 | | Closed | LAMBR5 |
| 8/30/2022 3:31:34 PM | Claim Tasks | 15 | Med Records Received | Requested | AJHICKS |

Medical Records received on Claim 1220054596

Blank PSI form and invoice. Task closed. Invoice w ill be sent to be rescanned and referred for payment to clerical.
- JOSFI5 - Sep 09, 2022 01:05:38 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/2/2022 | Documents/Mail | 36 | 2nd Request Letter | Completed | SHYAG1 |

Attachments:Auth MedicalTMP2nd Request Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/2/2022 | Telephone (OUT) | 1 | MARCUS VADEN LAW | Completed | SHYAG1 |

Left msg on Attorney Marcus Vaden vm regarding outstanding OVN 3/1/22-p and TMP, also sent email. - SHYAG1 - Sep 02, 2022 08:37:37 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/2/2022 8:47:18 AM | Investigation | 1 | Determine Disability | Requested | AJHICKS |
| 9/6/2022 | Investigation | 1 | Determine Disability | Received | AJHICKS |
| 9/7/2022 2:45:42 PM | Documents/Mail | 37 | Medical Records | Received | AJHICKS |

2022-09-06-16.17.19.834000O01

Dr. Pennington noted he is the claimant's family physician. He has chronic pain in his right hip due to OA & lumbar radiculopathy. He also suffers from significant emotional issues. TMP feels claimant can't RTW due to both physical

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | and emotional issues. Please consider this in your evaluation and contact me w ith any questions.<br>- JOSFI5 - Sep 09, 2022 01:01:56 pm | | | | |
| 9/9/2022 | Documents/Mail | 37 | Medical Records | Completed | AJHICKS |
| | 2022-09-06-16.17.19.834000O01<br><br>Dr. Pennington noted he is the claimant's family physician. He has chronic pain in his right hip due to OA & lumbar radiculopathy. He also suffers from significant emotional issues. TMP feels claimant can't RTW due to both physical and emotional issues. Please consider this in your evaluation and contact me w ith any questions.<br>- JOSFI5 - Sep 09, 2022 01:01:56 pm | | | | |
| 9/9/2022 | Claim Tasks | 15 | Med Records Received | Completed | AJHICKS |
| | Medical Records received on Claim 1220054596<br><br>Blank PSI form and invoice. Task closed. Invoice w ill be sent to be rescanned and referred for payment to clerical.<br>- JOSFI5 - Sep 09, 2022 01:05:38 pm | | | | |
| 9/10/2022 10:02:46 AM | Documents/Mail | 38 | Email | Received | AJHICKS |
| | 2022-09-09-14.07.37.323920O01 | | | | |
| 9/10/2022 10:02:47 AM | Documents/Mail | 39 | Medical Record Invoice | Received | AJHICKS |
| | 2022-09-09-14.07.37.349920O01 | | | | |
| 9/12/2022 | Documents/Mail | 38 | Email | Completed | AJHICKS |
| | 2022-09-09-14.07.37.323920O01 | | | | |
| 9/12/2022 | Documents/Mail | 39 | Medical Record Invoice | Completed | AJHICKS |
| | 2022-09-09-14.07.37.349920O01 | | | | |
| 9/30/2022 11:26:13 AM | Claim Tasks | 16 | Med Records Received | Requested | AJHICKS |
| | Medical Records received on Claim 1220054596 | | | | |
| 10/3/2022 | Claim Tasks | 16 | Med Records Received | Completed | AJHICKS |
| | Medical Records received on Claim 1220054596 | | | | |
| 10/10/2022 | Telephone (IN) | 2 | Allison Johnson | Completed | HABHA3 |
| | Alison Johnson<br>SSn:<br><br>does not have proper auth for release as the one she has is expired, stated that their office does not release therapy notes.<br><br>8702266786 requesting a vm be left if not available pls leave name of claimant in message to let her know w hat exactly is needed. | | | | |
| 10/17/2022 | Claim Tasks | 13 | Call Claimant | Completed | DEDSW0 |
| | SS status w ith attny/ clnnt - DEDSW0 - Jun 29, 2022 08:25:25 am | | | | |
| 10/17/2022 9:54:35 AM | Claim Tasks | 17 | Call Claimant | Requested | DEDSW0 |
| | SS status w ith attny/ clnnt - DEDSW0 - Oct 17, 2022 09:54:46 am | | | | |
| 11/14/2022 | Documents/Mail | 40 | SS 30 day follow up for SS Applicat | Completed | DEDSW0 |
| | SS 30 day follow up for SS Application | | | | |
| 11/14/2022 | Claim Tasks | 17 | Call Claimant | Completed | DEDSW0 |
| | SS status w ith attny/ clnnt - DEDSW0 - Oct 17, 2022 09:54:46 am | | | | |
| 11/14/2022 10:55:59 AM | Claim Tasks | 18 | Call Claimant | Requested | DEDSW0 |
| | SS update - DEDSW0 - Nov 14, 2022 10:56:11 am | | | | |
| 11/16/2022 3:09:11 PM | Documents/Mail | 41 | Incoming Correspondence | Received | DEDSW0 |
| | 2022-11-15-12.09.21.676820O01 | | | | |
| 11/17/2022 | Documents/Mail | 41 | Incoming Correspondence | Completed | DEDSW0 |
| | 2022-11-15-12.09.21.676820O01 | | | | |
| 11/17/2022 | Claim Tasks | 18 | Call Claimant | Completed | DEDSW0 |
| | SS update - DEDSW0 - Nov 14, 2022 10:56:11 am | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/17/2022 8:01:36 AM | Claim Tasks | 19 | Call Claimant | Requested | LATSP8 |

SS update - DEDSW0 - Nov 17, 2022 08:01:48 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/13/2022 6:18:13 AM | Documents/Mail | 42 | Email | Received | BXGRAHA |

2022-12-09-16.53.49.252160O01

When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follow s:
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
There are no medical records to support significant upper extremity restrictions.
Reaching-
-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below w aist level: Occasional, bilateral
There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral
There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional w ith use of handrails.
Balancing: Never
Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Craw ling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Low er extremities for foot controls- Occasional, bilateral
This review er's assessment of the above medically supported restrictions and limitations are that they are likely permanent as of from 12/27/21 and beyond as follow s. - BXGRAHA - Dec 14, 2022 09:08:13 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/13/2022 6:18:14 AM | Documents/Mail | 43 | Email | Received | BXGRAHA |

2022-12-09-16.53.49.272160O01

When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follow s:
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
There are no medical records to support significant upper extremity restrictions.
Reaching-

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below w aist level: Occasional, bilateral
There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral
There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional w ith use of handrails.
Balancing: Never
Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Craw ling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Low er extremities for foot controls- Occasional, bilateral
This review er's assessment of the above medically supported restrictions and limitations
are that they are likely permanent as of from 12/27/21 and beyond as follow s. - BXGRAHA - Dec 14, 2022 09:05:47 am

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2022 | Documents/Mail | 42 | Email | Completed | BXGRAHA |

2022-12-09-16.53.49.252160O01

When taking into consideration the entire clinical picture, including the standard of care
and evidence-based medicine and any medication or other treatment side effects, the
supported level of impairment translates into restrictions and limitations from 12/27/21 and
beyond as follow s:
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
There are no medical records to support significant upper extremity restrictions.
Reaching-
-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below w aist level: Occasional, bilateral
There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral
There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional w ith use of handrails.
Balancing: Never
Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Craw ling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Low er extremities for foot controls- Occasional, bilateral
This review er's assessment of the above medically supported restrictions and limitations

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | are that they are likely permanent as of from 12/27/21 and beyond as follow s. - BXGRAHA - Dec 14, 2022 09:08:13 am | | | | |
| 12/14/2022 | Documents/Mail | 43 | Email | Completed | BXGRAHA |
| | 2022-12-09-16.53.49.272160O01<br><br>When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follow s:<br>Sitting: Constant, as tolerated, up to a total of 8 hours/day<br>Standing: Occasional, as tolerated, up to a total of 2 hours/day<br>Walking: Occasional, as tolerated, up to a total of 2 hours/day<br>There are no significant upper extremity complaints.<br>Bilateral Upper Extremities-<br>-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together<br>-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together<br>-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together<br>-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together<br>There are no medical records to support significant upper extremity restrictions.<br>Reaching-<br>-Over shoulder level: Frequent, bilateral<br>-To desk level: Frequent, bilateral<br>-Below w aist level: Occasional, bilateral<br>There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.<br>Bilateral Upper Extremities-<br>-Fine manipulation: Constant, bilateral<br>-Simple grasping: Constant, bilateral<br>-Firm Grasping: Constant, bilateral<br>There is ongoing right hip pain from anterior labral tear.<br>Climbing stairs: Occasional w ith use of handrails.<br>Balancing: Never<br>Stooping: Never<br>Bending: Never<br>Kneeling: Never<br>Crouching: Never<br>Craw ling: Never<br>Ladder climbing: Never<br>Working at unprotected heights: Never<br>Low er extremities for foot controls- Occasional, bilateral<br>This review er's assessment of the above medically supported restrictions and limitations are that they are likely permanent as of from 12/27/21 and beyond as follow s. - BXGRAHA - Dec 14, 2022 09:05:47 am | | | | |
| 1/3/2023 | Documents/Mail | 44 | Rep Change Letter | Completed | BXGRAHA |
| | Rep Change Letter | | | | |
| 1/11/2023 | Documents/Mail | 45 | Free Form Letter | Completed | BXGRAHA |
| | Free Form Letter | | | | |
| 1/12/2023 | Documents/Mail | 49 | Medical Record Invoice | Completed | BEGAL7 |
| | 2023-01-12-14.03.19.949440O01<br><br>Received DUP RecordQuest prepay invoice#1878609-58 for $25.00 for records from KERRY PENNINGTON MD. Invoice Already handled under invoice item @ SEQ 47 - BEGAL7 - Jan 12, 2023 02:21:24 pm | | | | |
| 1/12/2023 1:04:54 PM | Documents/Mail | 46 | Email | Received | BXGRAHA |
| | 2023-01-12-11.24.21.944480O01 | | | | |
| 1/12/2023 1:04:55 PM | Documents/Mail | 47 | Medical Record Invoice | Received | BEGAL7 |
| | 2023-01-12-11.24.22.043480O01<br><br>Received RecordQuest prepay invoice#1878609-58 for $25.00 for records from KERRY PENNINGTON MD. Emailing | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | CS to verify if these records are needed, as I am not show ing a request for these records in DOCSNet - BEGAL7 - Jan 12, 2023 02:20:29 pm<br><br>Sorry, yes please proceed w ith paying the invoice.<br>Thanks!<br>Brianna Kane<br>Claims Specialist<br><br>Paid online – receipt w ill be sent. Records dow nloaded and sent to CS and disabilityclaims@lfg.com to be uploaded. Included is a total of 25 pages.<br>- BEGAL7 - Jan 17, 2023 12:44:41 pm | | | | |
| 1/12/2023 1:04:56 PM | Documents/Mail | 48 | Medical Records | Received | BXGRAHA |
| | 2023-01-12-14.02.42.275440O01 | | | | |
| 1/12/2023 1:04:57 PM | Documents/Mail | 50 | Medical Records | Received | BXGRAHA |
| | 2023-01-12-14.03.57.606440O01 | | | | |
| 1/17/2023 | Documents/Mail | 47 | Medical Record Invoice | Completed | BEGAL7 |
| | 2023-01-12-11.24.22.043480O01<br><br>Received RecordQuest prepay invoice#1878609-58 for $25.00 for records from KERRY PENNINGTON MD. Emailing CS to verify if these records are needed, as I am not show ing a request for these records in DOCSNet - BEGAL7 - Jan 12, 2023 02:20:29 pm<br><br>Sorry, yes please proceed w ith paying the invoice.<br>Thanks!<br>Brianna Kane<br>Claims Specialist<br><br>Paid online – receipt w ill be sent. Records dow nloaded and sent to CS and disabilityclaims@lfg.com to be uploaded. Included is a total of 25 pages.<br>- BEGAL7 - Jan 17, 2023 12:44:41 pm | | | | |
| 1/17/2023 | Documents/Mail | 46 | Email | Completed | BXGRAHA |
| | 2023-01-12-11.24.21.944480O01 | | | | |
| 1/17/2023 | Documents/Mail | 50 | Medical Records | Completed | BXGRAHA |
| | 2023-01-12-14.03.57.606440O01 | | | | |
| 1/17/2023 | Documents/Mail | 48 | Medical Records | Completed | BXGRAHA |
| | 2023-01-12-14.02.42.275440O01 | | | | |
| 1/17/2023 | Claim Tasks | 19 | Call Claimant | Completed | LATSP8 |
| | SS update - DEDSW0 - Nov 17, 2022 08:01:48 am | | | | |
| 1/17/2023 9:39:22 AM | Claim Tasks | 20 | Call Claimant | Requested | LATSP8 |
| 1/18/2023 10:47:50 AM | Documents/Mail | 51 | Email | Received | BXGRAHA |
| | 2023-01-17-13.47.05.891600O01 | | | | |
| 1/18/2023 10:47:51 AM | Documents/Mail | 52 | Email | Received | BXGRAHA |
| | 2023-01-17-13.47.05.917600O01 | | | | |
| 1/18/2023 10:47:52 AM | Documents/Mail | 53 | Medical Record Invoice | Received | DAJIMER |
| | 2023-01-18-11.45.59.862520O01<br><br>THIS IS NOT AN INV BUT A RECEIPT OF ONLINE CC TRANSACTION FOR $25, FOR ERIC I FINKEINSTEIN,MD / MAINLINE HEALTH SYSTEMS, INC. - DAJIMER - Jan 19, 2023 11:16:37 am | | | | |
| 1/18/2023 10:47:52 AM | Documents/Mail | 54 | Fax | Received | BXGRAHA |
| | 2023-01-18-11.46.50.540520O01 | | | | |
| 1/18/2023 10:47:53 AM | Documents/Mail | 55 | Claim Form - Authorization | Received | BXGRAHA |
| | 2023-01-18-11.47.09.183520O01 | | | | |
| 1/18/2023 10:47:53 AM | Documents/Mail | 56 | Medical Records | Received | BXGRAHA |
| | 2023-01-18-11.47.34.353520O01 | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/19/2023 | Documents/Mail | 53 | Medical Record Invoice | Completed | DAJIMER |
| | 2023-01-18-11.45.59.862520O01 | | | | |
| | THIS IS NOT AN INV BUT A RECEIPT OF ONLINE CC TRANSACTION FOR $25, FOR ERIC I FINKEINSTEIN,MD / MAINLINE HEALTH SYSTEMS, INC. - DAJIMER - Jan 19, 2023 11:16:37 am | | | | |
| 1/20/2023 | Documents/Mail | 51 | Email | Completed | BXGRAHA |
| | 2023-01-17-13.47.05.891600O01 | | | | |
| 1/20/2023 | Documents/Mail | 52 | Email | Completed | BXGRAHA |
| | 2023-01-17-13.47.05.917600O01 | | | | |
| 1/20/2023 | Documents/Mail | 55 | Claim Form - Authorization | Completed | BXGRAHA |
| | 2023-01-18-11.47.09.183520O01 | | | | |
| 1/20/2023 | Documents/Mail | 56 | Medical Records | Completed | BXGRAHA |
| | 2023-01-18-11.47.34.353520O01 | | | | |
| 1/20/2023 | Documents/Mail | 54 | Fax | Completed | BXGRAHA |
| | 2023-01-18-11.46.50.540520O01 | | | | |
| 2/10/2023 | Telephone (OUT) | 3 | ADAM K. BOBB | Completed | BXGRAHA |
| | Called attny and LVM w/receptionist regarding the LTD claim. - BXGRAHA - Feb 10, 2023 01:38:55 pm | | | | |
| 2/13/2023 | Claim Tasks | 20 | Call Claimant | Completed | LATSP8 |
| 2/13/2023 3:59:06 PM | Claim Tasks | 21 | Call Claimant | Requested | LATSP8 |
| 2/17/2023 | Documents/Mail | 57 | Begin Any Occ Investigation | Completed | BXGRAHA |
| | Begin Any Occ InvestigationAttachments:Training-Education-Experience | | | | |
| 3/1/2023 | Claim Tasks | 21 | Call Claimant | Completed | LATSP8 |
| 3/1/2023 2:39:18 PM | Claim Tasks | 22 | Call Claimant | Requested | LATSP8 |
| 3/20/2023 | Documents/Mail | 58 | Any Occ Follow Up | Completed | BXGRAHA |
| | Any Occ Follow UpAttachments:Training-Education-Experience | | | | |
| 3/20/2023 | Claim Tasks | 22 | Call Claimant | Completed | LATSP8 |
| 3/20/2023 | Telephone (OUT) | 4 | MARCUS VADEN LAW | Completed | BXGRAHA |
| | Tried to call Attny, but went to VM for a personal VM with no name attached. Did not LVM - BXGRAHA - Mar 20, 2023 11:53:18 am | | | | |
| 3/20/2023 11:11:17 AM | Claim Tasks | 23 | Call Claimant | Requested | LATSP8 |
| 3/29/2023 | Claim Tasks | 23 | Call Claimant | Completed | LATSP8 |
| 3/29/2023 9:55:37 AM | Claim Tasks | 24 | Call Claimant | Requested | LATSP8 |
| 4/4/2023 | Referrals | 4 | FTP Triage | Completed | RO5TR0 |
| | Please review for FTP, all I need is TEE, have reached out to attny multiple times with no reply.<br><br>1/11/23: Sent free form letter requesting TEE<br>2/10/23: Called Attny to get status of TEE, LVM w/receptionist<br>2/17/23: Sent begin AO letter w/TEE<br>3/20/23: Tried to call Attny, but it went to a personal VM so did not LVM<br>3/20/23: Sent AO F/U letter - FTP Triage - BXGRAHA - Apr 04, 2023 11:11:05 am<br><br>Cancelling, sending suspension letter at this point - FTP Triage - BXGRAHA - Apr 04, 2023 11:12:01 am | | | | |
| 4/4/2023 | Documents/Mail | 59 | Suspend Benefits for Proof of Dis | Completed | BXGRAHA |
| | Suspend Benefits for Proof of DisAttachments:Training-Education-Experience | | | | |
| 4/6/2023 5:58:57 PM | Documents/Mail | 60 | Email | Received | LATSP8 |
| | 2023-04-04-07.15.14.306440O01 | | | | |
| 4/6/2023 5:58:58 PM | Documents/Mail | 61 | Social Security Forms | Received | LATSP8 |
| | 2023-04-04-07.15.14.354440O01 | | | | |
| 4/8/2023 9:28:28 AM | Documents/Mail | 62 | Email | Received | LATSP8 |
| | 2023-04-04-11.17.08.089380O01 | | | | |
| 4/11/2023 5:58:13 PM | Documents/Mail | 63 | Email | Received | LATSP8 |
| | 2023-04-06-08.43.49.488380O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/11/2023 5:58:13 PM | Documents/Mail | 64 | Incoming Correspondence | Received | LATSP8 |
| | 2023-04-06-08.43.49.520380O01 | | | | |
| 4/14/2023 | Documents/Mail | 63 | Email | Completed | LATSP8 |
| | 2023-04-06-08.43.49.488380O01 | | | | |
| 4/14/2023 | Documents/Mail | 62 | Email | Completed | LATSP8 |
| | 2023-04-04-11.17.08.089380O01 | | | | |
| 4/14/2023 | Documents/Mail | 61 | Social Security Forms | Completed | LATSP8 |
| | 2023-04-04-07.15.14.354440O01 | | | | |
| 4/14/2023 | Documents/Mail | 60 | Email | Completed | LATSP8 |
| | 2023-04-04-07.15.14.306440O01 | | | | |
| 4/14/2023 | Documents/Mail | 64 | Incoming Correspondence | Completed | LATSP8 |
| | 2023-04-06-08.43.49.520380O01 | | | | |
| 4/17/2023 | Telephone (IN) | 5 | Nancy Bobb | Completed | NIAST8 |

Name: Nancy Bobb
IS'd: Adam Bobb
Coverage Type: LTD
Claim #: LTD
SSN:
Contact Phone Number: 8704610711
ER: Trinity Village
DOB:
GID: TRINITYVIL

Inq: Verbal to speak w ith Nancy, Stat Update, Payment verifcation

Adv: PATH:
R&L's w ould preclude the EE from his OO w hich appears to be med-heavy. STP: LW is sending for TSA, w ill f/u on their findings from TSA. AO is set to start 3/2023. LTP: Claimant appears to have lesser capacity, potential RTW-AO - BXGRAHA - Dec 14, 2022 09:09:48 am

Claim in Suspended

Letters OUT To At:MVADEN@MARCUSVADEN.COM on 03/20/2023 and 04/04/2023 for TEE Form

Rec Send in TEE Form to Continue Claim

Language Line - ID #:

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/19/2023 | Telephone (IN) | 6 | ADAM BOBB | Completed | TRATY9 |

caller Nancy Bobb
name Adam Bobb
cb 870-461-0711
ssn
gr TRINITYVIL

Gave verbal auth to speak w ith

Advised TEE received and then saw attny involved, advised the attny w ould need to call in. She stated attny is for the ss piece.

Let them know the CE w ould have 5-7 bus days to process new information.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/19/2023 10:32:48 AM | Documents/Mail | 65 | Email | Received | BXGRAHA |
| | 2023-04-17-14.45.48.037540O01 | | | | |
| 4/19/2023 10:32:48 AM | Documents/Mail | 66 | Incoming Correspondence | Received | BXGRAHA |
| | 2023-04-17-14.45.48.097540O01 | | | | |
| 4/21/2023 | Documents/Mail | 67 | Reopen to Exten_Reinstate LTD | Completed | BXGRAHA |
| | Reopen to Exten_Reinstate LTDAttachments:Translation services | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/21/2023 | Documents/Mail<br>2023-04-17-14.45.48.037540O01 | 65 | Email | Completed | BXGRAHA |
| 4/21/2023 | Documents/Mail<br>2023-04-17-14.45.48.097540O01 | 66 | Incoming Correspondence | Completed | BXGRAHA |
| 4/21/2023 1:02:33 PM | Referrals | 5 | TSA | Initial | BXGRAHA |

Demographics
Claimant Name: Adam Bobb
Claim Number: 1220024325
Gainful Amount (if defined in the policy):
Benefit Amount: 1400
Authorization to discuss w ork capacity/R&Ls w ith Physician on file?
Is the claim CA Sitused, ERISA/Non-ERISA, or other policy exceptions?
If Local Economy, please identify EE's location at time of disability:
Medical Information
Current Functional Capacity and R&Ls supported by physician: Peer AWD 12/9/22
Hand Dominance:
Vocational Information:
Job Title from ER: General Maintenance
Previous OA/TSA/TSR/Voc Rehab review completed?
Job Description on file? 11/4/21
Job Analysis on file?
Work History and Educational Information (TSA utilizes 15 years of w ork experience and highest education completed) TEE 4/17/23
Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Please run TSA to determine if gainful can be found.
- BXGRAHA - Apr 21, 2023 01:02:44 pm

VRC Response:
The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level of the insured. Though the identified occupation could typically involve reaching upw ard/dow nw ard occasionally, in sedentary occupations this can be reduced by moving objects an ergonomically correct distance from the body.
_______________________________________
Jennifer Belew , MS, CRC
Vocational Rehabilitation Consultant
- JEXBE7 - Apr 29, 2023 09:03:06 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/24/2023 | Documents/Mail | 68 | Email | Completed | BXGRAHA |

From: Rigas, Nikoleta
Sent: Monday, April 24, 2023 1:23 PM
To: Trail, Robby <Robby.Trail@lfg.com>
Subject: Escalation Template
Importance: High

Claims Examiner Name: Brianna Kane BXGRAHA
-Claim # (include coverage): LTD 1220024325
-SSN:
-Claimant Name (if different than caller): ADAM BOBB
-Caller Type: AR Authorize
-Caller Name (include first/last name): Nancy Bobb - Wife
-Customer prefers contact via (phone or email - include phone number or email address): Call back#: 8704610711
-Escalation Reason (choose one)
? STAT Claim
? Claims Examiner no longer w ith LFG or in that area
? Claim Submission Outside TAT
? Claim is in Initial status for extended period of time
? Dental Escalation
? Converge/ Worksite claim ESC
? Converge/ Worksite claim update
-Brief Explanation (facts only):

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

- claimant asked to escalate this to get help from a manager because they really need help.
- benefit payment w as sent to the w rong bank acct
- bank is about to close account for lack of funds
- clmant is asking if w e can please expedite the reissuing of payment so the bank does not close the account. If the bank closes the account, the claimant w ill not have any w ay to open up another bank account
- I marked this as high priority because it is very time sensitive for the claimant. I hope this is ok.
- Thank you!

Correct Bank Acct Information:
Acct#:
Routing & bank name are accurate

All the best,

Nikoleta Rigas
Claim Care Associate

Claimant Excellence Service Organization

Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114260-268-1486 Office
260-455-9141 Fax

LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/24/2023 | Telephone (IN) | 9 | ADAM BOBB | Completed | NIBRI8 |

*Caller Name: Nancy Bobb - w ife
Clmnt: Adam Bobb
*Call Back#: 8704610711
SSN:
DOB:
Claim#:
*Group/Employer: Trinity Village

recvd auth from adam to speak w ith nancy re claim
- benefit payment w as sent to the w rong bank acct
- bank is about to close account for lack of funds
- clmant is asking if w e can please expedite the reissuing of payment so the bank does not close the account. If the bank closes the account, the claimant w ill not have any w ay to open up another bank account
- clmant req escalation

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Correct Info:
Bank Name: Fairfield Credit Union
Routing#:
Acct #:
Type: Checking

i filed escalation

| 4/24/2023 | Telephone (IN) | 8 | ADAM BOBB | Completed | BXGRAHA |
|---|---|---|---|---|---|

ADAM bobb
CLAIM 1220024325
c/b
dob
er TRINITY VIL

ee said his benefit payment w as DD to a w rong accnt.
EE has an urgent request to DD to his correct account.

Verified the bank info:

FAIRFIELD FCU (correct)
(correct)
(incorrect)

(according to ee this is his correct accnt)

cs Brianna Kane
CM Robby Trail x 2838 (name not show ing up on w de; tried manually this is not a w orking extension)

ATTN CS:

EE said the accnt # on file is NOT correct.
EE's correct bank accnt #

| 4/24/2023 | Telephone (OUT) | 7 | ADAM K. BOBB | Completed | BXGRAHA |
|---|---|---|---|---|---|

Tried to call EE/SP, phone w ent to VM w /message that the mailbox w as full and not accepting messages. Unable to LVM - BXGRAHA - Apr 24, 2023 01:42:56 pm

| 4/26/2023 | Documents/Mail | 69 | Email | Completed | BXGRAHA |
|---|---|---|---|---|---|

djenkins@marcusvaden.com;
Re: TRINITY VIL claim CTI_CALL
Hello,

Thank you for your email. We show that the claim is approved and set to auto pay. We show that the most recent payment w as sent to her on 04/21/2023. Let us know if w e can be of more assistance.

Thank you,

Karmie Vance
Customer Care
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 4/24/2023 11:36 AM, From: djenkins@marcusvaden.com, To: Claims@lfg.com; , Subject: 1220024325 claim CTI_CALL, djenkins@marcusvaden.com w rote:
***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Our client w ould like to know w hen they can expect a check.

Thanks

Donna K Jenkins
Office Administrator
P.O. Box 203
600 S. German Ln
Suite 102
Conw ay, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/26/2023 12:10:05 PM | Documents/Mail<br>2023-04-24-14.46.55.578540O01 | 70 | Email | Received | BXGRAHA |
| 4/28/2023 | Documents/Mail<br>2023-04-24-14.46.55.578540O01 | 70 | Email | Completed | BXGRAHA |
| 5/2/2023 1:52:36 PM | Documents/Mail<br>2023-04-29-22.04.17.102580O01 | 72 | Incoming Correspondence | Received | BXGRAHA |
| 5/2/2023 1:52:36 PM | Documents/Mail<br>2023-04-29-22.04.17.074580O01 | 71 | Email | Received | BXGRAHA |
| 5/3/2023 | Referrals | 5 | TSA | Completed | BXGRAHA |

Demographics
Claimant Name: Adam Bobb
Claim Number: 1220024325
Gainful Amount (if defined in the policy):
Benefit Amount: 1400
Authorization to discuss w ork capacity/R&Ls w ith Physician on file?
Is the claim CA Sitused, ERISA/Non-ERISA, or other policy exceptions?
If Local Economy, please identify EE's location at time of disability:
Medical Information
Current Functional Capacity and R&Ls supported by physician: Peer AWD 12/9/22
Hand Dominance:
Vocational Information:

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Job Title from ER: General Maintenance<br>Previous OA/TSA/TSR/Voc Rehab review completed?<br>Job Description on file? 11/4/21<br>Job Analysis on file?<br>Work History and Educational Information (TSA utilizes 15 years of w ork experience and highest education completed) TEE 4/17/23<br>Specific Question(s) for Review er<br>Provide CE input and synopsis about nature of referral. Provide your specific questions:<br>Please run TSA to determine if gainful can be found.<br>- BXGRAHA - Apr 21, 2023 01:02:44 pm<br><br>VRC Response:<br>The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level of the insured. Though the identified occupation could typically involve reaching upw ard/dow nw ard occasionally, in sedentary occupations this can be reduced by moving objects an ergonomically correct distance from the body.<br>________________________________________<br>Jennifer Belew , MS, CRC<br>Vocational Rehabilitation Consultant<br>- JEXBE7 - Apr 29, 2023 09:03:06 pm | | | | |
| 5/3/2023 | Documents/Mail | 72 | Incoming Correspondence | Completed | BXGRAHA |
| | 2023-04-29-22.04.17.102580O01 | | | | |
| 5/3/2023 | Documents/Mail | 71 | Email | Completed | BXGRAHA |
| | 2023-04-29-22.04.17.074580O01 | | | | |
| 5/3/2023 7:49:45 AM | Documents/Mail | 73 | Denial Any Occupation | Work In Progress | BXGRAHA |
| | Denial Any OccupationAttachments:Translation services | | | | |
| 5/8/2023 | Claim Tasks | 10 | Begin AO Investigation | Completed | BXGRAHA |
| | Sent begin AO 2/17/23 - BXGRAHA - Mar 15, 2023 10:58:34 am<br><br>Sending AO f/u, allow ing 15 days prior to suspending - BXGRAHA - Mar 20, 2023 11:47:11 am<br><br>Suspending benefits at this time - BXGRAHA - Apr 04, 2023 11:20:04 am | | | | |
| 5/8/2023 9:24:23 AM | Referrals | 6 | Management Review | Initial | BXGRAHA |
| | Please review for TDAO denial. EE has labral tear, to date has not had SX, most recent OVN notes he refuses SX. Peer completed gave physical R&L's and TSA found gainful. - Management Review - BXGRAHA - May 08, 2023 09:25:12 am<br><br>Review ed file. The claim w as sent for a peer review w ith a board-certified PM&R MD, w ho provided permanent R&Ls in w hich the claimant is capable of FT w ork. A TSA identified gainful occupations the claimant can perform w ithin the R&Ls from the peer review . I am in agreement w ith denial of ongoing liability beyond COD for not TDAO. - Management Review - RO5TR0 - May 10, 2023 10:26:53 am | | | | |
| 5/11/2023 | Claim Tasks | 14 | Call Claimant | Completed | BXGRAHA |
| | *** EE IS ATTORNEY REP ***<br><br>30d since req to EE for med update w / TMP form - SHYAG1 - Aug 01, 2022 09:40:49 am<br><br>60d since req to EE for OVN 3/1/22-p + Auth and TMP if EE w ould like us to assist in req med - SHYAG1 - Sep 02, 2022 08:48:23 am<br><br>Letter from PCP rec'd and invoice for request sent under group life claim. - JOSFI5 - Sep 09, 2022 01:07:13 pm<br><br>Incoming MEDICAL RECORDS in AWD dated 9/30/2022<br>Rec'd records from Dr. Kerry Pennington dated 10/25/21 & 3/08/22 and Scott A. Johnson, LCSW dated 4/07/22 to 8/16/22. Records are under the L/W claim.<br>- AJHICKS - Oct 03, 2022 05:40:14 pm<br><br>We still need the records from Dr. Law rence K. O'Malley, Orthopedic Surgeon, and Dr. John Brow n, Arkansas | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Spine and Pain. Email to the Attorney w ith a copy of the letter dated 9/2/22 (Auth and TMP); follow up in 15 days.

- AJHICKS - Oct 06, 2022 12:37:47 pm

Follow up for peer review on gr. life claim. - JOSFI5 - Nov 22, 2022 01:46:12 pm

LW sending for TSA at this time, f/u on their review . - BXGRAHA - Dec 14, 2022 09:11:28 am

Sent letter to Attny to get confirmation of dates TSA requested. Work w ith ER to get JD. - BXGRAHA - Jan 11, 2023 04:12:35 pm

Called and LVM for attny - BXGRAHA - Feb 10, 2023 01:39:19 pm

Sending AO letter w /TEE, allow ing 30 days prior to review ing for suspension - BXGRAHA - Feb 17, 2023 01:41:15 pm

Suspending benefits at this time. - BXGRAHA - Apr 04, 2023 11:19:39 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/12/2023 | Referrals | 6 | Management Review | Completed | BXGRAHA |

Please review for TDAO denial. EE has labral tear, to date has not had SX, most recent OVN notes he refuses SX. Peer completed gave physical R&L's and TSA found gainful. - Management Review - BXGRAHA - May 08, 2023 09:25:12 am

Review ed file. The claim w as sent for a peer review w ith a board-certified PM&R MD, w ho provided permanent R&Ls in w hich the claimant is capable of FT w ork. A TSA identified gainful occupations the claimant can perform w ithin the R&Ls from the peer review . I am in agreement w ith denial of ongoing liability beyond COD for not TDAO. - Management Review - RO5TR0 - May 10, 2023 10:26:53 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/12/2023 | Documents/Mail | 73 | Denial Any Occupation | Completed | BXGRAHA |

Denial Any OccupationAttachments:Translation services

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/12/2023 | Telephone (OUT) | 10 | MARCUS VADEN LAW | Completed | BXGRAHA |

Called office, adv of AO denial, w ill issue lump sum payment from 4/15-12/15/23, EE should see w ithin 2-3 BD. Confirmed I w ill email and mail copy of determination letter. - BXGRAHA - May 12, 2023 03:02:27 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/12/2023 8:53:03 PM | Status | | Not TD Any Occ | CLOSED | BRMCLSDIRY |
| 5/15/2023 | Telephone (IN) | 12 | Nancy BOBB | Completed | BXGRAHA |

nancy bobb
adam bobb

870-461-8711

Nancy to make sure w e have correct DD info

EE gave auth to speak w ith w ife....account number is incorrect

correct account number is

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/15/2023 | Telephone (IN) | 11 | Nancy Bobb | Completed | BRAMA8 |

nancy bobb
adam bobb

DOB
ER trinity village
CB

EE gave verbal auth for spouse to speak on his behalf. calling to check payment info and states acct # w as incorrect. verified acct # for past payment is incorrect and spoke w ith CE and informed she w ould need to contact attorney for issue about payment

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/18/2023 | Claim Tasks | 24 | Call Claimant | Completed | LATSP8 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/18/2023 | Claim Tasks | 9 | Review SS Offset Amount | Completed | LATSP8 |
| | EE is in the process of applying for Social Security. - AJHICKS - Jun 15, 2022 02:31:33 pm<br><br>Letter from Attorney - SSDI application submitted on 4/14/22 - AJHICKS - Jun 30, 2022 02:32:58 pm | | | | |
| 11/6/2023 | Telephone (OUT) | 13 | MARCUS VADEN LAW | Completed | BXGRAHA |
| | Called attny from VM left. Confirmed he faxed and emailed a letter requesting file copy and extension on the appeal. Adv I don't see yet, how ever takes up to 2 BD to post to claim. As soon as I see the letter I w ill start the file copy and get it emailed to him. Appeals w ill have to be the ones w ho grant extension. Attny thanked for return call. - BXGRAHA - Nov 06, 2023 10:58:10 am | | | | |
| 11/7/2023 10:57:21 AM | Documents/Mail | 74 | Incoming Correspondence | Received | BXGRAHA |
| | 2023-11-03-12.02.44.295660O01 | | | | |
| 11/7/2023 10:58:58 AM | Documents/Mail | 75 | Incoming Correspondence | Received | BXGRAHA |
| | 2023-11-03-12.02.44.707720O01 | | | | |
| 11/7/2023 3:33:00 PM | Claim Tasks | 25 | Open Review | Requested | EXT |
| | Attny requesting extension to file appeal, I w ill handle the file copy<br>Marcus Vaden cell 501-336-4247 - BXGRAHA - Nov 07, 2023 03:34:15 pm | | | | |
| 11/7/2023 3:35:00 PM | Documents/Mail | 76 | Email | Received | BXGRAHA |
| | 2023-11-06-12.02.54.596720O01 | | | | |
| 11/7/2023 3:35:01 PM | Documents/Mail | 77 | Incoming Correspondence | Received | BXGRAHA |
| | 2023-11-06-12.02.54.637720O01 | | | | |
| 11/9/2023 | Summary/Assessment/Pa | 3h | ATTY APPEAL EXT REQUEST | Completed | CXGEARY |
| | Summary Notes<br>ATTY APPEAL EXT REQUEST<br>Letter from Atty requesting 30 day ext to appeal as he has requested a file copy and needs time ot review .<br>Granting ext to 12/8/2023. - CXGEARY - Nov 09, 2023 03:08:44 pm<br>Assessment Notes<br><br>Path Notes<br>see summary - CXGEARY - Nov 09, 2023 03:08:44 pm | | | | |
| 11/9/2023 | Documents/Mail | 78 | Free Form Letter | Completed | CXGEARY |
| | Free Form Letter | | | | |
| 11/9/2023 | Documents/Mail | 74 | Incoming Correspondence | Completed | BXGRAHA |
| | 2023-11-03-12.02.44.295660O01 | | | | |
| 11/9/2023 | Documents/Mail | 75 | Incoming Correspondence | Completed | BXGRAHA |
| | 2023-11-03-12.02.44.707720O01 | | | | |
| 11/9/2023 | Documents/Mail | 76 | Email | Completed | BXGRAHA |
| | 2023-11-06-12.02.54.596720O01 | | | | |
| 11/9/2023 | Documents/Mail | 77 | Incoming Correspondence | Completed | BXGRAHA |
| | 2023-11-06-12.02.54.637720O01 | | | | |
| 11/9/2023 | Claim Tasks | 25 | Open Review | Completed | EXT |
| | Attny requesting extension to file appeal, I w ill handle the file copy<br>Marcus Vaden cell 501-336-4247 - BXGRAHA - Nov 07, 2023 03:34:15 pm | | | | |
| 11/9/2023 10:03:27 AM | Claim Tasks | 26 | File scan request | Requested | BXGRAHA |
| | Please prepare a full file copy for the attorney. Include claim number 1210071975 STD, 1220024325 LTD, and 1220054596 LW. As a reminder, the file copy should include all documents w ithin the administrative claim file including polcy and/or the certiciate that w as effective on the Date of Disability, all AWD or paper documents, activity lists, phone notes, etc. Also support staff can send the file copy letter out.<br><br>EMAIL ADDRESS:<br>MVADEN@MARCUSVADEN.COM - BXGRAHA - Nov 09, 2023 10:04:34 am<br>Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as:<br><br>A BOBB 1210071795 1220024325 1220054596 11-10-23 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.<br>** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.** - MIXRO8 - Nov 10, 2023 07:26:03 am<br><br>This is good to send - BXGRAHA - Nov 10, 2023 08:19:40 am<br>Email of file copy has been sent securely to requestor and CE - MIXRO8 - Nov 10, 2023 08:28:46 am | | | | |
| 11/10/2023 | Claim Tasks | 26 | File scan request | Completed | BXGRAHA |
| | Please prepare a full file copy for the attorney. Include claim number 1210071975 STD, 1220024325 LTD, and 1220054596 LW. As a reminder, the file copy should include all documents w ithin the administrative claim file including polcy and/or the certiciate that w as effective on the Date of Disability, all AWD or paper documents, activity lists, phone notes, etc. Also support staff can send the file copy letter out.<br><br>EMAIL ADDRESS:<br>MVADEN@MARCUSVADEN.COM - BXGRAHA - Nov 09, 2023 10:04:34 am<br>Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as:<br><br>A BOBB 1210071795 1220024325 1220054596 11-10-23<br><br>Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.<br>** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.** - MIXRO8 - Nov 10, 2023 07:26:03 am<br><br>This is good to send - BXGRAHA - Nov 10, 2023 08:19:40 am<br>Email of file copy has been sent securely to requestor and CE - MIXRO8 - Nov 10, 2023 08:28:46 am | | | | |
| 11/10/2023 11:41:02 AM | Documents/Mail | 79 | Incoming Correspondence | Received | AM0ST5 |
| | 2023-11-09-16.10.11.734660O01 | | | | |
| 11/10/2023 11:42:59 AM | Status | | | REOPENED | RTAMO6 |
| 11/10/2023 11:43:43 AM | Appeal | 1 | Level 1 | New | AM0ST5 |
| 11/10/2023 11:44:48 AM | Claim Tasks | 27 | Appeal - Review Any OCC | Requested | AM0ST5 |
| 11/10/2023 11:45:26 AM | Documents/Mail | 80 | Appeal Notice | Received | AM0ST5 |
| | 2023-11-09-16.10.11.238680O01 | | | | |
| 11/10/2023 11:46:47 AM | Documents/Mail | 81 | Appeal Notice | Received | AM0ST5 |
| | 2023-11-09-16.23.55.603660O01 | | | | |
| 11/10/2023 11:47:44 AM | Documents/Mail | 82 | Incoming Correspondence | Received | AM0ST5 |
| | 2023-11-09-16.23.56.535660O01 | | | | |
| 11/10/2023 11:54:54 AM | Documents/Mail | 83 | Incoming Correspondence | Received | AM0ST5 |
| | 2023-11-09-16.23.56.027660O01 | | | | |
| 11/10/2023 1:18:22 PM | Documents/Mail | 84 | Fax | Received | AM0ST5 |
| | 2023-11-09-16.56.13.039680O01 | | | | |
| 11/10/2023 1:18:23 PM | Documents/Mail | 85 | Medical Records | Received | AM0ST5 |
| | 2023-11-09-16.56.13.104680O01 | | | | |
| 11/10/2023 1:18:24 PM | Documents/Mail | 86 | Social Security Forms | Received | LATSP8 |
| | 2023-11-09-16.56.13.170680O01 | | | | |
| 11/13/2023 | Claim Tasks | 27 | Appeal - Review Any OCC | Completed | AM0ST5 |
| 11/14/2023 | Documents/Mail | 87 | Envelope | Completed | BXGRAHA |
| | 2023-11-13-12.15.05.587860O01 | | | | |
| 11/14/2023 9:13:15 AM | Documents/Mail | 88 | Incoming Correspondence | Received | AM0ST5 |
| | 2023-11-13-12.15.05.661860O01 | | | | |
| 11/14/2023 9:13:16 AM | Documents/Mail | 89 | Medical Records | Received | AM0ST5 |
| | 2023-11-13-12.15.05.734860O01 | | | | |
| 11/14/2023 9:13:17 AM | Documents/Mail | 90 | Social Security Forms | Received | AM0ST5 |
| | 2023-11-13-12.15.05.779860O01 | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/15/2023 | Summary/Assessment/Pa | 2h | Ongoing Claim Summary - AJHICKS - Jul 08, 2022 12:10:40 pm | Completed | AM0ST5 |

Summary Notes
Ongoing Claim Summary - AJHICKS - Jul 08, 2022 12:10:40 pm
Assessment Notes

Path Notes

RATIONALE/DIRECTION: Approval

SUMMARY:
Claimant is a 37 year old male, Maintenance Worker (JD on file /climbing ladders ducking and craw ling lots of physical labor and w alking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis w ith Chronic Pain and primary Osteoarthritis right hip. He stated that he flipped a tractor at home and that's w hen the problems began.

OFFSETS:
STD Benefits:$250.00 per w eek from 7/02/21 to 9/03/21 but max date is 12/17/21 (24 w eeks) Claim w as denied as Not TDOO
Salary Continuance: $1,395.20 on 7/10/2021 for sick leave w ages
Pension: Email to the Group

Riders
** Progressive Income Benefit (PIB): 10% to Max: $5000.00; EE's condition w ould not interfere w ith 2 or more of her ADL's.
** Family Care Expense Benefit: $250 per month for each dependent for 12 months.
** Survivor Benefit (SIB): 3 Months

MEDICAL
incoming MEDICAL RECORDS in AWD dated 3/25/2022
Rec'd office records from Dr. Kerry Pennington 10/25/21 - 3/08/22
** 38 year old male seen as a new patient to establish care due to hiv screening. He has chronic pain in the right hip. He lost his job and has no insurance. He has been follow ed by Dr. Pollard for the hip pain and needs MRI. He has history of HTN and anxiety. He has arthritis in hip and lumbar spine. He has a torn labrum per Dr. Pollard. He w ent to PT for his right hip but it made it w orse. Increase Duloxetine for chronic anxiety; add Ibuprofen 600 3 times a day and tramadol 50 every 6 hrs for right hip pain andspondylosis of lumbar region, OA right hip.
** 3/08/22: EE seen for consulaton to fill out paperw ork for STD. due for HIV agrice.
** MRI right hip on 11/08/21; tear of the right anterior superior labrum

Clinical Conclusion:
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed. - AJHICKS - Apr 04, 2022 04:31:10 pm

Rec'd letter from the Attorney dated 4/12/2022
EE did have a follow up w ith Dr. Kerry Pennington after October 25, 2021.
EE has seen other providers after 11/8/2021. They are as follow s:
** Dr. Law rence K. O¡Malley, Orthopedic Surgeon, UAMS;
** Dr. John Brow n, Arkansas Spine and Pain in Jacksonville, Arkansas;
** Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.
Also, in review ing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, w e request an extension of time until June 1, 2022 to provide you w ith these records.
- AJHICKS - Apr 13, 2022 10:37:41 am

Managers response:
Updated medical information w as requested and the file w as referred for a Clinical Review w hich opined that that available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3.8.22 the EE is seeing an ortho w ith

plans for surgery in the future. It w as recommended to reassess the medical information in three months from the last visit of 3.8.22. (June 2022). AS the medical information supports the R&L's that w ould prevent the EE from performing his Ow n Occupation, the claim w ill be approved. How ever, prior to any benefits being issued, the Claims Examiners w ill reach out to the STD Appeal examiner to inform then of the LTD decision and if STD is to re-open claim and issue STD benefits to the maximum benefit period. If STD does issue STD benefits to maximum date, then apply STD offset to LTD benefits prior to issuing. In addition, contact the Attorney for instructions on w hom the benefits are going to be issued to initially and into the future. Finally, reach out for the updated medical information recommended in the Clinical Review . - AJHICKS - Jul 08, 2022 12:10:40 pm

-----

We have req from Attorney OVN 3/1/22-p + Auth and TMP if EE w ould like to assist in req med - SHYAG1 - Sep 02, 2022 08:49:29 am

Incoming MEDICAL RECORDS in AWD dated 9/30/2022
Rec'd records from Dr. Kerry Pennington dated 10/25/21 & 3/08/22 and Scott A. Johnson, LCSW dated 4/07/22 to 8/16/22. Records are under the L/W claim.
- AJHICKS - Oct 03, 2022 05:41:28 pm

Rec'd records from Dr. Kerry Pennington dated 10/25/21 to 03/08/22 in AWD dated 9/30/2022
** 10/25/21: patient w ants to establish care and doing for his HIV screening.
** 3/08/22: patient needs paperw ork completed for disability.

Rec'd records from Scott Johnson, LCSW dated 4/07/22 to 8/16/22
** 4/07/22: 38 year old male married w ith tw o children. He's done Maintenance and mechanic w ork but lost his job because he tore his labriam in his hip and could not do the maintenance w ork anymore. EE w as seen w ith depression, PTSD and GAD.
** 6/22/22: patient recently arrests and have legal conflicts w ith increased anxiety.
** 8/16/22 EE seen for behavior health follow up you still have symptoms of anxiety and negative cognitive.

PLAN
We still need the records from Dr. Law rence K. O'Malley, Orthopedic Surgeon, and Dr. John Brow n, Arkansas Spine and Pain. Email to the Attorney; follow up in 15 days. - AJHICKS - Oct 06, 2022 12:36:45 pm

PEER:
Peer completed by Dr. Eric Finkelstein (PMR) 12/7/22
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follow s:
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
There are no medical records to support significant upper extremity restrictions.
Reaching-
-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below w aist level: Occasional, bilateral
There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral
There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional w ith use of handrails.
Balancing: Never

**Chronological Activity List**

Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Craw ling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Low er extremities for foot controls- Occasional, bilateral
This review er's assessment of the above medically supported restrictions and limitations are that they are likely permanent as of from 12/27/21 and beyond as follow s.

PATH:
R&L's w ould preclude the EE from his OO w hich appears to be med-heavy. STP: LW is sending for TSA, w ill f/u on their findings from TSA. AO is set to start 3/2023. LTP: Claimant appears to have lesser capacity, potential RTW-AO - BXGRAHA - Dec 14, 2022 09:09:48 am

TSA:
TSA w as run and gainful w as found.

PATH:
Denying for Not TDAO - BXGRAHA - May 03, 2023 08:54:41 am

| | | | | | |
|---|---|---|---|---|---|
| 11/15/2023 | Documents/Mail<br>2023-11-09-16.10.11.734660O01 | 79 | Incoming Correspondence | Completed | AM0ST5 |
| 11/15/2023 | Documents/Mail<br>2023-11-09-16.56.13.039680O01 | 84 | Fax | Completed | AM0ST5 |
| 11/15/2023 | Documents/Mail<br>2023-11-09-16.23.56.027660O01 | 83 | Incoming Correspondence | Completed | AM0ST5 |
| 11/15/2023 | Documents/Mail<br>2023-11-09-16.10.11.238680O01 | 80 | Appeal Notice | Completed | AM0ST5 |
| 11/15/2023 | Documents/Mail<br>2023-11-09-16.56.13.104680O01 | 85 | Medical Records | Completed | AM0ST5 |
| 11/15/2023 | Documents/Mail<br>2023-11-09-16.23.56.535660O01 | 82 | Incoming Correspondence | Completed | AM0ST5 |
| 11/15/2023 | Documents/Mail<br>2023-11-09-16.23.55.603660O01 | 81 | Appeal Notice | Completed | AM0ST5 |
| 11/15/2023 8:00:59 PM | Claim Tasks | 28 | Appeal - 4 day notice | Requested | AM0ST5 |
| 11/16/2023 | Documents/Mail<br>2023-11-09-16.56.13.170680O01 | 86 | Social Security Forms | Completed | LATSP8 |
| 11/16/2023 | Claim Tasks | 28 | Appeal - 4 day notice | Completed | AM0ST5 |
| 11/19/2023 | Documents/Mail<br>2023-11-13-12.15.05.779860O01 | 90 | Social Security Forms | Completed | AM0ST5 |
| 11/19/2023 | Documents/Mail<br>2023-11-13-12.15.05.734860O01 | 89 | Medical Records | Completed | AM0ST5 |
| 11/19/2023 | Documents/Mail<br>2023-11-13-12.15.05.661860O01 | 88 | Incoming Correspondence | Completed | AM0ST5 |
| 12/4/2023 | Documents/Mail<br>Appeal Dis Atty Ackappeal | 91 | Appeal Dis Atty Ackappeal | Completed | AM0ST5 |
| 12/4/2023 10:12:50 AM | Summary/Assessment/Pa | 4h | 1st Level LTD AO Appeal Review - AM0ST5 - Dec 04, 2023 | Requested | AM0ST5 |

Summary Notes
1st Level LTD AO Appeal Review - AM0ST5 - Dec 04, 2023 10:16:14 am
Assessment Notes

Path Notes
1st Level LTD AO Appeal Review

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Date Received: 11/08/2023
30th Day: 12/08/2023
45th Day: 12/23/2023
90th Day: 02/06/2024
Cov Type: LTD
Claimant Name: Adam Bobb
Claim Number: 1220024325

Claim Demographics

Current Age: now 40
EE State: AR
Situs State: AR

DOH: 08/14/2014
Eff Date: 01/01/2017
Class: 1
DLW:06/17/2021
DOD: 06/18/2021
EP: 180 days
BCD: 12/15/2021
Benefit Paid To: 12/15/2023
COD: 12/15/2023
MBD: 5 years 12/15/2026
RTW Date: NA claiming TDAO
Pre-Ex review needed: NA

Occupation: maintenance w orker
DOT Classification: 4
Primary Diagnosis: chronic pain-- not limiting per policy how ever per attorney EE is suffering w ith BH/MN conditions w hich are limited
Work Related: unknow n
Monthly Net Benefit: 1400
SSDI Aw arded: EE requested hearing
Overpaid Amount: unknow n
ERISA or NON-ERISA: ERISA

LW claim status: 1220054596
Other LTD claims: none just current appealed claim
STD Claims: 1210071975

Group ID: TRINITYVIL
Group Name: Trinity Village Inc
Attorney Representation: yes
Marcus Vaden Law
MVADEN@MARCUSVADEN.COM
PO BOX 203 CONWAY AR 72033
501 329 8723
501 205 1278

Current Providers:

AP Name/Specialty/Phone Number:
John Brow n MD Ortho
Kerry Pennington MD -PCP

**Chronological Activity List**

Initial Claim Decision

Reason/Date of denial: Not TDAO DATE 05/12/2023
Type of Medical Review , Name, & Specialty: PEER

--12/07/2022 Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation

Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb w ould have the follow ing restrictions and limitations; he could constantly sit, occasionally stand, and w alk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs w ith use of handrails, but could never balance, stoop, bend, kneel, crouch, craw l, climb a ladder, or w ork at unprotected heights. These restrictions w ere permanent.

The above listed restrictions and limitations w ould preclude Mr. Bobb from returning to w ork in his ow n occupation but w ould not preclude him from returning to w ork in any occupation.

TSA: - gainful found
DOT# Occupation Wage (mean) Physical Demand
1. 379.367-010 Surveillance-System Monitor $2,953.60/Month Sedentary
2. 235.662-022 Telephone Operator $2,513.33/Month Sedentary

Summary of Appeal being discussed:

Demographics: Claimant is a 40 year old maintenance w orker w ho stopped w orking on 06/18/2021 due to chronic pain and osteoarthritis. It w as previously determined that he met the policy definition of disability to COD 12/15/2023.

Basis for the Appeal: The claimants attorney indicated 1) claimant is disabled his medical conditions prevent him from w orking. His treating physicians agree that he has a disabling condition that continues to w orsen.

Information Submitted w ith appeal and not previously review ed:
UAMS ortho clinic records
Jefferson Regional Medical Center records
Arkansas Spine and Pain records

Path: Letter to claimant and ER. Initial call to claimant. Sending file for medical review .

SIDE NOTE: File copy w as sent to MVADEN@MARCUSVADEN.COM 11/10/2023 - AM0ST5 - Dec 04, 2023 10:16:14 am

HCC does not support

PATH: sending RTR w ith HCC report and ERISA ext to ATT - deadline is 01/02/2024

TOLLING: Starts 12/11/2023 - AM0ST5 - Dec 11, 2023 11:18:41 am

ATTY sent a letter dated 01/02/24 - indicating they requested med recs how ever they didnt request an extenstion

PATH: sent an email giving them 2 days to submit a w ritten request for ext if that w as their intent w ith the letter. w ill follow up in 2 bus days. - AM0ST5 - Jan 08, 2024 02:14:57 pm

ATTY requested ext deadline is 02/09/2024 - AM0ST5 - Feb 06, 2024 08:58:43 am

ATTY submitted an RTR response w ith docs for review

PATH: sending back to HCC for addendum review

TOLLING 12/11/2023 to 02/09/2024 - AM0ST5 - Feb 14, 2024 12:03:28 pm

**Chronological Activity List**

INCOMING:
02/09/2024 RTR response letter from attorney
11/01/2023 to 11/29/2023 OVNS Arkansas Spine and Pain
01/03/2024 OVN Terri Eubanks DDS
07/06/2023 to 12/29/2023 OVNS Scott Allison Johnson LCSW
08/03/2023 to 10/31/2023 OVNS Anthony Rodriguez APRN
08/09/2023 MRI L Spine w/o contrast
09/28/2023 to 01/10/2024 OVN Sadeem Mahmood
10/24/2023 to 01/10/2024 Diagnostics from SARC cardio & vein
11/09/2023 Labs from AEL
02/28/2023 OVN Arkansas Spine and pain
04/25/2023 OVN Arkansas Spine and pain
07/10/2023 to 11/01/2023 OVNS Arkansas Spine and pain

PATH: remains the same as above - AM0ST5 - Feb 14, 2024 12:13:38 pm

HCC recomends PEER

PATH: sending for PEER/S - AM0ST5 - Feb 23, 2024 02:00:59 pm

INCOMING:
12/28/2023 OVN UAMS Med center- ortho
12/06/2023 MRI right hip
11/16/2023 to 12/06/2023 OVNs UAMS Med center- ortho

The above was not reviewed in PEER as PEERS are already in process- can send back for an addendum if needed. WIll update path once PEERS are completed and returned for review - AM0ST5 - Mar 08, 2024 03:37:06 pm

PEER completed-- sending updated R&L's to VOC for a TSA addendum- if occs are still found will send claim back for PEER addendum with the items submitted late. - AM0ST5 - Mar 14, 2024 05:21:54 pm

SENDING additional information to PMR/PAIN for addendum review

SENDING RTR with what we have so far and advise we are having the PMR/PAIN PEER review the additional items that came in while it was in the prior review -- ATTY can respond with additional information for the BH/MN conditions if they disagree with our review DEADLINE for RTR is 04/17/2024.

TOLLING: 03/27/2024 - AM0ST5 - Mar 27, 2024 12:49:28 pm

SENDING RTR with PMR/PAIN ADDENDUM- DEADLINE IS 05/01/2024

STILL TOLLING - AM0ST5 - Apr 10, 2024 10:25:10 am

INCOMING:
attorney response to RTR
Cardiology OVNS

PATH: sending claim back to HCC to review the cardiac issues as PMR will not be able to opine on them. - AM0ST5 - May 06, 2024 09:44:26 pm

in oversight review - AM0ST5 - May 13, 2024 12:16:29 pm

SEE OVT SAP FOR DETAILS - AM0ST5 - May 13, 2024 04:03:14 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/4/2023 10:13:10 AM | Referrals | 7 | Change of Definition | Initial | AM0ST5 |

1st Level LTD AO Appeal Review

Date Received: 11/08/2023
30th Day: 12/08/2023
45th Day: 12/23/2023

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

90th Day: 02/06/2024
Cov Type: LTD
Claimant Name: Adam Bobb
Claim Number: 1220024325

Claim Demographics

Current Age: now 40
EE State: AR
Situs State: AR

DOH: 08/14/2014
Eff Date: 01/01/2017
Class: 1
DLW:06/17/2021
DOD: 06/18/2021
EP: 180 days
BCD: 12/15/2021
Benefit Paid To: 12/15/2023
COD: 12/15/2023
MBD: 5 years 12/15/2026
RTW Date: NA claiming TDAO
Pre-Ex review needed: NA

Occupation: maintenance w orker
DOT Classification: 4
Primary Diagnosis: chronic pain-- not limiting per policy how ever per attorney EE is suffering w ith BH/MN conditions w hich are limited
Work Related: unknow n
Monthly Net Benefit: 1400
SSDI Aw arded: EE requested hearing
Overpaid Amount: unknow n
ERISA or NON-ERISA: ERISA

LW claim status: 1220054596
Other LTD claims: none just current appealed claim
STD Claims: 1210071975

Group ID: TRINITYVIL
Group Name: Trinity Village Inc
Attorney Representation: yes
Marcus Vaden Law
MVADEN@MARCUSVADEN.COM
PO BOX 203 CONWAY AR 72033
501 329 8723
501 205 1278

Current Providers:

AP Name/Specialty/Phone Number:
John Brow n MD Ortho
Kerry Pennington MD -PCP

Initial Claim Decision

Reason/Date of denial: Not TDAO DATE 05/12/2023
Type of Medical Review , Name, & Specialty: PEER

--12/07/2022 Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation

Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb w ould have the follow ing restrictions and limitations; he could constantly sit, occasionally stand, and w alk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs w ith use of handrails, but could never balance, stoop, bend, kneel, crouch, craw l, climb a ladder, or w ork at unprotected heights. These restrictions w ere permanent.

The above listed restrictions and limitations w ould preclude Mr. Bobb from returning to w ork in his ow n occupation but w ould not preclude him from returning to w ork in any occupation.

TSA: - gainful found
DOT# Occupation Wage (mean) Physical Demand
1. 379.367-010 Surveillance-System Monitor $2,953.60/Month Sedentary
2. 235.662-022 Telephone Operator $2,513.33/Month Sedentary

Summary of Appeal being discussed:

Demographics: Claimant is a 40 year old maintenance w orker w ho stopped w orking on 06/18/2021 due to chronic pain and osteoarthritis. It w as previously determined that he met the policy definition of disability to COD 12/15/2023.

Basis for the Appeal: The claimants attorney indicated 1) claimant is disabled his medical conditions prevent him from w orking. His treating physicians agree that he has a disabling condition that continues to w orsen.

Information Submitted w ith appeal and not previously review ed:
UAMS ortho clinic records
Jefferson Regional Medical Center records
Arkansas Spine and Pain records

Path: Letter to claimant and ER. Initial call to claimant. Sending file for medical review .

SIDE NOTE: File copy w as sent to MVADEN@MARCUSVADEN.COM 11/10/2023

MEDICAL REVIEW QUESTIONS:
1. Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 12/15/2023 forw ard. Please review for the physical, psychiatric/cognitive conditions.

2. If psychiatric/cognitive conditions are supported please indicate the start date the conditions w ere supported.

3. If your conclusion is different from the previous review , please explain the medical rationale and evidence used in your coming to the different conclusion(s). - AM0ST5 - Dec 04, 2023 10:15:42 am
Please extract records for this claim and create a case in Sequoia to be fully pro-indexed for an appeal nurse review .

Adam Bobb
Claim Numbers:
LTD 1220024325
STD 1210071975
GRLIFE 1220054596 - CADSP1 - Dec 04, 2023 01:45:44 pm
Files have been extracted, combined, and sent to Sequoia / Pro-Index for full-index - STEGU1 - Dec 05, 2023 12:39:29 pm
Transferred to prety2.

**Chronological Activity List**

prety2 - PRETY2 - Dec 08, 2023 06:16:24 am
Date:December 8, 2023

Subject:Appeal Nursing Memorandum

Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

Diagnosis documented per initial Provider Statement are chronic pain and primary osteoarthritis of right hip. Symptoms first appeared on June 17, 2021 and employee advised to stop w ork same date. Employee reported to see specialist and has right hip pain. MRI reported to show labral tear and employee cannot w ork w ith current pain. Form is completed by Dr. Kerry Pennington and is not dated. Additional Provider Statement is completed on July 8, 2021 by Dr, Mark Ramiro, Family Practice. Diagnosis is right hip pain, tendinitis, and bursitis w ith severe right hip pain. Estimated return to w ork is September 8, 2021. Treatment is medication and physical therapy. Dr. Ramiro completes updated statement on September 2, 2021 w ith same diagnosis and estimated return to w ork in November 2021. Medica history includes hypertension and hyperlipidemia.

Employee is seen by Dr. Mark Ramiro on June 18, 2021 for right hip pain, right groin pain and burn to bottom of right foot. Exam documents pain w ith range of motion of right hip. Assessment is hypertension, 2nd degree burn to right foot, right hip pain, and right hip bursitis. Medications outlined. A follow up is noted on June 28, 2021 for right foot w ound and right hip pain. Employee to continue current medications. Provider notes bottom of right foot is nearly healed. Additional visits are reported in July and August 2021 for follow up.

Employee is evaluated by Orthopedic Surgery, Dr. Ashley Huber, on September 1, 2021 for right hip pain that has been ongoing for 1 year. Provider orders MRI of pelvis and follow up after testing.

Employee presents for Dr. Kerry Pennington, Family Practice, on October 25, 2021 to establish care. Employee reports chronic hip pain, has lost job and has no insurance. Exam documents moderate osteoarthritis of hands, decreased range of motion of right hip, tenderness of right hip and moderate stiffness of lumbar spine. Assessment is hypertension, anxiety, pain right hip, chronic pain, spondylosis of lumbar spine and osteoarthritis right hip. Provider increased dosage of psychotropic medication for anxiety, recommends over the counter medication for hip pain, and continue current medication for hypertension. Employee to follow up in 3 months.

MRI of right hip completed on November 8, 2021 w ith impression of tear of right anterior superior labrum. Employee underw ent injection to right hip on December 16, 2021 in follow up w ith Dr. Mary Cornaghle, orthopedic surgery. Provider recommends continue w ith physical therapy.

MRI of lumbar spine is completed on December 27, 2021 w ith impression of degenerative disc disease at 4-5 level.

Employee is seen by Dr. John Brow n, Pain Medicine, is dated January 25, 2022. Assessment is lumbar degenerative disc disease, chronic right hip pain, cervical spondylosis, cervical myofascial (muscle) pain syndrome, labral tear right hip joint, cervicalgia, long terms use of medication, and cervical radiculopathy. Provider recommends trigger point injections and prescribes narcotic pain medication. Employee undergoes trigger point injections to cervical spine.

MRI of cervical spine is completed on February 9, 2022 w ith impression of diffuse disc bulge/bony spur at level 6-7 and minimal disc bulge at level 5-6.

Follow up w ith Dr. Brow n is documented on February 21, 2022 and provider recommends sacroiliac joint injection to right, prescribes neck/back physical therapy and refills pain medication.

Employee returns to Dr. Pennington on March 8, 2022 to fill out paperw ork for disability. Employee also notes severe anxiety. Exam documents pain w ith range of motion of right hip, mild stiffness of both knees, moderate tenderness right sacroiliac joint/lumbar spine, and no psychiatric/mental status exam is documented. Assessment is tear of right acetabular labrum, cervical spondylosis, and hypertension. Employee undergoes injection to right sacroiliac joint (hip area).

A visit w ith Scott Johnson, Licensed Counselor/Social Worker, is dated April 7, 2022. Assessment is post traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. Employee reports being in a bad mood, w ants to be left alone and reports difficulty w ith sleep/sw eating. History and current issues reported.

Employee reported to be cooperative, anxious, appropriate affect, anxious mood, disturbance of perception, restless motor activity and logical thought content with fair judgment/insight. Medications outlined. Employee to follow up in 2-3 weeks as this is 1st available appointment with counselor.

A repeat right sacroiliac joint is completed on April 13, 2022. Procedure report provided.

Employee has follow up appointments with Dr. Brown on April 18, 2022 and June 8, 2022 and medications continued with recommendation for ongoing stretches.

Employee returns to Licensed Counselor Johnson is documented on June 22, 2022. Employee reports increased anxiety with recent arrest and legal conflicts. Exam documents anxious affect/mood, restless motor activity, logical thought process, and fair insight/judgment. Assessment is post traumatic stress disorder, depression and anxiety. Medications outlined. Employee to follow up in 2 weeks. A follow up appointment is reported on August 16, 2022. Employee is seen by Dr. Pennington is noted in August 2022 and September 2022 and a return visit to Dr. Brown is noted in October 2022.

A peer review is completed by Dr. Eric Finkelstein, Physical Medicine & Rehabilitation, on December 7, 2022. Primary diagnosis documented as chronic pain, right hip pain, osteoarthritis right hip and labral tear. Co-morbid diagnosis documented as hypertension, chronic anxiety, and spondylosis of lumbar region. Restrictions and limitations are outlined for dates June 17, 2021 to December 27, 2021 as sit constant up to 8 hours day, occasional stand/walk total 2 hours day, lift/carry up to 10 lbs. with both upper extremities occasionally, never push/pull, never push/pull, and constant finger/handle/grasp bilaterally. Restrictions and limitations from December 27, 2021 and beyond is documented as sit up to 8 hours, stand/walk occasionally up to 2 hours, lift/push/pull/carry occasionally up to 10 lbs., reach over shoulder/below waist frequently bilateral, reach below waist occasional bilateral, constant bilateral fine manipulation/simple grasp/firm grasp, occasional climb stairs/use lower extremities for foot control, and never balance/stoop/bend/kneel/crouch/crawl/ladder climb/work at unprotected heights. Peer reviewer documents that restrictions are likely permanent from December 27, 2021 and beyond.

A follow up with Dr. Pennington on February 27, 2023 for hypertension. Exam documents no abnormal findings and psychiatric exam documents appropriate mood/affect. Assessment includes hypertension, chronic pain, insomnia, post traumatic stress disorder, anxiety, depression, osteoarthritis involving multiple joints, hyperlipidemia, excessive alcohol drinking, and current smoker. Lab work outlined. Medications continued for hypertension, anxiety, post traumatic stress disease, depression and medication adjusted for hypertension and insomnia.

Diagnosis documented as chronic pain, right hip pain, osteoarthritis right hip and labral tear with co-morbid diagnosis documented as hypertension, chronic anxiety, and spondylosis of lumbar region. Treatment has been conservative with physical therapy and medications. Exam findings have noted some pain in right hip, stiffness of lumbar spine, and psychiatric exams document anxious mood/affect and agitated behavior. Treating providers have included counseling, Family Practice, pain medicine, and orthopedic. Related to physical conditions, MRI of lumbar spine does degenerative disease and MRI of right hip does document labral tear. There is no documentation of motor weakness, sensory deficits or need for assistive device with ambulation. A peer review is completed by Dr. Finkelstein on December 7, 2022. Restrictions and limitations are outlined for dates June 17, 2021 to December 27, 2021 as sit constant up to 8 hours day, occasional stand/walk total 2 hours day, lift/carry up to 10 lbs. with both upper extremities occasionally, never push/pull, never push/pull, and constant finger/handle/grasp bilaterally. Restrictions and limitations from December 27, 2021 and beyond is documented as sit up to 8 hours, stand/walk occasionally up to 2 hours, lift/push/pull/carry occasionally up to 10 lbs., reach over shoulder/below waist frequently bilateral, reach below waist occasional bilateral, constant bilateral fine manipulation/simple grasp/firm grasp, occasional climb stairs/use lower extremities for foot control, and never balance/stoop/bend/kneel/crouch/crawl/ladder climb/work at unprotected heights. Peer reviewer documents that restrictions are likely permanent from December 27, 2021 and beyond. Additional information has been submitted since completion of the peer review but exam findings do not document an acute change in symptoms and no additional treatment or diagnostic findings have been submitted that would alter peer review conclusion. The peer review conclusion remains reasonable and supportive for physical restrictions and limitations from December 15, 2023 and forward.

Related to psychiatric/cognitive status, file contains medical records from psychotherapy and from Family Practice noting anxiety, depression, and post traumatic stress disorder. Dr. Pennington notes no abnormal psychiatric exam findings and does note that employee is on psychotropic medications which are adjusted at times. Per visits with Licensed Counselor Johnson; mental status exam documents agitated behavior and anxious mood/affect but no abnormalities documented with memory, concentration, thought process, judgment or insight. There is no documentation that employee is unable to care for self/manage home/manage finances/manage family. Treatment with therapy is every 2-3 weeks. Available medical records do not provide clinical findings that support severity of

symptoms or an intensity of treatment that w ould translate into a psychiatric impairment and/or restrictions/limitations from December 15, 2023 and forw ard.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group - PRETY2 - Dec 08, 2023 03:29:49 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/4/2023 10:16:27 AM | Claim Tasks | 29 | Appeal - 45 Day Reminder | Requested | AM0ST5 |

30th Day: 12/08/2023
45th Day: 12/23/2023 - AM0ST5 - Dec 04, 2023 10:16:52 am
sent w ith RTR letter - AM0ST5 - Dec 11, 2023 11:05:10 am

| | | | | | |
|---|---|---|---|---|---|
| 12/4/2023 10:16:57 AM | Claim Tasks | 30 | Appeal 90 Day Extension | Requested | AM0ST5 |

90th Day: 02/06/2024 - AM0ST5 - Dec 04, 2023 10:17:13 am

Today's Date2/6/2024
Appeal Rcvd Date11/8/2023
Days Since Received90
Extension Sent Date12/11/2023
Tolling Start DateTolling end DateTolling Days
12/11/20232/9/202460
0
0
0
0
0
0
Tolling Days60
90th Day of Active Review 4/6/2024
Active Review Days Remaining to 90th Day60
- AM0ST5 - Feb 06, 2024 08:57:27 am

Today's Date5/6/2024
Appeal Rcvd Date11/8/2023
Days Since Received181
Extension Sent Date12/11/2023
Tolling Start DateTolling end DateTolling Days
12/11/20232/9/202461
3/27/20245/1/202436
0
0
0
0
0
Tolling Days97
90th Day of Active Review 5/13/2024
Active Review Days Remaining to 90th Day6
- AM0ST5 - May 06, 2024 10:07:02 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2023 | Referrals | 7 | Change of Definition | Completed | AM0ST5 |

1st Level LTD AO Appeal Review

Date Received: 11/08/2023
30th Day: 12/08/2023
45th Day: 12/23/2023
90th Day: 02/06/2024
Cov Type: LTD
Claimant Name: Adam Bobb
Claim Number: 1220024325

Claim Demographics

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Current Age: now 40
EE State: AR
Situs State: AR

DOH: 08/14/2014
Eff Date: 01/01/2017
Class: 1
DLW:06/17/2021
DOD: 06/18/2021
EP: 180 days
BCD: 12/15/2021
Benefit Paid To: 12/15/2023
COD: 12/15/2023
MBD: 5 years 12/15/2026
RTW Date: NA claiming TDAO
Pre-Ex review needed: NA

Occupation: maintenance w orker
DOT Classification: 4
Primary Diagnosis: chronic pain-- not limiting per policy how ever per attorney EE is suffering w ith BH/MN conditions w hich are limited
Work Related: unknow n
Monthly Net Benefit: 1400
SSDI Aw arded: EE requested hearing
Overpaid Amount: unknow n
ERISA or NON-ERISA: ERISA

LW claim status: 1220054596
Other LTD claims: none just current appealed claim
STD Claims: 1210071975

Group ID: TRINITYVIL
Group Name: Trinity Village Inc
Attorney Representation: yes
Marcus Vaden Law
MVADEN@MARCUSVADEN.COM
PO BOX 203 CONWAY AR 72033
501 329 8723
501 205 1278

Current Providers:

AP Name/Specialty/Phone Number:
John Brow n MD Ortho
Kerry Pennington MD -PCP

Initial Claim Decision

Reason/Date of denial: Not TDAO DATE 05/12/2023
Type of Medical Review , Name, & Specialty: PEER

--12/07/2022 Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation

Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb w ould have the follow ing restrictions and limitations; he could constantly sit, occasionally stand, and w alk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs w ith use of handrails, but could never balance, stoop, bend, kneel, crouch, craw l, climb a ladder, or w ork at unprotected heights. These restrictions w ere permanent.

The above listed restrictions and limitations w ould preclude Mr. Bobb from returning to w ork in his ow n occupation but w ould not preclude him from returning to w ork in any occupation.

TSA: - gainful found
DOT# Occupation Wage (mean) Physical Demand
1. 379.367-010 Surveillance-System Monitor $2,953.60/Month Sedentary
2. 235.662-022 Telephone Operator $2,513.33/Month Sedentary

Summary of Appeal being discussed:

Demographics: Claimant is a 40 year old maintenance w orker w ho stopped w orking on 06/18/2021 due to chronic pain and osteoarthritis. It w as previously determined that he met the policy definition of disability to COD 12/15/2023.

Basis for the Appeal: The claimants attorney indicated 1) claimant is disabled his medical conditions prevent him from w orking. His treating physicians agree that he has a disabling condition that continues to w orsen.

Information Submitted w ith appeal and not previously review ed:
UAMS ortho clinic records
Jefferson Regional Medical Center records
Arkansas Spine and Pain records

Path: Letter to claimant and ER. Initial call to claimant. Sending file for medical review .

SIDE NOTE: File copy w as sent to MVADEN@MARCUSVADEN.COM 11/10/2023

MEDICAL REVIEW QUESTIONS:
1. Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 12/15/2023 forw ard. Please review for the physical, psychiatric/cognitive conditions.

2. If psychiatric/cognitive conditions are supported please indicate the start date the conditions w ere supported.

3. If your conclusion is different from the previous review , please explain the medical rationale and evidence used in your coming to the different conclusion(s). - AM0ST5 - Dec 04, 2023 10:15:42 am
Please extract records for this claim and create a case in Sequoia to be fully pro-indexed for an appeal nurse review .

Adam Bobb
Claim Numbers:
LTD 1220024325
STD 1210071975
GRLIFE 1220054596 - CADSP1 - Dec 04, 2023 01:45:44 pm
Date:December 8, 2023

Subject:Appeal Nursing Memorandum

Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

Diagnosis documented per initial Provider Statement are chronic pain and primary osteoarthritis of right hip.

**Chronological Activity List**

Symptoms first appeared on June 17, 2021 and employee advised to stop w ork same date. Employee reported to see specialist and has right hip pain. MRI reported to show labral tear and employee cannot w ork w ith current pain. Form is completed by Dr. Kerry Pennington and is not dated. Additional Provider Statement is completed on July 8, 2021 by Dr, Mark Ramiro, Family Practice. Diagnosis is right hip pain, tendinitis, and bursitis w ith severe right hip pain. Estimated return to w ork is September 8, 2021. Treatment is medication and physical therapy. Dr. Ramiro completes updated statement on September 2, 2021 w ith same diagnosis and estimated return to w ork in November 2021. Medica history includes hypertension and hyperlipidemia.

Employee is seen by Dr. Mark Ramiro on June 18, 2021 for right hip pain, right groin pain and burn to bottom of right foot. Exam documents pain w ith range of motion of right hip. Assessment is hypertension, 2nd degree burn to right foot, right hip pain, and right hip bursitis. Medications outlined. A follow up is noted on June 28, 2021 for right foot w ound and right hip pain. Employee to continue current medications. Provider notes bottom of right foot is nearly healed. Additional visits are reported in July and August 2021 for follow up.

Employee is evaluated by Orthopedic Surgery, Dr. Ashley Huber, on September 1, 2021 for right hip pain that has been ongoing for 1 year. Provider orders MRI of pelvis and follow up after testing.

Employee presents for Dr. Kerry Pennington, Family Practice, on October 25, 2021 to establish care. Employee reports chronic hip pain, has lost job and has no insurance. Exam documents moderate osteoarthritis of hands, decreased range of motion of right hip, tenderness of right hip and moderate stiffness of lumbar spine. Assessment is hypertension, anxiety, pain right hip, chronic pain, spondylosis of lumbar spine and osteoarthritis right hip. Provider increased dosage of psychotropic medication for anxiety, recommends over the counter medication for hip pain, and continue current medication for hypertension. Employee to follow up in 3 months.

MRI of right hip completed on November 8, 2021 w ith impression of tear of right anterior superior labrum. Employee underw ent injection to right hip on December 16, 2021 in follow up w ith Dr. Mary Cornaghle, orthopedic surgery. Provider recommends continue w ith physical therapy.

MRI of lumbar spine is completed on December 27, 2021 w ith impression of degenerative disc disease at 4-5 level.

Employee is seen by Dr. John Brow n, Pain Medicine, is dated January 25, 2022. Assessment is lumbar degenerative disc disease, chronic right hip pain, cervical spondylosis, cervical myofascial (muscle) pain syndrome, labral tear right hip joint, cervicalgia, long terms use of medication, and cervical radiculopathy. Provider recommends trigger point injections and prescribes narcotic pain medication. Employee undergoes trigger point injections to cervical spine.

MRI of cervical spine is completed on February 9, 2022 w ith impression of diffuse disc bulge/bony spur at level 6-7 and minimal disc bulge at level 5-6.

Follow up w ith Dr. Brow n is documented on February 21, 2022 and provider recommends sacroiliac joint injection to right, prescribes neck/back physical therapy and refills pain medication.

Employee returns to Dr. Pennington on March 8, 2022 to fill out paperw ork for disability. Employee also notes severe anxiety. Exam documents pain w ith range of motion of right hip, mild stiffness of both knees, moderate tenderness right sacroiliac joint/lumbar spine, and no psychiatric/mental status exam is documented. Assessment is tear of right acetabular labrum, cervical spondylosis, and hypertension. Employee undergoes injection to right sacroiliac joint (hip area).

A visit w ith Scott Johnson, Licensed Counselor/Social Worker, is dated April 7, 2022. Assessment is post traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. Employee reports being in a bad mood, w ants to be left alone and reports difficulty w ith sleep/sw eating. History and current issues reported. Employee reported to be cooperative, anxious, appropriate affect, anxious mood, disturbance of perception, restless motor activity and logical thought content w ith fair judgment/insight. Medications outlined. Employee to follow up in 2-3 w eeks as this is 1st available appointment w ith counselor.

A repeat right sacroiliac joint is completed on April 13, 2022. Procedure report provided.

Employee has follow up appointments w ith Dr. Brow n on April 18, 2022 and June 8, 2022 and medications continued w ith recommendation for ongoing stretches.

Employee returns to Licensed Counselor Johnson is documented on June 22, 2022. Employee reports increased anxiety w ith recent arrest and legal conflicts. Exam documents anxious affect/mood, restless motor activity, logical

thought process, and fair insight/judgment. Assessment is post traumatic stress disorder, depression and anxiety. Medications outlined. Employee to follow up in 2 weeks. A follow up appointment is reported on August 16, 2022. Employee is seen by Dr. Pennington is noted in August 2022 and September 2022 and a return visit to Dr. Brown is noted in October 2022.

A peer review is completed by Dr. Eric Finkelstein, Physical Medicine & Rehabilitation, on December 7, 2022. Primary diagnosis documented as chronic pain, right hip pain, osteoarthritis right hip and labral tear. Co-morbid diagnosis documented as hypertension, chronic anxiety, and spondylosis of lumbar region. Restrictions and limitations are outlined for dates June 17, 2021 to December 27, 2021 as sit constant up to 8 hours day, occasional stand/walk total 2 hours day, lift/carry up to 10 lbs. with both upper extremities occasionally, never push/pull, never push/pull, and constant finger/handle/grasp bilaterally. Restrictions and limitations from December 27, 2021 and beyond is documented as sit up to 8 hours, stand/walk occasionally up to 2 hours, lift/push/pull/carry occasionally up to 10 lbs., reach over shoulder/below waist frequently bilateral, reach below waist occasional bilateral, constant bilateral fine manipulation/simple grasp/firm grasp, occasional climb stairs/use lower extremities for foot control, and never balance/stoop/bend/kneel/crouch/crawl/ladder climb/work at unprotected heights. Peer reviewer documents that restrictions are likely permanent from December 27, 2021 and beyond.

A follow up with Dr. Pennington on February 27, 2023 for hypertension. Exam documents no abnormal findings and psychiatric exam documents appropriate mood/affect. Assessment includes hypertension, chronic pain, insomnia, post traumatic stress disorder, anxiety, depression, osteoarthritis involving multiple joints, hyperlipidemia, excessive alcohol drinking, and current smoker. Lab work outlined. Medications continued for hypertension, anxiety, post traumatic stress disease, depression and medication adjusted for hypertension and insomnia.

Diagnosis documented as chronic pain, right hip pain, osteoarthritis right hip and labral tear with co-morbid diagnosis documented as hypertension, chronic anxiety, and spondylosis of lumbar region. Treatment has been conservative with physical therapy and medications. Exam findings have noted some pain in right hip, stiffness of lumbar spine, and psychiatric exams document anxious mood/affect and agitated behavior. Treating providers have included counseling, Family Practice, pain medicine, and orthopedic. Related to physical conditions, MRI of lumbar spine does degenerative disease and MRI of right hip does document labral tear. There is no documentation of motor weakness, sensory deficits or need for assistive device with ambulation. A peer review is completed by Dr. Finkelstein on December 7, 2022. Restrictions and limitations are outlined for dates June 17, 2021 to December 27, 2021 as sit constant up to 8 hours day, occasional stand/walk total 2 hours day, lift/carry up to 10 lbs. with both upper extremities occasionally, never push/pull, never push/pull, and constant finger/handle/grasp bilaterally. Restrictions and limitations from December 27, 2021 and beyond is documented as sit up to 8 hours, stand/walk occasionally up to 2 hours, lift/push/pull/carry occasionally up to 10 lbs., reach over shoulder/below waist frequently bilateral, reach below waist occasional bilateral, constant bilateral fine manipulation/simple grasp/firm grasp, occasional climb stairs/use lower extremities for foot control, and never balance/stoop/bend/kneel/crouch/crawl/ladder climb/work at unprotected heights. Peer reviewer documents that restrictions are likely permanent from December 27, 2021 and beyond. Additional information has been submitted since completion of the peer review but exam findings do not document an acute change in symptoms and no additional treatment or diagnostic findings have been submitted that would alter peer review conclusion. The peer review conclusion remains reasonable and supportive for physical restrictions and limitations from December 15, 2023 and forward.

Related to psychiatric/cognitive status, file contains medical records from psychotherapy and from Family Practice noting anxiety, depression, and post traumatic stress disorder. Dr. Pennington notes no abnormal psychiatric exam findings and does note that employee is on psychotropic medications which are adjusted at times. Per visits with Licensed Counselor Johnson; mental status exam documents agitated behavior and anxious mood/affect but no abnormalities documented with memory, concentration, thought process, judgment or insight. There is no documentation that employee is unable to care for self/manage home/manage finances/manage family. Treatment with therapy is every 2-3 weeks. Available medical records do not provide clinical findings that support severity of symptoms or an intensity of treatment that would translate into a psychiatric impairment and/or restrictions/limitations from December 15, 2023 and forward.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group - PRETY2 - Dec 08, 2023 03:29:49 pm
Files have been extracted, combined, and sent to Sequoia / Pro-Index for full-index - STEGU1 - Dec 05, 2023 12:39:29 pm
Transferred to prety2.

**Chronological Activity List**

| | | | | | |
|---|---|---|---|---|---|
| | prety2 - PRETY2 - Dec 08, 2023 06:16:24 am | | | | |
| 12/11/2023 | Documents/Mail | 92 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |
| | Appeal Dis Atty 21 Day LetterAttachments:Adam Bobb HCC initial review report.pdf | | | | |
| 12/11/2023 | Claim Tasks | 29 | Appeal - 45 Day Reminder | Completed | AM0ST5 |
| | 30th Day: 12/08/2023<br>45th Day: 12/23/2023 - AM0ST5 - Dec 04, 2023 10:16:52 am<br>sent w ith RTR letter - AM0ST5 - Dec 11, 2023 11:05:10 am | | | | |
| 12/11/2023 11:22:15 AM | Claim Tasks | 31 | Appeal - 21 Day Letter | Requested | AM0ST5 |
| | RTR w ith HCC and ERISA sent to EE - deadline 1/02/24 action 01/05/24 - AM0ST5 - Dec 11, 2023 11:23:28 am<br><br>atty sent letter advising they requested current records from multiple providers. they also commented on w hat they disagree w ith on the medical review report. -- they did not request an extension directly in their letter and they also asked benefits immediately be reinstated and attorney fees reimbursed. -- tried calling out to attorneys office how ever I got a message saying line is busy. -- sending a follow up email to atty and allow ing them 2 bus days to submit a formal extension request before w e move forw ard. - AM0ST5 - Jan 08, 2024 01:55:58 pm<br><br>atty req 30 days-- ext granted deadline 02/09/2024 - AM0ST5 - Jan 11, 2024 12:17:43 pm<br><br>RTR response and docs w ere submitted for review - sending for an addendum - AM0ST5 - Feb 14, 2024 12:01:42 pm | | | | |
| 1/4/2024 12:00:08 PM | Documents/Mail | 93 | Incoming Correspondence | Received | AM0ST5 |
| | 2024-01-04-08.45.45.452480O01 | | | | |
| 1/8/2024 | Documents/Mail | 93 | Incoming Correspondence | Completed | AM0ST5 |
| | 2024-01-04-08.45.45.452480O01 | | | | |
| 1/9/2024 | Documents/Mail | 94 | Email | Completed | AM0ST5 |
| | 2024-01-08-15.14.23.648520O01 | | | | |
| 1/10/2024 10:16:14 AM | Documents/Mail | 95 | Email | Received | AM0ST5 |
| | 2024-01-09-13.22.48.296520O01 | | | | |
| 1/11/2024 9:44:21 AM | Documents/Mail | 96 | Incoming Correspondence | Received | AM0ST5 |
| | 2024-01-10-12.18.44.005480O01 | | | | |
| 1/12/2024 | Documents/Mail | 95 | Email | Completed | AM0ST5 |
| | 2024-01-09-13.22.48.296520O01 | | | | |
| 1/12/2024 | Documents/Mail | 96 | Incoming Correspondence | Completed | AM0ST5 |
| | 2024-01-10-12.18.44.005480O01 | | | | |
| 1/12/2024 | Documents/Mail | 98 | Incoming Correspondence | Completed | AM0ST5 |
| | 2024-01-11-13.20.17.594480O01 | | | | |
| 1/12/2024 | Documents/Mail | 97 | Email | Completed | AM0ST5 |
| | 2024-01-11-13.20.17.561480O01 | | | | |
| 2/12/2024 10:35:57 AM | Documents/Mail | 99 | Medical Records | Received | AM0ST5 |
| | 2024-02-12-09.10.46.725880O01 | | | | |
| 2/12/2024 10:38:23 AM | Documents/Mail | 100 | Fax | Received | AM0ST5 |
| | 2024-02-12-09.10.48.287900O01 | | | | |
| 2/12/2024 10:38:23 AM | Documents/Mail | 101 | Medical Records | Received | AM0ST5 |
| | 2024-02-12-09.10.48.395900O01 | | | | |
| 2/12/2024 10:38:24 AM | Documents/Mail | 102 | Medical Records | Received | AM0ST5 |
| | 2024-02-12-09.10.48.481900O01 | | | | |
| 2/12/2024 10:39:45 AM | Documents/Mail | 103 | Medical Records | Received | AM0ST5 |
| | 2024-02-12-09.16.06.388940O01 | | | | |
| 2/12/2024 10:40:40 AM | Documents/Mail | 104 | Medical Records | Received | AM0ST5 |
| | 2024-02-12-09.16.07.065880O01 | | | | |
| 2/12/2024 10:52:17 AM | Documents/Mail | 105 | Fax | Received | AM0ST5 |
| | 2024-02-12-09.40.57.711920O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/12/2024 10:52:18 AM | Documents/Mail<br>2024-02-12-09.40.57.804920O01 | 106 | Medical Records | Received | AM0ST5 |
| 2/12/2024 10:52:19 AM | Documents/Mail<br>2024-02-12-09.40.57.904920O01<br><br>11/01/2023 to 11/29/2023 OVNS Arkansas Spine and Pain<br>01/03/2024 OVN Terri Eubanks DDS<br>07/06/2023 to 12/29/2023 OVNS Scott Allison Johnson LCSW<br>08/03/2023 to 10/31/2023 OVNS Anthony Rodriguez APRN<br>08/09/2023 MRI L Spine w /o contrast<br>09/28/2023 to 01/10/2024 OVN Sadeem Mahmood<br>10/24/2023 to 01/10/2024 Diagnostics from SARC cardio & vein<br>11/09/2023 Labs from AEL - AM0ST5 - Feb 14, 2024 11:39:27 am | 107 | Medical Records | Received | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.40.57.904920O01<br><br>11/01/2023 to 11/29/2023 OVNS Arkansas Spine and Pain<br>01/03/2024 OVN Terri Eubanks DDS<br>07/06/2023 to 12/29/2023 OVNS Scott Allison Johnson LCSW<br>08/03/2023 to 10/31/2023 OVNS Anthony Rodriguez APRN<br>08/09/2023 MRI L Spine w /o contrast<br>09/28/2023 to 01/10/2024 OVN Sadeem Mahmood<br>10/24/2023 to 01/10/2024 Diagnostics from SARC cardio & vein<br>11/09/2023 Labs from AEL - AM0ST5 - Feb 14, 2024 11:39:27 am | 107 | Medical Records | Completed | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.10.48.287900O01 | 100 | Fax | Completed | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.40.57.711920O01 | 105 | Fax | Completed | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.10.48.395900O01 | 101 | Medical Records | Completed | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.16.06.388940O01 | 103 | Medical Records | Completed | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.10.46.725880O01 | 99 | Medical Records | Completed | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.40.57.804920O01 | 106 | Medical Records | Completed | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.10.48.481900O01 | 102 | Medical Records | Completed | AM0ST5 |
| 2/14/2024 | Documents/Mail<br>2024-02-12-09.16.07.065880O01 | 104 | Medical Records | Completed | AM0ST5 |
| 2/14/2024 | Claim Tasks<br>RTR w ith HCC and ERISA sent to EE - deadline 1/02/24 action 01/05/24 - AM0ST5 - Dec 11, 2023 11:23:28 am<br><br>atty sent letter advising they requested current records from multiple providers. they also commented on w hat they disagree w ith on the medical review report. -- they did not request an extension directly in their letter and they also asked benefits immediately be reinstated and attorney fees reimbursed. -- tried calling out to attorneys office how ever I got a message saying line is busy. -- sending a follow up email to atty and allow ing them 2 bus days to submit a formal extension request before w e move forw ard. - AM0ST5 - Jan 08, 2024 01:55:58 pm<br><br>atty req 30 days-- ext granted deadline 02/09/2024 - AM0ST5 - Jan 11, 2024 12:17:43 pm<br><br>RTR response and docs w ere submitted for review - sending for an addendum - AM0ST5 - Feb 14, 2024 12:01:42 pm | 31 | Appeal - 21 Day Letter | Completed | AM0ST5 |
| 2/14/2024 12:10:17 PM | Referrals<br>Addendum Request<br>PRETY2 | 8 | Ongoing Claim Review | Initial | AM0ST5 |

Clinician/Appeals Examiner: Amber Cronican
Ext Number: 7304

Claimant Name: Adam Bobb
Claim Number: 1220024325
Date of Birth:
Date of Disability: 06/18/2021

Thank you for your review regarding the LTD appeal for Mr Bobb . We are requesting an addendum due to additional records received.

The claimants attorney has provided the follow ing documents:
02/09/2024 RTR response letter from attorney
11/01/2023 to 11/29/2023 OVNS Arkansas Spine and Pain
01/03/2024 OVN Terri Eubanks DDS
07/06/2023 to 12/29/2023 OVNS Scott Allison Johnson LCSW
08/03/2023 to 10/31/2023 OVNS Anthony Rodriguez APRN
08/09/2023 MRI L Spine w /o contrast
09/28/2023 to 01/10/2024 OVN Sadeem Mahmood
10/24/2023 to 01/10/2024 Diagnostics from SARC cardio & vein
11/09/2023 Labs from AEL
02/28/2023 OVN Arkansas Spine and pain
04/25/2023 OVN Arkansas Spine and pain
07/10/2023 to 11/01/2023 OVNS Arkansas Spine and pain

Please review and advise if your prior opinion w ould change based on the new information. - AM0ST5 - Feb 14, 2024 12:10:52 pm
Please extract records for this claim and create a case in Sequoia to be fully pro-indexed for an addendum appeal nurse review .

Adam Bobb
Claim Numbers:
LTD 1220024325

please upload new medical obtained after the proir RN review . - CADSP1 - Feb 14, 2024 02:08:16 pm
Files have been extracted, combined, and sent to Sequoia / Pro-Index sent to be fully indexed - ADYOUNG - Feb 14, 2024 03:32:24 pm
Returned from SQ, ready for Appeal nurse review - CADSP1 - Feb 16, 2024 11:03:37 am
Transferred to prety2.

prety2 - PRETY2 - Feb 16, 2024 12:59:05 pm
Date:February 16, 2024

Subject:Appeal Nursing Memorandum

Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

The diagnosis are documented as chronic pain, right hip pain, osteoarthritis of right hip, labral tear and psychiatric conditions of anxiety, depression and post-traumatic stress disorder. Refer to previous Nursing Memorandum dated December 8, 2023 for history. A request is made for an addendum to previous Nursing Memorandum to review additional information that has been submitted.

Additional medical records submitted for review include multiple visits from Dr. John Brow n, Spine and Pain, for treatment of chronic pain. The available visits are noted to include dates November 29, 2022, and February 28,

2023, April 25, 2023. The employee reports gradual onset of pain over time, constant pain, radiation of pain, and pain that is w orse by movement. The employee is reported to have neck pain, lumbar pain, and right hip pain from labral tear. The provider notes indicate visits dating back to April 18, 2022. The employee is reported to be on narcotic pain medication and muscle relaxer. A follow up w ith Dr. Brow n is reported on July 10, 2023 for complaint of constant pain. The exam documents pain w ith range of motion of neck, trigger points of neck, back tenderness, pain w ith lumbar range of motion and deceased sensation in left hand. The provider outlines employee history, previous diagnostic studies, and medications, w hich include narcotic pain medications.

A MRI of the lumbar spine is completed on June 9, 2023 w ith impression of mild degenerative disc disease at level 4-5.

A visit is reported on July 6, 2023 w ith Licensed Counselor Social Worker, Scott Allison, is provided w ith employee complaint of post-traumatic stress disorder, depression, and anxiety. The employee reports isolation, legal issues, and increased anxiety. The exam documents anxious mood/affect. Treatment plan outlined and the employee w ill follow up in 3 w eeks.

The employee is seen on August 3, 2023 by Nurse Practitioner Rodriguez. The employee complains of circulation issues in feet, low back pain, hip pain, and left shoulder pain. Imaging studies are ordered for right hip and lumbar spine. The exam notes tenderness of lumbar region and pain range of motion of left shoulder and right hip area. An x-ray of right hip and left shoulder is completed on August 3, 2023 w ith impression of no acute osseous abnormality. An x-ray of the lumbar spine is also completed on August 3, 2022 w ith impression of early/mild multilevel endplate degeneration.

A visit w ith Licensed Counselor Social Worker, Scott Johnson, is reported on August 25, 2023 for depression follow up. The employee discusses family issues, neighbor situation, court issues, and financial stressors. The goal of treatment is to decrease frequency and intensity of anxiety and depression symptoms. The psychiatric exam documents anxious mood/affect and restless motor activity. The assessment is post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. The employee w ill follow up in 3 w eeks.

A follow up w ith Nurse Practitioner, Anthony Rodriquez, is reported on September 5, 2023 for low back pain that radiates to legs, burning pain in feet, and varicose veins in low er extremity. The assessment is claudication and current smoker. The employee w ill follow up in 3 months. A follow up w ith the employee is reported on October 31 , 2023 w ith report of alcohol induced neuropathy, pain in right groin, and requesting medication adjustment. The employee reports being sober for 45 days, complains of right hip pain, and complains of chronic low back pain. The exam documents no abnormal exam findings w ith normal w alk, normal range of motion of spine, cranial nerves intact and clear lungs. The provider starts neuropathic pain medication for neuropathy of both feet and encourages tobacco cessation. Lab w ork is ordered by provider and medications are outlined. Additional diagnosis are reported as right acetabular labrum tear, degenerative disc disease, and recovering alcoholic in remission. The employee w ill follow up in 3 months.

A visit w ith Dr. Sadeem Mahmood, Cardiovascular, is documented on September 28, 2023 as new patient visit w ith complaint of chest pain, fatigue, bilateral low er extremity pain/sw elling, and shortness of breath. The exam notes sw elling in bilateral low er extremities. The provider orders additional cardiac testing and recommends compression stockings.

A follow up w ith Dr. Brow n is reported on November 1, 2023 w ith history of chronic pain that employee reports is poorly controlled. The exam documents pain w ith range of motion of neck, tenderness of lumbar spine, right sided sacroiliac pain to palpation, normal coordination, and altered sensation in left hand. The assessment is chronic pain syndrome w ith cervical pain, lumbar degenerative disc disease and right hip labral tear. The provider orders lab w ork. The employee reports no medication side effects, is noted to be on neuropathic pain medication by primary care provider, and has been referred to orthopedic by primary care. The medications are outlined and include narcotic pain medication.

The employee is seen by Social Worker Johnson on December 1, 2023 for behavioral health follow up, sobriety, depression, anxiety, and post traumatic stress disorder. The employee reports being 77 days sober, asked for letter for court to show participation in therapy, and has concerns about w ife taking too much pain medication. The exam documents anxious affect, cooperative, anxious mood, appropriate appearance, no disturbance of perception, normal speech, goal oriented thought process, logical thought content, and fair judgment/insight. The diagnosis are post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. Medications and therapy session outlined. The employee w ill follow up in 3 w eeks. Additional therapy sessions are reported on for dates December 1, 2023, December 14, 2023, December 21, 2023.

A follow up visit with behavioral Social Worker Johnson is documented on December 29, 2023 for follow up of depression and anxiety. The exam documents engaged employee, cooperative, anxious affect, anxious mood, appropriate appearance, restless activity, normal speech, logical/coherent thought content, fair judgment/insight, and goal oriented thought process. The session discussion outlined with the discussion of stressors, changes, conflict and self-care. The assessment is post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. The medications are outlined and the employee will follow up in 2 weeks.

A follow up with Dr. Mahmood is reported on December 9, 2023 for follow up of test results. The provider notes that heart study reveals normal ejection fraction. There are no abnormal exam findings documented. Additional studies are ordered.

A walk in visit is reported with Dr. Terri Eubanks, dentist, on January 3, 2024 for tooth pain. The encounter is for a dental exam and provider orders oral antibiotics.

A follow up visit with Dr. Mahmood is documented on January 10, 2024 for 2 month follow up with report of chest pain with associated shortness of breath and fatigue. There are no abnormal physical exam findings documented. The assessment includes hypertension, hyperlipidemia, chest pain, sleep apnea, nicotine dependence, shortness of breath, fatigue, varicose veins, atherosclerosis of native arteries, and alcoholic polyneuropathy, The provider orders additional cardiac diagnostic studies and home sleep study.

The employee is reported to have chronic pain in multiple areas, behavioral health diagnosis and multiple co-morbid diagnosis. Multiple medical records have been submitted from behavioral health services, cardiovascular, pain management and primary care that were not previously reviewed. Given the amount and significance of records, the recommendation is a referral for a peer review by a Physical Medicine and Rehabilitation MD to assess physical status and a peer review by a psychiatrist to assess behavioral health status from December 15, 2023 and forward.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group - PRETY2 - Feb 16, 2024 03:35:41 pm

| | | | | | |
|---|---|---|---|---|---|
| 2/22/2024 | Referrals | 8 | Ongoing Claim Review | Completed | AM0ST5 |

Addendum Request
PRETY2

Clinician/Appeals Examiner: Amber Cronican
Ext Number: 7304

Claimant Name: Adam Bobb
Claim Number: 1220024325
Date of Birth:
Date of Disability: 06/18/2021

Thank you for your review regarding the LTD appeal for Mr Bobb . We are requesting an addendum due to additional records received.

The claimants attorney has provided the following documents:
02/09/2024 RTR response letter from attorney
11/01/2023 to 11/29/2023 OVNS Arkansas Spine and Pain
01/03/2024 OVN Terri Eubanks DDS
07/06/2023 to 12/29/2023 OVNS Scott Allison Johnson LCSW
08/03/2023 to 10/31/2023 OVNS Anthony Rodriguez APRN
08/09/2023 MRI L Spine w/o contrast
09/28/2023 to 01/10/2024 OVN Sadeem Mahmood
10/24/2023 to 01/10/2024 Diagnostics from SARC cardio & vein
11/09/2023 Labs from AEL
02/28/2023 OVN Arkansas Spine and pain
04/25/2023 OVN Arkansas Spine and pain
07/10/2023 to 11/01/2023 OVNS Arkansas Spine and pain

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Please review and advise if your prior opinion w ould change based on the new information. - AM0ST5 - Feb 14, 2024 12:10:52 pm
Please extract records for this claim and create a case in Sequoia to be fully pro-indexed for an addendum appeal nurse review .

Adam Bobb
Claim Numbers:
LTD 1220024325

please upload new medical obtained after the proir RN review . - CADSP1 - Feb 14, 2024 02:08:16 pm
Date:February 16, 2024

Subject:Appeal Nursing Memorandum

Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

The diagnosis are documented as chronic pain, right hip pain, osteoarthritis of right hip, labral tear and psychiatric conditions of anxiety, depression and post-traumatic stress disorder. Refer to previous Nursing Memorandum dated December 8, 2023 for history. A request is made for an addendum to previous Nursing Memorandum to review additional information that has been submitted.

Additional medical records submitted for review include multiple visits from Dr. John Brow n, Spine and Pain, for treatment of chronic pain. The available visits are noted to include dates November 29, 2022, and February 28, 2023, April 25, 2023. The employee reports gradual onset of pain over time, constant pain, radiation of pain, and pain that is w orse by movement. The employee is reported to have neck pain, lumbar pain, and right hip pain from labral tear. The provider notes indicate visits dating back to April 18, 2022. The employee is reported to be on narcotic pain medication and muscle relaxer. A follow up w ith Dr. Brow n is reported on July 10, 2023 for complaint of constant pain. The exam documents pain w ith range of motion of neck, trigger points of neck, back tenderness, pain w ith lumbar range of motion and deceased sensation in left hand. The provider outlines employee history, previous diagnostic studies, and medications, w hich include narcotic pain medications.

A MRI of the lumbar spine is completed on June 9, 2023 w ith impression of mild degenerative disc disease at level 4-5.

A visit is reported on July 6, 2023 w ith Licensed Counselor Social Worker, Scott Allison, is provided w ith employee complaint of post-traumatic stress disorder, depression, and anxiety. The employee reports isolation, legal issues, and increased anxiety. The exam documents anxious mood/affect. Treatment plan outlined and the employee w ill follow up in 3 w eeks.

The employee is seen on August 3, 2023 by Nurse Practitioner Rodriguez. The employee complains of circulation issues in feet, low back pain, hip pain, and left shoulder pain. Imaging studies are ordered for right hip and lumbar spine. The exam notes tenderness of lumbar region and pain range of motion of left shoulder and right hip area. An x-ray of right hip and left shoulder is completed on August 3, 2023 w ith impression of no acute osseous abnormality. An x-ray of the lumbar spine is also completed on August 3, 2022 w ith impression of early/mild multilevel endplate degeneration.

A visit w ith Licensed Counselor Social Worker, Scott Johnson, is reported on August 25, 2023 for depression follow up. The employee discusses family issues, neighbor situation, court issues, and financial stressors. The goal of treatment is to decrease frequency and intensity of anxiety and depression symptoms. The psychiatric exam documents anxious mood/affect and restless motor activity. The assessment is post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. The employee w ill follow up in 3 w eeks.

A follow up w ith Nurse Practitioner, Anthony Rodriquez, is reported on September 5, 2023 for low back pain that radiates to legs, burning pain in feet, and varicose veins in low er extremity. The assessment is claudication and current smoker. The employee w ill follow up in 3 months. A follow up w ith the employee is reported on October 31 , 2023 w ith report of alcohol induced neuropathy, pain in right groin, and requesting medication adjustment. The

employee reports being sober for 45 days, complains of right hip pain, and complains of chronic low back pain. The exam documents no abnormal exam findings with normal walk, normal range of motion of spine, cranial nerves intact and clear lungs. The provider starts neuropathic pain medication for neuropathy of both feet and encourages tobacco cessation. Lab work is ordered by provider and medications are outlined. Additional diagnosis are reported as right acetabular labrum tear, degenerative disc disease, and recovering alcoholic in remission. The employee will follow up in 3 months.

A visit with Dr. Sadeem Mahmood, Cardiovascular, is documented on September 28, 2023 as new patient visit with complaint of chest pain, fatigue, bilateral lower extremity pain/swelling, and shortness of breath. The exam notes swelling in bilateral lower extremities. The provider orders additional cardiac testing and recommends compression stockings.

A follow up with Dr. Brown is reported on November 1, 2023 with history of chronic pain that employee reports is poorly controlled. The exam documents pain with range of motion of neck, tenderness of lumbar spine, right sided sacroiliac pain to palpation, normal coordination, and altered sensation in left hand. The assessment is chronic pain syndrome with cervical pain, lumbar degenerative disc disease and right hip labral tear. The provider orders lab work. The employee reports no medication side effects, is noted to be on neuropathic pain medication by primary care provider, and has been referred to orthopedic by primary care. The medications are outlined and include narcotic pain medication.

The employee is seen by Social Worker Johnson on December 1, 2023 for behavioral health follow up, sobriety, depression, anxiety, and post traumatic stress disorder. The employee reports being 77 days sober, asked for letter for court to show participation in therapy, and has concerns about wife taking too much pain medication. The exam documents anxious affect, cooperative, anxious mood, appropriate appearance, no disturbance of perception, normal speech, goal oriented thought process, logical thought content, and fair judgment/insight. The diagnosis are post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. Medications and therapy session outlined. The employee will follow up in 3 weeks. Additional therapy sessions are reported on for dates December 1, 2023, December 14, 2023, December 21, 2023.

A follow up visit with behavioral Social Worker Johnson is documented on December 29, 2023 for follow up of depression and anxiety. The exam documents engaged employee, cooperative, anxious affect, anxious mood, appropriate appearance, restless activity, normal speech, logical/coherent thought content, fair judgment/insight, and goal oriented thought process. The session discussion outlined with the discussion of stressors, changes, conflict and self-care. The assessment is post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. The medications are outlined and the employee will follow up in 2 weeks.

A follow up with Dr. Mahmood is reported on December 9, 2023 for follow up of test results. The provider notes that heart study reveals normal ejection fraction. There are no abnormal exam findings documented. Additional studies are ordered.

A walk in visit is reported with Dr. Terri Eubanks, dentist, on January 3, 2024 for tooth pain. The encounter is for a dental exam and provider orders oral antibiotics.

A follow up visit with Dr. Mahmood is documented on January 10, 2024 for 2 month follow up with report of chest pain with associated shortness of breath and fatigue. There are no abnormal physical exam findings documented. The assessment includes hypertension, hyperlipidemia, chest pain, sleep apnea, nicotine dependence, shortness of breath, fatigue, varicose veins, atherosclerosis of native arteries, and alcoholic polyneuropathy, The provider orders additional cardiac diagnostic studies and home sleep study.

The employee is reported to have chronic pain in multiple areas, behavioral health diagnosis and multiple co-morbid diagnosis. Multiple medical records have been submitted from behavioral health services, cardiovascular, pain management and primary care that were not previously reviewed. Given the amount and significance of records, the recommendation is a referral for a peer review by a Physical Medicine and Rehabilitation MD to assess physical status and a peer review by a psychiatrist to assess behavioral health status from December 15, 2023 and forward.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group - PRETY2 - Feb 16, 2024 03:35:41 pm
Files have been extracted, combined, and sent to Sequoia / Pro-Index sent to be fully indexed - ADYOUNG - Feb 14, 2024 03:32:24 pm

## Chronological Activity List

Returned from SQ, ready for Appeal nurse review - CADSP1 - Feb 16, 2024 11:03:37 am
Transferred to prety2.

prety2 - PRETY2 - Feb 16, 2024 12:59:05 pm

| | | | | | |
|---|---|---|---|---|---|
| 2/23/2024 1:59:08 PM | Referrals | 9 | Change of Definition | Initial | AM0ST5 |

Referral Date: 02/23/2024
Claims Specialist Name: (First/Last) Amber Cronican
Phone Number: 402-361-7304
Email Address: amber.cronican@lfg.com

Submitter's Name (First/Last): Amber Cronican
Phone Number: 402-361-7304
Email Address: amber.cronican@lfg.com

Is this referral COVID related? (Yes or No) no

Referral Type: (Addendum, Appeal, Appeal-Sequoia, Standard File Review , Clarification): appeal-sequoia
If Addendum, Select Physician:
· Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request – Spanish or French, War Exclusion)
Claimant Name (First/Last): Adam Bobb
Claim Number: 1220024325
· Include any additional claim #'s involved: STD may also have some documents 1210071975
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: mountain time
Customer/Group Name: Trinity Village Inc
Job Title: maintenance w orker
Product Type: (1ST or 2nd Appeal/ STD/LTD/Life Waiver) 1st level LTD AO appeal

Diagnosis: chronic pain and osteoarthritis as w ell as PTSD depression and anxiety

Date of Disability: 06/18/2021
Last Day Worked: 06/17/2021
Benefit Begin Date: 12/15/2021
Specialty Requested: Panel review w ith Psychiatry and PMR/pain

Name and Specialty of prior external vendor review ers/ examiners:
--12/07/2022 Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation

Attorney Involvement: Yes or No: yes
Attorney Contact Information (If applicable):
Marcus Vaden Law
MVADEN@MARCUSVADEN.COM
PO BOX 203 CONWAY AR 72033
501 329 8723
501 205 1278

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/15/2023 forw ard, and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | 5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?<br><br>6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?<br><br>7. Are the severity and scope of the claimant's reported pain consistent w ith the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained w ork capacity? Please provide medical evidence to support your answ er.<br><br>8. Please comment on the claimant's reported pain and fatigue, and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 12/15/2023 forw ard? - AM0ST5 - Feb 23, 2024 02:00:36 pm<br>Case submitted to ECN case #261059 for a panel review w ith an psychiatry and PMR Pain physician. - ADYOUNG - Feb 26, 2024 05:37:48 pm<br>panel report received back from ECN - sent to LFGAppeals to be uploaded into AWD - ADYOUNG - Mar 11, 2024 04:16:34 pm | | | | |
| 3/6/2024 9:43:29 AM | Documents/Mail<br>2024-03-06-09.14.35.073200O01 | 108 | Medical Records | Received | AM0ST5 |
| 3/6/2024 9:43:48 AM | Documents/Mail<br>2024-03-06-09.14.35.935280O01 | 109 | Medical Records | Received | AM0ST5 |
| 3/8/2024 | Documents/Mail<br>2024-03-06-09.14.35.935280O01 | 109 | Medical Records | Completed | AM0ST5 |
| 3/8/2024 | Documents/Mail<br>2024-03-06-09.14.35.073200O01 | 108 | Medical Records | Completed | AM0ST5 |
| 3/12/2024 12:55:38 PM | Documents/Mail<br>2024-03-11-17.17.25.317401O01 | 110 | Email | Received | AM0ST5 |
| 3/12/2024 12:55:39 PM | Documents/Mail<br>2024-03-12-13.52.56.181360O01 | 111 | Incoming Correspondence | Received | AM0ST5 |
| 3/14/2024 | Referrals<br>Referral Date: 02/23/2024<br>Claims Specialist Name: (First/Last) Amber Cronican<br>Phone Number: 402-361-7304<br>Email Address: amber.cronican@lfg.com<br><br>Submitter's Name (First/Last): Amber Cronican<br>Phone Number: 402-361-7304<br>Email Address: amber.cronican@lfg.com<br><br>Is this referral COVID related? (Yes or No) no<br><br>Referral Type: (Addendum, Appeal, Appeal-Sequoia, Standard File Review , Clarification): appeal-sequoia<br>If Addendum, Select Physician:<br>· Attach relevant medical records (PDF) that need processing<br>Other Considerations (optional): (Language Request – Spanish or French, War Exclusion)<br>Claimant Name (First/Last): Adam Bobb<br>Claim Number: 1220024325<br>· Include any additional claim #'s involved: STD may also have some documents 1210071975<br>Date of Birth:<br>Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim<br>Claimant Time Zone: mountain time<br>Customer/Group Name: Trinity Village Inc<br>Job Title: maintenance w orker<br>Product Type: (1ST or 2nd Appeal/ STD/LTD/Life Waiver) 1st level LTD AO appeal<br><br>Diagnosis: chronic pain and osteoarthritis as w ell as PTSD depression and anxiety | 9 | Change of Definition | Completed | AM0ST5 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Date of Disability: 06/18/2021
Last Day Worked: 06/17/2021
Benefit Begin Date: 12/15/2021
Specialty Requested: Panel review w ith Psychiatry and PMR/pain

Name and Specialty of prior external vendor review ers/ examiners:
--12/07/2022 Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation

Attorney Involvement: Yes or No: yes
Attorney Contact Information (If applicable):
Marcus Vaden Law
MVADEN@MARCUSVADEN.COM
PO BOX 203 CONWAY AR 72033
501 329 8723
501 205 1278

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/15/2023 forw ard, and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Are the severity and scope of the claimant's reported pain consistent w ith the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained w ork capacity? Please provide medical evidence to support your answ er.

8. Please comment on the claimant's reported pain and fatigue, and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 12/15/2023 forw ard? - AM0ST5 - Feb 23, 2024 02:00:36 pm
Case submitted to ECN case #261059 for a panel review w ith an psychiatry and PMR Pain physician. - ADYOUNG - Feb 26, 2024 05:37:48 pm
panel report received back from ECN - sent to LFGAppeals to be uploaded into AWD - ADYOUNG - Mar 11, 2024 04:16:34 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/14/2024 | Documents/Mail | 110 | Email | Completed | AM0ST5 |
| | 2024-03-11-17.17.25.317401O01 | | | | |
| 3/14/2024 | Documents/Mail | 111 | Incoming Correspondence | Completed | AM0ST5 |
| | 2024-03-12-13.52.56.181360O01 | | | | |
| 3/14/2024 5:20:28 PM | Referrals | 10 | TSA | Initial | AM0ST5 |

addendum for appealed claim

Demographics
Claimant Name: Adam Bobb
Current Age: now 40
Diagnosis: chronic pain osteoarthritis and

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Benefit Amount: 1400
Gainful Amount: 1400
Medical Information
Most Current APS/Abilities Form/Health Care Provider Note/Medical Review (Identify the most current functional capacity and R&Ls from the AP. Include type, date and location of document, e.g. APS in AWD dated 5/1/15):

PANEL PEER COMPLETED 03/08/2024

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Never
Reaching: Occasionally, overhead and below w aist levels BUE; Unrestricted, to desk level BUE
Using low er extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No w orking at unprotected heights
No operating heavy machinery

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:

We had a peer review completed and need an addended TSA completed using the updated R&L's. thank you. - AM0ST5 - Mar 14, 2024 05:20:59 pm

TSA research and report completed and forw arded to AWD for upload.
Summary:
The addendum Transferable Skills Analysis identified occupations are w ithin the insured's abilities and w ithin his identified skill level.
Examples of Occupations identified based on National labor market and the insured's ability profile analysis:

DOT CodeOccupation SVPStrNational Mo. Wage*
379.367-010Surveillance System Monitor2S$2997
372.667-030Gate Guard 3L$2896
377.667-010Bailiff 3L$4091
*Wage Information is based on median 2022 Bureau of Labor Statistical Data

I have not met w ith the insured for the purpose of this review . All opinions are based on review of vocational information, medical records and resources noted.________________________________________

Respectfully submitted,
Electronically Signed
Angelle W. Nash, MHS, CRC, LRC
Vocational Case Manager II
Group Benefits Claims
Lincoln Financial Group

- ANUNA7 - Mar 22, 2024 01:22:44 pm

| | | | | | |
|---|---|---|---|---|---|
| 3/22/2024 1:38:50 PM | Documents/Mail | 112 | Email | Received | AM0ST5 |
| | 2024-03-22-14.25.34.512700O01 | | | | |
| 3/22/2024 1:38:50 PM | Documents/Mail | 113 | Incoming Correspondence | Received | AM0ST5 |
| | 2024-03-22-14.25.34.546700O01 | | | | |
| 3/27/2024 | Referrals | 10 | TSA | Completed | AM0ST5 |

addendum for appealed claim

Demographics
Claimant Name: Adam Bobb
Current Age: now 40
Diagnosis: chronic pain osteoarthritis and
Benefit Amount: 1400
Gainful Amount: 1400
Medical Information
Most Current APS/Abilities Form/Health Care Provider Note/Medical Review (Identify the most current functional capacity and R&Ls from the AP. Include type, date and location of document, e.g. APS in AWD dated 5/1/15):

PANEL PEER COMPLETED 03/08/2024

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Never
Reaching: Occasionally, overhead and below w aist levels BUE; Unrestricted, to desk level BUE
Using low er extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No w orking at unprotected heights
No operating heavy machinery

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:

We had a peer review completed and need an addended TSA completed using the updated R&L's. thank you. - AM0ST5 - Mar 14, 2024 05:20:59 pm

TSA research and report completed and forw arded to AWD for upload.
Summary:
The addendum Transferable Skills Analysis identified occupations are w ithin the insured's abilities and w ithin his identified skill level.
Examples of Occupations identified based on National labor market and the insured's ability profile analysis:

DOT CodeOccupation SVPStrNational Mo. Wage*
379.367-010Surveillance System Monitor2S$2997
372.667-030Gate Guard 3L$2896
377.667-010Bailiff 3L$4091

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

*Wage Information is based on median 2022 Bureau of Labor Statistical Data

I have not met w ith the insured for the purpose of this review . All opinions are based on review of vocational information, medical records and resources noted.________________________________________

Respectfully submitted,
Electronically Signed
Angelle W. Nash, MHS, CRC, LRC
Vocational Case Manager II
Group Benefits Claims
Lincoln Financial Group

- ANUNA7 - Mar 22, 2024 01:22:44 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/27/2024 | Documents/Mail | 114 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |

Appeal Dis Atty 21 Day LetterAttachments:A BOBB 1220024325 PANEL REPORT.pdfAdam Bobb 1220024325 TSA 3 20 24.pdf

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/27/2024 | Documents/Mail | 112 | Email | Completed | AM0ST5 |

2024-03-22-14.25.34.512700O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/27/2024 | Documents/Mail | 113 | Incoming Correspondence | Completed | AM0ST5 |

2024-03-22-14.25.34.546700O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/27/2024 12:38:02 PM | Referrals | 11 | Ongoing Claim Review | Initial | AM0ST5 |

Referral Date: 03/27/2024
Appeals Examiner: amber cronican
Phone Number: 402-361-7304
Email Address: amber.cronican@lfg.com

Is this referral COVID related? (Yes or No)

Referral Type: Addendum
Select / Previous Physician: Annie Layno-Moses
Specialty of Prior Review er / Examiner: PMR&PAIN
Claimant Name: Adam Bobb
Date of Birth:
Claimant Time Zone: CST
Customer/Group Name: Trinity Village Inc
Is Linked Provider in S1.NXT? No

Claim Number: 1220024325
1ST or 2nd Appeal LTD/Life Waiver/STD: 1st level LTD appeal
Diagnosis:
Chronic neck and low back pain (M54.2) (M54.5)
Cervical and lumbar degenerative disc disease (M50.30) (M51.36)
Right hip pain (M25.551)
Right lip labral tear (S73.191A)

Date of Disability: 06/18/2021
Benefit Begin Date: 12/15/2021
Job Title: Maintenance
Last Day Worked: 06/17/2021

Thank you for your report regarding the LTD claim for Adam Bobb. After review ing your report, w e are requesting an addendum due to additonal information coming in.

Insert specific addendum questions below :

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

1. Please review additional information received and advise if this new information w ould change your previous review results.

2. Please provide any restrictions or limitations for Mr Bobb w ith max hours per day and days per w eek. - AM0ST5 - Mar 27, 2024 12:40:57 pm
Case submitted to ECN case #263546 for an adddendum w ith Dr Annie Layno-Moses PMR /PAIN - ADYOUNG - Mar 28, 2024 10:15:15 am
Addendum received back from ECN - sent to LFGAppeals to be uploaded into AWD - ADYOUNG - Apr 05, 2024 09:13:06 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/27/2024 12:51:29 PM | Claim Tasks | 32 | Appeal - 21 Day Letter | Requested | AM0ST5 |

rtr w ent out w ith peer panel and tsa-- allow ing time for atty to respond to the BH/MN conditions as w ell as advising the additional recs that w ere recieved during the previous review w ere sent back to be review ed as they cant be added once the review has started. deadline for this rtr is 04/17 - AM0ST5 - Mar 27, 2024 12:53:00 pm

sending out another RTR w ith the PMR/PAIN addendum- allow ing 21 days-- deadline is 05/01 - AM0ST5 - Apr 10, 2024 09:59:26 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/5/2024 3:26:52 PM | Documents/Mail | 115 | Email | Received | AM0ST5 |

2024-04-05-10.14.36.351700O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/5/2024 3:26:53 PM | Documents/Mail | 116 | Medical Records | Received | AM0ST5 |

2024-04-05-10.14.36.390700O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/10/2024 | Referrals | 11 | Ongoing Claim Review | Completed | AM0ST5 |

Referral Date: 03/27/2024
Appeals Examiner: amber cronican
Phone Number: 402-361-7304
Email Address: amber.cronican@lfg.com

Is this referral COVID related? (Yes or No)

Referral Type: Addendum
Select / Previous Physician: Annie Layno-Moses
Specialty of Prior Review er / Examiner: PMR&PAIN
Claimant Name: Adam Bobb
Date of Birth:
Claimant Time Zone: CST
Customer/Group Name: Trinity Village Inc
Is Linked Provider in S1.NXT? No

Claim Number: 1220024325
1ST or 2nd Appeal LTD/Life Waiver/STD: 1st level LTD appeal
Diagnosis:
Chronic neck and low back pain (M54.2) (M54.5)
Cervical and lumbar degenerative disc disease (M50.30) (M51.36)
Right hip pain (M25.551)
Right lip labral tear (S73.191A)

Date of Disability: 06/18/2021
Benefit Begin Date: 12/15/2021
Job Title: Maintenance
Last Day Worked: 06/17/2021

Thank you for your report regarding the LTD claim for Adam Bobb. After review ing your report, w e are requesting an addendum due to additonal information coming in.

Insert specific addendum questions below :

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | 1. Please review additional information received and advise if this new information w ould change your previous review results.<br><br>2. Please provide any restrictions or limitations for Mr Bobb w ith max hours per day and days per w eek. - AM0ST5 - Mar 27, 2024 12:40:57 pm<br>Case submitted to ECN case #263546 for an adddendum w ith Dr Annie Layno-Moses PMR /PAIN - ADYOUNG - Mar 28, 2024 10:15:15 am<br>Addendum received back from ECN - sent to LFGAppeals to be uploaded into AWD - ADYOUNG - Apr 05, 2024 09:13:06 am | | | | |
| 4/10/2024 | Documents/Mail | 117 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |
| | Appeal Dis Atty 21 Day LetterAttachments:A BOBB 1220024325 ADDENDUM REPORT.pdf | | | | |
| 4/10/2024 | Documents/Mail | 115 | Email | Completed | AM0ST5 |
| | 2024-04-05-10.14.36.351700O01 | | | | |
| 4/10/2024 | Documents/Mail | 116 | Medical Records | Completed | AM0ST5 |
| | 2024-04-05-10.14.36.390700O01 | | | | |
| 4/17/2024 | Documents/Mail | 119 | | Completed | LATSP8 |
| | SS 30 day follow up for SS Application | | | | |
| 4/17/2024 | Documents/Mail | 118 | | Completed | LATSP8 |
| | SS 30 day follow up for SS Application | | | | |
| 4/17/2024 6:57:45 AM | Claim Tasks | 33 | Review SS Offset Amount | Requested | LATSP8 |
| 4/17/2024 6:58:16 AM | Claim Tasks | 34 | 30 Day Incomplete Claim | Requested | LATSP8 |
| | status letter sent - LATSP8 - Apr 17, 2024 06:58:30 am | | | | |
| 5/1/2024 4:03:05 PM | Documents/Mail | 120 | Fax | Received | AM0ST5 |
| | 2024-05-01-12.15.59.470240O01 | | | | |
| 5/1/2024 4:05:25 PM | Documents/Mail | 121 | Fax | Received | AM0ST5 |
| | 2024-05-01-12.16.00.002240O01 | | | | |
| 5/1/2024 4:08:53 PM | Documents/Mail | 122 | Fax | Received | AM0ST5 |
| | 2024-05-01-12.16.00.591240O01 | | | | |
| 5/1/2024 4:25:30 PM | Documents/Mail | 123 | Fax | Received | AM0ST5 |
| | 2024-05-01-12.18.50.328160O01 | | | | |
| 5/1/2024 4:25:30 PM | Documents/Mail | 124 | Incoming Correspondence | Received | AM0ST5 |
| | 2024-05-01-12.18.50.373160O01 | | | | |
| 5/1/2024 4:25:31 PM | Documents/Mail | 125 | Medical Records | Received | AM0ST5 |
| | 2024-05-01-12.18.50.424160O01 | | | | |
| 5/1/2024 4:28:10 PM | Documents/Mail | 126 | Medical Records | Received | AM0ST5 |
| | 2024-05-01-12.18.53.541160O01 | | | | |
| 5/2/2024 12:20:53 PM | Documents/Mail | 127 | Fax | Received | AM0ST5 |
| | 2024-05-01-15.27.06.691240O01 | | | | |
| 5/2/2024 12:20:55 PM | Documents/Mail | 128 | Incoming Correspondence | Received | AM0ST5 |
| | 2024-05-01-15.27.06.783240O01 | | | | |
| 5/2/2024 12:20:55 PM | Documents/Mail | 129 | Medical Records | Received | AM0ST5 |
| | 2024-05-01-15.27.06.898240O01 | | | | |
| 5/3/2024 | Documents/Mail | 120 | Fax | Completed | AM0ST5 |
| | 2024-05-01-12.15.59.470240O01 | | | | |
| 5/3/2024 | Documents/Mail | 126 | Medical Records | Completed | AM0ST5 |
| | 2024-05-01-12.18.53.541160O01 | | | | |
| 5/3/2024 | Documents/Mail | 123 | Fax | Completed | AM0ST5 |
| | 2024-05-01-12.18.50.328160O01 | | | | |
| 5/3/2024 | Documents/Mail | 121 | Fax | Completed | AM0ST5 |
| | 2024-05-01-12.16.00.002240O01 | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/3/2024 | Documents/Mail<br>2024-05-01-15.27.06.898240O01 | 129 | Medical Records | Completed | AM0ST5 |
| 5/3/2024 | Documents/Mail<br>2024-05-01-12.18.50.424160O01 | 125 | Medical Records | Completed | AM0ST5 |
| 5/3/2024 | Documents/Mail<br>2024-05-01-12.16.00.591240O01 | 122 | Fax | Completed | AM0ST5 |
| 5/3/2024 | Documents/Mail<br>2024-05-01-12.18.50.373160O01 | 124 | Incoming Correspondence | Completed | AM0ST5 |
| 5/5/2024 | Documents/Mail<br>2024-05-01-15.27.06.783240O01 | 128 | Incoming Correspondence | Completed | AM0ST5 |
| 5/5/2024 | Documents/Mail<br>2024-05-01-15.27.06.691240O01 | 127 | Fax | Completed | AM0ST5 |
| 5/6/2024 | Documents/Mail<br>2024-05-03-16.30.31.604220O01 | 130 | Fax | Completed | AM0ST5 |
| 5/6/2024 | Claim Tasks | 32 | Appeal - 21 Day Letter | Completed | AM0ST5 |

rtr w ent out w ith peer panel and tsa-- allow ing time for atty to respond to the BH/MN conditions as w ell as advising the additional recs that w ere recieved during the previous review w ere sent back to be review ed as they cant be added once the review has started. deadline for this rtr is 04/17 - AM0ST5 - Mar 27, 2024 12:53:00 pm

sending out another RTR w ith the PMR/PAIN addendum- allow ing 21 days-- deadline is 05/01 - AM0ST5 - Apr 10, 2024 09:59:26 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/6/2024 11:13:54 AM | Documents/Mail<br>2024-05-03-16.30.31.676220O01 | 131 | Incoming Correspondence | Received | LATSP8 |
| 5/6/2024 11:13:55 AM | Documents/Mail<br>2024-05-03-16.30.31.758220O01 | 132 | Social Security Forms | Received | LATSP8 |
| 5/6/2024 9:43:52 PM | Referrals | 12 | Ongoing Claim Review | Initial | AM0ST5 |

Addendum Request

PRETY2

Clinician/Appeals Examiner: Amber Cronican
Ext Number: 66735

Claimant Name: Adam Bobb
Claim Number: 1220024325
Date of Birth:
Date of Disability: 06/18/2021

Thank you for your review regarding the LTD appeal for Adam Bobb. We are requesting an addendum due to additional records received.

The claimant has provided the follow ing documents:

INCOMING:
attorney response to RTR
Cardiology OVNS

Please review and advise if your prior opinion w ould change based on the new information. We understand you recommended a panel review w ith PMR and PSYCH how ever as you can see per the attorney response letter they are requesting w e address the claimants Cardiac issues.

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Based on the additional medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 12/15/2023 forw ard. Please only address the cardiac conditions. - AM0ST5 - May 06, 2024 09:52:37 pm
triaged to P. Tyson RN for 5/7/24 - CADSP1 - May 07, 2024 06:42:18 am
Date:May 7, 2024

Subject:Appeal Nursing Memorandum

Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

The employee is reported to have chronic pain in multiple area, behavioral health conditions, and multiple co-morbid conditions. Refer to the previous Nursing Memorandum completed on December 8, 2023 and February 16, 2024 for history. An addendum is requested to the previous Nursing Memorandum's to review additional information that has been submitted.

The additional medical records include a visit w ith Orthopedic Physician Assistant, Sarah Barlow , on November 16, 2023 for right hip pain. The exam notes pain w ith range of motion of right hip. The provider recommends a MRI arthrogram of the right hip w ill follow up after to discuss results. An x-ray of the right hip is reported on November 23, 2023 w ith impression that includes hip joint appears intact and w ell aligned w ith no acute fracture/dislocation. An arthrogram (study) of the right hip is completed on December 6, 2023 w ith injection to the right hip.

The employee is seen on December 28, 2023 by Dr. Law rence O'Malley, Orthopedic, for follow up of right hip w ith previous visit 2 years prior. The exam of the left hip notes normal range of motion, normal strength, no pain w ith range of motion. The exam f the right hip notes full range of motion , pain w ith range of motion and normal strength. The x ray of the right hip show s no obvious fracture/dislocation and MRI of the right hip show s superolateral labral tear of the right hip. The assessment is right hip w ith labral tear.

A Nuclear Stress Test is completed on January 30, 2024 w ith conclusion of sinus rhythm, non-diagnostic ST changes, moderate to severe anterior w ith severe apical and moderate septal defects, and variable myocardium w ith recommendation for further evaluation.

The employee is seen by Dr. Sadeem Mahmood, Cardiology, on February 6, 2024 for one month follow up. The employee had a stress test on January 30, 2024 that revealed sinus rhythm and additional changes that recommended further evaluation. The employee refused a sleep study due to financial issues and w ould like to do this at the Medical Center. The employee reports generalized chest pain w hich are associated w ith shortness of breath and dizziness and the pain occurs w ith exertion w ithout radiation. The pain is relieved w ith rest. The exam documents vital signs w ithin normal range and no abnormal physical or neurologic findings. The assessment is hypertension, hyperlipidemia, chest pain, sleep apnea, nicotine dependence, shortness of breath, fatigue, varicose veins, atherosclerosis of native arteries of extremities w ith intermittent claudication, alcohol abuse and alcoholic polyneuropathy. The provider orders doppler studies of the low er extremities and orders lab w ork.

A doppler study of the low er extremities is completed on February 14, 2024 w ith mild plaque formation in the right common femoral artery, mild plaque formation in the right superficial femoral artery, mild plaque formation of the right popliteal artery, mild plaque formation of the left common femoral artery, and no significant flow limiting lesion is identified on the ultrasound.

A procedure report is provided on March 5, 2024 w ith left heart selective coronary angiogram and primary vessel drug eluting stent of the patent ductus arteriosus.

A peer review is completed on March 8, 2024 by Psychiatry, Dr. Farhad Amani. The diagnosis are documented as post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. The peer review er documents that there is no supported level of impairment that translates into restrictions and limitations from December 15, 2023 and forw ard.

A peer review addendum is completed on April 2, 2024 by Physical Medicine and Rehabilitation / Pain Medicine, Dr. Annie Layno-Moses, to review additional information w ith conclusion that the additional information does not alter

the previous opinion w ith the previously listed restrictions. The restrictions and limitations are documented as unrestricted sit, frequent stand/w alk, occasionally lift/carry/push/pull up to 20 lbs. w ith bilateral upper extremities, occasionally climb stairs/balance/stoop/kneel/crouch/reach overhead w ith bilateral upper extremities, reach below w aist w ith bilateral upper extremities, unrestricted reach desk level w ith bilateral upper extremities, occasional use right low er extremity foot control, unrestricted use of left low er extremity foot control, occasional left upper extremity fine manipulation, unrestricted right upper extremity fine manipulation, occasional left upper extremity simple/firm grasp, unrestricted right upper extremity simple/firm grasp, never craw l, and no climb ladders/w ork at unprotected heights/operate heavy machinery. The restrictions are indicated from December 15, 2023 on a full time basis w ith re-assessment on or around July 15, 2024.

A 2 month follow up is reported w ith Dr. Mahmood is documented on April 9, 2024. The employee is reported to have undergone a left heart catheterization on March 5, 2024 w ith successful stenting. The employee reports shortness of breath w ith exertion and at rest, fatigue associated w ith minimal exertion, dizziness w hen standing, bilateral low er extremity pain/edema w ith left w orse than the right, and left knee/ankle sw elling. The employee denies chest pain or palpations (feeling of heart racing/pounding). The exam documents no abnormal physical, neurologic, or psychiatric findings. The assessment is hypertension, hyperlipidemia, atherosclerotic heart disease of native coronary artery, sleep apnea, nicotine dependence, shortness of breath, fatigue, and polyneuropathy. The provider continues current medications and the employee is to follow up in 3 months for additional testing.

Additional records submitted are primarily related to cardiac status w ith reported chest pain, completion of diagnostic studies, and placement of a stent on March 5, 2024. These records w ere not review ed in the previous peer review s. Due to the additional medical records w ith procedure on March 5, 2024, the recommendation is a referral for a peer review by Cardiology to assess status from December 15, 2024 and forw ard.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group - PRETY2 - May 07, 2024 05:32:07 pm
Date:May 10, 2024

Subject:Appeal Nursing Memorandum Addendum

Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

The employee is reported to have chronic pain in multiple area, behavioral health conditions, and multiple co-morbid conditions. Refer to the previous Nursing Memorandum completed on December 8, 2023 and February 16, 2024 for history. An addendum is requested to the previous Nursing Memorandum's to review additional information that has been submitted.

The additional medical records include a visit w ith Orthopedic Physician Assistant, Sarah Barlow , on November 16, 2023 for right hip pain. The exam notes pain w ith range of motion of right hip. The provider recommends a MRI arthrogram of the right hip w ill follow up after to discuss results. An x-ray of the right hip is reported on November 23, 2023 w ith impression that includes hip joint appears intact and w ell aligned w ith no acute fracture/dislocation. An arthrogram (study) of the right hip is completed on December 6, 2023 w ith injection to the right hip.

The employee is seen on December 28, 2023 by Dr. Law rence O'Malley, Orthopedic, for follow up of right hip w ith previous visit 2 years prior. The exam of the left hip notes normal range of motion, normal strength, no pain w ith range of motion. The exam f the right hip notes full range of motion , pain w ith range of motion and normal strength. The x ray of the right hip show s no obvious fracture/dislocation and MRI of the right hip show s superolateral labral tear of the right hip. The assessment is right hip w ith labral tear.

A Nuclear Stress Test is completed on January 30, 2024 w ith conclusion of sinus rhythm, non-diagnostic ST changes, moderate to severe anterior w ith severe apical and moderate septal defects, and variable myocardium w ith recommendation for further evaluation.

The employee is seen by Dr. Sadeem Mahmood, Cardiology, on February 6, 2024 for one month follow up. The employee had a stress test on January 30, 2024 that revealed sinus rhythm and additional changes that recommended further evaluation. The employee refused a sleep study due to financial issues and w ould like to do this at the Medical Center. The employee reports generalized chest pain w hich are associated w ith shortness of

breath and dizziness and the pain occurs w ith exertion w ithout radiation. The pain is relieved w ith rest. The exam documents vital signs w ithin normal range and no abnormal physical or neurologic findings. The assessment is hypertension, hyperlipidemia, chest pain, sleep apnea, nicotine dependence, shortness of breath, fatigue, varicose veins, atherosclerosis of native arteries of extremities w ith intermittent claudication, alcohol abuse and alcoholic polyneuropathy. The provider orders doppler studies of the low er extremities and orders lab w ork.

A doppler study of the low er extremities is completed on February 14, 2024 w ith mild plaque formation in the right common femoral artery, mild plaque formation in the right superficial femoral artery, mild plaque formation of the right popliteal artery, mild plaque formation of the left common femoral artery, and no significant flow limiting lesion is identified on the ultrasound.

A procedure report is provided on March 5, 2024 w ith left heart selective coronary angiogram and primary vessel drug eluting stent of the patent ductus arteriosus.

A peer review is completed on March 8, 2024 by Psychiatry, Dr. Farhad Amani. The diagnosis are documented as post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. The peer review er documents that there is no supported level of impairment that translates into restrictions and limitations from December 15, 2023 and forw ard.

A peer review addendum is completed on April 2, 2024 by Physical Medicine and Rehabilitation / Pain Medicine, Dr. Annie Layno-Moses, to review additional information w ith conclusion that the additional information does not alter the previous opinion w ith the previously listed restrictions. The restrictions and limitations are documented as unrestricted sit, frequent stand/w alk, occasionally lift/carry/push/pull up to 20 lbs. w ith bilateral upper extremities, occasionally climb stairs/balance/stoop/kneel/crouch/reach overhead w ith bilateral upper extremities, reach below w aist w ith bilateral upper extremities, unrestricted reach desk level w ith bilateral upper extremities, occasional use right low er extremity foot control, unrestricted use of left low er extremity foot control, occasional left upper extremity fine manipulation, unrestricted right upper extremity fine manipulation, occasional left upper extremity simple/firm grasp, unrestricted right upper extremity simple/firm grasp, never craw l, and no climb ladders/w ork at unprotected heights/operate heavy machinery. The restrictions are indicated from December 15, 2023 on a full time basis w ith re-assessment on or around July 15, 2024.

A 2 month follow up is reported w ith Dr. Mahmood is documented on April 9, 2024. The employee is reported to have undergone a left heart catheterization on March 5, 2024 w ith successful stenting. The employee reports shortness of breath w ith exertion and at rest, fatigue associated w ith minimal exertion, dizziness w hen standing, bilateral low er extremity pain/edema w ith left w orse than the right, and left knee/ankle sw elling. The employee denies chest pain or palpations (feeling of heart racing/pounding). The exam documents no abnormal physical, neurologic, or psychiatric findings. The assessment is hypertension, hyperlipidemia, atherosclerotic heart disease of native coronary artery, sleep apnea, nicotine dependence, shortness of breath, fatigue, and polyneuropathy. The provider continues current medications and the employee is to follow up in 3 months for additional testing.

Given the additional medical records related to cardiac status w ith an abnormal Nuclear Stress study on January 20, 2024, recommendation for additional cardiac diagnostic studies per February 6, 2024 visit w ith Dr. Mahmood, placement of cardiac stent on March 5, 2024, and reported ongoing chest pain and shortness of breath per follow up w ith Dr. Mahmood on April 9, 2024; the available medical record are supportive of an ongoing physical impairment related to cardiac status and treatment from December 15, 2023 through August 1, 2024. During this time period, the employee w ould be unable to perform at an activity level above that of daily living due to ongoing chest pain and shortness of breath w ith a history of heart disease. The August 1, 2024 date allow s for additional recovery until next scheduled follow up w ith Mr. Mahmood, w hich should occur in July 2024 w ith additional testing planned. If the employee has not returned to w ork as of August 1, 2024, recommend obtaining updated medical records from Cardiology, orthopedic, and behavioral health for ongoing assessment of status.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group - PRETY2 - May 10, 2024 11:42:50 am

| | | | | | |
|---|---|---|---|---|---|
| 5/8/2024 | Documents/Mail<br>2024-05-03-16.30.31.758220O01 | 132 | Social Security Forms | Completed | LATSP8 |
| 5/8/2024 | Documents/Mail<br>2024-05-03-16.30.31.676220O01 | 131 | Incoming Correspondence | Completed | LATSP8 |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/8/2024 | Claim Tasks | 34 | 30 Day Incomplete Claim | Completed | LATSP8 |
| | status letter sent - LATSP8 - Apr 17, 2024 06:58:30 am | | | | |
| 5/8/2024 11:31:18 AM | Claim Tasks | 35 | Call Claimant | Requested | LATSP8 |
| 5/13/2024 | Referrals | 12 | Ongoing Claim Review | Completed | AM0ST5 |

Addendum Request

PRETY2

Clinician/Appeals Examiner: Amber Cronican
Ext Number: 66735

Claimant Name: Adam Bobb
Claim Number: 1220024325
Date of Birth:
Date of Disability: 06/18/2021

Thank you for your review regarding the LTD appeal for Adam Bobb. We are requesting an addendum due to additional records received.

The claimant has provided the follow ing documents:

INCOMING:
attorney response to RTR
Cardiology OVNS

Please review and advise if your prior opinion w ould change based on the new information. We understand you recommended a panel review w ith PMR and PSYCH how ever as you can see per the attorney response letter they are requesting w e address the claimants Cardiac issues.

Based on the additional medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 12/15/2023 forw ard. Please only address the cardiac conditions. - AM0ST5 - May 06, 2024 09:52:37 pm
triaged to P. Tyson RN for 5/7/24 - CADSP1 - May 07, 2024 06:42:18 am
Date:May 10, 2024

Subject:Appeal Nursing Memorandum Addendum

Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

The employee is reported to have chronic pain in multiple area, behavioral health conditions, and multiple co-morbid conditions. Refer to the previous Nursing Memorandum completed on December 8, 2023 and February 16, 2024 for history. An addendum is requested to the previous Nursing Memorandum's to review additional information that has been submitted.

The additional medical records include a visit w ith Orthopedic Physician Assistant, Sarah Barlow , on November 16, 2023 for right hip pain. The exam notes pain w ith range of motion of right hip. The provider recommends a MRI arthrogram of the right hip w ill follow up after to discuss results. An x-ray of the right hip is reported on November 23, 2023 w ith impression that includes hip joint appears intact and w ell aligned w ith no acute fracture/dislocation. An arthrogram (study) of the right hip is completed on December 6, 2023 w ith injection to the right hip.

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

The employee is seen on December 28, 2023 by Dr. Lawrence O'Malley, Orthopedic, for follow up of right hip with previous visit 2 years prior. The exam of the left hip notes normal range of motion, normal strength, no pain with range of motion. The exam f the right hip notes full range of motion , pain with range of motion and normal strength. The x ray of the right hip shows no obvious fracture/dislocation and MRI of the right hip shows superolateral labral tear of the right hip. The assessment is right hip with labral tear.

A Nuclear Stress Test is completed on January 30, 2024 with conclusion of sinus rhythm, non-diagnostic ST changes, moderate to severe anterior with severe apical and moderate septal defects, and variable myocardium with recommendation for further evaluation.

The employee is seen by Dr. Sadeem Mahmood, Cardiology, on February 6, 2024 for one month follow up. The employee had a stress test on January 30, 2024 that revealed sinus rhythm and additional changes that recommended further evaluation. The employee refused a sleep study due to financial issues and would like to do this at the Medical Center. The employee reports generalized chest pain which are associated with shortness of breath and dizziness and the pain occurs with exertion without radiation. The pain is relieved with rest. The exam documents vital signs within normal range and no abnormal physical or neurologic findings. The assessment is hypertension, hyperlipidemia, chest pain, sleep apnea, nicotine dependence, shortness of breath, fatigue, varicose veins, atherosclerosis of native arteries of extremities with intermittent claudication, alcohol abuse and alcoholic polyneuropathy. The provider orders doppler studies of the lower extremities and orders lab work.

A doppler study of the lower extremities is completed on February 14, 2024 with mild plaque formation in the right common femoral artery, mild plaque formation in the right superficial femoral artery, mild plaque formation of the right popliteal artery, mild plaque formation of the left common femoral artery, and no significant flow limiting lesion is identified on the ultrasound.

A procedure report is provided on March 5, 2024 with left heart selective coronary angiogram and primary vessel drug eluting stent of the patent ductus arteriosus.

A peer review is completed on March 8, 2024 by Psychiatry, Dr. Farhad Amani. The diagnosis are documented as post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. The peer reviewer documents that there is no supported level of impairment that translates into restrictions and limitations from December 15, 2023 and forward.

A peer review addendum is completed on April 2, 2024 by Physical Medicine and Rehabilitation / Pain Medicine, Dr. Annie Layno-Moses, to review additional information with conclusion that the additional information does not alter the previous opinion with the previously listed restrictions. The restrictions and limitations are documented as unrestricted sit, frequent stand/walk, occasionally lift/carry/push/pull up to 20 lbs. with bilateral upper extremities, occasionally climb stairs/balance/stoop/kneel/crouch/reach overhead with bilateral upper extremities, reach below waist with bilateral upper extremities, unrestricted reach desk level with bilateral upper extremities, occasional use right lower extremity foot control, unrestricted use of left lower extremity foot control, occasional left upper extremity fine manipulation, unrestricted right upper extremity fine manipulation, occasional left upper extremity simple/firm grasp, unrestricted right upper extremity simple/firm grasp, never crawl, and no climb ladders/work at unprotected heights/operate heavy machinery. The restrictions are indicated from December 15, 2023 on a full time basis with re-assessment on or around July 15, 2024.

A 2 month follow up is reported with Dr. Mahmood is documented on April 9, 2024. The employee is reported to have undergone a left heart catheterization on March 5, 2024 with successful stenting. The employee reports shortness of breath with exertion and at rest, fatigue associated with minimal exertion, dizziness when standing, bilateral lower extremity pain/edema with left worse than the right, and left knee/ankle swelling. The employee denies chest pain or palpations (feeling of heart racing/pounding). The exam documents no abnormal physical, neurologic, or psychiatric findings. The assessment is hypertension, hyperlipidemia, atherosclerotic heart disease of native coronary artery, sleep apnea, nicotine dependence, shortness of breath, fatigue, and polyneuropathy. The provider continues current medications and the employee is to follow up in 3 months for additional testing.

Given the additional medical records related to cardiac status with an abnormal Nuclear Stress study on January 20, 2024, recommendation for additional cardiac diagnostic studies per February 6, 2024 visit with Dr. Mahmood, placement of cardiac stent on March 5, 2024, and reported ongoing chest pain and shortness of breath per follow up with Dr. Mahmood on April 9, 2024; the available medical record are supportive of an ongoing physical impairment related to cardiac status and treatment from December 15, 2023 through August 1, 2024. During this time period, the employee would be unable to perform at an activity level above that of daily living due to ongoing

chest pain and shortness of breath w ith a history of heart disease. The August 1, 2024 date allow s for additional recovery until next scheduled follow up w ith Mr. Mahmood, w hich should occur in July 2024 w ith additional testing planned. If the employee has not returned to w ork as of August 1, 2024, recommend obtaining updated medical records from Cardiology, orthopedic, and behavioral health for ongoing assessment of status.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group - PRETY2 - May 10, 2024 11:42:50 am
Date:May 7, 2024

Subject:Appeal Nursing Memorandum

Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

The employee is reported to have chronic pain in multiple area, behavioral health conditions, and multiple co-morbid conditions. Refer to the previous Nursing Memorandum completed on December 8, 2023 and February 16, 2024 for history. An addendum is requested to the previous Nursing Memorandum's to review additional information that has been submitted.

The additional medical records include a visit w ith Orthopedic Physician Assistant, Sarah Barlow , on November 16, 2023 for right hip pain. The exam notes pain w ith range of motion of right hip. The provider recommends a MRI arthrogram of the right hip w ill follow up after to discuss results. An x-ray of the right hip is reported on November 23, 2023 w ith impression that includes hip joint appears intact and w ell aligned w ith no acute fracture/dislocation. An arthrogram (study) of the right hip is completed on December 6, 2023 w ith injection to the right hip.

The employee is seen on December 28, 2023 by Dr. Law rence O'Malley, Orthopedic, for follow up of right hip w ith previous visit 2 years prior. The exam of the left hip notes normal range of motion, normal strength, no pain w ith range of motion. The exam f the right hip notes full range of motion , pain w ith range of motion and normal strength. The x ray of the right hip show s no obvious fracture/dislocation and MRI of the right hip show s superolateral labral tear of the right hip. The assessment is right hip w ith labral tear.

A Nuclear Stress Test is completed on January 30, 2024 w ith conclusion of sinus rhythm, non-diagnostic ST changes, moderate to severe anterior w ith severe apical and moderate septal defects, and variable myocardium w ith recommendation for further evaluation.

The employee is seen by Dr. Sadeem Mahmood, Cardiology, on February 6, 2024 for one month follow up. The employee had a stress test on January 30, 2024 that revealed sinus rhythm and additional changes that recommended further evaluation. The employee refused a sleep study due to financial issues and w ould like to do this at the Medical Center. The employee reports generalized chest pain w hich are associated w ith shortness of breath and dizziness and the pain occurs w ith exertion w ithout radiation. The pain is relieved w ith rest. The exam documents vital signs w ithin normal range and no abnormal physical or neurologic findings. The assessment is hypertension, hyperlipidemia, chest pain, sleep apnea, nicotine dependence, shortness of breath, fatigue, varicose veins, atherosclerosis of native arteries of extremities w ith intermittent claudication, alcohol abuse and alcoholic polyneuropathy. The provider orders doppler studies of the low er extremities and orders lab w ork.

A doppler study of the low er extremities is completed on February 14, 2024 w ith mild plaque formation in the right common femoral artery, mild plaque formation in the right superficial femoral artery, mild plaque formation of the right popliteal artery, mild plaque formation of the left common femoral artery, and no significant flow limiting lesion is identified on the ultrasound.

A procedure report is provided on March 5, 2024 w ith left heart selective coronary angiogram and primary vessel drug eluting stent of the patent ductus arteriosus.

A peer review is completed on March 8, 2024 by Psychiatry, Dr. Farhad Amani. The diagnosis are documented as post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. The peer review er documents that there is no supported level of impairment that translates into restrictions and limitations from December 15, 2023 and forw ard.

A peer review addendum is completed on April 2, 2024 by Physical Medicine and Rehabilitation / Pain Medicine, Dr. Annie Layno-Moses, to review additional information w ith conclusion that the additional information does not alter the previous opinion w ith the previously listed restrictions. The restrictions and limitations are documented as unrestricted sit, frequent stand/w alk, occasionally lift/carry/push/pull up to 20 lbs. w ith bilateral upper extremities, occasionally climb stairs/balance/stoop/kneel/crouch/reach overhead w ith bilateral upper extremities, reach below w aist w ith bilateral upper extremities, unrestricted reach desk level w ith bilateral upper extremities, occasional use right low er extremity foot control, unrestricted use of left low er extremity foot control, occasional left upper extremity fine manipulation, unrestricted right upper extremity fine manipulation, occasional left upper extremity simple/firm grasp, unrestricted right upper extremity simple/firm grasp, never craw l, and no climb ladders/w ork at unprotected heights/operate heavy machinery. The restrictions are indicated from December 15, 2023 on a full time basis w ith re-assessment on or around July 15, 2024.

A 2 month follow up is reported w ith Dr. Mahmood is documented on April 9, 2024. The employee is reported to have undergone a left heart catheterization on March 5, 2024 w ith successful stenting. The employee reports shortness of breath w ith exertion and at rest, fatigue associated w ith minimal exertion, dizziness w hen standing, bilateral low er extremity pain/edema w ith left w orse than the right, and left knee/ankle sw elling. The employee denies chest pain or palpations (feeling of heart racing/pounding). The exam documents no abnormal physical, neurologic, or psychiatric findings. The assessment is hypertension, hyperlipidemia, atherosclerotic heart disease of native coronary artery, sleep apnea, nicotine dependence, shortness of breath, fatigue, and polyneuropathy. The provider continues current medications and the employee is to follow up in 3 months for additional testing.

Additional records submitted are primarily related to cardiac status w ith reported chest pain, completion of diagnostic studies, and placement of a stent on March 5, 2024. These records w ere not review ed in the previous peer review s. Due to the additional medical records w ith procedure on March 5, 2024, the recommendation is a referral for a peer review by Cardiology to assess status from December 15, 2024 and forw ard.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group - PRETY2 - May 07, 2024 05:32:07 pm

| | | | | |
|---|---|---|---|---|
| 5/13/2024 | Summary/Assessment/Path | 1st LEVEL LTD AO OVERTURN RATIONALE: - AM0ST5 - May | Completed | AM0ST5 |

Summary Notes
1st LEVEL LTD AO OVERTURN RATIONALE: - AM0ST5 - May 13, 2024 04:03:52 pm
Assessment Notes

Path Notes
1st LEVEL LTD AO OVERTURN RATIONALE:

Claimant is a 40 year old maintenance w orker w ho stopped w orking on 06/18/2021 due to chronic pain and osteoarthritis. It w as previously determined that he met the policy definition of disability to COD 12/15/2023.

Initial Claim Decision

Reason/Date of denial: Not TDAO DATE 05/12/2023
Type of Medical Review , Name, & Specialty: PEER

--12/07/2022 Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation

Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb w ould have the follow ing restrictions and limitations; he could constantly sit, occasionally stand, and w alk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs w ith use of handrails, but could never balance, stoop, bend, kneel, crouch, craw l, climb a ladder, or w ork at unprotected heights. These restrictions w ere permanent.

The above listed restrictions and limitations w ould preclude Mr. Bobb from returning to w ork in his ow n occupation but w ould not preclude him from returning to w ork in any occupation.

TSA: - gainful found
DOT# Occupation Wage (mean) Physical Demand
1. 379.367-010 Surveillance-System Monitor $2,953.60/Month Sedentary
2. 235.662-022 Telephone Operator $2,513.33/Month Sedentary

Basis for the Appeal: The claimants attorney indicated 1) claimant is disabled his medical conditions prevent him from w orking. His treating physicians agree that he has a disabling condition that continues to w orsen.

Information Submitted w ith appeal and not previously review ed:
UAMS ortho clinic records
Jefferson Regional Medical Center records
Arkansas Spine and Pain records

Assessment Notes:

12/08/2023- HCC does not support
INCOMING:
02/09/2024 RTR response letter from attorney
11/01/2023 to 11/29/2023 OVNS Arkansas Spine and Pain
01/03/2024 OVN Terri Eubanks DDS
07/06/2023 to 12/29/2023 OVNS Scott Allison Johnson LCSW
08/03/2023 to 10/31/2023 OVNS Anthony Rodriguez APRN
08/09/2023 MRI L Spine w /o contrast
09/28/2023 to 01/10/2024 OVN Sadeem Mahmood
10/24/2023 to 01/10/2024 Diagnostics from SARC cardio & vein
11/09/2023 Labs from AEL
02/28/2023 OVN Arkansas Spine and pain
04/25/2023 OVN Arkansas Spine and pain
07/10/2023 to 11/01/2023 OVNS Arkansas Spine and pain

02/16/2024 -HCC recommends PEER psych and PMR-- panel review w as completed
03/08/2024 Farhad Amani BCD Psychiatry & Annie Layno-Moses BCD Physical med rehab and pain med

"Psychiatry co-review er Dr. Amani acknow ledges the claimant's anxiety and stress; how ever, in terms of psychiatric diagnoses, there is no established diagnosis that w ould be functionally limiting. The claimant's condition is under adequate control and no escalations of care are noted.

From my scope of practice, the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both low er extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant w as also experiencing w eakness in his left hand along w ith decreased sensation. Considering the claimant's chronic pain symptoms involving his neck, low back, right hip, and left hand/w rist along w ith reduced range of motion and diminished sensation, the claimant is physically impaired. Therefore, the claimant requires restrictions and limitations.

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE

**Chronological Activity List**

Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Never
Reaching: Occasionally, overhead and below w aist levels BUE; Unrestricted, to desk level BUE
Using low er extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No w orking at unprotected heights
No operating heavy machinery
The above recommended restrictions and limitations are indicated from 12/15/2023 forw ard, w ith re-assessment on or around 7/15/2024.
The claimant's abilities are sustainable on a full-time basis."

03/20/2024 TSA
379.367-010 Surveillance System Monitor S $2997
372.667-030 Gate Guard L $2896
377.667-010 Bailiff L $4091

04/02/2024 PMR addendum due to 11/16/2023 xray 11/16/23 OVN and 12/28/2023 OVN
" No, the additional information does not alter my previous opinion."

INCOMING:
Attorney response to RTR
Cardiology OVNS

05/10/2024 HCC review of the Cardiology records and atty RTR response

"Given the additional medical records related to cardiac status w ith an abnormal Nuclear Stress study on January 20, 2024, recommendation for additional cardiac diagnostic studies per February 6, 2024 visit w ith Dr. Mahmood, placement of cardiac stent on March 5, 2024, and reported ongoing chest pain and shortness of breath per follow up w ith Dr. Mahmood on April 9, 2024; the available medical record are supportive of an ongoing physical impairment related to cardiac status and treatment from December 15, 2023 through August 1, 2024. During this time period, the employee w ould be unable to perform at an activity level above that of daily living due to ongoing chest pain and shortness of breath w ith a history of heart disease. The August 1, 2024 date allow s for additional recovery until next scheduled follow up w ith Mr. Mahmood, w hich should occur in July 2024 w ith additional testing planned. If the employee has not returned to w ork as of August 1, 2024, recommend obtaining updated medical records from Cardiology, orthopedic, and behavioral health for ongoing assessment of status."

Path: Overturning the claim due to the claimants cardiac conditions preventing him from performing at an activity level above ADLS from 12/15/2023 through 08/01/2024. Sending letter to attorney and returning the file to claims level to review and pay applicable benefits and to continue to monitor the claim from a medical standpoint. Recommendation is to obtain updated notes and send for another review in about 3 months.

Summary for Overturn: Claimant is a 40 year old maintenance w orker w ho stopped w orking on 06/18/2021 due to chronic pain and osteoarthritis. It w as previously determined that he met the policy definition of disability to COD 12/15/2023. Multiple review s w ere completed at the appeals level to assess all conditions of the claimant as his is a

complex case. It w as determined that the medical records did not support him from a psychiatric standpoint or from a physical standpoint other than his cardiac condition. From 12/15/2023 through 08/2024 he w ould be unable to do more than his ADLs-- he has history of heart disease, recent abnormal testing, additional studies, and a stent placed 03/05/2024. With his stent placed more recently it is likely he w ill make some improvements and therefore as stated above updated records and review w ill be appropriate in the next few months.

TOLLING:
12/11/2023 to 02/09/2024
03/27/2024 to 05/01/2024
- AM0ST5 - May 13, 2024 04:03:52 pm

5/13/2024 Summary/Assessment/Path 1st Level LTD AO Appeal Review - AM0ST5 - Dec 04, 2023 Completed AM0ST5

Summary Notes
1st Level LTD AO Appeal Review - AM0ST5 - Dec 04, 2023 10:16:14 am
Assessment Notes

Path Notes
1st Level LTD AO Appeal Review

Date Received: 11/08/2023
30th Day: 12/08/2023
45th Day: 12/23/2023
90th Day: 02/06/2024
Cov Type: LTD
Claimant Name: Adam Bobb
Claim Number: 1220024325

Claim Demographics

Current Age: now 40
EE State: AR
Situs State: AR

DOH: 08/14/2014
Eff Date: 01/01/2017
Class: 1
DLW:06/17/2021
DOD: 06/18/2021
EP: 180 days
BCD: 12/15/2021
Benefit Paid To: 12/15/2023
COD: 12/15/2023
MBD: 5 years 12/15/2026
RTW Date: NA claiming TDAO
Pre-Ex review needed: NA

Occupation: maintenance w orker
DOT Classification: 4
Primary Diagnosis: chronic pain-- not limiting per policy how ever per attorney EE is suffering w ith BH/MN conditions w hich are limited
Work Related: unknow n
Monthly Net Benefit: 1400
SSDI Aw arded: EE requested hearing
Overpaid Amount: unknow n
ERISA or NON-ERISA: ERISA

LW claim status: 1220054596
Other LTD claims: none just current appealed claim
STD Claims: 1210071975

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Group ID: TRINITYVIL
Group Name: Trinity Village Inc
Attorney Representation: yes
Marcus Vaden Law
MVADEN@MARCUSVADEN.COM
PO BOX 203 CONWAY AR 72033
501 329 8723
501 205 1278

Current Providers:

AP Name/Specialty/Phone Number:
John Brown MD Ortho
Kerry Pennington MD -PCP

Initial Claim Decision

Reason/Date of denial: Not TDAO DATE 05/12/2023
Type of Medical Review, Name, & Specialty: PEER

--12/07/2022 Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation

Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb would have the following restrictions and limitations; he could constantly sit, occasionally stand, and walk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs with use of handrails, but could never balance, stoop, bend, kneel, crouch, crawl, climb a ladder, or work at unprotected heights. These restrictions were permanent.

The above listed restrictions and limitations would preclude Mr. Bobb from returning to work in his own occupation but would not preclude him from returning to work in any occupation.

TSA: - gainful found
DOT# Occupation Wage (mean) Physical Demand
1. 379.367-010 Surveillance-System Monitor $2,953.60/Month Sedentary
2. 235.662-022 Telephone Operator $2,513.33/Month Sedentary

Summary of Appeal being discussed:

Demographics: Claimant is a 40 year old maintenance worker who stopped working on 06/18/2021 due to chronic pain and osteoarthritis. It was previously determined that he met the policy definition of disability to COD 12/15/2023.

Basis for the Appeal: The claimants attorney indicated 1) claimant is disabled his medical conditions prevent him from working. His treating physicians agree that he has a disabling condition that continues to worsen.

Information Submitted with appeal and not previously reviewed:
UAMS ortho clinic records
Jefferson Regional Medical Center records
Arkansas Spine and Pain records

Path: Letter to claimant and ER. Initial call to claimant. Sending file for medical review.

SIDE NOTE: File copy was sent to MVADEN@MARCUSVADEN.COM 11/10/2023 - AM0ST5 - Dec 04, 2023 10:16:14

am

HCC does not support

PATH: sending RTR w ith HCC report and ERISA ext to ATT - deadline is 01/02/2024

TOLLING: Starts 12/11/2023 - AM0ST5 - Dec 11, 2023 11:18:41 am

ATTY sent a letter dated 01/02/24 - indicating they requested med recs how ever they didnt request an extenstion

PATH: sent an email giving them 2 days to submit a w ritten request for ext if that w as their intent w ith the letter. w ill follow up in 2 bus days. - AM0ST5 - Jan 08, 2024 02:14:57 pm

ATTY requested ext deadline is 02/09/2024 - AM0ST5 - Feb 06, 2024 08:58:43 am

ATTY submitted an RTR response w ith docs for review

PATH: sending back to HCC for addendum review

TOLLING 12/11/2023 to 02/09/2024 - AM0ST5 - Feb 14, 2024 12:03:28 pm

INCOMING:
02/09/2024 RTR response letter from attorney
11/01/2023 to 11/29/2023 OVNS Arkansas Spine and Pain
01/03/2024 OVN Terri Eubanks DDS
07/06/2023 to 12/29/2023 OVNS Scott Allison Johnson LCSW
08/03/2023 to 10/31/2023 OVNS Anthony Rodriguez APRN
08/09/2023 MRI L Spine w /o contrast
09/28/2023 to 01/10/2024 OVN Sadeem Mahmood
10/24/2023 to 01/10/2024 Diagnostics from SARC cardio & vein
11/09/2023 Labs from AEL
02/28/2023 OVN Arkansas Spine and pain
04/25/2023 OVN Arkansas Spine and pain
07/10/2023 to 11/01/2023 OVNS Arkansas Spine and pain

PATH: remains the same as above - AM0ST5 - Feb 14, 2024 12:13:38 pm

HCC recomends PEER

PATH: sending for PEER/S - AM0ST5 - Feb 23, 2024 02:00:59 pm

INCOMING:
12/28/2023 OVN UAMS Med center- ortho
12/06/2023 MRI right hip
11/16/2023 to 12/06/2023 OVNs UAMS Med center- ortho

The above w as not review ed in PEER as PEERS are already in process- can send back for an addendum if needed. WIll update path once PEERS are completed and returned for review - AM0ST5 - Mar 08, 2024 03:37:06 pm

PEER completed-- sending updated R&L's to VOC for a TSA addendum- if occs are still found w ill send claim back for PEER addendum w ith the items submitted late. - AM0ST5 - Mar 14, 2024 05:21:54 pm

SENDING additional information to PMR/PAIN for addendum review

SENDING RTR w ith w hat w e have so far and advise w e are having the PMR/PAIN PEER review the additional items that came in w hile it w as in the prior review -- ATTY can respond w ith additional information for the BH/MN conditions if they disagree w ith our review DEADLINE for RTR is 04/17/2024.

TOLLING: 03/27/2024 - AM0ST5 - Mar 27, 2024 12:49:28 pm

SENDING RTR w ith PMR/PAIN ADDENDUM- DEADLINE IS 05/01/2024

**Chronological Activity List**

STILL TOLLING - AM0ST5 - Apr 10, 2024 10:25:10 am

INCOMING:
attorney response to RTR
Cardiology OVNS

PATH: sending claim back to HCC to review the cardiac issues as PMR will not be able to opine on them. - AM0ST5 - May 06, 2024 09:44:26 pm

in oversight review - AM0ST5 - May 13, 2024 12:16:29 pm

SEE OVT SAP FOR DETAILS - AM0ST5 - May 13, 2024 04:03:14 pm

| | | | | | |
|---|---|---|---|---|---|
| 5/13/2024 | Appeal | 1 | Level 1 | Closed | AM0ST5 |
| 5/13/2024 | Documents/Mail | 133 | Appeal Dis Overturn to Atty | Completed | AM0ST5 |

Appeal Dis Overturn to Atty

| | | | | | |
|---|---|---|---|---|---|
| 5/13/2024 | Claim Tasks | 30 | Appeal 90 Day Extension | Completed | AM0ST5 |

90th Day: 02/06/2024 - AM0ST5 - Dec 04, 2023 10:17:13 am

Today's Date2/6/2024
Appeal Rcvd Date11/8/2023
Days Since Received90
Extension Sent Date12/11/2023
Tolling Start DateTolling end DateTolling Days
12/11/20232/9/202460
0
0
0
0
0
0
Tolling Days60
90th Day of Active Review 4/6/2024
Active Review Days Remaining to 90th Day60
- AM0ST5 - Feb 06, 2024 08:57:27 am

Today's Date5/6/2024
Appeal Rcvd Date11/8/2023
Days Since Received181
Extension Sent Date12/11/2023
Tolling Start DateTolling end DateTolling Days
12/11/20232/9/202461
3/27/20245/1/202436
0
0
0
0
0
Tolling Days97
90th Day of Active Review 5/13/2024
Active Review Days Remaining to 90th Day6
- AM0ST5 - May 06, 2024 10:07:02 pm

| | | | | | |
|---|---|---|---|---|---|
| 5/13/2024 4:04:21 PM | Claim Tasks | 36 | Appeal Overturned | Requested | BXGRAHA |

Path: Overturning the claim due to the claimants cardiac conditions preventing him from performing at an activity level above ADLS from 12/15/2023 through 08/01/2024. Sending letter to attorney and returning the file to claims level to review and pay applicable benefits and to continue to monitor the claim from a medical standpoint. Recommendation is to obtain updated notes and send for another review in about 3 months.

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Summary for Overturn: Claimant is a 40 year old maintenance w orker w ho stopped w orking on 06/18/2021 due to chronic pain and osteoarthritis. It w as previously determined that he met the policy definition of disability to COD 12/15/2023. Multiple review s w ere completed at the appeals level to assess all conditions of the claimant as his is a complex case. It w as determined that the medical records did not support him from a psychiatric standpoint or from a physical standpoint other than his cardiac condition. From 12/15/2023 through 08/2024 he w ould be unable to do more than his ADLs-- he has history of heart disease, recent abnormal testing, additional studies, and a stent placed 03/05/2024. With his stent placed more recently it is likely he w ill make some improvements and therefore as stated above updated records and review w ill be appropriate in the next few months. - AM0ST5 - May 13, 2024 04:05:55 pm

Appeal overturn reassigned to BXGRAHA. Recommend w e contact claimant to determine w hen next cardiac ov and testing w ill be and then obtain this information for cardiac peer review . - RO5TR0 - May 20, 2024 08:18:25 am

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2024 | Documents/Mail | 134 | LTD Overturn | Completed | BXGRAHA |

LTD OverturnAttachments:Bobb

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2024 | Claim Tasks | 36 | Appeal Overturned | Completed | BXGRAHA |

Path: Overturning the claim due to the claimants cardiac conditions preventing him from performing at an activity level above ADLS from 12/15/2023 through 08/01/2024. Sending letter to attorney and returning the file to claims level to review and pay applicable benefits and to continue to monitor the claim from a medical standpoint. Recommendation is to obtain updated notes and send for another review in about 3 months.

Summary for Overturn: Claimant is a 40 year old maintenance w orker w ho stopped w orking on 06/18/2021 due to chronic pain and osteoarthritis. It w as previously determined that he met the policy definition of disability to COD 12/15/2023. Multiple review s w ere completed at the appeals level to assess all conditions of the claimant as his is a complex case. It w as determined that the medical records did not support him from a psychiatric standpoint or from a physical standpoint other than his cardiac condition. From 12/15/2023 through 08/2024 he w ould be unable to do more than his ADLs-- he has history of heart disease, recent abnormal testing, additional studies, and a stent placed 03/05/2024. With his stent placed more recently it is likely he w ill make some improvements and therefore as stated above updated records and review w ill be appropriate in the next few months. - AM0ST5 - May 13, 2024 04:05:55 pm

Appeal overturn reassigned to BXGRAHA. Recommend w e contact claimant to determine w hen next cardiac ov and testing w ill be and then obtain this information for cardiac peer review . - RO5TR0 - May 20, 2024 08:18:25 am

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2024 1:09:29 PM | Summary/Assessment/Path | 6 | ONGOING SAP--See Path Notes - BXGRAHA - May 20, 2024 | Follow Up | BXGRAHA |

Summary Notes
ONGOING SAP--See Path Notes - BXGRAHA - May 20, 2024 01:19:24 pm
Assessment Notes

Path Notes
SUMMARY:
Claimant is a 39 year old male, Maintenance Worker (JD on file /climbing ladders ducking and craw ling lots of physical labor and w alking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis w ith essential hypertension and chest pain, unspecified. Claim overturned on appeal on 05/13/2024. Note other physical DX's review ed and w ould not support ongoing for AO. BH also review ed and does not support.

ASSESSMENT:
02/16/2024 -HCC recommends PEER psych and PMR-- panel review w as completed
03/08/2024 Farhad Amani BCD Psychiatry & Annie Layno-Moses BCD Physical med rehab and pain med

"Psychiatry co-review er Dr. Amani acknow ledges the claimant's anxiety and stress; how ever, in terms of psychiatric diagnoses, there is no established diagnosis that w ould be functionally limiting. The claimant's condition is under adequate control and no escalations of care are noted.

From my scope of practice, the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's chronic pain symptoms involving his neck, low back, right hip, and left hand/wrist along with reduced range of motion and diminished sensation, the claimant is physically impaired. Therefore, the claimant requires restrictions and limitations.

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No working at unprotected heights
No operating heavy machinery
The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.
The claimant's abilities are sustainable on a full-time basis."

05/10/2024 HCC review of the Cardiology records and atty RTR response

"Given the additional medical records related to cardiac status with an abnormal Nuclear Stress study on January 20, 2024, recommendation for additional cardiac diagnostic studies per February 6, 2024 visit with Dr. Mahmood, placement of cardiac stent on March 5, 2024, and reported ongoing chest pain and shortness of breath per follow up with Dr. Mahmood on April 9, 2024; the available medical record are supportive of an ongoing physical impairment related to cardiac status and treatment from December 15, 2023 through August 1, 2024. During this time period, the employee would be unable to perform at an activity level above that of daily living due to ongoing chest pain and shortness of breath with a history of heart disease. The August 1, 2024 date allows for additional recovery until next scheduled follow up with Mr. Mahmood, which should occur in July 2024 with additional testing planned. If the employee has not returned to work as of August 1, 2024, recommend obtaining updated medical records from Cardiology, orthopedic, and behavioral health for ongoing assessment of status."

PATH:
Approving benefits to current. Will f/u with the attny to get update on NOV w/cardiology (anticipted in July), once records are received file will be sent for cardiology peer. LTP: RTW-AO once cardiac care is established. - BXGRAHA - May 20, 2024 01:19:24 pm

UPDATED MEDICAL:
Received misc meds from Arkansas Spine and Pain
4/11/24: Prescribed oxycodone-acetaminophen 1 tab every 8 hours for pain PRN 30 days.
5/15/24: Reports onset of pain gradually over time, pain is constant, dull, radiates to LE/UE. Pain made worse by movement, gets better by taking medications. A/P: Lumbar MRI showing disc dessication and DD at L4-5, has suspected R hip labral tear, has tried PT for pain. Refilled meds, f/u 2 months.

9/12/24: F/U, pain meds doing well, DX w/diabetes. A/P: Continue w/current meds, RTC 2 months.

**Chronological Activity List**

7/16/24: F/U, c/o low back pain and increase in gabapentin has helped. Denied any new med SE. A/P: Continue current meds, RTC 2 months.

5/16/24: F/U, c/o R buttocks pain and L knee pain, neck pain is unchanged and is stretching more. Pain med is effective, asking to increase gabapentin. A/P: Continue Oxy 7.5/325 TID, increase gabapentin to 600mg TID for better pain control. RTC 2 months.

SARC Cardiovascular and Vein Center
5/6/24: C/O chest discomfort, heartburn, and anxiety, Pt talked w/psych and they did not want to change meds until talked to cardio. Pt states been experiencing a lot of anxiety and panic attacks. DX w/PTSD, MDD, severe anxiety and was wondering is not associated w/chest pain. A/P: Start Protonix, refer to GI for EGD, schedule US of gallbladder at CARTI, f/u w/PCP for GAD treatment. Stop smoking.

5/30/24: US gallbladder. Impression diffuse hepatic steatosis, no evidence of any acute abnormality within the upper abd.

7/1/24: 2 month f/u, stopped duloxetine and changed to Wellbutrin. Still has not had sleep study, SP reports episodes of loud snoring. A/P: continue meds as current, schedule sleep study, resent referral for EGD eval. RTC 3 months.

Anthony Rodriguez APRN
9/9/24: Seen for elevated glucose w/no prior DX of DM. Pt reports cannot stay on feet very long w/o being in pain, enables him to have job. A/P: DM II, start Metformin and keep fasting glucose log, return w/log in 2 weeks. Likely increase metformin and start an additional med.

9/6/24: Annual f/u, c/o L knee/ankle pain x6 months. Occasionally hears popping noise when ambulating. Pain comes and goes and is achy in nature. Due for routine labs, reports inability to work d/t chronic pain while standing for extended periods, HX of PAD and has been followed by cardio. A/P: XR of L knee-Normal, notified in clinic. Referred to PT. F/U 3 months.

5/6/24: F/U for med refill. Wants to discuss changing anxiety meds, HX of chronic back pain so started on Cymbalta w/no relief of anxiety. HX of CAD in which had a stent, chronic every day smoker and wants to quit. Cardio called to discuss med options to treat anxiety as well as quit smoking. Decided to try Wellbutrin and nicotine gum. A/P: Start Bupropion HCl ER for GAD, stop Paxil, increase Cymbalta. F/U 4 weeks.

PATH:
Sending for peer at this time to see if the R&L's from prior peer have changed. - BXGRAHA - Nov 08, 2024 12:49:16 pm

PEER:
Peer review completed by Dr. Solomon Rojhani (PMR) 11/22/24
Sitting: Constantly with the ability to reposition as needed to relieve pressure/pain.
Standing: Frequently
Walking: Frequently
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Bending: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Frequently LUE; Unrestricted RUE
Simple and firm grasping: Frequently LUE; Unrestricted RUE
Feeling: Frequently LUE; Unrestricted RUE

No climbing ladders
No w orking at unprotected heights
No operating heavy machinery
Driving: Constantly
The above recommended restrictions and limitations are indicated from 7/15/2024 through the present time and beyond, w ith re-assessment on or around 4/15/2025.
The claimant's abilities are sustainable on a full-time basis.

PATH:
Sending for cardio peer at this time to see if there are any supported R&Ls from a cardiology perspective. - BXGRAHA - Dec 03, 2024 02:23:43 pm

PEER:
Peer completed by Dr. Andre Akhondi (cardio) 12/13/24
Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant does not have a supported level of impairment that translates into restrictions and limitations from 08/01/2024 to present.

PATH:
Sending for TSA at this time to see if gainful can be found. - BXGRAHA - Dec 20, 2024 08:54:22 am

5/20/2024 1:24:16 PM | Claim Tasks | 37 | Call Claimant | Requested | BXGRAHA

F/U w ith Attny on status of cardio appointment. - BXGRAHA - May 20, 2024 01:24:42 pm

Sent email to Attny - BXGRAHA - Aug 08, 2024 03:45:18 pm

Sent letter to attny, if no response, request all meds from 6/1/24 to present - BXGRAHA - Aug 22, 2024 02:23:03 pm

EE had OVN w /Southern Arkansas Cardio 7/1/24 and scheduled 10/1/24, had several appointments w /Arkansas Spine and Pain. F/U on records, if needed request auth to request records. - BXGRAHA - Aug 29, 2024 08:47:37 am

Sending request for meds/auth to attny, allow ing 30 days to supply prior to 2nd request letter. - BXGRAHA - Oct 08, 2024 03:15:50 pm

Received meds, sending for peer at this time - BXGRAHA - Nov 08, 2024 12:50:00 pm

Sending for cardiology peer - BXGRAHA - Nov 27, 2024 08:58:16 am

Sending for TSA - BXGRAHA - Dec 16, 2024 03:45:19 pm

5/23/2024 | Claim Tasks | 38 | Bank Notification - Reject | Completed | BXGRAHA

PAYMENT REJECTED - Accounting received notice from bank that the previously active account has been closed. CE to correct information before releasing the next benefit. - BXMOHR - May 23, 2024 08:56:20 am

5/29/2024 1:59:36 PM | Telephone (IN) | 14 | ADAM BOBB | Requested | BXGRAHA

Adam Bobb
cb
ssn
Trinity Village

Looking for a lump sum payment for his LTD. Originally place on hold but w as supposed to go out last w eek. Adv show ing payment from 5/20. EE did not receive, sent to old DD. Does not use Fairfield FCU anymore

AT should be sending in new information w ith new DD info

f/u w CE for payment reissue, EE w ill provide new DD info

5/29/2024 2:31:08 PM | Telephone (IN) | 15 | ADAM K BOBB | Requested | BXGRAHA

Caller : Donna
CB # 501-329-8723
Claimant : Adam Bob
SSN #

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Claim # 1220024325<br>DOB #<br><br>Para Legal called to speak w ith the CE about the claimant's STD claim. She said that the CE w as suppose to deposit the funds into their account so that the member can get the LTD benefits that w as released. She claims that the member never got the DD that w as sent out on 5/20, because their account is closed. Placed this in FU . Please reach out to them. | | | | |
| 5/29/2024 2:32:28 PM | Telephone (IN)<br>Caller : Donna<br>CB #<br>Claimant : Adam Bob<br>SSN #<br>Claim # 1220024325<br>DOB #<br><br>Para Legal called to speak w ith the CE about the claimant's STD claim. She said that the CE w as suppose to deposit the funds into their account so that the member can get the LTD benefits that w as released. She claims that the member never got the DD that w as sent out on 5/20, because their account is closed. Placed this in FU . Please reach out to them. | 16 | Donna | Requested | BXGRAHA |
| 5/31/2024 12:59:37 PM | Telephone (IN)<br>Caller : Adam Bobb<br>CB #<br>SSN #<br>DOB #<br>Claim # 1220024325<br><br>Bank Name : Chime<br>Routing #<br>Acct #<br><br>Member called to update his banking info. He says the payment that w as issued on 5/20 w as issued to the w rong bank account. He w ants that to be reissued to his Chimes account. Placed this in FU . Please reach out to the member to confirm the changes. | 17 | ADAM BOBB | Requested | BXGRAHA |
| 6/3/2024 | Telephone (IN)<br>Caller : Adam Bobb<br>CB #<br>SSN #<br>DOB #<br>Claim # 1220024325<br><br>Bank Name : Chime<br>Routing #<br>Acct #<br><br>Member called to update his banking info. He says the payment that w as issued on 5/20 w as issued to the w rong bank account. He w ants that to be reissued to his Chimes account. Placed this in FU . Please reach out to the member to confirm the changes. | 17 | ADAM BOBB | Completed | BXGRAHA |
| 6/3/2024 | Telephone (IN)<br>Caller : Donna<br>CB #<br>Claimant : Adam Bob<br>SSN #<br>Claim # 1220024325<br>DOB #<br><br>Para Legal called to speak w ith the CE about the claimant's STD claim. She said that the CE w as suppose to deposit the funds into their account so that the member can get the LTD benefits that w as released. She claims that the member never got the DD that w as sent out on 5/20, because their account is closed. Placed this in FU . Please | 16 | Donna | Completed | BXGRAHA |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | reach out to them. | | | | |
| 6/3/2024 | Telephone (IN) | 15 | ADAM K BOBB | Completed | BXGRAHA |
| | Caller : Donna<br>CB #<br>Claimant : Adam Bob<br>SSN #<br>Claim # 1220024325<br>DOB #<br><br>Para Legal called to speak w ith the CE about the claimant's STD claim. She said that the CE w as suppose to deposit the funds into their account so that the member can get the LTD benefits that w as released. She claims that the member never got the DD that w as sent out on 5/20, because their account is closed. Placed this in FU . Please reach out to them. | | | | |
| 6/3/2024 | Telephone (IN) | 14 | ADAM BOBB | Completed | BXGRAHA |
| | Adam Bobb<br>cb<br>ssn<br>Trinity Village<br><br>Looking for a lump sum payment for his LTD. Originally place on hold but w as supposed to go out last w eek. Adv show ing payment from 5/20. EE did not receive, sent to old DD. Does not use Fairfield FCU anymore<br><br>AT should be sending in new information w ith new DD info<br><br>f/u w CE for payment reissue, EE w ill provide new DD info | | | | |
| 6/3/2024 12:00:40 PM | Documents/Mail | 135 | Email | Received | BXGRAHA |
| | 2024-06-03-09.24.35.013560O01 | | | | |
| 6/3/2024 12:00:41 PM | Documents/Mail | 136 | Email | Received | BXGRAHA |
| | 2024-06-03-09.24.35.050560O01 | | | | |
| 6/3/2024 1:55:29 PM | Documents/Mail | 137 | Email | Received | BXGRAHA |
| | 2024-06-03-11.41.43.936560O01 | | | | |
| 6/5/2024 | Documents/Mail | 136 | Email | Completed | BXGRAHA |
| | 2024-06-03-09.24.35.050560O01 | | | | |
| 6/5/2024 | Documents/Mail | 135 | Email | Completed | BXGRAHA |
| | 2024-06-03-09.24.35.013560O01 | | | | |
| 6/5/2024 | Documents/Mail | 137 | Email | Completed | BXGRAHA |
| | 2024-06-03-11.41.43.936560O01 | | | | |
| 8/8/2024 | Documents/Mail | 138 | SS 30 day follow up for SS Applicat | Completed | LATSP8 |
| | SS 30 day follow up for SS Application | | | | |
| 8/8/2024 | Documents/Mail | 139 | SS 30 day follow up for SS Applicat | Completed | LATSP8 |
| | SS 30 day follow up for SS Application | | | | |
| 8/8/2024 | Claim Tasks | 35 | Call Claimant | Completed | LATSP8 |
| 8/8/2024 2:29:30 PM | Claim Tasks | 39 | Call Claimant | Requested | LATSP8 |
| 8/9/2024 | Claim Tasks | 39 | Call Claimant | Completed | LATSP8 |
| 8/9/2024 8:44:50 AM | Claim Tasks | 40 | Call Claimant | Requested | LATSP8 |
| | CALL ATTY - LATSP8 - Aug 09, 2024 08:45:04 am | | | | |
| 8/15/2024 | Claim Tasks | 41 | Call Claimant | Completed | LATSP8 |
| 8/15/2024 | Claim Tasks | 40 | Call Claimant | Completed | LATSP8 |
| | CALL ATTY - LATSP8 - Aug 09, 2024 08:45:04 am | | | | |
| 8/15/2024 9:43:54 AM | Claim Tasks | 42 | Call Claimant | Requested | LATSP8 |
| 8/22/2024 | Documents/Mail | 141 | Free Form Letter | Completed | BXGRAHA |
| | Free Form Letter | | | | |
| 8/22/2024 1:16:33 PM | Documents/Mail | 140 | Social Security Forms | Received | LATSP8 |
| | 2024-08-20-12.26.00.787020O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/26/2024 | Documents/Mail | 140 | Social Security Forms | Completed | LATSP8 |
| | 2024-08-20-12.26.00.787020O01 | | | | |
| 8/27/2024 1:52:46 PM | Documents/Mail | 142 | Email | Received | BXGRAHA |
| | 2024-08-26-08.43.54.057140O01 | | | | |
| 8/29/2024 | Documents/Mail | 142 | Email | Completed | BXGRAHA |
| | 2024-08-26-08.43.54.057140O01 | | | | |
| 10/7/2024 1:26:58 PM | Dependents | 1 | NANCY BOBB | Spouse | BXGRAHA |
| 10/8/2024 | Documents/Mail | 143 | Request Forms from Claimant | Completed | BXGRAHA |
| | Request Forms from ClaimantAttachments:Auth Medical | | | | |
| 10/9/2024 | Documents/Mail | 144 | SS 30 day follow up for SS Applicat | Completed | LATSP8 |
| | SS 30 day follow up for SS Application | | | | |
| 10/9/2024 | Claim Tasks | 42 | Call Claimant | Completed | LATSP8 |
| 10/9/2024 8:47:11 AM | Claim Tasks | 43 | 30 Day Incomplete Claim | Requested | LATSP8 |
| | STATUS LTR SENT - LATSP8 - Oct 09, 2024 08:47:30 am | | | | |
| 10/14/2024 3:16:09 PM | Documents/Mail | 145 | Email | Received | BXGRAHA |
| | 2024-10-14-14.59.52.288180O01 | | | | |
| 10/14/2024 3:16:10 PM | Documents/Mail | 147 | Incoming Correspondence | Received | BXGRAHA |
| | 2024-10-14-14.59.52.331180O01 | | | | |
| 10/14/2024 3:16:10 PM | Documents/Mail | 146 | Incoming Correspondence | Received | LATSP8 |
| | 2024-10-14-14.59.52.318180O01 | | | | |
| 10/14/2024 3:21:44 PM | Documents/Mail | 148 | Incoming Correspondence | Received | BXGRAHA |
| | 2024-10-14-15.10.29.424260O01 | | | | |
| 10/14/2024 3:39:44 PM | Documents/Mail | 149 | Incoming Correspondence | Received | LATSP8 |
| | 2024-10-14-15.40.12.449180O01 | | | | |
| 10/15/2024 | Documents/Mail | 147 | Incoming Correspondence | Completed | BXGRAHA |
| | 2024-10-14-14.59.52.331180O01 | | | | |
| 10/15/2024 | Documents/Mail | 148 | Incoming Correspondence | Completed | BXGRAHA |
| | 2024-10-14-15.10.29.424260O01 | | | | |
| 10/15/2024 | Documents/Mail | 145 | Email | Completed | BXGRAHA |
| | 2024-10-14-14.59.52.288180O01 | | | | |
| 10/16/2024 | Documents/Mail | 146 | Incoming Correspondence | Completed | LATSP8 |
| | 2024-10-14-14.59.52.318180O01 | | | | |
| 10/16/2024 | Documents/Mail | 149 | Incoming Correspondence | Completed | LATSP8 |
| | 2024-10-14-15.40.12.449180O01 | | | | |
| 10/16/2024 | Claim Tasks | 43 | 30 Day Incomplete Claim | Completed | LATSP8 |
| | STATUS LTR SENT - LATSP8 - Oct 09, 2024 08:47:30 am | | | | |
| 10/16/2024 12:26:11 PM | Claim Tasks | 44 | Call Claimant | Requested | LATSP8 |
| 11/8/2024 | Documents/Mail | 150 | Email | Completed | BXGRAHA |
| | 2024-11-06-16.52.16.909440O01 | | | | |

Arkansas Spine and Pain
4/11/24: Prescribed oxycodone-acetaminophen 1 tab every 8 hours for pain PRN 30 days.
5/15/24: Reports onset of pain gradually over time, pain is constant, dull, radiates to LE/UE. Pain made worse by movement, gets better by taking medications. A/P: Lumbar MRI showing disc dessication and DD at L4-5, has suspected R hip labral tear, has tried PT for pain. Refilled meds, f/u 2 months.

9/12/24: F/U, pain meds doing well, DX w/diabetes. A/P: Continue w/current meds, RTC 2 months.

7/16/24: F/U, c/o low back pain and increase in gabapentin has helped. Denied any new med SE. A/P: Continue current meds, RTC 2 months.

5/16/24: F/U, c/o R buttocks pain and L knee pain, neck pain is unchanged and is stretching more. Pain med is effective, asking to increase gabapentin. A/P: Continue Oxy 7.5/325 TID, increase gabapentin to 600mg TID for

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

better pain control. RTC 2 months.

SARC Cardiovascular and Vein Center
5/6/24: C/O chest discomfort, heartburn, and anxiety, Pt talked w/psych and they did not want to change meds until talked to cardio. Pt states been experiencing a lot of anxiety and panic attacks. DX w/PTSD, MDD, severe anxiety and was wondering is not associated w/chest pain. A/P: Start Protonix, refer to GI for EGD, schedule US of gallbladder at CARTI, f/u w/PCP for GAD treatment. Stop smoking.

5/30/24: US gallbladder. Impression diffuse hepatic steatosis, no evidence of any acute abnormality within the upper abd.

7/1/24: 2 month f/u, stopped duloxetine and changed to Wellbutrin. Still has not had sleep study, SP reports episodes of loud snoring. A/P: continue meds as current, schedule sleep study, resent referral for EGD eval. RTC 3 months.

Anthony Rodriguez APRN
9/9/24: Seen for elevated glucose w/no prior DX of DM. Pt reports cannot stay on feet very long w/o being in pain, enables him to have job. A/P: DM II, start Metformin and keep fasting glucose log, return w/log in 2 weeks. Likely increase metformin and start an additional med.

9/6/24: Annual f/u, c/o L knee/ankle pain x6 months. Occasionally hears popping noise when ambulating. Pain comes and goes and is achy in nature. Due for routine labs, reports inability to work d/t chronic pain while standing for extended periods, HX of PAD and has been followed by cardio. A/P: XR of L knee-Normal, notified in clinic. Referred to PT. F/U 3 months.

5/6/24: F/U for med refill. Wants to discuss changing anxiety meds, HX of chronic back pain so started on Cymbalta w/no relief of anxiety. HX of CAD in which had a stent, chronic every day smoker and wants to quit. Cardio called to discuss med options to treat anxiety as well as quit smoking. Decided to try Wellbutrin and nicotine gum. A/P: Start Bupropion HCl ER for GAD, stop Paxil, increase Cymbalta. F/U 4 weeks.
- BXGRAHA - Nov 08, 2024 12:37:22 pm

11/8/2024 9:57:42 AM | Documents/Mail | 151 | Medical Records | Received | BXGRAHA
2024-11-06-16.52.16.917440O01

11/8/2024 9:57:43 AM | Documents/Mail | 152 | Medical Records | Received | BXGRAHA
2024-11-06-16.52.16.932440O01

Received misc meds from Arkansas Spine and Pain
4/11/24: Prescribed oxycodone-acetaminophen 1 tab every 8 hours for pain PRN 30 days.
5/15/24: Reports onset of pain gradually over time, pain is constant, dull, radiates to LE/UE. Pain made worse by movement, gets better by taking medications. A/P: Lumbar MRI showing disc dessication and DD at L4-5, has suspected R hip labral tear, has tried PT for pain. Refilled meds, f/u 2 months.

9/12/24: F/U, pain meds doing well, DX w/diabetes. A/P: Continue w/current meds, RTC 2 months.

7/16/24: F/U, c/o low back pain and increase in gabapentin has helped. Denied any new med SE. A/P: Continue current meds, RTC 2 months.

5/16/24: F/U, c/o R buttocks pain and L knee pain, neck pain is unchanged and is stretching more. Pain med is effective, asking to increase gabapentin. A/P: Continue Oxy 7.5/325 TID, increase gabapentin to 600mg TID for better pain control. RTC 2 months. - BXGRAHA - Nov 12, 2024 07:32:44 am

11/8/2024 9:57:44 AM | Documents/Mail | 153 | Medical Records | Received | BXGRAHA
2024-11-06-16.52.16.943440O01

5/6/24: C/O chest discomfort, heartburn, and anxiety, Pt talked w/psych and they did not want to change meds until talked to cardio. Pt states been experiencing a lot of anxiety and panic attacks. DX w/PTSD, MDD, severe anxiety and was wondering is not associated w/chest pain. A/P: Start Protonix, refer to GI for EGD, schedule US of gallbladder at CARTI, f/u w/PCP for GAD treatment. Stop smoking.

5/30/24: US gallbladder. Impression diffuse hepatic steatosis, no evidence of any acute abnormality within the upper abd.

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

7/1/24: 2 month f/u, stopped duloxetine and changed to Wellbutrin. Still has not had sleep study, SP reports episodes of loud snoring. A/P: continue meds as current, schedule sleep study, resent referral for EGD eval. RTC 3 months. - BXGRAHA - Nov 12, 2024 07:34:10 am

| 11/8/2024 9:57:46 AM | Documents/Mail | 154 | Medical Records | Received | BXGRAHA |
|---|---|---|---|---|---|

2024-11-06-16.52.16.951440O01

Anthony Rodriguez APRN
9/9/24: Seen for elevated glucose w/no prior DX of DM. Pt reports cannot stay on feet very long w/o being in pain, enables him to have job. A/P: DM II, start Metformin and keep fasting glucose log, return w/log in 2 weeks. Likely increase metformin and start an additional med.

9/6/24: Annual f/u, c/o L knee/ankle pain x6 months. Occasionally hears popping noise when ambulating. Pain comes and goes and is achy in nature. Due for routine labs, reports inability to work d/t chronic pain while standing for extended periods, HX of PAD and has been followed by cardio. A/P: XR of L knee-Normal, notified in clinic. Referred to PT. F/U 3 months.

5/6/24: F/U for med refill. Wants to discuss changing anxiety meds, HX of chronic back pain so started on Cymbalta w/no relief of anxiety. HX of CAD in which had a stent, chronic every day smoker and wants to quit. Cardio called to discuss med options to treat anxiety as well as quit smoking. Decided to try Wellbutrin and nicotine gum. A/P: Start Bupropion HCl ER for GAD, stop Paxil, increase Cymbalta. F/U 4 weeks. - BXGRAHA - Nov 12, 2024 07:34:54 am

| 11/8/2024 12:49:21 PM | Referrals | 13 | Change of Definition | Initial | BXGRAHA |
|---|---|---|---|---|---|

Clinical Consultation - Review Referral Template
Demographics
Claimant Name:
Claim Number:
Occupation/level:
Diagnosis:
DOD:
DLW:

SUMMARY:
Claimant is a 39 year old male, Maintenance Worker (JD on file /climbing ladders ducking and crawling lots of physical labor and walking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis with essential hypertension and chest pain, unspecified. Claim overturned on appeal on 05/13/2024. Note other physical DX's reviewed and would not support ongoing for AO. BH also reviewed and does not support.

ASSESSMENT:
02/16/2024 -HCC recommends PEER psych and PMR-- panel review was completed
03/08/2024 Farhad Amani BCD Psychiatry & Annie Layno-Moses BCD Physical med rehab and pain med

"Psychiatry co-reviewer Dr. Amani acknowledges the claimant's anxiety and stress; however, in terms of psychiatric diagnoses, there is no established diagnosis that would be functionally limiting. The claimant's condition is under adequate control and no escalations of care are noted.

From my scope of practice, the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's chronic pain symptoms involving his neck, low back, right hip, and left hand/wrist along with reduced range of motion and diminished sensation, the claimant is physically impaired. Therefore, the claimant requires restrictions and limitations.

Sitting: Unrestricted



Lincoln/Bobb 0182

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Never
Reaching: Occasionally, overhead and below w aist levels BUE; Unrestricted, to desk level BUE
Using low er extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No w orking at unprotected heights
No operating heavy machinery
The above recommended restrictions and limitations are indicated from 12/15/2023 forw ard, w ith re-assessment on or around 7/15/2024.
The claimant's abilities are sustainable on a full-time basis."

05/10/2024 HCC review of the Cardiology records and atty RTR response

"Given the additional medical records related to cardiac status w ith an abnormal Nuclear Stress study on January 20, 2024, recommendation for additional cardiac diagnostic studies per February 6, 2024 visit w ith Dr. Mahmood, placement of cardiac stent on March 5, 2024, and reported ongoing chest pain and shortness of breath per follow up w ith Dr. Mahmood on April 9, 2024; the available medical record are supportive of an ongoing physical impairment related to cardiac status and treatment from December 15, 2023 through August 1, 2024. During this time period, the employee w ould be unable to perform at an activity level above that of daily living due to ongoing chest pain and shortness of breath w ith a history of heart disease. The August 1, 2024 date allow s for additional recovery until next scheduled follow up w ith Mr. Mahmood, w hich should occur in July 2024 w ith additional testing planned. If the employee has not returned to w ork as of August 1, 2024, recommend obtaining updated medical records from Cardiology, orthopedic, and behavioral health for ongoing assessment of status."

PATH:
Approving benefits to current. Will f/u w ith the attny to get update on NOV w /cardiology (anticipted in July), once records are received file w ill be sent for cardiology peer. LTP: RTW-AO once cardiac care is established. - BXGRAHA - May 20, 2024 01:19:24 pm

UPDATED MEDICAL:
Received misc meds from Arkansas Spine and Pain
4/11/24: Prescribed oxycodone-acetaminophen 1 tab every 8 hours for pain PRN 30 days.
5/15/24: Reports onset of pain gradually over time, pain is constant, dull, radiates to LE/UE. Pain made w orse by movement, gets better by taking medications. A/P: Lumbar MRI show ing disc dessication and DD at L4-5, has suspected R hip labral tear, has tried PT for pain. Refilled meds, f/u 2 months.

9/12/24: F/U, pain meds doing w ell, DX w /diabetes. A/P: Continue w /current meds, RTC 2 months.

7/16/24: F/U, c/o low back pain and increase in gabapentin has helped. Denied any new med SE. A/P: Continue current meds, RTC 2 months.

5/16/24: F/U, c/o R buttocks pain and L knee pain, neck pain is unchanged and is stretching more. Pain med is effective, asking to increase gabapentin. A/P: Continue Oxy 7.5/325 TID, increase gabapentin to 600mg TID for better pain control. RTC 2 months.

SARC Cardiovascular and Vein Center
5/6/24: C/O chest discomfort, heartburn, and anxiety, Pt talked w /psych and they did not w ant to change meds until

talked to cardio. Pt states been experiencing a lot of anxiety and panic attacks. DX w/PTSD, MDD, severe anxiety and was wondering is not associated w/chest pain. A/P: Start Protonix, refer to GI for EGD, schedule US of gallbladder at CARTI, f/u w/PCP for GAD treatment. Stop smoking.

5/30/24: US gallbladder. Impression diffuse hepatic steatosis, no evidence of any acute abnormality within the upper abd.

7/1/24: 2 month f/u, stopped duloxetine and changed to Wellbutrin. Still has not had sleep study, SP reports episodes of loud snoring. A/P: continue meds as current, schedule sleep study, resent referral for EGD eval. RTC 3 months.

Anthony Rodriguez APRN
9/9/24: Seen for elevated glucose w/no prior DX of DM. Pt reports cannot stay on feet very long w/o being in pain, enables him to have job. A/P: DM II, start Metformin and keep fasting glucose log, return w/log in 2 weeks. Likely increase metformin and start an additional med.

9/6/24: Annual f/u, c/o L knee/ankle pain x6 months. Occasionally hears popping noise when ambulating. Pain comes and goes and is achy in nature. Due for routine labs, reports inability to work d/t chronic pain while standing for extended periods, HX of PAD and has been followed by cardio. A/P: XR of L knee-Normal, notified in clinic. Referred to PT. F/U 3 months.

5/6/24: F/U for med refill. Wants to discuss changing anxiety meds, HX of chronic back pain so started on Cymbalta w/no relief of anxiety. HX of CAD in which had a stent, chronic every day smoker and wants to quit. Cardio called to discuss med options to treat anxiety as well as quit smoking. Decided to try Wellbutrin and nicotine gum. A/P: Start Bupropion HCl ER for GAD, stop Paxil, increase Cymbalta. F/U 4 weeks.
Specific Medical Question:
1.Based upon the updated medical records, is there any change to the restrictions/limitations that were previously supported via peer 2/16/24?
a.If the records support different R&L's, what is the claimants maximum functional capabilities and what can he perform in an 8 hour day?
2.Does the treatment and frequency seem appropriate for a DX of essential hypertension and chest pain? If not, what is typically seen for treatment and recovery period?
3.Would we expect a fundamental improvement in the claimants condition? If yes, when? - BXGRAHA - Nov 08, 2024 12:49:38 pm
Transfer to LKKCA3 per ANKMA4 - ANKMA4 - Nov 11, 2024 08:04:07 am
Date:November 12, 2024

Subject:Nursing Memorandum

Claim#: 1220042325
Claimant: Adam Bobb
Clinical Assessment:
Direct peer request

Lori C., RN
Nurse Disability Consultant, Lincoln Financial Group - LKKCA3 - Nov 12, 2024 05:42:59 pm
Referral Date: 11/12/2024

Claims Specialist Name: Brianna Kane
Phone Number: 800-423-2765 x7160
Email Address: Brianna.kane@lfg.com

Submitters Name: Lori Carbonell
Phone Number: 402-361-2931
Email Address: Lori.Carbonell@lfg.com

Referral Type: Standard
Claimant Name (First/Last): Adam Bobb
Claim Number: 1220024325
"Include any additional claim #'s involved: 1210071975; 1220054596
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim

Claimant Time Zone: central
Claimant State of Residence: AR
Customer/Group Name: Trinity Village Inc.
Job Title: municipal maintenance w orker
Product Type: LTD

Diagnosis: hypertension, chest pain, right hip osteoarthritis, labral tear and pain, chronic pain (neck and back, cervical and lumbar degenerative disc disease
Date of Disability: 6/18/2021
Last Day Worked: 6/17/2021
Benefit Begin Date: 12/15/2021
Specialty Requested: physical medicine and rehabilitation

Name and Specialty of prior external vendor review ers/ examiners: ECN 12/8/2022 Eric Finkelstein M.D. (physical medicine and rehabilitation); 3/11/24, 4/5/24 Panel review w ith Farhad Amani D.O. (psychiatry) (no R&Ls) and Annie Layno-Moses M.D. (physical medicine and rehabilitation/pain management)

Treating Provider Name: Matthew Wood APRN (cardiovascular)
Provider Phone Number: 870-534-2900
Provider Fax Number: unknow n

Treating Provider Name: Anthony Rodriguez APRN (family medicine)
Provider Phone Number: 870-538-5414
Provider Fax Number: 870-226-7925

Attorney Involvement: Yes
Attorney Contact Information (If applicable): Marcus Vaden phone: 501-329-8723; fax: 501-205-1278

Core Questions:
1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 7/15/2024 through the present time and beyond, and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g., w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Treating Provider Name: Matthew Wood APRN (cardiovascular)
Provider Phone Number: 870-534-2900
Provider Fax Number: unknow n

Treating Provider Name: Anthony Rodriguez APRN (family medicine)
Provider Phone Number: 870-538-5414
Provider Fax Number: 870-226-7925

Other Questions:
8. Please describe the employee's maximal functional abilities w hich can safely and consistently be performed over time. Please describe them in detail to include type of activity, force capacity and duration.
a.Please include your opinion regarding the employee's ability to w ork in regard to hours/day and days/w eek.

## Chronological Activity List

b.Please use standardized terms for activity duration such as Occasional (up to 1/3 of time); Frequent (1/3-2/3 of time); and Constant (2/3 of time or more). If other terms are used, please provide specific definitions for each one.
c.Avoid reference to occupational levels from the Dictionary of Occupational Titles (Sedentary, Light, Medium, Heavy and Very Heavy).
d.In particular, please note the ability to lift/carry/push/pull, sit, stand, w alk, climb, bend, kneel, craw l, drive, finger, handle, grasp, feel, operate foot controls and reach above shoulder, at desk level and below w aist.

9. If functional impairment is present, is further improvement likely or is impairment considered permanent? If improvement is likely, w hen w ould it be expected?

10. Does the treatment and frequency seem appropriate for a diagnoses of essential hypertension and chest pain? If not, w hat is typically seen for treatment and recovery period? - LKKCA3 - Nov 12, 2024 05:42:59 pm
Case submitted to CRT #241085 for a peer review w ith an PMR Physician. - KAONE5 - Nov 13, 2024 09:00:48 am
CRT / ICP is unable to process - asked that w e Vend this out on 11-13 - File w as submitted to ECN #280567 for a peer review w ith PMR physician - KAONE5 - Nov 13, 2024 03:51:54 pm
Final report Received back from ECN- sent to Disability Claims to be uploaded into AWD. - KAONE5 - Nov 25, 2024 09:23:56 am

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2024 9:27:32 AM | Documents/Mail<br>2024-11-08-08.13.31.219440O01 | 155 | Incoming Correspondence | Received | BXGRAHA |
| 11/11/2024 9:53:08 AM | Documents/Mail<br>2024-11-08-08.30.03.171460O01 | 156 | Fax | Received | BXGRAHA |
| 11/11/2024 9:53:09 AM | Documents/Mail<br>2024-11-08-08.30.03.185460O01 | 157 | Incoming Correspondence | Received | BXGRAHA |
| 11/11/2024 9:53:10 AM | Documents/Mail<br>2024-11-08-08.30.03.199460O01 | 158 | Medical Records | Received | BXGRAHA |
| 11/12/2024 | Documents/Mail<br>2024-11-06-16.52.16.932440O01 | 152 | Medical Records | Completed | BXGRAHA |

Received misc meds from Arkansas Spine and Pain
4/11/24: Prescribed oxycodone-acetaminophen 1 tab every 8 hours for pain PRN 30 days.
5/15/24: Reports onset of pain gradually over time, pain is constant, dull, radiates to LE/UE. Pain made w orse by movement, gets better by taking medications. A/P: Lumbar MRI show ing disc dessication and DD at L4-5, has suspected R hip labral tear, has tried PT for pain. Refilled meds, f/u 2 months.

9/12/24: F/U, pain meds doing w ell, DX w /diabetes. A/P: Continue w /current meds, RTC 2 months.

7/16/24: F/U, c/o low back pain and increase in gabapentin has helped. Denied any new med SE. A/P: Continue current meds, RTC 2 months.

5/16/24: F/U, c/o R buttocks pain and L knee pain, neck pain is unchanged and is stretching more. Pain med is effective, asking to increase gabapentin. A/P: Continue Oxy 7.5/325 TID, increase gabapentin to 600mg TID for better pain control. RTC 2 months. - BXGRAHA - Nov 12, 2024 07:32:44 am

| | | | | | |
|---|---|---|---|---|---|
| 11/12/2024 | Documents/Mail<br>2024-11-06-16.52.16.917440O01 | 151 | Medical Records | Completed | BXGRAHA |
| 11/12/2024 | Documents/Mail<br>2024-11-06-16.52.16.943440O01 | 153 | Medical Records | Completed | BXGRAHA |

5/6/24: C/O chest discomfort, heartburn, and anxiety, Pt talked w /psych and they did not w ant to change meds until talked to cardio. Pt states been experiencing a lot of anxiety and panic attacks. DX w /PTSD, MDD, severe anxiety and w as w ondering is not associated w /chest pain. A/P: Start Protonix, refer to GI for EGD, schedule US of gallbladder at CARTI, f/u w /PCP for GAD treatment. Stop smoking.

5/30/24: US gallbladder. Impression diffuse hepatic steatosis, no evidence of any acute abnormality w ithin the upper abd.

7/1/24: 2 month f/u, stopped duloxetine and changed to Wellbutrin. Still has not had sleep study, SP reports episodes of loud snoring. A/P: continue meds as current, schedule sleep study, resent referral for EGD eval. RTC 3 months. - BXGRAHA - Nov 12, 2024 07:34:10 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/12/2024 | Documents/Mail | 154 | Medical Records | Completed | BXGRAHA |

2024-11-06-16.52.16.951440O01

Anthony Rodriguez APRN
9/9/24: Seen for elevated glucose w/no prior DX of DM. Pt reports cannot stay on feet very long w/o being in pain, enables him to have job. A/P: DM II, start Metformin and keep fasting glucose log, return w/log in 2 weeks. Likely increase metformin and start an additional med.

9/6/24: Annual f/u, c/o L knee/ankle pain x6 months. Occasionally hears popping noise when ambulating. Pain comes and goes and is achy in nature. Due for routine labs, reports inability to work d/t chronic pain while standing for extended periods, HX of PAD and has been followed by cardio. A/P: XR of L knee-Normal, notified in clinic. Referred to PT. F/U 3 months.

5/6/24: F/U for med refill. Wants to discuss changing anxiety meds, HX of chronic back pain so started on Cymbalta w/no relief of anxiety. HX of CAD in which had a stent, chronic every day smoker and wants to quit. Cardio called to discuss med options to treat anxiety as well as quit smoking. Decided to try Wellbutrin and nicotine gum. A/P: Start Bupropion HCl ER for GAD, stop Paxil, increase Cymbalta. F/U 4 weeks. - BXGRAHA - Nov 12, 2024 07:34:54 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/13/2024 | Documents/Mail | 158 | Medical Records | Completed | BXGRAHA |
| | 2024-11-08-08.30.03.199460O01 | | | | |
| 11/13/2024 | Documents/Mail | 155 | Incoming Correspondence | Completed | BXGRAHA |
| | 2024-11-08-08.13.31.219440O01 | | | | |
| 11/13/2024 | Documents/Mail | 156 | Fax | Completed | BXGRAHA |
| | 2024-11-08-08.30.03.171460O01 | | | | |
| 11/13/2024 | Documents/Mail | 157 | Incoming Correspondence | Completed | BXGRAHA |
| | 2024-11-08-08.30.03.185460O01 | | | | |
| 11/27/2024 | Referrals | 13 | Change of Definition | Completed | BXGRAHA |

Clinical Consultation - Review Referral Template
Demographics
Claimant Name:
Claim Number:
Occupation/level:
Diagnosis:
DOD:
DLW:

SUMMARY:
Claimant is a 39 year old male, Maintenance Worker (JD on file /climbing ladders ducking and crawling lots of physical labor and walking); DLW: 6/17/2021; DOD: 6/18/2021; Diagnosis with essential hypertension and chest pain, unspecified. Claim overturned on appeal on 05/13/2024. Note other physical DX's reviewed and would not support ongoing for AO. BH also reviewed and does not support.

ASSESSMENT:
02/16/2024 -HCC recommends PEER psych and PMR-- panel review was completed
03/08/2024 Farhad Amani BCD Psychiatry & Annie Layno-Moses BCD Physical med rehab and pain med

"Psychiatry co-reviewer Dr. Amani acknowledges the claimant's anxiety and stress; however, in terms of psychiatric diagnoses, there is no established diagnosis that would be functionally limiting. The claimant's condition is under adequate control and no escalations of care are noted.

From my scope of practice, the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's chronic pain symptoms involving his neck, low back, right hip, and left

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

hand/w rist along w ith reduced range of motion and diminished sensation, the claimant is physically impaired. Therefore, the claimant requires restrictions and limitations.

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Never
Reaching: Occasionally, overhead and below w aist levels BUE; Unrestricted, to desk level BUE
Using low er extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No w orking at unprotected heights
No operating heavy machinery
The above recommended restrictions and limitations are indicated from 12/15/2023 forw ard, w ith re-assessment on or around 7/15/2024.
The claimant's abilities are sustainable on a full-time basis."

05/10/2024 HCC review of the Cardiology records and atty RTR response

"Given the additional medical records related to cardiac status w ith an abnormal Nuclear Stress study on January 20, 2024, recommendation for additional cardiac diagnostic studies per February 6, 2024 visit w ith Dr. Mahmood, placement of cardiac stent on March 5, 2024, and reported ongoing chest pain and shortness of breath per follow up w ith Dr. Mahmood on April 9, 2024; the available medical record are supportive of an ongoing physical impairment related to cardiac status and treatment from December 15, 2023 through August 1, 2024. During this time period, the employee w ould be unable to perform at an activity level above that of daily living due to ongoing chest pain and shortness of breath w ith a history of heart disease. The August 1, 2024 date allow s for additional recovery until next scheduled follow up w ith Mr. Mahmood, w hich should occur in July 2024 w ith additional testing planned. If the employee has not returned to w ork as of August 1, 2024, recommend obtaining updated medical records from Cardiology, orthopedic, and behavioral health for ongoing assessment of status."

PATH:
Approving benefits to current. Will f/u w ith the attny to get update on NOV w /cardiology (anticipted in July), once records are received file w ill be sent for cardiology peer. LTP: RTW-AO once cardiac care is established. - BXGRAHA - May 20, 2024 01:19:24 pm

UPDATED MEDICAL:
Received misc meds from Arkansas Spine and Pain
4/11/24: Prescribed oxycodone-acetaminophen 1 tab every 8 hours for pain PRN 30 days.
5/15/24: Reports onset of pain gradually over time, pain is constant, dull, radiates to LE/UE. Pain made w orse by movement, gets better by taking medications. A/P: Lumbar MRI show ing disc dessication and DD at L4-5, has suspected R hip labral tear, has tried PT for pain. Refilled meds, f/u 2 months.

9/12/24: F/U, pain meds doing w ell, DX w /diabetes. A/P: Continue w /current meds, RTC 2 months.

7/16/24: F/U, c/o low back pain and increase in gabapentin has helped. Denied any new med SE. A/P: Continue current meds, RTC 2 months.

5/16/24: F/U, c/o R buttocks pain and L knee pain, neck pain is unchanged and is stretching more. Pain med is effective, asking to increase gabapentin. A/P: Continue Oxy 7.5/325 TID, increase gabapentin to 600mg TID for

better pain control. RTC 2 months.

SARC Cardiovascular and Vein Center
5/6/24: C/O chest discomfort, heartburn, and anxiety, Pt talked w/psych and they did not want to change meds until talked to cardio. Pt states been experiencing a lot of anxiety and panic attacks. DX w/PTSD, MDD, severe anxiety and was wondering is not associated w/chest pain. A/P: Start Protonix, refer to GI for EGD, schedule US of gallbladder at CARTI, f/u w/PCP for GAD treatment. Stop smoking.

5/30/24: US gallbladder. Impression diffuse hepatic steatosis, no evidence of any acute abnormality within the upper abd.

7/1/24: 2 month f/u, stopped duloxetine and changed to Wellbutrin. Still has not had sleep study, SP reports episodes of loud snoring. A/P: continue meds as current, schedule sleep study, resent referral for EGD eval. RTC 3 months.

Anthony Rodriguez APRN
9/9/24: Seen for elevated glucose w/no prior DX of DM. Pt reports cannot stay on feet very long w/o being in pain, enables him to have job. A/P: DM II, start Metformin and keep fasting glucose log, return w/log in 2 weeks. Likely increase metformin and start an additional med.

9/6/24: Annual f/u, c/o L knee/ankle pain x6 months. Occasionally hears popping noise when ambulating. Pain comes and goes and is achy in nature. Due for routine labs, reports inability to work d/t chronic pain while standing for extended periods, HX of PAD and has been followed by cardio. A/P: XR of L knee-Normal, notified in clinic. Referred to PT. F/U 3 months.

5/6/24: F/U for med refill. Wants to discuss changing anxiety meds, HX of chronic back pain so started on Cymbalta w/no relief of anxiety. HX of CAD in which had a stent, chronic every day smoker and wants to quit. Cardio called to discuss med options to treat anxiety as well as quit smoking. Decided to try Wellbutrin and nicotine gum. A/P: Start Bupropion HCl ER for GAD, stop Paxil, increase Cymbalta. F/U 4 weeks.
Specific Medical Question:
1.Based upon the updated medical records, is there any change to the restrictions/limitations that were previously supported via peer 2/16/24?
a.If the records support different R&L's, what is the claimants maximum functional capabilities and what can he perform in an 8 hour day?
2.Does the treatment and frequency seem appropriate for a DX of essential hypertension and chest pain? If not, what is typically seen for treatment and recovery period?
3.Would we expect a fundamental improvement in the claimants condition? If yes, when? - BXGRAHA - Nov 08, 2024 12:49:38 pm
Transfer to LKKCA3 per ANKMA4 - ANKMA4 - Nov 11, 2024 08:04:07 am
Final report Received back from ECN- sent to Disability Claims to be uploaded into AWD. - KAONE5 - Nov 25, 2024 09:23:56 am
Date:November 12, 2024

Subject:Nursing Memorandum

Claim#: 1220042325
Claimant: Adam Bobb
Clinical Assessment:
Direct peer request

Lori C., RN
Nurse Disability Consultant, Lincoln Financial Group - LKKCA3 - Nov 12, 2024 05:42:59 pm
Referral Date: 11/12/2024

Claims Specialist Name: Brianna Kane
Phone Number: 800-423-2765 x7160
Email Address: Brianna.kane@lfg.com

Submitters Name: Lori Carbonell
Phone Number: 402-361-2931
Email Address: Lori.Carbonell@lfg.com

Referral Type: Standard
Claimant Name (First/Last): Adam Bobb
Claim Number: 1220024325
"Include any additional claim #'s involved: 1210071975; 1220054596
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: central
Claimant State of Residence: AR
Customer/Group Name: Trinity Village Inc.
Job Title: municipal maintenance w orker
Product Type: LTD

Diagnosis: hypertension, chest pain, right hip osteoarthritis, labral tear and pain, chronic pain (neck and back, cervical and lumbar degenerative disc disease
Date of Disability: 6/18/2021
Last Day Worked: 6/17/2021
Benefit Begin Date: 12/15/2021
Specialty Requested: physical medicine and rehabilitation

Name and Specialty of prior external vendor review ers/ examiners: ECN 12/8/2022 Eric Finkelstein M.D. (physical medicine and rehabilitation); 3/11/24, 4/5/24 Panel review w ith Farhad Amani D.O. (psychiatry) (no R&Ls) and Annie Layno-Moses M.D. (physical medicine and rehabilitation/pain management)

Treating Provider Name: Matthew Wood APRN (cardiovascular)
Provider Phone Number: 870-534-2900
Provider Fax Number: unknow n

Treating Provider Name: Anthony Rodriguez APRN (family medicine)
Provider Phone Number: 870-538-5414
Provider Fax Number: 870-226-7925

Attorney Involvement: Yes
Attorney Contact Information (If applicable): Marcus Vaden phone: 501-329-8723; fax: 501-205-1278

Core Questions:
1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 7/15/2024 through the present time and beyond, and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g., w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Treating Provider Name: Matthew Wood APRN (cardiovascular)
Provider Phone Number: 870-534-2900
Provider Fax Number: unknow n

Treating Provider Name: Anthony Rodriguez APRN (family medicine)
Provider Phone Number: 870-538-5414

**Chronological Activity List**

Provider Fax Number: 870-226-7925

Other Questions:
8. Please describe the employee's maximal functional abilities w hich can safely and consistently be performed over time. Please describe them in detail to include type of activity, force capacity and duration.
a.Please include your opinion regarding the employee's ability to w ork in regard to hours/day and days/w eek.
b.Please use standardized terms for activity duration such as Occasional (up to 1/3 of time); Frequent (1/3-2/3 of time); and Constant (2/3 of time or more). If other terms are used, please provide specific definitions for each one.
c.Avoid reference to occupational levels from the Dictionary of Occupational Titles (Sedentary, Light, Medium, Heavy and Very Heavy).
d.In particular, please note the ability to lift/carry/push/pull, sit, stand, w alk, climb, bend, kneel, craw l, drive, finger, handle, grasp, feel, operate foot controls and reach above shoulder, at desk level and below w aist.

9. If functional impairment is present, is further improvement likely or is impairment considered permanent? If improvement is likely, w hen w ould it be expected?

10. Does the treatment and frequency seem appropriate for a diagnoses of essential hypertension and chest pain? If not, w hat is typically seen for treatment and recovery period? - LKKCA3 - Nov 12, 2024 05:42:59 pm
Case submitted to CRT #241085 for a peer review w ith an PMR Physician. - KAONE5 - Nov 13, 2024 09:00:48 am
CRT / ICP is unable to process - asked that w e Vend this out on 11-13 - File w as submitted to ECN #280567 for a peer review w ith PMR physician - KAONE5 - Nov 13, 2024 03:51:54 pm

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2024 7:48:03 AM | Documents/Mail | 159 | Email | Received | BXGRAHA |

2024-11-25-11.15.39.465200O01

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2024 7:48:04 AM | Documents/Mail | 160 | Medical Records | Received | BXGRAHA |

2024-11-25-11.15.39.480200O01

Sitting: Constantly w ith the ability to reposition as needed to relieve pressure/pain.
Standing: Frequently
Walking: Frequently
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Bending: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Never
Reaching: Occasionally, overhead and below w aist levels BUE; Unrestricted, to desk level BUE
Using low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Frequently LUE; Unrestricted RUE
Simple and firm grasping: Frequently LUE; Unrestricted RUE
Feeling: Frequently LUE; Unrestricted RUE
No climbing ladders
No w orking at unprotected heights
No operating heavy machinery
Driving: Constantly
The above recommended restrictions and limitations are indicated from 7/15/2024 through the present time and beyond, w ith re-assessment on or around 4/15/2025.
The claimant's abilities are sustainable on a full-time basis. - BXGRAHA - Nov 27, 2024 08:42:14 am

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2024 8:56:44 AM | Referrals | 14 | Change of Definition | Initial | BXGRAHA |

Peer request Template

Referral Date: 11/27/24
Claims Specialist Name: (First/Last) Brianna Kane
Phone Number: 402-361-7160
Email Address: Brianna.kane@lfg.com

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Submitter's Name (First/Last): Brianna Kane
Phone Number: 402-361-7160
Email Address: Brianna.kane@lfg.com

Is this referral COVID related? (Yes or No) NO

Referral Type: (Appeal, Standard File Review , or IME) Standard File Review
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request - Spanish or French, War Exclusion)
Claimant Name (First/Last): Adam Bobb
Claim Number: 1220024325
"Include any additional claim #'s involved:
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Trinity Village, Inc
Job Title: Maintenance Worker
Product Type: (1ST or 2nd Appeal/ STD/LTD/Life Waiver) LTD

Diagnosis: (ICD 10 code not required, only a brief description) essential hypertension/chest pain
Date of Disability: 6/18/21
Last Day Worked: 6/17/21
Benefit Begin Date: 12/15/21
Specialty Requested: Cardiology

Name and Specialty of prior external vendor review ers/ examiners: Psych and PMR panel and PMR peer 11/22/24

Attorney Involvement: Yes or No: Yes
Attorney Contact Information (If applicable): Marcus Vaden Law (501)329-8723

?
Core Questions: (delete any questions that you do not need)

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from _08/01/2024_____to__present_____ , and comment on the expected duration.

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
"Name: Matthew Wood APRN Phone Number: 501-399-4212 Fax Number: 501-504-7849 - BXGRAHA - Nov 27, 2024 08:57:01 am
Case submitted to CRT case #242824 for a peer review w ith an Cardiology physician. - STEGU1 - Dec 02, 2024 01:15:23 pm
CRT / ICP is unable to process - asked that w e Vend this out - File w as submitted to ECN #282216 for peer review w ith Cardiology physician - STEGU1 - Dec 02, 2024 02:02:06 pm
Final report received back from ECN - sent to Disability Claims to be uploaded into AWD - STEGU1 - Dec 16, 2024 02:41:52 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/3/2024 | Documents/Mail | 159 | Email | Completed | BXGRAHA |
| | 2024-11-25-11.15.39.465200O01 | | | | |
| 12/3/2024 | Documents/Mail | 160 | Medical Records | Completed | BXGRAHA |
| | 2024-11-25-11.15.39.480200O01 | | | | |

Sitting: Constantly w ith the ability to reposition as needed to relieve pressure/pain.
Standing: Frequently
Walking: Frequently
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Bending: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Never
Reaching: Occasionally, overhead and below w aist levels BUE; Unrestricted, to desk level BUE
Using low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Frequently LUE; Unrestricted RUE
Simple and firm grasping: Frequently LUE; Unrestricted RUE
Feeling: Frequently LUE; Unrestricted RUE
No climbing ladders
No w orking at unprotected heights
No operating heavy machinery
Driving: Constantly
The above recommended restrictions and limitations are indicated from 7/15/2024 through the present time and beyond, w ith re-assessment on or around 4/15/2025.
The claimant's abilities are sustainable on a full-time basis. - BXGRAHA - Nov 27, 2024 08:42:14 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/10/2024 6:46:53 PM | Documents/Mail | 161 | Incoming Correspondence | Received | BXGRAHA |
| | 2024-12-09-15.34.45.807500O01 | | | | |
| 12/11/2024 | Documents/Mail | 161 | Incoming Correspondence | Completed | BXGRAHA |
| | 2024-12-09-15.34.45.807500O01 | | | | |
| 12/16/2024 3:01:26 PM | Referrals | 15 | TSA | Initial | BXGRAHA |

Claimant Name: Adam Bobb
Claim Number: 1220024325
Medical: Peer AWD 11/25/24
Job Description: General Maintenance AWD 11/4/21
TEE: AWD 4/17/23
Other Job Information:
Policy Requirements:
Gross Benefit Amount and Percentage: 1400 flat
- BXGRAHA - Dec 16, 2024 03:01:47 pm

VRC Response:
This is an addendum to a prior analysis. Updated restrictions and limitations w ere provided for review . The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level of the insured.

________________________________________

Jennifer B., MS, CRC
Vocational Rehabilitation Consultant
- JEXBE7 - Dec 18, 2024 05:13:28 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/18/2024 | Referrals | 14 | Change of Definition | Completed | BXGRAHA |
| | Peer request Template | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Referral Date: 11/27/24
Claims Specialist Name: (First/Last) Brianna Kane
Phone Number: 402-361-7160
Email Address: Brianna.kane@lfg.com

Submitter's Name (First/Last): Brianna Kane
Phone Number: 402-361-7160
Email Address: Brianna.kane@lfg.com

Is this referral COVID related? (Yes or No) NO

Referral Type: (Appeal, Standard File Review , or IME) Standard File Review
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request - Spanish or French, War Exclusion)
Claimant Name (First/Last): Adam Bobb
Claim Number: 1220024325
"Include any additional claim #'s involved:
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Trinity Village, Inc
Job Title: Maintenance Worker
Product Type: (1ST or 2nd Appeal/ STD/LTD/Life Waiver) LTD

Diagnosis: (ICD 10 code not required, only a brief description) essential hypertension/chest pain
Date of Disability: 6/18/21
Last Day Worked: 6/17/21
Benefit Begin Date: 12/15/21
Specialty Requested: Cardiology

Name and Specialty of prior external vendor review ers/ examiners: Psych and PMR panel and PMR peer 11/22/24

Attorney Involvement: Yes or No: Yes
Attorney Contact Information (If applicable): Marcus Vaden Law (501)329-8723

?
Core Questions: (delete any questions that you do not need)

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from _08/01/2024_____to__present_____ , and comment on the expected duration.

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
"Name: Matthew Wood APRN Phone Number: 501-399-4212 Fax Number: 501-504-7849 - BXGRAHA - Nov 27, 2024 08:57:01 am
Case submitted to CRT case #242824 for a peer review w ith an Cardiology physician. - STEGU1 - Dec 02, 2024 01:15:23 pm

## Chronological Activity List

| | | | | | |
|---|---|---|---|---|---|
| | Final report received back from ECN - sent to Disability Claims to be uploaded into AWD - STEGU1 - Dec 16, 2024 02:41:52 pm<br>CRT / ICP is unable to process - asked that w e Vend this out - File w as submitted to ECN #282216 for peer review w ith Cardiology physician - STEGU1 - Dec 02, 2024 02:02:06 pm | | | | |
| 12/18/2024 8:42:58 AM | Documents/Mail | 162 | Email | Received | BXGRAHA |
| | 2024-12-16-15.42.16.139600O01<br><br>No. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant does not have a supported level of impairment that translates into restrictions and limitations from 08/01/2024 to present. - BXGRAHA - Dec 20, 2024 08:53:06 am | | | | |
| 12/18/2024 8:42:59 AM | Documents/Mail | 163 | Medical Records | Received | BXGRAHA |
| | 2024-12-16-15.42.16.154600O01<br><br>Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant does not have a supported level of impairment that translates into restrictions and limitations from 08/01/2024 to present. - BXGRAHA - Dec 20, 2024 08:53:35 am | | | | |
| 12/20/2024 | Referrals | 15 | TSA | Completed | BXGRAHA |
| | Claimant Name: Adam Bobb<br>Claim Number: 1220024325<br>Medical: Peer AWD 11/25/24<br>Job Description: General Maintenance AWD 11/4/21<br>TEE: AWD 4/17/23<br>Other Job Information:<br>Policy Requirements:<br>Gross Benefit Amount and Percentage: 1400 flat<br>- BXGRAHA - Dec 16, 2024 03:01:47 pm<br><br>VRC Response:<br>This is an addendum to a prior analysis. Updated restrictions and limitations w ere provided for review . The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level of the insured.<br>_______________________________________<br>Jennifer B., MS, CRC<br>Vocational Rehabilitation Consultant<br>- JEXBE7 - Dec 18, 2024 05:13:28 pm | | | | |
| 12/20/2024 | Documents/Mail | 162 | Email | Completed | BXGRAHA |
| | 2024-12-16-15.42.16.139600O01<br><br>No. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant does not have a supported level of impairment that translates into restrictions and limitations from 08/01/2024 to present. - BXGRAHA - Dec 20, 2024 08:53:06 am | | | | |
| 12/20/2024 | Documents/Mail | 163 | Medical Records | Completed | BXGRAHA |
| | 2024-12-16-15.42.16.154600O01<br><br>Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant does not have a supported level of impairment that translates into restrictions and limitations from 08/01/2024 to present. - BXGRAHA - Dec 20, 2024 08:53:35 am | | | | |
| 12/20/2024 10:13:03 AM | Documents/Mail | 164 | Email | Received | BXGRAHA |
| | 2024-12-18-18.14.26.298600O01 | | | | |
| 12/20/2024 10:13:04 AM | Documents/Mail | 165 | Voc Rehab Forms | Received | BXGRAHA |
| | 2024-12-18-18.14.26.312600O01 | | | | |
| 12/23/2024 | Documents/Mail | 165 | Voc Rehab Forms | Completed | BXGRAHA |
| | 2024-12-18-18.14.26.312600O01 | | | | |
| 12/23/2024 7:59:48 AM | Referrals | 16 | Management Review | Initial | BXGRAHA |
| | Please review for TDAO denial, claim is beyond COD, OT on appeal, recently received all updated meds from attny. Sent file for PMR peer w hich gave R&Ls w hich w ould not preclude AO. Cardiology peer w as also requested and returned w ith no R&L's at this time. - Management Review - BXGRAHA - Dec 23, 2024 08:00:44 am | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Review ed claim file. Review ed referral note and letter draft. CS obtained timely and effective clmt updates. All relevant conditions addressed by the CS in the decision rationale. Clinical review (s) considered the relevant medical on file. Rvw conclusions are reasonable and consistent w ith claim and med info on file. Appropriate peer to peer contact attempts made. TSA on file.<br><br>The claim w as recently sent for 2 peer review s, one w ith a cardiology MD and the other w ith a PM&R MD. The cardiology peer advised the claimant has no R&Ls from a cardiac standpoint. The PM&R MD provided R&Ls in w hich the claimant is capable of FT w ork. A TSA identified multiple gainful occupations the claimant can perform w ithin the R&Ls from the peer review . I am in agreement w ith denial of ongoing liability on claim for not TDAO. - Management Review - RO5TR0 - Dec 23, 2024 08:57:42 am | | | | |
| 12/24/2024 | Documents/Mail | 164 | Email | Completed | BXGRAHA |
| | 2024-12-18-18.14.26.298600O01 | | | | |
| 12/24/2024 1:37:15 PM | Documents/Mail | 166 | Denial Any Occupation | Work In Progress | BXGRAHA |
| | Denial Any OccupationAttachments:Translation services | | | | |
| 12/26/2024 | Referrals | 16 | Management Review | Completed | BXGRAHA |
| | Please review for TDAO denial, claim is beyond COD, OT on appeal, recently received all updated meds from attny. Sent file for PMR peer w hich gave R&Ls w hich w ould not preclude AO. Cardiology peer w as also requested and returned w ith no R&L's at this time. - Management Review - BXGRAHA - Dec 23, 2024 08:00:44 am<br><br>Review ed claim file. Review ed referral note and letter draft. CS obtained timely and effective clmt updates. All relevant conditions addressed by the CS in the decision rationale. Clinical review (s) considered the relevant medical on file. Rvw conclusions are reasonable and consistent w ith claim and med info on file. Appropriate peer to peer contact attempts made. TSA on file.<br><br>The claim w as recently sent for 2 peer review s, one w ith a cardiology MD and the other w ith a PM&R MD. The cardiology peer advised the claimant has no R&Ls from a cardiac standpoint. The PM&R MD provided R&Ls in w hich the claimant is capable of FT w ork. A TSA identified multiple gainful occupations the claimant can perform w ithin the R&Ls from the peer review . I am in agreement w ith denial of ongoing liability on claim for not TDAO. - Management Review - RO5TR0 - Dec 23, 2024 08:57:42 am | | | | |
| 12/26/2024 | Documents/Mail | 167 | SS Closed claim w ith SS Pending | Completed | LLJONES |
| | SS Closed claim w ith SS Pending | | | | |
| 12/26/2024 | Documents/Mail | 166 | Denial Any Occupation | Completed | BXGRAHA |
| | Denial Any OccupationAttachments:Translation services | | | | |
| 12/26/2024 | Claim Tasks | 44 | Call Claimant | Completed | LATSP8 |
| 12/26/2024 | Claim Tasks | 37 | Call Claimant | Completed | BXGRAHA |
| | F/U w ith Attny on status of cardio appointment. - BXGRAHA - May 20, 2024 01:24:42 pm<br><br>Sent email to Attny - BXGRAHA - Aug 08, 2024 03:45:18 pm<br><br>Sent letter to attny, if no response, request all meds from 6/1/24 to present - BXGRAHA - Aug 22, 2024 02:23:03 pm<br><br>EE had OVN w /Southern Arkansas Cardio 7/1/24 and scheduled 10/1/24, had several appointments w /Arkansas Spine and Pain. F/U on records, if needed request auth to request records. - BXGRAHA - Aug 29, 2024 08:47:37 am<br><br>Sending request for meds/auth to attny, allow ing 30 days to supply prior to 2nd request letter. - BXGRAHA - Oct 08, 2024 03:15:50 pm<br><br>Received meds, sending for peer at this time - BXGRAHA - Nov 08, 2024 12:50:00 pm<br><br>Sending for cardiology peer - BXGRAHA - Nov 27, 2024 08:58:16 am<br><br>Sending for TSA - BXGRAHA - Dec 16, 2024 03:45:19 pm | | | | |
| 12/26/2024 | Claim Tasks | 33 | Review SS Offset Amount | Completed | LATSP8 |
| 12/26/2024 1:14:49 PM | Documents/Mail | 168 | Email | Received | BXGRAHA |
| | 2024-12-26-13.00.09.854620O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/26/2024 1:14:50 PM | Documents/Mail<br>2024-12-26-13.00.09.876620O01 | 169 | Incoming Correspondence | Received | BXGRAHA |
| 12/26/2024 8:41:46 PM | Payments | | CHECK 12/15/2024 - 12/26/2024 | CURRENT | BXGRAHA |
| 12/26/2024 8:41:47 PM | Status | | Not TD Any Occ | CLOSED | BRMCLSDIRY |
| 12/27/2024 1:23:57 PM | Documents/Mail<br>2024-12-27-14.12.17.693520O01 | 170 | Incoming Correspondence | Received | BXGRAHA |
| 12/27/2024 1:24:27 PM | Documents/Mail<br>2024-12-27-14.08.27.393520O01 | 171 | Incoming Correspondence | Received | BXGRAHA |
| 12/30/2024 | Referrals | 3 | Representation | Completed | LATSP8 |

- SS VENDOR GENEX - REFERRAL T-2 **...
Social Security Vendor GENEX has review ed this claim and indicated the claimant should be aw arded at the appeal Level. Follow -up set to make intro call to clmt w ithin 3 business days.
- DEDSW0 - Jun 16, 2022 11:27:30 am

Attny on file assisted in STD appeal- they proivided letter dated 4/12/22 w hich indicated SS process w as started. no indication if this attny assisted. I reached out to attny to verify and request POF - DEDSW0 - Jun 23, 2022 01:14:34 pm

Attny letter dated 6/24/22 w ith POF date- notified Genex to close their file. flup for status - DEDSW0 - Jun 29, 2022 08:24:33 am

status requested today - DEDSW0 - Nov 14, 2022 10:55:52 am

Letter from attny stating pending and reent med recs requestd by SS so not likley a decision until 2023 - DEDSW0 - Nov 17, 2022 08:01:16 am

Sent email to Atty MVADEN@MARCUSVADEN.COM for SSDI update - LATSP8 - Jan 17, 2023 09:39:16 am

sent another email to Atty f/u 15 days - LATSP8 - Feb 13, 2023 03:58:02 pm

lvm for update, w ill place ss est 2 w eeks if no update
vm left on Atty ph clm ph isn't w orking - LATSP8 - Mar 01, 2023 02:38:59 pm

Attempted to contact clmt ph disconnected, call Atty office bk & Maria is going to email update today. f/u 1 w eek - LATSP8 - Mar 20, 2023 11:11:14 am

Per Donna at Atty office as far as she know s thre hasn't been any updates or changes and mentiond that Maria w ho handles the case has been out for a w eek & out today but w ill return my email. f/u 60 days - LATSP8 - Mar 29, 2023 09:55:33 am

Recvd NOD disapproved claim f/u remains to see if Atty w ill start process over - LATSP8 - Apr 14, 2023 11:53:39 am

NOT TD ANY OCC - LATSP8 - May 18, 2023 05:24:15 pm

Incoming mail SSA hearing request 10/16/23 f/u for hearing update - LATSP8 - Nov 16, 2023 11:29:33 am

Status letter sent f/u 30 days - LATSP8 - Apr 17, 2024 06:57:28 am

Incoming mail from Atty, Still w aiting on Hearing date & Recon denial is the most recent update f/u 90 days for hearing status - LATSP8 - May 08, 2024 11:30:49 am

PLACED CALL TO ATTY 501-329-8723 LVM, STATUS LTR SENT F/U 30 DAYS - LATSP8 - Aug 08, 2024 02:28:37 pm

INCOMING CALL FROM ATTY OFFICE SPK W/ DONNA WHO STATED THAT HEARING WAS ON 5/21/24 & PENDING F/U 6MO - LATSP8 - Aug 09, 2024 08:44:38 am

INCOMING MAIL PROOF OF HEARING ALREADY NOTED - LATSP8 - Aug 26, 2024 12:16:26 pm

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | PLACED CALL TO ATTY OFFICE 501-329-8723 LVM FOR HEARING STATUS, STATUS LTR SENT F/U 30 DAYS - LATSP8 - Oct 09, 2024 08:46:46 am<br><br>INCOMING MAIL; ATTY LTR RECVD DATED 10/14/24 UNFAVORABLE DECISION FOR HEARING & OFFICE APPEALED F/U - LATSP8 - Oct 16, 2024 12:25:59 pm<br><br>latsp8 out on pto<br>mailed clmt closure ltr and closed ss referral. if claimant is approved for ssdi w ill reopen ss referral and process noa.<br><br>- LLJONES - Dec 26, 2024 10:58:19 am<br><br>LTD closed. SS app pending at hearing level. closed w ith ss pending letter sent by SS lorie on 12/26/24. SS referral closed. - KRTBL3 - Dec 30, 2024 02:27:29 pm | | | | |
| 12/30/2024 | Documents/Mail | 169 | Incoming Correspondence | Completed | BXGRAHA |
| | 2024-12-26-13.00.09.876620O01 | | | | |
| 12/30/2024 | Documents/Mail | 168 | Email | Completed | BXGRAHA |
| | 2024-12-26-13.00.09.854620O01 | | | | |
| 12/31/2024 | Documents/Mail | 171 | Incoming Correspondence | Completed | BXGRAHA |
| | 2024-12-27-14.08.27.393520O01 | | | | |
| 12/31/2024 | Documents/Mail | 170 | Incoming Correspondence | Completed | BXGRAHA |
| | 2024-12-27-14.12.17.693520O01 | | | | |
| 12/31/2024 10:59:39 AM | Claim Tasks | 45 | File scan request | Requested | BXGRAHA |
| | Please prepare a full file copy for the Attorney. Include claim number LTD 1220024325, 1220054596 LW and 1210071975 STD. As a reminder, the file copy should include all documents w ithin the administrative claim file including polcy and/or the certiciate that w as effective on the Date of Disability, all AWD or paper documents, activity lists, phone notes, etc. Also support staff can send the file copy letter out.<br><br>EMAIL ADDRESS: MVADEN@MARCUSVADEN.COM - BXGRAHA - Dec 31, 2024 11:00:42 am<br>Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as:<br><br>A BOBB 1220024325 1220054596 1210071975 1-2-25<br><br>Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.<br><br>** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.** - MIXRO8 - Jan 02, 2025 06:45:15 am<br><br>File copy is good to send - BXGRAHA - Jan 02, 2025 04:00:26 pm<br>Email of file copy has been sent securely to requestor and CE - MIXRO8 - Jan 03, 2025 06:32:07 am | | | | |
| 1/3/2025 | Claim Tasks | 45 | File scan request | Completed | BXGRAHA |
| | Please prepare a full file copy for the Attorney. Include claim number LTD 1220024325, 1220054596 LW and 1210071975 STD. As a reminder, the file copy should include all documents w ithin the administrative claim file including polcy and/or the certiciate that w as effective on the Date of Disability, all AWD or paper documents, activity lists, phone notes, etc. Also support staff can send the file copy letter out.<br><br>EMAIL ADDRESS: MVADEN@MARCUSVADEN.COM - BXGRAHA - Dec 31, 2024 11:00:42 am<br>Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as:<br><br>A BOBB 1220024325 1220054596 1210071975 1-2-25<br><br>Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.<br><br>** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.** - | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

MIXRO8 - Jan 02, 2025 06:45:15 am

File copy is good to send - BXGRAHA - Jan 02, 2025 04:00:26 pm
Email of file copy has been sent securely to requestor and CE - MIXRO8 - Jan 03, 2025 06:32:07 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/11/2025 | Telephone (OUT) | 18 | MARCUS VADEN LAW | Completed | BXGRAHA |

Called office, adv in order to review for extension of deadline to submit appeal, need to send in w riting. Office adv they faxed to the appeals fax and the general fax. Adv centralized intake likely has it and I should be able to see tomorrow, w ill get this review ed as soon as I see it. - BXGRAHA - Jun 11, 2025 04:09:24 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/13/2025 12:51:47 PM | Documents/Mail | 172 | Incoming Correspondence | Received | EXT |

2025-06-13-12.58.45.447060O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2025 | Summary/Assessment/Pa | 7h | ATTY APPEAL EXT REQUEST | Completed | CXGEARY |

Summary Notes
ATTY APPEAL EXT REQUEST
Recd letter from Marcus Vaden Law requesting a full file copy and a 60 day extension to file appeal. Since w e w ill have to w ait for file copy to be completed, review ed and sent, w ill grant the 60 day ext to 8/23/2025. Called atty office to advise and sent letter granting extension.
Requested file cpoy as w ell. - CXGEARY - Jun 16, 2025 03:02:51 pm
Assessment Notes

Path Notes
see summary - CXGEARY - Jun 16, 2025 03:02:51 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2025 | Documents/Mail | 173 | Free Form Letter | Completed | CXGEARY |

Free Form Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2025 | Documents/Mail | 172 | Incoming Correspondence | Completed | EXT |

2025-06-13-12.58.45.447060O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2025 | Telephone (OUT) | 19 | MARCUS VADEN LAW | Completed | CXGEARY |

Returned call to Marcus Vaden Law regarding their request for a 60 day extension as w ell as a file copy. Spoke w ith Donna, w as advised Megan is handling but she is unavailable. Advised I w ill request the file copy be completed and sent to legal@marcusvaden.com and w ill approve ext to file appeal to 8/23/25. Advised I w ill send extension approval in w riting as w ell. - CXGEARY - Jun 16, 2025 03:00:30 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2025 3:02:56 PM | Claim Tasks | 46 | File scan request | Requested | CXGEARY |

Please prepare full file copy of LTD claim 1220024325 and send to legal@marcusvaden.com - CXGEARY - Jun 16, 2025 03:04:10 pm

Copy has been prepared, it is in the CSS Folder/Claim_File_ Scans/Sam E's Admin Team Folder as:

A Bobb 1220024325

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.
** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- CHGLA1 - Jun 18, 2025 12:32:36 pm

I'm not seeing the scan in this folder. Please confirm. - CXGEARY - Jun 25, 2025 01:57:36 pm

I have redropped it into the folder. - CHGLA1 - Jun 26, 2025 05:18:18 am

Review ed file copy. Okay to proceed. - CXGEARY - Jun 27, 2025 12:10:33 pm
Email of file copy has been sent securely to requestor and CE - MIXRO8 - Jun 30, 2025 02:16:47 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/30/2025 | Claim Tasks | 46 | File scan request | Completed | CXGEARY |

Please prepare full file copy of LTD claim 1220024325 and send to legal@marcusvaden.com - CXGEARY - Jun 16, 2025 03:04:10 pm

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Copy has been prepared, it is in the CSS Folder/Claim_File_ Scans/Sam E's Admin Team Folder as:<br><br>A Bobb 1220024325<br><br>Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.<br>** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**<br>- CHGLA1 - Jun 18, 2025 12:32:36 pm<br><br>I'm not seeing the scan in this folder. Please confirm. - CXGEARY - Jun 25, 2025 01:57:36 pm<br><br>I have redropped it into the folder. - CHGLA1 - Jun 26, 2025 05:18:18 am<br><br>Review ed file copy. Okay to proceed. - CXGEARY - Jun 27, 2025 12:10:33 pm<br>Email of file copy has been sent securely to requestor and CE - MIXRO8 - Jun 30, 2025 02:16:47 pm | | | | |
| 8/26/2025 | Documents/Mail | 178 | Social Security Forms | Completed | LAKURTZ |
| | 2025-08-25-16.16.03.160000O01 | | | | |
| 8/26/2025 | Documents/Mail | 176 | Incoming Correspondence | Completed | LAKURTZ |
| | 2025-08-25-16.16.03.119000O01 | | | | |
| 8/26/2025 | Documents/Mail | 174 | Envelope | Completed | BXGRAHA |
| | 2025-08-25-16.16.03.075000O01 | | | | |
| 8/26/2025 | Documents/Mail | 179 | Appeal Notice | Completed | LAKURTZ |
| | 2025-08-26-07.59.45.158060O01 | | | | |
| 8/26/2025 | Documents/Mail | 177 | Medical Records | Completed | LAKURTZ |
| | 2025-08-25-16.16.03.139000O01 | | | | |
| 8/26/2025 | Documents/Mail | 175 | Appeal Notice | Completed | LAKURTZ |
| | 2025-08-25-16.16.03.096000O01 | | | | |
| 8/26/2025 8:24:54 AM | Status | | | REOPENED | RENSI2 |
| 8/26/2025 8:25:02 AM | Appeal | 2 | Level 1 | New | LAKURTZ |
| 8/26/2025 8:28:58 AM | Appeal | 3 | Level 1 | New | LAKURTZ |
| | second appeal open in error. - LAKURTZ - Aug 27, 2025 01:25:36 pm | | | | |
| 8/27/2025 | Appeal | 3 | Level 1 | Closed | LAKURTZ |
| | second appeal open in error. - LAKURTZ - Aug 27, 2025 01:25:36 pm | | | | |
| 9/2/2025 | Documents/Mail | 180 | Appeal Dis Atty Ackappeal | Completed | LAKURTZ |
| | Appeal Dis Atty Ackappeal | | | | |
| 9/2/2025 4:24:49 PM | Claim Tasks | 47 | Appeal - 45 Day Reminder | Requested | LAKURTZ |
| | 45th day ERISA 10/09/2025 - LAKURTZ - Sep 02, 2025 04:25:15 pm | | | | |
| 9/2/2025 4:25:19 PM | Claim Tasks | 48 | Appeal 90 Day Extension | Requested | LAKURTZ |
| | 90th day ERISA 11/23/2025 - LAKURTZ - Sep 02, 2025 04:25:43 pm<br>REVISED 90th day = 12/14/2025 - LAKURTZ - Sep 25, 2025 08:54:07 am | | | | |
| 9/2/2025 4:25:48 PM | Summary/Assessment/Pa | 8h | First Level AO Appeal Review - LAKURTZ - Sep 02, 2025 | Requested | LAKURTZ |
| | Summary Notes<br>First Level AO Appeal Review - LAKURTZ - Sep 02, 2025 04:27:11 pm<br>Assessment Notes<br><br>Path Notes<br><br>Attorney Information:yes Marcus Vaden Law<br>501-329-8723 (fax 501-205-1278)<br><br>Appeal level:First<br>Date Appeal Received:08/25/2025<br>45th day due on 30th day - yes / no | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

45th Day:10/09/2025
90th Day:11/23/2025

Claimant Name: Adam Bobb
Claim Number: LTD 1220024325
Policy Number:00001020137500000
Group ID & Group Name:TRINITYVIL / Trinity Village, Inc
Group Status:Active

Claim Demographics
Current Age: 42(
Situs Sate:ARState Language applicable: N
State of Residence: ARState Language applicable: N
Time Zone:Central
Effective Date:01/01/2017
Estimated Net benefit: (Monthly):$1400
SS Aw ard information:undetermined
Life Insurance:
Date of Disability: DLW 06/17/2021 DOD 06/18/2021
EP: 180
Benefit Commencement Date: 12/15/2021
Benefit Paid/Approved To Date:12/26/2024
Change in Definition (COD) Date: 24 month COD
Max Duration Date: 12/15/2026 / 5 years
Job Description / Location in AWD: Maintenance
OA / Location in AWD:
Physical Demand Level of Occ:heavy
Prior TSA:yes

372.667-030 Gate Guard $3,088.80/Month Light
379.367-010 Surveillance-System Monitor $3,267.33/Month Sedentary
706.687-010 Assembler, Production $3,120.00/Month Light

Primary Diagnosis: Essential hypertension
Co-Morbid Diagnoses: chest pain
ERISA or NON-ERISA (verified)ERISA

Riders:PIB / Family Care
STD claim status:STD 1210071975 - closed
LW claim status:LW 1220054596 - closed

GainfulN
Pre-ExN 6/12
TEE04/17/2023
Auth03/08/2021

Contractual limits= 12/26/2027
Legal action3 years
Proof of claimEP

Claim Synopsis
Ceased w orking due to chronic pain and OA of the right hip

Overturn on appeal 05/13/2024

Initial Claim Decision:12/24/2024BXGRAHA
Reason/Date of denial: Not TDAO
Type of Medical Review, Name, & Specialty: Dr. Andre Akhondi, Board-Certified in Cardiovascular Disease

The letter noted in part the follow ing:

Based upon the medical records received, Mr. Bobb's file w as sent for an External Peer Evaluation completed by Dr. Solomon Rojhani on 11/22/2024. Dr. Rojhani opined that Mr.
Bobb has been experiencing chronic neck and low back pain secondary to cervical and lumbar disc degeneration. He w as also experiencing chronic right hip pain secondary to right hip labral tear and right hip osteoarthritis. Due to this he w ould have the follow ing restrictions and limitations; he could constantly sit w ith the ability to reposition as needed to relieve pressure and pain. He could frequently stand, w alk, and use his left upper extremity for fine manipulation as w ell as simple/firm grasping. He could occasionally lift, carry, push, and pull up to 20 pounds; he could occasionally climb stairs, bend, balance, stoop, kneel, crouch, reach overhead and below w aist levels. He had no restrictions in his ability to reach to desk level, use his low er extremities for foot controls, use his right upper extremity to fine manipulate, simple/firm grasp. He could not climb ladders, w ork at unprotected heights, or operate heavy machinery.

Mr. Bobb's file w as also sent for an External Peer Evaluation completed by Dr. Andre Akhondi on 12/13/2024. Dr. Akhondi opined Mr. Bobb's diagnostic and clinical findings w ere all normal w ith normal blood pressure and no symptoms of angina. There w as no objective medical documentation provided to support a cardiac impairment w arranting functional impairment w ith restrictions and limitations.

Current Providers - last 18 to 24 months
Kerry Pennington MD Family Health 870-226-6754 (fax 870-226-7925)

Recent Surgeries:

Appeal being discussed
Attorney Rationale: The plan has engaged in an irrational, cursory, and unscientific review that breaches its fiduciary and contractual duties under ERISA // The plan sponsor is the er and plan administrator is Lincoln
If benefits are not restored the attorney w ill sue The Plan, seeking benefits, interest, and attorney fees.
Lincoln's vocational "rehabilitation consultant" did not even pretend to use the full range of data available to her and an employee of Lincoln.
Adam is not "reasonably qualified" for the positions indicated as his entire w ork history is physically demanding jobs.
Adam is not hirable for full-time competitive employment given his current limitations.
Pain meds required dosing every 8 hours
Functional limitations require frequent position change
Pain levels fluctuate unpredictably
Use of a cane creates additional functional limitations
Chronic pain affects concentration and task persistence
Any alteration to Lincoln's previous benefit approval under same "any occupation" standard requires significant change.
Neither the peer nor Lincoln's denial letter states w hat evidence w ould be needed to substantiate Adam's inability to w ork
Lincoln lied about not receiving SS information / SS remains pending

Information Submitted w ith appeal and not previously review ed:
188 pages from 10/13/2021 - 10/14/2024 including letters, appeal letters, medical records, SS information

PATH:
Sending ack appeal to atty
No letter to ER since the DOD is more than 2 years ago
Setting up appeal review

NOTES:

Previous Review s:
12/16/2024ECNDr. Andre Akhondi, Cardiology
11/25/2024ECNDr. Solomon Rojhani PM&R
05/10/2024NDCPRETY2
04/05/2024ECNaddendum
03/11/2024ECNPANEL PSYCH & PMR / Farhad Amani DO, Psychiatry & Annie Layno-Moses, MD PM&R w ith Pain Medicine
02/16/2024NDCPRETY2
12/08/2023NDCPRETY2
12/07/2022 Dr. Eric Finkelstein

04/04/2022NDCCFMIZE
- LAKURTZ - Sep 02, 2025 04:27:11 pm

Peer 09/17/2025
Emperion 224569-7
Kanishka Wijegunarante, MD / Internal Medicine

Diagnosis(es):
I10Essential hypertension
E78.2Mixed hyperlipidemia
M54.2Cervical Pain
Low back pain
Atherosclerotic heart disease
Chest pain
Sleep apnea
Type 2 DM
Knee pain

Overall, the claimant has a history of essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical pain, low back pain, atherosclerotic heart disease, sleep apnea, and type 2 diabetes Mellitus. Regarding hypertension, there was no record of end-organ damage, renal impairment, or hypertensive crisis. Thus, this condition is non impairing. For chest pain, he complained of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. However, no record of abnormal ECG findings or ischemic changes. Thus, this condition is non-impairing. For mixed hyperlipidemia, there was no record of peripheral vascular disease or xanthomas. Thus, this condition is non-impairing. For atherosclerotic heart disease, there was no record of myocardial infarction, heart failure or arrhythmias. Thus, this condition is non-impairing. For sleep apnea, there was no record of excessive daytime sleepiness, no use of CPAP. Thus, this condition is non impairing. For type 2 diabetes mellitus, although his HbA1c was 11.1, there was no record of neuropathy, diabetic foot ulcers or significant complications due to this condition. Thus, this condition is non-impairing. For knee pain, he complained of chronic left knee pain without acute injuries. He reported that the pain comes and goes, and the pain was aching. He experienced crepitus with certain movements. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was present. Going forward, examination revealed no tenderness on the medial line and there was no further complaint. Thus, this condition is non-impairing. For cervical pain, he complained of painful left lateral rotation of the cervical spine. Examination revealed that the right lateral flexion was associated with pain. For back pain, he had a history of pain. Examination revealed palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are warranted on his activities from 12/26/2024 to present & beyond.

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Frequently below the waist level BUE: unrestricted to desk level and overhead levels BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating heavy machinery
No w orking at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and beyond., w ith reassessment on or around 03/09/2026.

The claimant's abilities are sustainable on a full-time basis.

No, medical records do not support any restrictions and limitations that w ere recommended by treating providers for the timeframes in question

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms w ere due to injury. The claimant w as restricted to sitting and grasping constantly. He could stand, stoop, crouch, craw l, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the w aist level. Total restrictions w ere placed on w alking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis w as fair. I disagree w ith the provider's opinion on the total restrictions placed on w alking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function w ell w ith a restriction. I disagree w ith the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

sending for vocational consultation. - LAKURTZ - Sep 22, 2025 10:06:30 am

Sending the RTR to the atty including the medical report and voc report. 21 days = 10/16/2025 - LAKURTZ - Sep 25, 2025 08:56:11 am

letter from atty stating they have had no updates on the appeal since filing. sent email advising the RTR w as sent 09/25/2025 and provided a copy to them. - LAKURTZ - Oct 16, 2025 07:51:57 am

opinion letter submitted as response to the RTR and is stating a decision w as due by 10/06/2025.

Moving forw ard w ith determination. - LAKURTZ - Oct 16, 2025 03:01:08 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/2/2025 4:32:59 PM | Referrals | 17 | External Review | Initial | LAKURTZ |

File Scan: LTD 1220024325 STD 1210071975 LW 1220054596

Please prepare a full file scan for a peer review . As a reminder, please be sure to only include those documents needed for external review s to include all medical information but excluding contracts, prior review s, letters that do not contain medical references, etc.

Referral Date: 09/02/2025
Claims Specialist Name: Lisa Kurtz
Phone Number:402-361-7616
Email Address: lisa.kurtz@lfg.com

Submitter's Name (First/Last):
Phone Number:
Email Address:

Is this referral COVID related? No

Referral Type: Standard Appeal Review
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request - Spanish or French, War Exclusion)

Claimant Name (First/Last): Adam Bobb
Claim Number:1220024325

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

"Include any additional claim #'s involved:
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone:Central
Customer/Group Name: Trinity Village Inc
Job Title:Maintenance
Product Type: 1ST Appeal LTD

Diagnosis:Essential Hypertension, chest pain,
Date of Disability:06/18/2021
Last Day Worked:06/17/2021
Benefit Begin Date: 12/15/2021
Specialty Requested: Internal Medicine

Name and Specialty of prior external vendor review ers/ examiners:
12/16/2024ECNDr. Andre Akhondi, Cardiology
11/25/2024ECNDr. Solomon Rojhani PM&R
05/10/2024NDCPRETY2
04/05/2024ECNaddendum
03/11/2024ECNPANEL PSYCH & PMR / Farhad Amani DO, Psychiatry & Annie Layno-Moses, MD PM&R w ith Pain Medicine
02/16/2024NDCPRETY2
12/08/2023NDCPRETY2
12/07/2022 Dr. Eric Finkelstein
04/04/2022NDCCFMIZE

Attorney Involvement: yes
Attorney Contact Information (If applicable):Marcus Vaden Law
501-329-8723 (fax 501-205-1278)

Core Questions:
1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/26/2024 to present & beyond, and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Kerry Pennington MD Family Health 870-226-6754 (fax 870-226-7925)

8. Based on the claimant's medication list, is there any evidence that he/she suffers any side effects from the medications that he/she is taking that w ould impact occupational functioning? If so, please outline specific side effects suffered, their impact on the occupational functioning and any appropriate restrictions as noted by the physician due to noted side effects. - LAKURTZ - Sep 02, 2025 04:33:27 pm
Case submitted to CRT #267161 for a peer review w ith Internal Medicine - SLTHOMP - Sep 03, 2025 07:35:52 am

**Chronological Activity List**

| | | | | | |
|---|---|---|---|---|---|
| | Final Report received and sent to LFG Appeals to be uploaded - SLTHOMP - Sep 17, 2025 12:13:14 pm | | | | |
| 9/18/2025 9:13:33 AM | Documents/Mail<br>2025-09-17-13.14.18.308000O01 | 181 | Email | Received | LAKURTZ |
| 9/18/2025 9:13:34 AM | Documents/Mail<br>2025-09-17-13.14.18.317000O01 | 182 | Medical Records | Received | LAKURTZ |
| 9/22/2025 | Referrals | 17 | External Review | Completed | LAKURTZ |

File Scan: LTD 1220024325 STD 1210071975 LW 1220054596

Please prepare a full file scan for a peer review . As a reminder, please be sure to only include those documents needed for external review s to include all medical information but excluding contracts, prior review s, letters that do not contain medical references, etc.

Referral Date: 09/02/2025
Claims Specialist Name: Lisa Kurtz
Phone Number:402-361-7616
Email Address: lisa.kurtz@lfg.com

Submitter's Name (First/Last):
Phone Number:
Email Address:

Is this referral COVID related? No

Referral Type: Standard Appeal Review
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request - Spanish or French, War Exclusion)

Claimant Name (First/Last): Adam Bobb
Claim Number:1220024325
"Include any additional claim #'s involved:
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone:Central
Customer/Group Name: Trinity Village Inc
Job Title:Maintenance
Product Type: 1ST Appeal LTD

Diagnosis:Essential Hypertension, chest pain,
Date of Disability:06/18/2021
Last Day Worked:06/17/2021
Benefit Begin Date: 12/15/2021
Specialty Requested: Internal Medicine

Name and Specialty of prior external vendor review ers/ examiners:
12/16/2024ECNDr. Andre Akhondi, Cardiology
11/25/2024ECNDr. Solomon Rojhani PM&R
05/10/2024NDCPRETY2
04/05/2024ECNaddendum
03/11/2024ECNPANEL PSYCH & PMR / Farhad Amani DO, Psychiatry & Annie Layno-Moses, MD PM&R w ith Pain Medicine
02/16/2024NDCPRETY2
12/08/2023NDCPRETY2
12/07/2022 Dr. Eric Finkelstein
04/04/2022NDCCFMIZE

Attorney Involvement: yes
Attorney Contact Information (If applicable):Marcus Vaden Law
501-329-8723 (fax 501-205-1278)

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Core Questions:
1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/26/2024 to present & beyond, and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Kerry Pennington MD Family Health 870-226-6754 (fax 870-226-7925)

8. Based on the claimant's medication list, is there any evidence that he/she suffers any side effects from the medications that he/she is taking that w ould impact occupational functioning? If so, please outline specific side effects suffered, their impact on the occupational functioning and any appropriate restrictions as noted by the physician due to noted side effects. - LAKURTZ - Sep 02, 2025 04:33:27 pm
Case submitted to CRT #267161 for a peer review w ith Internal Medicine - SLTHOMP - Sep 03, 2025 07:35:52 am
Final Report received and sent to LFG Appeals to be uploaded - SLTHOMP - Sep 17, 2025 12:13:14 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/22/2025 | Documents/Mail | 181 | Email | Completed | LAKURTZ |
| | 2025-09-17-13.14.18.308000O01 | | | | |
| 9/22/2025 | Documents/Mail | 182 | Medical Records | Completed | LAKURTZ |
| | 2025-09-17-13.14.18.317000O01 | | | | |
| 9/22/2025 10:21:10 AM | Referrals | 18 | TSA | Initial | LAKURTZ |
| | Claim Consult | | | | |

Copy, paste, and answ er each referral criteria question below , or type N/A if not applicable.

Referral
Claimant Name: Adam Bobb
Claim Number: 1220024325
Job Description Date: Maintenance - AWD 11/04/2021
Other Job Information & Date TEE - AWD 04/17/2023
Appeal letter - AWD 08/25/2025

Specific Vocational Question: Requesting review of peer and prior TSA to determine if occupations remain viable.

In addition, the claimant's attorney stated in their appeal letter the follow ing:

Lincoln's vocational "rehabilitation consultant" did not even pretend to use the full range of data available to her and an employee of Lincoln.
Adam is not "reasonably qualified" for the positions indicated as his entire w ork history is physically demanding jobs.
Adam is not hirable for full-time competitive employment given his current limitations.
Pain meds required dosing every 8 hours
Functional limitations require frequent position change

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Pain levels fluctuate unpredictably
Use of a cane creates additional functional limitations
Chronic pain affects concentration and task persistence
Any alteration to Lincoln's previous benefit approval under same "any occupation" standard requires significant change.

Can you please review materials/data available to you in your analysis. Can you also supply any detailed information regarding occupations identified.
- LAKURTZ - Sep 22, 2025 10:21:36 am

Updated referral type from Consult to TSA based on CS referral question. - MEHBR2 - Sep 22, 2025 01:17:57 pm

Appeal Vocational Memorandum

Given the totality of this review , as noted above, the previously identified occupations of Surveillance System Monitor, Gate Guard, and Production Assembler remain viable.

I have not met w ith the insured for the purpose of this review . All opinions are based on review of vocational information, medical records and resources noted only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance w ith this file.

Sarah S., M.Ed., CRC
Certified Rehabilitation Counselor
Vocational Consultant
Group Protection
Lincoln Financial Group
- SAZSO3 - Sep 23, 2025 03:59:12 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/24/2025 1:17:54 PM | Documents/Mail<br>2025-09-23-16.59.23.802180O01 | 183 | Email | Received | LAKURTZ |
| 9/24/2025 1:17:55 PM | Documents/Mail<br>2025-09-23-16.59.23.812180O01 | 184 | Incoming Correspondence | Received | LAKURTZ |
| 9/25/2025 | Referrals<br>Claim Consult | 18 | TSA | Completed | LAKURTZ |

Copy, paste, and answ er each referral criteria question below , or type N/A if not applicable.

Referral
Claimant Name: Adam Bobb
Claim Number: 1220024325
Job Description Date: Maintenance - AWD 11/04/2021
Other Job Information & Date TEE - AWD 04/17/2023
Appeal letter - AWD 08/25/2025

Specific Vocational Question: Requesting review of peer and prior TSA to determine if occupations remain viable.

In addition, the claimant's attorney stated in their appeal letter the follow ing:

Lincoln's vocational "rehabilitation consultant" did not even pretend to use the full range of data available to her and an employee of Lincoln.
Adam is not "reasonably qualified" for the positions indicated as his entire w ork history is physically demanding jobs.
Adam is not hirable for full-time competitive employment given his current limitations.
Pain meds required dosing every 8 hours

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Functional limitations require frequent position change<br>Pain levels fluctuate unpredictably<br>Use of a cane creates additional functional limitations<br>Chronic pain affects concentration and task persistence<br>Any alteration to Lincoln's previous benefit approval under same "any occupation" standard requires significant change.<br><br>Can you please review materials/data available to you in your analysis. Can you also supply any detailed information regarding occupations identified.<br>- LAKURTZ - Sep 22, 2025 10:21:36 am<br><br>Updated referral type from Consult to TSA based on CS referral question. - MEHBR2 - Sep 22, 2025 01:17:57 pm<br><br>Appeal Vocational Memorandum<br><br>Given the totality of this review , as noted above, the previously identified occupations of Surveillance System Monitor, Gate Guard, and Production Assembler remain viable.<br><br>I have not met w ith the insured for the purpose of this review . All opinions are based on review of vocational information, medical records and resources noted only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance w ith this file.<br><br>Sarah S., M.Ed., CRC<br>Certified Rehabilitation Counselor<br>Vocational Consultant<br>Group Protection<br>Lincoln Financial Group<br>- SAZSO3 - Sep 23, 2025 03:59:12 pm | | | | |
| 9/25/2025 | Documents/Mail | 185 | Appeal Dis Atty 21 Day Letter | Completed | LAKURTZ |
| | Appeal Dis Atty 21 Day LetterAttachments:A Bobb IM Peer Report.pdfA Bobb TSA.pdf | | | | |
| 9/25/2025 | Documents/Mail | 183 | Email | Completed | LAKURTZ |
| | 2025-09-23-16.59.23.802180O01 | | | | |
| 9/25/2025 | Documents/Mail | 184 | Incoming Correspondence | Completed | LAKURTZ |
| | 2025-09-23-16.59.23.812180O01 | | | | |
| 9/25/2025 | Claim Tasks | 47 | Appeal - 45 Day Reminder | Completed | LAKURTZ |
| | 45th day ERISA 10/09/2025 - LAKURTZ - Sep 02, 2025 04:25:15 pm | | | | |
| 9/25/2025 8:56:20 AM | Claim Tasks | 49 | Appeal - 21 Day Letter | Requested | LAKURTZ |
| | 21 day = 10/16/2025 - LAKURTZ - Sep 25, 2025 08:56:42 am | | | | |
| 9/25/2025 8:56:52 AM | Referrals | 19 | Tolling Review | In Active Review | LAKURTZ |
| | Today's Date9/25/2025<br>Appeal Rcvd Date8/25/2025<br>Days Since Received31<br>Extension Sent Date9/25/2025<br>Tolling Start DateTolling end DateTolling Days<br>9/25/202510/16/202521<br>0<br>0<br>0<br>0<br>0<br>0 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Tolling Days 21<br>45th Day of Active Review 10/9/2025<br>90th Day of Active Review 12/14/2025<br>Active Review Days Remaining to 90th Day80<br>******************************************************************************** - LAKURTZ - Sep 25, 2025 08:57:34 am | | | | |
| 10/14/2025 | Documents/Mail<br>2025-10-14-10.58.42.914580O01 | 187 | Medical Records | Completed | LAKURTZ |
| 10/14/2025 | Documents/Mail<br>2025-10-14-10.58.42.903580O01 | 186 | Email | Completed | LAKURTZ |
| 10/15/2025 11:14:44 AM | Documents/Mail<br>2025-10-14-08.43.25.196480O01 | 188 | Appeal Notice | Received | LAKURTZ |
| 10/15/2025 11:58:55 AM | Documents/Mail<br>2025-10-14-14.23.08.973580O01 | 189 | Email | Received | LAKURTZ |
| 10/15/2025 11:58:56 AM | Documents/Mail<br>2025-10-14-14.23.08.984580O01 | 190 | Incoming Correspondence | Received | LAKURTZ |
| 10/15/2025 1:15:55 PM | Documents/Mail<br>2025-10-14-17.02.38.892580O01 | 192 | Incoming Correspondence | Received | LAKURTZ |
| 10/15/2025 1:15:55 PM | Documents/Mail<br>2025-10-14-17.02.38.826580O01 | 191 | Email | Received | LAKURTZ |
| 10/16/2025 | Documents/Mail<br>2025-10-16-14.14.09.420580O01 | 195 | Incoming Correspondence | Completed | LAKURTZ |
| 10/16/2025 | Documents/Mail<br>2025-10-14-17.02.38.892580O01 | 192 | Incoming Correspondence | Completed | LAKURTZ |
| 10/16/2025 | Documents/Mail<br>2025-10-16-10.38.31.641580O01 | 194 | Incoming Correspondence | Completed | LAKURTZ |
| 10/16/2025 | Documents/Mail<br>2025-10-14-14.23.08.984580O01 | 190 | Incoming Correspondence | Completed | LAKURTZ |
| 10/16/2025 | Documents/Mail<br>2025-10-16-10.38.31.633580O01 | 193 | Email | Completed | LAKURTZ |
| 10/16/2025 | Documents/Mail<br>2025-10-14-14.23.08.973580O01 | 189 | Email | Completed | LAKURTZ |
| 10/16/2025 | Documents/Mail<br>2025-10-14-08.43.25.196480O01 | 188 | Appeal Notice | Completed | LAKURTZ |
| 10/16/2025 | Documents/Mail<br>2025-10-14-17.02.38.826580O01 | 191 | Email | Completed | LAKURTZ |
| 10/23/2025 | Referrals<br><br>Today's Date9/25/2025<br>Appeal Rcvd Date8/25/2025<br>Days Since Received31<br>Extension Sent Date9/25/2025<br>Tolling Start DateTolling end DateTolling Days<br>9/25/202510/16/202521<br>0<br>0<br>0<br>0<br>0<br>0<br>Tolling Days 21<br>45th Day of Active Review 10/9/2025<br>90th Day of Active Review 12/14/2025<br>Active Review Days Remaining to 90th Day80 | 19 | Tolling Review | Completed | LAKURTZ |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | ****************************************************************************** - LAKURTZ - Sep 25, 2025 08:57:34 am | | | | |
| 10/23/2025 | Summary/Assessment/Pa | 9h | Uphold first level LTD Appeal | Completed | LAKURTZ |

Summary Notes
Uphold first level LTD Appeal

Attorney Information:Marcus Vaden Law
501-329-8723 (fax 501-205-1278)
- LAKURTZ - Oct 23, 2025 09:52:31 am
Assessment Notes

Path Notes
Claimant Name: Adam Bobb
Claim Number: LTD 1220024325
Policy Number:00001020137500000
Group ID & Group Name:TRINITYVIL / Trinity Village, Inc
Group Status:Active

DLW 06/17/2021, DOD 06/18/2021, BCD 12/15/2021, 24 month COD, MBP 12/15/2026
Benefit paid to 12/26/2024

The claimant ceased w orking due to essential hypertension and chest pain.

Claim Synopsis
Ceased w orking due to chronic pain and OA of the right hip

Overturn on appeal 05/13/2024

Initial Claim Decision:12/24/2024BXGRAHA
Reason/Date of denial: Not TDAO
Type of Medical Review, Name, & Specialty: Dr. Andre Akhondi, Board-Certified in Cardiovascular Disease

The letter noted in part the follow ing:

Based upon the medical records received, Mr. Bobb's file w as sent for an External Peer Evaluation completed by Dr. Solomon Rojhani on 11/22/2024. Dr. Rojhani opined that Mr.
Bobb has been experiencing chronic neck and low back pain secondary to cervical and lumbar disc degeneration. He w as also experiencing chronic right hip pain secondary to right hip labral tear and right hip osteoarthritis. Due to this he w ould have the follow ing restrictions and limitations; he could constantly sit w ith the ability to reposition as needed to relieve pressure and pain. He could frequently stand, w alk, and use his left upper extremity for fine manipulation as w ell as simple/firm grasping. He could occasionally lift, carry, push, and pull up to 20 pounds; he could occasionally climb stairs, bend, balance, stoop, kneel, crouch, reach overhead and below w aist levels. He had no restrictions in his ability to reach to desk level, use his low er extremities for foot controls, use his right upper extremity to fine manipulate, simple/firm grasp. He could not climb ladders, w ork at unprotected heights, or operate heavy machinery.

Mr. Bobb's file w as also sent for an External Peer Evaluation completed by Dr. Andre Akhondi on 12/13/2024. Dr. Akhondi opined Mr. Bobb's diagnostic and clinical findings w ere all normal w ith normal blood pressure and no symptoms of angina. There w as no objective medical documentation provided to support a cardiac impairment w arranting functional impairment w ith restrictions and limitations.

APPEAL:

Additional information received and the file sent for medical review .

Peer 09/17/2025
Emperion 224569-7
Kanishka Wijegunarante, MD / Internal Medicine

Diagnosis(es):

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

I10Essential hypertension
E78.2Mixed hyperlipidemia
M54.2Cervical Pain
Low back pain
Atherosclerotic heart disease
Chest pain
Sleep apnea
Type 2 DM
Knee pain

Overall, the claimant has a history of essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical pain, low back pain, atherosclerotic heart disease, sleep apnea, and type 2 diabetes Mellitus. Regarding hypertension, there w as no record of end-organ damage, renal impairment, or hypertensive crisis. Thus, this condition is non impairing. For chest pain, he complained of left-sided/center chest pains. He described the pain as tightness/squeeze, w hich w as associated w ith activity, shortness of breath, and diaphoresis. How ever, no record of abnormal ECG findings or ischemic changes. Thus, this condition is non-impairing. For mixed hyperlipidemia, there w as no record of peripheral vascular disease or xanthomas. Thus, this condition is non-impairing. For atherosclerotic heart disease, there w as no record of myocardial infarction, heart failure or arrhythmias. Thus, this condition is non-impairing. For sleep apnea, there w as no record of excessive daytime sleepiness, no use of CPAP. Thus, this condition is non impairing. For type 2 diabetes mellitus, although his HbA1c w as 11.1, there w as no record of neuropathy, diabetic foot ulcers or significant complications due to this condition. Thus, this condition is non-impairing. For knee pain, he complained of chronic left knee pain w ithout acute injuries. He reported that the pain comes and goes, and the pain w as aching. He experienced crepitus w ith certain movements. Physical examination revealed crepitus to the left knee w ith passive range of motion, and no deformity w as noted; no effusion w as present. Going forw ard, examination revealed no tenderness on the medial line and there w as no further complaint. Thus, this condition is non-impairing. For cervical pain, he complained of painful left lateral rotation of the cervical spine. Examination revealed that the right lateral flexion w as associated w ith pain. For back pain, he had a history of pain. Examination revealed palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There w as pain noted w ith lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There w ere palpable trigger points noted in the muscles: right gluteal and piriformis. Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are w arranted on his activities from 12/26/2024 to present & beyond.

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Occasionally
Reaching: Frequently below the w aist level BUE: unrestricted to desk level and overhead levels BUE
Use low er extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating heavy machinery
No w orking at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and

**Chronological Activity List**

beyond., w ith reassessment on or around 03/09/2026.

The claimant's abilities are sustainable on a full-time basis.

No, medical records do not support any restrictions and limitations that w ere
recommended by treating providers for the timeframes in question.

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis
of the right hip. The claimant's symptoms w ere due to injury. The claimant w as restricted to sitting and grasping constantly. He could stand, stoop, crouch, craw l, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the w aist level. Total restrictions w ere placed on w alking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis w as fair. I disagree w ith the provider's opinion on the total restrictions placed on w alking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function w ell w ith a restriction. I disagree w ith the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

The attorney's vocational concerns w ere noted and addressed in the determination letter.

PATH
letter to the atty
no letter to the ER since the DOD is more than 2 years ago
closing the appeal and claim. - LAKURTZ - Oct 23, 2025 09:52:31 am

10/23/2025 Summary/Assessment/Path First Level AO Appeal Review - LAKURTZ - Sep 02, 2025 Completed LAKURTZ

Summary Notes
First Level AO Appeal Review - LAKURTZ - Sep 02, 2025 04:27:11 pm
Assessment Notes

Path Notes

Attorney Information:yes Marcus Vaden Law
501-329-8723 (fax 501-205-1278)

Appeal level:First
Date Appeal Received:08/25/2025
45th day due on 30th day - yes / no
45th Day:10/09/2025
90th Day:11/23/2025

Claimant Name: Adam Bobb
Claim Number: LTD 1220024325
Policy Number:00001020137500000
Group ID & Group Name:TRINITYVIL / Trinity Village, Inc
Group Status:Active

Claim Demographics
Current Age: 42(
Situs Sate:ARState Language applicable: N
State of Residence: ARState Language applicable: N
Time Zone:Central
Effective Date:01/01/2017
Estimated Net benefit: (Monthly):$1400
SS Aw ard information:undetermined
Life Insurance:
Date of Disability: DLW 06/17/2021 DOD 06/18/2021
EP: 180
Benefit Commencement Date: 12/15/2021
Benefit Paid/Approved To Date:12/26/2024
Change in Definition (COD) Date: 24 month COD

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Max Duration Date: 12/15/2026 / 5 years
Job Description / Location in AWD: Maintenance
OA / Location in AWD:
Physical Demand Level of Occ:heavy
Prior TSA:yes

372.667-030 Gate Guard $3,088.80/Month Light
379.367-010 Surveillance-System Monitor $3,267.33/Month Sedentary
706.687-010 Assembler, Production $3,120.00/Month Light

Primary Diagnosis: Essential hypertension
Co-Morbid Diagnoses: chest pain
ERISA or NON-ERISA (verified)ERISA

Riders:PIB / Family Care
STD claim status:STD 1210071975 - closed
LW claim status:LW 1220054596 - closed

GainfulN
Pre-ExN 6/12
TEE04/17/2023
Auth03/08/2021

Contractual limits= 12/26/2027
Legal action3 years
Proof of claimEP

Claim Synopsis
Ceased w orking due to chronic pain and OA of the right hip

Overturn on appeal 05/13/2024

Initial Claim Decision:12/24/2024BXGRAHA
Reason/Date of denial: Not TDAO
Type of Medical Review, Name, & Specialty: Dr. Andre Akhondi, Board-Certified in Cardiovascular Disease

The letter noted in part the follow ing:

Based upon the medical records received, Mr. Bobb's file w as sent for an External Peer Evaluation completed by Dr. Solomon Rojhani on 11/22/2024. Dr. Rojhani opined that Mr.
Bobb has been experiencing chronic neck and low back pain secondary to cervical and lumbar disc degeneration. He w as also experiencing chronic right hip pain secondary to right hip labral tear and right hip osteoarthritis. Due to this he w ould have the follow ing restrictions and limitations; he could constantly sit w ith the ability to reposition as needed to relieve pressure and pain. He could frequently stand, w alk, and use his left upper extremity for fine manipulation as w ell as simple/firm grasping. He could occasionally lift, carry, push, and pull up to 20 pounds; he could occasionally climb stairs, bend, balance, stoop, kneel, crouch, reach overhead and below w aist levels. He had no restrictions in his ability to reach to desk level, use his low er extremities for foot controls, use his right upper extremity to fine manipulate, simple/firm grasp. He could not climb ladders, w ork at unprotected heights, or operate heavy machinery.

Mr. Bobb's file w as also sent for an External Peer Evaluation completed by Dr. Andre Akhondi on 12/13/2024. Dr. Akhondi opined Mr. Bobb's diagnostic and clinical findings w ere all normal w ith normal blood pressure and no symptoms of angina. There w as no objective medical documentation provided to support a cardiac impairment w arranting functional impairment w ith restrictions and limitations.

Current Providers - last 18 to 24 months
Kerry Pennington MD Family Health 870-226-6754 (fax 870-226-7925)

Recent Surgeries:

Appeal being discussed
Attorney Rationale: The plan has engaged in an irrational, cursory, and unscientific review that breaches its fiduciary and contractual duties under ERISA // The plan sponsor is the er and plan administrator is Lincoln
If benefits are not restored the attorney w ill sue The Plan, seeking benefits, interest, and attorney fees.
Lincoln's vocational "rehabilitation consultant" did not even pretend to use the full range of data available to her and an employee of Lincoln.
Adam is not "reasonably qualified" for the positions indicated as his entire w ork history is physically demanding jobs.
Adam is not hirable for full-time competitive employment given his current limitations.
Pain meds required dosing every 8 hours
Functional limitations require frequent position change
Pain levels fluctuate unpredictably
Use of a cane creates additional functional limitations
Chronic pain affects concentration and task persistence
Any alteration to Lincoln's previous benefit approval under same "any occupation" standard requires significant change.
Neither the peer nor Lincoln's denial letter states w hat evidence w ould be needed to substantiate Adam's inability to w ork
Lincoln lied about not receiving SS information / SS remains pending

Information Submitted w ith appeal and not previously review ed:
188 pages from 10/13/2021 - 10/14/2024 including letters, appeal letters, medical records, SS information

PATH:
Sending ack appeal to atty
No letter to ER since the DOD is more than 2 years ago
Setting up appeal review

NOTES:

Previous Review s:
12/16/2024ECNDr. Andre Akhondi, Cardiology
11/25/2024ECNDr. Solomon Rojhani PM&R
05/10/2024NDCPRETY2
04/05/2024ECNaddendum
03/11/2024ECNPANEL PSYCH & PMR / Farhad Amani DO, Psychiatry & Annie Layno-Moses, MD PM&R w ith Pain Medicine
02/16/2024NDCPRETY2
12/08/2023NDCPRETY2
12/07/2022 Dr. Eric Finkelstein
04/04/2022NDCCFMIZE
- LAKURTZ - Sep 02, 2025 04:27:11 pm

Peer 09/17/2025
Emperion 224569-7
Kanishka Wijegunarante, MD / Internal Medicine

Diagnosis(es):
I10Essential hypertension
E78.2Mixed hyperlipidemia
M54.2Cervical Pain
Low back pain
Atherosclerotic heart disease
Chest pain
Sleep apnea
Type 2 DM
Knee pain

Overall, the claimant has a history of essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical pain, low back pain, atherosclerotic heart disease, sleep apnea, and type 2 diabetes Mellitus. Regarding hypertension, there w as no record of end-organ damage, renal impairment, or hypertensive crisis. Thus, this condition is non impairing. For chest pain, he complained of left-sided/center chest pains. He described the pain as tightness/squeeze, w hich w as associated w ith activity,

shortness of breath, and diaphoresis. However, no record of abnormal ECG findings or ischemic changes. Thus, this condition is non-impairing. For mixed hyperlipidemia, there was no record of peripheral vascular disease or xanthomas. Thus, this condition is non-impairing. For atherosclerotic heart disease, there was no record of myocardial infarction, heart failure or arrhythmias. Thus, this condition is non-impairing. For sleep apnea, there was no record of excessive daytime sleepiness, no use of CPAP. Thus, this condition is non impairing. For type 2 diabetes mellitus, although his HbA1c was 11.1, there was no record of neuropathy, diabetic foot ulcers or significant complications due to this condition. Thus, this condition is non-impairing. For knee pain, he complained of chronic left knee pain without acute injuries. He reported that the pain comes and goes, and the pain was aching. He experienced crepitus with certain movements. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was present. Going forward, examination revealed no tenderness on the medial line and there was no further complaint. Thus, this condition is non-impairing. For cervical pain, he complained of painful left lateral rotation of the cervical spine. Examination revealed that the right lateral flexion was associated with pain. For back pain, he had a history of pain. Examination revealed palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are warranted on his activities from 12/26/2024 to present & beyond.

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Frequently below the waist level BUE: unrestricted to desk level and overhead levels BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating heavy machinery
No working at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and beyond., with reassessment on or around 03/09/2026.

The claimant's abilities are sustainable on a full-time basis.

No, medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

**Chronological Activity List**

sending for vocational consultation. - LAKURTZ - Sep 22, 2025 10:06:30 am

Sending the RTR to the atty including the medical report and voc report. 21 days = 10/16/2025 - LAKURTZ - Sep 25, 2025 08:56:11 am

letter from atty stating they have had no updates on the appeal since filing. sent email advising the RTR w as sent 09/25/2025 and provided a copy to them. - LAKURTZ - Oct 16, 2025 07:51:57 am

opinion letter submitted as response to the RTR and is stating a decision w as due by 10/06/2025.

Moving forw ard w ith determination. - LAKURTZ - Oct 16, 2025 03:01:08 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/23/2025 | Appeal | 2 | Level 1 | Closed | LAKURTZ |
| 10/23/2025 | Documents/Mail | 196 | Appeal Any Occ Level 1 Uphold Atty | Completed | LAKURTZ |
| | Appeal Any Occ Level 1 Uphold AttyAttachments:Translation services | | | | |
| 10/23/2025 | Claim Tasks | 49 | Appeal - 21 Day Letter | Completed | LAKURTZ |
| | 21 day = 10/16/2025 - LAKURTZ - Sep 25, 2025 08:56:42 am | | | | |
| 10/23/2025 | Claim Tasks | 48 | Appeal 90 Day Extension | Completed | LAKURTZ |
| | 90th day ERISA 11/23/2025 - LAKURTZ - Sep 02, 2025 04:25:43 pm<br>REVISED 90th day = 12/14/2025 - LAKURTZ - Sep 25, 2025 08:54:07 am | | | | |
| 10/23/2025 9:53:04 AM | Status | | Not TD Any Occ | CLOSED | LAKURTZ |
| 3/16/2026 8:35:32 AM | Claim Tasks | 50 | Paper File | Follow Up | BAKSH9 |

Please prepare a full file copy. As a reminder the file copy should include the follow ing information, in this order.

1. Claim Profile
2. Chronological Activity List
3. Policy at time of DOD
4. Certificate at time of DOD
5. All AWD/Paper documents.

Please save the follow ing file(s) in the Legal Requests folder:

LTD 1220024325
STD 1210071975
LW 1220054596
- DMQMA5 - Mar 16, 2026 08:38:28 am

| | | | | | |
|---|---|---|---|---|---|
| 3/16/2026 11:05:30 AM | Status | | | REOPENED | CXGEARY |

MV

MARCUS VADEN
LAW

# FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

| | | |
|---|---|---|
| **To:** | | **Lincoln Financial Group** |
| Fax number: | | **(402) 361-1460** |
| Date: | | October 16, 2025 |
| RE: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date 45-Days After Appeal: | October 6, 2025 |

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

MV

MARCUS VADEN

LAW

October 15, 2025

Via fax (402) 361-1460

Lincoln Financial Group
Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066
**Via Fax: (402) 361-1460**

| | | |
|---|---|---|
| Re: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date 45-Days After Appeal: | October 6, 2025 |

Dear Lisa K,

I am writing in response to the email you sent with a letter informing us (1) that, as a part of the process of determining whether the denial of benefits for Adam (dated December 24, 2024) was done in error, Lincoln National Life Insurance Company ("Lincoln") sent parts of Adam's file for yet another file review conducted by yet another physician who has not examined Adam; (2) that, also as part of the process of deciding the appeal, parts of Adam's file, including the appeal and the newly completed file review, was sent to yet another "vocational consultant;" (3) that I was being provided with an opportunity respond to this new information created by Lincoln; and (4) that Lincoln was giving itself another forty-five (45) days to decide Adam's appeal, as Lincoln failed to obtain and provide this new file review and this new transferrable skills analysis in a timely manner that would allow us the legally-required twenty-one (21) days to respond before Lincoln's forty-five (45) days to decide Adam's appeal expired. Of note, your letter states that Lincoln is exercising its "right to take a 45-day extension of time to decide the appeal," which is patently false and will be addressed in section D.

**A. Regarding evidence that the denial of December 24, 2024, was not based upon**

Your appeal review is limited to the reasons stated in the denial letter because one of the bedrock protections ERISA provides to claimants like Adam is that when an insurance company denies or terminates benefits, it must state the reason(s) for denying/terminating in order that the

claimant may be provided a full and fair opportunity to address those reasons. In your denial letter, you said you were denying benefits because (1) Lincoln believed, based on the file reviews and transferrable skills analysis that were completed before the denial was sent, that Adam could perform other occupations, even though he can no longer perform his own occupation, and (2) Lincoln stated that Adam had not provided Lincoln with information about his Social Security claim. Therefore, Adam's appeal was focused on (1) showing that, with his constellation of medical issues (that were not considered together and in their entirety by Lincoln's file reviews and transferable skill analyses), Adam cannot perform other occupations and (2) proving Lincoln was lying about not receiving updates regarding the status of Adam's Social Security claim. As this new file review and new transferable skill analysis did not yet exist, Adam had nothing to appeal. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America*, 30 F App'x 160, 164 (4th Cir.2002). See also, *Harlick v. Blue Shield of California*, 686 F3d 699, 720 (9th Cir. 2012) [Blue Shield had to tell Harlick the "specific reasons for the denial"-not just one reason, if there was more than one-and provide a "full and fair review" of the denial].

Since your denial of benefits was not based on this new file review and new transferable skill analysis, your request for them makes no sense. If the results of this new file review and new transferable skill analysis were used to justify a denial of benefits at this point, that would be a new reason that was not communicated in your initial denial letter. The Court has been clear that if an insurance company comes up with new reasons to deny the claim after the claimant has appealed, it must pay benefits to date because it means that the initial denial was not valid. *See Saffon v. Wells Fargo & Co. Long Term Disability Plan,* 522 F.3d 863, 872 (9th Cir. 2008) ["Coming up with a new reason for rejecting the claim at the last minute suggests that the claim administrator may be casting about for an excuse to reject the claim rather than conducting an objective evaluation."].

Finally, since this new file review and new transferable skills analysis suffer from many of the same faults and errors that previous file reviews and previous transferable skills analyses suffered from, any arguments made in the appeal submitted in August regarding a file review that applies to the new file review is reiterated here. Likewise, any arguments made in the appeal submitted in August regarding a transferable skills analysis that applies to the new transferable skills analysis is also reiterated here.

**B. Regarding Dr. Wijegunaratne's file review**

Lincoln has requested numerous file reviews from numerous medical personnel to evaluate Adam's claims. Dr. Akhondi completed a file review for Lincoln on 12/16/24; Dr. Rojhani completed a file review for Lincoln on 11/13/24; Dr. Amani completed a file review for Lincoln on 03/08/2024; Dr. Layno-Moses completed a file review for Lincoln on 03/08/2024; Nurse Phyllis T. (whose full last name is never given, but who is reportedly qualified as an RN, a MSN, and a CCM) completed a file review for Lincoln on 12/08/2023; and Dr. Finkelstein completed a file review for Lincoln on 12/07/2022. And now Dr. Wijegunaratne has completed a file review for Lincoln on 09/16/2025.

A quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> Most significantly, Lincoln failed to consider that Adam was prescribed a cane by his treating physician on September 13, 2024. The prescription from Mainline Health Systems specifically orders a "Straight Cane" for Adam's "Unilateral primary osteoarthritis, right hip" (Order ID: VXJ-BS3-KVR7-290). This prescription was provided to Lincoln on November 6, 2024, yet there is no indication . . . that this important functional limitation was . . . provided to Lincoln's reviewers or vocational consultant.

Yet, again, it appears the prescription for a cane was not provided to and/or not considered by Dr. Wijegunaratne's file review.

Another quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> Furthermore, Adam has Chronic Pain Syndrome. Chronic pain is inherently variable and unpredictable. Even if Adam might theoretically perform some job functions on "good days," employers require consistent, reliable performance. His chronic pain, documented by multiple treating physicians, creates functional limitations that fluctuate and make sustained competitive employment impossible. [Dr. Wijegunaratne's file review] appears to dismiss the significance of this diagnosis and its impact on Adam's functional capacity.

A further quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> Again, it is unclear whether Dr. [Wijegunaratne] did not receive the medical records indicating Adam's diagnosis of Chronic Pain Syndrome or whether [she] simply did not address it. Lincoln never disputed the quality, severity or frequency of Adam's pain. A failure to consider a claimant's constellation of medical issues is an abuse of discretion *Guthrie v. Nat'l Rural Elec. Coop. Ass'n Long-Term Disability Plan*, 509 F.3d 644, 652 (4th Cir. 2007). A failure to address (not just list and ignore) complaints of pain is an abuse of discretion. *Hardt v. Reliance Standard Life Ins. Co.*, 540 F. Supp. 2d 656, 661 (E.D. Va. 2008).

An additional quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne reads, "These consistent findings from multiple treating sources cannot be dismissed based solely on file reviews, particularly when evaluating chronic pain conditions under the 'any occupation' standard. *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-1005 (2017).[1]"

[1] "Ultimately, the Court finds that Dr. Sassower's opinion is not persuasive. Dr. Sassower only conducted a paper review of Plaintiff's medical records and never examined Plaintiff in person. Although MetLife is not required to ask its physicians to conduct an in-person examination, the Ninth Circuit has viewed 'pure paper' reviews with some skepticism. *See Montour*, 588 F.3d at 634 (a 'pure paper' review 'raise[s] questions about the thoroughness and

A penultimate quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> As stated in Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne, "There is no discussion at all. [Her] report . . . amounts to "he has significant pain that is limiting him . . . but he can work." Courts routinely reject reports that are nothing more than mere conclusions backed up by little or no scientific or medical analysis. This is because mere conclusions don't tell claimants exactly what they need to do in order to obtain benefits. See, *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).[2]

A final quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> Furthermore, again, Lincoln must give all of the records to its independent consultants. *Metro. Life Ins. Co. v. Glenn*, 554 U.S. 105, 118 (2008). "The duty to disclose material information is the core of a fiduciary's responsibility, animating the common law of trusts long before the enactment of ERISA." *Kenseth v. Dean Health Plan, Inc.*, 610 F.3d 452, 466, quoting *Eddy v. Colonial Life Ins. Co.*, 919 F.2d 747, 750 (D.C. Cir. 1990). Lincoln failed to provide Dr. [Wijegunaratne] with critical medical information about Adam's current status that Lincoln had and, most notably, the prescription for a cane."

Thus, once again, in Adam's case there is a file review from a doctor who either was not provided all the pertinent medical records by Lincoln or disregarded pertinent medical records (i.e. the prescription for a cane, the torn rotator cuff, etc.) and who never examined Adam in person, but rather only conducted a "pure paper" review.

Additionally, Dr. Wijegunaratne discusses an attending physician statement from Dr. Pennington that was completed on 09/04/2025 and states Adam "was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only." Nonetheless, despite the fact that Dr. Pennington has actually examined Adam and with absolutely no explanation or further discussion as to why Dr. Wijegunaratne disagrees with Dr. Pennington, Dr. Wijegunaratne states,

---

accuracy of the benefits determination'); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666, 676-77 (9th Cir. 2011) (criticizing administrator's decision to not conduct an in-person examination when every physician that did so found that claimant was disabled)." *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-1005 (2017).

[2] "Specifically, courts have rejected 'conclusory statements regarding a claimant's ineligibility or benefits.' *White*, 896 F.2d at 349 (collecting cases); accord *Short*, 729 F.2d at 575 (rejecting 'baldfaced conclusions'). BenePro's failure to cite specific Plan provisions denied Leonhardt the 'opportunity to comprehend fully the reason for the denials and to know what deficiencies [his application] must overcome to be successful on appeal. *White*, 896 F.2d at 350." *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).

"I disagree with the provider's opinion on total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time."

"This provision in the final rule would not be satisfied merely by stating that the plan or a reviewing physician disagrees with the treating physician or health care professional. Rather, the rule requires that the adverse benefit determination must include a discussion of the basis for disagreeing with the health care professional's views." 81 FR 92316 at 92321.

Finally, even though, Dr. Wijegunaratne disagrees with Dr. Pennington (again, with absolutely no explanation or discussion of why she disagrees), she states that she did not even attempt to make contact with any of Adam's treating providers, because "there was no need to consult the treating provider for clarification."

In *Shaw v. AT&T Umbrella Benefit Plan No. 1*, 795 F.3d 538 (2015), the Sixth Circuit noted that the lack of meaningful engagement with treating physicians could indicate that the decision-making process was not deliberate or principled.

**C. Regarding the new transferable skills analysis**

The new transferable skill analysis uses the restrictions provided by Dr. Wijegunaratne, not the restrictions provided by Dr. Pennington. That's a problem. Again, Dr. Wijegunaratne is yet another file reviewer for Lincoln who was not provided with Adam's prescription for a cane. Thus, Dr. Wijegunaratne did not "endorse" Adam's need for a cane. Thus, the "vocational consultant," who states she is only basing her "analysis" on Dr. Wijegunaratne's file review, did not consider Adam's need for a cane in her analysis. Additionally, Dr. Wijegunaratne (with absolutely no explanation of why she disagrees with Dr. Pennington) said Adam could lift double the weight that Dr. Pennington said Adam could lift, could stand double the amount of time in an 8-hour workday that Dr. Pennington said he could, and could reach overhead triple the amount of time in an 8-hour workday that Dr. Pennington said he could.[3] Additionally, while Dr. Pennington said Adam could not walk or balance reliably in a work context, Dr. Wijegunaratne said Adam could walk and/or balance for up to 66% of an 8-hour workday; according to Dr. Wijegunaratne, Adam could spend 8 hours per day, 40 hours per week, for years, only walking and balancing. In case it hasn't been mentioned enough, here's a reminder that Adam was prescribed a cane.

Further, the "vocational consultant" is an employee of (and therefore an agent of) Lincoln. Thus, Lincoln, who has a fiduciary duty to its insured, is intentionally discarding information Lincoln has from Lincoln's insured's treating providers (the prescription for a cane, the attending physician statement, etc.) and only looking at information Lincoln has from Lincoln's independent contractors to determine whether Lincoln's insured can perform work and, thus, whether Lincoln's insured qualifies for benefits under a contract between Lincoln and Lincoln's insured. Lincoln not considering information it has when determining whether an insured qualifies for benefits is a violation of ERISA.

[3] For DOT purposes, "occasional" means performed up to 33% of an 8-hour workday, and "frequent" means performed up to 66% of an 8-hour workday.

A valid a transferrable-skills analysis must be based on a rational and fair analysis of the medical records. *Calhoun v. Life Ins. Co. of N. Am.*, 665 F. App'x 485, 495 (6th Cir. 2016). ["The transferrable-skills analyses should be discounted because they were based solely on the Trotter and Antonelli file reviews. Given that the file reviews were inadequate to explain the termination, the transferrable-skills analyses based on the conclusions from those file reviews must also be considered inadequate."]

Finally, in responding to the portion of the appeal saying Adam doesn't have the skill sets to perform the jobs identified, the "vocational consultant" says the identified jobs only require a small number of skill sets, including "compiling data" and "dealing with people." Adam doesn't have those skill sets, largely because his entire work history is physically demanding jobs. That's the point.

**D. Regarding Lincoln's patently false statement that it has a right to take a 45-day extension of time to decide the appeal**

As you know, Lincoln's appeal decision was due by October 6, 2025. The Department of Labor has determined that "an extension [beyond the ERISA-mandated 45 days] may be imposed only for reasons beyond the control of the plan." The Department has also concluded that a plan administrator's failure to provide a sufficient "special circumstance" would constitute a violation of the claims-procedure regulation. *See, Employee Retirement Income Security Act of 197 4; Rules and Regulations for Administration and Enforcement; Claims Procedure*, 65 FR 70246-01. Further, a federal court in New York held in very similar circumstances in *Salisbury v. Prudential Ins. Co. of Am.*, 238 F. Supp. 3d 444, 450 (S.D.N.Y. 2017), where Prudential granted itself an extension for no reason other than the fact that the file had been sent out for review:

> [V]irtually every appeal of the denial of a disability benefits claim will require "physician and vocational review," and thus this cannot constitute a valid "special circumstance." Additionally, the written notice of extension did not identify any unusual difficulties associated with Salisbury's claim. *See* 65 Fed. Reg. at 70,250 (noting that it would be unreasonable to seek an extension if the claim "present[ed] no difficulty whatsoever"). To find that Prudential's justification for seeking an extension in this case constituted a "special circumstance" would mean that virtually any request for an extension would be permissible, an outcome the Department of Labor has expressly rejected. *See id.* ("[T]he time periods for decisionmaking are generally maximum periods, not automatic entitlements.").

Further cases illustrating this point include *Aitken v. Aetna Life Ins. Co.*, 2018 U.S. Dist. LEXIS 164008, (S.D.N.Y. September 25, 2018), which held that the insurance company's desire to find a specialty medical opinion is not a special circumstance allowing for extension of deciding an appeal, and *Satter v. Aetna Life Ins. Co.*, 2019 U.S. Dist. LEXIS 112734, (D. Comm Mar. 20, 2019), which held that the insurance company's failure to render a decision on appeal within forty-five (45) days and failure to appoint a reviewing doctor in a timely manner was not a "special circumstance" under 29 C.F.R. §2560.503-1(i)(1)(ii).

**E. Conclusion**

First, Lincoln is required by ERISA and by the letter I sent to Lincoln on December 27, 2024, to provide me with the attending physician statement from Dr. Pennington that was completed on 09/04/2025 as well as any other documentation related to Adam's claim that it has not already provided to me. I demand that documentation immediately.

Second, the appeal I submitted back in August was thorough, including numerous examples of federal courts eviscerating insurance companies in ERISA cases for doing to their insureds exactly what Lincoln is doing to Adam. Perhaps, Lincoln should read it. Certainly, Lincoln should decide the appeal immediately as no "special circumstance" for Lincoln to give itself yet another forty-five (45) days to respond has been provided.

Sincerely,

Marcus Vaden
Attorney at Law

MV/mhg
cc: Adam Bobb

MV
MARCUS VADEN
LAW

October 15, 2025

Via fax (402) 361-1460

Lincoln Financial Group
Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066
**Via Fax: (402) 361-1460**

| | | |
|---|---|---|
| Re: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date 45-Days After Appeal: | October 6, 2025 |

Dear Lisa K,

I am writing in response to the email you sent with a letter informing us (1) that, as a part of the process of determining whether the denial of benefits for Adam (dated December 24, 2024) was done in error, Lincoln National Life Insurance Company ("Lincoln") sent parts of Adam's file for yet another file review conducted by yet another physician who has not examined Adam; (2) that, also as part of the process of deciding the appeal, parts of Adam's file, including the appeal and the newly completed file review, was sent to yet another "vocational consultant;" (3) that I was being provided with an opportunity respond to this new information created by Lincoln; and (4) that Lincoln was giving itself another forty-five (45) days to decide Adam's appeal, as Lincoln failed to obtain and provide this new file review and this new transferrable skills analysis in a timely manner that would allow us the legally-required twenty-one (21) days to respond before Lincoln's forty-five (45) days to decide Adam's appeal expired. Of note, your letter states that Lincoln is exercising its "right to take a 45-day extension of time to decide the appeal," which is patently false and will be addressed in section D.

**A. Regarding evidence that the denial of December 24, 2024, was not based upon**

Your appeal review is limited to the reasons stated in the denial letter because one of the bedrock protections ERISA provides to claimants like Adam is that when an insurance company denies or terminates benefits, it must state the reason(s) for denying/terminating in order that the

claimant may be provided a full and fair opportunity to address those reasons. In your denial letter, you said you were denying benefits because (1) Lincoln believed, based on the file reviews and transferrable skills analysis that were completed before the denial was sent, that Adam could perform other occupations, even though he can no longer perform his own occupation, and (2) Lincoln stated that Adam had not provided Lincoln with information about his Social Security claim. Therefore, Adam's appeal was focused on (1) showing that, with his constellation of medical issues (that were not considered together and in their entirety by Lincoln's file reviews and transferable skill analyses), Adam cannot perform other occupations and (2) proving Lincoln was lying about not receiving updates regarding the status of Adam's Social Security claim. As this new file review and new transferable skill analysis did not yet exist, Adam had nothing to appeal. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America*, 30 F App'x 160, 164 (4th Cir.2002). See also, *Harlick v. Blue Shield of California*, 686 F3d 699, 720 (9th Cir. 2012) [Blue Shield had to tell Harlick the "specific reasons for the denial"-not just one reason, if there was more than one-and provide a "full and fair review" of the denial].

Since your denial of benefits was not based on this new file review and new transferable skill analysis, your request for them makes no sense. If the results of this new file review and new transferable skill analysis were used to justify a denial of benefits at this point, that would be a new reason that was not communicated in your initial denial letter. The Court has been clear that if an insurance company comes up with new reasons to deny the claim after the claimant has appealed, it must pay benefits to date because it means that the initial denial was not valid. *See Saffon v. Wells Fargo & Co. Long Term Disability Plan,* 522 F.3d 863, 872 (9th Cir. 2008) ["Coming up with a new reason for rejecting the claim at the last minute suggests that the claim administrator may be casting about for an excuse to reject the claim rather than conducting an objective evaluation."].

Finally, since this new file review and new transferable skills analysis suffer from many of the same faults and errors that previous file reviews and previous transferable skills analyses suffered from, any arguments made in the appeal submitted in August regarding a file review that applies to the new file review is reiterated here. Likewise, any arguments made in the appeal submitted in August regarding a transferable skills analysis that applies to the new transferable skills analysis is also reiterated here.

**B. Regarding Dr. Wijegunaratne's file review**

Lincoln has requested numerous file reviews from numerous medical personnel to evaluate Adam's claims. Dr. Akhondi completed a file review for Lincoln on 12/16/24; Dr. Rojhani completed a file review for Lincoln on 11/13/24; Dr. Amani completed a file review for Lincoln on 03/08/2024; Dr. Layno-Moses completed a file review for Lincoln on 03/08/2024; Nurse Phyllis T. (whose full last name is never given, but who is reportedly qualified as an RN, a MSN, and a CCM) completed a file review for Lincoln on 12/08/2023; and Dr. Finkelstein completed a file review for Lincoln on 12/07/2022. And now Dr. Wijegunaratne has completed a file review for Lincoln on 09/16/2025.

A quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> Most significantly, Lincoln failed to consider that Adam was prescribed a cane by his treating physician on September 13, 2024. The prescription from Mainline Health Systems specifically orders a "Straight Cane" for Adam's "Unilateral primary osteoarthritis, right hip" (Order ID: VXJ-BS3-KVR7-290). This prescription was provided to Lincoln on November 6, 2024, yet there is no indication . . . that this important functional limitation was . . . provided to Lincoln's reviewers or vocational consultant.

Yet, again, it appears the prescription for a cane was not provided to and/or not considered by Dr. Wijegunaratne's file review.

Another quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> Furthermore, Adam has Chronic Pain Syndrome. Chronic pain is inherently variable and unpredictable. Even if Adam might theoretically perform some job functions on "good days," employers require consistent, reliable performance. His chronic pain, documented by multiple treating physicians, creates functional limitations that fluctuate and make sustained competitive employment impossible. [Dr. Wijegunaratne's file review] appears to dismiss the significance of this diagnosis and its impact on Adam's functional capacity.

A further quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> Again, it is unclear whether Dr. [Wijegunaratne] did not receive the medical records indicating Adam's diagnosis of Chronic Pain Syndrome or whether [she] simply did not address it. Lincoln never disputed the quality, severity or frequency of Adam's pain. A failure to consider a claimant's constellation of medical issues is an abuse of discretion. *Guthrie v. Nat'l Rural Elec. Coop. Ass'n Long-Term Disability Plan*, 509 F.3d 644, 652 (4th Cir. 2007). A failure to address (not just list and ignore) complaints of pain is an abuse of discretion. *Hardt v. Reliance Standard Life Ins. Co.*, 540 F. Supp. 2d 656, 661 (E.D. Va. 2008).

An additional quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne reads, "These consistent findings from multiple treating sources cannot be dismissed based solely on file reviews, particularly when evaluating chronic pain conditions under the 'any occupation' standard. *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-1005 (2017).[1]"

[1] "Ultimately, the Court finds that Dr. Sassower's opinion is not persuasive. Dr. Sassower only conducted a paper review of Plaintiff's medical records and never examined Plaintiff in person. Although MetLife is not required to ask its physicians to conduct an in-person examination, the Ninth Circuit has viewed 'pure paper' reviews with some skepticism. *See Montour*, 588 F.3d at 634 (a 'pure paper' review 'raise[s] questions about the thoroughness and

A penultimate quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> As stated in Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne, "There is no discussion at all. [Her] report . . . amounts to "he has significant pain that is limiting him . . . but he can work." Courts routinely reject reports that are nothing more than mere conclusions backed up by little or no scientific or medical analysis. This is because mere conclusions don't tell claimants exactly what they need to do in order to obtain benefits. See, *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).[2]

A final quote from Adam's appeal that was submitted back in September and now applied to the most recent file review from Dr. Wijegunaratne is as follows:

> Furthermore, again, Lincoln must give all of the records to its independent consultants. *Metro. Life Ins. Co. v. Glenn*, 554 U.S. 105, 118 (2008). "The duty to disclose material information is the core of a fiduciary's responsibility, animating the common law of trusts long before the enactment of ERISA." *Kenseth v. Dean Health Plan, Inc.*, 610 F.3d 452, 466, quoting *Eddy v. Colonial Life Ins. Co.*, 919 F.2d 747, 750 (D.C. Cir. 1990). Lincoln failed to provide Dr. [Wijegunaratne] with critical medical information about Adam's current status that Lincoln had and, most notably, the prescription for a cane."

Thus, once again, in Adam's case there is a file review from a doctor who either was not provided all the pertinent medical records by Lincoln or disregarded pertinent medical records (i.e. the prescription for a cane, the torn rotator cuff, etc.) and who never examined Adam in person, but rather only conducted a "pure paper" review.

Additionally, Dr. Wijegunaratne discusses an attending physician statement from Dr. Pennington that was completed on 09/04/2025 and states Adam "was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only." Nonetheless, despite the fact that Dr. Pennington has actually examined Adam and with absolutely no explanation or further discussion as to why Dr. Wijegunaratne disagrees with Dr. Pennington, Dr. Wijegunaratne states,

---

accuracy of the benefits determination'); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666, 676-77 (9th Cir. 2011) (criticizing administrator's decision to not conduct an in-person examination when every physician that did so found that claimant was disabled)." *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-1005 (2017).

[2] "Specifically, courts have rejected 'conclusory statements regarding a claimant's ineligibility or benefits.' *White*, 896 F.2d at 349 (collecting cases); accord *Short*, 729 F.2d at 575 (rejecting 'baldfaced conclusions'). BenePro's failure to cite specific Plan provisions denied Leonhardt the 'opportunity to comprehend fully the reason for the denials and to know what deficiencies [his application] must overcome to be successful on appeal. *White*, 896 F.2d at 350." *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).

"I disagree with the provider's opinion on total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time."

"This provision in the final rule would not be satisfied merely by stating that the plan or a reviewing physician disagrees with the treating physician or health care professional. Rather, the rule requires that the adverse benefit determination must include a discussion of the basis for disagreeing with the health care professional's views." 81 FR 92316 at 92321.

Finally, even though, Dr. Wijegunaratne disagrees with Dr. Pennington (again, with absolutely no explanation or discussion of why she disagrees), she states that she did not even attempt to make contact with any of Adam's treating providers, because "there was no need to consult the treating provider for clarification."

In *Shaw v. AT&T Umbrella Benefit Plan No. 1*, 795 F.3d 538 (2015), the Sixth Circuit noted that the lack of meaningful engagement with treating physicians could indicate that the decision-making process was not deliberate or principled.

**C. Regarding the new transferable skills analysis**

The new transferable skill analysis uses the restrictions provided by Dr. Wijegunaratne, not the restrictions provided by Dr. Pennington. That's a problem. Again, Dr. Wijegunaratne is yet another file reviewer for Lincoln who was not provided with Adam's prescription for a cane. Thus, Dr. Wijegunaratne did not "endorse" Adam's need for a cane. Thus, the "vocational consultant," who states she is only basing her "analysis" on Dr. Wijegunaratne's file review, did not consider Adam's need for a cane in her analysis. Additionally, Dr. Wijegunaratne (with absolutely no explanation of why she disagrees with Dr. Pennington) said Adam could lift double the weight that Dr. Pennington said Adam could lift, could stand double the amount of time in an 8-hour workday that Dr. Pennington said he could, and could reach overhead triple the amount of time in an 8-hour workday that Dr. Pennington said he could.[3] Additionally, while Dr. Pennington said Adam could not walk or balance reliably in a work context, Dr. Wijegunaratne said Adam could walk and/or balance for up to 66% of an 8-hour workday; according to Dr. Wijegunaratne, Adam could spend 8 hours per day, 40 hours per week, for years, only walking and balancing. In case it hasn't been mentioned enough, here's a reminder that Adam was prescribed a cane.

Further, the "vocational consultant" is an employee of (and therefore an agent of) Lincoln. Thus, Lincoln, who has a fiduciary duty to its insured, is intentionally discarding information Lincoln has from Lincoln's insured's treating providers (the prescription for a cane, the attending physician statement, etc.) and only looking at information Lincoln has from Lincoln's independent contractors to determine whether Lincoln's insured can perform work and, thus, whether Lincoln's insured qualifies for benefits under a contract between Lincoln and Lincoln's insured. Lincoln not considering information it has when determining whether an insured qualifies for benefits is a violation of ERISA.

[3] For DOT purposes, "occasional" means performed up to 33% of an 8-hour workday, and "frequent" means performed up to 66% of an 8-hour workday.

A valid a transferrable-skills analysis must be based on a rational and fair analysis of the medical records. *Calhoun v. Life Ins. Co. of N. Am.*, 665 F. App'x 485, 495 (6th Cir. 2016). ["The transferrable-skills analyses should be discounted because they were based solely on the Trotter and Antonelli file reviews. Given that the file reviews were inadequate to explain the termination, the transferrable-skills analyses based on the conclusions from those file reviews must also be considered inadequate."]

Finally, in responding to the portion of the appeal saying Adam doesn't have the skill sets to perform the jobs identified, the "vocational consultant" says the identified jobs only require a small number of skill sets, including "compiling data" and "dealing with people." Adam doesn't have those skill sets, largely because his entire work history is physically demanding jobs. That's the point.

**D. Regarding Lincoln's patently false statement that it has a right to take a 45-day extension of time to decide the appeal**

As you know, Lincoln's appeal decision was due by October 6, 2025. The Department of Labor has determined that "an extension [beyond the ERISA-mandated 45 days] may be imposed only for reasons beyond the control of the plan." The Department has also concluded that a plan administrator's failure to provide a sufficient "special circumstance" would constitute a violation of the claims-procedure regulation. *See, Employee Retirement Income Security Act of 197 4; Rules and Regulations for Administration and Enforcement; Claims Procedure*, 65 FR 70246-01. Further, a federal court in New York held in very similar circumstances in *Salisbury v. Prudential Ins. Co. of Am.*, 238 F. Supp. 3d 444, 450 (S.D.N.Y. 2017), where Prudential granted itself an extension for no reason other than the fact that the file had been sent out for review:

> [V]irtually every appeal of the denial of a disability benefits claim will require "physician and vocational review," and thus this cannot constitute a valid "special circumstance." Additionally, the written notice of extension did not identify any unusual difficulties associated with Salisbury's claim. *See* 65 Fed. Reg. at 70,250 (noting that it would be unreasonable to seek an extension if the claim "present[ed] no difficulty whatsoever"). To find that Prudential's justification for seeking an extension in this case constituted a "special circumstance" would mean that virtually any request for an extension would be permissible, an outcome the Department of Labor has expressly rejected. *See id.* ("[T]he time periods for decisionmaking are generally maximum periods, not automatic entitlements.").

Further cases illustrating this point include *Aitken v. Aetna Life Ins. Co.*, 2018 U.S. Dist. LEXIS 164008, (S.D.N.Y. September 25, 2018), which held that the insurance company's desire to find a specialty medical opinion is not a special circumstance allowing for extension of deciding an appeal, and *Satter v. Aetna Life Ins. Co.*, 2019 U.S. Dist. LEXIS 112734, (D. Comm Mar. 20, 2019), which held that the insurance company's failure to render a decision on appeal within forty-five (45) days and failure to appoint a reviewing doctor in a timely manner was not a "special circumstance" under 29 C.F.R. §2560.503-1(i)(1)(ii).

**E. Conclusion**

First, Lincoln is required by ERISA and by the letter I sent to Lincoln on December 27, 2024, to provide me with the attending physician statement from Dr. Pennington that was completed on 09/04/2025 as well as any other documentation related to Adam's claim that it has not already provided to me. I demand that documentation immediately.

Second, the appeal I submitted back in August was thorough, including numerous examples of federal courts eviscerating insurance companies in ERISA cases for doing to their insureds exactly what Lincoln is doing to Adam. Perhaps, Lincoln should read it. Certainly, Lincoln should decide the appeal immediately as no "special circumstance" for Lincoln to give itself yet another forty-five (45) days to respond has been provided.

Sincerely,

Marcus Vaden
Attorney at Law

MV/mhg
cc: Adam Bobb

Date: Thu Sep 25 09:05:19 CDT 2025
From: Lisa Kurtz <Lisa.Kurtz@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <2033648815.8.1758809119203@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lisa Kurtz**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 INDIAN HILLS DRIVE
Omaha, NE 68114-4066
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 66442
Email: Lisa.Kurtz@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group®

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 25, 2025

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by an independent Board-Certified physician. We also had a Vocational Rehabilitation Counselor review the medical report and your appeal letter. At this time, we are providing you a copy of both reports to review and provide any response prior to Lincoln making a final determination on your appeal. We will allow you 21-days to review and respond, which will expire on 10/16/2025. Please submit any written comments or documentation to us at the address in the upper right-hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide you an opportunity to review our assessment and provide a response. Because we are providing you 21 days to submit additional information, we are exercising our right to take a 45-day extension of time to decide the appeal. Please note a determination regarding your client's appeal will be concluded within 90 active days of review.

Please note that we are not making a final determination on the disability claim at this time, as we want to provide your client with every opportunity to submit a complete response.

If we do not receive a response by 10/16/2025, then we will render our decision after allowing you the full 21 days to review as directed by the Department of Labor guidelines.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

emperion

**September 17, 2025**

**Claimant Name: Adam Bobb**

**Claim #: 1220054596 / 1220024325**

**Primary Diagnosis: Essential Hypertension, Chest Pain**

**DOD: 6/18/2021**

**DOR: 9/3/2021**

**EMPERION #: 224569-7**

**Specialty: Internal Medicine**

# Kanishka Wijegunaratne, M.D.
***Board-Certified in Internal Medicine***

CLAIMANT NAME: Bobb, Adam
EXAMINER: Kanishka Wijegunaratne, M.D.
EMPERION #: 224569-7
CLAIM #: 1220054596 / 1220024325
DATE OF LOSS: 6/18/2021
DATE OF SERVICE: 9/16/2025

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of Emperion. I reviewed records from 06/07/2021 through 10/01/2024 including:

- Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 08/10/2023 to 10/01/2024
- Terri Eubanks, DDS / Dentist, on 01/03/2024
- Matthew Wood, APRN / Advanced Practice Registered Nurse, on 02/06/2024
- Kedar Jambhekar, MD / Diagnostic Radiology, on 12/06/2023
- Panday Tarun, MD / Diagnostic Radiology, on 12/07/2023
- Theodore Hronas, MD / Diagnostic Radiology, on 05/30/2024
- Jonathan Reed, MD / Diagnostic Radiology, on 09/06/2024
- Sarah T. Barlow, PA / Physician Assistant, on 11/16/2023
- James L. Workman, MD / Diagnostic Radiology, on 06/07/2021
- Samuel E. Edwards, MD / Diagnostic Radiology, on 11/08/2021
- David G. Jong, MD / Diagnostic Radiology, on 12/27/2021
- William Deaton, MD / Diagnostic Radiology, on 02/09/2022
- Micah Fritsche, MD / Diagnostic Radiology, on 08/09/2023
- Justin Costello, DO / Diagnostic Radiology, on 08/03/2023
- Sadeem Mahmood, MD / Cardiology, extending from 10/03/2023 to 04/09/2024
- Mark Anthony Ramiro, MD / Family Practice, extending from 06/07/2021 to 08/23/2021
- R. Coleman, MD / Family Practitioner, on 06/28/2021
- Gitanjali Bajaj, MD / Diagnostic Radiology, on 11/16/2023
- Huber Ashley, MD / Obstetrics & Gynecology, on 09/01/2021
- McGhee April Summer, APRN / Advanced Practice Registered Nurse, on 09/01/2021
- Kerry F. Pennington, MD / Family Medicine, extending from 10/30/2021 to 02/28/2023
- Michael D. Cassat, MD / Orthopedic Surgeon, on 12/16/2021
- Lawrence O'Malley, MD / Orthopedic Surgeon, extending from 12/19/2021 to 12/28/2023
- Mary M. Cornaghie, MD / Resident, on 12/19/2021
- John M. Brown, DO / Family Medicine, extending from 01/25/2022 to 09/12/2024

- Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 03/23/2022 to 04/13/2022
- Scott Allison Johnson, LCSW / Licensed Clinical Social Worker, extending from 04/25/2022 to 01/01/2024

The claimant is a 42-year-old male with a medical history significant for essential hypertension and chest pain.

04/09/2024, Sadeem Mahmood, MD / Cardiology: The claimant complained of shortness of breath with exertion and at rest due to a sinus infection. He complained of fatigue associated with minimal exertion, dizziness upon standing, which he described as pre-syncope. He complained of bilateral lower extremity pain/edema. The left lower extremity pain was worse than the right. He described his discomfort as burning and heaviness in the lower extremities, which occurs at rest, at night upon standing, and after ambulation. He reported left knee and ankle swelling. Physical examination showed that his BP was 135/81. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, and sleep apnea.

04/11/2024, John Brown, DO / Family Medicine: The provider endorsed the medication of Oxycodone-acetaminophen 7.5 mg to 325 mg tablet every 8 hours for 30 days

05/06/2024, Matthew Wood, NP / Nurse Practitioner: The claimant presented for a visit with the complaint of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. The pain occurred without radiation at rest and with exertion. The pain was relieved at rest. He complained of dizziness upon standing. Also complained of bilateral lower extremity pain/edema. He described his discomfort as cramps, aching, burning, and heaviness in the lower extremities. His BP was 104/68. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, atherosclerotic heart disease, and shortness of breath. The provider recommended that the claimant follow up with a primary care physician for GAD treatment.

05/06/2024, Unknown Provider: ECG revealed sinus rhythm, vertical axis, normal variant of ECG. It was noted that it was an unconfirmed report.

05/06/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit to discuss a change of his anxiety medication. He had a history of chronic back pain, so he was started on Cymbalta. He reported that he was taking Paxil and Cymbalta with no relief from his anxiety. He had a history of CAD for which he had to have a stent. He was a chronic smoker and wanted to quit. The provider stated that the claimant’s heart condition would improve if he quit smoking. Physical examinations were unremarkable. Vital examination revealed that his BP was 96/60. The provider assessed the diagnosis of generalized anxiety disorder for which he was to start Bupropion HCL. Nicotine dependence with current use, encounter for wellness examination in adults, encounter for screening for cardiovascular disorders

05/16/2024, John Brown, DO / Family Medicine: The claimant presented for a visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. Physical examination revealed that the pain severity was 5/10. Inspection revealed a normal curvature of the cervical spine. The cervical spine was supple. The palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain when the neck was flexed anteriorly. There was no pain noted with the cervical spine extension. The claimant stated that there was a painful left lateral rotation of the cervical spine. The left lateral flexion was not associated with pain. The claimant was advised to use pain medication as prescribed. Follow-up in 2 months.

07/01/2024, Matthew Wood, NP / Nurse Practitioner: The claimant presented for a visit. He complained of shortness of breath with exertion. SOB was improved at rest. He complained of fatigue associated with minimal exertion. He complained of bilateral lower extremity pain/edema. He described his discomfort as aching and soreness in the lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Physical examinations were unremarkable. The provider assessed the diagnosis of mixed hyperlipidemia, gastroesophageal reflux disease, sleep apnea, shortness of breath, and fatigue.

07/16/2024, John Brown, DO / Family Medicine: The claimant presented for a visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. The claimant complained of cervical spine pain. Physical examination revealed that the left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

09/06/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a yearly checkup. He reported that he had chronic left knee pain without acute injuries. He reported that the pain comes and goes. The pain was aching. He experienced crepitus with certain movements. He denied laxity. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was

present. The other examinations were unremarkable. The X-ray, left (2-view) of the knee, was normal.

09/09/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit after he received a critical value of an elevated glucose with no previous diagnosis of diabetes. He reported that he had peripheral arterial disease. He was followed by Matt Wood, who collaborated with Dr Mahmood. He reported that he could not stay on his feet for a very long time without being in pain. He had been denied the claim of disability. Physical examinations were unremarkable. The provider assessed the diagnosis of type 2 diabetes mellitus with hyperglycemia, elevated glucose for which his HA1c was 11.1, and the diagnosis of depression.

09/12/2024, John Brown, DO / Family Medicine: The claimant presented for a follow-up visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. It got better with medication. Physical examination revealed that the cervical spine was supple. Palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain noted when the neck was flexed anteriorly. Painful left lateral rotation of the cervical spine was noted by the claimant. Left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. The left knee was non-tender to palpation in the medial joint line. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

09/27/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit for a lab only. The provider assessed the diagnosis of hyperglycemia. Lab test results showed that his glucose, whole blood, was 150.

09/04/2025, Kerry F. Pennington, MD / Family Medicine: The provider completed the claimant's attending physician statement form. The provider assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair.

**DIAGNOSES:** Essential Hypertension, chest pain

**CALL ATTEMPTS:**

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Essential hypertension I10
Mixed hyperlipidemia E78.2
Cervical Pain M54.2
Low back pain
Atherosclerotic heart disease
Chest pain
Sleep apnea
Type 2 diabetes Mellitus
Knee pain

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 12/26/2024 to - present & beyond, and comment on the expected duration.**

Yes, taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, there is a supported level of impairment that translates into restrictions and limitations from - 12/26/2024 to - present & beyond.

The claimant is a 42-year-old male with a medical history significant for essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical Pain, low back pain, atherosclerotic heart disease, sleep apnea, anxiety, depression, and type 2 diabetes Mellitus.

I respectfully defer the diagnoses of anxiety and depression to the appropriate specialty reviewers, as they are beyond the scope of my practice.

On 04/09/2024, the claimant complained of shortness of breath with exertion and at rest due to a sinus infection. He complained of fatigue associated with minimal exertion, dizziness upon standing, which he described as pre-syncope. He complained of bilateral lower extremity pain/edema. The left lower extremity pain was worse than the right. He described his discomfort as burning and heaviness in the lower extremities, which occurs at rest, at night upon standing, and after ambulation. He reported left knee and ankle swelling. Physical examination showed that his BP was 135/81. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, and sleep apnea.

On 04/11/2024, the provider endorsed the medication of Oxycodone-acetaminophen 7.5 mg to 325 mg tablet every 8 hours for 30 days

On 05/06/2024, the claimant presented for a visit with the complaint of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. The pain occurred without radiation at rest and with exertion. The pain was relieved at rest. He complained of dizziness upon standing. Also complained of bilateral lower extremity pain/edema. He described his discomfort as cramps, aching, burning, and heaviness in the lower extremities. His BP was 104/68. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, atherosclerotic heart disease, and shortness of breath.

Also, on 05/06/2024, ECG revealed sinus rhythm, vertical axis, normal variant of ECG. It was noted that it was an unconfirmed report.

On 05/06/2024, he reported that he had a history of chronic back pain, so he was started on Cymbalta. He reported that he was taking Paxil and Cymbalta with no relief from his anxiety. He had a history of CAD for which he had to have a stent. He was a chronic smoker and wanted to quit. The provider stated that the claimant's heart condition would improve if he quit smoking. Physical examinations were unremarkable. Vital examination revealed that his BP was 96/60. The provider assessed the diagnosis of generalized anxiety disorder for which he was to start Bupropion HCL. Nicotine dependence with current use, encounter for wellness examination in adults, encounter for screening for cardiovascular disorders

Then on 05/16/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. Physical examination revealed that the pain severity was 5/10. Inspection revealed a normal curvature of the cervical spine. The cervical spine was supple. The palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain when the neck was flexed anteriorly. There was no pain noted with the cervical spine extension. The claimant stated that there was a painful left

lateral rotation of the cervical spine. The left lateral flexion was not associated with pain. The claimant was advised to use pain medication as prescribed. Follow-up in 2 months.

Going forward, on 07/01/2024, he complained of fatigue associated with minimal exertion. He complained of bilateral lower extremity pain/edema. He described his discomfort as aching and soreness in the lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Physical examinations were unremarkable. The provider assessed the diagnosis of mixed hyperlipidemia, gastroesophageal reflux disease, sleep apnea, shortness of breath, and fatigue.

Also, on 07/16/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. The claimant complained of cervical spine pain. Physical examination revealed that the left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

In addition, on 09/06/2024, he reported that he had chronic left knee pain without acute injuries. He reported that the pain comes and goes. The pain was aching. He experienced crepitus with certain movements. He denied laxity. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was present. The other examinations were unremarkable. The X-ray, left (2-view) of the knee, was normal.

On 09/09/2024, the claimant presented for a visit after he received a critical value of an elevated glucose with no previous diagnosis of diabetes. He reported that he had peripheral arterial disease. He was followed by Matt Wood, who collaborated with Dr Mahmood. He reported that he could not stay on his feet for a very long time without being in pain. He had been denied the claim of disability. Physical examinations were unremarkable. The provider assessed the diagnosis of type 2 diabetes mellitus with hyperglycemia, elevated glucose for which his HA1c was 11.1.

On 09/12/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement.

It got better with medication. Physical examination revealed that the cervical spine was supple. Palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain noted when the neck was flexed anteriorly. Painful left lateral rotation of the cervical spine was noted by the claimant. Left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. The left knee was non-tender to palpation in the medial joint line. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

On 09/27/2024, the claimant presented for a visit for a lab only. The provider assessed the diagnosis of hyperglycemia. Lab test results showed that his glucose, whole blood, was 150.

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time.

Overall, the claimant has a history of essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical pain, low back pain, atherosclerotic heart disease, sleep apnea, and type 2 diabetes Mellitus. Regarding hypertension, there was no record of end-organ damage, renal impairment, or hypertensive crisis. Thus, this condition is non-impairing. For chest pain, he complained of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. However, no record of abnormal ECG findings or ischemic changes. Thus, this condition is non-impairing. For mixed hyperlipidemia, there was no record of peripheral vascular disease or xanthomas. Thus, this condition is non-impairing. For atherosclerotic heart disease, there was no record of myocardial infarction, heart failure or arrhythmias. Thus, this condition is non-impairing. For sleep apnea, there was no record of excessive daytime sleepiness, no use of CPAP. Thus, this condition is non-

impairing. For type 2 diabetes mellitus, although his HbA1c was 11.1, there was no record of neuropathy, diabetic foot ulcers or significant complications due to this condition. Thus, this condition is non-impairing. For knee pain, he complained of chronic left knee pain without acute injuries. He reported that the pain comes and goes, and the pain was aching. He experienced crepitus with certain movements. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was present. Going forward, examination revealed no tenderness on the medial line and there was no further complaint. Thus, this condition is non-impairing. For cervical pain, he complained of painful left lateral rotation of the cervical spine. Examination revealed that the right lateral flexion was associated with pain. For back pain, he had a history of pain. Examination revealed palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are warranted on his activities from 12/26/2024 to present & beyond.

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Frequently below the waist level BUE: unrestricted to desk level and overhead levels BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating heavy machinery
No working at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and beyond., with reassessment on or around 03/09/2026.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

No, medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**7. Based on the claimant's medication list, is there any evidence that he/she suffers any side effects from the medications that he/she is taking that would impact occupational functioning? If so, please outline specific side effects suffered, their impact on the occupational functioning and any appropriate restrictions as noted by the physician due to noted side effects.**

No, based on the claimant's medication list, there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning.

"I, Kanishka Wijegunaratne, M.D, am a physician duly licensed to practice medicine in the State of ______________________. I am an independent contractor and I am paid to

review disability claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Emperion Services.

I attest that no conflict of interest exists, this includes any situation where an individual has a material professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for utilization review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the consumer

I verify the following regarding my opinion documented in this report:

- I have the current relevant knowledge, qualifications and experience to render an opinion on this matter
- I have no relationship or affiliation with the claimant/beneficiary
- I have no past or present familial or material professional or business relationship with the attending/treating physician
- I have no incentive, financial or otherwise, that would lead me to offer an opinion other than my honest professional assessment as reflected in this report
- While I have received compensation for my time and expertise in preparing this report, the compensation I received did not influence my opinion

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned, and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Sincerely,

**Kanishka Wijegunaratne, MD**
**Board certified, Internal Medicine**
**Medical License A 135131**

Lincoln Financial

**Sarah S., M.Ed., CRC**
Vocational Rehabilitation Consultant
Group Protection

**Appeal Vocational Memorandum**

Date: 09/23/25
Claim#: 1220024325
Claimant: Adam Bobb
Employer: Trinity Village, Inc.
Pre-disability Earnings: $2,801.07/month
Benefit Amount: $1,400.00/month

**Vocational Assessment:**
VRC received this file for an Appeal TSA due to updated restrictions and limitations. An addendum was requested to include the concerns noted within the Attorney letter by Marcus Vaden Esq. dated 08/22/2025. Concerns will be addressed in the discussion portion at the end of this report.

A previous Transferable Skills Analysis (TSA) was completed on 12/18/24 by Jennifer B., MS, CRC. Please see that report for complete details of past work history, education/training, and adjustments.

**The following documentation and resources were reviewed:**
- Job Description in AWD, dated 11/04/2021
- Training-Education-Experience Form (TEE) in AWD, dated 04/17/2023
- Dictionary of Occupational Title (DOT)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Information Network (O*NET)
- Rehabilitation Survey in AWD, dated 07/26/2022
- Appeal Letter from Marcus Vaden Esq. dated 08/25/25

I have been asked to utilize restrictions and limitations from a Peer Review by Kanishka Wijegunaratne, M.D. on 09/16/25 only. They include:

"Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are warranted on his activities from 12/26/2024 to present & beyond.:

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally

Crawling: Occasionally
Reaching: Frequently below the waist level BUE: unrestricted to desk level and overhead levels BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
No climbing ladders
No operating heavy machinery
No working at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and beyond., with reassessment on or around 03/09/2026. The claimant's abilities are sustainable on a full-time basis.

No, medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question.

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

No, based on the claimant's medication list, there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning."

---

Post hoc analysis was conducted to separately assess frequent reaching below the waist, no operating heavy machinery, no working at unprotected heights as well as standing and walking restrictions as noted above.

It was identified in the previous TSA that the insured is a General Maintenance Worker with a high school diploma and vocational training in automobile mechanics. No information regarding computer use/skills, special skills, certifications held, hobbies, or interests was provided for review.

The insured has the following work history.

| DOT Code | DOT Title | Strength | Years | Months |
|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | M | 6 | 10 |
| 620.261-010 | Automobile Mechanic | M | 0 | 0 |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | H | 5 | 0 |

| | | | | |
|---|---|---|---|---|
| 372.667-018 | Correction Officer | M | 6 | 0 |

Upon review of the available information and updated restrictions and limitations, the previously identified sedentary-light occupations are viable. Wage information updated to 2024 data.

| **DOT Code** | **Occupation Title** | **Strength Level** | **Monthly Wage[1]** |
|---|---|---|---|
| 372.667-030 | Gate Guard | Light | $3,198 |
| 706.687-010 | Assembler, Production | Light | $3,234 |
| 379.367-010 | Surveillance System Monitor | Sedentary | $3,659 |

1 *Wage information is based on median 2024 national data from the Bureau of Labor Statistics.*

*The occupation(s) above have been included based on consideration of the Insured's training, education, experience, and reviewed for current existence in the national economy.*

*Note: occupations listed above verified through a review of physical demands from ERI, O*NET,* ***and/or*** *a review of material and substantial functions where data does not exist in the DOT* ***or*** *is considered out-of-date due to advancements in the occupation, technology, etc.*

Discussion Points:

1. Attorney Vaden states that the Transferable Skills Analysis is inadequate and did not consider all the information available to the Vocational Rehabilitation Consultant…it was completed without critical information such as a prescription for a cane or any other medical records except for Dr. Rojhani's file review…. additionally, Lincolns vocational rehabilitation consultant failed to use the full range of data available to her to review all medical records, interview treating physicians, failed to interview the insured, failed to assess mathematical and language skills rather than adjusting them based on the fact he received a high school diploma.

As noted previously, I have based this review solely upon the instructions of the Appeal Review Consultant (ARC) and utilized only the restrictions and limitations identified in the Peer Review Addendum dated 09/16/2025 completed by Kanishka Wijegunaratne, M.D. No other medical restrictions and limitations have been, or will be, considered for my vocational review, unless otherwise specified by the ARC. Additionally, it is important to reiterate that as a Vocational Consultant, it is outside the bounds of my area of expertise to opine on the insured's medical capacities. It is for this reason that my report is based on the medical restrictions and limitations as per the request of the Appeal Review Consultant.

The Peer Reviewer did not endorse the use of a cane, cognitive impairments of "anxiety and depression" were deferred by Dr. Wijegunaratne to appropriate specialty reviewers. Dr.

Wijegunaratne opined there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning.

Additionally, commenting on a person's use of medications as it impacts restrictions and limitations and potential work performance is outside of my vocational expertise and better left to medical professionals. Should a cognitive impairment be addressed in the future, reassessment could be completed.

Additionally, all vocational resources available to me were reviewed and listed above. I have not met with the insured for the purpose of this review. It is my professional responsibility to provide an objective opinion that reflects a full, fair, and unbiased evaluation of the individual's vocational potential and limitations. My analysis is based on established vocational principles, labor market information, and the individual's education, work history, transferable skills, and functional capabilities and as such, the alternative occupations identified above are within Mr. Bobbs' transferable skills and capabilities.

2. Further review of the Attorney Vaden's letter stated concern with," The insured is not reasonably qualified for the positions indicated as his entire work history is physically demanding jobs. Mr. Bobb has only a high school education, no computer skills, or office experience, has no experience in sedentary environments and has worked exclusively in physically demanding occupations requiring medium to heavy physical capacity…Lincoln's identified occupations (surveillance system monitor, gate guard, and production assembler) require skills and experience completely outside his background and current abilities. Given Mr. Bobb's need for an assistive device, the focus reducing side effects of his medication which affect cognitive function and alertness, chronic pain requiring frequent position changes making sustained work impossible, and unable to do these jobs for 8 hours per day, 40 hours per week an employer would not reasonably hire someone with limitations and lack of relevant experience for these positions."

Both I and the prior TSA completed on 12/18/24 by Jennifer B., MS, CRC. utilized OASYS to assist with identifying appropriate alternative occupations based on transferable skills.

As noted by OASYS:

> "A person has transferable skills when "the skilled, or semi-skilled work activities performed in past work can be used to meet the requirements of skilled, or semi-skilled work activities of other jobs or kinds of work. This depends largely on the similarity of occupationally significant work activities among different jobs. Transferability is most probable and meaningful among jobs in which:
>
> i. The same or a lesser degree of skill is required;
> ii. The same or similar tools and machines are used; and
> iii. The same or similar raw materials, products, processes, or services are involved."
>
> The definition above is identical to the Social Security Administration's as reported in the U.S. Code of Federal Regulations (20 CFR 404.1568). The Transferability of Skills Analysis (TSA) process consists of capturing the work activities (Work Fields) a person has performed in previous jobs, along with the objects upon which the work activities were

performed (Materials, Products, Subject Matter, and Services) as reported, defined and described in the Dictionary of Occupational Titles (DOT), the Handbook for Analyzing Jobs (HAJ) and the Selected Characteristics of Occupations in the Dictionary of Occupational Titles (SCO-DOT).

The data extracted from a person's work history is then used to identify a set of occupations that a worker should be able to perform. In order to process a competent skills transfer analysis, the professional must know their client's work history. Care must be taken to select the DOT occupations that best represent the jobs the client has performed successfully in past work. Bear in mind that the CFR citation is taken from the Social Security Administration's (SSA) regulations. It is useful because it provides a good operational definition of transferability of skills. Some refer to the CFR as the "law of the land." In the case of TSA, it merely describes how the SSA processes TSA related to claims. The process is commonly used because no other authoritative source that provides an operational definition, usable with data available in the DOT database, appears to exist. OASYS Job Match TSA makes use of Work Field (WF) codes as proxies for the work activities of jobs in the client's work history and Materials, Products, Subject Matter, and Services (MPSMS) codes as proxies for the objects upon which the work activities were performed. WF's are categories of technologies that reflect how work gets done and what gets done as a result of the work activities - the purpose of the job. Think of Work Fields as "what a worker does on a job." DOT occupations may contain one, two, or three Work Fields.

MPSMS are the end products upon which the work activities are performed. Think of MPSMS as "the objects on which, or with which the client performs the job." MPSMS is a derivative of the Standard Industrial Classification (SIC), which identify employers by type of business. DOT occupations may contain one, two, or three MPSMS codes. Worker Traits required to successfully perform a given job are also utilized in the TSA process. These variables include training time, general educational development, aptitudes, interests, temperaments, physical demands, environmental conditions, and relationships to data, people, and things. By searching for job possibilities which best reflect a person's work experience, then eliminating those which require function beyond or significantly below the person's capabilities expressed by Worker Traits, the resulting search output is superior to any other known method for determining transferable skills."

Based on the updated restrictions and limitations, OASYS adjustments, and review of vocational resources outlined above, the previously identified occupations of Surveillance System Monitor, Gate Guard, and Production Assembler remain viable. Surveillance System Monitor and Gate Guard are direct-closest: same work fields and same MPSMS and Production Assembler is good: similar work fields and similar MPSMS based on past work history and determining transferable skills as outlined above.

Additionally, one does not need to work in a sedentary line of work in the past in order to work in a sedentary occupation in the future. The prior physical demand level does not necessitate the skill level that is carried on throughout one's lifetime of various jobs and skillsets learned.

For example, Mr. Bobb has a prior work history in which the jobs held required an SVP level of 4- (3 months up to and including 6 months) to 7 (2-4 years of experience). The alternative occupations

SVP levels were far below this at a level 3-(Gate Guard) which includes 30-90 days and level 2 (Surveillance System Monitor) which only requires up to one month of training as well as grades 7-8 requirement for reasoning, mathematics and language) as well as the only skill set required included working under specific instructions, performing repetitive or short cycle work, dealing with people, compiling data, speaking and signaling with people and handling things.

Similarly, Production Assembler was identified at a level 2 which only requires up to one month of training, Reasoning at a 4-6 grades level, mathematics at 1-3 grade level and language at a 1-3 grade level. The skills required were working under specific instructions and performing repetitive or short cycle work. Gate Guard requires Reasoning at a 7-8 grade level, mathematics at 4-6 grade level and language at a 4-6 grade level with skills required performing repetitive or short cycle work and dealing with people.

These occupations are well within the insured's education, transferable skills and current restrictions and limitations.

3. Attorney Vaden's voiced concerns regarding Mr. Bobbs need for an assistive device, side effects of medication affecting cognitive function, frequent position changes, and inability to perform work on a sustained full-time basis.

As noted previously, I have based this review solely upon the instructions of the Appeal Review Consultant (ARC) and utilized only the restrictions and limitations identified in the Peer Review Addendum dated 09/16/2025 completed by Kanishka Wijegunaratne, M.D. No other medical restrictions and limitations have been, or will be, considered for my vocational review, unless otherwise specified by the ARC.

Additionally, it is important to reiterate that as a Vocational Consultant, it is outside the bounds of my area of expertise to opine on the insured's medical capacities. The Peer Review did not endorse the use of a cane; cognitive impairments were deferred to appropriate specialty reviewers and there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning according to Dr. Wijegunaratne. Again, commenting on a person's use of narcotic pain medication as it impacts restrictions and limitations and potential work performance is outside of my vocational expertise and better left to medical professionals. Additionally, according to the review Mr. Bobb's abilities are sustainable on a full-time basis.

Given the totality of this review, as noted above, the previously identified occupations of Surveillance System Monitor, Gate Guard, and Production Assembler remain viable.

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Sarah S., M.Ed., CRC

Certified Rehabilitation Counselor

Vocational Consultant

Group Protection

Lincoln Financial Group

**WORK HISTORY**

| DOT Code | DOT Title | Strength | SVP | Years | Months | Meets SVP | Included in TSA | CWF |
|---|---|---|---|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | M | 7 | 6 | 10 | y | y | y |
| 620.261-010 | Automobile Mechanic | M | 7 | 0 | 0 | n | y | y |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | H | 6 | 5 | 0 | y | y | y |
| 372.667-018 | Correction Officer | M | 4 | 6 | 0 | y | y | n |

**ABILITY PROFILE**

**Strength**

| | From Work History | Adjusted Ability |
|---|---|---|
| Maximum | H (Heavy) | S (Sedentary) - L (Light) |

**Physical Demands**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Posture** | | |
| CL - Climbing | Occasional | Never |
| BA - Balancing | Occasional | Never - Frequent |
| ST - Stoop/Bending | Occasional | Never - Occasional |
| KN - Kneeling | Occasional | Never - Occasional |
| CR - Crouching | Occasional | Never - Occasional |
| CW - Crawling | Occasional | Never - Occasional |
| **Manipulation** | | |
| RE - Reaching | Frequent | Never - No Limit |
| HA - Handling | Frequent | Never - No Limit |

| | | |
|---|---|---|
| FI - Fingering | Frequent | Never - No Limit |
| **Tactile/Communication** | | |
| FE - Feeling | Never | Never - No Limit |
| TA - Talking | Occasional | Never - No Limit |
| HE - Hearing | Occasional | Never - No Limit |
| TS - Tasting/Smelling | Never | Never - No Limit |
| **Vision** | | |
| NE - Near Acuity | Frequent | Never - No Limit |
| FA - Far Acuity | Frequent | Never - No Limit |
| DE - Depth Perception | Frequent | Never - No Limit |
| AC - Accommodation | Occasional | Never - No Limit |
| CV - Color Vision | Occasional | Never - Occasional |
| FV - Field of Vision | Frequent | Never - Frequent |

**Environmental Conditions**

| | **From Work History** | **Adjusted Ability** |
|---|---|---|
| **Exposure to Work Settings** | | |
| WE - Exposure to Weather | Frequent | Never - No Limit |
| CO - Extreme Cold (non-weather) | Never | Never - No Limit |
| HO - Extreme Heat (non-weather) | Never | Never - No Limit |
| WT - Wet and/or Humid (non-weather) | Never | Never - No Limit |
| NO - Noise Intensity | Loud | Very Quiet - Very Loud |
| VI - Vibration | Never | Never - No Limit |
| AT - Atmospheric Conditions (Fumes, dust, odors) | Frequent | Never - No Limit |
| **Hazardous Conditions** | | |

| | | |
|---|---|---|
| MV - Proximity to Moving Mechanical Parts | Never | Never |
| EL - Exposure to Electrical Shock | Never | Never - No Limit |
| HI - Working in High Exposed Places | Never | Never |
| RA - Exposure to Radiation | Never | Never - No Limit |
| EX - Working with Explosives | Occasional | Never - No Limit |
| TX - Exposure to Toxic or Caustic Chemicals | Never | Never - No Limit |
| OT - Other Environmental Conditions | Frequent | Never - No Limit |

**General Education Development**

| | From Work History | Adjusted Ability |
|---|---|---|
| R - Reasoning | 4 (High School) | 1 (Grade 1-3) - 4 (High School) |
| M - Math | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (Algebra) |
| L - Language | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (High School) |

**Specific Vocational Preparation**

| | From Work History | Adjusted Ability |
|---|---|---|
| SVP | 7 (2-4 Years (BA/BS)) | 1 (Short Demo Only) - 7 (2-4 Years (BA/BS)) |

**Aptitudes**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Cognition** | | |
| G - General Learning Ability | 3 (Average) | 4 (Below Average) - 3 (Average) |

| | | |
|---|---|---|
| V - Verbal | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| N - Numerical | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| **Perception** | | |
| S - Spatial Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| P - Form Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| Q - Clerical Perception | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| C - Color Discrimination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| **Dexterity** | | |
| K - Motor Coordination | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| F - Finger Dexterity | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| M - Manual Dexterity | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| E - Eye-Hand-Foot Coordination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |

**Work Situations / Temperaments**

| | From Work History | Adjusted Ability |
|---|---|---|
| **People Situations** | | |
| D - Directing, Controlling, Planning | | Avoid |
| I - Influencing Opinions, Attitudes, Judgments | | Avoid |
| E - Expressing Personal Feelings | | Avoid |
| A - Working Alone or Apart from Others | | Avoid |

| | | |
|---|---|---|
| U - Working Under Specific Instructions | | |
| P - Dealing with People | In Work History | |
| **Performance Situations** | | |
| R - Repetitive or Short Cycle Work | | |
| V - Variety of Work Activities | In Work History | |
| S - Performing Effectively Under Stress | In Work History | |
| T - Attaining Precise Set Limits, Tolerances, and Standards | In Work History | |
| J - Making Judgments and Decisions | In Work History | |

**Worker Functions Demonstrated**

| D - Data | P - People | T - Things |
|---|---|---|
| 2 - Analyzing | 6 - Speaking-Signaling | 1 - Precision Working |
| 3 - Compiling | 8 - Taking Instructions/Helping | 4 - Manipulating |
| 6 - Comparing | 7 - Handling | |

**Worker Functions Excluded**

| D - Data | P - People | T - Things |
|---|---|---|
| 0 - Synthesizing | 0 - Mentoring | 2 - Operating-Controlling |
| 1 - Coordinating | 1 - Negotiating | 3 - Driving-Operating |
| 4 - Computing | 2 - Instructing | 5 - Tending |
| | 3 - Supervising | 6 - Feeding/Offbearing |
| | 4 - Diverting | |
| | 5 - Persuading | |
| | 7 - Serving | |

**Worker Functions Included in the Occupational Search**

| D - Data | P - People | T - Things |
|---|---|---|
| 2 - Analyzing | 6 - Speaking-Signaling | 0 - Setting Up |
| 3 - Compiling | 8 - Taking Instructions/Helping | 1 - Precision Working |
| 5 - Copying | | 4 - Manipulating |
| 6 - Comparing | | 7 - Handling |

| OGA Code | Occupational Group Arrangement (OGA) |
|---|---|
| 899 | Miscellaneous Structural Work, NEC |
| 620 | Motorized Vehicle/Engineering Equip Mechanics/Repairers |
| 637 | Utilities Service Mechanics and Repairers |
| 372 | Security Guards & Correction Officers exc Crossing Tenders |

| SOC Code | Standard Occupational Classification (SOC) |
|---|---|
| 49-9071 | Maintenance and Repair Workers, General |
| 49-3023 | Automotive Service Technicians and Mechanics |
| 49-9098 | Helpers--Installation, Maintenance, and Repair Workers |
| 33-3012 | Correctional Officers and Jailers |

| GOE Code | Guide for Occupational Exploration (GOE) |
|---|---|
| 05.10.01 | STRUCTURAL |
| 05.05.09 | MECHANICAL WORK |
| 04.02.01 | DETENTION |

| DIC Code | DOT Industry Classification Designation (DIC) |
|---|---|
| 138 | ANY INDUSTRY (Many industries) |
| 154 | AUTOMOTIVE SERVICES |
| 271 | CONSTRUCTION |

| | |
|---|---|
| 425 | GOVERNMENT SERVICES |

**SPECIAL NOTES**

- For search purposes, unadjusted physical and environmental conditions are assumed to be unlimited and are therefore excluded in searches.
- Average Aptitudes assume a minimum middle third of the scales. No superior or above average values are reduced.
- Completion of regular High School assumes minimum of GED - RML = 333 and minimum average aptitudes.
- Lack of experience, unwillingness, or inability to supervise others excludes occupations from searches with a DPT - People Code = Supervising.

Report created on 09/23/2025

MV
MARCUS VADEN
LAW

October 13, 2025

Lincoln Financial Group
Lincoln National Life Insurance Co.
Attn: Brianna K, Specialist Claims, Appeals Dept. – Claims Solutions Shared Services
8801 Indian Hills Drive
Omaha, NE 68114-4066
**Via Fax: (877) 843-3950**
**Via Email: Brianna.kane@lfg.com**

| | | |
|---|---|---|
| Re: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date Appeal Submitted: | August 22, 2025 |
| | Date Response Due: | October 6, 2025 |

Dear Brianna,

Our appeal of Lincoln's letter of December 24, 2024, denying Adam benefits under his Group Long Term Disability Insurance Policy, was submitted via email, via fax, and via certified mail, return receipt requested, to Lincoln National Life Insurance Company ("Lincoln") more than forty-five (45) days ago. We have heard nothing from Lincoln in the interim.

As you know, Lincoln's appeal decision was due by October 6, 2025. The Department of Labor has determined that "an extension [beyond the ERISA-mandated 45 days] may be imposed only for reasons beyond the control of the plan." The Department has also concluded that a plan administrator's failure to provide a sufficient "special circumstance" would constitute a violation of the claims-procedure regulation.[1] *See, Employee Retirement Income Security Act of 1974; Rules and Regulations for Administration and Enforcement; Claims Procedure*, 65 FR 70246-01.

[1] A federal court in New York has recently held in a case where Prudential granted itself an extension for no reason other than the fact that the file had been sent out for review:

> [V]irtually every appeal of the denial of a disability benefits claim will require "physician and vocational review," and thus this cannot constitute a valid "special circumstance." Additionally, the written notice of extension did not identify any unusual difficulties associated with Salisbury's claim. *See* 65 Fed. Reg. at 70,250 (noting that it would be unreasonable to seek an extension if the claim "present[ed] no difficulty whatsoever"). To find that Prudential's justification for seeking an extension in this case constituted a "special circumstance" would mean that virtually any request for an extension would be permissible, an outcome the Department of Labor has expressly rejected.

As stated above, my office has heard nothing from Lincoln since submitting the appeal. If we do not have Lincoln's decision on this appeal, which was due October 6, 2025, by October 20, 2025, we will be forced to surmise that this claim has been "deemed denied," that Adam has exhausted his administrative remedies, and that the only way to preserve Adam's rights is by filing suit.

Your initial wrongful denial of benefits caused harm to Adam on a number of levels. Stop compounding it. Decide the appeal.

Sincerely,

Marcus Vaden
Attorney at Law

MV/mhg
cc: Adam Bobb

---

*See id.* ("[T]he time periods for decisionmaking are generally maximum periods, not automatic entitlements.").

*Salisbury v. Prudential Ins. Co. of Am.*, 238 F. Supp. 3d 444, 450 (S.D.N.Y. 2017).

MV
MARCUS VADEN
LAW

October 13, 2025

Lincoln Financial Group
Lincoln National Life Insurance Co.
Attn: Brianna K, Specialist Claims, Appeals Dept. – Claims Solutions Shared Services
8801 Indian Hills Drive
Omaha, NE 68114-4066
**Via Fax: (877) 843-3950**
**Via Email: Brianna.kane@lfg.com**

| | | |
|---|---|---|
| Re: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date Appeal Submitted: | August 22, 2025 |
| | Date Response Due: | October 6, 2025 |

Dear Brianna,

Our appeal of Lincoln's letter of December 24, 2024, denying Adam benefits under his Group Long Term Disability Insurance Policy, was submitted via email, via fax, and via certified mail, return receipt requested, to Lincoln National Life Insurance Company ("Lincoln") more than forty-five (45) days ago. We have heard nothing from Lincoln in the interim.

As you know, Lincoln's appeal decision was due by October 6, 2025. The Department of Labor has determined that "an extension [beyond the ERISA-mandated 45 days] may be imposed only for reasons beyond the control of the plan." The Department has also concluded that a plan administrator's failure to provide a sufficient "special circumstance" would constitute a violation of the claims-procedure regulation.[1] *See, Employee Retirement Income Security Act of 197 4; Rules and Regulations for Administration and Enforcement; Claims Procedure*, 65 FR 70246-01.

[1] A federal court in New York has recently held in a case where Prudential granted itself an extension for no reason other than the fact that the file had been sent out for review:

> [V]irtually every appeal of the denial of a disability benefits claim will require "physician and vocational review," and thus this cannot constitute a valid "special circumstance." Additionally, the written notice of extension did not identify any unusual difficulties associated with Salisbury's claim. *See* 65 Fed. Reg. at 70,250 (noting that it would be unreasonable to seek an extension if the claim "present[ed] no difficulty whatsoever"). To find that Prudential's justification for seeking an extension in this case constituted a "special circumstance" would mean that virtually any request for an extension would be permissible, an outcome the Department of Labor has expressly rejected.

As stated above, my office has heard nothing from Lincoln since submitting the appeal. If we do not have Lincoln's decision on this appeal, which was due October 6, 2025, by October 20, 2025, we will be forced to surmise that this claim has been "deemed denied," that Adam has exhausted his administrative remedies, and that the only way to preserve Adam's rights is by filing suit.

Your initial wrongful denial of benefits caused harm to Adam on a number of levels. Stop compounding it. Decide the appeal.

Sincerely,

Marcus Vaden
Attorney at Law

MV/mhg
cc: Adam Bobb

*See id.* ("[T]he time periods for decisionmaking are generally maximum periods, not automatic entitlements.").

*Salisbury v. Prudential Ins. Co. of Am.*, 238 F. Supp. 3d 444, 450 (S.D.N.Y. 2017).

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Brianna Kane Specialist Claims Appeal Dept.**
Fax number: **877-843-3950**
Date: October 13, 2025
RE: Adam Bobb
Claim Number 1220024325
Policy Number 000010201375
Policy Holder Trinity village, Inc
Date of Denial Letter December 24,2024
Date Appeal Submitted August 22, 2025
Date Response Due October 6, 2025

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

October 13, 2025

Lincoln Financial Group
Lincoln National Life Insurance Co.
Attn: Brianna K, Specialist Claims, Appeals Dept. – Claims Solutions Shared Services
8801 Indian Hills Drive
Omaha, NE 68114-4066
**Via Fax: (877) 843-3950**
**Via Email: Brianna.kane@lfg.com**

| | | |
|---|---|---|
| Re: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date Appeal Submitted: | August 22, 2025 |
| | Date Response Due: | October 6, 2025 |

Dear Brianna,

Our appeal of Lincoln's letter of December 24, 2024, denying Adam benefits under his Group Long Term Disability Insurance Policy, was submitted via email, via fax, and via certified mail, return receipt requested, to Lincoln National Life Insurance Company ("Lincoln") more than forty-five (45) days ago. We have heard nothing from Lincoln in the interim.

As you know, Lincoln's appeal decision was due by October 6, 2025. The Department of Labor has determined that "an extension [beyond the ERISA-mandated 45 days] may be imposed only for reasons beyond the control of the plan." The Department has also concluded that a plan administrator's failure to provide a sufficient "special circumstance" would constitute a violation of the claims-procedure regulation.[1] *See, Employee Retirement Income Security Act of 197 4; Rules and Regulations for Administration and Enforcement; Claims Procedure*, 65 FR 70246-01.

[1] A federal court in New York has recently held in a case where Prudential granted itself an extension for no reason other than the fact that the file had been sent out for review:

> [V]irtually every appeal of the denial of a disability benefits claim will require "physician and vocational review," and thus this cannot constitute a valid "special circumstance." Additionally, the written notice of extension did not identify any unusual difficulties associated with Salisbury's claim. *See* 65 Fed. Reg. at 70,250 (noting that it would be unreasonable to seek an extension if the claim "present[ed] no difficulty whatsoever"). To find that Prudential's justification for seeking an extension in this case constituted a "special circumstance" would mean that virtually any request for an extension would be permissible, an outcome the Department of Labor has expressly rejected.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

As stated above, my office has heard nothing from Lincoln since submitting the appeal. If we do not have Lincoln's decision on this appeal, which was due October 6, 2025, by October 20, 2025, we will be forced to surmise that this claim has been "deemed denied," that Adam has exhausted his administrative remedies, and that the only way to preserve Adam's rights is by filing suit.

Your initial wrongful denial of benefits caused harm to Adam on a number of levels. Stop compounding it. Decide the appeal.

Sincerely,

Marcus Vaden
Attorney at Law

MV/mhg
cc: Adam Bobb

---

*See id.* ("[T]he time periods for decisionmaking are generally maximum periods, not automatic entitlements.").

*Salisbury v. Prudential Ins. Co. of Am.*, 238 F. Supp. 3d 444, 450 (S.D.N.Y. 2017).

Date: Thu Sep 25 09:05:19 CDT 2025
From: Lisa Kurtz <Lisa.Kurtz@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <2033648815.8.1758809119203@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lisa Kurtz**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 INDIAN HILLS DRIVE
Omaha, NE 68114-4066
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 66442
Email: Lisa.Kurtz@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 25, 2025

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by an independent Board-Certified physician. We also had a Vocational Rehabilitation Counselor review the medical report and your appeal letter. At this time, we are providing you a copy of both reports to review and provide any response prior to Lincoln making a final determination on your appeal. We will allow you 21-days to review and respond, which will expire on 10/16/2025. Please submit any written comments or documentation to us at the address in the upper right-hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide you an opportunity to review our assessment and provide a response. Because we are providing you 21 days to submit additional information, we are exercising our right to take a 45-day extension of time to decide the appeal. Please note a determination regarding your client's appeal will be concluded within 90 active days of review.

Please note that we are not making a final determination on the disability claim at this time, as we want to provide your client with every opportunity to submit a complete response.

If we do not receive a response by 10/16/2025, then we will render our decision after allowing you the full 21 days to review as directed by the Department of Labor guidelines.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

emperion

**September 17, 2025**

**Claimant Name: Adam Bobb**

**Claim #: 1220054596 / 1220024325**

**Primary Diagnosis: Essential Hypertension, Chest Pain**

**DOD: 6/18/2021**

**DOR: 9/3/2021**

**EMPERION #: 224569-7**

**Specialty: Internal Medicine**

# Kanishka Wijegunaratne, M.D.
***Board-Certified in Internal Medicine***

CLAIMANT NAME: Bobb, Adam
EXAMINER: Kanishka Wijegunaratne, M.D.
EMPERION #: 224569-7
CLAIM #: 1220054596 / 1220024325
DATE OF LOSS: 6/18/2021
DATE OF SERVICE: 9/16/2025

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of Emperion. I reviewed records from 06/07/2021 through 10/01/2024 including:

- Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 08/10/2023 to 10/01/2024
- Terri Eubanks, DDS / Dentist, on 01/03/2024
- Matthew Wood, APRN / Advanced Practice Registered Nurse, on 02/06/2024
- Kedar Jambhekar, MD / Diagnostic Radiology, on 12/06/2023
- Panday Tarun, MD / Diagnostic Radiology, on 12/07/2023
- Theodore Hronas, MD / Diagnostic Radiology, on 05/30/2024
- Jonathan Reed, MD / Diagnostic Radiology, on 09/06/2024
- Sarah T. Barlow, PA / Physician Assistant, on 11/16/2023
- James L. Workman, MD / Diagnostic Radiology, on 06/07/2021
- Samuel E. Edwards, MD / Diagnostic Radiology, on 11/08/2021
- David G. Jong, MD / Diagnostic Radiology, on 12/27/2021
- William Deaton, MD / Diagnostic Radiology, on 02/09/2022
- Micah Fritsche, MD / Diagnostic Radiology, on 08/09/2023
- Justin Costello, DO / Diagnostic Radiology, on 08/03/2023
- Sadeem Mahmood, MD / Cardiology, extending from 10/03/2023 to 04/09/2024
- Mark Anthony Ramiro, MD / Family Practice, extending from 06/07/2021 to 08/23/2021
- R. Coleman, MD / Family Practitioner, on 06/28/2021
- Gitanjali Bajaj, MD / Diagnostic Radiology, on 11/16/2023
- Huber Ashley, MD / Obstetrics & Gynecology, on 09/01/2021
- McGhee April Summer, APRN / Advanced Practice Registered Nurse, on 09/01/2021
- Kerry F. Pennington, MD / Family Medicine, extending from 10/30/2021 to 02/28/2023
- Michael D. Cassat, MD / Orthopedic Surgeon, on 12/16/2021
- Lawrence O'Malley, MD / Orthopedic Surgeon, extending from 12/19/2021 to 12/28/2023
- Mary M. Cornaghie, MD / Resident, on 12/19/2021
- John M. Brown, DO / Family Medicine, extending from 01/25/2022 to 09/12/2024

- Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 03/23/2022 to 04/13/2022
- Scott Allison Johnson, LCSW / Licensed Clinical Social Worker, extending from 04/25/2022 to 01/01/2024

The claimant is a 42-year-old male with a medical history significant for essential hypertension and chest pain.

04/09/2024, Sadeem Mahmood, MD / Cardiology: The claimant complained of shortness of breath with exertion and at rest due to a sinus infection. He complained of fatigue associated with minimal exertion, dizziness upon standing, which he described as pre-syncope. He complained of bilateral lower extremity pain/edema. The left lower extremity pain was worse than the right. He described his discomfort as burning and heaviness in the lower extremities, which occurs at rest, at night upon standing, and after ambulation. He reported left knee and ankle swelling. Physical examination showed that his BP was 135/81. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, and sleep apnea.

04/11/2024, John Brown, DO / Family Medicine: The provider endorsed the medication of Oxycodone-acetaminophen 7.5 mg to 325 mg tablet every 8 hours for 30 days

05/06/2024, Matthew Wood, NP / Nurse Practitioner: The claimant presented for a visit with the complaint of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. The pain occurred without radiation at rest and with exertion. The pain was relieved at rest. He complained of dizziness upon standing. Also complained of bilateral lower extremity pain/edema. He described his discomfort as cramps, aching, burning, and heaviness in the lower extremities. His BP was 104/68. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, atherosclerotic heart disease, and shortness of breath. The provider recommended that the claimant follow up with a primary care physician for GAD treatment.

05/06/2024, Unknown Provider: ECG revealed sinus rhythm, vertical axis, normal variant of ECG. It was noted that it was an unconfirmed report.

05/06/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit to discuss a change of his anxiety medication. He had a history of chronic back pain, so he was started on Cymbalta. He reported that he was taking Paxil and Cymbalta with no relief from his anxiety. He had a history of CAD for which he had to have a stent. He was a chronic smoker and wanted to quit. The provider stated that the claimant's heart condition would improve if he quit smoking. Physical examinations were unremarkable. Vital examination revealed that his BP was 96/60. The provider assessed the diagnosis of generalized anxiety disorder for which he was to start Bupropion HCL. Nicotine dependence with current use, encounter for wellness examination in adults, encounter for screening for cardiovascular disorders

05/16/2024, John Brown, DO / Family Medicine: The claimant presented for a visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. Physical examination revealed that the pain severity was 5/10. Inspection revealed a normal curvature of the cervical spine. The cervical spine was supple. The palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain when the neck was flexed anteriorly. There was no pain noted with the cervical spine extension. The claimant stated that there was a painful left lateral rotation of the cervical spine. The left lateral flexion was not associated with pain. The claimant was advised to use pain medication as prescribed. Follow-up in 2 months.

07/01/2024, Matthew Wood, NP / Nurse Practitioner: The claimant presented for a visit. He complained of shortness of breath with exertion. SOB was improved at rest. He complained of fatigue associated with minimal exertion. He complained of bilateral lower extremity pain/edema. He described his discomfort as aching and soreness in the lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Physical examinations were unremarkable. The provider assessed the diagnosis of mixed hyperlipidemia, gastroesophageal reflux disease, sleep apnea, shortness of breath, and fatigue.

07/16/2024, John Brown, DO / Family Medicine: The claimant presented for a visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. The claimant complained of cervical spine pain. Physical examination revealed that the left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

09/06/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a yearly checkup. He reported that he had chronic left knee pain without acute injuries. He reported that the pain comes and goes. The pain was aching. He experienced crepitus with certain movements. He denied laxity. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was

present. The other examinations were unremarkable. The X-ray, left (2-view) of the knee, was normal.

09/09/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit after he received a critical value of an elevated glucose with no previous diagnosis of diabetes. He reported that he had peripheral arterial disease. He was followed by Matt Wood, who collaborated with Dr Mahmood. He reported that he could not stay on his feet for a very long time without being in pain. He had been denied the claim of disability. Physical examinations were unremarkable. The provider assessed the diagnosis of type 2 diabetes mellitus with hyperglycemia, elevated glucose for which his HA1c was 11.1, and the diagnosis of depression.

09/12/2024, John Brown, DO / Family Medicine: The claimant presented for a follow-up visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. It got better with medication. Physical examination revealed that the cervical spine was supple. Palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain noted when the neck was flexed anteriorly. Painful left lateral rotation of the cervical spine was noted by the claimant. Left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. The left knee was non-tender to palpation in the medial joint line. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

09/27/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit for a lab only. The provider assessed the diagnosis of hyperglycemia. Lab test results showed that his glucose, whole blood, was 150.

09/04/2025, Kerry F. Pennington, MD / Family Medicine: The provider completed the claimant's attending physician statement form. The provider assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair.

**DIAGNOSES:** Essential Hypertension, chest pain

**CALL ATTEMPTS:**

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Essential hypertension I10
Mixed hyperlipidemia E78.2
Cervical Pain M54.2
Low back pain
Atherosclerotic heart disease
Chest pain
Sleep apnea
Type 2 diabetes Mellitus
Knee pain

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 12/26/2024 to - present & beyond, and comment on the expected duration.**

Yes, taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, there is a supported level of impairment that translates into restrictions and limitations from - 12/26/2024 to - present & beyond.

The claimant is a 42-year-old male with a medical history significant for essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical Pain, low back pain, atherosclerotic heart disease, sleep apnea, anxiety, depression, and type 2 diabetes Mellitus.

I respectfully defer the diagnoses of anxiety and depression to the appropriate specialty reviewers, as they are beyond the scope of my practice.

On 04/09/2024, the claimant complained of shortness of breath with exertion and at rest due to a sinus infection. He complained of fatigue associated with minimal exertion, dizziness upon standing, which he described as pre-syncope. He complained of bilateral lower extremity pain/edema. The left lower extremity pain was worse than the right. He described his discomfort as burning and heaviness in the lower extremities, which occurs at rest, at night upon standing, and after ambulation. He reported left knee and ankle swelling. Physical examination showed that his BP was 135/81. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, and sleep apnea.

On 04/11/2024, the provider endorsed the medication of Oxycodone-acetaminophen 7.5 mg to 325 mg tablet every 8 hours for 30 days

On 05/06/2024, the claimant presented for a visit with the complaint of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. The pain occurred without radiation at rest and with exertion. The pain was relieved at rest. He complained of dizziness upon standing. Also complained of bilateral lower extremity pain/edema. He described his discomfort as cramps, aching, burning, and heaviness in the lower extremities. His BP was 104/68. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, atherosclerotic heart disease, and shortness of breath.

Also, on 05/06/2024, ECG revealed sinus rhythm, vertical axis, normal variant of ECG. It was noted that it was an unconfirmed report.

On 05/06/2024, he reported that he had a history of chronic back pain, so he was started on Cymbalta. He reported that he was taking Paxil and Cymbalta with no relief from his anxiety. He had a history of CAD for which he had to have a stent. He was a chronic smoker and wanted to quit. The provider stated that the claimant's heart condition would improve if he quit smoking. Physical examinations were unremarkable. Vital examination revealed that his BP was 96/60. The provider assessed the diagnosis of generalized anxiety disorder for which he was to start Bupropion HCL. Nicotine dependence with current use, encounter for wellness examination in adults, encounter for screening for cardiovascular disorders

Then on 05/16/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. Physical examination revealed that the pain severity was 5/10. Inspection revealed a normal curvature of the cervical spine. The cervical spine was supple. The palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain when the neck was flexed anteriorly. There was no pain noted with the cervical spine extension. The claimant stated that there was a painful left

lateral rotation of the cervical spine. The left lateral flexion was not associated with pain. The claimant was advised to use pain medication as prescribed. Follow-up in 2 months.

Going forward, on 07/01/2024, he complained of fatigue associated with minimal exertion. He complained of bilateral lower extremity pain/edema. He described his discomfort as aching and soreness in the lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Physical examinations were unremarkable. The provider assessed the diagnosis of mixed hyperlipidemia, gastroesophageal reflux disease, sleep apnea, shortness of breath, and fatigue.

Also, on 07/16/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. The claimant complained of cervical spine pain. Physical examination revealed that the left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

In addition, on 09/06/2024, he reported that he had chronic left knee pain without acute injuries. He reported that the pain comes and goes. The pain was aching. He experienced crepitus with certain movements. He denied laxity. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was present. The other examinations were unremarkable. The X-ray, left (2-view) of the knee, was normal.

On 09/09/2024, the claimant presented for a visit after he received a critical value of an elevated glucose with no previous diagnosis of diabetes. He reported that he had peripheral arterial disease. He was followed by Matt Wood, who collaborated with Dr Mahmood. He reported that he could not stay on his feet for a very long time without being in pain. He had been denied the claim of disability. Physical examinations were unremarkable. The provider assessed the diagnosis of type 2 diabetes mellitus with hyperglycemia, elevated glucose for which his HA1c was 11.1.

On 09/12/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement.

It got better with medication. Physical examination revealed that the cervical spine was supple. Palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain noted when the neck was flexed anteriorly. Painful left lateral rotation of the cervical spine was noted by the claimant. Left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. The left knee was non-tender to palpation in the medial joint line. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

On 09/27/2024, the claimant presented for a visit for a lab only. The provider assessed the diagnosis of hyperglycemia. Lab test results showed that his glucose, whole blood, was 150.

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time.

Overall, the claimant has a history of essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical pain, low back pain, atherosclerotic heart disease, sleep apnea, and type 2 diabetes Mellitus. Regarding hypertension, there was no record of end-organ damage, renal impairment, or hypertensive crisis. Thus, this condition is non-impairing. For chest pain, he complained of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. However, no record of abnormal ECG findings or ischemic changes. Thus, this condition is non-impairing. For mixed hyperlipidemia, there was no record of peripheral vascular disease or xanthomas. Thus, this condition is non-impairing. For atherosclerotic heart disease, there was no record of myocardial infarction, heart failure or arrhythmias. Thus, this condition is non-impairing. For sleep apnea, there was no record of excessive daytime sleepiness, no use of CPAP. Thus, this condition is non-

impairing. For type 2 diabetes mellitus, although his HbA1c was 11.1, there was no record of neuropathy, diabetic foot ulcers or significant complications due to this condition. Thus, this condition is non-impairing. For knee pain, he complained of chronic left knee pain without acute injuries. He reported that the pain comes and goes, and the pain was aching. He experienced crepitus with certain movements. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was present. Going forward, examination revealed no tenderness on the medial line and there was no further complaint. Thus, this condition is non-impairing. For cervical pain, he complained of painful left lateral rotation of the cervical spine. Examination revealed that the right lateral flexion was associated with pain. For back pain, he had a history of pain. Examination revealed palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are warranted on his activities from 12/26/2024 to present & beyond.

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Frequently below the waist level BUE: unrestricted to desk level and overhead levels BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating heavy machinery
No working at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and beyond., with reassessment on or around 03/09/2026.

The claimant's abilities are sustainable on a full-time basis.

4. **Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

No, medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

5. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

6. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

7. **Based on the claimant's medication list, is there any evidence that he/she suffers any side effects from the medications that he/she is taking that would impact occupational functioning? If so, please outline specific side effects suffered, their impact on the occupational functioning and any appropriate restrictions as noted by the physician due to noted side effects.**

No, based on the claimant's medication list, there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning.

"I, Kanishka Wijegunaratne, M.D, am a physician duly licensed to practice medicine in the State of ______________________. I am an independent contractor and I am paid to

review disability claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Emperion Services.

I attest that no conflict of interest exists, this includes any situation where an individual has a material professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for utilization review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the consumer

I verify the following regarding my opinion documented in this report:

- I have the current relevant knowledge, qualifications and experience to render an opinion on this matter
- I have no relationship or affiliation with the claimant/beneficiary
- I have no past or present familial or material professional or business relationship with the attending/treating physician
- I have no incentive, financial or otherwise, that would lead me to offer an opinion other than my honest professional assessment as reflected in this report
- While I have received compensation for my time and expertise in preparing this report, the compensation I received did not influence my opinion

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned, and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Sincerely,

**Kanishka Wijegunaratne, MD**
**Board certified, Internal Medicine**
**Medical License A 135131**

Lincoln Financial

**Sarah S., M.Ed., CRC**
Vocational Rehabilitation Consultant
Group Protection

**Appeal Vocational Memorandum**

Date: 09/23/25
Claim#: 1220024325
Claimant: Adam Bobb
Employer: Trinity Village, Inc.
Pre-disability Earnings: $2,801.07/month
Benefit Amount: $1,400.00/month

**Vocational Assessment:**
VRC received this file for an Appeal TSA due to updated restrictions and limitations. An addendum was requested to include the concerns noted within the Attorney letter by Marcus Vaden Esq. dated 08/22/2025. Concerns will be addressed in the discussion portion at the end of this report.

A previous Transferable Skills Analysis (TSA) was completed on 12/18/24 by Jennifer B., MS, CRC. Please see that report for complete details of past work history, education/training, and adjustments.

**The following documentation and resources were reviewed:**
- Job Description in AWD, dated 11/04/2021
- Training-Education-Experience Form (TEE) in AWD, dated 04/17/2023
- Dictionary of Occupational Title (DOT)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Information Network (O*NET)
- Rehabilitation Survey in AWD, dated 07/26/2022
- Appeal Letter from Marcus Vaden Esq. dated 08/25/25

I have been asked to utilize restrictions and limitations from a Peer Review by Kanishka Wijegunaratne, M.D. on 09/16/25 only. They include:

"Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are warranted on his activities from 12/26/2024 to present & beyond.:

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally

Crawling: Occasionally
Reaching: Frequently below the waist level BUE: unrestricted to desk level and overhead levels BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
No climbing ladders
No operating heavy machinery
No working at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and beyond., with reassessment on or around 03/09/2026. The claimant's abilities are sustainable on a full-time basis.

No, medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question.

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

No, based on the claimant's medication list, there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning."

---

Post hoc analysis was conducted to separately assess frequent reaching below the waist, no operating heavy machinery, no working at unprotected heights as well as standing and walking restrictions as noted above.

It was identified in the previous TSA that the insured is a General Maintenance Worker with a high school diploma and vocational training in automobile mechanics. No information regarding computer use/skills, special skills, certifications held, hobbies, or interests was provided for review.

The insured has the following work history.

| **DOT Code** | **DOT Title** | **Strength** | **Years** | **Months** |
|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | M | 6 | 10 |
| 620.261-010 | Automobile Mechanic | M | 0 | 0 |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | H | 5 | 0 |

| | | | | |
|---|---|---|---|---|
| 372.667-018 | Correction Officer | M | 6 | 0 |

Upon review of the available information and updated restrictions and limitations, the previously identified sedentary-light occupations are viable. Wage information updated to 2024 data.

| **DOT Code** | **Occupation Title** | **Strength Level** | **Monthly Wage[1]** |
|---|---|---|---|
| 372.667-030 | Gate Guard | Light | $3,198 |
| 706.687-010 | Assembler, Production | Light | $3,234 |
| 379.367-010 | Surveillance System Monitor | Sedentary | $3,659 |

1 *Wage information is based on median 2024 national data from the Bureau of Labor Statistics.*

*The occupation(s) above have been included based on consideration of the Insured's training, education, experience, and reviewed for current existence in the national economy.*

*Note: occupations listed above verified through a review of physical demands from ERI, O*NET,* ***and/or*** *a review of material and substantial functions where data does not exist in the DOT* ***or*** *is considered out-of-date due to advancements in the occupation, technology, etc.*

Discussion Points:

1. Attorney Vaden states that the Transferable Skills Analysis is inadequate and did not consider all the information available to the Vocational Rehabilitation Consultant…it was completed without critical information such as a prescription for a cane or any other medical records except for Dr. Rojhani's file review…. additionally, Lincolns vocational rehabilitation consultant failed to use the full range of data available to her to review all medical records, interview treating physicians, failed to interview the insured, failed to assess mathematical and language skills rather than adjusting them based on the fact he received a high school diploma.

As noted previously, I have based this review solely upon the instructions of the Appeal Review Consultant (ARC) and utilized only the restrictions and limitations identified in the Peer Review Addendum dated 09/16/2025 completed by Kanishka Wijegunaratne, M.D. No other medical restrictions and limitations have been, or will be, considered for my vocational review, unless otherwise specified by the ARC. Additionally, it is important to reiterate that as a Vocational Consultant, it is outside the bounds of my area of expertise to opine on the insured's medical capacities. It is for this reason that my report is based on the medical restrictions and limitations as per the request of the Appeal Review Consultant.

The Peer Reviewer did not endorse the use of a cane, cognitive impairments of "anxiety and depression" were deferred by Dr. Wijegunaratne to appropriate specialty reviewers. Dr.

Wijegunaratne opined there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning.

Additionally, commenting on a person's use of medications as it impacts restrictions and limitations and potential work performance is outside of my vocational expertise and better left to medical professionals. Should a cognitive impairment be addressed in the future, reassessment could be completed.

Additionally, all vocational resources available to me were reviewed and listed above. I have not met with the insured for the purpose of this review. It is my professional responsibility to provide an objective opinion that reflects a full, fair, and unbiased evaluation of the individual's vocational potential and limitations. My analysis is based on established vocational principles, labor market information, and the individual's education, work history, transferable skills, and functional capabilities and as such, the alternative occupations identified above are within Mr. Bobbs' transferable skills and capabilities.

2. Further review of the Attorney Vaden's letter stated concern with," The insured is not reasonably qualified for the positions indicated as his entire work history is physically demanding jobs. Mr. Bobb has only a high school education, no computer skills, or office experience, has no experience in sedentary environments and has worked exclusively in physically demanding occupations requiring medium to heavy physical capacity…Lincoln's identified occupations (surveillance system monitor, gate guard, and production assembler) require skills and experience completely outside his background and current abilities. Given Mr. Bobb's need for an assistive device, the focus reducing side effects of his medication which affect cognitive function and alertness, chronic pain requiring frequent position changes making sustained work impossible, and unable to do these jobs for 8 hours per day, 40 hours per week an employer would not reasonably hire someone with limitations and lack of relevant experience for these positions."

Both I and the prior TSA completed on 12/18/24 by Jennifer B., MS, CRC. utilized OASYS to assist with identifying appropriate alternative occupations based on transferable skills.

As noted by OASYS:

> "A person has transferable skills when "the skilled, or semi-skilled work activities performed in past work can be used to meet the requirements of skilled, or semi-skilled work activities of other jobs or kinds of work. This depends largely on the similarity of occupationally significant work activities among different jobs. Transferability is most probable and meaningful among jobs in which:
>
> i. The same or a lesser degree of skill is required;
> ii. The same or similar tools and machines are used; and
> iii. The same or similar raw materials, products, processes, or services are involved."
>
> The definition above is identical to the Social Security Administration's as reported in the U.S. Code of Federal Regulations (20 CFR 404.1568). The Transferability of Skills Analysis (TSA) process consists of capturing the work activities (Work Fields) a person has performed in previous jobs, along with the objects upon which the work activities were

performed (Materials, Products, Subject Matter, and Services) as reported, defined and described in the Dictionary of Occupational Titles (DOT), the Handbook for Analyzing Jobs (HAJ) and the Selected Characteristics of Occupations in the Dictionary of Occupational Titles (SCO-DOT).

The data extracted from a person's work history is then used to identify a set of occupations that a worker should be able to perform. In order to process a competent skills transfer analysis, the professional must know their client's work history. Care must be taken to select the DOT occupations that best represent the jobs the client has performed successfully in past work. Bear in mind that the CFR citation is taken from the Social Security Administration's (SSA) regulations. It is useful because it provides a good operational definition of transferability of skills. Some refer to the CFR as the "law of the land." In the case of TSA, it merely describes how the SSA processes TSA related to claims. The process is commonly used because no other authoritative source that provides an operational definition, usable with data available in the DOT database, appears to exist. OASYS Job Match TSA makes use of Work Field (WF) codes as proxies for the work activities of jobs in the client's work history and Materials, Products, Subject Matter, and Services (MPSMS) codes as proxies for the objects upon which the work activities were performed. WF's are categories of technologies that reflect how work gets done and what gets done as a result of the work activities - the purpose of the job. Think of Work Fields as "what a worker does on a job." DOT occupations may contain one, two, or three Work Fields.

MPSMS are the end products upon which the work activities are performed. Think of MPSMS as "the objects on which, or with which the client performs the job." MPSMS is a derivative of the Standard Industrial Classification (SIC), which identify employers by type of business. DOT occupations may contain one, two, or three MPSMS codes. Worker Traits required to successfully perform a given job are also utilized in the TSA process. These variables include training time, general educational development, aptitudes, interests, temperaments, physical demands, environmental conditions, and relationships to data, people, and things. By searching for job possibilities which best reflect a person's work experience, then eliminating those which require function beyond or significantly below the person's capabilities expressed by Worker Traits, the resulting search output is superior to any other known method for determining transferable skills."

Based on the updated restrictions and limitations, OASYS adjustments, and review of vocational resources outlined above, the previously identified occupations of Surveillance System Monitor, Gate Guard, and Production Assembler remain viable. Surveillance System Monitor and Gate Guard are direct-closest: same work fields and same MPSMS and Production Assembler is good: similar work fields and similar MPSMS based on past work history and determining transferable skills as outlined above.

Additionally, one does not need to work in a sedentary line of work in the past in order to work in a sedentary occupation in the future. The prior physical demand level does not necessitate the skill level that is carried on throughout one's lifetime of various jobs and skillsets learned.

For example, Mr. Bobb has a prior work history in which the jobs held required an SVP level of 4- (3 months up to and including 6 months) to 7 (2-4 years of experience). The alternative occupations

SVP levels were far below this at a level 3-(Gate Guard) which includes 30-90 days and level 2 (Surveillance System Monitor) which only requires up to one month of training as well as grades 7-8 requirement for reasoning, mathematics and language) as well as the only skill set required included working under specific instructions, performing repetitive or short cycle work, dealing with people, compiling data, speaking and signaling with people and handling things.

Similarly, Production Assembler was identified at a level 2 which only requires up to one month of training, Reasoning at a 4-6 grades level, mathematics at 1-3 grade level and language at a 1-3 grade level. The skills required were working under specific instructions and performing repetitive or short cycle work. Gate Guard requires Reasoning at a 7-8 grade level, mathematics at 4-6 grade level and language at a 4-6 grade level with skills required performing repetitive or short cycle work and dealing with people.

These occupations are well within the insured's education, transferable skills and current restrictions and limitations.

3. Attorney Vaden's voiced concerns regarding Mr. Bobbs need for an assistive device, side effects of medication affecting cognitive function, frequent position changes, and inability to perform work on a sustained full-time basis.

As noted previously, I have based this review solely upon the instructions of the Appeal Review Consultant (ARC) and utilized only the restrictions and limitations identified in the Peer Review Addendum dated 09/16/2025 completed by Kanishka Wijegunaratne, M.D. No other medical restrictions and limitations have been, or will be, considered for my vocational review, unless otherwise specified by the ARC.

Additionally, it is important to reiterate that as a Vocational Consultant, it is outside the bounds of my area of expertise to opine on the insured's medical capacities. The Peer Review did not endorse the use of a cane; cognitive impairments were deferred to appropriate specialty reviewers and there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning according to Dr. Wijegunaratne. Again, commenting on a person's use of narcotic pain medication as it impacts restrictions and limitations and potential work performance is outside of my vocational expertise and better left to medical professionals. Additionally, according to the review Mr. Bobb's abilities are sustainable on a full-time basis.

Given the totality of this review, as noted above, the previously identified occupations of Surveillance System Monitor, Gate Guard, and Production Assembler remain viable.

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Sarah S., M.Ed., CRC

Certified Rehabilitation Counselor

Vocational Consultant

Group Protection

Lincoln Financial Group

**WORK HISTORY**

| DOT Code | DOT Title | Strength | SVP | Years | Months | Meets SVP | Included in TSA | CWF |
|---|---|---|---|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | M | 7 | 6 | 10 | y | y | y |
| 620.261-010 | Automobile Mechanic | M | 7 | 0 | 0 | n | y | y |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | H | 6 | 5 | 0 | y | y | y |
| 372.667-018 | Correction Officer | M | 4 | 6 | 0 | y | y | n |

**ABILITY PROFILE**

**Strength**

| | From Work History | Adjusted Ability |
|---|---|---|
| Maximum | H (Heavy) | S (Sedentary) - L (Light) |

**Physical Demands**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Posture** | | |
| CL - Climbing | Occasional | Never |
| BA - Balancing | Occasional | Never - Frequent |
| ST - Stoop/Bending | Occasional | Never - Occasional |
| KN - Kneeling | Occasional | Never - Occasional |
| CR - Crouching | Occasional | Never - Occasional |
| CW - Crawling | Occasional | Never - Occasional |
| **Manipulation** | | |
| RE - Reaching | Frequent | Never - No Limit |
| HA - Handling | Frequent | Never - No Limit |

| | | |
|---|---|---|
| FI - Fingering | Frequent | Never - No Limit |
| **Tactile/Communication** | | |
| FE - Feeling | Never | Never - No Limit |
| TA - Talking | Occasional | Never - No Limit |
| HE - Hearing | Occasional | Never - No Limit |
| TS - Tasting/Smelling | Never | Never - No Limit |
| **Vision** | | |
| NE - Near Acuity | Frequent | Never - No Limit |
| FA - Far Acuity | Frequent | Never - No Limit |
| DE - Depth Perception | Frequent | Never - No Limit |
| AC - Accommodation | Occasional | Never - No Limit |
| CV - Color Vision | Occasional | Never - Occasional |
| FV - Field of Vision | Frequent | Never - Frequent |

**Environmental Conditions**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Exposure to Work Settings** | | |
| WE - Exposure to Weather | Frequent | Never - No Limit |
| CO - Extreme Cold (non-weather) | Never | Never - No Limit |
| HO - Extreme Heat (non-weather) | Never | Never - No Limit |
| WT - Wet and/or Humid (non-weather) | Never | Never - No Limit |
| NO - Noise Intensity | Loud | Very Quiet - Very Loud |
| VI - Vibration | Never | Never - No Limit |
| AT - Atmospheric Conditions (Fumes, dust, odors) | Frequent | Never - No Limit |
| **Hazardous Conditions** | | |

| | | |
|---|---|---|
| MV - Proximity to Moving Mechanical Parts | Never | Never |
| EL - Exposure to Electrical Shock | Never | Never - No Limit |
| HI - Working in High Exposed Places | Never | Never |
| RA - Exposure to Radiation | Never | Never - No Limit |
| EX - Working with Explosives | Occasional | Never - No Limit |
| TX - Exposure to Toxic or Caustic Chemicals | Never | Never - No Limit |
| OT - Other Environmental Conditions | Frequent | Never - No Limit |

**General Education Development**

| | From Work History | Adjusted Ability |
|---|---|---|
| R - Reasoning | 4 (High School) | 1 (Grade 1-3) - 4 (High School) |
| M - Math | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (Algebra) |
| L - Language | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (High School) |

**Specific Vocational Preparation**

| | From Work History | Adjusted Ability |
|---|---|---|
| SVP | 7 (2-4 Years (BA/BS)) | 1 (Short Demo Only) - 7 (2-4 Years (BA/BS)) |

**Aptitudes**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Cognition** | | |
| G - General Learning Ability | 3 (Average) | 4 (Below Average) - 3 (Average) |

| | | |
|---|---|---|
| V - Verbal | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| N - Numerical | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| **Perception** | | |
| S - Spatial Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| P - Form Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| Q - Clerical Perception | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| C - Color Discrimination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| **Dexterity** | | |
| K - Motor Coordination | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| F - Finger Dexterity | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| M - Manual Dexterity | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| E - Eye-Hand-Foot Coordination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |

**Work Situations / Temperaments**

| | From Work History | Adjusted Ability |
|---|---|---|
| **People Situations** | | |
| D - Directing, Controlling, Planning | | Avoid |
| I - Influencing Opinions, Attitudes, Judgments | | Avoid |
| E - Expressing Personal Feelings | | Avoid |
| A - Working Alone or Apart from Others | | Avoid |

| | | |
|---|---|---|
| U - Working Under Specific Instructions | | |
| P - Dealing with People | In Work History | |
| **Performance Situations** | | |
| R - Repetitive or Short Cycle Work | | |
| V - Variety of Work Activities | In Work History | |
| S - Performing Effectively Under Stress | In Work History | |
| T - Attaining Precise Set Limits, Tolerances, and Standards | In Work History | |
| J - Making Judgments and Decisions | In Work History | |

**Worker Functions Demonstrated**

| D - Data | P - People | T - Things |
|---|---|---|
| 2 - Analyzing | 6 - Speaking-Signaling | 1 - Precision Working |
| 3 - Compiling | 8 - Taking Instructions/Helping | 4 - Manipulating |
| 6 - Comparing | 7 - Handling | |

**Worker Functions Excluded**

| D - Data | P - People | T - Things |
|---|---|---|
| 0 - Synthesizing | 0 - Mentoring | 2 - Operating-Controlling |
| 1 - Coordinating | 1 - Negotiating | 3 - Driving-Operating |
| 4 - Computing | 2 - Instructing | 5 - Tending |
| | 3 - Supervising | 6 - Feeding/Offbearing |
| | 4 - Diverting | |
| | 5 - Persuading | |
| | 7 - Serving | |

**Worker Functions Included in the Occupational Search**

| D - Data | P - People | T - Things |
|---|---|---|
| 2 - Analyzing | 6 - Speaking-Signaling | 0 - Setting Up |
| 3 - Compiling | 8 - Taking Instructions/Helping | 1 - Precision Working |
| 5 - Copying | | 4 - Manipulating |
| 6 - Comparing | | 7 - Handling |

| OGA Code | Occupational Group Arrangement (OGA) |
|---|---|
| 899 | Miscellaneous Structural Work, NEC |
| 620 | Motorized Vehicle/Engineering Equip Mechanics/Repairers |
| 637 | Utilities Service Mechanics and Repairers |
| 372 | Security Guards & Correction Officers exc Crossing Tenders |

| SOC Code | Standard Occupational Classification (SOC) |
|---|---|
| 49-9071 | Maintenance and Repair Workers, General |
| 49-3023 | Automotive Service Technicians and Mechanics |
| 49-9098 | Helpers--Installation, Maintenance, and Repair Workers |
| 33-3012 | Correctional Officers and Jailers |

| GOE Code | Guide for Occupational Exploration (GOE) |
|---|---|
| 05.10.01 | STRUCTURAL |
| 05.05.09 | MECHANICAL WORK |
| 04.02.01 | DETENTION |

| DIC Code | DOT Industry Classification Designation (DIC) |
|---|---|
| 138 | ANY INDUSTRY (Many industries) |
| 154 | AUTOMOTIVE SERVICES |
| 271 | CONSTRUCTION |

| | |
|---|---|
| 425 | GOVERNMENT SERVICES |

**SPECIAL NOTES**

- For search purposes, unadjusted physical and environmental conditions are assumed to be unlimited and are therefore excluded in searches.
- Average Aptitudes assume a minimum middle third of the scales. No superior or above average values are reduced.
- Completion of regular High School assumes minimum of GED - RML = 333 and minimum average aptitudes.
- Lack of experience, unwillingness, or inability to supervise others excludes occupations from searches with a DPT - People Code = Supervising.

Report created on 09/23/2025

Lincoln Financial

**Sarah S., M.Ed., CRC**
Vocational Rehabilitation Consultant
Group Protection

## Appeal Vocational Memorandum

Date: 09/23/25
Claim#: 1220024325
Claimant: Adam Bobb
Employer: Trinity Village, Inc.
Pre-disability Earnings: $2,801.07/month
Benefit Amount: $1,400.00/month

**Vocational Assessment:**
VRC received this file for an Appeal TSA due to updated restrictions and limitations. An addendum was requested to include the concerns noted within the Attorney letter by Marcus Vaden Esq. dated 08/22/2025. Concerns will be addressed in the discussion portion at the end of this report.

A previous Transferable Skills Analysis (TSA) was completed on 12/18/24 by Jennifer B., MS, CRC. Please see that report for complete details of past work history, education/training, and adjustments.

**The following documentation and resources were reviewed:**

- Job Description in AWD, dated 11/04/2021
- Training-Education-Experience Form (TEE) in AWD, dated 04/17/2023
- Dictionary of Occupational Title (DOT)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Information Network (O*NET)
- Rehabilitation Survey in AWD, dated 07/26/2022
- Appeal Letter from Marcus Vaden Esq. dated 08/25/25

I have been asked to utilize restrictions and limitations from a Peer Review by Kanishka Wijegunaratne, M.D. on 09/16/25 only. They include:

"Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are warranted on his activities from 12/26/2024 to present & beyond.:

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally

Crawling: Occasionally
Reaching: Frequently below the waist level BUE: unrestricted to desk level and overhead levels BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
No climbing ladders
No operating heavy machinery
No working at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and beyond., with reassessment on or around 03/09/2026. The claimant's abilities are sustainable on a full-time basis.

No, medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question.

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

No, based on the claimant's medication list, there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning."

---

Post hoc analysis was conducted to separately assess frequent reaching below the waist, no operating heavy machinery, no working at unprotected heights as well as standing and walking restrictions as noted above.

It was identified in the previous TSA that the insured is a General Maintenance Worker with a high school diploma and vocational training in automobile mechanics. No information regarding computer use/skills, special skills, certifications held, hobbies, or interests was provided for review.

The insured has the following work history.

| DOT Code | DOT Title | Strength | Years | Months |
|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | M | 6 | 10 |
| 620.261-010 | Automobile Mechanic | M | 0 | 0 |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | H | 5 | 0 |

| | | | | |
|---|---|---|---|---|
| 372.667-018 | Correction Officer | M | 6 | 0 |

Upon review of the available information and updated restrictions and limitations, the previously identified sedentary-light occupations are viable. Wage information updated to 2024 data.

| **DOT Code** | **Occupation Title** | **Strength Level** | **Monthly Wage**[1] |
|---|---|---|---|
| 372.667-030 | Gate Guard | Light | $3,198 |
| 706.687-010 | Assembler, Production | Light | $3,234 |
| 379.367-010 | Surveillance System Monitor | Sedentary | $3,659 |

1 *Wage information is based on median 2024 national data from the Bureau of Labor Statistics.*

*The occupation(s) above have been included based on consideration of the Insured's training, education, experience, and reviewed for current existence in the national economy.*

*Note: occupations listed above verified through a review of physical demands from ERI, O*NET, **and/or** a review of material and substantial functions where data does not exist in the DOT **or** is considered out-of-date due to advancements in the occupation, technology, etc.*

Discussion Points:

1. Attorney Vaden states that the Transferable Skills Analysis is inadequate and did not consider all the information available to the Vocational Rehabilitation Consultant…it was completed without critical information such as a prescription for a cane or any other medical records except for Dr. Rojhani's file review…. additionally, Lincolns vocational rehabilitation consultant failed to use the full range of data available to her to review all medical records, interview treating physicians, failed to interview the insured, failed to assess mathematical and language skills rather than adjusting them based on the fact he received a high school diploma.

As noted previously, I have based this review solely upon the instructions of the Appeal Review Consultant (ARC) and utilized only the restrictions and limitations identified in the Peer Review Addendum dated 09/16/2025 completed by Kanishka Wijegunaratne, M.D. No other medical restrictions and limitations have been, or will be, considered for my vocational review, unless otherwise specified by the ARC. Additionally, it is important to reiterate that as a Vocational Consultant, it is outside the bounds of my area of expertise to opine on the insured's medical capacities. It is for this reason that my report is based on the medical restrictions and limitations as per the request of the Appeal Review Consultant.

The Peer Reviewer did not endorse the use of a cane, cognitive impairments of "anxiety and depression" were deferred by Dr. Wijegunaratne to appropriate specialty reviewers. Dr.

Wijegunaratne opined there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning.

Additionally, commenting on a person's use of medications as it impacts restrictions and limitations and potential work performance is outside of my vocational expertise and better left to medical professionals. Should a cognitive impairment be addressed in the future, reassessment could be completed.

Additionally, all vocational resources available to me were reviewed and listed above. I have not met with the insured for the purpose of this review. It is my professional responsibility to provide an objective opinion that reflects a full, fair, and unbiased evaluation of the individual's vocational potential and limitations. My analysis is based on established vocational principles, labor market information, and the individual's education, work history, transferable skills, and functional capabilities and as such, the alternative occupations identified above are within Mr. Bobbs' transferable skills and capabilities.

2. Further review of the Attorney Vaden's letter stated concern with," The insured is not reasonably qualified for the positions indicated as his entire work history is physically demanding jobs. Mr. Bobb has only a high school education, no computer skills, or office experience, has no experience in sedentary environments and has worked exclusively in physically demanding occupations requiring medium to heavy physical capacity…Lincoln's identified occupations (surveillance system monitor, gate guard, and production assembler) require skills and experience completely outside his background and current abilities. Given Mr. Bobb's need for an assistive device, the focus reducing side effects of his medication which affect cognitive function and alertness, chronic pain requiring frequent position changes making sustained work impossible, and unable to do these jobs for 8 hours per day, 40 hours per week an employer would not reasonably hire someone with limitations and lack of relevant experience for these positions."

Both I and the prior TSA completed on 12/18/24 by Jennifer B., MS, CRC. utilized OASYS to assist with identifying appropriate alternative occupations based on transferable skills.

As noted by OASYS:

> "A person has transferable skills when "the skilled, or semi-skilled work activities performed in past work can be used to meet the requirements of skilled, or semi-skilled work activities of other jobs or kinds of work. This depends largely on the similarity of occupationally significant work activities among different jobs. Transferability is most probable and meaningful among jobs in which:
>
> i. The same or a lesser degree of skill is required;
> ii. The same or similar tools and machines are used; and
> iii. The same or similar raw materials, products, processes, or services are involved."
>
> The definition above is identical to the Social Security Administration's as reported in the U.S. Code of Federal Regulations (20 CFR 404.1568). The Transferability of Skills Analysis (TSA) process consists of capturing the work activities (Work Fields) a person has performed in previous jobs, along with the objects upon which the work activities were

performed (Materials, Products, Subject Matter, and Services) as reported, defined and described in the Dictionary of Occupational Titles (DOT), the Handbook for Analyzing Jobs (HAJ) and the Selected Characteristics of Occupations in the Dictionary of Occupational Titles (SCO-DOT).

The data extracted from a person's work history is then used to identify a set of occupations that a worker should be able to perform. In order to process a competent skills transfer analysis, the professional must know their client's work history. Care must be taken to select the DOT occupations that best represent the jobs the client has performed successfully in past work. Bear in mind that the CFR citation is taken from the Social Security Administration's (SSA) regulations. It is useful because it provides a good operational definition of transferability of skills. Some refer to the CFR as the "law of the land." In the case of TSA, it merely describes how the SSA processes TSA related to claims. The process is commonly used because no other authoritative source that provides an operational definition, usable with data available in the DOT database, appears to exist. OASYS Job Match TSA makes use of Work Field (WF) codes as proxies for the work activities of jobs in the client's work history and Materials, Products, Subject Matter, and Services (MPSMS) codes as proxies for the objects upon which the work activities were performed. WF's are categories of technologies that reflect how work gets done and what gets done as a result of the work activities - the purpose of the job. Think of Work Fields as "what a worker does on a job." DOT occupations may contain one, two, or three Work Fields.

MPSMS are the end products upon which the work activities are performed. Think of MPSMS as "the objects on which, or with which the client performs the job." MPSMS is a derivative of the Standard Industrial Classification (SIC), which identify employers by type of business. DOT occupations may contain one, two, or three MPSMS codes. Worker Traits required to successfully perform a given job are also utilized in the TSA process. These variables include training time, general educational development, aptitudes, interests, temperaments, physical demands, environmental conditions, and relationships to data, people, and things. By searching for job possibilities which best reflect a person's work experience, then eliminating those which require function beyond or significantly below the person's capabilities expressed by Worker Traits, the resulting search output is superior to any other known method for determining transferable skills."

Based on the updated restrictions and limitations, OASYS adjustments, and review of vocational resources outlined above, the previously identified occupations of Surveillance System Monitor, Gate Guard, and Production Assembler remain viable. Surveillance System Monitor and Gate Guard are direct-closest: same work fields and same MPSMS and Production Assembler is good: similar work fields and similar MPSMS based on past work history and determining transferable skills as outlined above.

Additionally, one does not need to work in a sedentary line of work in the past in order to work in a sedentary occupation in the future. The prior physical demand level does not necessitate the skill level that is carried on throughout one's lifetime of various jobs and skillsets learned.

For example, Mr. Bobb has a prior work history in which the jobs held required an SVP level of 4- (3 months up to and including 6 months) to 7 (2-4 years of experience). The alternative occupations

SVP levels were far below this at a level 3-(Gate Guard) which includes 30-90 days and level 2 (Surveillance System Monitor) which only requires up to one month of training as well as grades 7-8 requirement for reasoning, mathematics and language) as well as the only skill set required included working under specific instructions, performing repetitive or short cycle work, dealing with people, compiling data, speaking and signaling with people and handling things.

Similarly, Production Assembler was identified at a level 2 which only requires up to one month of training, Reasoning at a 4-6 grades level, mathematics at 1-3 grade level and language at a 1-3 grade level. The skills required were working under specific instructions and performing repetitive or short cycle work. Gate Guard requires Reasoning at a 7-8 grade level, mathematics at 4-6 grade level and language at a 4-6 grade level with skills required performing repetitive or short cycle work and dealing with people.

These occupations are well within the insured's education, transferable skills and current restrictions and limitations.

3. Attorney Vaden's voiced concerns regarding Mr. Bobbs need for an assistive device, side effects of medication affecting cognitive function, frequent position changes, and inability to perform work on a sustained full-time basis.

As noted previously, I have based this review solely upon the instructions of the Appeal Review Consultant (ARC) and utilized only the restrictions and limitations identified in the Peer Review Addendum dated 09/16/2025 completed by Kanishka Wijegunaratne, M.D. No other medical restrictions and limitations have been, or will be, considered for my vocational review, unless otherwise specified by the ARC.

Additionally, it is important to reiterate that as a Vocational Consultant, it is outside the bounds of my area of expertise to opine on the insured's medical capacities. The Peer Review did not endorse the use of a cane; cognitive impairments were deferred to appropriate specialty reviewers and there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning according to Dr. Wijegunaratne. Again, commenting on a person's use of narcotic pain medication as it impacts restrictions and limitations and potential work performance is outside of my vocational expertise and better left to medical professionals. Additionally, according to the review Mr. Bobb's abilities are sustainable on a full-time basis.

Given the totality of this review, as noted above, the previously identified occupations of Surveillance System Monitor, Gate Guard, and Production Assembler remain viable.

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Sarah S., M.Ed., CRC

Certified Rehabilitation Counselor

Vocational Consultant

Group Protection

Lincoln Financial Group

## WORK HISTORY

| DOT Code | DOT Title | Strength | SVP | Years | Months | Meets SVP | Included in TSA | CWF |
|---|---|---|---|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | M | 7 | 6 | 10 | y | y | y |
| 620.261-010 | Automobile Mechanic | M | 7 | 0 | 0 | n | y | y |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | H | 6 | 5 | 0 | y | y | y |
| 372.667-018 | Correction Officer | M | 4 | 6 | 0 | y | y | n |

## ABILITY PROFILE

### Strength

| | From Work History | Adjusted Ability |
|---|---|---|
| Maximum | H (Heavy) | S (Sedentary) - L (Light) |

### Physical Demands

| | From Work History | Adjusted Ability |
|---|---|---|
| **Posture** | | |
| CL - Climbing | Occasional | Never |
| BA - Balancing | Occasional | Never - Frequent |
| ST - Stoop/Bending | Occasional | Never - Occasional |
| KN - Kneeling | Occasional | Never - Occasional |
| CR - Crouching | Occasional | Never - Occasional |
| CW - Crawling | Occasional | Never - Occasional |
| **Manipulation** | | |
| RE - Reaching | Frequent | Never - No Limit |
| HA - Handling | Frequent | Never - No Limit |

| | | |
|---|---|---|
| FI - Fingering | Frequent | Never - No Limit |
| **Tactile/Communication** | | |
| FE - Feeling | Never | Never - No Limit |
| TA - Talking | Occasional | Never - No Limit |
| HE - Hearing | Occasional | Never - No Limit |
| TS - Tasting/Smelling | Never | Never - No Limit |
| **Vision** | | |
| NE - Near Acuity | Frequent | Never - No Limit |
| FA - Far Acuity | Frequent | Never - No Limit |
| DE - Depth Perception | Frequent | Never - No Limit |
| AC - Accommodation | Occasional | Never - No Limit |
| CV - Color Vision | Occasional | Never - Occasional |
| FV - Field of Vision | Frequent | Never - Frequent |

**Environmental Conditions**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Exposure to Work Settings** | | |
| WE - Exposure to Weather | Frequent | Never - No Limit |
| CO - Extreme Cold (non-weather) | Never | Never - No Limit |
| HO - Extreme Heat (non-weather) | Never | Never - No Limit |
| WT - Wet and/or Humid (non-weather) | Never | Never - No Limit |
| NO - Noise Intensity | Loud | Very Quiet - Very Loud |
| VI - Vibration | Never | Never - No Limit |
| AT - Atmospheric Conditions (Fumes, dust, odors) | Frequent | Never - No Limit |
| **Hazardous Conditions** | | |

| | | |
|---|---|---|
| MV - Proximity to Moving Mechanical Parts | Never | Never |
| EL - Exposure to Electrical Shock | Never | Never - No Limit |
| HI - Working in High Exposed Places | Never | Never |
| RA - Exposure to Radiation | Never | Never - No Limit |
| EX - Working with Explosives | Occasional | Never - No Limit |
| TX - Exposure to Toxic or Caustic Chemicals | Never | Never - No Limit |
| OT - Other Environmental Conditions | Frequent | Never - No Limit |

**General Education Development**

| | From Work History | Adjusted Ability |
|---|---|---|
| R - Reasoning | 4 (High School) | 1 (Grade 1-3) - 4 (High School) |
| M - Math | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (Algebra) |
| L - Language | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (High School) |

**Specific Vocational Preparation**

| | From Work History | Adjusted Ability |
|---|---|---|
| SVP | 7 (2-4 Years (BA/BS)) | 1 (Short Demo Only) - 7 (2-4 Years (BA/BS)) |

**Aptitudes**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Cognition** | | |
| G - General Learning Ability | 3 (Average) | 4 (Below Average) - 3 (Average) |

| | | |
|---|---|---|
| V - Verbal | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| N - Numerical | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| **Perception** | | |
| S - Spatial Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| P - Form Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| Q - Clerical Perception | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| C - Color Discrimination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| **Dexterity** | | |
| K - Motor Coordination | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| F - Finger Dexterity | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| M - Manual Dexterity | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| E - Eye-Hand-Foot Coordination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |

**Work Situations / Temperaments**

| | **From Work History** | **Adjusted Ability** |
|---|---|---|
| **People Situations** | | |
| D - Directing, Controlling, Planning | | Avoid |
| I - Influencing Opinions, Attitudes, Judgments | | Avoid |
| E - Expressing Personal Feelings | | Avoid |
| A - Working Alone or Apart from Others | | Avoid |

| | | |
|---|---|---|
| U - Working Under Specific Instructions | | |
| P - Dealing with People | In Work History | |
| **Performance Situations** | | |
| R - Repetitive or Short Cycle Work | | |
| V - Variety of Work Activities | In Work History | |
| S - Performing Effectively Under Stress | In Work History | |
| T - Attaining Precise Set Limits, Tolerances, and Standards | In Work History | |
| J - Making Judgments and Decisions | In Work History | |

**Worker Functions Demonstrated**

| D - Data | P - People | T - Things |
|---|---|---|
| 2 - Analyzing | 6 - Speaking-Signaling | 1 - Precision Working |
| 3 - Compiling | 8 - Taking Instructions/Helping | 4 - Manipulating |
| 6 - Comparing | 7 - Handling | |

**Worker Functions Excluded**

| D - Data | P - People | T - Things |
|---|---|---|
| 0 - Synthesizing | 0 - Mentoring | 2 - Operating-Controlling |
| 1 - Coordinating | 1 - Negotiating | 3 - Driving-Operating |
| 4 - Computing | 2 - Instructing | 5 - Tending |
| | 3 - Supervising | 6 - Feeding/Offbearing |
| | 4 - Diverting | |
| | 5 - Persuading | |
| | 7 - Serving | |

**Worker Functions Included in the Occupational Search**

| D - Data | P - People | T - Things |
|---|---|---|
| 2 - Analyzing | 6 - Speaking-Signaling | 0 - Setting Up |
| 3 - Compiling | 8 - Taking Instructions/Helping | 1 - Precision Working |
| 5 - Copying | | 4 - Manipulating |
| 6 - Comparing | | 7 - Handling |

| OGA Code | Occupational Group Arrangement (OGA) |
|---|---|
| 899 | Miscellaneous Structural Work, NEC |
| 620 | Motorized Vehicle/Engineering Equip Mechanics/Repairers |
| 637 | Utilities Service Mechanics and Repairers |
| 372 | Security Guards & Correction Officers exc Crossing Tenders |

| SOC Code | Standard Occupational Classification (SOC) |
|---|---|
| 49-9071 | Maintenance and Repair Workers, General |
| 49-3023 | Automotive Service Technicians and Mechanics |
| 49-9098 | Helpers--Installation, Maintenance, and Repair Workers |
| 33-3012 | Correctional Officers and Jailers |

| GOE Code | Guide for Occupational Exploration (GOE) |
|---|---|
| 05.10.01 | STRUCTURAL |
| 05.05.09 | MECHANICAL WORK |
| 04.02.01 | DETENTION |

| DIC Code | DOT Industry Classification Designation (DIC) |
|---|---|
| 138 | ANY INDUSTRY (Many industries) |
| 154 | AUTOMOTIVE SERVICES |
| 271 | CONSTRUCTION |

| | |
|---|---|
| 425 | GOVERNMENT SERVICES |

**SPECIAL NOTES**

- For search purposes, unadjusted physical and environmental conditions are assumed to be unlimited and are therefore excluded in searches.
- Average Aptitudes assume a minimum middle third of the scales. No superior or above average values are reduced.
- Completion of regular High School assumes minimum of GED - RML = 333 and minimum average aptitudes.
- Lack of experience, unwillingness, or inability to supervise others excludes occupations from searches with a DPT - People Code = Supervising.

Report created on 09/23/2025

emperion

**September 17, 2025**

**Claimant Name: Adam Bobb**

**Claim #: 1220054596 / 1220024325**

**Primary Diagnosis: Essential Hypertension, Chest Pain**

**DOD: 6/18/2021**

**DOR: 9/3/2021**

**EMPERION #: 224569-7**

**Specialty: Internal Medicine**

# Kanishka Wijegunaratne, M.D.
***Board-Certified in Internal Medicine***

CLAIMANT NAME: Bobb, Adam
EXAMINER: Kanishka Wijegunaratne, M.D.
EMPERION #: 224569-7
CLAIM #: 1220054596 / 1220024325
DATE OF LOSS: 6/18/2021
DATE OF SERVICE: 9/16/2025

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of Emperion. I reviewed records from 06/07/2021 through 10/01/2024 including:

- Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 08/10/2023 to 10/01/2024
- Terri Eubanks, DDS / Dentist, on 01/03/2024
- Matthew Wood, APRN / Advanced Practice Registered Nurse, on 02/06/2024
- Kedar Jambhekar, MD / Diagnostic Radiology, on 12/06/2023
- Panday Tarun, MD / Diagnostic Radiology, on 12/07/2023
- Theodore Hronas, MD / Diagnostic Radiology, on 05/30/2024
- Jonathan Reed, MD / Diagnostic Radiology, on 09/06/2024
- Sarah T. Barlow, PA / Physician Assistant, on 11/16/2023
- James L. Workman, MD / Diagnostic Radiology, on 06/07/2021
- Samuel E. Edwards, MD / Diagnostic Radiology, on 11/08/2021
- David G. Jong, MD / Diagnostic Radiology, on 12/27/2021
- William Deaton, MD / Diagnostic Radiology, on 02/09/2022
- Micah Fritsche, MD / Diagnostic Radiology, on 08/09/2023
- Justin Costello, DO / Diagnostic Radiology, on 08/03/2023
- Sadeem Mahmood, MD / Cardiology, extending from 10/03/2023 to 04/09/2024
- Mark Anthony Ramiro, MD / Family Practice, extending from 06/07/2021 to 08/23/2021
- R. Coleman, MD / Family Practitioner, on 06/28/2021
- Gitanjali Bajaj, MD / Diagnostic Radiology, on 11/16/2023
- Huber Ashley, MD / Obstetrics & Gynecology, on 09/01/2021
- McGhee April Summer, APRN / Advanced Practice Registered Nurse, on 09/01/2021
- Kerry F. Pennington, MD / Family Medicine, extending from 10/30/2021 to 02/28/2023
- Michael D. Cassat, MD / Orthopedic Surgeon, on 12/16/2021
- Lawrence O'Malley, MD / Orthopedic Surgeon, extending from 12/19/2021 to 12/28/2023
- Mary M. Cornaghie, MD / Resident, on 12/19/2021
- John M. Brown, DO / Family Medicine, extending from 01/25/2022 to 09/12/2024

- Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 03/23/2022 to 04/13/2022
- Scott Allison Johnson, LCSW / Licensed Clinical Social Worker, extending from 04/25/2022 to 01/01/2024

The claimant is a 42-year-old male with a medical history significant for essential hypertension and chest pain.

04/09/2024, Sadeem Mahmood, MD / Cardiology: The claimant complained of shortness of breath with exertion and at rest due to a sinus infection. He complained of fatigue associated with minimal exertion, dizziness upon standing, which he described as pre-syncope. He complained of bilateral lower extremity pain/edema. The left lower extremity pain was worse than the right. He described his discomfort as burning and heaviness in the lower extremities, which occurs at rest, at night upon standing, and after ambulation. He reported left knee and ankle swelling. Physical examination showed that his BP was 135/81. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, and sleep apnea.

04/11/2024, John Brown, DO / Family Medicine: The provider endorsed the medication of Oxycodone-acetaminophen 7.5 mg to 325 mg tablet every 8 hours for 30 days

05/06/2024, Matthew Wood, NP / Nurse Practitioner: The claimant presented for a visit with the complaint of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. The pain occurred without radiation at rest and with exertion. The pain was relieved at rest. He complained of dizziness upon standing. Also complained of bilateral lower extremity pain/edema. He described his discomfort as cramps, aching, burning, and heaviness in the lower extremities. His BP was 104/68. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, atherosclerotic heart disease, and shortness of breath. The provider recommended that the claimant follow up with a primary care physician for GAD treatment.

05/06/2024, Unknown Provider: ECG revealed sinus rhythm, vertical axis, normal variant of ECG. It was noted that it was an unconfirmed report.

05/06/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit to discuss a change of his anxiety medication. He had a history of chronic back pain, so he was started on Cymbalta. He reported that he was taking Paxil and Cymbalta with no relief from his anxiety. He had a history of CAD for which he had to have a stent. He was a chronic smoker and wanted to quit. The provider stated that the claimant's heart condition would improve if he quit smoking. Physical examinations were unremarkable. Vital examination revealed that his BP was 96/60. The provider assessed the diagnosis of generalized anxiety disorder for which he was to start Bupropion HCL. Nicotine dependence with current use, encounter for wellness examination in adults, encounter for screening for cardiovascular disorders

05/16/2024, John Brown, DO / Family Medicine: The claimant presented for a visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. Physical examination revealed that the pain severity was 5/10. Inspection revealed a normal curvature of the cervical spine. The cervical spine was supple. The palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain when the neck was flexed anteriorly. There was no pain noted with the cervical spine extension. The claimant stated that there was a painful left lateral rotation of the cervical spine. The left lateral flexion was not associated with pain. The claimant was advised to use pain medication as prescribed. Follow-up in 2 months.

07/01/2024, Matthew Wood, NP / Nurse Practitioner: The claimant presented for a visit. He complained of shortness of breath with exertion. SOB was improved at rest. He complained of fatigue associated with minimal exertion. He complained of bilateral lower extremity pain/edema. He described his discomfort as aching and soreness in the lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Physical examinations were unremarkable. The provider assessed the diagnosis of mixed hyperlipidemia, gastroesophageal reflux disease, sleep apnea, shortness of breath, and fatigue.

07/16/2024, John Brown, DO / Family Medicine: The claimant presented for a visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. The claimant complained of cervical spine pain. Physical examination revealed that the left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

09/06/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a yearly checkup. He reported that he had chronic left knee pain without acute injuries. He reported that the pain comes and goes. The pain was aching. He experienced crepitus with certain movements. He denied laxity. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was

present. The other examinations were unremarkable. The X-ray, left (2-view) of the knee, was normal.

09/09/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit after he received a critical value of an elevated glucose with no previous diagnosis of diabetes. He reported that he had peripheral arterial disease. He was followed by Matt Wood, who collaborated with Dr Mahmood. He reported that he could not stay on his feet for a very long time without being in pain. He had been denied the claim of disability. Physical examinations were unremarkable. The provider assessed the diagnosis of type 2 diabetes mellitus with hyperglycemia, elevated glucose for which his HA1c was 11.1, and the diagnosis of depression.

09/12/2024, John Brown, DO / Family Medicine: The claimant presented for a follow-up visit. He complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. It got better with medication. Physical examination revealed that the cervical spine was supple. Palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain noted when the neck was flexed anteriorly. Painful left lateral rotation of the cervical spine was noted by the claimant. Left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. The left knee was non-tender to palpation in the medial joint line. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

09/27/2024, Anthony Rodriguez, APRN / Registered Nurse: The claimant presented for a visit for a lab only. The provider assessed the diagnosis of hyperglycemia. Lab test results showed that his glucose, whole blood, was 150.

09/04/2025, Kerry F. Pennington, MD / Family Medicine: The provider completed the claimant's attending physician statement form. The provider assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair.

**DIAGNOSES:** Essential Hypertension, chest pain

**CALL ATTEMPTS:**

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Essential hypertension I10
Mixed hyperlipidemia E78.2
Cervical Pain M54.2
Low back pain
Atherosclerotic heart disease
Chest pain
Sleep apnea
Type 2 diabetes Mellitus
Knee pain

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 12/26/2024 to - present & beyond, and comment on the expected duration.**

Yes, taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, there is a supported level of impairment that translates into restrictions and limitations from - 12/26/2024 to - present & beyond.

The claimant is a 42-year-old male with a medical history significant for essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical Pain, low back pain, atherosclerotic heart disease, sleep apnea, anxiety, depression, and type 2 diabetes Mellitus.

I respectfully defer the diagnoses of anxiety and depression to the appropriate specialty reviewers, as they are beyond the scope of my practice.

On 04/09/2024, the claimant complained of shortness of breath with exertion and at rest due to a sinus infection. He complained of fatigue associated with minimal exertion, dizziness upon standing, which he described as pre-syncope. He complained of bilateral lower extremity pain/edema. The left lower extremity pain was worse than the right. He described his discomfort as burning and heaviness in the lower extremities, which occurs at rest, at night upon standing, and after ambulation. He reported left knee and ankle swelling. Physical examination showed that his BP was 135/81. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, and sleep apnea.

On 04/11/2024, the provider endorsed the medication of Oxycodone-acetaminophen 7.5 mg to 325 mg tablet every 8 hours for 30 days

On 05/06/2024, the claimant presented for a visit with the complaint of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. The pain occurred without radiation at rest and with exertion. The pain was relieved at rest. He complained of dizziness upon standing. Also complained of bilateral lower extremity pain/edema. He described his discomfort as cramps, aching, burning, and heaviness in the lower extremities. His BP was 104/68. Physical examinations were unremarkable. The provider assessed the diagnosis of essential hypertension, mixed hyperlipidemia, atherosclerotic heart disease, and shortness of breath.

Also, on 05/06/2024, ECG revealed sinus rhythm, vertical axis, normal variant of ECG. It was noted that it was an unconfirmed report.

On 05/06/2024, he reported that he had a history of chronic back pain, so he was started on Cymbalta. He reported that he was taking Paxil and Cymbalta with no relief from his anxiety. He had a history of CAD for which he had to have a stent. He was a chronic smoker and wanted to quit. The provider stated that the claimant's heart condition would improve if he quit smoking. Physical examinations were unremarkable. Vital examination revealed that his BP was 96/60. The provider assessed the diagnosis of generalized anxiety disorder for which he was to start Bupropion HCL. Nicotine dependence with current use, encounter for wellness examination in adults, encounter for screening for cardiovascular disorders

Then on 05/16/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. Physical examination revealed that the pain severity was 5/10. Inspection revealed a normal curvature of the cervical spine. The cervical spine was supple. The palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain when the neck was flexed anteriorly. There was no pain noted with the cervical spine extension. The claimant stated that there was a painful left

lateral rotation of the cervical spine. The left lateral flexion was not associated with pain. The claimant was advised to use pain medication as prescribed. Follow-up in 2 months.

Going forward, on 07/01/2024, he complained of fatigue associated with minimal exertion. He complained of bilateral lower extremity pain/edema. He described his discomfort as aching and soreness in the lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Physical examinations were unremarkable. The provider assessed the diagnosis of mixed hyperlipidemia, gastroesophageal reflux disease, sleep apnea, shortness of breath, and fatigue.

Also, on 07/16/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement. Pain was better with medication. The claimant complained of cervical spine pain. Physical examination revealed that the left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

In addition, on 09/06/2024, he reported that he had chronic left knee pain without acute injuries. He reported that the pain comes and goes. The pain was aching. He experienced crepitus with certain movements. He denied laxity. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was present. The other examinations were unremarkable. The X-ray, left (2-view) of the knee, was normal.

On 09/09/2024, the claimant presented for a visit after he received a critical value of an elevated glucose with no previous diagnosis of diabetes. He reported that he had peripheral arterial disease. He was followed by Matt Wood, who collaborated with Dr Mahmood. He reported that he could not stay on his feet for a very long time without being in pain. He had been denied the claim of disability. Physical examinations were unremarkable. The provider assessed the diagnosis of type 2 diabetes mellitus with hyperglycemia, elevated glucose for which his HA1c was 11.1.

On 09/12/2024, he complained of chronic pain. He reported an onset of pain that gradually worsened over time. The pain was constant and dull. He reported that the pain radiated to the upper and lower extremities. He rated his worst pain severity 10/10. His present pain severity was 2/10, an average of 4/10. Pain was made worse with movement.

It got better with medication. Physical examination revealed that the cervical spine was supple. Palpation of the cervical facet revealed no pain. The cervical spine was noted to be stable. There was pain noted when the neck was flexed anteriorly. Painful left lateral rotation of the cervical spine was noted by the claimant. Left lateral flexion was not associated with pain. The right lateral flexion was associated with pain. There were no palpable trigger points in the muscles of the head and neck. The right paracervical and left paracervical areas were much improved. Palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was no minimal tenderness in the anterior lumbar flexion, which caused pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. The left knee was non-tender to palpation in the medial joint line. Neurology examination showed that he had decreased sensation in the left hand: C5 and C6 dermatomes. His gait was normal. The provider assessed the diagnosis of cervical pain with myofascial pain and lumbar pain. He was advised to use pain medication as prescribed. Follow-up in 2 months.

On 09/27/2024, the claimant presented for a visit for a lab only. The provider assessed the diagnosis of hyperglycemia. Lab test results showed that his glucose, whole blood, was 150.

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time.

Overall, the claimant has a history of essential hypertension, chest pain, mixed hyperlipidemia, knee pain, cervical pain, low back pain, atherosclerotic heart disease, sleep apnea, and type 2 diabetes Mellitus. Regarding hypertension, there was no record of end-organ damage, renal impairment, or hypertensive crisis. Thus, this condition is non-impairing. For chest pain, he complained of left-sided/center chest pains. He described the pain as tightness/squeeze, which was associated with activity, shortness of breath, and diaphoresis. However, no record of abnormal ECG findings or ischemic changes. Thus, this condition is non-impairing. For mixed hyperlipidemia, there was no record of peripheral vascular disease or xanthomas. Thus, this condition is non-impairing. For atherosclerotic heart disease, there was no record of myocardial infarction, heart failure or arrhythmias. Thus, this condition is non-impairing. For sleep apnea, there was no record of excessive daytime sleepiness, no use of CPAP. Thus, this condition is non-

impairing. For type 2 diabetes mellitus, although his HbA1c was 11.1, there was no record of neuropathy, diabetic foot ulcers or significant complications due to this condition. Thus, this condition is non-impairing. For knee pain, he complained of chronic left knee pain without acute injuries. He reported that the pain comes and goes, and the pain was aching. He experienced crepitus with certain movements. Physical examination revealed crepitus to the left knee with passive range of motion, and no deformity was noted; no effusion was present. Going forward, examination revealed no tenderness on the medial line and there was no further complaint. Thus, this condition is non-impairing. For cervical pain, he complained of painful left lateral rotation of the cervical spine. Examination revealed that the right lateral flexion was associated with pain. For back pain, he had a history of pain. Examination revealed palpation of the lumbar facet revealed tenderness on both sides at the L3-S1 region. Palpation of the bilateral sacroiliac joint areas revealed right-sided pain and no left-sided pain. There was pain noted with lumbar extension. The left lateral flexion caused pain. The right lateral flexion revealed pain. There were palpable trigger points noted in the muscles: right gluteal and piriformis. Therefore, based on the claimant's complaint of chronic pain; cervical pain, and low back pain, restrictions and limitations are warranted on his activities from 12/26/2024 to present & beyond.

Thus;
Sitting: Constantly
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, BUE, up to 20 lbs.
Carrying: Occasionally, BUE, up to 20 lbs.
Pushing: Occasionally, BUE, up to 20 lbs.
Pulling: Occasionally, BUE, up to 20 lbs.
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Frequently below the waist level BUE: unrestricted to desk level and overhead levels BUE
Use lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

No climbing ladders
No operating heavy machinery
No working at unprotected heights

The above restrictions and limitations are supported from 12/26/2024 to present and beyond., with reassessment on or around 03/09/2026.

The claimant's abilities are sustainable on a full-time basis.

4. **Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

No, medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question

In an APS on 09/04/2025, Kerry F. Pennington, MD / Family Medicine, assessed the primary diagnosis of chronic pain and the secondary diagnosis of primary osteoarthritis of the right hip. The claimant's symptoms were due to injury. The claimant was restricted to sitting and grasping constantly. He could stand, stoop, crouch, crawl, bend, reach overhead, and lift/carry up to 1-5 lbs, 6-10 lbs occasionally. He could reach to the desk and below the waist level. Total restrictions were placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 100+ lbs. The provider stated that the claimant could perform light duty only. His prognosis was fair. I disagree with the provider's opinion on the total restrictions placed on walking, balancing, kneeling, lifting/carrying up to 11 lbs to 20 lbs. I opine that the claimant could perform the function well with a restriction. I disagree with the opinion that he could stand occasionally and grasp constantly. I opine that he could perform this function for an extended time

5. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

6. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

7. **Based on the claimant's medication list, is there any evidence that he/she suffers any side effects from the medications that he/she is taking that would impact occupational functioning? If so, please outline specific side effects suffered, their impact on the occupational functioning and any appropriate restrictions as noted by the physician due to noted side effects.**

No, based on the claimant's medication list, there is no evidence that he suffers any side effects from the medications that he was taking that would impact occupational functioning.

"I, Kanishka Wijegunaratne, M.D, am a physician duly licensed to practice medicine in the State of ______________________. I am an independent contractor and I am paid to

review disability claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Emperion Services.

I attest that no conflict of interest exists, this includes any situation where an individual has a material professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for utilization review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the consumer

I verify the following regarding my opinion documented in this report:

- I have the current relevant knowledge, qualifications and experience to render an opinion on this matter
- I have no relationship or affiliation with the claimant/beneficiary
- I have no past or present familial or material professional or business relationship with the attending/treating physician
- I have no incentive, financial or otherwise, that would lead me to offer an opinion other than my honest professional assessment as reflected in this report
- While I have received compensation for my time and expertise in preparing this report, the compensation I received did not influence my opinion

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned, and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Sincerely,



**Kanishka Wijegunaratne, MD**
**Board certified, Internal Medicine**
**Medical License A 135131**

Date: Tue Sep 02 16:30:18 CDT 2025
From: Lisa Kurtz <Lisa.Kurtz@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <117839394.3.1756848618258@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lisa Kurtz**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 INDIAN HILLS DRIVE
Omaha, NE 68114-4066
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 66442
Email: Lisa.Kurtz@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 2, 2025

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 08/25/2025.

We are in the process of reviewing Adam Bobb's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

MV
MARCUS VADEN
LAW

August 22, 2025

Via electronic mail and fax

Lincoln Financial Group
Lincoln National Life Insurance Co.
Attn: Brianna K, Specialist Claims, Appeals Dept. – Claims Solutions Shared Services
8801 Indian Hills Drive
Omaha, NE 68114-4066
**Via Fax: (877) 843-3950**
**Via Email: Brianna.kane@lfg.com**

| | | |
|---|---|---|
| Re: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date Appeal Due: | August 23, 2025 |

**THIS IS AN APPEAL**

Dear Brianna,

As you know, I continue to represent Adam Bobb in his claim against Lincoln National Life Insurance Company ("Lincoln"), which administers the Group Long Term Disability Insurance Policy ("The Plan") for Trinity Village, Inc. This is Adam's appeal of your letter dated December 24, 2024.

In this appeal we will set out the applicable law, review the facts of this claim about which there can be no material dispute, and argue that The Plan has engaged in an irrational, cursory, and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that The Plan does not restore Adam's benefits, we will sue The Plan, seeking benefits, interest, and attorney's fees.

## SUMMARY OF APPLICABLE LAW

### An ERISA Benefits Determination Is a Fiduciary Act

ERISA was enacted "to promote the interests of employees and their beneficiaries in employee benefit plans," *Shaw v. Delta Airlines, Inc.*, 463 U.S. 85, 90 (1983), and "to protect

contractually defined benefits," *Massachusetts Mutual Life Ins. Co. v. Russell*, 473 U.S. 134, 148 (1985); *Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113 (1989). ERISA imposes **higher-than-marketplace** quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries of The Plan, § 1104(a)(1)." *Metropolitan Life Ins. Co. v. Glenn*, 554 U.S. 105, 115 (2008) (emphasis added).

**The Denial or Termination of Benefits Requires the "Gold Standard"-**
***A Deliberate, Principled Reasoning Process Supported by Substantial Evidence***

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reasoning process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.*, 990 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.*, 390 F.3d 301, 307 (4th Cir. 2004). The [ERISA] procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.*, 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary or unprincipled decision-making.'" *Gagliano v. Reliance Standard Life Ins. Co.*, 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with 'its literal and natural meaning.'" *United McGill Corp. v. Stinnett*, 154 F.3d 168, 172 (4th Cir. 1998) (quoting *Health Cost Controls v. Isbell*, 139 F.3d 1070, 1072 (6th Cir. 1997)). "[W]e enforce the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.*, 287 F.3d 305, 313 (4th Cir. 2002); see also *Fortier v. Principal Life Ins. Co.*, 666 F.3d 231, 240 (4th Cir. 2012).

**The Denial Letter Sets the Framework for the Appeal Because an Insurance Company Must Address, *in the Denial Letter*, ALL[1] of the Reasons Why It Is Denying the Claim[1]**

ERISA provides many procedural protections to claimants like Adam. One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason(s) for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of N. Am.*, 30 F.App'x. 160, 164 (4th Cir. 2002). See also, *Harlick v. Blue Shield of California*, 686 F.3d 699, 720 (9th Cir. 2012)[2]. Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir. 2004).

[1] If an insurance company comes up with new reasons to deny the claim after the claimant has appealed, it must pay benefits to date because it means that the initial denial was not valid. As stated by the Ninth Circuit, "Coming up with a new reason for rejecting the claim at the last minute suggests that the claim administrator may be casting about for an excuse to reject the claim rather than conducting an objective evaluation." *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872 (9th Cir. 2008).

[2] *Blue Shield had to tell Harlick* "the 'specific reasons for such denial'"—not just one reason, if there was more than one—"and provide a 'full and fair review' of the denial." *Harlick v. Blue Shield of California*, 686 F.3d 699, 720 (9th Cir. 2012).

As you know, in order to provide for a *full and fair opportunity for review*, ERISA regulations elaborate specifically that a denial notice must contain the following:

(1) The specific reason or reasons for the denial;
(2) Specific reference to pertinent plan provisions on which the denial is based;
(3) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and
(4) Appropriate information as to the steps to be taken if the participant or beneficiary wishes to submit his or her claim for review.

## PROCEDURAL HISTORY AND BACKGROUND

In ERISA cases, the insured bears the initial burden of establishing that the claim falls within the scope of coverage while the insurer has the burden of proving that an exception or limitation applies. *Jenkins v. Montgomery Indus.*, 77 F.3d 740, 743 (4th Cir. 1996). See *Cooper v. Unum Life Ins. Co. of America,* 2010 U.S. Dist. LEXIS 141525, 2010 WL 5859544 (E.D. Tenn. Nov. 16, 2010), *citing Caffey v. Unum Life Ins. Co.*, 302 F.3d 576, 580 (6th Cir. 2002); *Farley v. Benefit Trust Life Ins. Co.*, 979 F.2d 653,658 (8th Cir. 1992); and *Miller v. United Welfare Fund,* 72 F.3d 1066, 1074 (2d Cir. 1995).

Here Adam's evidence satisfied his initial burden to prove that he was unable to perform the material and substantial duties of his own occupation. To underscore his disability, Adam was determined to be disabled and received Short Term Disability Benefits under a different plan (Policy Number 00001020137600000, Claim Number 1210071975) administered by Lincoln and also was determined to be disabled and received Long Term Disability Benefits under The Plan, which is, again, administered by Lincoln.

Adam has been a dedicated and dutiful employee for Trinity Village, Inc. until his medical condition worsened to the point he was unable to work on June 17, 2021. He filed for Short Term Disability Benefits under a Short Term Disability Policy (Policy Number 00001020137600000) administered by Lincoln on or about July 22, 2021.

Lincoln initially determined that Adam was Totally Disabled under the definition of the Short Term Disability Plan and qualified for Short Term Disability Benefits starting on July 2, 2021 (two weeks after Adam became disabled, in accordance with the elimination period in the Short Term Disability policy). Lincoln determined Adan qualified for Short Term Disability Benefits due to Adam's right hip pain, tendinitis, and bursitis.

On October 13, 2021, Lincoln sent Adam a letter stating that no additional Short Term Disability Benefits beyond September 9, 2021, would be paid, as there was, according to Lincoln, insufficient medical documentation in Lincoln's file on Adam to support Adam needing ongoing restrictions and limitations. On October 27, 2021, Adam submitted an appeal of the October 13th denial and provided additional medical records, including an MRI.

On December 15, 2021, Lincoln sent Adam a letter saying that his appeal was denied, as he had "shown the ability to work with the same symptoms for quite some time prior to [his] date of disability and the medical records do not support ongoing restrictions and limitations that would prevent [him] from performing the main duties of [his] own occupation and does [sic] not support a Total Disability beyond 9/3/2021." This December 15th denial also relied heavily on a file review of Adam's medical records by a nurse disability consultant. The nurse disability consultant had never seen Adam in person, and her review's conclusion, without explanation, disagreed with and disregarded the objective medical evidence of Adam's conditions and the opinions of Adam's treating physicians. On December 21, 2021, Adam hired me. On June 13, 2022, I submitted an appeal of the December 15th denial on Adam's behalf.

On June 14, 2022, Lincoln sent Adam a letter, stating that he was approved for Short Term Disability Benefits from "9/3/2021" to "12/17/2021" (the end of the maximum benefit period under the Short Term Disability policy).

On June 15, 2022, Lincoln sent Adam a letter stating that he met the definition of Total Disability under The Plan (using the "own occupation" standard) and was approved for Long Term Disability benefits from "12/15/2021" (six months after Adam became disabled, in accordance with the elimination period in The Plan).

On May 12, 2023, Lincoln sent Adam a letter stating that Adam would no longer meet the definition of Total Disability under The Plan and would no longer receive Long Term Disability Benefits starting December 15, 2023—a date that was seven months in the future at the time Lincoln sent this letter. A large part of Lincoln's reasoning was that the definition of Total Disability shifts from being "unable to perform each of the Main Duties of his or her Own Occupation" to being "unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow," and the shift occurs two years after the end of the elimination period. On November 8, 2023, I submitted an appeal of the May 12th denial on Adam's behalf and provided more than fifty pages of medical records, as Lincoln had made this denial decision without any medical records from Adam's treating physicians that were more recent than September 1, 2022, and had made the decision preemptively.

On May 13, 2024, Lincoln sent Adam a letter stating that he met the definition of Total Disability under The Plan (using the "any occupation" standard). Adam was approved for Long Term Disability benefits.

On December 24, 2024, Lincoln once again sent Adam a letter stating that Adam would no longer meet the definition of Total Disability under The Plan and would no longer receive Long Term Disability Benefits starting December 26, 2024.

This history demonstrates that Lincoln has repeatedly violated ERISA when evaluating Adam's claim, by disregarding his treating physicians and the medical evidence at its disposal as well as by egregiously deciding more than six months before the definition would shift that, on that future date when the definition would shift, Adam would not meet the definition, without considering any medical evidence from over a year prior to when the definition would shift.. This

history also demonstrates that Lincoln has previously found Adam disabled under the same "any occupation" standard it now claims Adam fails to meet.

## THE SPECIFIC REASON(S) WHY THE BENEFITS WERE TERMINATED[3]

On December 24, 2024, Lincoln determined that Adam was "not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation." Lincoln stated that this determination was made "based upon age, education, training, past work experience and abilities."

Additionally, the December 24th denial also states, that Adam's "Social Security information was requested on 5/20/2024; however to date [Lincoln has] not received this information." **This statement is false and misleading, as Lincoln was repeatedly provided with Social Security updates showing the claim was pending.**

Furthermore, the December 24th denial outlined that the records "evaluated" by Lincoln in making this decision include medical records from Adam's treating physicians dated 06/07/2021 to 08/25/2022 and medical records from Adam's treating physicians dated 04/11/2024 to 09/27/2024. **Almost 2 years of records from Adam's treating physicians—records from 8/26/2022 to 04/10/2024—are omitted entirely, as are records between 9/28/2024 and 11/24/2024.** Additionally, important medical records from within the above time frames are also omitted. An example of the important medical records from the relevant time frames that were omitted is Adam's prescription for a cane, which was prescribed on 9/13/2024 and which was faxed by my office to Lincoln on 12/9/2024 (as well as referenced in a fax my office sent to Lincoln on 11/6/2024).

## REASONS WHY A JUDGE WOULD RULE THAT THE TERMINATION OF ADAM'S BENEFITS IS NOT THE RESULT OF THE DELIBERATE AND PRINCIPLED REASONING PROCESS REQUIRED BY ERISA

### 1. Lincoln Omitted Critical Medical Evidence From Consideration

Lincoln ignores or minimizes several key pieces of medical evidence that directly contradict its conclusion. Lincoln's denial acknowledges reviewing medical records from only selected time periods while omitting almost two years of treatment records (8/26/2022 to 04/10/2024 and 09/28/2024 to 11/24/2024). This represents a fundamental failure to conduct the comprehensive review required under ERISA. The missing records include: (1) ongoing pain management documentation showing continued opioid requirements, (2) treatment adjustments and medication changes demonstrating lack of improvement, (3) response to various treatment

---

[3] As stated above, review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of N. Am.*, 30 F.App'x. 160, 164 (4th Cir. 2002). Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln subsequently seek to rely on any reasons not mentioned in the denial letter, benefits should be paid to date and a new appeal allowed.

modalities, (4) documentation of condition progression, and (5) additional documentation regarding the diagnosis of Chronic Pain Syndrome, as well as sacroiliitis, lumbar degenerative disc disease, chronic right hip pain, cervical spondylosis, cervical myofascial pain syndrome, labral tear of right hip joint, and cervical radiculopathy, among others. Without these records, Lincoln cannot possibly make an informed determination about Adam's functional capacity during the relevant time period. This selective review violates ERISA's requirement for a "full and fair review" and renders the file review opinions unreliable and arbitrary.

Most significantly, Lincoln failed to consider that Adam was prescribed a cane by his treating physician on September 13, 2024. The prescription from Mainline Health Systems specifically orders a "Straight Cane" for Adam's "Unilateral primary osteoarthritis, right hip" (Order ID: VXJ-BS3-KVR7-290). This prescription was provided to Lincoln on November 6, 2024, yet there is no indication in the denial letter that this important functional limitation was considered by Lincoln or provided to Lincoln's reviewers or vocational consultant.

Additionally, Lincoln's termination of benefits is unreasonable because Lincoln failed to contemplate the consequences of the medications being taken by Adam, who is prescribed significant pain medications including the following:

- Oxycodone-acetaminophen 7.5 mg-325 mg tablets (taken every 8 hours),
- Hydrocodone 7.5 mg-acetaminophen 325 mg tablets (taken three times daily),
- Gabapentin 600 mg tablets (taken three times daily), and
- Tizanidine 4 mg (taken at bedtime)

Dr. Rojhani's File Review of Adam's file does not mention any of the above medications. It is not clear whether Dr. Rojhani did not receive medical records regarding Adam's prescription of these medications or simply did not address them.

Federal courts have recognized that a plan administrator's failure to adequately consider the number and nature of the medications the claimant is taking supports the argument that a determination was arbitrary and capricious. *Smith v. Cont'l Cas. Co.*, 450 F.3d 253, 265 (2006); In fact, courts have found that enduring the side effects of medications and procedures is proof that a self-reported disability is real. *Carradine v. Barnhart*, 360 F.3d 751, 755 (7th Cir.2004).[4] In addition to the medication listed above, Adam has had physical therapy and multiple injections, which are helpful but elevate his blood pressure.

Yet, Lincoln's vocational analysis completely fails to address how the side effects of these opioid medications—including sedation, cognitive impairment, constipation, and respiratory depression—would impact Adam's ability to perform sustained work activity. The medical records clearly document that Adam was advised of these side effects, including "sedation, respiratory depression, respiratory arrest, coma and death," yet Lincoln's denial ignores the functional impact

[4] "What is significant is the improbability that [the claimant] would have undergone the pain-treatment procedures that she did, which included not only heavy doses of strong drugs such as Vicodin, Toradol, Demerol, and even morphine, but also the surgical implantation in her spine of a catheter and a spinal-cord stimulator, merely in order to strengthen the credibility of her complaints of pain and so increase her chances of obtaining disability benefits." *Carradine v. Barnhart*, 360 F.3d 751, 755 (7th Cir.2004).

of these necessary medications. These side effects alone would preclude the sustained attention, concentration, and reliability required for competitive employment in any occupation.

Furthermore, Adam has Chronic Pain Syndrome. Chronic pain is inherently variable and unpredictable. Even if Adam might theoretically perform some job functions on "good days," employers require consistent, reliable performance. His chronic pain, documented by multiple treating physicians, creates functional limitations that fluctuate and make sustained competitive employment impossible. Lincoln's denial appears to dismiss the significance of this diagnosis and its impact on Adam's functional capacity.

Lincoln never addressed the chronic, extreme pain that is consistently reported. In Adam's medical records with Arkansas Spine and Pain, Adam stated his hip pain, in particular, averaged a 4 out of 10 on the pain scale and at its worst was a 10 out of 10 on the pain scale. Again, it is unclear whether Dr. Rojhani did not receive the medical records indicating Adam's diagnosis of Chronic Pain Syndrome or whether he simply did not address it. Lincoln never disputed the quality, severity or frequency of Adam's pain. A failure to consider a claimant's constellation of medical issues is an abuse of discretion. *Guthrie v. Nat'l Rural Elec. Coop. Ass'n Long-Term Disability Plan*, 509 F.3d 644, 652 (4th Cir. 2007). A failure to address (not just list and ignore) complaints of pain is an abuse of discretion. *Hardt v. Reliance Standard Life Ins. Co.*, 540 F. Supp. 2d 656, 661 (E.D. Va. 2008).

The promise of a long-term disability policy is that, "We will protect you if you cannot, through sickness or injury, earn a living." Lincoln's disability plan promised Adam that he would be paid if sickness or injury prevented him from earning a certain percentage of his pre-disability income. To be able to "earn" means first that an employer judges you fit enough to actually be hired to work. Next, you must work. "To work" means not simply that someone can perform discreet tasks, like sitting, standing and walking, but that they can show up, every day, and give the employer a dependable 40 hour workweek. "Showing up, every day" must mean being able to get out of bed, get yourself ready, travel to the work-place, put in eight hours and then get yourself back home. "Simply being able to perform sedentary work does not necessarily enable one to work" in an occupation that requires "careful thought and concentration." *Sabatino v. Liberty Life Assur. Co.*, 286 F. Supp. 2d 1222, 1231 (2003). "[A] total-disability determination cannot reasonably hinge on whether an employee is minimally capable, on a good day, at the right hour, of fulfilling her job duties in barely tolerable fashion. Qualification for employment requires an ability to work effectively and to be reliable." *Peterson v. Fed. Express Corp. Long Term Disability Plan*, 2007 U.S. Dist. LEXIS 41590, *103-104 (D. Ariz. June 4, 2007).

### 2. Lincoln's Failed to Address the Opinions of Adam's Treating Physicians

Under ERISA, plan administrators cannot arbitrarily dismiss treating physician's opinions. This is bedrock ERISA disability law. Lincoln doesn't have to agree with everything a treating physician does but when it does not agree, it must explain why, generally using a qualified medical professional to do so. *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834 (2003).[5] In denying this claim Lincoln did not even try to explain why the treating physician assessments were

[5] "Plan administrators, of course, may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician." *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834 (2003).

wrong. The failure to seriously engage in a discussion of the claimant's favorable evidence suggests that a Plan Administrator abused its discretion in denying benefits. *White v. Eaton Corp. Short Term Disability Plan*, 308 F.App'x. 713, 719-20 (4th Cir. 2009). See also *Williams v. Metro. Life Ins. Co.*, 609 F.3d 622, 634 (4th Cir. 2010).[6] In *Piepenhagen v. Old Dominion Freight Line, Inc.*, 395 F. App'x 950, 955-56 (4th Cir. 2010), the Fourth Circuit Court of Appeals said "[T]his court has clearly held that when an ERISA plan discontinues an employee's benefits after totally disregarding some portion of a physician's opinion that is favorable to the employee's claim and seizing upon that portion which is adverse to the employee's claim, such decision making is unreasonable."

Adam's treating physicians have documented restrictions that preclude not just his own occupation, but any sustained competitive employment. Dr. Pennington, who serves as one of Adam's attending physicians, authored a letter stating, in relevant part, "I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. . . . It is my opinion that he cannot work . . . Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me." However, that letter was not considered by Lincoln at all, despite being provided to Lincoln, because it is dated September 9, 2022—**squarely in the almost two years worth of medical records that Lincoln's denial letter states Lincoln did not consider**. It also appears that this letter was not provided to either of Lincoln's most recent file review physicians, Dr. Akhondi or Dr. Rojhani.

Adam had multiple visits at Arkansas Spine and Pain in 2023 and 2024 notating (1) chronic constant pain requiring ongoing opioid management; (2) pain rated 4/10 average, 10/10 at worst; (3) pain exacerbated by movement and activity; and (4) functional limitations affecting daily activities, particularly with joint movement. Once again, it is not clear if these medical records were not provided to Dr. Rojhani or if he simply did not address their contents. Additionally, as documented at Adam's visits at Mainline Health Systems, Adam has functional decline requiring a mobility aid, was prescribed a mobility assistive device, and has ongoing pain management with multiple medications. This prescription was not provided to any file review physician or vocational rehabilitation specialist.

These consistent findings from multiple treating sources cannot be dismissed based solely on file reviews, particularly when evaluating chronic pain conditions under the "any occupation" standard. *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-1005 (2017).[7]

---

[6] "MetLife appears to have disregarded, without justification, Williams' treating physicians' conclusions regarding her hand and wrist pain and its effect on her ability to type throughout the day." *Williams v. Metro. Life Ins. Co.*, 609 F.3d 622, 634 (4th Cir. 2010).

[7] "Ultimately, the Court finds that Dr. Sassower's opinion is not persuasive. Dr. Sassower only conducted a paper review of Plaintiff's medical records and never examined Plaintiff in person. Although MetLife is not required to ask its physicians to conduct an in-person examination, the Ninth Circuit has viewed 'pure paper' reviews with some skepticism. *See Montour*, 588 F.3d at 634 (a 'pure paper' review 'raise[s] questions about the thoroughness and accuracy of the benefits determination'); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666, 676-77 (9th Cir. 2011) (criticizing administrator's decision to not conduct an in-person examination when every physician that did so found that claimant was disabled)." *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-1005 (2017).

### 3. Lincoln's Vocational Analysis Is Flawed

#### a. *The Tranferrable Skills Analysis is Inadequate and Did Not Consider All the Information Available to the Vocational Rehabilitation Consultant*

The analysis conducted by the vocational rehabilitation expert is shockingly unprofessional and inadequate and would never withstand scrutiny in a federal court. It was completed without critical information such as Adam's prescription for a cane or any other medical records or documentation except for Dr. Rojhani's File Review. In fact, Dr. Akhondi's File Review (dated 12/16/2024, two days before this "Transferrable Skill Analysis Addendum" was completed) is not considered either, much less the reports of Adam's treating physicians.

This was the totality of the report from Lincoln's vocational "rehabilitation consultant" that Lincoln relied on to terminate benefits:

> "Restrictions and Limitations used for this analysis was based on the Physical Medicine and Rehabilitation Peer Review in AWD, dated 12/03/2024 and completed by Dr. Solomon Rojhani, MD1 (date of report 11/22/2024), which indicated the following:
>
> - Sitting: Constantly with the ability to reposition as needed to relieve pressure/pain.
> - Standing, walking: Frequently
> - Lifting, carrying, pushing, pulling: Occasionally up to 20 lbs. BUE
> - Climbing stairs, bending, balancing, stooping, kneeling, crouching: Occasionally
> - Crawling: Never
> - Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
> - Using lower extremities for foot controls: Unrestricted BLE
> - Fine manipulation, simple and firm grasping, feeling: Frequently LUE; Unrestricted RUE
> - No climbing ladders, working at unprotected heights, operating heavy machinery
> - Driving: Constantly
> - The above recommended restrictions and limitations are indicated from 7/15/2024 through the present time and beyond, with re-assessment on or around 4/15/2025.
> - The claimant's abilities are sustainable on a full-time basis."

Not surprisingly, this "rehabilitation consultant" arrived at the opinion that Adam could work as a gate guard, as a surveillance-system monitor, or as an assembler, production—jobs that Adam, most certainly, cannot do.

For an opinion to be admissible in federal court it must be reasoned and founded on data. *Bielskis v. Louisville Ladder, Inc.*, 663 F.3d 887, 894 (7th Cir. 2011), and sufficiently tied to the facts of the case. *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). To determine

whether an opinion is reliable a court will consider the expert's full range of experience and training. *United States v. Pansier*, 576 F.3d 726, 737 (7th Cir. 2009).

In *Parr v. First Reliance Std. Life Ins. Co.*, 2017 U.S. Dist. LEXIS 52608 (N.D. Cal. 2017), a Federal Court ripped a vocational report to shreds when it (1) relied only on the report of the insurance company's doctor; (2) failed to address cognitive side effects of medications; (3) failed to address other internal reports which were in contradiction to the one doctor report it did rely on; (4) contained no evidence (nor, indeed, was there any evidence in the entire claim file) that the claimant's condition had improved yet the claim had been paid for years; and (5) failed to appreciate the fact that a claimant who can do some sedentary activities "in bursts" is not necessarily able to perform occupational duties for a 40 hour work week.

Here, Lincoln's vocational "rehabilitation consultant" did not even pretend to use the full range of data available to her as an employee of Lincoln. If she was working in the private marketplace, attempting to actually help Adam find suitable employment, she never would have (1) failed to review all of the medical records; (2) failed to interview the treating physicians; (3) failed to interview Adam; or (4) failed to actually assess Adam's mathematics and language skills, rather than adjusting them upward (from Adam's careful evaluation of his strength in those skills) based on the fact that he received a high school diploma.

**b. *Adam is Not "Reasonably Qualified" For the Positions Indicated, as His Entire Work History is Physically-Demanding Jobs***

Since Adam's claim is now subject to the "any occupation" standard, The Plan requires inability to perform occupations for which training, education, or experience would "reasonably allow." However, even under this more restrictive standard, Adam remains totally disabled and unable to perform the main duties of any occupation for which his training, education, or experience would reasonably qualify him. Adam has only a high school education, has no computer skills or office experience, has no experience in sedentary work environments, and has worked exclusively in physically demanding occupations requiring medium to heavy physical capacity (maintenance worker, automobile mechanic, HVAC helper, correctional officer—all physically demanding occupations requiring medium to heavy physical capacity).

Under The Plan, Adam must be "unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow." This is not merely a test of whether jobs exist in the national economy, but whether Adam can actually perform the essential functions of occupations consistent with his background and current functional capacity. This requires more than theoretical job availability. "A finding that [Adam] is physically capable of sedentary work is meaningless without some consideration of whether [he] is vocationally qualified to obtain such employment, and to earn a reasonably substantial income from it, rising to the dignity of an income or livelihood, though not necessarily as much as she earned before the disability." *Demirovic v. Bldg. Serv. 32 B-J Pension Fund*, 467 F.3d 208, 215 (2nd Cir. 2006).

Furthermore, Adam's critical functional limitations under The Plan's "Any Occupation" standard include: (1) the need for assistive device (cane), which is incompatible with occupations

for which he is qualified , (2) medication side effects, which affect cognitive function and alertness; (3) chronic pain requiring frequent position changes - incompatible with sustained work; and (4) limited standing/walking tolerance, even with medication management.

Lincoln's identified occupations (surveillance-system monitor, gate guard, and assembler, production) require skills and experience completely outside his background and current abilities.

The Directory of Occupational Titles lists the main duties of a gate guard as follows:

Guards entrance gate of industrial plant and grounds, warehouse, or other property to control traffic to and from buildings and grounds: Opens gate to allow entrance or exit of employees, truckers, and authorized visitors. Checks credentials or approved roster before admitting anyone. Issues passes at own discretion or on instructions from superiors. Directs visitors and truckers to various parts of grounds or buildings. Inspects outgoing traffic to prevent unauthorized removal of company property or products. May record number of trucks or other carriers entering and leaving. May perform maintenance duties, such as mowing lawns and sweeping gate areas. May require permits from employees for tools or materials taken from premises. May supervise use of time clocks for recording arrival and departure of employees [TIMEKEEPER (clerical) 215.362-022]. May answer telephone and transfer calls when switchboard is closed. When stationed at entrance to restricted area, such as explosives shed or research laboratory, may be designated Controlled-Area Checker (any industry).

The Directory of Occupational Titles lists the main duties of a surveillance-system monitor as follows:

Monitors premises of public transportation terminals to detect crimes or disturbances, using closed circuit television monitors, and notifies authorities by telephone of need for corrective action: Observes television screens that transmit in sequence views of transportation facility sites. Pushes hold button to maintain surveillance of location where incident is developing, and telephones police or other designated agency to notify authorities of location of disruptive activity. Adjusts monitor controls when required to improve reception, and notifies repair service of equipment malfunctions.

The Directory of Occupational Titles lists the main duties of an assembler, production as follows:

Performs repetitive bench or line assembly operations to mass-produce products, such as automobile or tractor radiators, blower wheels, refrigerators, or gas stoves: Places parts in specified relationship to each other. Bolts, clips, screws, cements, or otherwise fastens parts together by hand, or using handtools or portable power tools. May tend machines, such as arbor presses or riveting machine, to perform force fitting or fastening operations on assembly line. May be assigned to different work stations as production needs require. May work on line where tasks vary as different model of same article moves along line. May be designated according to part or product produced.

Given (1) Adam's need for assistive device; (2) the focus-reducing side effects of his medication, which affect cognitive function and alertness; (3) Adam's chronic pain requiring frequent position changes, making sustained work impractical if not impossible; and (4) Adam's limited standing/walking tolerance, even with medication management, these are not jobs that Adam can actually perform. As examples, a gate guard requires a level of regular physical exertion that is incompatible with Adam's limited standing/walking tolerance even with medication management; a surveillance-system monitor requires a level of focus incompatible with both Adam's chronic pain and the side of effects of Adam's medications; and an assembler, production requires both a level of regular physical exertion that is incompatible with Adam's limited standing/walking tolerance even with medication management and a level of focus incompatible with with both Adam's chronic pain and side of effects of Adam's medications. Adam would not be able to do these jobs for 8 hours per day, 40 days per week. An employer would not reasonably hire someone with Adam's limitations and lack of relevant experience for these positions.

c. ***Adam is not Hirable for Full-Time Competitive Employment Given His Current Limitations***

Furthermore, the "any occupation" test requires ability to perform work on a sustained, full-time basis in a competitive work environment. Adam cannot meet this standard because:

- His pain medication schedule requires dosing every 8 hours
- His functional limitations require frequent position changes
- His pain levels fluctuate unpredictably
- His use of a cane creates additional functional limitations
- His chronic pain affects concentration and task persistence

Courts have emphasized that the "any occupation" test is not merely theoretical but must consider whether the claimant can realistically obtain and maintain employment. *Demirovic v. Bldg. Serv. 32 B-J Pension Fund,* 467 F.3d 208 (2006).

**4. Any Alteration to Lincoln's Previous Benefit Approval Under Same "Any Occupation" Standard Requires Significant Change**

When benefits have been previously paid under the "any occupation" standard, ERISA requires a significant change in circumstances to justify termination. *Frerichs v. Hartford Life & Acc. Ins. Co.*, 875 F.Supp.2d 923 (D. Minn. 2012).

Lincoln has failed to identify any meaningful improvement that would justify terminating benefits that were appropriately being paid under the more restrictive "any occupation" definition. In fact, the prescription for a cane in September 2024 suggests functional decline rather than improvement.

Lincoln has decided to terminate Adam's benefits without citing any new medical evidence which evinces either that Adam's debilitating conditions have been mitigated or that his medical conditions have improved. This is troubling because, for over a year, Lincoln accepted both Adam's complaints and his doctors' diagnoses, as sufficient evidence to support the inability to

perform the main occupational duties of any job. If there is no change in occupational disability standards after a year of benefits, Lincoln must cite some medical evidence to justify Lincoln's decision to terminate benefits after having determined that the submitted medical evidence met the contractual definition of disability.

### 5. Neither Dr. Rojhani's File Review nor Lincoln's Denial Letter States What Evidence Would Be Needed to Substantiate Adam's Inability to Work

Dr. Rojhani's ten page report consists primarily of a recitation of the medical records and treating physician opinions with which he agrees. He agrees that Adam's condition has continued pretty much unchanged since the beginning of the claim (perhaps because Dr. Rojhani was not provided with the prescription for the cane). He agrees with the diagnoses outlined above. He does not dispute anything he was provided by Lincoln regarding what Adam or his physicians have said about the claim. He agrees that, "[Adam] has been experiencing chronic neck pain and low back pain secondary to cervical and lumbar degenerative disk disease" as well as "chronic right hip pain secondary to right hip labral tear and right hip OA" that has "worsened" and is "significantly limiting his functional capacity." Dr. Rojhani does not do a physical examination. He calls Adam's medical management "clinically reasonable and consistent with the apparent level of severity" and recommends "re-evaluation" in approximately 6 months. He then simply concluded "[Adam]'s abilities are sustainable on a full-time basis." Dr. Rojhani doesn't give any reasons at all for reaching this conclusion. He doesn't state what he finds currently lacking in the claim (which has repeatedly been approved for benefits, and at least once approved for benefits under the "any occupation" standard).

There is no discussion at all. His report, which Lincoln simply parrots in its denial letter, amounts to "he has significant pain that is limiting him... but he can work." Courts routinely reject reports that are nothing more than mere conclusions backed up by little or no scientific or medical analysis. This is because mere conclusions don't tell claimants exactly what they need to do in order to obtain benefits. See, *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).[8]

Furthermore, again, Lincoln must give all of the records to its independent consultants. *Metro. Life Ins. Co. v. Glenn*, 554 U.S. 105, 118 (2008). "The duty to disclose material information is the core of a fiduciary's responsibility, animating the common law of trusts long before the enactment of ERISA." *Kenseth v. Dean Health Plan, Inc.*, 610 F.3d 452, 466, quoting *Eddy v. Colonial Life Ins. Co.*, 919 F.2d 747, 750 (D.C. Cir. 1990). Lincoln failed to provide Dr. Rojhani with critical medical information about Adam's current status that Lincoln had, most notably, the prescription for a cane.

Again, Dr. Rojhani's file review does not contain any indication that he was aware of the of the prescription medication Adam was taking or all of Adam's diagnoses from physicians who

---

[8] "Specifically, courts have rejected 'conclusory statements regarding a claimant's ineligibility or benefits.' *White*, 896 F.2d at 349 (collecting cases); accord *Short*, 729 F.2d at 575 (rejecting 'baldfaced conclusions'). BenePro's failure to cite specific Plan provisions denied Leonhardt the 'opportunity to comprehend fully the reason for the denials and to know what deficiencies [his application] must overcome to be successful on appeal. *White*, 896 F.2d at 350." *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).

actually examined him, notably chronic pain syndrome (G89.4), sacroiliitis (M46.1), cervical spondylosis (M47.812), cervical myofascial pain syndrome (M79.18), and cervical radiculopathy (M54.12). It is unclear whether Lincoln did not provide this information or Dr. Rojhani or whether Dr. Rojhani simply did not address them. It is clear that Lincoln failed to provide Dr. Rojhani with Adam's prescription for a cane.

### 6. Lincoln Lied About Not Receiving Social Security Information

Lincoln's denial letter contains a materially false statement claiming that Social Security information was "requested on 5/20/2024; however to date [Lincoln has] not received this information." This is demonstrably untrue.

On May 5, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim.

On May 20, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On August 8, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On August 19, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim.

On October 9, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On October 14, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim stating, "My office received an unfavorable hearing decision which we appealed to the Appeals Council, as the decision failed to consider all of his impairments."

On December 24, 2024, Lincoln claims to have not received Social Security information.

The Social Security claim remains pending with the Appeals Council as of the date of this appeal. Lincoln's statement that it has not received Social Security information is false and appears designed to create either the impression that Adam may have been approved for Social Security benefits, which would affect offset calculations or the impression that Adam (or my office) is not cooperating with Lincoln and providing requested information and updates. This is categorically false.

This misrepresentation undermines Lincoln's credibility and suggests that the December 24, 2024, denial was not based on good faith review of the evidence.

## LINCOLN'S DETERMINATION LACKS REASONED DECISION-MAKING

ERISA requires that benefit determinations be the result of a "deliberate, principled reasoning process." Lincoln's denial fails this standard because it:

1. **Lies** about Social Security information that was repeatedly provided
2. Fails to state what evidence would be needed from Adam to substantiate Adam's inability to work
3. Fails to demonstrate what significant improvement has occurred since Lincoln last approved Adam under the "any occupation" standard approximately 6 months before this denial
4. Contains flawed vocational analysis that doesn't account for functional limitations
5. Fails to adequately explain its rejection of Adam's treating physicians' opinions and relies on file reviews over treating physicians' examinations for chronic pain
6. **Ignores significant medical evidence** (cane prescription, medication side effects, etc.) and provides incomplete information to reviewing physicians, undermining the reliability of their opinions

## REASONS WHY BENEFITS SHOULD BE AWARDED

Adam's disability benefits should be reinstated because he is disabled. The medical evidence clearly supports Adam's continued disability under the policy's "any occupation" standard. Adam remains unable to perform the main duties of any occupation for which his training, education, or experience would reasonably qualify him. His functional limitations, including the need for an assistive device, medication side effects, chronic pain syndrome, and educational/experiential background, preclude sustained competitive employment in any occupation. His treating physicians agree that he has a disabling condition that continues to worsen. The objective and subjective evidence **ONLY** supports Adam's claim for disability benefits.

Your denial letter is insufficient. You avoid discussing all the evidence in his favor. You previously awarded him short term disability benefits and long term disability benefits. Adam continues to suffer from the same disabling conditions that Lincoln previously recognized under the "any occupation" standard. His functional capacity has not improved, and if anything, has declined as evidenced by the new prescription for an assistive device. Lincoln's denial appears to be based on an incomplete review that failed to consider significant evidence of ongoing disability and misapplied the "any occupation" standard by focusing on theoretical job availability rather than Adam's actual ability to perform competitive work.

Any Court will give the reviews made with incomplete information the weight they deserve. You have a duty and responsibility as a fiduciary to make sure this does not happen to your insured. You should reinstate Adam's benefits immediately, along with back pay and interest. Should you maintain your denial of benefits, we will be eager to litigate this in federal court.

## CONCLUSION

Benefits should be immediately reinstated, past due interest paid, and attorney fees reimbursed.

This appeal is being faxed to the above number today.

Sincerely,

[signature]

Marcus Vaden
Attorney at Law

MV/mhg
cc: Adam Bobb

Attachments—188 pages

1. 4 pages, 10/13/2021, letter denying continued STD benefits
2. 2 pages, 10/27/2021, pro se appeal of letter denying continued STD benefits
3. 6 pages, 12/15/2021, letter denying pro se appeal
4. 9 pages, 06/13/2022, MV Law's appeal of letter denying continued STD benefits
5. 1 page, 06/14/2022, letter overturning letter denying continued STD benefits
6. 3 pages, 06/15/2022, letter approving LTD benefits
7. 6 pages, 05/12/2023, letter denying continued LTD benefits
8. 71 pages, 11/08/2023, MV Law's appeal of letter denying continued LTD benefits
9. 2 pages, 05/13/2024, letter overturning letter denying continued LTD benefits
10. 8 pages, 12/24/2024, letter denying continued LTD benefits
11. 2 pages, 12/09/2024, fax to Lincoln with the prescription for a cane
12. 57 pages, 11/06/2024, fax to Lincoln with ongoing medical records
13. 2 pages, 09/06/2022, fax to Lincoln with letter regarding Adam's inability to work
14. 5 pages, 05/04/2024, fax to Lincoln with update regarding Adam's Social Security claim
15. 2 pages, 05/20/2024, Lincoln requesting update regarding Adam's Social Security claim
16. 2 pages, 08/08/2024, Lincoln requesting update regarding Adam's Social Security claim
17. 2 pages, 08/19/2024, fax to Lincoln with update regarding Adam's Social Security claim
18. 2 pages, 10/09/2024, Lincoln requesting update regarding Adam's Social Security claim
19. 2 pages, 10/14/2024, fax to Lincoln with update regarding Adam's Social Security claim

MV
MARCUS VADEN
LAW

August 22, 2025

Via electronic mail and fax

Lincoln Financial Group
Lincoln National Life Insurance Co.
Attn: Brianna K, Specialist Claims, Appeals Dept. – Claims Solutions Shared Services
8801 Indian Hills Drive
Omaha, NE 68114-4066
**Via Fax: (877) 843-3950**
**Via Email: Brianna.kane@lfg.com**

| | | |
|---|---|---|
| Re: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date Appeal Due: | August 23, 2025 |

**THIS IS AN APPEAL**

Dear Brianna,

As you know, I continue to represent Adam Bobb in his claim against Lincoln National Life Insurance Company ("Lincoln"), which administers the Group Long Term Disability Insurance Policy ("The Plan") for Trinity Village, Inc. This is Adam's appeal of your letter dated December 24, 2024.

In this appeal we will set out the applicable law, review the facts of this claim about which there can be no material dispute, and argue that The Plan has engaged in an irrational, cursory, and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that The Plan does not restore Adam's benefits, we will sue The Plan, seeking benefits, interest, and attorney's fees.

## SUMMARY OF APPLICABLE LAW

### An ERISA Benefits Determination Is a Fiduciary Act

ERISA was enacted "to promote the interests of employees and their beneficiaries in employee benefit plans," *Shaw v. Delta Airlines, Inc.*, 463 U.S. 85, 90 (1983), and "to protect

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278
www.marcusvadenlaw.com

contractually defined benefits," *Massachusetts Mutual Life Ins. Co. v. Russell*, 473 U.S. 134, 148 (1985); *Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113 (1989). ERISA imposes **higher-than-marketplace** quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries of The Plan, § 1104(a)(1)." *Metropolitan Life Ins. Co. v. Glenn*, 554 U.S. 105, 115 (2008) (emphasis added).

**The Denial or Termination of Benefits Requires the "Gold Standard"-**
***A Deliberate, Principled Reasoning Process Supported by Substantial Evidence***

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reasoning process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.*, 990 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.*, 390 F.3d 301, 307 (4th Cir. 2004). The [ERISA] procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.*, 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary or unprincipled decision-making.'" *Gagliano v. Reliance Standard Life Ins. Co.*, 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with 'its literal and natural meaning.'" *United McGill Corp. v. Stinnett*, 154 F.3d 168, 172 (4th Cir. 1998) (quoting *Health Cost Controls v. Isbell*, 139 F.3d 1070, 1072 (6th Cir. 1997)). "[W]e enforce the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.*, 287 F.3d 305, 313 (4th Cir. 2002); see also *Fortier v. Principal Life Ins. Co.,* 666 F.3d 231, 240 (4th Cir. 2012).

**The Denial Letter Sets the Framework for the Appeal Because an Insurance Company Must Address, *in the Denial Letter*, ALL[1] of the Reasons Why It Is Denying the Claim[1]**

ERISA provides many procedural protections to claimants like Adam. One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason(s) for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of N. Am.*, 30 F.App'x. 160, 164 (4th Cir. 2002). See also, *Harlick v. Blue Shield of California*, 686 F.3d 699, 720 (9th Cir. 2012)[2]. Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir. 2004).

[1] If an insurance company comes up with new reasons to deny the claim after the claimant has appealed, it must pay benefits to date because it means that the initial denial was not valid. As stated by the Ninth Circuit, "Coming up with a new reason for rejecting the claim at the last minute suggests that the claim administrator may be casting about for an excuse to reject the claim rather than conducting an objective evaluation." *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 522 F.3d 863, 872 (9th Cir. 2008).

[2] *Blue Shield had to tell Harlick* "the 'specific reasons for such denial'"—not just one reason, if there was more than one—"and provide a 'full and fair review' of the denial." *Harlick v. Blue Shield of California*, 686 F.3d 699, 720 (9th Cir. 2012).

As you know, in order to provide for a *full and fair opportunity for review*, ERISA regulations elaborate specifically that a denial notice must contain the following:

(1) The specific reason or reasons for the denial;
(2) Specific reference to pertinent plan provisions on which the denial is based;
(3) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and
(4) Appropriate information as to the steps to be taken if the participant or beneficiary wishes to submit his or her claim for review.

## PROCEDURAL HISTORY AND BACKGROUND

In ERISA cases, the insured bears the initial burden of establishing that the claim falls within the scope of coverage while the insurer has the burden of proving that an exception or limitation applies. *Jenkins v. Montgomery Indus.*, 77 F.3d 740, 743 (4th Cir. 1996). See *Cooper v. Unum Life Ins. Co. of America,* 2010 U.S. Dist. LEXIS 141525, 2010 WL 5859544 (E.D. Tenn. Nov. 16, 2010), *citing Caffey v. Unum Life Ins. Co.*, 302 F.3d 576, 580 (6th Cir. 2002); *Farley v. Benefit Trust Life Ins. Co.*, 979 F.2d 653,658 (8th Cir. 1992); and *Miller v. United Welfare Fund,* 72 F.3d 1066, 1074 (2d Cir. 1995).

Here Adam's evidence satisfied his initial burden to prove that he was unable to perform the material and substantial duties of his own occupation. To underscore his disability, Adam was determined to be disabled and received Short Term Disability Benefits under a different plan (Policy Number 00001020137600000, Claim Number 1210071975) administered by Lincoln and also was determined to be disabled and received Long Term Disability Benefits under The Plan, which is, again, administered by Lincoln.

Adam has been a dedicated and dutiful employee for Trinity Village, Inc. until his medical condition worsened to the point he was unable to work on June 17, 2021. He filed for Short Term Disability Benefits under a Short Term Disability Policy (Policy Number 00001020137600000) administered by Lincoln on or about July 22, 2021.

Lincoln initially determined that Adam was Totally Disabled under the definition of the Short Term Disability Plan and qualified for Short Term Disability Benefits starting on July 2, 2021 (two weeks after Adam became disabled, in accordance with the elimination period in the Short Term Disability policy). Lincoln determined Adan qualified for Short Term Disability Benefits due to Adam's right hip pain, tendinitis, and bursitis.

On October 13, 2021, Lincoln sent Adam a letter stating that no additional Short Term Disability Benefits beyond September 9, 2021, would be paid, as there was, according to Lincoln, insufficient medical documentation in Lincoln's file on Adam to support Adam needing ongoing restrictions and limitations. On October 27, 2021, Adam submitted an appeal of the October 13th denial and provided additional medical records, including an MRI.

On December 15, 2021, Lincoln sent Adam a letter saying that his appeal was denied, as he had "shown the ability to work with the same symptoms for quite some time prior to [his] date of disability and the medical records do not support ongoing restrictions and limitations that would prevent [him] from performing the main duties of [his] own occupation and does [sic] not support a Total Disability beyond 9/3/2021." This December 15th denial also relied heavily on a file review of Adam's medical records by a nurse disability consultant. The nurse disability consultant had never seen Adam in person, and her review's conclusion, without explanation, disagreed with and disregarded the objective medical evidence of Adam's conditions and the opinions of Adam's treating physicians. On December 21, 2021, Adam hired me. On June 13, 2022, I submitted an appeal of the December 15th denial on Adam's behalf.

On June 14, 2022, Lincoln sent Adam a letter, stating that he was approved for Short Term Disability Benefits from "9/3/2021" to "12/17/2021" (the end of the maximum benefit period under the Short Term Disability policy).

On June 15, 2022, Lincoln sent Adam a letter stating that he met the definition of Total Disability under The Plan (using the "own occupation" standard) and was approved for Long Term Disability benefits from "12/15/2021" (six months after Adam became disabled, in accordance with the elimination period in The Plan).

On May 12, 2023, Lincoln sent Adam a letter stating that Adam would no longer meet the definition of Total Disability under The Plan and would no longer receive Long Term Disability Benefits starting December 15, 2023—a date that was seven months in the future at the time Lincoln sent this letter. A large part of Lincoln's reasoning was that the definition of Total Disability shifts from being "unable to perform each of the Main Duties of his or her Own Occupation" to being "unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow," and the shift occurs two years after the end of the elimination period. On November 8, 2023, I submitted an appeal of the May 12th denial on Adam's behalf and provided more than fifty pages of medical records, as Lincoln had made this denial decision without any medical records from Adam's treating physicians that were more recent than September 1, 2022, and had made the decision preemptively.

On May 13, 2024, Lincoln sent Adam a letter stating that he met the definition of Total Disability under The Plan (using the "any occupation" standard). Adam was approved for Long Term Disability benefits.

On December 24, 2024, Lincoln once again sent Adam a letter stating that Adam would no longer meet the definition of Total Disability under The Plan and would no longer receive Long Term Disability Benefits starting December 26, 2024.

This history demonstrates that Lincoln has repeatedly violated ERISA when evaluating Adam's claim, by disregarding his treating physicians and the medical evidence at its disposal as well as by egregiously deciding more than six months before the definition would shift that, on that future date when the definition would shift, Adam would not meet the definition, without considering any medical evidence from over a year prior to when the definition would shift.. This

history also demonstrates that Lincoln has previously found Adam disabled under the same "any occupation" standard it now claims Adam fails to meet.

## THE SPECIFIC REASON(S) WHY THE BENEFITS WERE TERMINATED[3]

On December 24, 2024, Lincoln determined that Adam was "not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation." Lincoln stated that this determination was made "based upon age, education, training, past work experience and abilities."

Additionally, the December 24th denial also states, that Adam's "Social Security information was requested on 5/20/2024; however to date [Lincoln has] not received this information." **This statement is false and misleading, as Lincoln was repeatedly provided with Social Security updates showing the claim was pending.**

Furthermore, the December 24th denial outlined that the records "evaluated" by Lincoln in making this decision include medical records from Adam's treating physicians dated 06/07/2021 to 08/25/2022 and medical records from Adam's treating physicians dated 04/11/2024 to 09/27/2024. **Almost 2 years of records from Adam's treating physicians—records from 8/26/2022 to 04/10/2024—are omitted entirely, as are records between 9/28/2024 and 11/24/2024.** Additionally, important medical records from <u>within</u> the above time frames are also omitted. An example of the important medical records from the relevant time frames that were omitted is Adam's prescription for a cane, which was prescribed on 9/13/2024 and which was faxed by my office to Lincoln on 12/9/2024 (as well as referenced in a fax my office sent to Lincoln on 11/6/2024).

## REASONS WHY A JUDGE WOULD RULE THAT THE TERMINATION OF ADAM'S BENEFITS IS NOT THE RESULT OF THE DELIBERATE AND PRINCIPLED REASONING PROCESS REQUIRED BY ERISA

### 1. Lincoln Omitted Critical Medical Evidence From Consideration

Lincoln ignores or minimizes several key pieces of medical evidence that directly contradict its conclusion. Lincoln's denial acknowledges reviewing medical records from only selected time periods while omitting almost two years of treatment records (8/26/2022 to 04/10/2024 and 09/28/2024 to 11/24/2024). This represents a fundamental failure to conduct the comprehensive review required under ERISA. The missing records include: (1) ongoing pain management documentation showing continued opioid requirements, (2) treatment adjustments and medication changes demonstrating lack of improvement, (3) response to various treatment

[3] As stated above, review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of N. Am.*, 30 F.App'x. 160, 164 (4th Cir. 2002). Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln subsequently seek to rely on any reasons not mentioned <u>in the denial letter</u>, benefits should be paid to date and a new appeal allowed.

modalities, (4) documentation of condition progression, and (5) additional documentation regarding the diagnosis of Chronic Pain Syndrome, as well as sacroiliitis, lumbar degenerative disc disease, chronic right hip pain, cervical spondylosis, cervical myofascial pain syndrome, labral tear of right hip joint, and cervical radiculopathy, among others. Without these records, Lincoln cannot possibly make an informed determination about Adam's functional capacity during the relevant time period. This selective review violates ERISA's requirement for a "full and fair review" and renders the file review opinions unreliable and arbitrary.

Most significantly, Lincoln failed to consider that Adam was prescribed a cane by his treating physician on September 13, 2024. The prescription from Mainline Health Systems specifically orders a "Straight Cane" for Adam's "Unilateral primary osteoarthritis, right hip" (Order ID: VXJ-BS3-KVR7-290). This prescription was provided to Lincoln on November 6, 2024, yet there is no indication in the denial letter that this important functional limitation was considered by Lincoln or provided to Lincoln's reviewers or vocational consultant.

Additionally, Lincoln's termination of benefits is unreasonable because Lincoln failed to contemplate the consequences of the medications being taken by Adam, who is prescribed significant pain medications including the following:

- Oxycodone-acetaminophen 7.5 mg-325 mg tablets (taken every 8 hours),
- Hydrocodone 7.5 mg-acetaminophen 325 mg tablets (taken three times daily),
- Gabapentin 600 mg tablets (taken three times daily), and
- Tizanidine 4 mg (taken at bedtime)

Dr. Rojhani's File Review of Adam's file does not mention any of the above medications. It is not clear whether Dr. Rojhani did not receive medical records regarding Adam's prescription of these medications or simply did not address them.

Federal courts have recognized that a plan administrator's failure to adequately consider the number and nature of the medications the claimant is taking supports the argument that a determination was arbitrary and capricious. *Smith v. Cont'l Cas. Co.*, 450 F.3d 253, 265 (2006); In fact, courts have found that enduring the side effects of medications and procedures is proof that a self-reported disability is real. *Carradine v. Barnhart*, 360 F.3d 751, 755 (7th Cir.2004).[4] In addition to the medication listed above, Adam has had physical therapy and multiple injections, which are helpful but elevate his blood pressure.

Yet, Lincoln's vocational analysis completely fails to address how the side effects of these opioid medications—including sedation, cognitive impairment, constipation, and respiratory depression—would impact Adam's ability to perform sustained work activity. The medical records clearly document that Adam was advised of these side effects, including "sedation, respiratory depression, respiratory arrest, coma and death," yet Lincoln's denial ignores the functional impact

[4] "What is significant is the improbability that [the claimant] would have undergone the pain-treatment procedures that she did, which included not only heavy doses of strong drugs such as Vicodin, Toradol, Demerol, and even morphine, but also the surgical implantation in her spine of a catheter and a spinal-cord stimulator, merely in order to strengthen the credibility of her complaints of pain and so increase her chances of obtaining disability benefits." *Carradine v. Barnhart*, 360 F.3d 751, 755 (7th Cir.2004).

of these necessary medications. These side effects alone would preclude the sustained attention, concentration, and reliability required for competitive employment in any occupation.

Furthermore, Adam has Chronic Pain Syndrome. Chronic pain is inherently variable and unpredictable. Even if Adam might theoretically perform some job functions on "good days," employers require consistent, reliable performance. His chronic pain, documented by multiple treating physicians, creates functional limitations that fluctuate and make sustained competitive employment impossible. Lincoln's denial appears to dismiss the significance of this diagnosis and its impact on Adam's functional capacity.

Lincoln never addressed the chronic, extreme pain that is consistently reported. In Adam's medical records with Arkansas Spine and Pain, Adam stated his hip pain, in particular, averaged a 4 out of 10 on the pain scale and at its worst was a 10 out of 10 on the pain scale. Again, it is unclear whether Dr. Rojhani did not receive the medical records indicating Adam's diagnosis of Chronic Pain Syndrome or whether he simply did not address it. Lincoln never disputed the quality, severity or frequency of Adam's pain. A failure to consider a claimant's constellation of medical issues is an abuse of discretion. *Guthrie v. Nat'l Rural Elec. Coop. Ass'n Long-Term Disability Plan*, 509 F.3d 644, 652 (4th Cir. 2007). A failure to address (not just list and ignore) complaints of pain is an abuse of discretion. *Hardt v. Reliance Standard Life Ins. Co.*, 540 F. Supp. 2d 656, 661 (E.D. Va. 2008).

The promise of a long-term disability policy is that, "We will protect you if you cannot, through sickness or injury, earn a living." Lincoln's disability plan promised Adam that he would be paid if sickness or injury prevented him from earning a certain percentage of his pre-disability income. To be able to "earn" means first that an employer judges you fit enough to actually be hired to work. Next, you must work. "To work" means not simply that someone can perform discreet tasks, like sitting, standing and walking, but that they can show up, every day, and give the employer a dependable 40 hour workweek. "Showing up, every day" must mean being able to get out of bed, get yourself ready, travel to the work-place, put in eight hours and then get yourself back home. "Simply being able to perform sedentary work does not necessarily enable one to work" in an occupation that requires "careful thought and concentration." *Sabatino v. Liberty Life Assur. Co.*, 286 F. Supp. 2d 1222, 1231 (2003). "[A] total-disability determination cannot reasonably hinge on whether an employee is minimally capable, on a good day, at the right hour, of fulfilling her job duties in barely tolerable fashion. Qualification for employment requires an ability to work effectively and to be reliable." *Peterson v. Fed. Express Corp. Long Term Disability Plan*, 2007 U.S. Dist. LEXIS 41590, *103-104 (D. Ariz. June 4, 2007).

### 2. Lincoln's Failed to Address the Opinions of Adam's Treating Physicians

Under ERISA, plan administrators cannot arbitrarily dismiss treating physician's opinions. This is bedrock ERISA disability law. Lincoln doesn't have to agree with everything a treating physician does but when it does not agree, it must explain why, generally using a qualified medical professional to do so. *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834 (2003).[5] In denying this claim Lincoln did not even try to explain why the treating physician assessments were

[5] "Plan administrators, of course, may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician." *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834 (2003).

wrong. The failure to seriously engage in a discussion of the claimant's favorable evidence suggests that a Plan Administrator abused its discretion in denying benefits. *White v. Eaton Corp. Short Term Disability Plan*, 308 F.App'x. 713, 719-20 (4th Cir. 2009). See also *Williams v. Metro. Life Ins. Co.*, 609 F.3d 622, 634 (4th Cir. 2010).[6] In *Piepenhagen v. Old Dominion Freight Line, Inc.*, 395 F. App'x 950, 955-56 (4th Cir. 2010), the Fourth Circuit Court of Appeals said "[T]his court has clearly held that when an ERISA plan discontinues an employee's benefits after totally disregarding some portion of a physician's opinion that is favorable to the employee's claim and seizing upon that portion which is adverse to the employee's claim, such decision making is unreasonable."

Adam's treating physicians have documented restrictions that preclude not just his own occupation, but any sustained competitive employment. Dr. Pennington, who serves as one of Adam's attending physicians, authored a letter stating, in relevant part, "I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. . . . It is my opinion that he cannot work . . . Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me." However, that letter was not considered by Lincoln at all, despite being provided to Lincoln, because it is dated September 9, 2022—**squarely in the almost two years worth of medical records that Lincoln's denial letter states Lincoln did not consider**. It also appears that this letter was not provided to either of Lincoln's most recent file review physicians, Dr. Akhondi or Dr. Rojhani.

Adam had multiple visits at Arkansas Spine and Pain in 2023 and 2024 notating (1) chronic constant pain requiring ongoing opioid management; (2) pain rated 4/10 average, 10/10 at worst; (3) pain exacerbated by movement and activity; and (4) functional limitations affecting daily activities, particularly with joint movement. Once again, it is not clear if these medical records were not provided to Dr. Rojhani or if he simply did not address their contents. Additionally, as documented at Adam's visits at Mainline Health Systems, Adam has functional decline requiring a mobility aid, was prescribed a mobility assistive device, and has ongoing pain management with multiple medications. This prescription was not provided to any file review physician or vocational rehabilitation specialist.

These consistent findings from multiple treating sources cannot be dismissed based solely on file reviews, particularly when evaluating chronic pain conditions under the "any occupation" standard. *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-1005 (2017).[7]

[6] "MetLife appears to have disregarded, without justification, Williams' treating physicians' conclusions regarding her hand and wrist pain and its effect on her ability to type throughout the day." *Williams v. Metro. Life Ins. Co.*, 609 F.3d 622, 634 (4th Cir. 2010).

[7] "Ultimately, the Court finds that Dr. Sassower's opinion is not persuasive. Dr. Sassower only conducted a paper review of Plaintiff's medical records and never examined Plaintiff in person. Although MetLife is not required to ask its physicians to conduct an in-person examination, the Ninth Circuit has viewed 'pure paper' reviews with some skepticism. *See Montour*, 588 F.3d at 634 (a 'pure paper' review 'raise[s] questions about the thoroughness and accuracy of the benefits determination'); *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666, 676-77 (9th Cir. 2011) (criticizing administrator's decision to not conduct an in-person examination when every physician that did so found that claimant was disabled)." *Popovich v. Metro. Life Ins. Co.*, 281 F. Supp. 3d 993, 1004-1005 (2017).

### 3. Lincoln's Vocational Analysis Is Flawed

#### a. *The Tranferrable Skills Analysis is Inadequate and Did Not Consider All the Information Available to the Vocational Rehabilitation Consultant*

The analysis conducted by the vocational rehabilitation expert is shockingly unprofessional and inadequate and would never withstand scrutiny in a federal court. It was completed without critical information such as Adam's prescription for a cane or any other medical records or documentation except for Dr. Rojhani's File Review. In fact, Dr. Akhondi's File Review (dated 12/16/2024, two days before this "Transferrable Skill Analysis Addendum" was completed) is not considered either, much less the reports of Adam's treating physicians.

This was the totality of the report from Lincoln's vocational "rehabilitation consultant" that Lincoln relied on to terminate benefits:

> "Restrictions and Limitations used for this analysis was based on the Physical Medicine and Rehabilitation Peer Review in AWD, dated 12/03/2024 and completed by Dr. Solomon Rojhani, MD1 (date of report 11/22/2024), which indicated the following:
>
> - Sitting: Constantly with the ability to reposition as needed to relieve pressure/pain.
> - Standing, walking: Frequently
> - Lifting, carrying, pushing, pulling: Occasionally up to 20 lbs. BUE
> - Climbing stairs, bending, balancing, stooping, kneeling, crouching: Occasionally
> - Crawling: Never
> - Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
> - Using lower extremities for foot controls: Unrestricted BLE
> - Fine manipulation, simple and firm grasping, feeling: Frequently LUE; Unrestricted RUE
> - No climbing ladders, working at unprotected heights, operating heavy machinery
> - Driving: Constantly
> - The above recommended restrictions and limitations are indicated from 7/15/2024 through the present time and beyond, with re-assessment on or around 4/15/2025.
> - The claimant's abilities are sustainable on a full-time basis."

Not surprisingly, this "rehabilitation consultant" arrived at the opinion that Adam could work as a gate guard, as a surveillance-system monitor, or as an assembler, production—jobs that Adam, most certainly, cannot do.

For an opinion to be admissible in federal court it must be reasoned and founded on data. *Bielskis v. Louisville Ladder, Inc.*, 663 F.3d 887, 894 (7th Cir. 2011), and sufficiently tied to the facts of the case. *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). To determine

whether an opinion is reliable a court will consider the expert's full range of experience and training. *United States v. Pansier*, 576 F.3d 726, 737 (7th Cir. 2009).

In *Parr v. First Reliance Std. Life Ins. Co.*, 2017 U.S. Dist. LEXIS 52608 (N.D. Cal. 2017), a Federal Court ripped a vocational report to shreds when it (1) relied only on the report of the insurance company's doctor; (2) failed to address cognitive side effects of medications; (3) failed to address other internal reports which were in contradiction to the one doctor report it did rely on; (4) contained no evidence (nor, indeed, was there any evidence in the entire claim file) that the claimant's condition had improved yet the claim had been paid for years; and (5) failed to appreciate the fact that a claimant who can do some sedentary activities "in bursts" is not necessarily able to perform occupational duties for a 40 hour work week.

Here, Lincoln's vocational "rehabilitation consultant" did not even pretend to use the full range of data available to her as an employee of Lincoln. If she was working in the private marketplace, attempting to actually help Adam find suitable employment, she never would have (1) failed to review all of the medical records; (2) failed to interview the treating physicians; (3) failed to interview Adam; or (4) failed to actually assess Adam's mathematics and language skills, rather than adjusting them upward (from Adam's careful evaluation of his strength in those skills) based on the fact that he received a high school diploma.

**b. *Adam is Not "Reasonably Qualified" For the Positions Indicated, as His Entire Work History is Physically-Demanding Jobs***

Since Adam's claim is now subject to the "any occupation" standard, The Plan requires inability to perform occupations for which training, education, or experience would "reasonably allow." However, even under this more restrictive standard, Adam remains totally disabled and unable to perform the main duties of any occupation for which his training, education, or experience would reasonably qualify him. Adam has only a high school education, has no computer skills or office experience, has no experience in sedentary work environments, and has worked exclusively in physically demanding occupations requiring medium to heavy physical capacity (maintenance worker, automobile mechanic, HVAC helper, correctional officer—all physically demanding occupations requiring medium to heavy physical capacity).

Under The Plan, Adam must be "unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow." This is not merely a test of whether jobs exist in the national economy, but whether Adam can actually perform the essential functions of occupations consistent with his background and current functional capacity. This requires more than theoretical job availability. "A finding that [Adam] is physically capable of sedentary work is meaningless without some consideration of whether [he] is vocationally qualified to obtain such employment, and to earn a reasonably substantial income from it, rising to the dignity of an income or livelihood, though not necessarily as much as she earned before the disability." *Demirovic v. Bldg. Serv. 32 B-J Pension Fund*, 467 F.3d 208, 215 (2nd Cir. 2006).

Furthermore, Adam's critical functional limitations under The Plan's "Any Occupation" standard include: (1) the need for assistive device (cane), which is incompatible with occupations

for which he is qualified , (2) medication side effects, which affect cognitive function and alertness; (3) chronic pain requiring frequent position changes - incompatible with sustained work; and (4) limited standing/walking tolerance, even with medication management.

Lincoln's identified occupations (surveillance-system monitor, gate guard, and assembler, production) require skills and experience completely outside his background and current abilities.

The Directory of Occupational Titles lists the main duties of a gate guard as follows:

Guards entrance gate of industrial plant and grounds, warehouse, or other property to control traffic to and from buildings and grounds: Opens gate to allow entrance or exit of employees, truckers, and authorized visitors. Checks credentials or approved roster before admitting anyone. Issues passes at own discretion or on instructions from superiors. Directs visitors and truckers to various parts of grounds or buildings. Inspects outgoing traffic to prevent unauthorized removal of company property or products. May record number of trucks or other carriers entering and leaving. May perform maintenance duties, such as mowing lawns and sweeping gate areas. May require permits from employees for tools or materials taken from premises. May supervise use of time clocks for recording arrival and departure of employees [TIMEKEEPER (clerical) 215.362-022]. May answer telephone and transfer calls when switchboard is closed. When stationed at entrance to restricted area, such as explosives shed or research laboratory, may be designated Controlled-Area Checker (any industry).

The Directory of Occupational Titles lists the main duties of a surveillance-system monitor as follows:

Monitors premises of public transportation terminals to detect crimes or disturbances, using closed circuit television monitors, and notifies authorities by telephone of need for corrective action: Observes television screens that transmit in sequence views of transportation facility sites. Pushes hold button to maintain surveillance of location where incident is developing, and telephones police or other designated agency to notify authorities of location of disruptive activity. Adjusts monitor controls when required to improve reception, and notifies repair service of equipment malfunctions.

The Directory of Occupational Titles lists the main duties of an assembler, production as follows:

Performs repetitive bench or line assembly operations to mass-produce products, such as automobile or tractor radiators, blower wheels, refrigerators, or gas stoves: Places parts in specified relationship to each other. Bolts, clips, screws, cements, or otherwise fastens parts together by hand, or using handtools or portable power tools. May tend machines, such as arbor presses or riveting machine, to perform force fitting or fastening operations on assembly line. May be assigned to different work stations as production needs require. May work on line where tasks vary as different model of same article moves along line. May be designated according to part or product produced.

Given (1) Adam's need for assistive device; (2) the focus-reducing side effects of his medication, which affect cognitive function and alertness; (3) Adam's chronic pain requiring frequent position changes, making sustained work impractical if not impossible; and (4) Adam's limited standing/walking tolerance, even with medication management, these are not jobs that Adam can actually perform. As examples, a gate guard requires a level of regular physical exertion that is incompatible with Adam's limited standing/walking tolerance even with medication management; a surveillance-system monitor requires a level of focus incompatible with both Adam's chronic pain and the side of effects of Adam's medications; and an assembler, production requires both a level of regular physical exertion that is incompatible with Adam's limited standing/walking tolerance even with medication management and a level of focus incompatible with with both Adam's chronic pain and side of effects of Adam's medications. Adam would not be able to do these jobs for 8 hours per day, 40 days per week. An employer would not reasonably hire someone with Adam's limitations and lack of relevant experience for these positions.

**c. *Adam is not Hirable for Full-Time Competitive Employment Given His Current Limitations***

Furthermore, the "any occupation" test requires ability to perform work on a sustained, full-time basis in a competitive work environment. Adam cannot meet this standard because:

- His pain medication schedule requires dosing every 8 hours
- His functional limitations require frequent position changes
- His pain levels fluctuate unpredictably
- His use of a cane creates additional functional limitations
- His chronic pain affects concentration and task persistence

Courts have emphasized that the "any occupation" test is not merely theoretical but must consider whether the claimant can realistically obtain and maintain employment. *Demirovic v. Bldg. Serv. 32 B-J Pension Fund,* 467 F.3d 208 (2006).

**4. Any Alteration to Lincoln's Previous Benefit Approval Under Same "Any Occupation" Standard Requires Significant Change**

When benefits have been previously paid under the "any occupation" standard, ERISA requires a significant change in circumstances to justify termination. *Frerichs v. Hartford Life & Acc. Ins. Co.*, 875 F.Supp.2d 923 (D. Minn. 2012).

Lincoln has failed to identify any meaningful improvement that would justify terminating benefits that were appropriately being paid under the more restrictive "any occupation" definition. In fact, the prescription for a cane in September 2024 suggests functional decline rather than improvement.

Lincoln has decided to terminate Adam's benefits without citing any new medical evidence which evinces either that Adam's debilitating conditions have been mitigated or that his medical conditions have improved. This is troubling because, for over a year, Lincoln accepted both Adam's complaints and his doctors' diagnoses, as sufficient evidence to support the inability to

perform the main occupational duties of any job. If there is no change in occupational disability standards after a year of benefits, Lincoln must cite some medical evidence to justify Lincoln's decision to terminate benefits after having determined that the submitted medical evidence met the contractual definition of disability.

**5. Neither Dr. Rojhani's File Review nor Lincoln's Denial Letter States What Evidence Would Be Needed to Substantiate Adam's Inability to Work**

Dr. Rojhani's ten page report consists primarily of a recitation of the medical records and treating physician opinions with which he agrees. He agrees that Adam's condition has continued pretty much unchanged since the beginning of the claim (perhaps because Dr. Rojhani was not provided with the prescription for the cane). He agrees with the diagnoses outlined above. He does not dispute anything he was provided by Lincoln regarding what Adam or his physicians have said about the claim. He agrees that, "[Adam] has been experiencing chronic neck pain and low back pain secondary to cervical and lumbar degenerative disk disease" as well as "chronic right hip pain secondary to right hip labral tear and right hip OA" that has "worsened" and is "significantly limiting his functional capacity." Dr. Rojhani does not do a physical examination. He calls Adam's medical management "clinically reasonable and consistent with the apparent level of severity" and recommends "re-evaluation" in approximately 6 months. He then simply concluded "[Adam]'s abilities are sustainable on a full-time basis." Dr. Rojhani doesn't give any reasons at all for reaching this conclusion. He doesn't state what he finds currently lacking in the claim (which has repeatedly been approved for benefits, and at least once approved for benefits under the "any occupation" standard).

There is no discussion at all. His report, which Lincoln simply parrots in its denial letter, amounts to "he has significant pain that is limiting him... but he can work." Courts routinely reject reports that are nothing more than mere conclusions backed up by little or no scientific or medical analysis. This is because mere conclusions don't tell claimants exactly what they need to do in order to obtain benefits. See, *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).[8]

Furthermore, again, Lincoln must give all of the records to its independent consultants. *Metro. Life Ins. Co. v. Glenn*, 554 U.S. 105, 118 (2008). "The duty to disclose material information is the core of a fiduciary's responsibility, animating the common law of trusts long before the enactment of ERISA." *Kenseth v. Dean Health Plan, Inc.*, 610 F.3d 452, 466, quoting *Eddy v. Colonial Life Ins. Co.*, 919 F.2d 747, 750 (D.C. Cir. 1990). Lincoln failed to provide Dr. Rojhani with critical medical information about Adam's current status that Lincoln had, most notably, the prescription for a cane.

Again, Dr. Rojhani's file review does not contain any indication that he was aware of the of the prescription medication Adam was taking or all of Adam's diagnoses from physicians who

[8] "Specifically, courts have rejected 'conclusory statements regarding a claimant's ineligibility or benefits.' *White*, 896 F.2d at 349 (collecting cases); accord *Short*, 729 F.2d at 575 (rejecting 'baldfaced conclusions'). BenePro's failure to cite specific Plan provisions denied Leonhardt the 'opportunity to comprehend fully the reason for the denials and to know what deficiencies [his application] must overcome to be successful on appeal. *White*, 896 F.2d at 350." *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).

actually examined him, notably chronic pain syndrome (G89.4), sacroiliitis (M46.1), cervical spondylosis (M47.812), cervical myofascial pain syndrome (M79.18), and cervical radiculopathy (M54.12). It is unclear whether Lincoln did not provide this information or Dr. Rojhani or whether Dr. Rojhani simply did not address them. It is clear that Lincoln failed to provide Dr. Rojhani with Adam's prescription for a cane.

### 6. Lincoln Lied About Not Receiving Social Security Information

Lincoln's denial letter contains a materially false statement claiming that Social Security information was "requested on 5/20/2024; however to date [Lincoln has] not received this information." This is demonstrably untrue.

On May 5, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim.

On May 20, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On August 8, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On August 19, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim.

On October 9, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On October 14, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim stating, "My office received an unfavorable hearing decision which we appealed to the Appeals Council, as the decision failed to consider all of his impairments."

On December 24, 2024, Lincoln claims to have not received Social Security information.

The Social Security claim remains pending with the Appeals Council as of the date of this appeal. Lincoln's statement that it has not received Social Security information is false and appears designed to create either the impression that Adam may have been approved for Social Security benefits, which would affect offset calculations or the impression that Adam (or my office) is not cooperating with Lincoln and providing requested information and updates. This is categorically false.

This misrepresentation undermines Lincoln's credibility and suggests that the December 24, 2024, denial was not based on good faith review of the evidence.

## LINCOLN'S DETERMINATION LACKS REASONED DECISION-MAKING

ERISA requires that benefit determinations be the result of a "deliberate, principled reasoning process." Lincoln's denial fails this standard because it:

1. **Lies** about Social Security information that was repeatedly provided
2. Fails to state what evidence would be needed from Adam to substantiate Adam's inability to work
3. Fails to demonstrate what significant improvement has occurred since Lincoln last approved Adam under the "any occupation" standard approximately 6 months before this denial
4. Contains flawed vocational analysis that doesn't account for functional limitations
5. Fails to adequately explain its rejection of Adam's treating physicians' opinions and relies on file reviews over treating physicians' examinations for chronic pain
6. **Ignores significant medical evidence** (cane prescription, medication side effects, etc.) and provides incomplete information to reviewing physicians, undermining the reliability of their opinions

## REASONS WHY BENEFITS SHOULD BE AWARDED

Adam's disability benefits should be reinstated because he is disabled. The medical evidence clearly supports Adam's continued disability under the policy's "any occupation" standard. Adam remains unable to perform the main duties of any occupation for which his training, education, or experience would reasonably qualify him. His functional limitations, including the need for an assistive device, medication side effects, chronic pain syndrome, and educational/experiential background, preclude sustained competitive employment in any occupation. His treating physicians agree that he has a disabling condition that continues to worsen. The objective and subjective evidence **ONLY** supports Adam's claim for disability benefits.

Your denial letter is insufficient. You avoid discussing all the evidence in his favor. You previously awarded him short term disability benefits and long term disability benefits. Adam continues to suffer from the same disabling conditions that Lincoln previously recognized under the "any occupation" standard. His functional capacity has not improved, and if anything, has declined as evidenced by the new prescription for an assistive device. Lincoln's denial appears to be based on an incomplete review that failed to consider significant evidence of ongoing disability and misapplied the "any occupation" standard by focusing on theoretical job availability rather than Adam's actual ability to perform competitive work.

Any Court will give the reviews made with incomplete information the weight they deserve. You have a duty and responsibility as a fiduciary to make sure this does not happen to your insured. You should reinstate Adam's benefits immediately, along with back pay and interest. Should you maintain your denial of benefits, we will be eager to litigate this in federal court.

## CONCLUSION

Benefits should be immediately reinstated, past due interest paid, and attorney fees reimbursed.

This appeal is being faxed to the above number today.

Sincerely,

Marcus Vaden
Attorney at Law

MV/mhg
cc: Adam Bobb

Attachments—188 pages

1. 4 pages, 10/13/2021, letter denying continued STD benefits
2. 2 pages, 10/27/2021, pro se appeal of letter denying continued STD benefits
3. 6 pages, 12/15/2021, letter denying pro se appeal
4. 9 pages, 06/13/2022, MV Law's appeal of letter denying continued STD benefits
5. 1 page, 06/14/2022, letter overturning letter denying continued STD benefits
6. 3 pages, 06/15/2022, letter approving LTD benefits
7. 6 pages, 05/12/2023, letter denying continued LTD benefits
8. 71 pages, 11/08/2023, MV Law's appeal of letter denying continued LTD benefits
9. 2 pages, 05/13/2024, letter overturning letter denying continued LTD benefits
10. 8 pages, 12/24/2024, letter denying continued LTD benefits
11. 2 pages, 12/09/2024, fax to Lincoln with the prescription for a cane
12. 57 pages, 11/06/2024, fax to Lincoln with ongoing medical records
13. 2 pages, 09/06/2022, fax to Lincoln with letter regarding Adam's inability to work
14. 5 pages, 05/04/2024, fax to Lincoln with update regarding Adam's Social Security claim
15. 2 pages, 05/20/2024, Lincoln requesting update regarding Adam's Social Security claim
16. 2 pages, 08/08/2024, Lincoln requesting update regarding Adam's Social Security claim
17. 2 pages, 08/19/2024, fax to Lincoln with update regarding Adam's Social Security claim
18. 2 pages, 10/09/2024, Lincoln requesting update regarding Adam's Social Security claim
19. 2 pages, 10/14/2024, fax to Lincoln with update regarding Adam's Social Security claim

00002 08/25/2025 01282722

REF #10835359

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 13, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We have completed our review of your Short Term Disability claim and have determined that no additional benefits are payable beyond 09/03/2021.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to the following:

- Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 09/01/2021
- Attending Physician Statement completed by Dr. Mark Ramiro on 07/08/2021

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

According to the information contained in your claim file, you stopped working on 06/17/2021 due to a diagnosis of Right Hip Pain/Tendinitis/Bursitis.

You had no significant lumbar or hip pathology that had been identified.

Your orthopedic examination showed full strength of lower extremities with no specific range of motion limitations beyond pain with rotation.

You had no unsteadiness, use of assistive device, or imbalance, and your sensation of your lower extremities were normal.

An MRI remains pending and no future orthopedic evaluation or treatments are being planned until MRI has been completed.

**Summary**

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by the policy. The medical evidence provided does not support ongoing restrictions and limitations beyond 09/03/2021.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number.
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

00002 08/25/2025 01282722

REF #10835359

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Renita Johnson, DIA
800-423-2765*3165
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722
REF #10835359

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'déę́' t'áá jiik'eh, ná hóló. Kojį' hódíílnih áǫįóóǫéąąǫąíę́ę.

00002 08/25/2025 01282722

From:Kwik Kopy To:14023611460 10/28/2021 11:49 #134 P.001/002

# kwikFax TRANSMITTAL FORM

Date: 10/28/21 No. of pages being sent: ____

To: ____ From: ____

Location: ____ Location: ____

FAX No.: 402-361-1460 FAX No.: ____

Message: Attn: Short Term Disability Appeal

PAGE 1/2 * RCVD AT 10/28/2021 12:37:26 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:4023611460 * CSID:870 534 0710 * ANI:18705340710 * DURATION (mm-ss):01-20

00002 08/25/2025 01282722

From:Kwik Kopy To:14023611460 10/28/2021 11:50 #134 P.002/002

Date: 10-27-21

I Adam Bobb want to appeal
this Decision.

New Documentation
Dr. Pennington New Primary
Care Physician. Warren Ar.
MRI is justified waiting
On medicaid to start.

Phone: 870-461-0709

Claim number: 1210071975

Still unable to work.
Lost Job Due to this.
Due to medical Limatations

[signature]

Fax 402-361-1460
Lincoln
Financial

RCVD AT 10/28/2021 12:37:26 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:4023611460 * CSID:870 534 0710 * ANI:18705340710 * DURATION (mm-ss):01-20

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 15, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 000010201376000000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We have completed our review of your Short Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 9/3/2021. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To receive benefits under the policy issued to Trinity Village, Inc., an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

> **MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
> (1) are normally required to perform the Insured Person's Own Occupation; and
> (2) could not reasonably be modified or omitted.
> To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
> (1) the Employer is subject to the Act; or
> (2) the Insured Person has requested such a job accommodation.
> An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.
> Main Duties include those job tasks:
> (1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
> (2) as performed in the general labor market and national economy.
> Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.
It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

In order to be considered Totally Disabled, the medical documentation must support that you would be unable to perform each of the main duties of your occupation. As such, in considering whether you qualify for Short Term Disability benefits beyond 9/3/2021, we evaluated whether you would be restricted or limited from performing the main duties of your occupation as listed above.

Your entire file was reviewed upon appeal. Disability must be supported from 9/3/2021 forward, which was the focus of our determination.

**Summary of Initial Claim Filing**

Your initial claim forms state that you were unable to continue working in your own occupation beyond 6/17/2021 due to right hip pain, tendinitis and bursitis.

Benefits were approved from 7/2/2021 to 9/3/2021. Benefits were not approved beyond 9/3/2021 after we completed our evaluation of the information in the claim file. Our evaluation included review of the medical documentation, including consultation with a health care consultant. Our evaluation determined the medical records did not support restrictions and limitations that would render you unable to perform the main duties of your occupation beyond 9/3/2021.

For complete details please refer to our letter dated 10/13/2021.

**Summary of Appeal**

On 10/28/2021, you filed an appeal in response to our determination to deny benefits. Additional information was submitted with your appeal, including an MRI of the right dated 11/8/2021 from Bradley County Medical Center.

As part of our appeal review, your claim file was reviewed by a health care consultant, who noted in part:

"The EE stopped working on 6/18/21 due to right hip pain, tendinitis (inflammation), and bursitis. A right hip x-ray 6/7/21 is unremarkable. He is treated by Dr. Ramiro (Family Medicine) about every 1-3 weeks 6/7/21-8/23/21 for ongoing complaints of right hip (noted for a year following tractor accident) and groin pain as well as burn to the bottom of his foot. Treatment consists of Mobic (non-steroidal anti-inflammatory) and Tylenol with codeine (narcotic) for pain control, Medrol dose pak steroid (inflammation), and Silvadene cream to treat burn. Additional treatment includes home exercises and PT however he reported worsening pain with therapy. He was previously supported to 9/3/21. He remains out of work for ongoing right hip pain.

The EE saw Dr. Ramiro on 8/23/21 for persistent right hip and groin pain; he went to PT twice but, exercises did not help; he is scheduled to see Dr. Pollard (orthopedics) next week. He reports his hip "catches and pops". Exam documents pain with abduction of right hip and limping gait, otherwise exam is unremarkable. Plan is to remain off work until evaluation by Dr. Pollard. Will attempt to get approval of MRI again.

The EE was evaluated by McGhee APRN (Orthopedics) on 9/1/21 for right hip pain that has been present for one year. He reports pain right groin and lateral leg and perceived weakness; he is extremely unsteady on his feet, and he has fallen multiple times. He has history of high blood pressure and a stroke. Exam documents the EE to be in obvious pain, pain with right hip internal and external rotation, positive straight leg raises (evaluate for herniated disc, nerve irritation) on right; his strength is normal 5/5 with intact sensation. He rises slowly from exam table and walks with antalgic gait to right. Lumbar x-ray showed well maintained disc height. Pelvic x-ray showed no acute fracture with well-maintained hip joint with normal alignment. Plan is to obtain pelvic MRI with follow up after.

The EE saw Dr. Pennington (Family Medicine) on 10/25/21 to establish care for chronic right hip pain. He reports he lost his job and has no insurance; he has been followed by Dr. Pollard and needs an MRI, but insurance denied; he has been told he has arthritis of the hip and lumbar spine, and that Dr. Pollard considers him having a torn labrum could be a possibility. He also reports high blood pressure and anxiety related to his condition. On exam, he is noted to be in no acute distress, moderate anxiety. He has moderate osteoarthritis of the hands, decreased ROM in the right hip due to pain particularly with internal rotation; there is tenderness to palpation anterior hip and moderate stiffness lumbar spine. Plan is to increase Cymbalta (anxiety) and start ibuprofen (non-steroidal anti-inflammatory) 600mg and Tramadol (narcotic) for pain control. Follow up in 3 months.

A right hip MRI 11/8/21 showed tear of the right anterior superior labrum tear (soft tissue that covers the hip socket) between 2:00 and 3:00 position. There are no correlating office visits."

On 11/17/2021, a copy of our medical review and the job description was sent to you allowing you time to provide a copy to your treating physicians for further review and respond with any additional information.

We a letter from Dr. Kerry Pennington dated 11/18/2021 stating that you have had severe hip pain for one year that doesn't allow you to work and that your recent MRI showed a labral tear. However, no additional medical evidence was provided for our medical staff to review.

**Appeal Decision**

We understand that you have been diagnosed with right hip pain, tendinitis and bursitis. However, our review of the medical documentation, which included consultation with a health care consultant, as well as a review of any restrictions or limitations that were identified during our review process, determined the medical records do not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond your date benefits last paid.

According to the Attending Physician's Statement completed by Dr. Mark Ramiro on 7/8/2021, it was noted that you had symptoms of severe right hip / buttock pain. Your restrictions and limitations consisted of prolonged standing, walking and lifting. Your nature of treatment consisted of medication and physical therapy.

The medical documentation provided indicates that you have had ongoing treatment and care for your complaints of right hip pain that has been present for one year following a tractor accident. There is no documentation of motor or sensory deficits. Lumbar and pelvic x-rays dated 9/1/2021, showed well maintained disc height and no acute fracture with a well-maintained hip joint with normal alignment. Medical records from Dr. Pennington revealed that you had decreased range of motion in the right hip due to pain and tenderness and palpation in the anterior hip and moderate stiffness in the lumbar spine. There was no documentation demonstrating sensory deficits or severe loss of range of motion or impaired gait. You were prescribed medications for pain control. An MRI of the right hip dated 11/8/2021 showed a labral tear; however, there are no further office notes or examination findings to provide further treatment options.

In summary, you have shown the ability to work with the same symptoms for quite some time prior to your date of disability and the medical records do not support ongoing restrictions and limitations that would prevent you from performing the main duties of your own occupation and does not support a Total Disability beyond 9/3/2021.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**Appeal Rights**

As a reminder, you have exhausted your first level of appeal. If you disagree with this decision, you, your attorney, or a person legally authorized as your representative, may pursue a final administrative appeal.

To initiate this process submit your written request for review to us at the following address within 180 days after you receive this denial notice or by 6/13/2022.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 9/3/2024.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Melissa Patterson
800-423-2765 *2536
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Koji̜' hódíílnih áǫįóóǫéą̨ą́ǫąíę́ę.

MV
MARCUS VADEN
LAW

June 13, 2022

*Via Facsimile: (877) 843-3950*

Lincoln Financial Group
Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Melissa Patterson
Specialist Claims
Appeals Dept. – Claims Solutions Shared Services

| | | |
|---|---|---|
| Re: | Client Name: | Adam Bobb |
| | Policy Holder: | Trinity Village, Inc. |
| | Policy Number: | 000001020137600000 |
| | Claim No.: | 1210071975 |
| | Date Appeal Due: | June 13, 2022 |

**THIS IS AN APPEAL**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Short Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter terminating his short term disability benefits and denying his claim. In this appeal we will set out the applicable law, review the facts of this claim about which there can be no material dispute and argue that Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest and attorney's fees.

## Summary of Applicable Law

### An ERISA Benefits Determination Is a Fiduciary Act

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker,*

*Disability Plan v. Nord,* 538 U.S. 822, 830 (2003). ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins. Co v. Glenn,* 554 U.S. 105, 115 (2008) (emphasis added).

**The Denial or Termination of Benefits Requires the "Gold Standard"- A Deliberate, Principled Reasoning Process Supported by Substantial Evidence**

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.,* 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.,* 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.,* 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.,* 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett,* 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell,* 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.,* 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.,* 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012).

**The Denial Letter Sets the Framework for the Appeal Because an Insurance Company Must Address, in the Denial Letter, All of the Reasons Why it is Denying the Claim[1]**

ERISA provides many procedural protections to claimants like Adam. One of the bedrock protections is that when an insurance company denies or terminates benefits, it must state the reason(s) for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America., 30 F. App'x 160, 164 (4th Cir. 2002).* See also, *Harlick v. Blue Shield of California, 686 F.3d 699, 720 (9th Cir. 2012)* [*Blue Shield had to tell Harlick* the "specific reasons for the denial"—Not just one reason, if there was more than one-- and provide a "full and fair review of the denial]. Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.,* 378 F.3d 113, 130 (1st Cir.2004).Z0078

[1] If an insurance company comes up with new reasons to deny the claim after the claimant has appealed it must pay benefits to date because it means that the initial denial was not valid. *See Saffon v. Wells Fargo & Co. Long Term Disability Plan,* 522 F.3d863, 872 (9th Cir. 2008) ["Coming up with a new reason for rejecting the claim at the last

minute suggests that the claim administrator may be casting about for an excuse to reject the claim rather than conducting an objective evaluation."]
opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America., 30 F. App'x 160, 164 (4th Cir. 2002).* See also, *Harlick v. Blue Shield of California, 686 F.3d 699, 720 (9th Cir. 2012)* [*Blue Shield had to tell Harlick* the "specific reasons for the denial"—Not just one reason, if there was more than one-- and provide a "full and fair review of the denial]. Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir.2004).

As you know, in order to provide for a *full and fair opportunity for review*, ERISA regulations elaborate specifically that a denial notice must contain

(1) The specific reason or reasons for the denial;

(2) Specific reference to pertinent plan provisions on which the denial is based;

(3) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and

(4) Appropriate information as to the steps to be taken if the participant or beneficiary wishes to submit his or her claim for review.

In ERISA cases, the insured bears the initial burden of establishing that the claim falls within the scope of coverage while the insurer has the burden of proving that an exception or limitation applies. *Jenkins v. Montgomery Industries, 77 F.3d 7402 743 (4th Cir. 1996). See Cooper v. Unum Life Ins. Co. of America,* 210 U.S. Dist. LEXIS 141525, 2010 WL 5859544 (E.D. Tenn. Nov. 16, 2010), *citing Caffey v. Unum Life Ins. Co.*, 302 F.302 576, 580 (6th Cir.2002); *Farley v. Benefit Trust Life Ins. Co.*, 979 F.2d 653,658 (8th Cir. 1992); and *Miller v. United Welfare Fund*, 72 F.3d 1066, 1074 (2d Cir. 1995). Here Adam's evidence satisfied his initial burden to prove that he was unable to perform the material and substantial duties of his own occupation. To underscore his disability, Adam received Short Term Disability Benefits which were terminated.

**Background about Adam's Claim**

Adam has been a dedicated employee for Trinity Village. He was a dutiful employee until his medical condition worsened to the point he was unable to work. His treating physicians diagnosed him with chronic hip pain and inflammation. As you state in your letter of December 15, 2021, those were the disabling conditions for which he initially was awarded benefits. Apparently, you decided that Adam's conditions had improved such that he no longer was eligible for short term benefits and his benefits were terminated as of September 4, 2021.

**The Specific Reason Why the Benefits were Terminated.**[2]

On December 15, 2021, your denial letter states that "you have shown the ability to work with the same symptoms for quite some time prior to your date of disability and the medical records do not support ongoing restrictions and limitations that would prevent you from performing the main duties of your own occupation and does not support a Total Disability beyond 9/3/2021."

**Reasons why a Judge Would Rule that the Termination of Adam's Benefits is not the result of a deliberate and principled reasoning process required by ERISA**

**1. The review performed by Lincoln Financial Group in terminating short term disability benefits does not meet the <u>substantial evidence</u> test to deny benefits.**

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." *Bernstein v. CapitalCare, Inc.*, 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence…is evidence which a reasoning mind would accept as sufficient to support a particular conclusion…[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." *LeFebre v. Westinghouse Elec. Corp.*, 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be **<u>substantial.</u>** *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

> It is not a deliberate and principled process to give the medical records such a cursory review that the decision to deny benefits is based on things made up out of thin air. Especially when the reviewer is only a disability consultant who doesn't specify the basis of his/her opinion. He/She simply stated his/her conclusion!

---

[2] One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.*, 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California*, 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir. 2004). Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial Group subsequently seek to rely on any reasons not mentioned <u>in the denial letter</u>, benefits should be paid to date and a new appeal allowed.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause **chronic pain is not easily subject to objective verification,** the Plan's decision to conduct **only a file review** supports a finding that the decision-making was **arbitrary and capricious.**"

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, **"without ever examining** [the claimant], the Plan should not have made a credibility determination about [the claimant's] **continuous reports of pain.**

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the **treating physicians'** relationship with Ms. Reetz allowed them to **personally observe** the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she **did not personally examine** Ms. Reetz, could not have observed the **fibromyalgia's** effect or assessed Ms. Reetz's credibility. Thus, the court finds that the **treating physicians' medical opinions to be more reliable and probative** of Ms. Reetz's condition than Dr. Khanna's report."

Where the claimant's credibility is a central factor in the disability determination—and particularly where, as here, the claimant's **in-person presentation of symptoms** was credited by the independent medical examiner, Bhupalam--the impressions of **examining doctors sensibly may be given more weight than those who looked only at paper records.** *Gross v. Sun Life Assurance Co. of Canada*, 880 F.3d1, 14 (1st Cir. 2018). That is exactly what happened here. Your nurse disability consultant quickly looked at a few medical records and deemed Adam was now healed.

**2. A Plan may not arbitrarily dismiss subjective evidence.**

*Oliver v. Coca Cola Co.*, 479 F3d 1181, 1197 (11th Cir. 2007). "that a plan administrator had acted **arbitrarily and capriciously in denying benefits** to a claimant who suffered from fibromyalgia and chronic pain syndrome on the ground that he had not provided **"objective" evidence of his pain."**

*Montero v. Bank of Am. Long-Term Disability Plan*, No. 315CV00519RJCDSC, 2016 WL 7444957 at *4(W.D.N.C. Dec.27, 2016) [Defendant Aetna did not adequately **consider or rebut the evidence** Plaintiff provided of disability, and therefore, it decision was not the product of a reasoned and principled process. Due to the **subjective nature** of fibromyalgia symptoms, Plaintiff submitted the best evidence she could to prove her condition.]

*Diaz v. Prudential Ins. Co. of Am.*, 499 F3d 640, 645 (7th Cir. 2007) A claimant's evidence of pain **cannot be discounted simply because it is "self-serving"** or because it is not **"medical" or "neurological" evidence.**

*Lee v. BellSouth Telecommunications, Inc.*, 318 F. App'x. 829, 837 (11th Cir. 2009) the court said: the consistent diagnosis of chronic pain syndrome by Lee's **physicians** along with the consistent observations of physical manifestations of her constitute **objective medical evidence** [to support the award of benefits.] **This is so because much medical evidence, especially as it relates to pain, is inherently "subjective"** in that it cannot be quantifiably measure. Indeed, the **only evidence of a qualifying disability** may sometime be the sort of evidence… characterize[d] as **"subjective," such as physical examinations and medical reports** by physicians, as well as the patient's own reports of his symptoms.

*Lee V. BellSouth Telecomms., Inc.*, 318 Fed. Appx. 829, 837 (11th Cir. 2009). "[t]here is, quite simply, **no laboratory test to diagnose chronic pain syndrome**… Chronic pain syndrome is a **severely debilitating medical condition** that may be fully diagnosed only through **long-term clinical observation."**

Lincoln Financial Group's reviewer, a nurse disability consultant, does not dispute or disagree with any of Adam's treating physicians' findings and diagnosis. His doctors have determined that he is disabled and they have, at no time, suggested that he was well enough to return to work or that his disabling conditions have stopped. After a cursory review of some medical records, your nurse disability consultant states "the EE has shown ability to work with the same symptoms for quite some time prior to the date of disability. There does not appearing to be any treating providers certifying ongoing disability." Thus the nurse disability consultant believes Adam can now work an 8 hour, 5 day a week, full-time job without any formal limitations. Since it is undisputed from his doctors that his initial conditions still exist, where is the objective evidence that Adam is healed or at least well enough that he can now work 8 hour, 40 hour per week, full-time jobs? The nurse disability consultant provides **no** evidence to support his/her opinion, which is **REQUIRED** by ERISA.

3. **A plan may not arbitrarily dismiss the opinions of the claimant's treating doctors. Black and Decker Disability Plan v. Nord, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).**

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.*, No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you *do* have to explain why when you disagree. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The nurse disability consultant's file review and the denial letter never expressly address why the opinions of Adam's treating doctors were disregarded or discounted. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law. In *Gorski v. ITT Long Term Disability Plan for Salaried Employees,* 314 F. App'x 540, 547-48 (4th Cir. 2008) the Fourth Circuit Court of appeals said:

"The problem with Dr. Soriano's opinion is that Dr. Soriano never explained on what basis he doubted the veracity of Gorski, whom he had never examined…Without such a discussion, Dr. Soriano's report is simply an unreasoned and unexplained rejection of the objective evidence in the record, Gorski's claims regarding her level of pain and functionality, and the opinion of Dr. Huffmon and Faircloth that she was totally disabled. MetLife was not justified in rejecting the opinions of Dr. Faircloth and Hoffman as well as Gorski's statements on the basis of such a flawed report… Thus, it cannot be said that MetLife's decision was "the result of a deliberate, principled reasoning process".

This is what has happened in Adam's case. Your nurse disability consultant does not explain his/her opinion or base it upon facts in the medical records. It's just a conclusion; one not supported by facts.

The facts are: Adam's file shows on 9/1/2021 that his gait was antalgic to the right He reported falls to his providers prior to the 10/13/2021 denial letter. Dr. Ramiro completed an APS on 9/2/2021 certifying Adam's restrictions included prolonged standing/walking, climbing, bending, squatting and that the earliest he could return would be November of 2021. The medical records demonstrate that a labial tear was suspected as early as 7/27/2021 and confirmed by MRI on 11/8/2021. Dr. Ramiro reported that Adam "is extremely unsteady on his feet and has fallen multiple times, the last fall he actually broke a tooth". Finally, Dr. Pennington wrote in his letter dated 11/18/2021 that Mr. Bobb cannot work due to his hip pain and should receive disability until it is repaired. By definition, his doctor is certifying disability.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DePerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a nurse disability consultant employed by Lincoln Financial Group, who has never seen Adam, to determine on the basis of medical records alone that he is no longer disabled and can work a full-time job.

**"Hartford engages in the logical fallacy sometimes called the red herring. The fallacy occurs when the proponent introduces a new issue, usually one the proponent is prepared to address, in an attempt to distract or avoid the subject or topic of discussion.** Tobin claimed disability from fibromyalgia. By pointing to a lack of evidence to support a different cause of disability, Hartford **distracts from or avoids addressing** the question of whether Tobin is disabled by fibromyalgia. For example, when Dr. Payne concluded that Tobin's file contains no objective evidence to support an impairment related to any rheumatologically processes, he does not address whether Tobin has functional impairments from her fibromyalgia. Critically, neither Dr. Payne nor Dr. Brock explained why someone with fibromyalgia would be expected to present evidence of neurological or rheumatological impairments. Without that necessary connection, that a person with fibromyalgia would be expected to have some evidence of neurological or rheumatological impairments, the opinions of Dr. Payne and Brock provide no useful information for Hartford for its decision. "*Tobin v. Hartford Life & Accident Ins. Co.*, 233 F. Supp. 3d 578, 587-88 (W.D. Mich. 2019)

4. **A "Full and Fair Review" of a disability claim must include having the claim Reviewed by Appropriate Medical Specialists.**

"Another indication of the lack of reasoned deliberation arises from Reliance's failure to consult with medical professionals with relevant expertise." *Okuno v. Reliance Standard Life Ins. Co.* (836 F. 2nd 600, 610 (6th Cir. 2016). "While ERISA does not demand an examination by the narrowest of specialists, we have noted its requirement that administrators retain health care professionals in the specific field of medicine at issue. *Okuno*, at 610. The decision by Lincoln Financial to use a nurse disability consultant, whatever that is, demonstrates a lack of full and fair review. Quite simply, this nurse disability consultant is in no way qualified to render an opinion in this case. His/her opinion is at complete odds with the opinions of medical

doctors who happen to be Adam's treating physicians. Even to a lay person, your nurse disability consultant's opinion is completely based on false assumptions. A federal judge would not look kindly on this opinion to deny benefits.

**There has been no significant change in Adam's circumstances despite having proven his claim for benefits for several years ago**

Several insurance companies have tried this before and it does not end well for you.

"When benefits are terminated after being paid, there must be a **significant change** in the claimant's circumstances justifying the administrator's termination of benefits." *Frerichs v. UNUM Life & Acc. Ins. Co.,* 875 F.Supp.2nd 923 (D. Minn. 2012) ; *McOsker v. Paul Revere Life Ins. Co.,* 279 F.3d 586, 589 (8th Cir. 2002); See also ***Saffon v. Wells Fargo & Co. Long Term Disability Plan***, 522 F.3d 863, 871 (9th Cir. 2008) [the Court finds that the previous payment of benefits to Plaintiff, without requiring a showing of "objective medical evidence" suggests Arbitrariness in Aetna's decision to discontinue those benefits.]

The 8th Circuit U.S. Court of Appeals has held that a termination of disability benefits requires a significant change in the information available to the insurer between the granting and terminating of benefits. *Morgan v. UNUM Life Ins. Co. of Am.,* 346 F.3d 1173, 1178 (8th Cir. 2003). In the event that we go to federal court, Arkansas is in the jurisdiction of the 8th Circuit appeals court. Another 8th Circuit appellate case is *Walke v. Group Long Term Disability Ins.* 256 F.3d 835,840 (8th Cir. 2001). In *Walke,* the insured's symptoms subsided after he quit work, but the Court held that the improvement –which could be attributed to the elimination of job stress- was not a change of circumstances that warranted termination of benefits. Adam's conditions and limitations are well documented in his medical records. These medical problems have not gone away. He has not suddenly gotten well. There is no medical evidence to support that he is well. Your own claim file contains no evidence that Adam no longer suffers from the very same hip problems for which he initially received disability benefits.

5. **Denial/Termination Letters are required to state what further evidence is needed to prove claimant's case.**

Your letter of December 15, 2021 terminating Adam's benefits fails to mention what evidence is needed to prove his case. This is required.

*Leonhardt v. Holden Bus. Forms Co.,* 828 F. Supp. 657, 669 (D. Minn. 1993) [courts have rejected "conclusory statements regarding a claimant's ineligibility or benefits BenePro's failure to **cite specific Plan provisions** denied Leonhardt the "opportunity to **comprehend fully the reason for the denials** and to know what **deficiencies [her application had to] overcome to be successful on appeal."]**

*Jordan v. Northrop Grumman Corp. Welfare Ben. Plan,* 63 F. Supp. 2d 1145, 1163 (C.D. Cal. 1999), *aff'd Jordan,* 370 F.3d 869 ("Where objective evidence is hard to establish, it can hardly

be sufficient for an administrator to point to the absence, provide no way of curing this absence and, then, to deny the claim")

Nor did Sun Life **explain what other evidence it required** to substantiate Young's limitations. *Torgeson v. Unum Life Ins. Co. of Am.*, 466 F. Supp. 2d 1096,1130 (N.D. Iowa 2006) ("it was unreasonable for [administrator] to expect [claimant] to provide 'objective evidence' of fibromyalgia or the limitations caused by that condition when [administrator] **did not provide any adequate explanation of the information it sought**"). *VICKI YOUNG, Plaintiff, v. SUN LIFE AND HEALTH INSURANCE COMPANY, Defendant,* No. 116CV00822LJOJLT, 2018 WL 332911, at *9 (E.D. Cal. Jan. 9, 2018)

**Reasons Why Benefits Should be Awarded**

Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from performing his required job duties and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The objective and subjective evidence **ONLY** supports Adam's claim for disability benefits.

Your denial letter is insufficient. You avoid discussing all the evidence in his favor. You previously awarded him short term disability benefits. The nurse disability consultant's review is terrible and disingenuous. Any Court will give the consultant's review the weight it deserves – 0!! You have a duty and responsibility as a fiduciary to make sure this does not happen to your insured. You should reinstate his benefits immediately, along with back pay and interest. Should you maintain your denial of benefits we will be eager to litigate this in federal court.

**CONCLUSION**

Benefits should be immediately reinstated, past due interest paid and attorney fees reimbursed.

This appeal is being faxed to the above number today.

Sincerely,

[signature]

Marcus Vaden
Attorney at Law

MV/dd
cc: Adam Bobb

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 14, 2022

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 09/03/2021 and have received additional documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to the maximum benefit period of 12/17/2021.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Renita Johnson, DIA
800-423-2765*3165
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

00002 08/25/2025 01282722

REF #13646286

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 15, 2022

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

This letter is to advise your claim for Long Term Disability benefits has been approved.

The policy does have a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 12/15/2021. Your first benefit payment will be issued on 06/15/2022 and will cover the period of disability from 12/15/2021 to 03/15/2022.

Subsequent payments will be issued on or around day 15 of each month. Disability benefits will be payable as long as you continue to meet the terms of the policy.

(If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim. Please complete the enclosed Disability Payment Options form.

**YOUR BENEFIT AMOUNT**

Based on the information provided to our office, we have calculated your basic monthly earnings as $2,801.07. Your benefit will equal 60% of your basic monthly earnings in any $100.00 increment, subject to a minimum of $400.00 and maximum of $5,000.00 per month, minus other sources of income. Your monthly benefit will equal $1,400.00. Please see the "Other Sources of Income" portion of this letter for further explanation. The policy under which you are covered also contains a minimum monthly benefit of $50.00 per month.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined in the policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by the policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

The policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

The policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

00002 08/25/2025 01282722

REF #13646286

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. Please complete the enclosed Rehabilitation Survey.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. You also can sign up for direct deposit on our website, www.LincolnFinancial.com.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Enclosure(s): REHAB SURVEY
Disability Payment Options Form

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

00002 08/25/2025 01282722

REF #18455485

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 12, 2023

Marcus Vanden Law
Attn: Marcus Vanden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vanden:

We have completed our review of your client's Long Term Disability claim and benefits beyond 12/15/2023 have been denied.

The Policy issued to Trinity Village, Inc. contains, but is not limited to the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
>
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

The Own Occupation Period for this claim will end on 12/15/2023. After a thorough review of the information currently contained in Mr. Bobb's claim file, we have determined he is capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**Information review and action taken**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

00002 08/25/2025 01282722

REF #18455485

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

We evaluated current information from your client's physician(s), as well as other sources, including vocational information. The documentation contained in your client's claim file includes the following:

*Attending Physician's Statement completed by Dr. Mark Ramiro on 07/08/2021
*Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 08/23/2021
*Office and treatment notes from Ashely Huber MA dated 09/01/2021
*Office and treatment notes from Dr. Kerry Pennington dated 10/25/2021 to 08/25/2022
*External Peer Evaluation completed by Dr. Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation, on 12/07/2022

According to the information contained in Mr. Bobb's file, he stopped working as of 06/17/2021 due to a diagnosis of other chronic pain and unilateral primary osteoarthritis right hip.

Mr. Bobb was seen by Dr. Mark Ramiro on 06/07/2021 for complaints of right hip pain, he was compliant with taking his prescribed medications. Dr. Ramiro prescribed meloxicam, acetaminophen-codeine, amlodipine, and hydrochlorothiazide. He was to follow-up in 2 months.

On 06/18/2021 Mr. Bobb was seen by Dr. Mark Ramiro for right hip pain, right groin pain, and complaints that he burned the bottom of his right foot, so he was limping and caused more pain. Dr. Ramiro prescribed Silvadene topical cream and Mr. Bobb was to follow-up as previously scheduled.

Medical records indicate your client was seen by Dr. Doug Coleman on 06/28/2021 for a follow-up of wound to the right foot and right-side pain. Mr. Bobb indicated that his foot was healing, but he could not use the Silvadene cream as it made his foot swelled up, so he stopped using it. He also advised he tried taking steroids for his hip pain, but could not tell a difference, he wakes up with a tightness in his groin, and his wife indicated there was a section in his back that was hurting. Dr. Coleman advised your client was to follow-up in 1 week.

Dr. Mark Ramiro completed an Attending Physician's Statement on 07/08/2021 on which he indicated your client was unable to work due to a diagnosis of right hip pain, tendonitis, and bursitis. He was given restrictions and limitations of avoid prolonged standing, walking, and lifting. Treatment included medication and physical therapy with an estimated return to work around 09/08/2021.

On 07/27/2021 your client was seen by Dr. Mark Ramiro for a follow-up visit for his right hip. He was previously prescribed physical therapy and acetaminophen-codeine. Mr. Bobb indicated that he was going to physical therapy up until 07/27/2021, but the pain was so bad that he couldn't do it and therapy itself was painful. Dr. Ramiro reviewed the physical therapy notes and advised there was a possible labral tear, Mr. Bobb advised that the therapist indicated that they couldn't help, and PT wouldn't fix it. Dr. Ramiro advised to continue his currently prescribed medications, and follow-up as previously scheduled on 08/11/2021.

00002 08/25/2025 01282722

REF #18455485

Medical records indicate that Mr. Bobb was seen by Ashley Huber MA on 09/01/2021 for an initial evaluation of right hip pain that had been going on for over a year. He had severe right leg weakness and was extremely unsteady on his feet with multiple falls. Mr. Bobb had history or hypertension and had previously had a stroke. Ms. Huber ordered an MRI of the right pelvis and Mr. Bobb was to follow-up once the imaging is completed.

Mr. Bobb was seen by Dr. Kerry Pennington on 10/25/2021 for a new patient evaluation for his chronic right hip pain. He was told in the past workup that he had arthritis of the hip and lumbar spine; Dr. Pollard considered him to have a torn labrum to be a very real possibility. Dr. Pennington advised to take ibuprofen 600 3 times per day and tramadol 50 every 6 hours when necessary. Mr. Bobb was to follow-up in 3 months.

An MRI of the right hip on 11/08/2021 showed a tear of the right anterior superior labrum between the 2:00 to 3:00 positions.

Medical records indicate that Mr. Bobb was seen by Dr. Kerry Pennington on 03/08/2022 for a follow-up of right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical pain. Your client was being seen at by orthopedic surgery at UAMS and they were planning on labral surgery in the future. He had steroid injections in his neck which had helped. Dr. Pennington advised Mr. Bobb to continue tizanidine as needed, hydrocodone-acetaminophen as needed, and continue to follow-up with UAMS orthopedics.

On 08/25/2022 Mr. Bobb had a follow-up appointment with Dr. Kerry Pennington for his low back pain that was chronic. He was being seen by a pain physician and steroid shots had helped, but since he lost his insurance, he was no longer able to see them. Mr. Bobb advised he continued to have hip pain and could have it repaired but refused to have surgery. Dr. Pennington refilled your medications and encouraged you to proceed with surgical repair if that I what was recommended by orthopedists. Your duloxetine was increased to 60mg. He was to follow-up in 4 months.

Based upon the medical records received, your client's file was sent for an External Peer Evaluation completed by Dr. Eric Finkelstein on 12/07/2022. Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb would have the following restrictions and limitations; he could constantly sit, occasionally stand, and walk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs with use of handrails, but could never balance, stoop, bend, kneel, crouch, crawl, climb a ladder, or work at unprotected heights. These restrictions were permanent.

The above listed restrictions and limitations would preclude Mr. Bobb from returning to work in his own occupation but would not preclude him from returning to work in any occupation.

We reviewed your client's past training, education and work experience to evaluate his capacity to perform work-related activity. The documentation provided suggests Mr. Bobb is not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.
Using *The Dictionary of Occupational Titles* as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 379.367-010 | Surveillance-System Monitor | $2,953.60/Month | Sedentary |
| 2. 235.662-022 | Telephone Operator | $2,513.33/Month | Sedentary |

The preceding list is just a sample of various jobs that your client shows transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your client's age, education, training, past work experience and his current abilities, that Mr. Bobb is not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation. Therefore, Mr. Bobb no longer meets the definition of disability in this policy and benefits will be denied as of 12/15/2023. Your client's payment for benefits through 12/15/2023 is being sent under separate cover.

Your client's Social Security information was requested on 02/17/2023; however, to date we have not received this information. Therefore, our decision was based on the information provided, as detailed previously in this letter.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337

00002 08/25/2025 01282722

REF #18455485

Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

REF #18455485

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hólǫ́. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

00002 08/25/2025 01282722

NOV 13 2023

MV
MARCUS VADEN
LAW

November 8, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |
| | Date Appeal Due: | November 8, 2023 |

**THIS IS AN APPEAL**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Long Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter dated May 12, 2023, terminating his long term disability benefits--denying his claim seven months into the future. Since that time, his health has continued to decline. On November 1, 2023, I sent a request (via fax) that you provide me with the entire claim file on Mr. Bobb so that I may review all information relevant to his claim. Although I have not yet received his claim file, I have reviewed his medical records and his denial letter.

One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.,* 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California,* 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.,* 378 F.3d 113, 130 (1st Cir. 2004).

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial Group subsequently seek to rely on any reasons not mentioned in the denial letter, benefits should be paid to date and a new appeal allowed.

This appeal will address how Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest, and attorney's fees.

**Summary of Applicable Law**

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker, Disability Plan v. Nord,* 538 U.S. 822, 830 (2003). ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins. Co v. Glenn,* 554 U.S. 105, 115 (2008) (emphasis added).

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.,* 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.,* 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.,* 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.,* 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett,* 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell,* 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.,* 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.,* 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012)

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." Bernstein v. CapitalCare, Inc., 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence...is evidence which a reasoning mind would accept as sufficient to support a particular conclusion...[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." LeFebre v. Westinghouse Elec. Corp., 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be <u>substantial</u>. *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

**Reasons this Decision to Terminate Benefits Violates ERISA**

**1. It is irrational to make a decision to terminate benefits based on a person's ability to function in a work setting due to their condition and limitations seven (7) months into the future.**

In the decision letter dated May 12, 2023, Lincoln Financial stated the decision to terminate benefits was based on a change in definition of disability that would not go into effect until December 15, 2023. Lincoln Financial claimed to believe that seven (7) months into the future, Adam would have the ability to perform other occupations. This illogical decision was based purely on speculation rather than evidence, as there is no scientific way to determine Adam's future health and limitations months in advance.

Not only did the prematurity of this decision deprive Adam of the benefit of months of treatment records, but it appears that no records from 2023 were considered in this decision at all. The restrictions and limitations upon which the decision is based were provided in a mere file review dated December 7, 2022—over a year prior to the date of change in definition of disability. In fact, it appears that Lincoln Financial chose to send Adam's outdated file out for an external peer review rather than to make any attempt to obtain updated records from his providers after August 25, 2022.

This is clearly not the result of a deliberate, principled reasoning process based on substantial evidence. Rather, this decision appears to have been made early in order to base it on as little evidence as possible.

**2. A plan <u>may not</u> arbitrarily dismiss the opinions of the claimant's treating doctors.[1]**

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.,* No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you *do* have to explain why when you disagree. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The denial letter never expressly addresses why the opinions of Adam's treating doctors were disregarded or discounted, or why they made a decision that would not allow for the consideration of up-to-date treatment records and opinions. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DePerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a disability consultant employed by Lincoln Financial

[1] *Black and Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).

Group, who has never seen Adam, to determine on the basis of outdated medical records alone that he is no longer disabled and can work a full-time job.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause chronic pain is not easily subject to objective verification, the Plan's decision to conduct only a file review supports a finding that the decision-making was arbitrary and capricious."

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, "without ever examining [the claimant], the Plan should not have made a credibility determination about [the claimant's] continuous reports of pain.

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the treating physicians' relationship with Ms. Reetz allowed them to personally observe the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she did not personally examine Ms. Reetz, could not have observed the fibromyalgia's effect, or assessed Ms. Reetz's credibility. Thus, the court finds that the treating physicians' medical opinions to be more reliable and probative of Ms. Reetz's condition than Dr. Khanna's report."

The decision letter does not reference any treatment records after his August 25, 2022, appointment with Dr. Pennington. On September 6, 2022, Dr. Pennington wrote:

> "I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues."

This opinion, submitted as part of his Social Security disability claim, is based on years of firsthand observations while treating Adam. I am including the above letter, as well as updated records from Mainline Health Systems, Jefferson Regional Medical Center, UAMS Orthopedic Clinic, and Arkansas Spine and Pain as attachments with this appeal. Additionally, <u>I am continuing to request updated records up until 12/15/2023,</u> as that is the medical evidence required to determine his functional capacity as of that date.

**3. A Plan <u>may not</u> arbitrarily dismiss subjective evidence.**

Consideration of all of Adam's treatment records from December 2021 to December 2023 is crucial for a full and fair review of this claim. Yet, as you will see from the long list of attachments at the end of this appeal, the restrictions and limitations relied upon in this decision are not supported by Adam's treatment history. There is a long list of exam findings that reflect pain hip and back pain. His treatment providers appear to believe his reported symptoms, including pain with continuous sitting and standing.

*Lee v. BellSouth Telecommunications, Inc.*, 318 F. App'x. 829, 837 (11th Cir. 2009) the court said: the consistent diagnosis of chronic pain syndrome by Lee's **physicians** along with the consistent observations of physical manifestations of her constitute **objective medical evidence** [to support the award of benefits.] **This is so because much medical evidence, especially as it relates to pain, is inherently "subjective"** in that it cannot be quantifiably measure. Indeed, the **only evidence of a qualifying disability** may sometime be the sort of evidence... characterize[d] as **"subjective," such as physical examinations and medical reports** by physicians, as well as the patient's own reports of his symptoms.

*Oliver v. Coca Cola Co.*, 479 F3d 1181, 1197 (11th Cir. 2007). "that a plan administrator had acted **arbitrarily and capriciously in denying benefits** to a claimant who suffered from fibromyalgia and chronic pain syndrome on the ground that he had not provided **"objective" evidence of his pain."**

*Lee V. BellSouth Telecomms., Inc.*, 318 Fed. Appx. 829, 837 (11th Cir. 2009). "[t]here is, quite simply, **no laboratory test to diagnose chronic pain syndrome...** Chronic pain syndrome is a **severely debilitating medical condition** that may be fully diagnosed only through **long-term clinical observation."**

**Conclusion**

Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from working and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The conclusion that he can perform another occupation is not based on evidence, as occupational analysis cannot be properly performed without an accurate assessment of his current functioning. The objective and subjective evidence supports Adam's claim for disability benefits, even after the definition of disability change in his policy.

Benefits should be immediately reinstated and attorney fees reimbursed. Should you maintain your denial of benefits we will be eager to litigate this in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

**Attachments**

1. UAMS Orthopedic Clinic – Colonel Glenn
   - 12/16/2021 (Michael D. Cassat, M.D): The patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine.
   - 12/16/2021 (Mary M. Cornaghie, M.D.): New Patient. Diagnosis: right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity. **Exam:** Right Hip: Limited flexion or extension with pain. Pain with range of motion. MRI of the right hip shows evidence of a superior labral tear. **Positive** FABERS Test. **Positive** Grind test. Assessment and Plan: 38 y.o. male who sustained a right hip superior labral tear plan for a diagnostic injection to the right hip. He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks.
   - 12/16/2021 (Lawrence O'Malley, M.D.): I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note.

2. Jefferson Regional Medical Center
   - 12/27/2021 (David G. Jong, M.D.): **MRI of Lumbar Spine:** Findings: At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.
   - 2/9/2022 (William Deaton, MD): **MRI of Cervical Spine**: Impression: At C6-7 there is **diffuse disc bulge** and **bony spur**. There is moderate to severe left foraminal stenosis. At C5-6 there is minimal **disc bulge**. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis.

3. Arkansas Spine and Pain - Jacksonville
   - 1/25/2022 (John Brown, M.D.): New Patient Consult: Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8. Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped. Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or

evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities. **Exam:** Cervical Spine: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical. Lumbar Spine: Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild. There is pain noted with lumbar extension. Left lateral flexion of the lumbar spine is noted to be 20 degrees. Left lateral flexion causes pain. Right lateral flexion of the lumbar spine is noted to be 20 degrees. Right lateral flexion reveals pain.

- 1/25/2022 (John Brown, M.D): **Procedure:** Trigger Point Injections. Pre-procedure/post-procedure diagnosis: myofascial cervical pain and chronic pain syndrome.
- 1/25/2022 (John Brown, M.D.): Physical Therapy Order: Diagnoses: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A). Instructions: 3x/week for 4 weeks.
- 2/21/2022 (John Brown, M.D.): **Exam**: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Lumbar Spine: Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. **Positive** stress testing, **positive** iliac compression testing, **positive** Patrick's test.
- 3/23/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/13/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/18/2022 (John Brown, M.D.): **Exam:** Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is

noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Minimal tenderness. Previous right SIJ injections helpful. Elevated the blood pressure a little. Still benefitting from the hydrocodone. Tolerated well.

- 6/8/2022 (John Brown, M.D.): Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching. Continue Tizanidine 4mg (1/day), Hydrocodone 5mg-acetaminophen 325mg (2x/day).
- 10/5/2022 (John Brown, M.D.): Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

4. Mainline Health Systems
   - 9/6/2022 (Kerry Pennington, M.D.): Opinion letter.
   - 2/27/2023 (Kerry Pennington, M.D.): Treatment: 1. Essential Hypertension. Continue amlodipine, hydrochlorothiazide. Start Carvedilol, clonidine HCL.2. Other chronic pain. Continue follow-up with pain clinic as directed. 3. Primary Insomnia. Start trazadone 100mg. 4. PTSD. 5. General Anxiety Disorder. 6. Major depressive disorder, recurrent episode, moderate. 7. Primary arthritis involving multiple joints. Continue current care and stay active without overuse. 8. Hyperglycemia. A1C 6.1.

5. Updated Information regarding claimant's pending Social Security case.
   - Your denial letter dated 5/12/2023 stated "Your client's Social Security information was requested on 2/17/2023; however, to date we have not received this information."
   - 4/3/2023: Email response from my assistant sent to Lakesha Spears at Lincoln Financial Group updated her of the status of Adam Bobb's SSDI claim with 4/4/2023 reply from Lakesha thanking us for the update.
   - 10/16/2023: Confirmation from SSA of receipt of Request for Hearing.

00002 08/25/2025 01282722

## TX Result Report

P 1
11/08/2023 12:50
Serial No. AA2J011020699
TC: 29382

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 14023611460 | 11-08 11:57 | 00:01:21 | 002/069 | T-42 | |
| 14023611460 | 11-08 12:02 | 00:01:38 | 002/069 | T-42 | |
| 14023611460 | 11-08 12:07 | 00:02:00 | 003/069 | T-42 | |
| 14023611460 | 11-08 12:12 | 00:38:07 | 062/069 | OK | |

Note TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

MV
MARCUS VADEN
LAW

### FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**
**The Lincoln National Life Insurance Company**
Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 000010201375000000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

00002 08/25/2025 01282722

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**

**The Lincoln National Life Insurance Company**

Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 00001020137500000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

Subject **RE: Claim# 1220024325 Adam Bobb**
From Spears, Lakesha <Lakesha.Spears@lfg.com>
To mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
Date 2023-04-04 6:15 am

Hello Maria,

Thank you for the update.

Best,

Lakesha

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 13, 2024

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

Thank you for the opportunity to review your client's Long Term Disability claim once again in its entirety. We have reviewed all of the information submitted, and after further analysis of your client's claim, we have decided that disability benefits are appropriate at this time.

Your client's claim file has been returned to a Long Term Disability Benefit Specialist for further handling to include the verification and release of your client's benefit payment. Your client's Benefit Specialist will advise you if any additional or further information is necessary. Please allow them a few business days to review the appeal decision and rationale prior to reaching out to your office.

Please note that this policy does offset for "Other Income Benefits". Other Sources of Income include, but are not limited to: Social Security, Worker's Compensation, State Disability Income, Pension or Retirement Income and Part-time earnings.

If your client is currently receiving any other income sources, you are required to notify our office immediately and send us copies of your client's award letters. Please note your client's benefit payment could be delayed if this information is not forwarded to our office.

Please understand that our company's obligation to continue to make benefit payments is contingent upon satisfaction of the terms of the policy. This is not a guarantee of unlimited benefits. We will periodically require updated medical documentation, which must support an ongoing disability for your client to continue to receive these benefits.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

We are happy to make a favorable determination concerning your client's Long Term Disability claim. Thank you for your cooperation and assistance in providing us with the information that was necessary for us to make this decision.

Please contact me directly at the number below with any questions you may have or email us at Claims@LFG.com.

Sincerely,

Amber Cronican
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

REF #27545054

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 24, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We have completed our review of your client's Long Term Disability claim and benefits beyond 12/26/2024 have been denied.

The Policy issued to Trinity Village, Inc. contains, but is not limited to the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

The Own Occupation Period for this claim ended on 12/15/2023. After a thorough review of the information currently contained in your client's claim file, we have determined he is capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**Information review and action taken**

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

00002 08/25/2025 01282722

REF #27545054

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

We evaluated current information from your client's physician(s), as well as other sources, including vocational information. The documentation contained in your client's claim file includes the following:

*Attending Physician's Statement completed by Dr. Mark Ramiro on 07/08/2021
*Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 08/23/2021
*Office and treatment notes from Ashely Huber MA dated 09/01/2021
*Office and treatment notes from Dr. Kerry Pennington dated 10/25/2021 to 08/25/2022
*External Peer Evaluation completed by Dr. Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation, on 12/07/2022
*Office and treatment notes from Dr. John Brown dated 04/11/2024 to 09/12/2024
*Office and treatment notes from Anthony Rodriguez 05/06/2024 to 09/27/2024
*Office and treatment notes from Matthew Wood APRN dated 05/06/2024 to 07/01/2024
*External Peer Evaluation completed by Dr. Solomon Rojhani, Board-Certified in Physical Medicine and Rehabilitation Pain Medicine, on 11/22/2024
*External Peer Evaluation completed by Dr. Andre Akhondi, Board-Certified in Cardiovascular Disease, on 12/13/2024

According to the information contained in Mr. Bobb's file, he stopped working as of 06/17/2021 due to a diagnosis of other chronic pain and unilateral primary osteoarthritis right hip.

Mr. Bobb was seen by Dr. Mark Ramiro on 06/07/2021 for complaints of right hip pain, he was compliant with taking his prescribed medications. Dr. Ramiro prescribed meloxicam, acetaminophen-codeine, amlodipine, and hydrochlorothiazide. He was to follow-up in 2 months.

On 06/18/2021 Mr. Bobb was seen by Dr. Mark Ramiro for right hip pain, right groin pain, and complaints that he burned the bottom of his right foot, so he was limping and caused more pain. Dr. Ramiro prescribed Silvadene topical cream and Mr. Bobb was to follow-up as previously scheduled.

Medical records indicate your client was seen by Dr. Doug Coleman on 06/28/2021 for a follow-up of wound to the right foot and right-side pain. Mr. Bobb indicated that his foot was healing, but he could not use the Silvadene cream as it made his foot swelled up, so he stopped using it. He also advised he tried taking steroids for his hip pain, but could not tell a difference, he wakes up with a tightness in his groin, and his wife indicated there was a section in his back that was hurting. Dr. Coleman advised your client was to follow-up in 1 week.

Dr. Mark Ramiro completed an Attending Physician's Statement on 07/08/2021 on which he indicated your client was unable to work due to a diagnosis of right hip pain, tendonitis, and bursitis. He was given restrictions and limitations of avoid prolonged standing, walking, and lifting. Treatment included medication and physical therapy with an estimated return to work around 09/08/2021.

On 07/27/2021 your client was seen by Dr. Mark Ramiro for a follow-up visit for his right hip. He was previously prescribed physical therapy and acetaminophen-codeine. Mr. Bobb indicated that he was going to physical therapy up until 07/27/2021, but the pain was so bad that he couldn't do it and therapy itself was painful. Dr. Ramiro reviewed the physical therapy

notes and advised there was a possible labral tear, Mr. Bobb advised that the therapist indicated that they couldn't help, and PT wouldn't fix it. Dr. Ramiro advised to continue his currently prescribed medications, and follow-up as previously scheduled on 08/11/2021.

Medical records indicate that Mr. Bobb was seen by Ashley Huber MA on 09/01/2021 for an initial evaluation of right hip pain that had been going on for over a year. He had severe right leg weakness and was extremely unsteady on his feet with multiple falls. Mr. Bobb had history or hypertension and had previously had a stroke. Ms. Huber ordered an MRI of the right pelvis and Mr. Bobb was to follow-up once the imaging is completed.

Mr. Bobb was seen by Dr. Kerry Pennington on 10/25/2021 for a new patient evaluation for his chronic right hip pain. He was told in the past workup that he had arthritis of the hip and lumbar spine; Dr. Pollard considered him to have a torn labrum to be a very real possibility. Dr. Pennington advised to take ibuprofen 600 3 times per day and tramadol 50 every 6 hours when necessary. Mr. Bobb was to follow-up in 3 months.

An MRI of the right hip on 11/08/2021 showed a tear of the right anterior superior labrum between the 2:00 to 3:00 positions.

Medical records indicate that Mr. Bobb was seen by Dr. Kerry Pennington on 03/08/2022 for a follow-up of right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical pain. Your client was being seen at by orthopedic surgery at UAMS and they were planning on labral surgery in the future. He had steroid injections in his neck which had helped. Dr. Pennington advised Mr. Bobb to continue tizanidine as needed, hydrocodoneacetaminophen as needed, and continue to follow-up with UAMS orthopedics.

On 08/25/2022 Mr. Bobb had a follow-up appointment with Dr. Kerry Pennington for his low back pain that was chronic. He was being seen by a pain physician and steroid shots had helped, but since he lost his insurance, he was no longer able to see them. Mr. Bobb advised he continued to have hip pain and could have it repaired but refused to have surgery. Dr. Pennington refilled your medications and encouraged you to proceed with surgical repair if that I what was recommended by orthopedists. Your duloxetine was increased to 60mg. He was to follow-up in 4 months.

Based upon the medical records received, your client's file was sent for an External Peer Evaluation completed by Dr. Eric Finkelstein on 12/07/2022. Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb would have the following restrictions and limitations; he could constantly sit, occasionally stand, and walk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs with use of handrails, but could never balance, stoop, bend, kneel, crouch, crawl, climb a ladder, or work at unprotected heights.

On 05/06/2024 Mr. Bobb was seen by Anthony Rodriguez APRN to discuss changing his anxiety medications. Mr. Bobb had a history of chronic back pain so he was previously started on Cymbalta. He was taking Paxil and Cymbalta with no relief of his anxiety, he is also noted to be a chronic every day smoker. Mr. Rodriguez spoke with Mr. Bobb's cardiologist to discuss medications to treat his anxiety as well as his cravings for cigarette use. Mr. Rodriguez agreed to prescribe Wellbutrin and nicotine gum which Mr. Bobb could get over the counter. Mr. Bobb was to stop Paxil and increase his Cymbalta.

Mr. Bobb was seen by Matthew Wood APRN on 05/06/2024 for complaints of chest discomfort, heart burn, and anxiety. He spoke with his psychiatrist and it was not recommended to change medications until they spoke with Mr. Wood. An EKG was completed which showed normal sinus rhythm. Mr. Wood prescribed Protonix, referred to gastrointestinal for an EGD, and scheduled an ultrasound of the gallbladder. Mr. Bobb was to follow-up with his primary care physician for generalized anxiety treatment.

Mr. Bobb's claim was overturned on appeal on 05/13/2024.

An ultrasound of Mr. Bobb's abdomen on 05/30/2024 showed diffuse hepatic stenosis with no evidence of any acute abnormality within the upper abdomen.

On 07/01/2024 Mr. Bobb was seen by Matthew Wood APRN for a two month follow-up, he indicated that he underwent the ultrasound which showed diffuse hepatic stenosis which was previously known by Dr. Samad, but he had not heard from their office. Mr. Bobb followed-up with his primary care office for his generalized anxiety and was advised to stop Duloxetine and it was changed to Wellbutrin. Mr. Bobb had not completed a sleep study, but his wife reported continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes. Mr. Wood advised Mr. Bobb to continue his medications as previously prescribed, he was to schedule a sleep study, and he resent the referral to Dr. Samad for an EGD evaluation. He was to return to the clinic in three months.

Mr. Bobb was seen by Dr. John Brown on 07/16/2024 for a follow-up of chronic pain syndrome. Mr. Bobb advised that the increase in gabapentin has helped and denied any new medication side effects. Dr. Brown advised Mr. Bobb to continue on his current medication regimen and was advised to follow-up in two months.

Medical records indicate that Mr. Bobb was seen by Anthony Rodriguez APRN on 09/06/2024 for an annual check-up. He had complaints of left knee and ankle pain for the past 6 months. He heard occasional "popping" when ambulating. He was due for blood work and reported an inability to work due to chronic pain while standing for extended periods. Mr. Rodriguez ordered an x-ray of the left knee which was normal. He ordered physical therapy for Mr. Bobb and drew blood for lab work.

On 09/09/2024 Mr. Bobb was seen by Anthony Rodriguez APRN after receiving a critical value of an elevated glucose with no prior diagnosis of diabetes. Mr. Bobb advised he could not stay on his feet very long without being in pain. Mr. Rodriguez prescribed metformin 500mg twice daily and advised Mr. Bobb to start testing his glucose levels. He was to return in 2 weeks with a log.

Medical records indicate that Mr. Bobb was seen by Dr. John Brown on 09/12/2024 for chronic pain syndrome. He indicated that they pain medications were doing well, but he had been diagnosed with diabetes. Dr. Brown advised Mr. Bobb to continue the current medications as prescribed, and he was to return to the clinic in two months.

Mr. Bobb was seen on 09/27/2024 by Anthony Rodriguez APRN for lab work. Based upon the blood work, Mr. Bobb was advised to increase your insulin by 2 units and take over the weekend with a return to office for another fasting glucose check in a week. He was to increase his metformin to 1000mg.

00002 08/25/2025 01282722

REF #27545054

Based upon the medical records received, Mr. Bobb's file was sent for an External Peer Evaluation completed by Dr. Solomon Rojhani on 11/22/2024. Dr. Rojhani opined that Mr. Bobb has been experiencing chronic neck and low back pain secondary to cervical and lumbar disc degeneration. He was also experiencing chronic right hip pain secondary to right hip labral tear and right hip osteoarthritis. Due to this he would have the following restrictions and limitations; he could constantly sit with the ability to reposition as needed to relieve pressure and pain. He could frequently stand, walk, and use his left upper extremity for fine manipulation as well as simple/firm grasping. He could occasionally lift, carry, push, and pull up to 20 pounds; he could occasionally climb stairs, bend, balance, stoop, kneel, crouch, reach overhead and below waist levels. He had no restrictions in his ability to reach to desk level, use his lower extremities for foot controls, use his right upper extremity to fine manipulate, simple/firm grasp. He could not climb ladders, work at unprotected heights, or operate heavy machinery.

Mr. Bobb's file was also sent for an External Peer Evaluation completed by Dr. Andre Akhondi on 12/13/2024. Dr. Akhondi opined Mr. Bobb's diagnostic and clinical findings were all normal with normal blood pressure and no symptoms of angina. There was no objective medical documentation provided to support a cardiac impairment warranting functional impairment with restrictions and limitations.

Based upon the above listed restrictions and limitations, Mr. Bobb would be precluded from performing work in his own occupation; however, he would not be precluded from working in other occupations.

We reviewed your client's past training, education and work experience to evaluate his capacity to perform work-related activity. The documentation provided suggests he is not limited from working in a light work capacity. The definition of light work capacity, as defined by the Department of Labor, is:

Light work requires walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), exertion up to 10 lbs. frequently (34-66%) and a negligible degree of exertion constantly (67-100%).

Using *The Dictionary of Occupational Titles* as a reference, we found that your client would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 372.667-030 | Gate Guard | $3,088.80/Month | Light |
| 2. 379.367-010 | Surveillance-System Monitor | $3,267.33/Month | Sedentary |
| 3. 706.687-010 | Assembler, Production | $3,120.00/Month | Light |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your client's age, education, training, past work experience and your current abilities, that Mr. Bobb is not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation. Therefore, Mr. Bobb no longer meets the definition of disability in this policy and benefits will be denied as of 12/26/2024. Your client's payment for benefits through 12/26/2024 is being sent under separate cover.

Your client's Social Security information was requested on 05/20/2024; however, to date we have not received this information. Therefore, our decision was based on the information provided, as detailed previously in this letter.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

00002 08/25/2025 01282722

REF #27545054

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna K
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

REF #27545054

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'déé' t'áá jiik'eh, ná hóló. Kojį' hódíílnih áǫį́óóǫéą́ą́ǫą́íéę.

MV

MARCUS VADEN
LAW

# FAX

808 South German Lane, Suite 102 • Conway, AR 72034

| | |
|---|---|
| Date: | December 9, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Brianna Kane, LTD Claims Specialist |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Comments: Please find attached prescription for cane issued 9/13/2024.**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV

MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

| | |
|---|---|
| Date: | November 6, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Brianna Kane, LTD Claims Specialist |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Comments:** Please find attached correspondence and updated medical records from Arkansas Spine and Pain, Southern Arkansas Cardiology, and Mainline Health.

**Total Pages including this cover sheet: 57**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

00002 08/25/2025 01282722

From: 11/06/2024 16:34 #225 P.002/057

MV
MARCUS VADEN
LAW

November 6, 2024

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

*Via Email: DisabilityClaims@lfg.com*
*Via Facsimile: (877) 843-3950*

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Kane:

Please find attached the updated medical records requested in your letter dated 10/8/2024. Although your letter only asks for records dated 6/1/2024 to present, we have included several dates of service prior to that which our records indicate you do not have.

Please find attached the following records:

- Arkansas Spine and Pain: 1/11/2024 to 9/12/2024 — 26 pages
- Southern Arkansas Cardiology: 5/6/2024 to 10/1/2024 — 8 pages
- Mainline Health: 5/6/2024 to 10/1/2024 — 21 pages

In addition, the claimant reports that Mainline Health called in an order for a cane to Mallard's Medical Supply in Warren, AR on 9/13/2024. As this was not included in the office visit notes we received, my office has sent a new request for documentation regarding Mr. Bobb's cane.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

PAGE 2/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Procedure visit in UAMS Orthopedic Clinic-Colonel Glenn**

**Other Doctors' Notes**

**Pr ess Notes**

**Michael D Cassat, MD at 12/16/2021 1230**

Author: Michael D Cassat, MD | Service: — | Author Type: Physician
Filed: 12/16/2021 12:27 PM | Encounter Date: 12/16/2021 | Status: Signed
Editor: Michael D Cassat, MD (Physician)

After informed consent and time out, the patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine. The patient tolerated this well and was given post injection instructions.

Electronically signed by Michael D Cassat, MD at 12/16/2021 12:27 PM

00002 08/25/2025 01282722

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn**

**Other Doctors' Notes**

**Progress Notes**

**Mary M Cornaghie, MD at 12/16/2021 1100**

Author: Mary M Cornaghie, MD
Filed: 12/19/2021 9:09 AM
Editor: Mary M Cornaghie, MD (Resident)

Service: —
Encounter Date: 12/16/2021

Author Type: Resident
Status: Attested
Cosigner: Lawrence O'Malley, MD at 12/19/2021 9:09 AM

**Attestation signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM**

I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note. - Lawrence O'Malley, MD

**UAMS**
**Orthopaedic Clinic-New Patient**

**Name: Bobb, Adam**
**DOB:**
**MRN: 003853484**

**Date of Visit: 12/16/2021**

**Diagnosis:**
**right hip pain**

**Chief Complaint:**
**Chief Complaint**
Patient presents with:
- Hip Pain
  *right*

**HPI:**

Adam K Bobb is a 38 y.o. male who presents to clinic as a new patient for evaluation of right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity

**Past Medical History:**
**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • No Active Ambulatory Problems | |

**Resolved Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|

00002 08/25/2025 01282722

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Visit date: 12/16/2021

12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)

**Other Doctors' Notes (continued)**

- No Resolved Ambulatory Problems

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hypertension | |

**Past Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC SURGERY | | |

**Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take 10 mg by mouth daily. | | |

No current facility-administered medications for this visit.

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Sulfa (Sulfonamide Antibiotics) | |

**Social History:**
**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Tobacco Use** | |
| • Smoking status: | Current Every Day Smoker |
| • Smokeless tobacco: | Current User |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Yes |
| • Drug use: | Never |
| • Sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Visit date: 12/16/2021

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

Social Determinants of Health

Financial Resource Strain:
- Difficulty of Paying Living Expenses: Not on file

Food Insecurity:
- Worried About Running Out of Food in the Last Year: Not on file
- Ran Out of Food in the Last Year: Not on file

Transportation Needs:
- Lack of Transportation (Medical): Not on file
- Lack of Transportation (Non-Medical): Not on file

Physical Activity:
- Days of Exercise per Week: Not on file
- Minutes of Exercise per Session: Not on file

Stress:
- Feeling of Stress : Not on file

Social Connections:
- Frequency of Communication with Friends and Family: Not on file
- Frequency of Social Gatherings with Friends and Family: Not on file
- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: Not on file
- Attends Club or Organization Meetings: Not on file
- Marital Status: Not on file

Intimate Partner Violence:
- Fear of Current or Ex-Partner: Not on file
- Emotionally Abused: Not on file
- Physically Abused: Not on file
- Sexually Abused: Not on file

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Maternal Uncle | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Paternal Uncle | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Grandfather | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Grandfather | |
| • No Known Problems | Other | |
| • Anesthesia problems | Neg Hx | |
| • Cancer | Neg Hx | |
| • Bleeding disorder | Neg Hx | |
| • Collagen disease | Neg Hx | |

00002 08/25/2025 01282722

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic: Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

| | |
|---|---|
| • Diabetes | Neg Hx |
| • Hypertension | Neg Hx |
| • Osteoporosis | Neg Hx |
| • Rheum arthritis | Neg Hx |
| • Scoliosis | Neg Hx |
| • Heart disease | Neg Hx |
| • Lung disease | Neg Hx |
| • Arthritis | Neg Hx |
| • Stroke | Neg Hx |

**ROS:**
A complete 14 point review of systems was negative except for HPI

**EXAM:**
**Vital Signs:** BP (!) 140/97 | Pulse 112 | Temp 97.7 °F (36.5 °C) (Oral) | Ht 1.905 m (6' 3") | Wt 87.5 kg (193 lb) | BMI 24.12 kg/m²

**PHYSICAL EXAM:**
General: NAD, A/O times 4
Eyes: Normal tracking
Cv: Brisk capillary refill
Pulm: Non-labored breathing
Abd: Nondistended
MSK:
**RIGHT HIP**: Inspection no ecchymosis. no significant tenderness palpation. Limited flexion or extension with pain. Pain with range of motion. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Positive FABERS Test. Normal Obers Test. Normal Thomas Test. Positive Grind test. Negative Snapping hip.

**FINDINGS – IMAGING STUDIES:**

MRI of the right hip shows evidence of a superior labral tear

**ASSESSMENT AND PLAN**

38 y.o. male who sustained a right hip superior labral tear

plan for a diagnostic injection to the right hip
He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks

Meg Cornaghie, MD
Orthopaedic Surgery, PGY-3
Pager 405-2825

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

Patient seen and discussed with Dr. Omalley

Electronically signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM
Electronically signed by Mary M Comaghie, MD at 12/19/2021 9:09 AM

# END OF REPORT

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8249570 MRN:000313058
Care Provider: Brown, John

**Radiology**

| MRI C-Spine Wo Contrast | 2022-02-09 15:06 | 1 or more Final Results Received |
|---|---|---|
| Image | | Final |
| MRI C-Spine Wo Contrast | | Final |

PROCEDURE: MRI of the cervical spine

DATE: 2/9/2022

COMPARISON: None

HISTORY: Neck pain and radiculopathy.

TECHNIQUE: Study was performed with multisequence and multiplanar imaging.

FINDINGS:
Alignment of the cervical spine is unremarkable. Vertebral bodies are of normal height. Marrow signal is unremarkable. There is no abnormal signal within the cervical cord. Craniovertebral junction appears normal.

At C2-3 and C3-4 there is no disc bulge or herniation. There is no stenosis.

At C4-5 there is no significant disc bulge or herniation. There is no stenosis.

At C5-6 there is minimal disc bulge. There is no central canal stenosis. There is some uncovertebral spurring producing mild right foraminal stenosis and mild to moderate left foraminal stenosis.

At C6-7 there is diffuse disc bulge and bony spur. There is no significant central canal stenosis. There is uncovertebral spurring on the left producing moderate to severe left foraminal stenosis. There is no significant right foraminal stenosis.

IMPRESSION:
At C6-7 there is diffuse disc bulge and bony spur. There is moderate to severe left foraminal stenosis. No central canal stenosis or right foraminal stenosis.

At C5-6 there is minimal disc bulge. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis. No central canal stenosis.

Signed by William Deaton, MD 2/9/2022 3:06 PM

John Brown - Referring Physician

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8200803 MRN:000313058
Care Provider: Pollard MD, Alan

**Radiology**

| | | |
|---|---|---|
| MRI L-Spine Wo Contrast | 2021-12-27 08:53 | 1 or more Final Results Received |
| Image | | Final |
| MRI L-Spine Wo Contrast | | Final |

DATE OF EXAM: 12/27/2021 7:47 AM

PROCEDURE: MR L-Spine Without Contrast

COMPARISON: None

HISTORY: EVALUATE LUMBAR SPINE FOR DEGENERATIVE CHANGES

FINDINGS: Vertebral bodies are numbered assuming 5 lumbar-type vertebral bodies. Vertebral body height and signal intensity are within limits of normal. Conus medullaris terminates at L1 and is without evidence of a focal abnormality.

At L1-L2, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L2-L3, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L3-L4, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.

At L5-S1, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

IMPRESSION: Degenerative disc disease L4-5

Signed by David G Jong, MD 12/27/2021 8:53 AM

Alan Pollard MD - Referring Physician

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 10-05-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 042210248001352

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness.*** Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety.*** Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 75.00 Weight (lbs): 210.00 **BP:** 150/112 mm Hg.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**
**Order No: SCL042672 Dated: 10-05-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
**Order No: SCL042673 Dated: 10-05-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL25444 Dated: 10-05-2022 Rad: Any Lab**
**Magnetic Resonance Imaging:** MRI Lumbar Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.



back to top

Bobb, Adam Male

Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-CESI left at C5-C6 and C6-C7
-Get fresh lumbar MRI in light of the new right LE symptoms
-Refill Norco
- Check on back brace and TENS unit

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications: Norco

Pill count: 0/60

Last filled: 08/03/22

UDS: negative

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC after procedure

**ICD: Sleep apnea (G47.30)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)



back to top

Bobb, Adam Male

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** Procedure scheduled

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 10-05-2022.*

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 06-08-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit**: Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every Night Refills: 2
1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 0422102400001352

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety.*** Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

Bobb, Adam Male

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL033488 Dated: 06-08-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.
Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

- Continue with neck and lower back stretches.
-Refill Norco
-Continue muscle relaxant

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.



back to top

Bobb, Adam Male 042210248881352

- Current Medications: Norco

Pill count: 44/60

Last filled: 05/31/22

UDS: +opi

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** 2 Months

**Prescription**
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60



back to top

Bobb, Adam Male

Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 06-08-2022.*



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

0421182 40601352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 04-18-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 2
Refills: 0



back to top

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp*, *joint swelling*, *muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

Bobb, Adam Male 042210240001352

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL029444 Dated: 04-18-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-He will get results of the the cervical MRI and bring with him
-Consider CMBB. Doing well after the Cervical TPIs. Continue stretching
-continue current pain med regimen

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Norco 5

Pill count: 23/60 Last filled: 03/31/22



back to top

Bobb, Adam Male

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: +opi confirmation 02/21/22

- RTC in 2 months.

**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(M54.2)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet



back to top

Bobb, Adam Male

0422102400001352

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-18-2022.*



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**School/Work Excuse**

DATE: 04-13-2022

NAME: Adam Bobb
DOB:
ADDRESS:

EMPLOYER:
PHYSICIAN NAME: Tatyana Stepanenko MD

To Whom It May Concem:

This is to certify that the above patient is under my professional care.

This is to further certify that the above patient was seen in our office today.

Appointment time: 01:30PM

T. Stepanenko

Tatyana Stepanenko, MD



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankle Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb
**MR#** SCL39265
**Date of Operation:** 04-13-2022
**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia:**Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure In Detail:-** An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued until the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications.



back to top

Bobb, Adam Male

642216234000135 2

**Disposition**: The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam**: SI joint tenderness

**Post-op exam**: Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 04-13-2022.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankle Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name :** Adam Bobb
**MR#** SCL39265
**Date of Operation:** 03-23-2022
**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia:**Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:**- An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications



back to top

Bobb, Adam Male

042210248001352

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam**: SI joint tenderness

**Post-op exam**: Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 03-23-2022.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 02-21-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days., Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1



back to top

Bobb, Adam Male 07-20-1983 0422102400001352

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by***



back to top

Bobb, Adam Male

***the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Positive stress testing, positive iliac compression testing, positive patricks test***

**Lab Order**
**Order No: SCL025181 Dated: 02-21-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL025193 Dated: 02-21-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without - results pending

Schedule right SIJ injection in White Hall

Has RX for PT for neck and lower back. He will do that soon.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

Medication

-Refill Norco 5 #60

UDS - negative POC. Confirmation ordered



back to top

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-21-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

## Physical Therapy Order

**Patient:** Adam Bobb
**DOB:**
**Address:**

**Ordered on:** 01-25-2022

**Home Phone:** 870 461-0711
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)
Lumbar degenerative disc disease (M51.36)
Chronic right hip pain (M25.551)
Cervical spondylosis (M47.812)
Cervical myofascial pain syndrome (M79.18)
Labral tear of right hip joint (S73.191A)

**Instructions:**
Physical Therapy and evaluate and treat: 3x/wk for 4 weeks

John M Brown , DO



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

0422102400001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

5700 West Markham Street, Little Rock AR 72205 - 3328
Tel: 501 227-0184 , Fax: 501-227-0187

## Urine Definitive/Confirmatory Drug Testing Order Form

**PATIENT DEMOGRAPHICS**
**Patient:** Adam Bobb
**Age/Sex:** Male 38 year
**Date:** 01-25-2022

**GUARANTOR & INSURANCE INFORMATION**
**Insurance:** Medicaid
**Guarantor:** Bobb Adam

Rationale for confirmatory drug testing is that the Patient has a chronic pain and is with ORT considered to be low.

**Urine Definitive/Confirmatory Drug Testing Orders**

1. asap confirmation on lcms full panel

**The above definitive/confirmatory tests are reasonable and necessary for the following:**

1. New patient testing as part of history and exam to support initial treatment decisions

**Summary of Definitive Drug Tests Results**

1. results as expected = consistent with history and 1-prescribed medication(s)

**Treatment Plan after UDS Confirmation**

1. based on definitive drug test results and clinical evaluation, continue medications as prescribed

**Diagnosis:** Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A), Cervicalgia (M54.2), Encounter for long-term (current) use of other medications (Z79.899), Cervical radiculopathy (M54.12)

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Disclosure:
AB 130D Ammended Labor Code 5703, requires all physician statements and reports to include the following as a condition of admission and payment: I have not Violated Labor Code section 139.3 and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Dated this 01-27-2022 at Alameda County, California.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

042210240001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb

**MR#** SCL39265

**Date of Operation:** 01-25-2022

**DOB:**

**Trigger Point Injection(s)**

**Pre-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Post-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Procedure: Trigger Point Injection(s)**

**Attending Doctor:** Mr. John Brown, M.D.

**Anesthesia:** Local

**Description of Procedure:** After informed consent was obtained, the area of interest was palpated and the trigger points were identified and marked. There was/were a total of 4 site(s). These were located at the trapezius muscle and lower cervical paraspinal area musculature. After prepping and draping the area in the usual sterile fashion a 25 guage 1 1/2 inch needle was used to inject a total of of 1% lidocaine 1 ml / 4 mg dexamethasone distributed equally at each of the previously described site. There was no heme or paresthesias, nor air elicited from at any location (injections over lung areas). The patient tolerated the procedure well, all needles were removed intact. Hemostasis was maintained, and there were no paresthesias or complications.

Ultrasound Guidance: No

**Disposition:** After a period of observation, the patient's vital signs remained stable. The patient was then discharged to home with supervision in good condition and given written discharge instructions and instructed to contact our office for follow-up appointment.

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Mr. Adam Bobb
**DOB**
**Referral Source(s):** Dr. Kerry Pennington,
**Date:** 01-25-2022
**Reason for Visit:** New Patient Consult

**History of Present Illness**
Adam is a pleasant 38 year old male, who presents to our office for a new patient consultation.

***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.

**Past Medical History**
Sleep apnea G47.30 (780.57)
HTN (hypertension) I10 (401.9)

**Surgical History**
Heart surgery

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46



back to top

Bobb, Adam Male

has good hygiene.
**ENT:** Oral mucosa is moist and pink. He has good dentition. On examination, tongue appears to be normal.
**Eyes:** Pupils are equal and round and reactive to light and accommodation. Sclera appears to be clear. Conjunctiva is normal. .
**Neck:** There is no deviation of trachea from midline. On examination, there is no evidence of thyroid gland enlargement.
**Respiratory:** Normal breathing Chest is clear to auscultation. There is no rales or rhonchi noted. .
**Cardiovascular:** Rate and rhythm is regular. There is no evidence of pedal edema.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical.***
**Thoracic Spine:** There is no evidence of atrophy or asymmetry noted in the thoracic spine. No tenderness at thoracic paraspinal muscles and facet joint lines are noted. Range of motion of the thoracic spine is normal with both flexion and extension without pain. There is evidence of crepitation, laxity or instability noted in the thoracic spine. **trigger points** No.
**Lower Extremities:** Edema not noted.
**Lumbar Spine:** Inspection of the lumbar spine reveals no scoliosis. ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild*** There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness. ***Anterior flexion of lumbar spine is noted to be 70 degrees.*** Anterior lumbar flexion causes pain. Extension of lumbar spine is noted to be full at 30 degrees. There is pain noted with lumbar extension. ***Left lateral flexion of the lumbar spine is noted to be 20 degrees.*** Left lateral flexion causes pain ***Right lateral flexion of the lumbar spine is noted to be 20 degrees.*** Right lateral flexion reveals pain There are no palpable trigger points in the muscles.
**Joints-Shoulder: Right Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion. ROM of the shoulder is full. The stress test is normal. There is no cast. Right shoulder is non-tender to palpation. No right shoulder swelling noted. There is no ecchymosis noted over the right shoulder. No right sided shoulder crepitus noted. No right shoulder deformity noted. There is no atrophy of the right shoulder noted. No right shoulder effusion noted. Shoulder ROM: . Right Shoulder Labral Test Findings: Negative. Right scapula winging grade: 0. Right shoulder bicep test: Negative. Right shoulder impingement: Negative. Right shoulder O'brien's test: Negative. Right shoulder popeye sign: Negative. Right shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Can not do stress testing due to injury.
**Left Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion noted. ROM of the shoulder is full. The stress test is normal. There is no cast. Left shoulder is non-tender to palpation. No left shoulder swelling is noted. There is no ecchymosis present over the left shoulder. No left sided shoulder crepitus noted. No left shoulder deformity noted. There is no atrophy of the left shoulder noted. No left shoulder effusion noted. Left Shoulder Labral Test Findings: Negative. Left scapula winging grade: 0. Left shoulder bicep test: Negative. Left shoulder impingement test: Negative. Left shoulder O'brien's test: Negative. Left shoulder popeye sign: Negative. Left shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Cannot do stress testing due to injury.
**Joints- Elbows:** Elbows are non-tender, without crepitus or effusion. Joints are stable and ROM is normal.
**Joints- Wrists:** Wrists are non-tender, without crepitus or effusion. Joints are stable and ROM is normal. Phalen's sign test: No sign of altered or loss of feeling or strength, or pain in the hand, wrist, arm, or neck noted . Tinel's sign test: Negative .



back to top

Bobb, Adam Male 0422182400081352

**Joints- Hips/ SI Joint:** Gaenslen's Test: negative right, negative left. Left Hip ROM: Tested. Yeoman's Test: negative right, negative left. Yeoman's Test: negative right, negative left. Patrick's Test: negative right, negative left. Right Hip ROM: negative right, negative left. Pain with internal rotation Lumbar spine is noted to be stable. Positive

**Joints-Knee:** On knee examination, right knee appears to be normal. On knee examination, right knee appears to be normal. Right knee is non-tender to palaption. There is no tenderness noted in the anterior knee region. There is no swelling noted in the right knee region. There is no ecchymosis noted on the right knee. Right knee effusion is absent. Right knee compartment testing is performed. Right knee patellofemoral exam has normal findings. Right Knee Ligament Testing: Normal findings. On examination, left knee appears to be normal.

**Left Knee:** Left knee is tender to palaption. There is no tenderness present over the anterior part of the left knee region. There is no swelling noted in the left knee region. There is no ecchymosis noted on the left knee. Left knee effusion is absent. Compartment testing: Performed. Left Patello-Femoral Exam Findings: Normal. Let Knee Ligament testing: Normal.

**Joints- Ankles:** Ankles are non-tender, without crepitus or effusion bilaterally. Joints are stable and ROM is also normal.

Ankles appear normal to inspection without any evidence of erythema or edema. There is normal ankle range of motion noted bilaterally.

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

**Neurology - Straight Leg Raising:** Right: normal 90 degrees. Left: normal 90 degrees.

**Neurology - Motor Strength:**

Left UE strength - Flexors: 5/5. Right UE strength - Flexors: 5/5.
Left UE strength - Extensors: 5/5. Right UE strength - Extensors: 5/5.
Left UE Tone: Normal.
Right UE Tone: Normal.
Left LE strength - Flexors: 5/5. Right LE strength - Flexors: 5/5.
Left LE strength - Extensors: 5/5.
Right LE strength - Extensors: 5/5.
Left LE Tone: Normal. Right LE Tone: Normal.

**Neurology - Sensation:** There is normal sensation noted in the head region on the left side. There is normal sensation noted in the head region on the right side. There is normal sensation noted in the left shoulder. There is normal sensation noted in the right shoulder. Chest has normal sensation on the left side. Chest has normal sensation on the right side. There is normal sensation noted in the trunk on the left side. There is normal sensation noted in the trunk on the right side. Back examination reveals normal sensation on the left. Back examination reveals normal sensation on the right. Left elbow has normal sensation. Right elbow has normal sensation. There is normal sensation noted in the left arm. There is normal sensation noted in the right arm. Left wrist has normal sensation. Right wrist has normal sensation. Left fingers has normal sensation. Right fingers has normal sensation. Normal sensation has been noted in the abdomen. There is normal sensation noted in the left hip. There is normal sensation noted in the right hip. There is normal sensation noted in the left thigh. There is normal sensation noted in the right thigh. There is normal sensation noted in the left knee. There is normal sensation noted in the right knee. There is normal sensation noted in the left ankle. There is normal sensation noted in the right ankle.

**Neurology - Deep Tendon Reflexes:**

Left biceps (DTR): 2+. Right biceps (DTR): 2+.
Left triceps (DTR): 2+. Right triceps (DTR): 2+.
Left brachioradialis (DTR): 2+. Right brachioradialis (DTR): 2+.
Left patellar (DTR): 2+. Right patellar (DTR): 2+.
Left achilles (DTR): 2+. Right achilles (DTR): 2+.
Babinski: - negative on the right, negative on the left side.



back to top

Bobb, Adam Male

**Lab Order**
**Order No: SCL023308 Dated: 01-25-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL023338 Dated: 01-25-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL23444 Dated: 01-27-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Cervical Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without
Cervical TPI today
Schedule lumbar ESI L4-L5
Continue PT for the hip. Will give RX for PT for neck and lower back.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- I Have started the following medications for better pain control:
START
HC 5 twice daily #14 for one week ( Medicaid) then #46 if effective for him
Tizanidine 4 mg at bedtime #30

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose.



back to top

Bobb, Adam Male 04221624000135 2

The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: Sending for confirmation.

- Lab Order:
ASAP Confirmation on LCMS Full Panel

The above Definitive UDT is reasonable and necessary for the following circumstances:

1- New patient testing as part of history and exam to support initial treatment decisions
2- Identify specific substance(s) and/or metabolite(s) inadequately detected or not detected by presumptive screen
3- Identify specific medication(s) or drug(s) in a class (e.G., benzodiazepines, barbiturates, opioids, antidepressants)
4- Definitive concentration of medication(s), drug(s), and/or metabolites needed to guide management
5- Identify a negative, or confirm a positive presumptive screen result inconsistent with a patient's self-report, presentation, medical history, or current prescribed medication
6- Rule out an error as the cause of an unexpected presumptive screen result
7- Identify non-prescribed medication or illicit drug use for ongoing safe prescribing of controlled substances
8- Results needed for differential assessment of Treatment efficacy, Side effects and Possible drug interaction
9- Identify substances that may present high risk for additive or synergistic interaction with prescription medication (e.G., alcohol)
10- Random testing

- Informed consent was obtained. risk of procedure were explained including but not limited to bleeding, infection, pneumothorax, paralysis, numbness, headache, reaction to the medication, nerve damage and death. The patient understood and agreed with injection.***Patient has received educational material regarding upcoming injection as well as pre-procedural instructions******

- Advised patient I will only be acting as their pain physician and treat for all pain related issues. Patient as been advised to maintain relationship with PCP for all other medical issues and has verbalized understanding of this.

- ASAP narcotic contract has been discussed in detail with patient today. Patient has verbalized understanding of this contract.

- Safety Assessment: Today the patient denied homicidal and suicidal ideation, intent, and plan. Based on my assessment of the patient today, the patient can continue to be safely managed on an outpatient basis.

- RTC in 4 weeks

ASAP URINE DRUG SCREEN - Confirmation

**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Cervicalgia (M54.2)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (45 min) (99204)**



back to top

Bobb, Adam Male

ICDs:
(G89.4)
(M51.36)
(M25.551)
(M47.812)

**Trigger Point, 1or 2 Muscles (20552)**

ICDs:
(M54.2)

**Drug Test Prsmv Chem Anlyzr (80307)**

ICDs:
(Z79.899)

**Follow Up:** 4 Weeks

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO

*This has been electronically signed by John Brown, DO*

*Date: 01-25-2022.*



back to top

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:* ,

*Dear Sirs:*

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Kerry F. Pennington, M.D.*

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

mainlinehealth systems, Inc.

BOBB, ADAM
39 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS
Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Health Systems, Inc

02/27/2023 Progress Notes: Kerry Pennington, MD

**Reason for Appointment**

1. HTN 6 MO F/U, see HPI for complaints, B.Thiele,LPN 2/27/23
2. RX: Drug room pharmacy, B.Thiele,LPN 2/27/23
3. DUE: Wellness and HIV screening, B.Thiele,LPN 2/27/23

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Nearly every day, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Several days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 17, Interpretation Moderately severe depression. Intervention Follow-Up for Depression Currently treated for depression and/or bipolar related diagnosis, Depressiong Screening Findings Positive.

Visit HPI:

This patient is here for follow-up of hypertension, but complains of multiple issues, including peripheral neuropathy, insomnia, increased moodiness, he is drinking 60 beer per week. He denies chest pain, dyspnea, GI or GU complaints. His blood sugars have been in the 200 to 300 range for the past few weeks, with no specific history of diabetes.

**Current Medications**

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Notes to Pharmacist: dose increase

**Discontinued**

- Dexamethasone 0.75 MG Tablet as directed Orally Once a day , Notes to Pharmacist: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
- LORazepam 1 MG Tablet TAKE 1 TABLET BY MOUTH 45 MINUTES BEFORE PROCEDURE

Medication List reviewed and reconciled with the patient

**Past Medical History**

Hypertension.
Anger issue.

**Surgical History**

heart surgery at 2 years old

**Family History**

Father: unknown

**BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023**

Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23.

## Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 02/27/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 02/27/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? Yes, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? Yes, 3. People who have episodes like this often have changes in their thinking and behavior at the same time, like being more talkative, needing very little sleep, being very restless, going on buying sprees, and behaving in many ways they would normally think inappropriate. Did you ever have any of these changes during your episodes of being excited and full of energy or very irritable or grouchy? Yes.
Depression Screening Completed: yes, Thiele, Brandi 02/27/2023 11:59:14 AM CST > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Thiele, Brandi 02/27/2023 12:00:19 PM CST > , Yes:.
Smoking: yes, Thiele, Brandi 02/27/2023 12:00:28 PM CST > , , YES.
Recreational drug use: yes, Thiele, Brandi 02/27/2023 12:00:33 PM CST > , Denies.
Alcohol: yes, Beer, DAILY, 2 30-PACKS of Beer a week, B.Thiele,LPN 2/27/23.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 02/27/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Thiele, Brandi 02/27/2023 12:01:41 PM CST > , Occasionally.
Exercise: yes, Thiele, Brandi 02/27/2023 12:01:53 PM CST > , > , Per Age.
Travel outside US: yes, Thiele, Brandi 02/27/2023 12:02:03 PM CST > , No.
Sexually active: yes, Thiele, Brandi 02/27/2023 12:02:09 PM CST > , , Yes.
Herbal & OTC medications: yes, Thiele, Brandi 02/27/2023 12:02:18 PM CST > , , PRN.
Advance Directive: yes, Thiele, Brandi 02/27/2023 12:02:29 PM CST > , No.
Diabetic testing: yes, Thiele, Brandi 02/27/2023 12:02:33 PM CST > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

## Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

## Hospitalization/Major Diagnostic Procedure

see above

## Review of Systems

Psychiatry:

Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia , yes.

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxysmal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Insomnia yes. Opioid management yes. Pain quality yes. See HPI **for details**. Sleep **Problems**. Weakness no. Weight gain none. weight loss none

Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. See HPI for details. Sleep disturbance yes. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.
Musculoskeletal:
muscle spasms no. Arthritis no. Back pain , Yes. Joint stiffness No. Neck pain yes. Tingling/numbness yes, BLE.
Neurology:
lightheaded no. numbness , yes, BLE. Convulsions no. no Headache. Peripheral neuropathy yes. See HPI for details. Tingling/numbness yes. Tremor yes. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

**Vital Signs**

Wt: **196.4** lbs, Ht: 75 in, BMI: **24.55** Index, BP: **150/90** mm Hg, HR: 101 /min, RR: 20, Temp: 97.9, SaO2: 97.

**Examination**

GENERAL EXAM:
General: Well developed, well nourished white male in no acute distress.
ENT: Ears normal, nose normal, mouth and throat normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: No edema.
Neurological: Cranial nerves II through XII and peripheral neurological are intact.
Psych: Mood and affect appropriate.
Skin: Normal with no new rashes or lesions.
Musculoskeletal: Moves all extremities with normal range of motion.

**Assessments**

1. Essential hypertension - I10 (Primary)
2. Other chronic pain - G89.29
3. Primary insomnia - F51.01
4. PTSD (post-traumatic stress disorder) - F43.10
5. GAD (generalized anxiety disorder) - F41.1
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Primary osteoarthritis involving multiple joints - M15.9
8. Hyperglycemia - R73.9
9. Excessive drinking alcohol - F10.10
10. Current smoker - F17.200

**Treatment**

**1. Essential hypertension**
Continue amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Start Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30 days, 60, Refills 5
Start cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, Once a day As needed, 30 days, 15 Tablet, Refills 2

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| **Cholesterol, Total** | **301** | **H** | **100-199 - mg/dL** |
| Triglycerides | 129 | | 0-149 - mg/dL |
| HDL Cholesterol | 65 | | >39 - mg/dL |
| LDL/HDL Ratio | 3.3 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 23 | | 5-40 - mg/dL |
| **LDL Cholesterol Calc** | **213** | **H** | **0-99 - mg/dL** |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 10.0 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **123** | **H** | **70-99 - mg/dL** |
| **BUN** | **5** | **L** | **6-20 - mg/dL** |
| Protein, Total, Serum | 7.6 | | 6.0-8.5 - g/dL |
| **Albumin, Serum** | **5.3** | **H** | **4.0-5.0 - g/dL** |
| Bilirubin, Total | 1.2 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 105 | | 44-121 - IU/L |
| **AST (SGOT)** | **102** | **H** | **0-40 - IU/L** |
| Potassium, Serum | 4.3 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 139 | | 134-144 - mmol/L |
| Chloride, Serum | 97 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.79 | | 0.76-1.27 - mg/dL |
| **ALT (SGPT)** | **143** | **H** | **0-44 - IU/L** |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **6** | **L** | **9-20 -** |
| Globulin, Total | 2.3 | | 1.5-4.5 - g/dL |
| **A/G Ratio** | **2.3** | **H** | **1.2-2.2 -** |
| eGFR | 116 | | >59 - mL/min/1.73 |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. This lab was reviewed by Beverly Young on 03/01/2023 at 11:29 AM CST

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 02/27/2023 12:49 PM)

| | Value | Reference Range |
|---|---|---|
| WBC | 8.5 | 4.1 - 10.9 K/uL |
| RBC | 5.74 | 4.20 - 6.30 M/uL |
| Hemoglobin | 18.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 55.9 | 37.0 - 51.0 % |
| MCV | 97.4 | 80.0 - 97.0 fL |
| MCH | 32.8 | 26.0 - 32.0 pg |
| MCHC | 33.6 | 31.0 - 36.0 g/dL |
| Platelets | 179 | 140 - 440 K/uL |
| Lymphs | 17.6 | 10.0 - 58.5 % |
| Monocytes | 9.2 | 0.1 - 24.0 % |
| Neutrophils | 73.2 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.8 | 0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2 | 2.0 - 7.8 |
| RDW | 12.2 | 11.5 - 14.5 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST > Pennington, Kerry 03/01/2023 08:17:21 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: -Urinalysis Microscopic (Collection Date & Time - 02/27/2023 04:18 PM)

| | Value | Reference Range |
|---|---|---|
| Glucose | 250 | NEG - |
| Bilirubin | neg | NEG - |
| Ketones | neg | NEG - |
| Specific Gravity | 1.010 | 1.001 - 1.035 |
| Occult Blood | neg | NEG - |
| pH | 7.0 | 4.6 - 8 |
| Protein | neg | NEG - |
| Urobili, Semi -Qu | 0.2 | 0 - 2.0 mg/dL |
| Nitrite | neg | NEG - |
| WBC Exterase | neg | NEG - |
| RBC | neg | 0 - 2 /HPF |
| WBC | neg | 0 - 2 /HPF |
| Epi Cell | rare | NEG - FEW |
| Bacteria | neg | NEG - |

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

| | | |
|---|---|---|
| Yeast | neg | NEG - |
| Trich | neg | NEG - |
| Casts/Crystals | neg | NEG - |
| Clue Cells | neg | NEG - |

Notes :Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren Pennington, Kerry 02/27/2023 06:54:50 PM CST >

Notes:
**Add carvedilol 3.25 mg BID, #60 x 5 refills, check lab, continue other medications and a low salt diet. He is also given clonidine 0.2 mg to take as needed for elevated blood pressure, #15 x 2 refills.**

**2. Other chronic pain**
Notes:
**Continue follow-up with pain clinic as directed.**

**3. Primary insomnia**
Start traZODone HCl Tablet, 100 MG, 1 or 2 tablet(s) at bedtime, Orally, Once a day, 30 days, 60, Refills 5
Notes:
**Trazodone 100 mg 1 or 2 HS, #60 x 5 refills. Good sleep hygiene is discussed.**

**4. PTSD (post-traumatic stress disorder)**
Notes:
**Continue current meds and follow-up with BH later today.**

**5. GAD (generalized anxiety disorder)**
Notes:
**Continue current meds and follow-up with BH.**

**6. MDD (major depressive disorder), recurrent episode, moderate**
Continue DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, Notes to Pharmacist: dose increase
Notes: **Continue current meds and follow-up with BH.**

**7. Primary osteoarthritis involving multiple joints**
Notes:
**Continue current care and stay active without overuse.**

**8. Hyperglycemia**
LAB: -Hemoglobin A1C (Collection Date & Time - 02/27/2023 12:58 PM)

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 6.1 | 4.8 - 6.9 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST > Pennington, Kerry 03/01/2023 08:17:34 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

08:17 AM CST

Notes:
**Check appropriate lab today and we will proceed from there.**

**9. Excessive drinking alcohol**
Notes:
**He will try to taper off.**

**10. Current smoker**
Notes: **He is encouraged to quit smoking and cessation is discussed. He is offered pills, patches and gum but declines intervention at this time.**

**11. Others**
Notes:
I have reviewed patient's current medication list above. Patient is advised to continue all other medications as previously prescribed and documented in previous notes, unless otherwise noted above. K. Pennington, MD
I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.

**Preventive Medicine**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Instructed on how to calculate BMI & importance. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW
83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW
81001 URINALYSIS, AUTO W/SCOPE
36415 VENIPUNCT, ROUTINE*
1034F CURRENT TOBACCO SMOKER
99406 BEHAV CHNG SMOKING 3-10 MIN
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

00002 08/25/2025 01282722

6/20/23, 12:55 PM Print Preview

**BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023**

**Follow Up**
3 Months,prn
**Care Plan Details**



**Electronically signed by Kerry Pennington on 02/28/2023 at 02:53 PM CST**
**Sign off status: Completed**

18-Warren-Mainline Heatlh Systems, Inc
1012 E Church St
STE B
Warren, AR 716713530
Tel: 870-226-6786
Fax: 870-226-7925

00002 08/25/2025 01282722

BOBB, ADAM, 39 Y, M,

870-461-0711

# CUMULATIVE REPORTS

-CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:49 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| WBC | 8.5<br>4.1 - 10.9 K/uL |
| RBC | 5.74<br>4.20 - 6.30 M/uL |
| Hemoglobin | 18.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 55.9<br>37.0 - 51.0 % |
| MCV | 97.4<br>80.0 - 97.0 fL |
| MCH | 32.8<br>26.0 - 32.0 pg |
| MCHC | 33.6<br>31.0 - 36.0 g/dL |
| Platelets | 179<br>140 - 440 K/uL |
| Lymphs | 17.6<br>10.0 - 58.5 % |
| Monocytes | 9.2<br>0.1 - 24.0 % |
| Neutrophils | 73.2<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.8<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2<br>2.0 - 7.8 |
| RDW | 12.2<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:21 AM CST > |

BOBB, ADAM,

00002 08/25/2025 01282722

## -Hemoglobin A1C

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:58 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Hemoglobin A1c | 6.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:34 AM CST > |

BOBB, ADAM,

00002 08/25/2025 01282722

## -Urinalysis Microscopic

| | |
|---|---|
| Collection Date | 02/27/2023 |
| Collection Time | 04:18 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Korry Pennington |
| Glucose | 250<br>NEG - |
| Bilirubin | neg<br>NEG - |
| Ketones | neg<br>NEG - |
| Specific Gravity | 1.010<br>1.001 - 1.035 |
| Occult Blood | neg<br>NEG - |
| pH | 7.0<br>4.6 - 8 |
| Protein | neg<br>NEG - |
| Urobili, Semi-Qu | 0.2<br>0 - 2.0 mg/dL |
| Nitrite | neg<br>NEG - |
| WBC Esterase | neg<br>NEG - |
| RBC | neg<br>0 - 2 /HPF |
| WBC | neg<br>0 - 2 /HPF |
| Epi Cell | rare<br>NEG - FEW |
| Bacteria | neg<br>NEG - |
| Yeast | neg<br>NEG - |
| Trich | neg<br>NEG - |
| Casts/Crystals | neg<br>NEG - |
| Clue Cells | neg<br>NEG - |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren<br>Pennington, Kerry 02/27/2023 06:54:50 PM CST > |

BOBB, ADAM,

00002 08/25/2025 01282722

## Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Calcium, Serum | 10.0<br>8.7-10.2 mg/dL |
| Glucose, Serum | 123H<br>70-99 mg/dL |
| BUN | 5L<br>6-20 mg/dL |
| Protein, Total, Serum | 7.6<br>6.0-8.5 g/dL |
| Albumin, Serum | 5.3H<br>4.0-5.0 g/dL |
| Bilirubin, Total | 1.2<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 105<br>44-121 IU/L |
| AST (SGOT) | 102H<br>0-40 IU/L |
| Potassium, Serum | 4.3<br>3.5-5.2 mmol/L |
| Sodium, Serum | 139<br>134-144 mmol/L |
| Chloride, Serum | 97<br>96-106 mmol/L |
| Creatinine, Serum | 0.79<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 143H<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 6L<br>9-20 |
| Globulin, Total | 2.3<br>1.5-4.5 g/dL |
| A/G Ratio | 2.3H<br>1.2-2.2 |
| eGFR | 116<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. |

Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Cholesterol, Total | 301H<br>100-199 mg/dL |
| Triglycerides | 129<br>0-149 mg/dL |
| HDL Cholesterol | 65<br>>39 mg/dL |
| LDL/HDL Ratio | 3.3<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 23<br>5-40 mg/dL |
| LDL Cholesterol Calc | 213H<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > |

00002 08/25/2025 01282722

From: 12/09/2024 08:11 #245 P.002/002

MAINLINE HEALTH SYSTEMS, INC (3)
1012 E Church St.
WARREN, AR, 71671
(870) 226-6754

Mallard Medical Supply, LLC
801 E Church St.
Warren, AR 71671

PRESCRIPTION FORM 1 / 1

## FOR BILLING AND DISPENSING

✓ ADAM BOBB

✓ DOB: Gender: Male
Weight: 218lbs Height: 6ft 2in

Billing Address:

Order Information:
Order ID: VXJ-8S3-KVR7-290

Order Date: 09/13/2024

Delivery Address:

**E0100: Straight Cane**

Quantity: 1, Start Date: 09/13/2024, Length of Need: 99 months

Insurance:
**Primary - Blue Cross Blue Shield (BCBS) - Commercial**
**EXX60054796201**

Emergency Contacts:

Diagnosis:
**M16.11** - Unilateral primary osteoarthritis, right hip

I certify that I am the treating clinician identified on this document. I reviewed the written order, and the information reflects the patient's condition and treatment plan. Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information above contained herein is true, accurate and complete, to the best of my knowledge, and is consistent with the information contained in my clinical records for the Patient and/or in the Patient's permanent medical record. I certify that the patient/caregiver is capable and has successfully completed training or will be trained on the proper use of the products prescribed on this written order. I understand that any falsification, omission, or concealment of material fact in that section with respect to any information contained herein may subject me to civil or criminal liability.

ANTHONY RODRIGUEZ / NPI: 1770020521

[illegible] 0/13/24 at 1313 [illegible] EDT by
ANTHONY RODRIGUEZ NPI 1770020521

Clinician's Signature

Date / /

PAGE 1/1 * RCVD AT 12/9/2024 9:19:28 AM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-48

00002 08/25/2025 01282722

From: 11/06/2024 16:35 #225 P.003/057

'o: 15012051278 Page: 05 of 12 2024-05-01 16:22:15 CDT 15014218331 From: Elisha Upchurch

Bobb, Adam Male ·

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

| | |
|---|---|
| Pharmacy: Drug Room, INC. | Patient:Mr. Bobb, Adam |
| Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008 | DOB: |
| Phone: 8705363980 | Add: |
| Fax: 8705361953 | Plan: |

---

Date: 04-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-11-2024.*



PAGE 3/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 02-15-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is** 6. Height (inches): 75.00 Weight (lbs): 220.00 **BP:** 139/85 mm Hg. **Puls e:** 83 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL083539 Dated: 02-15-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.

- Last filled: Oxy on 1/11/24 (for his dental abscess).

- UDS: +Oxy on 2/5/24.

- Confirmation Consistent on 11/1/23. Reviewed 2/15/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea,

Bobb, Adam Male

vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-15-2024.*

Bobb, Adam Male

Arkansas Spine and Pain

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-227-0187

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

Pharmacy: Drug Room, INC.
Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient: Mr. Bobb, Adam
DOB:
Add:
Plan:

Date: 01-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days, Prescribe 90 Tablet

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-11-2024.*

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 09-12-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Current Medication.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days . Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 8 Hours PRN Refills: 0
1 Capsule Three times a Day Refills: 1
1 Tablet Every Night Refills: 1
1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 73.00 Weight (lbs): 220.00 **BP:** 111/71 mm Hg. **Puls e:** 70 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple.

Bobb, Adam Male 07-20-1983

Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Joints-Knee:** On examination, left knee appears to be normal.
***Left Knee: Left knee is non-tender to palpation. Medial joint line***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL101601 Dated: 09-12-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***9/12/24***

Patient returns to clinic for f/u c/o low back pain. Pain meds doing well. He has been diagnosed with diabetes.

***7/16/24***

Bobb, Adam Male

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.

Bobb, Adam Male

**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy 6/90 on 9/12/24.

- Last filled: Oxy on 8/15/24.

- UDS: +OXY on 9/12/24.

- Confirmation Consistent on 7/16/24. Reviewed 9/12/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)

Bobb, Adam Male

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 09-12-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 07-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 114/75 mm Hg. **Pulse:** 73 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

Bobb, Adam Male

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL096664 Dated: 07-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL096678 Dated: 07-16-2024 Lab: Any Lab**
**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/16/24***

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is

stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

Bobb, Adam Male

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 7/16/24.

- Last filled: Oxy on 6/15/24.

- UDS: +OXY on 7/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 7/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)

Bobb, Adam Male

(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-16-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 05-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 123/84 mm Hg. **Puls e:** 78 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

Bobb, Adam Male

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL091650 Dated: 05-16-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90. Will increase Gabapentin to 600mg TID #90 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicalton on 5/16/24.

- Last filled: Oxy on 4/15/24.

- UDS: Negative on 5/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 5/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up**: 2 Months

**Prescription**

Page 5

Bobb, Adam Male

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 05-16-2024*.

# BOBB, Adam

**40 Y old Male, DOB:**
**Account Number: 56397**

**Home:**
**Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181**
**Appointment Facility: Woodson Clinic**

**05/06/2024** **Progress Notes: Matthew L Wood, APRN**

## Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

## Past Medical History

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

## Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two ...

## Reason for Appointment

1. The patient has been complaining of chest discomfort, heartburn, and anxiety. The patient talked to his psychiatrist and the doctor does not want to change medication until her talk to Mathew Wood. The patient states that he has been experiencing a lot of anxiety and panic attacks. The patient states that he has been diagnosed with PSTD, major depressive disorder and severe anxiety and was wondering is not associated with chest pain. EKG - sinus rhythm.

## History of Present Illness

History of present illness:

The patient complains of left-sided/center chest pains. The patient describes chest pains as tightness/squeeze, which are associated with activity, shortness of breath and diaphoresis. The patient states that the pain occurs without radiation at rest and with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps, aching, burning, and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or fatigue.

## Vital Signs

HR: **69** /min, BP: **104/68** mm Hg, Wt: **222** lbs, BMI: **27.75** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 100.7 kg
BP 108/72 on the left.

## Examination

General Examination:

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x 3. PSYCH: Cooperative with exam, judgement and insight good.

## Assessments

years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Negative for weight gain, weight loss or fever. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris - I25.118
4. Long term (current) use of antithrombotics/antiplatelets - Z79.02
5. Dizziness and giddiness - R42
6. Nicotine dependence, unspecified, uncomplicated - F17.200
7. Shortness of breath - R06.02
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**
**1. Others**
Notes:
Start Protonix 40 mg p.o. q. d.
Refer to GI for EGD.
Schedule for ultrasound of gallbladder at CARTI, Pine Bluff.
The patient is to follow up with primary care physician for GAD treatment.
Keep currently scheduled follow up with ABI.
The patient is to stop smoking.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

---

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

---

**Progress Note: Matthew L Wood, APRN 05/06/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

00002 08/25/2025 01282722

From: 11/06/2024 16:50 #225 P.031/057

Patient; BOBB, Adam DOB:

CARTI
MEDICAL IMAGING AND INTERVENTION

5001 Bobo Road • Pine Bluff, AR 71603
800.482.8561

Patient: Bobb, Adam Sex: Male DOB:

Exam: US ABDOMEN ULTRASOUND, LIMITED (76705) Acc# B38AE380B3F1
DOS: 05/30/2024 01:00 PM MRN# 1049804

Ref. Phys: MATTHEW WOOD

PROCEDURE: GALLBLADDER ULTRASOUND

COMPARISON: None.

INDICATIONS: Abdominal pain

FINDINGS: Transverse images of the pancreas are normal. There is diffuse increase in liver echogenicity characteristic of hepatic steatosis. The liver measures 17.8 cm in craniocaudal extent. There are no focal liver lesions. Portal vein is patent. Common duct measures 3 mm. The gallbladder is normal. The spleen measures 12.3 cm in length. There is no free fluid.

IMPRESSION:
1. Diffuse hepatic steatosis.
2. No evidence of any acute abnormality within the upper abdomen.

Electronically Signed By:
Theodore Hronas, M.D. at 05/30/2024 13:25

MW 6/10/24

EW

Document: 5.30.24 US GALLBLADDER Printed: 10-17-2024 01:41:39

Page 1 of 1

PAGE 31/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

00002 08/25/2025 01282722

From: 11/06/2024 16:50 #225 P.032/057

Patient: BOBB, Adam DOB:

| | | | | | | |
|---|---|---|---|---|---|---|
| ID: | | Gender: | Male | 05/06/2024 08:17:20AM | | sinus rhythm |
| Name: | BOBB, ADAM | | | PR: | 102/162 ms | vertical axis |
| Age: | 40 yr | | | QRS: | 110 ms | Normal variant of ECG |
| | | | | QT/QTc: | 394/428 ms | Unconfirmed Report |
| | | | | P/QRS/T axis: | 48/88/47 deg | |
| | | | | Heart rate: | 71 bpm | |






25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz [illegible] Version 2.00.02

Document: 5.6.24 EKG_001

Printed: 10-17-2024 01:41:39



PAGE 32/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

From:
Patient; BOBB, Adam DOB:

00002 08/25/2025 01282722
11/06/2024 16:52 #225 P.033/057

## Lower Extremity Physiologic Study
## Multiple Level (Segmental Exam)

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 07/01/24 12:22:25

| Risk Factors | Current Symptoms | ABI Severity of Disease |
|---|---|---|
| ☐ Tobacco Use<br>☐ Diabetes<br>☐ Heart Disease<br>☐ Previous CV Event<br>☐ Hypertension<br>☐ Hyperlipidemia<br>☐ Stroke/TIA<br>☐ Prev. Vascular Surgery | ☐ Intermittent Claudication<br>☐ Numbness, Tingling in Feet<br>☐ Ulcerations<br>☐ Rest Pain<br>☐ Gangrene<br><br>Location<br>☐ Buttocks<br>☐ Thigh<br>☐ Calf<br>☐ Feet | > 1.40 Non-compressible<br>1.00 - 1.40 Normal<br>0.91 - 0.99 Borderline<br>0.00 - 0.90 Abnormal<br><br>Index for Ankles Only |

**Interpreting Physician:** Un-Assigned **Referring Physician:** Un-Assigned
**Comments:**

### RIGHT

**Brachial** 114

PVR X1 07/01/24 12:14:00



**Thigh** 168 mmHg — 1.47 Index

PVR X1 07/01/24 12:15:38



**Calf** 199 mmHg — 1.74 Index

PVR X1 07/01/24 12:16:40



**PT** 158 mmHg — 1.38 Index



### LEFT

**Brachial** 114

PVR X1 07/01/24 12:18:13



**Thigh** 168 mmHg — 1.47 Index

PVR X1 07/01/24 12:20:03



**Calf** 143 mmHg — 1.25 Index

PVR X1 07/01/24 12:21:23



**PT** 167 mmHg — 1.46 Index



**Interpretation:**

**CPT Code:** No CPT Code
**ICD-10 Code:** No ICD-10 Code

Document: 7.1.24 PVR Printed: 10-17-2024 01:41:39



PAGE 33/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

00002 08/25/2025 01282722
From: 11/06/2024 16:53 #225 P.034/057
Patient Name: Bobb, Adam, DOB: Account No: 56397

SARC CardioVascular and Vein Center

**BOBB, Adam**
**40 Y old Male, DOB:**
**Account Number: 56397**

**Home:**
**Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181**
**Appointment Facility: Woodson Clinic**

**07/01/2024** **Progress Notes: Matthew L Wood, APRN**

Past Medical History
PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

**Surgical History**
Arteries did not form all the way so they had to stent/close it up at the age of two years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - half pack of cigarettes. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Positive for claudication. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Reason for Appointment**
1. The patient is here for two-month follow-up. The patient has had gallbladder ultrasound on 05/30/2024 - diffuse hepatic steatosis - known history of. Dr. Samad - the patient stated he has not received a call or heard anything from them. ABI - right 1.38 and left 1.46. He had follow up with primary care physician for GAD - stopped Duloxetine and changed to Wellbutrin. He still has not had sleep study. His wife reports continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes.

**History of Present Illness**
History of present illness:
The patient complains of shortness of breath with exertion and at rest - improved. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching and soreness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies chest pain, palpitations, or dizziness.

**Vital Signs**
HR: **81** /min, BP: **114/74** mm Hg, Wt: **216** lbs, BMI: **27** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 97.98 kg
BP 112/72 on left.

**Examination**
General Examination:
GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x 3. PSYCH: Cooperative with exam, judgement and insight good.

**Assessments**
1. Gastro-esophageal reflux disease with esophagitis, without bleeding - K21.00 (Primary)
2. Generalized anxiety disorder - F41.1
3. Essential (primary) hypertension - I10

4. Mixed hyperlipidemia - E78.2
5. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
6. Long term (current) use of antithrombotics/antiplatelets - Z79.02
7. Sleep apnea, unspecified - G47.30
8. Nicotine dependence, unspecified, uncomplicated - F17.200
9. Shortness of breath - R06.02
10. Other fatigue - R53.83
11. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Continue medications as current.
The patient is to schedule sleep study with SMS as recommended.
Resend referral to Dr. Samad for EGD evaluation.
The patient is to return to clinic in three months.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 07/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

00002 08/25/2025 01282722

From: 11/06/2024 16:54 #225 P.036/057

Patient Name: Bobb, Adam, DOB: Account No: 56397

SARC CardioVascular and Vein Center

# BOBB, Adam

41 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

10/01/2024 Progress Notes: Matthew L Wood, APRN

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

Woodson Clinic
3010 E WOODSON LATERAL RD
HENSLEY, AR 72065-9169
Tel: 501-399-4212
Fax: 501-504-7849

**Progress Note: Matthew L Wood, APRN 10/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024

**LAB VISIT**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:27 AM CST **Check Out:** 08:38 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/27/2024

## Subjective:

**Chief Complaints:**

1. LAB only, no provider seen, MMashburn,RN.

**Medical History:**

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking metFORMIN HCl 500 MG Tablet 1 tablet Orally twice daily , Taking Glucose Test Strips test once daily , stop date 07/06/2025, Taking Glucose Lancing device test once daily , stop date 10/09/2024, Taking Glucose Meter test glucose once daily , stop date 10/09/2024, Taking Lancets Micro Thin 33G(Lancets) - Miscellaneous as directed , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. Hyperglycemia - R73.9 (Primary)

## Plan:

**Treatment:**

**1. Hyperglycemia**

LAB: -Glucose (Collection Date & Time - 09/27/2024 08:37 AM) High

| | Value | Reference Range |
|---|---|---|
| Glucose, Whole Blood | 150 | 65 - 99 mg/dL |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID

**BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024**

and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE.

**Procedure Codes:** 82947 ASSAY, GLUCOSE, BLOOD QUANT, Modifiers: QW

## Billing Information:

**Visit Code:**
**Procedure Codes:**
82947 ASSAY, GLUCOSE, BLOOD QUANT. Modifiers: QW

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 10/01/2024 at 01:08 PM CDT**
**Sign off status: Completed**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:** 870-461-0711
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 09:16 AM CST **Check Out:** 10:57 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/09/2024

## Subjective:

**Chief Complaints:**

1. Per anthony. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. UTD: HIV, Wellness, Lipid, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today after receiving a critical value of an elevated glucose with no previous diagnosis of diabetes. Patient reports that his mother has diabetes. He has never taken medications for in the past for diabetes.

Patient has peripheral arterial disease and has been followed by Matt Wood, APRN who collaborates with Dr. Mahmood. Patient reports that he cannot stay on his feet very long without being in pain. This enables him to have a job. He reports that has been denied claims for disability. He is inquiring about letters to send to the disability lawyer so he can file for disability again.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Lower Back Pain, Myalgias, Arthralgias, Falls/Trauma/Injury. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED mmashburn,rn 09/09/2024.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/09/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/09/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/09/2024 09:52:42 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/09/2024 09:52:49 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/09/2024 09:52:51 AM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 09/09/2024 09:52:53 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/09/2024 09:52:56 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/09/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/09/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/09/2024 09:53:14 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/09/2024 09:53:16 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/09/2024 09:53:19 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/09/2024 09:53:21 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/09/2024 09:53:23 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/09/2024 09:53:25 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/09/2024 09:53:28 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **218.6** lbs, Ht: 75 in, BMI: **27.32** Index, BP: **124/80** mm Hg, HR: 86 /min, RR: 20, Temp: 96.9, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin - E11.65 (Primary)
2. Elevated glucose - R73.09
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Screening for depression - Z13.31
5. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin**

Start metFORMIN HCl Tablet, 500 MG, 1 tablet, Orally, twice daily, 30 days, 60, Refills 2 ; Start Glucose Test Strips, test once daily, 100 days, 100 Each, Refills 2 ; Start Glucose Lancing device, test once daily, 30 days, 1, Refills 0 ; Start Glucose Meter, test glucose once daily, 30 days, 1, Refills 0 ; Start Lancets Micro Thin 33G Miscellaneous, -, as directed, 100 days, 100, Refills 2 .

Notes: 1. Start Metformin and keep a fasting glucose log. Return with the log in two weeks. Likely we will have to increase that Metformin and start an additional med.
2. educated on diabetic diet
3. encouraged to exercise.

**2. Elevated glucose**

LAB: -Hemoglobin A1C (Collection Date & Time - 09/09/2024 09:46 AM) HbA1c 9 or higher

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 11.1 | 4.8 - 6.9 % |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic.

**3. Nicotine dependence, cigarettes, uncomplicated**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Procedure Codes:** 83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW , 3046F HEMOGLOBIN A1C LEVEL > 9.0%

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 2 Weeks

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
83036 GLYCATED HEMOGLOBIN A1C. Modifiers: QW
3046F HEMOGLOBIN A1C LEVEL > 9.0%.

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 09/10/2024 at 10:36 AM CDT**
**Sign off status: Completed**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:13 AM CST **Check Out:** 08:52 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/06/2024

## Subjective:

**Chief Complaints:**

1. yearly check up , and talk about personal issues- patient c/o left knee pain/left ankle pain x 6 months. Describes as intermittent and aching. Denies injuries, swelling, redness, warmth, or bruising. Occasionally he hears a "popping" noise when he is ambulating. MMashburn,RN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: Wellness, lipid, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today for yearly checkup. He reports he is having chronic left knee pain without any acute injuries. The pain comes and goes as then and is aching in nature. He reports crepitus with certain movements but denies any laxity. He is due for routine labs today. Patient reports that he has had multiple disability claims rejected in the past. He reports the inability to work due to chronic pain while standing for extended periods. He has a history of PAD and has been followed by cardiology. He has no other complaints at this visit.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL +, , **POSITIVE FOR left knee and ankle pain**. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 09/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/06/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/06/2024 08:13:49 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/06/2024 08:13:55 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/06/2024 08:13:58 AM CDT > , , YES. Recreational drug use: yes, Mashburn, Madison 09/06/2024 08:14:01 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/06/2024 08:14:05 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/06/2024 08:14:17 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/06/2024 08:14:19 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/06/2024 08:14:22 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/06/2024 08:14:24 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/06/2024 08:14:26 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/06/2024 08:14:29 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/06/2024 08:14:31 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **213.6** lbs, Ht: 75 in, BMI: **26.7** Index, BP: **124/82** mm Hg, HR: 86 /min, RR: 20, Temp: 97.5, SaO2: 97.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: crepitus noted to left knee with passive ROM, no deformity noted, no effusion present..

## Assessment:

**Assessment:**

1. Acute pain of left knee - M25.562 (Primary)
2. Encounter for wellness examination in adult - Z00.00
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Neuropathy of both feet - G57.93
5. Essential hypertension - I10
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Foreign body finger - S60.459A
8. Alcohol dependence, in remission - F10.21
9. Peripheral vascular disease, unspecified - I73.9
10. Screening for depression - Z13.31
11. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Acute pain of left knee**

Imaging: -X-ray : Knee, left (2 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:03:39 AM CDT > Rodriguez, Anthony 09/09/2024 09:33:36 AM CDT > Pt notified in clinic.

Notes: 1. pending labs.
Referral To:Physical Therapy Bradley County Physical Therapist
Reason:PT

**2. Encounter for wellness examination in adult**

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Cholesterol, Total | 122 | | 100-199 - mg/dL |
| Triglycerides | 362 | H | 0-149 - mg/dL |
| HDL Cholesterol | 28 | L | >39 - mg/dL |
| LDL/HDL Ratio | 1.4 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 54 | H | 5-40 - mg/dL |

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

| | | |
|---|---|---|
| LDL Cholesterol Calc | 40 | 0-99 - mg/dL |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions.

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 9.2 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **539** | > | **70-99 - mg/dL** |
| BUN | 12 | | 6-24 - mg/dL |
| Protein, Total, Serum | 6.7 | | 6.0-8.5 - g/dL |
| Albumin, Serum | 4.5 | | 4.1-5.1 - g/dL |
| Bilirubin, Total | 0.7 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 118 | | 44-121 - IU/L |
| AST (SGOT) | 19 | | 0-40 - IU/L |
| Potassium, Serum | 4.0 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 135 | | 134-144 - mmol/L |
| Chloride, Serum | 98 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.86 | | 0.76-1.27 - mg/dL |
| ALT (SGPT) | 34 | | 0-44 - IU/L |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| BUN/Creatinine Ratio | 14 | | 9-20 - |
| Globulin, Total | 2.2 | | 1.5-4.5 - g/dL |
| eGFR | 112 | | >59 - mL/min/1.73 |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today.

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 09/06/2024 08:48 AM) Normal

| | Value | Reference Range |
|---|---|---|
| WBC | 8.2 | 4.1 - 10.9 K/uL |
| RBC | 5.15 | 4.20 - 6.30 M/uL |
| Hemoglobin | 15.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 46.2 | 37.0 - 51.0 % |
| MCV | 89.7 | 80.0 - 97.0 fL |
| MCH | 30.7 | 26.0 - 32.0 pg |
| MCHC | 34.2 | 31.0 - 36.0 g/dL |
| Platelets | 180 | 140 - 440 K/uL |
| Lymphs | 25.1 | 10.0 - 58.5 % |
| Monocytes | 7.1 | 0.1 - 24.0 % |
| Neutrophils | 67.8 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.6 | 0.0 - 1.8 |

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

| | | |
|---|---|---|
| Neutrophils (Absolute) | 5.5 | 2.0 - 7.8 |
| RDW | 11.9 | 11.5 - 14.5 % |

Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified.

Notes: 1. pending labs.

**3. Nicotine dependence, cigarettes, uncomplicated**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**4. Neuropathy of both feet**

Refill Gabapentin Capsule, 300 MG, T1C PO TID PRN FOR FEET PAIN, 30 days, 90 Capsule, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**5. Essential hypertension**

Refill hydroCHLOROthiazide Capsule, 12.5 MG, 1 capsule in the morning, Orally, Once a day, 90 days, 90 Capsule, Refills 1 ; Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 90 days, 180 Tablet, Refills 1 ; Refill cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, as needed, 30 days, 30, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**6. MDD (major depressive disorder), recurrent episode, moderate**

Refill buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 90 days, 180, Refills 1 ; Refill PARoxetine HCl Tablet, 40 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill traZODone HCl Tablet, 100 MG, TAKE 1-2 TABLETS PO HS, 30 days, 60 Tablet, Refills 2 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**7. Foreign body finger**

Imaging: -X-ray : Fingers, right (3 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:02:42 AM CDT > Rodriguez, Anthony 09/09/2024 09:34:03 AM CDT > Pt notified in clinic.

Notes: 1. xrays pending

**8. Peripheral vascular disease, unspecified**

Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**Procedure Codes:** 3079F DIAST BP 80-89 MM HG, 99406 BEHAV CHNG SMOKING 3-10 MIN, 3074F SYST BP LT 130 MM HG, 85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW , 36415 VENIPUNCT, ROUTINE*, 73140 X-RAY EXAM OF FINGER(S), Modifiers: TC , 73560 X-RAY EXAM OF KNEE, 1 OR 2, Modifiers: TC

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 3 Months

**Billing Information:**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
3079F DIAST BP 80-89 MM HG.
99406 BEHAV CHNG SMOKING 3-10 MIN.
3074F SYST BP LT 130 MM HG.
85025 COMPLETE CBC W/AUTO DIFF WBC. Modifiers: QW
36415 VENIPUNCT, ROUTINE*.
73140 X-RAY EXAM OF FINGER(S). Modifiers: TC
73560 X-RAY EXAM OF KNEE, 1 OR 2. Modifiers: TC

**Care Plan Details**



**Electronically signed by Anthony Rodriguez , APRN on 09/25/2024 at 02:55 PM CDT**
**Sign off status: Completed**

00002 08/25/2025 01282722

From: 11/06/2024 17:02 #225 P.049/057



BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 02:27 PM CST **Check Out:** 03:21 PM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 05/06/2024

## Subjective:

**Chief Complaints:**

1. Med refills DMartin LPN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: lipid, wellness, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 40-year-old male who presents today to discuss changing his anxiety medications. Patient had a history of chronic back pain so at one time we started him on Cymbalta. Patient reports that he has been taking Paxil and Cymbalta with no relief of his anxiety. Patient has a history of CAD in which she had to have a stent. He has a chronic everyday smoker and wants to quit. His cardiologist called me to discuss medication options to treat his anxiety as well as cravings for cigarette use. We feel that his heart health would improve dramatically if he quit smoking. Patient is willing to try. We discussed multiple ways to treat this nicotine dependence such as nicotine gum use, Wellbutrin, cold turkey, and Chantix. We decided to try the Wellbutrin and nicotine gum in which she will get over-the-counter.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness,Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, , NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Constipation, Diarrhea, , Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Falls/Trauma/Injury, Myalgias, Lower Back Pain, Arthralgias. NEURO -, NEGATIVE FOR, Tremor, Headaches, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia,Changes in Weight, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled. 1 son(s) , 1 daughter(s) . .



PAGE 49/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,m 05/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 05/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 05/06/2024. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 05/06/2024 01:50:10 PM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 05/06/2024 01:50:19 PM CDT > , Yes:. Smoking: yes, Mashburn, Madison 05/06/2024 01:50:21 PM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 05/06/2024 01:50:24 PM CDT > , Denies. Alcohol: yes, Mashburn, Madison 05/06/2024 01:50:26 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 05/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 05/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 05/06/2024 01:50:40 PM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 05/06/2024 02:05:41 PM CDT > , walking. Travel outside US: yes, Martin, Daleshia 05/06/2024 02:05:44 PM CDT > , No. Sexually active: yes, Martin, Daleshia 05/06/2024 02:05:47 PM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 05/06/2024 02:05:51 PM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 05/06/2024 02:05:54 PM CDT > , , No. Diabetic testing: yes, Martin, Daleshia 05/06/2024 02:05:57 PM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker. GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS , Taking Gabapentin 300 MG Capsule T1C PO

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Unknown tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **225** lbs, Ht: 75 in, BMI: **28.12** Index, BP: **96/60** mm Hg, HR: 93 /min, RR: 20, Temp: 97.7, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. GAD (generalized anxiety disorder) - F41.1 (Primary)
2. Nicotine dependence with current use - F17.200
3. Encounter for wellness examination in adult - Z00.00
4. Encounter for screening for cardiovascular disorders - Z13.6

## Plan:

**Treatment:**

**1. GAD (generalized anxiety disorder)**

Start buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 30 days, 30, Refills 5 ; Stop PARoxetine HCl Tablet, 40 MG, T1T PO Q AM ; Stop DULoxetine HCl Capsule Delayed Release Particles, 60 MG, TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS ; Start DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 30 days, 60, Refills 5 .

Notes: 1. Stop Paxil

2. Start Welbutrin

3. Increase Cymbalta

**2. Nicotine dependence with current use**

Notes: 1. encouarged to quit tobacco use

2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,

3. offered therapy

4. time spent educating was 10 minutes.

5. We will start Wellbutrin and I encouraged patient to try Nicotine gum to help quitting.

**3. Encounter for wellness examination in adult**

LAB: Annual Labs (CMP, CBC, TSH) (Ordered for 05/06/2024)

Gilliam, Abbie 05/06/2024 04:31:08 PM CDT > pt did not come to lab

**4. Encounter for screening for cardiovascular disorders**

LAB: Lipid Panel With LDL/HDL Ratio * (Ordered for 05/06/2024)

Gilliam, Abbie 05/06/2024 04:30:54 PM CDT > pt did not come to lab

**Procedure Codes:** 99406 BEHAV CHNG SMOKING 3-10 MIN

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: May 3, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

ATTN: Lakesha Spears

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re:
Policyholder: Trinity Village, Inc
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

May 3, 2024

*Via Facsimile: (877) 843-3950*

The Lincoln National Life Insurance Company
Service Office
8801 Indian Hills Drive
Omaha NE 68114-4066

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Lakesha Spears,

This is a response to your letter dated 4/17/2024, requesting current status of Mr. Bobb's application for SSDI benefits and a copy of his most recent denial. My office already submitted—as an attachment with our 11/7/2023 LTD appeal—a copy of the 10/16/2023 confirmation letter from SSA that they had received his Request for Hearing (appeal).

As the Mr. Bobb has not yet had his SSDI hearing, the denial prior to that appeal is his most recent decision. I have attached a copy, per your request.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 20, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We are writing to you regarding your client's claim for Long Term Disability benefits.

As you will recall in our letter dated 05/13/2024, we advised you our office reached a favorable determination regarding your client's appeal for Long Term Disability benefits. Adam's file has been referred to me for additional handling of his claim.

We have reinstated your client's benefits and released a benefit payment covering the period of disability from 12/15/2023 to 05/15/2024. This check has been sent to the above address under separate cover.

As a reminder to you, your client's benefit will equal $1,400.00, minus other sources of income. Long Term Disability benefits are usually paid once per month, so you can expect to receive your client's benefits on or around day 15 of each month.

Please refer to Adam's original approval letter dated 06/16/2022 for further information regarding the administration of your client's benefits. A copy is enclosed for your review.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 8, 2024

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Adam:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by September 9, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha Spears
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

00002 08/25/2025 01282722

From: 08/19/2024 14:41 #162 P.001/002

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: August 19, 2024

To: Lincoln National Life Insurance Company

Fax number: (877) 843-3950

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Claimant Name: Adam Bobb

Claim Number: 1220024325

Policy Number: 0001020137500000

Policyholder: Trinity Village, Inc

CONFIDENTIALITY STATEMENT

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

00002 08/25/2025 01282722

From: 08/19/2024 14:42 #162 P.002/002

MV
MARCUS VADEN
LAW

August 19, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: LaKesha Spears, Claims Examiner II, Social Security

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Spears,

You recently requested status of Mr. Bobb's SSDI claim. His hearing was held 5/21/2024 and we are still awaiting a decision.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278
www.marcusvadenlaw.com

PAGE 2/2 * RCVD AT 8/19/2024 3:48:55 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-57

00002 08/25/2025 01282722

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 9, 2024

600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear : Adam c/o Marcus Vaden Law

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by November 8, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha S
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

| | |
|---|---|
| Date: | October 14, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Lakesha Spears, Claims Examiner II – Social Security |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000102013750000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

00002 08/25/2025 01282722

From: 10/14/2024 13:41 #205 P.002/002

MV
MARCUS VADEN
LAW

October 14, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: Lakesha Spears, Claims Examiner II – Social Security

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Spears,

I received your email dated 10/9/2024, requested an update on the status of the claimant's Social Security Disability claim. My office received an unfavorable hearing decision which we appealed to the Appeals Council, as the decision failed to consider all of his impairments.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

PAGE 2/2 * RCVD AT 10/14/2024 2:48:57 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):01-02

00002 08/25/2025 01282722

From: 11/06/2024 17:04 #225 P.052/057

10/15/24, 12:12 PM Print Preview

BOBB, ADAM DOB: (40 yo M) **Acc No.** 126774 **DOS:** 05/06/2024

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 4 Weeks

**Images:**

**Billing Information:**

**Visit Code:**
99213 Office Visit, Est Pt., Level 3.
**Procedure Codes:**
99406 BEHAV CHNG SMOKING 3-10 MIN.

**Care Plan Details**



**Electronically signed by Anthony Rodriguez , APRN on 05/07/2024 at 02:25 PM CDT**
**Sign off status: Completed**

**Provider: Anthony Rodriguez, APRN** **Date: 05/06/2024**
**Generated for Printing/Faxing/eTransmitting on: 10/15/2024 11:12 AM CDT**



PAGE 52/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

00002 08/25/2025 01282722

From: 11/06/2024 17:04 #225 P.053/057

BOBB, ADAM, 41 Y, M,

870-461-0711

# CUMULATIVE REPORTS

## -Glucose

| | |
|---|---|
| Collection Date | 09/27/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/27/2024 |
| Result Date | 09/27/2024 |
| Ordering Physician | Anthony Rodriguez |
| Glucose, Whole Blood | 150<br>65 - 99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/27/2024 | 09/27/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE. |

## -Hemoglobin A1C

| | |
|---|---|
| Collection Date | 09/09/2024 |
| Collection Time | 09:46 AM |
| Order Date | 09/09/2024 |
| Result Date | 09/09/2024 |
| Ordering Physician | Anthony Rodriguez |
| Hemoglobin A1c | 11.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/09/2024 | 09/09/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic. |

## -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:45 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/06/2024 |
| Ordering Physician | Anthony Rodriguez |
| WBC | 8.2<br>4.1 - 10.9 K/uL |
| RBC | 5.15<br>4.20 - 6.30 M/uL |
| Hemoglobin | 15.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 46.2<br>37.0 - 51.0 % |

BOBB, ADAM,

PAGE 53/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

**-CBC With Differential/Platelet***

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:48 AM |
| MCV | 89.7<br>80.0 - 97.0 fL |
| MCH | 30.7<br>26.0 - 32.0 pg |
| MCHC | 34.2<br>31.0 - 36.0 g/dL |
| Platelets | 180<br>140 - 440 K/uL |
| Lymphs | 25.1<br>10.0 - 58.5 % |
| Monocytes | 7.1<br>0.1 - 24.0 % |
| Neutrophils | 67.8<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.6<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 5.5<br>2.0 - 7.8 |
| RDW | 11.9<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified. |

**Lipid Panel With LDL/HDL Ratio ***

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Cholesterol, Total | 122<br>100-199 mg/dL |
| Triglycerides | 362H<br>0-149 mg/dL |
| HDL Cholesterol | 28L<br>>39 mg/dL |
| LDL/HDL Ratio | 1.4<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 54H<br>5-40 mg/dL |
| LDL Cholesterol Calc | 40<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions. |

## Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Calcium, Serum | 9.2<br>8.7-10.2 mg/dL |
| Glucose, Serum | 539><br>70-99 mg/dL |
| BUN | 12<br>6-24 mg/dL |
| Protein, Total, Serum | 6.7<br>6.0-8.5 g/dL |
| Albumin, Serum | 4.5<br>4.1-5.1 g/dL |
| Bilirubin, Total | 0.7<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 118<br>44-121 IU/L |
| AST (SGOT) | 19<br>0-40 IU/L |
| Potassium, Serum | 4.0<br>3.5-5.2 mmol/L |
| Sodium, Serum | 135<br>134-144 mmol/L |
| Chloride, Serum | 98<br>96-106 mmol/L |
| Creatinine, Serum | 0.86<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 34<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 14<br>9-20 |
| Globulin, Total | 2.2<br>1.5-4.5 g/dL |
| eGFR | 112<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today. |

BOBB, ADAM,

Page 1 of 1 09/06/2024 01:54:59 PM EST

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013977 |
| Exam Date/Time: | Sep 6, 2024 8:56:40 AM CDT | Order Date Time: | Sep 6, 2024 9:02:46 AM CDT |
| Study Received Time: | Sep 6, 2024 8:59:57 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Knee 1/2 views LEFT | | |
| **Clinical History:** | pain in left knee for about 6 months, no trauma or accidents occurred, pt stated that he tends to favor his left leg and thinks the pain is from the way he walks (Hx) | | |

**FINAL REPORT**

2 views left knee

Comparison: None

Findings:

No fractures or dislocations No joint effusion
No significant arthritic change
No radiopaque foreign body

Impression:

Normal left knee. No signs of skeletal trauma.

Electronically signed on Sep 6, 2024 12:54:29 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

Page 1 of 1 09/06/2024 01:32:50 PM EST

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013979 |
| Exam Date/Time: | Sep 6, 2024 8:50:40 AM CDT | Order Date Time: | Sep 6, 2024 9:01:23 AM CDT |
| Study Received Time: | Sep 6, 2024 8:55:27 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Finger(s) RIGHT | | |
| **Clinical History:** | smashed 3rd digit 2 years ago, has a spot on proximal end, medial side of nail that won't go away, says he can barely bump it and it will pour blood, wants to make sure there isn't any metal in it (Hx) | | |

**FINAL REPORT**

3 views right third digit

Comparison: None

Findings:
No fractures or dislocations. No significant arthritic change.
No radiopaque foreign body.

Impression:
Soft tissue swelling, no acute skeletal abnormality.

Electronically signed on Sep 6, 2024 12:32:35 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: September 6, 2022

To: Lincoln Financial Group

Fax number: (877) 843-3950

RE: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 12 10071975
Claimant: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-354-4577) immediately.

09/06/2022 14:39 Marcus Vaden

00002 08/25/2025 01282722

(FAX)1 501 205 1278 P.002/002

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:*

*Dear Sirs:*

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Kerry F. Pennington, M.D.*

PAGE 2/2 * RCVD AT 9/6/2022 3:39:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:8778433950 * CSID:1 501 205 1278 * ANI:5013298723 * DURATION (mm-ss):00-52

00002 08/25/2025 01282722

## SOCIAL SECURITY ADMINISTRATION

Refer To:
Adam Kel Bobb Iii
BNC#: 23GC455C36077

Office of Hearings Operations
SSA OHO HEARING OFC
RM 2405 FEDERAL BLDG
700 WEST CAPITOL AVE
LITTLE ROCK, AR 72201-3227
Tel: (866) 592-2549 / Fax: (833) 561-0423

October 16, 2023

*1002CIPA100724*NOTAFP.X3.CIPAFP.ODARS.R231011.PS1K 000000000000000000HA12342310116869900102533

Adam Kel Bobb Iii

Dear Adam Kel Bobb Iii:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter**. You **must** request an interpreter so we can provide an interpreter **free of charge**. When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.

Form HA-L2 (04-2015)
Representative

See Next Page

00002 08/25/2025 01282722



**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Sherri Rowland
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Marcus Lane Vaden
MARCUS VADEN P A
UNIT 102
600 S GERMAN LN
CONWAY, AR 72034-7081

*1003CIPA100724NOTAFP.X3.CIPAFP.ODARS.R23101.PS1K 00000000000000000HA1234231011669800102533

Form HA-L2 (04-2015)
Representative

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
**Important Information**

Date: 07/14/2023
Claim Number: 7529798

ADAM KEL BOBB III

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination was proper under the law. Attached is an explanation of the decision we made in your claim and how we arrived at it.

**The Decision**

See the enclosed Explanation.

This decision refers only to your SSDI benefits. You will get a separate letter about your Supplemental Security Income (SSI) payments.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review the parts of the decision that you think are wrong and correct any mistakes. The ALJ may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for a hearing.
- The 60 days start the day you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501, available at https://www.ssa.gov/forms/online. Or, you can complete your appeal online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling it out.
- In addition, you should complete form SSA-3441 "Disability Report – Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.
- Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case". It contains more information about the hearing.

**How The Hearing Process Works**

After we send your case for a hearing, an Administrative Law Judge (ALJ) will mail you a letter at least 75 days before the hearing to tell you its date, time, and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your *my* Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (866) 563-9693.

PINE BLUFF AR
SOCIAL SECURITY
3511 MARKET STREET
PINE BLUFF AR 71601 - 4778

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

***Social Security Administration***

CC: Marcus L. Vaden; MARCUS VADEN P A

Enclosure(s):
Explanation
SSA Pub. No. 70-10281 (Your Right To An Administrative Law Judge Hearing And Appeals Council Review Of Your Social Security Case)

**Explanation**

We used the following medical and non-medical reports to decide your claim in addition to those listed on our previous notice:
BAPTIST HEALTH CLINIC-WARREN received on 06/23/2023
MAINLINE HEALTH received on 06/20/2023

You said you were unable to work as of 06/09/2021 because of osteoarthritis of the right hip, a labral tear in the right hip, essential hypertension, chronic pain, spondylosis with myelopathy, degenerative disc disease, anxiety, major depressive disorder, and post-traumatic stress disorder

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.


UNITED STATES POSTAL SERVICE
www.pitneybowes.com
US POSTAGE & FEES PD IMI
08/22/2025
From 72034
2 lbs 8 ozs
Pitney Bowes
028W0002312051
NO SURCHARGE
2000478030
USPS MEDIA MAIL
Marcus Vaden
Marcus Vaden Law Firm
600 S German Ln
Conway AR 72034-7009
0001
C016
LINCOLN FINANCIAL GROUP
LINCOLN NATIONAL GROUP LIFE INSURANCE
8801 INDIAN HILLS DR
OMAHA NE 68114-4059
USPS SIGNATURE TRACKING #
9449 3401 0515 6000 2007 24
Bobb Appeal

00002 08/25/2025 01282722

MV
MARCUS VADEN
LAW

August 22, 2025

Via electronic mail and fax

Lincoln Financial Group
Lincoln National Life Insurance Co.
Attn: Brianna K, Specialist Claims, Appeals Dept. – Claims Solutions Shared Services
8801 Indian Hills Drive
Omaha, NE 68114-4066
**Via Fax: (877) 843-3950**
**Via Email: Brianna.kane@lfg.com**

| | | |
|---|---|---|
| Re: | Claimant: | Adam Bobb |
| | Claim No.: | 1220024325 |
| | Policy Number: | 000010201375 |
| | Policy Holder: | Trinity Village, Inc. |
| | Date of Denial Letter: | December 24, 2024 |
| | Date Appeal Due: | August 23, 2025 |

**THIS IS AN APPEAL**

Dear Brianna,

As you know, I continue to represent Adam Bobb in his claim against Lincoln National Life Insurance Company ("Lincoln"), which administers the Group Long Term Disability Insurance Policy ("The Plan") for Trinity Village, Inc. This is Adam's appeal of your letter dated December 24, 2024.

In this appeal we will set out the applicable law, review the facts of this claim about which there can be no material dispute, and argue that The Plan has engaged in an irrational, cursory, and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that The Plan does not restore Adam's benefits, we will sue The Plan, seeking benefits, interest, and attorney's fees.

## SUMMARY OF APPLICABLE LAW

### An ERISA Benefits Determination Is a Fiduciary Act

ERISA was enacted "to promote the interests of employees and their beneficiaries in employee benefit plans," *Shaw v. Delta Airlines, Inc.*, 463 U.S. 85, 90 (1983), and "to protect

whether an opinion is reliable a court will consider the expert's full range of experience and training. *United States v. Pansier*, 576 F.3d 726, 737 (7th Cir. 2009).

In *Parr v. First Reliance Std. Life Ins. Co.*, 2017 U.S. Dist. LEXIS 52608 (N.D. Cal. 2017), a Federal Court ripped a vocational report to shreds when it (1) relied only on the report of the insurance company's doctor; (2) failed to address cognitive side effects of medications; (3) failed to address other internal reports which were in contradiction to the one doctor report it did rely on; (4) contained no evidence (nor, indeed, was there any evidence in the entire claim file) that the claimant's condition had improved yet the claim had been paid for years; and (5) failed to appreciate the fact that a claimant who can do some sedentary activities "in bursts" is not necessarily able to perform occupational duties for a 40 hour work week.

Here, Lincoln's vocational "rehabilitation consultant" did not even pretend to use the full range of data available to her as an employee of Lincoln. If she was working in the private marketplace, attempting to actually help Adam find suitable employment, she never would have (1) failed to review all of the medical records; (2) failed to interview the treating physicians; (3) failed to interview Adam; or (4) failed to actually assess Adam's mathematics and language skills, rather than adjusting them upward (from Adam's careful evaluation of his strength in those skills) based on the fact that he received a high school diploma.

**b. *Adam is Not "Reasonably Qualified" For the Positions Indicated, as His Entire Work History is Physically-Demanding Jobs***

Since Adam's claim is now subject to the "any occupation" standard, The Plan requires inability to perform occupations for which training, education, or experience would "reasonably allow." However, even under this more restrictive standard, Adam remains totally disabled and unable to perform the main duties of any occupation for which his training, education, or experience would reasonably qualify him. Adam has only a high school education, has no computer skills or office experience, has no experience in sedentary work environments, and has worked exclusively in physically demanding occupations requiring medium to heavy physical capacity (maintenance worker, automobile mechanic, HVAC helper, correctional officer—all physically demanding occupations requiring medium to heavy physical capacity).

Under The Plan, Adam must be "unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow." This is not merely a test of whether jobs exist in the national economy, but whether Adam can actually perform the essential functions of occupations consistent with his background and current functional capacity. This requires more than theoretical job availability. "A finding that [Adam] is physically capable of sedentary work is meaningless without some consideration of whether [he] is vocationally qualified to obtain such employment, and to earn a reasonably substantial income from it, rising to the dignity of an income or livelihood, though not necessarily as much as she earned before the disability." *Demirovic v. Bldg. Serv. 32 B-J Pension Fund*, 467 F.3d 208, 215 (2nd Cir. 2006).

Furthermore, Adam's critical functional limitations under The Plan's "Any Occupation" standard include: (1) the need for assistive device (cane), which is incompatible with occupations

for which he is qualified , (2) medication side effects, which affect cognitive function and alertness; (3) chronic pain requiring frequent position changes - incompatible with sustained work; and (4) limited standing/walking tolerance, even with medication management.

Lincoln's identified occupations (surveillance-system monitor, gate guard, and assembler, production) require skills and experience completely outside his background and current abilities.

The Directory of Occupational Titles lists the main duties of a gate guard as follows:

Guards entrance gate of industrial plant and grounds, warehouse, or other property to control traffic to and from buildings and grounds: Opens gate to allow entrance or exit of employees, truckers, and authorized visitors. Checks credentials or approved roster before admitting anyone. Issues passes at own discretion or on instructions from superiors. Directs visitors and truckers to various parts of grounds or buildings. Inspects outgoing traffic to prevent unauthorized removal of company property or products. May record number of trucks or other carriers entering and leaving. May perform maintenance duties, such as mowing lawns and sweeping gate areas. May require permits from employees for tools or materials taken from premises. May supervise use of time clocks for recording arrival and departure of employees [TIMEKEEPER (clerical) 215.362-022]. May answer telephone and transfer calls when switchboard is closed. When stationed at entrance to restricted area, such as explosives shed or research laboratory, may be designated Controlled-Area Checker (any industry).

The Directory of Occupational Titles lists the main duties of a surveillance-system monitor as follows:

Monitors premises of public transportation terminals to detect crimes or disturbances, using closed circuit television monitors, and notifies authorities by telephone of need for corrective action: Observes television screens that transmit in sequence views of transportation facility sites. Pushes hold button to maintain surveillance of location where incident is developing, and telephones police or other designated agency to notify authorities of location of disruptive activity. Adjusts monitor controls when required to improve reception, and notifies repair service of equipment malfunctions.

The Directory of Occupational Titles lists the main duties of an assembler, production as follows:

Performs repetitive bench or line assembly operations to mass-produce products, such as automobile or tractor radiators, blower wheels, refrigerators, or gas stoves: Places parts in specified relationship to each other. Bolts, clips, screws, cements, or otherwise fastens parts together by hand, or using handtools or portable power tools. May tend machines, such as arbor presses or riveting machine, to perform force fitting or fastening operations on assembly line. May be assigned to different work stations as production needs require. May work on line where tasks vary as different model of same article moves along line. May be designated according to part or product produced.

Given (1) Adam's need for assistive device; (2) the focus-reducing side effects of his medication, which affect cognitive function and alertness; (3) Adam's chronic pain requiring frequent position changes, making sustained work impractical if not impossible; and (4) Adam's limited standing/walking tolerance, even with medication management, these are not jobs that Adam can actually perform. As examples, a gate guard requires a level of regular physical exertion that is incompatible with Adam's limited standing/walking tolerance even with medication management; a surveillance-system monitor requires a level of focus incompatible with both Adam's chronic pain and the side of effects of Adam's medications; and an assembler, production requires both a level of regular physical exertion that is incompatible with Adam's limited standing/walking tolerance even with medication management and a level of focus incompatible with with both Adam's chronic pain and side of effects of Adam's medications. Adam would not be able to do these jobs for 8 hours per day, 40 days per week. An employer would not reasonably hire someone with Adam's limitations and lack of relevant experience for these positions.

**c. *Adam is not Hirable for Full-Time Competitive Employment Given His Current Limitations***

Furthermore, the "any occupation" test requires ability to perform work on a sustained, full-time basis in a competitive work environment. Adam cannot meet this standard because:

- His pain medication schedule requires dosing every 8 hours
- His functional limitations require frequent position changes
- His pain levels fluctuate unpredictably
- His use of a cane creates additional functional limitations
- His chronic pain affects concentration and task persistence

Courts have emphasized that the "any occupation" test is not merely theoretical but must consider whether the claimant can realistically obtain and maintain employment. *Demirovic v. Bldg. Serv. 32 B-J Pension Fund*, 467 F.3d 208 (2006).

**4. Any Alteration to Lincoln's Previous Benefit Approval Under Same "Any Occupation" Standard Requires Significant Change**

When benefits have been previously paid under the "any occupation" standard, ERISA requires a significant change in circumstances to justify termination. *Frerichs v. Hartford Life & Acc. Ins. Co.*, 875 F.Supp.2d 923 (D. Minn. 2012).

Lincoln has failed to identify any meaningful improvement that would justify terminating benefits that were appropriately being paid under the more restrictive "any occupation" definition. In fact, the prescription for a cane in September 2024 suggests functional decline rather than improvement.

Lincoln has decided to terminate Adam's benefits without citing any new medical evidence which evinces either that Adam's debilitating conditions have been mitigated or that his medical conditions have improved. This is troubling because, for over a year, Lincoln accepted both Adam's complaints and his doctors' diagnoses, as sufficient evidence to support the inability to

perform the main occupational duties of any job. If there is no change in occupational disability standards after a year of benefits, Lincoln must cite some medical evidence to justify Lincoln's decision to terminate benefits after having determined that the submitted medical evidence met the contractual definition of disability.

### 5. Neither Dr. Rojhani's File Review nor Lincoln's Denial Letter States What Evidence Would Be Needed to Substantiate Adam's Inability to Work

Dr. Rojhani's ten page report consists primarily of a recitation of the medical records and treating physician opinions with which he agrees. He agrees that Adam's condition has continued pretty much unchanged since the beginning of the claim (perhaps because Dr. Rojhani was not provided with the prescription for the cane). He agrees with the diagnoses outlined above. He does not dispute anything he was provided by Lincoln regarding what Adam or his physicians have said about the claim. He agrees that, "[Adam] has been experiencing chronic neck pain and low back pain secondary to cervical and lumbar degenerative disk disease" as well as "chronic right hip pain secondary to right hip labral tear and right hip OA" that has "worsened" and is "significantly limiting his functional capacity." Dr. Rojhani does not do a physical examination. He calls Adam's medical management "clinically reasonable and consistent with the apparent level of severity" and recommends "re-evaluation" in approximately 6 months. He then simply concluded "[Adam]'s abilities are sustainable on a full-time basis." Dr. Rojhani doesn't give any reasons at all for reaching this conclusion. He doesn't state what he finds currently lacking in the claim (which has repeatedly been approved for benefits, and at least once approved for benefits under the "any occupation" standard).

There is no discussion at all. His report, which Lincoln simply parrots in its denial letter, amounts to "he has significant pain that is limiting him. . . but he can work." Courts routinely reject reports that are nothing more than mere conclusions backed up by little or no scientific or medical analysis. This is because mere conclusions don't tell claimants exactly what they need to do in order to obtain benefits. See, *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).[8]

Furthermore, again, Lincoln must give all of the records to its independent consultants. *Metro. Life Ins. Co. v. Glenn*, 554 U.S. 105, 118 (2008). "The duty to disclose material information is the core of a fiduciary's responsibility, animating the common law of trusts long before the enactment of ERISA." *Kenseth v. Dean Health Plan, Inc.*, 610 F.3d 452, 466, quoting *Eddy v. Colonial Life Ins. Co.*, 919 F.2d 747, 750 (D.C. Cir. 1990). Lincoln failed to provide Dr. Rojhani with critical medical information about Adam's current status that Lincoln had, most notably, the prescription for a cane.

Again, Dr. Rojhani's file review does not contain any indication that he was aware of the of the prescription medication Adam was taking or all of Adam's diagnoses from physicians who

[8] "Specifically, courts have rejected 'conclusory statements regarding a claimant's ineligibility or benefits.' *White*, 896 F.2d at 349 (collecting cases); accord *Short*, 729 F.2d at 575 (rejecting 'baldfaced conclusions'). BenePro's failure to cite specific Plan provisions denied Leonhardt the 'opportunity to comprehend fully the reason for the denials and to know what deficiencies [his application] must overcome to be successful on appeal. *White*, 896 F.2d at 350." *Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 668 (D. Minn. 1993).

actually examined him, notably chronic pain syndrome (G89.4), sacroiliitis (M46.1), cervical spondylosis (M47.812), cervical myofascial pain syndrome (M79.18), and cervical radiculopathy (M54.12). It is unclear whether Lincoln did not provide this information or Dr. Rojhani or whether Dr. Rojhani simply did not address them. It is clear that Lincoln failed to provide Dr. Rojhani with Adam's prescription for a cane.

### 6. Lincoln Lied About Not Receiving Social Security Information

Lincoln's denial letter contains a materially false statement claiming that Social Security information was "requested on 5/20/2024; however to date [Lincoln has] not received this information." This is demonstrably untrue.

On May 5, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim.

On May 20, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On August 8, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On August 19, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim.

On October 9, 2024, Lincoln requested another update regarding Adam's Social Security claim.

On October 14, 2024, my office provided Lincoln with an update regarding Adam's Social Security claim stating, "My office received an unfavorable hearing decision which we appealed to the Appeals Council, as the decision failed to consider all of his impairments."

On December 24, 2024, Lincoln claims to have not received Social Security information.

The Social Security claim remains pending with the Appeals Council as of the date of this appeal. Lincoln's statement that it has not received Social Security information is false and appears designed to create either the impression that Adam may have been approved for Social Security benefits, which would affect offset calculations or the impression that Adam (or my office) is not cooperating with Lincoln and providing requested information and updates. This is categorically false.

This misrepresentation undermines Lincoln's credibility and suggests that the December 24, 2024, denial was not based on good faith review of the evidence.

## LINCOLN'S DETERMINATION LACKS REASONED DECISION-MAKING

ERISA requires that benefit determinations be the result of a "deliberate, principled reasoning process." Lincoln's denial fails this standard because it:

1. **Lies** about Social Security information that was repeatedly provided
2. Fails to state what evidence would be needed from Adam to substantiate Adam's inability to work
3. Fails to demonstrate what significant improvement has occurred since Lincoln last approved Adam under the "any occupation" standard approximately 6 months before this denial
4. Contains flawed vocational analysis that doesn't account for functional limitations
5. Fails to adequately explain its rejection of Adam's treating physicians' opinions and relies on file reviews over treating physicians' examinations for chronic pain
6. **Ignores significant medical evidence** (cane prescription, medication side effects, etc.) and provides incomplete information to reviewing physicians, undermining the reliability of their opinions

## REASONS WHY BENEFITS SHOULD BE AWARDED

Adam's disability benefits should be reinstated because he is disabled. The medical evidence clearly supports Adam's continued disability under the policy's "any occupation" standard. Adam remains unable to perform the main duties of any occupation for which his training, education, or experience would reasonably qualify him. His functional limitations, including the need for an assistive device, medication side effects, chronic pain syndrome, and educational/experiential background, preclude sustained competitive employment in any occupation. His treating physicians agree that he has a disabling condition that continues to worsen. The objective and subjective evidence **ONLY** supports Adam's claim for disability benefits.

Your denial letter is insufficient. You avoid discussing all the evidence in his favor. You previously awarded him short term disability benefits and long term disability benefits. Adam continues to suffer from the same disabling conditions that Lincoln previously recognized under the "any occupation" standard. His functional capacity has not improved, and if anything, has declined as evidenced by the new prescription for an assistive device. Lincoln's denial appears to be based on an incomplete review that failed to consider significant evidence of ongoing disability and misapplied the "any occupation" standard by focusing on theoretical job availability rather than Adam's actual ability to perform competitive work.

Any Court will give the reviews made with incomplete information the weight they deserve. You have a duty and responsibility as a fiduciary to make sure this does not happen to your insured. You should reinstate Adam's benefits immediately, along with back pay and interest. Should you maintain your denial of benefits, we will be eager to litigate this in federal court.

## CONCLUSION

Benefits should be immediately reinstated, past due interest paid, and attorney fees reimbursed.

This appeal is being faxed to the above number today.

Sincerely,

Marcus Vaden
Attorney at Law

MV/mhg
cc: Adam Bobb

Attachments—188 pages

1. 4 pages, 10/13/2021, letter denying continued STD benefits
2. 2 pages, 10/27/2021, pro se appeal of letter denying continued STD benefits
3. 6 pages, 12/15/2021, letter denying pro se appeal
4. 9 pages, 06/13/2022, MV Law's appeal of letter denying continued STD benefits
5. 1 page, 06/14/2022, letter overturning letter denying continued STD benefits
6. 3 pages, 06/15/2022, letter approving LTD benefits
7. 6 pages, 05/12/2023, letter denying continued LTD benefits
8. 71 pages, 11/08/2023, MV Law's appeal of letter denying continued LTD benefits
9. 2 pages, 05/13/2024, letter overturning letter denying continued LTD benefits
10. 8 pages, 12/24/2024, letter denying continued LTD benefits
11. 2 pages, 12/09/2024, fax to Lincoln with the prescription for a cane
12. 57 pages, 11/06/2024, fax to Lincoln with ongoing medical records
13. 2 pages, 09/06/2022, fax to Lincoln with letter regarding Adam's inability to work
14. 5 pages, 05/04/2024, fax to Lincoln with update regarding Adam's Social Security claim
15. 2 pages, 05/20/2024, Lincoln requesting update regarding Adam's Social Security claim
16. 2 pages, 08/08/2024, Lincoln requesting update regarding Adam's Social Security claim
17. 2 pages, 08/19/2024, fax to Lincoln with update regarding Adam's Social Security claim
18. 2 pages, 10/09/2024, Lincoln requesting update regarding Adam's Social Security claim
19. 2 pages, 10/14/2024, fax to Lincoln with update regarding Adam's Social Security claim

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-251-1975

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-21-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days., Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1



back to top

Bobb, Adam Male 5422102400001352

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by***



back to top

Bobb, Adam Male

***the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Positive stress testing, positive iliac compression testing, positive patricks test***

**Lab Order**
**Order No: SCL025181 Dated: 02-21-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL025193 Dated: 02-21-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without - results pending

Schedule right SIJ injection in White Hall

Has RX for PT for neck and lower back. He will do that soon.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

Medication

-Refill Norco 5 #60

UDS - negative POC. Confirmation ordered



back to top

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-21-2022.*

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

## Physical Therapy Order

**Patient:** Adam Bobb
**DOB:**
**Address:**

**Ordered on:** 01-25-2022

**Home Phone:**
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)
Lumbar degenerative disc disease (M51.36)
Chronic right hip pain (M25.551)
Cervical spondylosis (M47.812)
Cervical myofascial pain syndrome (M79.18)
Labral tear of right hip joint (S73.191A)

**Instructions:**
Physical Therapy and evaluate and treat: 3x/wk for 4 weeks

John M Brown , DO



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

04221024000135 2

Arkansas Spine and Pain
CENTER OF EXCELLENCE

5700 West Markham Street, Little Rock AR 72205 - 3328
Tel: 501 227-0184 , Fax: 501-227-0187

**Urine Definitive/Confirmatory Drug Testing Order Form**

**PATIENT DEMOGRAPHICS**
**Patient:** Adam Bobb
**Age/Sex:** Male 38 year
**Date:** 01-25-2022

**GUARANTOR & INSURANCE INFORMATION**
**Insurance:** Medicald
**Guarantor:** Bobb Adam

Rationale for confirmatory drug testing is that the Patient has a chronic pain and is with ORT considered to be low.

**Urine Definitive/Confirmatory Drug Testing Orders**

1. asap confirmation on lcms full panel

**The above definitive/confirmatory tests are reasonable and necessary for the following:**

1. New patient testing as part of history and exam to support initial treatment decisions

**Summary of Definitive Drug Tests Results**

1. results as expected = consistent with history and 1-prescribed medication(s)

**Treatment Plan after UDS Confirmation**

1. based on definitive drug test results and clinical evaluation, continue medications as prescribed

**Diagnosis:** Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A), Cervicalgia (M54.2), Encounter for long-term (current) use of other medications (Z79.899), Cervical radiculopathy (M54.12)

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Disclosure:
AB 130D Ammended Labor Code 5703, requires all physician statements and reports to include the following as a condition of admission and payment: I have not Violated Labor Code section 139.3 and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Dated this 01-27-2022 at Alameda County, California.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

0422102400001352

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb

**MR#** SCL39265

**Date of Operation:** 01-25-2022

**DOB:**

**Trigger Point Injection(s)**

**Pre-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Post-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Procedure:** **Trigger Point Injection(s)**

**Attending Doctor:** Mr. John Brown, M.D.

**Anesthesia:** Local

**Description of Procedure:** After informed consent was obtained, the area of interest was palpated and the trigger points were identified and marked. There was/were a total of 4 site(s). These were located at the trapezius muscle and lower cervical paraspinal area musculature. After prepping and draping the area in the usual sterile fashion a 25 guage 1 1/2 inch needle was used to inject a total of of 1% lidocaine 1 ml / 4 mg dexamethasone distributed equally at each of the previously described site. There was no heme or paresthesias, nor air elicited from at any location (injections over lung areas). The patient tolerated the procedure well, all needles were removed intact. Hemostasis was maintained, and there were no paresthesias or complications.

Ultrasound Guidance: No

**Disposition:** After a period of observation, the patient's vital signs remained stable. The patient was then discharged to home with supervision in good condition and given written discharge instructions and instructed to contact our office for follow-up appointment.

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Mr. Adam Bobb
**DOB**
**Referral Source(s):** Dr. Kerry Pennington,
**Date:** 01-25-2022
**Reason for Visit:** New Patient Consult

**History of Present Illness**
Adam is a pleasant 38 year old male, who presents to our office for a new patient consultation.

***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.

**Past Medical History**
Sleep apnea G47.30 (780.57)
HTN (hypertension) I10 (401.9)

**Surgical History**
Heart surgery

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46



back to top

Bobb, Adam Male

has good hygiene.
**ENT:** Oral mucosa is moist and pink. He has good dentition. On examination, tongue appears to be normal.
**Eyes:** Pupils are equal and round and reactive to light and accommodation. Sclera appears to be clear. Conjunctiva is normal. .
**Neck:** There is no deviation of trachea from midline. On examination, there is no evidence of thyroid gland enlargement.
**Respiratory:** Normal breathing Chest is clear to auscultation. There is no rales or rhonchi noted. .
**Cardiovascular:** Rate and rhythm is regular. There is no evidence of pedal edema.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical.***
**Thoracic Spine:** There is no evidence of atrophy or asymmetry noted in the thoracic spine. No tenderness at thoracic paraspinal muscles and facet joint lines are noted. Range of motion of the thoracic spine is normal with both flexion and extension without pain. There is evidence of crepitation, laxity or instability noted in the thoracic spine. **trigger points** No.
**Lower Extremities:** Edema not noted.
**Lumbar Spine:** Inspection of the lumbar spine reveals no scoliosis. ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild*** There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness. ***Anterior flexion of lumbar spine is noted to be 70 degrees.*** Anterior lumbar flexion causes pain. Extension of lumbar spine is noted to be full at 30 degrees. There is pain noted with lumbar extension. ***Left lateral flexion of the lumbar spine is noted to be 20 degrees.*** Left lateral flexion causes pain ***Right lateral flexion of the lumbar spine is noted to be 20 degrees.*** Right lateral flexion reveals pain There are no palpable trigger points in the muscles.
**Joints-Shoulder: Right Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion. ROM of the shoulder is full. The stress test is normal. There is no cast. Right shoulder is non-tender to palpation. No right shoulder swelling noted. There is no ecchymosis noted over the right shoulder. No right sided shoulder crepitus noted. No right shoulder deformity noted. There is no atrophy of the right shoulder noted. No right shoulder effusion noted. Shoulder ROM: . Right Shoulder Labral Test Findings: Negative. Right scapula winging grade: 0. Right shoulder bicep test: Negative. Right shoulder impingement: Negative. Right shoulder O'brien's test: Negative. Right shoulder popeye sign: Negative. Right shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Can not do stress testing due to injury.
**Left Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion noted. ROM of the shoulder is full. The stress test is normal. There is no cast. Left shoulder is non-tender to palpation. No left shoulder swelling is noted. There is no ecchymosis present over the left shoulder. No left sided shoulder crepitus noted. No left shoulder deformity noted. There is no atrophy of the left shoulder noted. No left shoulder effusion noted. Left Shoulder Labral Test Findings: Negative. Left scapula winging grade: 0. Left shoulder bicep test: Negative. Left shoulder impingement test: Negative. Left shoulder O'brien's test: Negative. Left shoulder popeye sign: Negative. Left shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Cannot do stress testing due to injury.
**Joints- Elbows:** Elbows are non-tender, without crepitus or effusion. Joints are stable and ROM is normal.
**Joints- Wrists:** Wrists are non-tender, without crepitus or effusion. Joints are stable and ROM is normal. Phalen's sign test: No sign of altered or loss of feeling or strength, or pain in the hand, wrist, arm, or neck noted . Tinel's sign test: Negative .



back to top

**Joints- Hips/ SI Joint:** Gaenslen's Test: negative right, negative left. Left Hip ROM: Tested. Yeoman's Test: negative right, negative left. Yeoman's Test: negative right, negative left. Patrick's Test: negative right, negative left. Right Hip ROM: negative right, negative left. Pain with internal rotation Lumbar spine is noted to be stable. Positive

**Joints-Knee:** On knee examination, right knee appears to be normal. On knee examination, right knee appears to be normal. Right knee is non-tender to palaption. There is no tenderness noted in the anterior knee region. There is no swelling noted in the right knee region. There is no ecchymosis noted on the right knee. Right knee effusion is absent. Right knee compartment testing is performed. Right knee patellofemoral exam has normal findings. Right Knee Ligament Testing: Normal findings. On examination, left knee appears to be normal.

**Left Knee:** Left knee is tender to palaption. There is no tenderness present over the anterior part of the left knee region. There is no swelling noted in the left knee region. There is no ecchymosis noted on the left knee. Left knee effusion is absent. Compartment testing: Performed. Left Patello-Femoral Exam Findings: Normal. Let Knee Ligament testing: Normal.

**Joints- Ankles:** Ankles are non-tender, without crepitus or effusion bilaterally. Joints are stable and ROM is also normal.

Ankles appear normal to inspection without any evidence of erythema or edema. There is normal ankle range of motion noted bilaterally.

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

**Neurology - Straight Leg Raising:** Right: normal 90 degrees. Left: normal 90 degrees.

**Neurology - Motor Strength:**

Left UE strength - Flexors: 5/5. Right UE strength - Flexors: 5/5.
Left UE strength - Extensors: 5/5. Right UE strength - Extensors: 5/5.
Left UE Tone: Normal.
Right UE Tone: Normal.
Left LE strength - Flexors: 5/5. Right LE strength - Flexors: 5/5.
Left LE strength - Extensors: 5/5.
Right LE strength - Extensors: 5/5.
Left LE Tone: Normal. Right LE Tone: Normal.

**Neurology - Sensation:** There is normal sensation noted in the head region on the left side. There is normal sensation noted in the head region on the right side. There is normal sensation noted in the left shoulder. There is normal sensation noted in the right shoulder. Chest has normal sensation on the left side. Chest has normal sensation on the right side. There is normal sensation noted in the trunk on the left side. There is normal sensation noted in the trunk on the right side. Back examination reveals normal sensation on the left. Back examination reveals normal sensation on the right. Left elbow has normal sensation. Right elbow has normal sensation. There is normal sensation noted in the left arm. There is normal sensation noted in the right arm. Left wrist has normal sensation. Right wrist has normal sensation. Left fingers has normal sensation. Right fingers has normal sensation. Normal sensation has been noted in the abdomen. There is normal sensation noted in the left hip. There is normal sensation noted in the right hip. There is normal sensation noted in the left thigh. There is normal sensation noted in the right thigh. There is normal sensation noted in the left knee. There is normal sensation noted in the right knee. There is normal sensation noted in the left ankle. There is normal sensation noted in the right ankle.

**Neurology - Deep Tendon Reflexes:**

Left biceps (DTR): 2+. Right biceps (DTR): 2+.
Left triceps (DTR): 2+. Right triceps (DTR): 2+.
Left brachioradialis (DTR): 2+. Right brachioradialis (DTR): 2+.
Left patellar (DTR): 2+. Right patellar (DTR): 2+.
Left achilles (DTR): 2+. Right achilles (DTR): 2+.
Babinski: - negative on the right, negative on the left side.



back to top

Bobb, Adam Male

**Lab Order**
**Order No: SCL023308 Dated: 01-25-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL023338 Dated: 01-25-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL23444 Dated: 01-27-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Cervical Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without
Cervical TPI today
Schedule lumbar ESI L4-L5
Continue PT for the hip. Will give RX for PT for neck and lower back.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- I Have started the following medications for better pain control:
START
HC 5 twice daily #14 for one week ( Medicaid) then #46 if effective for him
Tizanidine 4 mg at bedtime #30

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: Sending for confirmation.

- Lab Order:
ASAP Confirmation on LCMS Full Panel

The above Definitive UDT is reasonable and necessary for the following circumstances:

1- New patient testing as part of history and exam to support initial treatment decisions
2- Identify specific substance(s) and/or metabolite(s) inadequately detected or not detected by presumptive screen
3- Identify specific medication(s) or drug(s) in a class (e.G., benzodiazepines, barbiturates, opioids, antidepressants)
4- Definitive concentration of medication(s), drug(s), and/or metabolites needed to guide management
5- Identify a negative, or confirm a positive presumptive screen result inconsistent with a patient's self-report, presentation, medical history, or current prescribed medication
6- Rule out an error as the cause of an unexpected presumptive screen result
7- Identify non-prescribed medication or illicit drug use for ongoing safe prescribing of controlled substances
8- Results needed for differential assessment of Treatment efficacy, Side effects and Possible drug interaction
9- Identify substances that may present high risk for additive or synergistic interaction with prescription medication (e.G., alcohol)
10- Random testing

- Informed consent was obtained, risk of procedure were explained including but not limited to bleeding, infection, pneumothorax, paralysis, numbness, headache, reaction to the medication, nerve damage and death. The patient understood and agreed with injection.***Patient has received educational material regarding upcoming injection as well as pre-procedural instructions******

- Advised patient I will only be acting as their pain physician and treat for all pain related issues. Patient as been advised to maintain relationship with PCP for all other medical issues and has verbalized understanding of this.

- ASAP narcotic contract has been discussed in detail with patient today. Patient has verbalized understanding of this contract.

- Safety Assessment: Today the patient denied homicidal and suicidal ideation, intent, and plan. Based on my assessment of the patient today, the patient can continue to be safely managed on an outpatient basis.

- RTC in 4 weeks

ASAP URINE DRUG SCREEN - Confirmation

**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Cervicalgia (M54.2)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (45 min) (99204)**



back to top

Bobb, Adam Male

ICDs:
(G89.4)
(M51.36)
(M25.551)
(M47.812)

**Trigger Point, 1or 2 Muscles (20552)**

ICDs:
(M54.2)

**Drug Test Prsmv Chem Anlyzr (80307)**

ICDs:
(Z79.899)

**Follow Up:** 4 Weeks

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO

*This has been electronically signed by John Brown, DO*

*Date: 01-25-2022.*



back to top

00002 08/25/2025 01282722

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:*

*Dear Sirs:*

*I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.*

Sincerely,

*Kerry F. Pennington, M.D.*

00002 08/25/2025 01282722

6/20/23, 12:55 PM Print Preview

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

mainlinehealth systems, Inc.

BOBB, ADAM
39 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS
Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

02/27/2023 Progress Notes: Kerry Pennington, MD

**Reason for Appointment**

1. HTN 6 MO F/U, see HPI for complaints, B.Thiele,LPN 2/27/23
2. RX: Drug room pharmacy, B.Thiele,LPN 2/27/23
3. DUE: Wellness and HIV screening, B.Thiele,LPN 2/27/23

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Nearly every day, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Several days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 17, Interpretation Moderately severe depression. Intervention Follow-Up for Depression Currently treated for depression and/or bipolar related diagnosis, Depressiong Screening Findings Positive.

Visit HPI:

This patient is here for follow-up of hypertension, but complains of multiple issues, including peripheral neuropathy, insomnia, increased moodiness, he is drinking 60 beer per week. He denies chest pain, dyspnea, GI or GU complaints. His blood sugars have been in the 200 to 300 range for the past few weeks, with no specific history of diabetes.

**Current Medications**

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Notes to Pharmacist: dose increase

**Discontinued**

- Dexamethasone 0.75 MG Tablet as directed Orally Once a day , Notes to Pharmacist: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
- LORazepam 1 MG Tablet TAKE 1 TABLET BY MOUTH 45 MINUTES BEFORE PROCEDURE

Medication List reviewed and reconciled with the patient

**Past Medical History**

Hypertension.
Anger issue.

**Surgical History**

heart surgery at 2 years old

**Family History**

Father: unknown

00002 08/25/2025 01282722

6/20/23, 12:55 PM Print Preview

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
1 son(s), 1 daughter(s).
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23.

### Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 02/27/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 02/27/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? Yes, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? Yes, 3. People who have episodes like this often have changes in their thinking and behavior at the same time, like being more talkative, needing very little sleep, being very restless, going on buying sprees, and behaving in many ways they would normally think inappropriate. Did you ever have any of these changes during your episodes of being excited and full of energy or very irritable or grouchy? Yes.
Depression Screening Completed: yes, Thiele, Brandi 02/27/2023 11:59:14 AM CST > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Thiele, Brandi 02/27/2023 12:00:19 PM CST > , Yes:.
Smoking: yes, Thiele, Brandi 02/27/2023 12:00:28 PM CST > , , YES.
Recreational drug use: yes, Thiele, Brandi 02/27/2023 12:00:33 PM CST > , Denies.
Alcohol: yes, Beer, DAILY, 2 30-PACKS of Beer a week, B.Thiele,LPN 2/27/23.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 02/27/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Thiele, Brandi 02/27/2023 12:01:41 PM CST > , Occasionally.
Exercise: yes, Thiele, Brandi 02/27/2023 12:01:53 PM CST > , > , Per Age.
Travel outside US: yes, Thiele, Brandi 02/27/2023 12:02:03 PM CST > , No.
Sexually active: yes, Thiele, Brandi 02/27/2023 12:02:09 PM CST > , , Yes.
Herbal & OTC medications: yes, Thiele, Brandi 02/27/2023 12:02:18 PM CST > , , PRN.
Advance Directive: yes, Thiele, Brandi 02/27/2023 12:02:29 PM CST > , No.
Diabetic testing: yes, Thiele, Brandi 02/27/2023 12:02:33 PM CST > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

### Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

### Hospitalization/Major Diagnostic Procedure

see above

### Review of Systems

Psychiatry:

Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia , yes.

---

Progress Note: Kerry Pennington, MD 02/27/2023

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxysmal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Insomnia yes. Opioid management yes. Pain quality yes. See HPI **for details**. Sleep **Problems**. Weakness no. Weight gain none. weight loss none

Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. See HPI for details. Sleep disturbance yes. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.
Musculoskeletal:
muscle spasms no. Arthritis no. Back pain , Yes. Joint stiffness No. Neck pain yes. Tingling/numbness yes, BLE.
Neurology:
lightheaded no. numbness , yes, BLE. Convulsions no. no Headache. Peripheral neuropathy yes. See HPI for details. Tingling/numbness yes. Tremor yes. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

**Vital Signs**

Wt: 196.4 lbs, Ht: 75 in, BMI: 24.55 Index, BP: 150/90 mm Hg, HR: 101 /min, RR: 20, Temp: 97.9, SaO2: 97.

**Examination**

GENERAL EXAM:
General: Well developed, well nourished white male in no acute distress.
ENT: Ears normal, nose normal, mouth and throat normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: No edema.
Neurological: Cranial nerves II through XII and peripheral neurological are intact.
Psych: Mood and affect appropriate.
Skin: Normal with no new rashes or lesions.
Musculoskeletal: Moves all extremities with normal range of motion.

**Assessments**

1. Essential hypertension - I10 (Primary)
2. Other chronic pain - G89.29
3. Primary insomnia - F51.01
4. PTSD (post-traumatic stress disorder) - F43.10
5. GAD (generalized anxiety disorder) - F41.1
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Primary osteoarthritis involving multiple joints - M15.9
8. Hyperglycemia - R73.9
9. Excessive drinking alcohol - F10.10
10. Current smoker - F17.200

**Treatment**

**1. Essential hypertension**
Continue amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day

00002 08/25/2025 01282722

6/20/23, 12:55 PM Print Preview

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Start Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30 days, 60, Refills 5
Start cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, Once a day As needed, 30 days, 15 Tablet, Refills 2

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| **Cholesterol, Total** | **301** | **H** | **100-199 - mg/dL** |
| Triglycerides | 129 | | 0-149 - mg/dL |
| HDL Cholesterol | 65 | | >39 - mg/dL |
| LDL/HDL Ratio | 3.3 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 23 | | 5-40 - mg/dL |
| **LDL Cholesterol Calc** | **213** | **H** | **0-99 - mg/dL** |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 10.0 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **123** | **H** | **70-99 - mg/dL** |
| **BUN** | **5** | **L** | **6-20 - mg/dL** |
| Protein, Total, Serum | 7.6 | | 6.0-8.5 - g/dL |
| **Albumin, Serum** | **5.3** | **H** | **4.0-5.0 - g/dL** |
| Bilirubin, Total | 1.2 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 105 | | 44-121 - IU/L |
| **AST (SGOT)** | **102** | **H** | **0-40 - IU/L** |
| Potassium, Serum | 4.3 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 139 | | 134-144 - mmol/L |
| Chloride, Serum | 97 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.79 | | 0.76-1.27 - mg/dL |
| **ALT (SGPT)** | **143** | **H** | **0-44 - IU/L** |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **6** | **L** | **9-20 -** |
| Globulin, Total | 2.3 | | 1.5-4.5 - g/dL |
| **A/G Ratio** | **2.3** | **H** | **1.2-2.2 -** |
| eGFR | 116 | | >59 - mL/min/1.73 |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. This lab was reviewed by Beverly Young on 03/01/2023 at 11:29 AM CST

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 02/27/2023 12:49 PM)

| | Value | Reference Range |
|---|---|---|
| WBC | 8.5 | 4.1 - 10.9 K/uL |
| RBC | 5.74 | 4.20 - 6.30 M/uL |
| Hemoglobin | 18.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 55.9 | 37.0 - 51.0 % |
| MCV | 97.4 | 80.0 - 97.0 fL |
| MCH | 32.8 | 26.0 - 32.0 pg |
| MCHC | 33.6 | 31.0 - 36.0 g/dL |
| Platelets | 179 | 140 - 440 K/uL |
| Lymphs | 17.6 | 10.0 - 58.5 % |
| Monocytes | 9.2 | 0.1 - 24.0 % |
| Neutrophils | 73.2 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.8 | 0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2 | 2.0 - 7.8 |
| RDW | 12.2 | 11.5 - 14.5 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST > Pennington, Kerry 03/01/2023 08:17:21 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: -Urinalysis Microscopic (Collection Date & Time - 02/27/2023 04:18 PM)

| | Value | Reference Range |
|---|---|---|
| Glucose | 250 | NEG - |
| Bilirubin | neg | NEG - |
| Ketones | neg | NEG - |
| Specific Gravity | 1.010 | 1.001 - 1.035 |
| Occult Blood | neg | NEG - |
| pH | 7.0 | 4.6 - 8 |
| Protein | neg | NEG - |
| Urobili, Semi -Qu | 0.2 | 0 - 2.0 mg/dL |
| Nitrite | neg | NEG - |
| WBC Exterase | neg | NEG - |
| RBC | neg | 0 - 2 /HPF |
| WBC | neg | 0 - 2 /HPF |
| Epi Cell | rare | NEG - FEW |
| Bacteria | neg | NEG - |

---

**Progress Note: Kerry Pennington, MD 02/27/2023**

Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

| | | |
|---|---|---|
| Yeast | neg | NEG - |
| Trich | neg | NEG - |
| Casts/Crystals | neg | NEG - |
| Clue Cells | neg | NEG - |

Notes :Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren Pennington, Kerry 02/27/2023 06:54:50 PM CST >

Notes:
**Add carvedilol 3.25 mg BID, #60 x 5 refills, check lab, continue other medications and a low salt diet. He is also given clonidine 0.2 mg to take as needed for elevated blood pressure, #15 x 2 refills.**

**2. Other chronic pain**
Notes:
**Continue follow-up with pain clinic as directed.**

**3. Primary insomnia**
Start traZODone HCl Tablet, 100 MG, 1 or 2 tablet(s) at bedtime, Orally, Once a day, 30 days, 60, Refills 5
Notes:
**Trazodone 100 mg 1 or 2 HS, #60 x 5 refills. Good sleep hygiene is discussed.**

**4. PTSD (post-traumatic stress disorder)**
Notes:
**Continue current meds and follow-up with BH later today.**

**5. GAD (generalized anxiety disorder)**
Notes:
**Continue current meds and follow-up with BH.**

**6. MDD (major depressive disorder), recurrent episode, moderate**
Continue DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, Notes to Pharmacist: dose increase
Notes: **Continue current meds and follow-up with BH.**

**7. Primary osteoarthritis involving multiple joints**
Notes:
**Continue current care and stay active without overuse.**

**8. Hyperglycemia**
LAB: -Hemoglobin A1C (Collection Date & Time - 02/27/2023 12:58 PM)

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 6.1 | 4.8 - 6.9 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST > Pennington, Kerry 03/01/2023 08:17:34 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

08:17 AM CST

Notes:
**Check appropriate lab today and we will proceed from there.**

**9. Excessive drinking alcohol**
Notes:
**He will try to taper off.**

**10. Current smoker**
Notes: **He is encouraged to quit smoking and cessation is discussed. He is offered pills, patches and gum but declines intervention at this time.**

**11. Others**
Notes:
I have reviewed patient's current medication list above. Patient is advised to continue all other medications as previously prescribed and documented in previous notes, unless otherwise noted above. K. Pennington, MD
I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.

**Preventive Medicine**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Instructed on how to calculate BMI & importance. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW
83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW
81001 URINALYSIS, AUTO W/SCOPE
36415 VENIPUNCT, ROUTINE*
1034F CURRENT TOBACCO SMOKER
99406 BEHAV CHNG SMOKING 3-10 MIN
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

**Follow Up**
3 Months,prn
**Care Plan Details**



**Electronically signed by Kerry Pennington on 02/28/2023 at 02:53 PM CST**
**Sign off status: Completed**

00002 08/25/2025 01282722

BOBB, ADAM, 39 Y, M,

# CUMULATIVE REPORTS

-CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:49 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| WBC | 8.5<br>4.1 - 10.9 K/uL |
| RBC | 5.74<br>4.20 - 6.30 M/uL |
| Hemoglobin | 18.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 55.9<br>37.0 - 51.0 % |
| MCV | 97.4<br>80.0 - 97.0 fL |
| MCH | 32.8<br>26.0 - 32.0 pg |
| MCHC | 33.6<br>31.0 - 36.0 g/dL |
| Platelets | 179<br>140 - 440 K/uL |
| Lymphs | 17.6<br>10.0 - 58.5 % |
| Monocytes | 9.2<br>0.1 - 24.0 % |
| Neutrophils | 73.2<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.8<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2<br>2.0 - 7.8 |
| RDW | 12.2<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:21 AM CST > |

BOBB, ADAM,

00002 08/25/2025 01282722

### -Hemoglobin A1C

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:58 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Hemoglobin A1c | 6.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:34 AM CST > |

BOBB, ADAM,

00002 08/25/2025 01282722

## -Urinalysis Microscopic

| | |
|---|---|
| Collection Date | 02/27/2023 |
| Collection Time | 04:18 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Glucose | 250<br>NEG - |
| Bilirubin | neg<br>NEG - |
| Ketones | neg<br>NEG - |
| Specific Gravity | 1.010<br>1.001 - 1.035 |
| Occult Blood | neg<br>NEG - |
| pH | 7.0<br>4.6 - 8 |
| Protein | neg<br>NEG - |
| Urobili, Semi-Qu | 0.2<br>0 - 2.0 mg/dL |
| Nitrite | neg<br>NEG - |
| WBC Esterase | neg<br>NEG - |
| RBC | neg<br>0 - 2 /HPF |
| WBC | neg<br>0 - 2 /HPF |
| Epi Cell | rare<br>NEG - FEW |
| Bacteria | neg<br>NEG - |
| Yeast | neg<br>NEG - |
| Trich | neg<br>NEG - |
| Casts/Crystals | neg<br>NEG - |
| Clue Cells | neg<br>NEG - |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren<br>Pennington, Kerry 02/27/2023 06:54:50 PM CST > |

BOBB, ADAM,

Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:30 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Calcium, Serum | 10.0<br>8.7-10.2 mg/dL |
| Glucose, Serum | 123H<br>70-99 mg/dL |
| BUN | 5L<br>6-20 mg/dL |
| Protein, Total, Serum | 7.6<br>6.0-8.5 g/dL |
| Albumin, Serum | 5.3H<br>4.0-5.0 g/dL |
| Bilirubin, Total | 1.2<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 105<br>44-121 IU/L |
| AST (SGOT) | 102H<br>0-40 IU/L |
| Potassium, Serum | 4.3<br>3.5-5.2 mmol/L |
| Sodium, Serum | 139<br>134-144 mmol/L |
| Chloride, Serum | 97<br>96-106 mmol/L |
| Creatinine, Serum | 0.79<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 143H<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 6L<br>9-20 |
| Globulin, Total | 2.3<br>1.5-4.5 g/dL |
| A/G Ratio | 2.3H<br>1.2-2.2 |
| eGFR | 116<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds |

BOBB, ADAM,

00002 08/25/2025 01282722

| Collection Date | Order Date | Notes |
|---|---|---|
| | | because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. |

Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Cholesterol, Total | 301H<br>100-199 mg/dL |
| Triglycerides | 129<br>0-149 mg/dL |
| HDL Cholesterol | 65<br>>39 mg/dL |
| LDL/HDL Ratio | 3.3<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 23<br>5-40 mg/dL |
| LDL Cholesterol Calc | 213H<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > |

00002 08/25/2025 01282722

From: 12/09/2024 08:11 #245 P.002/002

MAINLINE HEALTH SYSTEMS, INC (3)
1012 E Church St.
WARREN, AR, 71671
(870) 226-6754

Mallard Medical Supply, LLC
801 E Church St.
Warren, AR 71671

PRESCRIPTION FORM 1 / 1

## FOR BILLING AND DISPENSING

✓ ADAM BOBB

✓ DOB:
Weight: 218lbs
Gender: Male
Height: 6ft 2in

Billing Address:

Order Information:
Order ID: VXJ-8S3-KVR7-290
Order Date: 09/13/2024

Delivery Address:

**E0100: Straight Cane**

Quantity: 1, Start Date: 09/13/2024, Length of Need: 99 months

Insurance:
**Primary - Blue Cross Blue Shield (BCBS) - Commercial**
**EXX60054796201**

Emergency Contacts:

Diagnosis:
**M16.11** - Unilateral primary osteoarthritis, right hip

I certify that I am the treating clinician identified on this document. I reviewed the written order, and the information reflects the patient's condition and treatment plan. Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information above contained herein is true, accurate and complete, to the best of my knowledge, and is consistent with the information contained in my clinical records for the Patient and/or in the Patient's permanent medical record. I certify that the patient/caregiver is capable and has successfully completed training or will be trained on the proper use of the products prescribed on this written order. I understand that any falsification, omission, or concealment of material fact in that section with respect to any information contained herein may subject me to civil or criminal liability.

ANTHONY RODRIGUEZ / NPI: 1770020521

[illegible] on 0/13/24 at 13:33PM EDT by
ANTHONY RODRIGUEZ NPI 1770020521

Clinician's Signature

Date / /

PAGE 1/1 * RCVD AT 12/9/2024 9:19:28 AM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-48

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

Pharmacy: Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient:Mr. Bobb, Adam

DOB:
Add:
Plan:

---

Date: 04-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-11-2024.*

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-15-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is** 6. Height (inches): 75.00 Weight (lbs): 220.00 **BP:** 139/85 mm Hg. **Puls e:** 83 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

Bobb, Adam Male

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL083539 Dated: 02-15-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.

- Last filled: Oxy on 1/11/24 (for his dental abscess).

- UDS: +Oxy on 2/5/24.

- Confirmation Consistent on 11/1/23. Reviewed 2/15/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea,

Bobb, Adam Male

vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-15-2024.*

Bobb, Adam Male

**Arkansas Spine and Pain**

| | |
|---|---|
| **Phone: 501-227-0184** | **140 John Harden Drive** |
| **Fax: 501 436-0983** | **Jacksonville, AR 72076 - 3719** |
| **Main Fax: 501-227-0187** | **Refer@ArkansasSpineAndPain.com** |
| **Pharmacy:** Drug Room, INC. | **Patient:** Mr. Bobb, Adam |
| **Add:** 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008 | **DOB:** |
| **Phone:** 8705363980 | **Add:** |
| **Fax:** 8705361953 | **Plan:** |

**Date:** 01-11-2024

**oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet**

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO

*This has been electronically signed by John Brown, DO*

*Date: 01-11-2024.*

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 09-12-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Current Medication.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 8 Hours PRN Refills: 0
1 Capsule Three times a Day Refills: 1
1 Tablet Every Night Refills: 1
1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 73.00 Weight (lbs): 220.00 **BP:** 111/71 mm Hg. **Puls e:** 70 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple.

Bobb, Adam Male 07-20-1983

Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Joints-Knee:** On examination, left knee appears to be normal.
***Left Knee: Left knee is non-tender to palpation. Medial joint line***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL101601 Dated: 09-12-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***9/12/24***

Patient returns to clinic for f/u c/o low back pain. Pain meds doing well. He has been diagnosed with diabetes.

***7/16/24***

Bobb, Adam Male

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.

Bobb, Adam Male

**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy 6/90 on 9/12/24.

- Last filled: Oxy on 8/15/24.

- UDS: +OXY on 9/12/24.

- Confirmation Consistent on 7/16/24. Reviewed 9/12/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)

Bobb, Adam Male

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 09-12-2024.*

Arkansas Spine and Pain

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-227-0187

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

**Bobb, Adam**
Sex: Male, Date of Birth: . Chart No:
**Visit Date**: 07-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 114/75 mm Hg. **Pulse:** 73 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

Bobb, Adam Male

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL096664 Dated: 07-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL096678 Dated: 07-16-2024 Lab: Any Lab**
**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/16/24***

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is

Bobb, Adam Male

stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

Bobb, Adam Male

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 7/16/24.

- Last filled: Oxy on 6/15/24.

- UDS: +OXY on 7/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 7/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)

Bobb, Adam Male

(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-16-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 05-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male ·

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported***. No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 123/84 mm Hg. **Puls e:** 78 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

Bobb, Adam Male

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL091650 Dated: 05-16-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90. Will increase Gabapentin to 600mg TID #90 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicalton on 5/16/24.

Bobb, Adam Male

- Last filled: Oxy on 4/15/24.

- UDS: Negative on 5/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 5/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up**: 2 Months

**Prescription**

Bobb, Adam Male

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 05-16-2024.*

00002 08/25/2025 01282722

From: 11/06/2024 16:48 #225 P.029/057

Patient Name: Bobb, Adam, DOB: , Account No: 56397

SARC CardioVascular and Vein Center

# BOBB, Adam

**40 Y old Male, DOB:**
**Account Number: 56397**

**Home:**
**Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181**
**Appointment Facility: Woodson Clinic**

**05/06/2024** **Progress Notes: Matthew L Wood, APRN**

## Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

## Past Medical History

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

## Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two ...

## Reason for Appointment

1. The patient has been complaining of chest discomfort, heartburn, and anxiety. The patient talked to his psychiatrist and the doctor does not want to change medication until her talk to Mathew Wood. The patient states that he has been experiencing a lot of anxiety and panic attacks. The patient states that he has been diagnosed with PSTD, major depressive disorder and severe anxiety and was wondering is not associated with chest pain. EKG - sinus rhythm.

## History of Present Illness

<u>History of present illness</u>:

The patient complains of left-sided/center chest pains. The patient describes chest pains as tightness/squeeze, which are associated with activity, shortness of breath and diaphoresis. The patient states that the pain occurs without radiation at rest and with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps, aching, burning, and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or fatigue.

## Vital Signs

HR: **69** /min, BP: **104/68** mm Hg, Wt: **222** lbs, BMI: **27.75** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 100.7 kg
BP 108/72 on the left.

## Examination

<u>General Examination:</u>

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x 3. PSYCH: Cooperative with exam, judgement and insight good.

## Assessments

years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Negative for weight gain, weight loss or fever. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris - I25.118
4. Long term (current) use of antithrombotics/antiplatelets - Z79.02
5. Dizziness and giddiness - R42
6. Nicotine dependence, unspecified, uncomplicated - F17.200
7. Shortness of breath - R06.02
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Start Protonix 40 mg p.o. q. d.
Refer to GI for EGD.
Schedule for ultrasound of gallbladder at CARTI, Pine Bluff.
The patient is to follow up with primary care physician for GAD treatment.
Keep currently scheduled follow up with ABI.
The patient is to stop smoking.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

---

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

---

00002 08/25/2025 01282722

From: 11/06/2024 16:50 #225 P.031/057
Patient; BOBB, Adam DOB:

CARTI
MEDICAL IMAGING AND INTERVENTION

5001 Bobo Road • Pine Bluff, AR 71603
800.482.8561

Patient: Bobb, Adam Sex: Male DOB:

Exam: US ABDOMEN ULTRASOUND, LIMITED (76705) Acc# B38AE380B3F1
DOS: 05/30/2024 01:00 PM MRN# 1049804

Ref. Phys: MATTHEW WOOD

PROCEDURE: GALLBLADDER ULTRASOUND

COMPARISON: None.

INDICATIONS: Abdominal pain

FINDINGS: Transverse images of the pancreas are normal. There is diffuse increase in liver echogenicity characteristic of hepatic steatosis. The liver measures 17.8 cm in craniocaudal extent. There are no focal liver lesions. Portal vein is patent. Common duct measures 3 mm. The gallbladder is normal. The spleen measures 12.3 cm in length. There is no free fluid.

IMPRESSION:
1. Diffuse hepatic steatosis.
2. No evidence of any acute abnormality within the upper abdomen.

Electronically Signed By:
Theodore Hronas, M.D. at 05/30/2024 13:25

MW 6/10/24

EW

Document: 5.30.24 US GALLBLADDER Printed: 10-17-2024 01:41:39



PAGE 31/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

00002 08/25/2025 01282722

From: 11/06/2024 16:50 #225 P.032/057

Patient: BOBB, Adam DOB:

| | | | | | | |
|---|---|---|---|---|---|---|
| ID: | | Gender: | Male | 05/06/2024 08:17:20AM | | sinus rhythm |
| Name: | BOBB, ADAM | | | PR: | 102/162 ms | vertical axis |
| Age: | 40 yr | | | QRS: | 110 ms | Normal variant of ECG |
| | | | | QT/QTc: | 394/428 ms | Unconfirmed Report |
| | | | | P/QRS/T axis: | 48/88/47 deg | |
| | | | | Heart rate: | 71 bpm | |




25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz Version 2.00.02

Document: 5.6.24 EKG_001

Printed: 10-17-2024 01:41:39

Page 1 of 1

From:
Patient; BOBB, Adam DOB:

00002 08/25/2025 01282722
11/06/2024 16:52 #225 P.033/057

## Lower Extremity Physiologic Study
## Multiple Level (Segmental Exam)

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 07/01/24 12:22:25

**Risk Factors**
- ☐ Tobacco Use
- ☐ Diabetes
- ☐ Heart Disease
- ☐ Previous CV Event
- ☐ Hypertension
- ☐ Hyperlipidemia
- ☐ Stroke/TIA
- ☐ Prev. Vascular Surgery

**Current Symptoms**
- ☐ Intermittent Claudication
- ☐ Numbness, Tingling in Feet
- ☐ Ulcerations
- ☐ Rest Pain
- ☐ Gangrene

Location
- ☐ Buttocks
- ☐ Thigh
- ☐ Calf
- ☐ Feet

**ABI Severity of Disease**
- > 1.40 Non-compressible
- 1.00 - 1.40 Normal
- 0.91 - 0.99 Borderline
- 0.00 - 0.90 Abnormal

Index for Ankles Only

**Interpreting Physician:** Un-Assigned **Referring Physician:** Un-Assigned
**Comments:**

| | RIGHT | LEFT |
|---|---|---|
| Brachial | 114 | 114 |
| Thigh | 168 mmHg, 1.47 Index | 168 mmHg, 1.47 Index |
| Calf | 199 mmHg, 1.74 Index | 143 mmHg, 1.25 Index |
| PT | 158 mmHg, 1.38 Index | 167 mmHg, 1.46 Index |

PVR X1 07/01/24 12:14:00



PVR X1 07/01/24 12:15:38



PVR X1 07/01/24 12:16:40





PVR X1 07/01/24 12:18:13



PVR X1 07/01/24 12:20:03



PVR X1 07/01/24 12:21:23





**Interpretation:**

**CPT Code:** No CPT Code
**ICD-10 Code:** No ICD-10 Code

Document: 7.1.24 PVR Printed: 10-17-2024 01:41:39

Page 1 of 1

PAGE 33/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

SARC CardioVascular and Vein Center

**BOBB, Adam**
40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

**07/01/2024** **Progress Notes: Matthew L Wood, APRN**

Past Medical History
PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

**Surgical History**
Arteries did not form all the way so they had to stent/close it up at the age of two years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - half pack of cigarettes. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Positive for claudication. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Reason for Appointment**
1. The patient is here for two-month follow-up. The patient has had gallbladder ultrasound on 05/30/2024 - diffuse hepatic steatosis - known history of. Dr. Samad - the patient stated he has not received a call or heard anything from them. ABI - right 1.38 and left 1.46. He had follow up with primary care physician for GAD - stopped Duloxetine and changed to Wellbutrin. He still has not had sleep study. His wife reports continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes.

**History of Present Illness**
History of present illness:
The patient complains of shortness of breath with exertion and at rest - improved. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching and soreness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies chest pain, palpitations, or dizziness.

**Vital Signs**
HR: **81** /min, BP: **114/74** mm Hg, Wt: **216** lbs, BMI: **27** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 97.98 kg
BP 112/72 on left.

**Examination**
General Examination:
GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and
accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x
3. PSYCH: Cooperative with exam, judgement and insight good.

**Assessments**
1. Gastro-esophageal reflux disease with esophagitis, without bleeding - K21.00 (Primary)
2. Generalized anxiety disorder - F41.1
3. Essential (primary) hypertension - I10

4. Mixed hyperlipidemia - E78.2
5. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
6. Long term (current) use of antithrombotics/antiplatelets - Z79.02
7. Sleep apnea, unspecified - G47.30
8. Nicotine dependence, unspecified, uncomplicated - F17.200
9. Shortness of breath - R06.02
10. Other fatigue - R53.83
11. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Continue medications as current.
The patient is to schedule sleep study with SMS as recommended.
Resend referral to Dr. Samad for EGD evaluation.
The patient is to return to clinic in three months.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 07/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

SARC CardioVascular and Vein Center

# BOBB, Adam

41 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

10/01/2024 Progress Notes: Matthew L Wood, APRN

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

Woodson Clinic
3010 E WOODSON LATERAL RD
HENSLEY, AR 72065-9169
Tel: 501-399-4212
Fax: 501-504-7849

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024

**LAB VISIT**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:27 AM CST **Check Out:** 08:38 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/27/2024

## Subjective:

**Chief Complaints:**

1. LAB only, no provider seen, MMashburn,RN.

**Medical History:**

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking metFORMIN HCl 500 MG Tablet 1 tablet Orally twice daily , Taking Glucose Test Strips test once daily , stop date 07/06/2025, Taking Glucose Lancing device test once daily , stop date 10/09/2024, Taking Glucose Meter test glucose once daily , stop date 10/09/2024, Taking Lancets Micro Thin 33G(Lancets) - Miscellaneous as directed , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. Hyperglycemia - R73.9 (Primary)

## Plan:

**Treatment:**

**1. Hyperglycemia**

LAB: -Glucose (Collection Date & Time - 09/27/2024 08:37 AM) High

| | Value | Reference Range |
|---|---|---|
| Glucose, Whole Blood | 150 | 65 - 99 mg/dL |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/27/2024

and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE.

**Procedure Codes:** 82947 ASSAY, GLUCOSE, BLOOD QUANT, Modifiers: QW

## Billing Information:

**Visit Code:**
**Procedure Codes:**
82947 ASSAY, GLUCOSE, BLOOD QUANT. Modifiers: QW

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 10/01/2024 at 01:08 PM CDT**
**Sign off status: Completed**

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/09/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 09:16 AM CST **Check Out:** 10:57 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/09/2024

## Subjective:

**Chief Complaints:**

1. Per anthony. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. UTD: HIV, Wellness, Lipid, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today after receiving a critical value of an elevated glucose with no previous diagnosis of diabetes. Patient reports that his mother has diabetes. He has never taken medications for in the past for diabetes.

Patient has peripheral arterial disease and has been followed by Matt Wood, APRN who collaborates with Dr. Mahmood. Patient reports that he cannot stay on his feet very long without being in pain. This enables him to have a job. He reports that has been denied claims for disability. He is inquiring about letters to send to the disability lawyer so he can file for disability again.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Lower Back Pain, Myalgias, Arthralgias, Falls/Trauma/Injury. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED mmashburn,rn 09/09/2024.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/09/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/09/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/09/2024 09:52:42 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/09/2024 09:52:49 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/09/2024 09:52:51 AM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 09/09/2024 09:52:53 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/09/2024 09:52:56 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/09/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/09/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/09/2024 09:53:14 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/09/2024 09:53:16 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/09/2024 09:53:19 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/09/2024 09:53:21 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/09/2024 09:53:23 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/09/2024 09:53:25 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/09/2024 09:53:28 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/09/2024

the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **218.6** lbs, Ht: 75 in, BMI: **27.32** Index, BP: **124/80** mm Hg, HR: 86 /min, RR: 20, Temp: 96.9, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin - E11.65 (Primary)
2. Elevated glucose - R73.09
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Screening for depression - Z13.31
5. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin**

Start metFORMIN HCl Tablet, 500 MG, 1 tablet, Orally, twice daily, 30 days, 60, Refills 2 ; Start Glucose Test Strips, test once daily, 100 days, 100 Each, Refills 2 ; Start Glucose Lancing device, test once daily, 30 days, 1, Refills 0 ; Start Glucose Meter, test glucose once daily, 30 days, 1, Refills 0 ; Start Lancets Micro Thin 33G Miscellaneous, -, as directed, 100 days, 100, Refills 2 .

Notes: 1. Start Metformin and keep a fasting glucose log. Return with the log in two weeks. Likely we will have to increase that Metformin and start an additional med.
2. educated on diabetic diet
3. encouraged to exercise.

**2. Elevated glucose**

LAB: -Hemoglobin A1C (Collection Date & Time - 09/09/2024 09:46 AM) HbA1c 9 or higher

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 11.1 | 4.8 - 6.9 % |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic.

**3. Nicotine dependence, cigarettes, uncomplicated**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Procedure Codes:** 83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW , 3046F HEMOGLOBIN A1C LEVEL > 9.0%

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 2 Weeks

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
83036 GLYCATED HEMOGLOBIN A1C. Modifiers: QW
3046F HEMOGLOBIN A1C LEVEL > 9.0%.

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 09/10/2024 at 10:36 AM CDT**
**Sign off status: Completed**

00002 08/25/2025 01282722

REF #10835359

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 13, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We have completed our review of your Short Term Disability claim and have determined that no additional benefits are payable beyond 09/03/2021.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to the following:

- Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 09/01/2021
- Attending Physician Statement completed by Dr. Mark Ramiro on 07/08/2021

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

According to the information contained in your claim file, you stopped working on 06/17/2021 due to a diagnosis of Right Hip Pain/Tendinitis/Bursitis.

You had no significant lumbar or hip pathology that had been identified.

Your orthopedic examination showed full strength of lower extremities with no specific range of motion limitations beyond pain with rotation.

You had no unsteadiness, use of assistive device, or imbalance, and your sensation of your lower extremities were normal.

An MRI remains pending and no future orthopedic evaluation or treatments are being planned until MRI has been completed.

**Summary**

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by the policy. The medical evidence provided does not support ongoing restrictions and limitations beyond 09/03/2021.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number.
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Renita Johnson, DIA
800-423-2765*3165
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

REF #10835359

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'déę́' t'áá jiik'eh, ná hóló̜. Koji̜' hódíílnih áǫi̜óóǫéą̜́ǫą̜íę́ę.

00002 08/25/2025 01282722

From:Kwik Kopy To:14023611460 10/28/2021 11:49 #134 P.001/002

# kwikFax TRANSMITTAL FORM

**Date:** 10/28/21 **No. of pages being sent:**

**To:** **From:**

**Location:** **Location:**

**FAX No.:** 402-361-1460 **FAX No.:**

**Message:** Attn: Short Term Disability Appeal

PAGE 1/2 * RCVD AT 10/28/2021 12:37:26 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:4023611460 * CSID:870 534 0710 * ANI:18705340710 * DURATION (mm-ss):01-20

00002 08/25/2025 01282722

From:Kwik Kopy To:14023611460 10/28/2021 11:50 #134 P.002/002

Date: 10-27-21

I Adam Bobb want to appeal
this Decision.

New Documentation
Dr. Pennington New Primary
Care Physician. Warren Ar.
MRI is justified waiting
on medicaid to start.

Phone: 870-461-0709

Claim number: 1210071975

Still unable to work,
Lost Job Due to this.
Due to medical Limatations
[signature]

Fax 402-361-1460
Lincoln
Financial

PAGE 2/2 * RCVD AT 10/28/2021 12:37:26 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:4023611460 * CSID:870 534 0710 * ANI:18705340710 * DURATION (mm-ss):01-20

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 15, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We have completed our review of your Short Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 9/3/2021. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To receive benefits under the policy issued to Trinity Village, Inc., an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

> **MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
> (1) are normally required to perform the Insured Person's Own Occupation; and
> (2) could not reasonably be modified or omitted.
> To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
> (1) the Employer is subject to the Act; or
> (2) the Insured Person has requested such a job accommodation.
> An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.
> Main Duties include those job tasks:
> (1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
> (2) as performed in the general labor market and national economy.
> Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.
It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

In order to be considered Totally Disabled, the medical documentation must support that you would be unable to perform each of the main duties of your occupation. As such, in considering whether you qualify for Short Term Disability benefits beyond 9/3/2021, we evaluated whether you would be restricted or limited from performing the main duties of your occupation as listed above.

Your entire file was reviewed upon appeal. Disability must be supported from 9/3/2021 forward, which was the focus of our determination.

**Summary of Initial Claim Filing**

Your initial claim forms state that you were unable to continue working in your own occupation beyond 6/17/2021 due to right hip pain, tendinitis and bursitis.

Benefits were approved from 7/2/2021 to 9/3/2021. Benefits were not approved beyond 9/3/2021 after we completed our evaluation of the information in the claim file. Our evaluation included review of the medical documentation, including consultation with a health care consultant. Our evaluation determined the medical records did not support restrictions and limitations that would render you unable to perform the main duties of your occupation beyond 9/3/2021.

For complete details please refer to our letter dated 10/13/2021.

**Summary of Appeal**

On 10/28/2021, you filed an appeal in response to our determination to deny benefits. Additional information was submitted with your appeal, including an MRI of the right dated 11/8/2021 from Bradley County Medical Center.

As part of our appeal review, your claim file was reviewed by a health care consultant, who noted in part:

> "The EE stopped working on 6/18/21 due to right hip pain, tendinitis (inflammation), and bursitis. A right hip x-ray 6/7/21 is unremarkable. He is treated by Dr. Ramiro (Family Medicine) about every 1-3 weeks 6/7/21-8/23/21 for ongoing complaints of right hip (noted for a year following tractor accident) and groin pain as well as burn to the bottom of his foot. Treatment consists of Mobic (non-steroidal anti-inflammatory) and Tylenol with codeine (narcotic) for pain control, Medrol dose pak steroid (inflammation), and Silvadene cream to treat burn. Additional treatment includes home exercises and PT however he reported worsening pain with therapy. He was previously supported to 9/3/21. He remains out of work for ongoing right hip pain.
>
> The EE saw Dr. Ramiro on 8/23/21 for persistent right hip and groin pain; he went to PT twice but, exercises did not help; he is scheduled to see Dr. Pollard (orthopedics) next week. He reports his hip "catches and pops". Exam documents pain with abduction of right hip and limping gait, otherwise exam is unremarkable. Plan is to remain off work until evaluation by Dr. Pollard. Will attempt to get approval of MRI again.
>
> The EE was evaluated by McGhee APRN (Orthopedics) on 9/1/21 for right hip pain that has been present for one year. He reports pain right groin and lateral leg and perceived weakness; he is extremely unsteady on his feet, and he has fallen multiple times. He has history of high blood pressure and a stroke. Exam documents the EE to be in obvious pain, pain with right hip internal and external rotation, positive straight leg raises (evaluate for herniated disc, nerve irritation) on right; his strength is normal 5/5 with intact sensation. He rises slowly from exam table and walks with antalgic gait to right. Lumbar x-ray showed well maintained disc height. Pelvic x-ray showed no acute fracture with well-maintained hip joint with normal alignment. Plan is to obtain pelvic MRI with follow up after.
>
> The EE saw Dr. Pennington (Family Medicine) on 10/25/21 to establish care for chronic right hip pain. He reports he lost his job and has no insurance; he has been followed by Dr. Pollard and needs an MRI, but insurance denied; he has been told he has arthritis of the hip and lumbar spine, and that Dr. Pollard considers him having a torn labrum could be a possibility. He also reports high blood pressure and anxiety related to his condition. On exam, he is noted to be in no acute distress, moderate anxiety. He has moderate osteoarthritis of the hands, decreased ROM in the right hip due to pain particularly with internal rotation; there is tenderness to palpation anterior hip and moderate stiffness lumbar spine. Plan is to increase Cymbalta (anxiety) and start ibuprofen (non-steroidal anti-inflammatory) 600mg and Tramadol (narcotic) for pain control. Follow up in 3 months.
>
> A right hip MRI 11/8/21 showed tear of the right anterior superior labrum tear (soft tissue that covers the hip socket) between 2:00 and 3:00 position. There are no correlating office visits."

On 11/17/2021, a copy of our medical review and the job description was sent to you allowing you time to provide a copy to your treating physicians for further review and respond with any additional information.

We a letter from Dr. Kerry Pennington dated 11/18/2021 stating that you have had severe hip pain for one year that doesn't allow you to work and that your recent MRI showed a labral tear. However, no additional medical evidence was provided for our medical staff to review.

**Appeal Decision**

We understand that you have been diagnosed with right hip pain, tendinitis and bursitis. However, our review of the medical documentation, which included consultation with a health care consultant, as well as a review of any restrictions or limitations that were identified during our review process, determined the medical records do not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond your date benefits last paid.

According to the Attending Physician's Statement completed by Dr. Mark Ramiro on 7/8/2021, it was noted that you had symptoms of severe right hip / buttock pain. Your restrictions and limitations consisted of prolonged standing, walking and lifting. Your nature of treatment consisted of medication and physical therapy.

The medical documentation provided indicates that you have had ongoing treatment and care for your complaints of right hip pain that has been present for one year following a tractor accident. There is no documentation of motor or sensory deficits. Lumbar and pelvic x-rays dated 9/1/2021, showed well maintained disc height and no acute fracture with a well-maintained hip joint with normal alignment. Medical records from Dr. Pennington revealed that you had decreased range of motion in the right hip due to pain and tenderness and palpation in the anterior hip and moderate stiffness in the lumbar spine. There was no documentation demonstrating sensory deficits or severe loss of range of motion or impaired gait. You were prescribed medications for pain control. An MRI of the right hip dated 11/8/2021 showed a labral tear; however, there are no further office notes or examination findings to provide further treatment options.

In summary, you have shown the ability to work with the same symptoms for quite some time prior to your date of disability and the medical records do not support ongoing restrictions and limitations that would prevent you from performing the main duties of your own occupation and does not support a Total Disability beyond 9/3/2021.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**Appeal Rights**

As a reminder, you have exhausted your first level of appeal. If you disagree with this decision, you, your attorney, or a person legally authorized as your representative, may pursue a final administrative appeal.

To initiate this process submit your written request for review to us at the following address within 180 days after you receive this denial notice or by 6/13/2022.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 9/3/2024.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Melissa Patterson
800-423-2765 *2536
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hólǫ́. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

MV
MARCUS VADEN
LAW

June 13, 2022

*Via Facsimile: (877) 843-3950*

Lincoln Financial Group
Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Melissa Patterson
Specialist Claims
Appeals Dept. – Claims Solutions Shared Services

| | | |
|---|---|---|
| Re: | Client Name: | Adam Bobb |
| | Policy Holder: | Trinity Village, Inc. |
| | Policy Number: | 000001020137600000 |
| | Claim No.: | 1210071975 |
| | Date Appeal Due: | June 13, 2022 |

**<u>THIS IS AN APPEAL</u>**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Short Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter terminating his short term disability benefits and denying his claim. In this appeal we will set out the applicable law, review the facts of this claim about which there can be no material dispute and argue that Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest and attorney's fees.

## Summary of Applicable Law

### An ERISA Benefits Determination Is a Fiduciary Act

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker,*

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

*Disability Plan v. Nord,* 538 U.S. 822, 830 (2003). ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins. Co v. Glenn,* 554 U.S. 105, 115 (2008) (emphasis added).

**The Denial or Termination of Benefits Requires the "Gold Standard"- A Deliberate, Principled Reasoning Process Supported by Substantial Evidence**

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.,* 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.,* 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.,* 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.,* 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett,* 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell,* 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.,* 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.,* 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012).

**The Denial Letter Sets the Framework for the Appeal Because an Insurance Company Must Address, in the Denial Letter, All of the Reasons Why it is Denying the Claim[1]**

ERISA provides many procedural protections to claimants like Adam. One of the bedrock protections is that when an insurance company denies or terminates benefits, it must state the reason(s) for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America., 30 F. App'x 160, 164 (4th Cir. 2002).* See also, *Harlick v. Blue Shield of California, 686 F.3d 699, 720 (9th Cir. 2012) [Blue Shield had to tell Harlick* the "specific reasons for the denial"—Not just one reason, if there was more than one-- and provide a "full and fair review of the denial]. Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.,* 378 F.3d 113, 130 (1st Cir.2004).Z0078

[1] If an insurance company comes up with new reasons to deny the claim after the claimant has appealed it must pay benefits to date because it means that the initial denial was not valid. *See Saffon v. Wells Fargo & Co. Long Term Disability Plan,* 522 F.3d863, 872 (9th Cir. 2008) ["Coming up with a new reason for rejecting the claim at the last

minute suggests that the claim administrator may be casting about for an excuse to reject the claim rather than conducting an objective evaluation."]
opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America., 30 F. App'x 160, 164 (4th Cir. 2002).* See also, *Harlick v. Blue Shield of California, 686 F.3d 699, 720 (9th Cir. 2012) [Blue Shield had to tell Harlick* the "specific reasons for the denial"—Not just one reason, if there was more than one-- and provide a "full and fair review of the denial]. Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir.2004).

As you know, in order to provide for a *full and fair opportunity for review*, ERISA regulations elaborate specifically that a denial notice must contain

(1) The specific reason or reasons for the denial;

(2) Specific reference to pertinent plan provisions on which the denial is based;

(3) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and

(4) Appropriate information as to the steps to be taken if the participant or beneficiary wishes to submit his or her claim for review.

In ERISA cases, the insured bears the initial burden of establishing that the claim falls within the scope of coverage while the insurer has the burden of proving that an exception or limitation applies. *Jenkins v. Montgomery Industries, 77 F.3d 7402 743 (4th Cir. 1996). See Cooper v. Unum Life Ins. Co. of America,* 210 U.S. Dist. LEXIS 141525, 2010 WL 5859544 (E.D. Tenn. Nov. 16, 2010), *citing Caffey v. Unum Life Ins. Co.*, 302 F.302 576, 580 (6th Cir.2002); *Farley v. Benefit Trust Life Ins. Co.*, 979 F.2d 653,658 (8th Cir. 1992); and *Miller v. United Welfare Fund,* 72 F.3d 1066, 1074 (2d Cir. 1995). Here Adam's evidence satisfied his initial burden to prove that he was unable to perform the material and substantial duties of his own occupation. To underscore his disability, Adam received Short Term Disability Benefits which were terminated.

**Background about Adam's Claim**

Adam has been a dedicated employee for Trinity Village. He was a dutiful employee until his medical condition worsened to the point he was unable to work. His treating physicians diagnosed him with chronic hip pain and inflammation. As you state in your letter of December 15, 2021, those were the disabling conditions for which he initially was awarded benefits. Apparently, you decided that Adam's conditions had improved such that he no longer was eligible for short term benefits and his benefits were terminated as of September 4, 2021.

**The Specific Reason Why the Benefits were Terminated.**[2]

On December 15, 2021, your denial letter states that "you have shown the ability to work with the same symptoms for quite some time prior to your date of disability and the medical records do not support ongoing restrictions and limitations that would prevent you from performing the main duties of your own occupation and does not support a Total Disability beyond 9/3/2021."

**Reasons why a Judge Would Rule that the Termination of Adam's Benefits is not the result of a deliberate and principled reasoning process required by ERISA**

**1. The review performed by Lincoln Financial Group in terminating short term disability benefits does not meet the __substantial__ __evidence__ test to deny benefits.**

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." *Bernstein v. CapitalCare, Inc.*, 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence…is evidence which a reasoning mind would accept as sufficient to support a particular conclusion…[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." *LeFebre v. Westinghouse Elec. Corp.*, 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be **__substantial.__** *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

> It is not a deliberate and principled process to give the medical records such a cursory review that the decision to deny benefits is based on things made up out of thin air. Especially when the reviewer is only a disability consultant who doesn't specify the basis of his/her opinion. He/She simply stated his/her conclusion!

---

[2] One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.*, 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California,* 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir. 2004). Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial Group subsequently seek to rely on any reasons not mentioned __in the denial letter,__ benefits should be paid to date and a new appeal allowed.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause **chronic pain is not easily subject to objective verification,** the Plan's decision to conduct **only a file review** supports a finding that the decision-making was **arbitrary and capricious."**

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, **"without ever examining** [the claimant], the Plan should not have made a credibility determination about [the claimant's] **continuous reports of pain.**

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the **treating physicians'** relationship with Ms. Reetz allowed them to **personally observe** the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she **did not personally examine** Ms. Reetz, could not have observed the **fibromyalgia's** effect or assessed Ms. Reetz's credibility. Thus, the court finds that the **treating physicians' medical opinions to be more reliable and probative** of Ms. Reetz's condition than Dr. Khanna's report."

Where the claimant's credibility is a central factor in the disability determination—and particularly where, as here, the claimant's **in-person presentation of symptoms** was credited by the independent medical examiner, Bhupalam--the impressions of **examining doctors sensibly may be given more weight than those who looked only at paper records.** *Gross v. Sun Life Assurance Co. of Canada*, 880 F.3d1, 14 (1st Cir. 2018). That is exactly what happened here. Your nurse disability consultant quickly looked at a few medical records and deemed Adam was now healed.

**2. A Plan may not arbitrarily dismiss subjective evidence.**

*Oliver v. Coca Cola Co.*, 479 F3d 1181, 1197 (11th Cir. 2007). "that a plan administrator had acted **arbitrarily and capriciously in denying benefits** to a claimant who suffered from fibromyalgia and chronic pain syndrome on the ground that he had not provided **"objective" evidence of his pain."**

*Montero v. Bank of Am. Long-Term Disability Plan*, No. 315CV00519RJCDSC, 2016 WL 7444957 at *4(W.D.N.C. Dec.27, 2016) [Defendant Aetna did not adequately **consider or rebut the evidence** Plaintiff provided of disability, and therefore, it decision was not the product of a reasoned and principled process. Due to the **subjective nature** of fibromyalgia symptoms, Plaintiff submitted the best evidence she could to prove her condition.]

*Diaz v. Prudential Ins. Co. of Am.*, 499 F3d 640, 645 (7th Cir. 2007) A claimant's evidence of pain **cannot be discounted simply because it is "self-serving"** or because it is not **"medical" or "neurological" evidence.**

*Lee v. BellSouth Telecommunications, Inc.*, 318 F. App'x. 829, 837 (11th Cir. 2009) the court said: the consistent diagnosis of chronic pain syndrome by Lee's **physicians** along with the consistent observations of physical manifestations of her constitute **objective medical evidence** [to support the award of benefits.] **This is so because much medical evidence, especially as it relates to pain, is inherently "subjective"** in that it cannot be quantifiably measure. Indeed, the **only evidence of a qualifying disability** may sometime be the sort of evidence... characterize[d] as **"subjective," such as physical examinations and medical reports** by physicians, as well as the patient's own reports of his symptoms.

*Lee V. BellSouth Telecomms., Inc.*, 318 Fed. Appx. 829, 837 (11th Cir. 2009). "[t]here is, quite simply, **no laboratory test to diagnose chronic pain syndrome**... Chronic pain syndrome is a **severely debilitating medical condition** that may be fully diagnosed only through **long-term clinical observation."**

> Lincoln Financial Group's reviewer, a nurse disability consultant, does not dispute or disagree with any of Adam's treating physicians' findings and diagnosis. His doctors have determined that he is disabled and they have, at no time, suggested that he was well enough to return to work or that his disabling conditions have stopped. After a cursory review of some medical records, your nurse disability consultant states "the EE has shown ability to work with the same symptoms for quite some time prior to the date of disability. There does not appearing to be any treating providers certifying ongoing disability." Thus the nurse disability consultant believes Adam can now work an 8 hour, 5 day a week, full-time job without any formal limitations. Since it is undisputed from his doctors that his initial conditions still exist, where is the objective evidence that Adam is healed or at least well enough that he can now work 8 hour, 40 hour per week, full-time jobs? The nurse disability consultant provides **no** evidence to support his/her opinion, which is **REQUIRED** by ERISA.

**3. A plan may not arbitrarily dismiss the opinions of the claimant's treating doctors. Black and Decker Disability Plan v. Nord, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).**

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.*, No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you *do* have to explain why when you disagree. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The nurse disability consultant's file review and the denial letter never expressly address why the opinions of Adam's treating doctors were disregarded or discounted. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law. In *Gorski v. ITT Long Term Disability Plan for Salaried Employees,* 314 F. App'x 540, 547-48 (4th Cir. 2008) the Fourth Circuit Court of appeals said:

"The problem with Dr. Soriano's opinion is that Dr. Soriano never explained on what basis he doubted the veracity of Gorski, whom he had never examined...Without such a discussion, Dr. Soriano's report is simply an unreasoned and unexplained rejection of the objective evidence in the record, Gorski's claims regarding her level of pain and functionality, and the opinion of Dr. Huffmon and Faircloth that she was totally disabled. MetLife was not justified in rejecting the opinions of Dr. Faircloth and Hoffman as well as Gorski's statements on the basis of such a flawed report... Thus, it cannot be said that MetLife's decision was "the result of a deliberate, principled reasoning process".

This is what has happened in Adam's case. Your nurse disability consultant does not explain his/her opinion or base it upon facts in the medical records. It's just a conclusion; one not supported by facts.

The facts are: Adam's file shows on 9/1/2021 that his gait was antalgic to the right He reported falls to his providers prior to the 10/13/2021 denial letter. Dr. Ramiro completed an APS on 9/2/2021 certifying Adam's restrictions included prolonged standing/walking, climbing, bending, squatting and that the earliest he could return would be November of 2021. The medical records demonstrate that a labial tear was suspected as early as 7/27/2021 and confirmed by MRI on 11/8/2021. Dr. Ramiro reported that Adam "is extremely unsteady on his feet and has fallen multiple times, the last fall he actually broke a tooth". Finally, Dr. Pennington wrote in his letter dated 11/18/2021 that Mr. Bobb cannot work due to his hip pain and should receive disability until it is repaired. By definition, his doctor is certifying disability.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DePerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a nurse disability consultant employed by Lincoln Financial Group, who has never seen Adam, to determine on the basis of medical records alone that he is no longer disabled and can work a full-time job.

**"Hartford engages in the logical fallacy sometimes called the red herring. The fallacy occurs when the proponent introduces a new issue, usually one the proponent is prepared to address, in an attempt to distract or avoid the subject or topic of discussion.** Tobin claimed disability from fibromyalgia. By pointing to a lack of evidence to support a different cause of disability, Hartford **distracts from or avoids addressing** the question of whether Tobin is disabled by fibromyalgia. For example, when Dr. Payne concluded that Tobin's file contains no objective evidence to support an impairment related to any rheumatologically processes, he does not address whether Tobin has functional impairments from her fibromyalgia. Critically, neither Dr. Payne nor Dr. Brock explained why someone with fibromyalgia would be expected to present evidence of neurological or rheumatological impairments. Without that necessary connection, that a person with fibromyalgia would be expected to have some evidence of neurological or rheumatological impairments, the opinions of Dr. Payne and Brock provide no useful information for Hartford for its decision. "*Tobin v. Hartford Life & Accident Ins. Co.*, 233 F. Supp. 3d 578, 587-88 (W.D. Mich. 2019)

**4. A "Full and Fair Review" of a disability claim must include having the claim Reviewed by Appropriate Medical Specialists.**

"Another indication of the lack of reasoned deliberation arises from Reliance's failure to consult with medical professionals with relevant expertise." *Okuno v. Reliance Standard Life Ins. Co.* (836 F. 2nd 600, 610 (6th Cir. 2016). "While ERISA does not demand an examination by the narrowest of specialists, we have noted its requirement that administrators retain health care professionals in the specific field of medicine at issue. *Okuno*, at 610. The decision by Lincoln Financial to use a nurse disability consultant, whatever that is, demonstrates a lack of full and fair review. Quite simply, this nurse disability consultant is in no way qualified to render an opinion in this case. His/her opinion is at complete odds with the opinions of medical

doctors who happen to be Adam's treating physicians. Even to a lay person, your nurse disability consultant's opinion is completely based on false assumptions. A federal judge would not look kindly on this opinion to deny benefits.

**There has been no significant change in Adam's circumstances despite having proven his claim for benefits for several years ago**

Several insurance companies have tried this before and it does not end well for you.

"When benefits are terminated after being paid, there must be a **significant change** in the claimant's circumstances justifying the administrator's termination of benefits." *Frerichs v. UNUM Life & Acc. Ins. Co.*, 875 F.Supp.2nd 923 (D. Minn. 2012) ; *McOsker v. Paul Revere Life Ins. Co.*, 279 F.3d 586, 589 (8th Cir. 2002); See also ***Saffon v. Wells Fargo & Co. Long Term Disability Plan***, 522 F.3d 863, 871 (9th Cir. 2008) [the Court finds that the previous payment of benefits to Plaintiff, without requiring a showing of "objective medical evidence" suggests Arbitrariness in Aetna's decision to discontinue those benefits.]

The 8th Circuit U.S. Court of Appeals has held that a termination of disability benefits requires a significant change in the information available to the insurer between the granting and terminating of benefits. *Morgan v. UNUM Life Ins. Co. of Am.*, 346 F.3d 1173, 1178 (8th Cir. 2003). In the event that we go to federal court, Arkansas is in the jurisdiction of the 8th Circuit appeals court. Another 8th Circuit appellate case is *Walke v. Group Long Term Disability Ins.* 256 F.3d 835,840 (8th Cir. 2001). In *Walke*, the insured's symptoms subsided after he quit work, but the Court held that the improvement –which could be attributed to the elimination of job stress- was not a change of circumstances that warranted termination of benefits. Adam's conditions and limitations are well documented in his medical records. These medical problems have not gone away. He has not suddenly gotten well. There is no medical evidence to support that he is well. Your own claim file contains no evidence that Adam no longer suffers from the very same hip problems for which he initially received disability benefits.

5. **Denial/Termination Letters are required to state what further evidence is needed to prove claimant's case.**

Your letter of December 15, 2021 terminating Adam's benefits fails to mention what evidence is needed to prove his case. This is required.

*Leonhardt v. Holden Bus. Forms Co.*, 828 F. Supp. 657, 669 (D. Minn. 1993) [courts have rejected "conclusory statements regarding a claimant's ineligibility or benefits BenePro's failure to **cite specific Plan provisions** denied Leonhardt the "opportunity to **comprehend fully the reason for the denials** and to know what **deficiencies [her application had to] overcome to be successful on appeal."]**

*Jordan v. Northrop Grumman Corp. Welfare Ben. Plan,* 63 F. Supp. 2d 1145, 1163 (C.D. Cal. 1999), *aff'd Jordan*, 370 F.3d 869 ("Where objective evidence is hard to establish, it can hardly

be sufficient for an administrator to point to the absence, provide no way of curing this absence and, then, to deny the claim")

Nor did Sun Life **explain what other evidence it required** to substantiate Young's limitations. *Torgeson v. Unum Life Ins. Co. of Am.*, 466 F. Supp. 2d 1096,1130 (N.D. Iowa 2006) ("it was unreasonable for [administrator] to expect [claimant] to provide 'objective evidence' of fibromyalgia or the limitations caused by that condition when [administrator] **did not provide any adequate explanation of the information it sought**"). *VICKI YOUNG, Plaintiff, v. SUN LIFE AND HEALTH INSURANCE COMPANY, Defendant,* No. 116CV00822LJOJLT, 2018 WL 332911, at *9 (E.D. Cal. Jan. 9, 2018)

**Reasons Why Benefits Should be Awarded**

Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from performing his required job duties and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The objective and subjective evidence **ONLY** supports Adam's claim for disability benefits.

Your denial letter is insufficient. You avoid discussing all the evidence in his favor. You previously awarded him short term disability benefits. The nurse disability consultant's review is terrible and disingenuous. Any Court will give the consultant's review the weight it deserves – 0!! You have a duty and responsibility as a fiduciary to make sure this does not happen to your insured. You should reinstate his benefits immediately, along with back pay and interest. Should you maintain your denial of benefits we will be eager to litigate this in federal court.

**CONCLUSION**

Benefits should be immediately reinstated, past due interest paid and attorney fees reimbursed.

This appeal is being faxed to the above number today.

Sincerely,

Marcus Vaden
Attorney at Law

MV/dd
cc: Adam Bobb

00002 08/25/2025 01282722

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 14, 2022

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 09/03/2021 and have received additional documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to the maximum benefit period of 12/17/2021.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Renita Johnson, DIA
800-423-2765*3165
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

00002 08/25/2025 01282722

REF #13646286

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 15, 2022

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

This letter is to advise your claim for Long Term Disability benefits has been approved.

The policy does have a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 12/15/2021. Your first benefit payment will be issued on 06/15/2022 and will cover the period of disability from 12/15/2021 to 03/15/2022.

Subsequent payments will be issued on or around day 15 of each month. Disability benefits will be payable as long as you continue to meet the terms of the policy.

(If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim. Please complete the enclosed Disability Payment Options form.

## YOUR BENEFIT AMOUNT

Based on the information provided to our office, we have calculated your basic monthly earnings as $2,801.07. Your benefit will equal 60% of your basic monthly earnings in any $100.00 increment, subject to a minimum of $400.00 and maximum of $5,000.00 per month, minus other sources of income. Your monthly benefit will equal $1,400.00. Please see the "Other Sources of Income" portion of this letter for further explanation. The policy under which you are covered also contains a minimum monthly benefit of $50.00 per month.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

00002 08/25/2025 01282722

REF #13646286

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined in the policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by the policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

The policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

The policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

00002 08/25/2025 01282722

REF #13646286

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. Please complete the enclosed Rehabilitation Survey.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. You also can sign up for direct deposit on our website, www.LincolnFinancial.com.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Enclosure(s): REHAB SURVEY
Disability Payment Options Form

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

00002 08/25/2025 01282722

REF #18455485

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 12, 2023

Marcus Vanden Law
Attn: Marcus Vanden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vanden:

We have completed our review of your client's Long Term Disability claim and benefits beyond 12/15/2023 have been denied.

The Policy issued to Trinity Village, Inc. contains, but is not limited to the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
>
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

The Own Occupation Period for this claim will end on 12/15/2023. After a thorough review of the information currently contained in Mr. Bobb's claim file, we have determined he is capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**Information review and action taken**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

00002 08/25/2025 01282722

REF #18455485

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

We evaluated current information from your client's physician(s), as well as other sources, including vocational information. The documentation contained in your client's claim file includes the following:

*Attending Physician's Statement completed by Dr. Mark Ramiro on 07/08/2021
*Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 08/23/2021
*Office and treatment notes from Ashely Huber MA dated 09/01/2021
*Office and treatment notes from Dr. Kerry Pennington dated 10/25/2021 to 08/25/2022
*External Peer Evaluation completed by Dr. Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation, on 12/07/2022

According to the information contained in Mr. Bobb's file, he stopped working as of 06/17/2021 due to a diagnosis of other chronic pain and unilateral primary osteoarthritis right hip.

Mr. Bobb was seen by Dr. Mark Ramiro on 06/07/2021 for complaints of right hip pain, he was compliant with taking his prescribed medications. Dr. Ramiro prescribed meloxicam, acetaminophen-codeine, amlodipine, and hydrochlorothiazide. He was to follow-up in 2 months.

On 06/18/2021 Mr. Bobb was seen by Dr. Mark Ramiro for right hip pain, right groin pain, and complaints that he burned the bottom of his right foot, so he was limping and caused more pain. Dr. Ramiro prescribed Silvadene topical cream and Mr. Bobb was to follow-up as previously scheduled.

Medical records indicate your client was seen by Dr. Doug Coleman on 06/28/2021 for a follow-up of wound to the right foot and right-side pain. Mr. Bobb indicated that his foot was healing, but he could not use the Silvadene cream as it made his foot swelled up, so he stopped using it. He also advised he tried taking steroids for his hip pain, but could not tell a difference, he wakes up with a tightness in his groin, and his wife indicated there was a section in his back that was hurting. Dr. Coleman advised your client was to follow-up in 1 week.

Dr. Mark Ramiro completed an Attending Physician's Statement on 07/08/2021 on which he indicated your client was unable to work due to a diagnosis of right hip pain, tendonitis, and bursitis. He was given restrictions and limitations of avoid prolonged standing, walking, and lifting. Treatment included medication and physical therapy with an estimated return to work around 09/08/2021.

On 07/27/2021 your client was seen by Dr. Mark Ramiro for a follow-up visit for his right hip. He was previously prescribed physical therapy and acetaminophen-codeine. Mr. Bobb indicated that he was going to physical therapy up until 07/27/2021, but the pain was so bad that he couldn't do it and therapy itself was painful. Dr. Ramiro reviewed the physical therapy notes and advised there was a possible labral tear, Mr. Bobb advised that the therapist indicated that they couldn't help, and PT wouldn't fix it. Dr. Ramiro advised to continue his currently prescribed medications, and follow-up as previously scheduled on 08/11/2021.

Medical records indicate that Mr. Bobb was seen by Ashley Huber MA on 09/01/2021 for an initial evaluation of right hip pain that had been going on for over a year. He had severe right leg weakness and was extremely unsteady on his feet with multiple falls. Mr. Bobb had history or hypertension and had previously had a stroke. Ms. Huber ordered an MRI of the right pelvis and Mr. Bobb was to follow-up once the imaging is completed.

Mr. Bobb was seen by Dr. Kerry Pennington on 10/25/2021 for a new patient evaluation for his chronic right hip pain. He was told in the past workup that he had arthritis of the hip and lumbar spine; Dr. Pollard considered him to have a torn labrum to be a very real possibility. Dr. Pennington advised to take ibuprofen 600 3 times per day and tramadol 50 every 6 hours when necessary. Mr. Bobb was to follow-up in 3 months.

An MRI of the right hip on 11/08/2021 showed a tear of the right anterior superior labrum between the 2:00 to 3:00 positions.

Medical records indicate that Mr. Bobb was seen by Dr. Kerry Pennington on 03/08/2022 for a follow-up of right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical pain. Your client was being seen at by orthopedic surgery at UAMS and they were planning on labral surgery in the future. He had steroid injections in his neck which had helped. Dr. Pennington advised Mr. Bobb to continue tizanidine as needed, hydrocodone-acetaminophen as needed, and continue to follow-up with UAMS orthopedics.

On 08/25/2022 Mr. Bobb had a follow-up appointment with Dr. Kerry Pennington for his low back pain that was chronic. He was being seen by a pain physician and steroid shots had helped, but since he lost his insurance, he was no longer able to see them. Mr. Bobb advised he continued to have hip pain and could have it repaired but refused to have surgery. Dr. Pennington refilled your medications and encouraged you to proceed with surgical repair if that I what was recommended by orthopedists. Your duloxetine was increased to 60mg. He was to follow-up in 4 months.

Based upon the medical records received, your client's file was sent for an External Peer Evaluation completed by Dr. Eric Finkelstein on 12/07/2022. Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb would have the following restrictions and limitations; he could constantly sit, occasionally stand, and walk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs with use of handrails, but could never balance, stoop, bend, kneel, crouch, crawl, climb a ladder, or work at unprotected heights. These restrictions were permanent.

The above listed restrictions and limitations would preclude Mr. Bobb from returning to work in his own occupation but would not preclude him from returning to work in any occupation.

We reviewed your client's past training, education and work experience to evaluate his capacity to perform work-related activity. The documentation provided suggests Mr. Bobb is not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.
Using *The Dictionary of Occupational Titles* as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 379.367-010 | Surveillance-System Monitor | $2,953.60/Month | Sedentary |
| 2. 235.662-022 | Telephone Operator | $2,513.33/Month | Sedentary |

The preceding list is just a sample of various jobs that your client shows transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your client's age, education, training, past work experience and his current abilities, that Mr. Bobb is not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation. Therefore, Mr. Bobb no longer meets the definition of disability in this policy and benefits will be denied as of 12/15/2023. Your client's payment for benefits through 12/15/2023 is being sent under separate cover.

Your client's Social Security information was requested on 02/17/2023; however, to date we have not received this information. Therefore, our decision was based on the information provided, as detailed previously in this letter.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337

00002 08/25/2025 01282722

REF #18455485

Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

REF #18455485

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Koji̜' hódíílnih áo̜i̜óóo̜éą̜ą́o̜ąíę́ę.

00002 08/25/2025 01282722

NOV 13 2023

MV
MARCUS VADEN
LAW

November 8, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |
| | Date Appeal Due: | November 8, 2023 |

**THIS IS AN APPEAL**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Long Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter dated May 12, 2023, terminating his long term disability benefits--denying his claim seven months into the future. Since that time, his health has continued to decline. On November 1, 2023, I sent a request (via fax) that you provide me with the entire claim file on Mr. Bobb so that I may review all information relevant to his claim. Although I have not yet received his claim file, I have reviewed his medical records and his denial letter.

One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.,* 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California,* 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.,* 378 F.3d 113, 130 (1st Cir. 2004).

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial Group subsequently seek to rely on any reasons not mentioned in the denial letter, benefits should be paid to date and a new appeal allowed.

This appeal will address how Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest, and attorney's fees.

**Summary of Applicable Law**

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker, Disability Plan v. Nord,* 538 U.S. 822, 830 (2003). ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins. Co v. Glenn,* 554 U.S. 105, 115 (2008) (emphasis added).

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.,* 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.,* 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.,* 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.,* 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett,* 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell,* 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.,* 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.,* 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012)

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." Bernstein v. CapitalCare, Inc., 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence...is evidence which a reasoning mind would accept as sufficient to support a particular conclusion...[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." LeFebre v. Westinghouse Elec. Corp., 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be <u>substantial</u>. *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

**Reasons this Decision to Terminate Benefits Violates ERISA**

**1. It is irrational to make a decision to terminate benefits based on a person's ability to function in a work setting due to their condition and limitations seven (7) months into the future.**

In the decision letter dated May 12, 2023, Lincoln Financial stated the decision to terminate benefits was based on a change in definition of disability that would not go into effect until December 15, 2023. Lincoln Financial claimed to believe that seven (7) months into the future, Adam would have the ability to perform other occupations. This illogical decision was based purely on speculation rather than evidence, as there is no scientific way to determine Adam's future health and limitations months in advance.

Not only did the prematurity of this decision deprive Adam of the benefit of months of treatment records, but it appears that no records from 2023 were considered in this decision at all. The restrictions and limitations upon which the decision is based were provided in a mere file review dated December 7, 2022—over a year prior to the date of change in definition of disability. In fact, it appears that Lincoln Financial chose to send Adam's outdated file out for an external peer review rather than to make any attempt to obtain updated records from his providers after August 25, 2022.

This is clearly not the result of a deliberate, principled reasoning process based on substantial evidence. Rather, this decision appears to have been made early in order to base it on as little evidence as possible.

**2. A plan may not arbitrarily dismiss the opinions of the claimant's treating doctors.**[1]

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.,* No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you *do* have to explain why when you disagree. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The denial letter never expressly addresses why the opinions of Adam's treating doctors were disregarded or discounted, or why they made a decision that would not allow for the consideration of up-to-date treatment records and opinions. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DePerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a disability consultant employed by Lincoln Financial

---

[1] *Black and Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).

Group, who has never seen Adam, to determine on the basis of outdated medical records alone that he is no longer disabled and can work a full-time job.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause chronic pain is not easily subject to objective verification, the Plan's decision to conduct only a file review supports a finding that the decision-making was arbitrary and capricious."

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, "without ever examining [the claimant], the Plan should not have made a credibility determination about [the claimant's] continuous reports of pain.

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the treating physicians' relationship with Ms. Reetz allowed them to personally observe the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she did not personally examine Ms. Reetz, could not have observed the fibromyalgia's effect, or assessed Ms. Reetz's credibility. Thus, the court finds that the treating physicians' medical opinions to be more reliable and probative of Ms. Reetz's condition than Dr. Khanna's report."

The decision letter does not reference any treatment records after his August 25, 2022, appointment with Dr. Pennington. On September 6, 2022, Dr. Pennington wrote:

> "I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues."

This opinion, submitted as part of his Social Security disability claim, is based on years of firsthand observations while treating Adam. I am including the above letter, as well as updated records from Mainline Health Systems, Jefferson Regional Medical Center, UAMS Orthopedic Clinic, and Arkansas Spine and Pain as attachments with this appeal. Additionally, <u>I am continuing to request updated records up until 12/15/2023,</u> as that is the medical evidence required to determine his functional capacity as of that date.

**3. A Plan <u>may not</u> arbitrarily dismiss subjective evidence.**

Consideration of all of Adam's treatment records from December 2021 to December 2023 is crucial for a full and fair review of this claim. Yet, as you will see from the long list of attachments at the end of this appeal, the restrictions and limitations relied upon in this decision are not supported by Adam's treatment history. There is a long list of exam findings that reflect pain hip and back pain. His treatment providers appear to believe his reported symptoms, including pain with continuous sitting and standing.

*Lee v. BellSouth Telecommunications, Inc.*, 318 F. App'x. 829, 837 (11th Cir. 2009) the court said: the consistent diagnosis of chronic pain syndrome by Lee's **physicians** along with the consistent observations of physical manifestations of her constitute **objective medical evidence** [to support the award of benefits.] **This is so because much medical evidence, especially as it relates to pain, is inherently "subjective"** in that it cannot be quantifiably measure. Indeed, the **only evidence of a qualifying disability** may sometime be the sort of evidence... characterize[d] as **"subjective," such as physical examinations and medical reports** by physicians, as well as the patient's own reports of his symptoms.

*Oliver v. Coca Cola Co.*, 479 F3d 1181, 1197 (11th Cir. 2007). "that a plan administrator had acted **arbitrarily and capriciously in denying benefits** to a claimant who suffered from fibromyalgia and chronic pain syndrome on the ground that he had not provided **"objective" evidence of his pain."**

*Lee V. BellSouth Telecomms., Inc.*, 318 Fed. Appx. 829, 837 (11th Cir. 2009). "[t]here is, quite simply, **no laboratory test to diagnose chronic pain syndrome**... Chronic pain syndrome is a **severely debilitating medical condition** that may be fully diagnosed only through **long-term clinical observation."**

**Conclusion**

Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from working and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The conclusion that he can perform another occupation is not based on evidence, as occupational analysis cannot be properly performed without an accurate assessment of his current functioning. The objective and subjective evidence supports Adam's claim for disability benefits, even after the definition of disability change in his policy.

Benefits should be immediately reinstated and attorney fees reimbursed. Should you maintain your denial of benefits we will be eager to litigate this in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

**Attachments**

1. UAMS Orthopedic Clinic – Colonel Glenn
    - 12/16/2021 (Michael D. Cassat, M.D): The patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine.
    - 12/16/2021 (Mary M. Cornaghie, M.D.): New Patient. Diagnosis: right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity. **Exam:** Right Hip: Limited flexion or extension with pain. Pain with range of motion. MRI of the right hip shows evidence of a superior labral tear. **Positive** FABERS Test. **Positive** Grind test. Assessment and Plan: 38 y.o. male who sustained a right hip superior labral tear plan for a diagnostic injection to the right hip. He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks.
    - 12/16/2021 (Lawrence O'Malley, M.D.): I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note.

2. Jefferson Regional Medical Center
    - 12/27/2021 (David G. Jong, M.D.): **MRI of Lumbar Spine:** Findings: At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.
    - 2/9/2022 (William Deaton, MD): **MRI of Cervical Spine**: Impression: At C6-7 there is **diffuse disc bulge** and **bony spur**. There is moderate to severe left foraminal stenosis. At C5-6 there is minimal **disc bulge**. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis.

3. Arkansas Spine and Pain - Jacksonville
    - 1/25/2022 (John Brown, M.D.): New Patient Consult: Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8. Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped. Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or

evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities. **Exam:** Cervical Spine: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical. Lumbar Spine: Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild. There is pain noted with lumbar extension. Left lateral flexion of the lumbar spine is noted to be 20 degrees. Left lateral flexion causes pain. Right lateral flexion of the lumbar spine is noted to be 20 degrees. Right lateral flexion reveals pain.

- 1/25/2022 (John Brown, M.D): **Procedure:** Trigger Point Injections. Pre-procedure/post-procedure diagnosis: myofascial cervical pain and chronic pain syndrome.
- 1/25/2022 (John Brown, M.D.): Physical Therapy Order: Diagnoses: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A). Instructions: 3x/week for 4 weeks.
- 2/21/2022 (John Brown, M.D.): **Exam**: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Lumbar Spine: Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. **Positive** stress testing, **positive** iliac compression testing, **positive** Patrick's test.
- 3/23/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/13/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/18/2022 (John Brown, M.D.): **Exam:** Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is

noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Minimal tenderness. Previous right SIJ injections helpful. Elevated the blood pressure a little. Still benefitting from the hydrocodone. Tolerated well.

- 6/8/2022 (John Brown, M.D.): Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching. Continue Tizanidine 4mg (1/day), Hydrocodone 5mg-acetaminophen 325mg (2x/day).
- 10/5/2022 (John Brown, M.D.): Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

4. Mainline Health Systems
    - 9/6/2022 (Kerry Pennington, M.D.): Opinion letter.
    - 2/27/2023 (Kerry Pennington, M.D.): Treatment: 1. Essential Hypertension. Continue amlodipine, hydrochlorothiazide. Start Carvedilol, clonidine HCL.2. Other chronic pain. Continue follow-up with pain clinic as directed. 3. Primary Insomnia. Start trazadone 100mg. 4. PTSD. 5. General Anxiety Disorder. 6. Major depressive disorder, recurrent episode, moderate. 7. Primary arthritis involving multiple joints. Continue current care and stay active without overuse. 8. Hyperglycemia. A1C 6.1.

5. Updated Information regarding claimant's pending Social Security case.
    - Your denial letter dated 5/12/2023 stated "Your client's Social Security information was requested on 2/17/2023; however, to date we have not received this information."
    - 4/3/2023: Email response from my assistant sent to Lakesha Spears at Lincoln Financial Group updated her of the status of Adam Bobb's SSDI claim with 4/4/2023 reply from Lakesha thanking us for the update.
    - 10/16/2023: Confirmation from SSA of receipt of Request for Hearing.

00002 08/25/2025 01282722

# TX Result Report

P 1
11/08/2023 12:50
Serial No. AA2J011020699
TC: 29382

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 14023611460 | 11-08 11:57 | 00:01:21 | 002/069 | T-42 | |
| 14023611460 | 11-08 12:02 | 00:01:38 | 002/069 | T-42 | |
| 14023611460 | 11-08 12:07 | 00:02:00 | 003/069 | T-42 | |
| 14023611460 | 11-08 12:12 | 00:38:07 | 062/069 | OK | |

Note TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin,
IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over,
POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

MV
MARCUS VADEN
LAW

## FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**
**The Lincoln National Life Insurance Company**
Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 000010201375000000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

00002 08/25/2025 01282722

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**

**The Lincoln National Life Insurance Company**

Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 00001020137500000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

Subject **RE: Claim# 1220024325 Adam Bobb**
From Spears, Lakesha <Lakesha.Spears@lfg.com>
To mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
Date 2023-04-04 6:15 am

Hello Maria,

Thank you for the update.

Best,

Lakesha

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

00002 08/25/2025 01282722

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 13, 2024

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

Thank you for the opportunity to review your client's Long Term Disability claim once again in its entirety. We have reviewed all of the information submitted, and after further analysis of your client's claim, we have decided that disability benefits are appropriate at this time.

Your client's claim file has been returned to a Long Term Disability Benefit Specialist for further handling to include the verification and release of your client's benefit payment. Your client's Benefit Specialist will advise you if any additional or further information is necessary. Please allow them a few business days to review the appeal decision and rationale prior to reaching out to your office.

Please note that this policy does offset for "Other Income Benefits". Other Sources of Income include, but are not limited to: Social Security, Worker's Compensation, State Disability Income, Pension or Retirement Income and Part-time earnings.

If your client is currently receiving any other income sources, you are required to notify our office immediately and send us copies of your client's award letters. Please note your client's benefit payment could be delayed if this information is not forwarded to our office.

Please understand that our company's obligation to continue to make benefit payments is contingent upon satisfaction of the terms of the policy. This is not a guarantee of unlimited benefits. We will periodically require updated medical documentation, which must support an ongoing disability for your client to continue to receive these benefits.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

We are happy to make a favorable determination concerning your client's Long Term Disability claim. Thank you for your cooperation and assistance in providing us with the information that was necessary for us to make this decision.

Please contact me directly at the number below with any questions you may have or email us at Claims@LFG.com.

Sincerely,

Amber Cronican
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

REF #27545054

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 24, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We have completed our review of your client's Long Term Disability claim and benefits beyond 12/26/2024 have been denied.

The Policy issued to Trinity Village, Inc. contains, but is not limited to the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

The Own Occupation Period for this claim ended on 12/15/2023. After a thorough review of the information currently contained in your client's claim file, we have determined he is capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**Information review and action taken**

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

00002 08/25/2025 01282722

REF #27545054

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

We evaluated current information from your client's physician(s), as well as other sources, including vocational information. The documentation contained in your client's claim file includes the following:

*Attending Physician's Statement completed by Dr. Mark Ramiro on 07/08/2021
*Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 08/23/2021
*Office and treatment notes from Ashely Huber MA dated 09/01/2021
*Office and treatment notes from Dr. Kerry Pennington dated 10/25/2021 to 08/25/2022
*External Peer Evaluation completed by Dr. Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation, on 12/07/2022
*Office and treatment notes from Dr. John Brown dated 04/11/2024 to 09/12/2024
*Office and treatment notes from Anthony Rodriguez 05/06/2024 to 09/27/2024
*Office and treatment notes from Matthew Wood APRN dated 05/06/2024 to 07/01/2024
*External Peer Evaluation completed by Dr. Solomon Rojhani, Board-Certified in Physical Medicine and Rehabilitation Pain Medicine, on 11/22/2024
*External Peer Evaluation completed by Dr. Andre Akhondi, Board-Certified in Cardiovascular Disease, on 12/13/2024

According to the information contained in Mr. Bobb's file, he stopped working as of 06/17/2021 due to a diagnosis of other chronic pain and unilateral primary osteoarthritis right hip.

Mr. Bobb was seen by Dr. Mark Ramiro on 06/07/2021 for complaints of right hip pain, he was compliant with taking his prescribed medications. Dr. Ramiro prescribed meloxicam, acetaminophen-codeine, amlodipine, and hydrochlorothiazide. He was to follow-up in 2 months.

On 06/18/2021 Mr. Bobb was seen by Dr. Mark Ramiro for right hip pain, right groin pain, and complaints that he burned the bottom of his right foot, so he was limping and caused more pain. Dr. Ramiro prescribed Silvadene topical cream and Mr. Bobb was to follow-up as previously scheduled.

Medical records indicate your client was seen by Dr. Doug Coleman on 06/28/2021 for a follow-up of wound to the right foot and right-side pain. Mr. Bobb indicated that his foot was healing, but he could not use the Silvadene cream as it made his foot swelled up, so he stopped using it. He also advised he tried taking steroids for his hip pain, but could not tell a difference, he wakes up with a tightness in his groin, and his wife indicated there was a section in his back that was hurting. Dr. Coleman advised your client was to follow-up in 1 week.

Dr. Mark Ramiro completed an Attending Physician's Statement on 07/08/2021 on which he indicated your client was unable to work due to a diagnosis of right hip pain, tendonitis, and bursitis. He was given restrictions and limitations of avoid prolonged standing, walking, and lifting. Treatment included medication and physical therapy with an estimated return to work around 09/08/2021.

On 07/27/2021 your client was seen by Dr. Mark Ramiro for a follow-up visit for his right hip. He was previously prescribed physical therapy and acetaminophen-codeine. Mr. Bobb indicated that he was going to physical therapy up until 07/27/2021, but the pain was so bad that he couldn't do it and therapy itself was painful. Dr. Ramiro reviewed the physical therapy

notes and advised there was a possible labral tear, Mr. Bobb advised that the therapist indicated that they couldn't help, and PT wouldn't fix it. Dr. Ramiro advised to continue his currently prescribed medications, and follow-up as previously scheduled on 08/11/2021.

Medical records indicate that Mr. Bobb was seen by Ashley Huber MA on 09/01/2021 for an initial evaluation of right hip pain that had been going on for over a year. He had severe right leg weakness and was extremely unsteady on his feet with multiple falls. Mr. Bobb had history or hypertension and had previously had a stroke. Ms. Huber ordered an MRI of the right pelvis and Mr. Bobb was to follow-up once the imaging is completed.

Mr. Bobb was seen by Dr. Kerry Pennington on 10/25/2021 for a new patient evaluation for his chronic right hip pain. He was told in the past workup that he had arthritis of the hip and lumbar spine; Dr. Pollard considered him to have a torn labrum to be a very real possibility. Dr. Pennington advised to take ibuprofen 600 3 times per day and tramadol 50 every 6 hours when necessary. Mr. Bobb was to follow-up in 3 months.

An MRI of the right hip on 11/08/2021 showed a tear of the right anterior superior labrum between the 2:00 to 3:00 positions.

Medical records indicate that Mr. Bobb was seen by Dr. Kerry Pennington on 03/08/2022 for a follow-up of right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical pain. Your client was being seen at by orthopedic surgery at UAMS and they were planning on labral surgery in the future. He had steroid injections in his neck which had helped. Dr. Pennington advised Mr. Bobb to continue tizanidine as needed, hydrocodoneacetaminophen as needed, and continue to follow-up with UAMS orthopedics.

On 08/25/2022 Mr. Bobb had a follow-up appointment with Dr. Kerry Pennington for his low back pain that was chronic. He was being seen by a pain physician and steroid shots had helped, but since he lost his insurance, he was no longer able to see them. Mr. Bobb advised he continued to have hip pain and could have it repaired but refused to have surgery. Dr. Pennington refilled your medications and encouraged you to proceed with surgical repair if that I what was recommended by orthopedists. Your duloxetine was increased to 60mg. He was to follow-up in 4 months.

Based upon the medical records received, your client's file was sent for an External Peer Evaluation completed by Dr. Eric Finkelstein on 12/07/2022. Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb would have the following restrictions and limitations; he could constantly sit, occasionally stand, and walk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs with use of handrails, but could never balance, stoop, bend, kneel, crouch, crawl, climb a ladder, or work at unprotected heights.

On 05/06/2024 Mr. Bobb was seen by Anthony Rodriguez APRN to discuss changing his anxiety medications. Mr. Bobb had a history of chronic back pain so he was previously started on Cymbalta. He was taking Paxil and Cymbalta with no relief of his anxiety, he is also noted to be a chronic every day smoker. Mr. Rodriguez spoke with Mr. Bobb's cardiologist to discuss medications to treat his anxiety as well as his cravings for cigarette use. Mr. Rodriguez agreed to prescribe Wellbutrin and nicotine gum which Mr. Bobb could get over the counter. Mr. Bobb was to stop Paxil and increase his Cymbalta.

Mr. Bobb was seen by Matthew Wood APRN on 05/06/2024 for complaints of chest discomfort, heart burn, and anxiety. He spoke with his psychiatrist and it was not recommended to change medications until they spoke with Mr. Wood. An EKG was completed which showed normal sinus rhythm. Mr. Wood prescribed Protonix, referred to gastrointestinal for an EGD, and scheduled an ultrasound of the gallbladder. Mr. Bobb was to follow-up with his primary care physician for generalized anxiety treatment.

Mr. Bobb's claim was overturned on appeal on 05/13/2024.

An ultrasound of Mr. Bobb's abdomen on 05/30/2024 showed diffuse hepatic stenosis with no evidence of any acute abnormality within the upper abdomen.

On 07/01/2024 Mr. Bobb was seen by Matthew Wood APRN for a two month follow-up, he indicated that he underwent the ultrasound which showed diffuse hepatic stenosis which was previously known by Dr. Samad, but he had not heard from their office. Mr. Bobb followed-up with his primary care office for his generalized anxiety and was advised to stop Duloxetine and it was changed to Wellbutrin. Mr. Bobb had not completed a sleep study, but his wife reported continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes. Mr. Wood advised Mr. Bobb to continue his medications as previously prescribed, he was to schedule a sleep study, and he resent the referral to Dr. Samad for an EGD evaluation. He was to return to the clinic in three months.

Mr. Bobb was seen by Dr. John Brown on 07/16/2024 for a follow-up of chronic pain syndrome. Mr. Bobb advised that the increase in gabapentin has helped and denied any new medication side effects. Dr. Brown advised Mr. Bobb to continue on his current medication regimen and was advised to follow-up in two months.

Medical records indicate that Mr. Bobb was seen by Anthony Rodriguez APRN on 09/06/2024 for an annual check-up. He had complaints of left knee and ankle pain for the past 6 months. He heard occasional "popping" when ambulating. He was due for blood work and reported an inability to work due to chronic pain while standing for extended periods. Mr. Rodriguez ordered an x-ray of the left knee which was normal. He ordered physical therapy for Mr. Bobb and drew blood for lab work.

On 09/09/2024 Mr. Bobb was seen by Anthony Rodriguez APRN after receiving a critical value of an elevated glucose with no prior diagnosis of diabetes. Mr. Bobb advised he could not stay on his feet very long without being in pain. Mr. Rodriguez prescribed metformin 500mg twice daily and advised Mr. Bobb to start testing his glucose levels. He was to return in 2 weeks with a log.

Medical records indicate that Mr. Bobb was seen by Dr. John Brown on 09/12/2024 for chronic pain syndrome. He indicated that they pain medications were doing well, but he had been diagnosed with diabetes. Dr. Brown advised Mr. Bobb to continue the current medications as prescribed, and he was to return to the clinic in two months.

Mr. Bobb was seen on 09/27/2024 by Anthony Rodriguez APRN for lab work. Based upon the blood work, Mr. Bobb was advised to increase your insulin by 2 units and take over the weekend with a return to office for another fasting glucose check in a week. He was to increase his metformin to 1000mg.

Based upon the medical records received, Mr. Bobb's file was sent for an External Peer Evaluation completed by Dr. Solomon Rojhani on 11/22/2024. Dr. Rojhani opined that Mr. Bobb has been experiencing chronic neck and low back pain secondary to cervical and lumbar disc degeneration. He was also experiencing chronic right hip pain secondary to right hip labral tear and right hip osteoarthritis. Due to this he would have the following restrictions and limitations; he could constantly sit with the ability to reposition as needed to relieve pressure and pain. He could frequently stand, walk, and use his left upper extremity for fine manipulation as well as simple/firm grasping. He could occasionally lift, carry, push, and pull up to 20 pounds; he could occasionally climb stairs, bend, balance, stoop, kneel, crouch, reach overhead and below waist levels. He had no restrictions in his ability to reach to desk level, use his lower extremities for foot controls, use his right upper extremity to fine manipulate, simple/firm grasp. He could not climb ladders, work at unprotected heights, or operate heavy machinery.

Mr. Bobb's file was also sent for an External Peer Evaluation completed by Dr. Andre Akhondi on 12/13/2024. Dr. Akhondi opined Mr. Bobb's diagnostic and clinical findings were all normal with normal blood pressure and no symptoms of angina. There was no objective medical documentation provided to support a cardiac impairment warranting functional impairment with restrictions and limitations.

Based upon the above listed restrictions and limitations, Mr. Bobb would be precluded from performing work in his own occupation; however, he would not be precluded from working in other occupations.

We reviewed your client's past training, education and work experience to evaluate his capacity to perform work-related activity. The documentation provided suggests he is not limited from working in a light work capacity. The definition of light work capacity, as defined by the Department of Labor, is:

Light work requires walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), exertion up to 10 lbs. frequently (34-66%) and a negligible degree of exertion constantly (67-100%).

Using *The Dictionary of Occupational Titles* as a reference, we found that your client would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 372.667-030 | Gate Guard | $3,088.80/Month | Light |
| 2. 379.367-010 | Surveillance-System Monitor | $3,267.33/Month | Sedentary |
| 3. 706.687-010 | Assembler, Production | $3,120.00/Month | Light |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your client's age, education, training, past work experience and your current abilities, that Mr. Bobb is not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation. Therefore, Mr. Bobb no longer meets the definition of disability in this policy and benefits will be denied as of 12/26/2024. Your client's payment for benefits through 12/26/2024 is being sent under separate cover.

Your client's Social Security information was requested on 05/20/2024; however, to date we have not received this information. Therefore, our decision was based on the information provided, as detailed previously in this letter.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna K
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

REF #27545054

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló. Kojį' hódíílnih áǫįóóǫéą́ą́ǫąíę́ę.

From: 00002 08/25/2025 01282722
12/09/2024 08:08 #245 P.001/002

MV
MARCUS VADEN
LAW

# FAX

808 South German Lane, Suite 102 • Conway, AR 72034

---

Date: December 9, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

Attn: Brianna Kane, LTD Claims Specialist

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Policyholder: Trinity Village, Inc
Policy Number: 0001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**Comments: Please find attached prescription for cane issued 9/13/2024.**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

00002 08/25/2025 01282722

From: 11/06/2024 16:34 #225 P.001/057

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: November 6, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

Attn: Brianna Kane, LTD Claims Specialist

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Policyholder: Trinity Village, Inc
Policy Number: 0001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**Comments:** Please find attached correspondence and updated medical records from Arkansas Spine and Pain, Southern Arkansas Cardiology, and Mainline Health.

**Total Pages including this cover sheet: 57**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

00002 08/25/2025 01282722

From: 11/06/2024 16:34 #225 P.002/057

MV
MARCUS VADEN
LAW

November 6, 2024

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

*Via Email: DisabilityClaims@lfg.com*
*Via Facsimile: (877) 843-3950*

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Kane:

Please find attached the updated medical records requested in your letter dated 10/8/2024. Although your letter only asks for records dated 6/1/2024 to present, we have included several dates of service prior to that which our records indicate you do not have.

Please find attached the following records:

- Arkansas Spine and Pain: 1/11/2024 to 9/12/2024 — 26 pages
- Southern Arkansas Cardiology: 5/6/2024 to 10/1/2024 — 8 pages
- Mainline Health: 5/6/2024 to 10/1/2024 — 21 pages

In addition, the claimant reports that Mainline Health called in an order for a cane to Mallard's Medical Supply in Warren, AR on 9/13/2024. As this was not included in the office visit notes we received, my office has sent a new request for documentation regarding Mr. Bobb's cane.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-21-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days., Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1



back to top

Bobb, Adam Male 07-20-1983 542210240001352

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by***



back to top

Bobb, Adam Male

***the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Positive stress testing, positive iliac compression testing, positive patricks test***

**Lab Order**
**Order No: SCL025181 Dated: 02-21-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL025193 Dated: 02-21-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without - results pending

Schedule right SIJ injection in White Hall

Has RX for PT for neck and lower back. He will do that soon.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

Medication

-Refill Norco 5 #60

UDS - negative POC. Confirmation ordered



back to top

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-21-2022.*



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

## Physical Therapy Order

**Patient:** Adam Bobb
**DOB:**
**Address:**

**Ordered on:** 01-25-2022

**Home Phone:**
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)
Lumbar degenerative disc disease (M51.36)
Chronic right hip pain (M25.551)
Cervical spondylosis (M47.812)
Cervical myofascial pain syndrome (M79.18)
Labral tear of right hip joint (S73.191A)

**Instructions:**
Physical Therapy and evaluate and treat: 3x/wk for 4 weeks

John M Brown , DO



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

04221024000135 2

Arkansas Spine and Pain
CENTER OF EXCELLENCE
5700 West Markham Street, Little Rock AR 72205 - 3328
Tel: 501 227-0184 , Fax: 501-227-0187

**Urine Definitive/Confirmatory Drug Testing Order Form**

**PATIENT DEMOGRAPHICS**
**Patient:** Adam Bobb
**Age/Sex:** Male 38 year
**Date:** 01-25-2022

**GUARANTOR & INSURANCE INFORMATION**
**Insurance:** Medicaid
**Guarantor:** Bobb Adam

Rationale for confirmatory drug testing is that the Patient has a chronic pain and is with ORT considered to be low.

**Urine Definitive/Confirmatory Drug Testing Orders**

1. asap confirmation on lcms full panel

**The above definitive/confirmatory tests are reasonable and necessary for the following:**

1. New patient testing as part of history and exam to support initial treatment decisions

**Summary of Definitive Drug Tests Results**

1. results as expected = consistent with history and 1-prescribed medication(s)

**Treatment Plan after UDS Confirmation**

1. based on definitive drug test results and clinical evaluation, continue medications as prescribed

**Diagnosis:** Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A), Cervicalgia (M54.2), Encounter for long-term (current) use of other medications (Z79.899), Cervical radiculopathy (M54.12)

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Disclosure:
AB 130D Ammended Labor Code 5703, requires all physician statements and reports to include the following as a condition of admission and payment: I have not Violated Labor Code section 139.3 and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Dated this 01-27-2022 at Alameda County, California.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

042210240001352

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb

**MR#** SCL39265

**Date of Operation:** 01-25-2022

**DOB:**

**Trigger Point Injection(s)**

**Pre-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Post-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Procedure:** **Trigger Point Injection(s)**

**Attending Doctor:** Mr. John Brown, M.D.

**Anesthesia:** Local

**Description of Procedure:** After informed consent was obtained, the area of interest was palpated and the trigger points were identified and marked. There was/were a total of 4 site(s). These were located at the trapezius muscle and lower cervical paraspinal area musculature. After prepping and draping the area in the usual sterile fashion a 25 guage 1 1/2 inch needle was used to inject a total of of 1% lidocaine 1 ml / 4 mg dexamethasone distributed equally at each of the previously described site. There was no heme or paresthesias, nor air elicited from at any location (injections over lung areas). The patient tolerated the procedure well, all needles were removed intact. Hemostasis was maintained, and there were no paresthesias or complications.

Ultrasound Guidance: No

**Disposition:** After a period of observation, the patient's vital signs remained stable. The patient was then discharged to home with supervision in good condition and given written discharge instructions and instructed to contact our office for follow-up appointment.

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name :** Mr. Adam Bobb
**DOB**
**Referral Source(s):** Dr. Kerry Pennington.
**Date:** 01-25-2022
**Reason for Visit:** New Patient Consult

**History of Present Illness**
Adam is a pleasant 38 year old male, who presents to our office for a new patient consultation.

***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.

**Past Medical History**
Sleep apnea G47.30 (780.57)
HTN (hypertension) I10 (401.9)

**Surgical History**
Heart surgery

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46



back to top

Bobb, Adam Male

has good hygiene.
**ENT:** Oral mucosa is moist and pink. He has good dentition. On examination, tongue appears to be normal.
**Eyes:** Pupils are equal and round and reactive to light and accommodation. Sclera appears to be clear. Conjunctiva is normal. .
**Neck:** There is no deviation of trachea from midline. On examination, there is no evidence of thyroid gland enlargement.
**Respiratory:** Normal breathing Chest is clear to auscultation. There is no rales or rhonchi noted. .
**Cardiovascular:** Rate and rhythm is regular. There is no evidence of pedal edema.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical.***
**Thoracic Spine:** There is no evidence of atrophy or asymmetry noted in the thoracic spine. No tenderness at thoracic paraspinal muscles and facet joint lines are noted. Range of motion of the thoracic spine is normal with both flexion and extension without pain. There is evidence of crepitation, laxity or instability noted in the thoracic spine. **trigger points** No.
**Lower Extremities:** Edema not noted.
**Lumbar Spine:** Inspection of the lumbar spine reveals no scoliosis. ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild*** There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness. ***Anterior flexion of lumbar spine is noted to be 70 degrees.*** Anterior lumbar flexion causes pain. Extension of lumbar spine is noted to be full at 30 degrees. There is pain noted with lumbar extension. ***Left lateral flexion of the lumbar spine is noted to be 20 degrees.*** Left lateral flexion causes pain ***Right lateral flexion of the lumbar spine is noted to be 20 degrees.*** Right lateral flexion reveals pain There are no palpable trigger points in the muscles.
**Joints-Shoulder: Right Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion. ROM of the shoulder is full. The stress test is normal. There is no cast. Right shoulder is non-tender to palpation. No right shoulder swelling noted. There is no ecchymosis noted over the right shoulder. No right sided shoulder crepitus noted. No right shoulder deformity noted. There is no atrophy of the right shoulder noted. No right shoulder effusion noted. Shoulder ROM: . Right Shoulder Labral Test Findings: Negative. Right scapula winging grade: 0. Right shoulder bicep test: Negative. Right shoulder impingement: Negative. Right shoulder O'brien's test: Negative. Right shoulder popeye sign: Negative. Right shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Can not do stress testing due to injury.
**Left Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion noted. ROM of the shoulder is full. The stress test is normal. There is no cast. Left shoulder is non-tender to palpation. No left shoulder swelling is noted. There is no ecchymosis present over the left shoulder. No left sided shoulder crepitus noted. No left shoulder deformity noted. There is no atrophy of the left shoulder noted. No left shoulder effusion noted. Left Shoulder Labral Test Findings: Negative. Left scapula winging grade: 0. Left shoulder bicep test: Negative. Left shoulder impingement test: Negative. Left shoulder O'brien's test: Negative. Left shoulder popeye sign: Negative. Left shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Cannot do stress testing due to injury.
**Joints- Elbows:** Elbows are non-tender, without crepitus or effusion. Joints are stable and ROM is normal.
**Joints- Wrists:** Wrists are non-tender, without crepitus or effusion. Joints are stable and ROM is normal. Phalen's sign test: No sign of altered or loss of feeling or strength, or pain in the hand, wrist, arm, or neck noted . Tinel's sign test: Negative .



back to top

Bobb, Adam Male 04221824000135 2

**Joints- Hips/ SI Joint:** Gaenslen's Test: negative right, negative left. Left Hip ROM: Tested. Yeoman's Test: negative right, negative left. Yeoman's Test: negative right, negative left. Patrick's Test: negative right, negative left. Right Hip ROM: negative right, negative left. Pain with internal rotation Lumbar spine is noted to be stable. Positive

**Joints-Knee:** On knee examination, right knee appears to be normal. On knee examination, right knee appears to be normal. Right knee is non-tender to palaption. There is no tenderness noted in the anterior knee region. There is no swelling noted in the right knee region. There is no ecchymosis noted on the right knee. Right knee effusion is absent. Right knee compartment testing is performed. Right knee patellofemoral exam has normal findings. Right Knee Ligament Testing: Normal findings. On examination, left knee appears to be normal.

**Left Knee:** Left knee is tender to palaption. There is no tenderness present over the anterior part of the left knee region. There is no swelling noted in the left knee region. There is no ecchymosis noted on the left knee. Left knee effusion is absent. Compartment testing: Performed. Left Patello-Femoral Exam Findings: Normal. Let Knee Ligament testing: Normal.

**Joints- Ankles:** Ankles are non-tender, without crepitus or effusion bilaterally. Joints are stable and ROM is also normal.

Ankles appear normal to inspection without any evidence of erythema or edema. There is normal ankle range of motion noted bilaterally.

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

**Neurology - Straight Leg Raising:** Right: normal 90 degrees. Left: normal 90 degrees.

**Neurology - Motor Strength:**

Left UE strength - Flexors: 5/5. Right UE strength - Flexors: 5/5.
Left UE strength - Extensors: 5/5. Right UE strength - Extensors: 5/5.
Left UE Tone: Normal.
Right UE Tone: Normal.
Left LE strength - Flexors: 5/5. Right LE strength - Flexors: 5/5.
Left LE strength - Extensors: 5/5.
Right LE strength - Extensors: 5/5.
Left LE Tone: Normal. Right LE Tone: Normal.

**Neurology - Sensation:** There is normal sensation noted in the head region on the left side. There is normal sensation noted in the head region on the right side. There is normal sensation noted in the left shoulder. There is normal sensation noted in the right shoulder. Chest has normal sensation on the left side. Chest has normal sensation on the right side. There is normal sensation noted in the trunk on the left side. There is normal sensation noted in the trunk on the right side. Back examination reveals normal sensation on the left. Back examination reveals normal sensation on the right. Left elbow has normal sensation. Right elbow has normal sensation. There is normal sensation noted in the left arm. There is normal sensation noted in the right arm. Left wrist has normal sensation. Right wrist has normal sensation. Left fingers has normal sensation. Right fingers has normal sensation. Normal sensation has been noted in the abdomen. There is normal sensation noted in the left hip. There is normal sensation noted in the right hip. There is normal sensation noted in the left thigh. There is normal sensation noted in the right thigh. There is normal sensation noted in the left knee. There is normal sensation noted in the right knee. There is normal sensation noted in the left ankle. There is normal sensation noted in the right ankle.

**Neurology - Deep Tendon Reflexes:**

Left biceps (DTR): 2+. Right biceps (DTR): 2+.
Left triceps (DTR): 2+. Right triceps (DTR): 2+.
Left brachioradialis (DTR): 2+. Right brachioradialis (DTR): 2+.
Left patellar (DTR): 2+. Right patellar (DTR): 2+.
Left achilles (DTR): 2+. Right achilles (DTR): 2+.
Babinski: - negative on the right, negative on the left side.



back to top

Bobb, Adam Male

**Lab Order**
**Order No: SCL023308 Dated: 01-25-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL023338 Dated: 01-25-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL23444 Dated: 01-27-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Cervical Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without
Cervical TPI today
Schedule lumbar ESI L4-L5
Continue PT for the hip. Will give RX for PT for neck and lower back.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- I Have started the following medications for better pain control:
START
HC 5 twice daily #14 for one week ( Medicaid) then #46 if effective for him
Tizanidine 4 mg at bedtime #30

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose.



back to top

Bobb, Adam Male 04221.0240001352

The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: Sending for confirmation.

- Lab Order:
ASAP Confirmation on LCMS Full Panel

The above Definitive UDT is reasonable and necessary for the following circumstances:

1- New patient testing as part of history and exam to support initial treatment decisions
2- Identify specific substance(s) and/or metabolite(s) inadequately detected or not detected by presumptive screen
3- Identify specific medication(s) or drug(s) in a class (e.G., benzodiazepines, barbiturates, opioids, antidepressants)
4- Definitive concentration of medication(s), drug(s), and/or metabolites needed to guide management
5- Identify a negative, or confirm a positive presumptive screen result inconsistent with a patient's self-report, presentation, medical history, or current prescribed medication
6- Rule out an error as the cause of an unexpected presumptive screen result
7- Identify non-prescribed medication or illicit drug use for ongoing safe prescribing of controlled substances
8- Results needed for differential assessment of Treatment efficacy, Side effects and Possible drug interaction
9- Identify substances that may present high risk for additive or synergistic interaction with prescription medication (e.G., alcohol)
10- Random testing

- Informed consent was obtained. risk of procedure were explained including but not limited to bleeding, infection, pneumothorax, paralysis, numbness, headache, reaction to the medication, nerve damage and death. The patient understood and agreed with injection.***Patient has received educational material regarding upcoming injection as well as pre-procedural instructions******

- Advised patient I will only be acting as their pain physician and treat for all pain related issues. Patient as been advised to maintain relationship with PCP for all other medical issues and has verbalized understanding of this.

- ASAP narcotic contract has been discussed in detail with patient today. Patient has verbalized understanding of this contract.

- Safety Assessment: Today the patient denied homicidal and suicidal ideation, intent, and plan. Based on my assessment of the patient today, the patient can continue to be safely managed on an outpatient basis.

- RTC in 4 weeks

ASAP URINE DRUG SCREEN - Confirmation

**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Cervicalgia (M54.2)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (45 min) (99204)**



back to top

Bobb, Adam Male

ICDs:
(G89.4)
(M51.36)
(M25.551)
(M47.812)
**Trigger Point, 1or 2 Muscles (20552)**
ICDs:
(M54.2)
**Drug Test Prsmv Chem Anlyzr (80307)**
ICDs:
(Z79.899)

**Follow Up:** 4 Weeks

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-25-2022.*



back to top

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:*

*Dear Sirs:*

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Kerry F. Pennington, M.D.*

00002 08/25/2025 01282722

6/20/23, 12:55 PM Print Preview

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

mainlinehealth systems, Inc.

BOBB, ADAM
39 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS
Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

02/27/2023 Progress Notes: Kerry Pennington, MD

**Reason for Appointment**

1. HTN 6 MO F/U, see HPI for complaints, B.Thiele,LPN 2/27/23
2. RX: Drug room pharmacy, B.Thiele,LPN 2/27/23
3. DUE: Wellness and HIV screening, B.Thiele,LPN 2/27/23

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Nearly every day, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Several days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 17, Interpretation Moderately severe depression. Intervention Follow-Up for Depression Currently treated for depression and/or bipolar related diagnosis, Depressiong Screening Findings Positive.

Visit HPI:

This patient is here for follow-up of hypertension, but complains of multiple issues, including peripheral neuropathy, insomnia, increased moodiness, he is drinking 60 beer per week. He denies chest pain, dyspnea, GI or GU complaints. His blood sugars have been in the 200 to 300 range for the past few weeks, with no specific history of diabetes.

**Current Medications**

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Notes to Pharmacist: dose increase

**Discontinued**

- Dexamethasone 0.75 MG Tablet as directed Orally Once a day , Notes to Pharmacist: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
- LORazepam 1 MG Tablet TAKE 1 TABLET BY MOUTH 45 MINUTES BEFORE PROCEDURE

Medication List reviewed and reconciled with the patient

**Past Medical History**

Hypertension.
Anger issue.

**Surgical History**

heart surgery at 2 years old

**Family History**

Father: unknown



Lincoln/Bobb 0704

**BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023**

Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23.

### Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 02/27/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 02/27/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? Yes, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? Yes, 3. People who have episodes like this often have changes in their thinking and behavior at the same time, like being more talkative, needing very little sleep, being very restless, going on buying sprees, and behaving in many ways they would normally think inappropriate. Did you ever have any of these changes during your episodes of being excited and full of energy or very irritable or grouchy? Yes.
Depression Screening Completed: yes, Thiele, Brandi 02/27/2023 11:59:14 AM CST > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Thiele, Brandi 02/27/2023 12:00:19 PM CST > , Yes:.
Smoking: yes, Thiele, Brandi 02/27/2023 12:00:28 PM CST > , , YES.
Recreational drug use: yes, Thiele, Brandi 02/27/2023 12:00:33 PM CST > , Denies.
Alcohol: yes, Beer, DAILY, 2 30-PACKS of Beer a week, B.Thiele,LPN 2/27/23.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 02/27/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Thiele, Brandi 02/27/2023 12:01:41 PM CST > , Occasionally.
Exercise: yes, Thiele, Brandi 02/27/2023 12:01:53 PM CST > , > , Per Age.
Travel outside US: yes, Thiele, Brandi 02/27/2023 12:02:03 PM CST > , No.
Sexually active: yes, Thiele, Brandi 02/27/2023 12:02:09 PM CST > , , Yes.
Herbal & OTC medications: yes, Thiele, Brandi 02/27/2023 12:02:18 PM CST > , , PRN.
Advance Directive: yes, Thiele, Brandi 02/27/2023 12:02:29 PM CST > , No.
Diabetic testing: yes, Thiele, Brandi 02/27/2023 12:02:33 PM CST > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

### Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

### Hospitalization/Major Diagnostic Procedure

see above

### Review of Systems

Psychiatry:

Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia , yes.

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxysmal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Insomnia yes. Opioid management yes. Pain quality yes. See HPI for details. Sleep Problems. Weakness no. Weight gain none. weight loss none

Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. See HPI for details. Sleep disturbance yes. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.
Musculoskeletal:
muscle spasms no. Arthritis no. Back pain, Yes. Joint stiffness No. Neck pain yes. Tingling/numbness yes, BLE.
Neurology:
lightheaded no. numbness, yes, BLE. Convulsions no. no Headache. Peripheral neuropathy yes. See HPI for details. Tingling/numbness yes. Tremor yes. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

**Vital Signs**

Wt: 196.4 lbs, Ht: 75 in, BMI: 24.55 Index, BP: 150/90 mm Hg, HR: 101 /min, RR: 20, Temp: 97.9, SaO2: 97.

**Examination**

GENERAL EXAM:
General: Well developed, well nourished white male in no acute distress.
ENT: Ears normal, nose normal, mouth and throat normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: No edema.
Neurological: Cranial nerves II through XII and peripheral neurological are intact.
Psych: Mood and affect appropriate.
Skin: Normal with no new rashes or lesions.
Musculoskeletal: Moves all extremities with normal range of motion.

**Assessments**

1. Essential hypertension - I10 (Primary)
2. Other chronic pain - G89.29
3. Primary insomnia - F51.01
4. PTSD (post-traumatic stress disorder) - F43.10
5. GAD (generalized anxiety disorder) - F41.1
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Primary osteoarthritis involving multiple joints - M15.9
8. Hyperglycemia - R73.9
9. Excessive drinking alcohol - F10.10
10. Current smoker - F17.200

**Treatment**

**1. Essential hypertension**

Continue amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Start Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30 days, 60, Refills 5
Start cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, Once a day As needed, 30 days, 15 Tablet, Refills 2

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| **Cholesterol, Total** | **301** | **H** | **100-199 - mg/dL** |
| Triglycerides | 129 | | 0-149 - mg/dL |
| HDL Cholesterol | 65 | | >39 - mg/dL |
| LDL/HDL Ratio | 3.3 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 23 | | 5-40 - mg/dL |
| **LDL Cholesterol Calc** | **213** | **H** | **0-99 - mg/dL** |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 10.0 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **123** | **H** | **70-99 - mg/dL** |
| **BUN** | **5** | **L** | **6-20 - mg/dL** |
| Protein, Total, Serum | 7.6 | | 6.0-8.5 - g/dL |
| **Albumin, Serum** | **5.3** | **H** | **4.0-5.0 - g/dL** |
| Bilirubin, Total | 1.2 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 105 | | 44-121 - IU/L |
| **AST (SGOT)** | **102** | **H** | **0-40 - IU/L** |
| Potassium, Serum | 4.3 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 139 | | 134-144 - mmol/L |
| Chloride, Serum | 97 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.79 | | 0.76-1.27 - mg/dL |
| **ALT (SGPT)** | **143** | **H** | **0-44 - IU/L** |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **6** | **L** | **9-20 -** |
| Globulin, Total | 2.3 | | 1.5-4.5 - g/dL |
| **A/G Ratio** | **2.3** | **H** | **1.2-2.2 -** |
| eGFR | 116 | | >59 - mL/min/1.73 |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. This lab was reviewed by Beverly Young on 03/01/2023 at 11:29 AM CST

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 02/27/2023 12:49 PM)

| | Value | Reference Range |
|---|---|---|
| WBC | 8.5 | 4.1 - 10.9 K/uL |
| RBC | 5.74 | 4.20 - 6.30 M/uL |
| Hemoglobin | 18.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 55.9 | 37.0 - 51.0 % |
| MCV | 97.4 | 80.0 - 97.0 fL |
| MCH | 32.8 | 26.0 - 32.0 pg |
| MCHC | 33.6 | 31.0 - 36.0 g/dL |
| Platelets | 179 | 140 - 440 K/uL |
| Lymphs | 17.6 | 10.0 - 58.5 % |
| Monocytes | 9.2 | 0.1 - 24.0 % |
| Neutrophils | 73.2 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.8 | 0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2 | 2.0 - 7.8 |
| RDW | 12.2 | 11.5 - 14.5 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST > Pennington, Kerry 03/01/2023 08:17:21 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: -Urinalysis Microscopic (Collection Date & Time - 02/27/2023 04:18 PM)

| | Value | Reference Range |
|---|---|---|
| Glucose | 250 | NEG - |
| Bilirubin | neg | NEG - |
| Ketones | neg | NEG - |
| Specific Gravity | 1.010 | 1.001 - 1.035 |
| Occult Blood | neg | NEG - |
| pH | 7.0 | 4.6 - 8 |
| Protein | neg | NEG - |
| Urobili, Semi -Qu | 0.2 | 0 - 2.0 mg/dL |
| Nitrite | neg | NEG - |
| WBC Exterase | neg | NEG - |
| RBC | neg | 0 - 2 /HPF |
| WBC | neg | 0 - 2 /HPF |
| Epi Cell | rare | NEG - FEW |
| Bacteria | neg | NEG - |

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

| | | |
|---|---|---|
| Yeast | neg | NEG - |
| Trich | neg | NEG - |
| Casts/Crystals | neg | NEG - |
| Clue Cells | neg | NEG - |

Notes :Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren Pennington, Kerry 02/27/2023 06:54:50 PM CST >

Notes:
**Add carvedilol 3.25 mg BID, #60 x 5 refills, check lab, continue other medications and a low salt diet. He is also given clonidine 0.2 mg to take as needed for elevated blood pressure, #15 x 2 refills.**

**2. Other chronic pain**
Notes:
**Continue follow-up with pain clinic as directed.**

**3. Primary insomnia**
Start traZODone HCl Tablet, 100 MG, 1 or 2 tablet(s) at bedtime, Orally, Once a day, 30 days, 60, Refills 5
Notes:
**Trazodone 100 mg 1 or 2 HS, #60 x 5 refills. Good sleep hygiene is discussed.**

**4. PTSD (post-traumatic stress disorder)**
Notes:
**Continue current meds and follow-up with BH later today.**

**5. GAD (generalized anxiety disorder)**
Notes:
**Continue current meds and follow-up with BH.**

**6. MDD (major depressive disorder), recurrent episode, moderate**
Continue DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, Notes to Pharmacist: dose increase
Notes: **Continue current meds and follow-up with BH.**

**7. Primary osteoarthritis involving multiple joints**
Notes:
**Continue current care and stay active without overuse.**

**8. Hyperglycemia**
LAB: -Hemoglobin A1C (Collection Date & Time - 02/27/2023 12:58 PM)

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 6.1 | 4.8 - 6.9 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST > Pennington, Kerry 03/01/2023 08:17:34 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at

08:17 AM CST

Notes:
**Check appropriate lab today and we will proceed from there.**

**9. Excessive drinking alcohol**
Notes:
**He will try to taper off.**

**10. Current smoker**
Notes: **He is encouraged to quit smoking and cessation is discussed. He is offered pills, patches and gum but declines intervention at this time.**

**11. Others**
Notes:
I have reviewed patient's current medication list above. Patient is advised to continue all other medications as previously prescribed and documented in previous notes, unless otherwise noted above. K. Pennington, MD
I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.

**Preventive Medicine**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Instructed on how to calculate BMI & importance. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW
83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW
81001 URINALYSIS, AUTO W/SCOPE
36415 VENIPUNCT, ROUTINE*
1034F CURRENT TOBACCO SMOKER
99406 BEHAV CHNG SMOKING 3-10 MIN
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

**Follow Up**
3 Months,prn
**Care Plan Details**

**Electronically signed by Kerry Pennington on 02/28/2023 at 02:53 PM CST**
**Sign off status: Completed**

BOBB, ADAM, 39 Y, M,

# CUMULATIVE REPORTS

-CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:49 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| WBC | 8.5<br>4.1 - 10.9 K/uL |
| RBC | 5.74<br>4.20 - 6.30 M/uL |
| Hemoglobin | 18.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 55.9<br>37.0 - 51.0 % |
| MCV | 97.4<br>80.0 - 97.0 fL |
| MCH | 32.8<br>26.0 - 32.0 pg |
| MCHC | 33.6<br>31.0 - 36.0 g/dL |
| Platelets | 179<br>140 - 440 K/uL |
| Lymphs | 17.6<br>10.0 - 58.5 % |
| Monocytes | 9.2<br>0.1 - 24.0 % |
| Neutrophils | 73.2<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.8<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2<br>2.0 - 7.8 |
| RDW | 12.2<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:21 AM CST > |

BOBB, ADAM,

-Hemoglobin A1C

| | |
|---|---|
| Collection Date | 02/27/2023 |
| Collection Time | 12:58 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Hemoglobin A1c | 6.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:34 AM CST > |

## -Urinalysis Microscopic

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>04:18 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Korry Pennington |
| Glucose | 250<br>NEG - |
| Bilirubin | neg<br>NEG - |
| Ketones | neg<br>NEG - |
| Specific Gravity | 1.010<br>1.001 - 1.035 |
| Occult Blood | neg<br>NEG - |
| pH | 7.0<br>4.6 - 8 |
| Protein | neg<br>NEG - |
| Urobili, Semi-Qu | 0.2<br>0 - 2.0 mg/dL |
| Nitrite | neg<br>NEG - |
| WBC Esterase | neg<br>NEG - |
| RBC | neg<br>0 - 2 /HPF |
| WBC | neg<br>0 - 2 /HPF |
| Epi Cell | rare<br>NEG - FEW |
| Bacteria | neg<br>NEG - |
| Yeast | neg<br>NEG - |
| Trich | neg<br>NEG - |
| Casts/Crystals | neg<br>NEG - |
| Clue Cells | neg<br>NEG - |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren<br>Pennington, Kerry 02/27/2023 06:54:50 PM CST > |

BOBB, ADAM,

00002 08/25/2025 01282722

## Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Calcium, Serum | 10.0<br>8.7-10.2 mg/dL |
| Glucose, Serum | 123H<br>70-99 mg/dL |
| BUN | 5L<br>6-20 mg/dL |
| Protein, Total, Serum | 7.6<br>6.0-8.5 g/dL |
| Albumin, Serum | 5.3H<br>4.0-5.0 g/dL |
| Bilirubin, Total | 1.2<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 105<br>44-121 IU/L |
| AST (SGOT) | 102H<br>0-40 IU/L |
| Potassium, Serum | 4.3<br>3.5-5.2 mmol/L |
| Sodium, Serum | 139<br>134-144 mmol/L |
| Chloride, Serum | 97<br>96-106 mmol/L |
| Creatinine, Serum | 0.79<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 143H<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 6L<br>9-20 |
| Globulin, Total | 2.3<br>1.5-4.5 g/dL |
| A/G Ratio | 2.3H<br>1.2-2.2 |
| eGFR | 116<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds |

BOBB, ADAM,

00002 08/25/2025 01282722

| Collection Date | Order Date | Notes |
|---|---|---|
| | | because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. |

Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Cholesterol, Total | 301H<br>100-199 mg/dL |
| Triglycerides | 129<br>0-149 mg/dL |
| HDL Cholesterol | 65<br>>39 mg/dL |
| LDL/HDL Ratio | 3.3<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 23<br>5-40 mg/dL |
| LDL Cholesterol Calc | 213H<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > |

BOBB, ADAM,

From: 12/09/2024 08:11 #245 P.002/002

MAINLINE HEALTH SYSTEMS, INC (3)
1012 E Church St.
WARREN, AR, 71671
(870) 226-6754

Mallard Medical Supply, LLC
801 E Church St.
Warren, AR 71671

PRESCRIPTION FORM 1 / 1

## FOR BILLING AND DISPENSING

✓ ADAM BOBB

✓ DOB:
Weight: 218lbs
Gender: Male
Height: 6ft 2in

Billing Address:

Order Information:
Order ID: VXJ-8S3-KVR7-290

Order Date: 09/13/2024

Delivery Address:

**E0100: Straight Cane**

Quantity: 1, Start Date: 09/13/2024, Length of Need: 99 months

Insurance:
**Primary - Blue Cross Blue Shield (BCBS) - Commercial**
**EXX60054796201**

Emergency Contacts:

Diagnosis:
**M16.11** - Unilateral primary osteoarthritis, right hip

I certify that I am the treating clinician identified on this document. I reviewed the written order, and the information reflects the patient's condition and treatment plan. Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information above contained herein is true, accurate and complete, to the best of my knowledge, and is consistent with the information contained in my clinical records for the Patient and/or in the Patient's permanent medical record. I certify that the patient/caregiver is capable and has successfully completed training or will be trained on the proper use of the products prescribed on this written order. I understand that any falsification, omission, or concealment of material fact in that section with respect to any information contained herein may subject me to civil or criminal liability.

ANTHONY RODRIGUEZ / NPI: 1770020521

[illegible] on 0/13/24 at 1:37PM EDT by
ANTHONY RODRIGUEZ NPI 1770020521

Clinician's Signature

/ /

Date

PAGE 1/1 * RCVD AT 12/9/2024 9:19:28 AM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-48

00002 08/25/2025 01282722

From: 11/06/2024 16:35 #225 P.003/057

'o: 15012051278 Page: 05 of 12 2024-05-01 16:22:15 CDT 15014218331 From: Elisha Upchurch

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

Pharmacy: Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient:Mr. Bobb, Adam

DOB:
Add:
Plan:

---

Date: 04-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-11-2024.*



PAGE 3/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-15-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness.*** Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety.*** Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is** 6. Height (inches): 75.00 Weight (lbs): 220.00 **BP:** 139/85 mm Hg. **Puls e:** 83 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL083539 Dated: 02-15-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.

- Last filled: Oxy on 1/11/24 (for his dental abscess).

- UDS: +Oxy on 2/5/24.

- Confirmation Consistent on 11/1/23. Reviewed 2/15/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea,

Bobb, Adam Male

vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-15-2024.*

00002 08/25/2025 01282722

From: 11/06/2024 16:38 #225 P.010/057

'o: 15012051278 Page: 12 of 12 2024-05-01 16:22:15 CDT 15014218331 From: Elisha Upchurch

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Pharmacy:** Drug Room, INC.
**Add:** 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
**Phone:** 8705363980
**Fax:** 8705361953

**Patient:** Mr. Bobb, Adam
**DOB:**
**Add:**
**Plan:**

---

**Date:** 01-11-2024

**oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet**

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-11-2024.*



PAGE 10/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

# Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 09-12-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Current Medication.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days . Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 8 Hours PRN Refills: 0
1 Capsule Three times a Day Refills: 1
1 Tablet Every Night Refills: 1
1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 73.00 Weight (lbs): 220.00 **BP:** 111/71 mm Hg. **Puls e:** 70 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple.

Bobb, Adam Male 07-20-1983

Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Joints-Knee:** On examination, left knee appears to be normal.
***Left Knee: Left knee is non-tender to palpation. Medial joint line***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL101601 Dated: 09-12-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***9/12/24***

Patient returns to clinic for f/u c/o low back pain. Pain meds doing well. He has been diagnosed with diabetes.

***7/16/24***

Bobb, Adam Male

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.

Bobb, Adam Male

**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy 6/90 on 9/12/24.

- Last filled: Oxy on 8/15/24.

- UDS: +OXY on 9/12/24.

- Confirmation Consistent on 7/16/24. Reviewed 9/12/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**



John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 09-12-2024.*

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 07-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 114/75 mm Hg. **Puls e:** 73 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

Bobb, Adam Male

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL096664 Dated: 07-16-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

**Order No: SCL096678 Dated: 07-16-2024 Lab: Any Lab**

**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/16/24***

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is

Bobb, Adam Male

stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

Bobb, Adam Male

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 7/16/24.

- Last filled: Oxy on 6/15/24.

- UDS: +OXY on 7/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 7/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)

Bobb, Adam Male

(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-16-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 05-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male ·

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported***. No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 123/84 mm Hg. **Puls e:** 78 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

Bobb, Adam Male

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL091650 Dated: 05-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90. Will increase Gabapentin to 600mg TID #90 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 5/16/24.

Bobb, Adam Male

- Last filled: Oxy on 4/15/24.

- UDS: Negative on 5/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 5/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**

Bobb, Adam Male

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 05-16-2024.*

SARC CardioVascular and Vein Center

**BOBB, Adam**

**40 Y old Male, DOB:**
**Account Number: 56397**

**Home:**
**Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181**
**Appointment Facility: Woodson Clinic**

**05/06/2024** **Progress Notes: Matthew L Wood, APRN**

### Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

### Past Medical History

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

### Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two

### Reason for Appointment

1. The patient has been complaining of chest discomfort, heartburn, and anxiety. The patient talked to his psychiatrist and the doctor does not want to change medication until her talk to Mathew Wood. The patient states that he has been experiencing a lot of anxiety and panic attacks. The patient states that he has been diagnosed with PSTD, major depressive disorder and severe anxiety and was wondering is not associated with chest pain. EKG - sinus rhythm.

### History of Present Illness

History of present illness:

The patient complains of left-sided/center chest pains. The patient describes chest pains as tightness/squeeze, which are associated with activity, shortness of breath and diaphoresis. The patient states that the pain occurs without radiation at rest and with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps, aching, burning, and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or fatigue.

### Vital Signs

HR: **69** /min, BP: **104/68** mm Hg, Wt: **222** lbs, BMI: **27.75** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 100.7 kg
BP 108/72 on the left.

### Examination

General Examination:

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and
accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x
3. PSYCH: Cooperative with exam, judgement and insight good.

### Assessments

years.
DES of PDA on 03/05/2024

### Family History

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

### Social History

The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

### Allergies

Sulfa Antibiotics
Penicillin

### Review of Systems

CONST - Negative for weight gain, weight loss or fever. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris - I25.118
4. Long term (current) use of antithrombotics/antiplatelets - Z79.02
5. Dizziness and giddiness - R42
6. Nicotine dependence, unspecified, uncomplicated - F17.200
7. Shortness of breath - R06.02
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

### Treatment

**1. Others**

Notes:
Start Protonix 40 mg p.o. q. d.
Refer to GI for EGD.
Schedule for ultrasound of gallbladder at CARTI, Pine Bluff.
The patient is to follow up with primary care physician for GAD treatment.
Keep currently scheduled follow up with ABI.
The patient is to stop smoking.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

---

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

---

**Progress Note: Matthew L Wood, APRN 05/06/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CARTI
MEDICAL IMAGING AND INTERVENTION

5001 Bobo Road • Pine Bluff, AR 71603
800.482.8561

Patient: Bobb, Adam Sex: Male DOB:

Exam: US ABDOMEN ULTRASOUND, LIMITED (76705) Acc# B38AE380B3F1
DOS: 05/30/2024 01:00 PM MRN# 1049804

Ref. Phys: MATTHEW WOOD

PROCEDURE: GALLBLADDER ULTRASOUND

COMPARISON: None.

INDICATIONS: Abdominal pain

FINDINGS: Transverse images of the pancreas are normal. There is diffuse increase in liver echogenicity characteristic of hepatic steatosis. The liver measures 17.8 cm in craniocaudal extent. There are no focal liver lesions. Portal vein is patent. Common duct measures 3 mm. The gallbladder is normal. The spleen measures 12.3 cm in length. There is no free fluid.

IMPRESSION:
1. Diffuse hepatic steatosis.
2. No evidence of any acute abnormality within the upper abdomen.

Electronically Signed By:
Theodore Hronas, M.D. at 05/30/2024 13:25

MW 6/10/24

EW

00002 08/25/2025 01282722

From: 11/06/2024 16:50 #225 P.032/057

Patient: BOBB, Adam DOB:

| | | | | | | |
|---|---|---|---|---|---|---|
| ID: | | Gender: Male | 05/06/2024 08:17:20AM | | sinus rhythm |
| Name: | BOBB, ADAM | | PR: | 102/162 ms | vertical axis |
| Age: | 40 yr | | QRS: | 110 ms | Normal variant of ECG |
| | | | QT/QTc: | 394/428 ms | Unconfirmed Report |
| | | | P/QRS/T axis: | 48/88/47 deg | |
| | | | Heart rate: | 71 bpm | |




25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz BTHron Version 2.00.02

Document: 5.6.24 EKG_001 Printed: 10-17-2024 01:41:39



PAGE 32/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

## Lower Extremity Physiologic Study
## Multiple Level (Segmental Exam)

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 07/01/24 12:22:25

| Risk Factors | Current Symptoms | Location | ABI Severity of Disease |
|---|---|---|---|
| ☐ Tobacco Use<br>☐ Diabetes<br>☐ Heart Disease<br>☐ Previous CV Event<br>☐ Hypertension<br>☐ Hyperlipidemia<br>☐ Stroke/TIA<br>☐ Prev. Vascular Surgery | ☐ Intermittent Claudication<br>☐ Numbness, Tingling in Feet<br>☐ Ulcerations<br>☐ Rest Pain<br>☐ Gangrene | ☐ Buttocks<br>☐ Thigh<br>☐ Calf<br>☐ Feet | > 1.40 Non-compressible<br>1.00 - 1.40 Normal<br>0.91 - 0.99 Borderline<br>0.00 - 0.90 Abnormal<br>Index for Ankles Only |

**Interpreting Physician:** Un-Assigned **Referring Physician:** Un-Assigned
**Comments:**

| RIGHT | | | | LEFT |
|---|---|---|---|---|
| | Brachial 114 | | Brachial 114 | |
| PVR X1 07/01/24 12:14:00 | Thigh 168 mmHg 1.47 Index | | Thigh 168 mmHg 1.47 Index | PVR X1 07/01/24 12:18:13 |
| PVR X1 07/01/24 12:15:38 | Calf 199 mmHg 1.74 Index | | Calf 143 mmHg 1.25 Index | PVR X1 07/01/24 12:20:03 |
| PVR X1 07/01/24 12:16:40 | PT 158 mmHg 1.38 Index | | PT 167 mmHg 1.46 Index | PVR X1 07/01/24 12:21:23 |









MW

**Interpretation:**

**CPT Code:** No CPT Code
**ICD-10 Code:** No ICD-10 Code

SARC CardioVascular and Vein Center

**BOBB, Adam**

40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

**07/01/2024** **Progress Notes: Matthew L Wood, APRN**

Past Medical History
PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

**Surgical History**
Arteries did not form all the way so they had to stent/close it up at the age of two years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - half pack of cigarettes. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Positive for claudication. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Reason for Appointment**
1. The patient is here for two-month follow-up. The patient has had gallbladder ultrasound on 05/30/2024 - diffuse hepatic steatosis - known history of. Dr. Samad - the patient stated he has not received a call or heard anything from them. ABI - right 1.38 and left 1.46. He had follow up with primary care physician for GAD - stopped Duloxetine and changed to Wellbutrin. He still has not had sleep study. His wife reports continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes.

**History of Present Illness**
History of present illness:
The patient complains of shortness of breath with exertion and at rest - improved. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching and soreness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies chest pain, palpitations, or dizziness.

**Vital Signs**
HR: **81** /min, BP: **114/74** mm Hg, Wt: **216** lbs, BMI: **27** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 97.98 kg
BP 112/72 on left.

**Examination**
General Examination:
GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x 3. PSYCH: Cooperative with exam, judgement and insight good.

**Assessments**
1. Gastro-esophageal reflux disease with esophagitis, without bleeding - K21.00 (Primary)
2. Generalized anxiety disorder - F41.1
3. Essential (primary) hypertension - I10

4. Mixed hyperlipidemia - E78.2
5. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
6. Long term (current) use of antithrombotics/antiplatelets - Z79.02
7. Sleep apnea, unspecified - G47.30
8. Nicotine dependence, unspecified, uncomplicated - F17.200
9. Shortness of breath - R06.02
10. Other fatigue - R53.83
11. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Continue medications as current.
The patient is to schedule sleep study with SMS as recommended.
Resend referral to Dr. Samad for EGD evaluation.
The patient is to return to clinic in three months.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 07/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

SARC CardioVascular and Vein Center

**BOBB, Adam**

**41 Y old Male, DOB:**
**Account Number: 56397**

**Home:**
**Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181**
**Appointment Facility: Woodson Clinic**

**10/01/2024** **Progress Notes: Matthew L Wood, APRN**

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 10/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024

**LAB VISIT**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:27 AM CST **Check Out:** 08:38 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/27/2024

## Subjective:

**Chief Complaints:**

1. LAB only, no provider seen, MMashburn,RN.

**Medical History:**

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking metFORMIN HCl 500 MG Tablet 1 tablet Orally twice daily , Taking Glucose Test Strips test once daily , stop date 07/06/2025, Taking Glucose Lancing device test once daily , stop date 10/09/2024, Taking Glucose Meter test glucose once daily , stop date 10/09/2024, Taking Lancets Micro Thin 33G(Lancets) - Miscellaneous as directed , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. Hyperglycemia - R73.9 (Primary)

## Plan:

**Treatment:**

**1. Hyperglycemia**

LAB: -Glucose (Collection Date & Time - 09/27/2024 08:37 AM) High

| | Value | Reference Range |
|---|---|---|
| Glucose, Whole Blood | 150 | 65 - 99 mg/dL |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024

and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE.

**Procedure Codes:** 82947 ASSAY, GLUCOSE, BLOOD QUANT, Modifiers: QW

## Billing Information:

**Visit Code:**
**Procedure Codes:**
82947 ASSAY, GLUCOSE, BLOOD QUANT. Modifiers: QW

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 10/01/2024 at 01:08 PM CDT**
**Sign off status: Completed**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 09:16 AM CST **Check Out:** 10:57 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/09/2024

## Subjective:

**Chief Complaints:**

1. Per anthony. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. UTD: HIV, Wellness, Lipid, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today after receiving a critical value of an elevated glucose with no previous diagnosis of diabetes. Patient reports that his mother has diabetes. He has never taken medications for in the past for diabetes.

Patient has peripheral arterial disease and has been followed by Matt Wood, APRN who collaborates with Dr. Mahmood. Patient reports that he cannot stay on his feet very long without being in pain. This enables him to have a job. He reports that has been denied claims for disability. He is inquiring about letters to send to the disability lawyer so he can file for disability again.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Lower Back Pain, Myalgias, Arthralgias, Falls/Trauma/Injury. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED mmashburn,rn 09/09/2024.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/09/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/09/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/09/2024 09:52:42 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/09/2024 09:52:49 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/09/2024 09:52:51 AM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 09/09/2024 09:52:53 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/09/2024 09:52:56 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/09/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/09/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/09/2024 09:53:14 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/09/2024 09:53:16 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/09/2024 09:53:19 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/09/2024 09:53:21 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/09/2024 09:53:23 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/09/2024 09:53:25 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/09/2024 09:53:28 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **218.6** lbs, Ht: 75 in, BMI: **27.32** Index, BP: **124/80** mm Hg, HR: 86 /min, RR: 20, Temp: 96.9, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin - E11.65 (Primary)
2. Elevated glucose - R73.09
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Screening for depression - Z13.31
5. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin**

Start metFORMIN HCl Tablet, 500 MG, 1 tablet, Orally, twice daily, 30 days, 60, Refills 2 ; Start Glucose Test Strips, test once daily, 100 days, 100 Each, Refills 2 ; Start Glucose Lancing device, test once daily, 30 days, 1, Refills 0 ; Start Glucose Meter, test glucose once daily, 30 days, 1, Refills 0 ; Start Lancets Micro Thin 33G Miscellaneous, -, as directed, 100 days, 100, Refills 2 .

Notes: 1. Start Metformin and keep a fasting glucose log. Return with the log in two weeks. Likely we will have to increase that Metformin and start an additional med.
2. educated on diabetic diet
3. encouraged to exercise.

**2. Elevated glucose**

LAB: -Hemoglobin A1C (Collection Date & Time - 09/09/2024 09:46 AM) HbA1c 9 or higher

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 11.1 | 4.8 - 6.9 % |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic.

**3. Nicotine dependence, cigarettes, uncomplicated**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Procedure Codes:** 83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW , 3046F HEMOGLOBIN A1C LEVEL > 9.0%

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 2 Weeks

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
83036 GLYCATED HEMOGLOBIN A1C. Modifiers: QW
3046F HEMOGLOBIN A1C LEVEL > 9.0%.

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 09/10/2024 at 10:36 AM CDT**
**Sign off status: Completed**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:13 AM CST **Check Out:** 08:52 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/06/2024

## Subjective:

**Chief Complaints:**

1. yearly check up , and talk about personal issues- patient c/o left knee pain/left ankle pain x 6 months. Describes as intermittent and aching. Denies injuries, swelling, redness, warmth, or bruising. Occasionally he hears a "popping" noise when he is ambulating. MMashburn,RN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: Wellness, lipid, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today for yearly checkup. He reports he is having chronic left knee pain without any acute injuries. The pain comes and goes as then and is aching in nature. He reports crepitus with certain movements but denies any laxity. He is due for routine labs today. Patient reports that he has had multiple disability claims rejected in the past. He reports the inability to work due to chronic pain while standing for extended periods. He has a history of PAD and has been followed by cardiology. He has no other complaints at this visit.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL +, , **POSITIVE FOR left knee and ankle pain**. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 09/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/06/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/06/2024 08:13:49 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/06/2024 08:13:55 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/06/2024 08:13:58 AM CDT > , , YES. Recreational drug use: yes, Mashburn, Madison 09/06/2024 08:14:01 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/06/2024 08:14:05 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/06/2024 08:14:17 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/06/2024 08:14:19 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/06/2024 08:14:22 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/06/2024 08:14:24 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/06/2024 08:14:26 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/06/2024 08:14:29 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/06/2024 08:14:31 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **213.6** lbs, Ht: 75 in, BMI: **26.7** Index, BP: **124/82** mm Hg, HR: 86 /min, RR: 20, Temp: 97.5, SaO2: 97.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: crepitus noted to left knee with passive ROM, no deformity noted, no effusion present..

## Assessment:

**Assessment:**

1. Acute pain of left knee - M25.562 (Primary)
2. Encounter for wellness examination in adult - Z00.00
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Neuropathy of both feet - G57.93
5. Essential hypertension - I10
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Foreign body finger - S60.459A
8. Alcohol dependence, in remission - F10.21
9. Peripheral vascular disease, unspecified - I73.9
10. Screening for depression - Z13.31
11. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Acute pain of left knee**

Imaging: -X-ray : Knee, left (2 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:03:39 AM CDT > Rodriguez, Anthony 09/09/2024 09:33:36 AM CDT > Pt notified in clinic.

Notes: 1. pending labs.
Referral To:Physical Therapy Bradley County Physical Therapist
Reason:PT

**2. Encounter for wellness examination in adult**

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Cholesterol, Total | 122 | | 100-199 - mg/dL |
| Triglycerides | 362 | H | 0-149 - mg/dL |
| HDL Cholesterol | 28 | L | >39 - mg/dL |
| LDL/HDL Ratio | 1.4 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 54 | H | 5-40 - mg/dL |

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

| | | |
|---|---|---|
| LDL Cholesterol Calc | 40 | 0-99 - mg/dL |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions.

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 9.2 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **539** | **>** | **70-99 - mg/dL** |
| BUN | 12 | | 6-24 - mg/dL |
| Protein, Total, Serum | 6.7 | | 6.0-8.5 - g/dL |
| Albumin, Serum | 4.5 | | 4.1-5.1 - g/dL |
| Bilirubin, Total | 0.7 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 118 | | 44-121 - IU/L |
| AST (SGOT) | 19 | | 0-40 - IU/L |
| Potassium, Serum | 4.0 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 135 | | 134-144 - mmol/L |
| Chloride, Serum | 98 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.86 | | 0.76-1.27 - mg/dL |
| ALT (SGPT) | 34 | | 0-44 - IU/L |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| BUN/Creatinine Ratio | 14 | | 9-20 - |
| Globulin, Total | 2.2 | | 1.5-4.5 - g/dL |
| eGFR | 112 | | >59 - mL/min/1.73 |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today.

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 09/06/2024 08:48 AM) Normal

| | Value | Reference Range |
|---|---|---|
| WBC | 8.2 | 4.1 - 10.9 K/uL |
| RBC | 5.15 | 4.20 - 6.30 M/uL |
| Hemoglobin | 15.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 46.2 | 37.0 - 51.0 % |
| MCV | 89.7 | 80.0 - 97.0 fL |
| MCH | 30.7 | 26.0 - 32.0 pg |
| MCHC | 34.2 | 31.0 - 36.0 g/dL |
| Platelets | 180 | 140 - 440 K/uL |
| Lymphs | 25.1 | 10.0 - 58.5 % |
| Monocytes | 7.1 | 0.1 - 24.0 % |
| Neutrophils | 67.8 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.6 | 0.0 - 1.8 |

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

| | | |
|---|---|---|
| Neutrophils (Absolute) | 5.5 | 2.0 - 7.8 |
| RDW | 11.9 | 11.5 - 14.5 % |

Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified.

Notes: 1. pending labs.

**3. Nicotine dependence, cigarettes, uncomplicated**
Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**4. Neuropathy of both feet**
Refill Gabapentin Capsule, 300 MG, T1C PO TID PRN FOR FEET PAIN, 30 days, 90 Capsule, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**5. Essential hypertension**
Refill hydroCHLOROthiazide Capsule, 12.5 MG, 1 capsule in the morning, Orally, Once a day, 90 days, 90 Capsule, Refills 1 ; Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 90 days, 180 Tablet, Refills 1 ; Refill cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, as needed, 30 days, 30, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**6. MDD (major depressive disorder), recurrent episode, moderate**
Refill buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 90 days, 180, Refills 1 ; Refill PARoxetine HCl Tablet, 40 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill traZODone HCl Tablet, 100 MG, TAKE 1-2 TABLETS PO HS, 30 days, 60 Tablet, Refills 2 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**7. Foreign body finger**
Imaging: -X-ray : Fingers, right (3 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:02:42 AM CDT > Rodriguez, Anthony 09/09/2024 09:34:03 AM CDT > Pt notified in clinic.

Notes: 1. xrays pending

**8. Peripheral vascular disease, unspecified**
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**Procedure Codes:** 3079F DIAST BP 80-89 MM HG, 99406 BEHAV CHNG SMOKING 3-10 MIN, 3074F SYST BP LT 130 MM HG, 85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW , 36415 VENIPUNCT, ROUTINE*, 73140 X-RAY EXAM OF FINGER(S), Modifiers: TC , 73560 X-RAY EXAM OF KNEE, 1 OR 2, Modifiers: TC

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 3 Months

**Billing Information:**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
3079F DIAST BP 80-89 MM HG.
99406 BEHAV CHNG SMOKING 3-10 MIN.
3074F SYST BP LT 130 MM HG.
85025 COMPLETE CBC W/AUTO DIFF WBC. Modifiers: QW
36415 VENIPUNCT, ROUTINE*.
73140 X-RAY EXAM OF FINGER(S). Modifiers: TC
73560 X-RAY EXAM OF KNEE, 1 OR 2. Modifiers: TC

**Care Plan Details**



**Electronically signed by Anthony Rodriguez , APRN on 09/25/2024 at 02:55 PM CDT**
**Sign off status: Completed**

---

**Provider: Anthony Rodriguez, APRN** **Date: 09/06/2024**
**Generated for Printing/Faxing/eTransmitting on: 10/15/2024 11:12 AM CDT**

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 02:27 PM CST **Check Out:** 03:21 PM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 05/06/2024

## Subjective:

**Chief Complaints:**

1. Med refills DMartin LPN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: lipid, wellness, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 40-year-old male who presents today to discuss changing his anxiety medications. Patient had a history of chronic back pain so at one time we started him on Cymbalta. Patient reports that he has been taking Paxil and Cymbalta with no relief of his anxiety. Patient has a history of CAD in which she had to have a stent. He has a chronic everyday smoker and wants to quit. His cardiologist called me to discuss medication options to treat his anxiety as well as cravings for cigarette use. We feel that his heart health would improve dramatically if he quit smoking. Patient is willing to try. We discussed multiple ways to treat this nicotine dependence such as nicotine gum use, Wellbutrin, cold turkey, and Chantix. We decided to try the Wellbutrin and nicotine gum in which she will get over-the-counter.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness,Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, , NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Constipation, Diarrhea, , Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Falls/Trauma/Injury, Myalgias, Lower Back Pain, Arthralgias. NEURO -, NEGATIVE FOR, Tremor, Headaches, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia,Changes in Weight, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled. 1 son(s) , 1 daughter(s) . .

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,m 05/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 05/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 05/06/2024. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 05/06/2024 01:50:10 PM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 05/06/2024 01:50:19 PM CDT > , Yes:. Smoking: yes, Mashburn, Madison 05/06/2024 01:50:21 PM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 05/06/2024 01:50:24 PM CDT > , Denies. Alcohol: yes, Mashburn, Madison 05/06/2024 01:50:26 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 05/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 05/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 05/06/2024 01:50:40 PM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 05/06/2024 02:05:41 PM CDT > , walking. Travel outside US: yes, Martin, Daleshia 05/06/2024 02:05:44 PM CDT > , No. Sexually active: yes, Martin, Daleshia 05/06/2024 02:05:47 PM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 05/06/2024 02:05:51 PM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 05/06/2024 02:05:54 PM CDT > , , No. Diabetic testing: yes, Martin, Daleshia 05/06/2024 02:05:57 PM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS , Taking Gabapentin 300 MG Capsule T1C PO

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **225** lbs, Ht: 75 in, BMI: **28.12** Index, BP: **96/60** mm Hg, HR: 93 /min, RR: 20, Temp: 97.7, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. GAD (generalized anxiety disorder) - F41.1 (Primary)
2. Nicotine dependence with current use - F17.200
3. Encounter for wellness examination in adult - Z00.00
4. Encounter for screening for cardiovascular disorders - Z13.6

## Plan:

**Treatment:**

**1. GAD (generalized anxiety disorder)**

Start buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 30 days, 30, Refills 5 ; Stop PARoxetine HCl Tablet, 40 MG, T1T PO Q AM ; Stop DULoxetine HCl Capsule Delayed Release Particles, 60 MG, TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS ; Start DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 30 days, 60, Refills 5 .

Notes: 1. Stop Paxil
2. Start Welbutrin
3. Increase Cymbalta

**2. Nicotine dependence with current use**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.
5. We will start Wellbutrin and I encouraged patient to try Nicotine gum to help quitting.

**3. Encounter for wellness examination in adult**

LAB: Annual Labs (CMP, CBC, TSH) (Ordered for 05/06/2024)
Gilliam, Abbie 05/06/2024 04:31:08 PM CDT > pt did not come to lab

**4. Encounter for screening for cardiovascular disorders**

LAB: Lipid Panel With LDL/HDL Ratio * (Ordered for 05/06/2024)
Gilliam, Abbie 05/06/2024 04:30:54 PM CDT > pt did not come to lab

**Procedure Codes:** 99406 BEHAV CHNG SMOKING 3-10 MIN

00002 08/25/2025 01282722

From: 05/03/2024 10:54 #930 P.001/005

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: May 3, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

ATTN: Lakesha Spears

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

| Re: | | |
|---|---|---|
| | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000010201375000000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

PAGE 1/5 * RCVD AT 5/3/2024 12:00:35 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/0 * DNIS:8778433950 * CSID: * ANI:5013298723 * DURATION (mm-ss):02-36

MV

MARCUS VADEN

LAW

May 3, 2024

*Via Facsimile: (877) 843-3950*

The Lincoln National Life Insurance Company
Service Office
8801 Indian Hills Drive
Omaha NE 68114-4066

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Lakesha Spears,

This is a response to your letter dated 4/17/2024, requesting current status of Mr. Bobb's application for SSDI benefits and a copy of his most recent denial. My office already submitted—as an attachment with our 11/7/2023 LTD appeal—a copy of the 10/16/2023 confirmation letter from SSA that they had received his Request for Hearing (appeal).

As the Mr. Bobb has not yet had his SSDI hearing, the denial prior to that appeal is his most recent decision. I have attached a copy, per your request.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 20, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 000010201375000000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We are writing to you regarding your client's claim for Long Term Disability benefits.

As you will recall in our letter dated 05/13/2024, we advised you our office reached a favorable determination regarding your client's appeal for Long Term Disability benefits. Adam's file has been referred to me for additional handling of his claim.

We have reinstated your client's benefits and released a benefit payment covering the period of disability from 12/15/2023 to 05/15/2024. This check has been sent to the above address under separate cover.

As a reminder to you, your client's benefit will equal $1,400.00, minus other sources of income. Long Term Disability benefits are usually paid once per month, so you can expect to receive your client's benefits on or around day 15 of each month.

Please refer to Adam's original approval letter dated 06/16/2022 for further information regarding the administration of your client's benefits. A copy is enclosed for your review.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 8, 2024

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Adam:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by September 9, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha Spears
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

00002 08/25/2025 01282722

From: 08/19/2024 14:41 #162 P.001/002

MV
MARCUS VADEN
LAW

# FAX

608 South German Lane, Suite 102 • Conway, AR 72034

Date: August 19, 2024

To: Lincoln National Life Insurance Company

Fax number: (877) 843-3950

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Claimant Name: Adam Bobb

Claim Number: 1220024325

Policy Number: 0001020137500000

Policyholder: Trinity Village, Inc

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

00002 08/25/2025 01282722

From: 08/19/2024 14:42 #162 P.002/002

MV
MARCUS VADEN
LAW

August 19, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: LaKesha Spears, Claims Examiner II, Social Security

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Spears,

You recently requested status of Mr. Bobb's SSDI claim. His hearing was held 5/21/2024 and we are still awaiting a decision.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

PAGE 2/2 * RCVD AT 8/19/2024 3:48:55 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-57

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

October 9, 2024

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear : Adam c/o Marcus Vaden Law

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by November 8, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha S
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: October 14, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

Attn: Lakesha Spears, Claims Examiner II – Social Security

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

00002 08/25/2025 01282722

From: 10/14/2024 13:41 #205 P.002/002

MV
MARCUS VADEN
LAW

October 14, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: Lakesha Spears, Claims Examiner II – Social Security

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Spears,

I received your email dated 10/9/2024, requested an update on the status of the claimant's Social Security Disability claim. My office received an unfavorable hearing decision which we appealed to the Appeals Council, as the decision failed to consider all of his impairments.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

PAGE 2/2 * RCVD AT 10/14/2024 2:48:57 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):01-02

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 4 Weeks

**Images:**

**Billing Information:**

**Visit Code:**
99213 Office Visit, Est Pt., Level 3.
**Procedure Codes:**
99406 BEHAV CHNG SMOKING 3-10 MIN.

**Care Plan Details**

**Electronically signed by Anthony Rodriguez , APRN on 05/07/2024 at 02:25 PM CDT**
**Sign off status: Completed**

**Provider: Anthony Rodriguez, APRN** **Date: 05/06/2024**
**Generated for Printing/Faxing/eTransmitting on: 10/15/2024 11:12 AM CDT**

BOBB, ADAM, 41 Y, M,

# CUMULATIVE REPORTS

## -Glucose

| | |
|---|---|
| Collection Date | 09/27/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/27/2024 |
| Result Date | 09/27/2024 |
| Ordering Physician | Anthony Rodriguez |
| Glucose, Whole Blood | 150<br>65 - 99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/27/2024 | 09/27/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE. |

## -Hemoglobin A1C

| | |
|---|---|
| Collection Date | 09/09/2024 |
| Collection Time | 09:46 AM |
| Order Date | 09/09/2024 |
| Result Date | 09/09/2024 |
| Ordering Physician | Anthony Rodriguez |
| Hemoglobin A1c | 11.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/09/2024 | 09/09/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic. |

## -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:46 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/06/2024 |
| Ordering Physician | Anthony Rodriguez |
| WBC | 8.2<br>4.1 - 10.9 K/uL |
| RBC | 5.15<br>4.20 - 6.30 M/uL |
| Hemoglobin | 15.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 46.2<br>37.0 - 51.0 % |

### -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:48 AM |
| MCV | 89.7<br>80.0 - 97.0 fL |
| MCH | 30.7<br>26.0 - 32.0 pg |
| MCHC | 34.2<br>31.0 - 36.0 g/dL |
| Platelets | 180<br>140 - 440 K/uL |
| Lymphs | 25.1<br>10.0 - 58.5 % |
| Monocytes | 7.1<br>0.1 - 24.0 % |
| Neutrophils | 67.8<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.6<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 5.5<br>2.0 - 7.8 |
| RDW | 11.9<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified. |

### Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Cholesterol, Total | 122<br>100-199 mg/dL |
| Triglycerides | 362H<br>0-149 mg/dL |
| HDL Cholesterol | 28L<br>>39 mg/dL |
| LDL/HDL Ratio | 1.4<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 54H<br>5-40 mg/dL |
| LDL Cholesterol Calc | 40<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions. |

**Comp. Metabolic Panel (14) ***

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Calcium, Serum | 9.2<br>8.7-10.2 mg/dL |
| Glucose, Serum | 539><br>70-99 mg/dL |
| BUN | 12<br>6-24 mg/dL |
| Protein, Total, Serum | 6.7<br>6.0-8.5 g/dL |
| Albumin, Serum | 4.5<br>4.1-5.1 g/dL |
| Bilirubin, Total | 0.7<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 118<br>44-121 IU/L |
| AST (SGOT) | 19<br>0-40 IU/L |
| Potassium, Serum | 4.0<br>3.5-5.2 mmol/L |
| Sodium, Serum | 135<br>134-144 mmol/L |
| Chloride, Serum | 98<br>96-106 mmol/L |
| Creatinine, Serum | 0.86<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 34<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 14<br>9-20 |
| Globulin, Total | 2.2<br>1.5-4.5 g/dL |
| eGFR | 112<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today. |

Page 1 of 1 09/06/2024 01:54:59 PM EST

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013977 |
| Exam Date/Time: | Sep 6, 2024 8:56:40 AM CDT | Order Date Time: | Sep 6, 2024 9:02:46 AM CDT |
| Study Received Time: | Sep 6, 2024 8:59:57 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Knee 1/2 views LEFT | | |
| **Clinical History:** | pain in left knee for about 6 months, no trauma or accidents occurred, pt stated that he tends to favor his left leg and thinks the pain is from the way he walks (Hx) | | |

**FINAL REPORT**

2 views left knee

Comparison: None

Findings:

No fractures or dislocations No joint effusion
No significant arthritic change
No radiopaque foreign body

Impression:

Normal left knee. No signs of skeletal trauma.

Electronically signed on Sep 6, 2024 12:54:29 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

Page 1 of 1 09/06/2024 01:32:50 PM EST

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013979 |
| Exam Date/Time: | Sep 6, 2024 8:50:40 AM CDT | Order Date Time: | Sep 6, 2024 9:01:23 AM CDT |
| Study Received Time: | Sep 6, 2024 8:55:27 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Finger(s) RIGHT | | |
| **Clinical History:** | smashed 3rd digit 2 years ago, has a spot on proximal end, medial side of nail that won't go away, says he can barely bump it and it will pour blood, wants to make sure there isn't any metal in it (Hx) | | |

**FINAL REPORT**

3 views right third digit

Comparison: None

Findings:
No fractures or dislocations. No significant arthritic change.
No radiopaque foreign body.

Impression:
Soft tissue swelling, no acute skeletal abnormality.

Electronically signed on Sep 6, 2024 12:32:35 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

00002 08/25/2025 01282722

09/06/2022 14:39 Marcus Vaden (FAX)1 501 205 1278 P.001/002

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: September 6, 2022

To: Lincoln Financial Group

Fax number: (877) 843-3950

RE: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 12 10071975
Claimant: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-354-4577) immediately.

PAGE 1/2 * RCVD AT 9/6/2022 3:39:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:8778433950 * CSID:1 501 205 1278 * ANI:5013298723 * DURATION (mm-ss):00-52

00002 08/25/2025 01282722

09/06/2022 14:39 Marcus Vaden (FAX)1 501 205 1278 P.002/002

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:*

*Dear Sirs:*

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Kerry F. Pennington, M.D.*

PAGE 2/2 * RCVD AT 9/6/2022 3:39:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:8778433950 * CSID:1 501 205 1278 * ANI:5013298723 * DURATION (mm-ss):00-52

00002 08/25/2025 01282722

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Adam Kel Bobb Iii
BNC#: 23GC455C36077

Office of Hearings Operations
SSA OHO HEARING OFC
RM 2405 FEDERAL BLDG
700 WEST CAPITOL AVE
LITTLE ROCK, AR 72201-3227
Tel: (866) 592-2549 / Fax: (833) 561-0423

October 16, 2023

*1002CIPA100724*NOTAFP.X3.CIPAFP.ODARS.R231011.PS1K 000000000000000000HA123423101166869001025253

Adam Kel Bobb Iii

Dear Adam Kel Bobb Iii:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative**. We will arrange for you to appear in person.

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter**. You **must** request an interpreter so we can provide an interpreter **free of charge**. When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.

Form HA-L2 (04-2015)
Representative

See Next Page

**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Sherri Rowland
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Marcus Lane Vaden
MARCUS VADEN P A
UNIT 102
600 S GERMAN LN
CONWAY, AR 72034-7081

*1003CIPA100072*NOTAFP.X3.CIPAFP.ODARS.R23101I.PS1K 0000000000000000HA123423101166980010253

Form HA-L2 (04-2015)
Representative

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
**Important Information**

Date: 07/14/2023
Claim Number: 7529798

ADAM KEL BOBB III

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination was proper under the law. Attached is an explanation of the decision we made in your claim and how we arrived at it.

**The Decision**

See the enclosed Explanation.

This decision refers only to your SSDI benefits. You will get a separate letter about your Supplemental Security Income (SSI) payments.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review the parts of the decision that you think are wrong and correct any mistakes. The ALJ may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for a hearing.
- The 60 days start the day you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501, available at https://www.ssa.gov/forms/online. Or, you can complete your appeal online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling it out.
- In addition, you should complete form SSA-3441 "Disability Report – Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.
- Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case". It contains more information about the hearing.

**How The Hearing Process Works**

After we send your case for a hearing, an Administrative Law Judge (ALJ) will mail you a letter at least 75 days before the hearing to tell you its date, time, and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your *my* Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (866) 563-9693.

PINE BLUFF AR
SOCIAL SECURITY
3511 MARKET STREET
PINE BLUFF AR 71601 - 4778

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

***Social Security Administration***

CC: Marcus L. Vaden; MARCUS VADEN P A

Enclosure(s):
Explanation
SSA Pub. No. 70-10281 (Your Right To An Administrative Law Judge Hearing And Appeals Council Review Of Your Social Security Case)

**Explanation**

We used the following medical and non-medical reports to decide your claim in addition to those listed on our previous notice:
BAPTIST HEALTH CLINIC-WARREN received on 06/23/2023
MAINLINE HEALTH received on 06/20/2023

You said you were unable to work as of 06/09/2021 because of osteoarthritis of the right hip, a labral tear in the right hip, essential hypertension, chronic pain, spondylosis with myelopathy, degenerative disc disease, anxiety, major depressive disorder, and post-traumatic stress disorder

.

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.




00002 08/25/2025 01282722

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Procedure visit in UAMS Orthopedic Clinic - Colonel Glenn**

**Other Doctors' Notes**

**Pr ess Notes**

**Michael D Cassat, MD at 12/16/2021 1230**

Author: Michael D Cassat, MD | Service: — | Author Type: Physician
Filed: 12/16/2021 12:27 PM | Encounter Date: 12/16/2021 | Status: Signed
Editor: Michael D Cassat, MD (Physician)

After informed consent and time out, the patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine. The patient tolerated this well and was given post injection instructions.

Electronically signed by Michael D Cassat, MD at 12/16/2021 12:27 PM

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-21-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days., Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1



back to top

Bobb, Adam Male 07-20-1983 0422102400001352

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by***



back to top

Bobb, Adam Male

***the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Positive stress testing, positive iliac compression testing, positive patricks test***

**Lab Order**
**Order No: SCL025181 Dated: 02-21-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL025193 Dated: 02-21-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without - results pending

Schedule right SIJ injection in White Hall

Has RX for PT for neck and lower back. He will do that soon.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

Medication

-Refill Norco 5 #60

UDS - negative POC. Confirmation ordered



back to top

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-21-2022.*



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

## Physical Therapy Order

**Patient:** Adam Bobb
**DOB:**
**Address:**

**Ordered on:** 01-25-2022

**Home Phone:**
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)
Lumbar degenerative disc disease (M51.36)
Chronic right hip pain (M25.551)
Cervical spondylosis (M47.812)
Cervical myofascial pain syndrome (M79.18)
Labral tear of right hip joint (S73.191A)

**Instructions:**
Physical Therapy and evaluate and treat: 3x/wk for 4 weeks

John M Brown , DO



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

04221024000135 2

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

5700 West Markham Street, Little Rock AR 72205 - 3328
Tel: 501 227-0184 , Fax: 501-227-0187

## Urine Definitive/Confirmatory Drug Testing Order Form

**PATIENT DEMOGRAPHICS**
**Patient:** Adam Bobb
**Age/Sex:** Male 38 year
**Date:** 01-25-2022

**GUARANTOR & INSURANCE INFORMATION**
**Insurance:** Medicaid
**Guarantor:** Bobb Adam

Rationale for confirmatory drug testing is that the Patient has a chronic pain and is with ORT considered to be low.

**Urine Definitive/Confirmatory Drug Testing Orders**

1. asap confirmation on lcms full panel

**The above definitive/confirmatory tests are reasonable and necessary for the following:**

1. New patient testing as part of history and exam to support initial treatment decisions

**Summary of Definitive Drug Tests Results**

1. results as expected = consistent with history and 1-prescribed medication(s)

**Treatment Plan after UDS Confirmation**

1. based on definitive drug test results and clinical evaluation, continue medications as prescribed

**Diagnosis:** Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A), Cervicalgia (M54.2), Encounter for long-term (current) use of other medications (Z79.899), Cervical radiculopathy (M54.12)

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Disclosure:
AB 130D Ammended Labor Code 5703, requires all physician statements and reports to include the following as a condition of admission and payment: I have not Violated Labor Code section 139.3 and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Dated this 01-27-2022 at Alameda County, California.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

0422102400001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb

**MR#** SCL39265

**Date of Operation:** 01-25-2022

**DOB:**

**Trigger Point Injection(s)**

**Pre-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Post-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Procedure:** **Trigger Point Injection(s)**

**Attending Doctor:** Mr. John Brown, M.D.

**Anesthesia:** Local

**Description of Procedure:** After informed consent was obtained, the area of interest was palpated and the trigger points were identified and marked. There was/were a total of 4 site(s). These were located at the trapezius muscle and lower cervical paraspinal area musculature. After prepping and draping the area in the usual sterile fashion a 25 guage 1 1/2 inch needle was used to inject a total of of 1% lidocaine 1 ml / 4 mg dexamethasone distributed equally at each of the previously described site. There was no heme or paresthesias, nor air elicited from at any location (injections over lung areas). The patient tolerated the procedure well, all needles were removed intact. Hemostasis was maintained, and there were no paresthesias or complications.

Ultrasound Guidance: No

**Disposition:** After a period of observation, the patient's vital signs remained stable. The patient was then discharged to home with supervision in good condition and given written discharge instructions and instructed to contact our office for follow-up appointment.

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

00002 08/25/2025 01282722

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Mr. Adam Bobb
**DOB**
**Referral Source(s):** Dr. Kerry Pennington.
**Date:** 01-25-2022
**Reason for Visit:** New Patient Consult

**History of Present Illness**
Adam is a pleasant 38 year old male, who presents to our office for a new patient consultation.

***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.

**Past Medical History**
Sleep apnea G47.30 (780.57)
HTN (hypertension) I10 (401.9)

**Surgical History**
Heart surgery

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46



back to top

Bobb, Adam Male

has good hygiene.
**ENT:** Oral mucosa is moist and pink. He has good dentition. On examination, tongue appears to be normal.
**Eyes:** Pupils are equal and round and reactive to light and accommodation. Sclera appears to be clear. Conjunctiva is normal. .
**Neck:** There is no deviation of trachea from midline. On examination, there is no evidence of thyroid gland enlargement.
**Respiratory:** Normal breathing Chest is clear to auscultation. There is no rales or rhonchi noted. .
**Cardiovascular:** Rate and rhythm is regular. There is no evidence of pedal edema.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical.***
**Thoracic Spine:** There is no evidence of atrophy or asymmetry noted in the thoracic spine. No tenderness at thoracic paraspinal muscles and facet joint lines are noted. Range of motion of the thoracic spine is normal with both flexion and extension without pain. There is evidence of crepitation, laxity or instability noted in the thoracic spine. **trigger points** No.
**Lower Extremities:** Edema not noted.
**Lumbar Spine:** Inspection of the lumbar spine reveals no scoliosis. ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild*** There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness. ***Anterior flexion of lumbar spine is noted to be 70 degrees.*** Anterior lumbar flexion causes pain. Extension of lumbar spine is noted to be full at 30 degrees. There is pain noted with lumbar extension. ***Left lateral flexion of the lumbar spine is noted to be 20 degrees.*** Left lateral flexion causes pain ***Right lateral flexion of the lumbar spine is noted to be 20 degrees.*** Right lateral flexion reveals pain There are no palpable trigger points in the muscles.
**Joints-Shoulder: Right Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion. ROM of the shoulder is full. The stress test is normal. There is no cast. Right shoulder is non-tender to palpation. No right shoulder swelling noted. There is no ecchymosis noted over the right shoulder. No right sided shoulder crepitus noted. No right shoulder deformity noted. There is no atrophy of the right shoulder noted. No right shoulder effusion noted. Shoulder ROM: . Right Shoulder Labral Test Findings: Negative. Right scapula winging grade: 0. Right shoulder bicep test: Negative. Right shoulder impingement: Negative. Right shoulder O'brien's test: Negative. Right shoulder popeye sign: Negative. Right shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Can not do stress testing due to injury.
**Left Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion noted. ROM of the shoulder is full. The stress test is normal. There is no cast. Left shoulder is non-tender to palpation. No left shoulder swelling is noted. There is no ecchymosis present over the left shoulder. No left sided shoulder crepitus noted. No left shoulder deformity noted. There is no atrophy of the left shoulder noted. No left shoulder effusion noted. Left Shoulder Labral Test Findings: Negative. Left scapula winging grade: 0. Left shoulder bicep test: Negative. Left shoulder impingement test: Negative. Left shoulder O'brien's test: Negative. Left shoulder popeye sign: Negative. Left shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Cannot do stress testing due to injury.
**Joints- Elbows:** Elbows are non-tender, without crepitus or effusion. Joints are stable and ROM is normal.
**Joints- Wrists:** Wrists are non-tender, without crepitus or effusion. Joints are stable and ROM is normal. Phalen's sign test: No sign of altered or loss of feeling or strength, or pain in the hand, wrist, arm, or neck noted . Tinel's sign test: Negative .



back to top

**Joints- Hips/ SI Joint:** Gaenslen's Test: negative right, negative left. Left Hip ROM: Tested. Yeoman's Test: negative right, negative left. Yeoman's Test: negative right, negative left. Patrick's Test: negative right, negative left. Right Hip ROM: negative right, negative left. Pain with internal rotation Lumbar spine is noted to be stable. Positive

**Joints-Knee:** On knee examination, right knee appears to be normal. On knee examination, right knee appears to be normal. Right knee is non-tender to palaption. There is no tenderness noted in the anterior knee region. There is no swelling noted in the right knee region. There is no ecchymosis noted on the right knee. Right knee effusion is absent. Right knee compartment testing is performed. Right knee patellofemoral exam has normal findings. Right Knee Ligament Testing: Normal findings. On examination, left knee appears to be normal.

**Left Knee:** Left knee is tender to palaption. There is no tenderness present over the anterior part of the left knee region. There is no swelling noted in the left knee region. There is no ecchymosis noted on the left knee. Left knee effusion is absent. Compartment testing: Performed. Left Patello-Femoral Exam Findings: Normal. Let Knee Ligament testing: Normal.

**Joints- Ankles:** Ankles are non-tender, without crepitus or effusion bilaterally. Joints are stable and ROM is also normal.

Ankles appear normal to inspection without any evidence of erythema or edema. There is normal ankle range of motion noted bilaterally.

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

**Neurology - Straight Leg Raising:** Right: normal 90 degrees. Left: normal 90 degrees.

**Neurology - Motor Strength:**

Left UE strength - Flexors: 5/5. Right UE strength - Flexors: 5/5.
Left UE strength - Extensors: 5/5. Right UE strength - Extensors: 5/5.
Left UE Tone: Normal.
Right UE Tone: Normal.
Left LE strength - Flexors: 5/5. Right LE strength - Flexors: 5/5.
Left LE strength - Extensors: 5/5.
Right LE strength - Extensors: 5/5.
Left LE Tone: Normal. Right LE Tone: Normal.

**Neurology - Sensation:** There is normal sensation noted in the head region on the left side. There is normal sensation noted in the head region on the right side. There is normal sensation noted in the left shoulder. There is normal sensation noted in the right shoulder. Chest has normal sensation on the left side. Chest has normal sensation on the right side. There is normal sensation noted in the trunk on the left side. There is normal sensation noted in the trunk on the right side. Back examination reveals normal sensation on the left. Back examination reveals normal sensation on the right. Left elbow has normal sensation. Right elbow has normal sensation. There is normal sensation noted in the left arm. There is normal sensation noted in the right arm. Left wrist has normal sensation. Right wrist has normal sensation. Left fingers has normal sensation. Right fingers has normal sensation. Normal sensation has been noted in the abdomen. There is normal sensation noted in the left hip. There is normal sensation noted in the right hip. There is normal sensation noted in the left thigh. There is normal sensation noted in the right thigh. There is normal sensation noted in the left knee. There is normal sensation noted in the right knee. There is normal sensation noted in the left ankle. There is normal sensation noted in the right ankle.

**Neurology - Deep Tendon Reflexes:**

Left biceps (DTR): 2+. Right biceps (DTR): 2+.
Left triceps (DTR): 2+. Right triceps (DTR): 2+.
Left brachioradialis (DTR): 2+. Right brachioradialis (DTR): 2+.
Left patellar (DTR): 2+. Right patellar (DTR): 2+.
Left achilles (DTR): 2+. Right achilles (DTR): 2+.
Babinski: - negative on the right, negative on the left side.



back to top

Bobb, Adam Male

**Lab Order**
**Order No: SCL023308 Dated: 01-25-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL023338 Dated: 01-25-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL23444 Dated: 01-27-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Cervical Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without
Cervical TPI today
Schedule lumbar ESI L4-L5
Continue PT for the hip. Will give RX for PT for neck and lower back.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- I Have started the following medications for better pain control:
START
HC 5 twice daily #14 for one week ( Medicaid) then #46 if effective for him
Tizanidine 4 mg at bedtime #30

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose.



back to top

Bobb, Adam Male 0421162400001352

The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: Sending for confirmation.

- Lab Order:
ASAP Confirmation on LCMS Full Panel

The above Definitive UDT is reasonable and necessary for the following circumstances:

1- New patient testing as part of history and exam to support initial treatment decisions
2- Identify specific substance(s) and/or metabolite(s) inadequately detected or not detected by presumptive screen
3- Identify specific medication(s) or drug(s) in a class (e.G., benzodiazepines, barbiturates, opioids, antidepressants)
4- Definitive concentration of medication(s), drug(s), and/or metabolites needed to guide management
5- Identify a negative, or confirm a positive presumptive screen result inconsistent with a patient's self-report, presentation, medical history, or current prescribed medication
6- Rule out an error as the cause of an unexpected presumptive screen result
7- Identify non-prescribed medication or illicit drug use for ongoing safe prescribing of controlled substances
8- Results needed for differential assessment of Treatment efficacy, Side effects and Possible drug interaction
9- Identify substances that may present high risk for additive or synergistic interaction with prescription medication (e.G., alcohol)
10- Random testing

- Informed consent was obtained. risk of procedure were explained including but not limited to bleeding, infection, pneumothorax, paralysis, numbness, headache, reaction to the medication, nerve damage and death. The patient understood and agreed with injection.***Patient has received educational material regarding upcoming injection as well as pre-procedural instructions******

- Advised patient I will only be acting as their pain physician and treat for all pain related issues. Patient as been advised to maintain relationship with PCP for all other medical issues and has verbalized understanding of this.

- ASAP narcotic contract has been discussed in detail with patient today. Patient has verbalized understanding of this contract.

- Safety Assessment: Today the patient denied homicidal and suicidal ideation, intent, and plan. Based on my assessment of the patient today, the patient can continue to be safely managed on an outpatient basis.

- RTC in 4 weeks

ASAP URINE DRUG SCREEN - Confirmation

**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Cervicalgia (M54.2)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (45 min) (99204)**



back to top

Bobb, Adam Male

ICDs:
- (G89.4)
- (M51.36)
- (M25.551)
- (M47.812)

**Trigger Point, 1or 2 Muscles (20552)**

ICDs:
- (M54.2)

**Drug Test Prsmv Chem Anlyzr (80307)**

ICDs:
- (Z79.899)

**Follow Up:** 4 Weeks

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO

*This has been electronically signed by John Brown, DO*

*Date: 01-25-2022.*



back to top

00002 08/25/2025 01282722

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:*

*Dear Sirs:*

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Kerry F. Pennington, M.D.*

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

mainlinehealth systems, Inc.

BOBB, ADAM
39 Y old Male, DOB: c
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS
Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

02/27/2023 Progress Notes: Kerry Pennington, MD

### Reason for Appointment

1. HTN 6 MO F/U, see HPI for complaints, B.Thiele,LPN 2/27/23
2. RX: Drug room pharmacy, B.Thiele,LPN 2/27/23
3. DUE: Wellness and HIV screening, B.Thiele,LPN 2/27/23

### History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Nearly every day, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Several days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 17, Interpretation Moderately severe depression. Intervention Follow-Up for Depression Currently treated for depression and/or bipolar related diagnosis, Depressiong Screening Findings Positive.

Visit HPI:

This patient is here for follow-up of hypertension, but complains of multiple issues, including peripheral neuropathy, insomnia, increased moodiness, he is drinking 60 beer per week. He denies chest pain, dyspnea, GI or GU complaints. His blood sugars have been in the 200 to 300 range for the past few weeks, with no specific history of diabetes.

### Current Medications

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Notes to Pharmacist: dose increase

**Discontinued**

- Dexamethasone 0.75 MG Tablet as directed Orally Once a day , Notes to Pharmacist: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
- LORazepam 1 MG Tablet TAKE 1 TABLET BY MOUTH 45 MINUTES BEFORE PROCEDURE

Medication List reviewed and reconciled with the patient

### Past Medical History

Hypertension.
Anger issue.

### Surgical History

heart surgery at 2 years old

### Family History

Father: unknown

**BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023**

Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23.

## Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 02/27/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Interpretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 02/27/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? Yes, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? Yes, 3. People who have episodes like this often have changes in their thinking and behavior at the same time, like being more talkative, needing very little sleep, being very restless, going on buying sprees, and behaving in many ways they would normally think inappropriate. Did you ever have any of these changes during your episodes of being excited and full of energy or very irritable or grouchy? Yes.
Depression Screening Completed: yes, Thiele, Brandi 02/27/2023 11:59:14 AM CST > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Thiele, Brandi 02/27/2023 12:00:19 PM CST > , Yes:.
Smoking: yes, Thiele, Brandi 02/27/2023 12:00:28 PM CST > , , YES.
Recreational drug use: yes, Thiele, Brandi 02/27/2023 12:00:33 PM CST > , Denies.
Alcohol: yes, Beer, DAILY, 2 30-PACKS of Beer a week, B.Thiele,LPN 2/27/23.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 02/27/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Thiele, Brandi 02/27/2023 12:01:41 PM CST > , Occasionally.
Exercise: yes, Thiele, Brandi 02/27/2023 12:01:53 PM CST > , > , Per Age.
Travel outside US: yes, Thiele, Brandi 02/27/2023 12:02:03 PM CST > , No.
Sexually active: yes, Thiele, Brandi 02/27/2023 12:02:09 PM CST > , , Yes.
Herbal & OTC medications: yes, Thiele, Brandi 02/27/2023 12:02:18 PM CST > , , PRN.
Advance Directive: yes, Thiele, Brandi 02/27/2023 12:02:29 PM CST > , No.
Diabetic testing: yes, Thiele, Brandi 02/27/2023 12:02:33 PM CST > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

## Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

## Hospitalization/Major Diagnostic Procedure

see above

## Review of Systems

Psychiatry:

Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia , yes.

---

**BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023**

Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxysmal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Insomnia yes. Opioid management yes. Pain quality yes. See HPI for details. Sleep Problems. Weakness no. Weight gain none. weight loss none

Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. See HPI for details. Sleep disturbance yes. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.
Musculoskeletal:
muscle spasms no. Arthritis no. Back pain , Yes. Joint stiffness No. Neck pain yes. Tingling/numbness yes, BLE.
Neurology:
lightheaded no. numbness , yes, BLE. Convulsions no. no Headache. Peripheral neuropathy yes. See HPI for details. Tingling/numbness yes. Tremor yes. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

**Vital Signs**

Wt: 196.4 lbs, Ht: 75 in, BMI: 24.55 Index, BP: 150/90 mm Hg, HR: 101 /min, RR: 20, Temp: 97.9, SaO2: 97.

**Examination**

GENERAL EXAM:
General: Well developed, well nourished white male in no acute distress.
ENT: Ears normal, nose normal, mouth and throat normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: No edema.
Neurological: Cranial nerves II through XII and peripheral neurological are intact.
Psych: Mood and affect appropriate.
Skin: Normal with no new rashes or lesions.
Musculoskeletal: Moves all extremities with normal range of motion.

**Assessments**

1. Essential hypertension - I10 (Primary)
2. Other chronic pain - G89.29
3. Primary insomnia - F51.01
4. PTSD (post-traumatic stress disorder) - F43.10
5. GAD (generalized anxiety disorder) - F41.1
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Primary osteoarthritis involving multiple joints - M15.9
8. Hyperglycemia - R73.9
9. Excessive drinking alcohol - F10.10
10. Current smoker - F17.200

**Treatment**

**1. Essential hypertension**
Continue amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Start Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30 days, 60, Refills 5
Start cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, Once a day As needed, 30 days, 15 Tablet, Refills 2

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| **Cholesterol, Total** | **301** | **H** | **100-199 - mg/dL** |
| Triglycerides | 129 | | 0-149 - mg/dL |
| HDL Cholesterol | 65 | | >39 - mg/dL |
| LDL/HDL Ratio | 3.3 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 23 | | 5-40 - mg/dL |
| **LDL Cholesterol Calc** | **213** | **H** | **0-99 - mg/dL** |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 10.0 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **123** | **H** | **70-99 - mg/dL** |
| **BUN** | **5** | **L** | **6-20 - mg/dL** |
| Protein, Total, Serum | 7.6 | | 6.0-8.5 - g/dL |
| **Albumin, Serum** | **5.3** | **H** | **4.0-5.0 - g/dL** |
| Bilirubin, Total | 1.2 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 105 | | 44-121 - IU/L |
| **AST (SGOT)** | **102** | **H** | **0-40 - IU/L** |
| Potassium, Serum | 4.3 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 139 | | 134-144 - mmol/L |
| Chloride, Serum | 97 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.79 | | 0.76-1.27 - mg/dL |
| **ALT (SGPT)** | **143** | **H** | **0-44 - IU/L** |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **6** | **L** | **9-20 -** |
| Globulin, Total | 2.3 | | 1.5-4.5 - g/dL |
| **A/G Ratio** | **2.3** | **H** | **1.2-2.2 -** |
| eGFR | 116 | | >59 - mL/min/1.73 |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. This lab was reviewed by Beverly Young on 03/01/2023 at 11:29 AM CST

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 02/27/2023 12:49 PM)

| | Value | Reference Range |
|---|---|---|
| WBC | 8.5 | 4.1 - 10.9 K/uL |
| RBC | 5.74 | 4.20 - 6.30 M/uL |
| Hemoglobin | 18.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 55.9 | 37.0 - 51.0 % |
| MCV | 97.4 | 80.0 - 97.0 fL |
| MCH | 32.8 | 26.0 - 32.0 pg |
| MCHC | 33.6 | 31.0 - 36.0 g/dL |
| Platelets | 179 | 140 - 440 K/uL |
| Lymphs | 17.6 | 10.0 - 58.5 % |
| Monocytes | 9.2 | 0.1 - 24.0 % |
| Neutrophils | 73.2 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.8 | 0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2 | 2.0 - 7.8 |
| RDW | 12.2 | 11.5 - 14.5 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST > Pennington, Kerry 03/01/2023 08:17:21 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: -Urinalysis Microscopic (Collection Date & Time - 02/27/2023 04:18 PM)

| | Value | Reference Range |
|---|---|---|
| Glucose | 250 | NEG - |
| Bilirubin | neg | NEG - |
| Ketones | neg | NEG - |
| Specific Gravity | 1.010 | 1.001 - 1.035 |
| Occult Blood | neg | NEG - |
| pH | 7.0 | 4.6 - 8 |
| Protein | neg | NEG - |
| Urobili, Semi -Qu | 0.2 | 0 - 2.0 mg/dL |
| Nitrite | neg | NEG - |
| WBC Exterase | neg | NEG - |
| RBC | neg | 0 - 2 /HPF |
| WBC | neg | 0 - 2 /HPF |
| Epi Cell | rare | NEG - FEW |
| Bacteria | neg | NEG - |

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

| | | |
|---|---|---|
| Yeast | neg | NEG - |
| Trich | neg | NEG - |
| Casts/Crystals | neg | NEG - |
| Clue Cells | neg | NEG - |

Notes :Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren Pennington, Kerry 02/27/2023 06:54:50 PM CST >

Notes:
**Add carvedilol 3.25 mg BID, #60 x 5 refills, check lab, continue other medications and a low salt diet. He is also given clonidine 0.2 mg to take as needed for elevated blood pressure, #15 x 2 refills.**

**2. Other chronic pain**
Notes:
**Continue follow-up with pain clinic as directed.**

**3. Primary insomnia**
Start traZODone HCl Tablet, 100 MG, 1 or 2 tablet(s) at bedtime, Orally, Once a day, 30 days, 60, Refills 5
Notes:
**Trazodone 100 mg 1 or 2 HS, #60 x 5 refills. Good sleep hygiene is discussed.**

**4. PTSD (post-traumatic stress disorder)**
Notes:
**Continue current meds and follow-up with BH later today.**

**5. GAD (generalized anxiety disorder)**
Notes:
**Continue current meds and follow-up with BH.**

**6. MDD (major depressive disorder), recurrent episode, moderate**
Continue DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, Notes to Pharmacist: dose increase
Notes: **Continue current meds and follow-up with BH.**

**7. Primary osteoarthritis involving multiple joints**
Notes:
**Continue current care and stay active without overuse.**

**8. Hyperglycemia**
LAB: -Hemoglobin A1C (Collection Date & Time - 02/27/2023 12:58 PM)

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 6.1 | 4.8 - 6.9 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST > Pennington, Kerry 03/01/2023 08:17:34 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

08:17 AM CST

Notes:
**Check appropriate lab today and we will proceed from there.**

**9. Excessive drinking alcohol**
Notes:
**He will try to taper off.**

**10. Current smoker**
Notes: **He is encouraged to quit smoking and cessation is discussed. He is offered pills, patches and gum but declines intervention at this time.**

**11. Others**
Notes:
I have reviewed patient's current medication list above. Patient is advised to continue all other medications as previously prescribed and documented in previous notes, unless otherwise noted above. K. Pennington, MD
I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.

**Preventive Medicine**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Instructed on how to calculate BMI & importance. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW
83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW
81001 URINALYSIS, AUTO W/SCOPE
36415 VENIPUNCT, ROUTINE*
1034F CURRENT TOBACCO SMOKER
99406 BEHAV CHNG SMOKING 3-10 MIN
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

00002 08/25/2025 01282722

6/20/23, 12:55 PM Print Preview

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

**Follow Up**
3 Months,prn
**Care Plan Details**

**Electronically signed by Kerry Pennington on 02/28/2023 at 02:53 PM CST**
**Sign off status: Completed**

---

18-Warren-Mainline Health Systems, Inc
1012 E Church St
STE B
Warren, AR 716713530
Tel: 870-226-6786
Fax: 870-226-7925

**Progress Note: Kerry Pennington, MD 02/27/2023**

00002 08/25/2025 01282722

00002 08/25/2025 01282722

BOBB, ADAM, 39 Y, M,

# CUMULATIVE REPORTS

-CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:49 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| WBC | 8.5<br>4.1 - 10.9 K/uL |
| RBC | 5.74<br>4.20 - 6.30 M/uL |
| Hemoglobin | 18.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 55.9<br>37.0 - 51.0 % |
| MCV | 97.4<br>80.0 - 97.0 fL |
| MCH | 32.8<br>26.0 - 32.0 pg |
| MCHC | 33.6<br>31.0 - 36.0 g/dL |
| Platelets | 179<br>140 - 440 K/uL |
| Lymphs | 17.6<br>10.0 - 58.5 % |
| Monocytes | 9.2<br>0.1 - 24.0 % |
| Neutrophils | 73.2<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.8<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2<br>2.0 - 7.8 |
| RDW | 12.2<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:21 AM CST > |

BOBB, ADAM,

00002 08/25/2025 01282722

## -Hemoglobin A1C

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:58 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Hemoglobin A1c | 6.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:34 AM CST > |

BOBB, ADAM,

## -Urinalysis Microscopic

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>04:18 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Glucose | 250<br>NEG - |
| Bilirubin | neg<br>NEG - |
| Ketones | neg<br>NEG - |
| Specific Gravity | 1.010<br>1.001 - 1.035 |
| Occult Blood | neg<br>NEG - |
| pH | 7.0<br>4.6 - 8 |
| Protein | neg<br>NEG - |
| Urobili, Semi-Qu | 0.2<br>0 - 2.0 mg/dL |
| Nitrite | neg<br>NEG - |
| WBC Esterase | neg<br>NEG - |
| RBC | neg<br>0 - 2 /HPF |
| WBC | neg<br>0 - 2 /HPF |
| Epi Cell | rare<br>NEG - FEW |
| Bacteria | neg<br>NEG - |
| Yeast | neg<br>NEG - |
| Trich | neg<br>NEG - |
| Casts/Crystals | neg<br>NEG - |
| Clue Cells | neg<br>NEG - |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren<br>Pennington, Kerry 02/27/2023 06:54:50 PM CST > |

BOBB, ADAM,

**Comp. Metabolic Panel (14)** •

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Calcium, Serum | 10.0<br>8.7-10.2 mg/dL |
| Glucose, Serum | 123H<br>70-99 mg/dL |
| BUN | 5L<br>6-20 mg/dL |
| Protein, Total, Serum | 7.6<br>6.0-8.5 g/dL |
| Albumin, Serum | 5.3H<br>4.0-5.0 g/dL |
| Bilirubin, Total | 1.2<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 105<br>44-121 IU/L |
| AST (SGOT) | 102H<br>0-40 IU/L |
| Potassium, Serum | 4.3<br>3.5-5.2 mmol/L |
| Sodium, Serum | 139<br>134-144 mmol/L |
| Chloride, Serum | 97<br>96-106 mmol/L |
| Creatinine, Serum | 0.79<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 143H<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 6L<br>9-20 |
| Globulin, Total | 2.3<br>1.5-4.5 g/dL |
| A/G Ratio | 2.3H<br>1.2-2.2 |
| eGFR | 116<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. |

Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penninglo, K |
| Cholesterol, Total | 301H<br>100-199 mg/dL |
| Triglycerides | 129<br>0-149 mg/dL |
| HDL Cholesterol | 65<br>>39 mg/dL |
| LDL/HDL Ratio | 3.3<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 23<br>5-40 mg/dL |
| LDL Cholesterol Calc | 213H<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > |

00002 08/25/2025 01282722

From: 12/09/2024 08:11 #245 P.002/002

MAINLINE HEALTH SYSTEMS, INC (3)
1012 E Church St.
WARREN, AR, 71671
(870) 226-6754

Mallard Medical Supply, LLC
801 E Church St.
Warren, AR 71671

PRESCRIPTION FORM 1 / 1

## FOR BILLING AND DISPENSING

✓ ADAM BOBB

✓ DOB:
Gender: Male
Weight: 218lbs
Height: 6ft 2in

Billing Address:

Order Information:
Order ID: VXJ-8S3-KVR7-290
Order Date: 09/13/2024

Delivery Address:

E0100: Straight Cane

Quantity: 1, Start Date: 09/13/2024, Length of Need: 99 months

Insurance:
Primary - Blue Cross Blue Shield (BCBS) - Commercial
EXX60054796201

Emergency Contacts:

Diagnosis:
M16.11 - Unilateral primary osteoarthritis, right hip

I certify that I am the treating clinician identified on this document. I reviewed the written order, and the information reflects the patient's condition and treatment plan. Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information above contained herein is true, accurate and complete, to the best of my knowledge, and is consistent with the information contained in my clinical records for the Patient and/or in the Patient's permanent medical record. I certify that the patient/caregiver is capable and has successfully completed training or will be trained on the proper use of the products prescribed on this written order. I understand that any falsification, omission, or concealment of material fact in that section with respect to any information contained herein may subject me to civil or criminal liability.

ANTHONY RODRIGUEZ / NPI: 1770020521

[illegible] on 0/13/24 at 13:33PM EDT by
ANTHONY RODRIGUEZ NPI 1770020521

Clinician's Signature

Date / /

PAGE 1/1 * RCVD AT 12/9/2024 9:19:28 AM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-48

Bobb, Adam Male

# Arkansas Spine and Pain

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-227-0187

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

Pharmacy: Drug Room, INC.
Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient:Mr. Bobb, Adam
DOB:
Add:
Plan:

Date: 04-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 6 Hours PRN for 30 Days , Prescribe 90 Tablet

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-11-2024.*

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-15-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness.*** Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety.*** Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is** 6. Height (inches): 75.00 Weight (lbs): 220.00 **BP:** 139/85 mm Hg. **Puls e:** 83 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

Bobb, Adam Male

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL083539 Dated: 02-15-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.

- Last filled: Oxy on 1/11/24 (for his dental abscess).

- UDS: +Oxy on 2/5/24.

- Confirmation Consistent on 11/1/23. Reviewed 2/15/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea,

Bobb, Adam Male

vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male



John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-15-2024.*

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

Pharmacy: Drug Room, INC.
Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient: Mr. Bobb, Adam
DOB:
Add:
Plan:

---

Date: 01-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

**Confidentiality Note:** This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-11-2024.*

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 09-12-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Current Medication.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days . Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 8 Hours PRN Refills: 0
1 Capsule Three times a Day Refills: 1
1 Tablet Every Night Refills: 1
1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 73.00 Weight (lbs): 220.00 **BP:** 111/71 mm Hg. **Puls e:** 70 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple.

Bobb, Adam Male

Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Joints-Knee:** On examination, left knee appears to be normal.
***Left Knee: Left knee is non-tender to palpation. Medial joint line***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL101601 Dated: 09-12-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***9/12/24***

Patient returns to clinic for f/u c/o low back pain. Pain meds doing well. He has been diagnosed with diabetes.

***7/16/24***

Bobb, Adam Male

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.

Bobb, Adam Male

**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy 6/90 on 9/12/24.

- Last filled: Oxy on 8/15/24.

- UDS: +OXY on 9/12/24.

- Confirmation Consistent on 7/16/24. Reviewed 9/12/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)

Bobb, Adam Male

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 09-12-2024.*

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: · Chart No:
**Visit Date**: 07-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 114/75 mm Hg. **Pulse:** 73 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

Bobb, Adam Male

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL096664 Dated: 07-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL096678 Dated: 07-16-2024 Lab: Any Lab**
**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/16/24***

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is

Bobb, Adam Male

stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

Bobb, Adam Male

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 7/16/24.

- Last filled: Oxy on 6/15/24.

- UDS: +OXY on 7/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 7/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)

Bobb, Adam Male

(S73.191A)

**Follow Up:** 2 Months

**Prescription**

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO

*This has been electronically signed by John Brown, DO*

*Date: 07-16-2024.*

Arkansas Spine and Pain

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-227-0187

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 05-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 123/84 mm Hg. **Puls e:** 78 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

Bobb, Adam Male

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL091650 Dated: 05-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90. Will increase Gabapentin to 600mg TID #90 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicalton on 5/16/24.

Bobb, Adam Male

- Last filled: Oxy on 4/15/24.

- UDS: Negative on 5/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 5/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up**: 2 Months

**Prescription**

Bobb, Adam Male

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 05-16-2024.*

SARC CardioVascular and Vein Center

# BOBB, Adam

**40 Y old Male, DOB:**
**Account Number: 56397**

**Home:**
**Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181**
**Appointment Facility: Woodson Clinic**

**05/06/2024** **Progress Notes: Matthew L Wood, APRN**

## Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

## Past Medical History

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

## Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two

## Reason for Appointment

1. The patient has been complaining of chest discomfort, heartburn, and anxiety. The patient talked to his psychiatrist and the doctor does not want to change medication until her talk to Mathew Wood. The patient states that he has been experiencing a lot of anxiety and panic attacks. The patient states that he has been diagnosed with PSTD, major depressive disorder and severe anxiety and was wondering is not associated with chest pain. EKG - sinus rhythm.

## History of Present Illness

History of present illness:

The patient complains of left-sided/center chest pains. The patient describes chest pains as tightness/squeeze, which are associated with activity, shortness of breath and diaphoresis. The patient states that the pain occurs without radiation at rest and with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps, aching, burning, and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or fatigue.

## Vital Signs

HR: **69** /min, BP: **104/68** mm Hg, Wt: **222** lbs, BMI: **27.75** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 100.7 kg
BP 108/72 on the left.

## Examination

General Examination:

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x 3. PSYCH: Cooperative with exam, judgement and insight good.

## Assessments

years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Negative for weight gain, weight loss or fever. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris - I25.118
4. Long term (current) use of antithrombotics/antiplatelets - Z79.02
5. Dizziness and giddiness - R42
6. Nicotine dependence, unspecified, uncomplicated - F17.200
7. Shortness of breath - R06.02
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Start Protonix 40 mg p.o. q. d.
Refer to GI for EGD.
Schedule for ultrasound of gallbladder at CARTI, Pine Bluff.
The patient is to follow up with primary care physician for GAD treatment.
Keep currently scheduled follow up with ABI.
The patient is to stop smoking.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 05/06/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

00002 08/25/2025 01282722

From:
Patient; BOBB, Adam DOB:

11/06/2024 16:50 #225 P.031/057

CARTI
MEDICAL IMAGING AND INTERVENTION

5001 Bobo Road • Pine Bluff, AR 71603
800.482.8561

Patient: Bobb, Adam Sex: Male DOB:

Exam: US ABDOMEN ULTRASOUND, LIMITED (76705) Acc# B38AE380B3F1
DOS: 05/30/2024 01:00 PM MRN# 1049804

Ref. Phys: MATTHEW WOOD

PROCEDURE: GALLBLADDER ULTRASOUND

COMPARISON: None.

INDICATIONS: Abdominal pain

FINDINGS: Transverse images of the pancreas are normal. There is diffuse increase in liver echogenicity characteristic of hepatic steatosis. The liver measures 17.8 cm in craniocaudal extent. There are no focal liver lesions. Portal vein is patent. Common duct measures 3 mm. The gallbladder is normal. The spleen measures 12.3 cm in length. There is no free fluid.

IMPRESSION:
1. Diffuse hepatic steatosis.
2. No evidence of any acute abnormality within the upper abdomen.

Electronically Signed By:
Theodore Hronas, M.D. at 05/30/2024 13:25

MW 6/10/24

EW

Document: 5.30.24 US GALLBLADDER Printed: 10-17-2024 01:41:39



PAGE 31/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

00002 08/25/2025 01282722

From: 11/06/2024 16:50 #225 P.032/057

Patient: BOBB, Adam DOB:

| | | | | | | |
|---|---|---|---|---|---|---|
| ID: | | Gender: | Male | 05/06/2024 08:17:20AM | | sinus rhythm |
| Name: | BOBB, ADAM | | | PR: | 102/162 ms | vertical axis |
| Age: | 40 yr | | | QRS: | 110 ms | Normal variant of ECG |
| | | | | QT/QTc: | 394/428 ms | Unconfirmed Report |
| | | | | P/QRS/T axis: | 48/88/47 deg | |
| | | | | Heart rate: | 71 bpm | |






25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz Version 2.00.02

Document: 5.6.24 EKG_001 Printed: 10-17-2024 01:41:39

Page 1 of 1

PAGE 32/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

From:
Patient; BOBB, Adam DOB:

00002 08/25/2025 01282722
11/06/2024 16:52 #225 P.033/057

# Lower Extremity Physiologic Study
## Multiple Level (Segmental Exam)

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 07/01/24 12:22:25

| Risk Factors | Current Symptoms | ABI Severity of Disease |
|---|---|---|
| ☐ Tobacco Use<br>☐ Diabetes<br>☐ Heart Disease<br>☐ Previous CV Event<br>☐ Hypertension<br>☐ Hyperlipidemia<br>☐ Stroke/TIA<br>☐ Prev. Vascular Surgery | ☐ Intermittent Claudication<br>☐ Numbness, Tingling in Feet<br>☐ Ulcerations<br>☐ Rest Pain<br>☐ Gangrene<br>Location: ☐ Buttocks ☐ Thigh ☐ Calf ☐ Feet | > 1.40 Non-compressible<br>1.00 - 1.40 Normal<br>0.91 - 0.99 Borderline<br>0.00 - 0.90 Abnormal<br>Index for Ankles Only |

**Interpreting Physician:** Un-Assigned **Referring Physician:** Un-Assigned
**Comments:**

**RIGHT**

**Brachial** 114

PVR X1 07/01/24 12:14:00



**Thigh** 168 mmHg 1.47 Index

PVR X1 07/01/24 12:15:38



**Calf** 199 mmHg 1.74 Index

PVR X1 07/01/24 12:16:40



**PT** 158 mmHg 1.38 Index



**LEFT**

**Brachial** 114

PVR X1 07/01/24 12:18:13



**Thigh** 168 mmHg 1.47 Index

PVR X1 07/01/24 12:20:03



**Calf** 143 mmHg 1.25 Index

PVR X1 07/01/24 12:21:23



**PT** 167 mmHg 1.46 Index

**Interpretation:**

**CPT Code:** No CPT Code
**ICD-10 Code:** No ICD-10 Code

Document: 7.1.24 PVR Printed: 10-17-2024 01:41:39

Page 1 of 1

SARC CardioVascular and Vein Center

# BOBB, Adam

40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

07/01/2024 **Progress Notes: Matthew L Wood, APRN**

### Past Medical History
PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

### Surgical History
Arteries did not form all the way so they had to stent/close it up at the age of two years.
DES of PDA on 03/05/2024

### Family History
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

### Social History
The patient is a smoker - half pack of cigarettes. The patient does not drink alcohol. The patient does not use recreational drugs.

### Allergies
Sulfa Antibiotics
Penicillin

### Review of Systems
CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Positive for claudication. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

### Reason for Appointment
1. The patient is here for two-month follow-up. The patient has had gallbladder ultrasound on 05/30/2024 - diffuse hepatic steatosis - known history of. Dr. Samad - the patient stated he has not received a call or heard anything from them. ABI - right 1.38 and left 1.46. He had follow up with primary care physician for GAD - stopped Duloxetine and changed to Wellbutrin. He still has not had sleep study. His wife reports continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes.

### History of Present Illness
History of present illness:
The patient complains of shortness of breath with exertion and at rest - improved. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching and soreness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies chest pain, palpitations, or dizziness.

### Vital Signs
HR: **81** /min, BP: **114/74** mm Hg, Wt: **216** lbs, BMI: **27** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 97.98 kg
BP 112/72 on left.

### Examination
General Examination:
GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and
accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x
3. PSYCH: Cooperative with exam, judgement and insight good.

### Assessments
1. Gastro-esophageal reflux disease with esophagitis, without bleeding - K21.00 (Primary)
2. Generalized anxiety disorder - F41.1
3. Essential (primary) hypertension - I10

4. Mixed hyperlipidemia - E78.2
5. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
6. Long term (current) use of antithrombotics/antiplatelets - Z79.02
7. Sleep apnea, unspecified - G47.30
8. Nicotine dependence, unspecified, uncomplicated - F17.200
9. Shortness of breath - R06.02
10. Other fatigue - R53.83
11. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Continue medications as current.
The patient is to schedule sleep study with SMS as recommended.
Resend referral to Dr. Samad for EGD evaluation.
The patient is to return to clinic in three months.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 07/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CardioVascular and Vein Center

# BOBB, Adam

41 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

**10/01/2024** **Progress Notes: Matthew L Wood, APRN**

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 10/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024

**LAB VISIT**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:27 AM CST **Check Out:** 08:38 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/27/2024

## Subjective:

**Chief Complaints:**

1. LAB only, no provider seen, MMashburn,RN.

**Medical History:**

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking metFORMIN HCl 500 MG Tablet 1 tablet Orally twice daily , Taking Glucose Test Strips test once daily , stop date 07/06/2025, Taking Glucose Lancing device test once daily , stop date 10/09/2024, Taking Glucose Meter test glucose once daily , stop date 10/09/2024, Taking Lancets Micro Thin 33G(Lancets) - Miscellaneous as directed , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. Hyperglycemia - R73.9 (Primary)

## Plan:

**Treatment:**

**1. Hyperglycemia**

LAB: -Glucose (Collection Date & Time - 09/27/2024 08:37 AM) High

| | Value | Reference Range |
|---|---|---|
| Glucose, Whole Blood | 150 | 65 - 99 mg/dL |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/27/2024

and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE.

**Procedure Codes:** 82947 ASSAY, GLUCOSE, BLOOD QUANT, Modifiers: QW

## Billing Information:

**Visit Code:**
**Procedure Codes:**
82947 ASSAY, GLUCOSE, BLOOD QUANT. Modifiers: QW

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 10/01/2024 at 01:08 PM CDT**
**Sign off status: Completed**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 09:16 AM CST **Check Out:** 10:57 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/09/2024

## Subjective:

**Chief Complaints:**

1. Per anthony. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. UTD: HIV, Wellness, Lipid, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today after receiving a critical value of an elevated glucose with no previous diagnosis of diabetes. Patient reports that his mother has diabetes. He has never taken medications for in the past for diabetes.

Patient has peripheral arterial disease and has been followed by Matt Wood, APRN who collaborates with Dr. Mahmood. Patient reports that he cannot stay on his feet very long without being in pain. This enables him to have a job. He reports that has been denied claims for disability. He is inquiring about letters to send to the disability lawyer so he can file for disability again.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Lower Back Pain, Myalgias, Arthralgias, Falls/Trauma/Injury. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED mmashburn,rn 09/09/2024.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/09/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/09/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/09/2024 09:52:42 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/09/2024 09:52:49 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/09/2024 09:52:51 AM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 09/09/2024 09:52:53 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/09/2024 09:52:56 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/09/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/09/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/09/2024 09:53:14 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/09/2024 09:53:16 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/09/2024 09:53:19 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/09/2024 09:53:21 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/09/2024 09:53:23 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/09/2024 09:53:25 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/09/2024 09:53:28 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in

the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **218.6** lbs, Ht: 75 in, BMI: **27.32** Index, BP: **124/80** mm Hg, HR: 86 /min, RR: 20, Temp: 96.9, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin - E11.65 (Primary)
2. Elevated glucose - R73.09
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Screening for depression - Z13.31
5. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin**

Start metFORMIN HCl Tablet, 500 MG, 1 tablet, Orally, twice daily, 30 days, 60, Refills 2 ; Start Glucose Test Strips, test once daily, 100 days, 100 Each, Refills 2 ; Start Glucose Lancing device, test once daily, 30 days, 1, Refills 0 ; Start Glucose Meter, test glucose once daily, 30 days, 1, Refills 0 ; Start Lancets Micro Thin 33G Miscellaneous, -, as directed, 100 days, 100, Refills 2 .

Notes: 1. Start Metformin and keep a fasting glucose log. Return with the log in two weeks. Likely we will have to increase that Metformin and start an additional med.
2. educated on diabetic diet
3. encouraged to exercise.

**2. Elevated glucose**

LAB: -Hemoglobin A1C (Collection Date & Time - 09/09/2024 09:46 AM) HbA1c 9 or higher

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 11.1 | 4.8 - 6.9 % |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic.

**3. Nicotine dependence, cigarettes, uncomplicated**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Procedure Codes:** 83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW , 3046F HEMOGLOBIN A1C LEVEL > 9.0%

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 2 Weeks

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
83036 GLYCATED HEMOGLOBIN A1C. Modifiers: QW
3046F HEMOGLOBIN A1C LEVEL > 9.0%.

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 09/10/2024 at 10:36 AM CDT**
**Sign off status: Completed**

00002 08/25/2025 01282722

From: 11/06/2024 16:58 #225 P.043/057

10/15/24, 12:12 PM Print Preview

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:13 AM CST **Check Out:** 08:52 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/06/2024

## Subjective:

**Chief Complaints:**

1. yearly check up , and talk about personal issues- patient c/o left knee pain/left ankle pain x 6 months. Describes as intermittent and aching. Denies injuries, swelling, redness, warmth, or bruising. Occasionally he hears a "popping" noise when he is ambulating. MMashburn,RN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: Wellness, lipid, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today for yearly checkup. He reports he is having chronic left knee pain without any acute injuries. The pain comes and goes as then and is aching in nature. He reports crepitus with certain movements but denies any laxity. He is due for routine labs today. Patient reports that he has had multiple disability claims rejected in the past. He reports the inability to work due to chronic pain while standing for extended periods. He has a history of PAD and has been followed by cardiology. He has no other complaints at this visit.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL +, , **POSITIVE FOR left knee and ankle pain**. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 09/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/06/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/06/2024 08:13:49 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/06/2024 08:13:55 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/06/2024 08:13:58 AM CDT > , , YES. Recreational drug use: yes, Mashburn, Madison 09/06/2024 08:14:01 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/06/2024 08:14:05 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/06/2024 08:14:17 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/06/2024 08:14:19 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/06/2024 08:14:22 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/06/2024 08:14:24 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/06/2024 08:14:26 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/06/2024 08:14:29 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/06/2024 08:14:31 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **213.6** lbs, Ht: 75 in, BMI: **26.7** Index, BP: **124/82** mm Hg, HR: 86 /min, RR: 20, Temp: 97.5, SaO2: 97.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: crepitus noted to left knee with passive ROM, no deformity noted, no effusion present..

## Assessment:

**Assessment:**

1. Acute pain of left knee - M25.562 (Primary)
2. Encounter for wellness examination in adult - Z00.00
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Neuropathy of both feet - G57.93
5. Essential hypertension - I10
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Foreign body finger - S60.459A
8. Alcohol dependence, in remission - F10.21
9. Peripheral vascular disease, unspecified - I73.9
10. Screening for depression - Z13.31
11. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Acute pain of left knee**

Imaging: -X-ray : Knee, left (2 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:03:39 AM CDT > Rodriguez, Anthony 09/09/2024 09:33:36 AM CDT > Pt notified in clinic.

Notes: 1. pending labs.
Referral To:Physical Therapy Bradley County Physical Therapist
Reason:PT

**2. Encounter for wellness examination in adult**

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Cholesterol, Total | 122 | | 100-199 - mg/dL |
| Triglycerides | 362 | H | 0-149 - mg/dL |
| HDL Cholesterol | 28 | L | >39 - mg/dL |
| LDL/HDL Ratio | 1.4 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 54 | H | 5-40 - mg/dL |

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

LDL Cholesterol Calc 40 0-99 - mg/dL

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions.

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 9.2 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **539** | **>** | **70-99 - mg/dL** |
| BUN | 12 | | 6-24 - mg/dL |
| Protein, Total, Serum | 6.7 | | 6.0-8.5 - g/dL |
| Albumin, Serum | 4.5 | | 4.1-5.1 - g/dL |
| Bilirubin, Total | 0.7 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 118 | | 44-121 - IU/L |
| AST (SGOT) | 19 | | 0-40 - IU/L |
| Potassium, Serum | 4.0 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 135 | | 134-144 - mmol/L |
| Chloride, Serum | 98 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.86 | | 0.76-1.27 - mg/dL |
| ALT (SGPT) | 34 | | 0-44 - IU/L |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| BUN/Creatinine Ratio | 14 | | 9-20 - |
| Globulin, Total | 2.2 | | 1.5-4.5 - g/dL |
| eGFR | 112 | | >59 - mL/min/1.73 |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today.

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 09/06/2024 08:48 AM) Normal

| | Value | Reference Range |
|---|---|---|
| WBC | 8.2 | 4.1 - 10.9 K/uL |
| RBC | 5.15 | 4.20 - 6.30 M/uL |
| Hemoglobin | 15.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 46.2 | 37.0 - 51.0 % |
| MCV | 89.7 | 80.0 - 97.0 fL |
| MCH | 30.7 | 26.0 - 32.0 pg |
| MCHC | 34.2 | 31.0 - 36.0 g/dL |
| Platelets | 180 | 140 - 440 K/uL |
| Lymphs | 25.1 | 10.0 - 58.5 % |
| Monocytes | 7.1 | 0.1 - 24.0 % |
| Neutrophils | 67.8 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.6 | 0.0 - 1.8 |

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

| | | |
|---|---|---|
| Neutrophils (Absolute) | 5.5 | 2.0 - 7.8 |
| RDW | 11.9 | 11.5 - 14.5 % |

Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified.

Notes: 1. pending labs.

**3. Nicotine dependence, cigarettes, uncomplicated**
Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**4. Neuropathy of both feet**
Refill Gabapentin Capsule, 300 MG, T1C PO TID PRN FOR FEET PAIN, 30 days, 90 Capsule, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**5. Essential hypertension**
Refill hydroCHLOROthiazide Capsule, 12.5 MG, 1 capsule in the morning, Orally, Once a day, 90 days, 90 Capsule, Refills 1 ; Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 90 days, 180 Tablet, Refills 1 ; Refill cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, as needed, 30 days, 30, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**6. MDD (major depressive disorder), recurrent episode, moderate**
Refill buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 90 days, 180, Refills 1 ; Refill PARoxetine HCl Tablet, 40 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill traZODone HCl Tablet, 100 MG, TAKE 1-2 TABLETS PO HS, 30 days, 60 Tablet, Refills 2 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**7. Foreign body finger**
Imaging: -X-ray : Fingers, right (3 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:02:42 AM CDT > Rodriguez, Anthony 09/09/2024 09:34:03 AM CDT > Pt notified in clinic.

Notes: 1. xrays pending

**8. Peripheral vascular disease, unspecified**
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**Procedure Codes:** 3079F DIAST BP 80-89 MM HG, 99406 BEHAV CHNG SMOKING 3-10 MIN, 3074F SYST BP LT 130 MM HG, 85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW , 36415 VENIPUNCT, ROUTINE*, 73140 X-RAY EXAM OF FINGER(S), Modifiers: TC , 73560 X-RAY EXAM OF KNEE, 1 OR 2, Modifiers: TC

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 3 Months

**Billing Information:**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
3079F DIAST BP 80-89 MM HG.
99406 BEHAV CHNG SMOKING 3-10 MIN.
3074F SYST BP LT 130 MM HG.
85025 COMPLETE CBC W/AUTO DIFF WBC. Modifiers: QW
36415 VENIPUNCT, ROUTINE*.
73140 X-RAY EXAM OF FINGER(S). Modifiers: TC
73560 X-RAY EXAM OF KNEE, 1 OR 2. Modifiers: TC

**Care Plan Details**

**Electronically signed by Anthony Rodriguez , APRN on 09/25/2024 at 02:55 PM CDT**
**Sign off status: Completed**

---

**Provider: Anthony Rodriguez, APRN** **Date: 09/06/2024**
**Generated for Printing/Faxing/eTransmitting on: 10/15/2024 11:12 AM CDT**

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 02:27 PM CST **Check Out:** 03:21 PM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 05/06/2024

## Subjective:

**Chief Complaints:**

1. Med refills DMartin LPN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: lipid, wellness, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 40-year-old male who presents today to discuss changing his anxiety medications. Patient had a history of chronic back pain so at one time we started him on Cymbalta. Patient reports that he has been taking Paxil and Cymbalta with no relief of his anxiety. Patient has a history of CAD in which she had to have a stent. He has a chronic everyday smoker and wants to quit. His cardiologist called me to discuss medication options to treat his anxiety as well as cravings for cigarette use. We feel that his heart health would improve dramatically if he quit smoking. Patient is willing to try. We discussed multiple ways to treat this nicotine dependence such as nicotine gum use, Wellbutrin, cold turkey, and Chantix. We decided to try the Wellbutrin and nicotine gum in which she will get over-the-counter.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness,Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, , NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Constipation, Diarrhea, , Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Falls/Trauma/Injury, Myalgias, Lower Back Pain, Arthralgias. NEURO -, NEGATIVE FOR, Tremor, Headaches, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia,Changes in Weight, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled. 1 son(s) , 1 daughter(s) . .

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED mmashburn,rn 05/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 05/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 05/06/2024. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 05/06/2024 01:50:10 PM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 05/06/2024 01:50:19 PM CDT > , Yes:. Smoking: yes, Mashburn, Madison 05/06/2024 01:50:21 PM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 05/06/2024 01:50:24 PM CDT > , Denies. Alcohol: yes, Mashburn, Madison 05/06/2024 01:50:26 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 05/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 05/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 05/06/2024 01:50:40 PM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 05/06/2024 02:05:41 PM CDT > , walking. Travel outside US: yes, Martin, Daleshia 05/06/2024 02:05:44 PM CDT > , No. Sexually active: yes, Martin, Daleshia 05/06/2024 02:05:47 PM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 05/06/2024 02:05:51 PM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 05/06/2024 02:05:54 PM CDT > , , No. Diabetic testing: yes, Martin, Daleshia 05/06/2024 02:05:57 PM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS , Taking Gabapentin 300 MG Capsule T1C PO

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Unknown tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **225** lbs, Ht: 75 in, BMI: **28.12** Index, BP: **96/60** mm Hg, HR: 93 /min, RR: 20, Temp: 97.7, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. GAD (generalized anxiety disorder) - F41.1 (Primary)
2. Nicotine dependence with current use - F17.200
3. Encounter for wellness examination in adult - Z00.00
4. Encounter for screening for cardiovascular disorders - Z13.6

## Plan:

**Treatment:**

**1. GAD (generalized anxiety disorder)**

Start buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 30 days, 30, Refills 5 ; Stop PARoxetine HCl Tablet, 40 MG, T1T PO Q AM ; Stop DULoxetine HCl Capsule Delayed Release Particles, 60 MG, TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS ; Start DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 30 days, 60, Refills 5 .

Notes: 1. Stop Paxil
2. Start Welbutrin
3. Increase Cymbalta

**2. Nicotine dependence with current use**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.
5. We will start Wellbutrin and I encouraged patient to try Nicotine gum to help quitting.

**3. Encounter for wellness examination in adult**

LAB: Annual Labs (CMP, CBC, TSH) (Ordered for 05/06/2024)

Gilliam, Abbie 05/06/2024 04:31:08 PM CDT > pt did not come to lab

**4. Encounter for screening for cardiovascular disorders**

LAB: Lipid Panel With LDL/HDL Ratio * (Ordered for 05/06/2024)

Gilliam, Abbie 05/06/2024 04:30:54 PM CDT > pt did not come to lab

**Procedure Codes:** 99406 BEHAV CHNG SMOKING 3-10 MIN

00002 08/25/2025 01282722

From: 05/03/2024 10:54 #930 P.001/005

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: May 3, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

ATTN: Lakesha Spears

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Policyholder: Trinity Village, Inc
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV

MARCUS VADEN

LAW

May 3, 2024

*Via Facsimile: (877) 843-3950*

The Lincoln National Life Insurance Company
Service Office
8801 Indian Hills Drive
Omaha NE 68114-4066

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Lakesha Spears,

This is a response to your letter dated 4/17/2024, requesting current status of Mr. Bobb's application for SSDI benefits and a copy of his most recent denial. My office already submitted—as an attachment with our 11/7/2023 LTD appeal—a copy of the 10/16/2023 confirmation letter from SSA that they had received his Request for Hearing (appeal).

As the Mr. Bobb has not yet had his SSDI hearing, the denial prior to that appeal is his most recent decision. I have attached a copy, per your request.

Sincerely,

[signature]

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 20, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We are writing to you regarding your client's claim for Long Term Disability benefits.

As you will recall in our letter dated 05/13/2024, we advised you our office reached a favorable determination regarding your client's appeal for Long Term Disability benefits. Adam's file has been referred to me for additional handling of his claim.

We have reinstated your client's benefits and released a benefit payment covering the period of disability from 12/15/2023 to 05/15/2024. This check has been sent to the above address under separate cover.

As a reminder to you, your client's benefit will equal $1,400.00, minus other sources of income. Long Term Disability benefits are usually paid once per month, so you can expect to receive your client's benefits on or around day 15 of each month.

Please refer to Adam's original approval letter dated 06/16/2022 for further information regarding the administration of your client's benefits. A copy is enclosed for your review.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

00002 08/25/2025 01282722

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

00002 08/25/2025 01282722

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 8, 2024

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 000010201375000000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Adam:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by September 9, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha Spears
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

00002 08/25/2025 01282722

From: 08/19/2024 14:41 #162 P.001/002

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: August 19, 2024

To: Lincoln National Life Insurance Company

Fax number: (877) 843-3950

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Claimant Name: Adam Bobb

Claim Number: 1220024325

Policy Number: 0001020137500000

Policyholder: Trinity Village, Inc

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

PAGE 1/2 * RCVD AT 8/19/2024 3:48:55 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-57

00002 08/25/2025 01282722

From: 08/19/2024 14:42 #162 P.002/002

MV

MARCUS VADEN

LAW

August 19, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: LaKesha Spears, Claims Examiner II, Social Security

Re: Policyholder: Trinity Village, Inc
Policy Number: 0001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

Dear Ms. Spears,

You recently requested status of Mr. Bobb's SSDI claim. His hearing was held 5/21/2024 and we are still awaiting a decision.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

PAGE 2/2 * RCVD AT 8/19/2024 3:48:55 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-57

00002 08/25/2025 01282722

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 9, 2024

600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear : Adam c/o Marcus Vaden Law

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by November 8, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha S
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: October 14, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

Attn: Lakesha Spears, Claims Examiner II – Social Security

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re:
Policyholder: Trinity Village, Inc
Policy Number: 0001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

00002 08/25/2025 01282722

From: 10/14/2024 13:41 #205 P.002/002

MV
MARCUS VADEN
LAW

October 14, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: Lakesha Spears, Claims Examiner II – Social Security

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Spears,

I received your email dated 10/9/2024, requested an update on the status of the claimant's Social Security Disability claim. My office received an unfavorable hearing decision which we appealed to the Appeals Council, as the decision failed to consider all of his impairments.

If you have any questions, please contact me.

Sincerely,

[signature]

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

PAGE 2/2 * RCVD AT 10/14/2024 2:48:57 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):01-02

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 4 Weeks

**Images:**

**Billing Information:**

**Visit Code:**
99213 Office Visit, Est Pt., Level 3.
**Procedure Codes:**
99406 BEHAV CHNG SMOKING 3-10 MIN.

**Care Plan Details**

**Electronically signed by Anthony Rodriguez , APRN on 05/07/2024 at 02:25 PM CDT**
**Sign off status: Completed**

00002 08/25/2025 01282722

From: 11/06/2024 17:04 #225 P.053/057

BOBB, ADAM, 41 Y, M,

# CUMULATIVE REPORTS

## -Glucose

| | |
|---|---|
| Collection Date | 09/27/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/27/2024 |
| Result Date | 09/27/2024 |
| Ordering Physician | Anthony Rodriguez |
| Glucose, Whole Blood | 150<br>65 - 99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/27/2024 | 09/27/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE. |

## -Hemoglobin A1C

| | |
|---|---|
| Collection Date | 09/09/2024 |
| Collection Time | 09:46 AM |
| Order Date | 09/09/2024 |
| Result Date | 09/09/2024 |
| Ordering Physician | Anthony Rodriguez |
| Hemoglobin A1c | 11.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/09/2024 | 09/09/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic. |

## -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:46 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/06/2024 |
| Ordering Physician | Anthony Rodriguez |
| WBC | 8.2<br>4.1 - 10.9 K/uL |
| RBC | 5.15<br>4.20 - 6.30 M/uL |
| Hemoglobin | 15.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 46.2<br>37.0 - 51.0 % |

BOBB, ADAM,

## -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:48 AM |
| MCV | 89.7<br>80.0 - 97.0 fL |
| MCH | 30.7<br>26.0 - 32.0 pg |
| MCHC | 34.2<br>31.0 - 36.0 g/dL |
| Platelets | 180<br>140 - 440 K/uL |
| Lymphs | 25.1<br>10.0 - 58.5 % |
| Monocytes | 7.1<br>0.1 - 24.0 % |
| Neutrophils | 67.8<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.6<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 5.5<br>2.0 - 7.8 |
| RDW | 11.9<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified. |

## Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Cholesterol, Total | 122<br>100-199 mg/dL |
| Triglycerides | 362H<br>0-149 mg/dL |
| HDL Cholesterol | 28L<br>>39 mg/dL |
| LDL/HDL Ratio | 1.4<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 54H<br>5-40 mg/dL |
| LDL Cholesterol Calc | 40<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take |

BOBB, ADAM,

00002 08/25/2025 01282722

From: 11/06/2024 17:06 #225 P.055/057

| Collection Date | Order Date | Notes |
|---|---|---|
| | | omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions. |

**Comp. Metabolic Panel (14) ***

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Calcium, Serum | 9.2<br>8.7-10.2 mg/dL |
| Glucose, Serum | 539><br>70-99 mg/dL |
| BUN | 12<br>6-24 mg/dL |
| Protein, Total, Serum | 6.7<br>6.0-8.5 g/dL |
| Albumin, Serum | 4.5<br>4.1-5.1 g/dL |
| Bilirubin, Total | 0.7<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 118<br>44-121 IU/L |
| AST (SGOT) | 19<br>0-40 IU/L |
| Potassium, Serum | 4.0<br>3.5-5.2 mmol/L |
| Sodium, Serum | 135<br>134-144 mmol/L |
| Chloride, Serum | 98<br>96-106 mmol/L |
| Creatinine, Serum | 0.86<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 34<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 14<br>9-20 |
| Globulin, Total | 2.2<br>1.5-4.5 g/dL |
| eGFR | 112<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today. |

BOBB, ADAM,

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013977 |
| Exam Date/Time: | Sep 6, 2024 8:56:40 AM CDT | Order Date Time: | Sep 6, 2024 9:02:46 AM CDT |
| Study Received Time: | Sep 6, 2024 8:59:57 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Knee 1/2 views LEFT | | |
| **Clinical History:** | pain in left knee for about 6 months, no trauma or accidents occurred, pt stated that he tends to favor his left leg and thinks the pain is from the way he walks (Hx) | | |

## FINAL REPORT

2 views left knee

Comparison: None

Findings:

No fractures or dislocations No joint effusion
No significant arthritic change
No radiopaque foreign body

Impression:

Normal left knee. No signs of skeletal trauma.

Electronically signed on Sep 6, 2024 12:54:29 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013979 |
| Exam Date/Time: | Sep 6, 2024 8:50:40 AM CDT | Order Date Time: | Sep 6, 2024 9:01:23 AM CDT |
| Study Received Time: | Sep 6, 2024 8:55:27 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Finger(s) RIGHT | | |
| **Clinical History:** | smashed 3rd digit 2 years ago, has a spot on proximal end, medial side of nail that won't go away, says he can barely bump it and it will pour blood, wants to make sure there isn't any metal in it (Hx) | | |

**FINAL REPORT**

3 views right third digit

Comparison: None

Findings:
No fractures or dislocations. No significant arthritic change.
No radiopaque foreign body.

Impression:
Soft tissue swelling, no acute skeletal abnormality.

Electronically signed on Sep 6, 2024 12:32:35 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: September 6, 2022

To: Lincoln Financial Group

Fax number: (877) 843-3950

RE: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 12 10071975
Claimant: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-354-4577) immediately.

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:*

*Dear Sirs:*

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Kerry F. Pennington, M.D.*

00002 08/25/2025 01282722

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Adam Kel Bobb Iii
BNC#: 23GC455C36077

Office of Hearings Operations
SSA OHO HEARING OFC
RM 2405 FEDERAL BLDG
700 WEST CAPITOL AVE
LITTLE ROCK, AR 72201-3227
Tel: (866) 592-2549 / Fax: (833) 561-0423

October 16, 2023

*1002CIPA100724*NOTAFP.X1.CIPAFP.ODARS.R221011.PS1K 000000000000000000HA12342310116869001082533

Adam Kel Bobb Iii

Dear Adam Kel Bobb Iii:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter**. You **must** request an interpreter so we can provide an interpreter **free of charge**. When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.

Form HA-L2 (04-2015)
Representative

See Next Page

**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Sherri Rowland
Hearing Office Director

*1003CIPA100724*NOTAFP.X3.CIPAFP.ODARS.R23101I.PS1K 0000000000000000HA123423101168598010253

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Marcus Lane Vaden
MARCUS VADEN P A
UNIT 102
600 S GERMAN LN
CONWAY, AR 72034-7081

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
**Important Information**

Date: 07/14/2023
Claim Number: 7529798

ADAM KEL BOBB III

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination was proper under the law. Attached is an explanation of the decision we made in your claim and how we arrived at it.

**The Decision**

See the enclosed Explanation.

This decision refers only to your SSDI benefits. You will get a separate letter about your Supplemental Security Income (SSI) payments.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review the parts of the decision that you think are wrong and correct any mistakes. The ALJ may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for a hearing.
- The 60 days start the day you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501, available at https://www.ssa.gov/forms/online. Or, you can complete your appeal online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling it out.
- In addition, you should complete form SSA-3441 "Disability Report – Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.
- Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case". It contains more information about the hearing.

**How The Hearing Process Works**

After we send your case for a hearing, an Administrative Law Judge (ALJ) will mail you a letter at least 75 days before the hearing to tell you its date, time, and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your *my* Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (866) 563-9693.

PINE BLUFF AR<br>SOCIAL SECURITY<br>3511 MARKET STREET<br>PINE BLUFF AR 71601 - 4778

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

***Social Security Administration***

CC: Marcus L. Vaden; MARCUS VADEN P A

Enclosure(s):
Explanation
SSA Pub. No. 70-10281 (Your Right To An Administrative Law Judge Hearing And Appeals Council Review Of Your Social Security Case)

**Explanation**

We used the following medical and non-medical reports to decide your claim in addition to those listed on our previous notice:
BAPTIST HEALTH CLINIC-WARREN received on 06/23/2023
MAINLINE HEALTH received on 06/20/2023

You said you were unable to work as of 06/09/2021 because of osteoarthritis of the right hip, a labral tear in the right hip, essential hypertension, chronic pain, spondylosis with myelopathy, degenerative disc disease, anxiety, major depressive disorder, and post-traumatic stress disorder

.

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.


UNITED STATES POSTAL SERVICE
www.pitneybowes.com
US POSTAGE & FEES PD IMI
08/22/2025
From 72034
2 lbs 8 ozs
Pitney Bowes
028W0002312051
NO SURCHARGE
2000478030
USPS MEDIA MAIL
Marcus Vaden
Marcus Vaden Law Firm
600 S German Ln
Conway AR 72034-7009
0001
C016
LINCOLN FINANCIAL GROUP
LINCOLN NATIONAL GROUP LIFE INSURANCE
8801 INDIAN HILLS DR
OMAHA NE 68114-4059
USPS SIGNATURE TRACKING #
9449 3401 0515 6000 2007 24
Bobb Appeal

Date: Mon Jun 16 15:10:12 CDT 2025
From: Cheryl Geary <Cheryl.Geary@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1714961449.3.1750104612746@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Cheryl Geary**
**Consultant, Appeals Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 65542
Fax: 402-361-1460
Email: Cheryl.Geary@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 16, 2025

MARCUS VADEN LAW
ATTN MEGAN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Megan:

We are writing in response to your correspondence dated 6/10/2025 requesting a complete file copy and a 60 day extension to submit your client's request for an appeal.

The file copy has been requested and will be sent via email to legal@marcusvaden.com. We will grant your requested 60 day extension to 8/23/2025. Please submit your client's request for appeal no later than 8/23/2025.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Cheryl G
402-361-7640
Claim Resolution Consultant
Claim Resolution Services
The Lincoln National Life Insurance Company

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

MV
MARCUS VADEN
LAW

June 10, 2025

*Via Facsimile: (402) 361-1460*
*(877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Brianna:

We are requesting Mr. Bobb's full claims file which includes November 2024. We are formally asking for a 60 day extension to file the appeal.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/dj

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: December 27, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

Attn: Brianna Kane, LTD Claims Specialist

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re:- Policyholder: Trinity Village, Inc
Policy Number: 000102013750000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**Comments:** Please find attached request for entire claims file from 7/21/2021 to present.

CONFIDENTIALITY STATEMENT

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

December 27, 2024

*Via Facsimile: (877) 843-3950*

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Brianna Kane, LTD Claims Specialist

| | | |
|---|---|---|
| Re: | Client Name: | Adam Bobb |
| | Claim Number: | 1220024325 |
| | Policy Number: | 0001020137500000 |
| | Policyholder: | Trinity Village, Inc. |
| | Date Appeal Due: | June 22, 2025 |

**THIS IS NOT AN APPEAL**

Dear Brianna Kane:

As you are aware, my firm represents Adam Bobb in his claim for disability benefits. You already have a signed Notice of Representation in this matter.

I received the email you sent me on 12/26/2024, containing the 12/24/2024 letter terminating Mr. Bobb's long-term disability benefits. Mr. Bobb called me just a few minutes after I received that email, as he had also received an email from Lincoln Financial regarding the end of his benefit payments.

Based on the denial letter, the 9/13/2024 cane prescription sent to you on 12/6/2024—prior to the External Peer Evaluation performed by Dr. Akhondi on 12/13/2024—was not considered in this decision. As my office never received copies of the 11/22/2024 or the 12/13/2024 reports obtained from the external medical file reviews, I do not know what other evidence in the claims file was not considered in the decision to terminate Mr. Bobb's benefits.

To assist with our review of the claim, please provide us with **the entire claims file dated 7/21/2021 to present**, and include the following:

1. A copy of the entire benefits policy and/or plan document corresponding to the Plan that governs his claim. Please make sure you include a copy of the policy you are using as a reference and, if different, a copy of the policy in effect on the claimant's last day of work.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

2. Copies of any Summary Plan Descriptions or other descriptions of the Plan that govern his claim as well as any evidence that the Summary Plan Description was distributed to the claimant in accordance with ERISA.

3. An explanation of the eligibility criteria, application procedures, applicable time limits, appeal rights and procedures under the Plan.

4. An explanation as to whether or not the Plan is governed by Employee Retirement Income Security Act of 1974 ("ERISA").

5. If the Plan is an ERISA policy or plan, names, addresses and telephone numbers of the policy's owners, fiduciaries, trustees and/or administrators.

6. If the Plan is an ERISA policy or plan, an explanation (with a reference to specific policy or plan language) of whether the Plan gives the administrator or fiduciary the discretionary authority to make final eligibility determinations and/or to construe the terms of the Plan.

7. An explanation of the specific policy or plan provision or other legal authority upon which the Plan based its decision to terminate the claimant's long-term disability benefits, and the reasons and basis for this decision under the Plan's policy or plan provision(s) or other applicable authority.

8. An explanation of whether the Plan contains an "integration of benefits" or other similar provision with respect to any other public or private disability or other benefits, which the claimant may receive. If the Plan does contain such a provision, please explain how this provision operates.

9. An explanation of whether there are any specific internal or administrative appeal provisions applicable to the Plan's decision to deny the claimant's long-term disability benefit claim; and if so, please explain: (a) the procedures necessary to invoke any such appeal; (b) the deadlines or other time limits applicable to any such appeal; (c) whether the claimant has initiated any such appeal; and (d) if so, the status of that appeal.

10. If the Plan provides that any legal action must be brought within a specified time after written proof of loss must be furnished to the Plan or after some other specific action must be taken, the date on which the Plan contends that the claimant was required to furnish written proof of loss or take any other specific action for purposes of this time limit.

11. Copies of any internal rules, guidelines, protocol or other similar criterion relied upon in making the adverse determination. If no such documents are provided it will be assumed that no internal rules, guidelines, protocol or other similar criterion was in fact relied on in making the claim decision in this case.

12. The complete claim file, including any documents, correspondence and video or audio recordings. If the file references any video surveillance, please provide a COMPLETE copy of all video recordings taken of my client.

13. Copies of any medical or other records you have obtained, prepared, reviewed or otherwise considered in any way in connection with the claimant's claim for long-term disability benefits.

14. Documents, records or other information relevant to the claimant's claim, including but not limited to (a) those relied upon in terminating his long-term disability benefit; (b) those submitted,

considered or generated in the course of making his benefit determination without regard to whether such document, record or other information was relied upon in making the benefit determination; (c) those demonstrating compliance with the administrative processes and safeguards required pursuant to federal statutes and regulations governing the making of benefit determinations; or (d) those constituting a statement of policy or guidance with respect to the Plan concerning the denied benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

15. Any other materials or information which the Plan obtained or reviewed in connection with the claimant's claim for long-term disability benefits, or which otherwise concern the claimant's rights and responsibilities under the Plain.

16. If the medical records were evaluated by any health care provider or vocational expert who is not employed directly by the insurance company named above, then, in order to evaluate whether or not your decision to deny or terminate benefits was the result of a "deliberate and reasoned decision-making process" then for each such health care provider please provide a complete copy of their curriculum vitae and report the total number of files reviewed on behalf of the insurance company named above in the 60 months preceding that person's involvement with this claim.

17. Any correspondence between and/or among your Company and the claimant, his representative, his employer and representative or the Plan's Sponsor and representative.

18. Any correspondence (including, but not limited to, letters, memorandum or e-mail format) with legal counsel of the Plan or of the Plan's fiduciaries.

This request is deemed to be continuing, if you or the Plan obtains any further information responsive to this request, in order to allow supplemental documents to be forwarded to us so that your responses to this request remains accurate and complete.

Thank you for your anticipated cooperation in this regard. Under ERISA, you have 30 days within which to comply with this request without penalty.

Please call me if you have any questions.

Sincerely,

Marcus Vaden
Attorney at Law

MV/ms
cc: Adam Bobb

Attachment – Notice of Representation and Directive for Payment of Benefits

MV
MARCUS VADEN
LAW

December 27, 2024

*Via Facsimile: (877) 843-3950*

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Brianna Kane, LTD Claims Specialist

| | | |
|---|---|---|
| Re: | Client Name: | Adam Bobb |
| | Claim Number: | 1220024325 |
| | Policy Number: | 0001020137500000 |
| | Policyholder: | Trinity Village, Inc. |
| | Date Appeal Due: | June 22, 2025 |

**THIS IS NOT AN APPEAL**

Dear Brianna Kane:

As you are aware, my firm represents Adam Bobb in his claim for disability benefits. You already have a signed Notice of Representation in this matter.

I received the email you sent me on 12/26/2024, containing the 12/24/2024 letter terminating Mr. Bobb's long-term disability benefits. Mr. Bobb called me just a few minutes after I received that email, as he had also received an email from Lincoln Financial regarding the end of his benefit payments.

Based on the denial letter, the 9/13/2024 cane prescription sent to you on 12/6/2024—prior to the External Peer Evaluation performed by Dr. Akhondi on 12/13/2024—was not considered in this decision. As my office never received copies of the 11/22/2024 or the 12/13/2024 reports obtained from the external medical file reviews, I do not know what other evidence in the claims file was not considered in the decision to terminate Mr. Bobb's benefits.

To assist with our review of the claim, please provide us with **the entire claims file dated 7/21/2021 to present**, and include the following:

1. A copy of the entire benefits policy and/or plan document corresponding to the Plan that governs his claim. Please make sure you include a copy of the policy you are using as a reference and, if different, a copy of the policy in effect on the claimant's last day of work.

REF #27545054

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 24, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We have completed our review of your client's Long Term Disability claim and benefits beyond 12/26/2024 have been denied.

The Policy issued to Trinity Village, Inc. contains, but is not limited to the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

The Own Occupation Period for this claim ended on 12/15/2023. After a thorough review of the information currently contained in your client's claim file, we have determined he is capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**<u>Information review and action taken</u>**

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #27545054

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

We evaluated current information from your client's physician(s), as well as other sources, including vocational information. The documentation contained in your client's claim file includes the following:

*Attending Physician's Statement completed by Dr. Mark Ramiro on 07/08/2021
*Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 08/23/2021
*Office and treatment notes from Ashely Huber MA dated 09/01/2021
*Office and treatment notes from Dr. Kerry Pennington dated 10/25/2021 to 08/25/2022
*External Peer Evaluation completed by Dr. Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation, on 12/07/2022
*Office and treatment notes from Dr. John Brown dated 04/11/2024 to 09/12/2024
*Office and treatment notes from Anthony Rodriguez 05/06/2024 to 09/27/2024
*Office and treatment notes from Matthew Wood APRN dated 05/06/2024 to 07/01/2024
*External Peer Evaluation completed by Dr. Solomon Rojhani, Board-Certified in Physical Medicine and Rehabilitation Pain Medicine, on 11/22/2024
*External Peer Evaluation completed by Dr. Andre Akhondi, Board-Certified in Cardiovascular Disease, on 12/13/2024

According to the information contained in Mr. Bobb's file, he stopped working as of 06/17/2021 due to a diagnosis of other chronic pain and unilateral primary osteoarthritis right hip.

Mr. Bobb was seen by Dr. Mark Ramiro on 06/07/2021 for complaints of right hip pain, he was compliant with taking his prescribed medications. Dr. Ramiro prescribed meloxicam, acetaminophen-codeine, amlodipine, and hydrochlorothiazide. He was to follow-up in 2 months.

On 06/18/2021 Mr. Bobb was seen by Dr. Mark Ramiro for right hip pain, right groin pain, and complaints that he burned the bottom of his right foot, so he was limping and caused more pain. Dr. Ramiro prescribed Silvadene topical cream and Mr. Bobb was to follow-up as previously scheduled.

Medical records indicate your client was seen by Dr. Doug Coleman on 06/28/2021 for a follow-up of wound to the right foot and right-side pain. Mr. Bobb indicated that his foot was healing, but he could not use the Silvadene cream as it made his foot swelled up, so he stopped using it. He also advised he tried taking steroids for his hip pain, but could not tell a difference, he wakes up with a tightness in his groin, and his wife indicated there was a section in his back that was hurting. Dr. Coleman advised your client was to follow-up in 1 week.

Dr. Mark Ramiro completed an Attending Physician's Statement on 07/08/2021 on which he indicated your client was unable to work due to a diagnosis of right hip pain, tendonitis, and bursitis. He was given restrictions and limitations of avoid prolonged standing, walking, and lifting. Treatment included medication and physical therapy with an estimated return to work around 09/08/2021.

On 07/27/2021 your client was seen by Dr. Mark Ramiro for a follow-up visit for his right hip. He was previously prescribed physical therapy and acetaminophen-codeine. Mr. Bobb indicated that he was going to physical therapy up until 07/27/2021, but the pain was so bad that he couldn't do it and therapy itself was painful. Dr. Ramiro reviewed the physical therapy

notes and advised there was a possible labral tear, Mr. Bobb advised that the therapist indicated that they couldn't help, and PT wouldn't fix it. Dr. Ramiro advised to continue his currently prescribed medications, and follow-up as previously scheduled on 08/11/2021.

Medical records indicate that Mr. Bobb was seen by Ashley Huber MA on 09/01/2021 for an initial evaluation of right hip pain that had been going on for over a year. He had severe right leg weakness and was extremely unsteady on his feet with multiple falls. Mr. Bobb had history or hypertension and had previously had a stroke. Ms. Huber ordered an MRI of the right pelvis and Mr. Bobb was to follow-up once the imaging is completed.

Mr. Bobb was seen by Dr. Kerry Pennington on 10/25/2021 for a new patient evaluation for his chronic right hip pain. He was told in the past workup that he had arthritis of the hip and lumbar spine; Dr. Pollard considered him to have a torn labrum to be a very real possibility. Dr. Pennington advised to take ibuprofen 600 3 times per day and tramadol 50 every 6 hours when necessary. Mr. Bobb was to follow-up in 3 months.

An MRI of the right hip on 11/08/2021 showed a tear of the right anterior superior labrum between the 2:00 to 3:00 positions.

Medical records indicate that Mr. Bobb was seen by Dr. Kerry Pennington on 03/08/2022 for a follow-up of right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical pain. Your client was being seen at by orthopedic surgery at UAMS and they were planning on labral surgery in the future. He had steroid injections in his neck which had helped. Dr. Pennington advised Mr. Bobb to continue tizanidine as needed, hydrocodoneacetaminophen as needed, and continue to follow-up with UAMS orthopedics.

On 08/25/2022 Mr. Bobb had a follow-up appointment with Dr. Kerry Pennington for his low back pain that was chronic. He was being seen by a pain physician and steroid shots had helped, but since he lost his insurance, he was no longer able to see them. Mr. Bobb advised he continued to have hip pain and could have it repaired but refused to have surgery. Dr. Pennington refilled your medications and encouraged you to proceed with surgical repair if that I what was recommended by orthopedists. Your duloxetine was increased to 60mg. He was to follow-up in 4 months.

Based upon the medical records received, your client's file was sent for an External Peer Evaluation completed by Dr. Eric Finkelstein on 12/07/2022. Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb would have the following restrictions and limitations; he could constantly sit, occasionally stand, and walk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs with use of handrails, but could never balance, stoop, bend, kneel, crouch, crawl, climb a ladder, or work at unprotected heights.

On 05/06/2024 Mr. Bobb was seen by Anthony Rodriguez APRN to discuss changing his anxiety medications. Mr. Bobb had a history of chronic back pain so he was previously started on Cymbalta. He was taking Paxil and Cymbalta with no relief of his anxiety, he is also noted to be a chronic every day smoker. Mr. Rodriguez spoke with Mr. Bobb's cardiologist to discuss medications to treat his anxiety as well as his cravings for cigarette use. Mr. Rodriguez agreed to prescribe Wellbutrin and nicotine gum which Mr. Bobb could get over the counter. Mr. Bobb was to stop Paxil and increase his Cymbalta.

REF #27545054

Mr. Bobb was seen by Matthew Wood APRN on 05/06/2024 for complaints of chest discomfort, heart burn, and anxiety. He spoke with his psychiatrist and it was not recommended to change medications until they spoke with Mr. Wood. An EKG was completed which showed normal sinus rhythm. Mr. Wood prescribed Protonix, referred to gastrointestinal for an EGD, and scheduled an ultrasound of the gallbladder. Mr. Bobb was to follow-up with his primary care physician for generalized anxiety treatment.

Mr. Bobb's claim was overturned on appeal on 05/13/2024.

An ultrasound of Mr. Bobb's abdomen on 05/30/2024 showed diffuse hepatic stenosis with no evidence of any acute abnormality within the upper abdomen.

On 07/01/2024 Mr. Bobb was seen by Matthew Wood APRN for a two month follow-up, he indicated that he underwent the ultrasound which showed diffuse hepatic stenosis which was previously known by Dr. Samad, but he had not heard from their office. Mr. Bobb followed-up with his primary care office for his generalized anxiety and was advised to stop Duloxetine and it was changed to Wellbutrin. Mr. Bobb had not completed a sleep study, but his wife reported continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes. Mr. Wood advised Mr. Bobb to continue his medications as previously prescribed, he was to schedule a sleep study, and he resent the referral to Dr. Samad for an EGD evaluation. He was to return to the clinic in three months.

Mr. Bobb was seen by Dr. John Brown on 07/16/2024 for a follow-up of chronic pain syndrome. Mr. Bobb advised that the increase in gabapentin has helped and denied any new medication side effects. Dr. Brown advised Mr. Bobb to continue on his current medication regimen and was advised to follow-up in two months.

Medical records indicate that Mr. Bobb was seen by Anthony Rodriguez APRN on 09/06/2024 for an annual check-up. He had complaints of left knee and ankle pain for the past 6 months. He heard occasional "popping" when ambulating. He was due for blood work and reported an inability to work due to chronic pain while standing for extended periods. Mr. Rodriguez ordered an x-ray of the left knee which was normal. He ordered physical therapy for Mr. Bobb and drew blood for lab work.

On 09/09/2024 Mr. Bobb was seen by Anthony Rodriguez APRN after receiving a critical value of an elevated glucose with no prior diagnosis of diabetes. Mr. Bobb advised he could not stay on his feet very long without being in pain. Mr. Rodriguez prescribed metformin 500mg twice daily and advised Mr. Bobb to start testing his glucose levels. He was to return in 2 weeks with a log.

Medical records indicate that Mr. Bobb was seen by Dr. John Brown on 09/12/2024 for chronic pain syndrome. He indicated that they pain medications were doing well, but he had been diagnosed with diabetes. Dr. Brown advised Mr. Bobb to continue the current medications as prescribed, and he was to return to the clinic in two months.

Mr. Bobb was seen on 09/27/2024 by Anthony Rodriguez APRN for lab work. Based upon the blood work, Mr. Bobb was advised to increase your insulin by 2 units and take over the weekend with a return to office for another fasting glucose check in a week. He was to increase his metformin to 1000mg.

REF #27545054

Based upon the medical records received, Mr. Bobb's file was sent for an External Peer Evaluation completed by Dr. Solomon Rojhani on 11/22/2024. Dr. Rojhani opined that Mr. Bobb has been experiencing chronic neck and low back pain secondary to cervical and lumbar disc degeneration. He was also experiencing chronic right hip pain secondary to right hip labral tear and right hip osteoarthritis. Due to this he would have the following restrictions and limitations; he could constantly sit with the ability to reposition as needed to relieve pressure and pain. He could frequently stand, walk, and use his left upper extremity for fine manipulation as well as simple/firm grasping. He could occasionally lift, carry, push, and pull up to 20 pounds; he could occasionally climb stairs, bend, balance, stoop, kneel, crouch, reach overhead and below waist levels. He had no restrictions in his ability to reach to desk level, use his lower extremities for foot controls, use his right upper extremity to fine manipulate, simple/firm grasp. He could not climb ladders, work at unprotected heights, or operate heavy machinery.

Mr. Bobb's file was also sent for an External Peer Evaluation completed by Dr. Andre Akhondi on 12/13/2024. Dr. Akhondi opined Mr. Bobb's diagnostic and clinical findings were all normal with normal blood pressure and no symptoms of angina. There was no objective medical documentation provided to support a cardiac impairment warranting functional impairment with restrictions and limitations.

Based upon the above listed restrictions and limitations, Mr. Bobb would be precluded from performing work in his own occupation; however, he would not be precluded from working in other occupations.

We reviewed your client's past training, education and work experience to evaluate his capacity to perform work-related activity. The documentation provided suggests he is not limited from working in a light work capacity. The definition of light work capacity, as defined by the Department of Labor, is:

Light work requires walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), exertion up to 10 lbs. frequently (34-66%) and a negligible degree of exertion constantly (67-100%).

Using *The Dictionary of Occupational Titles* as a reference, we found that your client would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 372.667-030 | Gate Guard | $3,088.80/Month | Light |
| 2. 379.367-010 | Surveillance-System Monitor | $3,267.33/Month | Sedentary |
| 3. 706.687-010 | Assembler, Production | $3,120.00/Month | Light |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your client's age, education, training, past work experience and your current abilities, that Mr. Bobb is not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation. Therefore, Mr. Bobb no longer meets the definition of disability in this policy and benefits will be denied as of 12/26/2024. Your client's payment for benefits through 12/26/2024 is being sent under separate cover.

Your client's Social Security information was requested on 05/20/2024; however, to date we have not received this information. Therefore, our decision was based on the information provided, as detailed previously in this letter.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

REF #27545054

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna K
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

REF #27545054

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̧. Koj̨į' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 24, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We have completed our review of your client's Long Term Disability claim and benefits beyond 12/26/2024 have been denied.

The Policy issued to Trinity Village, Inc. contains, but is not limited to the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

The Own Occupation Period for this claim ended on 12/15/2023. After a thorough review of the information currently contained in your client's claim file, we have determined he is capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**<u>Information review and action taken</u>**

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

We evaluated current information from your client's physician(s), as well as other sources, including vocational information. The documentation contained in your client's claim file includes the following:

*Attending Physician's Statement completed by Dr. Mark Ramiro on 07/08/2021
*Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 08/23/2021
*Office and treatment notes from Ashely Huber MA dated 09/01/2021
*Office and treatment notes from Dr. Kerry Pennington dated 10/25/2021 to 08/25/2022
*External Peer Evaluation completed by Dr. Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation, on 12/07/2022
*Office and treatment notes from Dr. John Brown dated 04/11/2024 to 09/12/2024
*Office and treatment notes from Anthony Rodriguez 05/06/2024 to 09/27/2024
*Office and treatment notes from Matthew Wood APRN dated 05/06/2024 to 07/01/2024
*External Peer Evaluation completed by Dr. Solomon Rojhani, Board-Certified in Physical Medicine and Rehabilitation Pain Medicine, on 11/22/2024
*External Peer Evaluation completed by Dr. Andre Akhondi, Board-Certified in Cardiovascular Disease, on 12/13/2024

According to the information contained in Mr. Bobb's file, he stopped working as of 06/17/2021 due to a diagnosis of other chronic pain and unilateral primary osteoarthritis right hip.

Mr. Bobb was seen by Dr. Mark Ramiro on 06/07/2021 for complaints of right hip pain, he was compliant with taking his prescribed medications. Dr. Ramiro prescribed meloxicam, acetaminophen-codeine, amlodipine, and hydrochlorothiazide. He was to follow-up in 2 months.

On 06/18/2021 Mr. Bobb was seen by Dr. Mark Ramiro for right hip pain, right groin pain, and complaints that he burned the bottom of his right foot, so he was limping and caused more pain. Dr. Ramiro prescribed Silvadene topical cream and Mr. Bobb was to follow-up as previously scheduled.

Medical records indicate your client was seen by Dr. Doug Coleman on 06/28/2021 for a follow-up of wound to the right foot and right-side pain. Mr. Bobb indicated that his foot was healing, but he could not use the Silvadene cream as it made his foot swelled up, so he stopped using it. He also advised he tried taking steroids for his hip pain, but could not tell a difference, he wakes up with a tightness in his groin, and his wife indicated there was a section in his back that was hurting. Dr. Coleman advised your client was to follow-up in 1 week.

Dr. Mark Ramiro completed an Attending Physician's Statement on 07/08/2021 on which he indicated your client was unable to work due to a diagnosis of right hip pain, tendonitis, and bursitis. He was given restrictions and limitations of avoid prolonged standing, walking, and lifting. Treatment included medication and physical therapy with an estimated return to work around 09/08/2021.

On 07/27/2021 your client was seen by Dr. Mark Ramiro for a follow-up visit for his right hip. He was previously prescribed physical therapy and acetaminophen-codeine. Mr. Bobb indicated that he was going to physical therapy up until 07/27/2021, but the pain was so bad that he couldn't do it and therapy itself was painful. Dr. Ramiro reviewed the physical therapy

notes and advised there was a possible labral tear, Mr. Bobb advised that the therapist indicated that they couldn't help, and PT wouldn't fix it. Dr. Ramiro advised to continue his currently prescribed medications, and follow-up as previously scheduled on 08/11/2021.

Medical records indicate that Mr. Bobb was seen by Ashley Huber MA on 09/01/2021 for an initial evaluation of right hip pain that had been going on for over a year. He had severe right leg weakness and was extremely unsteady on his feet with multiple falls. Mr. Bobb had history or hypertension and had previously had a stroke. Ms. Huber ordered an MRI of the right pelvis and Mr. Bobb was to follow-up once the imaging is completed.

Mr. Bobb was seen by Dr. Kerry Pennington on 10/25/2021 for a new patient evaluation for his chronic right hip pain. He was told in the past workup that he had arthritis of the hip and lumbar spine; Dr. Pollard considered him to have a torn labrum to be a very real possibility. Dr. Pennington advised to take ibuprofen 600 3 times per day and tramadol 50 every 6 hours when necessary. Mr. Bobb was to follow-up in 3 months.

An MRI of the right hip on 11/08/2021 showed a tear of the right anterior superior labrum between the 2:00 to 3:00 positions.

Medical records indicate that Mr. Bobb was seen by Dr. Kerry Pennington on 03/08/2022 for a follow-up of right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical pain. Your client was being seen at by orthopedic surgery at UAMS and they were planning on labral surgery in the future. He had steroid injections in his neck which had helped. Dr. Pennington advised Mr. Bobb to continue tizanidine as needed, hydrocodoneacetaminophen as needed, and continue to follow-up with UAMS orthopedics.

On 08/25/2022 Mr. Bobb had a follow-up appointment with Dr. Kerry Pennington for his low back pain that was chronic. He was being seen by a pain physician and steroid shots had helped, but since he lost his insurance, he was no longer able to see them. Mr. Bobb advised he continued to have hip pain and could have it repaired but refused to have surgery. Dr. Pennington refilled your medications and encouraged you to proceed with surgical repair if that I what was recommended by orthopedists. Your duloxetine was increased to 60mg. He was to follow-up in 4 months.

Based upon the medical records received, your client's file was sent for an External Peer Evaluation completed by Dr. Eric Finkelstein on 12/07/2022. Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb would have the following restrictions and limitations; he could constantly sit, occasionally stand, and walk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs with use of handrails, but could never balance, stoop, bend, kneel, crouch, crawl, climb a ladder, or work at unprotected heights.

On 05/06/2024 Mr. Bobb was seen by Anthony Rodriguez APRN to discuss changing his anxiety medications. Mr. Bobb had a history of chronic back pain so he was previously started on Cymbalta. He was taking Paxil and Cymbalta with no relief of his anxiety, he is also noted to be a chronic every day smoker. Mr. Rodriguez spoke with Mr. Bobb's cardiologist to discuss medications to treat his anxiety as well as his cravings for cigarette use. Mr. Rodriguez agreed to prescribe Wellbutrin and nicotine gum which Mr. Bobb could get over the counter. Mr. Bobb was to stop Paxil and increase his Cymbalta.

Mr. Bobb was seen by Matthew Wood APRN on 05/06/2024 for complaints of chest discomfort, heart burn, and anxiety. He spoke with his psychiatrist and it was not recommended to change medications until they spoke with Mr. Wood. An EKG was completed which showed normal sinus rhythm. Mr. Wood prescribed Protonix, referred to gastrointestinal for an EGD, and scheduled an ultrasound of the gallbladder. Mr. Bobb was to follow-up with his primary care physician for generalized anxiety treatment.

Mr. Bobb's claim was overturned on appeal on 05/13/2024.

An ultrasound of Mr. Bobb's abdomen on 05/30/2024 showed diffuse hepatic stenosis with no evidence of any acute abnormality within the upper abdomen.

On 07/01/2024 Mr. Bobb was seen by Matthew Wood APRN for a two month follow-up, he indicated that he underwent the ultrasound which showed diffuse hepatic stenosis which was previously known by Dr. Samad, but he had not heard from their office. Mr. Bobb followed-up with his primary care office for his generalized anxiety and was advised to stop Duloxetine and it was changed to Wellbutrin. Mr. Bobb had not completed a sleep study, but his wife reported continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes. Mr. Wood advised Mr. Bobb to continue his medications as previously prescribed, he was to schedule a sleep study, and he resent the referral to Dr. Samad for an EGD evaluation. He was to return to the clinic in three months.

Mr. Bobb was seen by Dr. John Brown on 07/16/2024 for a follow-up of chronic pain syndrome. Mr. Bobb advised that the increase in gabapentin has helped and denied any new medication side effects. Dr. Brown advised Mr. Bobb to continue on his current medication regimen and was advised to follow-up in two months.

Medical records indicate that Mr. Bobb was seen by Anthony Rodriguez APRN on 09/06/2024 for an annual check-up. He had complaints of left knee and ankle pain for the past 6 months. He heard occasional "popping" when ambulating. He was due for blood work and reported an inability to work due to chronic pain while standing for extended periods. Mr. Rodriguez ordered an x-ray of the left knee which was normal. He ordered physical therapy for Mr. Bobb and drew blood for lab work.

On 09/09/2024 Mr. Bobb was seen by Anthony Rodriguez APRN after receiving a critical value of an elevated glucose with no prior diagnosis of diabetes. Mr. Bobb advised he could not stay on his feet very long without being in pain. Mr. Rodriguez prescribed metformin 500mg twice daily and advised Mr. Bobb to start testing his glucose levels. He was to return in 2 weeks with a log.

Medical records indicate that Mr. Bobb was seen by Dr. John Brown on 09/12/2024 for chronic pain syndrome. He indicated that they pain medications were doing well, but he had been diagnosed with diabetes. Dr. Brown advised Mr. Bobb to continue the current medications as prescribed, and he was to return to the clinic in two months.

Mr. Bobb was seen on 09/27/2024 by Anthony Rodriguez APRN for lab work. Based upon the blood work, Mr. Bobb was advised to increase your insulin by 2 units and take over the weekend with a return to office for another fasting glucose check in a week. He was to increase his metformin to 1000mg.

Based upon the medical records received, Mr. Bobb's file was sent for an External Peer Evaluation completed by Dr. Solomon Rojhani on 11/22/2024. Dr. Rojhani opined that Mr. Bobb has been experiencing chronic neck and low back pain secondary to cervical and lumbar disc degeneration. He was also experiencing chronic right hip pain secondary to right hip labral tear and right hip osteoarthritis. Due to this he would have the following restrictions and limitations; he could constantly sit with the ability to reposition as needed to relieve pressure and pain. He could frequently stand, walk, and use his left upper extremity for fine manipulation as well as simple/firm grasping. He could occasionally lift, carry, push, and pull up to 20 pounds; he could occasionally climb stairs, bend, balance, stoop, kneel, crouch, reach overhead and below waist levels. He had no restrictions in his ability to reach to desk level, use his lower extremities for foot controls, use his right upper extremity to fine manipulate, simple/firm grasp. He could not climb ladders, work at unprotected heights, or operate heavy machinery.

Mr. Bobb's file was also sent for an External Peer Evaluation completed by Dr. Andre Akhondi on 12/13/2024. Dr. Akhondi opined Mr. Bobb's diagnostic and clinical findings were all normal with normal blood pressure and no symptoms of angina. There was no objective medical documentation provided to support a cardiac impairment warranting functional impairment with restrictions and limitations.

Based upon the above listed restrictions and limitations, Mr. Bobb would be precluded from performing work in his own occupation; however, he would not be precluded from working in other occupations.

We reviewed your client's past training, education and work experience to evaluate his capacity to perform work-related activity. The documentation provided suggests he is not limited from working in a light work capacity. The definition of light work capacity, as defined by the Department of Labor, is:

Light work requires walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), exertion up to 10 lbs. frequently (34-66%) and a negligible degree of exertion constantly (67-100%).

Using *The Dictionary of Occupational Titles* as a reference, we found that your client would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 372.667-030 | Gate Guard | $3,088.80/Month | Light |
| 2. 379.367-010 | Surveillance-System Monitor | $3,267.33/Month | Sedentary |
| 3. 706.687-010 | Assembler, Production | $3,120.00/Month | Light |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your client's age, education, training, past work experience and your current abilities, that Mr. Bobb is not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation. Therefore, Mr. Bobb no longer meets the definition of disability in this policy and benefits will be denied as of 12/26/2024. Your client's payment for benefits through 12/26/2024 is being sent under separate cover.

Your client's Social Security information was requested on 05/20/2024; however, to date we have not received this information. Therefore, our decision was based on the information provided, as detailed previously in this letter.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna K
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

Date: Thu Dec 26 11:05:18 CST 2024
From: Lori Jones <Lori.Jones@lfg.com>
To:
Message-ID: <1176254217.3.1735232718538@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lori Jones**
**Claims Examiner II, Social Security**
The Lincoln National Life Insurance Company
90th & Dodge
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 2787
Email: Lori.Jones@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 26, 2024

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Adam:

We received notification your claim has closed. At the time your disability claim closed you were pursuing Social Security benefits.

As you know, your employer's disability plan requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security, for yourself and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and you are responsible for repaying amounts paid for periods covered by your Social Security award. This obligation remains regardless of the status of your disability claim.

The last correspondence we received advised the Social Security Disability claim is still pending at the hearing level.

To update our files, please provide a copy of your most recent status from the Social Security Administration. This could be in the form of a Denial letter or a Notice of Award. If your claim is still Pending, please keep this letter and reach out once a decision is made. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure not to spend any retroactive payment you receive until we determine the overpayment of your benefits.

If you are unable to locate a copy of your most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

You can forward this information to my attention at:

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact LaKesha at 1-800-423-2765, ext. 2111.

Sincerely,

Lori J for LaKesha S.
800-423-2765 *2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

Lincoln Financial Group

**Jennifer B., MS, CRC**
Vocational Rehabilitation Consultant
Group Protection

# Transferable Skills Analysis Addendum

**Date: 12/18/2024**
**Claimant: Adam Bobb**
**Claim #: 1220024325**
**Policyholder: Trinity Village, Inc.**
**Pre-disability Earnings: $2,801.07/month**
**Benefit Amount: $1,400.00/month**

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills. This is an addendum to a prior analysis. Updated restrictions and limitations were provided for review.

**The following documentation and resources were reviewed:**

- Job Description in AWD, dated 11/04/2021
- Dictionary of Occupational Title (DOT)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Information Network (O*NET)
- Training-Education-Experience Form (TEE) in AWD, dated 04/17/2023
- Rehabilitation Survey in AWD, dated 07/26/2022
- Physical Medicine and Rehabilitation Peer Review in AWD, dated 12/03/2024 and completed by Dr. Solomon Rojhani, MD1 (date of report 11/22/2024)

**Education & Training:**
The insured is 39 years old (hand dominance unknown) and uses a personal email address. The insured reported they earned a high school diploma but did not attend college, complete other formal/vocational training, or serve in the military. No information regarding computer use/skills, special skills, certifications held, hobbies, or interests was provided for review.

The following work history was reviewed:
Per the employer (Trinity Village, Inc.), the insured was employed from 08/2014 until his last day worked (06/2021) as a General Maintenance worker. The insured reported employment with Area Agency for an unknown period of time as a Mechanic where he worked on fleet vehicles. From 2007 to 2012, the insured was employed by JRMC as a Maintenance/HVAC worker where he maintained heating and air units. He also worked as a Correctional Officer from 2001 to 2007 with the Arkansas Department of Corrections where he maintained security.

**Work History:**

| DOT Code | Job Title/Occupation Title | Years | Strength |
|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | 6 years, 10 months | M |
| 620.261-010 | Automobile Mechanic | unknown | M |
| 637.664-010 | Heating and Air Conditioning Installer Service Helper | 5 years | H |
| 372.667-018 | Correction Officer | 6 years | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based on the Physical Medicine and Rehabilitation Peer Review in AWD, dated 12/03/2024 and completed by Dr. Solomon Rojhani, MD1 (date of report 11/22/2024), which indicated the following:

- Sitting: Constantly with the ability to reposition as needed to relieve pressure/pain.
- Standing, walking: Frequently
- Lifting, carrying, pushing, pulling: Occasionally up to 20 lbs. BUE
- Climbing stairs, bending, balancing, stooping, kneeling, crouching: Occasionally

- Crawling: Never
- Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
- Using lower extremities for foot controls: Unrestricted BLE
- Fine manipulation, simple and firm grasping, feeling: Frequently LUE; Unrestricted RUE
- No climbing ladders, working at unprotected heights, operating heavy machinery
- Driving: Constantly
- The above recommended restrictions and limitations are indicated from 7/15/2024 through the present time and beyond, with re-assessment on or around 4/15/2025.
- The claimant's abilities are sustainable on a full-time basis.

**Skills & Abilities:**
Understanding and following blueprints, sketches, drawings, and other written specifications; working to precise measurements; using arithmetic to measure and estimate material quantities; climbing and balancing on poles and ladders; staying calm during an emergency or danger; lifting and moving heavy objects; and using hands, arms, and fingers to handle tools and/or operate machines.

Knowledge of tools, machines, materials, and methods used in trade or craft specialty; reading scale drawings or blueprints to visualize objects; using shop math to calculate object dimensions, material amounts needed, and material costs; coordinating eyes, hands and fingers to use hand tools or machines in constructing, making, or repairing objects; and adhering to object specifications or standards.

Learning and knowing laws, safety rules, and procedures; recognizing violations and signs of danger; using reason and judgment to deal with people in different kinds of situations; thinking clearly, staying calm, and reacting quickly in emergencies; using weapons and safety equipment skillfully; keeping physically fit; and making on-the-spot decision.

**Profile Adjustments:**
The following changes were made to the Ability Profile based on the education, work history, and the restrictions and limitations noted above:

- **General Educational Development:** Mathematics and language were adjusted to Level 4 based on the insured having reported the completion of a high school diploma.
- **Strength** was adjusted to sedentary based on the restrictions and limitations from Dr. Rojhani.
- **Physical Demands**: Climbing and crawling were adjusted to never based on the information from Dr. Rojhani. Occupations identified will be reviewed regarding reaching and sit/stand/walk to ensure consistency with the provided restrictions and limitations. Feeling, talking, hearing, tasting/smelling, near/far acuity, depth perception, accommodation, color vision, and field of vision were adjusted to unknown as there were no restrictions or limitations reported in these areas.
- **Environmental Conditions:** Exposure to weather, extreme cold/heat, wet and/or humid, vibration, atmospheric conditions, exposure to electrical shock, to radiation, working with explosives, exposure to toxic or caustic chemicals, and other environmental conditions were adjusted to constant; and noise intensity level was adjusted to very loud based on no restrictions or limitations being reported in these areas.
- **Work Situations (Temperaments):** Performing repetitive work was included based on the insured performing routine repair and maintenance tasks. Following specific instructions was included based on the insured being required to follow the policies of the facility.
- **Work Functions – Data:** No adjustments.
- **Work Functions – People:** No adjustments.
- **Work Functions – Things:** Setting up and operating controlling were included based on the insured having responsibilities that require the use of mechanical devices.

**Summary:**
This is an addendum to a prior analysis. Updated restrictions and limitations were provided for review. The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level of the insured. ERI and O*NET were utilized to review specific requirements related to reaching across all planes and sit/stand/walk to ensure consistency with the restrictions and limitations provided for review.

**Examples of Occupations identified based on the National Economy and the insured's ability profile analysis:**

| DOT Code | Occupation | Str | Monthly Wage |
|---|---|---|---|
| 372.667-030 | Gate Guard | L | $3,088.80 |
| 379.367-010 | Surveillance-System Monitor | S | $3,267.33 |
| 706.687-010 | Assembler, Production | L | $3,120.00 |

**Wage Information is based on median May 2023 Bureau of Labor Statistical Data*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Jennifer B., MS, CRC
Vocational Rehabilitation Consultant

## WORK HISTORY

| DOT Code | DOT Title | Strength | SVP | Years | Months | Meets SVP | Included in TSA | CWF |
|---|---|---|---|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | M | 7 | 6 | 10 | y | y | y |
| 620.261-010 | Automobile Mechanic | M | 7 | 0 | 0 | n | y | y |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | H | 6 | 5 | 0 | y | y | y |
| 372.667-018 | Correction Officer | M | 4 | 6 | 0 | y | y | n |

## ABILITY PROFILE

### Strength

| | From Work History | Adjusted Ability |
|---|---|---|
| Maximum | H (Heavy) | S (Sedentary) - L (Light) |

### Physical Demands

| | From Work History | Adjusted Ability |
|---|---|---|
| **Posture** | | |
| CL - Climbing | Occasional | Never |
| BA - Balancing | Occasional | Never - Occasional |
| ST - Stoop/Bending | Occasional | Never - Occasional |
| KN - Kneeling | Occasional | Never - Occasional |
| CR - Crouching | Occasional | Never - Occasional |
| CW - Crawling | Occasional | Never |
| **Manipulation** | | |
| RE - Reaching | Frequent | Never - No Limit |
| HA - Handling | Frequent | Never - Frequent |
| FI - Fingering | Frequent | Never - Frequent |
| **Tactile/Communication** | | |
| FE - Feeling | Never | Never - No Limit |
| TA - Talking | Occasional | Never - No Limit |
| HE - Hearing | Occasional | Never - No Limit |
| TS - Tasting/Smelling | Never | Never - No Limit |
| **Vision** | | |
| NE - Near Acuity | Frequent | Never - No Limit |
| FA - Far Acuity | Frequent | Never - No Limit |
| DE - Depth Perception | Frequent | Never - No Limit |
| AC - Accommodation | Occasional | Never - No Limit |
| CV - Color Vision | Occasional | Never - No Limit |
| FV - Field of Vision | Frequent | Never - No Limit |

**Environmental Conditions**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Exposure to Work Settings** | | |
| WE - Exposure to Weather | Frequent | Never - No Limit |
| CO - Extreme Cold (non-weather) | Never | Never - No Limit |
| HO - Extreme Heat (non-weather) | Never | Never - No Limit |
| WT - Wet and/or Humid (non-weather) | Never | Never - No Limit |
| NO - Noise Intensity | Loud | Very Quiet - Very Loud |
| VI - Vibration | Never | Never - No Limit |
| AT - Atmospheric Conditions (Fumes, dust, odors) | Frequent | Never - No Limit |
| **Hazardous Conditions** | | |
| MV - Proximity to Moving Mechanical Parts | Never | Never |
| EL - Exposure to Electrical Shock | Never | Never - No Limit |
| HI - Working in High Exposed Places | Never | Never |
| RA - Exposure to Radiation | Never | Never - No Limit |
| EX - Working with Explosives | Occasional | Never - No Limit |
| TX - Exposure to Toxic or Caustic Chemicals | Never | Never - No Limit |
| OT - Other Environmental Conditions | Frequent | Never - No Limit |

**General Education Development**

| | From Work History | Adjusted Ability |
|---|---|---|
| R - Reasoning | 4 (High School) | 1 (Grade 1-3) - 4 (High School) |
| M - Math | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (Algebra) |
| L - Language | 3 (Grade 7-8) | 1 (Grade 1-3) - 4 (High School) |

**Specific Vocational Preparation**

| | From Work History | Adjusted Ability |
|---|---|---|
| SVP | 7 (2-4 Years (BA/BS)) | 1 (Short Demo Only) - 7 (2-4 Years (BA/BS)) |

**Aptitudes**

| | From Work History | Adjusted Ability |
|---|---|---|
| **Cognition** | | |
| G - General Learning Ability | 3 (Average) | 4 (Below Average) - 3 (Average) |

| | | |
|---|---|---|
| V - Verbal | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| N - Numerical | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| **Perception** | | |
| S - Spatial Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| P - Form Perception | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| Q - Clerical Perception | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| C - Color Discrimination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |
| **Dexterity** | | |
| K - Motor Coordination | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| F - Finger Dexterity | 3 (Average) | 5 (Minimal/No Ability) - 3 (Average) |
| M - Manual Dexterity | 2 (Above Average) | 5 (Minimal/No Ability) - 2 (Above Average) |
| E - Eye-Hand-Foot Coordination | 4 (Below Average) | 5 (Minimal/No Ability) - 4 (Below Average) |

**Work Situations / Temperaments**

| | From Work History | Adjusted Ability |
|---|---|---|
| **People Situations** | | |
| D - Directing, Controlling, Planning | | Avoid |
| I - Influencing Opinions, Attitudes, Judgments | | Avoid |
| E - Expressing Personal Feelings | | Avoid |
| A - Working Alone or Apart from Others | | Avoid |
| U - Working Under Specific Instructions | | |
| P - Dealing with People | In Work History | |
| **Performance Situations** | | |
| R - Repetitive or Short Cycle Work | | |
| V - Variety of Work Activities | In Work History | |
| S - Performing Effectively Under Stress | In Work History | |
| T - Attaining Precise Set Limits, Tolerances, and Standards | In Work History | |
| J - Making Judgments and Decisions | In Work History | |

**Worker Functions Demonstrated**

| D - Data | P - People | T - Things |
|---|---|---|
| 2 - Analyzing | 6 - Speaking-Signaling | 1 - Precision Working |
| 3 - Compiling | 8 - Taking Instructions/Helping | 4 - Manipulating |
| 6 - Comparing | 7 - Handling | |

**Worker Functions Excluded**

| D - Data | P - People | T - Things |
|---|---|---|
| 0 - Synthesizing | 0 - Mentoring | 3 - Driving-Operating |
| 1 - Coordinating | 1 - Negotiating | 5 - Tending |
| 4 - Computing | 2 - Instructing | 6 - Feeding/Offbearing |
| 5 - Copying | 3 - Supervising | |
| | 4 - Diverting | |
| | 5 - Persuading | |
| | 7 - Serving | |

**Worker Functions Included in the Occupational Search**

| D - Data | P - People | T - Things |
|---|---|---|
| 2 - Analyzing | 6 - Speaking-Signaling | 0 - Setting Up |
| 3 - Compiling | 8 - Taking Instructions/Helping | 1 - Precision Working |
| 6 - Comparing | | 2 - Operating-Controlling |
| | | 4 - Manipulating |
| | | 7 - Handling |

**SPECIAL NOTES**

- For search purposes, unadjusted physical and environmental conditions are assumed to be unlimited and are therefore excluded in searches.
- Average Aptitudes assume a minimum middle third of the scales. No superior or above average values are reduced.
- Completion of regular High School assumes minimum of GED - RML = 333 and minimum average aptitudes.
- Lack of experience, unwillingness, or inability to supervise others excludes occupations from searches with a DPT - People Code = Supervising.

Report created on 12/18/2024

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC

E-mail: info@ecnime.com Web: www.ecnime.com

**December 16, 2024**

**Claimant Name: Adam Bobb**

**Claim #: 1220054596 / 1220024325**

**Primary Diagnosis: Essential hypertension/chest pain**

**DOD: 6/18/2021**

**DOR: 11/27/2024**

**Job Title: Maintenance Worker**

**ECN #: 224569-6**

**Specialty: Cardiology**

# Andre Akhondi, MD
## *Board-Certified in Cardiovascular Disease*

CLAIMANT NAME: Bobb, Adam
EXAMINER: Andre Akhondi, MD
ECN #: 224569-6
CLAIM #: 1220054596 / 1220024325
DATE OF LOSS: 6/18/2021
DATE OF SERVICE: 12/13/2024

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/07/2021 through 10/01/2024 including:

- James L. Workman, MD / Diagnostic Radiology, on 06/07/2021
- Samuel E. Edwards, MD / Diagnostic Radiology, on 11/08/2021
- David G. Jong, MD / Diagnostic Radiology, on 12/27/2021
- William Deaton, MD / Diagnostic Radiology, on 02/09/2022
- Micah Fritsche, MD / Diagnostic Radiology, on 08/09/2023
- Justin Costello, DO / Diagnostic Radiology, on 08/03/2023
- Sadeem Mahmood, MD / Cardiology, extending from 10/03/2023 to 04/09/2024
- Mark Anthony Ramiro, MD / Family Practice, extending from 06/07/2021 to 08/23/2021
- R. Coleman, MD / Family Practitioner, on 06/28/2021
- Gitanjali Bajaj, MD / Diagnostic Radiology, on 11/16/2023
- Huber Ashley, MD / Obstetrics & Gynecology, on 09/01/2021
- McGhee April Summer, APRN / Advanced Practice Registered Nurse, on 09/01/2021
- Kerry F. Pennington, MD / Family Medicine, extending from 10/30/2021 to 02/28/2023
- Michael D. Cassat, MD / Orthopedic Surgeon, on 12/16/2021
- Lawrence O'Malley, MD / Orthopedic Surgeon, extending from 12/19/2021 to 12/28/2023
- Mary M. Cornaghie, MD / Resident, on 12/19/2021
- John M. Brown, DO / Family Medicine, extending from 01/25/2022 to 09/12/2024
- Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 03/23/2022 to 04/13/2022
- Scott Allison Johnson, LCSW / Licensed Clinical Social Worker, extending from 04/25/2022 to 01/01/2024
- Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 08/10/2023 to 10/01/2024
- Terri Eubanks, DDS / Dentist, on 01/03/2024
- Kedar Jambhekar, MD / Diagnostic Radiology, on 12/06/2023
- Panday Tarun, MD / Diagnostic Radiology, on 12/07/2023
- Theodore Hronas, MD / Diagnostic Radiology, on 05/30/2024
- Jonathan Reed, MD / Diagnostic Radiology, on 09/06/2024
- Barlow Sarah T., PA / Physician Assistant, on 11/16/2023

The claimant is a 41-year-old male with a medical history significant for essential hypertension and chest pain.

01/10/2024, Sadeem Mahmood, MD / Cardiology: The claimant presents for a lower extremity exam. The procedure showed treatment in the right great saphenous below the knee.

01/30/2024, Matthew L. Wood, APRN / Advanced Registered Nurse Practitioner: The claimant presents for a stress test procedure. The procedure showed sinus rhythm, non-diagnostic ST changes, moderate to severe anterior with severe apical as well as moderate septal defects, stress reversibility of these defects, and viable myocardium.

02/09/2024, Legal Document: It was noted that the claimant has continuously been on pain medication for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. It was also noted that these side effects will also prevent him from performing the occupations upon which his denial was based. Additionally, it was noted that the claimant's upper extremity complaints of left shoulder pain as well as findings of weakness in the left hand limits his ability to perform activities requiring the use of both hands. AP also noted that they disagree with the recommendation of R/Ls that were opined to be permanent and that the claimant does not have the residual functional capacity to perform any full-time job.

02/14/2024, Sadeem Mahmood, MD / Cardiology: The claimant presents for a lower extremity exam. The procedure showed that the bilateral CFA has mild plaque formation as well as plaque formation in the SFA, and popliteal artery, and no significant flow-limiting lesion is identified.

04/09/2024, Sadeem Mahmood, MD / Cardiology: The claimant presents for a follow-up visit. It was noted that he is s/p LHC plus minus PCI on 3/5/24, a high-grade lesion of the proximal PDA which involved not only RCA but congenitally anomalous LAD, which was coming off the perforators of the PDA was successful stenting. It was also noted that he is going to be placed on dual anti-platelet therapy for 6 months followed by aspirin for a lifetime. It was also noted that he had arterial Doppler on 2/14/24 right CFA, SFA, popliteal, and left CFA mild plaque, and no significant flow-limiting lesion. His physical exam showed a BP of 135/81 and no abnormalities. His assessment showed HTN, mixed hyperlipidemia, atherosclerotic heart disease of the native coronary artery without angina pectoris, sleep apnea, nicotine dependence, SOB, fatigue, and polyneuropathy.

05/06/2024, Matthew L. Wood, APRN / Advanced Registered Nurse Practitioner: The claimant presents for a follow-up visit. It was noted that he complained of left-sided/center chest pains, he described the pain as tightness/squeeze, which is associated with activity, SOB as well as diaphoresis, he also noted that the pain occurs without radiation at rest and with exertion. He also complained of dizziness upon standing described as pre-syncope. His physical exam showed a BP of 104/68 and no

abnormalities. His assessment showed HTN, mixed hyperlipidemia, atherosclerotic heart disease of the native coronary artery without angina pectoris, sleep apnea, nicotine dependence, and SOB.

05/06/2024, Unknown Provider: The claimant presents for an EKG procedure. The procedure showed sinus rhythm, vertical axis, and normal variant of ECG.

09/06/2024, Anthony Rodriguez, APRN / Advanced Practice Registered Nurse: The claimant presents for a follow-up visit. It was noted that he has a history of PAD has been followed by Cardiology and has no other complaints at this visit. His physical exam showed a BP of 124/82 and no abnormalities. His assessment showed acute pain in the left knee, nicotine dependence, neuropathy of both feet, HTN, MDD, foreign body finger, alcohol dependence, peripheral vascular disease, screening depression, and nutritional counseling.

**DIAGNOSES:**

Essential hypertension, Chest pain.

**CALL ATTEMPTS:**

12/9/2024 at 09:23 AM, Called Matthew Wood, APRN's office, the number provided was incorrect, with alternate number found in the medical records as 870-534-2900. Left a message at South Arkansas Cardiology with front desk, Amy. Contact number used for outreach: 501-399-4212

12/10/2024 at 09:33 AM, Called Matthew Wood, APRN's office, unable to leave a message South Arkansas Cardiology due to hold times exceeding 10 minutes with no option to leave a voicemail. Contact number used for outreach: 870-534-2900

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis (es) with ICD 10 Code(s).**

HTN- I10
CAD- I25
PAD- I73. 9
Angina

2. **If applicable, please identify clinically significant comorbid Diagnosis (es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 08/01/2024 to present and comment on the expected duration.**

No. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant does not have a supported level of impairment that translates into restrictions and limitations from 08/01/2024 to present.

The claimant is a 41-year-old male with a medical history significant for essential hypertension and chest pain.

The claimant was seen on 1/30/24 by Matthew L. Wood, APRN / Advanced Registered Nurse Practitioner, for a stress test procedure. The procedure showed sinus rhythm, non-diagnostic ST changes, moderate to severe anterior with severe apical as well as moderate septal defects, stress reversibility of these defects, and viable myocardium. Sadeem Mahmood, MD / Cardiology, saw him on 2/14/24 for a lower extremity exam. The procedure showed that the bilateral CFA has mild plaque formation as well as plaque formation in the SFA, and popliteal artery, and no significant flow-limiting lesion is identified. Sadeem Mahmood, MD / Cardiology, saw him on 4/9/24 for a follow-up visit. It was noted that he is s/p LHC plus minus PCI on 3/5/24, a high-grade lesion of the proximal PDA, which involved not only RCA but congenitally anomalous LAD, which was coming off the perforators of the PDA, was successful stenting. It was also noted that he is going to be placed on dual ant-platelet therapy for 6 months, followed by aspirin for a lifetime. It was also noted that he had arterial Doppler on 2/14/24 right CFA, SFA, popliteal, and left CFA mild plaque, and no significant flow-limiting lesion. His physical exam showed a BP of 135/81 and no abnormalities. His assessment showed HTN, mixed hyperlipidemia, atherosclerotic heart disease of the native coronary artery without angina pectoris, sleep apnea, nicotine dependence, SOB, fatigue, and polyneuropathy.

Matthew L. Wood, APRN / Advanced Registered Nurse Practitioner saw the claimant on 5/6/24 for a follow-up visit. It was noted that he complained of left-sided/center chest pains, he described the pain as tightness/squeeze, which is associated with activity, SOB as well as diaphoresis, he also noted that the pain occurs without radiation at rest and with exertion. He also complained of dizziness upon standing described as pre-syncope. His physical exam showed a BP of 104/68 and no abnormalities. His assessment showed HTN, mixed hyperlipidemia, atherosclerotic heart disease of the native coronary artery without angina pectoris, sleep apnea, nicotine dependence, and SOB. He was seen on 5/6/24 for an EKG procedure. The procedure showed sinus rhythm, vertical axis, and normal variant of ECG. Anthony Rodriguez, APRN / Advanced Practice Registered Nurse saw him on 9/6/24 for a follow-up visit. It was noted that he has a history of PAD has been followed by Cardiology and has no other complaints at this visit. His physical exam showed a BP of 124/82 and no abnormalities. His assessment showed acute pain in the left knee, nicotine dependence, neuropathy of both feet, HTN, MDD, foreign body

finger, alcohol dependence, peripheral vascular disease, screening depression, and nutritional counseling.

The claimant has a history of diagnosis of CAD, PAD, essential HTN, and chest pain. He has had extensive cardiology testing including lower extremity exams which showed mild plaque formation in the bilateral CFA, SFA, and popliteal artery, and no significant flow-limiting lesion is identified. He also underwent an EKG procedure which showed sinus rhythm, vertical axis, and a normal variant of ECG. He is s/p LHC plus minus PCI on 3/5/24, a high-grade lesion of the proximal PDA which involved not only RCA but congenitally anomalous LAD, which was coming off the perforators of the PDA was successfully stented. He was also seen in May 2024 with complaints of left-sided/center chest pain, SOB with exertion, and dizziness upon standing described as pre-syncope. However, throughout the claimant's records, his blood pressure has been essentially normal, and the claimant does not demonstrate any symptoms of angina. Thus, due to a lack of clinical evidence to support functional deficits from a cardiac standpoint, restrictions and limitations are not supported.

4. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

5. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

Sincerely,

**Andre Akhondi, MD**
**Board certified, internal medicine**
**Board certified, cardiovascular disease**
**Assistant Clinical Professor of Interventional Cardiology and Cardiovascular disease**
**Medical License CA A 111933**

ECN
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Adam Bobb
Claim Number: 1220054596 / 1220024325
Case Number: 224569-6

"I, Andre B Akhondi, MD, am a physician duly licensed to practice medicine in the State of California. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

______________________________________________________12/16/24__________________
Signature of Physician Date

Medical/Professional License # A 111933

From: 12/09/2024 08:08 #245 P.001/002

MV
MARCUS VADEN
LAW

# FAX

606 South German Lane, Suite 102 • Conway, AR 72034

Date: December 9, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

Attn: Brianna Kane, LTD Claims Specialist

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Policyholder: Trinity Village, Inc
Policy Number: 0001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**Comments: Please find attached prescription for cane issued 9/13/2024.**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

From: 12/09/2024 08:09 #245 P.002/002

**MAINLINE HEALTH SYSTEMS, INC (3)**
1012 E Church St.
WARREN, AR, 71671
(870) 226-6754

**Mallard Medical Supply, LLC**
801 E Church St.
Warren, AR 71671

**PRESCRIPTION FORM 1 / 1**

## FOR BILLING AND DISPENSING

✓ ADAM BOBB

✓ DOB:
Weight: **218lbs**
Gender: **Male**
Height: **6ft 2in**

Billing Address:
[illegible]
[illegible]

Order Information:
Order ID: VXJ-R53-KVR7-290
Order Date: 09/13/2024

[illegible]
[illegible]

Insurance:
**Primary - Blue Cross Blue Shield (BCBS) - Commercial**
**EXX60054796201**

Emergency Contacts:

Diagnosis:
M16.11 Unilateral primary osteoarthritis, right hip

I certify that I am the treating clinician identified on this document. I reviewed the written order, and the information reflects the patient's condition and treatment plan. Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information above contained herein is true, accurate and complete, to the best of my knowledge, and is consistent with the information contained in my clinical records for the Patient and/or in the Patient's permanent medical record. I certify that the patient/caregiver is capable and has successfully completed training or will be trained on the proper use of the products prescribed on this written order. I understand that any falsification, omission, or concealment of material fact in that section with respect to any information contained herein may subject me to civil or criminal liability

ANTHONY RODRIGUEZ / NPI: 1770020521

This document was digitally signed on 9/13/24 at 12:27PM EDT by ANTHONY RODRIGUEZ NPI 1770020521

Clinician's Signature

/ /

Date

-PAGE 2/2 * RCVD AT 12/9/2024 9:17:20 AM [Eastern Standard Time] * SVR:VA1PWFAX101/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):01-08

From: 12/09/2024 08:11 #245 P.002/002

**MAINLINE HEALTH SYSTEMS, INC (3)**
1012 E Church St.
WARREN, AR, 71671
(870) 226-6754

**Mallard Medical Supply, LLC**
801 E Church St.
Warren, AR 71671

**PRESCRIPTION FORM 1 / 1**

## FOR BILLING AND DISPENSING

✓ ADAM BOBB

✓ DOB:
Weight: **218lbs**
Gender: **Male**
Height: **6ft 2in**

Billing Address:

Order Information:
Order ID: VXJ-8S3-KVR7-290
Order Date: 09/13/2024

Delivery Address:

**E0100: Straight Cane**

Quantity: 1, Start Date: 09/13/2024, Length of Need: 99 months

Insurance:
**Primary - Blue Cross Blue Shield (BCBS) - Commercial**
**EXX60054796201**

Emergency Contacts:

Diagnosis:
**M16.11** - Unilateral primary osteoarthritis, right hip

I certify that I am the treating clinician identified on this document. I reviewed the written order, and the information reflects the patient's condition and treatment plan. Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information above contained herein is true, accurate and complete, to the best of my knowledge, and is consistent with the information contained in my clinical records for the Patient and/or in the Patient's permanent medical record. I certify that the patient/caregiver is capable and has successfully completed training or will be trained on the proper use of the products prescribed on this written order. I understand that any falsification, omission, or concealment of material fact in that section with respect to any information contained herein may subject me to civil or criminal liability.

ANTHONY RODRIGUEZ / NPI: 1770020521

[illegible] on [illegible] at [illegible] EDT by
ANTHONY RODRIGUEZ NPI 1770020521

Clinician's Signature

/ /
Date

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**November 23, 2024**

**Claimant Name: Adam Bobb**

**Claim #: 1220054596 / 1220024325**

**Primary Diagnosis: chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right hip labral tear and osteoarthritis**

**DOD: 6/18/2021**

**DOR: 11/13/2024**

**Job Title: Maintenance Repairer, Building**

**ECN #: 224569-5**

**Specialty: Physical Medicine and Rehabilitation**

# Solomon Rojhani, MD

## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain medicine*

CLAIMANT NAME: Bobb, Adam
EXAMINER: Solomon Rojhani, MD
ECN #: 224569-5
CLAIM #: 1220054596 / 1220024325
DATE OF LOSS: 6/18/2021
DATE OF SERVICE: 11/22/2024

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/07/2021 through 10/17/2024 including:

- James L. Workman, MD / Diagnostic Radiology, on 06/07/2021
- Samuel E. Edwards, MD / Diagnostic Radiology, on 11/08/2021
- David G. Jong, MD / Diagnostic Radiology, on 12/27/2021
- William Deaton, MD / Pulmonologist, on 02/09/2022
- Micah Fritsche, MD / Diagnostic Radiology, on 08/09/2023
- Justin Costello, DO / Diagnostic Radiology, on 08/03/2023
- Sadeem Mahmood, MD / Cardiology, extending from 10/24/2023 to 04/09/2024
- Mark Anthony Ramiro, MD / Family Practice, extending from 06/07/2021 to 08/23/2021
- R. Coleman, MD / Family Practitioner, on 06/28/2021
- Huber Ashley, MD / Obstetrics & Gynecology, on 09/01/2021
- McGhee April Summer, APRN / Advanced Practice Registered Nurse, on 09/01/2021
- Kerry F. Pennington, MD / Family Medicine, extending from 10/30/2021 to 02/28/2023
- Michael D. Cassat, MD / Orthopedic Surgeon, on 12/16/2021
- Lawrence O'Malley, MD / Orthopedic Surgeon, on 12/19/2021
- Mary M. Cornaghie, MD / Resident, on 12/19/2021
- John M. Brown, DO / Family Medicine, extending from 01/25/2022 to 09/12/2024
- Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 03/23/2022 to 04/13/2022
- Scott Allison Johnson, LCSW / Licensed Clinical Social Worker, extending from 04/25/2022 to 01/01/2024
- Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 08/10/2023 to 10/01/2024
- Terri Eubanks, DDS / Dentist, on 01/03/2024
- Matthew Wood, APRN / Advanced Practice Registered Nurse, extending from 02/06/2024 to 10/17/2024

The claimant is a 41-year-old male with a medical history significant for chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right hip labral tear and osteoarthritis.

6/7/21, X-ray right hip: unremarkable right hip.

11/8/21, MRI right hip: tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

12/27/21, MRI lumbar spine: degenerative disc disease L4-5.

2/9/22, MRI cervical spine: C6-7 diffuse disc bulge and bony spur, moderate to severe left foraminal stenosis; C5-6 minimal disc bulge, uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis.

6/9/23, MRI lumbar spine: mild L4-5 degenerative disc disease.

8/3/23, X-ray right hip: no acute osseous abnormality, no significant degenerative changes.

8/3/23, X-ray left shoulder: no acute osseous abnormality.

8/3/23, X-ray lumbar spine: early/mild multilevel endplate degeneration.

11/1/23, John M. Brown, DO / Family Medicine: The claimant presented for follow-up of chronic pain syndrome. His low back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical, palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait is normal.

11/16/23, Lawrence O'Malley, MD / Orthopedic Surgeon: The claimant presented for evaluation of his right hip pain. He had an intra-articular right hip injection at that time which relieved the majority of his pain. He also did physical therapy which only helped for a short period of time. He complains of anterior groin pain. Pain is worse with sitting and activity. On exam, the claimant has normal gait and normal station. Muscle strength is 5/5 on bilateral hips. There is positive grind test on right hip. Lumbar flexion is 60 degrees, extension 25 degrees.

11/16/23, X-ray pelvis: normal study.

12/28/23, Lawrence O'Malley, MD / Orthopedic Surgeon: The claimant presented for follow-up of his right hip pain. He had an intra-articular right hip injection at that time

which revealed the majority of his pain. He also did physical therapy which only helped for a short period of time. Physical exam revealed full right hip range of motion, but the claimant has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees. X-rays of the right hip revealed reasonable maintenance of joint space; he has a small CAM deformity. MRI right hip revealed superolateral labral tear of the right hip and CAM deformity.

1/10/24, Sadeem Mahmood, MD / Cardiology: The claimant presented for follow-up. He complains of chest pain which is described as heaviness associated with shortness of breath and fatigue.

2/9/24, Appeal Letter: The claimant has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as you found the claimant capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restrictions were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress. The claimant does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this.

2/15/24, John M. Brown, DO / Family Medicine: The claimant presented for follow-up. He complains of neck pain, low back pain, and he has a history of right hip labral tear. On exam, cervical spine shows painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain; lumbar spine shows tenderness on both the sides at L3-S1 region, right-sided sacroiliac pain to palpation, minimal tenderness anterior lumbar flexion causes pain, palpable trigger points in the muscles over right gluteal and piriformis. Gait is normal. Sensation is decreased in left hand- C5 and C6 dermatome.

5/6/24, Matthew Wood, APRN / Advanced Practice Registered Nurse: The claimant presented with left-sided chest pain. He describes chest pain as tightness/squeeze, which are associated with activity, shortness of breath, and diaphoresis. He reports that the pain occurs without radiation at rest and with exertion. He complains of bilateral lower extremity pain/edema. The claimant will start Protonix 40 mg, refer to GI for EGD, and schedule for ultrasound of gallbladder.

5/16/24, John M. Brown, DO / Family Medicine: The claimant presented for follow-up. He complains of neck pain, low back pain, and he has a history of right hip labral tear. On exam, cervical spine shows painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain; lumbar spine shows tenderness on both the sides at L3-S1 region, right-sided sacroiliac pain to palpation, minimal tenderness anterior lumbar flexion causes pain, palpable trigger points in the muscles over right gluteal and piriformis. Gait is normal. Sensation is decreased in left hand- C5 and C6 dermatome.

7/1/24, Matthew Wood, APRN / Advanced Practice Registered Nurse: The claimant presented for follow-up. He has had gallbladder ultrasound on 5/30/24- diffuse hepatic steatosis. He complains of fatigue associated with minimal exertion. He complains of bilateral lower extremity pain/edema.

7/16/24, John M. Brown, DO / Family Medicine: The claimant presented for follow-up. He reports lower back pain and neck pain. On exam, cervical spine shows painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain; lumbar spine shows tenderness on both the sides at L3-S1 region, right-sided sacroiliac pain to palpation, minimal tenderness anterior lumbar flexion causes pain, palpable trigger points in the muscles over right gluteal and piriformis. Gait is normal. Sensation is decreased in left hand- C5 and C6 dermatome.

9/6/24, Anthony Rodriguez, APRN / Advanced Practice Registered Nurse: The claimant presented for yearly checkup. He reports he is having chronic left knee pain without any acute injuries. The pain comes and goes as then and is aching in nature. He reports crepitus with certain movements but denies any laxity. He reports the inability to work due to chronic pain while standing for extended periods. On exam, he has crepitus to left knee with passive ROM.

9/6/24, X-ray left knee: normal study.

9/6/24, X-ray right third digit: soft tissue swelling, no acute skeletal abnormality.

9/9/24, Anthony Rodriguez, APRN / Advanced Practice Registered Nurse: The claimant presented after receiving a critical value of an elevated glucose with no previous diagnosis of diabetes.

9/12/24, John M. Brown, DO / Family Medicine: The claimant presented for follow-up. He complains of lower back pain, right hip pain, and neck pain. He had a diagnosis of right hip labral tear. Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. On exam, cervical spine shows painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain; lumbar spine shows tenderness on both the sides at L3-S1 region, right-sided sacroiliac pain to palpation, minimal tenderness anterior lumbar flexion

causes pain, palpable trigger points in the muscles over right gluteal and piriformis. Gait is normal. Sensation is decreased in left hand- C5 and C6 dermatome.

9/27/24, Anthony Rodriguez, APRN / Advanced Practice Registered Nurse: The claimant presented for follow-up of hyperglycemia.

**DIAGNOSES:**

Hypertension, chest pain, right hip osteoarthritis, labral tear and pain, chronic pain (neck and back, cervical and lumbar degenerative disc disease

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis (es) with ICD 10 Code(s)**.

Neck and low back pain (M54.2) (M54.5)
Cervical and lumbar degenerative disc disease (M50.30) (M51.36)
Right hip pain (M25.551)
Right lip labral tear (S73.191A)
Right hip OA (M16.11)

2. **If applicable, please identify clinically significant comorbid Diagnosis (es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Chest pain (R07.9)
Hypertension (I10)

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 7/15/2024 through the present time and beyond, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from 7/15/2024 through the present time and beyond.

The claimant is a 41-year-old male with a medical history significant for chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right hip labral tear and osteoarthritis.

Interval history shows that the claimant has been experiencing chronic neck pain and low back pain secondary to cervical and lumbar degenerative disc disease. The claimant has been experiencing chronic right hip pain secondary to right hip labral tear. On 11/1/23, the claimant presented for follow-up of chronic pain syndrome. His low back pain

worsened since the injury in May. He is having neck pain since that injury and has not had an MRI. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical, palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait is normal. On 11/16/23, the claimant presented for evaluation of his right hip pain. He had an intra-articular right hip injection at that time which relieved the majority of his pain. He also did physical therapy which only helped for a short period of time. He complains of anterior groin pain. Pain is worse with sitting and activity. On exam, the claimant has normal gait and normal station. Muscle strength is 5/5 on bilateral hips. There is positive grind test on right hip. Lumbar flexion is 60 degrees, extension 25 degrees. On 12/28/23, the claimant presented for follow-up of his right hip pain. He had an intra-articular right hip injection at that time which revealed the majority of his pain. He also did physical therapy which only helped for a short period of time. Physical exam revealed full right hip range of motion, but the claimant has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees. X-rays of the right hip revealed reasonable maintenance of joint space; he has a small CAM deformity. MRI right hip revealed superolateral labral tear of the right hip and CAM deformity. On 2/15/24, the claimant presented for follow-up. He complains of neck pain, low back pain, and he has a history of right hip labral tear. On exam, cervical spine shows painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain; lumbar spine shows tenderness on both the sides at L3-S1 region, right-sided sacroiliac pain to palpation, minimal tenderness anterior lumbar flexion causes pain, palpable trigger points in the muscles over right gluteal and piriformis. Gait is normal. Sensation is decreased in left hand- C5 and C6 dermatome. On 5/6/24, the claimant presented with left-sided chest pain. He describes chest pain as tightness/squeeze, which are associated with activity, shortness of breath, and diaphoresis. He reports that the pain occurs without radiation at rest and with exertion. He complains of bilateral lower extremity pain/edema. On 5/16/24, the claimant presented for follow-up. He complains of neck pain, low back pain, and he has a history of right hip labral tear. On exam, cervical spine shows painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain; lumbar spine shows tenderness on both the sides at L3-S1 region, right-sided sacroiliac pain to palpation, minimal tenderness anterior lumbar flexion causes pain, palpable trigger points in the muscles over right gluteal and piriformis. Gait is normal. Sensation is decreased in left hand- C5 and C6 dermatome. On 7/16/24, the claimant presented for follow-up. He reports lower back pain and neck pain. On exam, cervical spine shows painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain; lumbar spine shows tenderness on both the sides at L3-S1 region, right-sided sacroiliac pain to palpation, minimal tenderness anterior lumbar flexion causes pain, palpable trigger points in the muscles over right gluteal and piriformis. Gait is normal. Sensation is decreased in left hand- C5 and C6 dermatome. On 9/6/24, the claimant presented for yearly checkup. He reports he is

having chronic left knee pain without any acute injuries. The pain comes and goes as then and is aching in nature. He reports crepitus with certain movements but denies any laxity. He reports the inability to work due to chronic pain while standing for extended periods. On exam, he has crepitus to left knee with passive ROM. On 9/12/24, the claimant presented for follow-up. He complains of lower back pain, right hip pain, and neck pain. He had a diagnosis of right hip labral tear. Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. On exam, cervical spine shows painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain; lumbar spine shows tenderness on both the sides at L3-S1 region, right-sided sacroiliac pain to palpation, minimal tenderness anterior lumbar flexion causes pain, palpable trigger points in the muscles over right gluteal and piriformis. Gait is normal. Sensation is decreased in left hand- C5 and C6 dermatome.

Based on the information provided, the claimant has been experiencing chronic neck pain and low back pain secondary to cervical and lumbar degenerative disc disease. The claimant has been experiencing chronic right hip pain secondary to right hip labral tear and right hip OA. His chronic pain worsened after an injury in May 2023. Despite physical therapy and injections, symptoms persist, significantly limiting his functional capacity, particularly with prolonged standing. Therefore, the claimant requires restrictions and limitations as outlined below:

Sitting: Constantly with the ability to reposition as needed to relieve pressure/pain.
Standing: Frequently
Walking: Frequently
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Bending: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Frequently LUE; Unrestricted RUE
Simple and firm grasping: Frequently LUE; Unrestricted RUE
Feeling: Frequently LUE; Unrestricted RUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

Driving: Constantly

The above recommended restrictions and limitations are indicated from 7/15/2024 through the present time and beyond, with re-assessment on or around 4/15/2025.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in questions?**

N/A.
There are no available medical records indicating any R&L's that were recommended by treating providers for the timeframes in question

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**7. If AP contact may clarify any significant area such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence, then please contact the claimant`s attending physician(s).**

[11/19/2024 at 09:39] Phone call to Matthew Wood APRN. Left a message at SARC Heart with schedular, Amy. Contact number used for outreach: 870-534-2900

[11/19/2024 at 09:43] Phone call to Anthony Rodriguez, APRN. Left a message at Mainline Health Systems with nurse, Madison who requested the questions faxed in writing to 870-226-7925 ATTN: Maddie. Contact number used for outreach: 870-538-5414

[11/20/2024 at 09:43] Phone call to Matthew Wood APRN. Left an additional message at SARC Heart with schedular, Amy. Contact number used for outreach: 870-534-2900

**8. Please describe the employee`s maximal functional abilities which can safely and consistently be performed over time. Please describe them in detail to include type of activity, force capacity and duration.**

**a. Please include your opinion regarding the employee`s ability to work in regard to hours/day and days/week.**
**b. Please use standardized terms for activity duration such as Occasional (up to 1/3 of time); Frequent (1/3-2/3 of time); and Constant (2/3 of time or more). If other terms are used, please provide specific definitions for each one.**
**c. Avoid reference to occupational levels from the Dictionary of Occupational Titles (Sedentary, Light, Medium, Heavy and Very Heavy).**
**d. In particular, please note the ability to lift/carry/push/pull, sit, stand, walk, climb, bend, kneel, crawl, drive, finger, handle, grasp, feel, operate foot controls and reach above shoulder, at desk level and below waist.**

Based on the information provided, the claimant has been experiencing chronic neck pain and low back pain secondary to cervical and lumbar degenerative disc disease. The claimant has been experiencing chronic right hip pain secondary to right hip labral tear and right hip OA. His chronic pain worsened after an injury in May 2023. Despite physical therapy and injections, symptoms persist, significantly limiting his functional capacity, particularly with prolonged standing. Therefore, the claimant requires restrictions and limitations as outlined below:

Sitting: Constantly with the ability to reposition as needed to relieve pressure/pain.
Standing: Frequently
Walking: Frequently
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Bending: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Frequently LUE; Unrestricted RUE
Simple and firm grasping: Frequently LUE; Unrestricted RUE
Feeling: Frequently LUE; Unrestricted RUE

No climbing ladders
No working at unprotected heights

No operating heavy machinery
Driving: Constantly

The above recommended restrictions and limitations are indicated from 7/15/2024 through the present time and beyond, with re-assessment on or around 4/15/2025.

The claimant's abilities are sustainable on a full-time basis.

**9. If functional impairment is present, is further improvement likely or is impairment considered permanent? If improvement is likely, when would it be expected?**

The claimant may have changes in her functional status with continued treatment; therefore, re-assessment on or around 4/15/25 is reasonable.

**10. Does the treatment and frequency seem appropriate for a diagnosis of essential hypertension and chest pain? If not, what is typically seen for treatment and recovery period?**

Yes, the treatment and frequency seem appropriate for a diagnosis of essential hypertension and chest pain.

Sincerely,

**Solomon Rojhani, M.D.**
**Physical Medicine & Rehabilitation**
**Interventional Pain & Spine Medicine**
**Medical License A145712**

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Adam Bobb
Claim Number: 1220054596 / 1220024325
Case Number: 224569-5

"I, Solomon Rojhani, MD, am a physician duly licensed to practice medicine in the State of ______CA_______. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 11/23/2024

_______________________________________________

Signature of Physician Date

ECN

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC

E-mail: info@ecnime.com • Web: www.ecnime.com

Medical/Professional License # A145712

MV
MARCUS VADEN
LAW

# FAX

608 South German Lane, Suite 102 • Conway, AR 72034

| | |
|---|---|
| Date: | November 6, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Brianna Kane, LTD Claims Specialist |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Comments:** Please find attached correspondence and updated medical records from Arkansas Spine and Pain, Southern Arkansas Cardiology, and Mainline Health.

**Total Pages including this cover sheet: 57**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

November 6, 2024

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

*Via Email: DisabilityClaims@lfg.com*
*Via Facsimile: (877) 843-3950*

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Kane:

Please find attached the updated medical records requested in your letter dated 10/8/2024. Although your letter only asks for records dated 6/1/2024 to present, we have included several dates of service prior to that which our records indicate you do not have.

Please find attached the following records:

- Arkansas Spine and Pain: 1/11/2024 to 9/12/2024 26 pages
- Southern Arkansas Cardiology: 5/6/2024 to 10/1/2024 8 pages
- Mainline Health: 5/6/2024 to 10/1/2024 21 pages

In addition, the claimant reports that Mainline Health called in an order for a cane to Mallard's Medical Supply in Warren, AR on 9/13/2024. As this was not included in the office visit notes we received, my office has sent a new request for documentation regarding Mr. Bobb's cane.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

From: 11/06/2024 16:35 #225 P.003/057

'o: 15012051278 Page: 05 of 12 2024-05-01 16:22:15 CDT 15014218331 From: Elisha Upchurch

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Pharmacy:** Drug Room, INC.
Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

**Patient:** Mr. Bobb, Adam
DOB:
Add:
Plan:

---

Date: 04-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

**Confidentiality Note:** This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-11-2024.*



PAGE 3/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 02-15-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient hed diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 220.00 **BP:** 139/85 mm Hg. **Puls e:** 83 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL083539 Dated: 02-15-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.

- Last filled: Oxy on 1/11/24 (for his dental abscess).

- UDS: +Oxy on 2/5/24.

- Confirmation Consistent on 11/1/23. Reviewed 2/15/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea,

Bobb, Adam Male

vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-15-2024.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Pharmacy:** Drug Room, INC.
Add: 1700 W. 42nd Street. Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

**Patient:** Mr. Bobb, Adam
DOB:
Add:
Plan:

**Date:** 01-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

**Confidentiality Note:** This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-11-2024.*

Arkansas Spine and Pain

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-227-0187

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 09-12-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Current Medication.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days . Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 8 Hours PRN Refills: 0
1 Capsule Three times a Day Refills: 1
1 Tablet Every Night Refills: 1
1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 73.00 Weight (lbs): 220.00 **BP:** 111/71 mm Hg. **Puls e:** 70 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple.

Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***

**Joints-Knee:** On examination, left knee appears to be normal.

***Left Knee: Left knee is non-tender to palpation. Medial joint line***

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL101601 Dated: 09-12-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***9/12/24***

Patient returns to clinic for f/u c/o low back pain. Pain meds doing well. He has been diagnosed with diabetes.

***7/16/24***

Bobb, Adam Male

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.

Bobb, Adam Male

**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy 6/90 on 9/12/24.

- Last filled: Oxy on 8/15/24.

- UDS: +OXY on 9/12/24.

- Confirmation Consistent on 7/16/24. Reviewed 9/12/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)

Bobb, Adam Male

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 09-12-2024.*

Arkansas Spine and Pain

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-227-0187

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 07-16-2024
**Referring Physician**: Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
***Psychiatric Diagnostic:*** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 114/75 mm Hg. **Puls e:** 73 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

Bobb, Adam Male

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL096664 Dated: 07-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL096678 Dated: 07-16-2024 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/16/24***

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is

stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

Bobb, Adam Male

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 7/16/24.

- Last filled: Oxy on 6/15/24.

- UDS: +OXY on 7/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 7/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)

Bobb, Adam Male

(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-16-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 05-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 123/84 mm Hg. **Puls e:** 78 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL091650 Dated: 05-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90. Will increase Gabapentin to 600mg TID #90 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 5/16/24.

Bobb, Adam Male

- Last filled: Oxy on 4/15/24.

- UDS: Negative on 5/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 5/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**

Bobb, Adam Male

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 05-16-2024.*

SARC CardioVascular and Vein Center

# BOBB, Adam

40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

**05/06/2024** **Progress Notes: Matthew L Wood, APRN**

## Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

## Past Medical History

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

## Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two

## Reason for Appointment

1. The patient has been complaining of chest discomfort, heartburn, and anxiety. The patient talked to his psychiatrist and the doctor does not want to change medication until her talk to Mathew Wood. The patient states that he has been experiencing a lot of anxiety and panic attacks. The patient states that he has been diagnosed with PSTD, major depressive disorder and severe anxiety and was wondering is not associated with chest pain. EKG - sinus rhythm.

## History of Present Illness

History of present illness:

The patient complains of left-sided/center chest pains. The patient describes chest pains as tightness/squeeze, which are associated with activity, shortness of breath and diaphoresis. The patient states that the pain occurs without radiation at rest and with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps, aching, burning, and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or fatigue.

## Vital Signs

HR: **69** /min, BP: **104/68** mm Hg, Wt: **222** lbs, BMI: **27.75** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 100.7 kg
BP 108/72 on the left.

## Examination

General Examination:

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x 3. PSYCH: Cooperative with exam, judgement and insight good.

## Assessments

years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Negative for weight gain, weight loss or fever. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris - I25.118
4. Long term (current) use of antithrombotics/antiplatelets - Z79.02
5. Dizziness and giddiness - R42
6. Nicotine dependence, unspecified, uncomplicated - F17.200
7. Shortness of breath - R06.02
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Start Protonix 40 mg p.o. q. d.
Refer to GI for EGD.
Schedule for ultrasound of gallbladder at CARTI, Pine Bluff.
The patient is to follow up with primary care physician for GAD treatment.
Keep currently scheduled follow up with ABI.
The patient is to stop smoking.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 05/06/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CARTI
MEDICAL IMAGING AND INTERVENTION

5001 Bobo Road • Pine Bluff, AR 71603
800.482.8561

Patient: Bobb, Adam Sex: Male DOB:

Exam: US ABDOMEN ULTRASOUND, LIMITED (76705) Acc# B38AE380B3F1
DOS: 05/30/2024 01:00 PM MRN# 1049804

Ref. Phys: MATTHEW WOOD

PROCEDURE: GALLBLADDER ULTRASOUND

COMPARISON: None.

INDICATIONS: Abdominal pain

FINDINGS: Transverse images of the pancreas are normal. There is diffuse increase in liver echogenicity characteristic of hepatic steatosis. The liver measures 17.8 cm in craniocaudal extent. There are no focal liver lesions. Portal vein is patent. Common duct measures 3 mm. The gallbladder is normal. The spleen measures 12.3 cm in length. There is no free fluid.

IMPRESSION:
1. Diffuse hepatic steatosis.
2. No evidence of any acute abnormality within the upper abdomen.

Electronically Signed By:
Theodore Hronas, M.D. at 05/30/2024 13:25

MW 6/10/24

EW

Document: 5.30.24 US GALLBLADDER Printed: 10-17-2024 01:41:39

From: 11/06/2024 16:50 #225 P.032/057

Patient: BOBB, Adam DOB:

| | | | | | | |
|---|---|---|---|---|---|---|
| ID: | | Gender: | Male | 05/06/2024 08:17:20AM | | sinus rhythm |
| Name: | BOBB, ADAM | | | PR: | 102/162 ms | vertical axis |
| Age: | 40 yr | | | QRS: | 110 ms | Normal variant of ECG |
| | | | | QT/QTc: | 394/428 ms | Unconfirmed Report |
| | | | | P/QRS/T axis: | 48/88/47 deg | |
| | | | | Heart rate: | 71 bpm | |






25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz 60Hz Version 2.00.02

Document: 5.6.24 EKG_001 Printed: 10-17-2024 01:41:39



PAGE 32/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

From:
Patient; BOBB, Adam DOB:

11/06/2024 16:52 #225 P.033/057

**Lower Extremity Physiologic Study**
**Multiple Level (Segmental Exam)**

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 07/01/24 12:22:25

| **Risk Factors** | **Current Symptoms** | **ABI Severity of Disease** |
|---|---|---|
| ☐ Tobacco Use ☐ Hypertension | ☐ Intermittent Claudication | > 1.40 Non-compressible |
| ☐ Diabetes ☐ Hyperlipidemia | ☐ Numbness, Tingling in Feet | 1.00 - 1.40 Normal |
| ☐ Heart Disease ☐ Stroke/TIA | ☐ Ulcerations | 0.91 - 0.99 Borderline |
| ☐ Previous CV Event ☐ Prev. Vascular Surgery | ☐ Rest Pain | 0.00 - 0.90 Abnormal |
| | ☐ Gangrene | Index for Ankles Only |
| | Location: ☐ Buttocks ☐ Thigh ☐ Calf ☐ Feet | |

**Interpreting Physician:** Un-Assigned **Referring Physician:** Un-Assigned
**Comments:**

**RIGHT**

**Brachial** 114

PVR X1 07/01/24 12:14:00



**Thigh** 168 mmHg 1.47 Index

PVR X1 07/01/24 12:15:38



**Calf** 199 mmHg 1.74 Index

PVR X1 07/01/24 12:16:40



**PT** 158 mmHg 1.38 Index



**LEFT**

**Brachial** 114

PVR X1 07/01/24 12:18:13



**Thigh** 168 mmHg 1.47 Index

PVR X1 07/01/24 12:20:03



**Calf** 143 mmHg 1.25 Index

PVR X1 07/01/24 12:21:23



**PT** 167 mmHg 1.46 Index

**Interpretation:**

**CPT Code:** No CPT Code
**ICD-10 Code:** No ICD-10 Code

Document: 7.1.24 PVR

Printed: 10-17-2024 01:41:39



PAGE 33/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

SARC CardioVascular and Vein Center

# BOBB, Adam

40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

07/01/2024 **Progress Notes: Matthew L Wood, APRN**

Past Medical History
PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

**Surgical History**
Arteries did not form all the way so they had to stent/close it up at the age of two years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - half pack of cigarettes. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Positive for claudication. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Reason for Appointment**
1. The patient is here for two-month follow-up. The patient has had gallbladder ultrasound on 05/30/2024 - diffuse hepatic steatosis - known history of. Dr. Samad - the patient stated he has not received a call or heard anything from them. ABI - right 1.38 and left 1.46. He had follow up with primary care physician for GAD - stopped Duloxetine and changed to Wellbutrin. He still has not had sleep study. His wife reports continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes.

**History of Present Illness**
History of present illness:
The patient complains of shortness of breath with exertion and at rest - improved. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching and soreness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies chest pain, palpitations, or dizziness.

**Vital Signs**
HR: **81** /min, BP: **114/74** mm Hg, Wt: **216** lbs, BMI: **27** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 97.98 kg
BP 112/72 on left.

**Examination**
General Examination:
GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and
accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x
3. PSYCH: Cooperative with exam, judgement and insight good.

**Assessments**
1. Gastro-esophageal reflux disease with esophagitis, without bleeding - K21.00 (Primary)
2. Generalized anxiety disorder - F41.1
3. Essential (primary) hypertension - I10

4. Mixed hyperlipidemia - E78.2
5. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
6. Long term (current) use of antithrombotics/antiplatelets - Z79.02
7. Sleep apnea, unspecified - G47.30
8. Nicotine dependence, unspecified, uncomplicated - F17.200
9. Shortness of breath - R06.02
10. Other fatigue - R53.83
11. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**
**1. Others**
Notes:
Continue medications as current.
The patient is to schedule sleep study with SMS as recommended.
Resend referral to Dr. Samad for EGD evaluation.
The patient is to return to clinic in three months.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 07/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

SARC CardioVascular and Vein Center

**BOBB, Adam**
41 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

**10/01/2024** **Progress Notes: Matthew L Wood, APRN**

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 10/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024

**LAB VISIT**

**Patient:** BOBB, ADAM
**Account Number:** 126774
✓ **DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:27 AM CST **Check Out:** 08:38 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/27/2024

## Subjective:

**Chief Complaints:**

1. LAB only, no provider seen, MMashburn,RN.

**Medical History:**

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking metFORMIN HCl 500 MG Tablet 1 tablet Orally twice daily , Taking Glucose Test Strips test once daily , stop date 07/06/2025, Taking Glucose Lancing device test once daily , stop date 10/09/2024, Taking Glucose Meter test glucose once daily , stop date 10/09/2024, Taking Lancets Micro Thin 33G(Lancets) - Miscellaneous as directed , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. Hyperglycemia - R73.9 (Primary)

## Plan:

**Treatment:**

**1. Hyperglycemia**

LAB: -Glucose (Collection Date & Time - 09/27/2024 08:37 AM) High

| | Value | Reference Range |
|---|---|---|
| Glucose, Whole Blood | 150 | 65 - 99 mg/dL |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID

**BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024**

and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE.

**Procedure Codes:** 82947 ASSAY, GLUCOSE, BLOOD QUANT, Modifiers: QW

## Billing Information:

**Visit Code:**
**Procedure Codes:**
82947 ASSAY, GLUCOSE, BLOOD QUANT. Modifiers: QW

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 10/01/2024 at 01:08 PM CDT**
**Sign off status: Completed**

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/09/2024

## Progress Notes

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 09:16 AM CST **Check Out:** 10:57 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/09/2024

## Subjective:

**Chief Complaints:**

1. Per anthony. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. UTD: HIV, Wellness, Lipid, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today after receiving a critical value of an elevated glucose with no previous diagnosis of diabetes. Patient reports that his mother has diabetes. He has never taken medications for in the past for diabetes.

Patient has peripheral arterial disease and has been followed by Matt Wood, APRN who collaborates with Dr. Mahmood. Patient reports that he cannot stay on his feet very long without being in pain. This enables him to have a job. He reports that has been denied claims for disability. He is inquiring about letters to send to the disability lawyer so he can file for disability again.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Lower Back Pain, Myalgias, Arthralgias, Falls/Trauma/Injury. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED mmashburn,rn 09/09/2024.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/09/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/09/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/09/2024 09:52:42 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/09/2024 09:52:49 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/09/2024 09:52:51 AM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 09/09/2024 09:52:53 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/09/2024 09:52:56 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/09/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/09/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/09/2024 09:53:14 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/09/2024 09:53:16 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/09/2024 09:53:19 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/09/2024 09:53:21 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/09/2024 09:53:23 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/09/2024 09:53:25 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/09/2024 09:53:28 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in

the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **218.6** lbs, Ht: 75 in, BMI: **27.32** Index, BP: **124/80** mm Hg, HR: 86 /min, RR: 20, Temp: 96.9, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin - E11.65 (Primary)
2. Elevated glucose - R73.09
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Screening for depression - Z13.31
5. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin**

Start metFORMIN HCl Tablet, 500 MG, 1 tablet, Orally, twice daily, 30 days, 60, Refills 2 ; Start Glucose Test Strips, test once daily, 100 days, 100 Each, Refills 2 ; Start Glucose Lancing device, test once daily, 30 days, 1, Refills 0 ; Start Glucose Meter, test glucose once daily, 30 days, 1, Refills 0 ; Start Lancets Micro Thin 33G Miscellaneous, -, as directed, 100 days, 100, Refills 2 .

Notes: 1. Start Metformin and keep a fasting glucose log. Return with the log in two weeks. Likely we will have to increase that Metformin and start an additional med.
2. educated on diabetic diet
3. encouraged to exercise.

**2. Elevated glucose**

LAB: -Hemoglobin A1C (Collection Date & Time - 09/09/2024 09:46 AM) HbA1c 9 or higher

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 11.1 | 4.8 - 6.9 % |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic.

**3. Nicotine dependence, cigarettes, uncomplicated**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/09/2024

**Procedure Codes:** 83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW , 3046F HEMOGLOBIN A1C LEVEL > 9.0%

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 2 Weeks

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
83036 GLYCATED HEMOGLOBIN A1C. Modifiers: QW
3046F HEMOGLOBIN A1C LEVEL > 9.0%.

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 09/10/2024 at 10:36 AM CDT**
**Sign off status: Completed**

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:13 AM CST **Check Out:** 08:52 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/06/2024

## Subjective:

**Chief Complaints:**

1. yearly check up , and talk about personal issues- patient c/o left knee pain/left ankle pain x 6 months. Describes as intermittent and aching. Denies injuries, swelling, redness, warmth, or bruising. Occasionally he hears a "popping" noise when he is ambulating. MMashburn,RN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: Wellness, lipid, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today for yearly checkup. He reports he is having chronic left knee pain without any acute injuries. The pain comes and goes as then and is aching in nature. He reports crepitus with certain movements but denies any laxity. He is due for routine labs today. Patient reports that he has had multiple disability claims rejected in the past. He reports the inability to work due to chronic pain while standing for extended periods. He has a history of PAD and has been followed by cardiology. He has no other complaints at this visit.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL +, , **POSITIVE FOR left knee and ankle pain**. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 09/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/06/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/06/2024 08:13:49 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/06/2024 08:13:55 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/06/2024 08:13:58 AM CDT > , , YES. Recreational drug use: yes, Mashburn, Madison 09/06/2024 08:14:01 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/06/2024 08:14:05 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/06/2024 08:14:17 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/06/2024 08:14:19 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/06/2024 08:14:22 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/06/2024 08:14:24 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/06/2024 08:14:26 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/06/2024 08:14:29 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/06/2024 08:14:31 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown

HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **213.6** lbs, Ht: 75 in, BMI: **26.7** Index, BP: **124/82** mm Hg, HR: 86 /min, RR: 20, Temp: 97.5, SaO2: 97.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: crepitus noted to left knee with passive ROM, no deformity noted, no effusion present..

## Assessment:

**Assessment:**

1. Acute pain of left knee - M25.562 (Primary)
2. Encounter for wellness examination in adult - Z00.00
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Neuropathy of both feet - G57.93
5. Essential hypertension - I10
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Foreign body finger - S60.459A
8. Alcohol dependence, in remission - F10.21
9. Peripheral vascular disease, unspecified - I73.9
10. Screening for depression - Z13.31
11. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Acute pain of left knee**

Imaging: -X-ray : Knee, left (2 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:03:39 AM CDT > Rodriguez, Anthony 09/09/2024 09:33:36 AM CDT > Pt notified in clinic.

Notes: 1. pending labs.
Referral To: Physical Therapy Bradley County Physical Therapist
Reason: PT

**2. Encounter for wellness examination in adult**

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Cholesterol, Total | 122 | | 100-199 - mg/dL |
| Triglycerides | 362 | H | 0-149 - mg/dL |
| HDL Cholesterol | 28 | L | >39 - mg/dL |
| LDL/HDL Ratio | 1.4 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 54 | H | 5-40 - mg/dL |

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

| | | | |
|---|---|---|---|
| LDL Cholesterol Calc | 40 | | 0-99 - mg/dL |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions.

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 9.2 | | 8.7-10.2 - mg/dL |
| Glucose, Serum | 539 | > | 70-99 - mg/dL |
| BUN | 12 | | 6-24 - mg/dL |
| Protein, Total, Serum | 6.7 | | 6.0-8.5 - g/dL |
| Albumin, Serum | 4.5 | | 4.1-5.1 - g/dL |
| Bilirubin, Total | 0.7 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 118 | | 44-121 - IU/L |
| AST (SGOT) | 19 | | 0-40 - IU/L |
| Potassium, Serum | 4.0 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 135 | | 134-144 - mmol/L |
| Chloride, Serum | 98 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.86 | | 0.76-1.27 - mg/dL |
| ALT (SGPT) | 34 | | 0-44 - IU/L |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| BUN/Creatinine Ratio | 14 | | 9-20 - |
| Globulin, Total | 2.2 | | 1.5-4.5 - g/dL |
| eGFR | 112 | | >59 - mL/min/1.73 |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today.

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 09/06/2024 08:48 AM) Normal

| | Value | Reference Range |
|---|---|---|
| WBC | 8.2 | 4.1 - 10.9 K/uL |
| RBC | 5.15 | 4.20 - 6.30 M/uL |
| Hemoglobin | 15.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 46.2 | 37.0 - 51.0 % |
| MCV | 89.7 | 80.0 - 97.0 fL |
| MCH | 30.7 | 26.0 - 32.0 pg |
| MCHC | 34.2 | 31.0 - 36.0 g/dL |
| Platelets | 180 | 140 - 440 K/uL |
| Lymphs | 25.1 | 10.0 - 58.5 % |
| Monocytes | 7.1 | 0.1 - 24.0 % |
| Neutrophils | 67.8 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.6 | 0.0 - 1.8 |

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

| | | |
|---|---|---|
| Neutrophils (Absolute) | 5.5 | 2.0 - 7.8 |
| RDW | 11.9 | 11.5 - 14.5 % |

Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified.

Notes: 1. pending labs.

**3. Nicotine dependence, cigarettes, uncomplicated**
Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**4. Neuropathy of both feet**
Refill Gabapentin Capsule, 300 MG, T1C PO TID PRN FOR FEET PAIN, 30 days, 90 Capsule, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**5. Essential hypertension**
Refill hydroCHLOROthiazide Capsule, 12.5 MG, 1 capsule in the morning, Orally, Once a day, 90 days, 90 Capsule, Refills 1 ; Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 90 days, 180 Tablet, Refills 1 ; Refill cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, as needed, 30 days, 30, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**6. MDD (major depressive disorder), recurrent episode, moderate**
Refill buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 90 days, 180, Refills 1 ; Refill PARoxetine HCl Tablet, 40 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill traZODone HCl Tablet, 100 MG, TAKE 1-2 TABLETS PO HS, 30 days, 60 Tablet, Refills 2 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**7. Foreign body finger**
Imaging: -X-ray ; Fingers, right (3 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:02:42 AM CDT > Rodriguez, Anthony 09/09/2024 09:34:03 AM CDT > Pt notified in clinic.

Notes: 1. xrays pending

**8. Peripheral vascular disease, unspecified**
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**Procedure Codes:** 3079F DIAST BP 80-89 MM HG, 99406 BEHAV CHNG SMOKING 3-10 MIN, 3074F SYST BP LT 130 MM HG, 85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW , 36415 VENIPUNCT, ROUTINE*, 73140 X-RAY EXAM OF FINGER(S), Modifiers: TC , 73560 X-RAY EXAM OF KNEE, 1 OR 2, Modifiers: TC

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 3 Months

**Billing Information:**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
3079F DIAST BP 80-89 MM HG.
99406 BEHAV CHNG SMOKING 3-10 MIN.
3074F SYST BP LT 130 MM HG.
85025 COMPLETE CBC W/AUTO DIFF WBC. Modifiers: QW
36415 VENIPUNCT, ROUTINE*.
73140 X-RAY EXAM OF FINGER(S). Modifiers: TC
73560 X-RAY EXAM OF KNEE, 1 OR 2. Modifiers: TC

## Care Plan Details

**Electronically signed by Anthony Rodriguez , APRN on 09/25/2024 at 02:55 PM CDT**
**Sign off status: Completed**

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 05/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 02:27 PM CST **Check Out:** 03:21 PM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 05/06/2024

## Subjective:

**Chief Complaints:**

1. Med refills DMartin LPN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: lipid, wellness, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 40-year-old male who presents today to discuss changing his anxiety medications. Patient had a history of chronic back pain so at one time we started him on Cymbalta. Patient reports that he has been taking Paxil and Cymbalta with no relief of his anxiety. Patient has a history of CAD in which she had to have a stent. He has a chronic everyday smoker and wants to quit. His cardiologist called me to discuss medication options to treat his anxiety as well as cravings for cigarette use. We feel that his heart health would improve dramatically if he quit smoking. Patient is willing to try. We discussed multiple ways to treat this nicotine dependence such as nicotine gum use, Wellbutrin, cold turkey, and Chantix. We decided to try the Wellbutrin and nicotine gum in which she will get over-the-counter.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness,Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, , NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Constipation, Diarrhea, , Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Falls/Trauma/Injury, Myalgias, Lower Back Pain, Arthralgias. NEURO -, NEGATIVE FOR, Tremor, Headaches, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia,Changes in Weight, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled. 1 son(s) , 1 daughter(s) . .

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 05/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 05/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 05/06/2024. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 05/06/2024 01:50:10 PM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 05/06/2024 01:50:19 PM CDT > , Yes:. Smoking: yes, Mashburn, Madison 05/06/2024 01:50:21 PM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 05/06/2024 01:50:24 PM CDT > , Denies. Alcohol: yes, Mashburn, Madison 05/06/2024 01:50:26 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 05/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 05/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 05/06/2024 01:50:40 PM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 05/06/2024 02:05:41 PM CDT > , walking. Travel outside US: yes, Martin, Daleshia 05/06/2024 02:05:44 PM CDT > , No. Sexually active: yes, Martin, Daleshia 05/06/2024 02:05:47 PM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 05/06/2024 02:05:51 PM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 05/06/2024 02:05:54 PM CDT > , , No. Diabetic testing: yes, Martin, Daleshia 05/06/2024 02:05:57 PM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker. GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS , Taking Gabapentin 300 MG Capsule T1C PO

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 05/06/2024

TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **225** lbs, Ht: 75 in, BMI: **28.12** Index, BP: **96/60** mm Hg, HR: 93 /min, RR: 20, Temp: 97.7, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. GAD (generalized anxiety disorder) - F41.1 (Primary)
2. Nicotine dependence with current use - F17.200
3. Encounter for wellness examination in adult - Z00.00
4. Encounter for screening for cardiovascular disorders - Z13.6

## Plan:

**Treatment:**

**1. GAD (generalized anxiety disorder)**

Start buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 30 days, 30, Refills 5 ; Stop PARoxetine HCl Tablet, 40 MG, T1T PO Q AM ; Stop DULoxetine HCl Capsule Delayed Release Particles, 60 MG, TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS ; Start DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 30 days, 60, Refills 5 .

Notes: 1. Stop Paxil
2. Start Welbutrin
3. Increase Cymbalta

**2. Nicotine dependence with current use**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.
5. We will start Wellbutrin and I encouraged patient to try Nicotine gum to help quitting.

**3. Encounter for wellness examination in adult**

LAB: Annual Labs (CMP, CBC, TSH) (Ordered for 05/06/2024)

Gilliam, Abbie 05/06/2024 04:31:08 PM CDT > pt did not come to lab

**4. Encounter for screening for cardiovascular disorders**

LAB: Lipid Panel With LDL/HDL Ratio * (Ordered for 05/06/2024)

Gilliam, Abbie 05/06/2024 04:30:54 PM CDT > pt did not come to lab

**Procedure Codes:** 99406 BEHAV CHNG SMOKING 3-10 MIN

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 05/06/2024

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 4 Weeks

## Images:

## Billing Information:

**Visit Code:**
99213 Office Visit, Est Pt., Level 3.
**Procedure Codes:**
99406 BEHAV CHNG SMOKING 3-10 MIN.

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 05/07/2024 at 02:25 PM CDT**
**Sign off status: Completed**

BOBB, ADAM, 41 Y, M,

# CUMULATIVE REPORTS

## -Glucose

| | |
|---|---|
| Collection Date | 09/27/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/27/2024 |
| Result Date | 09/27/2024 |
| Ordering Physician | Anthony Rodriguez |
| Glucose, Whole Blood | 150<br>65 - 99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/27/2024 | 09/27/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE. |

## -Hemoglobin A1C

| | |
|---|---|
| Collection Date | 09/09/2024 |
| Collection Time | 09:46 AM |
| Order Date | 09/09/2024 |
| Result Date | 09/09/2024 |
| Ordering Physician | Anthony Rodriguez |
| Hemoglobin A1c | 11.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/09/2024 | 09/09/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic. |

## -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:48 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/06/2024 |
| Ordering Physician | Anthony Rodriguez |
| WBC | 8.2<br>4.1 - 10.9 K/uL |
| RBC | 5.15<br>4.20 - 6.30 M/uL |
| Hemoglobin | 15.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 46.2<br>37.0 - 51.0 % |

## -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:48 AM |
| MCV | 89.7<br>80.0 - 97.0 fL |
| MCH | 30.7<br>26.0 - 32.0 pg |
| MCHC | 34.2<br>31.0 - 36.0 g/dL |
| Platelets | 180<br>140 - 440 K/uL |
| Lymphs | 25.1<br>10.0 - 58.5 % |
| Monocytes | 7.1<br>0.1 - 24.0 % |
| Neutrophils | 67.8<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.6<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 5.5<br>2.0 - 7.8 |
| RDW | 11.9<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified. |

## Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Cholesterol, Total | 122<br>100-199 mg/dL |
| Triglycerides | 362H<br>0-149 mg/dL |
| HDL Cholesterol | 28L<br>>39 mg/dL |
| LDL/HDL Ratio | 1.4<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 54H<br>5-40 mg/dL |
| LDL Cholesterol Calc | 40<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions. |

**Comp. Metabolic Panel (14) ***

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Calcium, Serum | 9.2<br>8.7-10.2 mg/dL |
| Glucose, Serum | 539><br>70-99 mg/dL |
| BUN | 12<br>6-24 mg/dL |
| Protein, Total, Serum | 6.7<br>6.0-8.5 g/dL |
| Albumin, Serum | 4.5<br>4.1-5.1 g/dL |
| Bilirubin, Total | 0.7<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 118<br>44-121 IU/L |
| AST (SGOT) | 19<br>0-40 IU/L |
| Potassium, Serum | 4.0<br>3.5-5.2 mmol/L |
| Sodium, Serum | 135<br>134-144 mmol/L |
| Chloride, Serum | 98<br>96-106 mmol/L |
| Creatinine, Serum | 0.86<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 34<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 14<br>9-20 |
| Globulin, Total | 2.2<br>1.5-4.5 g/dL |
| eGFR | 112<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today. |

BOBB, ADAM,

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCN0013977 |
| Exam Date/Time: | Sep 6, 2024 8:56:40 AM CDT | Order Date Time: | Sep 6, 2024 9:02:46 AM CDT |
| Study Received Time: | Sep 6, 2024 8:59:57 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Knee 1/2 views LEFT | | |
| **Clinical History:** | pain in left knee for about 6 months, no trauma or accidents occurred, pt stated that he tends to favor his left leg and thinks the pain is from the way he walks (Hx) | | |

**FINAL REPORT**

2 views left knee

Comparison: None

Findings:

No fractures or dislocations No joint effusion
No significant arthritic change
No radiopaque foreign body

Impression:

Normal left knee. No signs of skeletal trauma.

Electronically signed on Sep 6, 2024 12:54:29 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013979 |
| Exam Date/Time: | Sep 6, 2024 8:50:40 AM CDT | Order Date Time: | Sep 6, 2024 9:01:23 AM CDT |
| Study Received Time: | Sep 6, 2024 8:55:27 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Finger(s) RIGHT | | |
| **Clinical History:** | smashed 3rd digit 2 years ago, has a spot on proximal end, medial side of nail that won't go away, says he can barely bump it and it will pour blood, wants to make sure there isn't any metal in it (Hx) | | |

**FINAL REPORT**

3 views right third digit

Comparison: None

Findings:
No fractures or dislocations. No significant arthritic change.
No radiopaque foreign body.

Impression:
Soft tissue swelling, no acute skeletal abnormality.

Electronically signed on Sep 6, 2024 12:32:35 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

MV
MARCUS VADEN
LAW

November 6, 2024

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

*Via Email: DisabilityClaims@lfg.com*
*Via Facsimile: (877) 843-3950*

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Kane:

Please find attached the updated medical records requested in your letter dated 10/8/2024. Although your letter only asks for records dated 6/1/2024 to present, we have included several dates of service prior to that which our records indicate you do not have.

Please find attached the following records:

- Arkansas Spine and Pain: 1/11/2024 to 9/12/2024 — 26 pages
- Southern Arkansas Cardiology: 5/6/2024 to 10/1/2024 — 8 pages
- Mainline Health: 5/6/2024 to 10/1/2024 — 21 pages

In addition, the claimant reports that Mainline Health called in an order for a cane to Mallard's Medical Supply in Warren, AR on 9/13/2024. As this was not included in the office visit notes we received, my office has sent a new request for documentation regarding Mr. Bobb's cane.

Sincerely,

[signature]

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

Pharmacy: Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient:Mr. Bobb, Adam

DOB:
Add:
Plan:

Date: 04-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-11-2024.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-15-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient hed diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 220.00 **BP:** 139/85 mm Hg. **Puls e:** 83 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL083539 Dated: 02-15-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.

- Last filled: Oxy on 1/11/24 (for his dental abscess).

- UDS: +Oxy on 2/5/24.

- Confirmation Consistent on 11/1/23. Reviewed 2/15/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea,

Bobb, Adam Male

vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-15-2024.*

Bobb, Adam Male

**Arkansas Spine and Pain**

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

Pharmacy: Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient: Mr. Bobb, Adam

DOB:
Add:
Plan:

---

Date: 01-11-2024

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-11-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 09-12-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Current Medication.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days . Prescribe 30 Tablet. Refills 1 ****1 Tablet Every 8 Hours PRN Refills: 0
1 Capsule Three times a Day Refills: 1
1 Tablet Every Night Refills: 1
1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 73.00 Weight (lbs): 220.00 **BP:** 111/71 mm Hg. **Puls e:** 70 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple.

Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***

**Joints-Knee:** On examination, left knee appears to be normal.

***Left Knee: Left knee is non-tender to palpation. Medial joint line***

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL101601 Dated: 09-12-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***9/12/24***

Patient returns to clinic for f/u c/o low back pain. Pain meds doing well. He has been diagnosed with diabetes.

***7/16/24***

Bobb, Adam Male

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.

**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy 6/90 on 9/12/24.

- Last filled: Oxy on 8/15/24.

- UDS: +OXY on 9/12/24.

- Confirmation Consistent on 7/16/24. Reviewed 9/12/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)

Bobb, Adam Male

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**



John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 09-12-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 07-16-2024
**Referring Physician**: Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 114/75 mm Hg. **Puls e:** 73 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL096664 Dated: 07-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL096678 Dated: 07-16-2024 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/16/24***

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is

stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

Bobb, Adam Male

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 7/16/24.

- Last filled: Oxy on 6/15/24.

- UDS: +OXY on 7/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 7/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)

Bobb, Adam Male

(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-16-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 05-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Evary 8 Hours PRN for 30 Days , Prescribe 90 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 123/84 mm Hg. **Puls e:** 78 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL091650 Dated: 05-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90. Will increase Gabapentin to 600mg TID #90 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 5/16/24.

Bobb, Adam Male

- Last filled: Oxy on 4/15/24.

- UDS: Negative on 5/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 5/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**

Bobb, Adam Male

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 05-16-2024*

SARC CardioVascular and Vein Center

**BOBB, Adam**
40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

**05/06/2024** **Progress Notes: Matthew L Wood, APRN**

## Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

## Past Medical History

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

## Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two

## Reason for Appointment

1. The patient has been complaining of chest discomfort, heartburn, and anxiety. The patient talked to his psychiatrist and the doctor does not want to change medication until her talk to Mathew Wood. The patient states that he has been experiencing a lot of anxiety and panic attacks. The patient states that he has been diagnosed with PSTD, major depressive disorder and severe anxiety and was wondering is not associated with chest pain. EKG - sinus rhythm.

## History of Present Illness

History of present illness:

The patient complains of left-sided/center chest pains. The patient describes chest pains as tightness/squeeze, which are associated with activity, shortness of breath and diaphoresis. The patient states that the pain occurs without radiation at rest and with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps, aching, burning, and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or fatigue.

## Vital Signs

HR: **69** /min, BP: **104/68** mm Hg, Wt: **222** lbs, BMI: **27.75** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 100.7 kg
BP 108/72 on the left.

## Examination

General Examination:

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x 3. PSYCH: Cooperative with exam, judgement and insight good.

## Assessments

years.
DES of PDA on 03/05/2024

**Family History**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Allergies**
Sulfa Antibiotics
Penicillin

**Review of Systems**
CONST - Negative for weight gain, weight loss or fever. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris - I25.118
4. Long term (current) use of antithrombotics/antiplatelets - Z79.02
5. Dizziness and giddiness - R42
6. Nicotine dependence, unspecified, uncomplicated - F17.200
7. Shortness of breath - R06.02
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Start Protonix 40 mg p.o. q. d.
Refer to GI for EGD.
Schedule for ultrasound of gallbladder at CARTI, Pine Bluff.
The patient is to follow up with primary care physician for GAD treatment.
Keep currently scheduled follow up with ABI.
The patient is to stop smoking.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 05/06/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

From: 11/06/2024 16:50 #225 P.031/057
Patient; BOBB, Adam DOB:

CARTI
MEDICAL IMAGING AND INTERVENTION

5001 Bobo Road • Pine Bluff, AR 71603
800.482.8561

Patient: Bobb, Adam Sex: Male DOB:

Exam: US ABDOMEN ULTRASOUND, LIMITED (76705) Acc# B38AE380B3F1
DOS: 05/30/2024 01:00 PM MRN# 1049804

Ref. Phys: MATTHEW WOOD

PROCEDURE: GALLBLADDER ULTRASOUND

COMPARISON: None.

INDICATIONS: Abdominal pain

FINDINGS: Transverse images of the pancreas are normal. There is diffuse increase in liver echogenicity characteristic of hepatic steatosis. The liver measures 17.8 cm in craniocaudal extent. There are no focal liver lesions. Portal vein is patent. Common duct measures 3 mm. The gallbladder is normal. The spleen measures 12.3 cm in length. There is no free fluid.

IMPRESSION:
1. Diffuse hepatic steatosis.
2. No evidence of any acute abnormality within the upper abdomen.

Electronically Signed By:
Theodore Hronas, M.D. at 05/30/2024 13:25

MW 6/10/24

EW

Document: 5.30.24 US GALLBLADDER Printed: 10-17-2024 01:41:39

From: 11/06/2024 16:50 #225 P.032/057

Patient: BOBB, Adam DOB:

| | | | | | |
|---|---|---|---|---|---|
| ID: | | Gender: Male | 05/06/2024 08:17:20AM | | sinus rhythm |
| Name: | BOBB, ADAM | | PR: | 102/162 ms | vertical axis |
| Age: | 40 yr | | QRS: | 110 ms | Normal variant of ECG |
| | | | QT/QTc: | 394/428 ms | Unconfirmed Report |
| | | | P/QRS/T axis: | 48/88/47 deg | |
| | | | Heart rate: | 71 bpm | |




25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz 60Hz Version 2.00.02

Document: 5.6.24 EKG_001 Printed: 10-17-2024 01:41:39



PAGE 32/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

From: 11/06/2024 16:52 #225 P.033/057
Patient; BOBB, Adam DOB:

## Lower Extremity Physiologic Study
## Multiple Level (Segmental Exam)

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 07/01/24 12:22:25

**Risk Factors**

- ☐ Tobacco Use
- ☐ Diabetes
- ☐ Heart Disease
- ☐ Previous CV Event
- ☐ Hypertension
- ☐ Hyperlipidemia
- ☐ Stroke/TIA
- ☐ Prev. Vascular Surgery

**Current Symptoms**

- ☐ Intermittent Claudication
- ☐ Numbness, Tingling in Feet
- ☐ Ulcerations
- ☐ Rest Pain
- ☐ Gangrene

Location

- ☐ Buttocks
- ☐ Thigh
- ☐ Calf
- ☐ Feet

**ABI Severity of Disease**

> 1.40 Non-compressible
1.00 - 1.40 Normal
0.91 - 0.99 Borderline
0.00 - 0.90 Abnormal

Index for Ankles Only

**Interpreting Physician:** Un-Assigned **Referring Physician:** Un-Assigned
**Comments:**

**RIGHT**

Brachial 114

PVR X1 07/01/24 12:14:00



Thigh 168 mmHg 1.47 Index

PVR X1 07/01/24 12:15:38



Calf 199 mmHg 1.74 Index

PVR X1 07/01/24 12:16:40



PT 158 mmHg 1.38 Index



**LEFT**

Brachial 114

PVR X1 07/01/24 12:18:13



Thigh 168 mmHg 1.47 Index

PVR X1 07/01/24 12:20:03



Calf 143 mmHg 1.25 Index

PVR X1 07/01/24 12:21:23



PT 167 mmHg 1.46 Index

MW

**Interpretation:**

**CPT Code:** No CPT Code
**ICD-10 Code:** No ICD-10 Code

Document: 7.1.24 PVR Printed: 10-17-2024 01:41:39



PAGE 33/57 * RCVD AT 11/6/2024 4:42:07 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):33-40

SARC CardioVascular and Vein Center

# BOBB, Adam

40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

07/01/2024 **Progress Notes: Matthew L Wood, APRN**

### Past Medical History
PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

### Surgical History
Arteries did not form all the way so they had to stent/close it up at the age of two years.
DES of PDA on 03/05/2024

### Family History
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

### Social History
The patient is a smoker - half pack of cigarettes. The patient does not drink alcohol. The patient does not use recreational drugs.

### Allergies
Sulfa Antibiotics
Penicillin

### Review of Systems
CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Positive for claudication. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

### Reason for Appointment
1. The patient is here for two-month follow-up. The patient has had gallbladder ultrasound on 05/30/2024 - diffuse hepatic steatosis - known history of. Dr. Samad - the patient stated he has not received a call or heard anything from them. ABI - right 1.38 and left 1.46. He had follow up with primary care physician for GAD - stopped Duloxetine and changed to Wellbutrin. He still has not had sleep study. His wife reports continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes.

### History of Present Illness
History of present illness:

The patient complains of shortness of breath with exertion and at rest - improved. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching and soreness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies chest pain, palpitations, or dizziness.

### Vital Signs
HR: **81** /min, BP: **114/74** mm Hg, Wt: **216** lbs, BMI: **27** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 97.98 kg
BP 112/72 on left.

### Examination
General Examination:

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x
3. PSYCH: Cooperative with exam, judgement and insight good.

### Assessments
1. Gastro-esophageal reflux disease with esophagitis, without bleeding - K21.00 (Primary)
2. Generalized anxiety disorder - F41.1
3. Essential (primary) hypertension - I10

4. Mixed hyperlipidemia - E78.2
5. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
6. Long term (current) use of antithrombotics/antiplatelets - Z79.02
7. Sleep apnea, unspecified - G47.30
8. Nicotine dependence, unspecified, uncomplicated - F17.200
9. Shortness of breath - R06.02
10. Other fatigue - R53.83
11. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:
Continue medications as current.
The patient is to schedule sleep study with SMS as recommended.
Resend referral to Dr. Samad for EGD evaluation.
The patient is to return to clinic in three months.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 07/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

SARC CardioVascular and Vein Center

**BOBB, Adam**
41 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

**10/01/2024** **Progress Notes: Matthew L Wood, APRN**

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024

**LAB VISIT**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:27 AM CST **Check Out:** 08:38 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/27/2024

## Subjective:

**Chief Complaints:**

1. LAB only, no provider seen, MMashburn,RN.

**Medical History:**

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking metFORMIN HCl 500 MG Tablet 1 tablet Orally twice daily , Taking Glucose Test Strips test once daily , stop date 07/06/2025, Taking Glucose Lancing device test once daily , stop date 10/09/2024, Taking Glucose Meter test glucose once daily , stop date 10/09/2024, Taking Lancets Micro Thin 33G(Lancets) - Miscellaneous as directed , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. Hyperglycemia - R73.9 (Primary)

## Plan:

**Treatment:**

**1. Hyperglycemia**

LAB: -Glucose (Collection Date & Time - 09/27/2024 08:37 AM) High

| | Value | Reference Range |
|---|---|---|
| Glucose, Whole Blood | 150 | 65 - 99 mg/dL |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID

**BOBB, ADAM DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/27/2024

and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE.

**Procedure Codes:** 82947 ASSAY, GLUCOSE, BLOOD QUANT, Modifiers: QW

## Billing Information:

**Visit Code:**
**Procedure Codes:**
82947 ASSAY, GLUCOSE, BLOOD QUANT. Modifiers: QW

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 10/01/2024 at 01:08 PM CDT**
**Sign off status: Completed**

**Provider: Anthony Rodriguez, APRN** **Date: 09/27/2024**
**Generated for Printing/Faxing/eTransmitting on: 10/15/2024 11:12 AM CDT**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 09:16 AM CST **Check Out:** 10:57 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/09/2024

## Subjective:

**Chief Complaints:**
1. Per anthony. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. UTD: HIV, Wellness, Lipid, MMashburn,RN.

**HPI:**
Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:
Patient is a 41-year-old male who presents today after receiving a critical value of an elevated glucose with no previous diagnosis of diabetes. Patient reports that his mother has diabetes. He has never taken medications for in the past for diabetes.
Patient has peripheral arterial disease and has been followed by Matt Wood, APRN who collaborates with Dr. Mahmood. Patient reports that he cannot stay on his feet very long without being in pain. This enables him to have a job. He reports that has been denied claims for disability. He is inquiring about letters to send to the disability lawyer so he can file for disability again.

**ROS:**
ROS---:
GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Lower Back Pain, Myalgias, Arthralgias, Falls/Trauma/Injury. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED mmashburn,rn 09/09/2024.

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/09/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/09/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/09/2024 09:52:42 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/09/2024 09:52:49 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/09/2024 09:52:51 AM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 09/09/2024 09:52:53 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/09/2024 09:52:56 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/09/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/09/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/09/2024 09:53:14 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/09/2024 09:53:16 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/09/2024 09:53:19 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/09/2024 09:53:21 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/09/2024 09:53:23 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/09/2024 09:53:25 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/09/2024 09:53:28 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/09/2024

the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **218.6** lbs, Ht: 75 in, BMI: **27.32** Index, BP: **124/80** mm Hg, HR: 86 /min, RR: 20, Temp: 96.9, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin - E11.65 (Primary)
2. Elevated glucose - R73.09
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Screening for depression - Z13.31
5. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin**

Start metFORMIN HCl Tablet, 500 MG, 1 tablet, Orally, twice daily, 30 days, 60, Refills 2 ; Start Glucose Test Strips, test once daily, 100 days, 100 Each, Refills 2 ; Start Glucose Lancing device, test once daily, 30 days, 1, Refills 0 ; Start Glucose Meter, test glucose once daily, 30 days, 1, Refills 0 ; Start Lancets Micro Thin 33G Miscellaneous, -, as directed, 100 days, 100, Refills 2 .

Notes: 1. Start Metformin and keep a fasting glucose log. Return with the log in two weeks. Likely we will have to increase that Metformin and start an additional med.
2. educated on diabetic diet
3. encouraged to exercise.

**2. Elevated glucose**

LAB: -Hemoglobin A1C (Collection Date & Time - 09/09/2024 09:46 AM) HbA1c 9 or higher

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 11.1 | 4.8 - 6.9 % |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic.

**3. Nicotine dependence, cigarettes, uncomplicated**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/09/2024

**Procedure Codes:** 83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW , 3046F HEMOGLOBIN A1C LEVEL > 9.0%

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 2 Weeks

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
83036 GLYCATED HEMOGLOBIN A1C. Modifiers: QW
3046F HEMOGLOBIN A1C LEVEL > 9.0%.

## Care Plan Details



**Electronically signed by Anthony Rodriguez , APRN on 09/10/2024 at 10:36 AM CDT**
**Sign off status: Completed**

**Provider: Anthony Rodriguez, APRN** **Date: 09/09/2024**
**Generated for Printing/Faxing/eTransmitting on: 10/15/2024 11:12 AM CDT**

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

## Progress Notes

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:13 AM CST **Check Out:** 08:52 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/06/2024

### Subjective:

**Chief Complaints:**

1. yearly check up , and talk about personal issues- patient c/o left knee pain/left ankle pain x 6 months. Describes as intermittent and aching. Denies injuries, swelling, redness, warmth, or bruising. Occasionally he hears a "popping" noise when he is ambulating. MMashburn,RN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: Wellness, lipid, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today for yearly checkup. He reports he is having chronic left knee pain without any acute injuries. The pain comes and goes as then and is aching in nature. He reports crepitus with certain movements but denies any laxity. He is due for routine labs today. Patient reports that he has had multiple disability claims rejected in the past. He reports the inability to work due to chronic pain while standing for extended periods. He has a history of PAD and has been followed by cardiology. He has no other complaints at this visit.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL +, , **POSITIVE FOR left knee and ankle pain**. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 09/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/06/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/06/2024 08:13:49 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/06/2024 08:13:55 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/06/2024 08:13:58 AM CDT > , , YES. Recreational drug use: yes, Mashburn, Madison 09/06/2024 08:14:01 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/06/2024 08:14:05 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/06/2024 08:14:17 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/06/2024 08:14:19 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/06/2024 08:14:22 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/06/2024 08:14:24 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/06/2024 08:14:26 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/06/2024 08:14:29 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/06/2024 08:14:31 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown

**BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024**

HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **213.6** lbs, Ht: 75 in, BMI: **26.7** Index, BP: **124/82** mm Hg, HR: 86 /min, RR: 20, Temp: 97.5, SaO2: 97.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: crepitus noted to left knee with passive ROM, no deformity noted, no effusion present..

## Assessment:

**Assessment:**

1. Acute pain of left knee - M25.562 (Primary)
2. Encounter for wellness examination in adult - Z00.00
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Neuropathy of both feet - G57.93
5. Essential hypertension - I10
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Foreign body finger - S60.459A
8. Alcohol dependence, in remission - F10.21
9. Peripheral vascular disease, unspecified - I73.9
10. Screening for depression - Z13.31
11. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Acute pain of left knee**

Imaging: -X-ray : Knee, left (2 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:03:39 AM CDT > Rodriguez, Anthony 09/09/2024 09:33:36 AM CDT > Pt notified in clinic.

Notes: 1. pending labs.
Referral To:Physical Therapy Bradley County Physical Therapist
Reason:PT

**2. Encounter for wellness examination in adult**

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Cholesterol, Total | 122 | | 100-199 - mg/dL |
| Triglycerides | 362 | H | 0-149 - mg/dL |
| HDL Cholesterol | 28 | L | >39 - mg/dL |
| LDL/HDL Ratio | 1.4 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 54 | H | 5-40 - mg/dL |

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

| | | |
|---|---|---|
| LDL Cholesterol Calc | 40 | 0-99 - mg/dL |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions.

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 9.2 | | 8.7-10.2 - mg/dL |
| Glucose, Serum | 539 | > | 70-99 - mg/dL |
| BUN | 12 | | 6-24 - mg/dL |
| Protein, Total, Serum | 6.7 | | 6.0-8.5 - g/dL |
| Albumin, Serum | 4.5 | | 4.1-5.1 - g/dL |
| Bilirubin, Total | 0.7 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 118 | | 44-121 - IU/L |
| AST (SGOT) | 19 | | 0-40 - IU/L |
| Potassium, Serum | 4.0 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 135 | | 134-144 - mmol/L |
| Chloride, Serum | 98 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.86 | | 0.76-1.27 - mg/dL |
| ALT (SGPT) | 34 | | 0-44 - IU/L |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| BUN/Creatinine Ratio | 14 | | 9-20 - |
| Globulin, Total | 2.2 | | 1.5-4.5 - g/dL |
| eGFR | 112 | | >59 - mL/min/1.73 |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today.

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 09/06/2024 08:48 AM) Normal

| | Value | Reference Range |
|---|---|---|
| WBC | 8.2 | 4.1 - 10.9 K/uL |
| RBC | 5.15 | 4.20 - 6.30 M/uL |
| Hemoglobin | 15.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 46.2 | 37.0 - 51.0 % |
| MCV | 89.7 | 80.0 - 97.0 fL |
| MCH | 30.7 | 26.0 - 32.0 pg |
| MCHC | 34.2 | 31.0 - 36.0 g/dL |
| Platelets | 180 | 140 - 440 K/uL |
| Lymphs | 25.1 | 10.0 - 58.5 % |
| Monocytes | 7.1 | 0.1 - 24.0 % |
| Neutrophils | 67.8 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.6 | 0.0 - 1.8 |

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

| | | |
|---|---|---|
| Neutrophils (Absolute) | 5.5 | 2.0 - 7.8 |
| RDW | 11.9 | 11.5 - 14.5 % |

Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified.

Notes: 1. pending labs.

**3. Nicotine dependence, cigarettes, uncomplicated**
Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**4. Neuropathy of both feet**
Refill Gabapentin Capsule, 300 MG, T1C PO TID PRN FOR FEET PAIN, 30 days, 90 Capsule, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**5. Essential hypertension**
Refill hydroCHLOROthiazide Capsule, 12.5 MG, 1 capsule in the morning, Orally, Once a day, 90 days, 90 Capsule, Refills 1 ; Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 90 days, 180 Tablet, Refills 1 ; Refill cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, as needed, 30 days, 30, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**6. MDD (major depressive disorder), recurrent episode, moderate**
Refill buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 90 days, 180, Refills 1 ; Refill PARoxetine HCl Tablet, 40 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill traZODone HCl Tablet, 100 MG, TAKE 1-2 TABLETS PO HS, 30 days, 60 Tablet, Refills 2 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**7. Foreign body finger**
Imaging: -X-ray ; Fingers, right (3 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:02:42 AM CDT > Rodriguez, Anthony 09/09/2024 09:34:03 AM CDT > Pt notified in clinic.

Notes: 1. xrays pending

**8. Peripheral vascular disease, unspecified**
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**Procedure Codes:** 3079F DIAST BP 80-89 MM HG, 99406 BEHAV CHNG SMOKING 3-10 MIN, 3074F SYST BP LT 130 MM HG, 85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW , 36415 VENIPUNCT, ROUTINE*, 73140 X-RAY EXAM OF FINGER(S), Modifiers: TC , 73560 X-RAY EXAM OF KNEE, 1 OR 2, Modifiers: TC

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 3 Months

**Billing Information:**

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
3079F DIAST BP 80-89 MM HG.
99406 BEHAV CHNG SMOKING 3-10 MIN.
3074F SYST BP LT 130 MM HG.
85025 COMPLETE CBC W/AUTO DIFF WBC. Modifiers: QW
36415 VENIPUNCT, ROUTINE*.
73140 X-RAY EXAM OF FINGER(S). Modifiers: TC
73560 X-RAY EXAM OF KNEE, 1 OR 2. Modifiers: TC

## Care Plan Details

**Electronically signed by Anthony Rodriguez , APRN on 09/25/2024 at 02:55 PM CDT**
**Sign off status: Completed**

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 05/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 02:27 PM CST **Check Out:** 03:21 PM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 05/06/2024

## Subjective:

**Chief Complaints:**

1. Med refills DMartin LPN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: lipid, wellness, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 40-year-old male who presents today to discuss changing his anxiety medications. Patient had a history of chronic back pain so at one time we started him on Cymbalta. Patient reports that he has been taking Paxil and Cymbalta with no relief of his anxiety. Patient has a history of CAD in which she had to have a stent. He has a chronic everyday smoker and wants to quit. His cardiologist called me to discuss medication options to treat his anxiety as well as cravings for cigarette use. We feel that his heart health would improve dramatically if he quit smoking. Patient is willing to try. We discussed multiple ways to treat this nicotine dependence such as nicotine gum use, Wellbutrin, cold turkey, and Chantix. We decided to try the Wellbutrin and nicotine gum in which she will get over-the-counter.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR,** Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness,Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, , NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Constipation, Diarrhea, , Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Falls/Trauma/Injury, Myalgias, Lower Back Pain, Arthralgias. NEURO -, NEGATIVE FOR, Tremor, Headaches, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia,Changes in Weight, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled. 1 son(s) , 1 daughter(s) . .

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 05/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 05/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 05/06/2024. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 05/06/2024 01:50:10 PM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 05/06/2024 01:50:19 PM CDT > , Yes:. Smoking: yes, Mashburn, Madison 05/06/2024 01:50:21 PM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 05/06/2024 01:50:24 PM CDT > , Denies. Alcohol: yes, Mashburn, Madison 05/06/2024 01:50:26 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 05/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 05/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 05/06/2024 01:50:40 PM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 05/06/2024 02:05:41 PM CDT > , walking. Travel outside US: yes, Martin, Daleshia 05/06/2024 02:05:44 PM CDT > , No. Sexually active: yes, Martin, Daleshia 05/06/2024 02:05:47 PM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 05/06/2024 02:05:51 PM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 05/06/2024 02:05:54 PM CDT > , , No. Diabetic testing: yes, Martin, Daleshia 05/06/2024 02:05:57 PM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker. GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS , Taking Gabapentin 300 MG Capsule T1C PO

TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **225** lbs, Ht: 75 in, BMI: **28.12** Index, BP: **96/60** mm Hg, HR: 93 /min, RR: 20, Temp: 97.7, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. GAD (generalized anxiety disorder) - F41.1 (Primary)
2. Nicotine dependence with current use - F17.200
3. Encounter for wellness examination in adult - Z00.00
4. Encounter for screening for cardiovascular disorders - Z13.6

## Plan:

**Treatment:**

**1. GAD (generalized anxiety disorder)**

Start buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 30 days, 30, Refills 5 ; Stop PARoxetine HCl Tablet, 40 MG, T1T PO Q AM ; Stop DULoxetine HCl Capsule Delayed Release Particles, 60 MG, TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS ; Start DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 30 days, 60, Refills 5 .

Notes: 1. Stop Paxil
2. Start Welbutrin
3. Increase Cymbalta

**2. Nicotine dependence with current use**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.
5. We will start Wellbutrin and I encouraged patient to try Nicotine gum to help quitting.

**3. Encounter for wellness examination in adult**

LAB: Annual Labs (CMP, CBC, TSH) (Ordered for 05/06/2024)

Gilliam, Abbie 05/06/2024 04:31:08 PM CDT > pt did not come to lab

**4. Encounter for screening for cardiovascular disorders**

LAB: Lipid Panel With LDL/HDL Ratio * (Ordered for 05/06/2024)

Gilliam, Abbie 05/06/2024 04:30:54 PM CDT > pt did not come to lab

**Procedure Codes:** 99406 BEHAV CHNG SMOKING 3-10 MIN

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 05/06/2024

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 4 Weeks

**Images:**

**Billing Information:**

**Visit Code:**
99213 Office Visit, Est Pt., Level 3.
**Procedure Codes:**
99406 BEHAV CHNG SMOKING 3-10 MIN.

**Care Plan Details**



**Electronically signed by Anthony Rodriguez , APRN on 05/07/2024 at 02:25 PM CDT**
**Sign off status: Completed**

BOBB, ADAM, 41 Y, M,

# CUMULATIVE REPORTS

## -Glucose

| | |
|---|---|
| Collection Date | 09/27/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/27/2024 |
| Result Date | 09/27/2024 |
| Ordering Physician | Anthony Rodriguez |
| Glucose, Whole Blood | 150<br>65 - 99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/27/2024 | 09/27/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE. |

## -Hemoglobin A1C

| | |
|---|---|
| Collection Date | 09/09/2024 |
| Collection Time | 09:46 AM |
| Order Date | 09/09/2024 |
| Result Date | 09/09/2024 |
| Ordering Physician | Anthony Rodriguez |
| Hemoglobin A1c | 11.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/09/2024 | 09/09/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic. |

## -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:48 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/06/2024 |
| Ordering Physician | Anthony Rodriguez |
| WBC | 8.2<br>4.1 - 10.9 K/uL |
| RBC | 5.15<br>4.20 - 6.30 M/uL |
| Hemoglobin | 15.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 46.2<br>37.0 - 51.0 % |

**-CBC With Differential/Platelet***

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:48 AM |
| MCV | 89.7<br>80.0 - 97.0 fL |
| MCH | 30.7<br>26.0 - 32.0 pg |
| MCHC | 34.2<br>31.0 - 36.0 g/dL |
| Platelets | 180<br>140 - 440 K/uL |
| Lymphs | 25.1<br>10.0 - 58.5 % |
| Monocytes | 7.1<br>0.1 - 24.0 % |
| Neutrophils | 67.8<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.6<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 5.5<br>2.0 - 7.8 |
| RDW | 11.9<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified. |

**Lipid Panel With LDL/HDL Ratio ***

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Cholesterol, Total | 122<br>100-199 mg/dL |
| Triglycerides | 362H<br>0-149 mg/dL |
| HDL Cholesterol | 28L<br>>39 mg/dL |
| LDL/HDL Ratio | 1.4<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 54H<br>5-40 mg/dL |
| LDL Cholesterol Calc | 40<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | omega 3 fatty acid otc, elevated triglyceriods. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions. |

## Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date | 09/06/2024 |
| Collection Time | 08:37 AM |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Calcium, Serum | 9.2<br>8.7-10.2 mg/dL |
| Glucose, Serum | 539><br>70-99 mg/dL |
| BUN | 12<br>6-24 mg/dL |
| Protein, Total, Serum | 6.7<br>6.0-8.5 g/dL |
| Albumin, Serum | 4.5<br>4.1-5.1 g/dL |
| Bilirubin, Total | 0.7<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 118<br>44-121 IU/L |
| AST (SGOT) | 19<br>0-40 IU/L |
| Potassium, Serum | 4.0<br>3.5-5.2 mmol/L |
| Sodium, Serum | 135<br>134-144 mmol/L |
| Chloride, Serum | 98<br>96-106 mmol/L |
| Creatinine, Serum | 0.86<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 34<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 14<br>9-20 |
| Globulin, Total | 2.2<br>1.5-4.5 g/dL |
| eGFR | 112<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today. |

BOBB, ADAM,

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013977 |
| Exam Date/Time: | Sep 6, 2024 8:56:40 AM CDT | Order Date Time: | Sep 6, 2024 9:02:46 AM CDT |
| Study Received Time: | Sep 6, 2024 8:59:57 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Knee 1/2 views LEFT | | |
| **Clinical History:** | pain in left knee for about 6 months, no trauma or accidents occurred, pt stated that he tends to favor his left leg and thinks the pain is from the way he walks (Hx) | | |

**FINAL REPORT**

2 views left knee

Comparison: None

Findings:

No fractures or dislocations No joint effusion
No significant arthritic change
No radiopaque foreign body

Impression:

Normal left knee. No signs of skeletal trauma.

Electronically signed on Sep 6, 2024 12:54:29 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | 3 | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013979 |
| Exam Date/Time: | Sep 6, 2024 8:50:40 AM CDT | Order Date Time: | Sep 6, 2024 9:01:23 AM CDT |
| Study Received Time: | Sep 6, 2024 8:55:27 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Finger(s) RIGHT | | |
| **Clinical History:** | smashed 3rd digit 2 years ago, has a spot on proximal end, medial side of nail that won't go away, says he can barely bump it and it will pour blood, wants to make sure there isn't any metal in it (Hx) | | |

**FINAL REPORT**

3 views right third digit

Comparison: None

Findings:
No fractures or dislocations. No significant arthritic change.
No radiopaque foreign body.

Impression:
Soft tissue swelling, no acute skeletal abnormality.

Electronically signed on Sep 6, 2024 12:32:35 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

| | |
|---|---|
| Date: | November 6, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Brianna Kane, LTD Claims Specialist |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Comments:** Please find attached correspondence and updated medical records from Arkansas Spine and Pain, Southern Arkansas Cardiology, and Mainline Health.

**Total Pages including this cover sheet: 57**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

November 6, 2024

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

*Via Email: DisabilityClaims@lfg.com*
*Via Facsimile: (877) 843-3950*

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Kane:

Please find attached the updated medical records requested in your letter dated 10/8/2024. Although your letter only asks for records dated 6/1/2024 to present, we have included several dates of service prior to that which our records indicate you do not have.

Please find attached the following records:

- Arkansas Spine and Pain: 1/11/2024 to 9/12/2024 26 pages
- Southern Arkansas Cardiology: 5/6/2024 to 10/1/2024 8 pages
- Mainline Health: 5/6/2024 to 10/1/2024 21 pages

PAGE 2/2 * RCVD AT 11/6/2024 4:36:49 PM [Eastern Standard Time] * SVR:VA1PWFAX401/1 * DNIS:8778433950 * CSID: * ANI:5012051278 * DURATION (mm-ss):00-59

MV
MARCUS VADEN
LAW

November 6, 2024

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

*Via Email: DisabilityClaims@lfg.com*
*Via Facsimile: (877) 843-3950*

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Kane:

Please find attached the updated medical records requested in your letter dated 10/8/2024. Although your letter only asks for records dated 6/1/2024 to present, we have included several dates of service prior to that which our records indicate you do not have.

Please find attached the following records:

- Arkansas Spine and Pain: 1/11/2024 to 9/12/2024 26 pages
- Southern Arkansas Cardiology: 5/6/2024 to 10/1/2024 8 pages
- Mainline Health: 5/6/2024 to 10/1/2024 21 pages

In addition, the claimant reports that Mainline Health called in an order for a cane to Mallard's Medical Supply in Warren, AR on 9/13/2024. As this was not included in the office visit notes we received, my office has sent a new request for documentation regarding Mr. Bobb's cane.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

Bobb, Adam Male

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Pharmacy:** Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

**Patient:**Mr. Bobb, Adam

DOB:
Add:
Plan:

---

**Date:** 04-11-2024

**oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet**

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-11-2024.*

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-15-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 220.00 **BP:** 139/85 mm Hg. **Puls e:** 83 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

Bobb, Adam Male

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL083539 Dated: 02-15-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.

- Last filled: Oxy on 1/11/24 (for his dental abscess).

- UDS: +Oxy on 2/5/24.

- Confirmation Consistent on 11/1/23. Reviewed 2/15/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea,

vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-15-2024.*

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-227-0187

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

**Pharmacy:** Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

**Patient:** Mr. Bobb, Adam

DOB:
Add:
Plan:

---

**Date:** 01-11-2024

**oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet**

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-11-2024.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 09-12-2024
**Referring Physician**: Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Current Medication.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days . Prescribe 30 Tablet. Refills 1 ****1 Tablet Every 8 Hours PRN Refills: 0
1 Capsule Three times a Day Refills: 1
1 Tablet Every Night Refills: 1
1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 73.00 Weight (lbs): 220.00 **BP:** 111/71 mm Hg. **Puls e:** 70 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple.

Bobb, Adam Male

Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Joints-Knee:** On examination, left knee appears to be normal.
***Left Knee: Left knee is non-tender to palpation. Medial joint line***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL101601 Dated: 09-12-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***9/12/24***

Patient returns to clinic for f/u c/o low back pain. Pain meds doing well. He has been diagnosed with diabetes.

***7/16/24***

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.

**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy 6/90 on 9/12/24.

- Last filled: Oxy on 8/15/24.

- UDS: +OXY on 9/12/24.

- Confirmation Consistent on 7/16/24. Reviewed 9/12/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 09-12-2024.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 07-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 114/75 mm Hg. **Puls e:** 73 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***