***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL096664 Dated: 07-16-2024 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

**Order No: SCL096678 Dated: 07-16-2024 Lab: Any Lab**

**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk desiccation and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk desiccation at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/16/24***

Patient returns to clinic for f/u c/o low back pain and the increase in the gabapentin has helped. He denies any new medication side effects.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is



EXHIBIT

C, part 2

stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medication.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 7/16/24.

- Last filled: Oxy on 6/15/24.

- UDS: +OXY on 7/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 7/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)

(S73.191A)

**Follow Up:** 2 Months

**Prescription**
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-16-2024.*

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 05-16-2024
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Three times a Day PRN Refills: 0
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported***. No history of fractures. No arthritis. ***Reports limitation of joint movement***.
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 230.00 **BP:** 123/84 mm Hg. **Puls e:** 78 per min. **Respiration:** 16 breaths per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right***

***lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain ***Palpable trigger points are noted in the muscles. Right gluteal and piriformis.***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL091650 Dated: 05-16-2024 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***5/16/24***

Patient returns to clinic for f/u c/o right buttocks pain and left knee pain. Neck pain is unchanged and he is stretching more. Pain medication is effective. Asking to increase the gabapentin.

***2/15/24***

Patient returns to clinic for f/u c/o neck pain, right hip pain, and tooth pain due to abscess. He denies any new medication side effects. The change to Oxy helped with his severe dental pain. He is unable to have the abscess addressed at this time as he is having cardiac issues and is needing valve repair.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will continue the Oxy 7.5/325 TID #90. Will increase Gabapentin to 600mg TID #90 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill Oxy 7.5/325mg TID #90.
Refill Tizanidine 4mg QHS #30.
Refill Gabapentin 600mg TID #90

- Pill Count: Oxy Out of medicaiton on 5/16/24.

- Last filled: Oxy on 4/15/24.

- UDS: Negative on 5/16/24.

- Confirmation Consistent on 11/1/23. Reviewed 5/16/24.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug Test Prsmv Dir Opt Obs (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**

oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
oxycodone-acetaminophen 7.5 mg-325 mg tablet 1 Tablet Every 8 Hours PRN for 30 Days , Prescribe 90 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
gabapentin 600 mg tablet 1 Capsule Three times a Day for 30 Days , Prescribe 90 Capsule, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 05-16-2024*

SARC
CardioVascular and Vein Center

# BOBB, Adam

**40 Y old Male, DOB:**
**Account Number: 56397**

**Home:**
**Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181**
**Appointment Facility: Woodson Clinic**

**05/06/2024** **Progress Notes: Matthew L Wood, APRN**

## Current Medications

**Taking**

- Protonix 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

## Past Medical History

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

## Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two

## Reason for Appointment

1. The patient has been complaining of chest discomfort, heartburn, and anxiety. The patient talked to his psychiatrist and the doctor does not want to change medication until her talk to Mathew Wood. The patient states that he has been experiencing a lot of anxiety and panic attacks. The patient states that he has been diagnosed with PSTD, major depressive disorder and severe anxiety and was wondering is not associated with chest pain. EKG - sinus rhythm.

## History of Present Illness

History of present illness:

The patient complains of left-sided/center chest pains. The patient describes chest pains as tightness/squeeze, which are associated with activity, shortness of breath and diaphoresis. The patient states that the pain occurs without radiation at rest and with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps, aching, burning, and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or fatigue.

## Vital Signs

HR: **69** /min, BP: **104/68** mm Hg, Wt: **222** lbs, BMI: **27.75** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 100.7 kg
BP 108/72 on the left.

## Examination

General Examination:

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x 3. PSYCH: Cooperative with exam, judgement and insight good.

## Assessments

years.
DES of PDA on 03/05/2024

### Family History

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

### Social History

The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

### Allergies

Sulfa Antibiotics
Penicillin

### Review of Systems

CONST - Negative for weight gain, weight loss or fever. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris - I25.118
4. Long term (current) use of antithrombotics/antiplatelets - Z79.02
5. Dizziness and giddiness - R42
6. Nicotine dependence, unspecified, uncomplicated - F17.200
7. Shortness of breath - R06.02
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

### Treatment

**1. Others**

Notes:
Start Protonix 40 mg p.o. q. d.
Refer to GI for EGD.
Schedule for ultrasound of gallbladder at CARTI, Pine Bluff.
The patient is to follow up with primary care physician for GAD treatment.
Keep currently scheduled follow up with ABI.
The patient is to stop smoking.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

---

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

---

**Progress Note: Matthew L Wood, APRN 05/06/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CARTI
MEDICAL IMAGING AND INTERVENTION

5001 Bobo Road • Pine Bluff, AR 71603
800.482.8561

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Bobb, Adam | Sex: | Male | DOB: | |
| Exam: | US ABDOMEN ULTRASOUND, LIMITED (76705) | | | Acc# | B38AE380B3F1 |
| DOS: | 05/30/2024 01:00 PM | | | MRN# | 1049804 |
| Ref. Phys: | MATTHEW WOOD | | | | |

PROCEDURE: GALLBLADDER ULTRASOUND

COMPARISON: None.

INDICATIONS: Abdominal pain

FINDINGS: Transverse images of the pancreas are normal. There is diffuse increase in liver echogenicity characteristic of hepatic steatosis. The liver measures 17.8 cm in craniocaudal extent. There are no focal liver lesions. Portal vein is patent. Common duct measures 3 mm. The gallbladder is normal. The spleen measures 12.3 cm in length. There is no free fluid.

IMPRESSION:
1. Diffuse hepatic steatosis.
2. No evidence of any acute abnormality within the upper abdomen.

Electronically Signed By:
**Theodore Hronas, M.D.** at 05/30/2024 13:25

MW 6/10/24

EW

Patient: BOBB, Adam DOB:

ID:
Name: BOBB, ADAM
Age: 40 yr
Gender: Male



05/06/2024 08:17:20AM
PR: 102/162 ms
QRS: 110 ms
QT/QTc: 394/428 ms
P/QRS/T axis: 48/88/47 deg
Heart rate: 71 bpm

sinus rhythm
vertical axis
Normal variant of ECG
Unconfirmed Report




25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz 50Hz Version 2.00.02

Document: 5.6.24 EKG_001

Printed: 10-17-2024 01:41:39

Patient: BOBB, Adam DOB:

## Lower Extremity Physiologic Study
## Multiple Level (Segmental Exam)

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 07/01/24 12:22:25

**Risk Factors**
- ☐ Tobacco Use
- ☐ Diabetes
- ☐ Heart Disease
- ☐ Previous CV Event
- ☐ Hypertension
- ☐ Hyperlipidemia
- ☐ Stroke/TIA
- ☐ Prev. Vascular Surgery

**Current Symptoms**
- ☐ Intermittent Claudication
- ☐ Numbness, Tingling in Feet
- ☐ Ulcerations
- ☐ Rest Pain
- ☐ Gangrene

Location
- ☐ Buttocks
- ☐ Thigh
- ☐ Calf
- ☐ Feet

**ABI Severity of Disease**
> 1.40 Non-compressible
1.00 - 1.40 Normal
0.91 - 0.99 Borderline
0.00 - 0.90 Abnormal
Index for Ankles Only

**Interpreting Physician:** Un-Assigned **Referring Physician:** Un-Assigned
**Comments:**

**RIGHT**

**Brachial** 114

PVR X1 07/01/24 12:14:00



**Thigh** 168 mmHg 1.47 Index

PVR X1 07/01/24 12:15:38



**Calf** 199 mmHg 1.74 Index

PVR X1 07/01/24 12:16:40



**PT** 158 mmHg 1.38 Index



**LEFT**

**Brachial** 114

PVR X1 07/01/24 12:18:13



**Thigh** 168 mmHg 1.47 Index

PVR X1 07/01/24 12:20:03



**Calf** 143 mmHg 1.25 Index

PVR X1 07/01/24 12:21:23



**PT** 167 mmHg 1.46 Index

**Interpretation:**

**CPT Code:** No CPT Code
**ICD-10 Code:** No ICD-10 Code

Document: 7.1.24 PVR

Printed: 10-17-2024 01:41:39

SARC
CardioVascular and Vein Center

# BOBB, Adam

**40 Y old Male, DOB:**
**Account Number: 56397**

**Home:**
**Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181**
**Appointment Facility: Woodson Clinic**

**07/01/2024** **Progress Notes: Matthew L Wood, APRN**

## Past Medical History

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

## Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two years.
DES of PDA on 03/05/2024

## Family History

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

## Social History

The patient is a smoker - half pack of cigarettes. The patient does not drink alcohol. The patient does not use recreational drugs.

## Allergies

Sulfa Antibiotics
Penicillin

## Review of Systems

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Positive for claudication. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

## Reason for Appointment

1. The patient is here for two-month follow-up. The patient has had gallbladder ultrasound on 05/30/2024 - diffuse hepatic steatosis - known history of. Dr. Samad - the patient stated he has not received a call or heard anything from them. ABI - right 1.38 and left 1.46. He had follow up with primary care physician for GAD - stopped Duloxetine and changed to Wellbutrin. He still has not had sleep study. His wife reports continued episodes of loud snoring, sometimes to the point of waking himself as well as apnea episodes.

## History of Present Illness

History of present illness:

The patient complains of shortness of breath with exertion and at rest - improved. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching and soreness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies chest pain, palpitations, or dizziness.

## Vital Signs

HR: **81** /min, BP: **114/74** mm Hg, Wt: **216** lbs, BMI: **27** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 97.98 kg
BP 112/72 on left.

## Examination

General Examination:

GENERAL APPEARANCE: Well developed, well nourished. HEAD: Normocephalic. EYES: Pupils equal, round, reactive to light and
accommodation. EARS: Normal. NOSE: Nares patent , no lesions. PERIPHERAL PULSES: Normal. EXTREMITIES: Full range of motion. MUSCULOSKELETAL: No obvious deformity. SKIN: No suspicious lesions visualized, warm and dry. ABDOMEN: Bowel sounds present x4, soft and nontender. LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored. NECK/THYROID: No carotid bruit, no jugular venous distention. HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4. ORAL CAVITY: Normal , mucosa moist. NEUROLOGIC: Alert and oriented x
3. PSYCH: Cooperative with exam, judgement and insight good.

## Assessments

1. Gastro-esophageal reflux disease with esophagitis, without bleeding - K21.00 (Primary)
2. Generalized anxiety disorder - F41.1
3. Essential (primary) hypertension - I10

4. Mixed hyperlipidemia - E78.2
5. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
6. Long term (current) use of antithrombotics/antiplatelets - Z79.02
7. Sleep apnea, unspecified - G47.30
8. Nicotine dependence, unspecified, uncomplicated - F17.200
9. Shortness of breath - R06.02
10. Other fatigue - R53.83
11. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219

**Treatment**

**1. Others**

Notes:

Continue medications as current.

The patient is to schedule sleep study with SMS as recommended.

Resend referral to Dr. Samad for EGD evaluation.

The patient is to return to clinic in three months.

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

**Woodson Clinic**
**3010 E WOODSON LATERAL RD**
**HENSLEY, AR 72065-9169**
**Tel: 501-399-4212**
**Fax: 501-504-7849**

**Progress Note: Matthew L Wood, APRN 07/01/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

SARC CardioVascular and Vein Center

**BOBB, Adam**
41 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00181
Appointment Facility: Woodson Clinic

**10/01/2024** **Progress Notes: Matthew L Wood, APRN**

**Electronically signed by Matthew Wood , NP on 10/17/2024 at 01:42 PM CDT**

**Sign off status: Pending**

Woodson Clinic
3010 E WOODSON LATERAL RD
HENSLEY, AR 72065-9169
Tel: 501-399-4212
Fax: 501-504-7849

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/27/2024

**LAB VISIT**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:27 AM CST **Check Out:** 08:38 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/27/2024

## Subjective:

**Chief Complaints:**

1. LAB only, no provider seen, MMashburn,RN.

**Medical History:**

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking metFORMIN HCl 500 MG Tablet 1 tablet Orally twice daily , Taking Glucose Test Strips test once daily , stop date 07/06/2025, Taking Glucose Lancing device test once daily , stop date 10/09/2024, Taking Glucose Meter test glucose once daily , stop date 10/09/2024, Taking Lancets Micro Thin 33G(Lancets) - Miscellaneous as directed , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. Hyperglycemia - R73.9 (Primary)

## Plan:

**Treatment:**

**1. Hyperglycemia**

LAB: -Glucose (Collection Date & Time - 09/27/2024 08:37 AM) High

| | Value | Reference Range |
|---|---|---|
| Glucose, Whole Blood | 150 | 65 - 99 mg/dL |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID

and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE.

**Procedure Codes:** 82947 ASSAY, GLUCOSE, BLOOD QUANT, Modifiers: QW

## Billing Information:

**Visit Code:**
**Procedure Codes:**
82947 ASSAY, GLUCOSE, BLOOD QUANT. Modifiers: QW

## Care Plan Details

**Electronically signed by Anthony Rodriguez , APRN on 10/01/2024 at 01:08 PM CDT**
**Sign off status: Completed**

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/09/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 09:16 AM CST **Check Out:** 10:57 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/09/2024

## Subjective:

**Chief Complaints:**

1. Per anthony. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. UTD: HIV, Wellness, Lipid, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today after receiving a critical value of an elevated glucose with no previous diagnosis of diabetes. Patient reports that his mother has diabetes. He has never taken medications for in the past for diabetes.

Patient has peripheral arterial disease and has been followed by Matt Wood, APRN who collaborates with Dr. Mahmood. Patient reports that he cannot stay on his feet very long without being in pain. This enables him to have a job. He reports that has been denied claims for disability. He is inquiring about letters to send to the disability lawyer so he can file for disability again.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Lower Back Pain, Myalgias, Arthralgias, Falls/Trauma/Injury. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED mmashburn,rn 09/09/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/09/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/09/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/09/2024 09:52:42 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/09/2024 09:52:49 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/09/2024 09:52:51 AM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 09/09/2024 09:52:53 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/09/2024 09:52:56 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/09/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/09/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/09/2024 09:53:14 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/09/2024 09:53:16 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/09/2024 09:53:19 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/09/2024 09:53:21 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/09/2024 09:53:23 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/09/2024 09:53:25 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/09/2024 09:53:28 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Metoprolol Succinate ER 25 MG Tablet Extended Release 24 Hour 1 tablet Orally Once a day , Taking Aspirin 81(Aspirin) 81 MG Tablet Chewable 1 tablet Orally Once a day , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day , Taking Clopidogrel Bisulfate 75 MG Tablet 1 tablet Orally Once a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day , Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet 1 tablet Orally as needed , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet 1 tablet in

the morning Orally Once a day , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **218.6** lbs, Ht: 75 in, BMI: **27.32** Index, BP: **124/80** mm Hg, HR: 86 /min, RR: 20, Temp: 96.9, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin - E11.65 (Primary)
2. Elevated glucose - R73.09
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Screening for depression - Z13.31
5. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin**

Start metFORMIN HCl Tablet, 500 MG, 1 tablet, Orally, twice daily, 30 days, 60, Refills 2 ; Start Glucose Test Strips, test once daily, 100 days, 100 Each, Refills 2 ; Start Glucose Lancing device, test once daily, 30 days, 1, Refills 0 ; Start Glucose Meter, test glucose once daily, 30 days, 1, Refills 0 ; Start Lancets Micro Thin 33G Miscellaneous, -, as directed, 100 days, 100, Refills 2 .

Notes: 1. Start Metformin and keep a fasting glucose log. Return with the log in two weeks. Likely we will have to increase that Metformin and start an additional med.
2. educated on diabetic diet
3. encouraged to exercise.

**2. Elevated glucose**

LAB: -Hemoglobin A1C (Collection Date & Time - 09/09/2024 09:46 AM) HbA1c 9 or higher

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 11.1 | 4.8 - 6.9 % |

1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic.

**3. Nicotine dependence, cigarettes, uncomplicated**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/09/2024

**Procedure Codes:** 83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW , 3046F HEMOGLOBIN A1C LEVEL > 9.0%

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 2 Weeks

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
83036 GLYCATED HEMOGLOBIN A1C. Modifiers: QW
3046F HEMOGLOBIN A1C LEVEL > 9.0%.

## Care Plan Details

**Electronically signed by Anthony Rodriguez , APRN on 09/10/2024 at 10:36 AM CDT**
**Sign off status: Completed**

**Provider: Anthony Rodriguez, APRN** **Date: 09/09/2024**
**Generated for Printing/Faxing/eTransmitting on: 10/15/2024 11:12 AM CDT**

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 41 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 08:13 AM CST **Check Out:** 08:52 AM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/06/2024

## Subjective:

**Chief Complaints:**

1. yearly check up , and talk about personal issues- patient c/o left knee pain/left ankle pain x 6 months. Describes as intermittent and aching. Denies injuries, swelling, redness, warmth, or bruising. Occasionally he hears a "popping" noise when he is ambulating. MMashburn,RN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: Wellness, lipid, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 41-year-old male who presents today for yearly checkup. He reports he is having chronic left knee pain without any acute injuries. The pain comes and goes as then and is aching in nature. He reports crepitus with certain movements but denies any laxity. He is due for routine labs today. Patient reports that he has had multiple disability claims rejected in the past. He reports the inability to work due to chronic pain while standing for extended periods. He has a history of PAD and has been followed by cardiology. He has no other complaints at this visit.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Diarrhea, Nausea, Vomiting. MUSCULOSKELETAL +, , **POSITIVE FOR left knee and ankle pain**. NEURO -, NEGATIVE FOR, Headaches, Tremor, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 09/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. PRAPARE: yes Date Completed/Updated: 09/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 2- More than half the days, Not being able to stop or control worrying? 1- Several days, Worrying too much about different things? 1- Several days, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 6, Intepretation: 5-9: Mild Established w/ Scott Allison Johnson, LCSW, Completed: 09/06/2024. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 09/06/2024 08:13:49 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 09/06/2024 08:13:55 AM CDT > , Yes:. Smoking: yes, Mashburn, Madison 09/06/2024 08:13:58 AM CDT > , , YES. Recreational drug use: yes, Mashburn, Madison 09/06/2024 08:14:01 AM CDT > , Denies. Alcohol: yes, Mashburn, Madison 09/06/2024 08:14:05 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 09/06/2024 08:14:17 AM CDT > , Occasionally. Exercise: yes, Mashburn, Madison 09/06/2024 08:14:19 AM CDT > , walking. Travel outside US: yes, Mashburn, Madison 09/06/2024 08:14:22 AM CDT > , No. Sexually active: yes, Mashburn, Madison 09/06/2024 08:14:24 AM CDT > , Yes. Herbal & OTC medications: yes, Mashburn, Madison 09/06/2024 08:14:26 AM CDT > , , PRN. Advance Directive: yes, Mashburn, Madison 09/06/2024 08:14:29 AM CDT > , No. Diabetic testing: yes, Mashburn, Madison 09/06/2024 08:14:31 AM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking Gabapentin 300 MG Capsule T1C PO TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking buPROPion HCl ER (XL) 150 MG Tablet Extended Release 24 Hour 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally twice daily , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **213.6** lbs, Ht: 75 in, BMI: **26.7** Index, BP: **124/82** mm Hg, HR: 86 /min, RR: 20, Temp: 97.5, SaO2: 97.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, , cooperative, Alert and Oriented x 4.
HEART: RSR, no murmurs, PMI normal, normal S1S2.
LUNGS: Clear To Auscultation Bilateral.
ABDOMEN: soft, NT/ND, BS present.
NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact.
EXTREMITIES: crepitus noted to left knee with passive ROM, no deformity noted, no effusion present..

## Assessment:

**Assessment:**

1. Acute pain of left knee - M25.562 (Primary)
2. Encounter for wellness examination in adult - Z00.00
3. Nicotine dependence, cigarettes, uncomplicated - F17.210
4. Neuropathy of both feet - G57.93
5. Essential hypertension - I10
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Foreign body finger - S60.459A
8. Alcohol dependence, in remission - F10.21
9. Peripheral vascular disease, unspecified - I73.9
10. Screening for depression - Z13.31
11. Nutritional counseling - Z71.3

## Plan:

**Treatment:**

**1. Acute pain of left knee**

Imaging: -X-ray : Knee, left (2 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:03:39 AM CDT > Rodriguez, Anthony 09/09/2024 09:33:36 AM CDT > Pt notified in clinic.

Notes: 1. pending labs.
Referral To:Physical Therapy Bradley County Physical Therapist
Reason:PT

**2. Encounter for wellness examination in adult**

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Cholesterol, Total | 122 | | 100-199 - mg/dL |
| Triglycerides | 362 | H | 0-149 - mg/dL |
| HDL Cholesterol | 28 | L | >39 - mg/dL |
| LDL/HDL Ratio | 1.4 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 54 | H | 5-40 - mg/dL |

BOBB, ADAM DOB: (41 yo M) Acc No. 126774 DOS: 09/06/2024

| | | |
|---|---|---|
| LDL Cholesterol Calc | 40 | 0-99 - mg/dL |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take omega 3 fatty acid otc, elevated triglycerieds. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions.

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 09/06/2024 08:37 AM) High

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 9.2 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **539** | > | **70-99 - mg/dL** |
| BUN | 12 | | 6-24 - mg/dL |
| Protein, Total, Serum | 6.7 | | 6.0-8.5 - g/dL |
| Albumin, Serum | 4.5 | | 4.1-5.1 - g/dL |
| Bilirubin, Total | 0.7 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 118 | | 44-121 - IU/L |
| AST (SGOT) | 19 | | 0-40 - IU/L |
| Potassium, Serum | 4.0 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 135 | | 134-144 - mmol/L |
| Chloride, Serum | 98 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.86 | | 0.76-1.27 - mg/dL |
| ALT (SGPT) | 34 | | 0-44 - IU/L |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| BUN/Creatinine Ratio | 14 | | 9-20 - |
| Globulin, Total | 2.2 | | 1.5-4.5 - g/dL |
| eGFR | 112 | | >59 - mL/min/1.73 |

Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today.

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 09/06/2024 08:48 AM) Normal

| | Value | Reference Range |
|---|---|---|
| WBC | 8.2 | 4.1 - 10.9 K/uL |
| RBC | 5.15 | 4.20 - 6.30 M/uL |
| Hemoglobin | 15.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 46.2 | 37.0 - 51.0 % |
| MCV | 89.7 | 80.0 - 97.0 fL |
| MCH | 30.7 | 26.0 - 32.0 pg |
| MCHC | 34.2 | 31.0 - 36.0 g/dL |
| Platelets | 180 | 140 - 440 K/uL |
| Lymphs | 25.1 | 10.0 - 58.5 % |
| Monocytes | 7.1 | 0.1 - 24.0 % |
| Neutrophils | 67.8 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.6 | 0.0 - 1.8 |

| | | |
|---|---|---|
| Neutrophils (Absolute) | 5.5 | 2.0 - 7.8 |
| RDW | 11.9 | 11.5 - 14.5 % |

Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified.

Notes: 1. pending labs.

**3. Nicotine dependence, cigarettes, uncomplicated**
Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**4. Neuropathy of both feet**
Refill Gabapentin Capsule, 300 MG, T1C PO TID PRN FOR FEET PAIN, 30 days, 90 Capsule, Refills 5
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**5. Essential hypertension**
Refill hydroCHLOROthiazide Capsule, 12.5 MG, 1 capsule in the morning, Orally, Once a day, 90 days, 90 Capsule, Refills 1 ; Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 90 days, 180 Tablet, Refills 1 ; Refill cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, as needed, 30 days, 30, Refills 5 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**6. MDD (major depressive disorder), recurrent episode, moderate**
Refill buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 90 days, 180, Refills 1 ; Refill PARoxetine HCl Tablet, 40 MG, 1 tablet in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 1 ; Refill traZODone HCl Tablet, 100 MG, TAKE 1-2 TABLETS PO HS, 30 days, 60 Tablet, Refills 2 .
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**7. Foreign body finger**
Imaging: -X-ray : Fingers, right (3 view) (Performed Date - 09/06/2024) Normal
Martin, Callie 09/06/2024 08:48:06 AM CDT > . Martin, Callie 09/09/2024 08:02:42 AM CDT > Rodriguez, Anthony 09/09/2024 09:34:03 AM CDT > Pt notified in clinic.

Notes: 1. xrays pending

**8. Peripheral vascular disease, unspecified**
Notes: 1. Patient reports compliance with medicine regimen and therapeutic benefits.
2. Continue plan of care.

**Procedure Codes:** 3079F DIAST BP 80-89 MM HG, 99406 BEHAV CHNG SMOKING 3-10 MIN, 3074F SYST BP LT 130 MM HG, 85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW , 36415 VENIPUNCT, ROUTINE*, 73140 X-RAY EXAM OF FINGER(S), Modifiers: TC , 73560 X-RAY EXAM OF KNEE, 1 OR 2, Modifiers: TC

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 3 Months

**Billing Information:**

BOBB, ADAM **DOB:** (41 yo M) **Acc No.** 126774 **DOS:** 09/06/2024

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
3079F DIAST BP 80-89 MM HG.
99406 BEHAV CHNG SMOKING 3-10 MIN.
3074F SYST BP LT 130 MM HG.
85025 COMPLETE CBC W/AUTO DIFF WBC. Modifiers: QW
36415 VENIPUNCT, ROUTINE*.
73140 X-RAY EXAM OF FINGER(S). Modifiers: TC
73560 X-RAY EXAM OF KNEE, 1 OR 2. Modifiers: TC

## Care Plan Details

**Electronically signed by Anthony Rodriguez , APRN on 09/25/2024 at 02:55 PM CDT**
**Sign off status: Completed**

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 05/06/2024

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:** 8437
**Pcp:** Kerry Pennington
**Check In:** 02:27 PM CST **Check Out:** 03:21 PM CST

**Provider:** Anthony Rodriguez, APRN
**Date:** 05/06/2024

## Subjective:

**Chief Complaints:**

1. Med refills DMartin LPN. 2. Drug Room- Pine Bluff, MMashburn,RN. 3. DUE: lipid, wellness, MMashburn,RN. 4. UTD: HIV, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

General:

Patient is a 40-year-old male who presents today to discuss changing his anxiety medications. Patient had a history of chronic back pain so at one time we started him on Cymbalta. Patient reports that he has been taking Paxil and Cymbalta with no relief of his anxiety. Patient has a history of CAD in which she had to have a stent. He has a chronic everyday smoker and wants to quit. His cardiologist called me to discuss medication options to treat his anxiety as well as cravings for cigarette use. We feel that his heart health would improve dramatically if he quit smoking. Patient is willing to try. We discussed multiple ways to treat this nicotine dependence such as nicotine gum use, Wellbutrin, cold turkey, and Chantix. We decided to try the Wellbutrin and nicotine gum in which she will get over-the-counter.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness,Body aches. HEENT NEGATIVE FOR, **NEGATIVE FOR**, , NASAL CONGESTION, SORE THROAT, DYSPHAGIA, Runny Nose, sinus pain. RESPIRATORY NEGATIVE FOR, **NEGATIVE FOR**, Cough, Wheezing, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Swelling Legs, Swelling Legs, Diaphoresis, JVD. GI/GU NEGATIVE FOR, NEGATIVE FOR, Abdominal pain, Constipation, Diarrhea, , Nausea, Vomiting. MUSCULOSKELETAL -, NEGATIVE FOR, Falls/Trauma/Injury, Myalgias, Lower Back Pain, Arthralgias. NEURO -, NEGATIVE FOR, Tremor, Headaches, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia,Changes in Weight, Hot/Cold Intolerance, Excessive Daytime Sleepiness.

**Medical History:** Hypertension, Anger issue, Arthritis.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled. 1 son(s) , 1 daughter(s) . .

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED mmashburn,rn 05/06/2024.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 05/06/2024, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 05/06/2024. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Mashburn, Madison 05/06/2024 01:50:10 PM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Mashburn, Madison 05/06/2024 01:50:19 PM CDT > , Yes:. Smoking: yes, Mashburn, Madison 05/06/2024 01:50:21 PM CDT > , YES. Recreational drug use: yes, Mashburn, Madison 05/06/2024 01:50:24 PM CDT > , Denies. Alcohol: yes, Mashburn, Madison 05/06/2024 01:50:26 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 05/06/2024, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 05/06/2024. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Mashburn, Madison 05/06/2024 01:50:40 PM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 05/06/2024 02:05:41 PM CDT > , walking. Travel outside US: yes, Martin, Daleshia 05/06/2024 02:05:44 PM CDT > , No. Sexually active: yes, Martin, Daleshia 05/06/2024 02:05:47 PM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 05/06/2024 02:05:51 PM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 05/06/2024 02:05:54 PM CDT > , , No. Diabetic testing: yes, Martin, Daleshia 05/06/2024 02:05:57 PM CDT > , Not diabetic. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current smoker. GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS , Taking Gabapentin 300 MG Capsule T1C PO

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 05/06/2024

TID PRN FOR FEET PAIN , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking Carvedilol 3.125 MG Tablet T1T PO BID WITH FOOD , Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS , Taking PARoxetine HCl 40 MG Tablet T1T PO Q AM , Unknown tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:**

Wt: **225** lbs, Ht: 75 in, BMI: **28.12** Index, BP: **96/60** mm Hg, HR: 93 /min, RR: 20, Temp: 97.7, SaO2: 96.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. EXTREMITIES: normal ROM.

## Assessment:

**Assessment:**

1. GAD (generalized anxiety disorder) - F41.1 (Primary)
2. Nicotine dependence with current use - F17.200
3. Encounter for wellness examination in adult - Z00.00
4. Encounter for screening for cardiovascular disorders - Z13.6

## Plan:

**Treatment:**

**1. GAD (generalized anxiety disorder)**

Start buPROPion HCl ER (XL) Tablet Extended Release 24 Hour, 150 MG, 1 tablet in the morning, Orally, Once a day, 30 days, 30, Refills 5 ; Stop PARoxetine HCl Tablet, 40 MG, T1T PO Q AM ; Stop DULoxetine HCl Capsule Delayed Release Particles, 60 MG, TAKE 1 CAPSULE ORALLY TWICE A DAY 30 DAYS ; Start DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, twice daily, 30 days, 60, Refills 5 .

Notes: 1. Stop Paxil
2. Start Welbutrin
3. Increase Cymbalta

**2. Nicotine dependence with current use**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.
5. We will start Wellbutrin and I encouraged patient to try Nicotine gum to help quitting.

**3. Encounter for wellness examination in adult**

LAB: Annual Labs (CMP, CBC, TSH) (Ordered for 05/06/2024)
Gilliam, Abbie 05/06/2024 04:31:08 PM CDT > pt did not come to lab

**4. Encounter for screening for cardiovascular disorders**

LAB: Lipid Panel With LDL/HDL Ratio * (Ordered for 05/06/2024)
Gilliam, Abbie 05/06/2024 04:30:54 PM CDT > pt did not come to lab

**Procedure Codes:** 99406 BEHAV CHNG SMOKING 3-10 MIN

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 05/06/2024

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 4 Weeks

## Images:

## Billing Information:

**Visit Code:**
99213 Office Visit, Est Pt., Level 3.
**Procedure Codes:**
99406 BEHAV CHNG SMOKING 3-10 MIN.

## Care Plan Details

**Electronically signed by Anthony Rodriguez , APRN on 05/07/2024 at 02:25 PM CDT**
**Sign off status: Completed**

BOBB, ADAM, 41 Y, M,

# CUMULATIVE REPORTS

## -Glucose

| | |
|---|---|
| Collection Date<br>Collection Time | [illegible] |
| Order Date | 09/27/2024 |
| Result Date | 09/27/2024 |
| Ordering Physician | Anthony Rodriguez |
| Glucose, Whole Blood | 150<br>65 - 99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/27/2024 | 09/27/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/27/2024 08:37:50 AM CDT > Rodriguez, Anthony 09/27/2024 09:11:56 AM CDT > How many units is he taking? He needs to increase by 2 units and take over the weekend and return one day next week for another fasting. Mashburn, Madison 09/27/2024 11:25:43 AM CDT > Patient is not taking insulin. Per Anthony: Increase Metformin to 1000mg BID and recheck fasting glucose one day next week. Attempted to contact patient to notify of this. No answer. RX sent to pharmacy- SEE TE. |

## -Hemoglobin A1C

| | |
|---|---|
| Collection Date<br>Collection Time | [illegible] |
| Order Date | 09/09/2024 |
| Result Date | 09/09/2024 |
| Ordering Physician | Anthony Rodriguez |
| Hemoglobin A1c | 11.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/09/2024 | 09/09/2024 | 1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 09/09/2024 09:46:55 AM CDT > Rodriguez, Anthony 09/09/2024 11:24:36 AM CDT > Pt notified in clinic. |

## -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | [illegible] |
| Order Date | 09/06/2024 |
| Result Date | 09/06/2024 |
| Ordering Physician | Anthony Rodriguez |
| WBC | 8.2<br>4.1 - 10.9 K/uL |
| RBC | 5.15<br>4.20 - 6.30 M/uL |
| Hemoglobin | 15.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 46.2<br>37.0 - 51.0 % |

### -CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | [illegible]<br>[illegible] |
| MCV | 89.7<br>80.0 - 97.0 fL |
| MCH | 30.7<br>26.0 - 32.0 pg |
| MCHC | 34.2<br>31.0 - 36.0 g/dL |
| Platelets | 180<br>140 - 440 K/uL |
| Lymphs | 25.1<br>10.0 - 58.5 % |
| Monocytes | 7.1<br>0.1 - 24.0 % |
| Neutrophils | 67.8<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 2.1<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.6<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 5.5<br>2.0 - 7.8 |
| RDW | 11.9<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Gilliam, Abbie 09/06/2024 08:48:41 AM CDT > 1012 East Church St., Warren Rodriguez, Anthony 09/08/2024 09:28:22 PM CDT > Mashburn, Madison 09/09/2024 03:53:26 PM CDT > Patient notified. |

### Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | [illegible]<br>[illegible] |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Cholesterol, Total | 122<br>100-199 mg/dL |
| Triglycerides | 362H<br>0-149 mg/dL |
| HDL Cholesterol | 28L<br>>39 mg/dL |
| LDL/HDL Ratio | 1.4<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 54H<br>5-40 mg/dL |
| LDL Cholesterol Calc | 40<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:14 PM CDT >Take |

| Collection Date | Order Date | Notes |
|---|---|---|
| | | omega 3 fatty acid otc, elevated triglyceried. Mashburn, Madison 09/17/2024 09:30:42 AM CDT > Patients wife notified and voiced good understanding of instructions. |

**Comp. Metabolic Panel (14) ***

| | |
|---|---|
| Collection Date<br>Collection Time | [illegible]<br>[illegible] |
| Order Date | 09/06/2024 |
| Result Date | 09/07/2024 |
| Ordering Physician | Rodriguez, A |
| Calcium, Serum | 9.2<br>8.7-10.2 mg/dL |
| Glucose, Serum | 539><br>70-99 mg/dL |
| BUN | 12<br>6-24 mg/dL |
| Protein, Total, Serum | 6.7<br>6.0-8.5 g/dL |
| Albumin, Serum | 4.5<br>4.1-5.1 g/dL |
| Bilirubin, Total | 0.7<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 118<br>44-121 IU/L |
| AST (SGOT) | 19<br>0-40 IU/L |
| Potassium, Serum | 4.0<br>3.5-5.2 mmol/L |
| Sodium, Serum | 135<br>134-144 mmol/L |
| Chloride, Serum | 98<br>96-106 mmol/L |
| Creatinine, Serum | 0.86<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 34<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 14<br>9-20 |
| Globulin, Total | 2.2<br>1.5-4.5 g/dL |
| eGFR | 112<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 09/06/2024 | 09/06/2024 | Martin, Callie 09/06/2024 08:38:06 AM CDT > . Rodriguez, Anthony 09/08/2024 09:27:30 PM CDT > ON call physician has called patient and notified, told to come in this week for further evaluation and initiation of treatment. Mashburn, Madison 09/09/2024 03:53:39 PM CDT > Lab results were discussed w/ patient in clinic today. |

BOBB, ADAM,

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013977 |
| Exam Date/Time: | Sep 6, 2024 8:56:40 AM CDT | Order Date Time: | Sep 6, 2024 9:02:46 AM CDT |
| Study Received Time: | Sep 6, 2024 8:59:57 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Knee 1/2 views LEFT | | |
| **Clinical History:** | pain in left knee for about 6 months, no trauma or accidents occurred, pt stated that he tends to favor his left leg and thinks the pain is from the way he walks (Hx) | | |

**FINAL REPORT**

2 views left knee

Comparison: None

Findings:

No fractures or dislocations No joint effusion
No significant arthritic change
No radiopaque foreign body

Impression:

Normal left knee. No signs of skeletal trauma.

Electronically signed on Sep 6, 2024 12:54:29 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

**Mainline Health Systems, Dermott, AR 71638**

REAL RADIOLOGY

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | ACCNO013979 |
| Exam Date/Time: | Sep 6, 2024 8:50:40 AM CDT | Order Date Time: | Sep 6, 2024 9:01:23 AM CDT |
| Study Received Time: | Sep 6, 2024 8:55:27 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Finger(s) RIGHT | | |
| **Clinical History:** | smashed 3rd digit 2 years ago, has a spot on proximal end, medial side of nail that won't go away, says he can barely bump it and it will pour blood, wants to make sure there isn't any metal in it (Hx) | | |

**FINAL REPORT**

3 views right third digit

Comparison: None

Findings:
No fractures or dislocations. No significant arthritic change.
No radiopaque foreign body.

Impression:
Soft tissue swelling, no acute skeletal abnormality.

Electronically signed on Sep 6, 2024 12:32:35 PM CDT (ET) by:
Jonathan Reed, MD
Diplomate of the American Board of Radiology

Jonathan Reed

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

From: 10/14/2024 13:41 #205 P.001/002

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

Date: October 14, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

Attn: Lakesha Spears, Claims Examiner II – Social Security

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Policyholder: Trinity Village, Inc
Policy Number: 0001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

October 14, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: Lakesha Spears, Claims Examiner II – Social Security

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Spears,

I received your email dated 10/9/2024, requested an update on the status of the claimant's Social Security Disability claim. My office received an unfavorable hearing decision which we appealed to the Appeals Council, as the decision failed to consider all of his impairments.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

MV
MARCUS VADEN
LAW

# FAX

608 South German Lane, Suite 102 • Conway, AR 72034

---

| | |
|---|---|
| Date: | October 14, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Brianna Kane, LTD Claims Specialist |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000102013750000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

October 14, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: Brianna Kane, LTD Claims Specialist

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Kane,

I received your email dated 10/8/2024 regarding the need for updated medical information to determine continuing benefits. My office has requested updated records from the following clinics: Southern Arkansas Cardiology, Arkansas Cardiology, Mainline Health. We will send you the records when we receive them.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

| | |
|---|---|
| Date: | October 14, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Lakesha Spears, Claims Examiner II – Social Security |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000102013750000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

October 14, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: Lakesha Spears, Claims Examiner II – Social Security

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Spears,

I received your email dated 10/9/2024, requested an update on the status of the claimant's Social Security Disability claim. My office received an unfavorable hearing decision which we appealed to the Appeals Council, as the decision failed to consider all of his impairments.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278
www.marcusvadenlaw.com

TX Result Report

P 1
10/14/2024 13:42
Serial No. AA2J011020699
TC: 66168

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 18778433950 | 10-14 13:37 | 00:00:22 | 000/002 | T-09 | |
| 18778433950 | 10-14 13:41 | 00:00:56 | 002/002 | OK | |

Note TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

MV
MARCUS VADEN
LAW

# FAX

500 South German Lane, Suite 102 • Conway, AR 72034

Date: October 14, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

Attn: Lakesha Spears, Claims Examiner II – Social Security

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Policyholder: Trinity Village, Inc
Policy Number: 0001020137500000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

| | |
|---|---|
| Date: | October 14, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Brianna Kane, LTD Claims Specialist |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000102013750000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

October 14, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: Brianna Kane, LTD Claims Specialist

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Kane,

I received your email dated 10/8/2024 regarding the need for updated medical information to determine continuing benefits. My office has requested updated records from the following clinics: Southern Arkansas Cardiology, Arkansas Cardiology, Mainline Health. We will send you the records when we receive them.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

TX Result Report

P 1
10/14/2024 13:32
Serial No. AA2J011020699
TC: 66165

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 18778433950 | 10-14 13:31 | 00:00:57 | 002/002 | OK | |

Note TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-Code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

| | |
|---|---|
| Date: | October 14, 2024 |
| To: | The Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| Attn: | Brianna Kane, LTD Claims Specialist |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| Re: | | |
|---|---|---|
| | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

CONFIDENTIALITY STATEMENT

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

Date: Wed Oct 09 08:55:18 CDT 2024
From: Lakesha Spears <Lakesha.Spears@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1063494931.3.1728482118759@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lakesha Spears**
**Claims Examiner II, Social Security**
The Lincoln National Life Insurance Company
Dacula, Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 2111
Email: Lakesha.Spears@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 9, 2024

600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear : Adam c/o Marcus Vaden Law

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by November 8, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha S
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

Date: Tue Oct 08 15:20:19 CDT 2024
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1408290972.3.1728418819730@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 8, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

This letter is in reference to your client's claim for Long Term Disability benefits.

As part of our ongoing review, we need to request additional information to determine your client's eligibility for continued benefits. Please complete and return the following form(s):

- Medical records from all treating providers for the dates of 06/01/2024 to present to include Southern Arkansas Cardiology and Arkansas Spine and Pain
- Authorization for Release of Information—to assist you by requesting Mr. Bobb's medical records (if you prefer us to request them)

You have the following options to return any forms or medical information related to your claim:

**Email:** DisabilityClaims@lfg.com

**Fax:** (877) 843-3950

**Online Disability Claims Portal:** If you haven't already checked out our secure portal, you'll want to do so. Here you can access information and upload documents to support the processing of your claim. You can visit www.LincolnFinancial.com to register.

**Mail To:**

Lincoln Financial Group
PO Box 2609
Omaha, NE 68103-2609

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

This information must be returned to our office no later than 11/07/2024 to avoid interruption of your client's Long Term Disability benefits.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna K
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: General Authorization

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Name of Insured: ______________________________________________
   (Last) (First) (Middle)

   Date of Birth: ______________________ Social Security Number: ______________________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ______________________________________ **DATE** ______________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ______________________________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______________________

**ADDRESS:** ______________________________________________
(Street)

______________________________________________
(City) (State) (Zip Code)

**PHONE NO:** ______________________________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: Thu Aug 22 14:25:20 CDT 2024
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1176254217.3.1724354720648@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 22, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We are writing in reference to your client's claim for Long Term Disability.

At this time I am trying to confirm if Adam has had his follow-up appointment with cardiology as it was previously noted to be taking place in July. If Adam has had the appointment, can you please forward me copies of the office visit notes for further review. If he has not had the appointment yet, please advise when the appointment is to take place.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

MV
MARCUS VADEN
LAW

# FAX

688 South German Lane, Suite 102 • Conway, AR 72034

Date: August 19, 2024

To: Lincoln National Life Insurance Company

Fax number: (877) 843-3950

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

| | | |
|---|---|---|
| Re: | Claimant Name: | Adam Bobb |
| | Claim Number: | 1220024325 |
| | Policy Number: | 0001020137500000 |
| | Policyholder: | Trinity Village, Inc |

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV

MARCUS VADEN
LAW

August 19, 2024

*Via Facsimile: (877) 843-3950*

Claims Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

ATTN: LaKesha Spears, Claims Examiner II, Social Security

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Ms. Spears,

You recently requested status of Mr. Bobb's SSDI claim. His hearing was held 5/21/2024 and we are still awaiting a decision.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

Date: Thu Aug 08 14:30:17 CDT 2024
From: Lakesha Spears <Lakesha.Spears@lfg.com>
To:
E-communication from Lincoln Financial Group
Message-ID: <1176254217.3.1723145417435@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lakesha Spears**
**Claims Examiner II, Social Security**
Dacula, Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 2111
Email: Lakesha.Spears@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 8, 2024

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Adam:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by September 9, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha Spears
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Date: Thu Aug 08 14:30:29 CDT 2024
From: Lakesha Spears <Lakesha.Spears@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <559276514.8.1723145429871@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lakesha Spears**
**Claims Examiner II, Social Security**
Dacula, Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 2111
Email: Lakesha.Spears@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 8, 2024

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Adam:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by September 9, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha Spears
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

**NOTICE OF REPRESENTATION**

**AND**

**DIRECTIVE FOR PAYMENT OF BENEFITS**

Please be advised that Marcus Vaden Law will represent me in my claim for disability benefits. You may contact the firm directly and release all pertinent documents to the Firm.

All prior authorizations for direct deposit of disability benefits are revoked.

All future payments for benefits are to be made payable to Marcus Vaden Law and sent to:

Marcus Vaden Law
P.O. Box 203
Conway, AR 72033

You are hereby notified under ACA § 16-22-304 of the law firm's attorney lien in this matter.

This "Directive for Payment of Benefits" may only be revoked in a written document signed by the Client named below and by Marcus Vaden or one of his authorized agents.

[signature]
Signed

_5-12-24____________________
Date

Adam Bobb_________________
Printed Name

_ __________________
Date of Birth

Dropbox Sign

Audit trail

| | |
|---|---|
| Title | Marcus Vaden Law has sent you a document to review and sign... |
| File name | NOTICE OF REPRESENTATION.docx |
| Document ID | 9ca97bd663dc5fe13c761c46cd650ebcc420f434 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested on app.practicepanther.com and signed on app.practicepanther.com**

## Document History

| | | |
|---|---|---|
| SENT | **05 / 17 / 2024** 19:29:23 UTC | Sent for signature to Bobb, Adam Kell (cabellabobb@gmail.com) from cabellabobb@gmail.com IP: 24.144.36.111 |
| VIEWED | **05 / 17 / 2024** 19:41:00 UTC | Viewed by Bobb, Adam Kell (cabellabobb@gmail.com) IP: 174.202.192.24 |
| SIGNED | **05 / 17 / 2024** 19:54:58 UTC | Signed by Bobb, Adam Kell (cabellabobb@gmail.com) IP: 174.202.192.103 |
| COMPLETED | **05 / 17 / 2024** 19:54:58 UTC | The document has been completed. |

Powered by Dropbox Sign

Date: Mon May 20 13:30:21 CDT 2024
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1953251612.3.1716229821157.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 20, 2024

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Marcus:

We are writing to you regarding your client's claim for Long Term Disability benefits.

As you will recall in our letter dated 05/13/2024, we advised you our office reached a favorable determination regarding your client's appeal for Long Term Disability benefits. Adam's file has been referred to me for additional handling of his claim.

We have reinstated your client's benefits and released a benefit payment covering the period of disability from 12/15/2023 to 05/15/2024. This check has been sent to the above address under separate cover.

As a reminder to you, your client's benefit will equal $1,400.00, minus other sources of income. Long Term Disability benefits are usually paid once per month, so you can expect to receive your client's benefits on or around day 15 of each month.

Please refer to Adam's original approval letter dated 06/16/2022 for further information regarding the administration of your client's benefits. A copy is enclosed for your review.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
800-423-2765 X 7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

REF #13646286

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 15, 2022

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

This letter is to advise your claim for Long Term Disability benefits has been approved.

The policy does have a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 12/15/2021. Your first benefit payment will be issued on 06/15/2022 and will cover the period of disability from 12/15/2021 to 03/15/2022.

Subsequent payments will be issued on or around day 15 of each month. Disability benefits will be payable as long as you continue to meet the terms of the policy.

(If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim. Please complete the enclosed Disability Payment Options form.

**YOUR BENEFIT AMOUNT**

Based on the information provided to our office, we have calculated your basic monthly earnings as $2,801.07. Your benefit will equal 60% of your basic monthly earnings in any $100.00 increment, subject to a minimum of $400.00 and maximum of $5,000.00 per month, minus other sources of income. Your monthly benefit will equal $1,400.00. Please see the "Other Sources of Income" portion of this letter for further explanation. The policy under which you are covered also contains a minimum monthly benefit of $50.00 per month.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #13646286

## OTHER SOURCES OF INCOME

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

## HOW LONG YOUR CLAIM MAY BE PAID

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined in the policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by the policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

## PARTIAL DISABILITY and VOCATIONAL REHABILITATION

The policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

The policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

REF #13646286

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. Please complete the enclosed Rehabilitation Survey.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. You also can sign up for direct deposit on our website, www.LincolnFinancial.com.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Enclosure(s): REHAB SURVEY
Disability Payment Options Form

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Date: Mon May 13 16:15:16 CDT 2024
From: Amber Cronican <Amber.Cronican@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1902216702.3.1715634916418.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1800 423 2765 *66735
Fax: 402 361 1460
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 13, 2024

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

Thank you for the opportunity to review your client's Long Term Disability claim once again in its entirety. We have reviewed all of the information submitted, and after further analysis of your client's claim, we have decided that disability benefits are appropriate at this time.

Your client's claim file has been returned to a Long Term Disability Benefit Specialist for further handling to include the verification and release of your client's benefit payment. Your client's Benefit Specialist will advise you if any additional or further information is necessary. Please allow them a few business days to review the appeal decision and rationale prior to reaching out to your office.

Please note that this policy does offset for "Other Income Benefits". Other Sources of Income include, but are not limited to: Social Security, Worker's Compensation, State Disability Income, Pension or Retirement Income and Part-time earnings.

If your client is currently receiving any other income sources, you are required to notify our office immediately and send us copies of your client's award letters. Please note your client's benefit payment could be delayed if this information is not forwarded to our office.

Please understand that our company's obligation to continue to make benefit payments is contingent upon satisfaction of the terms of the policy. This is not a guarantee of unlimited benefits. We will periodically require updated medical documentation, which must support an ongoing disability for your client to continue to receive these benefits.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

We are happy to make a favorable determination concerning your client's Long Term Disability claim. Thank you for your cooperation and assistance in providing us with the information that was necessary for us to make this decision.

Please contact me directly at the number below with any questions you may have or email us at Claims@LFG.com.

Sincerely,

Amber Cronican
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

MV

MARCUS VADEN

LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: May 3, 2024

To: The Lincoln National Life Insurance Company

Fax number: (877) 843-3950

ATTN: Lakesha Spears

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

| Re: | | |
|---|---|---|
| | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV

MARCUS VADEN
LAW

May 3, 2024

*Via Facsimile: (877) 843-3950*

The Lincoln National Life Insurance Company
Service Office
8801 Indian Hills Drive
Omaha NE 68114-4066

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Lakesha Spears,

This is a response to your letter dated 4/17/2024, requesting current status of Mr. Bobb's application for SSDI benefits and a copy of his most recent denial. My office already submitted—as an attachment with our 11/7/2023 LTD appeal—a copy of the 10/16/2023 confirmation letter from SSA that they had received his Request for Hearing (appeal).

As the Mr. Bobb has not yet had his SSDI hearing, the denial prior to that appeal is his most recent decision. I have attached a copy, per your request.

Sincerely,

[signature]

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
**Important Information**

Date: 07/14/2023
Claim Number: 7529798

ADAM KEL BOBB III

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination was proper under the law. Attached is an explanation of the decision we made in your claim and how we arrived at it.

**The Decision**

See the enclosed Explanation.

This decision refers only to your SSDI benefits. You will get a separate letter about your Supplemental Security Income (SSI) payments.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review the parts of the decision that you think are wrong and correct any mistakes. The ALJ may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for a hearing.
- The 60 days start the day you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501, available at https://www.ssa.gov/forms/online. Or, you can complete your appeal online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling it out.
- In addition, you should complete form SSA-3441 "Disability Report – Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.
- Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case". It contains more information about the hearing.

**How The Hearing Process Works**

After we send your case for a hearing, an Administrative Law Judge (ALJ) will mail you a letter at least 75 days before the hearing to tell you its date, time, and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your *my* Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (866) 563-9693.

PINE BLUFF AR
SOCIAL SECURITY
3511 MARKET STREET
PINE BLUFF AR 71601 - 4778

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

***Social Security Administration***

CC: Marcus L. Vaden; MARCUS VADEN P A

Enclosure(s):
Explanation
SSA Pub. No. 70-10281 (Your Right To An Administrative Law Judge Hearing And Appeals Council Review Of Your Social Security Case)

**Explanation**

We used the following medical and non-medical reports to decide your claim in addition to those listed on our previous notice:
BAPTIST HEALTH CLINIC-WARREN received on 06/23/2023
MAINLINE HEALTH received on 06/20/2023

You said you were unable to work as of 06/09/2021 because of osteoarthritis of the right hip, a labral tear in the right hip, essential hypertension, chronic pain, spondylosis with myelopathy, degenerative disc disease, anxiety, major depressive disorder, and post-traumatic stress disorder

.

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.

MV
MARCUS VADEN
LAW

May 3, 2024

*Via Facsimile: (877) 843-3950*

The Lincoln National Life Insurance Company
Service Office
8801 Indian Hills Drive
Omaha NE 68114-4066

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Lakesha Spears,

This is a response to your letter dated 4/17/2024, requesting current status of Mr. Bobb's application for SSDI benefits and a copy of his most recent denial. My office already submitted—as an attachment with our 11/7/2023 LTD appeal—a copy of the 10/16/2023 confirmation letter from SSA that they had received his Request for Hearing (appeal).

As the Mr. Bobb has not yet had his SSDI hearing, the denial prior to that appeal is his most recent decision. I have attached a copy, per your request.

Sincerely,

[signature]

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
**Important Information**

Date: 07/14/2023
Claim Number: 7529798

ADAM KEL BOBB III

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination was proper under the law. Attached is an explanation of the decision we made in your claim and how we arrived at it.

**The Decision**

See the enclosed Explanation.

This decision refers only to your SSDI benefits. You will get a separate letter about your Supplemental Security Income (SSI) payments.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review the parts of the decision that you think are wrong and correct any mistakes. The ALJ may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for a hearing.
- The 60 days start the day you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501, available at https://www.ssa.gov/forms/online. Or, you can complete your appeal online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling it out.
- In addition, you should complete form SSA-3441 "Disability Report – Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.
- Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case". It contains more information about the hearing.

**How The Hearing Process Works**

After we send your case for a hearing, an Administrative Law Judge (ALJ) will mail you a letter at least 75 days before the hearing to tell you its date, time, and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your *my* Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (866) 563-9693.

PINE BLUFF AR
SOCIAL SECURITY
3511 MARKET STREET
PINE BLUFF AR 71601 - 4778

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

***Social Security Administration***

CC: Marcus L. Vaden; MARCUS VADEN P A

Enclosure(s):
Explanation
SSA Pub. No. 70-10281 (Your Right To An Administrative Law Judge Hearing And Appeals Council Review Of Your Social Security Case)

**Explanation**

We used the following medical and non-medical reports to decide your claim in addition to those listed on our previous notice:
BAPTIST HEALTH CLINIC-WARREN received on 06/23/2023
MAINLINE HEALTH received on 06/20/2023

You said you were unable to work as of 06/09/2021 because of osteoarthritis of the right hip, a labral tear in the right hip, essential hypertension, chronic pain, spondylosis with myelopathy, degenerative disc disease, anxiety, major depressive disorder, and post-traumatic stress disorder

.

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.

From: 05/01/2024 09:37 #927 P.001/021

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

| | |
|---|---|
| Date: | April 30, 2024 |
| To: | The Lincoln National Life Insurance Company, Claims Shared Services |
| Fax number: | (402) 361-1460 |
| ATTN: | Amber Cronican, Specialist LTD Claims |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000010201375000000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Total Pages (including this cover sheet) 21 pages**

- **Response to 4/10/2024 Letter: 4 pages**
- **Records from South Arkansas Cardiology 16 pages**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV

MARCUS VADEN
LAW

April 30, 2024

*Via Facsimile: (402) 361-1460*

Amber Cronican, Specialist LTD Claims
Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Amber Cronican,

This is a response to your letter dated 4/10/2024, directing us to send any additional documentation or comments via fax to (402) 361-1460 within 21 days.

As I have previously stated, the original denial letter dated 5/12/2023 made a decision over seven (7) months into the future which prevented consideration of updated treatment records regarding Mr. Bobb's ongoing conditions. The prematurity of this decision resulted in deadlines occurring before the date he supposedly would no longer meet the definition of disability, which was 12/15/2023.

As you are aware, Lincoln Financial previously found Mr. Bobb unable to perform his own occupation due to right hip pain (later determined to be a labral tear), tendonitis, and bursitis; he was prescribed hydrocodone and tizanidine to manage the worsening pain. Although this may have been Mr. Bobb's primary source of impairment in 2021 and 2022, the claimant began manifesting other symptoms in 2023 which continued to worsen in the seven (7) months after his benefits were preemptively terminated.

Specifically, Mr. Bobb's physical and mental limitations from his cardiovascular conditions were not considered, nor has any cardiologist reviewed his file. The Transferable Skills Analysis performed by Angelle Nash, the 3/8/2024 and 4/2/2024 medical reviews performed by pain management specialist Dr. Annie Layno-Moses, and the 3/8/2024 medical review by performed by psychiatrist Dr. Farhad Amani all fail to account for any of his cardiovascular symptoms of

lower extremity pain/swelling that is worse at rest or after ambulation, chest pain and shortness of breath with exertion, fatigue with minimal exertion, and decreased stress tolerance. Later diagnostic testing has substantiated these complaints, as he was found to have severe venous insufficiency in multiple veins of both legs, a congenitally anomalous LAD (left anterior descending artery) in his heart, obstructed blood flow in his RCA (right coronary artery) requiring catheterization and stenting, and a leaky tricuspid heart valve.

Mr. Bobb reported pain radiating down his right leg to his PCP Kerry Pennington, MD on 8/25/2022. On 8/3/2023, he saw Anthony Rodriguez, APRN at the same clinic for circulation issues in his legs/feet. He returned to clinic on 9/5/2023 to follow-up on low back pain that radiates to legs, burning/stinging pain in his feet that keeps him up at night, and varicose veins in his lower legs. Records from the appointment show that "presents to the clinic today with a cc of having bilateral leg pain that is worsened with ambulation." On exam, he was found to have "decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet." He was referred to Matt Wood, APRN and Sadeem Mahmood, MD at South Arkansas Cardiology.

At his initial cardiology appointment with Dr. Mahmood on 9/28/2023, Mr. Bobb reported chest pain, shortness of breath, and fatigue with minimal exertion. He also complained of bilateral lower extremity pain/edema, right worse than left, which occurs at rest, at night, upon standing, and after ambulation. On exam, he was found to have 1-2+ edema of the bilateral lower extremities – toes with sluggish capillary refill and faint pedal pulses +1.

Diagnostic Venous Mapping on 10/24/2023 found severe insufficiency of right superficial femoral vein, severe insufficiency of the right great saphenous vein above the knee, severe insufficiency of the right great saphenous below the knee, severe insufficiency in left superficial femoral vein, severe insufficiency in left great saphenous above the knee, and severe insufficiency in left great saphenous below the knee. Bilateral compression therapy and possible EVL/RFA/Foam of above vessels recommended.

Carotid Doppler performed the same day found atherosclerotic plaque in the right ICA (internal carotid artery) and the left ICA (internal carotid artery), with atherosclerotic plaque and calcification in the Right CCA (common carotid artery). Examination of the right and left common carotid arterial systems revealed mild intimal thickening in bulbs and proximal internal carotid arteries. Mr. Bobb also had an echocardiogram performed 10/24/2023 as well which found trace tricuspid regurgitation.

Mr. Bobb returned to the cardiology clinic on 11/9/2023 to discuss these test results with Dr. Mahmood. He again complained of shortness of breath with exertion, fatigue associated with minimal exertion, and bilateral lower extremity pain/edema that usually occurs at rest and at night. He was noted to venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months at which point Dr. Mahmood recommended proceeding with EVL/RFA/foam of bilateral GSVs AK/BK, right leg first.

Operative reports reflect that Mr. Bobb underwent Varithena Foam Ablation of the Right Great Saphenous Vein above the knee on 12/13/2023, Varithena Foam Ablation of the Left Great Saphenous Vein above the knee on 12/20/2023, Varithena Foam Ablation of the Left Great Saphenous Vein below the knee on 12/27/2023, and Varithena Foam Ablation of the Right Great Saphenous Vein below the knee on 1/3/2024. All of these operative reports direct Mr. Bobb to keep his leg elevated while sitting.

The claimant returned to South Arkansas Cardiology on 1/10/2024 for a follow-up with Dr. Mahmood. Mr. Bobb reported that his leg was feeling better since treatment. However, he still had continuing complaints of chest pain, described as heaviness which are associated with shortness of breath with exertion and fatigue with minimal exertion. Dr. Mahmood scheduled him for a exercise Cardiolite stress test to be performed on 1/30/2024. The Nuclear Stress Report reflects that this test was stopped because of shortness of breath and pain in his legs. The test also revealed moderate to severe anterior defects, severe apical defects, and moderate septal defects. Further evaluation was recommended.

At Mr. Bobb's follow-up appointment with Dr. Mahmood on 2/6/2024, he reported the lower extremity pain/edema had returned with new swelling in his hands. "The patient complains of generalized chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and dizziness. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching in lower extremities, which usually occur at rest. The patient states that his hands are starting to swell...The patient had an abnormal stress test, which suggest ischemia Recommend LHC for further evaluation....The patient complains of ongoing claudication despite medical management, The patient is unable to engage in usual lifestyle activities. The patient can not tolerate exercise due to lower extremity pain for more than 12 weeks. Cholesterol well controlled for over six months. The patient denies tobacco use for over six months. There are no equally limiting comorbidities contributing to present illness. Recommend bilateral lower extremity arterial Doppler for further evaluation."

Lower Extremity Arterial Doppler performed 2/14/2024 found mild plaque formation on the Right CFA (common femoral artery), Right SFA (superficial femoral artery), Right Popliteal artery, and Left CFA (common femoral artery). A Left heart cath selective coronary angiogram was then performed on 3/5/2024 to assess his coronary artery disease (CAD) and angina, which found:

> "Of note, there are significant numbers of conus branches connecting to the proximal part of the left anterior descending artery, which is **congenitally 100% not connected** to the left main coronary artery and arises from that segment...The proximal part of the PDA just after the crux has got an eccentric hazy 70% atherosclerotic lesion and this PDA lesion is of extreme **significance** because not only it is **obstructing the flow to the whole PDA** which is giving lot of septal perforators to the LAD as well as it is **obstructing flow**

> **to the apical segment of the LAD,** which is connected with collateral from PDA distal edge to the LAD apical edge like a wraparound vessel and also of course it is **obstructing the flow of the PDA itself**...There is a congenital absence of the left anterior descending artery from the left main... This IVUS showed there were some atherosclerotic areas, but the area of concern in the proximal PDA had high-grade concentric atherosclerotic lesion with a plaque burden of 74.4% stenosis and luminal area of 3.6 mm2 only suggesting a **very hemodynamically significant lesion.** Due to the patient's anatomy and anomaly which is probably related to his congenital anomaly, this proximal PDA lesion was **hemodynamically very significant and almost covering more than 65-70% of the myocardial territory**, hence it needed to be intervened on."

After successful stenting, Dr. Mahmood placed Mr. Bobb on dual antiplatelet therapy for six months followed by aspirin for lifetime. Guideline medical therapy for coronary artery disease and risk factor modification and standardized status post stent care was also planned.

Mr. Bobb returned to South Arkansas Cardiology on 4/9/2024 for a follow-up appointment. Active symptoms at this visit were shortness of breath with exertion and at rest, fatigue associated with minimal exertion, dizziness upon standing described as pre-syncope, and bilateral lower extremity pain/edema (left worse than right) which usually occurs at rest, at night, upon standing and after ambulation. He also reported left knee and ankle swelling.

The range and severity of these symptoms in the several months leading up to the change in definition of disability which occurred on 12/15/2023 would result in a functional capacity much more limited than described in the medical reviews you purchased. I have attached records from South Arkansas Cardiology dated 1/30/2024 to 4/9/2024, which contain objective diagnostic findings that substantiate the claimant's previously reported symptoms.

Failing to consider these records in your assessment would only confirm that you intentionally made the decision to terminate benefits over half a year into the future to avoid considering the full scope of Mr. Bobb's worsening impairments. It should also be noted that due to the claimant's current use of blood thinners, surgery for his hip is no longer an option and the pain continues to worsen.

Sincerely,

Marcus Vaden

MV/ms

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024

**Patient:** BOBB, Adam
**Account Number:** 56397
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Sadeem Mahmood, M.D.
**Date:** 02/06/2024

## Subjective:

**Chief Complaints:**

1. The patient is here today for one-month follow-up. The patient has had stress test on 01/30/2024 - sinus rhythm, in response to stress, the ECG showed non-diagnostic ST changes, moderate to severe anterior with severe apical and moderate septal defects, reversibility of above defects, viable myocardium - recommend further evaluation. Sleep study - the patient states that he refused due to financial because his insurance would not pay for it. I asked him would he like to do it at JRMC and he stated that he is worried that he would be able to sleep. VIDS is scheduled for 04/10/2024..

**HPI:**

History of present illness:

The patient complains of generalized chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and dizziness. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching in lower extremities, which usually occur at rest. The patient states that his hands are starting to swell. The patient denies palpitation or dizziness. The patient had an abnormal stress test, which suggest ischemia. Recommend LHC for further evaluation. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with the procedure. The patient complains of ongoing claudication despite medical management. The patient is unable to engage in usual lifestyle activities. The patient can not tolerate exercise due to lower extremity pain for more than 12 weeks. Cholesterol well controlled for over six months. The patient denies tobacco use for over six months. There are no equally limiting comorbidities contributing to present illness. Recommend bilateral lower extremity arterial Doppler for further evaluation. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with procedure.

**ROS:**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for claudication and edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Medical History:** PDA, Labral tear right hip, Hypertension, Arthritis, High cholesterol, Varicose veins.

**Surgical History:** Arteries did not form all the way so they had to stent/close it up at the age of two years. .

**Family History:**

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History:**

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab; sober x2 weeks. The patient does not use recreational drugs.

**Medications:** Taking Multivitamin - Tablet 1 tablet Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking Lidocaine , Notes to Pharmacist: Patch qhs, Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking Methocarbamol , Notes to Pharmacist: 1500 mg tid, Taking Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl , Notes to Pharmacist: 200 mg qhs, Taking Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed , Taking Calcium Carbonate Antacid ,

**BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024**

Notes to Pharmacist: 2000 mg q. 4 hours prn, Taking diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally , Taking EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection , Taking Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn, Taking Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day , Taking Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours, Taking Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn, Taking Gabapentin 600 MG Tablet 1 tablet Orally Three times a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day

**Allergies:** Sulfa Antibiotics,

## Objective:

**Vitals:** HR: **83** /min, BP: **121/78** mm Hg, Wt: **220** lbs, BMI: **27.5** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 99.79 kg
BP 112/74 on the left.

**Examination:**

General Examination:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
NOSE: nares patent , no lesions.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
PERIPHERAL PULSES: normal.
EXTREMITIES: full range of motion.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
ORAL CAVITY: normal , mucosa moist.
NEUROLOGIC: alert and oriented x 3.

## Assessment:

**Assessment:**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Chest pain, unspecified - R07.9
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Varicose veins of unspecified lower extremity with inflammation - I83.10
9. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
10. Alcohol abuse, uncomplicated - F10.10
11. Alcoholic polyneuropathy - G62.1

## Plan:

**Treatment:**

**1. Others**

Notes:
Schedule for bilateral lower extremity arterial Doppler - If abnormal will add AFRO to cath.
Schedule and PA LHC plus minus PCI via right CFA access. Risks, benefit, and alternatives have been explained in detail including the risk of stroke and death. Patient and accompanying persons verbalizes understanding and wishes to proceed with procedure.
Check fasting PAT labs with lipids.
The patient is to return to clinic post above for post-op.

**Provider: Sadeem Mahmood, M.D.** **Date: 02/06/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024

**Images:**

**Provider: Sadaem Mahmood, M.D.** **Date: 02/06/2024**

3/3

BOBB, Adam **DOB:** (40 yo M) **Acc No.** 56397 **DOS:** 04/09/2024

**Progress Note**

**Patient:** BOBB, Adam
**Account Number:** 56397
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Sadeem Mahmood, M.D.
**Date:** 04/09/2024

## Subjective:

**Chief Complaints:**

1. The patient is here for two-month follow-up. The patient is status post LHC plus minus PCI on 03/05/2024 - high-grade lesion of the proximal PDA which was involving not only RCA, but congenitally anomalous LAD, which was coming off the perforators of the PDA with successful stenting. The patient is going to be placed on dual anti-platelet therapy for six months followed by aspirin for lifetime. We wil do guideline medical therapy for CAD and risk factor modification and standardized status post will be provided. Labs were drawn on 02/29/2024 - glucose fasting 292 (high), creatinine 0.79 (low), HDL 35 (low), urinalysis 3+ glucose, and K+, BUN, cholesterol, Trig, LDL, Mg, TFTs, CBC, PT and APTT are within normal limits. JRMC SMS - the patient states that they have been calling him, but he have not set an appointment yet. The patient has had arterial Doppler on 02/14/2024 - right CFA, SFA, popliteal and left CFA mild plaque, no significant flow-limiting lesion.,

**HPI:**

History of present illness:

The patient complains of shortness of breath with exertion and at rest - little due to sinus infection. The patient complains of fatigue associated with minimal exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient states that left lower extremity is worse than the right lower extremity. The patient describes discomfort as burning and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient states left knee and ankles swelling. The patient denies chest pain or palpitations.

**ROS:**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Negative for claudication or edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Medical History:** PDA, Labral tear right hip, Hypertension, Arthritis, High cholesterol, Varicose veins.

**Surgical History:** Arteries did not form all the way so they had to stent/close it up at the age of two years, , DES of PDA on 03/05/2024 .

**Family History:**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History:**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Medications:** Taking Multivitamin - Tablet 1 tablet Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking Lidocaine , Notes to Pharmacist: Patch qhs, Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking Methocarbamol , Notes to Pharmacist: 1500 mg tid, Taking traZODone HCl , Notes to Pharmacist: 200 mg qhs, Taking Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed , Taking Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn, Taking diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally , Taking EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection , Taking Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn, Taking Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day , Taking Milk of Magnesia , Notes to

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

Pharmacist: 30 mL q. 12 hours, Taking Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn, Taking Gabapentin 600 MG Tablet 1 tablet Orally Three times a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

**Allergies:** Sulfa Antibiotics.

## Objective:

**Vitals:** HR: **82** /min, BP: **135/81** mm Hg, Wt: **226** lbs, BMI: **28.24** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 102.51 kg
BP 136/79 on the left.

**Examination:**
General Examination:
GENERAL APPEARANCE: Well developed, well nourished.
HEAD: Normocephalic.
EYES: Pupils equal, round, reactive to light and accommodation.
EARS: Normal.
NOSE: Nares patent , no lesions.
LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: Bowel sounds present x4, soft and nontender.
PERIPHERAL PULSES: Normal.
EXTREMITIES: Full range of motion.
NECK/THYROID: No carotid bruit, no jugular venous distention.
SKIN: No suspicious lesions visualized, warm and dry.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
ORAL CAVITY: Normal , mucosa moist.
MUSCULOSKELETAL: No obvious deformity.
NEUROLOGIC: Alert and oriented x 3.
PSYCH: Cooperative with exam, judgement and insight good.

## Assessment:

**Assessment:**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Polyneuropathy, unspecified - G62.9

## Plan:

**Treatment:**
**1. Others**
Notes:
Continue medications as current.
The patient is to return to clinic in three months with EKG and ABI.

## Images:

**Provider: Sadeem Mahmood, M.D.** **Date: 04/09/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

**Provider: Sadeem Mahmood, M.D.** **Date: 04/09/2024**

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-9726**

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 56397
Age: 40

Date: Jan. 30, 2024, 9:53 a.m.
Sex: M

## NUCLEAR STRESS REPORT

### Findings

Protocol: Utilizing the standard Bruce protocol the patient was exercised for minutes, seconds, achieving a maximum heart rate of , which is % of predicted maximal heart rate. There was physiologic heart rate and blood pressure response to exercise

Heart Rate / Blood Pressure: Max Heart Rate: 158 % of Max Predicted Heart Rate: 85 Rest Heart Rate: 72 Rest BP: 126/81 Max BP: 153/90 Mets Achieved: 24,174

Reason for Stopping: The test was stopped because of shortness of breath, legs hurt.

Resting ECG: Sinus rhythm.

Stress ECG: In response to stress, the ECG showed non-diagnostic ST changes (see exercise report for details).

Rest Global: Overall left ventricular systolic function is mildly impaired with, an EF between 45 - 50 %.

Rest regional 16 segment: Rest: Moderate to severe anterior with severe apical and moderate septal defects

Stress Regional: Stress: Reversibility of above defects

Stress concl.: Viable myocardium.

Recommendations: Recommend further evaluation.

### Conclusions

1. Resting ECG: Sinus rhythm.
2. Stress ECG: In response to stress, the ECG showed non-diagnostic ST changes (see exercise report for details).
3. Rest regional 16 segment: Rest: Moderate to severe anterior with severe apical and moderate septal defects
4. Stress Regional: Stress: Reversibility of above defects
5. Stress concl.: Viable myocardium.
6. Recommendations: Recommend further evaluation.

Signed by **Matt wood** on **Feb. 6, 2024, 10:15 a.m.**.

SARC MediQ
https://www.sarcmediq.com

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-9726**

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20240214-112722-6358
Age: 40

Date: Feb. 14, 2024, 11:27 a.m.
Sex: M

## LOWER EXTREMITY ARTERIAL DOPPLER

**Right Side**

CFA Rt Prox PS: 82.2 cm/s
SFA Rt Prox PS: 84.3 cm/s
SFA Rt Mid PS: 72.7 cm/s
SFA Rt Dist PS: 47.4 cm/s
Pop A Rt Dist PS: 54.5 cm/s
P.Tib A Rt Prox PS: 54.0 cm/s
P.Tib A Rt Dist PS: 47.9 cm/s
A.Tib A Rt Prox PS: 37.3 cm/s
A.Tib A Rt Dist PS: 36.3 cm/s

**Left Side**

CFA Lt Prox PS: 85.3 cm/s
SFA Lt Prox PS: 93.9 cm/s
SFA Lt Mid PS: 89.3 cm/s
SFA Lt Dist PS: 80.2 cm/s
Pop A Lt Dist PS: 47.4 cm/s
P.Tib A Lt Prox PS: 38.3 cm/s
P.Tib A Lt Dist PS: 46.4 cm/s
A.Tib A Lt Prox PS: 34.8 cm/s

**Findings**

Right CFA: Right CFA has triphasic waveform. Right CFA has mild plaque formation.

Right SFA: Right SFA has triphasic waveform. Right SFA has mild plaque formation.

Right POP: Right Popliteal has triphasic waveform. Right Popliteal artery has mild plaque formation.

Right PTA: Right PTA has triphasic waveform.

Right ATA: Right ATA has triphasic waveform.

Right DPA: Right DPA has triphasic waveform.

Left CFA: Left CFA has triphasic waveform. Left CFA has mild plaque formation.

Left SFA: Left SFA has triphasic waveform.

Left Popliteal: Left Popliteal artery has triphasic waveform.

Left PTA: Left PTA has triphasic waveform.

Left ATA: Left ATA has triphasic waveform.

Left DPA: Left DPA has triphasic waveform.

SARC MediQ
https://www.sarcmediq.com

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-8726**

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20240214-112722-6358
Age: 40

Date: Feb. 14, 2024, 11:27 a.m.
Sex: M

Assessment: No significant flow limiting lesion is identified on this ultrasound.

## Conclusions

1. Right CFA: Right CFA has mild plaque formation.
2. Right SFA: Right SFA has mild plaque formation.
3. Right POP: Right Popliteal artery has mild plaque formation.
4. Left CFA: Left CFA has mild plaque formation.
5. Assessment: No significant flow limiting lesion is identified on this ultrasound.

Signed by **Sadeem Mahmood** on **Feb. 14, 2024, 3:50 p.m.**.

SARC MediQ
https://www.sarcmediq.com

SARC
SURGICAL AMBULATORY REGIONAL CENTERS
Pine Bluff
by HSH

Sadeem Mahmood
M.D., F.A.C.C.

Patient Name: Bobb, Adam
MR#: 36597
Date of Birth:
Age: 40
Date of Procedure: 03/05/2024

Procedure performed by Sadeem Mahmood, M.D., F.A.C.C.

Location: SARC BY HSH, ASC Pine Bluff, LLC

Pre Operative Diagnosis: CAD, angina.

Post Operative Diagnosis: CAD, angina.

Procedure:

1. Left heart cath selective coronary angiogram through right radial artery approach.
2. Primary vessel intravascular ultrasound RCA and PDA.
3. Primary vessel drug-eluting stent PDA.

Indication: The patient is a 40-year-old white male, who has had past medical history significant for angina, abnormal stress test with anterior wall ischemia and apical ischemia. The patient was therefore referred for above-mentioned study. The patient has congenital heart disease history of patent ductus arteriosus, which was corrected when he was two weeks old.

Conscious Sedation: The patient's conscious sedation monitoring and level of consciousness was performed for 60 minutes. Please review medications given in Cath Core notes.

Procedure in Detail: After appropriate aseptic precautions and performing the Allen's test, the right wrist was prepped in sterile fashion. Lidocaine 1% was used locally to provide anesthesia in the right wrist. After this, a short micropuncture INC needle was used to access the right radial artery. A 0.14 access wire was used to cross into the right radial artery. Over this, a 6 French right radial sheath was placed in the right radial. Then, a radial cocktail consisting of verapamil 2.5 mg, 400 mcg of nitroglycerin, and 1500 units of heparin was mixed in syringe and given through the right radial sheath. Then, over an exchange length J wire, a hockey stick 6 French guide catheter was passed crossing the right radial into the right brachial and then passing through right axillary down the right subclavian and crossing the right innominate. The arch of aorta was access with J wire. The J wire was then passed into the ascending root of the aorta. The catheter was then passed over the J wire. This catheter was introduced into the left ventricular cavity. Left ventricular hemodynamics were obtained. Then in RAO projection, injection of 8 x 16 was performed to obtain the left ventriculogram. Then a pullback was performed to measure the gradient across the aortic valve. Then this catheter was used to engage the right coronary artery. Injection of the RCA was taken in LAO, RAO and LAO cranial projections. The catheter was then docked into the left main coronary artery. Injections were taken in LAO cranial, AP cranial, RAO cranial, RAO caudal, AP caudal and LAO caudal projections. The catheter was then

SARC SURGICAL AMBULATORY REGIONAL CENTERS Pine Bluff by HSH

Sadeem Mahmood MD, FACC

removed over J wire. Sheaths were removed. Once his procedure was complete, a transradial band was applied.

Coronary Artery Findings:

Hemodynamic Data: LV systolic pressure was 138 mm/Hg. LV end-diastolic pressure was 14 mm/Hg. Aortic pressure was 138/67 mm/Hg.

Left Ventriculogram: Left ventriculogram shows normal LV systolic function, normal wall motion, LVEF is 60%.

Right Coronary Artery: RCA is a very large dominant vessel, which gives off a very large PDA.

Of note, there are significant numbers of conus branches connecting to the proximal part of the left anterior descending artery, which is congenitally 100% not connected to the left main coronary artery and arises from that segment. It gives off a large diagonal and then rest of the LAD is a large vessel, which wraps around the apex. There are multiple significant septal perforators coming off the whole posterior descending artery feeding the left anterior descending as well as apical part of the PDA is connecting with large collateral to the apical part of the LAD. The proximal part of the PDA just after the crux has got an eccentric hazy 70% atherosclerotic lesion and this PDA lesion is of extreme significance because not only it is obstructing the flow to the whole PDA which is giving lot of septal perforators to the LAD as well as it is obstructing flow to the apical segment of the LAD, which is connected with collateral from PDA distal edge to the LAD apical edge like a wraparound vessel and also of course it is obstructing the flow of the PDA itself.

Left Main Coronary Artery: Left main coronary artery continues as a left circumflex artery only. There is a congenital absence of the left anterior descending artery from the left main.

Left Circumflex Artery: The left circumflex gives off a small OM1 and a large second OM. Left main and left circumflex branches are normal.

Intravascular Ultrasound: A hockey stick guide catheter was used to engage the right coronary artery. This was a 6-French catheter. The patient was given a total of 10,000 units of IV heparin and then an ASAHI Prowater wire 0.014 x 180 was used to cross through the RCA down the PDA vessel. Then over which, I came down with a Volcano Eagle Eye IVUS catheter and performed intravascular ultrasound of the RCA and PDA. This IVUS showed there were some atherosclerotic areas, but the area of concern in the proximal PDA had high-grade concentric atherosclerotic lesion with a plaque burden of 74.4% stenosis and luminal area of 3.6 mm2 only suggesting a very hemodynamically significant lesion. Due to the patient's anatomy and anomaly which is probably related to his congenital anomaly, this proximal PDA lesion was hemodynamically very significant and almost covering more than 65-70% of the myocardial territory, hence it needed to be intervened on.

Interventional Procedure: A Volcano Eagle Eye IVUS catheter was removed and over the same wire I came down with 2.75 x 15 mm Orsiro Biotronik drug-eluting stent deploying at the site of the lesion at 11 ATM for 15 seconds. Then I pulled the stent balloon slightly back and postdilated at 13 ATM for 15

SARC
SURGICAL AMBULATORY REGIONAL CENTERS
Pine Bluff
by HSH

Sadeem Mahmood
M.D., F.A.C.C.

seconds. After removal of stent balloon and wire, final injection showed 0% residual, TIMI 3 flow and significant plumping of the LAD and diagonal vessels and all the collaterals and perforator branches. The patient tolerated the procedure well.

Impression/Plan: High-grade lesion of the proximal PDA, which was involving not only RCA, but congenitally anomalous LAD, which was coming off the perforators of the PDA with successful stenting. The patient is going to be placed on dual antiplatelet therapy for six months followed by aspirin for lifetime. We will also do guideline medical therapy for coronary artery disease and risk factor modification and standardized status post stent care will be provided.

Sadeem Mahmood, M.D.
Cardiac and Peripheral Vascular Interventionist
Nuclear cardiologist
Diplomate, American Board of Cardiovascular Disease
Diplomate, American Board of Internal Medicine
Diplomate, Certification Board of Nuclear Cardiology

Reviewed and Electronically Signed
Sadeem Mahmood, M.D.
SM: ism/kn

From: 05/01/2024 09:48 #927 P.018/021

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959<br>REQUISITION: SACAR001605<br>COLLECTED: 02/29/2024 10:07<br>RECEIVED: 02/29/2024 23:10<br>REPORTED: 03/01/2024 06:29<br>AMENDED:<br>REPRINTED: 04/09/2024 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING: Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>**CLIENT INFORMATION**<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br><br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | | | |
| Sodium | 137 | | | 135-146 | mEq/L | MEM |
| Potassium | 4.0 | | | 3.5-5.4 | mEq/L | |
| Chloride | 99 | | | 95-107 | mEq/L | |
| Carbon Dioxide | 23 | | | 19-31 | mEq/L | |
| Anion Gap | 15 | | | 7-23 | mEq/L | |
| **Glucose Fasting** | | **292** | **H** | **70-99** | **mg/dL** | |
| Urea Nitrogen (BUN) | 8 | | | 6-20 | mg/dL | |
| **Creatinine** | | **0.79** | **L** | **0.80-1.40** | **mg/dL** | |
| 2021 CKD-EPI eGFR-cr | 115 | | | >59 | mL/min /1.73m^2 | |
| BUN/Creatinine Ratio | 10 | | | | ratio | |
| Calcium Total | 9.8 | | | 8.5-10.5 | mg/dL | |
| Protein Total | 7.0 | | | 6.1-8.3 | g/dL | MEM |
| Albumin | 4.7 | | | 3.5-5.2 | g/dL | |
| Globulin | 2.3 | | | 1.7-4.3 | g/dL | |
| A/G Ratio | 2.0 | | | 0.9-2.8 | ratio | |
| Bilirubin Total | 0.6 | | | 0.0-1.2 | mg/dL | |
| Alkaline Phosphatase | 88 | | | 40-119 | U/L | |
| AST (SGOT) | 30 | | | 9-50 | U/L | |
| ALT (SGPT) | 50 | | | 5-50 | U/L | |
| LIPID PROFILE | | | | | | |
| Cholesterol | 133 | | | <200 | mg/dL | MEM |
| Triglycerides | 142 | | | 0-149 | mg/dL | |
| **HDL Cholesterol** | | **35** | **L** | **>39** | **mg/dL** | |
| LDL Cholesterol | 75 | | | <100 | mg/dL | |
| Non HDL Cholesterol | 98 | | | <130 | mg/dL | |
| Coronary Risk Ratio | 3.80 | | | <4.97 | | MEM |

Comment for LIPID PROFILE

Non-HDL Cholesterol is a better indicator for cardiovascular risk than LDL-Cholesterol for patients who have increased triglycerides or are non-fasting.

Non-HDL Cholesterol:
< 130 mg/dL (Optimal)
< 160 mg/dL (Near Optimal/Above Optimal)

| 338906959 | BOBB,ADAM | Page: 1 |
|---|---|---|

**AEL**

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

**REPORT STATUS: FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959<br>REQUISITION: SACAR001605<br>COLLECTED: 02/29/2024 10:02<br>RECEIVED: 02/29/2024 23:10<br>REPORTED: 03/01/2024 06:29<br>AMENDED:<br>REPRINTED: 04/09/2024 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING: Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br><br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | Reference Range | | Lab |
|---|---|---|---|---|---|
| LDL Cholesterol:<br>< 100 mg/dL (Optimal)<br>< 130 mg/dL (Near Optimal/Above Optimal)<br><br>Coronary Risk Ratio:<br>Average for males < 4.97 | | | | | |
| Magnesium | 2.18 | | 1.60-2.60 | mg/dL | MEM |
| Thyroxine-T4 | 4.9 | | 4.5-12.0 | ug/dL | MEM |
| **THYROID STIM HORMONE** | | | | | |
| TSH | 2.9 | | 0.40-4.1 | mIU/L | MEM |
| **TRIIODOTHYRONIN-T3** | | | | | |
| Total T3 | 160 | | 80-200 | ng/dL | MEM |
| **CBC WITH DIFFERENTIAL** | | | | | |
| WBC | 6.8 | | 4.0-11.0 | K/uL | MEM |
| RBC | 5.01 | | 4.30-5.70 | M/uL | |
| Hemoglobin | 16.4 | | 13.0-17.5 | g/dL | |
| Hematocrit | 46.6 | | 38.0-55.0 | % | |
| MCV | 93.0 | | 78.0-102.0 | fL | |
| MCH | 32.7 | | 25.2-35.0 | pg | |
| MCHC | 35.2 | | 30.0-36.0 | g/dL | |
| RDW | 11.7 | | 11.5-16.0 | % | |
| Platelet Count | 212 | | 150-450 | K/uL | |
| Abs Neutrophils | 4.0 | | 1.8-7.0 | K/uL | |
| Abs Lymphocytes | 1.9 | | 1.0-4.0 | K/uL | |
| Abs Monocytes | 0.7 | | 0.1-1.1 | K/uL | |
| Abs Eosinophils | 0.1 | | 0.0-0.5 | K/uL | |
| Abs Basophils | 0.0 | | 0.0-0.3 | K/uL | |
| Abs Immature Grans | 0.0 | | 0.0-0.1 | K/uL | |
| Neutrophils | 58.9 | | | % | |
| Lymphocytes | 28.2 | | | % | |
| Monocytes | 10.3 | | | % | |

From: 05/01/2024 09:49 #927 P.020/021

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD: CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959<br>REQUISITION: SACAR001605<br>COLLECTED: 02/29/2024 10:02<br>RECEIVED: 02/29/2024 23:10<br>REPORTED: 03/01/2024 06:29<br>AMENDED:<br>REPRINTED: 04/09/2024 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING: Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br><br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| Eosinophils | 2.1 | | | | % | |
| Basophils | 0.4 | | | | % | |
| Immature Grans | 0.1 | | | | % | |
| Nucleated RBCS | <1.0 | | | <1 | /100 WBCs | |
| **PROTHROMBIN TIME (PT)** | | | | | | |
| Prothrombin Time | 13.1 | | | 11.9-14.2 | seconds | MEM |
| INR | 1.0 | | | 0.0-1.4 | | |

Comment for PROTHROMBIN TIME (PT)
Normal INR: 1.4 or less
Standard Intensity: 2.0 - 3.0
Higher Intensity: 2.5 - 3.5
The reference intervals provided herein are established for patients who are not on anticoagulant therapy. The PT/INR should be used for monitoring oral anticoagulant such as warfarin.

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| **PTT ACTIVATED (APTT)** | | | | | | |
| Activated PTT (MEM) | 34.2 | | | 24.1-35.6 | seconds | MEM |
| **URINALYSIS W/MICRO** | | | | | | |
| Color | Yellow | | | Yellow | | MEM |
| Clarity | Clear | | | Clear | | |
| **Glucose** | | **3+** | **ABN** | **Negative** | | |
| Bilirubin | Negative | | | Negative | | |
| Ketones | Negative | | | Negative | | |
| Specific Gravity | 1.022 | | | 1.005-1.030 | | |
| Blood | Negative | | | Negative | | |
| pH | 6.0 | | | 4.6-8.5 | | |
| Protein | Negative | | | Negative | | |
| Nitrite | Negative | | | Negative | | |
| Leukocyte Esterase | Negative | | | Negative | | |
| White Blood Cells | <2 | | | <2 | /hpf | |
| Red Blood Cells | <2 | | | 0-4 | /hpf | |
| Bacteria | Negative | | | Negative | | |
| Epith-Squamous | 0 | | | | | |

| 338906959 | BOBB,ADAM | Page: 3 |
|---|---|---|

From: 05/01/2024 09:50 #927 P.021/021
Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD: CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959<br>REQUISITION:SACAR001605<br>COLLECTED: 02/29/2024 10:02<br>RECEIVED: 02/29/2024 23:10<br>REPORTED: 03/01/2024 06:29<br>AMENDED:<br>REPRINTED: 04/09/2024 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING:Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | Reference Range | Lab |
|---|---|---|---|---|
| Casts-Hyaline | 0 | | | |

**Legend:**

MEM----------> American Esoteric Laboratories 1701 Century Center Cove Memphis,Tn 38134
(800)423-0504
Laboratory Director: Holly H. Pierce, MD: CLIA# 44D0889744

*** END OF REPORT - FINAL ***

| | | |
|---|---|---|
| 338906959 | BOBB,ADAM | Page: 4(Last) |

MV

MARCUS VADEN
LAW

April 30, 2024

*Via Facsimile: (402) 361-1460*

Amber Cronican, Specialist LTD Claims
Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000010201375000000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Amber Cronican,

This is a response to your letter dated 4/10/2024, directing us to send any additional documentation or comments via fax to (402) 361-1460 within 21 days.

As I have previously stated, the original denial letter dated 5/12/2023 made a decision over seven (7) months into the future which prevented consideration of updated treatment records regarding Mr. Bobb's ongoing conditions. The prematurity of this decision resulted in deadlines occurring before the date he supposedly would no longer meet the definition of disability, which was 12/15/2023.

As you are aware, Lincoln Financial previously found Mr. Bobb unable to perform his own occupation due to right hip pain (later determined to be a labral tear), tendonitis, and bursitis; he was prescribed hydrocodone and tizanidine to manage the worsening pain. Although this may have been Mr. Bobb's primary source of impairment in 2021 and 2022, the claimant began manifesting other symptoms in 2023 which continued to worsen in the seven (7) months after his benefits were preemptively terminated.

Specifically, Mr. Bobb's physical and mental limitations from his cardiovascular conditions were not considered, nor has any cardiologist reviewed his file. The Transferable Skills Analysis performed by Angelle Nash, the 3/8/2024 and 4/2/2024 medical reviews performed by pain management specialist Dr. Annie Layno-Moses, and the 3/8/2024 medical review by performed by psychiatrist Dr. Farhad Amani all fail to account for any of his cardiovascular symptoms of

lower extremity pain/swelling that is worse at rest or after ambulation, chest pain and shortness of breath with exertion, fatigue with minimal exertion, and decreased stress tolerance. Later diagnostic testing has substantiated these complaints, as he was found to have severe venous insufficiency in multiple veins of both legs, a congenitally anomalous LAD (left anterior descending artery) in his heart, obstructed blood flow in his RCA (right coronary artery) requiring catheterization and stenting, and a leaky tricuspid heart valve.

Mr. Bobb reported pain radiating down his right leg to his PCP Kerry Pennington, MD on 8/25/2022. On 8/3/2023, he saw Anthony Rodriguez, APRN at the same clinic for circulation issues in his legs/feet. He returned to clinic on 9/5/2023 to follow-up on low back pain that radiates to legs, burning/stinging pain in his feet that keeps him up at night, and varicose veins in his lower legs. Records from the appointment show that "presents to the clinic today with a cc of having bilateral leg pain that is worsened with ambulation." On exam, he was found to have "decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet." He was referred to Matt Wood, APRN and Sadeem Mahmood, MD at South Arkansas Cardiology.

At his initial cardiology appointment with Dr. Mahmood on 9/28/2023, Mr. Bobb reported chest pain, shortness of breath, and fatigue with minimal exertion. He also complained of bilateral lower extremity pain/edema, right worse than left, which occurs at rest, at night, upon standing, and after ambulation. On exam, he was found to have 1-2+ edema of the bilateral lower extremities – toes with sluggish capillary refill and faint pedal pulses +1.

Diagnostic Venous Mapping on 10/24/2023 found severe insufficiency of right superficial femoral vein, severe insufficiency of the right great saphenous vein above the knee, severe insufficiency of the right great saphenous below the knee, severe insufficiency in left superficial femoral vein, severe insufficiency in left great saphenous above the knee, and severe insufficiency in left great saphenous below the knee. Bilateral compression therapy and possible EVL/RFA/Foam of above vessels recommended.

Carotid Doppler performed the same day found atherosclerotic plaque in the right ICA (internal carotid artery) and the left ICA (internal carotid artery), with atherosclerotic plaque and calcification in the Right CCA (common carotid artery). Examination of the right and left common carotid arterial systems revealed mild intimal thickening in bulbs and proximal internal carotid arteries. Mr. Bobb also had an echocardiogram performed 10/24/2023 as well which found trace tricuspid regurgitation.

Mr. Bobb returned to the cardiology clinic on 11/9/2023 to discuss these test results with Dr. Mahmood. He again complained of shortness of breath with exertion, fatigue associated with minimal exertion, and bilateral lower extremity pain/edema that usually occurs at rest and at night. He was noted to venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months at which point Dr. Mahmood recommended proceeding with EVL/RFA/foam of bilateral GSVs AK/BK, right leg first.

Operative reports reflect that Mr. Bobb underwent Varithena Foam Ablation of the Right Great Saphenous Vein above the knee on 12/13/2023, Varithena Foam Ablation of the Left Great Saphenous Vein above the knee on 12/20/2023, Varithena Foam Ablation of the Left Great Saphenous Vein below the knee on 12/27/2023, and Varithena Foam Ablation of the Right Great Saphenous Vein below the knee on 1/3/2024. All of these operative reports direct Mr. Bobb to keep his leg elevated while sitting.

The claimant returned to South Arkansas Cardiology on 1/10/2024 for a follow-up with Dr. Mahmood. Mr. Bobb reported that his leg was feeling better since treatment. However, he still had continuing complaints of chest pain, described as heaviness which are associated with shortness of breath with exertion and fatigue with minimal exertion. Dr. Mahmood scheduled him for a exercise Cardiolite stress test to be performed on 1/30/2024. The Nuclear Stress Report reflects that this test was stopped because of shortness of breath and pain in his legs. The test also revealed moderate to severe anterior defects, severe apical defects, and moderate septal defects. Further evaluation was recommended.

At Mr. Bobb's follow-up appointment with Dr. Mahmood on 2/6/2024, he reported the lower extremity pain/edema had returned with new swelling in his hands. "The patient complains of generalized chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and dizziness. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching in lower extremities, which usually occur at rest. The patient states that his hands are starting to swell...The patient had an abnormal stress test, which suggest ischemia Recommend LHC for further evaluation....The patient complains of ongoing claudication despite medical management, The patient is unable to engage in usual lifestyle activities. The patient can not tolerate exercise due to lower extremity pain for more than 12 weeks. Cholesterol well controlled for over six months. The patient denies tobacco use for over six months. There are no equally limiting comorbidities contributing to present illness. Recommend bilateral lower extremity arterial Doppler for further evaluation."

Lower Extremity Arterial Doppler performed 2/14/2024 found mild plaque formation on the Right CFA (common femoral artery), Right SFA (superficial femoral artery), Right Popliteal artery, and Left CFA (common femoral artery). A Left heart cath selective coronary angiogram was then performed on 3/5/2024 to assess his coronary artery disease (CAD) and angina, which found:

> "Of note, there are significant numbers of conus branches connecting to the proximal part of the left anterior descending artery, which is **congenitally 100% not connected** to the left main coronary artery and arises from that segment...The proximal part of the PDA just after the crux has got an eccentric hazy 70% atherosclerotic lesion and this PDA lesion is of extreme **significance** because not only it is **obstructing the flow to the whole PDA** which is giving lot of septal perforators to the LAD as well as it is **obstructing flow**

> **to the apical segment of the LAD,** which is connected with collateral from PDA distal edge to the LAD apical edge like a wraparound vessel and also of course it is **obstructing the flow of the PDA itself**...There is a congenital absence of the left anterior descending artery from the left main... This IVUS showed there were some atherosclerotic areas, but the area of concern in the proximal PDA had high-grade concentric atherosclerotic lesion with a plaque burden of 74.4% stenosis and luminal area of 3.6 mm2 only suggesting a **very hemodynamically significant lesion.** Due to the patient's anatomy and anomaly which is probably related to his congenital anomaly, this proximal PDA lesion was **hemodynamically very significant and almost covering more than 65-70% of the myocardial territory**, hence it needed to be intervened on."

After successful stenting, Dr. Mahmood placed Mr. Bobb on dual antiplatelet therapy for six months followed by aspirin for lifetime. Guideline medical therapy for coronary artery disease and risk factor modification and standardized status post stent care was also planned.

Mr. Bobb returned to South Arkansas Cardiology on 4/9/2024 for a follow-up appointment. Active symptoms at this visit were shortness of breath with exertion and at rest, fatigue associated with minimal exertion, dizziness upon standing described as pre-syncope, and bilateral lower extremity pain/edema (left worse than right) which usually occurs at rest, at night, upon standing and after ambulation. He also reported left knee and ankle swelling.

The range and severity of these symptoms in the several months leading up to the change in definition of disability which occurred on 12/15/2023 would result in a functional capacity much more limited than described in the medical reviews you purchased. I have attached records from South Arkansas Cardiology dated 1/30/2024 to 4/9/2024, which contain objective diagnostic findings that substantiate the claimant's previously reported symptoms.

Failing to consider these records in your assessment would only confirm that you intentionally made the decision to terminate benefits over half a year into the future to avoid considering the full scope of Mr. Bobb's worsening impairments. It should also be noted that due to the claimant's current use of blood thinners, surgery for his hip is no longer an option and the pain continues to worsen.

Sincerely,

Marcus Vaden

MV/ms

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024

**Patient:** BOBB, Adam
**Account Number:** 56397
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Sadeem Mahmood, M.D.
**Date:** 02/06/2024

## Subjective:

**Chief Complaints:**

1. The patient is here today for one-month follow-up. The patient has had stress test on 01/30/2024 - sinus rhythm, in response to stress, the ECG showed non-diagnostic ST changes, moderate to severe anterior with severe apical and moderate septal defects, reversibility of above defects, viable myocardium - recommend further evaluation. Sleep study - the patient states that he refused due to financial because his insurance would not pay for it. I asked him would he like to do it at JRMC and he stated that he is worried that he would be able to sleep. VIDS is scheduled for 04/10/2024..

**HPI:**

History of present illness:

The patient complains of generalized chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and dizziness. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching in lower extremities, which usually occur at rest. The patient states that his hands are starting to swell. The patient denies palpitation or dizziness. The patient had an abnormal stress test, which suggest ischemia. Recommend LHC for further evaluation. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with the procedure. The patient complains of ongoing claudication despite medical management. The patient is unable to engage in usual lifestyle activities. The patient can not tolerate exercise due to lower extremity pain for more than 12 weeks. Cholesterol well controlled for over six months. The patient denies tobacco use for over six months. There are no equally limiting comorbidities contributing to present illness. Recommend bilateral lower extremity arterial Doppler for further evaluation. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with procedure.

**ROS:**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for claudication and edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Medical History:** PDA, Labral tear right hip, Hypertension, Arthritis, High cholesterol, Varicose veins.

**Surgical History:** Arteries did not form all the way so they had to stent/close it up at the age of two years. .

**Family History:**

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History:**

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab; sober x2 weeks. The patient does not use recreational drugs.

**Medications:** Taking Multivitamin - Tablet 1 tablet Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking Lidocaine , Notes to Pharmacist: Patch qhs, Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking Methocarbamol , Notes to Pharmacist: 1500 mg tid, Taking Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl , Notes to Pharmacist: 200 mg qhs, Taking Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed , Taking Calcium Carbonate Antacid ,

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024

Notes to Pharmacist: 2000 mg q. 4 hours prn, Taking diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally , Taking EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection , Taking Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn, Taking Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day , Taking Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours, Taking Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn, Taking Gabapentin 600 MG Tablet 1 tablet Orally Three times a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day

**Allergies:** Sulfa Antibiotics,

## Objective:

**Vitals:** HR: **83** /min, BP: **121/78** mm Hg, Wt: **220** lbs, BMI: **27.5** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 99.79 kg
BP 112/74 on the left.

**Examination:**

General Examination:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
NOSE: nares patent , no lesions.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
PERIPHERAL PULSES: normal.
EXTREMITIES: full range of motion.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
ORAL CAVITY: normal , mucosa moist.
NEUROLOGIC: alert and oriented x 3.

## Assessment:

**Assessment:**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Chest pain, unspecified - R07.9
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Varicose veins of unspecified lower extremity with inflammation - I83.10
9. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
10. Alcohol abuse, uncomplicated - F10.10
11. Alcoholic polyneuropathy - G62.1

## Plan:

**Treatment:**

**1. Others**

Notes:
Schedule for bilateral lower extremity arterial Doppler - If abnormal will add AFRO to cath.
Schedule and PA LHC plus minus PCI via right CFA access. Risks, benefit, and alternatives have been explained in detail including the risk of stroke and death. Patient and accompanying persons verbalizes understanding and wishes to proceed with procedure.
Check fasting PAT labs with lipids.
The patient is to return to clinic post above for post-op.

**Provider: Sadeem Mahmood, M.D.** **Date: 02/06/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024

**Images:**

**Provider: Sadaem Mahmood, M.D.** **Date: 02/06/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

**Progress Note**

**Patient:** BOBB, Adam
**Account Number:** 56397
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:** -
**Address:**

**Provider:** Sadeem Mahmood, M.D.
**Date:** 04/09/2024

## Subjective:

**Chief Complaints:**

1. The patient is here for two-month follow-up. The patient is status post LHC plus minus PCI on 03/05/2024 - high-grade lesion of the proximal PDA which was involving not only RCA, but congenitally anomalous LAD, which was coming off the perforators of the PDA with successful stenting. The patient is going to be placed on dual anti-platelet therapy for six months followed by aspirin for lifetime. We will do guideline medical therapy for CAD and risk factor modification and standardized status post will be provided. Labs were drawn on 02/29/2024 - glucose fasting 292 (high), creatinine 0.79 (low), HDL 35 (low), urinalysis 3+ glucose, and K+, BUN, cholesterol, Trig, LDL, Mg, TFTs, CBC, PT and APTT are within normal limits. JRMC SMS - the patient states that they have been calling him, but he have not set an appointment yet. The patient has had arterial Doppler on 02/14/2024 - right CFA, SFA, popliteal and left CFA mild plaque, no significant flow-limiting lesion.,

**HPI:**

History of present illness:

The patient complains of shortness of breath with exertion and at rest - little due to sinus infection. The patient complains of fatigue associated with minimal exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient states that left lower extremity is worse than the right lower extremity. The patient describes discomfort as burning and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient states left knee and ankles swelling. The patient denies chest pain or palpitations.

**ROS:**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Negative for claudication or edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Medical History:** PDA, Labral tear right hip, Hypertension, Arthritis, High cholesterol, Varicose veins.

**Surgical History:** Arteries did not form all the way so they had to stent/close it up at the age of two years., DES of PDA on 03/05/2024 .

**Family History:**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History:**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Medications:** Taking Multivitamin - Tablet 1 tablet Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking Lidocaine , Notes to Pharmacist: Patch qhs, Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking Methocarbamol , Notes to Pharmacist: 1500 mg tid, Taking traZODone HCl , Notes to Pharmacist: 200 mg qhs, Taking Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed , Taking Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn, Taking diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally , Taking EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection , Taking Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn, Taking Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day , Taking Milk of Magnesia , Notes to

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

Pharmacist: 30 mL q. 12 hours, Taking Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn, Taking Gabapentin 600 MG Tablet 1 tablet Orally Three times a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

**Allergies:** Sulfa Antibiotics.

## Objective:

**Vitals:** HR: **82** /min, BP: **135/81** mm Hg, Wt: **226** lbs, BMI: **28.24** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 102.51 kg
BP 136/79 on the left.

**Examination:**

General Examination:

GENERAL APPEARANCE: Well developed, well nourished.
HEAD: Normocephalic.
EYES: Pupils equal, round, reactive to light and accommodation.
EARS: Normal.
NOSE: Nares patent , no lesions.
LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: Bowel sounds present x4, soft and nontender.
PERIPHERAL PULSES: Normal.
EXTREMITIES: Full range of motion.
NECK/THYROID: No carotid bruit, no jugular venous distention.
SKIN: No suspicious lesions visualized, warm and dry.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
ORAL CAVITY: Normal , mucosa moist.
MUSCULOSKELETAL: No obvious deformity.
NEUROLOGIC: Alert and oriented x 3.
PSYCH: Cooperative with exam, judgement and insight good.

## Assessment:

**Assessment:**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Polyneuropathy, unspecified - G62.9

## Plan:

**Treatment:**

**1. Others**

Notes:
Continue medications as current.
The patient is to return to clinic in three months with EKG and ABI.

## Images:

**Provider: Sadeem Mahmood, M.D.** **Date: 04/09/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

**Provider: Sadeem Mahmood, M.D.** **Date: 04/09/2024**

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-9726**

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 56397
Age: 40

Date: Jan. 30, 2024, 9:53 a.m.
Sex: M

## NUCLEAR STRESS REPORT

### Findings

Protocol: Utilizing the standard Bruce protocol the patient was exercised for minutes, seconds, achieving a maximum heart rate of , which is % of predicted maximal heart rate. There was physiologic heart rate and blood pressure response to exercise

Heart Rate / Blood Pressure: Max Heart Rate: 158 % of Max Predicted Heart Rate: 85 Rest Heart Rate: 72 Rest BP: 126/81 Max BP: 153/90 Mets Achieved: 24,174

Reason for Stopping: The test was stopped because of shortness of breath, legs hurt.

Resting ECG: Sinus rhythm.

Stress ECG: In response to stress, the ECG showed non-diagnostic ST changes (see exercise report for details).

Rest Global: Overall left ventricular systolic function is mildly impaired with, an EF between 45 - 50 %.

Rest regional 16 segment: Rest: Moderate to severe anterior with severe apical and moderate septal defects

Stress Regional: Stress: Reversibility of above defects

Stress concl.: Viable myocardium.

Recommendations: Recommend further evaluation.

### Conclusions

1. Resting ECG: Sinus rhythm.
2. Stress ECG: In response to stress, the ECG showed non-diagnostic ST changes (see exercise report for details).
3. Rest regional 16 segment: Rest: Moderate to severe anterior with severe apical and moderate septal defects
4. Stress Regional: Stress: Reversibility of above defects
5. Stress concl.: Viable myocardium.
6. Recommendations: Recommend further evaluation.

Signed by **Matt wood** on **Feb. 6, 2024, 10:15 a.m.**.

SARC MediQ
https://www.sarcmediq.com

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-9726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20240214-112722-6358
Age: 40

Date: Feb. 14, 2024, 11:27 a.m.
Sex: M

## LOWER EXTREMITY ARTERIAL DOPPLER

**Right Side**

CFA Rt Prox PS: 82.2 cm/s
SFA Rt Prox PS: 84.3 cm/s
SFA Rt Mid PS: 72.7 cm/s
SFA Rt Dist PS: 47.4 cm/s
Pop A Rt Dist PS: 54.5 cm/s
P.Tib A Rt Prox PS: 54.0 cm/s
P.Tib A Rt Dist PS: 47.9 cm/s
A.Tib A Rt Prox PS: 37.3 cm/s
A.Tib A Rt Dist PS: 36.3 cm/s

**Left Side**

CFA Lt Prox PS: 85.3 cm/s
SFA Lt Prox PS: 93.9 cm/s
SFA Lt Mid PS: 89.3 cm/s
SFA Lt Dist PS: 80.2 cm/s
Pop A Lt Dist PS: 47.4 cm/s
P.Tib A Lt Prox PS: 38.3 cm/s
P.Tib A Lt Dist PS: 46.4 cm/s
A.Tib A Lt Prox PS: 34.8 cm/s

**Findings**

Right CFA: Right CFA has triphasic waveform. Right CFA has mild plaque formation.

Right SFA: Right SFA has triphasic waveform. Right SFA has mild plaque formation.

Right POP: Right Popliteal has triphasic waveform. Right Popliteal artery has mild plaque formation.

Right PTA: Right PTA has triphasic waveform.

Right ATA: Right ATA has triphasic waveform.

Right DPA: Right DPA has triphasic waveform.

Left CFA: Left CFA has triphasic waveform. Left CFA has mild plaque formation.

Left SFA: Left SFA has triphasic waveform.

Left Popliteal: Left Popliteal artery has triphasic waveform.

Left PTA: Left PTA has triphasic waveform.

Left ATA: Left ATA has triphasic waveform.

Left DPA: Left DPA has triphasic waveform.

SARC MediQ
https://www.sarcmediq.com

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-8726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20240214-112722-6358
Age: 40

Date: Feb. 14, 2024, 11:27 a.m.
Sex: M

Assessment: No significant flow limiting lesion is identified on this ultrasound.

**Conclusions**

1. Right CFA: Right CFA has mild plaque formation.
2. Right SFA: Right SFA has mild plaque formation.
3. Right POP: Right Popliteal artery has mild plaque formation.
4. Left CFA: Left CFA has mild plaque formation.
5. Assessment: No significant flow limiting lesion is identified on this ultrasound.

Signed by **Sadeem Mahmood** on **Feb. 14, 2024, 3:50 p.m.**.

SARC MediQ
https://www.sarcmediq.com

SARC
SURGICAL AMBULATORY REGIONAL CENTERS
Pine Bluff
by HSH

Sadeem Mahmood
MD, FACC

Patient Name: Bobb, Adam
MR#: 36597
Date of Birth:
Age: 40
Date of Procedure: 03/05/2024

Procedure performed by Sadeem Mahmood, M.D., F.A.C.C.

Location: SARC BY HSH, ASC Pine Bluff, LLC

Pre Operative Diagnosis: CAD, angina.

Post Operative Diagnosis: CAD, angina.

Procedure:

1. Left heart cath selective coronary angiogram through right radial artery approach.
2. Primary vessel intravascular ultrasound RCA and PDA.
3. Primary vessel drug-eluting stent PDA.

Indication: The patient is a 40-year-old white male, who has had past medical history significant for angina, abnormal stress test with anterior wall ischemia and apical ischemia. The patient was therefore referred for above-mentioned study. The patient has congenital heart disease history of patent ductus arteriosus, which was corrected when he was two weeks old.

Conscious Sedation: The patient's conscious sedation monitoring and level of consciousness was performed for 60 minutes. Please review medications given in Cath Core notes.

Procedure in Detail: After appropriate aseptic precautions and performing the Allen's test, the right wrist was prepped in sterile fashion. Lidocaine 1% was used locally to provide anesthesia in the right wrist. After this, a short micropuncture INC needle was used to access the right radial artery. A 0.14 access wire was used to cross into the right radial artery. Over this, a 6 French right radial sheath was placed in the right radial. Then, a radial cocktail consisting of verapamil 2.5 mg, 400 mcg of nitroglycerin, and 1500 units of heparin was mixed in syringe and given through the right radial sheath. Then, over an exchange length J wire, a hockey stick 6 French guide catheter was passed crossing the right radial into the right brachial and then passing through right axillary down the right subclavian and crossing the right innominate. The arch of aorta was access with J wire. The J wire was then passed into the ascending root of the aorta. The catheter was then passed over the J wire. This catheter was introduced into the left ventricular cavity. Left ventricular hemodynamics were obtained. Then in RAO projection, injection of 8 x 16 was performed to obtain the left ventriculogram. Then a pullback was performed to measure the gradient across the aortic valve. Then this catheter was used to engage the right coronary artery. Injection of the RCA was taken in LAO, RAO and LAO cranial projections. The catheter was then docked into the left main coronary artery. Injections were taken in LAO cranial, AP cranial, RAO cranial, RAO caudal, AP caudal and LAO caudal projections. The catheter was then

SARC
SURGICAL AMBULATORY REGIONAL CENTERS
Pine Bluff
by HSH

Sadeem Mahmood
MD, FACC

removed over J wire. Sheaths were removed. Once his procedure was complete, a transradial band was applied.

Coronary Artery Findings:

Hemodynamic Data: LV systolic pressure was 138 mm/Hg. LV end-diastolic pressure was 14 mm/Hg. Aortic pressure was 138/67 mm/Hg.

Left Ventriculogram: Left ventriculogram shows normal LV systolic function, normal wall motion, LVEF is 60%.

Right Coronary Artery: RCA is a very large dominant vessel, which gives off a very large PDA.

Of note, there are significant numbers of conus branches connecting to the proximal part of the left anterior descending artery, which is congenitally 100% not connected to the left main coronary artery and arises from that segment. It gives off a large diagonal and then rest of the LAD is a large vessel, which wraps around the apex. There are multiple significant septal perforators coming off the whole posterior descending artery feeding the left anterior descending as well as apical part of the PDA is connecting with large collateral to the apical part of the LAD. The proximal part of the PDA just after the crux has got an eccentric hazy 70% atherosclerotic lesion and this PDA lesion is of extreme significance because not only it is obstructing the flow to the whole PDA which is giving lot of septal perforators to the LAD as well as it is obstructing flow to the apical segment of the LAD, which is connected with collateral from PDA distal edge to the LAD apical edge like a wraparound vessel and also of course it is obstructing the flow of the PDA itself.

Left Main Coronary Artery: Left main coronary artery continues as a left circumflex artery only. There is a congenital absence of the left anterior descending artery from the left main.

Left Circumflex Artery: The left circumflex gives off a small OM1 and a large second OM. Left main and left circumflex branches are normal.

Intravascular Ultrasound: A hockey stick guide catheter was used to engage the right coronary artery. This was a 6-French catheter. The patient was given a total of 10,000 units of IV heparin and then an ASAHI Prowater wire 0.014 x 180 was used to cross through the RCA down the PDA vessel. Then over which, I came down with a Volcano Eagle Eye IVUS catheter and performed intravascular ultrasound of the RCA and PDA. This IVUS showed there were some atherosclerotic areas, but the area of concern in the proximal PDA had high-grade concentric atherosclerotic lesion with a plaque burden of 74.4% stenosis and luminal area of 3.6 mm2 only suggesting a very hemodynamically significant lesion. Due to the patient's anatomy and anomaly which is probably related to his congenital anomaly, this proximal PDA lesion was hemodynamically very significant and almost covering more than 65-70% of the myocardial territory, hence it needed to be intervened on.

Interventional Procedure: A Volcano Eagle Eye IVUS catheter was removed and over the same wire I came down with 2.75 x 15 mm Orsiro Biotronik drug-eluting stent deploying at the site of the lesion at 11 ATM for 15 seconds. Then I pulled the stent balloon slightly back and postdilated at 13 ATM for 15

SARC
SURGICAL AMBULATORY REGIONAL CENTERS
Pine Bluff
by HSH

Sadeem Mahmood
M.D., F.A.C.C.

seconds. After removal of stent balloon and wire, final injection showed 0% residual, TIMI 3 flow and significant plumping of the LAD and diagonal vessels and all the collaterals and perforator branches. The patient tolerated the procedure well.

Impression/Plan: High-grade lesion of the proximal PDA, which was involving not only RCA, but congenitally anomalous LAD, which was coming off the perforators of the PDA with successful stenting. The patient is going to be placed on dual antiplatelet therapy for six months followed by aspirin for lifetime. We will also do guideline medical therapy for coronary artery disease and risk factor modification and standardized status post stent care will be provided.

Sadeem Mahmood, M.D.
Cardiac and Peripheral Vascular Interventionist
Nuclear cardiologist
Diplomate, American Board of Cardiovascular Disease
Diplomate, American Board of Internal Medicine
Diplomate, Certification Board of Nuclear Cardiology

Reviewed and Electronically Signed
Sadeem Mahmood, M.D.
SM: ism/kn

From: 05/01/2024 09:48 #927 P.018/021

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959 | BOBB,ADAM | MAHMOOD,SADEEM |
| REQUISITION: SACAR001605 | DOB: AGE: 40 Years | CLIENT INFORMATION |
| COLLECTED: 02/29/2024 10:02 | GENDER: M CHART#: | SOUTH ARKANSAS CARDIOLOGY SACAR |
| RECEIVED: 02/29/2024 23:10 | FASTING: Unknown | 7200 SOUTH HAZEL STREET |
| REPORTED: 03/01/2024 06:29 | ID: 94777541 | PINE BLUFF, AR 71603 |
| AMENDED: | PHONE: | |
| REPRINTED: 04/09/2024 | ADDRESS: | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | | | |
| Sodium | 137 | | | 135-146 | mEq/L | MEM |
| Potassium | 4.0 | | | 3.5-5.4 | mEq/L | |
| Chloride | 99 | | | 95-107 | mEq/L | |
| Carbon Dioxide | 23 | | | 19-31 | mEq/L | |
| Anion Gap | 15 | | | 7-23 | mEq/L | |
| **Glucose Fasting** | | **292** | **H** | **70-99** | **mg/dL** | |
| Urea Nitrogen (BUN) | 8 | | | 6-20 | mg/dL | |
| **Creatinine** | | **0.79** | **L** | **0.80-1.40** | **mg/dL** | |
| 2021 CKD-EPI eGFR-cr | 115 | | | >59 | mL/min/1.73m^2 | |
| BUN/Creatinine Ratio | 10 | | | | ratio | |
| Calcium Total | 9.8 | | | 8.5-10.5 | mg/dL | |
| Protein Total | 7.0 | | | 6.1-8.3 | g/dL | |
| Albumin | 4.7 | | | 3.5-5.2 | g/dL | |
| Globulin | 2.3 | | | 1.7-4.3 | g/dL | |
| A/G Ratio | 2.0 | | | 0.9-2.8 | ratio | |
| Bilirubin Total | 0.6 | | | 0.0-1.2 | mg/dL | |
| Alkaline Phosphatase | 88 | | | 40-119 | U/L | |
| AST (SGOT) | 30 | | | 9-50 | U/L | |
| ALT (SGPT) | 50 | | | 5-50 | U/L | |
| LIPID PROFILE | | | | | | |
| Cholesterol | 133 | | | <200 | mg/dL | MEM |
| Triglycerides | 142 | | | 0-149 | mg/dL | |
| **HDL Cholesterol** | | **35** | **L** | **>39** | **mg/dL** | |
| LDL Cholesterol | 75 | | | <100 | mg/dL | |
| Non HDL Cholesterol | 98 | | | <130 | mg/dL | |
| Coronary Risk Ratio | 3.80 | | | <4.97 | | |

Comment for LIPID PROFILE

Non-HDL Cholesterol is a better indicator for cardiovascular risk than LDL-Cholesterol for patients who have increased triglycerides or are non-fasting.

Non-HDL Cholesterol:
< 130 mg/dL (Optimal)
< 160 mg/dL (Near Optimal/Above Optimal)

| 338906959 | BOBB,ADAM | Page: 1 |
|---|---|---|

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959 | BOBB,ADAM | MAHMOOD,SADEEM |
| REQUISITION: SACAR001605 | DOB: AGE: 40 Years | CLIENT INFORMATION |
| COLLECTED: 02/29/2024 10:02 | GENDER: M CHART#: | SOUTH ARKANSAS CARDIOLOGY SACAR |
| RECEIVED: 02/29/2024 23:10 | FASTING: Unknown | 7200 SOUTH HAZEL STREET |
| REPORTED: 03/01/2024 06:29 | ID: 94777541 | PINE BLUFF, AR 71603 |
| AMENDED: | PHONE: | |
| REPRINTED: 04/09/2024 | ADDRESS: | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | Reference Range | | Lab |
|---|---|---|---|---|---|
| LDL Cholesterol: | | | | | |
| < 100 mg/dL (Optimal) | | | | | |
| < 130 mg/dL (Near Optimal/Above Optimal) | | | | | |
| Coronary Risk Ratio: | | | | | |
| Average for males < 4.97 | | | | | |
| Magnesium | 2.18 | | 1.60-2.60 | mg/dL | MEM |
| Thyroxine-T4 | 4.9 | | 4.5-12.0 | ug/dL | MEM |
| **THYROID STIM HORMONE** | | | | | |
| TSH | 2.9 | | 0.40-4.1 | mIU/L | MEM |
| **TRIIODOTHYRONIN-T3** | | | | | |
| Total T3 | 160 | | 80-200 | ng/dL | MEM |
| **CBC WITH DIFFERENTIAL** | | | | | |
| WBC | 6.8 | | 4.0-11.0 | K/uL | MEM |
| RBC | 5.01 | | 4.30-5.70 | M/uL | |
| Hemoglobin | 16.4 | | 13.0-17.5 | g/dL | |
| Hematocrit | 46.6 | | 38.0-55.0 | % | |
| MCV | 93.0 | | 78.0-102.0 | fL | |
| MCH | 32.7 | | 25.0-35.0 | pg | |
| MCHC | 35.2 | | 30.0-38.0 | g/dL | |
| RDW | 11.7 | | 11.5-16.0 | % | |
| Platelet Count | 212 | | 150-450 | K/uL | |
| Abs Neutrophils | 4.0 | | 1.8-7.0 | K/uL | |
| Abs Lymphocytes | 1.9 | | 1.0-4.0 | K/uL | |
| Abs Monocytes | 0.7 | | 0.1-1.1 | K/uL | |
| Abs Eosinophils | 0.1 | | 0.0-0.5 | K/uL | |
| Abs Basophils | 0.0 | | 0.0-0.3 | K/uL | |
| Abs Immature Grans | 0.0 | | 0.0-0.1 | K/uL | |
| Neutrophils | 58.9 | | | % | |
| Lymphocytes | 28.2 | | | % | |
| Monocytes | 10.3 | | | % | |

From: 05/01/2024 09:49 #927 P.020/021

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD: CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959<br>REQUISITION: SACAR00160S<br>COLLECTED: 02/29/2024 10:02<br>RECEIVED: 02/29/2024 23:10<br>REPORTED: 03/01/2024 06:29<br>AMENDED:<br>REPRINTED: 04/09/2024 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING: Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| Eosinophils | 2.1 | | | | % | |
| Basophils | 0.4 | | | | % | |
| Immature Grans | 0.1 | | | | % | |
| Nucleated RBCS | <1.0 | | | <1 | /100 WBCs | |
| **PROTHROMBIN TIME (PT)** | | | | | | |
| Prothrombin Time | 13.1 | | | 11.9-14.2 | seconds | MEM |
| INR | 1.0 | | | 0.0-1.4 | | |

Comment for PROTHROMBIN TIME (PT)
Normal INR: 1.4 or Less
Standard Intensity: 2.0 - 3.0
Higher Intensity: 2.5 - 3.5
The reference intervals provided herein are established for patients who are not on anticoagulant therapy. The PT/INR should be used for monitoring oral anticoagulant such as warfarin.

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| **PTT ACTIVATED (APTT)** | | | | | | |
| Activated PTT (MEM) | 34.2 | | | 24.1-35.6 | seconds | MEM |
| **URINALYSIS W/MICRO** | | | | | | |
| Color | Yellow | | | Yellow | | MEM |
| Clarity | Clear | | | Clear | | |
| **Glucose** | | 3+ | ABN | **Negative** | | |
| Bilirubin | Negative | | | Negative | | |
| Ketones | Negative | | | Negative | | |
| Specific Gravity | 1.022 | | | 1.005-1.030 | | |
| Blood | Negative | | | Negative | | |
| pH | 6.0 | | | 4.6-8.5 | | |
| Protein | Negative | | | Negative | | |
| Nitrite | Negative | | | Negative | | |
| Leukocyte Esterase | Negative | | | Negative | | |
| White Blood Cells | <2 | | | <2 | /hpf | |
| Red Blood Cells | <2 | | | 0-4 | /hpf | |
| Bacteria | Negative | | | Negative | | |
| Epith-Squamous | 0 | | | | | |

| 338906959 | BOBB,ADAM | Page: 3 |
|---|---|---|



PAGE 20/21 * RCVD AT 5/1/2024 10:43:57 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/3 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):13-04

From: 05/01/2024 09:50 #927 P.021/021

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959<br>REQUISITION: SACAR001605<br>COLLECTED: 02/29/2024 10:02<br>RECEIVED: 02/29/2024 23:10<br>REPORTED: 03/01/2024 06:29<br>AMENDED:<br>REPRINTED: 04/09/2024 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING: Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| Casts-Hyaline | 0 | | | | |

**Legend:**

MEM----------> American Esoteric Laboratories 1701 Century Center Cove Memphis,Tn 38134
(800)423-0504
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744

*** END OF REPORT - FINAL ***

| 338906959 | BOBB,ADAM | Page: 4(Last) |
|---|---|---|

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

| | |
|---|---|
| Date: | April 30, 2024 |
| To: | The Lincoln National Life Insurance Company, Claims Shared Services |
| Fax number: | (402) 361-1460 |
| ATTN: | Amber Cronican, Specialist LTD Claims |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| Re: | | |
|---|---|---|
| | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000010201375000000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Total Pages (including this cover sheet) 21 pages**

- **Response to 4/10/2024 Letter: 4 pages**
- **Records from South Arkansas Cardiology 16 pages**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

April 30, 2024

*Via Facsimile: (402) 361-1460*

Amber Cronican, Specialist LTD Claims
Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Amber Cronican,

This is a response to your letter dated 4/10/2024, directing us to send any additional documentation or comments via fax to (402) 361-1460 within 21 days.

As I have previously stated, the original denial letter dated 5/12/2023 made a decision over seven (7) months into the future which prevented consideration of updated treatment records regarding Mr. Bobb's ongoing conditions. The prematurity of this decision resulted in deadlines occurring before the date he supposedly would no longer meet the definition of disability, which was 12/15/2023.

As you are aware, Lincoln Financial previously found Mr. Bobb unable to perform his own occupation due to right hip pain (later determined to be a labral tear), tendonitis, and bursitis; he was prescribed hydrocodone and tizanidine to manage the worsening pain. Although this may have been Mr. Bobb's primary source of impairment in 2021 and 2022, the claimant began manifesting other symptoms in 2023 which continued to worsen in the seven (7) months after his benefits were preemptively terminated.

Specifically, Mr. Bobb's physical and mental limitations from his cardiovascular conditions were not considered, nor has any cardiologist reviewed his file. The Transferable Skills Analysis performed by Angelle Nash, the 3/8/2024 and 4/2/2024 medical reviews performed by pain management specialist Dr. Annie Layno-Moses, and the 3/8/2024 medical review by performed by psychiatrist Dr. Farhad Amani all fail to account for any of his cardiovascular symptoms of

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278
www.marcusvadenlaw.com

lower extremity pain/swelling that is worse at rest or after ambulation, chest pain and shortness of breath with exertion, fatigue with minimal exertion, and decreased stress tolerance. Later diagnostic testing has substantiated these complaints, as he was found to have severe venous insufficiency in multiple veins of both legs, a congenitally anomalous LAD (left anterior descending artery) in his heart, obstructed blood flow in his RCA (right coronary artery) requiring catheterization and stenting, and a leaky tricuspid heart valve.

Mr. Bobb reported pain radiating down his right leg to his PCP Kerry Pennington, MD on 8/25/2022. On 8/3/2023, he saw Anthony Rodriguez, APRN at the same clinic for circulation issues in his legs/feet. He returned to clinic on 9/5/2023 to follow-up on low back pain that radiates to legs, burning/stinging pain in his feet that keeps him up at night, and varicose veins in his lower legs. Records from the appointment show that "presents to the clinic today with a cc of having bilateral leg pain that is worsened with ambulation." On exam, he was found to have "decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet." He was referred to Matt Wood, APRN and Sadeem Mahmood, MD at South Arkansas Cardiology.

At his initial cardiology appointment with Dr. Mahmood on 9/28/2023, Mr. Bobb reported chest pain, shortness of breath, and fatigue with minimal exertion. He also complained of bilateral lower extremity pain/edema, right worse than left, which occurs at rest, at night, upon standing, and after ambulation. On exam, he was found to have 1-2+ edema of the bilateral lower extremities – toes with sluggish capillary refill and faint pedal pulses +1.

Diagnostic Venous Mapping on 10/24/2023 found severe insufficiency of right superficial femoral vein, severe insufficiency of the right great saphenous vein above the knee, severe insufficiency of the right great saphenous below the knee, severe insufficiency in left superficial femoral vein, severe insufficiency in left great saphenous above the knee, and severe insufficiency in left great saphenous below the knee. Bilateral compression therapy and possible EVL/RFA/Foam of above vessels recommended.

Carotid Doppler performed the same day found atherosclerotic plaque in the right ICA (internal carotid artery) and the left ICA (internal carotid artery), with atherosclerotic plaque and calcification in the Right CCA (common carotid artery). Examination of the right and left common carotid arterial systems revealed mild intimal thickening in bulbs and proximal internal carotid arteries. Mr. Bobb also had an echocardiogram performed 10/24/2023 as well which found trace tricuspid regurgitation.

Mr. Bobb returned to the cardiology clinic on 11/9/2023 to discuss these test results with Dr. Mahmood. He again complained of shortness of breath with exertion, fatigue associated with minimal exertion, and bilateral lower extremity pain/edema that usually occurs at rest and at night. He was noted to venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months at which point Dr. Mahmood recommended proceeding with EVL/RFA/foam of bilateral GSVs AK/BK, right leg first.

Operative reports reflect that Mr. Bobb underwent Varithena Foam Ablation of the Right Great Saphenous Vein above the knee on 12/13/2023, Varithena Foam Ablation of the Left Great Saphenous Vein above the knee on 12/20/2023, Varithena Foam Ablation of the Left Great Saphenous Vein below the knee on 12/27/2023, and Varithena Foam Ablation of the Right Great Saphenous Vein below the knee on 1/3/2024. All of these operative reports direct Mr. Bobb to keep his leg elevated while sitting.

The claimant returned to South Arkansas Cardiology on 1/10/2024 for a follow-up with Dr. Mahmood. Mr. Bobb reported that his leg was feeling better since treatment. However, he still had continuing complaints of chest pain, described as heaviness which are associated with shortness of breath with exertion and fatigue with minimal exertion. Dr. Mahmood scheduled him for a exercise Cardiolite stress test to be performed on 1/30/2024. The Nuclear Stress Report reflects that this test was stopped because of shortness of breath and pain in his legs. The test also revealed moderate to severe anterior defects, severe apical defects, and moderate septal defects. Further evaluation was recommended.

At Mr. Bobb's follow-up appointment with Dr. Mahmood on 2/6/2024, he reported the lower extremity pain/edema had returned with new swelling in his hands. "The patient complains of generalized chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and dizziness. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching in lower extremities, which usually occur at rest. The patient states that his hands are starting to swell...The patient had an abnormal stress test, which suggest ischemia Recommend LHC for further evaluation....The patient complains of ongoing claudication despite medical management, The patient is unable to engage in usual lifestyle activities. The patient can not tolerate exercise due to lower extremity pain for more than 12 weeks. Cholesterol well controlled for over six months. The patient denies tobacco use for over six months. There are no equally limiting comorbidities contributing to present illness. Recommend bilateral lower extremity arterial Doppler for further evaluation."

Lower Extremity Arterial Doppler performed 2/14/2024 found mild plaque formation on the Right CFA (common femoral artery), Right SFA (superficial femoral artery), Right Popliteal artery, and Left CFA (common femoral artery). A Left heart cath selective coronary angiogram was then performed on 3/5/2024 to assess his coronary artery disease (CAD) and angina, which found:

> "Of note, there are significant numbers of conus branches connecting to the proximal part of the left anterior descending artery, which is **congenitally 100% not connected** to the left main coronary artery and arises from that segment...The proximal part of the PDA just after the crux has got an eccentric hazy 70% atherosclerotic lesion and this PDA lesion is of extreme **significance** because not only it is **obstructing the flow to the whole PDA** which is giving lot of septal perforators to the LAD as well as it is **obstructing flow**

> **to the apical segment of the LAD,** which is connected with collateral from PDA distal edge to the LAD apical edge like a wraparound vessel and also of course it is **obstructing the flow of the PDA itself**...There is a congenital absence of the left anterior descending artery from the left main... This IVUS showed there were some atherosclerotic areas, but the area of concern in the proximal PDA had high-grade concentric atherosclerotic lesion with a plaque burden of 74.4% stenosis and luminal area of 3.6 mm2 only suggesting a **very hemodynamically significant lesion.** Due to the patient's anatomy and anomaly which is probably related to his congenital anomaly, this proximal PDA lesion was **hemodynamically very significant and almost covering more than 65-70% of the myocardial territory**, hence it needed to be intervened on."

After successful stenting, Dr. Mahmood placed Mr. Bobb on dual antiplatelet therapy for six months followed by aspirin for lifetime. Guideline medical therapy for coronary artery disease and risk factor modification and standardized status post stent care was also planned.

Mr. Bobb returned to South Arkansas Cardiology on 4/9/2024 for a follow-up appointment. Active symptoms at this visit were shortness of breath with exertion and at rest, fatigue associated with minimal exertion, dizziness upon standing described as pre-syncope, and bilateral lower extremity pain/edema (left worse than right) which usually occurs at rest, at night, upon standing and after ambulation. He also reported left knee and ankle swelling.

The range and severity of these symptoms in the several months leading up to the change in definition of disability which occurred on 12/15/2023 would result in a functional capacity much more limited than described in the medical reviews you purchased. I have attached records from South Arkansas Cardiology dated 1/30/2024 to 4/9/2024, which contain objective diagnostic findings that substantiate the claimant's previously reported symptoms.

Failing to consider these records in your assessment would only confirm that you intentionally made the decision to terminate benefits over half a year into the future to avoid considering the full scope of Mr. Bobb's worsening impairments. It should also be noted that due to the claimant's current use of blood thinners, surgery for his hip is no longer an option and the pain continues to worsen.

Sincerely,

[signature]

Marcus Vaden

MV/ms

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024

**Patient:** BOBB, Adam
**Account Number:** 56397
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Sadeem Mahmood, M.D.
**Date:** 02/06/2024

## Subjective:

**Chief Complaints:**

1. The patient is here today for one-month follow-up. The patient has had stress test on 01/30/2024 - sinus rhythm, in response to stress, the ECG showed non-diagnostic ST changes, moderate to severe anterior with severe apical and moderate septal defects, reversibility of above defects, viable myocardium - recommend further evaluation. Sleep study - the patient states that he refused due to financial because his insurance would not pay for it. I asked him would he like to do it at JRMC and he stated that he is worried that he would be able to sleep. VIDS is scheduled for 04/10/2024..

**HPI:**

History of present illness:

The patient complains of generalized chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and dizziness. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching in lower extremities, which usually occur at rest. The patient states that his hands are starting to swell. The patient denies palpitation or dizziness. The patient had an abnormal stress test, which suggest ischemia. Recommend LHC for further evaluation. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with the procedure. The patient complains of ongoing claudication despite medical management. The patient is unable to engage in usual lifestyle activities. The patient can not tolerate exercise due to lower extremity pain for more than 12 weeks. Cholesterol well controlled for over six months. The patient denies tobacco use for over six months. There are no equally limiting comorbidities contributing to present illness. Recommend bilateral lower extremity arterial Doppler for further evaluation. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with procedure.

**ROS:**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for claudication and edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Medical History:** PDA, Labral tear right hip, Hypertension, Arthritis, High cholesterol, Varicose veins.

**Surgical History:** Arteries did not form all the way so they had to stent/close it up at the age of two years. .

**Family History:**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History:**

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab; sober x2 weeks. The patient does not use recreational drugs.

**Medications:** Taking Multivitamin - Tablet 1 tablet Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking Lidocaine , Notes to Pharmacist: Patch qhs, Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking Methocarbamol , Notes to Pharmacist: 1500 mg tid, Taking Carvedilol 12.5 MG Tablet 1 tablet with food Orally twice a day , Taking traZODone HCl , Notes to Pharmacist: 200 mg qhs, Taking Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed , Taking Calcium Carbonate Antacid ,

**BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024**

Notes to Pharmacist: 2000 mg q. 4 hours prn, Taking diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally , Taking EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection , Taking Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn, Taking Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day , Taking Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours, Taking Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn, Taking Gabapentin 600 MG Tablet 1 tablet Orally Three times a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day

**Allergies:** Sulfa Antibiotics,

## Objective:

**Vitals:** HR: **83** /min, BP: **121/78** mm Hg, Wt: **220** lbs, BMI: **27.5** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 99.79 kg
BP 112/74 on the left.

**Examination:**

General Examination:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
NOSE: nares patent , no lesions.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
PERIPHERAL PULSES: normal.
EXTREMITIES: full range of motion.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
ORAL CAVITY: normal , mucosa moist.
NEUROLOGIC: alert and oriented x 3.

## Assessment:

**Assessment:**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Chest pain, unspecified - R07.9
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Varicose veins of unspecified lower extremity with inflammation - I83.10
9. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
10. Alcohol abuse, uncomplicated - F10.10
11. Alcoholic polyneuropathy - G62.1

## Plan:

**Treatment:**

**1. Others**

Notes:
Schedule for bilateral lower extremity arterial Doppler - If abnormal will add AFRO to cath.
Schedule and PA LHC plus minus PCI via right CFA access. Risks, benefit, and alternatives have been explained in detail including the risk of stroke and death. Patient and accompanying persons verbalizes understanding and wishes to proceed with procedure.
Check fasting PAT labs with lipids.
The patient is to return to clinic post above for post-op.

**Provider: Sadeem Mahmood, M.D.** **Date: 02/06/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024

**Images:**

**Provider: Sadeem Mahmood, M.D.** **Date: 02/06/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

**Progress Note**

**Patient:** BOBB, Adam
**Account Number:** 56397
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Sadeem Mahmood, M.D.
**Date:** 04/09/2024

## Subjective:

**Chief Complaints:**

1. The patient is here for two-month follow-up. The patient is status post LHC plus minus PCI on 03/05/2024 - high-grade lesion of the proximal PDA which was involving not only RCA, but congenitally anomalous LAD, which was coming off the perforators of the PDA with successful stenting. The patient is going to be placed on dual anti-platelet therapy for six months followed by aspirin for lifetime. We wil do guideline medical therapy for CAD and risk factor modification and standardized status post will be provided. Labs were drawn on 02/29/2024 - glucose fasting 292 (high), creatinine 0.79 (low), HDL 35 (low), urinalysis 3+ glucose, and K+, BUN, cholesterol, Trig, LDL, Mg, TFTs, CBC, PT and APTT are within normal limits. JRMC SMS - the patient states that they have been calling him, but he have not set an appointment yet. The patient has had arterial Doppler on 02/14/2024 - right CFA, SFA, popliteal and left CFA mild plaque, no significant flow-limiting lesion..

**HPI:**

History of present illness:

The patient complains of shortness of breath with exertion and at rest - little due to sinus infection. The patient complains of fatigue associated with minimal exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient states that left lower extremity is worse than the right lower extremity. The patient describes discomfort as burning and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient states left knee and ankles swelling. The patient denies chest pain or palpitations.

**ROS:**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Negative for claudication or edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Medical History:** PDA, Labral tear right hip, Hypertension, Arthritis, High cholesterol, Varicose veins.

**Surgical History:** Arteries did not form all the way so they had to stent/close it up at the age of two years, , DES of PDA on 03/05/2024 .

**Family History:**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History:**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Medications:** Taking Multivitamin - Tablet 1 tablet Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking Lidocaine , Notes to Pharmacist: Patch qhs, Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking Methocarbamol , Notes to Pharmacist: 1500 mg tid, Taking traZODone HCl , Notes to Pharmacist: 200 mg qhs, Taking Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed , Taking Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn, Taking diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally , Taking EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection , Taking Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn, Taking Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day , Taking Milk of Magnesia , Notes to

**BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024**

Pharmacist: 30 mL q. 12 hours, Taking Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn, Taking Gabapentin 600 MG Tablet 1 tablet Orally Three times a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

**Allergies:** Sulfa Antibiotics.

## Objective:

**Vitals:** HR: **82** /min, BP: **135/81** mm Hg, Wt: **226** lbs, BMI: **28.24** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 102.51 kg
BP 136/79 on the left.

**Examination:**

General Examination:

GENERAL APPEARANCE: Well developed, well nourished.
HEAD: Normocephalic.
EYES: Pupils equal, round, reactive to light and accommodation.
EARS: Normal.
NOSE: Nares patent , no lesions.
LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: Bowel sounds present x4, soft and nontender.
PERIPHERAL PULSES: Normal.
EXTREMITIES: Full range of motion.
NECK/THYROID: No carotid bruit, no jugular venous distention.
SKIN: No suspicious lesions visualized, warm and dry.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
ORAL CAVITY: Normal , mucosa moist.
MUSCULOSKELETAL: No obvious deformity.
NEUROLOGIC: Alert and oriented x 3.
PSYCH: Cooperative with exam, judgement and insight good.

## Assessment:

**Assessment:**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Polyneuropathy, unspecified - G62.9

## Plan:

**Treatment:**

**1. Others**

Notes:
Continue medications as current.
The patient is to return to clinic in three months with EKG and ABI.

## Images:

**Provider: Sadeem Mahmood, M.D.** **Date: 04/09/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

---

**Provider: Sadeem Mahmood, M.D.** **Date: 04/09/2024**

MV
MARCUS VADEN
LAW

April 30, 2024

*Via Facsimile: (402) 361-1460*

Amber Cronican, Specialist LTD Claims
Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000010201375000000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Amber Cronican,

This is a response to your letter dated 4/10/2024, directing us to send any additional documentation or comments via fax to (402) 361-1460 within 21 days.

As I have previously stated, the original denial letter dated 5/12/2023 made a decision over seven (7) months into the future which prevented consideration of updated treatment records regarding Mr. Bobb's ongoing conditions. The prematurity of this decision resulted in deadlines occurring before the date he supposedly would no longer meet the definition of disability, which was 12/15/2023.

As you are aware, Lincoln Financial previously found Mr. Bobb unable to perform his own occupation due to right hip pain (later determined to be a labral tear), tendonitis, and bursitis; he was prescribed hydrocodone and tizanidine to manage the worsening pain. Although this may have been Mr. Bobb's primary source of impairment in 2021 and 2022, the claimant began manifesting other symptoms in 2023 which continued to worsen in the seven (7) months after his benefits were preemptively terminated.

Specifically, Mr. Bobb's physical and mental limitations from his cardiovascular conditions were not considered, nor has any cardiologist reviewed his file. The Transferable Skills Analysis performed by Angelle Nash, the 3/8/2024 and 4/2/2024 medical reviews performed by pain management specialist Dr. Annie Layno-Moses, and the 3/8/2024 medical review by performed by psychiatrist Dr. Farhad Amani all fail to account for any of his cardiovascular symptoms of

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278
www.marcusvadenlaw.com

lower extremity pain/swelling that is worse at rest or after ambulation, chest pain and shortness of breath with exertion, fatigue with minimal exertion, and decreased stress tolerance. Later diagnostic testing has substantiated these complaints, as he was found to have severe venous insufficiency in multiple veins of both legs, a congenitally anomalous LAD (left anterior descending artery) in his heart, obstructed blood flow in his RCA (right coronary artery) requiring catheterization and stenting, and a leaky tricuspid heart valve.

Mr. Bobb reported pain radiating down his right leg to his PCP Kerry Pennington, MD on 8/25/2022. On 8/3/2023, he saw Anthony Rodriguez, APRN at the same clinic for circulation issues in his legs/feet. He returned to clinic on 9/5/2023 to follow-up on low back pain that radiates to legs, burning/stinging pain in his feet that keeps him up at night, and varicose veins in his lower legs. Records from the appointment show that "presents to the clinic today with a cc of having bilateral leg pain that is worsened with ambulation." On exam, he was found to have "decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet." He was referred to Matt Wood, APRN and Sadeem Mahmood, MD at South Arkansas Cardiology.

At his initial cardiology appointment with Dr. Mahmood on 9/28/2023, Mr. Bobb reported chest pain, shortness of breath, and fatigue with minimal exertion. He also complained of bilateral lower extremity pain/edema, right worse than left, which occurs at rest, at night, upon standing, and after ambulation. On exam, he was found to have 1-2+ edema of the bilateral lower extremities – toes with sluggish capillary refill and faint pedal pulses +1.

Diagnostic Venous Mapping on 10/24/2023 found severe insufficiency of right superficial femoral vein, severe insufficiency of the right great saphenous vein above the knee, severe insufficiency of the right great saphenous below the knee, severe insufficiency in left superficial femoral vein, severe insufficiency in left great saphenous above the knee, and severe insufficiency in left great saphenous below the knee. Bilateral compression therapy and possible EVL/RFA/Foam of above vessels recommended.

Carotid Doppler performed the same day found atherosclerotic plaque in the right ICA (internal carotid artery) and the left ICA (internal carotid artery), with atherosclerotic plaque and calcification in the Right CCA (common carotid artery). Examination of the right and left common carotid arterial systems revealed mild intimal thickening in bulbs and proximal internal carotid arteries. Mr. Bobb also had an echocardiogram performed 10/24/2023 as well which found trace tricuspid regurgitation.

Mr. Bobb returned to the cardiology clinic on 11/9/2023 to discuss these test results with Dr. Mahmood. He again complained of shortness of breath with exertion, fatigue associated with minimal exertion, and bilateral lower extremity pain/edema that usually occurs at rest and at night. He was noted to venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months at which point Dr. Mahmood recommended proceeding with EVL/RFA/foam of bilateral GSVs AK/BK, right leg first.

Operative reports reflect that Mr. Bobb underwent Varithena Foam Ablation of the Right Great Saphenous Vein above the knee on 12/13/2023, Varithena Foam Ablation of the Left Great Saphenous Vein above the knee on 12/20/2023, Varithena Foam Ablation of the Left Great Saphenous Vein below the knee on 12/27/2023, and Varithena Foam Ablation of the Right Great Saphenous Vein below the knee on 1/3/2024. All of these operative reports direct Mr. Bobb to keep his leg elevated while sitting.

The claimant returned to South Arkansas Cardiology on 1/10/2024 for a follow-up with Dr. Mahmood. Mr. Bobb reported that his leg was feeling better since treatment. However, he still had continuing complaints of chest pain, described as heaviness which are associated with shortness of breath with exertion and fatigue with minimal exertion. Dr. Mahmood scheduled him for a exercise Cardiolite stress test to be performed on 1/30/2024. The Nuclear Stress Report reflects that this test was stopped because of shortness of breath and pain in his legs. The test also revealed moderate to severe anterior defects, severe apical defects, and moderate septal defects. Further evaluation was recommended.

At Mr. Bobb's follow-up appointment with Dr. Mahmood on 2/6/2024, he reported the lower extremity pain/edema had returned with new swelling in his hands. "The patient complains of generalized chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and dizziness. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching in lower extremities, which usually occur at rest. The patient states that his hands are starting to swell...The patient had an abnormal stress test, which suggest ischemia Recommend LHC for further evaluation....The patient complains of ongoing claudication despite medical management, The patient is unable to engage in usual lifestyle activities. The patient can not tolerate exercise due to lower extremity pain for more than 12 weeks. Cholesterol well controlled for over six months. The patient denies tobacco use for over six months. There are no equally limiting comorbidities contributing to present illness. Recommend bilateral lower extremity arterial Doppler for further evaluation."

Lower Extremity Arterial Doppler performed 2/14/2024 found mild plaque formation on the Right CFA (common femoral artery), Right SFA (superficial femoral artery), Right Popliteal artery, and Left CFA (common femoral artery). A Left heart cath selective coronary angiogram was then performed on 3/5/2024 to assess his coronary artery disease (CAD) and angina, which found:

> "Of note, there are significant numbers of conus branches connecting to the proximal part of the left anterior descending artery, which is **congenitally 100% not connected** to the left main coronary artery and arises from that segment...The proximal part of the PDA just after the crux has got an eccentric hazy 70% atherosclerotic lesion and this PDA lesion is of extreme **significance** because not only it is **obstructing the flow to the whole PDA** which is giving lot of septal perforators to the LAD as well as it is **obstructing flow**

**to the apical segment of the LAD,** which is connected with collateral from PDA distal edge to the LAD apical edge like a wraparound vessel and also of course it is **obstructing the flow of the PDA itself**...There is a congenital absence of the left anterior descending artery from the left main... This IVUS showed there were some atherosclerotic areas, but the area of concern in the proximal PDA had high-grade concentric atherosclerotic lesion with a plaque burden of 74.4% stenosis and luminal area of 3.6 mm2 only suggesting a **very hemodynamically significant lesion.** Due to the patient's anatomy and anomaly which is probably related to his congenital anomaly, this proximal PDA lesion was **hemodynamically very significant and almost covering more than 65-70% of the myocardial territory**, hence it needed to be intervened on."

After successful stenting, Dr. Mahmood placed Mr. Bobb on dual antiplatelet therapy for six months followed by aspirin for lifetime. Guideline medical therapy for coronary artery disease and risk factor modification and standardized status post stent care was also planned.

Mr. Bobb returned to South Arkansas Cardiology on 4/9/2024 for a follow-up appointment. Active symptoms at this visit were shortness of breath with exertion and at rest, fatigue associated with minimal exertion, dizziness upon standing described as pre-syncope, and bilateral lower extremity pain/edema (left worse than right) which usually occurs at rest, at night, upon standing and after ambulation. He also reported left knee and ankle swelling.

The range and severity of these symptoms in the several months leading up to the change in definition of disability which occurred on 12/15/2023 would result in a functional capacity much more limited than described in the medical reviews you purchased. I have attached records from South Arkansas Cardiology dated 1/30/2024 to 4/9/2024, which contain objective diagnostic findings that substantiate the claimant's previously reported symptoms.

Failing to consider these records in your assessment would only confirm that you intentionally made the decision to terminate benefits over half a year into the future to avoid considering the full scope of Mr. Bobb's worsening impairments. It should also be noted that due to the claimant's current use of blood thinners, surgery for his hip is no longer an option and the pain continues to worsen.

Sincerely,

[signature]

Marcus Vaden

MV/ms

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024

**Patient:** BOBB, Adam
**Account Number:** 56397
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Sadeem Mahmood, M.D.
**Date:** 02/06/2024

## Subjective:

### Chief Complaints:

1. The patient is here today for one-month follow-up. The patient has had stress test on 01/30/2024 - sinus rhythm, in response to stress, the ECG showed non-diagnostic ST changes, moderate to severe anterior with severe apical and moderate septal defects, reversibility of above defects, viable myocardium - recommend further evaluation. Sleep study - the patient states that he refused due to financial because his insurance would not pay for it. I asked him would he like to do it at JRMC and he stated that he is worried that he would be able to sleep. VIDS is scheduled for 04/10/2024..

### HPI:

History of present illness:

The patient complains of generalized chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and dizziness. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as aching in lower extremities, which usually occur at rest. The patient states that his hands are starting to swell. The patient denies palpitation or dizziness. The patient had an abnormal stress test, which suggest ischemia. Recommend LHC for further evaluation. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with the procedure. The patient complains of ongoing claudication despite medical management. The patient is unable to engage in usual lifestyle activities. The patient can not tolerate exercise due to lower extremity pain for more than 12 weeks. Cholesterol well controlled for over six months. The patient denies tobacco use for over six months. There are no equally limiting comorbidities contributing to present illness. Recommend bilateral lower extremity arterial Doppler for further evaluation. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with procedure.

### ROS:

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for claudication and edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Medical History:** PDA, Labral tear right hip, Hypertension, Arthritis, High cholesterol, Varicose veins.

**Surgical History:** Arteries did not form all the way so they had to stent/close it up at the age of two years. .

**Family History:**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History:**
The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab; sober x2 weeks. The patient does not use recreational drugs.

**Medications:** Taking Multivitamin - Tablet 1 tablet Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking Lidocaine , Notes to Pharmacist: Patch qhs, Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking Methocarbamol , Notes to Pharmacist: 1500 mg tid, Taking Carvedilol 12.5 MG Tablet 1 tablet with food Orally twice a day , Taking traZODone HCl , Notes to Pharmacist: 200 mg qhs, Taking Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed , Taking Calcium Carbonate Antacid ,

**BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 02/06/2024**

Notes to Pharmacist: 2000 mg q. 4 hours prn, Taking diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally , Taking EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection , Taking Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn, Taking Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day , Taking Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours, Taking Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn, Taking Gabapentin 600 MG Tablet 1 tablet Orally Three times a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day

**Allergies:** Sulfa Antibiotics,

## Objective:

**Vitals:** HR: **83** /min, BP: **121/78** mm Hg, Wt: **220** lbs, BMI: **27.5** Index, Ht: 75 in, Oxygen sat %: **96** %, Ht-cm: 190.5 cm, Wt-kg: 99.79 kg
BP 112/74 on the left.

**Examination:**

General Examination:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
NOSE: nares patent , no lesions.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
PERIPHERAL PULSES: normal.
EXTREMITIES: full range of motion.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
ORAL CAVITY: normal , mucosa moist.
NEUROLOGIC: alert and oriented x 3.

## Assessment:

**Assessment:**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Chest pain, unspecified - R07.9
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Varicose veins of unspecified lower extremity with inflammation - I83.10
9. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
10. Alcohol abuse, uncomplicated - F10.10
11. Alcoholic polyneuropathy - G62.1

## Plan:

**Treatment:**

**1. Others**

Notes:
Schedule for bilateral lower extremity arterial Doppler - If abnormal will add AFRO to cath.
Schedule and PA LHC plus minus PCI via right CFA access. Risks, benefit, and alternatives have been explained in detail including the risk of stroke and death. Patient and accompanying persons verbalizes understanding and wishes to proceed with procedure.
Check fasting PAT labs with lipids.
The patient is to return to clinic post above for post-op.

**Provider: Sadeem Mahmood, M.D.** **Date: 02/06/2024**

BOBB, Adam DOB: (40 yo M) **Acc No.** 56397 **DOS:** 02/06/2024

**Images:**

**Provider: Sadeem Mahmood, M.D.** **Date: 02/06/2024**

3/3

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

**Progress Note**

**Patient:** BOBB, Adam
**Account Number:** 56397
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**

**Provider:** Sadeem Mahmood, M.D.
**Date:** 04/09/2024

## Subjective:

**Chief Complaints:**

1. The patient is here for two-month follow-up. The patient is status post LHC plus minus PCI on 03/05/2024 - high-grade lesion of the proximal PDA which was involving not only RCA, but congenitally anomalous LAD, which was coming off the perforators of the PDA with successful stenting. The patient is going to be placed on dual anti-platelet therapy for six months followed by aspirin for lifetime. We wil do guideline medical therapy for CAD and risk factor modification and standardized status post will be provided. Labs were drawn on 02/29/2024 - glucose fasting 292 (high), creatinine 0.79 (low), HDL 35 (low), urinalysis 3+ glucose, and K+, BUN, cholesterol, Trig, LDL, Mg, TFTs, CBC, PT and APTT are within normal limits. JRMC SMS - the patient states that they have been calling him, but he have not set an appointment yet. The patient has had arterial Doppler on 02/14/2024 - right CFA, SFA, popliteal and left CFA mild plaque, no significant flow-limiting lesion..

**HPI:**

History of present illness:

The patient complains of shortness of breath with exertion and at rest - little due to sinus infection. The patient complains of fatigue associated with minimal exertion. The patient complains of dizziness upon standing described as pre-syncope. The patient complains of bilateral lower extremity pain/edema. The patient states that left lower extremity is worse than the right lower extremity. The patient describes discomfort as burning and heaviness in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient states left knee and ankles swelling. The patient denies chest pain or palpitations.

**ROS:**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, or PND. VASC - Negative for claudication or edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Positive for dizziness. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

**Medical History:** PDA, Labral tear right hip, Hypertension, Arthritis, High cholesterol, Varicose veins.

**Surgical History:** Arteries did not form all the way so they had to stent/close it up at the age of two years, , DES of PDA on 03/05/2024 .

**Family History:**
Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History:**
The patient is a smoker - cigarettes, pack daily. The patient does not drink alcohol. The patient does not use recreational drugs.

**Medications:** Taking Multivitamin - Tablet 1 tablet Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking Lidocaine , Notes to Pharmacist: Patch qhs, Taking amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day , Taking hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day , Taking Methocarbamol , Notes to Pharmacist: 1500 mg tid, Taking traZODone HCl , Notes to Pharmacist: 200 mg qhs, Taking Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed , Taking Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn, Taking diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally , Taking EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection , Taking Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn, Taking Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day , Taking Milk of Magnesia , Notes to

**BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024**

Pharmacist: 30 mL q. 12 hours, Taking Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn, Taking Gabapentin 600 MG Tablet 1 tablet Orally Three times a day , Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime , Taking Ezetimibe 10 MG Tablet 1 tablet Orally Once a day , Taking Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day

**Allergies:** Sulfa Antibiotics.

## Objective:

**Vitals:** HR: **82** /min, BP: **135/81** mm Hg, Wt: **226** lbs, BMI: **28.24** Index, Ht: 75 in, Oxygen sat %: **97** %, Ht-cm: 190.5 cm, Wt-kg: 102.51 kg
BP 136/79 on the left.

**Examination:**

General Examination:

GENERAL APPEARANCE: Well developed, well nourished.
HEAD: Normocephalic.
EYES: Pupils equal, round, reactive to light and accommodation.
EARS: Normal.
NOSE: Nares patent , no lesions.
LUNGS: Bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: Bowel sounds present x4, soft and nontender.
PERIPHERAL PULSES: Normal.
EXTREMITIES: Full range of motion.
NECK/THYROID: No carotid bruit, no jugular venous distention.
SKIN: No suspicious lesions visualized, warm and dry.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
ORAL CAVITY: Normal , mucosa moist.
MUSCULOSKELETAL: No obvious deformity.
NEUROLOGIC: Alert and oriented x 3.
PSYCH: Cooperative with exam, judgement and insight good.

## Assessment:

**Assessment:**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Atherosclerotic heart disease of native coronary artery without angina pectoris - I25.10
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Polyneuropathy, unspecified - G62.9

## Plan:

**Treatment:**

**1. Others**

Notes:
Continue medications as current.
The patient is to return to clinic in three months with EKG and ABI.

## Images:

**Provider: Sadeem Mahmood, M.D.** **Date: 04/09/2024**

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 04/09/2024

**Provider: Sadeem Mahmood, M.D.** **Date: 04/09/2024**

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-9726**

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 56397
Age: 40

Date: Jan. 30, 2024, 9:53 a.m.
Sex: M

## NUCLEAR STRESS REPORT

### Findings

Protocol: Utilizing the standard Bruce protocol the patient was exercised for minutes, seconds, achieving a maximum heart rate of , which is % of predicted maximal heart rate. There was physiologic heart rate and blood pressure response to exercise

Heart Rate / Blood Pressure: Max Heart Rate: 158 % of Max Predicted Heart Rate: 85 Rest Heart Rate: 72 Rest BP: 126/81 Max BP: 153/90 Mets Achieved: 24,174

Reason for Stopping: The test was stopped because of shortness of breath, legs hurt.

Resting ECG: Sinus rhythm.

Stress ECG: In response to stress, the ECG showed non-diagnostic ST changes (see exercise report for details).

Rest Global: Overall left ventricular systolic function is mildly impaired with, an EF between 45 - 50 %.

Rest regional 16 segment: Rest: Moderate to severe anterior with severe apical and moderate septal defects

Stress Regional: Stress: Reversibility of above defects

Stress concl.: Viable myocardium.

Recommendations: Recommend further evaluation.

### Conclusions

1. Resting ECG: Sinus rhythm.
2. Stress ECG: In response to stress, the ECG showed non-diagnostic ST changes (see exercise report for details).
3. Rest regional 16 segment: Rest: Moderate to severe anterior with severe apical and moderate septal defects
4. Stress Regional: Stress: Reversibility of above defects
5. Stress concl.: Viable myocardium.
6. Recommendations: Recommend further evaluation.

Signed by **Matt wood** on **Feb. 6, 2024, 10:15 a.m.**

SARC MedIQ
https://www.sarcmediq.com

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-9726**

SARC Cardiovascular and Vein Center

| | | |
|---|---|---|
| Name: BOBB, ADAM | Patient ID: 20240214-112722-6358 | Date: Feb. 14, 2024, 11:27 a.m. |
| DOB: | Age: 40 | Sex: M |

## LOWER EXTREMITY ARTERIAL DOPPLER

| **Right Side** | **Left Side** |
|---|---|
| CFA Rt Prox PS: 82.2 cm/s | CFA Lt Prox PS: 85.3 cm/s |
| SFA Rt Prox PS: 84.3 cm/s | SFA Lt Prox PS: 93.9 cm/s |
| SFA Rt Mid PS: 72.7 cm/s | SFA Lt Mid PS: 89.3 cm/s |
| SFA Rt Dist PS: 47.4 cm/s | SFA Lt Dist PS: 80.2 cm/s |
| Pop A Rt Dist PS: 54.5 cm/s | Pop A Lt Dist PS: 47.4 cm/s |
| P.Tib A Rt Prox PS: 54.0 cm/s | P.Tib A Lt Prox PS: 38.3 cm/s |
| P.Tib A Rt Dist PS: 47.9 cm/s | P.Tib A Lt Dist PS: 46.4 cm/s |
| A.Tib A Rt Prox PS: 37.3 cm/s | A.Tib A Lt Prox PS: 34.8 cm/s |
| A.Tib A Rt Dist PS: 36.3 cm/s | |

### Findings

Right CFA: Right CFA has triphasic waveform. Right CFA has mild plaque formation.

Right SFA: Right SFA has triphasic waveform. Right SFA has mild plaque formation.

Right POP: Right Popliteal has triphasic waveform. Right Popliteal artery has mild plaque formation.

Right PTA: Right PTA has triphasic waveform.

Right ATA: Right ATA has triphasic waveform.

Right DPA: Right DPA has triphasic waveform.

Left CFA: Left CFA has triphasic waveform. Left CFA has mild plaque formation.

Left SFA: Left SFA has triphasic waveform.

Left Popliteal: Left Popliteal artery has triphasic waveform.

Left PTA: Left PTA has triphasic waveform.

Left ATA: Left ATA has triphasic waveform.

Left DPA: Left DPA has triphasic waveform.

SARC MedIQ
https://www.sarcmediq.com

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-8726**

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20240214-112722-6358
Age: 40

Date: Feb. 14, 2024, 11:27 a.m.
Sex: M

Assessment: No significant flow limiting lesion is identified on this ultrasound.

**Conclusions**

1. Right CFA: Right CFA has mild plaque formation.
2. Right SFA: Right SFA has mild plaque formation.
3. Right POP: Right Popliteal artery has mild plaque formation.
4. Left CFA: Left CFA has mild plaque formation.
5. Assessment: No significant flow limiting lesion is identified on this ultrasound.

Signed by **Sadeem Mahmood** on **Feb. 14, 2024, 3:50 p.m.**.

SARC MediQ
https://www.sarcmediq.com

SARC
SURGICAL AMBULATORY REGIONAL CENTERS
Pine Bluff
by HSH

Sadeem Mahmood
MD, FACC

Patient Name: Bobb, Adam
MR#: 36597
Date of Birth:
Age: 40
Date of Procedure: 03/05/2024

Procedure performed by Sadeem Mahmood, M.D., F.A.C.C.

Location: SARC BY HSH, ASC Pine Bluff, LLC

Pre Operative Diagnosis: CAD, angina.

Post Operative Diagnosis: CAD, angina.

Procedure:

1. Left heart cath selective coronary angiogram through right radial artery approach.
2. Primary vessel intravascular ultrasound RCA and PDA.
3. Primary vessel drug-eluting stent PDA.

Indication: The patient is a 40-year-old white male, who has had past medical history significant for angina, abnormal stress test with anterior wall ischemia and apical ischemia. The patient was therefore referred for above-mentioned study. The patient has congenital heart disease history of patent ductus arteriosus, which was corrected when he was two weeks old.

Conscious Sedation: The patient's conscious sedation monitoring and level of consciousness was performed for 60 minutes. Please review medications given in Cath Core notes.

Procedure in Detail: After appropriate aseptic precautions and performing the Allen's test, the right wrist was prepped in sterile fashion. Lidocaine 1% was used locally to provide anesthesia in the right wrist. After this, a short micropuncture INC needle was used to access the right radial artery. A 0.14 access wire was used to cross into the right radial artery. Over this, a 6 French right radial sheath was placed in the right radial. Then, a radial cocktail consisting of verapamil 2.5 mg, 400 mcg of nitroglycerin, and 1500 units of heparin was mixed in syringe and given through the right radial sheath. Then, over an exchange length J wire, a hockey stick 6 French guide catheter was passed crossing the right radial into the right brachial and then passing through right axillary down the right subclavian and crossing the right innominate. The arch of aorta was access with J wire. The J wire was then passed into the ascending root of the aorta. The catheter was then passed over the J wire. This catheter was introduced into the left ventricular cavity. Left ventricular hemodynamics were obtained. Then in RAO projection, injection of 8 x 16 was performed to obtain the left ventriculogram. Then a pullback was performed to measure the gradient across the aortic valve. Then this catheter was used to engage the right coronary artery. Injection of the RCA was taken in LAO, RAO and LAO cranial projections. The catheter was then docked into the left main coronary artery. Injections were taken in LAO cranial, AP cranial, RAO cranial, RAO caudal, AP caudal and LAO caudal projections. The catheter was then

SARC
SURGICAL AMBULATORY REGIONAL CENTERS
Pine Bluff
by HSH

Sadeem Mahmood
MD, FACC

removed over J wire. Sheaths were removed. Once his procedure was complete, a transradial band was applied.

Coronary Artery Findings:

Hemodynamic Data: LV systolic pressure was 138 mm/Hg. LV end-diastolic pressure was 14 mm/Hg. Aortic pressure was 138/67 mm/Hg.

Left Ventriculogram: Left ventriculogram shows normal LV systolic function, normal wall motion, LVEF is 60%.

Right Coronary Artery: RCA is a very large dominant vessel, which gives off a very large PDA.

Of note, there are significant numbers of conus branches connecting to the proximal part of the left anterior descending artery, which is congenitally 100% not connected to the left main coronary artery and arises from that segment. It gives off a large diagonal and then rest of the LAD is a large vessel, which wraps around the apex. There are multiple significant septal perforators coming off the whole posterior descending artery feeding the left anterior descending as well as apical part of the PDA is connecting with large collateral to the apical part of the LAD. The proximal part of the PDA just after the crux has got an eccentric hazy 70% atherosclerotic lesion and this PDA lesion is of extreme significance because not only it is obstructing the flow to the whole PDA which is giving lot of septal perforators to the LAD as well as it is obstructing flow to the apical segment of the LAD, which is connected with collateral from PDA distal edge to the LAD apical edge like a wraparound vessel and also of course it is obstructing the flow of the PDA itself.

Left Main Coronary Artery: Left main coronary artery continues as a left circumflex artery only. There is a congenital absence of the left anterior descending artery from the left main.

Left Circumflex Artery: The left circumflex gives off a small OM1 and a large second OM. Left main and left circumflex branches are normal.

Intravascular Ultrasound: A hockey stick guide catheter was used to engage the right coronary artery. This was a 6-French catheter. The patient was given a total of 10,000 units of IV heparin and then an ASAHI Prowater wire 0.014 x 180 was used to cross through the RCA down the PDA vessel. Then over which, I came down with a Volcano Eagle Eye IVUS catheter and performed intravascular ultrasound of the RCA and PDA. This IVUS showed there were some atherosclerotic areas, but the area of concern in the proximal PDA had high-grade concentric atherosclerotic lesion with a plaque burden of 74.4% stenosis and luminal area of 3.6 mm2 only suggesting a very hemodynamically significant lesion. Due to the patient's anatomy and anomaly which is probably related to his congenital anomaly, this proximal PDA lesion was hemodynamically very significant and almost covering more than 65-70% of the myocardial territory, hence it needed to be intervened on.

Interventional Procedure: A Volcano Eagle Eye IVUS catheter was removed and over the same wire I came down with 2.75 x 15 mm Orsiro Biotronik drug-eluting stent deploying at the site of the lesion at 11 ATM for 15 seconds. Then I pulled the stent balloon slightly back and postdilated at 13 ATM for 15

SARC
SURGICAL AMBULATORY REGIONAL CENTERS
Pine Bluff
by HSH

Sadeem Mahmood
M.D., F.A.C.C.

seconds. After removal of stent balloon and wire, final injection showed 0% residual, TIMI 3 flow and significant plumping of the LAD and diagonal vessels and all the collaterals and perforator branches. The patient tolerated the procedure well.

Impression/Plan: High-grade lesion of the proximal PDA, which was involving not only RCA, but congenitally anomalous LAD, which was coming off the perforators of the PDA with successful stenting. The patient is going to be placed on dual antiplatelet therapy for six months followed by aspirin for lifetime. We will also do guideline medical therapy for coronary artery disease and risk factor modification and standardized status post stent care will be provided.

Sadeem Mahmood, M.D.
Cardiac and Peripheral Vascular Interventionist
Nuclear cardiologist
Diplomate, American Board of Cardiovascular Disease
Diplomate, American Board of Internal Medicine
Diplomate, Certification Board of Nuclear Cardiology

Reviewed and Electronically Signed
Sadeem Mahmood, M.D.
SM: ism/kn

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: **FINAL**

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959 | BOBB,ADAM | MAHMOOD,SADEEM |
| REQUISITION: SACAR001605 | DOB: AGE: 40 Years | CLIENT INFORMATION |
| COLLECTED: 02/29/2024 10:02 | GENDER: M CHART#: | SOUTH ARKANSAS CARDIOLOGY SACAR |
| RECEIVED: 02/29/2024 23:10 | FASTING: Unknown | 7200 SOUTH HAZEL STREET |
| REPORTED: 03/01/2024 06:29 | ID: 94777541 | PINE BLUFF, AR 71603 |
| AMENDED: | PHONE: | |
| REPRINTED: 04/09/2024 | ADDRESS: | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| **COMP METABOLIC PANEL** | | | | | | |
| Sodium | 137 | | | 135-146 | mEq/L | MEM |
| Potassium | 4.0 | | | 3.5-5.4 | mEq/L | |
| Chloride | 99 | | | 95-107 | mEq/L | |
| Carbon Dioxide | 23 | | | 19-31 | mEq/L | |
| Anion Gap | 15 | | | 7-23 | mEq/L | |
| **Glucose Fasting** | | **292** | **H** | **70-99** | **mg/dL** | |
| Urea Nitrogen (BUN) | 8 | | | 6-20 | mg/dL | |
| **Creatinine** | | **0.79** | **L** | **0.80-1.40** | **mg/dL** | |
| 2021 CKD-EPI eGFR-cr | 115 | | | >59 | mL/min/1.73m^2 | |
| BUN/Creatinine Ratio | 10 | | | | ratio | |
| Calcium Total | 9.8 | | | 8.5-10.5 | mg/dL | |
| Protein Total | 7.0 | | | 6.1-8.3 | g/dL | |
| Albumin | 4.7 | | | 3.5-5.2 | g/dL | |
| Globulin | 2.3 | | | 1.7-4.3 | g/dL | |
| A/G Ratio | 2.0 | | | 0.9-2.8 | ratio | |
| Bilirubin Total | 0.6 | | | 0.0-1.2 | mg/dL | |
| Alkaline Phosphatase | 88 | | | 40-119 | U/L | |
| AST (SGOT) | 30 | | | 9-50 | U/L | |
| ALT (SGPT) | 50 | | | 5-50 | U/L | |
| **LIPID PROFILE** | | | | | | |
| Cholesterol | 133 | | | <200 | mg/dL | MEM |
| Triglycerides | 142 | | | 0-149 | mg/dL | |
| **HDL Cholesterol** | | **35** | **L** | **>39** | **mg/dL** | |
| LDL Cholesterol | 75 | | | <100 | mg/dL | |
| Non HDL Cholesterol | 98 | | | <130 | mg/dL | |
| Coronary Risk Ratio | 3.80 | | | <4.97 | | |

Comment for LIPID PROFILE

Non-HDL Cholesterol is a better indicator for
cardiovascular risk than LDL-Cholesterol for patients
who have increased triglycerides or are non-fasting.

Non-HDL Cholesterol:
< 130 mg/dL (Optimal)
< 160 mg/dL (Near Optimal/Above Optimal)

| 338906959 | BOBB,ADAM | Page: 1 |
|---|---|---|

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959 | BOBB,ADAM | MAHMOOD,SADEEM |
| REQUISITION: SACAR001605 | DOB: AGE: 40 Years | CLIENT INFORMATION |
| COLLECTED: 02/29/2024 10:02 | GENDER: M CHART#: | SOUTH ARKANSAS CARDIOLOGY SACAR |
| RECEIVED: 02/29/2024 23:10 | FASTING: Unknown | 7200 SOUTH HAZEL STREET |
| REPORTED: 03/01/2024 06:29 | ID: 94777541 | PINE BLUFF, AR 71603 |
| AMENDED: | PHONE: | |
| REPRINTED: 04/09/2024 | ADDRESS: | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | Reference Range | | Lab |
|---|---|---|---|---|---|
| LDL Cholesterol:<br>< 100 mg/dL (Optimal)<br>< 130 mg/dL (Near Optimal/Above Optimal) | | | | | |
| Coronary Risk Ratio:<br>Average for males < 4.97 | | | | | |
| Magnesium | 2.18 | | 1.60-2.60 | mg/dL | MEM |
| Thyroxine-T4 | 4.9 | | 4.5-12.0 | ug/dL | MEM |
| **THYROID STIM HORMONE** | | | | | |
| TSH | 2.9 | | 0.40-4.1 | mIU/L | MEM |
| **TRIIODOTHYRONIN-T3** | | | | | |
| Total T3 | 160 | | 80-200 | ng/dL | MEM |
| **CBC WITH DIFFERENTIAL** | | | | | |
| WBC | 6.8 | | 4.0-11.0 | K/uL | MEM |
| RBC | 5.01 | | 4.30-5.70 | M/uL | |
| Hemoglobin | 16.4 | | 13.0-17.5 | g/dL | |
| Hematocrit | 46.6 | | 39.0-55.0 | % | |
| MCV | 93.0 | | 78.0-102.0 | fL | |
| MCH | 32.7 | | 25.0-35.0 | pg | |
| MCHC | 35.2 | | 30.0-38.0 | g/dL | |
| RDW | 11.7 | | 11.5-16.0 | % | |
| Platelet Count | 212 | | 150-450 | K/uL | |
| Abs Neutrophils | 4.0 | | 1.8-7.0 | K/uL | |
| Abs Lymphocytes | 1.9 | | 1.0-4.0 | K/uL | |
| Abs Monocytes | 0.7 | | 0.1-1.1 | K/uL | |
| Abs Eosinophils | 0.1 | | 0.0-0.5 | K/uL | |
| Abs Basophils | 0.0 | | 0.0-0.3 | K/uL | |
| Abs Immature Grans | 0.0 | | 0.0-0.1 | K/uL | |
| Neutrophils | 58.9 | | | % | |
| Lymphocytes | 28.2 | | | % | |
| Monocytes | 10.3 | | | % | |

From: 04/30/2024 20:07 #926 P.020/021

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD: CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959<br>REQUISITION: SACAR001605<br>COLLECTED: 02/29/2024 10:02<br>RECEIVED: 02/29/2024 23:10<br>REPORTED: 03/01/2024 06:29<br>AMENDED:<br>REPRINTED: 04/09/2024 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING: Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7208 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br><br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| Eosinophils | 2.1 | | | | % | |
| Basophils | 0.4 | | | | % | |
| Immature Grans | 0.1 | | | | % | |
| Nucleated RBCS | <1.0 | | | <1 | /100 WBCs | |
| **PROTHROMBIN TIME (PT)** | | | | | | |
| Prothrombin Time | 13.1 | | | 11.9-14.2 | seconds | MEM |
| INR | 1.0 | | | 0.0-1.4 | | |

Comment for PROTHROMBIN TIME (PT)
Normal INR: 1.4 or Less
Standard Intensity: 2.0 - 3.0
Higher Intensity: 2.5 - 3.5
The reference intervals provided herein are established for patients who are not on anticoagulant therapy. The PT/INR should be used for monitoring oral anticoagulant such as warfarin.

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| **PTT ACTIVATED (APTT)** | | | | | | |
| Activated PTT (MEM) | 34.2 | | | 24.1-35.6 | seconds | MEM |
| **URINALYSIS W/MICRO** | | | | | | |
| Color | Yellow | | | Yellow | | MEM |
| Clarity | Clear | | | Clear | | |
| **Glucose** | | 3+ | ABN | **Negative** | | |
| Bilirubin | Negative | | | Negative | | |
| Ketones | Negative | | | Negative | | |
| Specific Gravity | 1.022 | | | 1.005-1.030 | | |
| Blood | Negative | | | Negative | | |
| pH | 6.0 | | | 4.6-8.5 | | |
| Protein | Negative | | | Negative | | |
| Nitrite | Negative | | | Negative | | |
| Leukocyte Esterase | Negative | | | Negative | | |
| White Blood Cells | <2 | | | <2 | /hpf | |
| Red Blood Cells | <2 | | | 0-4 | /hpf | |
| Bacteria | Negative | | | Negative | | |
| Epith-Squamous | 0 | | | | | |

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD. CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338906959<br>REQUISITION: SACAR001605<br>COLLECTED: 02/29/2024 10:02<br>RECEIVED: 02/29/2024 23:10<br>REPORTED: 03/01/2024 06:29<br>AMENDED:<br>REPRINTED: 04/09/2024 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING: Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>**CLIENT INFORMATION**<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| Casts-Hyaline | 0 | | | | |

**Legend:**

MEM----------> American Esoteric Laboratories 1701 Century Center Cove Memphis,Tn 38134
(800)423-0504
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744

*** END OF REPORT - FINAL ***

| 338906959 | BOBB,ADAM | Page: 4(Last) |
|---|---|---|

From: 04/30/2024 19:43 #924 P.001/021

MV

PAGE 1/1 * RCVD AT 4/30/2024 8:49:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/2 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):00-47

MV

MARCUS VADEN

LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

| | |
|---|---|
| Date: | April 30, 2024 |
| To: | The Lincoln National Life Insurance Company, Claims Shared Services |
| Fax number: | (402) 361-1460 |
| ATTN: | Amber Cronican, Specialist LTD Claims |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

Re: Policyholder: Trinity Village, Inc

PAGE 1/1 * RCVD AT 4/30/2024 8:51:51 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):00-48

From: 04/30/2024 19:39 #923 P.001/021

MV

MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

| | |
|---|---|
| Date: | April 30, 2024 |
| To: | The Lincoln National Life Insurance Company, Claims [illegible] |
| Fax number: | (402) 361-1460 |
| ATTN: | Amber Cronican, Specialist LTD Claims |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

| Re: | | |
|---|---|---|
| | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000010201375000000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Total Pages (including this cover sheet) 20 pages**

- **Response to 4/10/2024 Letter: 4 pages**
- **Records from South Arkansas Cardiology 15 pages**

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

REF #23175598

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 17, 2024

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Adam:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by May 17, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha Spears
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

REF #23175598

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 17, 2024

MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY AR 72034

This page is for mailing purposes only. Please disregard.

©2013 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #23175598

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 17, 2024

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Adam:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

Please provide our office with a current status of your application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial or appeal notification. If you have not received an award or denial yet, please contact our office to provide a current status update.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not provide a current application status update by May 17, 2024 your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me.

Sincerely,

Lakesha Spears
800-423-2765 x 2111
Claims Examiner II, Social Security
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Date: Wed Apr 10 10:25:21 CDT 2024
From: Amber Cronican <Amber.Cronican@lfg.com>
To: MVADEN@MARCUSVADEN.COM
E-communication from Lincoln Financial Group
Message-ID: <733693146.3.1712762721366.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: (402) 361-7304
Fax: 402 951 0489
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 10, 2024

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As advised in our letter dated 03/27/2024 we sent the additional items that came in while the claim was already in the medical review process to the reviewing physician to review and addend the initial review. The additional medical information was reviewed by an independent Board Certified physician. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision.

Your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 05/01/2024. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 05/01/2021 then we will render a decision based on the information currently in the file.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Sincerely,
Amber Cronican
800 423 2765 ext 66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

# Annie Layno-Moses, MD
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain medicine*

CLAIMANT NAME: Bobb, Adam
EXAMINER: Annie Layno-Moses, MD
ECN #: 224569-4
CLAIM #: 1220054596/1220024325
DATE OF LOSS:
DATE OF SERVICE: 4/2/2024

**Addendum**

11/16/23, X-ray pelvis: normal study.

11/16/23, Sarah T. Barlow, PA / Physician Assistant: The claimant presented for follow-up evaluation of his right hip pain. On exam, he has full right hip range of motion, but he has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees.

12/28/23, Lawrence K. O'Malley, MD: The claimant presented for follow-up evaluation of his right hip pain. He had an intra-articular right hip injection at that time which revealed the majority of his pain. He also did physical therapy which only helped for a short period of time. On exam, he has full right hip range of motion, but he has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees. X-rays of the right hip revealed reasonable maintenance of joint space; he has a small CAM deformity. MRI right hip revealed superolateral labral tear of the right hip and CAM deformity.

1. **Please review additional information received and advise if this new information would change your previous review results.**

No, the additional information does not alter my previous opinion. On 11/16/23, the claimant presented for follow-up evaluation of his right hip pain. On exam, he has full right hip range of motion, but he has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees. On 12/28/23, the claimant presented for follow-up evaluation of his right hip pain. He had an intra-articular right hip injection at that time which revealed the majority of his pain. He also did physical therapy which only helped for a short period of time. On exam, he has full right hip range of motion, but he has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees. X-rays of the right hip revealed reasonable maintenance of joint space; he has a small CAM deformity. MRI right hip revealed superolateral labral tear of the right hip and CAM deformity.

Based on the additional information, the claimant has continued to experience chronic pain in her right hip secondary to labral tear. Therefore, previously listed restrictions continue to apply. The claimant has chronic conditions with ongoing symptoms and is functionally limited.

2. **Please provide any restrictions or limitations for Mr Bobb with max hours per day and days per week.**

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.

The claimant's abilities are sustainable on a full-time basis.

Sincerely,

**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

# Annie Layno-Moses, MD
***Board-Certified in Physical Medicine & Rehabilitation***
***Pain medicine***

CLAIMANT NAME: Bobb, Adam
EXAMINER: Annie Layno-Moses, MD
ECN #: 224569-4
CLAIM #: 1220054596/1220024325
DATE OF LOSS:
DATE OF SERVICE: 4/2/2024

**Addendum**

11/16/23, X-ray pelvis: normal study.

11/16/23, Sarah T. Barlow, PA / Physician Assistant: The claimant presented for follow-up evaluation of his right hip pain. On exam, he has full right hip range of motion, but he has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees.

12/28/23, Lawrence K. O'Malley, MD: The claimant presented for follow-up evaluation of his right hip pain. He had an intra-articular right hip injection at that time which revealed the majority of his pain. He also did physical therapy which only helped for a short period of time. On exam, he has full right hip range of motion, but he has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees. X-rays of the right hip revealed reasonable maintenance of joint space; he has a small CAM deformity. MRI right hip revealed superolateral labral tear of the right hip and CAM deformity.

1. **Please review additional information received and advise if this new information would change your previous review results.**

No, the additional information does not alter my previous opinion. On 11/16/23, the claimant presented for follow-up evaluation of his right hip pain. On exam, he has full right hip range of motion, but he has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees. On 12/28/23, the claimant presented for follow-up evaluation of his right hip pain. He had an intra-articular right hip injection at that time which revealed the majority of his pain. He also did physical therapy which only helped for a short period of time. On exam, he has full right hip range of motion, but he has pain with hip flexion and external rotation; strength is 5/5 on bilateral hip abductors and adductors. There is positive Grind test on right hip. Spine range of motion with flexion is 60 degrees, extension 25 degrees. X-rays of the right hip revealed reasonable maintenance of joint space; he has a small CAM deformity. MRI right hip revealed superolateral labral tear of the right hip and CAM deformity.

Based on the additional information, the claimant has continued to experience chronic pain in her right hip secondary to labral tear. Therefore, previously listed restrictions continue to apply. The claimant has chronic conditions with ongoing symptoms and is functionally limited.

2. **Please provide any restrictions or limitations for Mr Bobb with max hours per day and days per week.**

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.

The claimant's abilities are sustainable on a full-time basis.

Sincerely,

**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

Date: Wed Mar 27 13:15:28 CDT 2024
From: Amber Cronican <Amber.Cronican@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <524536503.3.1711563328450.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: (402) 361-7304
Fax: 402 951 0489
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 27, 2024

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by two independent Board Certified physicians (physical conditions and mental nervous/behavioral health. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision. Please be advised that the 11/16/2023 to 12/06/2023 office notes, 12/28/2023 office note and the 12/06/2023 MRI was not included with the attached review as those items were submitted after the appeal was already in the medical review process. Documents cannot be added once the review has been started. At this time, we did send those extra items back to the PMR/PAIN physician to review. We will send you an update on the physical conditions review once the addendum review has been completed.

In the meantime, please review the report regarding the MN/BH conditions and respond by the deadline provided below with any additional information you want us to review.

As you can see, we are also including a TSA we ran with the supported restrictions and limitations from this current review report. Again, if there are any changes per the addendum review from a physical condition perspective, we will of course have the TSA addended accordingly. Again, we will update you with the addendum review once it has been completed. If the additional records do not support total disability, you will of course have 21 days from the date of that letter to review and respond.

Your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

The 21-day period will expire on 04/17/2024. Please submit any written comments or documentation to us at the address in the upper right-hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber Cronican
800 423 2765 ext 66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

# Farhad Amani, DO
## *Board-Certified in Psychiatry*

CLAIMANT NAME: Bobb, Adam
EXAMINER: Farhad A. Amani, DO
ECN #: 224569-2
CLAIM #: 220054596 / 1220024325
DATE OF LOSS: 6/18/2021
DATE OF SERVICE: 3/8/2024

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of ECN. I reviewed records from 6/7/2021 through 1/10/2024 including:

- *Mark Anthony G. Ramiro, MD / Family Medicine, extending from 6/7/2021 to 9/2/2021*
- *James L. Workman, MD / Diagnostic Radiology, on 6/7/2021*
- *R. Douglas Coleman, MD / Family Medicine, on 6/28/2021*
- *Kerry F. Pennington, MD / Family Medicine, extending from 10/25/2021 to 2/27/2023*
- *Samuel E. Edwards, MD / Diagnostic Radiology, on 11/8/2021*
- *Michael D. Cassat, MD / Family Medicine, on 12/16/2021*
- *David G. Jong, MD / Diagnostic Radiology, on 12/27/2021*
- *John Brown, DO / Family Medicine, extending from 1/25/2022 to 12/19/2023*
- *C. William Deaton, MD / Vascular & Interventional Radiology, on 2/9/2022*
- *Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 3/23/2022 to 4/13/2022*
- *Scott A. Johnson, LCSW / Licensed Clinical Social Worker, extending from 4/7/2022 to 12/29/2023*
- *Marcus Vaden / Attorney, on 7/18/2022*
- *Eric I. Finkelstein, MD / Physical Medicine & Rehabilitation, Case Reviewer, on 12/8/2022*
- *Lab Records, on 2/27/2023, 11/9/2023*
- *Micah R. Fritsche, MD / Diagnostic Radiology, on 6/9/2023*
- *Justin E. Costello, DO / Neuroradiology, on 8/3/2023*
- *Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 8/3/2023 to 10/31/2023*
- *Sadeem Mahmood, MD / Cardiology, extending from 9/28/2023 to 1/10/2024*
- *ECG Records, on 9/28/2023, 10/24/2023*
- *Appeal Nursing Memorandum, on 12/8/2023*
- *Terri Eubanks, DDS / Dental Surgery, on 1/3/2024*

The claimant is a 40-year-old male with a medical history significant for post-traumatic stress disorder, major depressive disorder and generalized anxiety disorder. There are

also listed diagnoses of chronic pain and osteoarthritis, however, these are beyond the scope of a mental health evaluation and therefore, I defer comments to the appropriate specialties.

10/31/23, Anthony Rodriguez, APRN / Advanced Practice Registered Nurse: The claimant reported being sober for 45 days. The claimant was recommended to continue to abstain from alcohol.

12/1/23, Scott A. Johnson, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. Sobriety, depression and anxiety were discussed.

12/14/23, Scott A. Johnson, LCSW / Licensed Clinical Social Worker: The claimant has been seen for depression and anxiety. He reported he is still sober; he is not having any cravings at this time. He discussed relationship issues. The exam revealed anxious mood, restlessness, normal thought and fair insight and judgment. Diagnoses are post-traumatic stress disorder, major depressive disorder and generalized anxiety disorder.

12/21/23, Scott A. Johnson, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. The claimant is doing well-being sober and is still meeting with parole officer daily. The exam revealed anxious mood, restlessness, normal thought and fair insight and judgment.

12/29/23, Scott A. Johnson, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. He reported he is still sober, but continuing to have relationship issues, which causes him stress. The exam revealed anxious mood.

1/3/24, Terri Eubanks, DDS / Dental Surgery: No psychiatric information.

1/10/24, Sadeem Mahmood, MD / Cardiology: Per the exam, the claimant was alert and oriented x3.

2/9/24, Legal documents. Summary of Mainline Health Systems, Mental health records.

**DIAGNOSES:** Chronic pain and osteoarthritis as well as PTSD depression and anxiety.

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing diagnosis (es) with ICD 10 Code(s).**

Post-traumatic stress disorder (F43. 10)
Major depressive disorder (F32. 9)
Generalized anxiety disorder (F41. 1)

**2. If applicable, please identify clinically significant co-morbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/15/2023 forward, and comment on the expected duration.**

No, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is no supported level of impairment that translates into restrictions and limitations from 12/15/2023 forward.

The claimant is a 40-year-old male with a medical history significant for post-traumatic stress disorder, major depressive disorder and generalized anxiety disorder. There are also listed diagnoses of chronic pain and osteoarthritis, however, these are beyond the scope of a mental health evaluation and therefore, I defer comments to the appropriate specialties.

Based on the medical records, the claimant reported anxiety, restlessness and stress. Per the treatment course, the claimant attends counseling. On 10/31/23, Anthony Rodriguez, APRN noted that the claimant reported being sober for 45 days. The claimant was recommended to continue to abstain from alcohol. On 12/14/23, Scott A. Johnson, LCSW noted that the claimant has been seen for depression and anxiety. He reported he is still sober; he is not having any cravings at this time. He discussed relationship issues. The exam revealed anxious mood, restlessness, normal thought and fair insight and judgment. Diagnoses were post-traumatic stress disorder, major depressive disorder and generalized anxiety disorder. On 12/21/23, Scott A. Johnson, LCSW noted that the claimant is doing well-being sober and is still meeting with parole officer daily. The exam revealed anxious mood, restlessness, normal thought and fair insight and judgment. On 12/29/23, Scott A. Johnson, LCSW noted that the claimant reported he is still sober, but continuing to have relationship issues, which causes him stress. The exam revealed anxious mood.

While the claimant's reported symptoms of anxiety, restlessness and stress are acknowledged; the available records do not include any evidence regarding a psychiatric condition to recommend activity restrictions. For instance, there are no incapacitating observations such as suicidality, observed deficits in thought processing, impaired hygiene, psychomotor disturbances, distractedness, crying spells, extreme mood lability, difficulties with reality testing, hallucinations, impairments in activities of daily living or cognitive impairment. In addition, there are no referrals to a higher level of care such as hospitalization or intensive outpatient program (IOP). Therefore, there are no psychiatric limitations requiring occupational restrictions.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

N/A. Treating providers did not report any restrictions and limitations.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant`s pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

I was asked to review this case from a psychiatry perspective only and I respectfully defer all pain related assessment to the respective co-reviewers.

**8. Please comment on the claimant`s reported pain and fatigue and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 12/15/2023 forward?**

I was asked to review this case from a psychiatry perspective only and I respectfully defer all pain related assessment to the respective co-reviewers.

Sincerely,

Farhad Amani, DO

**Farhad A. Amani, DO**
**Board certified Psychiatrist**
**Medical License TN 4036**

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Adam Bobb
Claim Number: 1220054596 / 1220024325
Case Number: 224569-2

"I, Farhad A Amani, DO, am a physician duly licensed to practice medicine in the State of TN. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Farhad Amani, DO
______________________________________________________3/8/24_________________
Signature of Physician Date

Medical/Professional License # 4036

# Annie Layno-Moses, MD
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain medicine*

CLAIMANT NAME: Bobb, Adam
EXAMINER: Annie Layno-Moses, MD
ECN #: 224569-3
CLAIM #: 1220054596/1220024325
DATE OF LOSS: 6/18/2024
DATE OF SERVICE: 3/8/2024

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/07/2021 through 01/22/2024 including:

- Mark Anthony G. Ramiro, MD / Family Medicine, extending from 6/7/2021 to 9/2/2021
- James L. Workman, MD / Diagnostic Radiology, on 6/7/2021
- R. Douglas Coleman, MD / Family Medicine, on 6/28/2021
- Kerry F. Pennington, MD / Family Medicine, extending from 10/25/2021 to 2/27/2023
- Samuel E. Edwards, MD / Diagnostic Radiology, on 11/8/2021
- Michael D. Cassat, MD / Family Medicine, on 12/16/2021
- David G. Jong, MD / Diagnostic Radiology, on 12/27/2021
- John Brown, DO / Family Medicine, extending from 1/25/2022 to 12/19/2023
- C. William Deaton, MD / Vascular & Interventional Radiology, on 2/9/2022
- Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 3/23/2022 to 4/13/2022
- Scott A. Johnson, LCSW / Licensed Clinical Social Worker, extending from 4/7/2022 to 12/29/2023
- Marcus Vaden / Attorney, on 7/18/2022
- Eric I. Finkelstein, MD / Physical Medicine & Rehabilitation, Case Reviewer, on 12/8/2022
- Lab Records, on 2/27/2023, 11/9/2023
- Micah R. Fritsche, MD / Diagnostic Radiology, on 6/9/2023
- Justin E. Costello, DO / Neuroradiology, on 8/3/2023
- Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 8/3/2023 to 10/31/2023
- Sadeem Mahmood, MD / Cardiology, extending from 9/28/2023 to 1/10/2024
- ECG Records, on 9/28/2023, 10/24/2023
- Appeal Nursing Memorandum, on 12/8/2023
- Terri Eubanks, DDS / Dental Surgery, on 1/3/2024

The claimant is a 40-year-old male with a medical history significant for chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right lip labral tear.

6/7/21, X-ray right hip: unremarkable study.

11/8/21, MRI right hip: tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

12/27/21, MRI lumbar spine: L4-5 desiccation and disc bulge with a small central disc protrusion resulting in mild central canal stenosis.

2/9/22, MRI cervical spine: C6-7 diffuse disc bulge and bony spur, moderate to severe left foraminal stenosis; C5-6 minimal disc bulge, uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis.

6/9/21, MRI lumbar spine: L4-5 mild disc space degeneration with broad-based posterior disc bulge, mild bilateral facet arthropathy.

6/28/21, Doug Coleman, MD: The claimant presented with right foot pain and right hip pain. He has a wound to right foot. On exam, there is tenderness to palpation over right iliac crest and into hip joint with leg raise and rotate. Pelvic muscle strength is 5/5. Bottom of right foot nearly healed. He has normal gait.

9/1/21, Ashley Huber, MD: The claimant presented with right hip pain. He has severe groin pain and right lateral leg pain. He has right leg weakness. He is extremely unsteady on his feet and has fallen multiple times. On exam, right internal and external hip rotation causes pain; positive straight leg raise on the right; sensation is intact to light touch in L2-S1 distribution. He rises slowly from the exam table and walks with an antalgic gait to the right.

3/8/22, Kerry Pennington, MD: The claimant presented with chronic right hip pain secondary to labral tear as well as chronic low back pain and chronic cervical spine pain. He has had steroid injections in his neck which have helped. He continues to have pain requiring hydrocodone in the hip and lower back. On exam, there is pain with internal and external rotation of the right hip. Both knees show mild stiffness bilaterally. There is moderate tenderness in the right SI joint as well as the lumbar spine midline. There is mild tenderness in the left SI joint.

4/13/22, Tatyana Stepanenko, MD: The claimant underwent right sacroiliac joint injection.

2/27/23, Kerry Pennington, MD: The claimant presented with peripheral neuropathy, insomnia, increased moodiness. On exam, he moves all extremities with normal range of motion.

7/10/23, John Brown, MD: The claimant presented with chronic pain syndrome. He has chronic neck and low back pain. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical; palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait appears to be normal. Cervical spine MRI from 2/2022 revealed C6-7 uncovertebral spurring with moderate to severe left foraminal stenosis.

8/3/23, X-ray right hip: normal study.

8/3/23, X-ray lumbar spine: questionable L5 pars defect, minimal multilevel endplate hypertrophic changes; minimal aortic atherosclerotic calcification.

8/3/23, X-ray left shoulder: no acute osseous abnormality.

9/5/23, Anthony Rodriguez, APRN: The claimant presented with bilateral leg pain that is worsened with ambulation. On exam, there are decreased pedal pulses bilaterally; sluggish capillary refill noted to both feet.

10/24/23, US bilateral lower extremity: severe insufficiency of right superficial femoral vein; severe insufficiency of right great saphenous vein above the knee, severe insufficiency of right great saphenous below the knee; severe insufficiency of left superficial femoral vein; severe insufficiency of left great saphenous vein above the knee, severe insufficiency of left great saphenous below the knee.

10/31/23, Anthony Rodriguez, APRN: The claimant presented with burning pain in his feet, mainly at the end of the day. He also complains of right hip pain. He has alcohol-induced neuropathy, pain in right groin. He had a torn labrum of the right hip in 2021. On exam, he has normal range of motion of the spine. Gait is normal.

11/1/23, John Brown, MD: The claimant presented with chronic pain syndrome and lower back pain. His low back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical; palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait appears to be normal.

11/9/23, Sadeem Mahmood, MD: The claimant presented for test results. He had ultrasound studies. He has severe VI bilateral SFVs and GSVs AK/BK. He complains of fatigue associated with minimal exertion. He complains of bilateral lower extremity edema and pain. He describes discomfort as cramps and aching in lower extremities. He

has venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months.

12/29/23, Ultrasound left lower extremity: The left great saphenous above the knee was treated; the left great saphenous below the knee was treated; no DVT noted.

1/10/24, Ultrasound right lower extremity: the right great saphenous below the knee was treated. No DVT noted.

1/10/24, Sadeem Mahmood, MD: The claimant presented for follow-up. He had VIDS on 12/29/23- left GS AK and BK was treated. He complains of chest pain, which is associated with shortness of breath and fatigue. He states the pain occurs with exertion without radiation.

2/9/24, Appeal Letter: The claimant has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as you found The claimant capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restrictions were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress. The claimant does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this.

**DIAGNOSES:** Chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right lip labral tear.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**

Chronic neck and low back pain (M54.2) (M54.5)
Cervical and lumbar degenerative disc disease (M50.30) (M51.36)
Right hip pain (M25.551)
Right lip labral tear (S73.191A)

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Shortness of breath (R06.02)

Fatigue (R53.83)

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/15/2023 forward, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from 12/15/2023 forward.

The claimant is a 40-year-old male with a medical history significant for chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right lip labral tear.

Interval history shows that the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. MRI right hip from 11/8/21 revealed tear of the right anterior superior labrum between the 2:00 and 3:00 positions. MRI of the cervical spine from 279/22 revealed C6-7 diffuse disc bulge and bony spur, moderate to severe left foraminal stenosis; C5-6 minimal disc bulge, uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis. On 9/1/21, the claimant presented with right hip pain. He has severe groin pain and right lateral leg pain. He has right leg weakness. He is extremely unsteady on his feet and has fallen multiple times. On exam, right internal and external hip rotation causes pain; positive straight leg raise on the right; sensation is intact to light touch in L2-S1 distribution. He rises slowly from the exam table and walks with an antalgic gait to the right. MRI of the lumbar spine from 6/9/23 revealed L4-5 mild disc space degeneration with broad-based posterior disc bulge, mild bilateral facet arthropathy. On 7/10/23, the claimant presented with chronic pain syndrome. He has chronic neck and low back pain. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical; palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait appears to be normal. Cervical spine MRI from 2/2022 revealed C6-7 uncovertebral spurring with moderate to severe left foraminal stenosis. On 9/5/23, the claimant presented with bilateral leg pain that is worsened with ambulation. On exam, there are decreased pedal pulses bilaterally; sluggish capillary refill noted to both feet. US bilateral lower extremity from 10/24/23 revealed severe insufficiency of right superficial femoral vein; severe insufficiency of right great saphenous vein above the knee, severe insufficiency of right great saphenous below the knee; severe insufficiency of left superficial femoral vein; severe insufficiency of left great saphenous vein above the knee, severe insufficiency of

left great saphenous below the knee. On 10/31/23, the claimant presented with burning pain in his feet, mainly at the end of the day. He also complains of right hip pain. He has alcohol-induced neuropathy, pain in right groin. He had a torn labrum of the right hip in 2021. On exam, he has normal range of motion of the spine. Gait is normal. On 11/1/23, the claimant presented with chronic pain syndrome and lower back pain. His low back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical; palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait appears to be normal. On 11/9/23, the claimant presented for test results. He had ultrasound studies. He has severe VI bilateral SFVs and GSVs AK/BK. He complains of fatigue associated with minimal exertion. He complains of bilateral lower extremity edema and pain. He describes discomfort as cramps and aching in lower extremities. He has venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months. On 1/10/24, the claimant presented for follow-up. He had VIDS on 12/29/23- left GS AK and BK was treated. He complains of chest pain, which is associated with shortness of breath and fatigue. He states the pain occurs with exertion without radiation. In an appeal letter dated 2/9/24, the claimant's attorney, Marcus Vaden noted that the claimant has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as founded that the claimant capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restrictions were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress. The claimant does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this.

Based on the information provided, the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's chronic pain symptoms involving his neck, low back, right hip, and left hand/wrist along with reduced range of motion and diminished sensation, the claimant is

physically impaired. Therefore, the claimant requires restrictions and limitations as outlined below:

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

N/A.

There are no available medical records indicating any R&L's that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant`s pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

Yes, the severity and scope of the claimant's reported pain are consistent with the severity and scope of the claimant's medical conditions and intensity of treatment. The claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's complaints of fatigue, shortness of breath and chronic pain symptoms involving his neck, low back, right hip, and left hand/wrist along with reduced range of motion and diminished sensation, the claimant is physically impaired.

**8. Please comment on the claimant`s reported pain and fatigue, and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 12/15/2023 forward?**

On 11/9/23, the claimant presented for test results. He had ultrasound studies. He has severe VI bilateral SFVs and GSVs AK/BK. He complains of fatigue associated with minimal exertion. He complains of bilateral lower extremity edema and pain. He describes discomfort as cramps and aching in lower extremities. He has venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months. On 1/10/24, the claimant presented for follow-up. He had VIDS on 12/29/23- left GS AK and BK was treated. He complains of chest pain, which is associated with shortness of breath and fatigue. He states the pain occurs with exertion without radiation. He was scheduled for exercise Cardiolite stress test, repeat fasting lipids. These factors do not result in any additional restrictions and limitations from 12/15/2023 forward.

**3/6/24, 3:30 PM CONSENSUS CONFERENCE**

Psychiatry co-reviewer Dr. Amani acknowledges the claimant's anxiety and stress; however, in terms of psychiatric diagnoses, there is no established diagnosis that would

be functionally limiting. The claimant's condition is under adequate control and no escalations of care are noted.

From my scope of practice, the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's chronic pain symptoms involving his neck, low back, right hip, and left hand/wrist along with reduced range of motion and diminished sensation, the claimant is physically impaired. Therefore, the claimant requires restrictions and limitations.

In summary, Dr. Amani and I recommend:

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.

The claimant's abilities are sustainable on a full-time basis.

Sincerely,



**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Adam Bobb
Claim Number: 1220054596 / 1220024325
Case Number: 224569-3

"I, Annie R Layno-Moses, MD, am a physician duly licensed to practice medicine in the State of. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

______________________________________________3/8/24________________
Signature of Physician Date

Medical/Professional License # A 149708

Angelle Nash, MHS, CRC
Email: Angelle.Nash@lfg.com
Group Benefits Claims

## Addendum Transferable Skills Analysis

**Date:** 3/20/24
**Claimant:** Adam Bobb
**Claim #:** 1220024325
**Policyholder:**. Trinity Village Inc.
**Pre-Disability Earnings:** $2801.07
**Benefit amount:** $1400

An addendum Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

**Documentation/Resources reviewed:**
Job description dated 11/4/21, TSA report dated 4/29/23, DOT, ONET, Training, Education & Experience Form dated 4/21/23, the insured's rehab survey dated 8/1/22 and the restrictions and limitations in the peer review dated 3/8/24 completed by Dr. Annie Layno-Moses, PM&R

**Education & Training:**
Education: The insured is a 40-year-old male who obtained a high school diploma. He did not indicate any other formal education or further vocational training and never served in the military. No information regarding computer skills/use was provided.

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs. | Strength |
|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | 7 | 6yrs. 10mos. | M |
| 620.261-010 | Automobile Mechanic | 7 | Unknown | M |
| 637.664-010 | Heating and Air Conditioning Installer-Service Helper | 6 | 5 | H |
| 372.667-018 | Correction Ofc. | 4 | 6 | M |

**Skills & Abilities:**
**Maintenance Repairer, Building and Heating and Air Conditioning Installer-Servicer Helper**
Understanding and following blueprints, sketches, drawings, and other written specifications; working to precise measurements; using arithmetic to measure and estimate material quantities; staying calm during an emergency or danger; and using hands, arms, and fingers to handle tools and/or operate machines.
**Automobile Mechanic**
Knowledge of tools, machines, materials, and methods used in trade or craft specialty; reading scale drawings or blueprints to visualize objects; using shop math to calculate object dimensions, material amounts needed, and material costs; coordinating eyes, hands and fingers to use hand tools or machines in constructing, making, or repairing objects; and adhering to object specifications or standards.
**Correction Officer**
Learning and knowing laws, safety rules, and procedures; recognizing violations and signs of danger; using reason and judgment to deal with people in different kinds of situations; thinking clearly, staying calm, and reacting quickly in emergencies; using weapons and safety equipment skillfully; keeping physically fit; and making on-the-spot decision.

**Restrictions and Limitations:**

Per Dr. Layno-Moses, PM&R:

“Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No working at unprotected heights
No operating heavy machinery
The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.
The claimant’s abilities are sustainable on a full-time basis.”

**Profile Adjustments:**

GED: mathematics and Language adjusted to grades 9-12
Strength: adjusted to light given the restrictions
Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post hoc analysis of alternate occupations identified will be assessed for standing and walking requirements.
Environmental conditions: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
Work Situations: Working under specific instructions adjusted to yes as the building and system maintenance worker will perform regular maintenance on machines, handle all tools and equipment and follow manufacturing guidelines.
Performing repetitive or short cycle work adjusted to yes based on the need to perform repetitive daily maintenance and test equipment and system functioning.
Work Functions:

- Data: No adjustments
- People: Serving adjusted to yes as the building maintenance and HVAC system helper will serve customers and provide well maintained facilities.
- Things: Setting up and operating-controlling adjusted to yes as needed in working on systems and making repairs and handling tools and equipment during regular maintenance and repair.

**Summary:**

The addendum Transferable Skills Analysis identified occupations are within the insured’s abilities and within his identified skill level.

**Examples of Occupations identified based on National labor market and the insured’s ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage* |
|---|---|---|---|---|
| 379.367-010 | Surveillance System Monitor | 2 | S | $2997 |
| 372.667-030 | Gate Guard | 3 | L | $2896 |
| 377.667-010 | Bailiff | 3 | L | $4091 |

**Wage Information is based on median 2022 Bureau of Labor Statistical Data*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

*Respectfully submitted,*

***Electronically Signed***

*Angelle W. Nash, MHS, CRC, LRC*
*Vocational Case Manager II*
*Group Benefits Claims*
*Lincoln Financial Group*

**Name:** Bobb, Adam

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | 7 | 6 | 10 | Y | Y | Y | M | 05.10.01 |
| 620.261-010 | Automobile Mechanic | 7 | 0 | 0 | Y | Y | Y | M | 05.05.09 |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | 6 | 5 | 0 | Y | Y | Y | H | 05.10.01 |
| 372.667-018 | Correction Officer | 4 | 6 | 0 | Y | N | N | M | 04.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 4 (3 to 6 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | L Light |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | No Change |
| Balancing | | Occasionally | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Occasionally | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Occasionally | Never |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Occasionally | Unknown |
| Hearing | | Occasionally | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Frequently | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Frequently | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Frequently | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Occasionally | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Frequently | Unknown |

| | | |
|---|---|---|
| Noise Intensity Level | Loud | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 4 (11-33 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | No Change |
| 6 Comparing | Yes | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | Yes |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Lincoln Financial Group®

Angelle Nash, MHS, CRC
Email: Angelle.Nash@lfg.com
Group Benefits Claims

## Addendum Transferable Skills Analysis

**Date:** 3/20/24
**Claimant:** Adam Bobb
**Claim #:** 1220024325
**Policyholder:**. Trinity Village Inc.
**Pre-Disability Earnings:** $2801.07
**Benefit amount:** $1400

An addendum Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

**Documentation/Resources reviewed:**
Job description dated 11/4/21, TSA report dated 4/29/23, DOT, ONET, Training, Education & Experience Form dated 4/21/23, the insured's rehab survey dated 8/1/22 and the restrictions and limitations in the peer review dated 3/8/24 completed by Dr. Annie Layno-Moses, PM&R

**Education & Training:**
Education: The insured is a 40-year-old male who obtained a high school diploma. He did not indicate any other formal education or further vocational training and never served in the military. No information regarding computer skills/use was provided.

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs. | Strength |
|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | 7 | 6yrs. 10mos. | M |
| 620.261-010 | Automobile Mechanic | 7 | Unknown | M |
| 637.664-010 | Heating and Air Conditioning Installer-Service Helper | 6 | 5 | H |
| 372.667-018 | Correction Ofc. | 4 | 6 | M |

**Skills & Abilities:**
**Maintenance Repairer, Building and Heating and Air Conditioning Installer-Servicer Helper**
Understanding and following blueprints, sketches, drawings, and other written specifications; working to precise measurements; using arithmetic to measure and estimate material quantities; staying calm during an emergency or danger; and using hands, arms, and fingers to handle tools and/or operate machines.
**Automobile Mechanic**
Knowledge of tools, machines, materials, and methods used in trade or craft specialty; reading scale drawings or blueprints to visualize objects; using shop math to calculate object dimensions, material amounts needed, and material costs; coordinating eyes, hands and fingers to use hand tools or machines in constructing, making, or repairing objects; and adhering to object specifications or standards.
**Correction Officer**
Learning and knowing laws, safety rules, and procedures; recognizing violations and signs of danger; using reason and judgment to deal with people in different kinds of situations; thinking clearly, staying calm, and reacting quickly in emergencies; using weapons and safety equipment skillfully; keeping physically fit; and making on-the-spot decision.

**Restrictions and Limitations:**

Per Dr. Layno-Moses, PM&R:

"Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No working at unprotected heights
No operating heavy machinery
The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.
The claimant's abilities are sustainable on a full-time basis."

**Profile Adjustments:**

GED: mathematics and Language adjusted to grades 9-12
Strength: adjusted to light given the restrictions
Physical: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post hoc analysis of alternate occupations identified will be assessed for standing and walking requirements.
Environmental conditions: Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
Work Situations: Working under specific instructions adjusted to yes as the building and system maintenance worker will perform regular maintenance on machines, handle all tools and equipment and follow manufacturing guidelines.
Performing repetitive or short cycle work adjusted to yes based on the need to perform repetitive daily maintenance and test equipment and system functioning.
Work Functions:

- Data: No adjustments
- People: Serving adjusted to yes as the building maintenance and HVAC system helper will serve customers and provide well maintained facilities.
- Things: Setting up and operating-controlling adjusted to yes as needed in working on systems and making repairs and handling tools and equipment during regular maintenance and repair.

**Summary:**

The addendum Transferable Skills Analysis identified occupations are within the insured's abilities and within his identified skill level.

**Examples of Occupations identified based on National labor market and the insured's ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage* |
|---|---|---|---|---|
| 379.367-010 | Surveillance System Monitor | 2 | S | $2997 |
| 372.667-030 | Gate Guard | 3 | L | $2896 |
| 377.667-010 | Bailiff | 3 | L | $4091 |

**Wage Information is based on median 2022 Bureau of Labor Statistical Data*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

*Respectfully submitted,*

***Electronically Signed***

*Angelle W. Nash, MHS, CRC, LRC*
*Vocational Case Manager II*
*Group Benefits Claims*
*Lincoln Financial Group*

**Name:** Bobb, Adam

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | 7 | 6 | 10 | Y | Y | Y | M | 05.10.01 |
| 620.261-010 | Automobile Mechanic | 7 | 0 | 0 | Y | Y | Y | M | 05.05.09 |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | 6 | 5 | 0 | Y | Y | Y | H | 05.10.01 |
| 372.667-018 | Correction Officer | 4 | 6 | 0 | Y | N | N | M | 04.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 4 (3 to 6 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | L Light |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | No Change |
| Balancing | | Occasionally | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Occasionally | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Occasionally | Never |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Occasionally | Unknown |
| Hearing | | Occasionally | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Frequently | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Frequently | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Frequently | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Occasionally | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Frequently | Unknown |

| | | |
|---|---|---|
| Noise Intensity Level | Loud | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 4 (11-33 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | No Change |
| 6 Comparing | Yes | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | Yes |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

# Farhad Amani, DO
## *Board-Certified in Psychiatry*

CLAIMANT NAME: Bobb, Adam
EXAMINER: Farhad A. Amani, DO
ECN #: 224569-2
CLAIM #: 220054596 / 1220024325
DATE OF LOSS: 6/18/2021
DATE OF SERVICE: 3/8/2024

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of ECN. I reviewed records from 6/7/2021 through 1/10/2024 including:

- *Mark Anthony G. Ramiro, MD / Family Medicine, extending from 6/7/2021 to 9/2/2021*
- *James L. Workman, MD / Diagnostic Radiology, on 6/7/2021*
- *R. Douglas Coleman, MD / Family Medicine, on 6/28/2021*
- *Kerry F. Pennington, MD / Family Medicine, extending from 10/25/2021 to 2/27/2023*
- *Samuel E. Edwards, MD / Diagnostic Radiology, on 11/8/2021*
- *Michael D. Cassat, MD / Family Medicine, on 12/16/2021*
- *David G. Jong, MD / Diagnostic Radiology, on 12/27/2021*
- *John Brown, DO / Family Medicine, extending from 1/25/2022 to 12/19/2023*
- *C. William Deaton, MD / Vascular & Interventional Radiology, on 2/9/2022*
- *Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 3/23/2022 to 4/13/2022*
- *Scott A. Johnson, LCSW / Licensed Clinical Social Worker, extending from 4/7/2022 to 12/29/2023*
- *Marcus Vaden / Attorney, on 7/18/2022*
- *Eric I. Finkelstein, MD / Physical Medicine & Rehabilitation, Case Reviewer, on 12/8/2022*
- *Lab Records, on 2/27/2023, 11/9/2023*
- *Micah R. Fritsche, MD / Diagnostic Radiology, on 6/9/2023*
- *Justin E. Costello, DO / Neuroradiology, on 8/3/2023*
- *Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 8/3/2023 to 10/31/2023*
- *Sadeem Mahmood, MD / Cardiology, extending from 9/28/2023 to 1/10/2024*
- *ECG Records, on 9/28/2023, 10/24/2023*
- *Appeal Nursing Memorandum, on 12/8/2023*
- *Terri Eubanks, DDS / Dental Surgery, on 1/3/2024*

The claimant is a 40-year-old male with a medical history significant for post-traumatic stress disorder, major depressive disorder and generalized anxiety disorder. There are

also listed diagnoses of chronic pain and osteoarthritis, however, these are beyond the scope of a mental health evaluation and therefore, I defer comments to the appropriate specialties.

10/31/23, Anthony Rodriguez, APRN / Advanced Practice Registered Nurse: The claimant reported being sober for 45 days. The claimant was recommended to continue to abstain from alcohol.

12/1/23, Scott A. Johnson, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. Sobriety, depression and anxiety were discussed.

12/14/23, Scott A. Johnson, LCSW / Licensed Clinical Social Worker: The claimant has been seen for depression and anxiety. He reported he is still sober; he is not having any cravings at this time. He discussed relationship issues. The exam revealed anxious mood, restlessness, normal thought and fair insight and judgment. Diagnoses are post-traumatic stress disorder, major depressive disorder and generalized anxiety disorder.

12/21/23, Scott A. Johnson, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. The claimant is doing well-being sober and is still meeting with parole officer daily. The exam revealed anxious mood, restlessness, normal thought and fair insight and judgment.

12/29/23, Scott A. Johnson, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. He reported he is still sober, but continuing to have relationship issues, which causes him stress. The exam revealed anxious mood.

1/3/24, Terri Eubanks, DDS / Dental Surgery: No psychiatric information.

1/10/24, Sadeem Mahmood, MD / Cardiology: Per the exam, the claimant was alert and oriented x3.

2/9/24, Legal documents. Summary of Mainline Health Systems, Mental health records.

**DIAGNOSES:** Chronic pain and osteoarthritis as well as PTSD depression and anxiety.

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing diagnosis (es) with ICD 10 Code(s).**

Post-traumatic stress disorder (F43. 10)
Major depressive disorder (F32. 9)
Generalized anxiety disorder (F41. 1)

**2. If applicable, please identify clinically significant co-morbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/15/2023 forward, and comment on the expected duration.**

No, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is no supported level of impairment that translates into restrictions and limitations from 12/15/2023 forward.

The claimant is a 40-year-old male with a medical history significant for post-traumatic stress disorder, major depressive disorder and generalized anxiety disorder. There are also listed diagnoses of chronic pain and osteoarthritis, however, these are beyond the scope of a mental health evaluation and therefore, I defer comments to the appropriate specialties.

Based on the medical records, the claimant reported anxiety, restlessness and stress. Per the treatment course, the claimant attends counseling. On 10/31/23, Anthony Rodriguez, APRN noted that the claimant reported being sober for 45 days. The claimant was recommended to continue to abstain from alcohol. On 12/14/23, Scott A. Johnson, LCSW noted that the claimant has been seen for depression and anxiety. He reported he is still sober; he is not having any cravings at this time. He discussed relationship issues. The exam revealed anxious mood, restlessness, normal thought and fair insight and judgment. Diagnoses were post-traumatic stress disorder, major depressive disorder and generalized anxiety disorder. On 12/21/23, Scott A. Johnson, LCSW noted that the claimant is doing well-being sober and is still meeting with parole officer daily. The exam revealed anxious mood, restlessness, normal thought and fair insight and judgment. On 12/29/23, Scott A. Johnson, LCSW noted that the claimant reported he is still sober, but continuing to have relationship issues, which causes him stress. The exam revealed anxious mood.

While the claimant's reported symptoms of anxiety, restlessness and stress are acknowledged; the available records do not include any evidence regarding a psychiatric condition to recommend activity restrictions. For instance, there are no incapacitating observations such as suicidality, observed deficits in thought processing, impaired hygiene, psychomotor disturbances, distractedness, crying spells, extreme mood lability, difficulties with reality testing, hallucinations, impairments in activities of daily living or cognitive impairment. In addition, there are no referrals to a higher level of care such as hospitalization or intensive outpatient program (IOP). Therefore, there are no psychiatric limitations requiring occupational restrictions.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

N/A. Treating providers did not report any restrictions and limitations.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant`s pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

I was asked to review this case from a psychiatry perspective only and I respectfully defer all pain related assessment to the respective co-reviewers.

**8. Please comment on the claimant`s reported pain and fatigue and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 12/15/2023 forward?**

I was asked to review this case from a psychiatry perspective only and I respectfully defer all pain related assessment to the respective co-reviewers.

Sincerely,

Farhad Amani, DO

**Farhad A. Amani, DO**
**Board certified Psychiatrist**
**Medical License TN 4036**

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Adam Bobb
Claim Number: 1220054596 / 1220024325
Case Number: 224569-2

"I, Farhad A Amani, DO, am a physician duly licensed to practice medicine in the State of TN. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Farhad Amani, DO
________________________________________________________3/8/24__________________
Signature of Physician Date

Medical/Professional License # 4036

# Annie Layno-Moses, MD

## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain medicine*

CLAIMANT NAME: Bobb, Adam
EXAMINER: Annie Layno-Moses, MD
ECN #: 224569-3
CLAIM #: 1220054596/1220024325
DATE OF LOSS: 6/18/2024
DATE OF SERVICE: 3/8/2024

**Peer Review**

This is a peer review regarding Bobb, Adam. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/07/2021 through 01/22/2024 including:

- Mark Anthony G. Ramiro, MD / Family Medicine, extending from 6/7/2021 to 9/2/2021
- James L. Workman, MD / Diagnostic Radiology, on 6/7/2021
- R. Douglas Coleman, MD / Family Medicine, on 6/28/2021
- Kerry F. Pennington, MD / Family Medicine, extending from 10/25/2021 to 2/27/2023
- Samuel E. Edwards, MD / Diagnostic Radiology, on 11/8/2021
- Michael D. Cassat, MD / Family Medicine, on 12/16/2021
- David G. Jong, MD / Diagnostic Radiology, on 12/27/2021
- John Brown, DO / Family Medicine, extending from 1/25/2022 to 12/19/2023
- C. William Deaton, MD / Vascular & Interventional Radiology, on 2/9/2022
- Tatyana Stepanenko, MD / Physical Medicine & Rehabilitation, extending from 3/23/2022 to 4/13/2022
- Scott A. Johnson, LCSW / Licensed Clinical Social Worker, extending from 4/7/2022 to 12/29/2023
- Marcus Vaden / Attorney, on 7/18/2022
- Eric I. Finkelstein, MD / Physical Medicine & Rehabilitation, Case Reviewer, on 12/8/2022
- Lab Records, on 2/27/2023, 11/9/2023
- Micah R. Fritsche, MD / Diagnostic Radiology, on 6/9/2023
- Justin E. Costello, DO / Neuroradiology, on 8/3/2023
- Anthony Rodriguez, APRN / Advanced Practice Registered Nurse, extending from 8/3/2023 to 10/31/2023
- Sadeem Mahmood, MD / Cardiology, extending from 9/28/2023 to 1/10/2024
- ECG Records, on 9/28/2023, 10/24/2023
- Appeal Nursing Memorandum, on 12/8/2023
- Terri Eubanks, DDS / Dental Surgery, on 1/3/2024

The claimant is a 40-year-old male with a medical history significant for chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right lip labral tear.

6/7/21, X-ray right hip: unremarkable study.

11/8/21, MRI right hip: tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

12/27/21, MRI lumbar spine: L4-5 desiccation and disc bulge with a small central disc protrusion resulting in mild central canal stenosis.

2/9/22, MRI cervical spine: C6-7 diffuse disc bulge and bony spur, moderate to severe left foraminal stenosis; C5-6 minimal disc bulge, uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis.

6/9/21, MRI lumbar spine: L4-5 mild disc space degeneration with broad-based posterior disc bulge, mild bilateral facet arthropathy.

6/28/21, Doug Coleman, MD: The claimant presented with right foot pain and right hip pain. He has a wound to right foot. On exam, there is tenderness to palpation over right iliac crest and into hip joint with leg raise and rotate. Pelvic muscle strength is 5/5. Bottom of right foot nearly healed. He has normal gait.

9/1/21, Ashley Huber, MD: The claimant presented with right hip pain. He has severe groin pain and right lateral leg pain. He has right leg weakness. He is extremely unsteady on his feet and has fallen multiple times. On exam, right internal and external hip rotation causes pain; positive straight leg raise on the right; sensation is intact to light touch in L2-S1 distribution. He rises slowly from the exam table and walks with an antalgic gait to the right.

3/8/22, Kerry Pennington, MD: The claimant presented with chronic right hip pain secondary to labral tear as well as chronic low back pain and chronic cervical spine pain. He has had steroid injections in his neck which have helped. He continues to have pain requiring hydrocodone in the hip and lower back. On exam, there is pain with internal and external rotation of the right hip. Both knees show mild stiffness bilaterally. There is moderate tenderness in the right SI joint as well as the lumbar spine midline. There is mild tenderness in the left SI joint.

4/13/22, Tatyana Stepanenko, MD: The claimant underwent right sacroiliac joint injection.

2/27/23, Kerry Pennington, MD: The claimant presented with peripheral neuropathy, insomnia, increased moodiness. On exam, he moves all extremities with normal range of motion.

7/10/23, John Brown, MD: The claimant presented with chronic pain syndrome. He has chronic neck and low back pain. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical; palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait appears to be normal. Cervical spine MRI from 2/2022 revealed C6-7 uncovertebral spurring with moderate to severe left foraminal stenosis.

8/3/23, X-ray right hip: normal study.

8/3/23, X-ray lumbar spine: questionable L5 pars defect, minimal multilevel endplate hypertrophic changes; minimal aortic atherosclerotic calcification.

8/3/23, X-ray left shoulder: no acute osseous abnormality.

9/5/23, Anthony Rodriguez, APRN: The claimant presented with bilateral leg pain that is worsened with ambulation. On exam, there are decreased pedal pulses bilaterally; sluggish capillary refill noted to both feet.

10/24/23, US bilateral lower extremity: severe insufficiency of right superficial femoral vein; severe insufficiency of right great saphenous vein above the knee, severe insufficiency of right great saphenous below the knee; severe insufficiency of left superficial femoral vein; severe insufficiency of left great saphenous vein above the knee, severe insufficiency of left great saphenous below the knee.

10/31/23, Anthony Rodriguez, APRN: The claimant presented with burning pain in his feet, mainly at the end of the day. He also complains of right hip pain. He has alcohol-induced neuropathy, pain in right groin. He had a torn labrum of the right hip in 2021. On exam, he has normal range of motion of the spine. Gait is normal.

11/1/23, John Brown, MD: The claimant presented with chronic pain syndrome and lower back pain. His low back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical; palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait appears to be normal.

11/9/23, Sadeem Mahmood, MD: The claimant presented for test results. He had ultrasound studies. He has severe VI bilateral SFVs and GSVs AK/BK. He complains of fatigue associated with minimal exertion. He complains of bilateral lower extremity edema and pain. He describes discomfort as cramps and aching in lower extremities. He

has venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months.

12/29/23, Ultrasound left lower extremity: The left great saphenous above the knee was treated; the left great saphenous below the knee was treated; no DVT noted.

1/10/24, Ultrasound right lower extremity: the right great saphenous below the knee was treated. No DVT noted.

1/10/24, Sadeem Mahmood, MD: The claimant presented for follow-up. He had VIDS on 12/29/23- left GS AK and BK was treated. He complains of chest pain, which is associated with shortness of breath and fatigue. He states the pain occurs with exertion without radiation.

2/9/24, Appeal Letter: The claimant has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as you found The claimant capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restrictions were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress. The claimant does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this.

**DIAGNOSES:** Chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right lip labral tear.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**

Chronic neck and low back pain (M54.2) (M54.5)
Cervical and lumbar degenerative disc disease (M50.30) (M51.36)
Right hip pain (M25.551)
Right lip labral tear (S73.191A)

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Shortness of breath (R06.02)

Fatigue (R53.83)

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/15/2023 forward, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from 12/15/2023 forward.

The claimant is a 40-year-old male with a medical history significant for chronic neck and low back pain, cervical and lumbar degenerative disc disease, right hip pain, right lip labral tear.

Interval history shows that the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. MRI right hip from 11/8/21 revealed tear of the right anterior superior labrum between the 2:00 and 3:00 positions. MRI of the cervical spine from 279/22 revealed C6-7 diffuse disc bulge and bony spur, moderate to severe left foraminal stenosis; C5-6 minimal disc bulge, uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis. On 9/1/21, the claimant presented with right hip pain. He has severe groin pain and right lateral leg pain. He has right leg weakness. He is extremely unsteady on his feet and has fallen multiple times. On exam, right internal and external hip rotation causes pain; positive straight leg raise on the right; sensation is intact to light touch in L2-S1 distribution. He rises slowly from the exam table and walks with an antalgic gait to the right. MRI of the lumbar spine from 6/9/23 revealed L4-5 mild disc space degeneration with broad-based posterior disc bulge, mild bilateral facet arthropathy. On 7/10/23, the claimant presented with chronic pain syndrome. He has chronic neck and low back pain. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical; palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait appears to be normal. Cervical spine MRI from 2/2022 revealed C6-7 uncovertebral spurring with moderate to severe left foraminal stenosis. On 9/5/23, the claimant presented with bilateral leg pain that is worsened with ambulation. On exam, there are decreased pedal pulses bilaterally; sluggish capillary refill noted to both feet. US bilateral lower extremity from 10/24/23 revealed severe insufficiency of right superficial femoral vein; severe insufficiency of right great saphenous vein above the knee, severe insufficiency of right great saphenous below the knee; severe insufficiency of left superficial femoral vein; severe insufficiency of left great saphenous vein above the knee, severe insufficiency of

left great saphenous below the knee. On 10/31/23, the claimant presented with burning pain in his feet, mainly at the end of the day. He also complains of right hip pain. He has alcohol-induced neuropathy, pain in right groin. He had a torn labrum of the right hip in 2021. On exam, he has normal range of motion of the spine. Gait is normal. On 11/1/23, the claimant presented with chronic pain syndrome and lower back pain. His low back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI. On exam, there is painful left lateral rotation of cervical spine, painful right lateral rotation of cervical spine, right lateral flexion is associated with pain, right paracervical and left paracervical; palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region, palpation of the bilateral sacroiliac joint area reveals right-sided pain, minimal tenderness anterior lumbar flexion causes pain. He has decreased sensation in left hand- C5 and C6 dermatome. His gait appears to be normal. On 11/9/23, the claimant presented for test results. He had ultrasound studies. He has severe VI bilateral SFVs and GSVs AK/BK. He complains of fatigue associated with minimal exertion. He complains of bilateral lower extremity edema and pain. He describes discomfort as cramps and aching in lower extremities. He has venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months. On 1/10/24, the claimant presented for follow-up. He had VIDS on 12/29/23- left GS AK and BK was treated. He complains of chest pain, which is associated with shortness of breath and fatigue. He states the pain occurs with exertion without radiation. In an appeal letter dated 2/9/24, the claimant's attorney, Marcus Vaden noted that the claimant has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as founded that the claimant capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restrictions were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress. The claimant does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this.

Based on the information provided, the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's chronic pain symptoms involving his neck, low back, right hip, and left hand/wrist along with reduced range of motion and diminished sensation, the claimant is

physically impaired. Therefore, the claimant requires restrictions and limitations as outlined below:

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

N/A.

There are no available medical records indicating any R&L's that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant`s pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

Yes, the severity and scope of the claimant's reported pain are consistent with the severity and scope of the claimant's medical conditions and intensity of treatment. The claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's complaints of fatigue, shortness of breath and chronic pain symptoms involving his neck, low back, right hip, and left hand/wrist along with reduced range of motion and diminished sensation, the claimant is physically impaired.

**8. Please comment on the claimant`s reported pain and fatigue, and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 12/15/2023 forward?**

On 11/9/23, the claimant presented for test results. He had ultrasound studies. He has severe VI bilateral SFVs and GSVs AK/BK. He complains of fatigue associated with minimal exertion. He complains of bilateral lower extremity edema and pain. He describes discomfort as cramps and aching in lower extremities. He has venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months. On 1/10/24, the claimant presented for follow-up. He had VIDS on 12/29/23- left GS AK and BK was treated. He complains of chest pain, which is associated with shortness of breath and fatigue. He states the pain occurs with exertion without radiation. He was scheduled for exercise Cardiolite stress test, repeat fasting lipids. These factors do not result in any additional restrictions and limitations from 12/15/2023 forward.

**3/6/24, 3:30 PM CONSENSUS CONFERENCE**

Psychiatry co-reviewer Dr. Amani acknowledges the claimant's anxiety and stress; however, in terms of psychiatric diagnoses, there is no established diagnosis that would

be functionally limiting. The claimant's condition is under adequate control and no escalations of care are noted.

From my scope of practice, the claimant has been experiencing chronic pain in his neck and low back secondary to degenerative changes in his cervical and lumbar spine. The claimant has also been experiencing chronic pain in his right hip secondary to labral tear. Recent ultrasound studies reveal severe venous insufficiency in both lower extremities, accompanied by pain, edema, and fatigue. The claimant reports persistent discomfort, including cramps and aching, despite conservative therapy. The claimant was also experiencing weakness in his left hand along with decreased sensation. Considering the claimant's chronic pain symptoms involving his neck, low back, right hip, and left hand/wrist along with reduced range of motion and diminished sensation, the claimant is physically impaired. Therefore, the claimant requires restrictions and limitations.

In summary, Dr. Amani and I recommend:

Sitting: Unrestricted
Standing: up to 30 minutes at a time, for up to 3 hours per day
Walking: up to 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. BUE
Carrying: Occasionally up to 20 lbs. BUE
Pushing: Occasionally up to 20 lbs. BUE
Pulling: Occasionally up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Unrestricted, to desk level BUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 12/15/2023 forward, with re-assessment on or around 7/15/2024.

The claimant's abilities are sustainable on a full-time basis.

Sincerely,

**Annie Layno-Moses, MD**
**Board certified, PM&R**
**Pain Management**
**Medical License A 149708**

ECN
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Adam Bobb
Claim Number: 1220054596 / 1220024325
Case Number: 224569-3

"I, Annie R Layno-Moses, MD, am a physician duly licensed to practice medicine in the State of. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_______________________________________________ 3/8/24_______________
Signature of Physician Date

Medical/Professional License # A 149708

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

Date: March 5, 2024

To: Claims Shared Services, The Lincoln National Life Insurance Company

Fax number: (402) 361-1460

ATTN: Amber Cronican, Specialist LTD Claims

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

Re: Policyholder: Trinity Village, Inc
Policy Number: 000010201375000000
Claim Number: 1220024325
Claimant Name: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/28/2023

Sex: M

## 12/28/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**amLODIPine (NORVASC) 10 MG tablet**
Instructions: Take one tablet (10 mg total) by mouth daily.
Entered by: Kolody, Jamison, MA — Entered on: 12/16/2021

**atorvastatin (LIPITOR) 20 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/10/2023

**carvedilol (COREG) 3.125 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/16/2023

**cloNIDine HCl (CATAPRES) 0.2 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/23/2023

**DULoxetine (CYMBALTA) 60 MG capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**gabapentin (NEURONTIN) 300 MG capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/1/2023

**hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**HYDROcodone-acetaminophen (NORCO) 7.5-325 mg per tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/1/2023

**PARoxetine (PAXIL) 40 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/7/2023

**tiZANidine (ZANAFLEX) 4 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/23/2023

**traZODone (DESYREL) 100 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**Stopped in Visit**

## 12/28/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)

**Medication List (continued)**

None

**Other Doctors' Notes**

**Progress Notes**

**O'Malley, Lawrence K, MD at 12/28/2023 1230**

Version 1 of 1

Author: O'Malley, Lawrence K, MD Service: — Author Type: Physician
Filed: 12/28/2023 4:30 PM Encounter Date: 12/28/2023 Status: Signed
Editor: O'Malley, Lawrence K, MD (Physician)

**Chief Complaint:**

**Chief Complaint**

Patient presents with

- Follow-up
  *RT hip*

**History of Present Illness**: Adam K Bobb is a 40 y.o. year old male patient who comes in today for follow-up evaluation of his right hip pain. We saw him 2 years ago for the same. He had an intra-articular right hip injection at that time which relieved the majority of his pain. He also did physical therapy which only helped for a short period of time. he is back because his pain has returned and is worsening. He complains of anterior groin pain. Pain is worse with sitting and activity.

**PMH and PFSH**: The patient's medications, medication allergies, Past Medical and Surgical History, pertinent Family History, Social History and complete Review of Systems was reviewed by me with the patient per the registration sheet dated today.

**ROS:** A complete 14 point review of systems was negative except for HPI
This includes General, ENT, Eyes, Respiratory, Cardiovascular, GI, Endocrine, Hematologic, Genitourinary, Musculoskeletal, Skin, Immunologic, Neurologic, and Psychiatric.

**Physical Examination:**
**Vital Signs**: There were no vitals filed for this visit.

**General**: Awake, alert, oriented x3. No acute distress

**Psych**: Mood and affect normal, interacts appropriately

**Respiratory**: Nonlabored breathing, equal chest rise

**Cardiovascular**: Regular rate and rhythm to peripheral palpation

**HEENT**: Normocephalic, atraumatic, normal hearing

**Abdomen:** Soft, non-tender, nondistended

**Lymphatic**: No lymphedema or lymphangitis of the lower extremities

**Skin**: No rashes, lesions, or open wounds about the upper or lower extremities

**Neurologic**: Sensation intact to light touch and normal motor function; additional details of neurologic exam discussed below.

**Vascular**: No swelling in lower extremities other than described below in extremity exam. Dorsalis Pedis Pulses normal in lower extremities.

**GAIT AND STATION**: Normal gait without assistive devices. Station normal.
**RIGHT HIP**: Inspection no ecchymosis. No Tenderness. he has full range of motion but he does have pain with hip flexion and external rotation. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Negative FABERS Test. Normal Obers Test. Normal Thomas Test. Positive Grind test. Negative Snapping hip.

**LEFT HIP**: Inspection no ecchymosis. No Tenderness. ROM normal flexion, normal extension, normal internal rotation, normal external rotation, normal abduction, normal adduction. No Pain with ROM. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Negative FABERS Test. Normal Obers Test. Normal Thomas Test. Negative Grind test. Negative Snapping hip.

**SPINE**: No Tenderness. ROM with flexion 60 degrees, extension 25 degrees. No Pelvic tilt.

**IMAGING:** x-rays of the right hip are available for review today. No obvious fractures or dislocations. He has reasonable maintenance of joint space. He has a small cam deformity noted.
MRI of the right hip shows superolateral labral tear of the right hip and cam deformity
**IMPRESSION**: Right hip FAI with labral tear

**PLAN**: Risks, benefits alternatives of operative versus non operative treatment discussed with the patient. His alpha angle greater than 60° along with labral tear. He has like to proceed with right hip arthroscopy labral repair femoral plasty along with any indicated procedures. All questions were answered.

**Past Medical History:**

Active Ambulatory Problems

| Diagnosis | Date Noted |
|---|---|
| • No Active Ambulatory Problems | |

Resolved Ambulatory Problems

| Diagnosis | Date Noted |
|---|---|
| • No Resolved Ambulatory Problems | |

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hypertension | |

**Past Surgical History:**

**12/28/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC SURGERY | | |

**Medications:**

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take one tablet (10 mg total) by mouth daily. | | |
| • atorvastatin (LIPITOR) 20 MG tablet | | | |
| • carvedilol (COREG) 3.125 MG tablet | | | |
| • cloNIDine HCl (CATAPRES) 0.2 MG tablet | | | |
| • DULoxetine (CYMBALTA) 60 MG capsule | | | |
| • gabapentin (NEURONTIN) 300 MG capsule | | | |
| • hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule | | | |
| • HYDROcodone-acetaminophen (NORCO) 7.5-325 mg per tablet | | | |
| • PARoxetine (PAXIL) 40 MG tablet | | | |
| • tiZANidine (ZANAFLEX) 4 MG tablet | | | |
| • traZODone (DESYREL) 100 MG tablet | | | |

No current facility-administered medications for this visit.

**Allergies:**

Allergies

| Allergen | Reactions |
|---|---|
| • Sulfa (Sulfonamide Antibiotics) | |

**Social History:**

Social History

Socioeconomic History
- Marital status: Married
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Every Day
- Smokeless tobacco: Current

Substance and Sexual Activity

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES



**12/28/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

- Alcohol use: Yes
- Drug use: Never
- Sexual activity: Not on file

Other Topics | Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Family History:**

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Maternal Uncle | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Paternal Uncle | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Grandfather | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Grandfather | |
| • No Known Problems | Other | |
| • Anesthesia problems | Neg Hx | |
| • Cancer | Neg Hx | |
| • Bleeding disorder | Neg Hx | |
| • Collagen disease | Neg Hx | |
| • Diabetes | Neg Hx | |
| • Hypertension | Neg Hx | |
| • Osteoporosis | Neg Hx | |
| • Rheum arthritis | Neg Hx | |
| • Scoliosis | Neg Hx | |
| • Heart disease | Neg Hx | |
| • Lung disease | Neg Hx | |
| • Arthritis | Neg Hx | |
| • Stroke | Neg Hx | |

**Other Doctors' Notes (continued)**

Electronically signed by O'Malley, Lawrence K, MD at 12/28/2023 4:30 PM

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Adm: 12/6/2023, D/C: 12/6/2023

## 12/06/2023 - MRI ARTHROGRAM HIP RIGHT in The Orthopaedic & Spine Hospital at UAMS - MRI

**Imaging**

**MRI arthrogram hip right (Final result)**

Electronically signed by: **O'Malley, Lawrence K, MD on 11/25/23 2051** Status: **Completed**
Mode: Ordering in Written order mode
This order may be acted on in another encounter.
Ordering user: Keedy, Kimberly A, RN 11/16/23 1305
Authorized by: O'Malley, Lawrence K, MD
Frequency: Routine PRN 12/06/23 1031 - 1 occurrence
Quantity: 1
Indications comment: right hip pain
Diagnoses
Right hip pain [M25.551]

Communicated by: Keedy, Kimberly A, RN
Ordering provider: O'Malley, Lawrence K, MD
Ordering mode: Written order
Class: Ancillary Performed
Lab status: Final result
Instance released by: Hinton, Latarra 12/6/2023 10:31 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Has the fluoroscopic arthrogram been ordered and performed prior to this exam? | Yes |
| Does the patient have a cardiac pacemaker or pacer wires? | No |
| Does the patient have stents? | No |
| Does the patient have a heart valve? | No |
| Does the patient have an aneurysm clip? | No |
| Does the patient have shrapnel, bullet fragments, or worked with metal or grinding metal in the past with possible metal in eye(s)? | No |
| Does the patient have a permanent defibrillator? | No |
| Does the patient have cochlear implants? | No |
| Does the patient have a medication patch? | No |
| Does the patient have any kind of pump? | No |
| Does the patient have a joint prosthesis? | No |
| Does the patient have dental or metal implants (ex: breast tissue expanders)? | No |
| Does the patient have a Tens unit? | No |
| Does the patient have an orbital prosthesis? | No |
| Does the patient have a shunt? | No |
| Does the patient have a filter? | No |

**Screening Form**

**General Information**

Patient Name: Bobb, Adam K
Date of Birth:
Legal Sex: Male

MRN: 003853484
Home Phone: 870-461-0711
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| MRI ARTHROGRAM HIP RIGHT | O'Malley, Lawrence K, MD 501-406-9226 | O'Malley, Lawrence K, MD 501-406-9226 | 12/6/2023 12:00 PM TOSH MRI1 UAMS TOSH MRI |

**Screening Form Questions**

No questions have been answered for this form.

Patient Signature ____ Date ____ MRI Safety Officer Signature ____ Date ____

**Barcode**

**12/06/2023 - MRI ARTHROGRAM HIP RIGHT in The Orthopaedic & Spine Hospital at UAMS - MRI (continued)**

**Imaging (continued)**

OnBase: Patient Questionnaire

OneContent
Med Rec 2720 (03/16)
Patient Questionnaire

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| Have you verified the patient's correct idenitv? | Yes | |
| Patient ID Verified | Verbal<br>Armband | |
| Verified the correct procedure with the patient? | Yes | |
| Verified Contrast? | Yes | |
| Procedure Laterality & Position Verified | Right | |
| Does the patient have any devices, implants, aneurysm clips, joint replacements or metal fragments in his/her body? | | |
| Enter location of metal or additional metal here: | | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Confirm Resource: | TOSH MRI1 | |
| Have you verified images are correct in PACs? | Yes | |

**MRI arthrogram hip right** Resulted: 12/06/23 1724, Result status: Final result

Ordering provider: O'Malley, Lawrence K, MD 12/06/23 1031
Order status: Completed
Resulted by:
Filed by: Interface, Rad Results In 12/06/23 1726
Jambhekar, Kedar, MD
Mansfield, Kori K, MD
Performed: 12/06/23 1316 - 12/06/23 1355
Accession number: 52874335
Resulting lab: SPEECHQ
Narrative:
EXAM DESCRIPTION:
MRI ARTHROGRAM HIP RIGHT

HISTORY:
40 y/o M
Per order request: "right hip pain ".

COMPARISON:
MRI of the right lower extremity 11/08/2021, fluoroscopic arthrogram 12/06/2023, pelvic radiograph 11/16/2023

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Adm: 12/6/2023, D/C: 12/6/2023

**12/06/2023 - MRI ARTHROGRAM HIP RIGHT In The Orthopaedic & Spine Hospital at UAMS - MRI (continued)**

**Imaging (continued)**

TECHNIQUE:
Multiplanar magnetic resonance imaging was performed utilizing the following pulse sequences: Coronal T1 with and without fat sat, inversion recovery, and fast spin echo, sagittal T1 fat sat, oblique sagittal PD fat sat, axial T1 fat sat

All [illegible] acquired after intra-articular injection of gadolinium contrast.

FINDINGS:
Osseous structures: Small herniation pits are seen along the femoral neck. There is a cam morphology of the right femoral head. No fracture, stress reaction, avascular necrosis, or suspicious focal osseous lesion.

Hip Joint: Normally aligned, without subluxation. No joint space narrowing or cartilage loss. Small anterior superior labral tear. No paralabral cyst.

Joint Effusion and Bursae: The joint is distended with contrast.

Muscles: The rectus femoris, iliopsoas, proximal hamstrings, quadratus femoris, and hip abductors are intact.

Sacroiliac Joints: No sacroiliac diastasis is appreciated.

Soft Tissues and Intrapelvic Structures: Post injection changes over the right hip. No significant soft tissue abnormality. No visualized lymphadenopathy, free fluid, or other abnormality.

Neurovascular Bundle: Normal

Impression:
Small anterior superior right labral tear.

Cam morphology of the right femur is also noted.

I personally reviewed the image(s) and, if necessary, I edited the report. I agree with the report as now presented.

Electronically Signed by: Kedar Jambhekar, M.D. on 12/06/2023 at 17:24:11
Acknowledged by: O'Malley, Lawrence K, MD on 12/06/23 2308

**Testing Performed By**

| | | | | |
|---|---|---|---|---|
| 16 - Unknown | SPEECHQ | Unknown | Unknown | 10/08/13 1304 - Present |

**Indications**

Right hip pain [M25.551 (ICD-10-CM)]

**Signed**

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Adm: 12/6/2023, D/C: 12/6/2023

**12/06/2023 - FL ARTHROGRAM HIP RIGHT in The Orthopaedic & Spine Hospital at UAMS - Diagnostic Radiology**

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**amLODIPine (NORVASC) 10 MG tablet**
Instructions: Take one tablet (10 mg total) by mouth daily.
Entered by: Kolody, Jamison, MA — Entered on: 12/16/2021

**atorvastatin (LIPITOR) 20 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/10/2023

**carvedilol (COREG) 3.125 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/16/2023

**cloNIDine HCl (CATAPRES) 0.2 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/23/2023

**DULoxetine (CYMBALTA) 60 MG capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**gabapentin (NEURONTIN) 300 MG capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/1/2023

**hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**HYDROcodone-acetaminophen (NORCO) 7.5-325 mg per tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/1/2023

**PARoxetine (PAXIL) 40 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/7/2023

**tiZANidine (ZANAFLEX) 4 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/23/2023

**traZODone (DESYREL) 100 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**12/06/2023 - MRI ARTHROGRAM HIP RIGHT in The Orthopaedic & Spine Hospital at UAMS - MRI (continued)**

**Imaging (continued)**

Electronically signed by Jambhekar, Kedar, MD on 12/6/23 at 1724 CST

**All Reviewers List**

O'Malley, Lawrence K, MD on 12/6/2023 23:08

## 12/06/2023 - FL ARTHROGRAM HIP RIGHT in The Orthopaedic & Spine Hospital at UAMS - Diagnostic Radiology (continued)

### Medication List (continued)

**Stopped in Visit**

None

### Imaging

**Fluoroscopy arthrogram hip right (Final result)**

Electronically signed by: **O'Malley, Lawrence K, MD on 11/25/23 2051** Status: **Completed**
Mode: Ordering in Written order mode
This order may be acted on in another encounter.
Communicated by: Keedy, Kimberly A, RN
Ordering user: Keedy, Kimberly A, RN 11/16/23 1305
Ordering provider: O'Malley, Lawrence K, MD
Authorized by: O'Malley, Lawrence K, MD
Ordering mode: Written order
Frequency: Routine PRN 12/06/23 1030 - 1 occurrence
Class: Ancillary Performed
Quantity: 1
Lab status: Final result
Instance released by: Hinton, Latarra 12/6/2023 10:30 AM
Diagnoses
Right hip pain [M25.551]

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient allergic to IV contrast? | No |
| Will a CT or MRI Arthrogram be ordered and performed after this exam? | Yes |
| Clinical Indication(s): | right hip pain |

**Fluoroscopy arthrogram hip right** Resulted: 12/07/23 0816, Result status: Final result

Ordering provider: O'Malley, Lawrence K, MD 12/06/23 1030
Order status: Completed
Resulted by:
Pandey, Tarun, MD
Mansfield, Kori K, MD
Filed by: Interface, Rad Results In 12/07/23 0819
Performed: 12/06/23 1159 - 12/06/23 1240
Accession number: 52874340
Resulting lab: SPEECHQ
Narrative:
EXAM DESCRIPTION:
FL ARTHROGRAM HIP RIGHT

HISTORY:
40 y/o M with right hip pain.

COMPARISON:
Prior right hip MRI 11/08/2021

TECHNIQUE:
The risk and benefits of the procedure were discussed with the patient and informed consent was obtained. The patient was placed supine on the fluoroscopy table. Fluoroscopic guidance was used to ascertain the appropriate skin site for percutaneous access. The right hip was prepped and draped in the usual sterile fashion. Local anesthetic with 2% lidocaine was administered. Under fluoroscopic guidance a 20 G needle was inserted into the right hip joint and correct positioning was confirmed. Approximately 14 ml of a mixture of 10ml normal saline, 10ml Omnipaque 180, and 0.2 ml Omniscan was injected into the right hip joint and fluoroscopic images were obtained. The needle was removed and sterile dressing was applied. The patient tolerated the procedure well

## 12/06/2023 - FL ARTHROGRAM HIP RIGHT in The Orthopaedic & Spine Hospital at UAMS - Diagnostic Radiology (continued)

**Imaging (continued)**

without any immediate post-operative complications.

FINDINGS:
Findings: Fluoroscopic images demonstrate appropriate position of the needle in the right hip joint.

Impression:
SUCCESSFUL FLUOROSCOPIC ARTHROGRAM OF THE RIGHT HIP. PATIENT WAS DISCHARGED FROM FLUOROSCOPY FOR FURTHER IMAGING.

TOTAL FLUORO TIME:
0.2 minutes.

I personally reviewed the image(s) and, if necessary, I edited the report. I agree with the report as now presented.

Electronically Signed by: Tarun Pandey, M.D. on 12/07/2023 at 08:16:43

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - Unknown** | SPEECHQ | Unknown | Unknown | 10/08/13 1304 - Present |

**Indications**

Right hip pain [M25.551 (ICD-10-CM)]

**Signed**

Electronically signed by Pandey, Tarun, MD on 12/7/23 at 0816 CST

**Medication Administrations**

**gadodiamide (Omniscan) 10 mmol/20 mL (287 mg/mL) injection [207073428]**

Ordering Provider: O'Malley, Lawrence K, MD
Ordered On: 12/06/23 1241
Ordered Dose (Remaining/Total): 2 mL (0/1)
Frequency: during radiology exam

Status: Completed (Past End Date/Time)
Starts/Ends: 12/06/23 1315 - 12/06/23 1242
Route: IV Push
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/06/23 1242<br>Documented: 12/06/23 1242 | Given | 2 mL | IV Push | Performed by: Kincaid, Steven |

**iohexol (Omnipaque) 180 mg iodine/mL injection [207073427]**

UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Adm: 12/6/2023, D/C: 12/6/2023

## 12/06/2023 - FL ARTHROGRAM HIP RIGHT in The Orthopaedic & Spine Hospital at UAMS - Diagnostic Radiology (continued)

**Medication Administrations (continued)**

Ordering Provider: O'Malley, Lawrence K, MD
Ordered On: 12/06/23 1241
Ordered Dose (Remaining/Total): 10 mL (0/1)
Frequency: during radiology exam

Status: Completed (Past End Date/Time)
Starts/Ends: 12/06/23 1315 - 12/06/23 1242
Route: Other
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/06/23 1242<br>Documented: 12/06/23 1242 | Given | 10 mL | Other | Performed by: Kincaid, Steven |

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Visit date: 11/16/2023

## 11/16/2023 - Appointment in UAMS X-RAY- Colonel Glenn

**Imaging**

**x-ray pelvis with ap lateral false profile dunn view hip right (Final result)**

Awaiting signature from: **O'Malley, Lawrence K, MD**
Status: **Completed**
Mode: Ordering in Standing order mode
Communicated by: Shelnut, Jason
This order may be acted on in another encounter.
Ordering user: Shelnut, Jason 11/16/23 1150
Ordering provider: O'Malley, Lawrence K, MD
Authorized by: O'Malley, Lawrence K, MD
Ordering mode: Standing order
Frequency: Routine 11/16/23 -
Class: Ancillary Performed
Quantity: 1
Lab status: Final result
Instance released by: Shelnut, Jason 11/16/2023 11:50 AM
Diagnoses
Right hip pain [M25.551]

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical Indication(s): | pain |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Confirm Resource: | COLONEL GLENN X-RAY | |

**x-ray pelvis with ap lateral false profile dunn view hip right** Resulted: 11/16/23 1327, Result status: Final result

Ordering provider: O'Malley, Lawrence K, MD 11/16/23 1150
Order status: Completed
Resulted by: Bajaj, Gitanjali, MD
Filed by: Interface, Rad Results In 11/16/23 1330
Performed: 11/16/23 1226 - 11/16/23 1226
Accession number: 52873836
Resulting lab: SPEECHQ
Narrative:
EXAM DESCRIPTION:
XR PELVIS W AP LAT FALSE PROFILE DUNN VW HIP RIGHT

HISTORY:
pain

COMPARISON:
None available

TECHNIQUE:
AP radiograph of the pelvis with frogleg lateral, false profile and Dunn views of the right hip

Impression:
Findings and Impression: No evidence of CAM deformity or acetabular over coverage noted on this exam. The hip joint appears intact and well aligned. No acute fracture or dislocation is seen. No significant degenerative changes. No disruption of the pelvic ring is noted. The left hip joint, pubic symphysis and sacroiliac joints are intact and well aligned as well. No concerning soft tissue abnormality.

Electronically Signed by: Gitanjali Bajaj, M.D. on 11/16/2023 at 13:27:32
Acknowledged by: O'Malley, Lawrence K, MD on 11/21/23 1236

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 11/16/2023

Sex: M

## 11/16/2023 - Appointment in UAMS X-RAY- Colonel Glenn (continued)

### Imaging (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - Unknown** | SPEECHQ | Unknown | Unknown | 10/08/13 1304 - Present |

**Indications**

Right hip pain [M25.551 (ICD-10-CM)]

**Signed**

Electronically signed by Bajaj, Gitanjali, MD on 11/16/23 at 1327 CST

**All Reviewers List**

O'Malley, Lawrence K, MD on 11/21/2023 12:36

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 11/16/2023

Sex: M

## 11/16/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**amLODIPine (NORVASC) 10 MG tablet**
Instructions: Take one tablet (10 mg total) by mouth daily.
Entered by: Kolody, Jamison, MA — Entered on: 12/16/2021

**atorvastatin (LIPITOR) 20 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/10/2023

**carvedilol (COREG) 3.125 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/16/2023

**cloNIDine HCl (CATAPRES) 0.2 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/23/2023

**DULoxetine (CYMBALTA) 60 MG capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**gabapentin (NEURONTIN) 300 MG capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/1/2023

**hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**HYDROcodone-acetaminophen (NORCO) 7.5-325 mg per tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/1/2023

**PARoxetine (PAXIL) 40 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 11/7/2023

**tiZANidine (ZANAFLEX) 4 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/23/2023

**traZODone (DESYREL) 100 MG tablet**
Entered by: Moore, Angelica, MA — Entered on: 11/16/2023
Start date: 10/12/2023

**Stopped in Visit**

**Medication List (continued)**

None

**Other Doctors' Notes**

**Progress Notes**

**Barlow, Sarah T, PA at 11/16/2023 1145**

**Version 1 of 1**

Author: Barlow, Sarah T, PA
Filed: 11/25/2023 8:51 PM
Editor: Barlow, Sarah T, PA (Physician Assistant)
Service: —
Encounter Date: 11/16/2023
Author Type: Physician Assistant
Status: Attested
Cosigner: O'Malley, Lawrence K, MD at 11/25/2023 8:51 PM

**Attestation signed by O'Malley, Lawrence K, MD at 11/25/2023 8:51 PM**

I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with Sarah Barlow, PA. I agree with the Sarah Barlow's note. - Lawrence O'Malley, MD

**Chief Complaint:**

Chief Complaint
Patient presents with
- Hip Pain
  *right*

**History of Present Illness**: Adam K Bobb is a 40 y.o. year old male patient who comes in today for follow-up evaluation of his right hip pain. We saw him 2 years ago for the same. He had an intra-articular right hip injection at that time which relieved the majority of his pain. He also did physical therapy which only helped for a short period of time. he is back because his pain has returned and is worsening. He complains of anterior groin pain. Pain is worse with sitting and activity.

**PMH and PFSH**: The patient's medications, medication allergies, Past Medical and Surgical History, pertinent Family History, Social History and complete Review of Systems was reviewed by me with the patient per the registration sheet dated today.

**ROS:** A complete 14 point review of systems was negative except for HPI
This includes General, ENT, Eyes, Respiratory, Cardiovascular, GI, Endocrine, Hematologic, Genitourinary, Musculoskeletal, Skin, Immunologic, Neurologic, and Psychiatric.

**Physical Examination:**
**Vital Signs**: There were no vitals filed for this visit.

**General**: Awake, alert, oriented x3. No acute distress

**Psych**: Mood and affect normal, interacts appropriately

**11/16/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

**Respiratory**: Nonlabored breathing, equal chest rise

**Cardiovascular**: Regular rate and rhythm to peripheral palpation

**HEENT**: Normocephalic, atraumatic, normal hearing

**Abdomen:** Soft, non-tender, nondistended

**Lymphatic**: No lymphedema or lymphangitis of the lower extremities

**Skin**: No rashes, lesions, or open wounds about the upper or lower extremities

**Neurologic**: Sensation intact to light touch and normal motor function; additional details of neurologic exam discussed below.

**Vascular**: No swelling in lower extremities other than described below in extremity exam. Dorsalis Pedis Pulses normal in lower extremities.

**GAIT AND STATION**: Normal gait without assistive devices. Station normal.
**RIGHT HIP**: Inspection no ecchymosis. No Tenderness. he has full range of motion but he does have pain with hip flexion and external rotation. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Negative FABERS Test. Normal Obers Test. Normal Thomas Test. Positive Grind test. Negative Snapping hip.

**LEFT HIP:** Inspection no ecchymosis. No Tenderness. ROM normal flexion, normal extension, normal internal rotation, normal external rotation, normal abduction, normal adduction. No Pain with ROM. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Negative FABERS Test. Normal Obers Test. Normal Thomas Test. Negative Grind test. Negative Snapping hip.

**SPINE**: No Tenderness. ROM with flexion 60 degrees, extension 25 degrees. No Pelvic tilt.

**IMAGING:** x-rays of the right hip are available for review today. No obvious fractures or dislocations. He has reasonable maintenance of joint space. He has a small cam deformity noted.

**IMPRESSION**: Right hip FAI concern for labral tear

**PLAN**: a long discussion was had with the patient today regarding his diagnosis and treatment options. Would like to order an MRI arthrogram of the right hip. We will see him back after this has been done to discuss results. He is in agreement with this plan.

**Past Medical History:**

Active Ambulatory Problems

| Diagnosis | Date Noted |
|---|---|
| • No Active Ambulatory Problems | |

Resolved Ambulatory Problems

## 11/16/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)

**Other Doctors' Notes (continued)**

| Diagnosis | Date Noted |
|---|---|
| • No Resolved Ambulatory Problems | |

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hypertension | |

### Past Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC SURGERY | | |

### Medications:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take one tablet (10 mg total) by mouth daily. | | |
| • atorvastatin (LIPITOR) 20 MG tablet | | | |
| • carvedilol (COREG) 3.125 MG tablet | | | |
| • cloNIDine HCl (CATAPRES) 0.2 MG tablet | | | |
| • DULoxetine (CYMBALTA) 60 MG capsule | | | |
| • gabapentin (NEURONTIN) 300 MG capsule | | | |
| • hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule | | | |
| • HYDROcodone-acetaminophen (NORCO) 7.5-325 mg per tablet | | | |
| • PARoxetine (PAXIL) 40 MG tablet | | | |
| • tiZANidine (ZANAFLEX) 4 MG tablet | | | |
| • traZODone (DESYREL) 100 MG tablet | | | |

No current facility-administered medications for this visit.

### Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Sulfa (Sulfonamide Antibiotics) | |

### Social History:

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |

## 11/16/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)

**Other Doctors' Notes (continued)**

- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Every Day
- Smokeless tobacco: Current

Substance and Sexual Activity
- Alcohol use: Yes
- Drug use: Never
- Sexual activity: Not on file

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Maternal Uncle | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Paternal Uncle | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Grandfather | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Grandfather | |
| • No Known Problems | Other | |
| • Anesthesia problems | Neg Hx | |
| • Cancer | Neg Hx | |
| • Bleeding disorder | Neg Hx | |
| • Collagen disease | Neg Hx | |
| • Diabetes | Neg Hx | |
| • Hypertension | Neg Hx | |

**11/16/2023 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

| | |
|---|---|
| • Osteoporosis | Neg Hx |
| • Rheum arthritis | Neg Hx |
| • Scoliosis | Neg Hx |
| • Heart disease | Neg Hx |
| • Lung disease | Neg Hx |
| • Arthritis | Neg Hx |
| • Stroke | Neg Hx |

Electronically signed by Barlow, Sarah T, PA at 11/25/2023 8:51 PM
Electronically signed by O'Malley, Lawrence K, MD at 11/25/2023 8:51 PM

# END OF REPORT

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: February 9, 2024

To: The Lincoln National Life Insurance Company-Amber Cronican

Fax number: (402) 361-1460

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

## Re: Adam Bobb

**Comments:** Please find attached document. Thank you.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

February 9, 2024

*Via Facsimile: (402) 361-1460*

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Amber Cronican
Specialist, Appeals Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Amber Cronican,

Please find attached the following medical records, which were not considered in the premature decision to terminate benefits as of 12/15/2023:

Arkansas Spine and Pain

- 11/29/2022: On a scale of 1 to 10 the pain level is 6. Cervical Spine: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Left lateral flexion is not associated with pain. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical – much improved. Lumbar Spine: Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u neck pain. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this. Sleep apnea (047.30)

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278
www.marcusvadenlaw.com

Lumbar radiculopathy (M54.16) Sacroiliitis (M46.1) Lumbar degenerative disc disease (M51.36) Chronic right hip pain (M25.551) Cervical spondylosis (M47.812) Cervical myofascial pain syndrome (M79.18) Labral tear of right hip joint (S73.191A) Encounter for long-term (current) use of other medications (279.899) Cervical radiculopathy (M54.12) Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.

- 2/28/2023: On a scale of 1 to 10 the pain level is 8. Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 4/5/2023: On a scale of 1 to 10 the pain level is 5. Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 7/10/2023: Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 11/1/2023: Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication

side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.

<u>Mainline Health Systems</u>

- 7/6/2023: Behavioral Health Follow Up. PTSD, depression, anxiety. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless. Assessment: Severity of Symptoms: Moderate. Assessment: 1. PTSD (post-traumatic stress disorder) 2. MDD (major depressive disorder), recurrent episode 3. GAD (generalized anxiety disorder).
- 8/3/2023: General: Patient presents today with a chief complaint of having discolored feet. Patient reports that if his feet are hanging, his feet look extremely purple. He is also complaining of chronic left shoulder pain, right hip pain, and lower back pain, the right hip pain is located over the greater trochanter of the right hip. He reports that the pain shoots down the right lateral side of his leg and stops at the knee. He denies any recent trauma. He is also complaining of lower back pain with a previous history of degenerative disc disease. Patient also has left shoulder pain and denies any injury from it. He reports that the pain is chronic. Exam: BACK: Paraspinal tenderness to lumbar region with palpation. EXTREMITIES: left shoulder has full active ROM but painful, right lateral hip over greater trochanter painful to palpation. Treatment: Greater trochanteric bursitis of right hip: Celestone 12mg intramuscular injection.
- 8/3/2023: X-ray Lumbar Spine: Impression: Early/mild multilevel endplate degeneration. Questionable L5 pars defect.
- 8/9/2023: MRI Lumbar Spine: Findings: L4-L5 Mild disc space degeneration with broad-based posterior disc bulge. Mild bilateral face arthropathy.
- 8/25/2023: Behavioral Health Follow Up. Depression. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 9/5/2023: F/u on lower back pain that radiates to legs. C/o burning stinging pain in feet that keeps him up at night. Varicose veins in lower legs. Exam: EXTREMITIES: decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet. Assessment: claudication. Cardiology referral.
- 10/31/2023: 40 yo male who presents today with a cc of having burning pains in his feet, mainly at the end of the day. Pt checked himself into an inpatient treatment facility recently for alcoholism. He was consuming a 30 pack of beer daily for years. He reports that since he has been sober for 45 days, he has been having these pains in his feet. He spoke with his cardiologist who believes it is neuropathy from the alcohol. Pt is also complaining of chronic right hip pain. Chart review reveals that he had a torn labrum of the right hip in 2021. He reports that he seen a specialist and never followed up. He denies any new injuries to this hip. We xrayed it a couple months and it did not show OA. He is also complaining of chronic low back pain. We did an MRI a few months ago as well that showed DDD of lumbar spine. Rx: Gabapentin 300mg. Tear of right acetabular labrum, subsequent encounter. Referral to ortho.

- 12/1/2023: Behavioral Health Follow Up. Sobriety, anxiety/depression/ptsd. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/14/2023: Behavioral Health Follow Up. Anxiety, depression. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/21/2023: Behavioral Health Follow Up. Depression and anxiety. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/29/2023: Behavioral Health Follow Up. Depression, anxiety. He stated that he recently had another procedure on his leg, this one they went in by his ankle, he showed BHC his foot that appeared to be swollen. BHC provided him a chair to elevate it. Client and BHC discussed anxiety surrounding another upcoming surgery where he will have to utilize crutches and need assistance. He stated that he will talk with wife and if she is unwilling to take care of him he will go to mother's home to recover after procedure. Depression. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless. Assessment: Severity of Symptoms: Moderate.

South Arkansas Cardiology

- 9/8/2023: The patient has history of Patent Ductus Arteriosus – surgical repair about two years ago – not followed by cardiologist. HPI: The patient complains of chest pains-generalized that last for 'five minutes". The patient describes chest pains as heaviness, which are associated with shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema – feet. The patient states that right lower extremity is worse than the left lower extremity. The patient describes discomfort as aching and burning in lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Exam: Extremities: 1-2+ edema of the bilateral lower extremities – toes with sluggish cap refill. Peripheral pulses: faint pedal pulses 1+.
- 10/24/2023: Venous mapping for venous insufficiency: Severe insufficiency of right Superficial Femoral Vein. Severe insufficiency of the Right Great Saphenous vein above the knee. Severe Insufficiency of the Right Great Saphenous below the knee. Severe Insufficiency seen in Left Superficial Femoral Vein. Severe insufficiency seen in left Great Saphenous above the knee. Severe Insufficiency seen in Left Greet Saphenous below the knee. Recommend bilateral compression therapy and possible EVL/RFA/Foam of above vessels. No DVT noted.
- 10/24/2023: Echocardiogram: Trace tricuspid regurgitation.
- 11/9/2023: Patient returns today for test results. Schedule for EVL/RFA/Foam
- 12/13/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Right, Above the knee.

- 12/20/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Left, Above the knee.
- 12/27/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Left, Below the knee.
- 1/3/2024: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Right, Below the knee.
- 1/10/2024: Schedule for exercise Cardiolite stress test. Repeat Fasting lipids. Schedule for complete VIDS in three months. Schedule for home sleep study. The patient is to return to clinic post stress test.

Additionally, the claimant was referred back to UAMS Orthopedic Clinic by Dr. Pennington on 10/31/2023, but the appointment did not occur until after we had requested records from this facility. We have subsequently re-requested records from this clinic in order to obtain the MRI performed prior to the 12/28/2023 appointment to discuss the results.

Mr. Bobb has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as you found Mr. Bobb capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restriction were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress.

Mr. Bobb does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this. Should you maintain your denial of benefits, we will file suit in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 11-01-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous carvical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 9.** Height (inches): 75.00 Weight (lbs): 208.00 **BP:** 124/84 mm Hg. **Puls e:** 87 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and***

***left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL075053 Dated: 11-01-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL075055 Dated: 11-01-2023 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will increase HC to 7.5/325mg TID PRN #75 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 7.5/325mg TID PRN #75.
Refill Tizanidine 4mg QHS #30.

- Pill count: HC Out of medication on 11/1/23.

- Last filled: 9/28/23.

- UDS: Negative on 11/1/23.

- Confirmation Consistent on 4/25/23. Reviewed 11/1/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Screening drug test by direct optical method without assistance of analyzer instrument (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0167**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Pharmacy:** Drug Room, INC.
Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

**Patient:** Mr. Bobb, Adam
DOB:
Add:
Plan:

---

**Date:** 12-18-2023

**hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet**

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 12-19-2023.*

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 11-01-2023.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 07-10-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness.*** Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 205.00 **BP:** **114/76** mm Hg. BP Diastolic: 76 mmHg. BP Systolic: 114 mmHg. **Pulse:** 65 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL065378 Dated: 07-10-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 39/60 on 7/10/23.

Last filled: 6/30/23.

UDS: Negative on 7/10/23.

Confirmation Consistent on 4/25/23. Reviewed 7/10/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 3 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

Bobb, Adam Male

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(I10)
(G89.4)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 3 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-10-2023.*

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501-227-0187**
**Main Fax: 501-227-0187**

**5700 West Markham Street**
**Little Rock, AR 72205 - 3328**
**Refer@ArkansasSpineAndPain.com**

**Pharmacy:** Drug Room, INC.
**Add:** 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
**Phone:** 8705363980
**Fax:** 8705361953

**Patient:** Mr. Bobb, Adam
**DOB:**
**Add:**
**Plan:**

---

**Date:** 06-28-2023

**hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet**
**hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet**
**tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1**

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 06-28-2023.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 04-25-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 189.00 **BP:** 141/87 mm Hg. ***BP Diastolic: 87 mmHg. BP Systolic: 141 mmHg.*** **Pulse:** 90 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with***

Bobb, Adam Male

***pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***

**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**

**Order No: SCL059607 Dated: 04-25-2023 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

**Order No: SCL059610 Dated: 04-25-2023 Lab: Any Lab**

**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment**: Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

-Right hip labral tear - seeing ortho

-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Bobb, Adam Male

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will SCHEDULE C6-7 CESI.
-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 10/60 on 4/25/23.

Last filled: 3/30/23.

UDS: Negative on 4/25/23.

Confirmation Inconsistent on 2/28/23 - Negative for HC. Reviewed 4/25/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**

Bobb, Adam Male

**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
ICDs:
(G89.4)
(M46.1)
(M51.36)
(M47.812)
**Screening drug test by direct optical method without assistance of analyzer instrument (80305)**
ICDs:
(Z79.899)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-25-2023.*

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-28-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 8.** Height (inches): 75.00 Weight (lbs): 189.00 **BP:** 138/96 mm Hg. ***BP Diastolic: 96 mmHg. BP Systolic: 138 mmHg.*** **Pulse:** 126 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and***

Bobb, Adam Male

***left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**
**Order No: SCL054647 Dated: 02-28-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
**Order No: SCL054650 Dated: 02-28-2023 Lab: Any Lab**
**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

Bobb, Adam Male

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will SCHEDULE LT C5-7 CESI.
-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC Did not bring on 2/28/23.

Last filled: 1/3/23.

UDS: Negative on 2/28/23.

Confirmation Inconsistent on 2/21/22 - Negative for HC. Reviewed 2/28/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**

Bobb, Adam Male

**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:

- (G47.30)
- (G89.4)
- (I10)
- (M54.16)
- (M46.1)
- (M51.36)
- (M25.551)
- (M47.812)
- (M79.18)
- (S73.191A)

**Follow Up:** 2 Months

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-28-2023.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 11-29-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movament , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetina
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Bobb, Adam Male

1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cremps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 210.00 **BP:** 136/102 mm Hg. ***BP Diastolic: 102 mmHg. BP Systolic: 136 mmHg.*** **Pulse:** 121 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral***

***flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**
**Order No: SCL046866 Dated: 11-29-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL046874 Dated: 11-29-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***11/29/22***

-Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.

Bobb, Adam Male

Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will SCHEDULE LT C5-6, C6-7 CESI.
-Will obtain MRI report from 1530 Medical Mall in Pine Bluff.
-Advised him to follow up with his PCP for BP control.
-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 10/60 on 11/29/22.

Last filled: 11/4/22.

UDS: Negative on 11/29/22.

Confirmation Inconsitent on 2/21/22 - Negative for HC.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC after procedure.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**

Bobb, Adam Male

**ICDs:**
(G47.30)
(G89.4)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 11-29-2022.*

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 01/03/2024

mainlinehealth systems, inc.

BOBB, ADAM
40 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS Payer ID: 00181
PCP: Kerry Pennington Referring: Kerry Pennington
Appointment Facility: 09-SCD-MAINLINE HEALTH SYTEMS

01/03/2024 Terri Eubanks, DDS

### Current Medications

**Taking**
- Paxil

**Unknown**
- tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day
- cloNIDine HCl 0.2 MG Tablet T1T PO PRN
- amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY
- hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM
- Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain
- PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day
- Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month
- traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS

### Past Medical History

Hypertension.
Anger issue.
Arthritis.

### Surgical History

heart surgery at 2 years old

### Family History

Father: unknown
Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension
1 son(s) , 1 daughter(s) .

### Reason for Appointment

1. Walk-In

### Vital Signs

Wt: **215** lbs, Ht: 75 in, BMI: 26.87 Index, BP: Not Taken - No Medical Need.

### Dental Examination/Plan :

| Tooth / Surface | Status | Description | Provider | Date |
|---|---|---|---|---|
| Full Mouth | C | LTD ORAL EVALUATION - PROBLEM FOCUS | TE | 01/03/2024 |
| Exam, pano, patient is having pain with tooth18 and 16- patient does not have dental insurance but would like to save some of his teeth if possible and have a partial denture made.<br>RX antibiotics to The Drug Room in Pine Bluff and will reschedule the patient back for exts and comp exam, treatment plan with Dr. Garner. Patient was seen by Dr Eubanks today in Star City.<br>Eubanks, Terri 01/03/2024 10:17:58 AM > | | | | |
| Full Mouth | C | PANORAMIC FILM SEE ALSO CODE 70320 | TE | 01/03/2024 |
| 16 | TP | EXTRAC ERUPTED TOOTH/EXPOSED ROOT | TE | 01/03/2024 |
| 18 | TP | EXTRAC ERUPTED TOOTH/EXPOSED ROOT | TE | 01/03/2024 |

### Assessments

1. Encounter for dental examination - Z01.20 (Primary)

### Treatment

**1. Others**

Start Penicillin V Potassium Tablet, 500 MG, 1 tablet, Orally, 4 times per day, 7 days, 28 Tablet, Refills 0
Notes: Penicillin V Oral Tablet (PENICILLIN V POTASSIUM - ORAL) material was printed

### Procedure Codes

D0140 LTD ORAL EVALUATION - PROBLEM FOCUS, TthNo: FM, Srfc:

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 01/03/2024**

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED dmartin lpn 10/31/2023.

**Social History**

HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
PRAPARE: yes Date Completed/Updated: 10/31/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3-

D0330 PANORAMIC FILM SEE ALSO CODE 70320, TthNo: FM, Srfc:

**Follow Up**

exts, exam

[signature] DDS

Electronically signed by DDS Terri Eubanks , DDS on 01/03/2024 at 03:32 PM CST
Sign off status: Completed

09-SCD-MAINLINE HEALTH SYTEMS
557 KIRKWOOD RD
STAR CITY, AR 71667-8843
Tel: 870-628-5110
Fax: 855-854-0281

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 01/03/2024**

Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 10/31/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Martin, Daleshia 10/31/2023 03:14:47 PM CDT > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Martin, Daleshia 10/31/2023 03:14:58 PM CDT > , Yes:.
Smoking: yes, Martin, Daleshia 10/31/2023 03:15:02 PM CDT > , YES.
Recreational drug use: yes, Martin, Daleshia 10/31/2023 03:15:06 PM CDT > , Denies.
Alcohol: yes, Martin, Daleshia 10/31/2023 03:15:10 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week.
Learning Assessment: yes Completed: 10/31/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 10/31/2023.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.

Caffeine: yes, Martin, Daleshia 10/31/2023 03:15:31 PM CDT > , Occasionally.
Exercise: yes, Martin, Daleshia 10/31/2023 03:15:34 PM CDT > , walking.
Travel outside US: yes, Martin, Daleshia 10/31/2023 03:15:38 PM CDT > , No.
Sexually active: yes, Martin, Daleshia 10/31/2023 03:15:43 PM CDT > , Yes.
Herbal & OTC medications: yes, Martin, Daleshia 10/31/2023 03:15:47 PM CDT > , PRN.
Advance Directive: yes, Martin, Daleshia 10/31/2023 03:15:51 PM CDT > , , No.
Diabetic testing: yes, Martin, Daleshia 10/31/2023 03:15:54 PM CDT > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Allergies**

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

**Hospitalization/Major Diagnostic Procedure**

see above

---

Progress Note: Terri Eubanks, DDS 01/03/2024

Generated for Printing/Faxing/eTransmitting on: 01/05/2024 08:43 AM CST

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/29/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 12/29/2023

**Subjective:**

**Chief Complaints:**
1. BH FU. 2. Depression, anxiety.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 45 minutes, 9:03-9:48 = 39 minutes.

Subjective:

Patient Reports: Client and BHC continued to build rapport. He stated that he recently had another procedure on his leg, this one they went in by his ankle, he showed BHC his foot that appeared to be swollen. BHC provided him a chair to elevate it and asked if he needed to see a medical provider if he has concerns. He declined stating that after the session today he planned on going back to Pine Bluff to see heart Doctor to discuss and do his daily check in with his parole officer. He stated he is still sober, but continuing to have marital problems, which causes him stress. BHC and client discussed stress reducing techniques. Positive communication was utilized during session and client participated well. Client and BHC discussed anxiety surrounding another upcoming surgery where he will have to utilize crutches and need assistance. He stated that he will talk with wife and if she is unwilling to take care of him he will go to mother's home to recover after procedure. BHC praised him for having a plan and a backup option, he was encouraged to discuss with spouse to come up with a final solution, he understood..

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/29/2023

Screening Tools:
Utilized: None Today.
Plan:
BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

**Medications:** Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Unknown Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Unknown DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Unknown cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Unknown hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Unknown Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain , Unknown PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Unknown Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month, Unknown traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90834 PSYTX PT&/FAMILY 45 MINUTES
**Follow Up:** 2 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90834 PSYTX PT&/FAMILY 45 MINUTES.

## Care Plan Details

[signature] LCSW

Electronically signed by Scott Allison Johnson , LCSW on 12/31/2023 at 02:19 AM CST
Sign off status: Completed

**CONFIDENTIAL ENCOUNTER**

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/21/2023**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 12/21/2023

## Subjective:

**Chief Complaints:**

1. BH FU. 2. Depression and anxiety.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 45 minutes, 10:30-11:08 = 38 minutes.

Subjective:

Patient Reports: BHC and client continued to build rapport. Client stated that he had a one of many procedures on his leg to block veins that weren't pumping blood back to his heart correctly. Client stated that they went in through his groin this time and it was somewhat painful. He stated he was awake for the procedure. Client is worried about upcoming outpatient surgeries, if they aren't successful they will be more complicated procedures that have to be done. BHC and client worked through worries exploration worksheet verbally to help work through negative cognitions. He participated well. Client is doing well-being sober and is still meeting with parole officer daily. BHC praised him for keeping up his responsibilities..

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently

**CONFIDENTIAL ENCOUNTER**

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/21/2023**

participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month, Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90834 PSYTX PT&/FAMILY 45 MINUTES

**Follow Up:** 2 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90834 PSYTX PT&/FAMILY 45 MINUTES.

## Care Plan Details

Scott Allison Johnson, LCSW

Electronically signed by Scott Allison Johnson , LCSW on 01/01/2024 at 02:58 PM CST
Sign off status: Completed

Provider: Scott Allison Johnson, LCSW

Date: 12/21/2023
Generated for Printing/Faxing/eTransmitting on: 01/05/2024 08:43 AM CST

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/14/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 12/14/2023

## Subjective:

**Chief Complaints:**

1. BH FU. 2. Anxiety depression.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 45 minutes, 10:45-11:24 = 39 minutes.

Subjective:

Patient Reports: Client stated that he is still sober, he is not having any cravings at this time per self report. He stated that he is going to wait till next year to start dental work, he thought he had insurance, however did not, so he will wait to the beginning of 2024 when it becomes active. Client stated that he is still checking in with parole officer daily per court order, he is passing drug screens when given randomly.

Client stated that he feels that wife frequently "starts arguments with me." De-escalation techniques, walking away, stop-think-act methods were discussed today. He participated well and stated he will utilize what was learned in session. He stated this causes some anxiety and depression when she "makes fun" of his appearance (dental issues) however he has decided to not argue or insult back. Instead, to leave conversation before becoming angered or triggers as he used to cope with alcohol, and he is trying not to do this again..

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/14/2023

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month, Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90834 PSYTX PT&/FAMILY 45 MINUTES

**Follow Up:** 2 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90834 PSYTX PT&/FAMILY 45 MINUTES.

## Care Plan Details



Electronically signed by Scott Allison Johnson , LCSW on 01/01/2024 at 03:10 PM CST

Sign off status: Completed

Provider: Scott Allison Johnson, LCSW

Date: 12/14/2023

Generated for Printing/Faxing/eTransmitting on: 01/05/2024 08:43 AM CST

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/01/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 12/01/2023

## Subjective:

**Chief Complaints:**
1. BH FU. 2. Sobriety, depression/anxiety/ptsd.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 30 minutes, 11:30-11:58 = 28 minutes.

Subjective:

Patient Reports: Client and BHC continued to build rapport during this session. Client states that he is 77 days sober, and he feels better and is proud of himself. BHC praised client for success, he does physically look better, he has gained some weight and groomed facial hair. Client stated he was going to the dentist to start getting his "teeth fixed."

Client and BHC discussed the importance of a sober lifestyle and encouraged him to avoid triggers of alcohol as he doesn't need a set back. He asked for a letter stating he was attending therapy, BHC complied and wrote letter for him to show in court that he is still getting treatment. Client and BHC reviewed coping skills, he stated that he is not having any cravings at this time. Client stated that he is concerned about wife overtaking pain medication and states he now has to "keep mine on me all the time because they come up missing." Client is concerned she is buying "off the street" as her addiction has gotten worse since surgery.

Client stated that he got arrested "for something I did back in September after I had been drinking the police said I threatened to burn down someone's house." Client states he "blacked out" he had drank two 30 packs of beer that day and possibly a pint or more of liquor. He stated that son had to come get him from jail, and he is confused as to why they waited till November to arrest him. BHC encouraged him to seek legal advice on this matter, he understood..

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to

mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

**Medications:** Unknown tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Unknown Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Unknown traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Unknown DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Unknown cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Unknown hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Unknown Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain , Unknown PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Unknown Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90832 PSYTX PT&/FAMILY 30 MINUTES

**Follow Up:** 3 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90832 PSYTX PT&/FAMILY 30 MINUTES.

## Care Plan Details

Scott Allison R. Johnson, LCSW

Electronically signed by Scott Allison Johnson , LCSW on 12/01/2023 at 09:57 AM CST
Sign off status: Completed

Provider: Scott Allison Johnson, LCSW

Date: 12/01/2023
Generated for Printing/Faxing/eTransmitting on: 01/05/2024 08:43 AM CST

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 10/31/2023

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Anthony Rodriguez, APRN
**Date:** 10/31/2023

## Subjective:

**Chief Complaints:**

1. Pt states he has alcohol induced neuropathy/ pain in right groin/ wants nicotine and lidocaine patches DMARTIN LPN. 2. Drug Room-Pine Bluff, MMashburn,RN. 3. DUE: HIV, Colon, MMashburn,RN. 4. UTD: Lipid, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

Visit HPI:

Pt is a 40 yo male who presents today with a cc of having burning pains in his feet, mainly at the end of the day. Pt checked himself into an inpatient treatment facility recently for alcholoism. He was consuming a 30 pack of beer daily for years. He reports that since he has been sober for 45 days, he has been having these pains in his feet. He spoke with his cardiologist who believes it is neuropathy from the alcohol.

Pt is also complaining of chronic right hip pain. Chart review reveals that he had a torn labrum of the right hip in 2021. He reports that he seen a specialist and never followed up. He denies any new injuries to this hip. We xrayed it a couple months and it did not show OA. He is also complaining of chronic low back pain. We did an MRI a few months ago as well that showed DDD of lumbar spine. He denies sadle anesthesia, no incontinence, no foot drop.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Recent Hospitalizations/ER/Procedures-Surgeries, Changes in Medications, Body aches. HEENT NEGATIVE FOR, Changes in Vision, Changes in Hearing, Vertigo, Ear Pain or Fullness, Allergic Rhinitis. RESPIRATORY NEGATIVE FOR, Cough, Wheezing, Ronchi, Dyspnea at Rest, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Hx of Murmur, Dyspnea On Exertion, Swelling Legs. GI/GU NEGATIVE FOR, Abdominal pain, Constipation, Diarrhea, Dysuria, Hematuria. MUSCULOSKELETAL -, , **POSITIVE FOR**, Musculoskeketal Pain. NEURO -, NEGATIVE FOR, Focal Neuro Deficits, Headaches, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Malaise/Fatigue, Changes in Weight, Hot/Cold Intolerance, Excessive Daytime Sleepiness. DERM -, NEGATIVE FOR, Redness, Rash, Cyanosis.

**Medical History:** Hypertension, Anger issue.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 10/31/2023

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED dmartin lpn 10/31/2023.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 10/31/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 10/31/2023. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Martin, Daleshia 10/31/2023 03:14:47 PM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Martin, Daleshia 10/31/2023 03:14:58 PM CDT > , Yes:. Smoking: yes, Martin, Daleshia 10/31/2023 03:15:02 PM CDT > , YES. Recreational drug use: yes, Martin, Daleshia 10/31/2023 03:15:06 PM CDT > , Denies. Alcohol: yes, Martin, Daleshia 10/31/2023 03:15:10 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 10/31/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 10/31/2023. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Martin, Daleshia 10/31/2023 03:15:31 PM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 10/31/2023 03:15:34 PM CDT > , walking. Travel outside US: yes, Martin, Daleshia 10/31/2023 03:15:38 PM CDT > , No. Sexually active: yes, Martin, Daleshia 10/31/2023 03:15:43 PM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 10/31/2023 03:15:47 PM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 10/31/2023 03:15:51 PM CDT > , , No. Diabetic testing: yes, Martin, Daleshia 10/31/2023 03:15:54 PM CDT > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 10/31/2023

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:** Wt: **208** lbs, Ht: 75 in, BMI: 26 Index, BP: **128/76** mm Hg, HR: 97 /min, RR: 20, Temp: 97.9, SaO2: 98.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. BACK: normal ROM of spines. EXTREMITIES: gait normal.

## Assessment:

**Assessment:**

1. Neuropathy of both feet - G57.93 (Primary)
2. Current smoker - F17.200
3. Screening for HIV (human immunodeficiency virus) - Z11.4
4. Special screening for malignant neoplasms, colon - Z12.11
5. Tear of right acetabular labrum, subsequent encounter - S73.191D
6. DDD (degenerative disc disease), lumbar - M51.36
7. Recovering alcoholic in remission - F10.21

## Plan:

**Treatment:**

**1. Neuropathy of both feet**

Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, three times daily prn feet pain, 30 days, 90, Refills 2 .
Notes: 1. cardiologist believes he has neuropathy from alcoholism. He has L4-L5 DDD.

**2. Current smoker**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**3. Screening for HIV (human immunodeficiency virus)**

LAB: -HIV 1/2 Rapid Antibody (Collection Date & Time - 10/31/2023 03:54 PM) Negative

| | Value | Reference Range |
|---|---|---|
| HIV 1/2 Antibody | neg | Non Reactive - |

Weatherford, Jessica 10/31/2023 03:54:35 PM CDT > 1012 East Church St., Warren Mashburn, Madison 11/01/2023 09:07:42 AM CDT > Attempted to contact to notify. No answer, mailbox full. This lab was reviewed by Anthony Rodriguez on 11/01/2023 at 13:13 PM CDT

**4. Special screening for malignant neoplasms, colon**

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 10/31/2023**

Referral To:Samuel Arnold General Surgery
Reason:Please schedule pt for colonoscopy

**5. Tear of right acetabular labrum, subsequent encounter**
Notes: 1. patient had an MRI in 2021 that dx a labrum tear of right hip. Seen specialist but does not recall who, needs a nother referral, continuing to have pain, xrays last couple months were normal.

**6. DDD (degenerative disc disease), lumbar**
Notes: 1. will send referral or PT if patient decides, will let us know.

**7. Recovering alcoholic in remission**
Notes: 1. continue to abstain from alcohol
2. reach to us if youre still having issues with addiction.

**Procedure Codes:** 99406 BEHAV CHNG SMOKING 3-10 MIN, 86703 HIV-1/HIV-2 1 RESULT ANTBDY

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 3 Months

## Images:

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
99406 BEHAV CHNG SMOKING 3-10 MIN.
86703 HIV-1/HIV-2 1 RESULT ANTBDY.

## Care Plan Details

**Vitals**

**Wt ((lbs)) 208**

Electronically signed by Anthony Rodriguez , APRN on 11/01/2023 at 08:36 AM CDT
Sign off status: Completed

**Provider: Anthony Rodriguez, APRN** **Date: 10/31/2023**

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 09/05/2023

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/05/2023

## Subjective:

**Chief Complaints:**

1. F/U ON LOWER BACK PAIN THAT RADIATES TO LEGS. C/O BURNING STINGING PAIN IN FEET THAT KEEPS HIM UP AT NIGHT. VARICOSE VEINS IN LOWER LEGS. TMCDOUGALD LPN. 2. DRUG ROOM. TMCDOUGALD LPN. 3. DUE: HIV. PT REFUSED. TMCDOUGALD LPN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0.

Visit HPI:

Pt is a 40 yo male who presents to the clinic today with a cc of having bilateral leg pain that is worsened with ambulation. He has a hx of smoking and a strong family hx of CAD. He denies having any chest pain, no sob at rest but mild sob with exertion. He denies having any fever, chills, body aches. He has been seen by me in the past for low back pain, MRI showed DDD.

**ROS:**

ROS---:

GENERAL **NEGATIVE FOR** , Changes in weight , Fatigue/Malaise , Chills , Fever. HEENT **NEGATIVE FOR** , NASAL CONGESTION , SORE THROAT , Ear Pain or Fullness. RESPIRATORY **NEGATIVE FOR** , Cough , , Dyspnea at Rest , Dyspnea at Exertion. CARDIOVASCULAR NEGATIVE FOR , Chest Pain , Palpitations. GI/GU NEGATIVE FOR , Diarrhea , nausea, abdominal pain, vomiting. MUSCULOSKELETAL **POSITIVE FOR leg pain**

. NEURO NEGATIVE FOR , Headaches. ENDOCRINE NEGATIVE FOR , EXCESSIVE THIRST , Changes in Skin/Hair , Changes in Weight. DERM NEGATIVE FOR , Rash.

**Medical History:** Hypertension, Anger issue.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED TMCDOUGALD LPN 2023/09/05.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 09/05/2023

drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 09/05/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 09/05/2023. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, McDougald, Tera 09/05/2023 09:21:27 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, McDougald, Tera 09/05/2023 09:21:55 AM CDT > , Yes:. Smoking: yes, McDougald, Tera 09/05/2023 09:22:00 AM CDT > , YES. Recreational drug use: yes, McDougald, Tera 09/05/2023 09:22:08 AM CDT > , Denies. Alcohol: yes, McDougald, Tera 09/05/2023 09:22:16 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/05/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/05/2023. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, McDougald, Tera 09/05/2023 09:22:36 AM CDT > , Occasionally. Exercise: yes, McDougald, Tera 09/05/2023 09:22:42 AM CDT > , walking. Travel outside US: yes, McDougald, Tera 09/05/2023 09:22:49 AM CDT > , No. Sexually active: yes, McDougald, Tera 09/05/2023 09:22:53 AM CDT > , Yes. Herbal & OTC medications: yes, McDougald, Tera 09/05/2023 09:22:58 AM CDT > , PRN. Advance Directive: yes, McDougald, Tera 09/05/2023 09:23:04 AM CDT > , No. Diabetic testing: yes, McDougald, Tera 09/05/2023 09:23:09 AM CDT > , Not diabetic. GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 09/05/2023

## Objective:

**Vitals:** Wt: **189** lbs, Ht: 75 in, BMI: **23.62** Index, BP: **110/70** mm Hg, HR: 88 /min, RR: 20, Temp: 98.0, SaO2: 98.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEENT: maxillary sinus pain to palpation. ORAL CAVITY: no lesions. NECK: supple, no lymphadenopathy. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. EXTREMITIES: decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet..

## Assessment:

**Assessment:**

1. Claudication - I73.9 (Primary)
2. Current smoker - F17.200

## Plan:

**Treatment:**

**1. Claudication**

Notes: 1. quit smoking

2. referral to Matt Wood APRN Dr. Mahmood.

Referral To:Cardiology

Reason:Matt Wood APRN with Dr. Mahmood.

**2. Current smoker**

Notes: 1. encouarged to quit tobacco use

2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,

3. offered therapy

4. time spent educating was 10 minutes.

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..

**Follow Up:** 3 Months

## Images:

## Billing Information:

**Visit Code:**

99213 Office Visit, Est Pt., Level 3.

**Procedure Codes:**

## Care Plan Details

Electronically signed by Anthony Rodriguez , APRN on 09/05/2023 at 01:24 PM CDT
Sign off status: Completed

Provider: Anthony Rodriguez, APRN Date: 09/05/2023

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 08/25/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 08/25/2023

## Subjective:

**Chief Complaints:**

1. BH FU ** BH MTP DUE **. 2. Depression.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 30 minutes.

Subjective:

Patient Reports: BHC and client worked to build rapport during session. Client and BHC utilized session to update master treatment plan. He still experiences depression. He stated that wife contributes to this as he is not happy in the marriage. He admits to having several affairs, and she is aware of this. He states that "when I get my disability back pay I want to move, maybe to Louisiana, I will leave her with the house and all." BHC and client processed this at length with client. He admits the neighbor situation, court issues, financial stressors, and relationship strain have all weighed on him lately. He stated he is strongly considering divorce and feels that she exaggerates health issues. BHC encouraged client to not make a rash decision, to think it through and talk to wife, he stated he would consider. .

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 08/25/2023

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM

## Objective:

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90832 PSYTX PT&/FAMILY 30 MINUTES

**Follow Up:** 3 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90832 PSYTX PT&/FAMILY 30 MINUTES.

## Care Plan Details

Scott Allison Johnson, LCSW

Electronically signed by Scott Allison Johnson , LCSW on 09/10/2023 at 05:36 PM CDT
Sign off status: Completed

Provider: Scott Allison Johnson, LCSW Date: 08/25/2023

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 08/03/2023

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Anthony Rodriguez, APRN
**Date:** 08/03/2023

## Subjective:

**Chief Complaints:**

1. CIRCULATION ISSUES IN BOTH LEGS FEET, LOWER BACK PAIN, HIP PAIN, LEFT SHOULDER PAIN DMARTIN LPN. 2. RX: DRUG ROOM INC DMARTIN LPN. 3. UTD: A1C DMARTIN LPN. 4. DUE:HIV DMARTIN LPN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0.

General:

Patient presents today with a chief complaint of having discolored feet. Patient reports that if his feet are hanging, he is feet look extremely purple. He denies having any coldness with palpation to his right or left lower extremity. He denies having random sores to his legs. He does smoke, and have high blood pressure. He denies seeing a cardiologist. He is also complaining of chronic left shoulder pain, right hip pain, and lower back pain, the right hip pain is located over the greater trochanter of the right hip. He reports that the pain shoots down the right lateral side of his leg and stops at the knee. He denies any recent trauma. He is also complaining of lower back pain with a previous history of degenerative disc disease. Patient also has left shoulder pain and denies any injury from it. He reports that the pain is chronic and he takes ibuprofen Aleve sometimes it did not minimal to no relief.

**ROS:**

ROS---:

GENERAL **NEGATIVE FOR** , Changes in weight , Fatigue/Malaise , Chills , Fever. HEENT **NEGATIVE FOR** , NASAL CONGESTION , SORE THROAT , Ear Pain or Fullness. RESPIRATORY **NEGATIVE FOR** , Cough , , Dyspnea at Rest , Dyspnea at Exertion. CARDIOVASCULAR NEGATIVE FOR , Chest Pain , Palpitations. GI/GU NEGATIVE FOR , Diarrhea , nausea, abdominal pain, vomiting. MUSCULOSKELETAL **POSITIVE FOR** Back Pain, shoulder pain, hip pain

. NEURO NEGATIVE FOR , Headaches. ENDOCRINE NEGATIVE FOR , EXCESSIVE THIRST , Changes in Skin/Hair , Changes in Weight. DERM POSITIVE FOR feet are purple at times.

**Medical History:** Hypertension, Anger issue.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a

week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED DMARTIN LPN 08/03/2023.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 08/03/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 08/03/2023. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Martin, Daleshia 08/03/2023 10:31:19 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Martin, Daleshia 08/03/2023 10:31:32 AM CDT > , Yes:. Smoking: yes, Martin, Daleshia 08/03/2023 10:31:36 AM CDT > , YES. Recreational drug use: yes, Martin, Daleshia 08/03/2023 10:31:40 AM CDT > , Denies. Alcohol: yes, Martin, Daleshia 08/03/2023 10:31:44 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 08/03/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/03/2023. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Martin, Daleshia 08/03/2023 10:32:06 AM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 08/03/2023 10:32:10 AM CDT > , Per Age. Travel outside US: yes, Martin, Daleshia 08/03/2023 10:32:14 AM CDT > , , No. Sexually active: yes, Martin, Daleshia 08/03/2023 10:32:18 AM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 08/03/2023 10:32:22 AM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 08/03/2023 10:32:25 AM CDT > , No. Diabetic testing: yes, Martin, Daleshia 08/03/2023 10:32:30 AM CDT > , Not diabetic. GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A

DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:** Wt: **192.2** lbs, Ht: 75 in, BMI: **24.02** Index, BP: **120/76** mm Hg, HR: 91 /min, RR: 20, Temp: 97.0, SaO2: 99.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. BACK: Paraspinal tenderness to lumbar region with palpation. EXTREMITIES: left shoulder has full active ROM but painful, right lateral hip over greater trochanter painful to palpation,.

## Assessment:

**Assessment:**

1. Greater trochanteric bursitis of right hip - M70.61 (Primary)
2. Nicotine dependence with current use - F17.200
3. Lumbar degenerative disc disease - M51.36
4. Other chronic pain - G89.29
5. Pain in left shoulder - M25.512
6. PAD (peripheral artery disease) - I73.9

## Plan:

**Treatment:**

**1. Greater trochanteric bursitis of right hip**

Imaging: -X-ray : Hip, right (2 view) (Performed Date - 08/03/2023) Normal
Weatherford, Jessica 08/03/2023 11:04:12 AM CDT > Rodriguez, Anthony 08/04/2023 11:32:46 AM CDT > McDougald, Tera 08/04/2023 11:36:44 AM CDT > no answer. voicemail unavailable Mashburn, Madison 08/07/2023 11:34:05 AM CDT > tried to contact. no answer. unable to leave VM. McDougald, Tera 08/07/2023 03:42:33 PM CDT > results discussed with pt's wife. referral sent for mri spine

Notes: 1. Celestone 12 mg IM

.

**2. Nicotine dependence with current use**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**3. Lumbar degenerative disc disease**

Imaging: -X-ray : Spine, lumbar (2 view) (Performed Date - 08/03/2023) Abnormal
Weatherford, Jessica 08/03/2023 11:04:18 AM CDT > Weatherford, Jessica 08/04/2023 08:24:31 AM CDT > Rodriguez, Anthony 08/04/2023 11:33:42 AM CDT > questionable pars defect, MRI would be next step. McDougald, Tera 08/04/2023 11:36:44 AM CDT > no answer. voicemail unavailable Mashburn, Madison 08/07/2023 11:33:46 AM CDT > tried to contact. no answer. unable to leave VM. McDougald, Tera 08/07/2023 03:42:33 PM CDT > results discussed with pt's wife. referral sent for mri spine

Notes: 1. xrays pending.

**4. Pain in left shoulder**

Imaging: -X-ray : Shoulder, left (3 view) (Performed Date - 08/03/2023) Normal

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 08/03/2023**

Weatherford, Jessica 08/03/2023 11:03:57 AM CDT > Rodriguez, Anthony 08/04/2023 11:33:15 AM CDT > McDougald, Tera 08/04/2023 11:36:44 AM CDT > no answer. voicemail unavailable Mashburn, Madison 08/07/2023 11:34:20 AM CDT > tried to contact. no answer. unable to leave vm. McDougald, Tera 08/07/2023 03:42:33 PM CDT > results discussed with pt's wife. referral sent for mri spine

Notes: 1. pending xrays.

**5. PAD (peripheral artery disease)**
Notes: 1. quit smoking
2. monitor.

**Therapeutic Injections:**
a-Betamethasone NaPhos 6mg/ml : 2 mL (Dose No:1) (Route: Intramuscular) given by Tera McDougald on right gluteus (Greater trochanteric bursitis of right hip)

**Procedure Codes:** 72100 X-RAY EXAM OF LOWER SPINE, Modifiers: TC , 73501 X-RAY EXAM HIP UNI 1 VIEW, Modifiers: TC , 73030 X-RAY EXAM OF SHOULDER, Modifiers: TC , J0702 INJ BETAMETHSN ACTAT&SOD PHOSPH-3MG

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..

**Follow Up:** 4 Weeks

## Images:

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
72100 X-RAY EXAM OF LOWER SPINE. Modifiers: TC
73501 X-RAY EXAM HIP UNI 1 VIEW. Modifiers: TC
73030 X-RAY EXAM OF SHOULDER. Modifiers: TC
J0702 INJ BETAMETHSN ACTAT&SOD PHOSPH-3MG.

## Care Plan Details

Electronically signed by Anthony Rodriguez , APRN on 08/10/2023 at 01:53 PM CDT
Sign off status: Completed

Provider: Anthony Rodriguez, APRN Date: 08/03/2023

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 07/06/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 39 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 07/06/2023

## Subjective:

**Chief Complaints:**

1. BH FU. 2. Ptsd, depression, anxiety.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 30 minutes.

Subjective:

Patient Reports: Client and BHC worked to continue to build rapport. Client stated that he has been working to help care for his wife following her surgery. He has been isolating in the home, reports increase in depression - before his wife's surgery he stated he was getting outside, cleaning up his yard, and working on his truck in the afternoons. Client stated that he thinks he needs to start using his coping skills and agreed to reduce isolation. BHC utilized solution focused methods, problem solving.

Client stated that he was found guilty on a felony charge stemming from his neighbors accusing him of damaging a gate/fence on the property line. He stated this has caused increased anxiety as he worries his neighbors are "out to get me." BHC utilized CBT and Socratic questioning to help client view things from a more positive perspective. He participated well. .

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Acknowledge the depression verbally and resolve its causes, leading to normalization of the emotional state. Outcome 1: New. Objective 1A: Learn new ways to cope with anxiety and depression through activity and implementation of stress reducing techniques.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

## Objective:

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 07/06/2023

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90832 PSYTX PT&/FAMILY 30 MINUTES

**Follow Up:** 3 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90832 PSYTX PT&/FAMILY 30 MINUTES.

## Care Plan Details

Scott Allison Johnson, LCSW

Electronically signed by Scott Allison Johnson , LCSW on 07/30/2023 at 03:40 PM CDT
Sign off status: Completed

Provider: Scott Allison Johnson, LCSW Date: 07/06/2023

**Bradley County Medical Center**
*404 S. Bradley*
*Warren, AR 71671*
*Phone: 870-226-3731 Fax: 870-226-7678*

# FACSIMILE COVER SHEET

TO....RODRIGUEZ ANTHONY APRN

DEPARTMENT:

FROM......:

DEPARTMENT:

DATE SENT: 8/09/23

TIME SENT: 10:19

Message/Comments:

MRI LSPINE WO

*CONFIDENTIALITY NOTICE:*

*The information contained in this facsimile message and its contents are legally privileged and confidential intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this messsage and its contents is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the address shown above via the United states Postal Service.*

*Thank you.*

Bradley County Medical Center
404 South Bradley
Warren, AR 71671 (870) 226-4166

Radiology Report Provided By: Radiology Associates, P.A.

Patient Name: BOBB, ADAM
Date of Birth:
Accession Number: 164307020230809 Account Number: 787511
Date of Service: 08/09/2023 MRN: 146047
Attending Provider: RODRIGUEZ, ANTHONY APRN
Primary Care Provider: PENNINGTON, KERRY F

DOB:

Procedure: MR L-Spine Without Contrast

Date: 8/9/2023 9:11 AM

Comparison: None

History: Lower back pain

Technique: Multiplanar, multisequence MRI was performed of the lumbar spine without IV contrast.

Findings:
The alignment of lumbar spine is normal. Vertebral body heights are maintained. The marrow signal is unremarkable. The conus terminates at the T12-L1 level.

T12-L1: Normal.

L1-L2: Normal.

L2-L3: Normal.

L3-L4: Normal.

L4-L5: Mild disc space degeneration with broad-based posterior disc bulge. There is mild bilateral facet arthropathy. No significant central canal or neuroforaminal stenosis.

L5-S1: Normal.

IMPRESSION:
Mild L4-L5 degenerative disc disease. No significant central canal or neuroforaminal stenosis.

Signed by Micah Fritsche, MD 8/9/2023 10:15 AM

**Mainline Health Systems, Dermott, AR 71638**

When the Image Matters

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| **D.O.B.:** | | | |
| **Facility MRN:** | 126774 | **Accession No:** | 020704 |
| **Exam Date/Time:** | Aug 3, 2023 11:10:04 AM CDT | **Order Date Time:** | Aug 3, 2023 5:27:18 PM CDT |
| **Study Received Time:** | Aug 3, 2023 11:17:03 AM CDT | **Ordering Physician:** | Anthony Rodriguez |
| **Exam Description:** | CR - Hip - RIGHT (>=2v) incld 1v Pelvis | | |
| **Clinical History:** | rt hip pain (Hx) | | |

**FINAL REPORT**

EXAM: Right hip series; 2 views

COMPARISON: None available.

FINDINGS:

No displaced hip fracture identified. The femoral head appears normally aligned within the acetabulum. Femoral acetabular joint spaces are maintained. Visualized portions of the bony pelvis appear intact. Visualized lower lumbar spine is unremarkable. Soft tissues are unremarkable.

IMPRESSION:

No acute osseous abnormality.

No significant degenerative changes.

Electronically signed on Aug 3, 2023 10:27:19 PM CDT (ET) by:
Justin Costello, DO
Diplomate of the American Board of Radiology

Justin Costello

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

Created and Electronically signed by: 20230809101521, 20230809101521 on 08/09/2023 10:15

**Mainline Health Systems, Dermott, AR 71638**

When the Image Matters

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| **D.O.B.:** | | | |
| **Facility MRN:** | 126774 | **Accession No:** | 020702 |
| **Exam Date/Time:** | Aug 3, 2023 11:06:18 AM CDT | **Order Date Time:** | Aug 3, 2023 5:26:36 PM CDT |
| **Study Received Time:** | Aug 3, 2023 11:10:03 AM CDT | **Ordering Physician:** | Anthony Rodriguez |
| **Exam Description:** | CR - Spine-lumbar 2/3 views | | |
| **Clinical History:** | lower back pain (Hx) | | |

## FINAL REPORT

EXAM: Lumbar spine series; 2 views

COMPARISON: None available.

FINDINGS:

Lumbar alignment is normal. Vertebral body heights are maintained.

Questionable L5 pars defect.

Minimal multilevel endplate hypertrophic changes. Disc heights remain preserved.

Minimal aortic atherosclerotic calcification.

IMPRESSION:

Early/mild multilevel endplate degeneration.

Questionable L5 pars defect.

Electronically signed on Aug 3, 2023 10:14:45 PM CDT (ET) by:
Justin Costello, DO
Diplomate of the American Board of Radiology

Justin Costello

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

**Mainline Health Systems, Dermott, AR 71638**

When the Image Matters

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| **D.O.B.:** | | | |
| **Facility MRN:** | 126774 | **Accession No:** | 020703 |
| **Exam Date/Time:** | Aug 3, 2023 11:07:55 AM CDT | **Order Date Time:** | Aug 3, 2023 5:26:54 PM CDT |
| **Study Received Time:** | Aug 3, 2023 11:12:33 AM CDT | **Ordering Physician:** | Anthony Rodriguez |
| **Exam Description:** | CR - Shoulder >=2 views LEFT | | |
| **Clinical History:** | left shoulder pain (Hx) | | |

**FINAL REPORT**

EXAM: Left shoulder series; 3 views

COMPARISON: None available.

FINDINGS:

The humeral head appears normally aligned within the glenoid. No fracture visualized. Joint spaces are maintained. Visualized portions of the lung are unremarkable.

IMPRESSION:

No acute osseous abnormality.

Electronically signed on Aug 3, 2023 10:26:00 PM CDT (ET) by:
Justin Costello, DO
Diplomate of the American Board of Radiology

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 01/10/2024

SARC CardioVascular and Vein Center

**BOBB, Adam**
40 Y old Male, DOB:
Account Number: 56397
Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00185
Appointment Facility: South Arkansas Cardiology, P.L.L.C.

01/10/2024 Progress Notes: Sadeem Mahmood

### Current Medications

**Taking**

- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 9000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day

### Reason for Appointment

1. The patient is here for two-month follow-up. The patient had VIDS on 12/29/2023 - left GS AK and BK was treated, no DVT noted. Labs were drawn on 11/09/2023 - glucose fasting 236 (high), creatinine 0.76 (low), cholesterol 263 (high), Trig 283 (high), LDL 170 (high), non-HDL 221 (high), coronary risk ratio 6.26 (high), T4 3.4 (low), and K+, BUN, HDL, Mg, TSH, T3 and H & H are unremarkable. Post VIDS completed on 01/10/2024 - right great saphenous BK was treated. The patient reports leg feeling much better since treatment.

### History of Present Illness

<u>History of present illness</u>:

The patient complains of chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and fatigue. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient denies palpitations, dizziness or lower extremity pain/edema.

### Vital Signs

HR: 87 /min, BP: 116/76 mm Hg, Wt: 217 lbs, BMI: 27.12 Index, Ht: 75 in, Oxygen sat %: 98 %, Ht-cm: 190.5 cm, Wt-kg: 98.43 kg
BP 110/75 on the left.

### Examination

<u>General Examination</u>:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
NOSE: nares patent , no lesions.
ORAL CAVITY: normal , mucosa moist.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
EXTREMITIES: full range of motion.

**BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 01/10/2024**

**Past Medical History**

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

**Surgical History**

Arteries did not form all the way so they had to stent/close it up at the age of two years.

**Family History**

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab; sober x2 weeks. The patient does not use recreational drugs.

**Allergies**

Sulfa Antibiotics

**Review of Systems**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Negative for claudication or edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

PERIPHERAL PULSES: normal.
NEUROLOGIC: alert and oriented x 3.

**Assessments**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Chest pain, unspecified - R07.9
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Varicose veins of unspecified lower extremity with inflammation - I83.10
9. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
10. Alcoholic polyneuropathy - G62.1

**Treatment**

**1. Others**

Notes:
Schedule for exercise Cardiolite stress test.
Repeat fasting lipids.
Schedule for complete VIDS in three months.
Schedule for home sleep study.
The patient is to return to clinic post stress test.

Electronically signed by SADEEM MAHMOOD , M.D. on 01/22/2024 at 11:49 AM CST

Sign off status: Completed

South Arkansas Cardiology, P.L.L.C.
7200 S HAZEL ST
PINE BLUFF, AR 716037836
Tel: 870-534-2900
Fax: 870-534-9726

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 11/09/2023

SARC CardioVascular and Vein Center

**BOBB, Adam**
40 Y old Male, DOB:
Account Number: 56397
Home: 8:
Guarantor: Bobb, Adam Insurance: Arkansas BCBS Payer ID: 00161
Appointment Facility: South Arkansas Cardiology, P.L.L.C.

11/09/2023 Sadeem Mahmood

**Current Medications**

**Taking**

- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 20 MG Tablet 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn

**Past Medical History**

**Reason for Appointment**

1. The patient returns today for test results. The patient had ultrasound studies on 10/24/2023. Echo - EF > 55% and trace TR. Carotid Doppler - TDS, mild disease bilaterally, no evidence of significant CAS. VIDS - severe VI bilateral SFVs and GSVs AK/BK. The patient had labs today - last done with primary care physician in February 2023.

**History of Present Illness**

History of present illness:

The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps and aching in lower extremities, which usually occur at rest and at night. The patient denies chest pain, palpitations or dizziness. The patient has venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months. Recommend EVL/RFA/foam of bilateral GSVs AK/BK, right leg first. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with procedure.

**Vital Signs**

HR: 52 /min, BP: 111/72 mm Hg, Wt: 210.2 lbs, Oxygen sat %: 96 %, Wt-kg: 95.35 kg
BP 121/76 on the left.

**Examination**

General Examination:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
NOSE: nares patent , no lesions.
ORAL CAVITY: normal , mucosa moist.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
EXTREMITIES: full range of motion.

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 11/09/2023

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

**Surgical History**

Arteries did not form all the way so they had to stent/close it up at the age of two years.

**Family History**

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab; sober x2 [illegible] recreational drugs.

**Allergies**

Sulfa Antibiotics

**Review of Systems**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, [illegible] VASC - Positive for claudication and edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

PERIPHERAL PULSES: normal.
NEUROLOGIC: alert and oriented x 3.

**Assessments**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Nicotine dependence, unspecified, uncomplicated - F17.200
4. Shortness of breath - R06.02
5. Other fatigue - R53.83
6. Peripheral vascular disease, unspecified - I73.9
7. Varicose veins of unspecified lower extremity with inflammation - I83.10
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
9. Alcohol abuse, uncomplicated - F10.10
10. Alcoholic polyneuropathy - G62.1

**Treatment**

**1. Others**

Notes:
The patient is to take atorvastatin 20 mg p.o. q.h.s.
Continue medications as current.
Schedule for EVL/RFA/foam of bilateral GSVs AK/BK, right leg first.
Risks, benefit, and alternatives have been explained in detail including the risk of stroke and death. Patient and accompanying persons verbalizes understanding and wishes to proceed with procedure.
The patient is to return to clinic in two months with ABI.

Electronically signed by SADEEM MAHMOOD , M.D. on 11/15/2023 at 01:00 PM CST

Sign off status: Completed

South Arkansas Cardiology, P.L.L.C.
7200 S HAZEL ST
PINE BLUFF, AR 716037836

Patient: BOBB, Adam DOB:

11/16/23, 1:00 PM Print Preview

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 11/09/2023

Tel: 870-534-2900
Fax: 870-534-2796

SARC Cardiovascular and Vein Center

**Bobb, Adam**
40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Arkansas BCBS Payer ID: 00181
Appointment Facility: South Arkansas Cardiology, PLLC.

09/28/2023

Progress Notes: Sadeem Mahmood

[illegible]

### Reason for Appointment

1. The patient presents today as a new patient, referred by Anthony [illegible]
normal sinus rhythm. The patient has history of Patent Ductus Arteriosus - surgical repair about two years ago - not followed by cardiologist. The patient had normal childhood playing sports.

### History of Present Illness

History of present illness:

The patient complains of chest pains - generalized that last for "five minutes". The patient describes chest pains as heaviness, which are associated with shortness of breath. The patient states that the pain occurs with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema - feet. The patient states that right lower extremity is worse than the left lower extremity. The patient describes discomfort as aching and burning in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or dizziness.

### Vital Signs

HR: 86 /min, BP: 133/84 mm Hg, Wt: 197 lbs, BMI: 24.62 Index, Ht: 75 in, Oxygen sat %: 97 %, Ht-cm: 190.5 cm, Wt-kg: 89.36 kg
BP 139/74 on the left.

### Examination

General Examination:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: Glasses, OTW normal.
EARS: normal.
NOSE: nares patent , no lesions.
ORAL CAVITY: normal , mucosa moist.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
EXTREMITIES: 1-2+ edema of the bilateral lower extremities - toes

High cholesterol
Varicose veins

**Surgical History**

Arteries did not form all the way so they had to stent/close it up at the age of two years.

**Family History**

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab, sober x2 weeks. The patient does not use recreational drugs.

**Allergies**

Sulfa Antibiotics

**Review of Systems**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for claudication and edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

with sluggish cap refill.
PERIPHERAL PULSES: Faint pedal pluses 1+.
NEUROLOGIC: alert and oriented x 3.

**Assessments**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Chest pain, unspecified - R07.9
4. Nicotine dependence, unspecified, uncomplicated - F17.200
5. Shortness of breath - R06.02
6. Other fatigue - R53.83
7. Peripheral vascular disease, unspecified - I73.9
8. Varicose veins of unspecified lower extremity with inflammation - I83.10
9. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
10. Alcohol abuse, uncomplicated - F10.10
11. Alcoholic polyneuropathy - G62.1

**Treatment**

**1. Others**

Notes:
Continue medications as current.
Schedule for echocardiogram, carotid and VIDS.
Recommended compression stockings.
The patient is to return to clinic post above for results.
Get labs from Mainline.

Electronically signed by SADEEM MAHMOOD, M.D. on 10/03/2023 at 04:15 PM CDT

Sign off status: Completed

South Arkansas Cardiology, PLLC
7200 S HAZEL ST

Progress Note, Sadeem Mahmood 09/28/2023

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 09/28/2023

[illegible]

PINE BLUFF, AR 716037830
Tel: 870-534-2900
Fax: 870-534-9726

Progress Note: Nadeem Mahmood 09/28/2023

Patient: BOBB, Adam DOB:

SARC Cardiovascular and Vein Center

7200 S Hazel St. Pine Bluff, AR 71603
(870) 534-2900 / Fax (870) 534-9726

Date: 1-3-24

Patient: Bobb Adam

DOB:

## OPERATIVE REPORT: VARITHENA FOAM ABLATION

PROCEDURE: VARITHENA FOAM ABLATION OF THE

☑ Great Saphenous Vein ☐ Above the knee ☑ Right ☐ Left ☐ Perforator

☐ Lesser Saphenous Vein ☐ Accessory Vein ☑ Below the knee ☐ Full

Surgeon: Sadeem Mahmood, MD

Risk / benefits of Varithena foam ablation was discussed with the patient and consent forms signed. For full details of the risk of procedures see the consent forms. Risk of the procedure were discussed the day of the procedure and all questions answered.

Prior to the procedure the patient was asked to drink at least 2 bottles of water and remove any compression for 24 hours prior to the procedure.

The patient was taken to the outpatient surgical suite, placed in the supine position, and the leg sterilely draped and prepped. The provider was sterilely gowned and gloved. Hibiclens was used to prep the entire leg sterilely. A sterile ultrasound probe cover was placed, and ultrasound was used to locate the treated vessel. Once identified the vein was accessed in the upper aspect of the vein and sheath was placed. The skin was injected with lidocaine aesthetic prior to needle access and placement of the sheath. The was re imaged to determine if it had collapsed around the sheath and if so, manual pressure was held to avoid any foam entering the deep system.

Non-compounded Varithena foam was injected into the sheath and observed under ultrasound, the first sign of foam was seen approximately 4 cm from the junction, immediate pressure was held to not allow foam to enter the deep system at the junction. (The amount of Varithena foam injected will vary depending on size of the treated vessel, side branches, and length of the treated vein but typically is 2 cc to 8 cc but may be more depending on the anatomy but will never exceed FDA guidelines]. We also inject via the vein sheath compounded pilodocanol, compounded with sterile $CO_2$ and $O_2$ to form a foam to close any branching side vessels.

Pressure is held at the junction of and sheath removal site for 2 minutes. A repeat ultrasound is performed to ensure no complications within the deep system. The patient is asked to move their foot back and forth 20 times before the leg is wrapped.

After the procedure, the leg is wrapped with 4x4s, Kerlix and Coban wrap for a mild to moderate circumferential wrap, followed by a third tighter wrap of elastic ACE. The leg is typically wrapped from foot to groin. The leg is then lowered, and the patient stood and ambulated. The patient is encouraged to walk as much as possible but encouraged to not do any running, lifting or significant physical exercise over the next week. While sitting the leg should stay elevated. The wrap should stay in place for 72 hours if possible and then compression stockings placed for 2 weeks after the wrap is removed. The patient can loosen the elastic wrap if they feel it is too tight or any distal circulation problems are perceived.

Post op instructions and return visit in one week was given both verbally and in writing to the patient and family to contact office for any concerns or questions.
The patient will be scheduled to return for clinic check and repeat vein mapping to include DVT study or prior to if there are symptoms.

The patient tolerated the procedure well with not complications.

Sadeem Mahmood, MD

SARC Cardiovascular and Vein Center

7200 S Hazel St. Pine Bluff, AR 71603
(870) 534-2900 / Fax (870) 534-9728

Date: 12-27-23

Patient: Bobb, Adam

DOB:

## OPERATIVE REPORT: VARITHENA FOAM ABLATION

PROCEDURE: VARITHENA FOAM ABLATION OF THE

- [x] Great Saphenous Vein
- [ ] Above the knee
- [ ] Right
- [x] Left
- [ ] Perforator
- [ ] Lesser Saphenous Vein
- [ ] Accessory Vein
- [x] Below the knee
- [ ] Full

Surgeon: Sadeem Mahmood, MD

Risk / benefits of Varithena foam ablation was discussed with the patient and consent forms signed. For full details of the risk of procedures see the consent forms. Risk of the procedure were discussed the day of the procedure and all questions answered.

Prior to the procedure the patient was asked to drink at least 2 bottles of water and remove any compression for 24 hours prior to the procedure.

The patient was taken to the outpatient surgical suite, placed in the supine position, and the leg sterilely draped and prepped. The provider was sterilely gowned and gloved. Hibiclens was used to prep the entire leg sterilely. A sterile ultrasound probe cover was placed, and ultrasound was used to locate the treated vessel. Once identified the vein was accessed in the upper aspect of the vein and sheath was placed. The skin was injected with lidocaine aesthetic prior to needle access and placement of the sheath. The was re imaged to determine if it had collapsed around the sheath and if so, manual pressure was held to avoid any foam entering the deep system.

Non-compounded Varithena foam was injected into the sheath and observed under ultrasound, the first sign of foam was seen approximately 4 cm from the junction, immediate pressure was held to not allow foam to enter the deep system at the junction. (The amount of Varithena foam injected will vary depending on size of the treated vessel, side branches, and length of the treated vein but typically is 2 cc to 8 cc but may be more depending on the anatomy but will never exceed FDA guidelines). We also inject via the vein sheath compounded pliodocanol, compounded with sterile CO2 and O2 to form a foam to close any branching side vessels.

Pressure is held at the junction of and sheath removal site for 2 minutes. A repeat ultrasound is performed to ensure no complications within the deep system. The patient is asked to move their foot back and forth 20 times before the leg is wrapped.

After the procedure, the leg is wrapped with 4x4s, Kerlix and Coban wrap for a mild to moderate circumferential wrap, followed by a third tighter wrap of elastic ACE. The leg is typically wrapped from foot to groin. The leg is then lowered, and the patient stood and ambulated. The patient is encouraged to walk as much as possible but encouraged to not do any running, lifting or significant physical exercise over the next week. While sitting the leg should stay elevated. The wrap should stay in place for 72 hours if possible and then compression stockings placed for 2 weeks after the wrap is removed. The patient can loosen the elastic wrap if they feel it is too tight or any distal circulation problems are perceived.

Post op instructions and return visit in one week was given both verbally and in writing to the patient and family to contact office for any concerns or questions.
The patient will be scheduled to return for clinic check and repeat vein mapping to include DVT study or prior to if there are symptoms.

The patient tolerated the procedure well with not complications.

Sadeem Mahmood, MD

Patient: BOBB, Adam DOB:

SARC Cardiovascular and Vein Center
7200 S Hazel St. Pine Bluff, AR 71603
(870) 534-2900 / Fax (870) 534-9726

Date: 12-20-22
Patient: Bobb, Adam
DOB:

## OPERATIVE REPORT: VARITHENA FOAM ABLATION

PROCEDURE: VARITHENA FOAM ABLATION OF THE

- [x] Great Saphenous Vein
- [x] Above the knee
- [ ] Right
- [x] Left
- [ ] Perforator
- [ ] Lesser Saphenous Vein
- [ ] Accessory Vein
- [ ] Below the knee
- [ ] Full

Surgeon: Sadeem Mahmood, MD

Risk / benefits of Varithena foam ablation was discussed with the patient and consent forms signed. For full details of the risk of procedures see the consent forms. Risk of the procedure were discussed the day of the procedure and all questions answered.

Prior to the procedure the patient was asked to drink at least 2 bottles of water and remove any compression for 24 hours prior to the procedure.

The patient was taken to the outpatient surgical suite, placed in the supine position, and the leg sterilely draped and prepped. The provider was sterilely gowned and gloved. Hibiclens was used to prep the entire leg sterilely. A sterile ultrasound probe cover was placed, and ultrasound was used to locate the treated vessel. Once identified the vein was accessed in the upper aspect of the vein and sheath was placed. The skin was injected with lidocaine aesthetic prior to needle access and placement of the sheath. The were imaged to determine if it had collapsed around the sheath and if so, manual pressure was held to avoid any foam entering the deep system.

Non-compounded Varithena foam was injected into the sheath and observed under ultrasound, the first sign of foam was seen approximately 4 cm from the junction, Immediate pressure was held to not allow foam to enter the deep system at the junction. (The amount of Varithena foam injected will vary depending on size of the treated vessel, side branches, and length of the treated vein but typically is 2 cc to 8 cc but may be more depending on the anatomy but will never exceed FDA guidelines). We also inject via the vein sheath compounded pilodocanol, compounded with sterile CO2 and O2 to form a foam to close any branching side vessels.

Pressure is held at the junction of and sheath removal site for 2 minutes. A repeat ultrasound is performed to ensure no complications within the deep system. The patient is asked to move their foot back and forth 20 times before the leg is wrapped.

After the procedure, the leg is wrapped with 4x4s, Kerlix and Coban wrap for a mild to moderate circumferential wrap, followed by a third tighter wrap of elastic ACE. The leg is typically wrapped from foot to groin. The leg is then lowered, and the patient stood and ambulated. The patient is encouraged to walk as much as possible but encouraged to not do any running, lifting or significant physical exercise over the next week. While sitting the leg should stay elevated. The wrap should stay in place for 72 hours if possible and then compression stockings placed for 2 weeks after the wrap is removed. The patient can loosen the elastic wrap if they feel it is too tight or any distal circulation problems are perceived.

Post op instructions and return visit in one week was given both verbally and in writing to the patient and family to contact office for any concerns or questions.
The patient will be scheduled to return for clinic check and repeat vein mapping to include DVT study or prior to if there are symptoms.

The patient tolerated the procedure well with not complications.

Sadeem Mahmood, MD

Patient: BOBB, Adam DOB:

SARC Cardiovascular and Vein Center

7200 S Hazel St. Pine Bluff, AR 71603
(870) 534-2900 / Fax (870) 534-9726

Date: 12-13-23

Patient: Bobb, Adam

DOB:

## OPERATIVE REPORT: VARITHENA FOAM ABLATION

**PROCEDURE: VARITHENA FOAM ABLATION OF THE**

☑ Great Saphenous Vein ☑ Above the knee ☑ Right ☐ Left ☐ Perforator

☐ Lesser Saphenous Vein ☐ Accessory Vein ☐ Below the knee ☐ Full

**Surgeon: Sadeem Mahmood, MD**

Risk / benefits of Varithena foam ablation was discussed with the patient and consent forms signed. For full details of the risk of procedures see the consent forms. Risk of the procedure were discussed the day of the procedure and all questions answered.

Prior to the procedure the patient was asked to drink at least 2 bottles of water and remove any compression for 24 hours prior to the procedure.

The patient was taken to the outpatient surgical suite, placed in the supine position, and the leg sterilely draped and prepped. The provider was sterilely gowned and gloved. Hibiclens was used to prep the entire leg sterilely. A sterile ultrasound probe cover was placed, and ultrasound was used to locate the treated vessel. Once identified the vein was accessed in the upper aspect of the vein and sheath was placed. The skin was injected with lidocaine aesthetic prior to needle access and placement of the sheath. The was re imaged to determine if it had collapsed around the sheath and if so, manual pressure was held to avoid any foam entering the deep system.

Non-compounded Varithena foam was injected into the sheath and observed under ultrasound, the first sign of foam was seen approximately 4 cm from the junction, immediate pressure was held to not allow foam to enter the deep system at the junction. (The amount of Varithena foam injected will vary depending on size of the treated vessel, side branches, and length of the treated vein but typically is 2 cc to 8 cc but may be more depending on the anatomy but will never exceed FDA guidelines). We also inject via the vein sheath compounded pilodocanol, compounded with sterile CO2 and O2 to form a foam to close any branching side vessels.

Pressure is held at the junction of and sheath removal site for 2 minutes. A repeat ultrasound is performed to ensure no complications within the deep system. The patient is asked to move their foot back and forth 20 times before the leg is wrapped.

After the procedure, the leg is wrapped with 4x4s, Kerlix and Coban wrap for a mild to moderate circumferential wrap, followed by a third tighter wrap of elastic ACE. The leg is typically wrapped from foot to groin. The leg is then lowered, and the patient stood and ambulated. The patient is encouraged to walk as much as possible but encouraged to not do any running, lifting or significant physical exercise over the next week. While sitting the leg should stay elevated. The wrap should stay in place for 72 hours if possible and then compression stockings placed for 2 weeks after the wrap is removed. The patient can loosen the elastic wrap if they feel it is too tight or any distal circulation problems are perceived.

Post op instructions and return visit in one week was given both verbally and in writing to the patient and family to contact office for any concerns or questions.
The patient will be scheduled to return for clinic check and repeat vein mapping to include DVT study or prior to if there are symptoms.

The patient tolerated the procedure well with not complications.

Sadeem Mahmood, MD

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2800
Fax: (870) 534-8726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct. 24, 2023, 10:08 a.m.
Sex: M

## ECHOCARDIOGRAM REPORT

### 2D Measurements

EDV(Cube-2D): 143.9 cm3
EDV(Gibson-2D): 158.7 cm3
EDV(Teich): 131.9 cm3
EF(Cube): 65.2%
EF(Gibson-2D): 62.5%
EF(Teich): 56.3%
ESV(Cube): 50.0 cm3
ESV(Gibson-2D): 59.6 cm3
ESV(Teich): 57.6 cm3
%FS: 29.7%
IVS%(2D): 21.7%
IVSd: 1.1 cm
IVSd/LVPWd(2D): 1.1
IVSs(2D): 1.3 cm
IVSs/LVPWs(2D): 1.5
LVIDd: 5.2 cm
LVIDs: 3.7 cm
LV Mass(Cube-2D): 234.5 g
LVOT Area: 2.7 cm2
LVOT Diam: 1.9 cm
LVPW%(2D): -9.2%
LVPWd: 0.9 cm
LVPWs(2D): 0.9 cm

### M-Mode Measurements

Ao Diam: 4.1 cm
LA/Ao: 0.8
LA Diam: 3.2 cm

### Mitral Valve Doppler

MV A Vel: 68.0 cm/s
MV E/A Ratio: 1.0
MV E Vel: 66.0 cm/s

### Tricuspid Valve Doppler

### Aortic Valve Doppler

AV maxPG: 5.3 mm[Hg]
AV meanPG: 3.1 mm[Hg]
AV Vmax: 114.8 cm/s
AV Vmean: 83.3 cm/s
AV VTI: 21.3 cm
LVOT maxPG: 2.8 mm[Hg]
LVOT meanPG: 1.5 mm[Hg]

### Pulmonary Valve Doppler

PV maxPG: 2.3 mm[Hg]
PV Vmax: 75.8 cm/s

SARC MedIQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-9726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct. 24, 2023, 10:08 a.m.
Sex: M

LVOT Vmax: 84.1 cm/s
LVOT Vmean: 56.7 cm/s
LVOT VTI: 15.7 cm
LVSV Dopp: 42.3 cm3

**Other Measurements**

AV Angle: 0.0 deg
AVA(VTI): 2.0 cm2
HR: 83.0 (H.B.)/min
LeftA.AR/LA.M: 1.3
LVCO Dopp: 8.2 l/min
LVCO Dopp: 6.2 l/min
LVCO Dopp: 7.8 l/min
LVOT Angle: 0.0 deg
LVSV Dopp: 99.1 cm3
LVSV Dopp: 74.3 cm3
LVSV Dopp: 93.9 cm3
MV A PG: 1.7 mm[Hg]
MV A PG: 1.8 mm[Hg]
Patient Age: 40.0

**Findings**

ECG rhythm: Sinus rhythm.

Study quality: This was a technically adequate study.

Left Ventricle: LV size, wall thickness and systolic function are normal, with an EF greater than 55%.

Right Ventricle: The right ventricle is normal in size and function.

Left Atrium: The left atrium is normal in size.

Right Atrium: The right atrium is normal in size and function.

Aortic Valve: The aortic valve is trileaflet, and appears structurally normal. No aortic stenosis or regurgitation.

Mitral Valve: Normal appearing mitral valve.

SARC MediQ
https://www.sarcmediq.com

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2800**
**Fax: (870) 534-8726**

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB: July 20, 1983

Patient ID: 20231024-095843-F6D3
Age: 40

Date: Oct. 24, 2023, 10:08 a.m.
Sex: M

Tricuspid Valve: Trace tricuspid regurgitation present. Right ventricular systolic pressure is normal at < 30 mmHg. The tricuspid valve appears structurally normal.

Pulmonic Valve: The pulmonic valve is normal.

Pericardium: The pericardium is normal.

## Conclusions

1. Left Ventricle: LV size, wall thickness and systolic function are normal, with an EF greater than 55%.
2. Tricuspid Valve: Trace tricuspid regurgitation present.
3. Tricuspid Valve: Right ventricular systolic pressure is normal at < 30 mmHg.

Signed by **Sadeem Mahmood** on **Oct. 24, 2023, 11:43 a.m.**

SARC MedIQ
https://www.sarcmediq.com

From: 02/09/2024 16:28 #713 P.090/103

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0880744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338031052<br>REQUISITION:SACAR001111<br>COLLECTED: 11/09/2023 10:24<br>RECEIVED: 11/09/2023 22:21<br>REPORTED: 11/10/2023 04:16<br>AMENDED:<br>REPRINTED: 11/10/2023 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING:Unknown<br>ID: 9477754L<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS SACAR<br>CARDIOLOGY<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| **COMP METABOLIC PANEL** | | | | | | |
| Sodium | 140 | | | 135-146 | mEq/L | MEM |
| Potassium | 4.2 | | | 3.5-5.4 | mEq/L | |
| Chloride | 104 | | | 95-107 | mEq/L | |
| Carbon Dioxide | 25 | | | 19-31 | mEq/L | |
| Anion Gap | 11 | | | 7-23 | mEq/L | |
| **Glucose Fasting** | | 236 | H ✓ | 70-99 | mg/dL | |
| Urea Nitrogen (BUN) | 7 | | | 6-20 | mg/dL | |
| **Creatinine** | | 0.76 | L ✓ | 0.80-1.40 | mg/dL | |
| 2021 CKD-EPI eGFR-cr | 117 | | | >59 | mL/min /1.73m^2 | |
| BUN/Creatinine Ratio | 9 | | | | ratio | |
| Calcium Total | 9.7 | | | 8.5-10.5 | mg/dL | |
| Protein Total | 6.6 | | | 6.1-8.3 | g/dL | |
| Albumin | 4.5 | | | 3.5-5.2 | g/dL | |
| Globulin | 2.1 | | | 1.7-4.3 | g/dL | |
| A/G Ratio | 2.1 | | | 0.9-2.8 | ratio | |
| Bilirubin Total | 0.5 | | | 0.0-1.2 | mg/dL | |
| Alkaline Phosphatase | 60 | | | 40-129 | U/L | |
| AST (SGOT) | 15 | | | 9-50 | U/L | |
| ALT (SGPT) | 21 | | | 5-50 | U/L | |
| **LIPID PROFILE** | | | | | | |
| **Cholesterol** | | 263 | H ✓ | <200 | mg/dL | MEM |
| **Triglycerides** | | 283 | H ✓ | 0-149 | mg/dL | |
| HDL Cholesterol | 42 | | | >39 | mg/dL | |
| **LDL Cholesterol** | | 170 | H ✓ | <100 | mg/dL | |
| **Non HDL Cholesterol** | | 221 | H ✓ | <130 | mg/dL | |
| **Coronary Risk Ratio** | | 6.26 | H ✓ | <4.97 | | |

Comment for LIPID PROFILE

Non-HDL Cholesterol is a better indicator for cardiovascular risk than LDL-Cholesterol for patients who have increased triglycerides or are non-fasting.

Non-HDL Cholesterol:
< 130 mg/dL (Optimal)
< 160 mg/dL (Near Optimal/Above Optimal)

increase to 40mg Atorvastatin and Zetia 10mg PO qd ... ↑ ... 'd to Drug Room; Pt. is aware
MM VN 11/20/23

| 338031052 | BOBB,ADAM | Page: 1 |
|---|---|---|

Document: medical records fax 01-29-24 Printed: 01-29-2024 02:18:03



PAGE 90/103 * RCVD AT 2/9/2024 4:44:21 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):58-23

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338031052<br>REQUISITION:SACAR001111<br>COLLECTED: 11/09/2023 10:24<br>RECEIVED: 11/09/2023 22:21<br>REPORTED: 11/10/2023 04:16<br>AMENDED:<br>REPRINTED: 11/10/2023 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING:Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| LDL Cholesterol:<br>< 100 mg/dL (Optimal)<br>< 130 mg/dL (Near Optimal/Above Optimal) | | | | | | |
| Coronary Risk Ratio:<br>Average for males < 4.97 | | | | | | |
| Magnesium | 2.21 | | | 1.60-2.60 | mg/dL | MEM |
| **Thyroxine-T4** | | 3.4 | L | 4.5-12.0 | ug/dL | MEM |
| THYROID STIM HORMONE | | | | | | |
| TSH | 1.2 | | | 0.40-4.1 | mIU/L | MEM |
| TRIIODOTHYRONIN-T3 | | | | | | |
| Total T3 | 103 | | | 80-200 | ng/dL | MEM |
| CBC WITH DIFFERENTIAL | | | | | | |
| WBC | 5.1 | | | 4.0-11.0 | K/uL | MEM |
| RBC | 4.40 | | | 4.30-5.70 | M/uL | |
| Hemoglobin | 14.5 | | | 13.0-17.5 | g/dL | |
| Hematocrit | 41.3 | | | 39.0-55.0 | % | |
| MCV | 93.9 | | | 78.0-102.0 | fL | |
| MCH | 33.0 | | | 25.0-35.0 | pg | |
| MCHC | 35.1 | | | 30.0-38.0 | g/dL | |
| RDW | 11.8 | | | 11.5-16.0 | % | |
| Platelet Count | 209 | | | 150-450 | K/uL | |
| Abs Neutrophils | 3.0 | | | 1.8-7.0 | K/uL | |
| Abs Lymphocytes | 1.4 | | | 1.0-4.0 | K/uL | |
| Abs Monocytes | 0.6 | | | 0.1-1.1 | K/uL | |
| Abs Eosinophils | 0.1 | | | 0.0-0.5 | K/uL | |
| Abs Basophils | 0.0 | | | 0.0-0.3 | K/uL | |
| Abs Immature Grans | 0.0 | | | 0.0-0.1 | K/uL | |
| Neutrophils | 58.0 | | | | % | |
| Lymphocytes | 26.8 | | | | % | |
| Monocytes | 12.0 | | | | % | |
| Eosinophils | 2.2 | | | | % | |
| Basophils | 0.6 | | | | % | |

| 338031052 | BOBB,ADAM | Page: 2 |
|---|---|---|

Patient: BOBB, Adam DOB:

From: 02/09/2024 16:30 #713 P.094/103

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338031052<br>REQUISITION: SACAR001111<br>COLLECTED: 11/09/2023 10:24<br>RECEIVED: 11/09/2023 22:21<br>REPORTED: 11/10/2023 04:16<br>AMENDED:<br>REPRINTED: 11/10/2023 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING:Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>**CLIENT INFORMATION**<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7210 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| Immature Grans | 0.4 | | | % | |
| Nucleated RBCS | <1.0 | | | <1 /100 WBCs | |

**Legend:**

MEM----------> American Esoteric Laboratories 1701 Century Center Cove Memphis,Tn 38134
(800)423-0504
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744

*** END OF REPORT - FINAL ***

| 338031052 | BOBB,ADAM | Page: 3(Last) |
|---|---|---|

Document: medical records fax 01-29-24 Printed: 01-29-2024 02:18:03



PAGE 94/103 * RCVD AT 2/9/2024 4:44:21 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):58-23

Patient: BOBB, Adam DOB:

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-9726**

SARC Cardiovascular and Vein Center

Name: bobb, adam
DOB:

Patient ID: postvid346gttt
Age: 40

Date: Jan. 10, 2024, 4:19 p.m.
Sex: M

**LOWER EXTREMITY VENOUS INSUFFICIENCY DOPPLER**

**Findings**

VIDS: The right Great Saphenous below the knee was treated. No DVT noted

**Conclusions**

1. VIDS: The right Great Saphenous below the knee was treated.
2. VIDS: No DVT noted

Signed by **Sadeem Mahmood** on **Jan. 10, 2024, 10:37 a.m.**.

SARC MediQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

1/9/24, 11:41 AM bobb adam

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2800**
**Fax: (870) 534-8726**

SARC Cardiovascular and Vein Center

Name: bobb, adam | Patient ID: postvids5687 | Date: Dec. 29, 2023, 5:12 p.m.
DOB: | Age: 40 | Sex: M

## LOWER EXTREMITY VENOUS INSUFFICIENCY DOPPLER

### Findings

VIDS: The Left Great Saphenous above the knee was treated. The Left Great Saphenous below the knee was treated. No DVT noted

### Conclusions

1. VIDS: The Left Great Saphenous above the knee was treated.
2. VIDS: The Left Great Saphenous below the knee was treated.
3. VIDS: No DVT noted

Signed by **Sadeem Mahmood** on **Jan. 5, 2024, 10:04 a.m.**

SARC MedIQ
https://www.sarcmediq.com

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-9728

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-085843-F8D3
Age: 40

Date: Oct. 24, 2023, 10:15 a.m.
Sex: M

## VENOUS MAPPING FOR VENOUS INSUFFICIENCY

**Ultrasound Anatomic Location:** BILATERAL LOWER EXTREMITIES
**Technique:** Real-time spectral and Doppler evaluation of the bilateral lower extremity deep and superficial venous systems. Patient was imaged in upright and standing position with distal augmentation and/or valsalva maneuvers. Venous mapping to include vein measurements, 2D, color flow and Doppler for possible diagnosis of chronic venous reflux was performed of both the Greater and Lesser saphenous veins bilaterally both supine and standing. The deep venous system was also examined for possible deep vein thrombosis.

| Right Leg | Size | Reflux |
|---|---|---|
| FV Junction | | |
| SFV Prox | 8.6 mm | 914.4 ms |
| SFV Mid | 6.3 mm | 1119.6 ms |
| SFV Dist | 7.3 mm | 1360.8 ms |
| GSV Prox | 4.1 mm | 867.6 ms |
| GSV Mid | 5.0 mm | 2638.8 ms |
| GSV Distal Thigh | 3.8 mm | 1605.6 ms |
| GSV Below Knee Sz | 3.3 mm | 2898.0 ms |
| SSV | | |
| Ankle | | |
| Anterior Accessory Vein | | |
| ATV Perforator | | |
| PTV Perforator | | |

| Left Leg | Size | Reflux |
|---|---|---|
| FV Junction | | |
| SFV Prox | 8.6 mm | 1105.2 ms |
| SFV Mid | 8.8 mm | 392.4 ms |
| SFV Dist | 5.3 mm | 1227.6 ms |
| GSV Prox | 4.9 mm | 1519.2 ms |
| GSV Mid | 3.7 mm | 2804.4 ms |
| GSV Distal Thigh | 4.0 mm | 1620.0 ms |
| GSV Below Knee Sz | 3.7 mm | 2372.4 ms |
| SSV | | |
| Ankle | | |
| Anterior Accessory Vein | | |
| ATV Perforator | | |
| PTV Perforator | | |

### Findings

VIDS: Severe insufficiency of right Superficial Femoral Vein. Severe insufficiency of the Right Great Saphenous vein above the knee. Severe insufficiency of the Right Great Saphenous below the knee. Severe insufficiency seen in Left Superficial Femoral Vein. Severe insufficiency seen in Left Great Saphenous above the knee. Severe insufficiency seen in Left Great Saphenous below the knee. Recommend bilateral compression therapy and possible EVL/RFA/Foam of above vessels No DVT noted

### Conclusions

SARC MediQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-8726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:
Patient ID: 20231024-095843-F8D3
Age: 40
Date: Oct. 24, 2023, 10:15 a.m.
Sex: M

1. Severe insufficiency of right Superficial Femoral Vein.
2. Severe insufficiency of the Right Great Saphenous vein above the knee.
3. Severe insufficiency of the Right Great Saphenous below the knee.
4. Severe insufficiency seen in Left Superficial Femoral Vein.
5. Severe insufficiency seen in Left Great Saphenous above the knee.
6. Severe insufficiency seen in Left Great Saphenous below the knee.
7. Recommend bilateral compression therapy and possible EVL/RFA/Foam of above vessels
8. No DVT noted

Signed by **Sadeem Mahmood** on **Oct. 27, 2023, 8:49 a.m.**

SARC MedIQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-9726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct. 24, 2023, 9:59 a.m.
Sex: M

## CAROTID DOPPLER

| Right Side | Left Side |
|---|---|
| CCA Rt Prox PS: -115.5 cm/s | CCA Lt Prox PS: 84.8 cm/s |
| CCA Rt Prox ED: -19.7 cm/s | CCA Lt Prox ED: 20.2 cm/s |
| CCA Rt Mid PS: -112.0 cm/s | CCA Lt Mid PS: 87.3 cm/s |
| CCA Rt Mid ED: -17.2 cm/s | CCA Lt Mid ED: 18.7 cm/s |
| CCA Rt Dist PS: -87.3 cm/s | CCA Lt Dist PS: 69.8 cm/s |
| CCA Rt Dist ED: -17.2 cm/s | CCA Lt Dist ED: 16.7 cm/s |
| ICA Rt Prox PS: -53.5 cm/s | ICA Lt Prox PS: -56.0 cm/s |
| ICA Rt Prox ED: -15.8 cm/s | ICA Lt Prox ED: -21.7 cm/s |
| ICA Rt Mid PS: -57.0 cm/s | ICA Lt Mid PS: -56.5 cm/s |
| ICA Rt Mid ED: -20.2 cm/s | ICA Lt Mid ED: -23.2 cm/s |
| ICA Rt Dist PS: -60.5 cm/s | ICA Lt Dist PS: -68.6 cm/s |
| ICA Rt Dist ED: -27.8 cm/s | ICA Lt Dist ED: -29.3 cm/s |
| ECA Rt Prox PS: -68.1 cm/s | ECA Lt Prox PS: -58.5 cm/s |
| ECA Rt Prox ED: -11.6 cm/s | ECA Lt Prox ED: -16.7 cm/s |
| Rt ICA/CCA Ratio: 0.7 | Lt ICA/CCA Ratio: 1.0 |

### Findings

Study quality: This was a technically difficult study.

Bilateral carotids: Examination of the right and left common carotid arterial systems reveals mild intimal thickening in bulbs and proximal internal carotid arteries. All velocities are within normal limits. Vertebral artery flows are antegrade. No evidenc for significant carotid artery stenosis bilaterally.

Right Carotid System: Examination of the right common carotid arterial system reveals minimal intimal thickening in bulbs and proximal internal carotid arteries with no evidence of stenosis. All velocities are within normal limits.

Right CCA: There is mild atherosclerotic plaque and calcification noted in the right common carotid artery. Spectral broadening is present with no increase in peak systolic velocity corresponding with a <50% right common carotid stenosis.

Right ICA: Mild amount of atherosclerotic plaque is noted in the right ICA.

SARC MedIQ
https://www.sarcmediq.com

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2600**
**Fax: (870) 534-8728**

SARC Cardiovascular and Vein Center

| | | |
|---|---|---|
| Name: BOBB, ADAM | Patient ID: 20231024-095843-F8D3 | Date: Oct. 24, 2023, 9:59 a.m. |
| DOB: | Age: 40 | Sex: M |

Left Carotid System: Examination of the left common carotid arterial system reveals minimal intimal thickening in bulbs and proximal internal carotid arteries. All velocities are within normal limits.

Left ICA: Mild amount of atherosclerotic plaque is noted in the left ICA.

**Conclusions**

1. Study quality: This was a technically difficult study.
2. Bilateral carotids: Examination of the right and left common carotid arterial systems reveals mild intimal thickening in bulbs and proximal internal carotid arteries. All velocities are within normal limits. Vertebral artery flows are antegrade.
3. Bilateral carotids: No evidence for significant carotid artery stenosis bilaterally.
4. Right CCA: There is mild atherosclerotic plaque and calcification noted in the right common carotid artery. Spectral broadening is present with no increase in peak systolic velocity corresponding with a <50% right common carotid stenosis.
5. Right ICA: Mild amount of atherosclerotic plaque is noted in the right ICA.
6. Left ICA: Mild amount of atherosclerotic plaque is noted in the left ICA.

Signed by **Sadeem Mahmood** on **Oct. 27, 2023, 8:47 a.m.**

SARC MediQ
https://www.sarcmediq.com

From: 02/09/2024 16:34 #713 P.102/103

Patient: BOBB, Adam DOB:

## Lower Extremity Physiologic Study
## Multiple Level (Segmental Exam)

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 09/28/23 12:34:31

| Risk Factors | Current Symptoms | ABI Severity of Disease Index for Ankles Only |
|---|---|---|
| ☐ Tobacco Use<br>☐ Diabetes<br>☐ Heart Disease<br>☐ Previous CV Event<br>☐ Hypertension<br>☐ Hyperlipidemia<br>☐ Stroke/TIA<br>☐ Prev. Vascular Surgery | ☐ Intermittent Claudication<br>☐ Numbness, Tingling in Feet<br>☐ Ulcerations<br>☐ Rest Pain<br>☐ Gangrene<br>Location<br>☐ Buttocks<br>☐ Thigh<br>☐ Calf<br>☐ Feet | > 1.3 Non-compressible<br>1.0 - 1.29 Normal<br>0.91 - 0.99 Borderline<br>0.41 - 0.90 Moderate to Mild<br>0.00 - 0.40 Severe |

**Interpreting Physician:** **Referring Physician:**
**Comments:**

**RIGHT** **Brachial** 139

PVR X1 09/28/23 12:29:07



Thigh 186 mmHg 1.33 Index

PVR X1 09/28/23 12:30:18



Calf 164 mmHg 1.17 Index

PVR X1 09/28/23 12:31:17



PT 173 mmHg 1.24 Index



**LEFT** **Brachial** 139

PVR X1 09/28/23 12:32:05



Thigh 201 mmHg 1.44 Index

PVR X1 09/28/23 12:32:57



Calf 154 mmHg 1.10 Index

PVR X1 09/28/23 12:33:56



PT 169 mmHg 1.21 Index

**Interpretation:**

**CPT Code:** [CPTCode]
**ICD-9 Code:** [ICD9Code]

Document: medical records fax 01-29-24 Printed: 01-29-2024 02:18:03

From: 02/09/2024 16:34 #713 P.103/103

Patient: BOBB, Adam DOB:

| | | | | | | |
|---|---|---|---|---|---|---|
| ID: | | Gender: | Male | 09/28/2023 05:56:29PM | | sinus rhythm |
| Name: | BOBB, ADAM | | | P/PR: | 96/140 ms | RSR' in V1 and V2 |
| DOB: | (40 yr) | | | QRS: | 90 ms | Normal variant of ECG |
| | | | | QT/QTc: | 346/393 ms | Unconfirmed Report |
| | | | | P/QRS/T axis: | 38/42/47 deg | |
| | | | | Heart rate: | 87 bpm | |

MW 9/28/23




25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz 60Hz Version 2.10.06

Document: medical records fax 01-29-24 Printed: 01-29-2024 02:18:03



PAGE 103/103 * RCVD AT 2/9/2024 4:44:21 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):58-23

MV
MARCUS VADEN
LAW

February 9, 2024

*Via Facsimile: (402) 361-1460*

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Amber Cronican
Specialist, Appeals Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Amber Cronican,

Please find attached the following medical records, which were not considered in the premature decision to terminate benefits as of 12/15/2023:

<u>Arkansas Spine and Pain</u>

- 11/29/2022: On a scale of 1 to 10 the pain level is 6. Cervical Spine: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Left lateral flexion is not associated with pain. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical – much improved. Lumbar Spine: Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u neck pain. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this. Sleep apnea (047.30)

Lumbar radiculopathy (M54.16) Sacroiliitis (M46.1) Lumbar degenerative disc disease (M51.36) Chronic right hip pain (M25.551) Cervical spondylosis (M47.812) Cervical myofascial pain syndrome (M79.18) Labral tear of right hip joint (S73.191A) Encounter for long-term (current) use of other medications (279.899) Cervical radiculopathy (M54.12) Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.

- 2/28/2023: On a scale of 1 to 10 the pain level is 8. Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 4/5/2023: On a scale of 1 to 10 the pain level is 5. Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 7/10/2023: Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 11/1/2023: Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication

side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.

Mainline Health Systems

- 7/6/2023: Behavioral Health Follow Up. PTSD, depression, anxiety. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless. Assessment: Severity of Symptoms: Moderate. Assessment: 1. PTSD (post-traumatic stress disorder) 2. MDD (major depressive disorder), recurrent episode 3. GAD (generalized anxiety disorder).
- 8/3/2023: General: Patient presents today with a chief complaint of having discolored feet. Patient reports that if his feet are hanging, his feet look extremely purple. He is also complaining of chronic left shoulder pain, right hip pain, and lower back pain, the right hip pain is located over the greater trochanter of the right hip. He reports that the pain shoots down the right lateral side of his leg and stops at the knee. He denies any recent trauma. He is also complaining of lower back pain with a previous history of degenerative disc disease. Patient also has left shoulder pain and denies any injury from it. He reports that the pain is chronic. Exam: BACK: Paraspinal tenderness to lumbar region with palpation. EXTREMITIES: left shoulder has full active ROM but painful, right lateral hip over greater trochanter painful to palpation. Treatment: Greater trochanteric bursitis of right hip: Celestone 12mg intramuscular injection.
- 8/3/2023: X-ray Lumbar Spine: Impression: Early/mild multilevel endplate degeneration. Questionable L5 pars defect.
- 8/9/2023: MRI Lumbar Spine: Findings: L4-L5 Mild disc space degeneration with broad-based posterior disc bulge. Mild bilateral face arthropathy.
- 8/25/2023: Behavioral Health Follow Up. Depression. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 9/5/2023: F/u on lower back pain that radiates to legs. C/o burning stinging pain in feet that keeps him up at night. Varicose veins in lower legs. Exam: EXTREMITIES: decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet. Assessment: claudication. Cardiology referral.
- 10/31/2023: 40 yo male who presents today with a cc of having burning pains in his feet, mainly at the end of the day. Pt checked himself into an inpatient treatment facility recently for alcoholism. He was consuming a 30 pack of beer daily for years. He reports that since he has been sober for 45 days, he has been having these pains in his feet. He spoke with his cardiologist who believes it is neuropathy from the alcohol. Pt is also complaining of chronic right hip pain. Chart review reveals that he had a torn labrum of the right hip in 2021. He reports that he seen a specialist and never followed up. He denies any new injuries to this hip. We xrayed it a couple months and it did not show OA. He is also complaining of chronic low back pain. We did an MRI a few months ago as well that showed DDD of lumbar spine. Rx: Gabapentin 300mg. Tear of right acetabular labrum, subsequent encounter. Referral to ortho.

- 12/1/2023: Behavioral Health Follow Up. Sobriety, anxiety/depression/ptsd. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/14/2023: Behavioral Health Follow Up. Anxiety, depression. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/21/2023: Behavioral Health Follow Up. Depression and anxiety. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/29/2023: Behavioral Health Follow Up. Depression, anxiety. He stated that he recently had another procedure on his leg, this one they went in by his ankle, he showed BHC his foot that appeared to be swollen. BHC provided him a chair to elevate it. Client and BHC discussed anxiety surrounding another upcoming surgery where he will have to utilize crutches and need assistance. He stated that he will talk with wife and if she is unwilling to take care of him he will go to mother's home to recover after procedure. Depression. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless. Assessment: Severity of Symptoms: Moderate.

South Arkansas Cardiology

- 9/8/2023: The patient has history of Patent Ductus Arteriosus – surgical repair about two years ago – not followed by cardiologist. HPI: The patient complains of chest pains-generalized that last for 'five minutes". The patient describes chest pains as heaviness, which are associated with shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema – feet. The patient states that right lower extremity is worse than the left lower extremity. The patient describes discomfort as aching and burning in lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Exam: Extremities: 1-2+ edema of the bilateral lower extremities – toes with sluggish cap refill. Peripheral pulses: faint pedal pulses 1+.
- 10/24/2023: Venous mapping for venous insufficiency: Severe insufficiency of right Superficial Femoral Vein. Severe insufficiency of the Right Great Saphenous vein above the knee. Severe Insufficiency of the Right Great Saphenous below the knee. Severe Insufficiency seen in Left Superficial Femoral Vein. Severe insufficiency seen in left Great Saphenous above the knee. Severe Insufficiency seen in Left Greet Saphenous below the knee. Recommend bilateral compression therapy and possible EVL/RFA/Foam of above vessels. No DVT noted.
- 10/24/2023: Echocardiogram: Trace tricuspid regurgitation.
- 11/9/2023: Patient returns today for test results. Schedule for EVL/RFA/Foam
- 12/13/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Right, Above the knee.

- 12/20/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Left, Above the knee.
- 12/27/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Left, Below the knee.
- 1/3/2024: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Right, Below the knee.
- 1/10/2024: Schedule for exercise Cardiolite stress test. Repeat Fasting lipids. Schedule for complete VIDS in three months. Schedule for home sleep study. The patient is to return to clinic post stress test.

Additionally, the claimant was referred back to UAMS Orthopedic Clinic by Dr. Pennington on 10/31/2023, but the appointment did not occur until after we had requested records from this facility. We have subsequently re-requested records from this clinic in order to obtain the MRI performed prior to the 12/28/2023 appointment to discuss the results.

Mr. Bobb has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as you found Mr. Bobb capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restriction were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress.

Mr. Bobb does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this. Should you maintain your denial of benefits, we will file suit in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

Bobb, Adam Male

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Pharmacy:** Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

**Patient:** Mr. Bobb, Adam

DOB:
Add:
Plan:

---

**Date:** 12-18-2023

**hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet**

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 12-19-2023.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 11-01-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous carvical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 9.** Height (inches): 75.00 Weight (lbs): 208.00 **BP:** 124/84 mm Hg. **Puls e:** 87 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and***

***left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL075053 Dated: 11-01-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
**Order No: SCL075055 Dated: 11-01-2023 Lab: Any Lab**
**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminel stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will increase HC to 7.5/325mg TID PRN #75 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 7.5/325mg TID PRN #75.
Refill Tizanidine 4mg QHS #30.

- Pill count: HC Out of medication on 11/1/23.

- Last filled: 9/28/23.

- UDS: Negative on 11/1/23.

- Confirmation Consistent on 4/25/23. Reviewed 11/1/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

Bobb, Adam Male

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Screening drug test by direct optical method without assistance of analyzer instrument (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 11-01-2023.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 07-10-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness.*** Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 205.00 **BP: 114/76** mm Hg. BP Diastolic: 76 mmHg. BP Systolic: 114 mmHg. **Pulse:** 65 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL065378 Dated: 07-10-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 39/60 on 7/10/23.

Last filled: 6/30/23.

UDS: Negative on 7/10/23.

Confirmation Consistent on 4/25/23. Reviewed 7/10/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 3 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

Bobb, Adam Male

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(I10)
(G89.4)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 3 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-10-2023.*

Bobb, Adam Male -

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501-227-0187**
**Main Fax: 501-227-0187**

**5700 West Markham Street**
**Little Rock, AR 72205 - 3328**
**Refer@ArkansasSpineAndPain.com**

Pharmacy: Drug Room, INC.
Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient: Mr. Bobb, Adam
DOB:
Add:
Plan:

---

Date: 06-28-2023

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 06-28-2023.*

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 04-25-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 189.00 **BP:** 141/87 mm Hg. ***BP Diastolic: 87 mmHg. BP Systolic: 141 mmHg.*** **Pulse:** 90 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with***

Bobb, Adam Male

***pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL059607 Dated: 04-25-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL059610 Dated: 04-25-2023 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment**: Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Bobb, Adam Male

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will SCHEDULE C6-7 CESI.
-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 10/60 on 4/25/23.

Last filled: 3/30/23.

UDS: Negative on 4/25/23.

Confirmation Inconsistent on 2/28/23 - Negative for HC. Reviewed 4/25/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**

Bobb, Adam Male

**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
ICDs:
(G89.4)
(M46.1)
(M51.36)
(M47.812)
**Screening drug test by direct optical method without assistance of analyzer instrument (80305)**
ICDs:
(Z79.899)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-25-2023.*

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-28-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 8.** Height (inches): 75.00 Weight (lbs): 189.00 **BP:** 138/96 mm Hg. ***BP Diastolic: 96 mmHg. BP Systolic: 138 mmHg.*** **Pulse:** 126 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and***

***left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**
**Order No: SCL054647 Dated: 02-28-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
**Order No: SCL054650 Dated: 02-28-2023 Lab: Any Lab**
**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

Bobb, Adam Male

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will SCHEDULE LT C5-7 CESI.
-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC Did not bring on 2/28/23.

Last filled: 1/3/23.

UDS: Negative on 2/28/23.

Confirmation Inconsistent on 2/21/22 - Negative for HC. Reviewed 2/28/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**

Bobb, Adam Male

**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-28-2023.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 11-29-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Bobb, Adam Male

1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cremps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies esthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 210.00 **BP:** 136/102 mm Hg. ***BP Diastolic: 102 mmHg. BP Systolic: 136 mmHg.*** **Pulse:** 121 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral***

Bobb, Adam Male

***flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**
**Order No: SCL046866 Dated: 11-29-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL046874 Dated: 11-29-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***11/29/22***

-Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.

Bobb, Adam Male

Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will SCHEDULE LT C5-6, C6-7 CESI.
-Will obtain MRI report from I530 Medical Mall in Pine Bluff.
-Advised him to follow up with his PCP for BP control.
-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 10/60 on 11/29/22.

Last filled: 11/4/22.

UDS: Negative on 11/29/22.

Confirmation Inconsitent on 2/21/22 - Negative for HC.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC after procedure.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**

Bobb, Adam Male

**ICDs:**

(G47.30)
(G89.4)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1



John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 11-29-2022.*

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 01/03/2024

mainlinehealth systems, inc.

BOBB, ADAM
40 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS Payer ID: 00181
PCP: Kerry Pennington Referring: Kerry Pennington
Appointment Facility: 09-SCD-MAINLINE HEALTH SYTEMS

01/03/2024 Terri Eubanks, DDS

### Current Medications

**Taking**

- Paxil

**Unknown**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day
- cloNIDine HCl 0.2 MG Tablet T1T PO PRN
- amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY
- hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM
- Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain
- PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day
- Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month
- traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS

### Past Medical History

Hypertension.
Anger issue.
Arthritis.

### Surgical History

heart surgery at 2 years old

### Family History

Father: unknown
Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension
1 son(s) , 1 daughter(s) .

### Reason for Appointment

1. Walk-In

### Vital Signs

Wt: **215** lbs, Ht: 75 in, BMI: 26.87 Index, BP: Not Taken - No Medical Need.

### Dental Examination/Plan :

| Tooth / Surface | Status | Description | Provider | Date |
|---|---|---|---|---|
| Full Mouth | C | LTD ORAL EVALUATION - PROBLEM FOCUS | TE | 01/03/2024 |
| Exam, pano, patient is having pain with tooth18 and 16- patient does not have dental insurance but would like to save some of his teeth if possible and have a partial denture made. RX antibiotics to The Drug Room in Pine Bluff and will reschedule the patient back for exts and comp exam, treatment plan with Dr. Garner. Patient was seen by Dr Eubanks today in Star City. Eubanks, Terri 01/03/2024 10:17:58 AM > | | | | |
| Full Mouth | C | PANORAMIC FILM SEE ALSO CODE 70320 | TE | 01/03/2024 |
| 16 | TP | EXTRAC ERUPTED TOOTH/EXPOSED ROOT | TE | 01/03/2024 |
| 18 | TP | EXTRAC ERUPTED TOOTH/EXPOSED ROOT | TE | 01/03/2024 |

### Assessments

1. Encounter for dental examination - Z01.20 (Primary)

### Treatment

**1. Others**

Start Penicillin V Potassium Tablet, 500 MG, 1 tablet, Orally, 4 times per day, 7 days, 28 Tablet, Refills 0
Notes: Penicillin V Oral Tablet (PENICILLIN V POTASSIUM - ORAL) material was printed

### Procedure Codes

D0140 LTD ORAL EVALUATION - PROBLEM FOCUS, TthNo: FM, Srfc:

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 01/03/2024**

pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED dmartin lpn 10/31/2023.

**Social History**

HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
PRAPARE: yes Date Completed/Updated: 10/31/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3-

D0330 PANORAMIC FILM SEE ALSO CODE 70320, TthNo: FM, Srfc:

**Follow Up**

exts, exam

Terri Eubanks DDS

Electronically signed by DDS Terri Eubanks , DDS on 01/03/2024 at 03:32 PM CST
Sign off status: Completed

09-SCD-MAINLINE HEALTH SYTEMS
557 KIRKWOOD RD
STAR CITY, AR 71667-8843
Tel: 870-628-5110
Fax: 855-854-6281

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 01/03/2024**

Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 10/31/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Martin, Daleshia 10/31/2023 03:14:47 PM CDT > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Martin, Daleshia 10/31/2023 03:14:58 PM CDT > , Yes:.
Smoking: yes, Martin, Daleshia 10/31/2023 03:15:02 PM CDT > , YES.
Recreational drug use: yes, Martin, Daleshia 10/31/2023 03:15:06 PM CDT > , Denies.
Alcohol: yes, Martin, Daleshia 10/31/2023 03:15:10 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week.
Learning Assessment: yes Completed: 10/31/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 10/31/2023.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 01/03/2024**

Caffeine: yes, Martin, Daleshia 10/31/2023 03:15:31 PM CDT > , Occasionally.
Exercise: yes, Martin, Daleshia 10/31/2023 03:15:34 PM CDT > , walking.
Travel outside US: yes, Martin, Daleshia 10/31/2023 03:15:38 PM CDT > , No.
Sexually active: yes, Martin, Daleshia 10/31/2023 03:15:43 PM CDT > , Yes.
Herbal & OTC medications: yes, Martin, Daleshia 10/31/2023 03:15:47 PM CDT > , PRN.
Advance Directive: yes, Martin, Daleshia 10/31/2023 03:15:51 PM CDT > , , No.
Diabetic testing: yes, Martin, Daleshia 10/31/2023 03:15:54 PM CDT > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Allergies**

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

**Hospitalization/Major Diagnostic Procedure**

see above

---

**Progress Note: Terri Eubanks, DDS 01/03/2024**

Generated for Printing/Faxing/eTransmitting on: 01/05/2024 08:43 AM CST

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/29/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 12/29/2023

## Subjective:

**Chief Complaints:**

1. BH FU. 2. Depression, anxiety.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 45 minutes, 9:03-9:48 = 39 minutes.

Subjective:

Patient Reports: Client and BHC continued to build rapport. He stated that he recently had another procedure on his leg, this one they went in by his ankle, he showed BHC his foot that appeared to be swollen. BHC provided him a chair to elevate it and asked if he needed to see a medical provider if he has concerns. He declined stating that after the session today he planned on going back to Pine Bluff to see heart Doctor to discuss and do his daily check in with his parole officer. He stated he is still sober, but continuing to have marital problems, which causes him stress. BHC and client discussed stress reducing techniques. Positive communication was utilized during session and client participated well. Client and BHC discussed anxiety surrounding another upcoming surgery where he will have to utilize crutches and need assistance. He stated that he will talk with wife and if she is unwilling to take care of him he will go to mother's home to recover after procedure. BHC praised him for having a plan and a backup option, he was encouraged to discuss with spouse to come up with a final solution, he understood..

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/29/2023

Screening Tools:
Utilized: None Today.

Plan:
BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

**Medications:** Unknown tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Unknown Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Unknown DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Unknown cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Unknown hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Unknown Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain , Unknown PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Unknown Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month, Unknown traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90834 PSYTX PT&/FAMILY 45 MINUTES
**Follow Up:** 2 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90834 PSYTX PT&/FAMILY 45 MINUTES.

## Care Plan Details

[signature] LCSW

Electronically signed by Scott Allison Johnson , LCSW on 12/31/2023 at 02:19 AM CST
Sign off status: Completed

CONFIDENTIAL ENCOUNTER

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/21/2023**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 12/21/2023

## Subjective:

**Chief Complaints:**

1. BH FU. 2. Depression and anxiety.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 45 minutes, 10:30-11:08 = 38 minutes.

Subjective:

Patient Reports: BHC and client continued to build rapport. Client stated that he had a one of many procedures on his leg to block veins that weren't pumping blood back to his heart correctly. Client stated that they went in through his groin this time and it was somewhat painful. He stated he was awake for the procedure. Client is worried about upcoming outpatient surgeries, if they aren't successful they will be more complicated procedures that have to be done. BHC and client worked through worries exploration worksheet verbally to help work through negative cognitions. He participated well. Client is doing well-being sober and is still meeting with parole officer daily. BHC praised him for keeping up his responsibilities..

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/21/2023

participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month, Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90834 PSYTX PT&/FAMILY 45 MINUTES

**Follow Up:** 2 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90834 PSYTX PT&/FAMILY 45 MINUTES.

## Care Plan Details

Scott Allison Johnson, LCSW

Electronically signed by Scott Allison Johnson , LCSW on 01/01/2024 at 02:58 PM CST
Sign off status: Completed

Provider: Scott Allison Johnson, LCSW

Date: 12/21/2023
Generated for Printing/Faxing/eTransmitting on: 01/05/2024 08:43 AM CST

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/14/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 12/14/2023

## Subjective:

**Chief Complaints:**

1. BH FU. 2. Anxiety depression.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 45 minutes, 10:45-11:24 = 39 minutes.

Subjective:

Patient Reports: Client stated that he is still sober, he is not having any cravings at this time per self report. He stated that he is going to wait till next year to start dental work, he thought he had insurance, however did not, so he will wait to the beginning of 2024 when it becomes active. Client stated that he is still checking in with parole officer daily per court order, he is passing drug screens when given randomly.

Client stated that he feels that wife frequently "starts arguments with me." De-escalation techniques, walking away, stop-think-act methods were discussed today. He participated well and stated he will utilize what was learned in session. He stated this causes some anxiety and depression when she "makes fun" of his appearance (dental issues) however he has decided to not argue or insult back. Instead, to leave conversation before becoming angered or triggers as he used to cope with alcohol, and he is trying not to do this again..

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/14/2023

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Taking Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain , Taking PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Taking Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month, Taking traZODone HCl 100 MG Tablet TAKE 1-2 TABLETS PO HS

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90834 PSYTX PT&/FAMILY 45 MINUTES

**Follow Up:** 2 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90834 PSYTX PT&/FAMILY 45 MINUTES.

## Care Plan Details

Scott Allison Johnson, LCSW

Electronically signed by Scott Allison Johnson , LCSW on 01/01/2024 at 03:10 PM CST

Sign off status: Completed

Provider: Scott Allison Johnson, LCSW

Date: 12/14/2023

Generated for Printing/Faxing/eTransmitting on: 01/05/2024 08:43 AM CST

CONFIDENTIAL ENCOUNTER

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 12/01/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 12/01/2023

## Subjective:

**Chief Complaints:**

1. BH FU. 2. Sobriety, depression/anxiety/ptsd.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 30 minutes, 11:30-11:58 = 28 minutes.

Subjective:

Patient Reports: Client and BHC continued to build rapport during this session. Client states that he is 77 days sober, and he feels better and is proud of himself. BHC praised client for success, he does physically look better, he has gained some weight and groomed facial hair. Client stated he was going to the dentist to start getting his "teeth fixed."

Client and BHC discussed the importance of a sober lifestyle and encouraged him to avoid triggers of alcohol as he doesn't need a set back. He asked for a letter stating he was attending therapy, BHC complied and wrote letter for him to show in court that he is still getting treatment. Client and BHC reviewed coping skills, he stated that he is not having any cravings at this time. Client stated that he is concerned about wife overtaking pain medication and states he now has to "keep mine on me all the time because they come up missing." Client is concerned she is buying "off the street" as her addiction has gotten worse since surgery.

Client stated that he got arrested "for something I did back in September after I had been drinking the police said I threatened to burn down someone's house." Client states he "blacked out" he had drank two 30 packs of beer that day and possibly a pint or more of liquor. He stated that son had to come get him from jail, and he is confused as to why they waited till November to arrest him. BHC encouraged him to seek legal advice on this matter, he understood..

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to

mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

**Medications:** Unknown tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Unknown HYDROcodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Unknown Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Unknown traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Unknown DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Unknown cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Unknown amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Unknown hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Unknown Gabapentin 300 MG Capsule 1 capsule Orally three times daily prn feet pain , Unknown PARoxetine HCl 40 MG Tablet 1 tablet in the morning Orally Once a day , Unknown Nicotine 21-14-7 MG/24HR Kit as directed Transdermal one patch daily , stop date 02/28/2024, Notes to Pharmacist: if cheaper, give 21 mg x one month, then 14 mg x one month, then 7 mg x one month

## Objective:

**Vitals:**

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90832 PSYTX PT&/FAMILY 30 MINUTES

**Follow Up:** 3 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90832 PSYTX PT&/FAMILY 30 MINUTES.

## Care Plan Details

Electronically signed by Scott Allison Johnson , LCSW on 12/01/2023 at 09:57 AM CST
Sign off status: Completed

Provider: Scott Allison Johnson, LCSW

Date: 12/01/2023
Generated for Printing/Faxing/eTransmitting on: 01/05/2024 08:43 AM CST

BOBB, ADAM **DOB:** (40 yo M) **Acc No.** 126774 **DOS:** 10/31/2023

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Anthony Rodriguez, APRN
**Date:** 10/31/2023

## Subjective:

**Chief Complaints:**

1. Pt states he has alcohol induced neuropathy/ pain in right groin/ wants nicotine and lidocaine patches DMARTIN LPN. 2. Drug Room-Pine Bluff, MMashburn,RN. 3. DUE: HIV, Colon, MMashburn,RN. 4. UTD: Lipid, MMashburn,RN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0. Intervention Depressiong Screening Findings Negative.

Visit HPI:

Pt is a 40 yo male who presents today with a cc of having burning pains in his feet, mainly at the end of the day. Pt checked himself into an inpatient treatment facility recently for alcholoism. He was consuming a 30 pack of beer daily for years. He reports that since he has been sober for 45 days, he has been having these pains in his feet. He spoke with his cardiologist who believes it is neuropathy from the alcohol.

Pt is also complaining of chronic right hip pain. Chart review reveals that he had a torn labrum of the right hip in 2021. He reports that he seen a specialist and never followed up. He denies any new injuries to this hip. We xrayed it a couple months and it did not show OA. He is also complaining of chronic low back pain. We did an MRI a few months ago as well that showed DDD of lumbar spine. He denies sadle anesthesia, no incontinence, no foot drop.

**ROS:**

ROS---:

GENERAL NEGATIVE FOR, Changes in weight, Fatigue/Malaise, Chills, Fever, Recent Illness, Recent Hospitalizations/ER/Procedures-Surgeries, Changes in Medications, Body aches. HEENT NEGATIVE FOR, Changes in Vision, Changes in Hearing, Vertigo, Ear Pain or Fullness, Allergic Rhinitis. RESPIRATORY NEGATIVE FOR, Cough, Wheezing, Ronchi, Dyspnea at Rest, SOB, Phlegm production. CARDIOVASCULAR -, NEGATIVE FOR, Chest Pain, Palpitations, Hx of Murmur, Dyspnea On Exertion, Swelling Legs. GI/GU NEGATIVE FOR, Abdominal pain, Constipation, Diarrhea, Dysuria, Hematuria. MUSCULOSKELETAL -, , **POSITIVE FOR**, Musculoskeketal Pain. NEURO -, NEGATIVE FOR, Focal Neuro Deficits, Headaches, Numbness/Tingling, Dizziness. ENDOCRINE -, NEGATIVE FOR, Polyuria, Polydipsia, Malaise/Fatigue, Changes in Weight, Hot/Cold Intolerance, Excessive Daytime Sleepiness. DERM -, NEGATIVE FOR, Redness, Rash, Cyanosis.

**Medical History:** Hypertension, Anger issue.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 10/31/2023**

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED dmartin lpn 10/31/2023.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 10/31/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 10/31/2023. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Martin, Daleshia 10/31/2023 03:14:47 PM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Martin, Daleshia 10/31/2023 03:14:58 PM CDT > , Yes:. Smoking: yes, Martin, Daleshia 10/31/2023 03:15:02 PM CDT > , YES. Recreational drug use: yes, Martin, Daleshia 10/31/2023 03:15:06 PM CDT > , Denies. Alcohol: yes, Martin, Daleshia 10/31/2023 03:15:10 PM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 10/31/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 10/31/2023. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Martin, Daleshia 10/31/2023 03:15:31 PM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 10/31/2023 03:15:34 PM CDT > , walking. Travel outside US: yes, Martin, Daleshia 10/31/2023 03:15:38 PM CDT > , No. Sexually active: yes, Martin, Daleshia 10/31/2023 03:15:43 PM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 10/31/2023 03:15:47 PM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 10/31/2023 03:15:51 PM CDT > , , No. Diabetic testing: yes, Martin, Daleshia 10/31/2023 03:15:54 PM CDT > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 10/31/2023

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:** Wt: **208** lbs, Ht: 75 in, BMI: 26 Index, BP: **128/76** mm Hg, HR: 97 /min, RR: 20, Temp: 97.9, SaO2: 98.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. BACK: normal ROM of spines. EXTREMITIES: gait normal.

## Assessment:

**Assessment:**

1. Neuropathy of both feet - G57.93 (Primary)
2. Current smoker - F17.200
3. Screening for HIV (human immunodeficiency virus) - Z11.4
4. Special screening for malignant neoplasms, colon - Z12.11
5. Tear of right acetabular labrum, subsequent encounter - S73.191D
6. DDD (degenerative disc disease), lumbar - M51.36
7. Recovering alcoholic in remission - F10.21

## Plan:

**Treatment:**

**1. Neuropathy of both feet**

Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, three times daily prn feet pain, 30 days, 90, Refills 2 .
Notes: 1. cardiologist believes he has neuropathy from alcoholism. He has L4-L5 DDD.

**2. Current smoker**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**3. Screening for HIV (human immunodeficiency virus)**

LAB: -HIV 1/2 Rapid Antibody (Collection Date & Time - 10/31/2023 03:54 PM) Negative

| | Value | Reference Range |
|---|---|---|
| HIV 1/2 Antibody | neg | Non Reactive - |

Weatherford, Jessica 10/31/2023 03:54:35 PM CDT > 1012 East Church St., Warren Mashburn, Madison 11/01/2023 09:07:42 AM CDT > Attempted to contact to notify. No answer, mailbox full. This lab was reviewed by Anthony Rodriguez on 11/01/2023 at 13:13 PM CDT

**4. Special screening for malignant neoplasms, colon**

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 10/31/2023**

Referral To:Samuel Arnold General Surgery
Reason:Please schedule pt for colonoscopy

**5. Tear of right acetabular labrum, subsequent encounter**
Notes: 1. patient had an MRI in 2021 that dx a labrum tear of right hip. Seen specialist but does not recall who, needs a nother referral, continuing to have pain, xrays last couple months were normal.

**6. DDD (degenerative disc disease), lumbar**
Notes: 1. will send referral or PT if patient decides, will let us know.

**7. Recovering alcoholic in remission**
Notes: 1. continue to abstain from alcohol
2. reach to us if youre still having issues with addiction.

**Procedure Codes:** 99406 BEHAV CHNG SMOKING 3-10 MIN, 86703 HIV-1/HIV-2 1 RESULT ANTBDY

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation. .

**Follow Up:** 3 Months

## Images:

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
99406 BEHAV CHNG SMOKING 3-10 MIN.
86703 HIV-1/HIV-2 1 RESULT ANTBDY.

## Care Plan Details

**Vitals**

**Wt ((lbs)) 208**

Electronically signed by Anthony Rodriguez , APRN on 11/01/2023 at 08:36 AM CDT
Sign off status: Completed

**Provider: Anthony Rodriguez, APRN** **Date: 10/31/2023**

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 09/05/2023

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Anthony Rodriguez, APRN
**Date:** 09/05/2023

## Subjective:

**Chief Complaints:**
1. F/U ON LOWER BACK PAIN THAT RADIATES TO LEGS. C/O BURNING STINGING PAIN IN FEET THAT KEEPS HIM UP AT NIGHT. VARICOSE VEINS IN LOWER LEGS. TMCDOUGALD LPN. 2. DRUG ROOM. TMCDOUGALD LPN. 3. DUE: HIV. PT REFUSED. TMCDOUGALD LPN.

**HPI:**
Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0.
Visit HPI:
Pt is a 40 yo male who presents to the clinic today with a cc of having bilateral leg pain that is worsened with ambulation. He has a hx of smoking and a strong family hx of CAD. He denies having any chest pain, no sob at rest but mild sob with exertion. He denies having any fever, chills, body aches. He has been seen by me in the past for low back pain, MRI showed DDD.

**ROS:**
ROS---:
GENERAL **NEGATIVE FOR** , Changes in weight , Fatigue/Malaise , Chills , Fever. HEENT **NEGATIVE FOR** , NASAL CONGESTION , SORE THROAT , Ear Pain or Fullness. RESPIRATORY **NEGATIVE FOR** , Cough , , Dyspnea at Rest , Dyspnea at Exertion. CARDIOVASCULAR NEGATIVE FOR , Chest Pain , Palpitations. GI/GU NEGATIVE FOR , Diarrhea , nausea, abdominal pain, vomiting.
MUSCULOSKELETAL **POSITIVE FOR leg pain**
. NEURO NEGATIVE FOR , Headaches. ENDOCRINE NEGATIVE FOR , EXCESSIVE THIRST , Changes in Skin/Hair , Changes in Weight. DERM NEGATIVE FOR , Rash.

**Medical History:** Hypertension, Anger issue.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23
REVIEWED TMCDOUGALD LPN 2023/09/05.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 09/05/2023

drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 09/05/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 09/05/2023. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 9, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, McDougald, Tera 09/05/2023 09:21:27 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, McDougald, Tera 09/05/2023 09:21:55 AM CDT > , Yes:. Smoking: yes, McDougald, Tera 09/05/2023 09:22:00 AM CDT > , YES. Recreational drug use: yes, McDougald, Tera 09/05/2023 09:22:08 AM CDT > , Denies. Alcohol: yes, McDougald, Tera 09/05/2023 09:22:16 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 09/05/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 09/05/2023. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, McDougald, Tera 09/05/2023 09:22:36 AM CDT > , Occasionally. Exercise: yes, McDougald, Tera 09/05/2023 09:22:42 AM CDT > , walking. Travel outside US: yes, McDougald, Tera 09/05/2023 09:22:49 AM CDT > , No. Sexually active: yes, McDougald, Tera 09/05/2023 09:22:53 AM CDT > , Yes. Herbal & OTC medications: yes, McDougald, Tera 09/05/2023 09:22:58 AM CDT > , PRN. Advance Directive: yes, McDougald, Tera 09/05/2023 09:23:04 AM CDT > , No. Diabetic testing: yes, McDougald, Tera 09/05/2023 09:23:09 AM CDT > , Not diabetic. GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking tIZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 09/05/2023

## Objective:

**Vitals:** Wt: **189** lbs, Ht: 75 in, BMI: **23.62** Index, BP: **110/70** mm Hg, HR: 88 /min, RR: 20, Temp: 98.0, SaO2: 98.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEENT: maxillary sinus pain to palpation. ORAL CAVITY: no lesions. NECK: supple, no lymphadenopathy. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. EXTREMITIES: decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet..

## Assessment:

**Assessment:**

1. Claudication - I73.9 (Primary)
2. Current smoker - F17.200

## Plan:

**Treatment:**

**1. Claudication**

Notes: 1. quit smoking
2. referral to Matt Wood APRN Dr. Mahmood.
Referral To:Cardiology
Reason:Matt Wood APRN with Dr. Mahmood.

**2. Current smoker**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**Preventive Medicine:**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .

TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..

**Follow Up:** 3 Months

## Images:

## Billing Information:

**Visit Code:**
99213 Office Visit, Est Pt., Level 3.
**Procedure Codes:**

## Care Plan Details

Electronically signed by Anthony Rodriguez , APRN on 09/05/2023 at 01:24 PM CDT
Sign off status: Completed

**Provider: Anthony Rodriguez, APRN** **Date: 09/05/2023**

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 08/25/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 08/25/2023

## Subjective:

**Chief Complaints:**

1. BH FU ** BH MTP DUE **. 2. Depression.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 30 minutes.

Subjective:

Patient Reports: BHC and client worked to build rapport during session. Client and BHC utilized session to update master treatment plan. He still experiences depression. He stated that wife contributes to this as he is not happy in the marriage. He admits to having several affairs, and she is aware of this. He states that "when I get my disability back pay I want to move, maybe to Louisiana, I will leave her with the house and all." BHC and client processed this at length with client. He admits the neighbor situation, court issues, financial stressors, and relationship strain have all weighed on him lately. He stated he is strongly considering divorce and feels that she exaggerates health issues. BHC encouraged client to not make a rash decision, to think it through and talk to wife, he stated he would consider. .

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Pt. will significantly reduce the overall frequency and intensity of the anxiety and depression symptoms as evident by pt. report, observation by PCP/BHC and/or lowering of BIA and BDI-II within a 1-12 month timeframe. Outcome 1: slight change. Objective 1A: Pt will participate in scheduled medication management and BH TX sessions. She will take medications as prescribed, report any side effects and medications effectiveness.. Objective 1B: Pt. will evidence a decrease in symptoms/behaviors associated with depression and PTSD, improving daily use of positive coping mechanisms, improving positive choices, and decision making skills, increased from 2-3 days, weekly.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 08/25/2023

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM

## Objective:

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90832 PSYTX PT&/FAMILY 30 MINUTES
**Follow Up:** 3 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90832 PSYTX PT&/FAMILY 30 MINUTES.

## Care Plan Details

Scott Allison Johnson, LCSW

Electronically signed by Scott Allison Johnson , LCSW on 09/10/2023 at 05:36 PM CDT
Sign off status: Completed

Provider: Scott Allison Johnson, LCSW Date: 08/25/2023

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 08/03/2023

**Progress Notes**

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 40 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Anthony Rodriguez, APRN
**Date:** 08/03/2023

## Subjective:

**Chief Complaints:**

1. CIRCULATION ISSUES IN BOTH LEGS FEET, LOWER BACK PAIN, HIP PAIN, LEFT SHOULDER PAIN DMARTIN LPN. 2. RX: DRUG ROOM INC DMARTIN LPN. 3. UTD: A1C DMARTIN LPN. 4. DUE:HIV DMARTIN LPN.

**HPI:**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0. PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 0.

General:

Patient presents today with a chief complaint of having discolored feet. Patient reports that if his feet are hanging, he is feet look extremely purple. He denies having any coldness with palpation to his right or left lower extremity. He denies having random sores to his legs. He does smoke, and have high blood pressure. He denies seeing a cardiologist. He is also complaining of chronic left shoulder pain, right hip pain, and lower back pain, the right hip pain is located over the greater trochanter of the right hip. He reports that the pain shoots down the right lateral side of his leg and stops at the knee. He denies any recent trauma. He is also complaining of lower back pain with a previous history of degenerative disc disease. Patient also has left shoulder pain and denies any injury from it. He reports that the pain is chronic and he takes ibuprofen Aleve sometimes it did not minimal to no relief.

**ROS:**

ROS---:

GENERAL **NEGATIVE FOR**, Changes in weight, Fatigue/Malaise, Chills, Fever. HEENT **NEGATIVE FOR**, NASAL CONGESTION, SORE THROAT, Ear Pain or Fullness. RESPIRATORY **NEGATIVE FOR**, Cough, , Dyspnea at Rest, Dyspnea at Exertion. CARDIOVASCULAR NEGATIVE FOR, Chest Pain, Palpitations. GI/GU NEGATIVE FOR, Diarrhea, nausea, abdominal pain, vomiting. MUSCULOSKELETAL **POSITIVE FOR** Back Pain, shoulder pain, hip pain
. NEURO NEGATIVE FOR, Headaches. ENDOCRINE NEGATIVE FOR, EXCESSIVE THIRST, Changes in Skin/Hair, Changes in Weight. DERM POSITIVE FOR feet are purple at times.

**Medical History:** Hypertension, Anger issue.

**Surgical History:** heart surgery at 2 years old .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: unknown. Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension. 1 son(s) , 1 daughter(s) . .
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a

week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23 REVIEWED DMARTIN LPN 08/03/2023.

**Social History:** HIV Screening: Yes Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No. Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day. PRAPARE: yes Date Completed/Updated: 08/03/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5. GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 08/03/2023. Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive. Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No. Depression Screening Completed: yes, Martin, Daleshia 08/03/2023 10:31:19 AM CDT > , PHQ2, PHQ9. Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other. Pre-Visit Planning Completed: yes, Martin, Daleshia 08/03/2023 10:31:32 AM CDT > , Yes:. Smoking: yes, Martin, Daleshia 08/03/2023 10:31:36 AM CDT > , YES. Recreational drug use: yes, Martin, Daleshia 08/03/2023 10:31:40 AM CDT > , Denies. Alcohol: yes, Martin, Daleshia 08/03/2023 10:31:44 AM CDT > , Beer, DAILY, 2 30-PACKS of Beer a week. Learning Assessment: yes Completed: 08/03/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No. SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/03/2023. Dental Home: yes Dental visit within the last year? No. Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes. Caffeine: yes, Martin, Daleshia 08/03/2023 10:32:06 AM CDT > , Occasionally. Exercise: yes, Martin, Daleshia 08/03/2023 10:32:10 AM CDT > , Per Age. Travel outside US: yes, Martin, Daleshia 08/03/2023 10:32:14 AM CDT > , , No. Sexually active: yes, Martin, Daleshia 08/03/2023 10:32:18 AM CDT > , Yes. Herbal & OTC medications: yes, Martin, Daleshia 08/03/2023 10:32:22 AM CDT > , PRN. Advance Directive: yes, Martin, Daleshia 08/03/2023 10:32:25 AM CDT > , No. Diabetic testing: yes, Martin, Daleshia 08/03/2023 10:32:30 AM CDT > , Not diabetic. GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**Medications:** Taking tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day , Taking Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked, Taking Carvedilol 3.125 MG Tablet 1 tablet with food Orally Twice a day , Taking traZODone HCl 100 MG Tablet 1 or 2 tablet(s) at bedtime Orally Once a day , Taking PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day , Taking DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Taking cloNIDine HCl 0.2 MG Tablet T1T PO PRN , Taking amLODIPine Besylate 10 MG Tablet T1T PO ONCE A

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 08/03/2023

DAY , Taking hydroCHLOROthiazide 12.5 MG Capsule T1C PO ONCE A DAY IN THE AM , Medication List reviewed and reconciled with the patient

**Allergies:** Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021.

## Objective:

**Vitals:** Wt: **192.2** lbs, Ht: 75 in, BMI: **24.02** Index, BP: **120/76** mm Hg, HR: 91 /min, RR: 20, Temp: 97.0, SaO2: 99.

**Examination:**

EXAM:

GENERAL APPEARANCE: NAD, pleasant, well built and nourished, well nourished and hydrated, cooperative, Alert and Oriented x 4. HEART: RSR, no murmurs, PMI normal, normal S1S2. LUNGS: Clear To Auscultation Bilateral. ABDOMEN: soft, NT/ND, BS present, no masses felt, no hepatosplenomegaly. NEUROLOGIC EXAM: no meningeal signs, no focal signs, cranial nerves appear intact. BACK: Paraspinal tenderness to lumbar region with palpation. EXTREMITIES: left shoulder has full active ROM but painful, right lateral hip over greater trochanter painful to palpation,.

## Assessment:

**Assessment:**

1. Greater trochanteric bursitis of right hip - M70.61 (Primary)
2. Nicotine dependence with current use - F17.200
3. Lumbar degenerative disc disease - M51.36
4. Other chronic pain - G89.29
5. Pain in left shoulder - M25.512
6. PAD (peripheral artery disease) - I73.9

## Plan:

**Treatment:**

**1. Greater trochanteric bursitis of right hip**

Imaging: -X-ray : Hip, right (2 view) (Performed Date - 08/03/2023) Normal
Weatherford, Jessica 08/03/2023 11:04:12 AM CDT > Rodriguez, Anthony 08/04/2023 11:32:46 AM CDT > McDougald, Tera 08/04/2023 11:36:44 AM CDT > no answer. voicemail unavailable Mashburn, Madison 08/07/2023 11:34:05 AM CDT > tried to contact. no answer. unable to leave VM. McDougald, Tera 08/07/2023 03:42:33 PM CDT > results discussed with pt's wife. referral sent for mri spine

Notes: 1. Celestone 12 mg IM

.

**2. Nicotine dependence with current use**

Notes: 1. encouarged to quit tobacco use
2. educated on the side effects of smoking such as increased risk for CVA, MI, CAD, PAD, embolus formation, PE, Cancer,
3. offered therapy
4. time spent educating was 10 minutes.

**3. Lumbar degenerative disc disease**

Imaging: -X-ray : Spine, lumbar (2 view) (Performed Date - 08/03/2023) Abnormal
Weatherford, Jessica 08/03/2023 11:04:18 AM CDT > Weatherford, Jessica 08/04/2023 08:24:31 AM CDT > Rodriguez, Anthony 08/04/2023 11:33:42 AM CDT > questionable pars defect, MRI would be next step. McDougald, Tera 08/04/2023 11:36:44 AM CDT > no answer. voicemail unavailable Mashburn, Madison 08/07/2023 11:33:46 AM CDT > tried to contact. no answer. unable to leave VM. McDougald, Tera 08/07/2023 03:42:33 PM CDT > results discussed with pt's wife. referral sent for mri spine

Notes: 1. xrays pending.

**4. Pain in left shoulder**

Imaging: -X-ray : Shoulder, left (3 view) (Performed Date - 08/03/2023) Normal

**BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 08/03/2023**

Weatherford, Jessica 08/03/2023 11:03:57 AM CDT > Rodriguez, Anthony 08/04/2023 11:33:15 AM CDT > McDougald, Tera 08/04/2023 11:36:44 AM CDT > no answer. voicemail unavailable Mashburn, Madison 08/07/2023 11:34:20 AM CDT > tried to contact. no answer. unable to leave vm. McDougald, Tera 08/07/2023 03:42:33 PM CDT > results discussed with pt's wife. referral sent for mri spine

Notes: 1. pending xrays.

**5. PAD (peripheral artery disease)**
Notes: 1. quit smoking
2. monitor.

**Therapeutic Injections:**
a-Betamethasone NaPhos 6mg/ml : 2 mL (Dose No:1) (Route: Intramuscular) given by Tera McDougald on right gluteus (Greater trochanteric bursitis of right hip)

**Procedure Codes:** 72100 X-RAY EXAM OF LOWER SPINE, Modifiers: TC , 73501 X-RAY EXAM HIP UNI 1 VIEW, Modifiers: TC , 73030 X-RAY EXAM OF SHOULDER, Modifiers: TC , J0702 INJ BETAMETHSN ACTAT&SOD PHOSPH-3MG

**Preventive Medicine:**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI. Education Provided: .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..

**Follow Up:** 4 Weeks

## Images:

## Billing Information:

**Visit Code:**
99214 Office Visit, Est Pt., Level 4.
**Procedure Codes:**
72100 X-RAY EXAM OF LOWER SPINE. Modifiers: TC
73501 X-RAY EXAM HIP UNI 1 VIEW. Modifiers: TC
73030 X-RAY EXAM OF SHOULDER. Modifiers: TC
J0702 INJ BETAMETHSN ACTAT&SOD PHOSPH-3MG.

## Care Plan Details

Electronically signed by Anthony Rodriguez , APRN on 08/10/2023 at 01:53 PM CDT
Sign off status: Completed

Provider: Anthony Rodriguez, APRN Date: 08/03/2023

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 07/06/2023

**Patient:** BOBB, ADAM
**Account Number:** 126774
**DOB:** **Age:** 39 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Kerry Pennington

**Provider:** Scott Allison Johnson, LCSW
**Date:** 07/06/2023

## Subjective:

**Chief Complaints:**

1. BH FU. 2. Ptsd, depression, anxiety.

**HPI:**

Referral:

PCP: Referral Source: self-referral PCP is Dr. Pennington. Duration: approximately 30 minutes.

Subjective:

Patient Reports: Client and BHC worked to continue to build rapport. Client stated that he has been working to help care for his wife following her surgery. He has been isolating in the home, reports increase in depression - before his wife's surgery he stated he was getting outside, cleaning up his yard, and working on his truck in the afternoons. Client stated that he thinks he needs to start using his coping skills and agreed to reduce isolation. BHC utilized solution focused methods, problem solving.

Client stated that he was found guilty on a felony charge stemming from his neighbors accusing him of damaging a gate/fence on the property line. He stated this has caused increased anxiety as he worries his neighbors are "out to get me." BHC utilized CBT and Socratic questioning to help client view things from a more positive perspective. He participated well. .

BHC Assessment:

Focus: Intervention Focus: engaged pt. in cognitive restructuring, BHC used Soctratic Questioning to gently challenge irrational thoughts, BHC stressed the importance of prioritizing self-care., BHC spent time building rapport with pt, BHC explored with pt. stressors, changes, conflict, etc. Modality: Intervention Focus: Reflective Listening, Supportive Therapy, problem solving techniques, solution focus approach, Narrative Therapy.

Treatment Plan:

Goal 1: Acknowledge the depression verbally and resolve its causes, leading to normalization of the emotional state. Outcome 1: New. Objective 1A: Learn new ways to cope with anxiety and depression through activity and implementation of stress reducing techniques.

MSE:

Observation/Attitude: Pleasant , Cooperative , Anxious. Affect: Appropriate to mood. Mood: Anxious. Appearance: Appropriate , casual. Disturbance of Perception: Denied. SI/HI: Denied. Motor Activity: Restless. Speech/Communication: Normal rate/volume. Thought Content: Logical/Coherent. Thought Process: Goal-Oriented. Insight: Fair. Judgement: Fair.

Assessment:

Severity of Symptoms: Moderate.

Screening Tools:

Utilized: None Today.

Plan:

BHC will: BHC will monitor and modify treatment as required.. Patient will: Pt will consistently participate in scheduled BH TX sessions.. PCP will continue to evaluate and treat medical and/or mental health issues as needed. Case Manager will: contact pt per f/u appts.

**Medical History:**

## Objective:

BOBB, ADAM DOB: (40 yo M) Acc No. 126774 DOS: 07/06/2023

## Assessment:

**Assessment:**

1. PTSD (post-traumatic stress disorder) - F43.10 (Primary)
2. MDD (major depressive disorder), recurrent episode, moderate - F33.1
3. GAD (generalized anxiety disorder) - F41.1

## Plan:

**Treatment:**
**Procedure Codes:** 90832 PSYTX PT&/FAMILY 30 MINUTES

**Follow Up:** 3 Weeks

## Images:

## Billing Information:

**Visit Code:**
**Procedure Codes:**
90832 PSYTX PT&/FAMILY 30 MINUTES.

## Care Plan Details

Scott Allison Johnson, LCSW

Electronically signed by Scott Allison Johnson , LCSW on 07/30/2023 at 03:40 PM CDT
Sign off status: Completed

Provider: Scott Allison Johnson, LCSW Date: 07/06/2023

**Bradley County Medical Center**
*404 S. Bradley*
*Warren, AR 71671*
*Phone: 870-226-3731 Fax: 870-226-7678*

# FACSIMILE COVER SHEET

TO....RODRIGUEZ ANTHONY APRN

DEPARTMENT:

FROM......:

DEPARTMENT:

DATE SENT: 8/09/23

TIME SENT: 10:19

Message/Comments:

MRI LSPINE WO

*CONFIDENTIALITY NOTICE:*

*The information contained in this facsimile message and its contents are legally privileged and confidential intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this messsage and its contents is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the address shown above via the United states Postal Service.*

*Thank you.*

Bradley County Medical Center
404 South Bradley
Warren, AR 71671 (870) 226-4166

Radiology Report Provided By: Radiology Associates, P.A.

Patient Name: BOBB, ADAM
Date of Birth:
Accession Number: 164307020230809 Account Number: 787511
Date of Service: 08/09/2023 MRN: 146047
Attending Provider: RODRIGUEZ, ANTHONY APRN
Primary Care Provider: PENNINGTON, KERRY F

DOB:

Procedure: MR L-Spine Without Contrast

Date: 8/9/2023 9:11 AM

Comparison: None

History: Lower back pain

Technique: Multiplanar, multisequence MRI was performed of the lumbar spine without IV contrast.

Findings:
The alignment of lumbar spine is normal. Vertebral body heights are maintained. The marrow signal is unremarkable. The conus terminates at the T12-L1 level.

T12-L1: Normal.

L1-L2: Normal.

L2-L3: Normal.

L3-L4: Normal.

L4-L5: Mild disc space degeneration with broad-based posterior disc bulge. There is mild bilateral facet arthropathy. No significant central canal or neuroforaminal stenosis.

L5-S1: Normal.

IMPRESSION:
Mild L4-L5 degenerative disc disease. No significant central canal or neuroforaminal stenosis.

Signed by Micah Fritsche, MD 8/9/2023 10:15 AM

Mainline Health Systems, Dermott, AR 71638

When the Image Matters

| | | | |
|---|---|---|---|
| Patient Name: | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | 020704 |
| Exam Date/Time: | Aug 3, 2023 11:10:04 AM CDT | Order Date Time: | Aug 3, 2023 5:27:18 PM CDT |
| Study Received Time: | Aug 3, 2023 11:17:03 AM CDT | Ordering Physician: | Anthony Rodriguez |
| Exam Description: | CR - Hip - RIGHT (>=2v) incld 1v Pelvis | | |
| Clinical History: | rt hip pain (Hx) | | |

## FINAL REPORT

EXAM: Right hip series; 2 views

COMPARISON: None available.

FINDINGS:

No displaced hip fracture identified. The femoral head appears normally aligned within the acetabulum. Femoral acetabular joint spaces are maintained. Visualized portions of the bony pelvis appear intact. Visualized lower lumbar spine is unremarkable. Soft tissues are unremarkable.

IMPRESSION:

No acute osseous abnormality.

No significant degenerative changes.

Electronically signed on Aug 3, 2023 10:27:19 PM CDT (ET) by:
Justin Costello, DO
Diplomate of the American Board of Radiology

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

Created and Electronically signed by: 20230809101521, 20230809101521 on 08/09/2023 10:15

**Mainline Health Systems, Dermott, AR 71638**

When the Image Matters

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| D.O.B.: | | | |
| Facility MRN: | 126774 | Accession No: | 020702 |
| Exam Date/Time: | Aug 3, 2023 11:06:18 AM CDT | Order Date Time: | Aug 3, 2023 5:26:36 PM CDT |
| Study Received Time: | Aug 3, 2023 11:10:03 AM CDT | Ordering Physician: | Anthony Rodriguez |
| **Exam Description:** | CR - Spine-lumbar 2/3 views | | |
| **Clinical History:** | lower back pain (Hx) | | |

**FINAL REPORT**

EXAM: Lumbar spine series; 2 views

COMPARISON: None available.

FINDINGS:

Lumbar alignment is normal. Vertebral body heights are maintained.

Questionable L5 pars defect.

Minimal multilevel endplate hypertrophic changes. Disc heights remain preserved.

Minimal aortic atherosclerotic calcification.

IMPRESSION:

Early/mild multilevel endplate degeneration.

Questionable L5 pars defect.

Electronically signed on Aug 3, 2023 10:14:45 PM CDT (ET) by:
Justin Costello, DO
Diplomate of the American Board of Radiology

Justin Costello

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

**Mainline Health Systems, Dermott, AR 71638**

When the Image Matters

| | | | |
|---|---|---|---|
| **Patient Name:** | BOBB, ADAM | | |
| **D.O.B.:** | | | |
| **Facility MRN:** | 126774 | **Accession No:** | 020703 |
| **Exam Date/Time:** | Aug 3, 2023 11:07:55 AM CDT | **Order Date Time:** | Aug 3, 2023 5:26:54 PM CDT |
| **Study Received Time:** | Aug 3, 2023 11:12:33 AM CDT | **Ordering Physician:** | Anthony Rodriguez |
| **Exam Description:** | CR - Shoulder >=2 views LEFT | | |
| **Clinical History:** | left shoulder pain (Hx) | | |

**FINAL REPORT**

EXAM: Left shoulder series; 3 views

COMPARISON: None available.

FINDINGS:

The humeral head appears normally aligned within the glenoid. No fracture visualized. Joint spaces are maintained. Visualized portions of the lung are unremarkable.

IMPRESSION:

No acute osseous abnormality.

Electronically signed on Aug 3, 2023 10:26:00 PM CDT (ET) by:
Justin Costello, DO
Diplomate of the American Board of Radiology

Justin Costello

This fax contains privileged, confidential information and is intended for the addressee above. Access by others is unauthorized, and if you are not the intended recipient, any disclosure, copying, distribution, or any action taken in reliance on the contents is prohibited. If you received this communication in error, please notify the sender.

**BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 01/10/2024**

SARC CardioVascular and Vein Center

# BOBB, Adam

40 Y old Male, DOB:
Account Number: 56397

Home:
Guarantor: Bobb, Adam Insurance: Blue Cross and Blue Shield of Arkansas Payer ID: 00186
Appointment Facility: South Arkansas Cardiology, P.L.L.C.

01/10/2024 Progress Notes: Sadeem Mahmood

## Current Medications

**Taking**

- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine, Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol, Notes to Pharmacist: 1500 mg tid
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day
- traZODone HCl, Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid, Notes to Pharmacist: 9000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl, Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia, Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol, Notes to Pharmacist: 650 mg q. 4 hours prn
- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day at bedtime
- Ezetimibe 10 MG Tablet 1 tablet Orally Once a day

## Reason for Appointment

1. The patient is here for two-month follow-up. The patient had VIDS on 12/29/2023 - left GS AK and BK was treated, no DVT noted. Labs were drawn on 11/09/2023 - glucose fasting 236 (high), creatinine 0.76 (low), cholesterol 263 (high), Trig 283 (high), LDL 170 (high), non-HDL 221 (high), coronary risk ratio 6.26 (high), T4 3.4 (low), and K+, BUN, HDL, Mg, TSH, T3 and H & H are unremarkable. Post VIDS completed on 01/10/2024 - right great saphenous BK was treated. The patient reports leg feeling much better since treatment.

## History of Present Illness

*History of present illness*:

The patient complains of chest pains. The patient describes chest pains as heaviness, which are associated with shortness of breath and fatigue. The patient states that the pain occurs with exertion without radiation. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient denies palpitations, dizziness or lower extremity pain/edema.

## Vital Signs

HR: 87 /min, BP: 116/76 mm Hg, Wt: 217 lbs, BMI: 27.12 Index, Ht: 75 in, Oxygen sat %: 98 %, Ht-cm: 190.5 cm, Wt-kg: 98.43 kg
BP 110/75 on the left.

## Examination

*General Examination:*

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
NOSE: nares patent, no lesions.
ORAL CAVITY: normal, mucosa moist.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks, no murmurs, no S3, S4.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
EXTREMITIES: full range of motion.

**BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 01/10/2024**

### Past Medical History

- PDA.
- Labral tear right hip.
- Hypertension.
- Arthritis.
- High cholesterol.
- Varicose veins.

### Surgical History

Arteries did not form all the way so they had to stent/close it up at the age of two years.

### Family History

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

### Social History

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab; sober x2 weeks. The patient does not use recreational drugs.

### Allergies

Sulfa Antibiotics

### Review of Systems

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Negative for claudication or edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

PERIPHERAL PULSES: normal.
NEUROLOGIC: alert and oriented x 3.

### Assessments

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Chest pain, unspecified - R07.9
4. Sleep apnea, unspecified - G47.30
5. Nicotine dependence, unspecified, uncomplicated - F17.200
6. Shortness of breath - R06.02
7. Other fatigue - R53.83
8. Varicose veins of unspecified lower extremity with inflammation - I83.10
9. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
10. Alcoholic polyneuropathy - G62.1

### Treatment

**1. Others**

Notes:
Schedule for exercise Cardiolite stress test.
Repeat fasting lipids.
Schedule for complete VIDS in three months.
Schedule for home sleep study.
The patient is to return to clinic post stress test.

Electronically signed by SADEEM MAHMOOD , M.D. on 01/22/2024 at 11:49 AM CST

Sign off status: Completed

South Arkansas Cardiology, P.L.L.C.
7200 S HAZEL ST
PINE BLUFF, AR 716037836
Tel: 870-534-2900
Fax: 870-534-9726

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 11/09/2023

SARC CardioVascular and Vein Center

**BOBB, Adam**
40 Y old Male, DOB:
Account Number: 56397
Home: 870-
Guarantor: Bobb, Adam Insurance: Arkansas BCBS Payer ID: 00561
Appointment Facility: South Arkansas Cardiology, P.L.L.C.

11/09/2023 Sadeem Mahmood

### Current Medications

**Taking**

- Gabapentin 600 MG Tablet 1 tablet Orally Three times a day
- Atorvastatin Calcium 20 MG Tablet 1 tablet Orally Once a day
- Multivitamin - Tablet 1 tablet Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- PARoxetine HCl 20 MG Tablet 1 tablet in the morning Orally Once a day
- Lidocaine , Notes to Pharmacist: Patch qhs
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Capsule 1 capsule in the morning Orally Once a day
- Methocarbamol , Notes to Pharmacist: 1500 mg tid
- Carvedilol 12.5 MG Tablet 1 tablet with food Orally Twice a day
- traZODone HCl , Notes to Pharmacist: 200 mg qhs
- Antacid Liquid 200-200-20 MG/5ML Suspension 10 mL as needed Orally as directed
- Calcium Carbonate Antacid , Notes to Pharmacist: 2000 mg q. 4 hours prn
- diphenhydrAMINE HCl 25 MG Capsule 1 capsule at bedtime as needed Orally
- EPINEPHrine 0.3 MG/0.3ML Solution Prefilled Syringe as directed Injection
- Loperamide HCl , Notes to Pharmacist: 4 mg as directed prn
- Melatonin 5 MG Tablet 1 tablet in the evening Orally Once a day
- Milk of Magnesia , Notes to Pharmacist: 30 mL q. 12 hours
- Tylenol , Notes to Pharmacist: 650 mg q. 4 hours prn

### Past Medical History

### Reason for Appointment

1. The patient returns today for test results. The patient had ultrasound studies on 10/24/2023. Echo - EF > 55% and trace TR. Carotid Doppler - TDS, mild disease bilaterally, no evidence of significant CAS. VIDS - severe VI bilateral SFVs and GSVs AK/BK. The patient had labs today - last done with primary care physician in February 2023.

### History of Present Illness

History of present illness:

The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema. The patient describes discomfort as cramps and aching in lower extremities, which usually occur at rest and at night. The patient denies chest pain, palpitations or dizziness. The patient has venous insufficiency with pain and edema despite conservative therapy/compression hose therapy for over three months. Recommend EVL/RFA/foam of bilateral GSVs AK/BK, right leg first. Risks and benefits have been explained in detail and the patient is in agreement and wishes to proceed with procedure.

### Vital Signs

HR: 52 /min, BP: 111/72 mm Hg, Wt: 210.2 lbs, Oxygen sat %: 96 %, Wt-kg: 95.35 kg
BP 121/76 on the left.

### Examination

General Examination:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
NOSE: nares patent , no lesions.
ORAL CAVITY: normal , mucosa moist.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
EXTREMITIES: full range of motion.

PDA.
Labral tear right hip.
Hypertension.
Arthritis.
High cholesterol.
Varicose veins.

**Surgical History**

Arteries did not form all the way so they had to stent/close it up at the age of two years.

**Family History**

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab; sober x2 [illegible] recreational drugs.

**Allergies**

Sulfa Antibiotics

**Review of Systems**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Negative for chest pain, diaphoresis, orthopnea, palpitations, syncope, or PND. VASC - Positive for claudication and edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or nocturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

PERIPHERAL PULSES: normal.
NEUROLOGIC: alert and oriented x 3.

**Assessments**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Nicotine dependence, unspecified, uncomplicated - F17.200
4. Shortness of breath - R06.02
5. Other fatigue - R53.83
6. Peripheral vascular disease, unspecified - I73.9
7. Varicose veins of unspecified lower extremity with inflammation - I83.10
8. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
9. Alcohol abuse, uncomplicated - F10.10
10. Alcoholic polyneuropathy - G62.1

**Treatment**

**1. Others**

Notes:
The patient is to take atorvastatin 20 mg p.o. q.h.s.
Continue medications as current.
Schedule for EVL/RFA/foam of bilateral GSVs AK/BK, right leg first.
Risks, benefit, and alternatives have been explained in detail including the risk of stroke and death. Patient and accompanying persons verbalizes understanding and wishes to proceed with procedure.
The patient is to return to clinic in two months with ABI.

Electronically signed by SADEEM MAHMOOD , M.D. on 11/16/2023 at 01:00 PM CST

Sign off status: Completed

South Arkansas Cardiology, P.L.L.C.
7200 S HAZEL ST
PINE BLUFF, AR 716037836

Patient: BOBB, Adam DOB:



BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 11/09/2023

Tel: 870-534-2900
Fax: 870-534-2706

SARC
Cardiovascular and Vein Center

**Bobb, Adam**
40 Y old Male, DOB:
Account Number: 56397

Home: [illegible]
Guarantor: Bobb, Adam Insurance: Arkansas BCBS Payer ID: 00[illegible]
Appointment Facility: South Arkansas Cardiology, PLLC.

09/28/2023

Progress Notes: Sadeem Mahmood

[illegible]

**Reason for Appointment**

1. The patient presents today as a new patient, referred by Anthony [illegible]
normal sinus rhythm. The patient has history of Patent Ductus Arteriosus - surgical repair about two years ago - not followed by cardiologist. The patient had normal childhood playing sports.

**History of Present Illness**

History of present illness:

The patient complains of chest pains - generalized that last for "five minutes". The patient describes chest pains as heaviness, which are associated with shortness of breath. The patient states that the pain occurs with exertion. The patient states that pain is relieved with rest. The patient complains of shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema - feet. The patient states that right lower extremity is worse than the left lower extremity. The patient describes discomfort as aching and burning in lower extremities, which usually occur at rest, at night, upon standing and after ambulation. The patient denies palpitations or dizziness.

**Vital Signs**

HR: 86 /min, BP: 133/84 mm Hg, Wt: 197 lbs, BMI: 24.62 Index, Ht: 75 in, Oxygen sat %: 97 %, Ht-cm: 190.5 cm, Wt-kg: 89.36 kg
BP 139/74 on the left.

**Examination**

General Examination:

GENERAL APPEARANCE: well developed, well nourished.
HEAD: normocephalic.
EYES: Glasses, OTW normal.
EARS: normal.
NOSE: nares patent , no lesions.
ORAL CAVITY: normal , mucosa moist.
NECK/THYROID: no carotid bruit, no jugular venous distention.
HEART: S1, S2 regular, , no clicks , no murmurs , no S3, S4.
LUNGS: bilateral breath sounds, clear to auscultation bilaterally, respirations even and unlabored.
ABDOMEN: bowel sounds present x4, soft and nontender.
EXTREMITIES: 1-2+ edema of the bilateral lower extremities - toes

High cholesterol.
Varicose veins.

**Surgical History**

Arteries did not form all the way so they had to stent/close it up at the age of two years.

**Family History**

Mother: hypertension and diabetes - Alive at 67. Family members of father had heart attack and stents.

**Social History**

The patient is a smoker. The patient has been smoking cigarettes one pack per day for 20+ years. The patient does not drink alcohol. The patient has history of alcoholism - currently in rehab, sober x2 weeks. The patient does not use recreational drugs.

**Allergies**

Sulfa Antibiotics

**Review of Systems**

CONST - Positive for fatigue. EYES - Negative for visual changes. ENT - Negative for hearing loss. RESP - Positive for shortness of breath. CARD - Positive for chest pain. VASC - Positive for claudication and edema. GI - Negative for nausea, reflux or bleeding. GU - Negative for hematuria or posturia. NEURO - Negative for dizziness, memory loss or seizures. PSYCH - Negative for depression or hallucinations. DERM - Negative for rash or skin sores. M/S - Negative for joint pain or myalgia. HEMAT - Negative for acute anemia or thrombocytopenia.

with sluggish cap refill.
PERIPHERAL PULSES: Faint pedal pluses 1+.
NEUROLOGIC: alert and oriented x 3.

**Assessments**

1. Essential (primary) hypertension - I10
2. Mixed hyperlipidemia - E78.2
3. Chest pain, unspecified - R07.9
4. Nicotine dependence, unspecified, uncomplicated - F17.200
5. Shortness of breath - R06.02
6. Other fatigue - R53.83
7. Peripheral vascular disease, unspecified - I73.9
8. Varicose veins of unspecified lower extremity with inflammation - I83.10
9. Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity - I70.219
10. Alcohol abuse, uncomplicated - F10.10
11. Alcoholic polyneuropathy - G62.1

**Treatment**

**1. Others**

Notes:
Continue medications as current.
Schedule for echocardiogram, carotid and VIDS.
Recommended compression stockings.
The patient is to return to clinic post above for results.
Get labs from Mainline.

Electronically signed by SADEEM MAHMOOD , M.D. on 10/03/2023 at 04:15 PM CDT

Sign off status: Completed

South Arkansas Cardiology, PLLC
7200 S HAZEL ST

BOBB, Adam DOB: (40 yo M) Acc No. 56397 DOS: 09/28/2023

PINE BLUFF, AR 716037830
Tel: 870-534-2900
Fax: 870-534-9726

Progress Note: Nadeem Mahmood 09/28/2023

Patient: BOBB, Adam DOB:

SARC Cardiovascular and Vein Center

7200 S Hazel St. Pine Bluff, AR 71603
(870) 534-2900 / Fax (870) 534-9726

Date: 1-3-24

Patient: Bobb, Adam

DOB:

# OPERATIVE REPORT: VARITHENA FOAM ABLATION

PROCEDURE: VARITHENA FOAM ABLATION OF THE

☑ Great Saphenous Vein ☐ Above the knee ☑ Right ☐ Left ☐ Perforator

☐ Lesser Saphenous Vein ☐ Accessory Vein ☑ Below the knee ☐ Full

Surgeon: Sadeem Mahmood, MD

Risk / benefits of Varithena foam ablation was discussed with the patient and consent forms signed. For full details of the risk of procedures see the consent forms. Risk of the procedure were discussed the day of the procedure and all questions answered.

Prior to the procedure the patient was asked to drink at least 2 bottles of water and remove any compression for 24 hours prior to the procedure.

The patient was taken to the outpatient surgical suite, placed in the supine position, and the leg sterilely draped and prepped. The provider was sterilely gowned and gloved. Hibiclens was used to prep the entire leg sterilely. A sterile ultrasound probe cover was placed, and ultrasound was used to locate the treated vessel. Once identified the vein was accessed in the upper aspect of the vein and sheath was placed. The skin was injected with lidocaine aesthetic prior to needle access and placement of the sheath. The was re imaged to determine if it had collapsed around the sheath and if so, manual pressure was held to avoid any foam entering the deep system.

Non-compounded Varithena foam was injected into the sheath and observed under ultrasound, the first sign of foam was seen approximately 4 cm from the junction, immediate pressure was held to not allow foam to enter the deep system at the junction. (The amount of Varithena foam injected will vary depending on size of the treated vessel, side branches, and length of the treated vein but typically is 2 cc to 8 cc but may be more depending on the anatomy but will never exceed FDA guidelines). We also inject via the vein sheath compounded pilodocanol, compounded with sterile CO2 and O2 to form a foam to close any branching side vessels.

Pressure is held at the junction of and sheath removal site for 2 minutes. A repeat ultrasound is performed to ensure no complications within the deep system. The patient is asked to move their foot back and forth 20 times before the leg is wrapped.

After the procedure, the leg is wrapped with 4x4s, Kerlix and Coban wrap for a mild to moderate circumferential wrap, followed by a third tighter wrap of elastic ACE. The leg is typically wrapped from foot to groin. The leg is then lowered, and the patient stood and ambulated. The patient is encouraged to walk as much as possible but encouraged to not do any running, lifting or significant physical exercise over the next week. While sitting the leg should stay elevated. The wrap should stay in place for 72 hours if possible and then compression stockings placed for 2 weeks after the wrap is removed. The patient can loosen the elastic wrap if they feel it is too tight or any distal circulation problems are perceived.

Post op instructions and return visit in one week was given both verbally and in writing to the patient and family to contact office for any concerns or questions.
The patient will be scheduled to return for clinic check and repeat vein mapping to include DVT study or prior to if there are symptoms.

The patient tolerated the procedure well with not complications.

Sadeem Mahmood, MD

SARC
Cardiovascular and Vein Center

7200 S Hazel St. Pine Bluff, AR 71603
(870) 534-2900 / Fax (870) 534-9728

Date: 12-27-23
Patient: Bobb, Adam
DOB:

## OPERATIVE REPORT: VARITHENA FOAM ABLATION

**PROCEDURE: VARITHENA FOAM ABLATION OF THE**

☒ Great Saphenous Vein ☐ Above the knee ☐ Right ☒ Left ☐ Perforator

☐ Lesser Saphenous Vein ☐ Accessory Vein ☒ Below the knee ☐ Full

**Surgeon: Sadeem Mahmood, MD**

Risk / benefits of Varithena foam ablation was discussed with the patient and consent forms signed. For full details of the risk of procedures see the consent forms. Risk of the procedure were discussed the day of the procedure and all questions answered.

Prior to the procedure the patient was asked to drink at least 2 bottles of water and remove any compression for 24 hours prior to the procedure.

The patient was taken to the outpatient surgical suite, placed in the supine position, and the leg sterilely draped and prepped. The provider was sterilely gowned and gloved. Hibiclens was used to prep the entire leg sterilely. A sterile ultrasound probe cover was placed, and ultrasound was used to locate the treated vessel. Once identified the vein was accessed in the upper aspect of the vein and sheath was placed. The skin was injected with lidocaine aesthetic prior to needle access and placement of the sheath. The were imaged to determine if it had collapsed around the sheath and if so, manual pressure was held to avoid any foam entering the deep system.

Non-compounded Varithena foam was injected into the sheath and observed under ultrasound, the first sign of foam was seen approximately 4 cm from the junction, immediate pressure was held to not allow foam to enter the deep system at the junction. (The amount of Varithena foam injected will vary depending on the size of the treated vessel, side branches, and length of the treated vein but typically is 2 cc to 8 cc but may be more depending on the anatomy but will never exceed FDA guidelines). We also inject via the vein sheath compounded pliodocanol, compounded with sterile CO2 and O2 to form a foam to close any branching side vessels.

Pressure is held at the junction of and sheath removal site for 2 minutes. A repeat ultrasound is performed to ensure no complications within the deep system. The patient is asked to move their foot back and forth 20 times before the leg is wrapped.

After the procedure, the leg is wrapped with 4x4s, Kerlix and Coban wrap for a mild to moderate circumferential wrap, followed by a third tighter wrap of elastic ACE. The leg is typically wrapped from foot to groin. The leg is then lowered, and the patient stood and ambulated. The patient is encouraged to walk as much as possible but encouraged to not do any running, lifting or significant physical exercise over the next week. While sitting the leg should stay elevated. The wrap should stay in place for 72 hours if possible and then compression stockings placed for 2 weeks after the wrap is removed. The patient can loosen the elastic wrap if they feel it is too tight or any distal circulation problems are perceived.

Post op instructions and return visit in one week was given both verbally and in writing to the patient and family to contact office for any concerns or questions.
The patient will be scheduled to return for clinic check and repeat vein mapping to include DVT study or prior to if there are symptoms.

The patient tolerated the procedure well with not complications.

Sadeem Mahmood, MD

Patient: BOBB, Adam DOB:

SARC Cardiovascular and Vein Center

7200 S Hazel St. Pine Bluff, AR 71603
(870) 534-2900 / Fax (870) 534-9726

Date: 12-20-22

Patient: Bobb, Adam

DOB:

# OPERATIVE REPORT: VARITHENA FOAM ABLATION

PROCEDURE: VARITHENA FOAM ABLATION OF THE

☒ Great Saphenous Vein ☒ Above the knee ☐ Right ☒ Left ☐ Perforator

☐ Lesser Saphenous Vein ☐ Accessory Vein ☐ Below the knee ☐ Full

Surgeon: Sadeem Mahmood, MD

Risk / benefits of Varithena foam ablation was discussed with the patient and consent forms signed. For full details of the risk of procedures see the consent forms. Risk of the procedure were discussed the day of the procedure and all questions answered.

Prior to the procedure the patient was asked to drink at least 2 bottles of water and remove any compression for 24 hours prior to the procedure.

The patient was taken to the outpatient surgical suite, placed in the supine position, and the leg sterilely draped and prepped. The provider was sterilely gowned and gloved. Hibiclens was used to prep the entire leg sterilely. A sterile ultrasound probe cover was placed, and ultrasound was used to locate the treated vessel. Once identified the vein was accessed in the upper aspect of the vein and sheath was placed. The skin was injected with lidocaine aesthetic prior to needle access and placement of the sheath. The was re imaged to determine if it had collapsed around the sheath and if so, manual pressure was held to avoid any foam entering the deep system.

Non-compounded Varithena foam was injected into the sheath and observed under ultrasound, the first sign of foam was seen approximately 4 cm from the junction, Immediate pressure was held to not allow foam to enter the deep system at the junction. (The amount of Varithena foam injected will vary depending on size of the treated vessel, side branches, and length of the treated vein but typically is 2 cc to 8 cc but may be more depending on the anatomy but will never exceed FDA guidelines). We also inject via the vein sheath compounded pllodocanol, compounded with sterile CO2 and O2 to form a foam to close any branching side vessels.

Pressure is held at the junction of and sheath removal site for 2 minutes. A repeat ultrasound is performed to ensure no complications within the deep system. The patient is asked to move their foot back and forth 20 times before the leg is wrapped.

After the procedure, the leg is wrapped with 4x4s, Kerlix and Coban wrap for a mild to moderate circumferential wrap, followed by a third tighter wrap of elastic ACE. The leg is typically wrapped from foot to groin. The leg is then lowered, and the patient stood and ambulated. The patient is encouraged to walk as much as possible but encouraged to not do any running, lifting or significant physical exercise over the next week. While sitting the leg should stay elevated. The wrap should stay in place for 72 hours if possible and then compression stockings placed for 2 weeks after the wrap is removed. The patient can loosen the elastic wrap if they feel it is too tight or any distal circulation problems are perceived.

Post op instructions and return visit in one week was given both verbally and in writing to the patient and family to contact office for any concerns or questions.
The patient will be scheduled to return for clinic check and repeat vein mapping to include DVT study or prior to if there are symptoms.

The patient tolerated the procedure well with not complications.

Sadeem Mahmood, MD

Patient: BOBB, Adam DOB:

SARC
Cardiovascular and Vein Center

7200 S Hazel St. Pine Bluff, AR 71603
(870) 534-2900 / Fax (870) 534-9726

Date: 12-13-23

Patient: Bobb, Adam

DOB:

# OPERATIVE REPORT: VARITHENA FOAM ABLATION

PROCEDURE: VARITHENA FOAM ABLATION OF THE

☒ Great Saphenous Vein ☒ Above the knee ☒ Right ☐ Left ☐ Perforator

☐ Lesser Saphenous Vein ☐ Accessory Vein ☐ Below the knee ☐ Full

Surgeon: Sadeem Mahmood, MD

Risk / benefits of Varithena foam ablation was discussed with the patient and consent forms signed. For full details of the risk of procedures see the consent forms. Risk of the procedure were discussed the day of the procedure and all questions answered.

Prior to the procedure the patient was asked to drink at least 2 bottles of water and remove any compression for 24 hours prior to the procedure.

The patient was taken to the outpatient surgical suite, placed in the supine position, and the leg sterilely draped and prepped. The provider was sterilely gowned and gloved. Hibiclens was used to prep the entire leg sterilely. A sterile ultrasound probe cover was placed, and ultrasound was used to locate the treated vessel. Once identified the vein was accessed in the upper aspect of the vein and sheath was placed. The skin was injected with lidocaine aesthetic prior to needle access and placement of the sheath. The was re imaged to determine if it had collapsed around the sheath and if so, manual pressure was held to avoid any foam entering the deep system.

Non-compounded Varithena foam was injected into the sheath and observed under ultrasound, the first sign of foam was seen approximately 4 cm from the junction, immediate pressure was held to not allow foam to enter the deep system at the junction. (The amount of Varithena foam injected will vary depending on size of the treated vessel, side branches, and length of the treated vein but typically is 2 cc to 8 cc but may be more depending on the anatomy but will never exceed FDA guidelines). We also inject via the vein sheath compounded pilodocanol, compounded with sterile CO2 and O2 to form a foam to close any branching side vessels.

Pressure is held at the junction of and sheath removal site for 2 minutes. A repeat ultrasound is performed to ensure no complications within the deep system. The patient is asked to move their foot back and forth 20 times before the leg is wrapped.

After the procedure, the leg is wrapped with 4x4s, Kerlix and Coban wrap for a mild to moderate circumferential wrap, followed by a third tighter wrap of elastic ACE. The leg is typically wrapped from foot to groin. The leg is then lowered, and the patient stood and ambulated. The patient is encouraged to walk as much as possible but encouraged to not do any running, lifting or significant physical exercise over the next week. While sitting the leg should stay elevated. The wrap should stay in place for 72 hours if possible and then compression stockings placed for 2 weeks after the wrap is removed. The patient can loosen the elastic wrap if they feel it is too tight or any distal circulation problems are perceived.

Post op instructions and return visit in one week was given both verbally and in writing to the patient and family to contact office for any concerns or questions.
The patient will be scheduled to return for clinic check and repeat vein mapping to include DVT study or prior to if there are symptoms.

The patient tolerated the procedure well with not complications.

Sadeem Mahmood, MD

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-6726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-FBD3
Age: 40

Date: Oct. 24, 2023, 10:08 a.m.
Sex: M

## ECHOCARDIOGRAM REPORT

### 2D Measurements

EDV(Cube-2D): 143.9 cm3
EDV(Gibson-2D): 158.7 cm3
EDV(Teich): 131.9 cm3
EF(Cube): 65.2%
EF(Gibson-2D): 62.5%
EF(Teich): 56.3%
ESV(Cube): 50.0 cm3
ESV(Gibson-2D): 59.6 cm3
ESV(Teich): 57.6 cm3
%FS: 29.7%
IVS%(2D): 21.7%
IVSd: 1.1 cm
IVSd/LVPWd(2D): 1.1
IVSs(2D): 1.3 cm
IVSs/LVPWs(2D): 1.5
LVIDd: 5.2 cm
LVIDs: 3.7 cm
LV Mass(Cube-2D): 234.5 g
LVOT Area: 2.7 cm2
LVOT Diam: 1.8 cm
LVPW%(2D): -9.2%
LVPWd: 0.9 cm
LVPWs(2D): 0.9 cm

### M-Mode Measurements

Ao Diam: 4.1 cm
LA/Ao: 0.8
LA Diam: 3.2 cm

### Mitral Valve Doppler

MV A Vel: 68.0 cm/s
MV E/A Ratio: 1.0
MV E Vel: 66.0 cm/s

### Tricuspid Valve Doppler

### Aortic Valve Doppler

AV maxPG: 5.3 mm[Hg]
AV meanPG: 3.1 mm[Hg]
AV Vmax: 114.8 cm/s
AV Vmean: 83.3 cm/s
AV VTI: 21.3 cm
LVOT maxPG: 2.8 mm[Hg]
LVOT meanPG: 1.5 mm[Hg]

### Pulmonary Valve Doppler

PV maxPG: 2.3 mm[Hg]
PV Vmax: 75.8 cm/s

SARC MedIQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-9726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct. 24, 2023, 10:08 a.m.
Sex: M

LVOT Vmax: 84.1 cm/s
LVOT Vmean: 56.7 cm/s
LVOT VTI: 15.7 cm
LVSV Dopp: 42.3 cm3

**Other Measurements**

AV Angle: 0.0 deg
AVA(VTI): 2.0 cm2
HR: 83.0 (H.B.)/min
LeftA.AR/LA.M: 1.3
LVCO Dopp: 8.2 l/min
LVCO Dopp: 6.2 l/min
LVCO Dopp: 7.8 l/min
LVOT Angle: 0.0 deg
LVSV Dopp: 99.1 cm3
LVSV Dopp: 74.3 cm3
LVSV Dopp: 93.9 cm3
MV A PG: 1.7 mm(Hg)
MV A PG: 1.8 mm(Hg)
Patient Age: 40.0

**Findings**

ECG rhythm: Sinus rhythm.

Study quality: This was a technically adequate study.

Left Ventricle: LV size, wall thickness and systolic function are normal, with an EF greater than 55%.

Right Ventricle: The right ventricle is normal in size and function.

Left Atrium: The left atrium is normal in size.

Right Atrium: The right atrium is normal in size and function.

Aortic Valve: The aortic valve is trileaflet, and appears structurally normal. No aortic stenosis or regurgitation.

Mitral Valve: Normal appearing mitral valve.

SARC MediQ
https://www.sarcmediq.com

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2800**
**Fax: (870) 534-8726**

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct. 24, 2023, 10:08 a.m.
Sex: M

Tricuspid Valve: Trace tricuspid regurgitation present. Right ventricular systolic pressure is normal at < 30 mmHg. The tricuspid valve appears structurally normal.

Pulmonic Valve: The pulmonic valve is normal.

Pericardium: The pericardium is normal.

**Conclusions**

1. Left Ventricle: LV size, wall thickness and systolic function are normal, with an EF greater than 55%.
2. Tricuspid Valve: Trace tricuspid regurgitation present.
3. Tricuspid Valve: Right ventricular systolic pressure is normal at < 30 mmHg.

Signed by **Sadeem Mahmood** on **Oct. 24, 2023, 11:43 a.m.**.

SARC MedIQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0880744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338031052 | BOBB,ADAM | MAHMOOD,SADEEM |
| REQUISITION: SACAR001111 | DOB: AGE: 40 Years | CLIENT INFORMATION |
| COLLECTED: 11/09/2023 10:24 | GENDER: M CHART#: | SOUTH ARKANSAS CARDIOLOGY SACAR |
| RECEIVED: 11/09/2023 22:21 | FASTING: Unknown | 7200 SOUTH HAZEL STREET |
| REPORTED: 11/10/2023 04:16 | ID: 94777541 | PINE BLUFF, AR 71603 |
| AMENDED: | PHONE: | |
| REPRINTED: 11/10/2023 | ADDRESS: | NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| **COMP METABOLIC PANEL** | | | | | | |
| Sodium | 140 | | | 135-146 | mEq/L | MEM |
| Potassium | 4.2 | | | 3.5-5.4 | mEq/L | |
| Chloride | 104 | | | 95-107 | mEq/L | |
| Carbon Dioxide | 25 | | | 19-31 | mEq/L | |
| Anion Gap | 11 | | | 7-23 | mEq/L | |
| **Glucose Fasting** | | 236 | H | 70-99 | mg/dL | |
| Urea Nitrogen (BUN) | 7 | | | 6-20 | mg/dL | |
| **Creatinine** | | 0.76 | L | 0.80-1.40 | mg/dL | |
| 2021 CKD-EPI eGFR-cr | 117 | | | >59 | mL/min /1.73m^2 | |
| BUN/Creatinine Ratio | 9 | | | | ratio | |
| Calcium Total | 9.7 | | | 8.5-10.5 | mg/dL | |
| Protein Total | 6.6 | | | 6.1-8.3 | g/dL | |
| Albumin | 4.5 | | | 3.5-5.2 | g/dL | |
| Globulin | 2.1 | | | 1.7-4.3 | g/dL | |
| A/G Ratio | 2.1 | | | 0.9-2.8 | ratio | |
| Bilirubin Total | 0.5 | | | 0.0-1.2 | mg/dL | |
| Alkaline Phosphatase | 60 | | | 40-129 | U/L | |
| AST (SGOT) | 15 | | | 9-50 | U/L | |
| ALT (SGPT) | 21 | | | 5-50 | U/L | |
| **LIPID PROFILE** | | | | | | |
| **Cholesterol** | | 263 | H | <200 | mg/dL | MEM |
| **Triglycerides** | | 283 | H | 0-149 | mg/dL | |
| HDL Cholesterol | 42 | | | >39 | mg/dL | |
| **LDL Cholesterol** | | 170 | H | <100 | mg/dL | |
| **Non HDL Cholesterol** | | 221 | H | <130 | mg/dL | |
| **Coronary Risk Ratio** | | 6.26 | H | <4.97 | | |

Comment for LIPID PROFILE

Non-HDL Cholesterol is a better indicator for cardiovascular risk than LDL-Cholesterol for patients who have increased triglycerides or are non-fasting.

Non-HDL Cholesterol:
< 130 mg/dL (Optimal)
< 160 mg/dL (Near Optimal/Above Optimal)

increase to 40mg Atorvastatin and Zetia 10mg po qd to Drug Room ∴ Pt. is aware MW [initials] 11/20/23

| 338031052 | BOBB,ADAM | Page: 1 |
|---|---|---|

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338031052<br>REQUISITION:SACAR001111<br>COLLECTED: 11/09/2023 10:24<br>RECEIVED: 11/09/2023 22:21<br>REPORTED: 11/10/2023 04:16<br>AMENDED:<br>REPRINTED: 11/10/2023 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING:Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7200 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

LDL Cholesterol:
< 100 mg/dL (Optimal)
< 130 mg/dL (Near Optimal/Above Optimal)

Coronary Risk Ratio:
Average for males < 4.97

| Test Name | IN Range | OUT Range | | Reference Range | | Lab |
|---|---|---|---|---|---|---|
| Magnesium | 2.21 | | | 1.60-2.60 | mg/dL | MEM |
| **Thyroxine-T4** | | 3.4 | L | 4.5-12.0 | ug/dL | MEM |
| THYROID STIM HORMONE | | | | | | |
| TSH | 1.2 | | | 0.40-4.1 | mIU/L | MEM |
| TRIIODOTHYRONIN-T3 | | | | | | |
| Total T3 | 103 | | | 80-200 | ng/dL | MEM |
| CBC WITH DIFFERENTIAL | | | | | | |
| WBC | 5.1 | | | 4.0-11.0 | K/uL | MEM |
| RBC | 4.40 | | | 4.30-5.70 | M/uL | |
| Hemoglobin | 14.5 | | | 13.0-17.5 | g/dL | |
| Hematocrit | 41.3 | | | 39.0-55.0 | % | |
| MCV | 93.9 | | | 78.0-102.0 | fL | |
| MCH | 33.0 | | | 25.0-35.0 | pg | |
| MCHC | 35.1 | | | 30.0-38.0 | g/dL | |
| RDW | 11.8 | | | 11.5-16.0 | % | |
| Platelet Count | 209 | | | 150-450 | K/uL | |
| Abs Neutrophils | 3.0 | | | 1.8-7.0 | K/uL | |
| Abs Lymphocytes | 1.4 | | | 1.0-4.0 | K/uL | |
| Abs Monocytes | 0.6 | | | 0.1-1.1 | K/uL | |
| Abs Eosinophils | 0.1 | | | 0.0-0.5 | K/uL | |
| Abs Basophils | 0.0 | | | 0.0-0.3 | K/uL | |
| Abs Immature Grans | 0.0 | | | 0.0-0.1 | K/uL | |
| Neutrophils | 58.0 | | | | % | |
| Lymphocytes | 26.8 | | | | % | |
| Monocytes | 12.0 | | | | % | |
| Eosinophils | 2.2 | | | | % | |
| Basophils | 0.6 | | | | % | |

| 338031052 | BOBB,ADAM | Page: 2 |
|---|---|---|

Patient: BOBB, Adam DOB:

AEL

1701 CENTURY CENTER COVE MEMPHIS,TN 38134
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744
(800)423-0504
(800)423-0504

REPORT STATUS: FINAL

| SPECIMEN INFORMATION | PATIENT INFORMATION | ORDERING PHYSICIAN |
|---|---|---|
| SPECIMEN: 338031052<br>REQUISITION: SACAR001111<br>COLLECTED: 11/09/2023 10:24<br>RECEIVED: 11/09/2023 22:21<br>REPORTED: 11/10/2023 04:16<br>AMENDED:<br>REPRINTED: 11/10/2023 | BOBB,ADAM<br>DOB: AGE: 40 Years<br>GENDER: M CHART#:<br>FASTING:Unknown<br>ID: 94777541<br>PHONE:<br>ADDRESS: | MAHMOOD,SADEEM<br>CLIENT INFORMATION<br>SOUTH ARKANSAS CARDIOLOGY SACAR<br>7230 SOUTH HAZEL STREET<br>PINE BLUFF, AR 71603<br>NOTES AND INSTRUCTIONS: |

| Test Name | IN Range | OUT Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| Immature Grans | 0.4 | | | % | |
| Nucleated RBCS | <1.0 | | | <1 /100 WBCs | |

**Legend:**

MEM-----------> American Esoteric Laboratories 1701 Century Center Cove Memphis,Tn 38134
(800)423-0504
Laboratory Director: Holly H. Pierce, MD; CLIA# 44D0889744

*** END OF REPORT - FINAL ***

Patient: BOBB, Adam DOB:

Patient: BOBB, Adam DOB:

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2900**
**Fax: (870) 534-9726**

SARC Cardiovascular and Vein Center

Name: bobb, adam
DOB:

Patient ID: postvid346gttt
Age: 40

Date: Jan. 10, 2024, 4:19 p.m.
Sex: M

## LOWER EXTREMITY VENOUS INSUFFICIENCY DOPPLER

### Findings

VIDS: The right Great Saphenous below the knee was treated. No DVT noted

### Conclusions

1. VIDS: The right Great Saphenous below the knee was treated.
2. VIDS: No DVT noted

Signed by **Sadeem Mahmood** on **Jan. 10, 2024, 10:37 a.m.**.

SARC MediQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

1/9/24, 11:41 AM bobb adam

**SARC Cardiovascular & Vein Center**
**7200 South Hazel Street**
**Pine Bluff, AR 71603**
**Tel: (870) 534-2800**
**Fax: (870) 534-8726**

SARC Cardiovascular and Vein Center

| | | |
|---|---|---|
| Name: bobb, adam | Patient ID: postvids5687 | Date: Dec. 29, 2023, 5:12 p.m. |
| DOB: | Age: 40 | Sex: M |

## LOWER EXTREMITY VENOUS INSUFFICIENCY DOPPLER

### Findings

VIDS: The Left Great Saphenous above the knee was treated. The Left Great Saphenous below the knee was treated. No DVT noted

### Conclusions

1. VIDS: The Left Great Saphenous above the knee was treated.
2. VIDS: The Left Great Saphenous below the knee was treated.
3. VIDS: No DVT noted

Signed by **Sadeem Mahmood** on **Jan. 5, 2024, 10:04 a.m.**

SARC MedIQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-9728

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct 24, 2023, 10:15 a.m.
Sex: M

## VENOUS MAPPING FOR VENOUS INSUFFICIENCY

**Ultrasound Anatomic Location:** BILATERAL LOWER EXTREMITIES

**Technique:** Real-time spectral and Doppler evaluation of the bilateral lower extremity deep and superficial venous systems. Patient was imaged in upright and standing position with distal augmentation and/or valsalva maneuvers. Venous mapping to include vein measurements, 2D, color flow and Doppler for possible diagnosis of chronic venous reflux was performed of both the Greater and Lesser saphenous veins bilaterally both supine and standing. The deep venous system was also examined for possible deep vein thrombosis.

| Right Leg | Size | Reflux |
|---|---|---|
| FV Junction | | |
| SFV Prox | 8.6 mm | 914.4 ms |
| SFV Mid | 6.3 mm | 1119.6 ms |
| SFV Dist | 7.3 mm | 1360.8 ms |
| GSV Prox | 4.1 mm | 867.6 ms |
| GSV Mid | 5.0 mm | 2638.8 ms |
| GSV Distal Thigh | 3.8 mm | 1605.6 ms |
| GSV Below Knee Sz | 3.3 mm | 2898.0 ms |
| SSV | | |
| Ankle | | |
| Anterior Accessory Vein | | |
| ATV Perforator | | |
| PTV Perforator | | |

| Left Leg | Size | Reflux |
|---|---|---|
| FV Junction | | |
| SFV Prox | 8.6 mm | 1105.2 ms |
| SFV Mid | 8.8 mm | 392.4 ms |
| SFV Dist | 5.3 mm | 1227.6 ms |
| GSV Prox | 4.9 mm | 1519.2 ms |
| GSV Mid | 3.7 mm | 2804.4 ms |
| GSV Distal Thigh | 4.0 mm | 1620.0 ms |
| GSV Below Knee Sz | 3.7 mm | 2372.4 ms |
| SSV | | |
| Ankle | | |
| Anterior Accessory Vein | | |
| ATV Perforator | | |
| PTV Perforator | | |

### Findings

VIDS: Severe insufficiency of right Superficial Femoral Vein. Severe insufficiency of the Right Great Saphenous vein above the knee. Severe insufficiency of the Right Great Saphenous below the knee. Severe insufficiency seen in Left Superficial Femoral Vein. Severe insufficiency seen in Left Great Saphenous above the knee. Severe insufficiency seen in Left Great Saphenous below the knee. Recommend bilateral compression therapy and possible EVL/RFA/Foam of above vessels No DVT noted

### Conclusions

SARC MedIQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-0726

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct. 24, 2023, 10:15 a.m.
Sex: M

1. Severe insufficiency of right Superficial Femoral Vein.
2. Severe insufficiency of the Right Great Saphenous vein above the knee.
3. Severe insufficiency of the Right Great Saphenous below the knee.
4. Severe insufficiency seen in Left Superficial Femoral Vein.
5. Severe insufficiency seen in Left Great Saphenous above the knee.
6. Severe insufficiency seen in Left Great Saphenous below the knee.
7. Recommend bilateral compression therapy and possible EVL/RFA/Foam of above vessels
8. No DVT noted

Signed by Sadeem Mahmood on Oct. 27, 2023, 8:49 a.m.

SARC MedIQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2900
Fax: (870) 534-9728

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct. 24, 2023, 9:59 a.m.
Sex: M

## CAROTID DOPPLER

| Right Side | Left Side |
|---|---|
| CCA Rt Prox PS: -115.5 cm/s | CCA Lt Prox PS: 84.8 cm/s |
| CCA Rt Prox ED: -19.7 cm/s | CCA Lt Prox ED: 20.2 cm/s |
| CCA Rt Mid PS: -112.0 cm/s | CCA Lt Mid PS: 87.3 cm/s |
| CCA Rt Mid ED: -17.2 cm/s | CCA Lt Mid ED: 18.7 cm/s |
| CCA Rt Dist PS: -87.3 cm/s | CCA Lt Dist PS: 69.8 cm/s |
| CCA Rt Dist ED: -17.2 cm/s | CCA Lt Dist ED: 16.7 cm/s |
| ICA Rt Prox PS: -53.5 cm/s | ICA Lt Prox PS: -56.0 cm/s |
| ICA Rt Prox ED: -15.6 cm/s | ICA Lt Prox ED: -21.7 cm/s |
| ICA Rt Mid PS: -57.0 cm/s | ICA Lt Mid PS: -56.5 cm/s |
| ICA Rt Mid ED: -20.2 cm/s | ICA Lt Mid ED: -23.2 cm/s |
| ICA Rt Dist PS: -60.5 cm/s | ICA Lt Dist PS: -68.6 cm/s |
| ICA Rt Dist ED: -27.8 cm/s | ICA Lt Dist ED: -29.3 cm/s |
| ECA Rt Prox PS: -68.1 cm/s | ECA Lt Prox PS: -58.5 cm/s |
| ECA Rt Prox ED: -11.6 cm/s | ECA Lt Prox ED: -16.7 cm/s |
| Rt ICA/CCA Ratio: 0.7 | Lt ICA/CCA Ratio: 1.0 |

### Findings

Study quality: This was a technically difficult study.

Bilateral carotids: Examination of the right and left common carotid arterial systems reveals mild intimal thickening in bulbs and proximal internal carotid arteries. All velocities are within normal limits. Vertebral artery flows are antegrade. No evidence for significant carotid artery stenosis bilaterally.

Right Carotid System: Examination of the right common carotid arterial system reveals minimal intimal thickening in bulbs and proximal internal carotid arteries with no evidence of stenosis. All velocities are within normal limits.

Right CCA: There is mild atherosclerotic plaque and calcification noted in the right common carotid artery. Spectral broadening is present with no increase in peak systolic velocity corresponding with a <50% right common carotid stenosis.

Right ICA: Mild amount of atherosclerotic plaque is noted in the right ICA.

SARC MedIQ
https://www.sarcmediq.com

From: 02/09/2024 16:33 #713 P.101/103

Patient: BOBB, Adam DOB:

SARC Cardiovascular & Vein Center
7200 South Hazel Street
Pine Bluff, AR 71603
Tel: (870) 534-2800
Fax: (870) 534-8728

SARC Cardiovascular and Vein Center

Name: BOBB, ADAM
DOB:

Patient ID: 20231024-095843-F8D3
Age: 40

Date: Oct. 24, 2023, 9:59 a.m.
Sex: M

Left Carotid System: Examination of the left common carotid arterial system reveals minimal intimal thickening in bulbs and proximal internal carotid arteries. All velocities are within normal limits.

Left ICA: Mild amount of atherosclerotic plaque is noted in the left ICA.

**Conclusions**

1. Study quality: This was a technically difficult study.
2. Bilateral carotids: Examination of the right and left common carotid arterial systems reveals mild intimal thickening in bulbs and proximal internal carotid arteries. All velocities are within normal limits. Vertebral artery flows are antegrade.
3. Bilateral carotids: No evidence for significant carotid artery stenosis bilaterally.
4. Right CCA: There is mild atherosclerotic plaque and calcification noted in the right common carotid artery. Spectral broadening is present with no increase in peak systolic velocity corresponding with a <50% right common carotid stenosis.
5. Right ICA: Mild amount of atherosclerotic plaque is noted in the right ICA.
6. Left ICA: Mild amount of atherosclerotic plaque is noted in the left ICA.

Signed by **Sadeem Mahmood** on **Oct. 27, 2023, 8:47 a.m.**

SARC MediQ
https://www.sarcmediq.com

Patient: BOBB, Adam DOB:

## Lower Extremity Physiologic Study
## Multiple Level (Segmental Exam)

**Patient Name:** ADAM BOBB
**Patient DOB:** **Patient Sex:** - **Patient ID:** **Age:** **Exam Date:** 09/28/23 12:34:31

| Risk Factors | Current Symptoms | ABI Severity of Disease |
|---|---|---|
| ☐ Tobacco Use ☐ Hypertension<br>☐ Diabetes ☐ Hyperlipidemia<br>☐ Heart Disease ☐ Stroke/TIA<br>☐ Previous CV Event ☐ Prev. Vascular Surgery | ☐ Intermittent Claudication<br>☐ Numbness, Tingling in Feet<br>☐ Ulcerations<br>☐ Rest Pain<br>☐ Gangrene<br>Location: ☐ Buttocks ☐ Thigh ☐ Calf ☐ Feet | Index for Ankles Only<br>> 1.3 Non-compressible<br>1.0 - 1.29 Normal<br>0.91 - 0.99 Borderline<br>0.41 - 0.90 Moderate to Mild<br>0.00 - 0.40 Severe |

**Interpreting Physician:** **Referring Physician:**
**Comments:**

| | RIGHT | | LEFT |
|---|---|---|---|
| Brachial | 139 | Brachial | 139 |
| Thigh | 186 mmHg, 1.33 Index | Thigh | 201 mmHg, 1.44 Index |
| Calf | 164 mmHg, 1.17 Index | Calf | 154 mmHg, 1.10 Index |
| PT | 173 mmHg, 1.24 Index | PT | 169 mmHg, 1.21 Index |









**Interpretation:**

**CPT Code:** [CPTCode]
**ICD-9 Code:** [ICD9Code]

Patient: BOBB, Adam DOB:

| | | | | | | |
|---|---|---|---|---|---|---|
| ID: | | Gender: | Male | 09/28/2023 05:56:29PM | | sinus rhythm |
| Name: | BOBB, ADAM | | | P/PR: | 96/140 ms | RSR' in V1 and V2 |
| DOB: | (40 yr) | | | QRS: | 90 ms | Normal variant of ECG |
| | | | | QT/QTc: | 346/393 ms | Unconfirmed Report |
| | | | | P/QRS/T axis: | 38/42/47 deg | |
| | | | | Heart rate: | 87 bpm | |

MW 9/28/23




25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz 60Hz on Version 2.10.06

Bobb, Adam Male 07-20-1983

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 04-25-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 5.** Height (inches): 75.00 Weight (lbs): 189.00 **BP:** 141/87 mm Hg. ***BP Diastolic: 87 mmHg. BP Systolic: 141 mmHg.*** **Pulse:** 90 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with***

Bobb, Adam Male

***pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL059607 Dated: 04-25-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL059610 Dated: 04-25-2023 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment**: Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip end neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Bobb, Adam Male

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

[illegible] numbness with C6-C7 left foraminal stenosis

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching

***04/10/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
Plan: - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

- I will SCHEDULE C6-7 CESI.
- Continue current medications

[illegible]. The patient is not showing any abnormal behaviors and seems coherent to me. We will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 10/60 on 4/25/23.

Last filled: 3/30/23.

UDS: Negative on 4/25/23.

Confirmation Inconsistent on 2/28/23 - Negative for HC. Reviewed 4/25/23.

The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-28-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint*** [illegible] ***limitation of joint movement***.
**Neurological:** [illegible] involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics. Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 8.** Height (inches): 75.00 Weight (lbs): 189.00 **BP:** 138/96 mm Hg. ***BP Diastolic: 96 mmHg. BP Systolic: 138 mmHg.*** **Pulse:** 126 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right*** [illegible] flexion is associated with pain. ***There are no palpable trigger points in the muscles of the head and neck. Right paracervical and***

Bobb, Adam Male

**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
[illegible]
**Visit Low Complexity (15 min) ([illegible])**
ICDs:
(G89.4)
(M46.1)
(M51.36)
(M47.812)
**Screening drug test by direct optical method without assistance of analyzer instrument (80305)**
ICDs:
(Z79.899)

**Follow Up: 2 Months**

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**



John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-25-2023.*

MV

MARCUS VADEN

LAW

# FAX

680 South German Lane, Suite 102 • Conway, AR 72034

Date: February 9, 2024

To: The Lincoln National Life Insurance Company-Amber Cronican

Fax number: (402) 361-1460

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

## Re: Adam Bobb

**Comments:** Please find attached document. Thank you.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV

MARCUS VADEN LAW

February 9, 2024

*Via Facsimile: (402) 361-1460*

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Amber Cronican
Specialist, Appeals Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Amber Cronican,

Please find attached the following medical records, which were not considered in the premature decision to terminate benefits as of 12/15/2023:

Arkansas Spine and Pain

- 11/29/2022: On a scale of 1 to 10 the pain level is 6. Cervical Spine: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Left lateral flexion is not associated with pain. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical – much improved. Lumbar Spine: Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u neck pain. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this. Sleep apnea (047.30)

Lumbar radiculopathy (M54.16) Sacroiliitis (M46.1) Lumbar degenerative disc disease (M51.36) Chronic right hip pain (M25.551) Cervical spondylosis (M47.812) Cervical myofascial pain syndrome (M79.18) Labral tear of right hip joint (S73.191A) Encounter for long-term (current) use of other medications (279.899) Cervical radiculopathy (M54.12) Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.

- 2/28/2023: On a scale of 1 to 10 the pain level is 8. Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 4/5/2023: On a scale of 1 to 10 the pain level is 5. Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 7/10/2023: Cervical Spine: There is pain noted when neck is flexed anteriorly. Painful left lateral rotation of cervical spine has been reported by the patient. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. Lumbar Spine: Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness. Anterior lumbar flexion causes pain. There is pain noted with lumbar extension. Left lateral flexion causes pain. Right lateral flexion reveals pain. Neurology: Decreased sensation in left hand - C5 and C6 dermatome. Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.
- 11/1/2023: Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication



PAGE 3/4 * RCVD AT 2/9/2024 4:14:54 PM [Eastern Standard Time] * SVR:VA1PWFAX101/4 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):02-55

side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin. Rx: Hydrocodone-acetaminophen 5/325mg, Tizanidine 4mg.

Mainline Health Systems

- 7/6/2023: Behavioral Health Follow Up. PTSD, depression, anxiety. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless. Assessment: Severity of Symptoms: Moderate. Assessment: 1. PTSD ([illegible] stress disorder) 2. MDD (major depressive disorder), recurrent episode 3. GAD (generalized anxiety disorder).
- 8/3/2023: General: Patient presents today with a chief complaint of having discolored feet. Patient reports that if his feet are hanging, his feet look extremely purple. He is also complaining of chronic left shoulder pain, right hip pain, and lower back pain, the right hip pain is located over the greater trochanter of the right hip. He reports that the pain shoots down the right lateral side of his leg and stops at the knee. He denies any recent trauma. He is also complaining of lower back pain with a previous history of degenerative disc disease. Patient also has left shoulder pain and [illegible] it. He reports that the pain is chronic. Exam: BACK: Paraspinal tenderness to lumbar region with palpation. EXTREMITIES: left shoulder has full active ROM but painful, right [illegible] Treatment: Greater trochanteric bursitis of right hip. Celestone 12mg Intramuscular injection.
- 8/5/2023: X-ray Lumbar Spine: Impression: Early/mild multilevel endplate degeneration. Questionable L5 pars defect.
- 8/9/2023: MRI Lumbar Spine: Findings: L4-L5 Mild disc space degeneration with broad-based [illegible]
- 8/25/2023: Behavioral Health Follow Up. Depression. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 9/5/2023: F/u on lower back pain that radiates to legs. C/o burning stinging pain in feet that keeps him up at night. Varicose veins in lower legs. Exam: EXTREMITIES: decreased pedal pulses bilaterally, mottling noted, sluggish capillary refill noted to both feet. Assessment: claudication. Cardiology referral.
- 10/31/2023: 40 yo male who presents today with a cc of having burning pains in his feet, mainly at the end of the day. Pt checked himself into an inpatient treatment facility recently for alcoholism. He was consuming a 30 pack of beer daily for years. He reports that since he has been sober for 45 days, he has been having these pains in his feet. He spoke with his cardiologist who believes it is neuropathy from the alcohol. Pt is also complaining of chronic right hip pain. Chart review reveals that he had a torn labrum of the right hip in 2021. He reports that he seen a specialist and never followed up. He denies any new injuries to this hip. We xrayed it a couple months and it did not show OA. He is also complaining of chronic low back pain. We did an MRI a few months ago as well that showed DDD of lumbar spine. Rx: Gabapentin 300mg. Tear of right acetabular labrum, subsequent encounter. Referral to ortho.

- 12/1/2023: Behavioral Health Follow Up. Sobriety, anxiety/depression/ptsd. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/14/2023: Behavioral Health Follow Up. Anxiety, depression. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/21/2023: Behavioral Health Follow Up. Depression and anxiety. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/29/2023: Behavioral Health Follow Up. Depression, anxiety. He stated that he recently had another procedure on his leg, this one they went in by his ankle, he showed BHC his foot that appeared to be swollen. BHC provided him a chair to elevate it. Client and BHC discussed anxiety surrounding another upcoming surgery where he will have to utilize crutches and need assistance. He stated that he will talk with wife and if she is unwilling to take care of him he will go to mother's home to recover after procedure. Depression. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless. Assessment: Severity of Symptoms: Moderate.

<u>South Arkansas Cardiology</u>

- 9/8/2023: The patient has history of Patent Ductus Arteriosus – surgical repair about two years ago – not followed by cardiologist. HPI: The patient complains of chest pains-generalized that last for 'five minutes". The patient describes chest pains as heaviness, which are associated with shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema – feet. The patient states that right lower extremity is worse than the left lower extremity. The patient describes discomfort as aching and burning in lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Exam: Extremities: 1-2+ edema of the bilateral lower extremities – toes with sluggish cap refill. Peripheral pulses: faint pedal pulses 1+.
- 10/24/2023: Venous mapping for venous insufficiency: Severe insufficiency of right Superficial Femoral Vein. Severe insufficiency of the Right Great Saphenous vein above the knee. Severe Insufficiency of the Right Great Saphenous below the knee. Severe Insufficiency seen in Left Superficial Femoral Vein. Severe insufficiency seen in left Great Saphenous above the knee. Severe Insufficiency seen in Left Greet Saphenous below the knee. Recommend bilateral compression therapy and possible EVL/RFA/Foam of above vessels. No DVT noted.
- 10/24/2023: Echocardiogram: Trace tricuspid regurgitation.
- 11/9/2023: Patient returns today for test results. Schedule for EVL/RFA/Foam
- 12/13/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Right, Above the knee.

- 12/20/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Left, Above the knee.
- 12/27/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Left, Below the knee.
- 1/3/2024: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Right, Below the knee.
- 1/10/2024: Schedule for exercise Cardiolite stress test. Repeat Fasting lipids. Schedule for complete VIDS in three months. Schedule for home sleep study. The patient is to return to clinic post stress test.

Additionally, the claimant was referred back to UAMS Orthopedic Clinic by Dr. Pennington on 10/31/2023, but the appointment did not occur until after we had requested records from this facility. We have subsequently re-requested records from this clinic in order to obtain the MRI performed prior to the 12/28/2023 appointment to discuss the results.

Mr. Bobb has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as you found Mr. Bobb capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restriction were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress.

Mr. Bobb does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this. Should you maintain your denial of benefits, we will file suit in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 11-01-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 9.** Height (inches): 75.00 Weight (lbs): 208.00 **BP:** 124/84 mm Hg. **Puls e:** 87 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and***

Bobb, Adam Male

***left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL075053 Dated: 11-01-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
**Order No: SCL075055 Dated: 11-01-2023 Lab: Any Lab**
**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will increase HC to 7.5/325mg TID PRN #75 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 7.5/325mg TID PRN #75.
Refill Tizanidine 4mg QHS #30.

- Pill count: HC Out of medication on 11/1/23

- Last filled: 9/28/23.

- UDS: Negative on 11/1/23.

- Confirmation Consistent on 4/25/23. Reviewed 11/1/23.

The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioid therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Screening drug test by direct optical method without assistance of analyzer instrument (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

Pharmacy: Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

Patient: Mr. Bobb, Adam

DOB:
Add:
Plan:

Date: 12-19-2023

hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 12-19-2023.*

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 11-01-2023.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 07-10-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Veccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness.*** Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 205.00 **BP:** 114/76 mm Hg. BP Diastolic: 76 mmHg. BP Systolic: 114 mmHg. **Pulse:** 65 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

Bobb, Adam Male

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palp ation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**[illegible]**

**Lab Order**
**Order No: DOL0CC070 Dated: 07 10 2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 39/60 on 7/10/23.

Last filled: 6/30/23.

UDS: Negative on 7/10/23.

Confirmation Consistent on 4/25/23. Reviewed 7/10/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 3 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

Bobb, Adam Male

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(I10)
(G89.4)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 3 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2

**Encounter Addendum Notes**



Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-10-2023.*

Bobb, Adam Male 07-30-1982

Phone: 501-227-0184
Fax: 501-227-0187
Main Fax: 501-227-0187

5700 West Markham Street
Little Rock, AR 72205 - 3328
Refer@ArkansasSpineAndPain.com

Pharmacy: Drug Room, INC.
Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7009
Phone: 8705000000
Fax: 8705361953

Patient:Mr. Bobb, Adam
DOB:
Add: [illegible]
Plan:

Date: 08-28-2023

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 08-28-2023*

- 12/1/2023: Behavioral Health Follow Up. Sobriety, anxiety/depression/ptsd. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/14/2023: Behavioral Health Follow Up. Anxiety, depression. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/21/2023: Behavioral Health Follow Up. Depression and anxiety. Observation/ Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless.
- 12/29/2023: Behavioral Health Follow Up. Depression, anxiety. He stated that he recently had another procedure on his leg, this one they went in by his ankle, he showed BHC his foot that appeared to be swollen. BHC provided him a chair to elevate it. Client and BHC discussed anxiety surrounding another upcoming surgery where he will have to utilize crutches and need assistance. He stated that he will talk with wife and if she is unwilling to take care of him he will go to mother's home to recover after procedure. Depression. Observation/Attitude: Pleasant, Cooperative, Anxious. Affect: Appropriate to mood. Mood: Anxious. Motor Activity: Restless. Assessment: Severity of Symptoms: Moderate.

South Arkansas Cardiology

- 9/8/2023: The patient has history of Patent Ductus Arteriosus – surgical repair about two years ago – not followed by cardiologist. HPI: The patient complains of chest pains-generalized that last for 'five minutes". The patient describes chest pains as heaviness, which are associated with shortness of breath with exertion. The patient complains of fatigue associated with minimal exertion. The patient complains of bilateral lower extremity pain/edema – feet. The patient states that right lower extremity is worse than the left lower extremity. The patient describes discomfort as aching and burning in lower extremities, which usually occur at rest, at night, upon standing, and after ambulation. Exam: Extremities: 1-2+ edema of the bilateral lower extremities – toes with sluggish cap refill. Peripheral pulses: faint pedal pulses 1+.
- 10/24/2023: Venous mapping for venous insufficiency: Severe insufficiency of right Superficial Femoral Vein. Severe insufficiency of the Right Great Saphenous vein above the knee. Severe Insufficiency of the Right Great Saphenous below the knee. Severe Insufficiency seen in Left Superficial Femoral Vein. Severe insufficiency seen in left Great Saphenous above the knee. Severe Insufficiency seen in Left Greet Saphenous below the knee. Recommend bilateral compression therapy and possible EVL/RFA/Foam of above vessels. No DVT noted.
- 10/24/2023: Echocardiogram: Trace tricuspid regurgitation.
- 11/9/2023: Patient returns today for test results. Schedule for EVL/RFA/Foam
- 12/13/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Right, Above the knee.

- 12/20/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Left, Above the knee.
- 12/27/2023: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Left, Below the knee.
- 1/3/2024: Operative Report: Varithena Foam Ablation: Great Saphenous Vein, Right, Below the knee.
- 1/10/2024: Schedule for exercise Cardiolite stress test. Repeat Fasting lipids. Schedule for complete VIDS in three months. Schedule for home sleep study. The patient is to return to clinic post stress test.

Additionally, the claimant was referred back to UAMS Orthopedic Clinic by Dr. Pennington on 10/31/2023, but the appointment did not occur until after we had requested records from this facility. We have subsequently re-requested records from this clinic in order to obtain the MRI performed prior to the 12/28/2023 appointment to discuss the results.

Mr. Bobb has continuously been on pain medications for which he is supposed to avoid driving or operating heavy machinery due to the side effects, including delayed reaction time and impaired concentration. These same side effects would prevent him from performing the occupations upon which the denial was based, as fast response time and attention to detail is required for both occupations. Additionally, the multiple upper extremity complaints of left shoulder pain and findings of weakness in the left hand (related to his cervical radiculopathy) limit his ability to perform activities requiring the use of both hands. This is problematic, as you found Mr. Bobb capable of sedentary work based on the ability to "occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together" which indicates he would be unable to do so with only one reliable upper extremity. These restriction were found to be permanent. Finding these limitations permanent simply means that he never be less limited than this; it does not exclude the possibility of becoming more limited as his conditions progress.

Mr. Bobb does not have the residual functional capacity to perform any full-time job in the economy for which he is reasonably qualified. A full review of the medical records supports this. Should you maintain your denial of benefits, we will file suit in federal court. If you have any questions, please contact me.

Sincerely,

[signature]

Marcus Vaden

MV/ms

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Pharmacy:** Drug Room, INC.

Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7008
Phone: 8705363980
Fax: 8705361953

**Patient:**Mr. Bobb, Adam

DOB:
Add:
Plan:

---

**Date:** 12-18-2023

**hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet**

**Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.**

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 12-19-2023.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 11-01-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Vaccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 9.** Height (inches): 75.00 Weight (lbs): 208.00 **BP:** 124/84 mm Hg. **Puls e:** 87 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and***

Bobb, Adam Male

***left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Discharge**

**Lab Order**
**Order No: SCL075053 Dated: 11-01-2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
**Order No: SCL075055 Dated: 11-01-2023 Lab: Any Lab**
**HL7ADHOC:** ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***11/1/23***

Patient returns to clinic for f/u c/o right hip pain due to labral tear and neck pain. He states his pain is poorly controlled at this time. He denies any new medication side effects. He reports his pain level is a 9/10 today. He states his PCP is referring him to Ortho for the hip. PCP is also giving him Gabapentin.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-I will increase HC to 7.5/325mg TID PRN #75 for better pain control.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 7.5/325mg TID PRN #75.
Refill Tizanidine 4mg QHS #30.

- Pill count: HC Out of medication on 11/1/23

- Last filled: 9/28/23

- UDS: Negative on 11/1/23.

- Confirmation Consistent on 4/25/23. Reviewed 11/1/23.

The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioid therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

Bobb, Adam Male

- RTC in 2 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.
ASAP URINE DRUG SCREEN - Confirmation

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Screening drug test by direct optical method without assistance of analyzer instrument (80305)**
ICDs:
(Z79.899)
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G89.4)
(G47.30)
(I10)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
hydrocodone 7.5 mg-acetaminophen 325 mg tablet 1 Tablet Three times a Day PRN for 30 Days , Prescribe 75 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

**Encounter Addendum Notes**

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 11-01-2023.*

Bobb, Adam Male

Arkansas Spine and Pain

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 07-10-2023
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

The following Face Sheet elements were reviewed: Family History, Social History, Medical History, Allergy, Current Medication, Surgery, Health Maintenance and Veccination.

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

Bobb, Adam Male

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1
Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness.*** Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 6.** Height (inches): 75.00 Weight (lbs): 205.00 **BP: 114/76** mm Hg. BP Diastolic: 76 mmHg. BP Systolic: 114 mmHg. **Pulse:** 65 per min.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. There is pain noted when neck is flexed anteriorly. There is no pain noted with cervical spine extension. ***Painful left lateral rotation of***

***cervical spine has been reported by the patient.*** Left lateral flexion is not associated with pain. ***Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion is associated with pain. There are no palpable trigger points in the muscles of the head and neck. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness Anterior lumbar flexion causes pain.*** There is pain noted with lumbar extension. Left lateral flexion causes pain Right lateral flexion reveals pain
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**[illegible]**

**Lab Order**
**Order No: [illegible] Dated: 07 10 2023 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain

-Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.
-Right hip labral tear - seeing ortho
-Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

-CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

-S/P Rt SIJ #1 03/23/22 and #2 04/13/22.

***7/10/23***

Patient returns to clinic for f/u c/o neck pain. He states his pain is well controlled with his current medication regimen. He denies any new medication side effects. No other complaints.

***4/25/23***

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects, He states his current medications are helping. He would like to reschedule his CESI.

***2/28/23***

Bobb, Adam Male

Patient returns to clinic for f/u c/o neck pain. He denies any new medication side effects. Has had great relief from CESI in the past and would like to repeat this.

***11/29/22***

Patient returns to clinic for f/u neck pain. He denies any current medication side effects. He denies bowel or bladder issues. He reports he was unable to have his CESI due to his BP being too high. He is following with his PCP for this.

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-Continue current medications.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Refill HC 5/325mg BID #60.
Refill Tizanidine 4mg QHS #30.

Pill count: HC 39/60 on 7/10/23.

Last filled: 6/30/23.

UDS: Negative on 7/10/23.

Confirmation Consistent on 4/25/23. Reviewed 7/10/23.

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC 3 months.

I am the scribe for Dr. John Brown and I have documented sections of this chart - Landon Montgomery.

Bobb, Adam Male

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(I10)
(G89.4)
(M54.16)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)

**Follow Up:** 3 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2

**Encounter Addendum Notes**



Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 07-10-2023.*

Bobb, Adam Male 07 30 1987 [illegible]

Phone: 501-227-0184
Fax: 501-227-0187
Main Fax: 501-227-0187

5700 West Markham Street
Little Rock, AR 72205 - 3328
Refer@ArkansasSpineAndPain.com

Pharmacy: Drug Room, INC.
Add: 1700 W. 42nd Street, Pine Bluff AR 71603 - 7009
Phone: 8705000000 [illegible]
Fax: 8705361953

Patient: Mr. Bobb, Adam
DOB:
Add: [illegible]
Plan:

Date: 06-28-2023

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

Confidentiality Note: This information is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the attached information by anyone other than the intended recipient is prohibited. If you have received this in error, destroy the original message and all copies.

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 06-28-2023*

MV
MARCUS VADEN
LAW

January 9, 2024

*Via Facsimile: (402) 361-1460*
*Via Email: Amber.Cronican@lfg.com*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Amber Cronican, Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Request For Extension of Time to Obtain Medical Records**

On November 1, 2023, I requested an 120-day extension to allow time for Lincoln Financial to send my office Mr. Bobb's claim file, allow time for me to review the claim file, and allow time to obtain and submit up-to-date records with the appeal. A follow-up email was sent to lfgappeals@lfg.com on November 6, 2023 with no response.

Due to a lack of response from Lincoln Financial, we had no choice but to submit our appeal on November 8, 2023 to avoid missing the appeal deadline. The November 9, 2023 letter extending the appeal deadline to December 8, 2023 was useless as it was not sent to us until after the deadline had passed and the appeal had already been submitted. Accordingly, we were NOT given the opportunity to review Mr. Bobb's claim file prior to filing the appeal.

As the alleged date of change in his disability status is December 15, 2023, a full and fair review would require allowing us to submit all treatment records up to that date. As I stated in both the appeal and my response dated January 2, 2024, it is especially unreasonable in this particular case as the conclusions in the decision and the opinions of the medical reviewers are based heavily on what they "do not see" and what the evidence in the file "does not support."

My appeal letter dated November 8, 2023 stated:

> "I am including the above letter, as well as updated records from Mainline Health Systems, Jefferson Regional Medical Center, UAMS Orthopedic Clinic, and Arkansas Spine and Pain as attachments with this appeal. Additionally, I am continuing to request updated records up until 12/15/2023, as that is the medical evidence required to determine his functional capacity as of that date."

Although rational decision-making would already dictate that you need up-to-date treatment records in order to determine functional limitations during that time period, this statement should have made it abundantly clear that you did not have everything needed to start your appeal.

Not only is it impossible to determine what treatment records are missing from a file without having a chance to review it prior to the appeal, it was also impossible to obtain all treatment records for a date that had not yet occurred. Additionally, there were several holidays between November 8, 2023 and January 2, 2024 which leads to delays in medical records request processing. **Accordingly, I am requesting a 30-day extension to obtain and submit the treatment records I have already requested.** Please see my response dated January 2, 2024 for the list of facilities from which I have requested records.

Sincerely,



Marcus Vaden
MV/ms

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

Date: January 9, 2024

To: Lincoln National Life Insurance Company

Fax number: (402) 361-1460

ATTN: Amber Cronican

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501) 329-8723

## Re: Adam Bobb

**Comments:** Please find attached Request for Extension of Time to submit updated medical records.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

January 9, 2024

*Via Facsimile: (402) 361-1460*
*Via Email: Amber.Cronican@lfg.com*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Amber Cronican, Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**Request For Extension of Time to Obtain Medical Records**

On November 1, 2023, I requested an 120-day extension to allow time for Lincoln Financial to send my office Mr. Bobb's claim file, allow time for me to review the claim file, and allow time to obtain and submit up-to-date records with the appeal. A follow-up email was sent to lfgappeals@lfg.com on November 6, 2023 with no response.

Due to a lack of response from Lincoln Financial, we had no choice but to submit our appeal on November 8, 2023 to avoid missing the appeal deadline. The November 9, 2023 letter extending the appeal deadline to December 8, 2023 was useless as it was not sent to us until after the deadline had passed and the appeal had already been submitted. Accordingly, we were NOT given the opportunity to review Mr. Bobb's claim file prior to filing the appeal.

As the alleged date of change in his disability status is December 15, 2023, a full and fair review would require allowing us to submit all treatment records up to that date. As I stated in both the appeal and my response dated January 2, 2024, it is especially unreasonable in this particular case as the conclusions in the decision and the opinions of the medical reviewers are based heavily on what they "do not see" and what the evidence in the file "does not support."

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

My appeal letter dated November 8, 2023 stated:

> "I am including the above letter, as well as updated records from Mainline Health Systems, Jefferson Regional Medical Center, UAMS Orthopedic Clinic, and Arkansas Spine and Pain as attachments with this appeal. Additionally, I am continuing to request updated records up until 12/15/2023, as that is the medical evidence required to determine his functional capacity as of that date."

Although rational decision-making would already dictate that you need up-to-date treatment records in order to determine functional limitations during that time period, this statement should have made it abundantly clear that you did not have everything needed to start your appeal.

Not only is it impossible to determine what treatment records are missing from a file without having a chance to review it prior to the appeal, it was also impossible to obtain all treatment records for a date that had not yet occurred. Additionally, there were several holidays between November 8, 2023 and January 2, 2024 which leads to delays in medical records request processing. **Accordingly, I am requesting a 30-day extension to obtain and submit the treatment records I have already requested.** Please see my response dated January 2, 2024 for the list of facilities from which I have requested records.

Sincerely,

Marcus Vaden
MV/ms

MV

MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

Date: January 2, 2024

To: The Lincoln National Life Insurance Company

Fax number: 402-361-1460

Attention: Amber Cronican

From: Marcus Vaden Law

Fax number: (501) 205-1278

Phone number: (501)329-8723

## Re: Adam Bobb

**Comments:** Please find the attached response to your medical review. Thank you.

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV

MARCUS VADEN
LAW

January 2, 2024

*Via Facsimile: (402) 361-1460*

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Amber Cronican
Specialist, Appeals Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 000010201375OOOOO |
| | Claim Number: | 122002432S |
| | Claimant Name: | Adam Bobb |

Dear Amber Cronican,

I received the Medical Review dated December 8, 2023, with your letter dated December 11, 2023. I would like to remind you that the date your company determined that Mr. Bobb would no longer be disabled—December 15, 2023—was still in the future at the time those documents were authored. Your company has once again denied Mr. Bobb the benefit of recent treatment records while simultaneously claiming that the medical evidence does not support the severity of his limitations.

By continuing to make conclusions based on what "the evidence does not support" at a time when all relevant evidence did not yet exist is a deliberate attempt to deny Mr. Bobb a full and fair review of his claim. I have requested updated records from UAMS Orthopedic Clinic, Arkansas Spine and Pain, South Arkansas Cardiology, and Mainline Health for all dates of service relevant to this claim. These records, like the ones already submitted, will show that Mr. Bobb continues to remain disabled.

The updated medical review performed by Nurse Disability Appeals Consultant, Phyllis T., asserts that the Peer Reviewer documents that restrictions are likely permanent from December 27, 2021 and beyond. While it is true that Dr. Finkelstein's report dated December 7,

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

2022 does make that statement, it is also clear that those restrictions Dr. Finkelstein provided were heavily based on absence of records:

- "no significant upper extremity complaints"
- "no medical records to support upper extremity restrictions"
- "no documentation to suggest upper extremity motor deficits/pain/paresthesia"

The records I already provided proved this was **not true**. An appointment with Dr. John Brown on October 5, 2022 notes neck pain and left upper extremity numbness with C6-C7 left foraminal stenosis (after exam findings showed decreased sensation in the left hand). A cervical MRI dated February 9, 2022 shows a diffuse disc bulge and bony spur with moderate to severe left foraminal stenosis, as well as a disc bulge and spurring with right and left foraminal stenosis at C5-C6, for which he received trigger point injections on February 21, 2022. The nerves in both C5-C6 and C6-C7 affect use of the upper extremities. Additionally, the physical exam already in the file dated October 25, 2021 with Dr. Kerry Pennington noted moderate osteoarthritis of the hands.

Similarly, this "updated" medical review uses a premature description of what the records "do not document" as an excuse to agree with the prior peer review without actually considering what the new evidence does document—and how that proves the initial review inadequate.

- "Additional information has been submitted since completion of the peer review but exam findings do not document an acute change in symptoms and no additional treatment or diagnostic findings have been submitted that would alter peer review conclusion. The peer review conclusion remains reasonable and supportive for physical restrictions and limitations from December 15, 2023 and forward."
- "Available medical records do not provide clinical findings that support severity of symptoms or an intensity of treatment that would translate into a psychiatric impairment and/or restrictions/limitations from December 15, 2023 and forward."

Again, more recent records have been requested. They will show not only issues with reaching/lifting but also the inability to sit continuously, limitations in walking/standing, and limitations in sustained concentration and social interaction. These limitations prevent him from performing each of the main duties of any occupation which his training, education or experience will reasonably allow.

It is impossible for you to accurately determine Mr. Bobb's functional capacity as of December 15, 2023 without reviewing all records from that time period. Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from working and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The conclusion that he can perform another occupation is not based on evidence, as occupational analysis cannot be properly performed without an accurate assessment of his current functioning. The objective and subjective evidence supports Adam's claim for disability benefits, even after the definition of disability change in his policy.

Benefits should be immediately reinstated and attorney fees reimbursed. Should you maintain your denial of benefits we will be eager to litigate this in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

Date: Mon Dec 11 11:25:38 CST 2023
From: Amber Cronican <Amber.Cronican@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <66192717.8.1702315538288.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7304
Fax: 402 951 0489
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 11, 2023

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by a health care consultant. We are enclosing a copy of the report with this letter for you/your client to review prior to completion of our appeal decision.

You/your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 01/02/2024. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 01/02/2024 then we will render a decision based on the information currently in the file.

Due to these special circumstances of allowing you time to respond to the medical review report, an extension of time to process your clients appeal is required and we are exercising our right to take a 45 day extension of time to decide the appeal under the Employee Retirement Income Security Act (ERISA). Please be advised this does not change your right to review response deadline indicated above.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber Cronican
800-423-2765 X 7304
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Claimant Name: Adam Bobb
Claim Number: 1220024325

**MEDICAL REVIEW QUESTIONS:**

1. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 12/15/2023 forward. Please review for the physical, psychiatric/cognitive conditions.

2. If psychiatric/cognitive conditions are supported please indicate the start date the conditions were supported.

3. If your conclusion is different from the previous review, please explain the medical rationale and evidence used in your coming to the different conclusion(s).

**MEDICAL REVIEW RESPONSE:**

Date: December 8, 2023
Subject: Appeal Nursing Memorandum
Claim#: 1220024325
Employee: Adam Bobb
Date of Birth:
Date of Disability: June 18, 2021

Diagnosis documented per initial Provider Statement are chronic pain and primary osteoarthritis of right hip. Symptoms first appeared on June 17, 2021 and employee advised to stop work same date. Employee reported to see specialist and has right hip pain. MRI reported to show labral tear and employee cannot work with current pain. Form is completed by Dr. Kerry Pennington and is not dated. Additional Provider Statement is completed on July 8, 2021 by Dr, Mark Ramiro, Family Practice. Diagnosis is right hip pain, tendinitis, and bursitis with severe right hip pain. Estimated return to work is September 8, 2021. Treatment is medication and physical therapy. Dr. Ramiro completes updated statement on September 2, 2021 with same diagnosis and estimated return to work in November 2021. Medica history includes hypertension and hyperlipidemia.

Employee is seen by Dr. Mark Ramiro on June 18, 2021 for right hip pain, right groin pain and burn to bottom of right foot. Exam documents pain with range of motion of right hip. Assessment is hypertension, 2nd degree burn to right foot, right hip pain, and right hip bursitis. Medications outlined. A follow up is noted

on June 28, 2021 for right foot wound and right hip pain. Employee to continue current medications. Provider notes bottom of right foot is nearly healed. Additional visits are reported in July and August 2021 for follow up.

Employee is evaluated by Orthopedic Surgery, Dr. Ashley Huber, on September 1, 2021 for right hip pain that has been ongoing for 1 year. Provider orders MRI of pelvis and follow up after testing.

Employee presents for Dr. Kerry Pennington, Family Practice, on October 25, 2021 to establish care. Employee reports chronic hip pain, has lost job and has no insurance. Exam documents moderate osteoarthritis of hands, decreased range of motion of right hip, tenderness of right hip and moderate stiffness of lumbar spine. Assessment is hypertension, anxiety, pain right hip, chronic pain, spondylosis of lumbar spine and osteoarthritis right hip. Provider increased dosage of psychotropic medication for anxiety, recommends over the counter medication for hip pain, and continue current medication for hypertension. Employee to follow up in 3 months.

MRI of right hip completed on November 8, 2021 with impression of tear of right anterior superior labrum. Employee underwent injection to right hip on December 16, 2021 in follow up with Dr. Mary Cornaghle, orthopedic surgery. Provider recommends continue with physical therapy.

MRI of lumbar spine is completed on December 27, 2021 with impression of degenerative disc disease at 4-5 level.

Employee is seen by Dr. John Brown, Pain Medicine, is dated January 25, 2022. Assessment is lumbar degenerative disc disease, chronic right hip pain, cervical spondylosis, cervical myofascial (muscle) pain syndrome, labral tear right hip joint, cervicalgia, long terms use of medication, and cervical radiculopathy. Provider recommends trigger point injections and prescribes narcotic pain medication. Employee undergoes trigger point injections to cervical spine.

MRI of cervical spine is completed on February 9, 2022 with impression of diffuse disc bulge/bony spur at level 6-7 and minimal disc bulge at level 5-6.

Follow up with Dr. Brown is documented on February 21, 2022 and provider recommends sacroiliac joint injection to right, prescribes neck/back physical therapy and refills pain medication.

Employee returns to Dr. Pennington on March 8, 2022 to fill out paperwork for disability. Employee also notes severe anxiety. Exam documents pain with range of motion of right hip, mild stiffness of both knees, moderate tenderness right sacroiliac joint/lumbar spine, and no psychiatric/mental status exam is documented. Assessment is tear of right acetabular labrum, cervical

spondylosis, and hypertension. Employee undergoes injection to right sacroiliac joint (hip area).

A visit with Scott Johnson, Licensed Counselor/Social Worker, is dated April 7, 2022. Assessment is post traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. Employee reports being in a bad mood, wants to be left alone and reports difficulty with sleep/sweating. History and current issues reported. Employee reported to be cooperative, anxious, appropriate affect, anxious mood, disturbance of perception, restless motor activity and logical thought content with fair judgment/insight. Medications outlined. Employee to follow up in 2-3 weeks as this is 1st available appointment with counselor.

A repeat right sacroiliac joint is completed on April 13, 2022. Procedure report provided.

Employee has follow up appointments with Dr. Brown on April 18, 2022 and June 8, 2022 and medications continued with recommendation for ongoing stretches.

Employee returns to Licensed Counselor Johnson is documented on June 22, 2022. Employee reports increased anxiety with recent arrest and legal conflicts. Exam documents anxious affect/mood, restless motor activity, logical thought process, and fair insight/judgment. Assessment is post traumatic stress disorder, depression and anxiety. Medications outlined. Employee to follow up in 2 weeks. A follow up appointment is reported on August 16, 2022. Employee is seen by Dr. Pennington is noted in August 2022 and September 2022 and a return visit to Dr. Brown is noted in October 2022.

A peer review is completed by Dr. Eric Finkelstein, Physical Medicine & Rehabilitation, on December 7, 2022. Primary diagnosis documented as chronic pain, right hip pain, osteoarthritis right hip and labral tear. Co-morbid diagnosis documented as hypertension, chronic anxiety, and spondylosis of lumbar region. Restrictions and limitations are outlined for dates June 17, 2021 to December 27, 2021 as sit constant up to 8 hours day, occasional stand/walk total 2 hours day, lift/carry up to 10 lbs. with both upper extremities occasionally, never push/pull, never push/pull, and constant finger/handle/grasp bilaterally. Restrictions and limitations from December 27, 2021 and beyond is documented as sit up to 8 hours, stand/walk occasionally up to 2 hours, lift/push/pull/carry occasionally up to 10 lbs., reach over shoulder/below waist frequently bilateral, reach below waist occasional bilateral, constant bilateral fine manipulation/simple grasp/firm grasp, occasional climb stairs/use lower extremities for foot control, and never balance/stoop/bend/kneel/crouch/crawl/ladder climb/work at unprotected heights. Peer reviewer documents that restrictions are likely permanent from December 27, 2021 and beyond.

A follow up with Dr. Pennington on February 27, 2023 for hypertension. Exam documents no abnormal findings and psychiatric exam documents appropriate mood/affect. Assessment includes hypertension, chronic pain, insomnia, post traumatic stress disorder, anxiety, depression, osteoarthritis involving multiple joints, hyperlipidemia, excessive alcohol drinking, and current smoker. Lab work outlined. Medications continued for hypertension, anxiety, post traumatic stress disease, depression and medication adjusted for hypertension and insomnia.

Diagnosis documented as chronic pain, right hip pain, osteoarthritis right hip and labral tear with co-morbid diagnosis documented as hypertension, chronic anxiety, and spondylosis of lumbar region. Treatment has been conservative with physical therapy and medications. Exam findings have noted some pain in right hip, stiffness of lumbar spine, and psychiatric exams document anxious mood/affect and agitated behavior. Treating providers have included counseling, Family Practice, pain medicine, and orthopedic. Related to physical conditions, MRI of lumbar spine does degenerative disease and MRI of right hip does document labral tear. There is no documentation of motor weakness, sensory deficits or need for assistive device with ambulation. A peer review is completed by Dr. Finkelstein on December 7, 2022. Restrictions and limitations are outlined for dates June 17, 2021 to December 27, 2021 as sit constant up to 8 hours day, occasional stand/walk total 2 hours day, lift/carry up to 10 lbs. with both upper extremities occasionally, never push/pull, never push/pull, and constant finger/handle/grasp bilaterally. Restrictions and limitations from December 27, 2021 and beyond is documented as sit up to 8 hours, stand/walk occasionally up to 2 hours, lift/push/pull/carry occasionally up to 10 lbs., reach over shoulder/below waist frequently bilateral, reach below waist occasional bilateral, constant bilateral fine manipulation/simple grasp/firm grasp, occasional climb stairs/use lower extremities for foot control, and never balance/stoop/bend/kneel/crouch/crawl/ladder climb/work at unprotected heights. Peer reviewer documents that restrictions are likely permanent from December 27, 2021 and beyond. Additional information has been submitted since completion of the peer review but exam findings do not document an acute change in symptoms and no additional treatment or diagnostic findings have been submitted that would alter peer review conclusion. The peer review conclusion remains reasonable and supportive for physical restrictions and limitations from December 15, 2023 and forward.

Related to psychiatric/cognitive status, file contains medical records from psychotherapy and from Family Practice noting anxiety, depression, and post traumatic stress disorder. Dr. Pennington notes no abnormal psychiatric exam findings and does note that employee is on psychotropic medications which are adjusted at times. Per visits with Licensed Counselor Johnson; mental status exam documents agitated behavior and anxious mood/affect but no abnormalities documented with memory, concentration, thought process, judgment or insight. There is no documentation that employee is unable to care for self/manage home/manage finances/manage family. Treatment with therapy

is every 2-3 weeks. Available medical records do not provide clinical findings that support severity of symptoms or an intensity of treatment that would translate into a psychiatric impairment and/or restrictions/limitations from December 15, 2023 and forward.

Review of medical records on file completed.

Phyllis T. RN, MSN, CCM
Nurse Disability Appeals Consultant, Lincoln Financial Group

Date: Mon Dec 04 10:24:57 CST 2023
From: Amber Cronican <Amber.Cronican@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <611012436.1895.1701707097800.JavaMail.webadmin@ne1plwas107.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7304
Fax: 402 951 0489
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 4, 2023

MARCUS VADEN LAW
ATTN MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear MARCUS VADEN:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 11/09/2023 .

We are in the process of reviewing Adam Bobb's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

In your appeal letter you indicated you did not get a file copy after you had requested one. My records show that one was sent to MVADEN@MARCUSVADEN.COM on 11/10/2023. Note these links are only good for 24 hours. If you need this resent, please advise and I will see if I can request for them to email it again.

Please note that we are not making a final determination on Adam's disability claim at this time as we want to provide your client with every opportunity to submit a complete appeal.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,
Amber Cronican
800-423-2765 X 7304
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

NOV 13 2023

MV
MARCUS VADEN
LAW

November 8, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |
| | Date Appeal Due: | November 8, 2023 |

**THIS IS AN APPEAL**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Long Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter dated May 12, 2023, terminating his long term disability benefits--denying his claim seven months into the future. Since that time, his health has continued to decline. On November 1, 2023, I sent a request (via fax) that you provide me with the entire claim file on Mr. Bobb so that I may review all information relevant to his claim. Although I have not yet received his claim file, I have reviewed his medical records and his denial letter.

One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.,* 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California,* 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.,* 378 F.3d 113, 130 (1st Cir. 2004).

Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial Group subsequently seek to rely on any reasons not mentioned in the denial letter, benefits should be paid to date and a new appeal allowed.

This appeal will address how Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest, and attorney's fees.

**Summary of Applicable Law**

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker, Disability Plan v. Nord,* 538 U.S. 822, 830 (2003). ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins. Co v. Glenn,* 554 U.S. 105, 115 (2008) (emphasis added).

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.,* 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.,* 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.,* 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.,* 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett,* 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell,* 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.,* 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.,* 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012)

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." Bernstein v. CapitalCare, Inc., 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence...is evidence which a reasoning mind would accept as sufficient to support a particular conclusion...[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." LeFebre v. Westinghouse Elec. Corp., 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be <u>substantial</u>. *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

**Reasons this Decision to Terminate Benefits Violates ERISA**

**1. It is irrational to make a decision to terminate benefits based on a person's ability to function in a work setting due to their condition and limitations seven (7) months into the future.**

In the decision letter dated May 12, 2023, Lincoln Financial stated the decision to terminate benefits was based on a change in definition of disability that would not go into effect until December 15, 2023. Lincoln Financial claimed to believe that seven (7) months into the future, Adam would have the ability to perform other occupations. This illogical decision was based purely on speculation rather than evidence, as there is no scientific way to determine Adam's future health and limitations months in advance.

Not only did the prematurity of this decision deprive Adam of the benefit of months of treatment records, but it appears that no records from 2023 were considered in this decision at all. The restrictions and limitations upon which the decision is based were provided in a mere file review dated December 7, 2022—over a year prior to the date of change in definition of disability. In fact, it appears that Lincoln Financial chose to send Adam's outdated file out for an external peer review rather than to make any attempt to obtain updated records from his providers after August 25, 2022.

This is clearly not the result of a deliberate, principled reasoning process based on substantial evidence. Rather, this decision appears to have been made early in order to base it on as little evidence as possible.

**2. A plan may not arbitrarily dismiss the opinions of the claimant's treating doctors.**[1]

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.,* No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you *do* have to explain why when you disagree. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The denial letter never expressly addresses why the opinions of Adam's treating doctors were disregarded or discounted, or why they made a decision that would not allow for the consideration of up-to-date treatment records and opinions. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DePerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a disability consultant employed by Lincoln Financial

[1] *Black and Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).

Group, who has never seen Adam, to determine on the basis of outdated medical records alone that he is no longer disabled and can work a full-time job.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause chronic pain is not easily subject to objective verification, the Plan's decision to conduct only a file review supports a finding that the decision-making was arbitrary and capricious."

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, "without ever examining [the claimant], the Plan should not have made a credibility determination about [the claimant's] continuous reports of pain.

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the treating physicians' relationship with Ms. Reetz allowed them to personally observe the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she did not personally examine Ms. Reetz, could not have observed the fibromyalgia's effect, or assessed Ms. Reetz's credibility. Thus, the court finds that the treating physicians' medical opinions to be more reliable and probative of Ms. Reetz's condition than Dr. Khanna's report."

The decision letter does not reference any treatment records after his August 25, 2022, appointment with Dr. Pennington. On September 6, 2022, Dr. Pennington wrote:

> "I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues."

This opinion, submitted as part of his Social Security disability claim, is based on years of firsthand observations while treating Adam. I am including the above letter, as well as updated records from Mainline Health Systems, Jefferson Regional Medical Center, UAMS Orthopedic Clinic, and Arkansas Spine and Pain as attachments with this appeal. Additionally, I am continuing to request updated records up until 12/15/2023, as that is the medical evidence required to determine his functional capacity as of that date.

**3. A Plan may not arbitrarily dismiss subjective evidence.**

Consideration of all of Adam's treatment records from December 2021 to December 2023 is crucial for a full and fair review of this claim. Yet, as you will see from the long list of attachments at the end of this appeal, the restrictions and limitations relied upon in this decision are not supported by Adam's treatment history. There is a long list of exam findings that reflect pain hip and back pain. His treatment providers appear to believe his reported symptoms, including pain with continuous sitting and standing.

*Lee v. BellSouth Telecommunications, Inc.*, 318 F. App'x. 829, 837 (11th Cir. 2009) the court said: the consistent diagnosis of chronic pain syndrome by Lee's **physicians** along with the consistent observations of physical manifestations of her constitute **objective medical evidence** [to support the award of benefits.] **This is so because much medical evidence, especially as it relates to pain, is inherently "subjective"** in that it cannot be quantifiably measure. Indeed, the **only evidence of a qualifying disability** may sometime be the sort of evidence... characterize[d] as **"subjective," such as physical examinations and medical reports** by physicians, as well as the patient's own reports of his symptoms.

*Oliver v. Coca Cola Co.*, 479 F3d 1181, 1197 (11th Cir. 2007). "that a plan administrator had acted **arbitrarily and capriciously in denying benefits** to a claimant who suffered from fibromyalgia and chronic pain syndrome on the ground that he had not provided **"objective" evidence of his pain."**

*Lee V. BellSouth Telecomms., Inc.*, 318 Fed. Appx. 829, 837 (11th Cir. 2009). "[t]here is, quite simply, **no laboratory test to diagnose chronic pain syndrome**... Chronic pain syndrome is a **severely debilitating medical condition** that may be fully diagnosed only through **long-term clinical observation."**

**Conclusion**

Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from working and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The conclusion that he can perform another occupation is not based on evidence, as occupational analysis cannot be properly performed without an accurate assessment of his current functioning. The objective and subjective evidence supports Adam's claim for disability benefits, even after the definition of disability change in his policy.

Benefits should be immediately reinstated and attorney fees reimbursed. Should you maintain your denial of benefits we will be eager to litigate this in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

**Attachments**

1. UAMS Orthopedic Clinic – Colonel Glenn
    - 12/16/2021 (Michael D. Cassat, M.D): The patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine.
    - 12/16/2021 (Mary M. Cornaghie, M.D.): New Patient. Diagnosis: right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity. **Exam:** Right Hip: Limited flexion or extension with pain. Pain with range of motion. MRI of the right hip shows evidence of a superior labral tear. **Positive** FABERS Test. **Positive** Grind test. Assessment and Plan: 38 y.o. male who sustained a right hip superior labral tear plan for a diagnostic injection to the right hip. He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks.
    - 12/16/2021 (Lawrence O'Malley, M.D.): I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note.

2. Jefferson Regional Medical Center
    - 12/27/2021 (David G. Jong, M.D.): **MRI of Lumbar Spine:** Findings: At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.
    - 2/9/2022 (William Deaton, MD): **MRI of Cervical Spine**: Impression: At C6-7 there is **diffuse disc bulge** and **bony spur**. There is moderate to severe left foraminal stenosis. At C5-6 there is minimal **disc bulge**. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis.

3. Arkansas Spine and Pain - Jacksonville
    - 1/25/2022 (John Brown, M.D.): New Patient Consult: Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8. Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped. Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or

evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities. **Exam:** Cervical Spine: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical. Lumbar Spine: Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild. There is pain noted with lumbar extension. Left lateral flexion of the lumbar spine is noted to be 20 degrees. Left lateral flexion causes pain. Right lateral flexion of the lumbar spine is noted to be 20 degrees. Right lateral flexion reveals pain.

- 1/25/2022 (John Brown, M.D): **Procedure:** Trigger Point Injections. Pre-procedure/post-procedure diagnosis: myofascial cervical pain and chronic pain syndrome.
- 1/25/2022 (John Brown, M.D.): Physical Therapy Order: Diagnoses: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A). Instructions: 3x/week for 4 weeks.
- 2/21/2022 (John Brown, M.D.): **Exam**: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Lumbar Spine: Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. **Positive** stress testing, **positive** iliac compression testing, **positive** Patrick's test.
- 3/23/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/13/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/18/2022 (John Brown, M.D.): **Exam:** Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is

noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Minimal tenderness. Previous right SIJ injections helpful. Elevated the blood pressure a little. Still benefitting from the hydrocodone. Tolerated well.

- 6/8/2022 (John Brown, M.D.): Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching. Continue Tizanidine 4mg (1/day), Hydrocodone 5mg-acetaminophen 325mg (2x/day).
- 10/5/2022 (John Brown, M.D.): Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

4. Mainline Health Systems
    - 9/6/2022 (Kerry Pennington, M.D.): Opinion letter.
    - 2/27/2023 (Kerry Pennington, M.D.): Treatment: 1. Essential Hypertension. Continue amlodipine, hydrochlorothiazide. Start Carvedilol, clonidine HCL.2. Other chronic pain. Continue follow-up with pain clinic as directed. 3. Primary Insomnia. Start trazadone 100mg. 4. PTSD. 5. General Anxiety Disorder. 6. Major depressive disorder, recurrent episode, moderate. 7. Primary arthritis involving multiple joints. Continue current care and stay active without overuse. 8. Hyperglycemia. A1C 6.1.

5. Updated Information regarding claimant's pending Social Security case.
    - Your denial letter dated 5/12/2023 stated "Your client's Social Security information was requested on 2/17/2023; however, to date we have not received this information."
    - 4/3/2023: Email response from my assistant sent to Lakesha Spears at Lincoln Financial Group updated her of the status of Adam Bobb's SSDI claim with 4/4/2023 reply from Lakesha thanking us for the update.
    - 10/16/2023: Confirmation from SSA of receipt of Request for Hearing.

TX Result Report

P 1
11/08/2023 12:50
Serial No. AA2J011020699
TC: 29382

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 14023611460 | 11-08 11:57 | 00:01:21 | 002/069 | T-42 | |
| 14023611460 | 11-08 12:02 | 00:01:38 | 002/069 | T-42 | |
| 14023611460 | 11-08 12:07 | 00:02:00 | 003/069 | T-42 | |
| 14023611460 | 11-08 12:12 | 00:38:07 | 062/069 | OK | |

Note TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**

**The Lincoln National Life Insurance Company**

Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 000010201375000000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**

**The Lincoln National Life Insurance Company**
Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 00001020137500000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Procedure visit in UAMS Orthopedic Clinic-Colonel Glenn**

**Other Doctors' Notes**

**Pr ess Notes**

**Michael D Cassat, MD at 12/16/2021 1230**

| | | |
|---|---|---|
| Author: Michael D Cassat, MD | Service: — | Author Type: Physician |
| Filed: 12/16/2021 12:27 PM | Encounter Date: 12/16/2021 | Status: Signed |
| Editor: Michael D Cassat, MD (Physician) | | |

After informed consent and time out, the patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine. The patient tolerated this well and was given post injection instructions.

Electronically signed by Michael D Cassat, MD at 12/16/2021 12:27 PM

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn**

**Other Doctors' Notes**

**Progress Notes**

**Mary M Cornaghie, MD at 12/16/2021 1100**

| | | |
|---|---|---|
| Author: Mary M Cornaghie, MD | Service: — | Author Type: Resident |
| Filed: 12/19/2021 9:09 AM | Encounter Date: 12/16/2021 | Status: Attested |
| Editor: Mary M Cornaghie, MD (Resident) | | Cosigner: Lawrence O'Malley, MD at 12/19/2021 9:09 AM |

**Attestation signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM**

I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note. - Lawrence O'Malley, MD

**UAMS**
**Orthopaedic Clinic-New Patient**

**Name: Bobb, Adam**
**DOB:**
**MRN: 003853484**

**Date of Visit: 12/16/2021**

**Diagnosis:**
**right hip pain**

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Hip Pain
  *right*

**HPI:**

Adam K Bobb is a 38 y.o. male who presents to clinic as a new patient for evaluation of right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity

**Past Medical History:**
**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • No Active Ambulatory Problems | |

**Resolved Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|

**Other Doctors' Notes (continued)**

- No Resolved Ambulatory Problems

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hypertension | |

**Past Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC SURGERY | | |

**Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take 10 mg by mouth daily. | | |

No current facility-administered medications for this visit.

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Sulfa (Sulfonamide Antibiotics) | |

**Social History:**
**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Tobacco Use** | |
| • Smoking status: | Current Every Day Smoker |
| • Smokeless tobacco: | Current User |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Yes |
| • Drug use: | Never |
| • Sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses: Not on file

Food Insecurity:
- Worried About Running Out of Food in the Last Year: Not on file
- Ran Out of Food in the Last Year: Not on file

Transportation Needs:
- Lack of Transportation (Medical): Not on file
- Lack of Transportation (Non-Medical): Not on file

Physical Activity:
- Days of Exercise per Week: Not on file
- Minutes of Exercise per Session: Not on file

Stress:
- Feeling of Stress : Not on file

Social Connections:
- Frequency of Communication with Friends and Family: Not on file
- Frequency of Social Gatherings with Friends and Family: Not on file
- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: Not on file
- Attends Club or Organization Meetings: Not on file
- Marital Status: Not on file

Intimate Partner Violence:
- Fear of Current or Ex-Partner: Not on file
- Emotionally Abused: Not on file
- Physically Abused: Not on file
- Sexually Abused: Not on file

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Maternal Uncle | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Paternal Uncle | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Grandfather | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Grandfather | |
| • No Known Problems | Other | |
| • Anesthesia problems | Neg Hx | |
| • Cancer | Neg Hx | |
| • Bleeding disorder | Neg Hx | |
| • Collagen disease | Neg Hx | |

| | |
|---|---|
| • Diabetes | Neg Hx |
| • Hypertension | Neg Hx |
| • Osteoporosis | Neg Hx |
| • Rheum arthritis | Neg Hx |
| • Scoliosis | Neg Hx |
| • Heart disease | Neg Hx |
| • Lung disease | Neg Hx |
| • Arthritis | Neg Hx |
| • Stroke | Neg Hx |

**ROS:**
A complete 14 point review of systems was negative except for HPI

**EXAM:**
**Vital Signs:** BP (!) 140/97 | Pulse 112 | Temp 97.7 °F (36.5 °C) (Oral) | Ht 1.905 m (6' 3") | Wt 87.5 kg (193 lb) | BMI 24.12 kg/m²

**PHYSICAL EXAM:**
General: NAD, A/O times 4
Eyes: Normal tracking
Cv: Brisk capillary refill
Pulm: Non-labored breathing
Abd: Nondistended
MSK:
**RIGHT HIP**: Inspection no ecchymosis. no significant tenderness palpation. Limited flexion or extension with pain. Pain with range of motion. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Positive FABERS Test. Normal Obers Test. Normal Thomas Test. Positive Grind test. Negative Snapping hip.

**FINDINGS – IMAGING STUDIES:**

MRI of the right hip shows evidence of a superior labral tear

**ASSESSMENT AND PLAN**

38 y.o. male who sustained a right hip superior labral tear

plan for a diagnostic injection to the right hip
He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks

Meg Cornaghie, MD
Orthopaedic Surgery, PGY-3
Pager 405-2825

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

Patient seen and discussed with Dr. Omalley

Electronically signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM
Electronically signed by Mary M Cornaghie, MD at 12/19/2021 9:09 AM

## END OF REPORT

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8249570 MRN:000313058
Care Provider: Brown, John

**Radiology**

| | | |
|---|---|---|
| MRI C-Spine Wo Contrast | 2022-02-09 15:06 | 1 or more Final Results Received |

Image — Final

MRI C-Spine Wo Contrast — Final

PROCEDURE: MRI of the cervical spine

DATE: 2/9/2022

COMPARISON: None

HISTORY: Neck pain and radiculopathy.

TECHNIQUE: Study was performed with multisequence and multiplanar imaging.

FINDINGS:
Alignment of the cervical spine is unremarkable. Vertebral bodies are of normal height. Marrow signal is unremarkable. There is no abnormal signal within the cervical cord. Craniovertebral junction appears normal.

At C2-3 and C3-4 there is no disc bulge or herniation. There is no stenosis.

At C4-5 there is no significant disc bulge or herniation. There is no stenosis.

At C5-6 there is minimal disc bulge. There is no central canal stenosis. There is some uncovertebral spurring producing mild right foraminal stenosis and mild to moderate left foraminal stenosis.

At C6-7 there is diffuse disc bulge and bony spur. There is no significant central canal stenosis. There is uncovertebral spurring on the left producing moderate to severe left foraminal stenosis. There is no significant right foraminal stenosis.

IMPRESSION:
At C6-7 there is diffuse disc bulge and bony spur. There is moderate to severe left foraminal stenosis. No central canal stenosis or right foraminal stenosis.

At C5-6 there is minimal disc bulge. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis. No central canal stenosis.

Signed by William Deaton, MD 2/9/2022 3:06 PM

John Brown - Referring Physician

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8200803 MRN:000313058
Care Provider: Pollard MD, Alan

**Radiology**

| | | |
|---|---|---|
| MRI L-Spine Wo Contrast | 2021-12-27 08:53 | 1 or more Final Results Received |

Image — Final

MRI L-Spine Wo Contrast — Final

DATE OF EXAM: 12/27/2021 7:47 AM

PROCEDURE: MR L-Spine Without Contrast

COMPARISON: None

HISTORY: EVALUATE LUMBAR SPINE FOR DEGENERATIVE CHANGES

FINDINGS: Vertebral bodies are numbered assuming 5 lumbar-type vertebral bodies. Vertebral body height and signal intensity are within limits of normal. Conus medullaris terminates at L1 and is without evidence of a focal abnormality.

At L1-L2, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L2-L3, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L3-L4, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.

At L5-S1, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

IMPRESSION: Degenerative disc disease L4-5

Signed by David G Jong, MD 12/27/2021 8:53 AM

Alan Pollard MD - Referring Physician

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 10-05-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 04221024000135 2

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 75.00 Weight (lbs): 210.00 **BP:** 150/112 mm Hg.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion Is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

Bobb, Adam Male

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine**: ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**
**Order No: SCL042672 Dated: 10-05-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL042673 Dated: 10-05-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL25444 Dated: 10-05-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Lumbar Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.



back to top

Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-CESI left at C5-C6 and C6-C7
-Get fresh lumbar MRI in light of the new right LE symptoms
-Refill Norco
- Check on back brace and TENS unit

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications: Norco

Pill count: 0/60

Last filled: 08/03/22

UDS: negative

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC after procedure

**ICD: Sleep apnea (G47.30)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)



back to top

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** Procedure scheduled

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 10-05-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 06-08-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every Night Refills: 2
1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL033488 Dated: 06-08-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.
Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

- Continue with neck and lower back stretches.
-Refill Norco
-Continue muscle relaxant

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.



back to top

Bobb, Adam Male 0422102400001352

- Current Medications: Norco

Pill count: 44/60

Last filled: 05/31/22

UDS: +opi

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** 2 Months

**Prescription**
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60



back to top

Bobb, Adam Male

Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 06-08-2022.*



back to top

Bobb, Adam Male 04221024000l352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 04-18-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 2
Refills: 0



back to top

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

Bobb, Adam Male 04221024000I352

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided paln and no left sided paln. Mlnlmal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL029444 Dated: 04-18-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-He will get results of the the cervical MRI and bring with him
-Consider CMBB. Doing well after the Cervical TPIs. Continue stretching
-continue current pain med regimen

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Norco 5

Pill count: 23/60 Last filled: 03/31/22

Bobb, Adam Male

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: +opi confirmation 02/21/22

- RTC in 2 months.

**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(M54.2)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

Bobb, Adam Male

0422102400001352

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-18-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankle Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**School/Work Excuse**

**DATE: 04-13-2022**

**NAME: Adam Bobb**
**DOB:**
**ADDRESS:**

**EMPLOYER:**
**PHYSICIAN NAME: Tatyana Stepanenko MD**

To Whom It May Concern:

This is to certify that the above patient is under my professional care.

This is to further certify that the above patient was seen in our office today.

Appointment time: 01:30PM

T. Stepanenko

**Tatyana Stepanenko, MD**



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb
**MR#** SCL39265
**Date of Operation:** 04-13-2022
**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia:**Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:-** An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications.



back to top

Bobb, Adam Male 642216246001352

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam:** SI joint tenderness

**Post-op exam:** Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 04-13-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankle Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb

**MR#** SCL39265

**Date of Operation:** 03-23-2022

**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia:**Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:-** An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications



back to top

Bobb, Adam Male 042210240001352

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam**: SI joint tenderness

**Post-op exam**: Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 03-23-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 02-21-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days., Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1



back to top

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp*, *joint swelling*, *muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by***



back to top

Bobb, Adam Male

***the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Positive stress testing, positive iliac compression testing, positive patricks test***

**Lab Order**
**Order No: SCL025181 Dated: 02-21-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL025193 Dated: 02-21-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without - results pending

Schedule right SIJ injection in White Hall

Has RX for PT for neck and lower back. He will do that soon.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

Medication

-Refill Norco 5 #60

UDS - negative POC. Confirmation ordered



back to top

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-21-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

## Physical Therapy Order

**Patient:** Adam Bobb
**DOB:**
**Address:**

**Ordered on:** 01-25-2022

**Home Phone:** 870 461-0711
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)
Lumbar degenerative disc disease (M51.36)
Chronic right hip pain (M25.551)
Cervical spondylosis (M47.812)
Cervical myofascial pain syndrome (M79.18)
Labral tear of right hip joint (S73.191A)

**Instructions:**
Physical Therapy and evaluate and treat: 3x/wk for 4 weeks

John M Brown , DO



back to top

Bobb, Adam Male

0422102400001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

5700 West Markham Street, Little Rock AR 72205 - 3328
Tel: 501 227-0184 , Fax: 501-227-0187

## Urine Definitive/Confirmatory Drug Testing Order Form

**PATIENT DEMOGRAPHICS**
**Patient**: Adam Bobb
**Age/Sex**: Male 38 year
**Date**: 01-25-2022

**GUARANTOR & INSURANCE INFORMATION**
**Insurance**: Medicaid
**Guarantor**: Bobb Adam

Rationale for confirmatory drug testing is that the Patient has a chronic pain and is with ORT considered to be low.

**Urine Definitive/Confirmatory Drug Testing Orders**

1. asap confirmation on lcms full panel

**The above definitive/confirmatory tests are reasonable and necessary for the following:**

1. New patient testing as part of history and exam to support initial treatment decisions

**Summary of Definitive Drug Tests Results**

1. results as expected = consistent with history and 1-prescribed medication(s)

**Treatment Plan after UDS Confirmation**

1. based on definitive drug test results and clinical evaluation, continue medications as prescribed

**Diagnosis**: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A), Cervicalgia (M54.2), Encounter for long-term (current) use of other medications (Z79.899), Cervical radiculopathy (M54.12)

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Disclosure:
AB 130D Ammended Labor Code 5703, requires all physician statements and reports to include the following as a condition of admission and payment: I have not Violated Labor Code section 139.3 and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Dated this 01-27-2022 at Alameda County, California.



back to top

Bobb, Adam Male

0422102400001352

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name :** Adam Bobb

**MR#** SCL39265

**Date of Operation:** 01-25-2022

**DOB:**

**Trigger Point Injection(s)**

**Pre-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Post-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Procedure:** **Trigger Point Injection(s)**

**Attending Doctor:** Mr. John Brown, M.D.

**Anesthesia:** Local

**Description of Procedure:** After informed consent was obtained, the area of interest was palpated and the trigger points were identified and marked. There was/were a total of 4 site(s). These were located at the trapezius muscle and lower cervical paraspinal area musculature. After prepping and draping the area in the usual sterile fashion a 25 guage 1 1/2 inch needle was used to inject a total of of 1% lidocaine 1 ml / 4 mg dexamethasone distributed equally at each of the previously described site. There was no heme or paresthesias, nor air elicited from at any location (injections over lung areas). The patient tolerated the procedure well, all needles were removed intact. Hemostasis was maintained, and there were no paresthesias or complications.

Ultrasound Guidance: No

**Disposition:** After a period of observation, the patient's vital signs remained stable. The patient was then discharged to home with supervision in good condition and given written discharge instructions and instructed to contact our office for follow-up appointment.

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Mr. Adam Bobb
**DOE**
**Referral Source(s):** Dr. Kerry Pennington.
**Date:** 01-25-2022
**Reason for Visit:** New Patient Consult

**History of Present Illness**
Adam is a pleasant 38 year old male, who presents to our office for a new patient consultation.

***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.

**Past Medical History**
Sleep apnea G47.30 (780.57)
HTN (hypertension) I10 (401.9)

**Surgical History**
Heart surgery

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46



back to top

has good hygiene.
**ENT:** Oral mucosa is moist and pink. He has good dentition. On examination, tongue appears to be normal.
**Eyes:** Pupils are equal and round and reactive to light and accommodation. Sclera appears to be clear. Conjunctiva is normal. .
**Neck:** There is no deviation of trachea from midline. On examination, there is no evidence of thyroid gland enlargement.
**Respiratory:** Normal breathing Chest is clear to auscultation. There is no rales or rhonchi noted. .
**Cardiovascular:** Rate and rhythm is regular. There is no evidence of pedal edema.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical.***
**Thoracic Spine:** There is no evidence of atrophy or asymmetry noted in the thoracic spine. No tenderness at thoracic paraspinal muscles and facet joint lines are noted. Range of motion of the thoracic spine is normal with both flexion and extension without pain. There is evidence of crepitation, laxity or instability noted in the thoracic spine. **trigger points** No.
**Lower Extremities:** Edema not noted.
**Lumbar Spine:** Inspection of the lumbar spine reveals no scoliosis. ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild*** There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness. ***Anterior flexion of lumbar spine is noted to be 70 degrees.*** Anterior lumbar flexion causes pain. Extension of lumbar spine is noted to be full at 30 degrees. There is pain noted with lumbar extension. ***Left lateral flexion of the lumbar spine is noted to be 20 degrees.*** Left lateral flexion causes pain ***Right lateral flexion of the lumbar spine is noted to be 20 degrees.*** Right lateral flexion reveals pain There are no palpable trigger points in the muscles.
**Joints-Shoulder: Right Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion. ROM of the shoulder is full. The stress test is normal. There is no cast. Right shoulder is non-tender to palpation. No right shoulder swelling noted. There is no ecchymosis noted over the right shoulder. No right sided shoulder crepitus noted. No right shoulder deformity noted. There is no atrophy of the right shoulder noted. No right shoulder effusion noted. Shoulder ROM: . Right Shoulder Labral Test Findings: Negative. Right scapula winging grade: 0. Right shoulder bicep test: Negative. Right shoulder impingement: Negative. Right shoulder O'brien's test: Negative. Right shoulder popeye sign: Negative. Right shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Can not do stress testing due to injury.
**Left Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion noted. ROM of the shoulder is full. The stress test is normal. There is no cast. Left shoulder is non-tender to palpation. No left shoulder swelling is noted. There is no ecchymosis present over the left shoulder. No left sided shoulder crepitus noted. No left shoulder deformity noted. There is no atrophy of the left shoulder noted. No left shoulder effusion noted. Left Shoulder Labral Test Findings: Negative. Left scapula winging grade: 0. Left shoulder bicep test: Negative. Left shoulder impingement test: Negative. Left shoulder O'brien's test: Negative. Left shoulder popeye sign: Negative. Left shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Cannot do stress testing due to injury.
**Joints- Elbows:** Elbows are non-tender, without crepitus or effusion. Joints are stable and ROM is normal.
**Joints- Wrists:** Wrists are non-tender, without crepitus or effusion. Joints are stable and ROM is normal. Phalen's sign test: No sign of altered or loss of feeling or strength, or pain in the hand, wrist, arm, or neck noted . Tinel's sign test: Negative .



back to top

**Joints- Hips/ SI Joint:** Gaenslen's Test: negative right, negative left. Left Hip ROM: Tested. Yeoman's Test: negative right, negative left. Yeoman's Test: negative right, negative left. Patrick's Test: negative right, negative left. Right Hip ROM: negative right, negative left. Pain with internal rotation Lumbar spine is noted to be stable. Positive
**Joints-Knee:** On knee examination, right knee appears to be normal. On knee examination, right knee appears to be normal. Right knee is non-tender to palaption. There is no tenderness noted in the anterior knee region. There is no swelling noted in the right knee region. There is no ecchymosis noted on the right knee. Right knee effusion is absent. Right knee compartment testing is performed. Right knee patellofemoral exam has normal findings. Right Knee Ligament Testing: Normal findings. On examination, left knee appears to be normal.
**Left Knee**: Left knee is tender to palaption. There is no tenderness present over the anterior part of the left knee region. There is no swelling noted in the left knee region. There is no ecchymosis noted on the left knee. Left knee effusion is absent. Compartment testing: Performed. Left Patello-Femoral Exam Findings: Normal. Let Knee Ligament testing: Normal.
**Joints- Ankles:** Ankles are non-tender, without crepitus or effusion bilaterally. Joints are stable and ROM is also normal.
Ankles appear normal to inspection without any evidence of erythema or edema. There is normal ankle range of motion noted bilaterally.
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
**Neurology - Straight Leg Raising:** Right: normal 90 degrees. Left: normal 90 degrees.
**Neurology - Motor Strength:**
Left UE strength - Flexors: 5/5. Right UE strength - Flexors: 5/5.
Left UE strength - Extensors: 5/5. Right UE strength - Extensors: 5/5.
Left UE Tone: Normal.
Right UE Tone: Normal.
Left LE strength - Flexors: 5/5. Right LE strength - Flexors: 5/5.
Left LE strength - Extensors: 5/5.
Right LE strength - Extensors: 5/5.
Left LE Tone: Normal. Right LE Tone: Normal.

**Neurology - Sensation:** There is normal sensation noted in the head region on the left side. There is normal sensation noted in the head region on the right side. There is normal sensation noted in the left shoulder. There is normal sensation noted in the right shoulder. Chest has normal sensation on the left side. Chest has normal sensation on the right side. There is normal sensation noted in the trunk on the left side. There is normal sensation noted in the trunk on the right side. Back examination reveals normal sensation on the left. Back examination reveals normal sensation on the right. Left elbow has normal sensation. Right elbow has normal sensation. There is normal sensation noted in the left arm. There is normal sensation noted in the right arm. Left wrist has normal sensation. Right wrist has normal sensation. Left fingers has normal sensation. Right fingers has normal sensation. Normal sensation has been noted in the abdomen. There is normal sensation noted in the left hip. There is normal sensation noted in the right hip. There is normal sensation noted in the left thigh. There is normal sensation noted in the right thigh. There is normal sensation noted in the left knee. There is normal sensation noted in the right knee. There is normal sensation noted in the left ankle. There is normal sensation noted in the right ankle.
**Neurology - Deep Tendon Reflexes:**
Left biceps (DTR): 2+. Right biceps (DTR): 2+.
Left triceps (DTR): 2+. Right triceps (DTR): 2+.
Left brachioradialis (DTR): 2+. Right brachioradialis (DTR): 2+.
Left patellar (DTR): 2+. Right patellar (DTR): 2+.
Left achilles (DTR): 2+. Right achilles (DTR): 2+.
Babinski: - negative on the right, negative on the left side.



back to top

Bobb, Adam Male

**Lab Order**
**Order No: SCL023308 Dated: 01-25-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL023338 Dated: 01-25-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL23444 Dated: 01-27-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Cervical Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without
Cervical TPI today
Schedule lumbar ESI L4-L5
Continue PT for the hip. Will give RX for PT for neck and lower back.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- I Have started the following medications for better pain control:
START
HC 5 twice daily #14 for one week ( Medicaid) then #46 if effective for him
Tizanidine 4 mg at bedtime #30

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose.



back to top

The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: Sending for confirmation.

- Lab Order:
ASAP Confirmation on LCMS Full Panel

The above Definitive UDT is reasonable and necessary for the following circumstances:

1- New patient testing as part of history and exam to support initial treatment decisions
2- Identify specific substance(s) and/or metabolite(s) inadequately detected or not detected by presumptive screen
3- Identify specific medication(s) or drug(s) in a class (e.G., benzodiazepines, barbiturates, opioids, antidepressants)
4- Definitive concentration of medication(s), drug(s), and/or metabolites needed to guide management
5- Identify a negative, or confirm a positive presumptive screen result inconsistent with a patient's self-report, presentation, medical history, or current prescribed medication
6- Rule out an error as the cause of an unexpected presumptive screen result
7- Identify non-prescribed medication or illicit drug use for ongoing safe prescribing of controlled substances
8- Results needed for differential assessment of Treatment efficacy, Side effects and Possible drug interaction
9- Identify substances that may present high risk for additive or synergistic interaction with prescription medication (e.G., alcohol)
10- Random testing

- Informed consent was obtained, risk of procedure were explained including but not limited to bleeding, infection, pneumothorax, paralysis, numbness, headache, reaction to the medication, nerve damage and death. The patient understood and agreed with injection.***Patient has received educational material regarding upcoming injection as well as pre-procedural instructions******

- Advised patient I will only be acting as their pain physician and treat for all pain related issues. Patient as been advised to maintain relationship with PCP for all other medical issues and has verbalized understanding of this.

- ASAP narcotic contract has been discussed in detail with patient today. Patient has verbalized understanding of this contract.

- Safety Assessment: Today the patient denied homicidal and suicidal ideation, intent, and plan. Based on my assessment of the patient today, the patient can continue to be safely managed on an outpatient basis.

- RTC in 4 weeks

ASAP URINE DRUG SCREEN - Confirmation

**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Cervicalgia (M54.2)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (45 min) (99204)**



back to top

Bobb, Adam Male

ICDs:
(G89.4)
(M51.36)
(M25.551)
(M47.812)

**Trigger Point, 1or 2 Muscles (20552)**
ICDs:
(M54.2)

**Drug Test Prsmv Chem Anlyzr (80307)**
ICDs:
(Z79.899)

**Follow Up:** 4 Weeks

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1



John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-25-2022.*



back to top

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:*

*Dear Sirs:*

*I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.*

Sincerely,

*Kerry F. Pennington, M.D.*

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

mainlinehealth systems, inc.

BOBB, ADAM
39 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS
Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

02/27/2023 Progress Notes: Kerry Pennington, MD

**Reason for Appointment**

1. HTN 6 MO F/U, see HPI for complaints, B.Thiele,LPN 2/27/23
2. RX: Drug room pharmacy, B.Thiele,LPN 2/27/23
3. DUE: Wellness and HIV screening, B.Thiele,LPN 2/27/23

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Nearly every day, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Several days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 17, Interpretation Moderately severe depression. Intervention Follow-Up for Depression Currently treated for depression and/or bipolar related diagnosis, Depressiong Screening Findings Positive.

Visit HPI:

This patient is here for follow-up of hypertension, but complains of multiple issues, including peripheral neuropathy, insomnia, increased moodiness, he is drinking 60 beer per week. He denies chest pain, dyspnea, GI or GU complaints. His blood sugars have been in the 200 to 300 range for the past few weeks, with no specific history of diabetes.

**Current Medications**

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Notes to Pharmacist: dose increase

**Discontinued**

- Dexamethasone 0.75 MG Tablet as directed Orally Once a day , Notes to Pharmacist: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
- LORazepam 1 MG Tablet TAKE 1 TABLET BY MOUTH 45 MINUTES BEFORE PROCEDURE

Medication List reviewed and reconciled with the patient

**Past Medical History**

Hypertension.
Anger issue.

**Surgical History**

heart surgery at 2 years old

**Family History**

Father: unknown



Lincoln/Bobb 1654

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
1 son(s), 1 daughter(s).
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23.

## Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 02/27/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 02/27/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? Yes, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? Yes, 3. People who have episodes like this often have changes in their thinking and behavior at the same time, like being more talkative, needing very little sleep, being very restless, going on buying sprees, and behaving in many ways they would normally think inappropriate. Did you ever have any of these changes during your episodes of being excited and full of energy or very irritable or grouchy? Yes.
Depression Screening Completed: yes, Thiele, Brandi 02/27/2023 11:59:14 AM CST > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Thiele, Brandi 02/27/2023 12:00:19 PM CST > , Yes:.
Smoking: yes, Thiele, Brandi 02/27/2023 12:00:28 PM CST > , , YES.
Recreational drug use: yes, Thiele, Brandi 02/27/2023 12:00:33 PM CST > , Denies.
Alcohol: yes, Beer, DAILY, 2 30-PACKS of Beer a week, B.Thiele,LPN 2/27/23.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 02/27/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Thiele, Brandi 02/27/2023 12:01:41 PM CST > , Occasionally.
Exercise: yes, Thiele, Brandi 02/27/2023 12:01:53 PM CST > , > , Per Age.
Travel outside US: yes, Thiele, Brandi 02/27/2023 12:02:03 PM CST > , No.
Sexually active: yes, Thiele, Brandi 02/27/2023 12:02:09 PM CST > , , Yes.
Herbal & OTC medications: yes, Thiele, Brandi 02/27/2023 12:02:18 PM CST > , , PRN.
Advance Directive: yes, Thiele, Brandi 02/27/2023 12:02:29 PM CST > , No.
Diabetic testing: yes, Thiele, Brandi 02/27/2023 12:02:33 PM CST > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

## Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

## Hospitalization/Major Diagnostic Procedure

see above

## Review of Systems

Psychiatry:

Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia , yes.

---

**Progress Note: Kerry Pennington, MD 02/27/2023**

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxsymal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Insomnia yes. Opioid management yes. Pain quality yes. See HPI **for details**. Sleep **Problems**. Weakness no. Weight gain none. weight loss none

Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. See HPI for details. Sleep disturbance yes. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.
Musculoskeletal:
muscle spasms no. Arthritis no. Back pain , **Yes**. Joint stiffness No. Neck pain yes. Tingling/numbness yes, **BLE**.
Neurology:
lightheaded no. numbness , **yes, BLE**. Convulsions no. no Headache. Peripheral neuropathy yes. See HPI for details. Tingling/numbness yes. Tremor yes. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

**Vital Signs**

Wt: **196.4** lbs, Ht: 75 in, BMI: **24.55** Index, BP: **150/90** mm Hg, HR: 101 /min, RR: 20, Temp: 97.9, SaO2: 97.

**Examination**

GENERAL EXAM:
General: Well developed, well nourished white male in no acute distress.
ENT: Ears normal, nose normal, mouth and throat normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: No edema.
Neurological: Cranial nerves II through XII and peripheral neurological are intact.
Psych: Mood and affect appropriate.
Skin: Normal with no new rashes or lesions.
Musculoskeletal: Moves all extremities with normal range of motion.

**Assessments**

1. Essential hypertension - I10 (Primary)
2. Other chronic pain - G89.29
3. Primary insomnia - F51.01
4. PTSD (post-traumatic stress disorder) - F43.10
5. GAD (generalized anxiety disorder) - F41.1
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Primary osteoarthritis involving multiple joints - M15.9
8. Hyperglycemia - R73.9
9. Excessive drinking alcohol - F10.10
10. Current smoker - F17.200

**Treatment**

**1. Essential hypertension**
Continue amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Start Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30 days, 60, Refills 5
Start cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, Once a day As needed, 30 days, 15 Tablet, Refills 2
LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| **Cholesterol, Total** | **301** | **H** | **100-199 - mg/dL** |
| Triglycerides | 129 | | 0-149 - mg/dL |
| HDL Cholesterol | 65 | | >39 - mg/dL |
| LDL/HDL Ratio | 3.3 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 23 | | 5-40 - mg/dL |
| **LDL Cholesterol Calc** | **213** | **H** | **0-99 - mg/dL** |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST
LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 10.0 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **123** | **H** | **70-99 - mg/dL** |
| **BUN** | **5** | **L** | **6-20 - mg/dL** |
| Protein, Total, Serum | 7.6 | | 6.0-8.5 - g/dL |
| **Albumin, Serum** | **5.3** | **H** | **4.0-5.0 - g/dL** |
| Bilirubin, Total | 1.2 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 105 | | 44-121 - IU/L |
| **AST (SGOT)** | **102** | **H** | **0-40 - IU/L** |
| Potassium, Serum | 4.3 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 139 | | 134-144 - mmol/L |
| Chloride, Serum | 97 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.79 | | 0.76-1.27 - mg/dL |
| **ALT (SGPT)** | **143** | **H** | **0-44 - IU/L** |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **6** | **L** | **9-20 -** |
| Globulin, Total | 2.3 | | 1.5-4.5 - g/dL |
| **A/G Ratio** | **2.3** | **H** | **1.2-2.2 -** |
| eGFR | 116 | | >59 - mL/min/1.73 |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat

low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. This lab was reviewed by Beverly Young on 03/01/2023 at 11:29 AM CST

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 02/27/2023 12:49 PM)

| | Value | Reference Range |
|---|---|---|
| WBC | 8.5 | 4.1 - 10.9 K/uL |
| RBC | 5.74 | 4.20 - 6.30 M/uL |
| Hemoglobin | 18.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 55.9 | 37.0 - 51.0 % |
| MCV | 97.4 | 80.0 - 97.0 fL |
| MCH | 32.8 | 26.0 - 32.0 pg |
| MCHC | 33.6 | 31.0 - 36.0 g/dL |
| Platelets | 179 | 140 - 440 K/uL |
| Lymphs | 17.6 | 10.0 - 58.5 % |
| Monocytes | 9.2 | 0.1 - 24.0 % |
| Neutrophils | 73.2 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.8 | 0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2 | 2.0 - 7.8 |
| RDW | 12.2 | 11.5 - 14.5 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST > Pennington, Kerry 03/01/2023 08:17:21 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: -Urinalysis Microscopic (Collection Date & Time - 02/27/2023 04:18 PM)

| | Value | Reference Range |
|---|---|---|
| Glucose | 250 | NEG - |
| Bilirubin | neg | NEG - |
| Ketones | neg | NEG - |
| Specific Gravity | 1.010 | 1.001 - 1.035 |
| Occult Blood | neg | NEG - |
| pH | 7.0 | 4.6 - 8 |
| Protein | neg | NEG - |
| Urobili, Semi -Qu | 0.2 | 0 - 2.0 mg/dL |
| Nitrite | neg | NEG - |
| WBC Exterase | neg | NEG - |
| RBC | neg | 0 - 2 /HPF |
| WBC | neg | 0 - 2 /HPF |
| Epi Cell | rare | NEG - FEW |
| Bacteria | neg | NEG - |

---

**Progress Note: Kerry Pennington, MD 02/27/2023**

| | | |
|---|---|---|
| Yeast | neg | NEG - |
| Trich | neg | NEG - |
| Casts/Crystals | neg | NEG - |
| Clue Cells | neg | NEG - |

Notes :Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren Pennington, Kerry 02/27/2023 06:54:50 PM CST >

Notes:
**Add carvedilol 3.25 mg BID, #60 x 5 refills, check lab, continue other medications and a low salt diet. He is also given clonidine 0.2 mg to take as needed for elevated blood pressure, #15 x 2 refills.**

**2. Other chronic pain**
Notes:
**Continue follow-up with pain clinic as directed.**

**3. Primary insomnia**
Start traZODone HCl Tablet, 100 MG, 1 or 2 tablet(s) at bedtime, Orally, Once a day, 30 days, 60, Refills 5
Notes:
**Trazodone 100 mg 1 or 2 HS, #60 x 5 refills. Good sleep hygiene is discussed.**

**4. PTSD (post-traumatic stress disorder)**
Notes:
**Continue current meds and follow-up with BH later today.**

**5. GAD (generalized anxiety disorder)**
Notes:
**Continue current meds and follow-up with BH.**

**6. MDD (major depressive disorder), recurrent episode, moderate**
Continue DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, Notes to Pharmacist: dose increase
Notes: **Continue current meds and follow-up with BH.**

**7. Primary osteoarthritis involving multiple joints**
Notes:
**Continue current care and stay active without overuse.**

**8. Hyperglycemia**
LAB: -Hemoglobin A1C (Collection Date & Time - 02/27/2023 12:58 PM)

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 6.1 | 4.8 - 6.9 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST > Pennington, Kerry 03/01/2023 08:17:34 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at

---

08:17 AM CST

Notes:
**Check appropriate lab today and we will proceed from there.**

**9. Excessive drinking alcohol**
Notes:
**He will try to taper off.**

**10. Current smoker**
Notes: **He is encouraged to quit smoking and cessation is discussed. He is offered pills, patches and gum but declines intervention at this time.**

**11. Others**
Notes:
I have reviewed patient's current medication list above. Patient is advised to continue all other medications as previously prescribed and documented in previous notes, unless otherwise noted above. K. Pennington, MD
I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.

**Preventive Medicine**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Instructed on how to calculate BMI & importance. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW
83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW
81001 URINALYSIS, AUTO W/SCOPE
36415 VENIPUNCT, ROUTINE*
1034F CURRENT TOBACCO SMOKER
99406 BEHAV CHNG SMOKING 3-10 MIN
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

---

**BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023**

**Follow Up**
3 Months,prn
**Care Plan Details**



**Electronically signed by Kerry Pennington on 02/28/2023 at 02:53 PM CST**
**Sign off status: Completed**

---

BOBB, ADAM, 39 Y, M,

# CUMULATIVE REPORTS

-CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:49 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| WBC | 8.5<br>4.1 - 10.9 K/uL |
| RBC | 5.74<br>4.20 - 6.30 M/uL |
| Hemoglobin | 18.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 55.9<br>37.0 - 51.0 % |
| MCV | 97.4<br>80.0 - 97.0 fL |
| MCH | 32.8<br>26.0 - 32.0 pg |
| MCHC | 33.6<br>31.0 - 36.0 g/dL |
| Platelets | 179<br>140 - 440 K/uL |
| Lymphs | 17.6<br>10.0 - 58.5 % |
| Monocytes | 9.2<br>0.1 - 24.0 % |
| Neutrophils | 73.2<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.8<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2<br>2.0 - 7.8 |
| RDW | 12.2<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:21 AM CST > |

-Hemoglobin A1C

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:58 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Hemoglobin A1c | 6.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:34 AM CST > |

## -Urinalysis Microscopic

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>04:18 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Glucose | 250<br>NEG - |
| Bilirubin | neg<br>NEG - |
| Ketones | neg<br>NEG - |
| Specific Gravity | 1.010<br>1.001 - 1.035 |
| Occult Blood | neg<br>NEG - |
| pH | 7.0<br>4.6 - 8 |
| Protein | neg<br>NEG - |
| Urobili, Semi-Qu | 0.2<br>0 - 2.0 mg/dL |
| Nitrite | neg<br>NEG - |
| WBC Exterase | neg<br>NEG - |
| RBC | neg<br>0 - 2 /HPF |
| WBC | neg<br>0 - 2 /HPF |
| Epi Cell | rare<br>NEG - FEW |
| Bacteria | neg<br>NEG - |
| Yeast | neg<br>NEG - |
| Trich | neg<br>NEG - |
| Casts/Crystals | neg<br>NEG - |
| Clue Cells | neg<br>NEG - |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren<br>Pennington, Kerry 02/27/2023 06:54:50 PM CST > |

BOBB, ADAM,

Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Calcium, Serum | 10.0<br>8.7-10.2 mg/dL |
| Glucose, Serum | 123H<br>70-99 mg/dL |
| BUN | 5L<br>6-20 mg/dL |
| Protein, Total, Serum | 7.6<br>6.0-8.5 g/dL |
| Albumin, Serum | 5.3H<br>4.0-5.0 g/dL |
| Bilirubin, Total | 1.2<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 105<br>44-121 IU/L |
| AST (SGOT) | 102H<br>0-40 IU/L |
| Potassium, Serum | 4.3<br>3.5-5.2 mmol/L |
| Sodium, Serum | 139<br>134-144 mmol/L |
| Chloride, Serum | 97<br>96-106 mmol/L |
| Creatinine, Serum | 0.79<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 143H<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 6L<br>9-20 |
| Globulin, Total | 2.3<br>1.5-4.5 g/dL |
| A/G Ratio | 2.3H<br>1.2-2.2 |
| eGFR | 116<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. |

Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Cholesterol, Total | 301H<br>100-199 mg/dL |
| Triglycerides | 129<br>0-149 mg/dL |
| HDL Cholesterol | 65<br>>39 mg/dL |
| LDL/HDL Ratio | 3.3<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 23<br>5-40 mg/dL |
| LDL Cholesterol Calc | 213H<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > |

Subject **RE: Claim# 1220024325 Adam Bobb**
From Spears, Lakesha <Lakesha.Spears@lfg.com>
To mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
Date 2023-04-04 6:15 am

Hello Maria,

Thank you for the update.

Best,

Lakesha

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Adam Kel Bobb Iii
BNC#: 23GC455C36077

Office of Hearings Operations
SSA OHO HEARING OFC
RM 2405 FEDERAL BLDG
700 WEST CAPITOL AVE
LITTLE ROCK, AR 72201-3227
Tel: (866) 592-2549 / Fax: (833) 561-0423

October 16, 2023

*1002CIPA1000724*NOTAFP.X3.CIPAFP.ODARS.R23101.PS1K 0000000000000000HA12342310116869001025333

Adam Kel Bobb Iii

Dear Adam Kel Bobb Iii:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter**. You **must** request an interpreter so we can provide an interpreter **free of charge**. When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.



See Next Page

**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Sherri Rowland
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Marcus Lane Vaden
MARCUS VADEN P A
UNIT 102
600 S GERMAN LN
CONWAY, AR 72034-7081

*1083CIPA1000724*NOTAFP.X3.CIPAFP.ODARS.R23101L.PS1K 0000000000000000HA12342310166698001025333

NOV 13 2023

PITNEY BOWES
$4.23
US POSTAGE
FIRST-CLASS
ZIP 72034

MV
MARCUS VADEN
LAW

P.O. Box 205 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

NOV 13 2023

MV
MARCUS VADEN
LAW

November 8, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |
| | Date Appeal Due: | November 8, 2023 |

**THIS IS AN APPEAL**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Long Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter dated May 12, 2023, terminating his long term disability benefits--denying his claim seven months into the future. Since that time, his health has continued to decline. On November 1, 2023, I sent a request (via fax) that you provide me with the entire claim file on Mr. Bobb so that I may review all information relevant to his claim. Although I have not yet received his claim file, I have reviewed his medical records and his denial letter.

One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.,* 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California,* 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.,* 378 F.3d 113, 130 (1st Cir. 2004).

Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial Group subsequently seek to rely on any reasons not mentioned in the denial letter, benefits should be paid to date and a new appeal allowed.

This appeal will address how Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest, and attorney's fees.

**Summary of Applicable Law**

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker, Disability Plan v. Nord,* 538 U.S. 822, 830 (2003). ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins. Co v. Glenn,* 554 U.S. 105, 115 (2008) (emphasis added).

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.,* 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.,* 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.,* 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.,* 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett,* 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell,* 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.,* 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.,* 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012)

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." Bernstein v. CapitalCare, Inc., 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence...is evidence which a reasoning mind would accept as sufficient to support a particular conclusion...[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." LeFebre v. Westinghouse Elec. Corp., 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be substantial. *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

**Reasons this Decision to Terminate Benefits Violates ERISA**

**1. It is irrational to make a decision to terminate benefits based on a person's ability to function in a work setting due to their condition and limitations seven (7) months into the future.**

In the decision letter dated May 12, 2023, Lincoln Financial stated the decision to terminate benefits was based on a change in definition of disability that would not go into effect until December 15, 2023. Lincoln Financial claimed to believe that seven (7) months into the future, Adam would have the ability to perform other occupations. This illogical decision was based purely on speculation rather than evidence, as there is no scientific way to determine Adam's future health and limitations months in advance.

Not only did the prematurity of this decision deprive Adam of the benefit of months of treatment records, but it appears that no records from 2023 were considered in this decision at all. The restrictions and limitations upon which the decision is based were provided in a mere file review dated December 7, 2022—over a year prior to the date of change in definition of disability. In fact, it appears that Lincoln Financial chose to send Adam's outdated file out for an external peer review rather than to make any attempt to obtain updated records from his providers after August 25, 2022.

This is clearly not the result of a deliberate, principled reasoning process based on substantial evidence. Rather, this decision appears to have been made early in order to base it on as little evidence as possible.

**2. A plan <u>may not</u> arbitrarily dismiss the opinions of the claimant's treating doctors.[1]**

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.,* No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you *do* have to explain why when you disagree. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The denial letter never expressly addresses why the opinions of Adam's treating doctors were disregarded or discounted, or why they made a decision that would not allow for the consideration of up-to-date treatment records and opinions. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DePerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a disability consultant employed by Lincoln Financial

[1] *Black and Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).

Group, who has never seen Adam, to determine on the basis of outdated medical records alone that he is no longer disabled and can work a full-time job.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause chronic pain is not easily subject to objective verification, the Plan's decision to conduct only a file review supports a finding that the decision-making was arbitrary and capricious."

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, "without ever examining [the claimant], the Plan should not have made a credibility determination about [the claimant's] continuous reports of pain.

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the treating physicians' relationship with Ms. Reetz allowed them to personally observe the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she did not personally examine Ms. Reetz, could not have observed the fibromyalgia's effect, or assessed Ms. Reetz's credibility. Thus, the court finds that the treating physicians' medical opinions to be more reliable and probative of Ms. Reetz's condition than Dr. Khanna's report."

The decision letter does not reference any treatment records after his August 25, 2022, appointment with Dr. Pennington. On September 6, 2022, Dr. Pennington wrote:

> "I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues."

This opinion, submitted as part of his Social Security disability claim, is based on years of firsthand observations while treating Adam. I am including the above letter, as well as updated records from Mainline Health Systems, Jefferson Regional Medical Center, UAMS Orthopedic Clinic, and Arkansas Spine and Pain as attachments with this appeal. Additionally, I am continuing to request updated records up until 12/15/2023, as that is the medical evidence required to determine his functional capacity as of that date.

**3. A Plan may not arbitrarily dismiss subjective evidence.**

Consideration of all of Adam's treatment records from December 2021 to December 2023 is crucial for a full and fair review of this claim. Yet, as you will see from the long list of attachments at the end of this appeal, the restrictions and limitations relied upon in this decision are not supported by Adam's treatment history. There is a long list of exam findings that reflect pain hip and back pain. His treatment providers appear to believe his reported symptoms, including pain with continuous sitting and standing.

*Lee v. BellSouth Telecommunications, Inc.*, 318 F. App'x. 829, 837 (11th Cir. 2009) the court said: the consistent diagnosis of chronic pain syndrome by Lee's **physicians** along with the consistent observations of physical manifestations of her constitute **objective medical evidence** [to support the award of benefits.] **This is so because much medical evidence, especially as it relates to pain, is inherently "subjective"** in that it cannot be quantifiably measure. Indeed, the **only evidence of a qualifying disability** may sometime be the sort of evidence... characterize[d] as **"subjective," such as physical examinations and medical reports** by physicians, as well as the patient's own reports of his symptoms.

*Oliver v. Coca Cola Co.*, 479 F3d 1181, 1197 (11th Cir. 2007). "that a plan administrator had acted **arbitrarily and capriciously in denying benefits** to a claimant who suffered from fibromyalgia and chronic pain syndrome on the ground that he had not provided **"objective" evidence of his pain."**

*Lee V. BellSouth Telecomms., Inc.*, 318 Fed. Appx. 829, 837 (11th Cir. 2009). "[t]here is, quite simply, **no laboratory test to diagnose chronic pain syndrome**... Chronic pain syndrome is a **severely debilitating medical condition** that may be fully diagnosed only through **long-term clinical observation."**

**Conclusion**

Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from working and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The conclusion that he can perform another occupation is not based on evidence, as occupational analysis cannot be properly performed without an accurate assessment of his current functioning. The objective and subjective evidence supports Adam's claim for disability benefits, even after the definition of disability change in his policy.

Benefits should be immediately reinstated and attorney fees reimbursed. Should you maintain your denial of benefits we will be eager to litigate this in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

**Attachments**

1. UAMS Orthopedic Clinic – Colonel Glenn
   - 12/16/2021 (Michael D. Cassat, M.D): The patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine.
   - 12/16/2021 (Mary M. Cornaghie, M.D.): New Patient. Diagnosis: right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity. **Exam:** Right Hip: Limited flexion or extension with pain. Pain with range of motion. MRI of the right hip shows evidence of a superior labral tear. **Positive** FABERS Test. **Positive** Grind test. Assessment and Plan: 38 y.o. male who sustained a right hip superior labral tear plan for a diagnostic injection to the right hip. He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks.
   - 12/16/2021 (Lawrence O'Malley, M.D.): I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note.

2. Jefferson Regional Medical Center
   - 12/27/2021 (David G. Jong, M.D.): **MRI of Lumbar Spine:** Findings: At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.
   - 2/9/2022 (William Deaton, MD): **MRI of Cervical Spine**: Impression: At C6-7 there is **diffuse disc bulge** and **bony spur**. There is <u>moderate to severe</u> left foraminal stenosis. At C5-6 there is minimal **disc bulge**. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis.

3. Arkansas Spine and Pain - Jacksonville
   - 1/25/2022 (John Brown, M.D.): New Patient Consult: Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8. Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped. Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or

evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities. **Exam:** Cervical Spine: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical. Lumbar Spine: Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild. There is pain noted with lumbar extension. Left lateral flexion of the lumbar spine is noted to be 20 degrees. Left lateral flexion causes pain. Right lateral flexion of the lumbar spine is noted to be 20 degrees. Right lateral flexion reveals pain.

- 1/25/2022 (John Brown, M.D): **Procedure:** Trigger Point Injections. Pre-procedure/post-procedure diagnosis: myofascial cervical pain and chronic pain syndrome.
- 1/25/2022 (John Brown, M.D.): Physical Therapy Order: Diagnoses: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A). Instructions: 3x/week for 4 weeks.
- 2/21/2022 (John Brown, M.D.): **Exam**: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Lumbar Spine: Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. **Positive** stress testing, **positive** iliac compression testing, **positive** Patrick's test.
- 3/23/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/13/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/18/2022 (John Brown, M.D.): **Exam:** Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is

noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Minimal tenderness. Previous right SIJ injections helpful. Elevated the blood pressure a little. Still benefitting from the hydrocodone. Tolerated well.

- 6/8/2022 (John Brown, M.D.): Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching. Continue Tizanidine 4mg (1/day), Hydrocodone 5mg-acetaminophen 325mg (2x/day).
- 10/5/2022 (John Brown, M.D.): Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

4. Mainline Health Systems
    - 9/6/2022 (Kerry Pennington, M.D.): Opinion letter.
    - 2/27/2023 (Kerry Pennington, M.D.): Treatment: 1. Essential Hypertension. Continue amlodipine, hydrochlorothiazide. Start Carvedilol, clonidine HCL.2. Other chronic pain. Continue follow-up with pain clinic as directed. 3. Primary Insomnia. Start trazadone 100mg. 4. PTSD. 5. General Anxiety Disorder. 6. Major depressive disorder, recurrent episode, moderate. 7. Primary arthritis involving multiple joints. Continue current care and stay active without overuse. 8. Hyperglycemia. A1C 6.1.

5. Updated Information regarding claimant's pending Social Security case.
    - Your denial letter dated 5/12/2023 stated "Your client's Social Security information was requested on 2/17/2023; however, to date we have not received this information."
    - 4/3/2023: Email response from my assistant sent to Lakesha Spears at Lincoln Financial Group updated her of the status of Adam Bobb's SSDI claim with 4/4/2023 reply from Lakesha thanking us for the update.
    - 10/16/2023: Confirmation from SSA of receipt of Request for Hearing.

TX Result Report

P 1
11/08/2023 12:50
Serial No. AA2J011020699
TC: 29382

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 14023611460 | 11-08 11:57 | 00:01:21 | 002/069 | T-42 | |
| 14023611460 | 11-08 12:02 | 00:01:38 | 002/069 | T-42 | |
| 14023611460 | 11-08 12:07 | 00:02:00 | 003/069 | T-42 | |
| 14023611460 | 11-08 12:12 | 00:38:07 | 062/069 | OK | |

Note TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**

**The Lincoln National Life Insurance Company**

Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 00001020137500000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**

**The Lincoln National Life Insurance Company**

Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 00001020137500000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Visit date: 12/16/2021

**12/16/2021 - Procedure visit in UAMS Orthopedic Clinic- Colonel Glenn**

**Other Doctors' Notes**

**Pr ess Notes**

**Michael D Cassat, MD at 12/16/2021 1230**

Author: Michael D Cassat, MD Service: — Author Type: Physician
Filed: 12/16/2021 12:27 PM Encounter Date: 12/16/2021 Status: Signed
Editor: Michael D Cassat, MD (Physician)

After informed consent and time out, the patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine. The patient tolerated this well and was given post injection instructions.

Electronically signed by Michael D Cassat, MD at 12/16/2021 12:27 PM

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn**

**Other Doctors' Notes**

**Progress Notes**

**Mary M Cornaghie, MD at 12/16/2021 1100**

| | | |
|---|---|---|
| Author: Mary M Cornaghie, MD | Service: — | Author Type: Resident |
| Filed: 12/19/2021 9:09 AM | Encounter Date: 12/16/2021 | Status: Attested |
| Editor: Mary M Cornaghie, MD (Resident) | | Cosigner: Lawrence O'Malley, MD at 12/19/2021 9:09 AM |

**Attestation signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM**

I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note. - Lawrence O'Malley, MD

**UAMS**
**Orthopaedic Clinic-New Patient**

**Name: Bobb, Adam**
**DOB:**
**MRN: 003853484**

**Date of Visit: 12/16/2021**

**Diagnosis:**
**right hip pain**

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Hip Pain
  *right*

**HPI:**

Adam K Bobb is a 38 y.o. male who presents to clinic as a new patient for evaluation of right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity

**Past Medical History:**
**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • No Active Ambulatory Problems | |

**Resolved Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|

**Other Doctors' Notes (continued)**

- No Resolved Ambulatory Problems

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hypertension | |

**Past Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC SURGERY | | |

**Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take 10 mg by mouth daily. | | |

No current facility-administered medications for this visit.

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Sulfa (Sulfonamide Antibiotics) | |

**Social History:**
**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Tobacco Use** | |
| • Smoking status: | Current Every Day Smoker |
| • Smokeless tobacco: | Current User |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Yes |
| • Drug use: | Never |
| • Sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

**Other Doctors' Notes (continued)**

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses: Not on file

Food Insecurity:
- Worried About Running Out of Food in the Last Year: Not on file
- Ran Out of Food in the Last Year: Not on file

Transportation Needs:
- Lack of Transportation (Medical): Not on file
- Lack of Transportation (Non-Medical): Not on file

Physical Activity:
- Days of Exercise per Week: Not on file
- Minutes of Exercise per Session: Not on file

Stress:
- Feeling of Stress : Not on file

Social Connections:
- Frequency of Communication with Friends and Family: Not on file
- Frequency of Social Gatherings with Friends and Family: Not on file
- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: Not on file
- Attends Club or Organization Meetings: Not on file
- Marital Status: Not on file

Intimate Partner Violence:
- Fear of Current or Ex-Partner: Not on file
- Emotionally Abused: Not on file
- Physically Abused: Not on file
- Sexually Abused: Not on file

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Maternal Uncle | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Paternal Uncle | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Grandfather | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Grandfather | |
| • No Known Problems | Other | |
| • Anesthesia problems | Neg Hx | |
| • Cancer | Neg Hx | |
| • Bleeding disorder | Neg Hx | |
| • Collagen disease | Neg Hx | |

**Other Doctors' Notes (continued)**

| | |
|---|---|
| • Diabetes | Neg Hx |
| • Hypertension | Neg Hx |
| • Osteoporosis | Neg Hx |
| • Rheum arthritis | Neg Hx |
| • Scoliosis | Neg Hx |
| • Heart disease | Neg Hx |
| • Lung disease | Neg Hx |
| • Arthritis | Neg Hx |
| • Stroke | Neg Hx |

**ROS:**
A complete 14 point review of systems was negative except for HPI

**EXAM:**
**Vital Signs:** BP (!) 140/97 | Pulse 112 | Temp 97.7 °F (36.5 °C) (Oral) | Ht 1.905 m (6' 3") | Wt 87.5 kg (193 lb) | BMI 24.12 kg/m²

**PHYSICAL EXAM:**
General: NAD, A/O times 4
Eyes: Normal tracking
Cv: Brisk capillary refill
Pulm: Non-labored breathing
Abd: Nondistended
MSK:
**RIGHT HIP**: Inspection no ecchymosis. no significant tenderness palpation. Limited flexion or extension with pain. Pain with range of motion. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Positive FABERS Test. Normal Obers Test. Normal Thomas Test. Positive Grind test. Negative Snapping hip.

**FINDINGS – IMAGING STUDIES:**

MRI of the right hip shows evidence of a superior labral tear

**ASSESSMENT AND PLAN**

38 y.o. male who sustained a right hip superior labral tear

plan for a diagnostic injection to the right hip
He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks

Meg Cornaghie, MD
Orthopaedic Surgery, PGY-3
Pager 405-2825

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

Patient seen and discussed with Dr. Omalley

Electronically signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM
Electronically signed by Mary M Cornaghie, MD at 12/19/2021 9:09 AM

# END OF REPORT

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8249570 MRN:000313058
Care Provider: Brown, John

**Radiology**

| | | |
|---|---|---|
| MRI C-Spine Wo Contrast | 2022-02-09 15:06 | 1 or more Final Results Received |

Image — Final

MRI C-Spine Wo Contrast — Final

PROCEDURE: MRI of the cervical spine

DATE: 2/9/2022

COMPARISON: None

HISTORY: Neck pain and radiculopathy.

TECHNIQUE: Study was performed with multisequence and multiplanar imaging.

FINDINGS:
Alignment of the cervical spine is unremarkable. Vertebral bodies are of normal height. Marrow signal is unremarkable. There is no abnormal signal within the cervical cord. Craniovertebral junction appears normal.

At C2-3 and C3-4 there is no disc bulge or herniation. There is no stenosis.

At C4-5 there is no significant disc bulge or herniation. There is no stenosis.

At C5-6 there is minimal disc bulge. There is no central canal stenosis. There is some uncovertebral spurring producing mild right foraminal stenosis and mild to moderate left foraminal stenosis.

At C6-7 there is diffuse disc bulge and bony spur. There is no significant central canal stenosis. There is uncovertebral spurring on the left producing moderate to severe left foraminal stenosis. There is no significant right foraminal stenosis.

IMPRESSION:
At C6-7 there is diffuse disc bulge and bony spur. There is moderate to severe left foraminal stenosis. No central canal stenosis or right foraminal stenosis.

At C5-6 there is minimal disc bulge. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis. No central canal stenosis.

Signed by William Deaton, MD 2/9/2022 3:06 PM

John Brown - Referring Physician

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8200803 MRN:000313058
Care Provider: Pollard MD, Alan

**Radiology**

| | | |
|---|---|---|
| MRI L-Spine Wo Contrast | 2021-12-27 08:53 | 1 or more Final Results Received |

Image — Final

MRI L-Spine Wo Contrast — Final

DATE OF EXAM: 12/27/2021 7:47 AM

PROCEDURE: MR L-Spine Without Contrast

COMPARISON: None

HISTORY: EVALUATE LUMBAR SPINE FOR DEGENERATIVE CHANGES

FINDINGS: Vertebral bodies are numbered assuming 5 lumbar-type vertebral bodies. Vertebral body height and signal intensity are within limits of normal. Conus medullaris terminates at L1 and is without evidence of a focal abnormality.

At L1-L2, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L2-L3, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L3-L4, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.

At L5-S1, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

IMPRESSION: Degenerative disc disease L4-5

Signed by David G Jong, MD 12/27/2021 8:53 AM

Alan Pollard MD - Referring Physician

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 10-05-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 04221024000135 2

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 75.00 Weight (lbs): 210.00 **BP:** 150/112 mm Hg.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***

**Lumbar Spine**: ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**

**Order No: SCL042672 Dated: 10-05-2022 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

**Order No: SCL042673 Dated: 10-05-2022 Lab: INHOUSE**

**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN

I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**

**Order No: SCL25444 Dated: 10-05-2022 Rad: Any Lab**

**Magnetic Resonance Imaging**: MRI Lumbar Spine without CM

**Assessment and Plan**

**ICD: Chronic pain syndrome (G89.4)**

**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.

Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.

His pain level today is improved.

Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.



back to top

Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-CESI left at C5-C6 and C6-C7
-Get fresh lumbar MRI in light of the new right LE symptoms
-Refill Norco
- Check on back brace and TENS unit

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications: Norco

Pill count: 0/60

Last filled: 08/03/22

UDS: negative

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC after procedure

**ICD: Sleep apnea (G47.30)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)



back to top

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** Procedure scheduled

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 10-05-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 06-08-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every Night Refills: 2
1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 042210240001352

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL033488 Dated: 06-08-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.
Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

- Continue with neck and lower back stretches.
-Refill Norco
-Continue muscle relaxant

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.



back to top

Bobb, Adam Male

04221024000L352

- Current Medications: Norco

Pill count: 44/60

Last filled: 05/31/22

UDS: +opi

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:
- (G47.30)
- (G89.4)
- (I10)
- (M46.1)
- (M51.36)
- (M25.551)
- (M47.812)
- (M79.18)
- (S73.191A)
- (Z79.899)

**Follow Up:** 2 Months

**Prescription**
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60



back to top

Bobb, Adam Male

Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 06-08-2022.*



back to top

Bobb, Adam Male 04221824000352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 04-18-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities. He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 2
Refills: 0



back to top

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided paln and no left sided paln. Mlnlmal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL029444 Dated: 04-18-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-He will get results of the the cervical MRI and bring with him
-Consider CMBB. Doing well after the Cervical TPIs. Continue stretching
-continue current pain med regimen

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Norco 5

Pill count: 23/60 Last filled: 03/31/22



back to top

Bobb, Adam Male

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: +opi confirmation 02/21/22

- RTC in 2 months.

**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(M54.2)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

Bobb, Adam Male

0422102400001352

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-18-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankle Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**School/Work Excuse**

**DATE: 04-13-2022**

**NAME: Adam Bobb**
**DOB:**
**ADDRESS:**

**EMPLOYER:**
**PHYSICIAN NAME: Tatyana Stepanenko MD**

To Whom It May Concem:

This is to certify that the above patient is under my professional care.

This is to further certify that the above patient was seen in our office today.

Appointment time: 01:30PM

T. Stepanenko

**Tatyana Stepanenko, MD**



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankle Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb

**MR#** SCL39265

**Date of Operation:** 04-13-2022

**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia:**Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:-** An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications.



back to top

Bobb, Adam Male

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam**: SI joint tenderness

**Post-op exam**: Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 04-13-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankle Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name** : Adam Bobb
**MR#** SCL39265
**Date of Operation**: 03-23-2022
**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia**:Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:**- An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications



back to top

Bobb, Adam Male

042210240001352

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam**: SI joint tenderness

**Post-op exam**: Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 03-23-2022.

Bobb, Adam Male

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 02-21-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days., Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1



back to top

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp*, *joint swelling*, *muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by***

***the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Positive stress testing, positive iliac compression testing, positive patricks test***

**Lab Order**
**Order No: SCL025181 Dated: 02-21-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL025193 Dated: 02-21-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without - results pending

Schedule right SIJ injection in White Hall

Has RX for PT for neck and lower back. He will do that soon.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

Medication

-Refill Norco 5 #60

UDS - negative POC. Confirmation ordered



back to top

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-21-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

## Physical Therapy Order

**Patient:** Adam Bobb
**DOB:**
**Address:**

**Ordered on:** 01-25-2022

**Home Phone:**
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)
Lumbar degenerative disc disease (M51.36)
Chronic right hip pain (M25.551)
Cervical spondylosis (M47.812)
Cervical myofascial pain syndrome (M79.18)
Labral tear of right hip joint (S73.191A)

**Instructions:**
Physical Therapy and evaluate and treat: 3x/wk for 4 weeks

John M Brown , DO

Bobb, Adam Male

0422102400001352

Arkansas Spine and Pain
CENTER OF EXCELLENCE

5700 West Markham Street, Little Rock AR 72205 - 3328
Tel: 501 227-0184 , Fax: 501-227-0187

**Urine Definitive/Confirmatory Drug Testing Order Form**

**PATIENT DEMOGRAPHICS**
**Patient**: Adam Bobb
**Age/Sex**: Male 38 year
**Date**: 01-25-2022

**GUARANTOR & INSURANCE INFORMATION**
**Insurance**: Medicaid
**Guarantor**: Bobb Adam

Rationale for confirmatory drug testing is that the Patient has a chronic pain and is with ORT considered to be low.

**Urine Definitive/Confirmatory Drug Testing Orders**

1. asap confirmation on lcms full panel

**The above definitive/confirmatory tests are reasonable and necessary for the following:**

1. New patient testing as part of history and exam to support initial treatment decisions

**Summary of Definitive Drug Tests Results**

1. results as expected = consistent with history and 1-prescribed medication(s)

**Treatment Plan after UDS Confirmation**

1. based on definitive drug test results and clinical evaluation, continue medications as prescribed

**Diagnosis**: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A), Cervicalgia (M54.2), Encounter for long-term (current) use of other medications (Z79.899), Cervical radiculopathy (M54.12)

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Disclosure:
AB 130D Ammended Labor Code 5703, requires all physician statements and reports to include the following as a condition of admission and payment: I have not Violated Labor Code section 139.3 and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Dated this 01-27-2022 at Alameda County, California.



back to top

Bobb, Adam Male

0422102400001352

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name :** Adam Bobb

**MR#** SCL39265

**Date of Operation:** 01-25-2022

**DOB:**

**Trigger Point Injection(s)**

**Pre-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Post-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Procedure:** **Trigger Point Injection(s)**

**Attending Doctor:** Mr. John Brown, M.D.

**Anesthesia:** Local

**Description of Procedure:** After informed consent was obtained, the area of interest was palpated and the trigger points were identified and marked. There was/were a total of 4 site(s). These were located at the trapezius muscle and lower cervical paraspinal area musculature. After prepping and draping the area in the usual sterile fashion a 25 guage 1 1/2 inch needle was used to inject a total of of 1% lidocaine 1 ml / 4 mg dexamethasone distributed equally at each of the previously described site. There was no heme or paresthesias, nor air elicited from at any location (injections over lung areas). The patient tolerated the procedure well, all needles were removed intact. Hemostasis was maintained, and there were no paresthesias or complications.

Ultrasound Guidance: No

**Disposition:** After a period of observation, the patient's vital signs remained stable. The patient was then discharged to home with supervision in good condition and given written discharge instructions and instructed to contact our office for follow-up appointment.

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Mr. Adam Bobb
**DOE**
**Referral Source(s):** Dr. Kerry Pennington.
**Date:** 01-25-2022
**Reason for Visit:** New Patient Consult

**History of Present Illness**
Adam is a pleasant 38 year old male, who presents to our office for a new patient consultation.

***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.

**Past Medical History**
Sleep apnea G47.30 (780.57)
HTN (hypertension) I10 (401.9)

**Surgical History**
Heart surgery

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46



back to top

has good hygiene.
**ENT:** Oral mucosa is moist and pink. He has good dentition. On examination, tongue appears to be normal.
**Eyes:** Pupils are equal and round and reactive to light and accommodation. Sclera appears to be clear. Conjunctiva is normal. .
**Neck:** There is no deviation of trachea from midline. On examination, there is no evidence of thyroid gland enlargement.
**Respiratory:** Normal breathing Chest is clear to auscultation. There is no rales or rhonchi noted. .
**Cardiovascular:** Rate and rhythm is regular. There is no evidence of pedal edema.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical.***
**Thoracic Spine:** There is no evidence of atrophy or asymmetry noted in the thoracic spine. No tenderness at thoracic paraspinal muscles and facet joint lines are noted. Range of motion of the thoracic spine is normal with both flexion and extension without pain. There is evidence of crepitation, laxity or instability noted in the thoracic spine. **trigger points** No.
**Lower Extremities:** Edema not noted.
**Lumbar Spine:** Inspection of the lumbar spine reveals no scoliosis. ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild*** There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness. ***Anterior flexion of lumbar spine is noted to be 70 degrees.*** Anterior lumbar flexion causes pain. Extension of lumbar spine is noted to be full at 30 degrees. There is pain noted with lumbar extension. ***Left lateral flexion of the lumbar spine is noted to be 20 degrees.*** Left lateral flexion causes pain ***Right lateral flexion of the lumbar spine is noted to be 20 degrees.*** Right lateral flexion reveals pain There are no palpable trigger points in the muscles.
**Joints-Shoulder: Right Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion. ROM of the shoulder is full. The stress test is normal. There is no cast. Right shoulder is non-tender to palpation. No right shoulder swelling noted. There is no ecchymosis noted over the right shoulder. No right sided shoulder crepitus noted. No right shoulder deformity noted. There is no atrophy of the right shoulder noted. No right shoulder effusion noted. Shoulder ROM: . Right Shoulder Labral Test Findings: Negative. Right scapula winging grade: 0. Right shoulder bicep test: Negative. Right shoulder impingement: Negative. Right shoulder O'brien's test: Negative. Right shoulder popeye sign: Negative. Right shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Can not do stress testing due to injury.
**Left Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion noted. ROM of the shoulder is full. The stress test is normal. There is no cast. Left shoulder is non-tender to palpation. No left shoulder swelling is noted. There is no ecchymosis present over the left shoulder. No left sided shoulder crepitus noted. No left shoulder deformity noted. There is no atrophy of the left shoulder noted. No left shoulder effusion noted. Left Shoulder Labral Test Findings: Negative. Left scapula winging grade: 0. Left shoulder bicep test: Negative. Left shoulder impingement test: Negative. Left shoulder O'brien's test: Negative. Left shoulder popeye sign: Negative. Left shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Cannot do stress testing due to injury.
**Joints- Elbows:** Elbows are non-tender, without crepitus or effusion. Joints are stable and ROM is normal.
**Joints- Wrists:** Wrists are non-tender, without crepitus or effusion. Joints are stable and ROM is normal. Phalen's sign test: No sign of altered or loss of feeling or strength, or pain in the hand, wrist, arm, or neck noted . Tinel's sign test: Negative .



back to top

**Joints- Hips/ SI Joint:** Gaenslen's Test: negative right, negative left. Left Hip ROM: Tested. Yeoman's Test: negative right, negative left. Yeoman's Test: negative right, negative left. Patrick's Test: negative right, negative left. Right Hip ROM: negative right, negative left. Pain with internal rotation Lumbar spine is noted to be stable. Positive
**Joints-Knee:** On knee examination, right knee appears to be normal. On knee examination, right knee appears to be normal. Right knee is non-tender to palaption. There is no tenderness noted in the anterior knee region. There is no swelling noted in the right knee region. There is no ecchymosis noted on the right knee. Right knee effusion is absent. Right knee compartment testing is performed. Right knee patellofemoral exam has normal findings. Right Knee Ligament Testing: Normal findings. On examination, left knee appears to be normal.
**Left Knee**: Left knee is tender to palaption. There is no tenderness present over the anterior part of the left knee region. There is no swelling noted in the left knee region. There is no ecchymosis noted on the left knee. Left knee effusion is absent. Compartment testing: Performed. Left Patello-Femoral Exam Findings: Normal. Let Knee Ligament testing: Normal.
**Joints- Ankles:** Ankles are non-tender, without crepitus or effusion bilaterally. Joints are stable and ROM is also normal.
Ankles appear normal to inspection without any evidence of erythema or edema. There is normal ankle range of motion noted bilaterally.
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
**Neurology - Straight Leg Raising:** Right: normal 90 degrees. Left: normal 90 degrees.
**Neurology - Motor Strength:**
Left UE strength - Flexors: 5/5. Right UE strength - Flexors: 5/5.
Left UE strength - Extensors: 5/5. Right UE strength - Extensors: 5/5.
Left UE Tone: Normal.
Right UE Tone: Normal.
Left LE strength - Flexors: 5/5. Right LE strength - Flexors: 5/5.
Left LE strength - Extensors: 5/5.
Right LE strength - Extensors: 5/5.
Left LE Tone: Normal. Right LE Tone: Normal.

**Neurology - Sensation:** There is normal sensation noted in the head region on the left side. There is normal sensation noted in the head region on the right side. There is normal sensation noted in the left shoulder. There is normal sensation noted in the right shoulder. Chest has normal sensation on the left side. Chest has normal sensation on the right side. There is normal sensation noted in the trunk on the left side. There is normal sensation noted in the trunk on the right side. Back examination reveals normal sensation on the left. Back examination reveals normal sensation on the right. Left elbow has normal sensation. Right elbow has normal sensation. There is normal sensation noted in the left arm. There is normal sensation noted in the right arm. Left wrist has normal sensation. Right wrist has normal sensation. Left fingers has normal sensation. Right fingers has normal sensation. Normal sensation has been noted in the abdomen. There is normal sensation noted in the left hip. There is normal sensation noted in the right hip. There is normal sensation noted in the left thigh. There is normal sensation noted in the right thigh. There is normal sensation noted in the left knee. There is normal sensation noted in the right knee. There is normal sensation noted in the left ankle. There is normal sensation noted in the right ankle.
**Neurology - Deep Tendon Reflexes:**
Left biceps (DTR): 2+. Right biceps (DTR): 2+.
Left triceps (DTR): 2+. Right triceps (DTR): 2+.
Left brachioradialis (DTR): 2+. Right brachioradialis (DTR): 2+.
Left patellar (DTR): 2+. Right patellar (DTR): 2+.
Left achilles (DTR): 2+. Right achilles (DTR): 2+.
Babinski: - negative on the right, negative on the left side.



back to top

Bobb, Adam Male

**Lab Order**
**Order No: SCL023308 Dated: 01-25-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL023338 Dated: 01-25-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL23444 Dated: 01-27-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Cervical Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without
Cervical TPI today
Schedule lumbar ESI L4-L5
Continue PT for the hip. Will give RX for PT for neck and lower back.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- I Have started the following medications for better pain control:
START
HC 5 twice daily #14 for one week ( Medicaid) then #46 if effective for him
Tizanidine 4 mg at bedtime #30

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose.



back to top

The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: Sending for confirmation.

- Lab Order:
ASAP Confirmation on LCMS Full Panel

The above Definitive UDT is reasonable and necessary for the following circumstances:

1- New patient testing as part of history and exam to support initial treatment decisions
2- Identify specific substance(s) and/or metabolite(s) inadequately detected or not detected by presumptive screen
3- Identify specific medication(s) or drug(s) in a class (e.G., benzodiazepines, barbiturates, opioids, antidepressants)
4- Definitive concentration of medication(s), drug(s), and/or metabolites needed to guide management
5- Identify a negative, or confirm a positive presumptive screen result inconsistent with a patient's self-report, presentation, medical history, or current prescribed medication
6- Rule out an error as the cause of an unexpected presumptive screen result
7- Identify non-prescribed medication or illicit drug use for ongoing safe prescribing of controlled substances
8- Results needed for differential assessment of Treatment efficacy, Side effects and Possible drug interaction
9- Identify substances that may present high risk for additive or synergistic interaction with prescription medication (e.G., alcohol)
10- Random testing

- Informed consent was obtained, risk of procedure were explained including but not limited to bleeding, infection, pneumothorax, paralysis, numbness, headache, reaction to the medication, nerve damage and death. The patient understood and agreed with injection.***Patient has received educational material regarding upcoming injection as well as pre-procedural instructions******

- Advised patient I will only be acting as their pain physician and treat for all pain related issues. Patient as been advised to maintain relationship with PCP for all other medical issues and has verbalized understanding of this.

- ASAP narcotic contract has been discussed in detail with patient today. Patient has verbalized understanding of this contract.

- Safety Assessment: Today the patient denied homicidal and suicidal ideation, intent, and plan. Based on my assessment of the patient today, the patient can continue to be safely managed on an outpatient basis.

- RTC in 4 weeks

ASAP URINE DRUG SCREEN - Confirmation

**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Cervicalgia (M54.2)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (45 min) (99204)**



back to top

Bobb, Adam Male

ICDs:
- (G89.4)
- (M51.36)
- (M25.551)
- (M47.812)

**Trigger Point, 1or 2 Muscles (20552)**

ICDs:
- (M54.2)

**Drug Test Prsmv Chem Anlyzr (80307)**

ICDs:
- (Z79.899)

**Follow Up:** 4 Weeks

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO

*This has been electronically signed by John Brown, DO*

*Date: 01-25-2022.*



back to top

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

Re: Adam Bobb
DOB:

Dear Sirs:

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

Kerry F. Pennington, M.D.

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

mainlinehealth systems, inc.

BOBB, ADAM
39 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS
Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

02/27/2023 Progress Notes: Kerry Pennington, MD

**Reason for Appointment**

1. HTN 6 MO F/U, see HPI for complaints, B.Thiele,LPN 2/27/23
2. RX: Drug room pharmacy, B.Thiele,LPN 2/27/23
3. DUE: Wellness and HIV screening, B.Thiele,LPN 2/27/23

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Nearly every day, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Several days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 17, Interpretation Moderately severe depression. Intervention Follow-Up for Depression Currently treated for depression and/or bipolar related diagnosis, Depressiong Screening Findings Positive.

Visit HPI:

This patient is here for follow-up of hypertension, but complains of multiple issues, including peripheral neuropathy, insomnia, increased moodiness, he is drinking 60 beer per week. He denies chest pain, dyspnea, GI or GU complaints. His blood sugars have been in the 200 to 300 range for the past few weeks, with no specific history of diabetes.

**Current Medications**

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Notes to Pharmacist: dose increase

**Discontinued**

- Dexamethasone 0.75 MG Tablet as directed Orally Once a day , Notes to Pharmacist: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
- LORazepam 1 MG Tablet TAKE 1 TABLET BY MOUTH 45 MINUTES BEFORE PROCEDURE

Medication List reviewed and reconciled with the patient

**Past Medical History**

Hypertension.
Anger issue.

**Surgical History**

heart surgery at 2 years old

**Family History**

Father: unknown

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
1 son(s), 1 daughter(s).
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23.

### Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 02/27/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 02/27/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? Yes, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? Yes, 3. People who have episodes like this often have changes in their thinking and behavior at the same time, like being more talkative, needing very little sleep, being very restless, going on buying sprees, and behaving in many ways they would normally think inappropriate. Did you ever have any of these changes during your episodes of being excited and full of energy or very irritable or grouchy? Yes.
Depression Screening Completed: yes, Thiele, Brandi 02/27/2023 11:59:14 AM CST > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Thiele, Brandi 02/27/2023 12:00:19 PM CST > , Yes:.
Smoking: yes, Thiele, Brandi 02/27/2023 12:00:28 PM CST > , , YES.
Recreational drug use: yes, Thiele, Brandi 02/27/2023 12:00:33 PM CST > , Denies.
Alcohol: yes, Beer, DAILY, 2 30-PACKS of Beer a week, B.Thiele,LPN 2/27/23.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 02/27/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Thiele, Brandi 02/27/2023 12:01:41 PM CST > , Occasionally.
Exercise: yes, Thiele, Brandi 02/27/2023 12:01:53 PM CST > , > , Per Age.
Travel outside US: yes, Thiele, Brandi 02/27/2023 12:02:03 PM CST > , No.
Sexually active: yes, Thiele, Brandi 02/27/2023 12:02:09 PM CST > , , Yes.
Herbal & OTC medications: yes, Thiele, Brandi 02/27/2023 12:02:18 PM CST > , , PRN.
Advance Directive: yes, Thiele, Brandi 02/27/2023 12:02:29 PM CST > , No.
Diabetic testing: yes, Thiele, Brandi 02/27/2023 12:02:33 PM CST > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

### Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

### Hospitalization/Major Diagnostic Procedure

see above

### Review of Systems

Psychiatry:

Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia , yes.

---

**Progress Note: Kerry Pennington, MD 02/27/2023**

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxsymal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Insomnia yes. Opioid management yes. Pain quality yes. See HPI for details. Sleep Problems. Weakness no. Weight gain none. weight loss none

Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. See HPI for details. Sleep disturbance yes. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.
Musculoskeletal:
muscle spasms no. Arthritis no. Back pain , Yes. Joint stiffness No. Neck pain yes. Tingling/numbness yes, BLE.
Neurology:
lightheaded no. numbness , yes, BLE. Convulsions no. no Headache. Peripheral neuropathy yes. See HPI for details. Tingling/numbness yes. Tremor yes. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

**Vital Signs**

Wt: **196.4** lbs, Ht: 75 in, BMI: **24.55** Index, BP: **150/90** mm Hg, HR: 101 /min, RR: 20, Temp: 97.9, SaO2: 97.

**Examination**

GENERAL EXAM:
General: Well developed, well nourished white male in no acute distress.
ENT: Ears normal, nose normal, mouth and throat normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: No edema.
Neurological: Cranial nerves II through XII and peripheral neurological are intact.
Psych: Mood and affect appropriate.
Skin: Normal with no new rashes or lesions.
Musculoskeletal: Moves all extremities with normal range of motion.

**Assessments**

1. Essential hypertension - I10 (Primary)
2. Other chronic pain - G89.29
3. Primary insomnia - F51.01
4. PTSD (post-traumatic stress disorder) - F43.10
5. GAD (generalized anxiety disorder) - F41.1
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Primary osteoarthritis involving multiple joints - M15.9
8. Hyperglycemia - R73.9
9. Excessive drinking alcohol - F10.10
10. Current smoker - F17.200

**Treatment**

**1. Essential hypertension**
Continue amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Start Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30 days, 60, Refills 5
Start cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, Once a day As needed, 30 days, 15 Tablet, Refills 2
LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| **Cholesterol, Total** | **301** | **H** | **100-199 - mg/dL** |
| Triglycerides | 129 | | 0-149 - mg/dL |
| HDL Cholesterol | 65 | | >39 - mg/dL |
| LDL/HDL Ratio | 3.3 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 23 | | 5-40 - mg/dL |
| **LDL Cholesterol Calc** | **213** | **H** | **0-99 - mg/dL** |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST
LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 10.0 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **123** | **H** | **70-99 - mg/dL** |
| **BUN** | **5** | **L** | **6-20 - mg/dL** |
| Protein, Total, Serum | 7.6 | | 6.0-8.5 - g/dL |
| **Albumin, Serum** | **5.3** | **H** | **4.0-5.0 - g/dL** |
| Bilirubin, Total | 1.2 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 105 | | 44-121 - IU/L |
| **AST (SGOT)** | **102** | **H** | **0-40 - IU/L** |
| Potassium, Serum | 4.3 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 139 | | 134-144 - mmol/L |
| Chloride, Serum | 97 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.79 | | 0.76-1.27 - mg/dL |
| **ALT (SGPT)** | **143** | **H** | **0-44 - IU/L** |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **6** | **L** | **9-20 -** |
| Globulin, Total | 2.3 | | 1.5-4.5 - g/dL |
| **A/G Ratio** | **2.3** | **H** | **1.2-2.2 -** |
| eGFR | 116 | | >59 - mL/min/1.73 |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. This lab was reviewed by Beverly Young on 03/01/2023 at 11:29 AM CST

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 02/27/2023 12:49 PM)

| | Value | Reference Range |
|---|---|---|
| WBC | 8.5 | 4.1 - 10.9 K/uL |
| RBC | 5.74 | 4.20 - 6.30 M/uL |
| Hemoglobin | 18.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 55.9 | 37.0 - 51.0 % |
| MCV | 97.4 | 80.0 - 97.0 fL |
| MCH | 32.8 | 26.0 - 32.0 pg |
| MCHC | 33.6 | 31.0 - 36.0 g/dL |
| Platelets | 179 | 140 - 440 K/uL |
| Lymphs | 17.6 | 10.0 - 58.5 % |
| Monocytes | 9.2 | 0.1 - 24.0 % |
| Neutrophils | 73.2 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.8 | 0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2 | 2.0 - 7.8 |
| RDW | 12.2 | 11.5 - 14.5 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST > Pennington, Kerry 03/01/2023 08:17:21 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: -Urinalysis Microscopic (Collection Date & Time - 02/27/2023 04:18 PM)

| | Value | Reference Range |
|---|---|---|
| Glucose | 250 | NEG - |
| Bilirubin | neg | NEG - |
| Ketones | neg | NEG - |
| Specific Gravity | 1.010 | 1.001 - 1.035 |
| Occult Blood | neg | NEG - |
| pH | 7.0 | 4.6 - 8 |
| Protein | neg | NEG - |
| Urobili, Semi -Qu | 0.2 | 0 - 2.0 mg/dL |
| Nitrite | neg | NEG - |
| WBC Exterase | neg | NEG - |
| RBC | neg | 0 - 2 /HPF |
| WBC | neg | 0 - 2 /HPF |
| Epi Cell | rare | NEG - FEW |
| Bacteria | neg | NEG - |

---

**Progress Note: Kerry Pennington, MD 02/27/2023**

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

| | | |
|---|---|---|
| Yeast | neg | NEG - |
| Trich | neg | NEG - |
| Casts/Crystals | neg | NEG - |
| Clue Cells | neg | NEG - |

Notes :Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren Pennington, Kerry 02/27/2023 06:54:50 PM CST >

Notes:
**Add carvedilol 3.25 mg BID, #60 x 5 refills, check lab, continue other medications and a low salt diet. He is also given clonidine 0.2 mg to take as needed for elevated blood pressure, #15 x 2 refills.**

**2. Other chronic pain**
Notes:
**Continue follow-up with pain clinic as directed.**

**3. Primary insomnia**
Start traZODone HCl Tablet, 100 MG, 1 or 2 tablet(s) at bedtime, Orally, Once a day, 30 days, 60, Refills 5
Notes:
**Trazodone 100 mg 1 or 2 HS, #60 x 5 refills. Good sleep hygiene is discussed.**

**4. PTSD (post-traumatic stress disorder)**
Notes:
**Continue current meds and follow-up with BH later today.**

**5. GAD (generalized anxiety disorder)**
Notes:
**Continue current meds and follow-up with BH.**

**6. MDD (major depressive disorder), recurrent episode, moderate**
Continue DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, Notes to Pharmacist: dose increase
Notes: **Continue current meds and follow-up with BH.**

**7. Primary osteoarthritis involving multiple joints**
Notes:
**Continue current care and stay active without overuse.**

**8. Hyperglycemia**
LAB: -Hemoglobin A1C (Collection Date & Time - 02/27/2023 12:58 PM)

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 6.1 | 4.8 - 6.9 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST > Pennington, Kerry 03/01/2023 08:17:34 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at

---

**Progress Note: Kerry Pennington, MD 02/27/2023**

08:17 AM CST

Notes:
**Check appropriate lab today and we will proceed from there.**

**9. Excessive drinking alcohol**
Notes:
**He will try to taper off.**

**10. Current smoker**
Notes: **He is encouraged to quit smoking and cessation is discussed. He is offered pills, patches and gum but declines intervention at this time.**

**11. Others**
Notes:
I have reviewed patient's current medication list above. Patient is advised to continue all other medications as previously prescribed and documented in previous notes, unless otherwise noted above. K. Pennington, MD
I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.

**Preventive Medicine**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Instructed on how to calculate BMI & importance. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW
83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW
81001 URINALYSIS, AUTO W/SCOPE
36415 VENIPUNCT, ROUTINE*
1034F CURRENT TOBACCO SMOKER
99406 BEHAV CHNG SMOKING 3-10 MIN
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

**BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023**

**Follow Up**
3 Months,prn
**Care Plan Details**

**Electronically signed by Kerry Pennington on 02/28/2023 at 02:53 PM CST**
**Sign off status: Completed**

---

BOBB, ADAM, 39 Y, M,

# CUMULATIVE REPORTS

-CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:49 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| WBC | 8.5<br>4.1 - 10.9 K/uL |
| RBC | 5.74<br>4.20 - 6.30 M/uL |
| Hemoglobin | 18.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 55.9<br>37.0 - 51.0 % |
| MCV | 97.4<br>80.0 - 97.0 fL |
| MCH | 32.8<br>26.0 - 32.0 pg |
| MCHC | 33.6<br>31.0 - 36.0 g/dL |
| Platelets | 179<br>140 - 440 K/uL |
| Lymphs | 17.6<br>10.0 - 58.5 % |
| Monocytes | 9.2<br>0.1 - 24.0 % |
| Neutrophils | 73.2<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.8<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2<br>2.0 - 7.8 |
| RDW | 12.2<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:21 AM CST > |

-Hemoglobin A1C

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:58 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Hemoglobin A1c | 6.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:34 AM CST > |

-Urinalysis Microscopic

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>04:18 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Glucose | 250<br>NEG - |
| Bilirubin | neg<br>NEG - |
| Ketones | neg<br>NEG - |
| Specific Gravity | 1.010<br>1.001 - 1.035 |
| Occult Blood | neg<br>NEG - |
| pH | 7.0<br>4.6 - 8 |
| Protein | neg<br>NEG - |
| Urobili, Semi-Qu | 0.2<br>0 - 2.0 mg/dL |
| Nitrite | neg<br>NEG - |
| WBC Exterase | neg<br>NEG - |
| RBC | neg<br>0 - 2 /HPF |
| WBC | neg<br>0 - 2 /HPF |
| Epi Cell | rare<br>NEG - FEW |
| Bacteria | neg<br>NEG - |
| Yeast | neg<br>NEG - |
| Trich | neg<br>NEG - |
| Casts/Crystals | neg<br>NEG - |
| Clue Cells | neg<br>NEG - |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren<br>Pennington, Kerry 02/27/2023 06:54:50 PM CST > |

BOBB, ADAM,

Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Calcium, Serum | 10.0<br>8.7-10.2 mg/dL |
| Glucose, Serum | 123H<br>70-99 mg/dL |
| BUN | 5L<br>6-20 mg/dL |
| Protein, Total, Serum | 7.6<br>6.0-8.5 g/dL |
| Albumin, Serum | 5.3H<br>4.0-5.0 g/dL |
| Bilirubin, Total | 1.2<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 105<br>44-121 IU/L |
| AST (SGOT) | 102H<br>0-40 IU/L |
| Potassium, Serum | 4.3<br>3.5-5.2 mmol/L |
| Sodium, Serum | 139<br>134-144 mmol/L |
| Chloride, Serum | 97<br>96-106 mmol/L |
| Creatinine, Serum | 0.79<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 143H<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 6L<br>9-20 |
| Globulin, Total | 2.3<br>1.5-4.5 g/dL |
| A/G Ratio | 2.3H<br>1.2-2.2 |
| eGFR | 116<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. |

## Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Cholesterol, Total | 301H<br>100-199 mg/dL |
| Triglycerides | 129<br>0-149 mg/dL |
| HDL Cholesterol | 65<br>>39 mg/dL |
| LDL/HDL Ratio | 3.3<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 23<br>5-40 mg/dL |
| LDL Cholesterol Calc | 213H<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > |

Subject **RE: Claim# 1220024325 Adam Bobb**
From Spears, Lakesha <Lakesha.Spears@lfg.com>
To mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
Date 2023-04-04 6:15 am

Hello Maria,

Thank you for the update.

Best,

Lakesha

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Adam Kel Bobb Iii
BNC#: 23GC455C36077

Office of Hearings Operations
SSA OHO HEARING OFC
RM 2405 FEDERAL BLDG
700 WEST CAPITOL AVE
LITTLE ROCK, AR 72201-3227
Tel: (866) 592-2549 / Fax: (833) 561-0423

October 16, 2023

*1002CIPA1000724*NOTAFP.X3.CIPAFP.ODARS.R23101.PS1K 000000000000000HA123423101168690102533

Adam Kel Bobb Iii

Dear Adam Kel Bobb Iii:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter**. You **must** request an interpreter so we can provide an interpreter **free of charge**. When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.



See Next Page

**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Sherri Rowland
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Marcus Lane Vaden
MARCUS VADEN P A
UNIT 102
600 S GERMAN LN
CONWAY, AR 72034-7081

*1083CIPA1000724*NOTAFP.X3.CIPAFP.ODARS.R23101.PS1K 0000000000000000HA12342310116869801002533

UAMS

UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Procedure visit in UAMS Orthopedic Clinic- Colonel Glenn**

**Other Doctors' Notes**

**Pr ess Notes**

**Michael D Cassat, MD at 12/16/2021 1230**

Author: Michael D Cassat, MD | Service: — | Author Type: Physician
Filed: 12/16/2021 12:27 PM | Encounter Date: 12/16/2021 | Status: Signed
Editor: Michael D Cassat, MD (Physician)

After informed consent and time out, the patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine. The patient tolerated this well and was given post injection instructions.

Electronically signed by Michael D Cassat, MD at 12/16/2021 12:27 PM

evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities. **Exam:** Cervical Spine: Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical. Lumbar Spine: Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild. There is pain noted with lumbar extension. Left lateral flexion of the lumbar spine is noted to be 20 degrees. Left lateral flexion causes pain. Right lateral flexion of the lumbar spine is noted to be 20 degrees. Right lateral flexion reveals pain.

- 1/25/2022 (John Brown, M.D): **Procedure:** Trigger Point Injections. Pre-procedure/post-procedure diagnosis: myofascial cervical pain and chronic pain syndrome.
- 1/25/2022 (John Brown, M.D.): Physical Therapy Order: Diagnoses: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A). Instructions: 3x/week for 4 weeks.
- 2/21/2022 (John Brown, M.D.): **Exam:** Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Lumbar Spine: Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. **Positive** stress testing, **positive** iliac compression testing, **positive** Patrick's test.
- 3/23/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/13/2022 (John Brown, M.D.): **Procedure:** Sacroiliac Joint Injection (Right). Pre-operative/post-operative diagnosis: Sacroiliitis.
- 4/18/2022 (John Brown, M.D.): **Exam:** Anterior flexion is noted to be 40 degrees. There is pain noted when neck is flexed anteriorly. Extension of cervical spine is

noted to be 60 degrees. Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees. Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right Paracervical and left paracervical - much improved. Minimal tenderness. Previous right SIJ injections helpful. Elevated the blood pressure a little. Still benefitting from the hydrocodone. Tolerated well.

- 6/8/2022 (John Brown, M.D.): Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching. Continue Tizanidine 4mg (1/day), Hydrocodone 5mg-acetaminophen 325mg (2x/day).
- 10/5/2022 (John Brown, M.D.): Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

4. Mainline Health Systems
    - 9/6/2022 (Kerry Pennington, M.D.): Opinion letter.
    - 2/27/2023 (Kerry Pennington, M.D.): Treatment: 1. Essential Hypertension. Continue amlodipine, hydrochlorothiazide. Start Carvedilol, clonidine HCL.2. Other chronic pain. Continue follow-up with pain clinic as directed. 3. Primary Insomnia. Start trazadone 100mg. 4. PTSD. 5. General Anxiety Disorder. 6. Major depressive disorder, recurrent episode, moderate. 7. Primary arthritis involving multiple joints. Continue current care and stay active without overuse. 8. Hyperglycemia. A1C 6.1.

5. Updated Information regarding claimant's pending Social Security case.
    - Your denial letter dated 5/12/2023 stated "Your client's Social Security information was requested on 2/17/2023; however, to date we have not received this information."
    - 4/3/2023: Email response from my assistant sent to Lakesha Spears at Lincoln Financial Group updated her of the status of Adam Bobb's SSDI claim with 4/4/2023 reply from Lakesha thanking us for the update.
    - 10/16/2023: Confirmation from SSA of receipt of Request for Hearing.

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB: , Sex: M
Visit date: 12/16/2021

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic, Colonel Glenn**

**Other Doctors' Notes**

**Progress Notes**

**Mary M Cornaghie, MD at 12/16/2021 1100**

Author: Mary M Cornaghie, MD | Service: — | Author Type: Resident
Filed: 12/19/2021 9:09 AM | Encounter Date: 12/16/2021 | Status: Attested
Editor: Mary M Cornaghie, MD (Resident) | Cosigner: Lawrence O'Malley, MD at 12/19/2021 9:09 AM

**Attestation signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM**

I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note. - Lawrence O'Malley, MD

**UAMS**
**Orthopaedic Clinic-New Patient**

**Name: Bobb, Adam**
**DOB:**
**MRN: 003853484**

**Date of Visit: 12/16/2021**

**Diagnosis:**
**right hip pain**

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Hip Pain
  *right*

**HPI:**

Adam K Bobb is a 38 y.o. male who presents to clinic as a new patient for evaluation of right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity

**Past Medical History:**
**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| No Active Ambulatory Problems | |

**Resolved Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit In UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

- No Resolved Ambulatory Problems

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hypertension | |

**Past Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC SURGERY | | |

**Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take 10 mg by mouth daily. | | |

No current facility-administered medications for this visit.

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Sulfa (Sulfonamide Antibiotics) | |

**Social History:**
**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Tobacco Use** | |
| • Smoking status: | Current Every Day Smoker |
| • Smokeless tobacco: | Current User |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Yes |
| • Drug use: | Never |
| • Sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses: Not on file

Food Insecurity:
- Worried About Running Out of Food in the Last Year: Not on file
- Ran Out of Food in the Last Year: Not on file

Transportation Needs:
- Lack of Transportation (Medical): Not on file
- Lack of Transportation (Non-Medical): Not on file

Physical Activity:
- Days of Exercise per Week: Not on file
- Minutes of Exercise per Session: Not on file

Stress:
- Feeling of Stress : Not on file

Social Connections:
- Frequency of Communication with Friends and Family: Not on file
- Frequency of Social Gatherings with Friends and Family: Not on file
- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: Not on file
- Attends Club or Organization Meetings: Not on file
- Marital Status: Not on file

Intimate Partner Violence:
- Fear of Current or Ex-Partner: Not on file
- Emotionally Abused: Not on file
- Physically Abused: Not on file
- Sexually Abused: Not on file

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Maternal Uncle | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Paternal Uncle | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Grandfather | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Grandfather | |
| • No Known Problems | Other | |
| • Anesthesia problems | Neg Hx | |
| • Cancer | Neg Hx | |
| • Bleeding disorder | Neg Hx | |
| • Collagen disease | Neg Hx | |

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Visit date: 12/16/2021

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

| | |
|---|---|
| • Diabetes | Neg Hx |
| • Hypertension | Neg Hx |
| • Osteoporosis | Neg Hx |
| • Rheum arthritis | Neg Hx |
| • Scoliosis | Neg Hx |
| • Heart disease | Neg Hx |
| • Lung disease | Neg Hx |
| • Arthritis | Neg Hx |
| • Stroke | Neg Hx |

**ROS:**
A complete 14 point review of systems was negative except for HPI

**EXAM:**
**Vital Signs:** BP (!) 140/97 | Pulse 112 | Temp 97.7 °F (36.5 °C) (Oral) | Ht 1.905 m (6' 3") | Wt 87.5 kg (193 lb) | BMI 24.12 kg/m²

**PHYSICAL EXAM:**
General: NAD, A/O times 4
Eyes: Normal tracking
Cv: Brisk capillary refill
Pulm: Non-labored breathing
Abd: Nondistended
MSK:
**RIGHT HIP**: Inspection no ecchymosis. no significant tenderness palpation. Limited flexion or extension with pain. Pain with range of motion. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Positive FABERS Test. Normal Obers Test. Normal Thomas Test. Positive Grind test. Negative Snapping hip.

**FINDINGS – IMAGING STUDIES:**

MRI of the right hip shows evidence of a superior labral tear

**ASSESSMENT AND PLAN**

38 y.o. male who sustained a right hip superior labral tear

plan for a diagnostic injection to the right hip
He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks

Meg Cornaghie, MD
Orthopaedic Surgery, PGY-3
Pager 405-2825

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

Patient seen and discussed with Dr. Omalley

Electronically signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM
Electronically signed by Mary M Cornaghie, MD at 12/19/2021 9:09 AM

# END OF REPORT

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8249570 MRN:000313058
Care Provider: Brown, John

Radiology

| | | |
|---|---|---|
| MRI C-Spine Wo Contrast | 2022 02 09 15:06 | 1 or more Final Results Received |

Image Final

MRI C-Spine Wo Contrast Final

PROCEDURE: MRI of the cervical spine

DATE: 2/9/2022

COMPARISON: None

HISTORY: Neck pain and radiculopathy.

TECHNIQUE: Study was performed with multisequence and multiplanar imaging.

FINDINGS:
Alignment of the cervical spine is unremarkable. Vertebral bodies are of normal height. Marrow signal is unremarkable. There is no abnormal signal within the cervical cord. Craniovertebral junction appears normal.

At C2-3 and C3-4 there is no disc bulge or herniation. There is no stenosis.

At C4-5 there is no significant disc bulge or herniation. There is no stenosis.

At C5-6 there is minimal disc bulge. There is no central canal stenosis. There is some uncovertebral spurring producing mild right foraminal stenosis and mild to moderate left foraminal stenosis.

At C6-7 there is diffuse disc bulge and bony spur. There is no significant central canal stenosis. There is uncovertebral spurring on the left producing moderate to severe left foraminal stenosis. There is no significant right foraminal stenosis.

IMPRESSION:
At C6-7 there is diffuse disc bulge and bony spur. There is moderate to severe left foraminal stenosis. No central canal stenosis or right foraminal stenosis.

At C5-6 there is minimal disc bulge. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis. No central canal stenosis.

Signed by William Deaton, MD 2/9/2022 3:06 PM

John Brown - Referring Physician

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8200803 MRN:000313058
Care Provider: Pollard MD, Alan

**Radiology**

| | | |
|---|---|---|
| MRI L-Spine Wo Contrast | 2021-12-27 08:53 | 1 or more Final Results Received |
| Image | | Final |
| MRI L-Spine Wo Contrast | | Final |

DATE OF EXAM: 12/27/2021 7:47 AM

PROCEDURE: MR L-Spine Without Contrast

COMPARISON: None

HISTORY: EVALUATE LUMBAR SPINE FOR DEGENERATIVE CHANGES

FINDINGS: Vertebral bodies are numbered assuming 5 lumbar-type vertebral bodies. Vertebral body height and signal intensity are within limits of normal. Conus medullaris terminates at L1 and is without evidence of a focal abnormality.

At L1-L2, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L2-L3, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L3-L4, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.

At L5-S1, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

IMPRESSION: Degenerative disc disease L4-5

Signed by David G Jong, MD 12/27/2021 8:53 AM

Alan Pollard MD - Referring Physician

Bobb, Adam Male

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 10-05-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient seys, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 0422102480001352

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness.*** Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety.*** Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 75.00 Weight (lbs): 210.00 **BP:** 150/112 mm Hg.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

Bobb, Adam Male

***..ith pain. Palpable trigger points are noted in the muscles of the head and neck, specifically Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**
**Order No: SCL042672 Dated: 10-05-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL042673 Dated: 10-05-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL25444 Dated: 10-05-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Lumbar Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.



back to top

Bobb, Adam Male 0422102400001352

Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-CESI left at C5-C6 and C6-C7
-Get fresh lumbar MRI in light of the new right LE symptoms
-Refill Norco
- Check on back brace and TENS unit

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications: Norco

Pill count: 0/60

Last filled: 08/03/22

UDS: negative

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC after procedure

**ICD: Sleep apnea (G47.30)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)



back to top

Bobb, Adam Male

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:
(G47.30)
(G89.4)
(I10)
(M48.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** Procedure scheduled

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 10-05-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-251-1975

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

**Bobb, Adam**
Sex: Male, Date of Birth: - Chart No:
**Visit Date**: 06-08-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities. He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every Night Refills: 2
1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 042210240001352

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

Bobb, Adam Male

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL033488 Dated: 06-08-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back. Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

- Continue with neck and lower back stretches.
-Refill Norco
-Continue muscle relaxant

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.



back to top

- Current Medications: Norco

Pill count. 44/60

Last filled: 05/31/22

UDS: +opi

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** 2 Months

**Prescription**
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60



back to top

Bobb, Adam Male

Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 06-08-2022.*



back to top

Bobb, Adam Male 0422202408001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-6184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**

**Visit Date:** 04-18-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
[illegible] 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet Refills: 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 2
Refills: 0



back to top

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL029444 Dated: 04-18-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-He will get results of the the cervical MRI and bring with him
-Consider CMBB. Doing well after the Cervical TPIs. Continue stretching
-continue current pain med regimen

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Norco 5

Pill count: 23/60 Last filled: 03/31/22



back to top

Bobb, Adam Male

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: +opi confirmation 02/21/22

- RTC in 2 months.

**ICD: Sacroillitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(M54.2)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet



back to top

Bobb, Adam Male 042210240001352

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-18-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

School/Work Excuse

DATE: 04-13-2022

NAME: Adam Bobb
DOB:
ADDRESS:

EMPLOYER:
PHYSICIAN NAME: Tatyana Stepanenko MD

To Whom It May Concern:

This is to certify that the above patient is under my professional care.

This is to further certify that the above patient was seen in our office today.

Appointment time: 01:30PM

T. Stepanenko

Tatyana Stepanenko, MD



back to top

Bobb, Adam Male

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankle Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Adam Bobb
**MR#** SCL39265
**Date of Operation:** 04-13-2022
**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia:**Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:-** An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications.



back to top

Bobb, Adam Male 642210248001352

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam:** SI joint tenderness

**Post-op exam:** Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 04-13-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name** : Adam Bobb
**MR#** SCL39265
**Date of Operation:** 03-23-2022
**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia**:Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:**- An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications



back to top

Bobb, Adam Male 0422102480001352

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam:** SI joint tenderness

**Post-op exam:** Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 03-23-2022.



back to top

Bobb, Adam Male

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 02-21-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the knee. Patient says, at its worse his pain is 10/10, at its least it is 3/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days., Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1



back to top

Bobb, Adam Male 042210240001352

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by***



back to top

Bobb, Adam Male

***the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Positive stress testing, positive iliac compression testing, positive patricks test***

**Lab Order**
**Order No: SCL025181 Dated: 02-21-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL025193 Dated: 02-21-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without - results pending

Schedule right SIJ injection in White Hall

Has RX for PT for neck and lower back. He will do that soon.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

Medication

-Refill Norco 5 #60

UDS - negative POC. Confirmation ordered



back to top

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-21-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

## Physical Therapy Order

**Patient:** Adam Bobb
**DOB:**
**Address:**

**Ordered on:** 01-25-2022

**Home Phone:** 870 461-0711
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)
Lumbar degenerative disc disease (M51.36)
Chronic right hip pain (M25.551)
Cervical spondylosis (M47.812)
Cervical myofascial pain syndrome (M79.18)
Labral tear of right hip joint (S73.191A)

**Instructions:**
Physical Therapy and evaluate and treat: 3x/wk for 4 weeks

John M Brown , DO



back to top

Bobb, Adam Male 042210240001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

5700 West Markham Street, Little Rock AR 72205 - 3328
Tel: 501 227-0184 , Fax: 501-227-0187

**Urine Definitive/Confirmatory Drug Testing Order Form**

**PATIENT DEMOGRAPHICS**
**Patient**: Adam Bobb
**Age/Sex:** Male 38 year
**Date**: 01-25-2022

**GUARANTOR & INSURANCE INFORMATION**
**Insurance**: Medicaid
**Guarantor**: Bobb Adam

Rationale for confirmatory drug testing is that the Patient has a chronic pain and is with ORT considered to be low.

**Urine Definitive/Confirmatory Drug Testing Orders**

1. asap confirmation on lcms full panel

**The above definitive/confirmatory tests are reasonable and necessary for the following:**

1. New patient testing as part of history and exam to support initial treatment decisions

**Summary of Definitive Drug Tests Results**

1. results as expected = consistent with history and 1-prescribed medication(s)

**Treatment Plan after UDS Confirmation**

1. based on definitive drug test results and clinical evaluation, continue medications as prescribed

**Diagnosis**: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A), Cervicalgia (M54.2), Encounter for long-term (current) use of other medications (Z79.899), Cervical radiculopathy (M54.12)

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Disclosure:
AB 130D Ammended Labor Code 5703, requires all physician statements and reports to include the following as a condition of admission and payment: I have not Violated Labor Code section 139.3 and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Dated this 01-27-2022 at Alameda County, California.



back to top

Bobb, Adam Male

94221924600135?

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name** : Adam Bobb

**MR#** SCL39265

**Date of Operation:** 01-25-2022

**DOB:** .

**Trigger Point Injection(s)**

**Pre-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Post-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Procedure:** **Trigger Point Injection(s)**

**Attending Doctor:** Mr. John Brown, M.D.

**Anesthesia:** Local

**Description of Procedure:** After informed consent was obtained, the area of interest was palpated and the trigger points were identified and marked. There was/were a total of 4 site(s). These were located at the trapezius muscle and lower cervical paraspinal area musculature. After prepping and draping the area in the usual sterile fashion a 25 guage 1 1/2 inch needle was used to inject a total of of 1% lidocaine 1 ml / 4 mg dexamethasone distributed equally at each of the previously described site. There was no heme or paresthesias, nor air elicited from at any location (injections over lung areas). The patient tolerated the procedure well, all needles were removed intact. Hemostasis was maintained, and there were no paresthesias or complications.

Ultrasound Guidance: No

**Disposition:** After a period of observation, the patient's vital signs remained stable. The patient was then discharged to home with supervision in good condition and given written discharge instructions and instructed to contact our office for follow-up appointment.

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Mr. Adam Bobb
**DOB**
**Referral Source(s):** Dr. Kerry Pennington,
**Date:** 01-25-2022
**Reason for Visit:** New Patient Consult

**History of Present Illness**
Adam is a pleasant 38 year old male, who presents to our office for a new patient consultation.

***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.

**Past Medical History**
Sleep apnea G47.30 (780.57)
HTN (hypertension) I10 (401.9)

**Surgical History**
Heart surgery

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46



back to top

has good hygiene.
**ENT:** Oral mucosa is moist and pink. He has good dentition. On examination, tongue appears to be normal.
**Eyes:** Pupils are equal and round and reactive to light and accommodation. Sclera appears to be clear. Conjunctiva is normal. .
**Neck:** There is no deviation of trachea from midline. On examination, there is no evidence of thyroid gland enlargement.
**Respiratory:** Normal breathing Chest is clear to auscultation. There is no rales or rhonchi noted. .
**Cardiovascular:** Rate and rhythm is regular. There is no evidence of pedal edema.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical.***
**Thoracic Spine:** There is no evidence of atrophy or asymmetry noted in the thoracic spine. No tenderness at thoracic paraspinal muscles and facet joint lines are noted. Range of motion of the thoracic spine is normal with both flexion and extension without pain. There is evidence of crepitation, laxity or instability noted in the thoracic spine. **trigger points** No.
**Lower Extremities:** Edema not noted.
**Lumbar Spine:** Inspection of the lumbar spine reveals no scoliosis. ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild*** There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness. ***Anterior flexion of lumbar spine is noted to be 70 degrees.*** Anterior lumbar flexion causes pain. Extension of lumbar spine is noted to be full at 30 degrees. There is pain noted with lumbar extension. ***Left lateral flexion of the lumbar spine is noted to be 20 degrees.*** Left lateral flexion causes pain ***Right lateral flexion of the lumbar spine is noted to be 20 degrees.*** Right lateral flexion reveals pain There are no palpable trigger points in the muscles.
**Joints-Shoulder: Right Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion. ROM of the shoulder is full. The stress test is normal. There is no cast. Right shoulder is non-tender to palpation. No right shoulder swelling noted. There is no ecchymosis noted over the right shoulder. No right sided shoulder crepitus noted. No right shoulder deformity noted. There is no atrophy of the right shoulder noted. No right shoulder effusion noted. Shoulder ROM: . Right Shoulder Labral Test Findings: Negative. Right scapula winging grade: 0. Right shoulder bicep test: Negative. Right shoulder impingement: Negative. Right shoulder O'brien's test: Negative. Right shoulder popeye sign: Negative. Right shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Can not do stress testing due to injury.
**Left Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion noted. ROM of the shoulder is full. The stress test is normal. There is no cast. Left shoulder is non-tender to palpation. No left shoulder swelling is noted. There is no ecchymosis present over the left shoulder. No left sided shoulder crepitus noted. No left shoulder deformity noted. There is no atrophy of the left shoulder noted. No left shoulder effusion noted. Left Shoulder Labral Test Findings: Negative. Left scapula winging grade: 0. Left shoulder bicep test: Negative. Left shoulder impingement test: Negative. Left shoulder O'brien's test: Negative. Left shoulder popeye sign: Negative. Left shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Cannot do stress testing due to injury.
**Joints- Elbows:** Elbows are non-tender, without crepitus or effusion. Joints are stable and ROM is normal.
**Joints- Wrists:** Wrists are non-tender, without crepitus or effusion. Joints are stable and ROM is normal. Phalen's sign test: No sign of altered or loss of feeling or strength, or pain in the hand, wrist, arm, or neck noted . Tinel's sign test: Negative .



back to top

Bobb, Adam Male 0422102400001352

**Joints- Hips/ SI Joint:** Gaenslen's Test: negative right, negative left. Left Hip ROM: Tested. Yeoman's Test: negative right, negative left. Yeoman's Test: negative right, negative left. Patrick's Test: negative right, negative left. Right Hip ROM: negative right, negative left. Pain with internal rotation Lumbar spine is noted to be stable. Positive

**Joints-Knee:** On knee examination, right knee appears to be normal. On knee examination, right knee appears to be normal. Right knee is non-tender to palaption. There is no tenderness noted in the anterior knee region. There is no swelling noted in the right knee region. There is no ecchymosis noted on the right knee. Right knee effusion is absent. Right knee compartment testing is performed. Right knee patellofemoral exam has normal findings. Right Knee Ligament Testing: Normal findings. On examination, left knee appears to be normal.

**Left Knee:** Left knee is tender to palaption. There is no tenderness present over the anterior part of the left knee region. There is no swelling noted in the left knee region. There is no ecchymosis noted on the left knee. Left knee effusion is absent. Compartment testing: Performed. Left Patello-Femoral Exam Findings: Normal. Let Knee Ligament testing: Normal.

**Joints- Ankles:** Ankles are non-tender, without crepitus or effusion bilaterally. Joints are stable and ROM is also normal.

Ankles appear normal to inspection without any evidence of erythema or edema. There is normal ankle range of motion noted bilaterally.

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

**Neurology - Straight Leg Raising:** Right: normal 90 degrees. Left: normal 90 degrees.

**Neurology - Motor Strength:**

Left UE strength - Flexors: 5/5. Right UE strength - Flexors: 5/5.
Left UE strength - Extensors: 5/5. Right UE strength - Extensors: 5/5.
Left UE Tone: Normal.
Right UE Tone: Normal.
Left LE strength - Flexors: 5/5. Right LE strength - Flexors: 5/5.
Left LE strength - Extensors: 5/5.
Right LE strength - Extensors: 5/5.
Left LE Tone: Normal. Right LE Tone: Normal.

**Neurology - Sensation:** There is normal sensation noted in the head region on the left side. There is normal sensation noted in the head region on the right side. There is normal sensation noted in the left shoulder. There is normal sensation noted in the right shoulder. Chest has normal sensation on the left side. Chest has normal sensation on the right side. There is normal sensation noted in the trunk on the left side. There is normal sensation noted in the trunk on the right side. Back examination reveals normal sensaton on the left. Back examination reveals normal sensation on the right. Left elbow has normal sensation. Right elbow has normal sensation. There is normal sensation noted in the left arm. There is normal sensation noted in the right arm. Left wrist has normal sensation. Right wrist has normal sensation. Left fingers has normal sensation. Right fingers has normal sensation. Normal sensation has been noted in the abdomen. There is normal sensation noted in the left hip. There is normal sensation noted in the right hip. There is normal sensation noted in the left thigh. There is normal sensation noted in the right thigh. There is normal sensation noted in the left knee. There is normal sensation noted in the right knee. There is normal sensation noted in the left ankle. There is normal sensation noted in the right ankle.

**Neurology - Deep Tendon Reflexes:**

Left biceps (DTR): 2+. Right biceps (DTR): 2+.
Left triceps (DTR): 2+. Right triceps (DTR): 2+.
Left brachioradialis (DTR): 2+. Right brachioradialis (DTR): 2+.
Left patellar (DTR): 2+. Right patellar (DTR): 2+.
Left achilles (DTR): 2+. Right achilles (DTR): 2+.
Babinski: - negative on the right, negative on the left side.



back to top

Bobb, Adam Male

**Lab Order**
**Order No: SCL023308 Dated: 01-25-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL023338 Dated: 01-25-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL23444 Dated: 01-27-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Cervical Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without
Cervical TPI today
Schedule lumbar ESI L4-L5
Continue PT for the hip. Will give RX for PT for neck and lower back.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- I Have started the following medications for better pain control:
START
HC 5 twice daily #14 for one week ( Medicaid) then #46 if effective for him
Tizanidine 4 mg at bedtime #30

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose.



back to top

The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: Sending for confirmation.

- Lab Order:
ASAP Confirmation on LCMS Full Panel

The above Definitive UDT is reasonable and necessary for the following circumstances:

1- New patient testing as part of history and exam to support initial treatment decisions
2- Identify specific substance(s) and/or metabolite(s) inadequately detected or not detected by presumptive screen
3- Identify specific medication(s) or drug(s) in a class (e.G., benzodiazepines, barbiturates, opioids, antidepressants)
4- Definitive concentration of medication(s), drug(s), and/or metabolites needed to guide management
5- Identify a negative, or confirm a positive presumptive screen result inconsistent with a patient's self-report, presentation, medical history, or current prescribed medication
6- Rule out an error as the cause of an unexpected presumptive screen result
7- Identify non-prescribed medication or illicit drug use for ongoing safe prescribing of controlled substances
8- Results needed for differential assessment of Treatment efficacy, Side effects and Possible drug interaction
9- Identify substances that may present high risk for additive or synergistic interaction with prescription medication (e.G., alcohol)
10- Random testing

- Informed consent was obtained, risk of procedure were explained including but not limited to bleeding, infection, pneumothorax, paralysis, numbness, headache, reaction to the medication, nerve damage and death. The patient understood and agreed with injection.***Patient has received educational material regarding upcoming injection as well as pre-procedural instructions******

- Advised patient I will only be acting as their pain physician and treat for all pain related issues. Patient as been advised to maintain relationship with PCP for all other medical issues and has verbalized understanding of this.

- ASAP narcotic contract has been discussed in detail with patient today. Patient has verbalized understanding of this contract.

- Safety Assessment: Today the patient denied homicidal and suicidal ideation, intent, and plan. Based on my assessment of the patient today, the patient can continue to be safely managed on an outpatient basis.

- RTC in 4 weeks

ASAP URINE DRUG SCREEN - Confirmation

**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Cervicalgia (M54.2)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (45 min) (99204)**



back to top

Bobb, Adam Male

ICDs:
(G89.4)
(M51.36)
(M25.551)
(M47.812)

**Trigger Point, 1or 2 Muscles (20552)**

ICDs:
(M54.2)

**Drug Test Prsmv Chem Anlyzr (80307)**

ICDs:
(Z79.899)

**Follow Up:** 4 Weeks

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-25-2022.*



back to top

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

Re: [illegible]
DOB:

Dear Sirs:

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

Kerry F. [illegible], M.D.

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

mainlinehealth systems, Inc.

BOBB, ADAM
39 Y old Male, DOB: /
Account Number: 126774
Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS
Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

02/27/2023 Progress Notes: Kerry Pennington, MD

**Reason for Appointment**

1. HTN 6 MO F/U, see HPI for complaints, B.Thiele,LPN 2/27/23
2. RX: Drug room pharmacy, B.Thiele,LPN 2/27/23
3. DUE: Wellness and HIV screening, B.Thiele,LPN 2/27/23

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Nearly every day, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Several days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 17, Interpretation Moderately severe depression. Intervention Follow-Up for Depression Currently treated for depression and/or bipolar related diagnosis, Depressiong Screening Findings Positive.

Visit HPI:

This patient is here for follow-up of hypertension, but complains of multiple issues, including peripheral neuropathy, insomnia, increased moodiness, he is drinking 60 beer per week. He denies chest pain, dyspnea, GI or GU complaints. His blood sugars have been in the 200 to 300 range for the past few weeks, with no specific history of diabetes.

**Current Medications**

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Notes to Pharmacist: dose increase

**Discontinued**

- Dexamethasone 0.75 MG Tablet as directed Orally Once a day , Notes to Pharmacist: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
- LORazepam 1 MG Tablet TAKE 1 TABLET BY MOUTH 45 MINUTES BEFORE PROCEDURE

Medication List reviewed and reconciled with the patient

**Past Medical History**

Hypertension.
Anger issue.

**Surgical History**

heart surgery at 2 years old

**Family History**

Father: unknown

Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
1 son(s), 1 daughter(s).
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23.

### Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 02/27/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 02/27/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? Yes, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? Yes, 3. People who have episodes like this often have changes in their thinking and behavior at the same time, like being more talkative, needing very little sleep, being very restless, going on buying sprees, and behaving in many ways they would normally think inappropriate. Did you ever have any of these changes during your episodes of being excited and full of energy or very irritable or grouchy? Yes.
Depression Screening Completed: yes, Thiele, Brandi 02/27/2023 11:59:14 AM CST > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Thiele, Brandi 02/27/2023 12:00:19 PM CST > , Yes:.
Smoking: yes, Thiele, Brandi 02/27/2023 12:00:28 PM CST > , , YES.
Recreational drug use: yes, Thiele, Brandi 02/27/2023 12:00:33 PM CST > , Denies.
Alcohol: yes, Beer, DAILY, 2 30-PACKS of Beer a week, B.Thiele,LPN 2/27/23.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 02/27/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Thiele, Brandi 02/27/2023 12:01:41 PM CST > , Occasionally.
Exercise: yes, Thiele, Brandi 02/27/2023 12:01:53 PM CST > , > , Per Age.
Travel outside US: yes, Thiele, Brandi 02/27/2023 12:02:03 PM CST > , No.
Sexually active: yes, Thiele, Brandi 02/27/2023 12:02:09 PM CST > , , Yes.
Herbal & OTC medications: yes, Thiele, Brandi 02/27/2023 12:02:18 PM CST > , , PRN.
Advance Directive: yes, Thiele, Brandi 02/27/2023 12:02:29 PM CST > , No.
Diabetic testing: yes, Thiele, Brandi 02/27/2023 12:02:33 PM CST > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

### Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

### Hospitalization/Major Diagnostic Procedure

see above

### Review of Systems

Psychiatry:

Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia , yes.

---

**Progress Note: Kerry Pennington, MD 02/27/2023**

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxsymal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Insomnia yes. Opioid management yes. Pain quality yes. See HPI **for details**. Sleep **Problems**. Weakness no. Weight gain none. weight loss none
.
Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. See HPI for details. Sleep disturbance yes. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.
Musculoskeletal:
muscle spasms no. Arthritis no. Back pain , **Yes**. Joint stiffness No. Neck pain yes. Tingling/numbness yes, **BLE**.
Neurology:
lightheaded no. numbness , **yes, BLE**. Convulsions no. no Headache. Peripheral neuropathy yes. See HPI for details. Tingling/numbness yes. Tremor yes. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

**Vital Signs**

Wt: **196.4** lbs, Ht: 75 in, BMI: **24.55** Index, BP: **150/90** mm Hg, HR: 101 /min, RR: 20, Temp: 97.9, SaO2: 97.

**Examination**

GENERAL EXAM:
General: Well developed, well nourished white male in no acute distress.
ENT: Ears normal, nose normal, mouth and throat normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: No edema.
Neurological: Cranial nerves II through XII and peripheral neurological are intact.
Psych: Mood and affect appropriate.
Skin: Normal with no new rashes or lesions.
Musculoskeletal: Moves all extremities with normal range of motion.

**Assessments**

1. Essential hypertension - I10 (Primary)
2. Other chronic pain - G89.29
3. Primary insomnia - F51.01
4. PTSD (post-traumatic stress disorder) - F43.10
5. GAD (generalized anxiety disorder) - F41.1
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Primary osteoarthritis involving multiple joints - M15.9
8. Hyperglycemia - R73.9
9. Excessive drinking alcohol - F10.10
10. Current smoker - F17.200

**Treatment**

**1. Essential hypertension**
Continue amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Start Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30 days, 60, Refills 5
Start cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, Once a day As needed, 30 days, 15 Tablet, Refills 2
LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| **Cholesterol, Total** | **301** | **H** | **100-199 - mg/dL** |
| Triglycerides | 129 | | 0-149 - mg/dL |
| HDL Cholesterol | 65 | | >39 - mg/dL |
| LDL/HDL Ratio | 3.3 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 23 | | 5-40 - mg/dL |
| **LDL Cholesterol Calc** | **213** | **H** | **0-99 - mg/dL** |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST
LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 10.0 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **123** | **H** | **70-99 - mg/dL** |
| **BUN** | **5** | **L** | **6-20 - mg/dL** |
| Protein, Total, Serum | 7.6 | | 6.0-8.5 - g/dL |
| **Albumin, Serum** | **5.3** | **H** | **4.0-5.0 - g/dL** |
| Bilirubin, Total | 1.2 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 105 | | 44-121 - IU/L |
| **AST (SGOT)** | **102** | **H** | **0-40 - IU/L** |
| Potassium, Serum | 4.3 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 139 | | 134-144 - mmol/L |
| Chloride, Serum | 97 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.79 | | 0.76-1.27 - mg/dL |
| **ALT (SGPT)** | **143** | **H** | **0-44 - IU/L** |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **6** | **L** | **9-20 -** |
| Globulin, Total | 2.3 | | 1.5-4.5 - g/dL |
| **A/G Ratio** | **2.3** | **H** | **1.2-2.2 -** |
| eGFR | 116 | | >59 - mL/min/1.73 |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat

---

**Progress Note: Kerry Pennington, MD 02/27/2023**

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. This lab was reviewed by Beverly Young on 03/01/2023 at 11:29 AM CST

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 02/27/2023 12:49 PM)

| | Value | Reference Range |
|---|---|---|
| WBC | 8.5 | 4.1 - 10.9 K/uL |
| RBC | 5.74 | 4.20 - 6.30 M/uL |
| Hemoglobin | 18.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 55.9 | 37.0 - 51.0 % |
| MCV | 97.4 | 80.0 - 97.0 fL |
| MCH | 32.8 | 26.0 - 32.0 pg |
| MCHC | 33.6 | 31.0 - 36.0 g/dL |
| Platelets | 179 | 140 - 440 K/uL |
| Lymphs | 17.6 | 10.0 - 58.5 % |
| Monocytes | 9.2 | 0.1 - 24.0 % |
| Neutrophils | 73.2 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.8 | 0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2 | 2.0 - 7.8 |
| RDW | 12.2 | 11.5 - 14.5 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST > Pennington, Kerry 03/01/2023 08:17:21 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: -Urinalysis Microscopic (Collection Date & Time - 02/27/2023 04:18 PM)

| | Value | Reference Range |
|---|---|---|
| Glucose | 250 | NEG - |
| Bilirubin | neg | NEG - |
| Ketones | neg | NEG - |
| Specific Gravity | 1.010 | 1.001 - 1.035 |
| Occult Blood | neg | NEG - |
| pH | 7.0 | 4.6 - 8 |
| Protein | neg | NEG - |
| Urobili, Semi -Qu | 0.2 | 0 - 2.0 mg/dL |
| Nitrite | neg | NEG - |
| WBC Exterase | neg | NEG - |
| RBC | neg | 0 - 2 /HPF |
| WBC | neg | 0 - 2 /HPF |
| Epi Cell | rare | NEG - FEW |
| Bacteria | neg | NEG - |

**Progress Note: Kerry Pennington, MD 02/27/2023**

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

| | | |
|---|---|---|
| Yeast | neg | NEG - |
| Trich | neg | NEG - |
| Casts/Crystals | neg | NEG - |
| Clue Cells | neg | NEG - |

Notes :Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren Pennington, Kerry 02/27/2023 06:54:50 PM CST >

Notes:
**Add carvedilol 3.25 mg BID, #60 x 5 refills, check lab, continue other medications and a low salt diet. He is also given clonidine 0.2 mg to take as needed for elevated blood pressure, #15 x 2 refills.**

**2. Other chronic pain**
Notes:
**Continue follow-up with pain clinic as directed.**

**3. Primary insomnia**
Start traZODone HCl Tablet, 100 MG, 1 or 2 tablet(s) at bedtime, Orally, Once a day, 30 days, 60, Refills 5
Notes:
**Trazodone 100 mg 1 or 2 HS, #60 x 5 refills. Good sleep hygiene is discussed.**

**4. PTSD (post-traumatic stress disorder)**
Notes:
**Continue current meds and follow-up with BH later today.**

**5. GAD (generalized anxiety disorder)**
Notes:
**Continue current meds and follow-up with BH.**

**6. MDD (major depressive disorder), recurrent episode, moderate**
Continue DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, Notes to Pharmacist: dose increase
Notes: **Continue current meds and follow-up with BH.**

**7. Primary osteoarthritis involving multiple joints**
Notes:
**Continue current care and stay active without overuse.**

**8. Hyperglycemia**
LAB: -Hemoglobin A1C (Collection Date & Time - 02/27/2023 12:58 PM)

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 6.1 | 4.8 - 6.9 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST > Pennington, Kerry 03/01/2023 08:17:34 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at

---

08:17 AM CST

Notes:
**Check appropriate lab today and we will proceed from there.**

**9. Excessive drinking alcohol**
Notes:
**He will try to taper off.**

**10. Current smoker**
Notes: **He is encouraged to quit smoking and cessation is discussed. He is offered pills, patches and gum but declines intervention at this time.**

**11. Others**
Notes:
I have reviewed patient's current medication list above. Patient is advised to continue all other medications as previously prescribed and documented in previous notes, unless otherwise noted above. K. Pennington, MD
I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.

**Preventive Medicine**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Instructed on how to calculate BMI & importance. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW
83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW
81001 URINALYSIS, AUTO W/SCOPE
36415 VENIPUNCT, ROUTINE*
1034F CURRENT TOBACCO SMOKER
99406 BEHAV CHNG SMOKING 3-10 MIN
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

---



PAGE 52/62 * RCVD AT 11/8/2023 1:17:12 PM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):38-13

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

**Follow Up**
3 Months,prn
**Care Plan Details**



**Electronically signed by Kerry Pennington on 02/28/2023 at 02:53 PM CST**
**Sign off status: Completed**

18-Warren-Mainline Heatlh Systems, Inc
1012 E Church St
STE B
Warren, AR 716713530
Tel: 870-226-6786
Fax: 870-226-7925

**Progress Note: Kerry Pennington, MD 02/27/2023**

BOBB, ADAM, 39 Y, M,

# CUMULATIVE REPORTS

-CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:49 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| WBC | 8.5<br>4.1 - 10.9 K/uL |
| RBC | 5.74<br>4.20 - 6.30 M/uL |
| Hemoglobin | 18.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 55.9<br>37.0 - 51.0 % |
| MCV | 97.4<br>80.0 - 97.0 fL |
| MCH | 32.8<br>26.0 - 32.0 pg |
| MCHC | 33.6<br>31.0 - 36.0 g/dL |
| Platelets | 179<br>140 - 440 K/uL |
| Lymphs | 17.6<br>10.0 - 58.5 % |
| Monocytes | 9.2<br>0.1 - 24.0 % |
| Neutrophils | 73.2<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.8<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2<br>2.0 - 7.8 |
| RDW | 12.2<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:21 AM CST > |

BOBB, ADAM,

-Hemoglobin A1C

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:58 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Hemoglobin A1c | 6.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:34 AM CST > |

BOBB, ADAM,

## -Urinalysis Microscopic

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>04:18 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Glucose | 250<br>NEG - |
| Bilirubin | neg<br>NEG - |
| Ketones | neg<br>NEG - |
| Specific Gravity | 1.010<br>1.001 - 1.035 |
| Occult Blood | neg<br>NEG - |
| pH | 7.0<br>4.6 - 8 |
| Protein | neg<br>NEG - |
| Urobili, Semi-Qu | 0.2<br>0 - 2.0 mg/dL |
| Nitrite | neg<br>NEG - |
| WBC Exterase | neg<br>NEG - |
| RBC | neg<br>0 - 2 /HPF |
| WBC | neg<br>0 - 2 /HPF |
| Epi Cell | rare<br>NEG - FEW |
| Bacteria | neg<br>NEG - |
| Yeast | neg<br>NEG - |
| Trich | neg<br>NEG - |
| Casts/Crystals | neg<br>NEG - |
| Clue Cells | neg<br>NEG - |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren<br>Pennington, Kerry 02/27/2023 06:54:50 PM CST > |

BOBB, ADAM,

Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Calcium, Serum | 10.0<br>8.7-10.2 mg/dL |
| Glucose, Serum | 123H<br>70-99 mg/dL |
| BUN | 5L<br>6-20 mg/dL |
| Protein, Total, Serum | 7.6<br>6.0-8.5 g/dL |
| Albumin, Serum | 5.3H<br>4.0-5.0 g/dL |
| Bilirubin, Total | 1.2<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 105<br>44-121 IU/L |
| AST (SGOT) | 102H<br>0-40 IU/L |
| Potassium, Serum | 4.3<br>3.5-5.2 mmol/L |
| Sodium, Serum | 139<br>134-144 mmol/L |
| Chloride, Serum | 97<br>96-106 mmol/L |
| Creatinine, Serum | 0.79<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 143H<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 6L<br>9-20 |
| Globulin, Total | 2.3<br>1.5-4.5 g/dL |
| A/G Ratio | 2.3H<br>1.2-2.2 |
| eGFR | 116<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. |

## Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Cholesterol, Total | 301H<br>100-199 mg/dl |
| Triglycerides | 129<br>0-149 mg/dL |
| HDL Cholesterol | 65<br>>39 mg/dL |
| LDL/HDL Ratio | 3.3<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 23<br>5-40 mg/dL |
| LDL Cholesterol Calc | 213H<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > |

BOBB, ADAM,

Subject **RE: Claim# 1220024325 Adam Bobb**
From Spears, Lakesha <Lakesha.Spears@lfg.com>
To mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
Date 2023-04-04 6:15 am

roundcube

Hello Maria,

Thank you for the update.

Best,

Lakesha

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Adam Kel Bobb Iii
BNC#: 23GC455C36077

Office of Hearings Operations
SSA OHO HEARING OFC
RM 2405 FEDERAL BLDG
700 WEST CAPITOL AVE
LITTLE ROCK, AR 72201-3227
Tel: (866) 592-2549 / Fax: (833) 561-0423

October 16, 2023

Adam Kel Bobb Iii

Dear Adam Kel Bobb Iii:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Sherri Rowland
Hearing Office Director

•1003CIPA100724•NOTAFP.X3.CIPAFP.ODARS.R231011.PS1K 000000000000000HA1234231011686900102533

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Marcus Lane Vaden
MARCUS VADEN P A
UNIT 102
600 S GERMAN LN
CONWAY, AR 72034-7081

Form HA-L2 (04-2015)
Representative

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

## 12/16/2021 - Procedure visit in UAMS Orthopedic Clinic- Colonel Glenn

**Other Doctors' Notes**

**Pr ess Notes**

**Michael D Cassat, MD at 12/16/2021 1230**

| | | |
|---|---|---|
| Author: Michael D Cassat, MD | Service: — | Author Type: Physician |
| Filed: 12/16/2021 12:27 PM | Encounter Date: 12/16/2021 | Status: Signed |
| Editor: Michael D Cassat, MD (Physician) | | |

After informed consent and time out, the patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine. The patient tolerated this well and was given post injection instructions.

Electronically signed by Michael D Cassat, MD at 12/16/2021 12:27 PM

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn**

**Other Doctors' Notes**

**Progress Notes**

**Mary M Cornaghie, MD at 12/16/2021 1100**

| | | |
|---|---|---|
| Author: Mary M Cornaghie, MD | Service: — | Author Type: Resident |
| Filed: 12/19/2021 9:09 AM | Encounter Date: 12/16/2021 | Status: Attested |
| Editor: Mary M Cornaghie, MD (Resident) | | Cosigner: Lawrence O'Malley, MD at 12/19/2021 9:09 AM |

**Attestation signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM**

I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note. - Lawrence O'Malley, MD

**UAMS**
**Orthopaedic Clinic-New Patient**

**Name: Bobb, Adam**
**DOB:**
**MRN: 003853484**

**Date of Visit: 12/16/2021**

**Diagnosis:**
**right hip pain**

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Hip Pain
  *right*

**HPI:**

Adam K Bobb is a 38 y.o. male who presents to clinic as a new patient for evaluation of right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity

**Past Medical History:**
**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • No Active Ambulatory Problems | |

**Resolved Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB:
Visit date: 12/16/2021

Sex: M

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

- No Resolved Ambulatory Problems

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hypertension | |

**Past Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC SURGERY | | |

**Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take 10 mg by mouth daily. | | |

No current facility-administered medications for this visit.

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Sulfa (Sulfonamide Antibiotics) | |

**Social History:**
**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Tobacco Use** | |
| • Smoking status: | Current Every Day Smoker |
| • Smokeless tobacco: | Current User |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Yes |
| • Drug use: | Never |
| • Sexual activity: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses: Not on file

Food Insecurity:
- Worried About Running Out of Food in the Last Year: Not on file
- Ran Out of Food in the Last Year: Not on file

Transportation Needs:
- Lack of Transportation (Medical): Not on file
- Lack of Transportation (Non-Medical): Not on file

Physical Activity:
- Days of Exercise per Week: Not on file
- Minutes of Exercise per Session: Not on file

Stress:
- Feeling of Stress : Not on file

Social Connections:
- Frequency of Communication with Friends and Family: Not on file
- Frequency of Social Gatherings with Friends and Family: Not on file
- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: Not on file
- Attends Club or Organization Meetings: Not on file
- Marital Status: Not on file

Intimate Partner Violence:
- Fear of Current or Ex-Partner: Not on file
- Emotionally Abused: Not on file
- Physically Abused: Not on file
- Sexually Abused: Not on file

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Maternal Uncle | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Paternal Uncle | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Grandfather | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Grandfather | |
| • No Known Problems | Other | |
| • Anesthesia problems | Neg Hx | |
| • Cancer | Neg Hx | |
| • Bleeding disorder | Neg Hx | |
| • Collagen disease | Neg Hx | |

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

| | |
|---|---|
| • Diabetes | Neg Hx |
| • Hypertension | Neg Hx |
| • Osteoporosis | Neg Hx |
| • Rheum arthritis | Neg Hx |
| • Scoliosis | Neg Hx |
| • Heart disease | Neg Hx |
| • Lung disease | Neg Hx |
| • Arthritis | Neg Hx |
| • Stroke | Neg Hx |

**ROS:**
A complete 14 point review of systems was negative except for HPI

**EXAM:**
**Vital Signs:** BP (!) 140/97 | Pulse 112 | Temp 97.7 °F (36.5 °C) (Oral) | Ht 1.905 m (6' 3") | Wt 87.5 kg (193 lb) | BMI 24.12 kg/m²

**PHYSICAL EXAM:**
General: NAD, A/O times 4
Eyes: Normal tracking
Cv: Brisk capillary refill
Pulm: Non-labored breathing
Abd: Nondistended
MSK:
**RIGHT HIP**: Inspection no ecchymosis. no significant tenderness palpation. Limited flexion or extension with pain. Pain with range of motion. Strength 5/5 hip flexors, 5/5 hip extensors, 5/5 hip abductors, 5/5 hip adductors. Positive FABERS Test. Normal Obers Test. Normal Thomas Test. Positive Grind test. Negative Snapping hip.

**FINDINGS – IMAGING STUDIES:**

MRI of the right hip shows evidence of a superior labral tear

**ASSESSMENT AND PLAN**

38 y.o. male who sustained a right hip superior labral tear

plan for a diagnostic injection to the right hip
He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks

Meg Cornaghie, MD
Orthopaedic Surgery, PGY-3
Pager 405-2825

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Bobb, Adam K
MRN: 003853484, DOB: Sex: M
Visit date: 12/16/2021

**12/16/2021 - Office Visit in UAMS Orthopedic Clinic- Colonel Glenn (continued)**

**Other Doctors' Notes (continued)**

Patient seen and discussed with Dr. Omalley

Electronically signed by Lawrence O'Malley, MD at 12/19/2021 9:09 AM
Electronically signed by Mary M Comaghie, MD at 12/19/2021 9:09 AM

## END OF REPORT

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8249570 MRN:000313058
Care Provider: Brown, John

Radiology

| | | |
|---|---|---|
| MRI C-Spine Wo Contrast | 2022 02 09 15:06 | 1 or more Final Results Received |
| Image | | Final |
| MRI C-Spine Wo Contrast | | Final |

PROCEDURE: MRI of the cervical spine

DATE: 2/9/2022

COMPARISON: None

HISTORY: Neck pain and radiculopathy.

TECHNIQUE: Study was performed with multisequence and multiplanar imaging.

FINDINGS:
Alignment of the cervical spine is unremarkable. Vertebral bodies are of normal height. Marrow signal is unremarkable. There is no abnormal signal within the cervical cord. Craniovertebral junction appears normal.

At C2-3 and C3-4 there is no disc bulge or herniation. There is no stenosis.

At C4-5 there is no significant disc bulge or herniation. There is no stenosis.

At C5-6 there is minimal disc bulge. There is no central canal stenosis. There is some uncovertebral spurring producing mild right foraminal stenosis and mild to moderate left foraminal stenosis.

At C6-7 there is diffuse disc bulge and bony spur. There is no significant central canal stenosis. There is uncovertebral spurring on the left producing moderate to severe left foraminal stenosis. There is no significant right foraminal stenosis.

IMPRESSION:
At C6-7 there is diffuse disc bulge and bony spur. There is moderate to severe left foraminal stenosis. No central canal stenosis or right foraminal stenosis.

At C5-6 there is minimal disc bulge. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis. No central canal stenosis.

Signed by William Deaton, MD 2/9/2022 3:06 PM

John Brown - Referring Physician

Jefferson Regional Medical Center

Document Name: Patient Results
Patient Name: Bobb, Adam K Account:8200803 MRN:000313058
Care Provider: Pollard MD, Alan

**Radiology**

| | | |
|---|---|---|
| MRI L-Spine Wo Contrast | 2021-12-27 08:53 | 1 or more Final Results Received |

Image Final

MRI L-Spine Wo Contrast Final

DATE OF EXAM: 12/27/2021 7:47 AM

PROCEDURE: MR L-Spine Without Contrast

COMPARISON: None

HISTORY: EVALUATE LUMBAR SPINE FOR DEGENERATIVE CHANGES

FINDINGS: Vertebral bodies are numbered assuming 5 lumbar-type vertebral bodies. Vertebral body height and signal intensity are within limits of normal. Conus medullaris terminates at L1 and is without evidence of a focal abnormality.

At L1-L2, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L2-L3, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L3-L4, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.

At L5-S1, there is no evidence of a disc bulge or herniated nucleus pulposus. No evidence of central or neural foraminal stenosis.

IMPRESSION: Degenerative disc disease L4-5

Signed by David G Jong, MD 12/27/2021 8:53 AM

Alan Pollard MD - Referring Physician

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-227-0187**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 10-05-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient seys, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1 ****1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 042210248001352

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp*, *joint swelling*, *muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
**On a scale of 1 to 10 the pain level is 7.** Height (inches): 75.00 Weight (lbs): 210.00 **BP:** 150/112 mm Hg.

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

Bobb, Adam Male 07-20-

*..ith pain. Palpable trigger points are noted in the muscles of the head and neck, specifically Right paracervical and left paracervical - much improved.*
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Neurology - Coordination:** Finger-to-nose testing is normal.
The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.
Decreased sensation in left hand - C5 and C6 dermatome

**Lab Order**
**Order No: SCL042672 Dated: 10-05-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL042673 Dated: 10-05-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL25444 Dated: 10-05-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Lumbar Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

CERVICAL MRI 02/2022 C6-C7 uncovertebral spurring with mod to severe left foraminal stenosis

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***10/05/22***

Patient is having neck pain and left UE numbness with C6-C7 left foraminal stenosis.

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.



back to top

Bobb, Adam Male 042210240001352

Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-CESI left at C5-C6 and C6-C7
-Get fresh lumbar MRI in light of the new right LE symptoms
-Refill Norco
- Check on back brace and TENS unit

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications: Norco

Pill count: 0/60

Last filled: 08/03/22

UDS: negative

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC after procedure

**ICD: Sleep apnea (G47.30)**
**ICD: Lumbar radiculopathy (M54.16)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Med Complexity (25 min) (99214)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)



back to top

Bobb, Adam Male

(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:
(G47.30)
(G89.4)
(I10)
(M48.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** Procedure scheduled

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1



John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 10-05-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date**: 06-08-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every Night Refills: 2
1 Tablet Every 12 hours PRN Refills: 0
Refills: 0



back to top

Bobb, Adam Male 042210240601352

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp***, ***joint swelling***, ***muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

Bobb, Adam Male

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL033488 Dated: 06-08-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***06/08/22***

Still waiting on the cervical MRI report to be brought for me to review. Muscle spasm in the left lower back.
Neck pain is doing pretty well with stretching.

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

- Continue with neck and lower back stretches.
-Refill Norco
-Continue muscle relaxant

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.



back to top

Dobb, Adam Male 07-20 1083 0#2218240001352

- Current Medications: Norco

Pill count. 44/60

Last filled: 05/31/22

UDS: +opi

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- RTC in 2 months.

**ICD: Sleep apnea (G47.30)**
**ICD: HTN (hypertension) (I10)**
**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**
ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(Z79.899)

**Follow Up:** 2 Months

**Prescription**
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60



back to top

Bobb, Adam Male

Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 06-08-2022.*



back to top

Bobb, Adam Male 0422202400001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 436-0983**
**Main Fax: 501-251-1975**

**140 John Harden Drive**
**Jacksonville, AR 72076 - 3719**
**Refer@ArkansasSpineAndPain.com**

**Bobb, Adam**

**Visit Date:** 04-18-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10. The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone [illegible] mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days Prescribe 60 Tablet
[illegible] 1 Tablet Every Night for 30 Days Prescribe 30 Tablet Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 2
Refills: 0



back to top

Bobb, Adam Male

Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp*, *joint swelling*, *muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated***



back to top

***with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Minimal tenderness***
**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Lab Order**
**Order No: SCL029444 Dated: 04-18-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is improved.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.

S/P Rt SIJ #1 03/23/22 and #2 04/13/22

***04/18/22***

Previous right SIJ injections helpful. Elevated the blood pressure a little.
Still benefitting from the hydrocodone. Tolerated well.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

-He will get results of the the cervical MRI and bring with him
-Consider CMBB. Doing well after the Cervical TPIs. Continue stretching
-continue current pain med regimen

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- Current Medications:
Norco 5

Pill count: 23/60 Last filled: 03/31/22



back to top

Bobb, Adam Male

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose. The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: +opi confirmation 02/21/22

- RTC in 2 months.

**ICD: Sacroiliitis (M46.1)**
**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (15 min) (99213)**
**Drug test prsmv instrmnt chemistry analyzers (80307)**

ICDs:
(G47.30)
(G89.4)
(I10)
(M46.1)
(M51.36)
(M25.551)
(M47.812)
(M79.18)
(S73.191A)
(M54.2)

**Follow Up:** 2 Months

**Prescription**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet



back to top

Bobb, Adam Male 042210240001352

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 04-18-2022.*



back to top

Bobb, Adam Male

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**School/Work Excuse**

**DATE: 04-13-2022**

**NAME: Adam Bobb**
**DOB:**
**ADDRESS:**

**EMPLOYER:**
**PHYSICIAN NAME: Tatyana Stepanenko MD**

To Whom It May Concern:

This is to certify that the above patient is under my professional care.

This is to further certify that the above patient was seen in our office today.

Appointment time: 01:30PM

T. Stepanenko

**Tatyana Stepanenko, MD**



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankle Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name** : Adam Bobb
**MR#** SCL39265
**Date of Operation:** 04-13-2022
**DOB:**

**Sacroiliac Joint Injection**

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia**:Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:-** An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications.



back to top

Bobb, Adam Male 6422102480001352

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam:** SI joint tenderness

**Post-op exam:** Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 04-13-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankle Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

**Name** : Adam Bobb
**MR#** SCL39265
**Date of Operation**: 03-23-2022
**DOB:**

## Sacroiliac Joint Injection

**Pre-operative Diagnosis:** Sacroiliitis - 720.2

**Post-operative Diagnosis:** Sacroiliitis - 720.2

**Procedure Title(s):**

1. Right Sacroiliac joint injection

**Surgeon:** Tatyana Stepanenko, MD

**Anesthesia**:Conscious sedation

**Indications:** The patient is a 38 year -old male with a diagnosis of Sacroiliitis - 720.2. The patient's history and physical exam were reviewed. The risks, benefits and alternatives to the procedure were discussed and all questions were answered to the patient's satisfaction. The patient agreed to proceed and written informed consent was obtained.

**Procedure in Detail:-** An intravenous line was placed in the preoperative holding area. The patient was then brought into the procedure room and placed in the prone position on the fluoroscopy table. Standard monitors were placed and vital signs were observed throughout the procedure. The low back and upper buttock area was prepped with betadine solution times three and draped in a sterile manner. AP fluoroscopy was used to visualize the right sacroiliac joint. The fluoroscopic beam was then obliqued unitl the anterior and posterior margins of the joint were aligned.
The inferior margin of the joint was identified and marked. The skin and subcutaneous tissue about this identified point were anesthetized with 1% lidocaine. A 22-gauge 3.5 inch spinal needle was advanced toward the identified point under fluoroscopic guidance. Once the targeted point was reached and the joint space was entered, negative aspiration was confirmed, and 0.5 ml of isovue 300 was injected.

The joint space was appropriately outlined. Then, after negative aspiration, a solution consisting of 20 mg Kenalog mix with 5cc of .5% marcaine was easily injected. The needle was removed with a 1% lidocaine flush.

The patient's back was cleaned and bandage(s) were placed over the needle insertion sites.

Right SIJI #2
Patient tolerated the procedure well, no any complications



back to top

Bobb, Adam Male 04221024800I352

**Disposition:** The patient tolerated the procedure well and there were no complications. Vital signs remained stable throughout the procedure. The patient was taken to the recovery area where written discharge instructions for the procedure were given.

**Pre-op exam:** SI joint tenderness

**Post-op exam:** Negative SI joint tenderness.

T. Stepanenko

This has been electronically signed by Tatyana Stepanenko, MD

Date: 03-23-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 436-0983
Main Fax: 501-251-1975

140 John Harden Drive
Jacksonville, AR 72076 - 3719
Refer@ArkansasSpineAndPain.com

**Bobb, Adam**
Sex: Male, Date of Birth: Chart No:
**Visit Date:** 02-21-2022
**Referring Physician:** Kerry Pennington
**Encounter Type:** Follow Up
**Reason for Visit:** Follow Up

**History of Present Illness**
***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the knee. Patient says, at its worse his pain is 10/10, at its least it is 3/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.
He had cervical MRI done 2 weeks ago - report pending. Medication change has helped. The previous cervical MRI really helped.

Chronic Pain Syndrome

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**

hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days , Prescribe 60 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 30 Days., Prescribe 60 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 2 ****1 Tablet Every 12 hours PRN Refills: 0
1 Tablet Every Night Refills: 1

Bobb, Adam Male 0422102400001352

Refills: 0
Refills: 0
Refills: 0
Refills: 0
Tylenol #3
Tylenol #3

**Family History**
Cancer.
Diabetes.
Heart attack.
HTN.

**Review of Systems**
**Constitutional Symptoms:** Denies weight loss or fatigue. Reports normal appetite. Physical strength is normal.
**Eyes:** Denies corrective lenses/contacts. No change in vision.
**HENT:** Denies headache, dizziness, deafness/hearing loss or smelling sense change.
**Cardiovascular:** Denies ankle swelling, feet swelling, high blood pressure, limb swelling, limb pain on walking, pedal edema, arrhythmia, heart attack, phlebitis or PND. No varicose veins.
**Respiratory:** Denies shortness of breath, asthma, COPD/emphysema or sleep apnea.
**Gastrointestinal:** Denies nausea or vomiting, frequent diarrhea, constipation, gastroesophageal reflux disorder or bloating.
**Genitourinary:** Denies incontinence or blood in urine. He denies having kidney stones. No difficulty in urination.
**Musculoskeletal:** Reports ***muscle cramp, joint swelling, muscle weakness*** and ***muscle pain or tenderness***. Denies muscle twitches, muscle wasting, night cramps, atrophy or posture abnormalities. ***Joint abnormality reported.*** No history of fractures. No arthritis. ***Reports limitation of joint movement.***
**Neurological:** Denies blackouts, stroke, epilepsy/seizures, headaches, incoordination, memory loss or involuntary movements. The patient reports gait disturbance. There is no spasticity.
**Psychological:** Reports ***depression*** and ***anxiety***. Denies sleeping difficulty.
**Hematologic:** There is no bleeding disorder. Denies anemia. He denies easy bruising/bleeding tendency.
**Allergies:** He denies taking any antiallergics Denies asthma, latex, previous diagnosis of allergic skin diseases, tuberculin test allergy, vasomotor rhinitis, family history of allergic disease or migraine headaches triggered by allergies.
**Endocrine:** Denies thyroid problem. He denies having diabetes. He denies intolerance to heat or cold. There is no polyuria.

**Vitals**
Height (inches): 63.00 Weight (lbs): 205.00

**General:** The patient is well developed and well-nourished. Patient is found to be in no acute distress. Patient has good hygiene.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by***



back to top

Bobb, Adam Male

***the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical - much improved.***
**Lumbar Spine:** ***Palpation of the bilateral sacroiliac joint area reveals right sided pain and no left sided pain. Positive stress testing, positive iliac compression testing, positive patricks test***

**Lab Order**
**Order No: SCL025181 Dated: 02-21-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests**: ASAP URINE DRUG SCREEN
**Order No: SCL025193 Dated: 02-21-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without - results pending

Schedule right SIJ injection in White Hall

Has RX for PT for neck and lower back. He will do that soon.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

Medication

-Refill Norco 5 #60

UDS - negative POC. Confirmation ordered



back to top

Bobb, Adam Male

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 02-21-2022.*



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

Phone: 501-227-0184
Fax: 501 421-0001
Main Fax: 501-251-1975

202 Frankie Lane
White Hall, AR 71602 - 3027
Refer@ArkansasSpineAndPain.com

## Physical Therapy Order

**Patient:** Adam Bobb
**DOB:**
**Address:**

**Ordered on:** 01-25-2022

**Home Phone:**
**Work Phone:**

**Diagnoses:** Chronic pain syndrome (G89.4)
Lumbar degenerative disc disease (M51.36)
Chronic right hip pain (M25.551)
Cervical spondylosis (M47.812)
Cervical myofascial pain syndrome (M79.18)
Labral tear of right hip joint (S73.191A)

**Instructions:**
Physical Therapy and evaluate and treat: 3x/wk for 4 weeks

John M Brown , DO



back to top

Bobb, Adam Male 042210240001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

5700 West Markham Street, Little Rock AR 72205 - 3328
Tel: 501 227-0184 , Fax: 501-227-0187

## Urine Definitive/Confirmatory Drug Testing Order Form

**PATIENT DEMOGRAPHICS**
**Patient**: Adam Bobb
**Age/Sex**: Male 38 year
**Date**: 01-25-2022

**GUARANTOR & INSURANCE INFORMATION**
**Insurance**: Medicaid
**Guarantor**: Bobb Adam

Rationale for confirmatory drug testing is that the Patient has a chronic pain and is with ORT considered to be low.

**Urine Definitive/Confirmatory Drug Testing Orders**

1. asap confirmation on lcms full panel

**The above definitive/confirmatory tests are reasonable and necessary for the following:**

1. New patient testing as part of history and exam to support initial treatment decisions

**Summary of Definitive Drug Tests Results**

1. results as expected = consistent with history and 1-prescribed medication(s)

**Treatment Plan after UDS Confirmation**

1. based on definitive drug test results and clinical evaluation, continue medications as prescribed

**Diagnosis**: Chronic pain syndrome (G89.4), Lumbar degenerative disc disease (M51.36), Chronic right hip pain (M25.551), Cervical spondylosis (M47.812), Cervical myofascial pain syndrome (M79.18), Labral tear of right hip joint (S73.191A), Cervicalgia (M54.2), Encounter for long-term (current) use of other medications (Z79.899), Cervical radiculopathy (M54.12)

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Disclosure:
AB 130D Ammended Labor Code 5703, requires all physician statements and reports to include the following as a condition of admission and payment: I have not Violated Labor Code section 139.3 and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury.

Dated this 01-27-2022 at Alameda County, California.



back to top

Bobb, Adam Male

9422102460001352

**Arkansas Spine and Pain**
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name** : Adam Bobb

**MR#** SCL39265

**Date of Operation:** 01-25-2022

**DOB:** ·

**Trigger Point Injection(s)**

**Pre-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Post-Procedure Diagnosis:** myofascial cervical pain and chronic pain syndrome

**Procedure:** **Trigger Point Injection(s)**

**Attending Doctor:** Mr. John Brown, M.D.

**Anesthesia:** Local

**Description of Procedure:** After informed consent was obtained, the area of interest was palpated and the trigger points were identified and marked. There was/were a total of 4 site(s). These were located at the trapezius muscle and lower cervical paraspinal area musculature. After prepping and draping the area in the usual sterile fashion a 25 guage 1 1/2 inch needle was used to inject a total of of 1% lidocaine 1 ml / 4 mg dexamethasone distributed equally at each of the previously described site. There was no heme or paresthesias, nor air elicited from at any location (injections over lung areas). The patient tolerated the procedure well, all needles were removed intact. Hemostasis was maintained, and there were no paresthesias or complications.

Ultrasound Guidance: No

**Disposition:** After a period of observation, the patient's vital signs remained stable. The patient was then discharged to home with supervision in good condition and given written discharge instructions and instructed to contact our office for follow-up appointment.

This has been electronically signed by John Brown, DO

Date: 01-25-2022.



back to top

Bobb, Adam Male

Arkansas Spine and Pain
CENTER OF EXCELLENCE

**Phone: 501-227-0184**
**Fax: 501 421-0001**
**Main Fax: 501-251-1975**

**202 Frankie Lane**
**White Hall, AR 71602 - 3027**
**Refer@ArkansasSpineAndPain.com**

**Name :** Mr. Adam Bobb
**DOE**
**Referral Source(s):** Dr. Kerry Pennington,
**Date:** 01-25-2022
**Reason for Visit:** New Patient Consult

**History of Present Illness**
Adam is a pleasant 38 year old male, who presents to our office for a new patient consultation.

***Chronic Pain Syndrome***
**Pain Details:** He reports onset of pain gradually over time . The patient describes his pain as constant. The pain is dull . The pain radiates to the le,ue. Patient says, at its worse his pain is 10/10, at its least it is 2/10, on an average about 4/10, The pain is made worse by movement , whereas it gets better by taking medications.
**Psychiatric Diagnostic:** Reason for Referral:Chronic pain.
Patient is here today for a new patient appointment c/o Lower back, RT hip and neck. Had MRI done 12/27/2021 at JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8.
Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped.
Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or evaluation. Neck has started hurting more the last 2 months. No radiating pain to upper extremities.

**Past Medical History**
Sleep apnea G47.30 (780.57)
HTN (hypertension) I10 (401.9)

**Surgical History**
Heart surgery

**Allergy**
SULFUR, ELEMENTAL Allergy .

**Current Medication**
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet
tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1
hydrochlorothiazide
amlodipine
duloxetine
tramadol
hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46



back to top

has good hygiene.
**ENT:** Oral mucosa is moist and pink. He has good dentition. On examination, tongue appears to be normal.
**Eyes:** Pupils are equal and round and reactive to light and accommodation. Sclera appears to be clear. Conjunctiva is normal. .
**Neck:** There is no deviation of trachea from midline. On examination, there is no evidence of thyroid gland enlargement.
**Respiratory:** Normal breathing Chest is clear to auscultation. There is no rales or rhonchi noted. .
**Cardiovascular:** Rate and rhythm is regular. There is no evidence of pedal edema.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Cervical Spine:** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable. ***Anterior flexion is noted to be 40 degrees.*** There is pain noted when neck is flexed anteriorly. ***Extension of cervical spine is noted to be 60 degrees.*** There is no pain noted with cervical spine extension. ***Left lateral rotation is noted to be 70 degrees. Painful left lateral rotation of cervical spine has been reported by the patient. Left lateral flexion is noted to be 30 degrees.*** Left lateral flexion is not associated with pain. ***Right lateral rotation of the C-spine is noted to be 70 degrees. Painful right lateral rotation of cervical spine has been reported by the patient. Right lateral flexion of the neck is noted to be 30 degrees. Right lateral flexion is associated with pain. Palpable trigger points are noted in the muscles of the head and neck, specifically. Right paracervical and left paracervical.***
**Thoracic Spine:** There is no evidence of atrophy or asymmetry noted in the thoracic spine. No tenderness at thoracic paraspinal muscles and facet joint lines are noted. Range of motion of the thoracic spine is normal with both flexion and extension without pain. There is evidence of crepitation, laxity or instability noted in the thoracic spine. **trigger points** No.
**Lower Extremities:** Edema not noted.
**Lumbar Spine:** Inspection of the lumbar spine reveals no scoliosis. ***Palpation of the lumbar facet reveals tenderness on both the sides at L3-S1 region. Mild*** There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness. ***Anterior flexion of lumbar spine is noted to be 70 degrees.*** Anterior lumbar flexion causes pain. Extension of lumbar spine is noted to be full at 30 degrees. There is pain noted with lumbar extension. ***Left lateral flexion of the lumbar spine is noted to be 20 degrees.*** Left lateral flexion causes pain ***Right lateral flexion of the lumbar spine is noted to be 20 degrees.*** Right lateral flexion reveals pain There are no palpable trigger points in the muscles.
**Joints-Shoulder: Right Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion. ROM of the shoulder is full. The stress test is normal. There is no cast. Right shoulder is non-tender to palpation. No right shoulder swelling noted. There is no ecchymosis noted over the right shoulder. No right sided shoulder crepitus noted. No right shoulder deformity noted. There is no atrophy of the right shoulder noted. No right shoulder effusion noted. Shoulder ROM: . Right Shoulder Labral Test Findings: Negative. Right scapula winging grade: 0. Right shoulder bicep test: Negative. Right shoulder impingement: Negative. Right shoulder O'brien's test: Negative. Right shoulder popeye sign: Negative. Right shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Can not do stress testing due to injury.
**Left Shoulder:** There is no tenderness, swelling, ecchymosis, crepitance or effusion noted. ROM of the shoulder is full. The stress test is normal. There is no cast. Left shoulder is non-tender to palpation. No left shoulder swelling is noted. There is no ecchymosis present over the left shoulder. No left sided shoulder crepitus noted. No left shoulder deformity noted. There is no atrophy of the left shoulder noted. No left shoulder effusion noted. Left Shoulder Labral Test Findings: Negative. Left scapula winging grade: 0. Left shoulder bicep test: Negative. Left shoulder impingement test: Negative. Left shoulder O'brien's test: Negative. Left shoulder popeye sign: Negative. Left shoulder stress test - joints: Normal. Right shoulder stress test - muscles: Normal. Stress Testing: Cannot do stress testing due to injury.
**Joints- Elbows:** Elbows are non-tender, without crepitus or effusion. Joints are stable and ROM is normal.
**Joints- Wrists:** Wrists are non-tender, without crepitus or effusion. Joints are stable and ROM is normal. Phalen's sign test: No sign of altered or loss of feeling or strength, or pain in the hand, wrist, arm, or neck noted . Tinel's sign test: Negative .



back to top

Bobb, Adam Male 042218240001352

**Joints- Hips/ SI Joint:** Gaenslen's Test: negative right, negative left. Left Hip ROM: Tested. Yeoman's Test: negative right, negative left. Yeoman's Test: negative right, negative left. Patrick's Test: negative right, negative left. Right Hip ROM: negative right, negative left. Pain with internal rotation Lumbar spine is noted to be stable. Positive

**Joints-Knee:** On knee examination, right knee appears to be normal. On knee examination, right knee appears to be normal. Right knee is non-tender to palaption. There is no tenderness noted in the anterior knee region. There is no swelling noted in the right knee region. There is no ecchymosis noted on the right knee. Right knee effusion is absent. Right knee compartment testing is performed. Right knee patellofemoral exam has normal findings. Right Knee Ligament Testing: Normal findings. On examination, left knee appears to be normal.

**Left Knee:** Left knee is tender to palaption. There is no tenderness present over the anterior part of the left knee region. There is no swelling noted in the left knee region. There is no ecchymosis noted on the left knee. Left knee effusion is absent. Compartment testing: Performed. Left Patello-Femoral Exam Findings: Normal. Let Knee Ligament testing: Normal.

**Joints- Ankles:** Ankles are non-tender, without crepitus or effusion bilaterally. Joints are stable and ROM is also normal.

Ankles appear normal to inspection without any evidence of erythema or edema. There is normal ankle range of motion noted bilaterally.

**Neurology - Mental Status:** Patient is awake, alert and oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Neurology - Coordination:** Finger-to-nose testing is normal.

The patient?s gait appears to be normal. The patient was able to do heel walk. The patient was able to do toe walk.

**Neurology - Straight Leg Raising:** Right: normal 90 degrees. Left: normal 90 degrees.

**Neurology - Motor Strength:**

Left UE strength - Flexors: 5/5. Right UE strength - Flexors: 5/5.
Left UE strength - Extensors: 5/5. Right UE strength - Extensors: 5/5.
Left UE Tone: Normal.
Right UE Tone: Normal.
Left LE strength - Flexors: 5/5. Right LE strength - Flexors: 5/5.
Left LE strength - Extensors: 5/5.
Right LE strength - Extensors: 5/5.
Left LE Tone: Normal. Right LE Tone: Normal.

**Neurology - Sensation:** There is normal sensation noted in the head region on the left side. There is normal sensation noted in the head region on the right side. There is normal sensation noted in the left shoulder. There is normal sensation noted in the right shoulder. Chest has normal sensation on the left side. Chest has normal sensation on the right side. There is normal sensation noted in the trunk on the left side. There is normal sensation noted in the trunk on the right side. Back examination reveals normal sensation on the left. Back examination reveals normal sensation on the right. Left elbow has normal sensation. Right elbow has normal sensation. There is normal sensation noted in the left arm. There is normal sensation noted in the right arm. Left wrist has normal sensation. Right wrist has normal sensation. Left fingers has normal sensation. Right fingers has normal sensation. Normal sensation has been noted in the abdomen. There is normal sensation noted in the left hip. There is normal sensation noted in the right hip. There is normal sensation noted in the left thigh. There is normal sensation noted in the right thigh. There is normal sensation noted in the left knee. There is normal sensation noted in the right knee. There is normal sensation noted in the left ankle. There is normal sensation noted in the right ankle.

**Neurology - Deep Tendon Reflexes:**

Left biceps (DTR): 2+. Right biceps (DTR): 2+.
Left triceps (DTR): 2+. Right triceps (DTR): 2+.
Left brachioradialis (DTR): 2+. Right brachioradialis (DTR): 2+.
Left patellar (DTR): 2+. Right patellar (DTR): 2+.
Left achilles (DTR): 2+. Right achilles (DTR): 2+.
Babinski: - negative on the right, negative on the left side.



back to top

Bobb, Adam Male

**Lab Order**
**Order No: SCL023308 Dated: 01-25-2022 Lab: INHOUSE**
**HL7 Lab Adhoc Tests:** ASAP URINE DRUG SCREEN
**Order No: SCL023338 Dated: 01-25-2022 Lab: Any Lab**
**HL7ADHOC**: ASAP URINE DRUG SCREEN - Confirmation
I, the ordering provider, also order the Arkansas Spine and Pain lab to confirm the results by LCMS of any unprescribed or illicit drugs that show as positive on the patient's qualitative test and/or to confirm by LCMS any prescribed drugs(s) that show as negative on the patient's qualitative test.

**Radiology Order**
**Order No: SCL23444 Dated: 01-27-2022 Rad: Any Lab**
**Magnetic Resonance Imaging**: MRI Cervical Spine without CM

**Assessment and Plan**
**ICD: Chronic pain syndrome (G89.4)**
**Assessment:** Mr. Bobb is a 38yo man who presents to clinic for the first time c/o low back, right hip and neck pain.
Lumbar MRI showing disk dessication and DDD at the L4-L5 level. Has suspected right hip labral tear.
His pain level today is 510.
Currently taking Tylenol #3.
Has tried Physical therapy for his hip pain.

Cervical pain with myofascial pain and probable spondylosis. No previous evaluation done.

Right hip labral tear - seeing ortho

Lumbar DDD with disk dessication at L4-L5. Muscle tightness and pain with no radicular symptoms.
**Plan:** - I have spoken at length with the patient. We discussed options of medical management and interventions such as epidural injections, physical therapy, and surgery. At this time, I will go ahead with the following:

Get Cervical MRI without
Cervical TPI today
Schedule lumbar ESI L4-L5
Continue PT for the hip. Will give RX for PT for neck and lower back.

- I have reviewed all imaging and referral records prior to this visit. Discussed all past history and medication with patient at length today.

- AR/PMP reviewed. The patient is not showing any aberrant behaviors and seems coherent to me, we will refill their pain meds.

- I Have started the following medications for better pain control:
START
HC 5 twice daily #14 for one week ( Medicaid) then #46 if effective for him
Tizanidine 4 mg at bedtime #30

- The patient was advised to use pain medications exactly as prescribed and made cognizant of the side effects, complications and limitations of long term opioids therapy which include but not limited to nausea, vomiting, constipation, sedation, respiratory depression, respiratory arrest, coma and death from overdose.



back to top

Bobb, Adam Male 0422102408001352

The patient was also explained the risks of tolerance, dependence, habit formation and drug addiction. The patient verbalized to understand all pros and cons and agreed to closely follow the instructions. Patient understands the risks and benefits of these treatments.

- UDS: Sending for confirmation.

- Lab Order:
ASAP Confirmation on LCMS Full Panel

The above Definitive UDT is reasonable and necessary for the following circumstances:

1- New patient testing as part of history and exam to support initial treatment decisions
2- Identify specific substance(s) and/or metabolite(s) inadequately detected or not detected by presumptive screen
3- Identify specific medication(s) or drug(s) in a class (e.G., benzodiazepines, barbiturates, opioids, antidepressants)
4- Definitive concentration of medication(s), drug(s), and/or metabolites needed to guide management
5- Identify a negative, or confirm a positive presumptive screen result inconsistent with a patient's self-report, presentation, medical history, or current prescribed medication
6- Rule out an error as the cause of an unexpected presumptive screen result
7- Identify non-prescribed medication or illicit drug use for ongoing safe prescribing of controlled substances
8- Results needed for differential assessment of Treatment efficacy, Side effects and Possible drug interaction
9- Identify substances that may present high risk for additive or synergistic interaction with prescription medication (e.G., alcohol)
10- Random testing

- Informed consent was obtained, risk of procedure were explained including but not limited to bleeding, infection, pneumothorax, paralysis, numbness, headache, reaction to the medication, nerve damage and death. The patient understood and agreed with injection.***Patient has received educational material regarding upcoming injection as well as pre-procedural instructions******

- Advised patient I will only be acting as their pain physician and treat for all pain related issues. Patient as been advised to maintain relationship with PCP for all other medical issues and has verbalized understanding of this.

- ASAP narcotic contract has been discussed in detail with patient today. Patient has verbalized understanding of this contract.

- Safety Assessment: Today the patient denied homicidal and suicidal ideation, intent, and plan. Based on my assessment of the patient today, the patient can continue to be safely managed on an outpatient basis.

- RTC in 4 weeks

ASAP URINE DRUG SCREEN - Confirmation

**ICD: Lumbar degenerative disc disease (M51.36)**
**ICD: Chronic right hip pain (M25.551)**
**ICD: Cervical spondylosis (M47.812)**
**ICD: Cervical myofascial pain syndrome (M79.18)**
**ICD: Labral tear of right hip joint (S73.191A)**
**ICD: Cervicalgia (M54.2)**
**ICD: Encounter for long-term (current) use of other medications (Z79.899)**
**ICD: Cervical radiculopathy (M54.12)**
**Visit Low Complexity (45 min) (99204)**



back to top

Bobb, Adam Male

ICDs:
(G89.4)
(M51.36)
(M25.551)
(M47.812)

**Trigger Point, 1or 2 Muscles (20552)**

ICDs:
(M54.2)

**Drug Test Prsmv Chem Anlyzr (80307)**

ICDs:
(Z79.899)

**Follow Up:** 4 Weeks

**Prescription**

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 7 Days , Prescribe 14 Tablet

hydrocodone 5 mg-acetaminophen 325 mg tablet 1 Tablet Every 12 hours PRN for 23 Days , Prescribe 46 Tablet

tizanidine 4 mg tablet 1 Tablet Every Night for 30 Days , Prescribe 30 Tablet, Refills 1

John Brown, DO
*This has been electronically signed by John Brown, DO*

*Date: 01-25-2022.*



back to top

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

Re: Adam Bobb
DOB:

Dear Sirs:

I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues. Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

Kerry F. Pennington, M.D.

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

mainlinehealth systems, Inc.

**BOBB, ADAM**
39 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: BLUE CROSS OF ARKANSAS
Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

02/27/2023 Progress Notes: Kerry Pennington, MD

**Reason for Appointment**

1. HTN 6 MO F/U, see HPI for complaints, B.Thiele,LPN 2/27/23
2. RX: Drug room pharmacy, B.Thiele,LPN 2/27/23
3. DUE: Wellness and HIV screening, B.Thiele,LPN 2/27/23

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Nearly every day, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual Several days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 17, Interpretation Moderately severe depression. Intervention Follow-Up for Depression Currently treated for depression and/or bipolar related diagnosis, Depressiong Screening Findings Positive.

Visit HPI:

This patient is here for follow-up of hypertension, but complains of multiple issues, including peripheral neuropathy, insomnia, increased moodiness, he is drinking 60 beer per week. He denies chest pain, dyspnea, GI or GU complaints. His blood sugars have been in the 200 to 300 range for the past few weeks, with no specific history of diabetes.

**Current Medications**

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet as needed Orally every 6 hrs , Notes to Pharmacist: pdmp checked
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 60 MG Capsule Delayed Release Particles 1 capsule Orally Twice a day , Notes to Pharmacist: dose increase

**Discontinued**

- Dexamethasone 0.75 MG Tablet as directed Orally Once a day , Notes to Pharmacist: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
- LORazepam 1 MG Tablet TAKE 1 TABLET BY MOUTH 45 MINUTES BEFORE PROCEDURE

Medication List reviewed and reconciled with the patient

**Past Medical History**

Hypertension.
Anger issue.

**Surgical History**

heart surgery at 2 years old

**Family History**

Father: unknown

**BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023**

Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled
1 son(s), 1 daughter(s).
pt denies mental health issues or substance abuse in family- He reports he is drinking about 2 30 packs of beer a week to help sleep/px mangement. He sees BH for MDD, PTSD, and Anxiety, B.Thiele,LPN 2/27/23.

### Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000, How often do you smoke cigarettes? every day.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 02/27/2023, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 1- Several days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 13, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 02/27/2023.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Four or more times a week (4 points), How often did you have six or more drinks on one occasion in the past year? Daily or almost daily (4 points), Points 8, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? Yes, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? Yes, 3. People who have episodes like this often have changes in their thinking and behavior at the same time, like being more talkative, needing very little sleep, being very restless, going on buying sprees, and behaving in many ways they would normally think inappropriate. Did you ever have any of these changes during your episodes of being excited and full of energy or very irritable or grouchy? Yes.
Depression Screening Completed: yes, Thiele, Brandi 02/27/2023 11:59:14 AM CST > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Thiele, Brandi 02/27/2023 12:00:19 PM CST > , Yes:.
Smoking: yes, Thiele, Brandi 02/27/2023 12:00:28 PM CST > , , YES.
Recreational drug use: yes, Thiele, Brandi 02/27/2023 12:00:33 PM CST > , Denies.
Alcohol: yes, Beer, DAILY, 2 30-PACKS of Beer a week, B.Thiele,LPN 2/27/23.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 02/27/2023, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Thiele, Brandi 02/27/2023 12:01:41 PM CST > , Occasionally.
Exercise: yes, Thiele, Brandi 02/27/2023 12:01:53 PM CST > , > , Per Age.
Travel outside US: yes, Thiele, Brandi 02/27/2023 12:02:03 PM CST > , No.
Sexually active: yes, Thiele, Brandi 02/27/2023 12:02:09 PM CST > , , Yes.
Herbal & OTC medications: yes, Thiele, Brandi 02/27/2023 12:02:18 PM CST > , , PRN.
Advance Directive: yes, Thiele, Brandi 02/27/2023 12:02:29 PM CST > , No.
Diabetic testing: yes, Thiele, Brandi 02/27/2023 12:02:33 PM CST > , Not diabetic.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

### Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

### Hospitalization/Major Diagnostic Procedure

see above

### Review of Systems

Psychiatry:
Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia , yes.

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxsymal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Insomnia yes. Opioid management yes. Pain quality yes. See HPI **for details**. Sleep **Problems**. Weakness no. Weight gain none. weight loss none
.
Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. See HPI for details. Sleep disturbance yes. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.
Musculoskeletal:
muscle spasms no. Arthritis no. Back pain , **Yes**. Joint stiffness No. Neck pain yes. Tingling/numbness yes, **BLE**.
Neurology:
lightheaded no. numbness , **yes, BLE**. Convulsions no. no Headache. Peripheral neuropathy yes. See HPI for details. Tingling/numbness yes. Tremor yes. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

**Vital Signs**

Wt: **196.4** lbs, Ht: 75 in, BMI: **24.55** Index, BP: **150/90** mm Hg, HR: 101 /min, RR: 20, Temp: 97.9, SaO2: 97.

**Examination**

GENERAL EXAM:
General: Well developed, well nourished white male in no acute distress.
ENT: Ears normal, nose normal, mouth and throat normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: No edema.
Neurological: Cranial nerves II through XII and peripheral neurological are intact.
Psych: Mood and affect appropriate.
Skin: Normal with no new rashes or lesions.
Musculoskeletal: Moves all extremities with normal range of motion.

**Assessments**

1. Essential hypertension - I10 (Primary)
2. Other chronic pain - G89.29
3. Primary insomnia - F51.01
4. PTSD (post-traumatic stress disorder) - F43.10
5. GAD (generalized anxiety disorder) - F41.1
6. MDD (major depressive disorder), recurrent episode, moderate - F33.1
7. Primary osteoarthritis involving multiple joints - M15.9
8. Hyperglycemia - R73.9
9. Excessive drinking alcohol - F10.10
10. Current smoker - F17.200

**Treatment**

**1. Essential hypertension**

Continue amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day
Continue hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

Start Carvedilol Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30 days, 60, Refills 5
Start cloNIDine HCl Tablet, 0.2 MG, 1 tablet, Orally, Once a day As needed, 30 days, 15 Tablet, Refills 2

LAB: Lipid Panel With LDL/HDL Ratio * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| **Cholesterol, Total** | **301** | **H** | **100-199 - mg/dL** |
| Triglycerides | 129 | | 0-149 - mg/dL |
| HDL Cholesterol | 65 | | >39 - mg/dL |
| LDL/HDL Ratio | 3.3 | | 0.0-3.6 - ratio |
| VLDL Cholesterol Cal | 23 | | 5-40 - mg/dL |
| **LDL Cholesterol Calc** | **213** | **H** | **0-99 - mg/dL** |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: Comp. Metabolic Panel (14) * (Collection Date & Time - 02/27/2023 12:38 PM)

| | Value | | Reference Range |
|---|---|---|---|
| Calcium, Serum | 10.0 | | 8.7-10.2 - mg/dL |
| **Glucose, Serum** | **123** | **H** | **70-99 - mg/dL** |
| **BUN** | **5** | **L** | **6-20 - mg/dL** |
| Protein, Total, Serum | 7.6 | | 6.0-8.5 - g/dL |
| **Albumin, Serum** | **5.3** | **H** | **4.0-5.0 - g/dL** |
| Bilirubin, Total | 1.2 | | 0.0-1.2 - mg/dL |
| Alkaline Phosphatase, S | 105 | | 44-121 - IU/L |
| **AST (SGOT)** | **102** | **H** | **0-40 - IU/L** |
| Potassium, Serum | 4.3 | | 3.5-5.2 - mmol/L |
| Sodium, Serum | 139 | | 134-144 - mmol/L |
| Chloride, Serum | 97 | | 96-106 - mmol/L |
| Creatinine, Serum | 0.79 | | 0.76-1.27 - mg/dL |
| **ALT (SGPT)** | **143** | **H** | **0-44 - IU/L** |
| Carbon Dioxide, Total | 23 | | 20-29 - mmol/L |
| **BUN/Creatinine Ratio** | **6** | **L** | **9-20 -** |
| Globulin, Total | 2.3 | | 1.5-4.5 - g/dL |
| **A/G Ratio** | **2.3** | **H** | **1.2-2.2 -** |
| eGFR | 116 | | >59 - mL/min/1.73 |

Notes :Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST > Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. This lab was reviewed by Beverly Young on 03/01/2023 at 11:29 AM CST

LAB: -CBC With Differential/Platelet* (Collection Date & Time - 02/27/2023 12:49 PM)

| | Value | Reference Range |
|---|---|---|
| WBC | 8.5 | 4.1 - 10.9 K/uL |
| RBC | 5.74 | 4.20 - 6.30 M/uL |
| Hemoglobin | 18.8 | 12.0 - 18.0 g/dL |
| Hematocrit | 55.9 | 37.0 - 51.0 % |
| MCV | 97.4 | 80.0 - 97.0 fL |
| MCH | 32.8 | 26.0 - 32.0 pg |
| MCHC | 33.6 | 31.0 - 36.0 g/dL |
| Platelets | 179 | 140 - 440 K/uL |
| Lymphs | 17.6 | 10.0 - 58.5 % |
| Monocytes | 9.2 | 0.1 - 24.0 % |
| Neutrophils | 73.2 | 37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5 | 0.6 - 4.1 |
| Monocytes(Absolute) | 0.8 | 0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2 | 2.0 - 7.8 |
| RDW | 12.2 | 11.5 - 14.5 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST > Pennington, Kerry 03/01/2023 08:17:21 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at 08:17 AM CST

LAB: -Urinalysis Microscopic (Collection Date & Time - 02/27/2023 04:18 PM)

| | Value | Reference Range |
|---|---|---|
| Glucose | 250 | NEG - |
| Bilirubin | neg | NEG - |
| Ketones | neg | NEG - |
| Specific Gravity | 1.010 | 1.001 - 1.035 |
| Occult Blood | neg | NEG - |
| pH | 7.0 | 4.6 - 8 |
| Protein | neg | NEG - |
| Urobili, Semi -Qu | 0.2 | 0 - 2.0 mg/dL |
| Nitrite | neg | NEG - |
| WBC Exterase | neg | NEG - |
| RBC | neg | 0 - 2 /HPF |
| WBC | neg | 0 - 2 /HPF |
| Epi Cell | rare | NEG - FEW |
| Bacteria | neg | NEG - |

**Progress Note: Kerry Pennington, MD 02/27/2023**

| | | |
|---|---|---|
| Yeast | neg | NEG - |
| Trich | neg | NEG - |
| Casts/Crystals | neg | NEG - |
| Clue Cells | neg | NEG - |

Notes :Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren Pennington, Kerry 02/27/2023 06:54:50 PM CST >

Notes:
**Add carvedilol 3.25 mg BID, #60 x 5 refills, check lab, continue other medications and a low salt diet. He is also given clonidine 0.2 mg to take as needed for elevated blood pressure, #15 x 2 refills.**

**2. Other chronic pain**
Notes:
**Continue follow-up with pain clinic as directed.**

**3. Primary insomnia**
Start traZODone HCl Tablet, 100 MG, 1 or 2 tablet(s) at bedtime, Orally, Once a day, 30 days, 60, Refills 5
Notes:
**Trazodone 100 mg 1 or 2 HS, #60 x 5 refills. Good sleep hygiene is discussed.**

**4. PTSD (post-traumatic stress disorder)**
Notes:
**Continue current meds and follow-up with BH later today.**

**5. GAD (generalized anxiety disorder)**
Notes:
**Continue current meds and follow-up with BH.**

**6. MDD (major depressive disorder), recurrent episode, moderate**
Continue DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, Notes to Pharmacist: dose increase
Notes: **Continue current meds and follow-up with BH.**

**7. Primary osteoarthritis involving multiple joints**
Notes:
**Continue current care and stay active without overuse.**

**8. Hyperglycemia**
LAB: -Hemoglobin A1C (Collection Date & Time - 02/27/2023 12:58 PM)

| | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | 6.1 | 4.8 - 6.9 % |

Notes :1012 EAST CHURCH ST. WARREN AR 71671 Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST > Pennington, Kerry 03/01/2023 08:17:34 AM CST > This lab was reviewed by Kerry Pennington on 03/01/2023 at

---

08:17 AM CST

Notes:
**Check appropriate lab today and we will proceed from there.**

**9. Excessive drinking alcohol**
Notes:
**He will try to taper off.**

**10. Current smoker**
Notes: **He is encouraged to quit smoking and cessation is discussed. He is offered pills, patches and gum but declines intervention at this time.**

**11. Others**
Notes:
I have reviewed patient's current medication list above. Patient is advised to continue all other medications as previously prescribed and documented in previous notes, unless otherwise noted above. K. Pennington, MD
I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.

**Preventive Medicine**
NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Instructed on how to calculate BMI & importance. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
TOBACCO USE: Smoking Patient Counseled on the dangers of tobacco and urged to quit Yes Discussed the potential effects of smoking., Discussed the positive effects of smoking cessation..
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**
99214 Office Visit, Est Pt., Level 4.

**Procedure Codes**
85025 COMPLETE CBC W/AUTO DIFF WBC, Modifiers: QW
83036 GLYCATED HEMOGLOBIN A1C, Modifiers: QW
81001 URINALYSIS, AUTO W/SCOPE
36415 VENIPUNCT, ROUTINE*
1034F CURRENT TOBACCO SMOKER
99406 BEHAV CHNG SMOKING 3-10 MIN
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

---

BOBB, ADAM DOB: (39 yo M) Acc No. 126774 DOS: 02/27/2023

**Follow Up**
3 Months,prn
**Care Plan Details**

**Electronically signed by Kerry Pennington on 02/28/2023 at 02:53 PM CST**
**Sign off status: Completed**

---

BOBB, ADAM, 39 Y, M,

# CUMULATIVE REPORTS

-CBC With Differential/Platelet*

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:49 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| WBC | 8.5<br>4.1 - 10.9 K/uL |
| RBC | 5.74<br>4.20 - 6.30 M/uL |
| Hemoglobin | 18.8<br>12.0 - 18.0 g/dL |
| Hematocrit | 55.9<br>37.0 - 51.0 % |
| MCV | 97.4<br>80.0 - 97.0 fL |
| MCH | 32.8<br>26.0 - 32.0 pg |
| MCHC | 33.6<br>31.0 - 36.0 g/dL |
| Platelets | 179<br>140 - 440 K/uL |
| Lymphs | 17.6<br>10.0 - 58.5 % |
| Monocytes | 9.2<br>0.1 - 24.0 % |
| Neutrophils | 73.2<br>37.0 - 92.0 % |
| Lymphs (Absolute) | 1.5<br>0.6 - 4.1 |
| Monocytes(Absolute) | 0.8<br>0.0 - 1.8 |
| Neutrophils (Absolute) | 6.2<br>2.0 - 7.8 |
| RDW | 12.2<br>11.5 - 14.5 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:49:46 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:21 AM CST > |

BOBB, ADAM,

-Hemoglobin A1C

| | |
|---|---|
| Collection Date | 02/27/2023 |
| Collection Time | 12:58 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Hemoglobin A1c | 6.1<br>4.8 - 6.9 % |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | 1012 EAST CHURCH ST. WARREN AR 71671<br>Gonzalez Hurtado, Jessica 02/27/2023 12:58:35 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:34 AM CST > |

-Urinalysis Microscopic

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>04:18 PM |
| Order Date | 02/27/2023 |
| Result Date | 02/27/2023 |
| Ordering Physician | Kerry Pennington |
| Glucose | 250<br>NEG - |
| Bilirubin | neg<br>NEG - |
| Ketones | neg<br>NEG - |
| Specific Gravity | 1.010<br>1.001 - 1.035 |
| Occult Blood | neg<br>NEG - |
| pH | 7.0<br>4.6 - 8 |
| Protein | neg<br>NEG - |
| Urobili, Semi-Qu | 0.2<br>0 - 2.0 mg/dL |
| Nitrite | neg<br>NEG - |
| WBC Exterase | neg<br>NEG - |
| RBC | neg<br>0 - 2 /HPF |
| WBC | neg<br>0 - 2 /HPF |
| Epi Cell | rare<br>NEG - FEW |
| Bacteria | neg<br>NEG - |
| Yeast | neg<br>NEG - |
| Trich | neg<br>NEG - |
| Casts/Crystals | neg<br>NEG - |
| Clue Cells | neg<br>NEG - |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Adams, Brittany 02/27/2023 04:18:54 PM CST > 1012 East Church St., Warren<br>Pennington, Kerry 02/27/2023 06:54:50 PM CST > |

BOBB, ADAM,

Comp. Metabolic Panel (14) *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Calcium, Serum | 10.0<br>8.7-10.2 mg/dL |
| Glucose, Serum | 123H<br>70-99 mg/dL |
| BUN | 5L<br>6-20 mg/dL |
| Protein, Total, Serum | 7.6<br>6.0-8.5 g/dL |
| Albumin, Serum | 5.3H<br>4.0-5.0 g/dL |
| Bilirubin, Total | 1.2<br>0.0-1.2 mg/dL |
| Alkaline Phosphatase, S | 105<br>44-121 IU/L |
| AST (SGOT) | 102H<br>0-40 IU/L |
| Potassium, Serum | 4.3<br>3.5-5.2 mmol/L |
| Sodium, Serum | 139<br>134-144 mmol/L |
| Chloride, Serum | 97<br>96-106 mmol/L |
| Creatinine, Serum | 0.79<br>0.76-1.27 mg/dL |
| ALT (SGPT) | 143H<br>0-44 IU/L |
| Carbon Dioxide, Total | 23<br>20-29 mmol/L |
| BUN/Creatinine Ratio | 6L<br>9-20 |
| Globulin, Total | 2.3<br>1.5-4.5 g/dL |
| A/G Ratio | 2.3H<br>1.2-2.2 |
| eGFR | 116<br>>59 mL/min/1.73 |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:52 PM CST ><br>Pennington, Kerry 03/01/2023 08:17:56 AM CST > liver enzymes are elevated most likely related to his alcohol intake. His cholesterol is very high but we should not treat at this time with meds |

BOBB, ADAM,

| Collection Date | Order Date | Notes |
|---|---|---|
| | | because of his liver functions. He needs to decrease the fats in his diet. His blood count is too high related to smoking and drinking, this increases his risk of stroke so he needs to stop both of these as much as possible. His A1c and blood sugar are both normal which makes me wonder if his machine is accurate. He needs to get a machine and check his blood sugar 3-4 times a week and keep a list and send us the list in 1 month. Otherwise low-fat low-salt diet and keep follow-up appointment Young, Beverly 03/01/2023 11:27:21 AM CST > pt. adv. |

## Lipid Panel With LDL/HDL Ratio *

| | |
|---|---|
| Collection Date<br>Collection Time | 02/27/2023<br>12:38 PM |
| Order Date | 02/27/2023 |
| Result Date | 03/01/2023 |
| Ordering Physician | Penningto, K |
| Cholesterol, Total | 301H<br>100-199 mg/dl |
| Triglycerides | 129<br>0-149 mg/dL |
| HDL Cholesterol | 65<br>>39 mg/dL |
| LDL/HDL Ratio | 3.3<br>0.0-3.6 ratio |
| VLDL Cholesterol Cal | 23<br>5-40 mg/dL |
| LDL Cholesterol Calc | 213H<br>0-99 mg/dL |

| Collection Date | Order Date | Notes |
|---|---|---|
| 02/27/2023 | 02/27/2023 | Gonzalez Hurtado, Jessica 02/27/2023 12:38:59 PM CST > |

BOBB, ADAM,

Subject **RE: Claim# 1220024325 Adam Bobb**
From Spears, Lakesha <Lakesha.Spears@lfg.com>
To mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
Date 2023-04-04 6:15 am

Hello Maria,

Thank you for the update.

Best,

Lakesha

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

## SOCIAL SECURITY ADMINISTRATION

Refer To:
Adam Kel Bobb Iii
BNC#: 23GC455C36077

Office of Hearings Operations
SSA OHO HEARING OFC
RM 2405 FEDERAL BLDG
700 WEST CAPITOL AVE
LITTLE ROCK, AR 72201-3227
Tel: (866) 592-2549 / Fax: (833) 561-0423

October 16, 2023

Adam Kel Bobb Iii

Dear Adam Kel Bobb Iii:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative.** We will arrange for you to appear in person.

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Sherri Rowland
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Marcus Lane Vaden
MARCUS VADEN P A
UNIT 102
600 S GERMAN LN
CONWAY, AR 72034-7081

•1003CIPA100724*NOTAFP.X3.CIPAFP.ODARS.R231011.PS1K 000000000000000000HA123421011668900102533

Form HA-L2 (04-2015)
Representative

From: 11/08/2023 11:58 #504 P.001/069

MV
MARCUS VADEN
LAW

# FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**

**The Lincoln National Life Insurance Company**

Fax number: 402-361-1460
Date: November 8, 2023
Re: [illegible]
Policy Number 000010201375000000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033 600 South German Lane, Suite 102 Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

PAGE 1/2 * RCVD AT 11/8/2023 1:02:32 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):01-26

MV
MARCUS VADEN
LAW

November 8, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |
| | Date Appeal Due: | November 8, 2023 |

**THIS IS AN APPEAL**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Long Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter dated May 12, 2023, terminating his long term disability benefits--denying his claim seven months into the future. Since that time, his health has continued to decline. On November 1, 2023, I sent a request (via fax) that you provide me with the entire claim file for Mr. Bobb so that I may review all information relevant to his claim. Although I have not yet received his claim file, I have [illegible]

One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.,* 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California,* 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.,* 378 F.3d 113, 130 (1st Cir. 2004).

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial Group subsequently seek to rely on any reasons not mentioned in the denial letter, benefits should be paid to date and a new appeal allowed.

This appeal will address how Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest, and attorney's fees.

## Summary of Applicable Law

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker, Disability Plan v. Nord,* 538 U.S. 822, 830 (2003). ERISA imposes higher than marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator [illegible] "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins Co v. Glenn,* 554 U.S. 105, 115 (2008) (emphasis added).

[illegible] "full and fair review" that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.,* 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.,* 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.,* 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.,* 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett,* 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell,* 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.,* 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.,* 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012)

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." Bernstein v. CapitalCare, Inc., 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence...is evidence which a reasoning mind would accept as sufficient to support a particular conclusion...[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." LeFebre v. Westinghouse Elec. Corp., 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be <u>substantial</u>. *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

**Reasons this Decision to Terminate Benefits Violates ERISA**

**1. It is irrational to make a decision to terminate benefits based on a person's ability to function in a work setting due to their condition and limitations seven (7) months into the future.**

In the decision letter dated May 12, 2023, Lincoln Financial stated the decision to terminate benefits was based on a change in definition of disability that would not go into effect until December 15, 2023. Lincoln Financial claimed to believe that seven (7) months into the future, Adam would have the ability to perform other occupations. This illogical decision was based purely on speculation rather than evidence, as there is no scientific way to determine Adam's future health and limitations months in advance.

Not only did the prematurity of this decision deprive Adam of the benefit of months of treatment records, but it appears that no records from 2023 were considered in this decision at all. The restrictions and limitations upon which the decision is based were provided in a mere file review dated December 7, 2022—over a year prior to the date of change in definition of disability. In fact, it appears that Lincoln Financial chose to send Adam's outdated file out for an external peer review rather than to make any attempt to obtain updated records from his providers after August 25, 2022.

This is clearly not the result of a deliberate, principled reasoning process based on substantial evidence. Rather, this decision appears to have been made early in order to base it on as little evidence as possible.

**2. A plan may not arbitrarily dismiss the opinions of the claimant's treating doctors.[1]**

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.*, No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you do have to explain why when you disagree. *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The denial letter [illegible] addresses why the opinions of Adam's treating doctors were disregarded or discounted, or why they made a decision that would not allow for the consideration of up to date treatment records and opinions. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DePerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a disability consultant employed by Lincoln Financial

---

[1] *Black and Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).



PAGE 2/2 * RCVD AT 11/8/2023 1:07:05 PM [Eastern Standard Time] * SVR:VA1PWFAX401/4 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):01-45

Group, who has never seen Adam, to determine on the basis of outdated medical records alone that he is no longer disabled and can work a full-time job.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause chronic pain is not easily subject to objective verification, the Plan's decision to conduct only a file review supports a finding that the decision-making was arbitrary and capricious."

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, "without ever examining [the claimant], the Plan should not have made a credibility determination about [the claimant's] continuous reports of pain.

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the treating physicians' relationship with Ms. Reetz allowed them to personally observe the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she did not personally examine Ms. Reetz, could not have observed the fibromyalgia's effect, or assessed Ms. Reetz's credibility. Thus, the court finds that the treating physicians' medical opinions to be more reliable and probative of Ms. Reetz's condition than Dr. Khanna's report."

The decision letter does not reference any treatment records after his August 25, 2022, appointment with Dr. Pennington. On September 6, 2022, Dr. Pennington wrote:

> "I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues."

This opinion, submitted as part of his Social Security disability claim, is based on years of firsthand observations while treating Adam. I am including the above letter, as well as updated records from Mainline Health Systems, Jefferson Regional Medical Center, UAMS Orthopedic Clinic, and Arkansas Spine and Pain as attachments with this appeal. Additionally, I am continuing to request updated records up until 12/15/2023, as that is the medical evidence required to determine his functional capacity as of that date.

**3. A Plan may not arbitrarily dismiss subjective evidence.**

Consideration of all of Adam's treatment records from December 2021 to December 2023 is crucial for a full and fair review of this claim. Yet, as you will see from the long list of attachments at the end of this appeal, the restrictions and limitations relied upon in this decision are not supported by Adam's treatment history. There is a long list of exam findings that reflect pain hip and back pain. His treatment providers appear to believe his reported symptoms, including pain with continuous sitting and standing.

*Lee v. BellSouth Telecommunications, Inc.*, 318 F. App'x. 829, 837 (11th Cir. 2009) the court said: the consistent diagnosis of chronic pain syndrome by Lee's **physicians** along with the consistent observations of physical manifestations of her constitute **objective medical evidence** [to support the award of benefits.] **This is so because much medical evidence, especially as it relates to pain, is inherently "subjective"** in that it cannot be quantifiably measure. Indeed, the **only evidence of a qualifying disability** may sometime be the sort of evidence... characterize[d] as **"subjective," such as physical examinations and medical reports** by physicians, as well as the patient's own reports of his symptoms.

*Oliver v. Coca Cola Co.*, 479 F3d 1181, 1197 (11th Cir. 2007). "that a plan administrator had acted **arbitrarily and capriciously in denying benefits** to a claimant who suffered from fibromyalgia and chronic pain syndrome on the ground that he had not provided **"objective" evidence of his pain."**

*Lee V. BellSouth Telecomms., Inc.*, 318 Fed. Appx. 829, 837 (11th Cir. 2009). "[t]here is, quite simply, **no laboratory test to diagnose chronic pain syndrome**... Chronic pain syndrome is a **severely debilitating medical condition** that may be fully diagnosed only through **long-term clinical observation."**

**Conclusion**

Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from working and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The conclusion that he can perform another occupation is not based on evidence, as occupational analysis cannot be properly performed without an accurate assessment of his current functioning. The objective and subjective evidence supports Adam's claim for disability benefits, even after the definition of disability change in his policy.

Benefits should be immediately reinstated and attorney fees reimbursed. Should you maintain your denial of benefits we will be eager to litigate this in federal court. If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/ms

**Attachments**

1. UAMS Orthopedic Clinic – Colonel Glenn
    - 12/16/2021 (Michael D. Cassat, M.D): The patient's right hip was sterilely prepped, and using the curvilinear probe of the ultrasound I visualized the femoral head-neck junction. I inserted a 22g spinal needle to this level and injected 3ml 0.25% marcaine and 3ml 1% lidocaine.
    - 12/16/2021 (Mary M. Cornaghie, M.D.): New Patient. Diagnosis: right hip pain. Patient reports that he had pain in his right hip for about a year. He reports he flipped a tractor in April of 2021 which significantly worsened the pain. He complains primarily of to his groin especially with sitting and standing. He complains of catching and popping. He tried physical therapy for less than a week. He reports that the physical therapy made the pain significantly worse. He denies any numbness or tingling to his right lower extremity. **Exam:** Right Hip: Limited flexion or extension with pain. Pain with range of motion. MRI of the right hip shows evidence of a superior labral tear. **Positive** FABERS Test. **Positive** Grind test. Assessment and Plan: 38 y.o. male who sustained a right hip superior labral tear plan for a diagnostic injection to the right hip. He had significant improvement of his pain his pain pre-injection was a 6/10. His pain post injection was a 1/10. He will continue physical therapy. He was also given a prescription for anti-inflammatories. He will follow up in clinic in 6 weeks.
    - 12/16/2021 (Lawrence O'Malley, M.D.): I personally saw and examined, evaluated, assessed and developed the treatment plan for this patient with the resident physician. I agree with the resident physician's note.

2. Jefferson Regional Medical Center
    - 12/27/2021 (David G. Jong, M.D.): **MRI of Lumbar Spine:** Findings: At L4-L5, there is disc desiccation and disc bulge with a small central disc protrusion (HNP) resulting in mild central canal stenosis.
    - 2/9/2022 (William Deaton, MD): **MRI of Cervical Spine**: Impression: At C6-7 there is **diffuse disc bulge** and **bony spur**. There is moderate to severe left foraminal stenosis. At C5-6 there is minimal **disc bulge**. Uncovertebral spurring produces mild right foraminal stenosis and mild to moderate left foraminal stenosis.

3. [illegible] Spine and Pain – Jacksonville
    - 1/25/2022 (John Brown, M.D.): New Patient Consult: Patient is here today for a new [illegible] JRMC. Had Physical Therapy in 2021 Only went for 3 weeks. ORT Score 8. Patient had diagnosis of right hip labral tear and has seen ortho at UAMS. Will be starting therapy. Injured in May when a tractor flipped. Lower back pain worsened since the injury in May. He is having neck pain since that injury and has not had an MRI or

Date: Thu Nov 09 15:20:25 CST 2023
From: Cheryl Geary <Cheryl.Geary@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1768142988.3.1699564825854.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Cheryl Geary**
**Consultant, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *7640
Fax: 402-361-1460
Email: Cheryl.Geary@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2023

MARCUS VADEN
ATTORNEY AT LAW
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vaden:

We are writing in response to your correspondence dated 11/1/2023 requesting a 30 day extension to submit your client's request for appeal. We will grant the extension. Please submit your client's request for appeal no later than 12/8/2023. Upon receipt of our client's request for appeal and supporting documentation, we will reopen your client's claim and process the appeal.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Cheryl Geary
402-361-7640
Claim Resolution Consultant
Claim Resolution Services
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

MV

MARCUS VADEN

LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Claims Shared Services**

**The Lincoln National Life Insurance Company**

Fax number: 402-361-1460
Date: November 8, 2023
RE: Trinity Village, Inc
Policy Number 000010201375000000
Claim Number 1220024325
Claimant Name: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

Sending Via USPS November 8, 2023 as well

---

CONFIDENTIALITY STATEMENT

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

November 8, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |
| | Date Appeal Due: | November 8, 2023 |

**THIS IS AN APPEAL**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Long Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter dated May 12, 2023, terminating his long term disability benefits--denying his claim seven months into the future. Since that time, his health has continued to decline. On November 1, 2023, I sent a request (via fax) that you provide me with the entire claim file on Mr. Bobb so that I may review all information relevant to his claim. Although I have not yet received his claim file, I have reviewed his medical records and his denial letter.

One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.*, 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California*, 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir. 2004).

Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial [illegible] not mentioned in the denial letter, benefits [illegible] and a new appeal [illegible]

This appeal will address how Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest, and attorney's fees.

**Summary of Applicable Law**

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker, Disability Plan v. Nord*, 538 U.S. 822, 830 (2003). ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins. Co v. Glenn*, 554 U.S. 105, 115 (2008) (emphasis added).

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.*, 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.*, 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.*, 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.*, 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett*, 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell*, 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.*, 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.*, 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012)

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." Bernstein v. CapitalCare, Inc., 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence...is evidence which a reasoning mind would accept as sufficient to support a particular conclusion...[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." LeFebre v. Westinghouse Elec. Corp., 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be substantial. *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

**Reasons this Decision to Terminate Benefits Violates ERISA**

**1. It is irrational to make a decision to terminate benefits based on a person's ability to function in a work setting due to their condition and limitations seven (7) months into the future.**

In the decision letter dated May 12, 2023, Lincoln Financial stated the decision to terminate benefits was based on a change in definition of disability that would not go into effect until December 15, 2023. Lincoln Financial claimed to believe that seven (7) months into the future, Adam would have the ability to perform other occupations. This illogical decision was based purely on speculation rather than evidence, as there is no scientific way to determine Adam's future health and limitations months in advance.

Not only did the prematurity of this decision deprive Adam of the benefit of months of treatment records, but it appears that no records from 2023 were considered in this decision at all. The restrictions and limitations upon which the decision is based were provided in a mere file review dated December 7, 2022—over a year prior to the date of change in definition of disability. In fact, it appears that Lincoln Financial chose to send Adam's outdated file out for an external peer review rather than to make any attempt to obtain updated records from his providers after August 25, 2022.

This is clearly not the result of a deliberate, principled reasoning process based on substantial evidence. Rather, this decision appears to have been made early in order to base it on as little evidence as possible.

**2. A plan <u>may not</u> arbitrarily dismiss the opinions of the claimant's treating doctors.**[1]

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.*, No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you *do* have to explain why when you disagree. *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The denial letter never expressly addresses why the opinions of Adam's treating doctors were disregarded or discounted, or why they made a decision that would not allow for the consideration of up-to-date treatment records and opinions. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DeBerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a disability consultant employed by Lincoln Financial

---

[1] *Black and Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).

Group, who has never seen Adam, to determine on the basis of outdated medical records alone that he is no longer disabled and can work a full-time job.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause chronic pain is not easily subject to objective verification, the Plan's decision to conduct only a file review supports a finding that the decision-making was arbitrary and capricious."

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, "without ever examining [the claimant], the Plan should not have made a credibility determination about [the claimant's] continuous reports of pain.

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the treating physicians' relationship with Ms. Reetz allowed them to personally observe the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she did not personally examine Ms. Reetz, could not have observed the fibromyalgia's effect, or assessed Ms. Reetz's credibility. Thus, the court finds that the treating physicians' medical opinions to be more reliable and probative of Ms. Reetz's condition than Dr. Khanna's report."

[illegible] August [illegible], 2022, appointment with Dr. Pennington. On September 6, 2022, Dr. Pennington wrote:

> "I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy. He also suffers from emotional issues which are quite significant. It is my opinion, that he can not work related to both physical and emotional issues."

This opinion, submitted as part of his Social Security disability claim, is based on years of firsthand observations while treating Adam. I am including the above letter, as well as updated records from Mainline Health Systems, Jefferson Regional Medical Center, UAMS Orthopedic Clinic, and Arkansas Spine and Pain as attachments with this appeal. Additionally, I am continuing to request updated records up until 12/15/2023, as that is the medical evidence required to determine his functional capacity as of that date.

**3. A Plan may not arbitrarily dismiss subjective evidence.**

Consideration of all of Adam's treatment records from December 2021 to December 2023 is crucial for a full and fair review of this claim. Yet, as you will see from the long list of attachments at the end of this appeal, the restrictions and limitations relied upon in this decision are not supported by Adam's treatment history. There is a long list of exam findings that reflect pain hip and back pain. His treatment providers appear to believe his reported symptoms, including pain with continuous sitting and standing.

MV

MARCUS VADEN
LAW

November 1, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Brianna:

Pursuant to your letter of May 12, 2023 in which you advise Mr. Bobb that his benefits are being terminated, you indicated that he has 180 days to appeal your decision. According to my calculations, the time to appeal would expire around November 8, 2023. On November 1, 2023 I sent a request that you provide me with the entire claim file on Mr. Bobb. I realize it may take some time for you to respond to this request and I will need some time to review the records in your possession and supplement if necessary. Therefore, I am requesting an additional 30 days within which to comply with will need additional time to review his claim file the appeal in this matter.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/dj

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

TX Result Report

P 1
11/01/2023 12:34
Serial No. AA2J011020699
TC: 28816

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 14023611460 | 11-01 12:33 | 00:01:04 | 002/002 | OK | |

Note TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

**To:** **Brianna Kane**
Fax number: 402-361-1460
Date: November 1, 2023
RE: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Brianna Kane**
Fax number: 402-361-1460
Date: November 1, 2023
RE: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV

MARCUS VADEN
LAW

# FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

---

**To:** **Brianna Kane**
Fax number: 402-361-1460
Date: November 1, 2023
RE: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

---

---

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

MV
MARCUS VADEN
LAW

November 1, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

**THIS IS NOT AN APPEAL**

To Whom It May Concern:

Our firm represents Adam Bobb in his claim for disability benefits under the Plan provided by Trinity Village, Inc. I have enclosed a Notice of Representation for your files.

I have reviewed your Denial Letter and am reviewing the decision to deny disability benefits.

To assist with our review of the claimant's situation, please provide us with the entire claim file and include the following:

1. A copy of the entire benefits policy and/or plan document corresponding to the Plan that governs his claim. Please make sure you include a copy of the policy you are using as a reference and, if different, a copy of the policy in effect on the claimant's last day of work.

2. Copies of any Summary Plan Descriptions or other descriptions of the Plan that govern his claim as well as any evidence that the Summary Plan Description was distributed to the claimant in accordance with ERISA.

3. An explanation of the eligibility criteria, application procedures, applicable time limits, appeal rights and procedures under the Plan.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

4. An explanation as to whether or not the Plan is governed by Employee Retirement Income Security Act of 1974 ("ERISA").

5. If the Plan is an ERISA policy or plan, names, addresses and telephone numbers of the policy's owners, fiduciaries, trustees and/or administrators.

6. If the Plan is an ERISA policy or plan, an explanation (with a reference to specific policy or plan language) of whether the Plan gives the administrator or fiduciary the discretionary authority to make final eligibility determinations and/or to construe the terms of the Plan.

7. An explanation of the specific policy or plan provision or other legal authority upon which the Plan based its decision to terminate the claimant's long-term disability benefits, and the reasons and basis for this decision under the Plan's policy or plan provision(s) or other applicable authority.

8. An explanation of whether the Plan contains an "integration of benefits" or other similar provision with respect to any other public or private disability or other benefits, which the claimant may receive. If the Plan does contain such a provision, please explain how this provision operates.

9. An explanation of whether there are any specific internal or administrative appeal provisions applicable to the Plan's decision to deny the claimant's long-term disability benefit claim; and if so, please explain: (a) the procedures necessary to invoke any such appeal; (b) the deadlines or other time limits applicable to any such appeal; (c) whether the claimant has initiated any such appeal; and (d) if so, the status of that appeal.

10. If the Plan provides that any legal action must be brought within a specified time after written proof of loss must be furnished to the Plan or after some other specific action must be taken, the date on which the Plan contends that the claimant was required to furnish written proof of loss or take any other specific action for purposes of this time limit.

11. Copies of any internal rules, guidelines, protocol or other similar criterion relied upon in making the adverse determination. If no such documents are provided it will be assumed that no internal rules, guidelines, protocol or other similar criterion was in fact relied on in making the claim decision in this case.

12. The complete claim file, including any documents, correspondence and video or audio recordings. If the file references any video surveillance, please provide a COMPLETE copy of all video recordings taken of my client.

13. Copies of any medical or other records you have obtained, prepared, reviewed or otherwise considered in any way in connection with the claimant's claim for long-term disability benefits.

14. Documents, records or other information relevant to the claimant's claim, including but not limited to (a) those relied upon in terminating her long-term disability benefit; (b) those submitted, considered or generated in the course of making her benefit determination without regard to whether such document, record or other information was relied upon in making the benefit determination; (c) those demonstrating compliance with the administrative processes and safeguards required pursuant to federal statutes and regulations governing the making of benefit determinations; or (d) those constituting a statement of policy or guidance with respect to the Plan concerning the denied benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

15. Any other materials or information which the Plan obtained or reviewed in connection with the claimant's claim for long-term disability benefits, or which otherwise concern the claimant's rights and responsibilities under the Plain.

16. If the medical records were evaluated by any health care provider or vocational expert who is not employed directly by the insurance company named above, then, in order to evaluate whether or not your decision to deny or terminate benefits was the result of a "deliberate and reasoned decision-making process" then for each such health care provider please provide a complete copy of their curriculum vitae and report the total number of files reviewed on behalf of the insurance company named above in the 60 months preceding that person's involvement with this claim.

17. Any correspondence between and/or among your Company and the claimant, her representative, her employer and representative or the Plan's Sponsor and representative.

18. Any correspondence (including, but not limited to, letters, memorandum or e-mail format) with legal counsel of the Plan or of the Plan's fiduciaries.

This request is deemed to be continuing, if you or the Plan obtains any further information responsive to this request, in order to allow supplemental documents to be forwarded to us so that your responses to this request remains accurate and complete.

Pursuant to your letter of May 12,2023 in which you advise Mr. Bobb that his benefits are being terminated, you indicated that he has 180 days to appeal your decision. According to my calculations, the time to appeal would expire around November 8,2023. It may take some time for you to respond to our records request and my client and I will need some time to review the records in your possession and supplement if necessary. Therefore, I am requesting an additional 120 days within which to review his claim file and supplement additional information.

Thank you for your anticipated cooperation in this regard. Under ERISA, you have 30 days within which to comply with this request without penalty.

Please call me if you have any questions.

Sincerely,

Marcus Vaden
Attorney at Law

MV/dj
cc: Adam Bobb

Attachment – Notice of Representation and Directive for Payment of Benefits

# NOTICE OF REPRESENTATION
# AND
# DIRECTIVE FOR PAYMENT OF BENEFITS

Please be advised that the law firm of: **Marcus Vaden Law** will represent me in my claim for disability benefits. You may contact the firm directly and release all pertinent documents to the Firm. All prior authorizations for direct deposit of disability benefits are revoked. All future payments for benefits are to be made payable to Marcus Vaden Law and sent to:

Marcus Vaden Law
P.O. Box 203
Conway, AR 72033

You are hereby notified under ACA § 16-22-304 of the law firm's attorney lien in this matter.

This "Directive for Payment of Benefits" may only be revoked in a written document signed by the Client named below and by Marcus Vaden or one of his authorized agents.

Adam K Bobb
Signed
Adam K Bobb
Printed
Date: Dec 21, 2021

Date of Birth

From: 11/01/2023 12:33 #499 P.001/002

MV

MARCUS VADEN
LAW

# FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

**To:** **Brianna Kane**
Fax number: 402-361-1460
Date: November 1, 2023
RE: Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

PAGE 1/2 * RCVD AT 11/1/2023 1:38:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:4023611460 * CSID: * ANI:15013298723 * DURATION (mm-ss):01-08

MV

MARCUS VADEN
LAW

November 1, 2023

*Via Facsimile: (402) 361-1460*

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha NE 68103

ATTN: Brianna Kane
Specialist LTD Claims

| | | |
|---|---|---|
| Re: | Policyholder: | Trinity Village, Inc |
| | Policy Number: | 0001020137500000 |
| | Claim Number: | 1220024325 |
| | Claimant Name: | Adam Bobb |

Dear Brianna:

Pursuant to your letter of May 12, 2023 in which you advise Mr. Bobb that his benefits are being terminated, you indicated that he has 180 days to appeal your decision. According to my calculations, the time to appeal would expire around November 8, 2023. On November 1, 2023 I sent a request that you provide me with the entire claim file on Mr. Bobb. I realize it may take some time for you to respond to this request and I will need some time to review the records in your possession and supplement if necessary. Therefore, I am requesting an additional 30 days within which to comply with will need additional time to review his claim file the appeal in this matter.

If you have any questions, please contact me.

Sincerely,

Marcus Vaden

MV/dj

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

REF #18455485

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 12, 2023

Marcus Vanden Law
Attn: Marcus Vanden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vanden:

We have completed our review of your client's Long Term Disability claim and benefits beyond 12/15/2023 have been denied.

The Policy issued to Trinity Village, Inc. contains, but is not limited to the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
>
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

The Own Occupation Period for this claim will end on 12/15/2023. After a thorough review of the information currently contained in Mr. Bobb's claim file, we have determined he is capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**Information review and action taken**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #18455485

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

We evaluated current information from your client's physician(s), as well as other sources, including vocational information. The documentation contained in your client's claim file includes the following:

*Attending Physician's Statement completed by Dr. Mark Ramiro on 07/08/2021
*Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 08/23/2021
*Office and treatment notes from Ashely Huber MA dated 09/01/2021
*Office and treatment notes from Dr. Kerry Pennington dated 10/25/2021 to 08/25/2022
*External Peer Evaluation completed by Dr. Eric Finkelstein, Board-Certified in Physical Medicine and Rehabilitation, on 12/07/2022

According to the information contained in Mr. Bobb's file, he stopped working as of 06/17/2021 due to a diagnosis of other chronic pain and unilateral primary osteoarthritis right hip.

Mr. Bobb was seen by Dr. Mark Ramiro on 06/07/2021 for complaints of right hip pain, he was compliant with taking his prescribed medications. Dr. Ramiro prescribed meloxicam, acetaminophen-codeine, amlodipine, and hydrochlorothiazide. He was to follow-up in 2 months.

On 06/18/2021 Mr. Bobb was seen by Dr. Mark Ramiro for right hip pain, right groin pain, and complaints that he burned the bottom of his right foot, so he was limping and caused more pain. Dr. Ramiro prescribed Silvadene topical cream and Mr. Bobb was to follow-up as previously scheduled.

Medical records indicate your client was seen by Dr. Doug Coleman on 06/28/2021 for a follow-up of wound to the right foot and right-side pain. Mr. Bobb indicated that his foot was healing, but he could not use the Silvadene cream as it made his foot swelled up, so he stopped using it. He also advised he tried taking steroids for his hip pain, but could not tell a difference, he wakes up with a tightness in his groin, and his wife indicated there was a section in his back that was hurting. Dr. Coleman advised your client was to follow-up in 1 week.

Dr. Mark Ramiro completed an Attending Physician's Statement on 07/08/2021 on which he indicated your client was unable to work due to a diagnosis of right hip pain, tendonitis, and bursitis. He was given restrictions and limitations of avoid prolonged standing, walking, and lifting. Treatment included medication and physical therapy with an estimated return to work around 09/08/2021.

On 07/27/2021 your client was seen by Dr. Mark Ramiro for a follow-up visit for his right hip. He was previously prescribed physical therapy and acetaminophen-codeine. Mr. Bobb indicated that he was going to physical therapy up until 07/27/2021, but the pain was so bad that he couldn't do it and therapy itself was painful. Dr. Ramiro reviewed the physical therapy notes and advised there was a possible labral tear, Mr. Bobb advised that the therapist indicated that they couldn't help, and PT wouldn't fix it. Dr. Ramiro advised to continue his currently prescribed medications, and follow-up as previously scheduled on 08/11/2021.

REF #18455485

Medical records indicate that Mr. Bobb was seen by Ashley Huber MA on 09/01/2021 for an initial evaluation of right hip pain that had been going on for over a year. He had severe right leg weakness and was extremely unsteady on his feet with multiple falls. Mr. Bobb had history or hypertension and had previously had a stroke. Ms. Huber ordered an MRI of the right pelvis and Mr. Bobb was to follow-up once the imaging is completed.

Mr. Bobb was seen by Dr. Kerry Pennington on 10/25/2021 for a new patient evaluation for his chronic right hip pain. He was told in the past workup that he had arthritis of the hip and lumbar spine; Dr. Pollard considered him to have a torn labrum to be a very real possibility. Dr. Pennington advised to take ibuprofen 600 3 times per day and tramadol 50 every 6 hours when necessary. Mr. Bobb was to follow-up in 3 months.

An MRI of the right hip on 11/08/2021 showed a tear of the right anterior superior labrum between the 2:00 to 3:00 positions.

Medical records indicate that Mr. Bobb was seen by Dr. Kerry Pennington on 03/08/2022 for a follow-up of right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical pain. Your client was being seen at by orthopedic surgery at UAMS and they were planning on labral surgery in the future. He had steroid injections in his neck which had helped. Dr. Pennington advised Mr. Bobb to continue tizanidine as needed, hydrocodone-acetaminophen as needed, and continue to follow-up with UAMS orthopedics.

On 08/25/2022 Mr. Bobb had a follow-up appointment with Dr. Kerry Pennington for his low back pain that was chronic. He was being seen by a pain physician and steroid shots had helped, but since he lost his insurance, he was no longer able to see them. Mr. Bobb advised he continued to have hip pain and could have it repaired but refused to have surgery. Dr. Pennington refilled your medications and encouraged you to proceed with surgical repair if that I what was recommended by orthopedists. Your duloxetine was increased to 60mg. He was to follow-up in 4 months.

Based upon the medical records received, your client's file was sent for an External Peer Evaluation completed by Dr. Eric Finkelstein on 12/07/2022. Dr. Finkelstein opined that based upon the medical findings, Mr. Bobb would have the following restrictions and limitations; he could constantly sit, occasionally stand, and walk for up to 2 hours each in an 8-hour day. He could occasionally lift, carry, push, and pull up to 10 pounds occasionally utilizing both upper extremities together. Mr. Bobb could constantly finger, handle, and grasp bilaterally. He could occasionally climb stairs with use of handrails, but could never balance, stoop, bend, kneel, crouch, crawl, climb a ladder, or work at unprotected heights. These restrictions were permanent.

The above listed restrictions and limitations would preclude Mr. Bobb from returning to work in his own occupation but would not preclude him from returning to work in any occupation.

We reviewed your client's past training, education and work experience to evaluate his capacity to perform work-related activity. The documentation provided suggests Mr. Bobb is not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.
Using *The Dictionary of Occupational Titles* as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 379.367-010 | Surveillance-System Monitor | $2,953.60/Month | Sedentary |
| 2. 235.662-022 | Telephone Operator | $2,513.33/Month | Sedentary |

The preceding list is just a sample of various jobs that your client shows transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your client's age, education, training, past work experience and his current abilities, that Mr. Bobb is not prevented from performing work in other occupations, even if he can no longer perform his Own Occupation. Therefore, Mr. Bobb no longer meets the definition of disability in this policy and benefits will be denied as of 12/15/2023. Your client's payment for benefits through 12/15/2023 is being sent under separate cover.

Your client's Social Security information was requested on 02/17/2023; however, to date we have not received this information. Therefore, our decision was based on the information provided, as detailed previously in this letter.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337

REF #18455485

Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

REF #18455485

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫį̨óóǫéą́ą́ǫąíę́ę.

Lincoln Financial Group

**Jennifer Belew, MS, CRC**
Vocational Rehabilitation Consultant
Group Protection

# Transferable Skills Analysis

**Date: 04/29/2023**
**Claimant: Adam Bobb**
**Claim #: 1220024325**
**Policyholder: Trinity Village, Inc.**
**Pre-disability Earnings: $2,801.07/month**
**Benefit Amount: $1,400.00/month**

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills.

**The following documentation and resources were reviewed:**

- Job Description in AWD, dated 11/04/2021
- Dictionary of Occupational Title (DOT)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Information Network (O*NET)
- Training-Education-Experience Form (TEE) in AWD, dated 04/17/2023
- Rehabilitation Survey in AWD, dated 07/26/2022
- Physical Medicine and Rehabilitation Peer Review in AWD, dated 12/09/2022 and completed by Dr. Eric Finkelstein, MD (date of report 12/07/2022)

**Education & Training:**
The insured is 39 years old (hand dominance unknown) and uses a personal email address. The insured reported they earned a high school diploma but did not attend college, complete other formal/vocational training, or serve in the military. No information regarding computer use/skills, special skills, certifications held, hobbies, or interests was provided for review.

The following work history was reviewed:
Per the employer (Trinity Village, Inc.), the insured was employed from 08/2014 until his last day worked (06/2021) as a General Maintenance worker. The insured reported employment with Area Agency for an unknown period of time as a Mechanic where he worked on fleet vehicles. From 2007 to 2012, the insured was employed by JRMC as a Maintenance/HVAC worker where he maintained heating and air units. He also worked as a Correctional Officer from 2001 to 2007 with the Arkansas Department of Corrections where he maintained security.

**Work History:**

| DOT Code | Job Title/Occupation Title | Years | Strength |
|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | 6 years, 10 months | M |
| 620.261-010 | Automobile Mechanic | unknown | M |
| 637.664-010 | Heating and Air Conditioning Installer Service Helper | 5 years | H |
| 372.667-018 | Correction Officer | 6 years | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based on the Physical Medicine and Rehabilitation Peer Review in AWD, dated 12/09/2022 and completed by Dr. Eric Finkelstein, MD (date of report 12/07/2022), which indicated the following:

- Sitting: Constant, as tolerated, up to a total of 8 hours/day
- Standing: Occasional, as tolerated, up to a total of 2 hours/day
- Walking: Occasional, as tolerated, up to a total of 2 hours/day
- Lifting, carrying, pushing, pulling: Occasional, up to 10lbs., utilizing both upper extremities together
- Reaching:

  - Over shoulder level: Frequent, bilateral
  - To desk level: Frequent, bilateral
  - Below waist level: Occasional, bilateral
- Fine manipulation, simple grasping, firm grasping: Constant, bilateral
- Climbing stairs: Occasional with use of handrails.
- Balancing. Stooping, bending, kneeling, crouching, crawling, ladder climbing: Never
- Working at unprotected heights: Never
- Lower extremities for foot controls- Occasional, bilateral

**Skills & Abilities:**
Understanding and following blueprints, sketches, drawings, and other written specifications; working to precise measurements; using arithmetic to measure and estimate material quantities; climbing and balancing on poles and ladders; staying calm during an emergency or danger; lifting and moving heavy objects; and using hands, arms, and fingers to handle tools and/or operate machines.

Knowledge of tools, machines, materials, and methods used in trade or craft specialty; reading scale drawings or blueprints to visualize objects; using shop math to calculate object dimensions, material amounts needed, and material costs; coordinating eyes, hands and fingers to use hand tools or machines in constructing, making, or repairing objects; and adhering to object specifications or standards.

Learning and knowing laws, safety rules, and procedures; recognizing violations and signs of danger; using reason and judgment to deal with people in different kinds of situations; thinking clearly, staying calm, and reacting quickly in emergencies; using weapons and safety equipment skillfully; keeping physically fit; and making on-the-spot decision.

**Profile Adjustments:**
The following changes were made to the Ability Profile based on the education, work history, and the restrictions and limitations noted above:

- **General Educational Development:** Mathematics and language were adjusted to Level 4 based on the insured having reported the completion of a high school diploma.
- **Strength** was adjusted to minimum/maximum based on the restrictions and limitations from Dr. Finkelstein.
- **Physical Demands**: Handling and fingering were adjusted to constantly; and climbing, balancing, stooping, kneeling, crouching, and crawling were adjusted to never based on the information from Dr. Finkelstein. Occupations identified will be reviewed regarding reaching and sit/stand/walk to ensure consistency with the provided restrictions and limitations. Feeling, talking, hearing, tasting/smelling, near/far acuity, depth perception, accommodation, color vision, and field of vision were adjusted to unknown as there were no restrictions or limitations reported in these areas.
- **Environmental Conditions:** Exposure to weather, extreme cold/heat, wet and/or humid, atmospheric conditions, and other environmental conditions were adjusted to unknown; and noise intensity level was adjusted to very loud based on no restrictions or limitations being reported in these areas.
- **Work Situations (Temperaments):** Performing repetitive work was adjusted to yes based on the insured performing routine repair and maintenance tasks. Following specific instructions was adjusted to yes based on the insured being required to follow the policies of the facility.
- **Work Functions – Data:** No adjustments.
- **Work Functions – People:** No adjustments.
- **Work Functions – Things:** Setting up and operating controlling were adjusted to yes based on the insured having responsibilities that require the use of mechanical devices.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level of the insured. Though the identified occupation could typically involve reaching upward/downward occasionally, in sedentary occupations this can be reduced by moving objects an ergonomically correct distance from the body.

**Examples of Occupations identified based on the National Economy and the insured's ability profile analysis:**

| DOT Code | Occupation | Str | Monthly Wage |
|---|---|---|---|
| 379.367-010 | Surveillance-System Monitor | S | $2,953.60 |
| 235.662-022 | Telephone Operator | S | $2,513.33 |

**Wage Information is based on median May 2021 Bureau of Labor Statistical Data*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

Jennifer Belew, MS, CRC
Vocational Rehabilitation Consultant

**WORK HISTORY:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 899.381-010 | Maintenance Repairer, Building | 7 | 6 | 10 | Y | Y | N | M | 05.10.01 |
| 620.261-010 | Automobile Mechanic | 7 | 0 | 0 | Y | Y | N | M | 05.05.09 |
| 637.664-010 | Heating-and-Air-Conditioning Installer-Servicer Helper | 6 | 5 | 0 | Y | Y | N | H | 05.10.01 |
| 372.667-018 | Correction Officer | 4 | 6 | 0 | Y | N | N | M | 04.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 4 (3 to 6 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Never |
| Balancing | | Occasionally | Never |
| Stooping | | Occasionally | Never |
| Kneeling | | Occasionally | Never |
| Crouching | | Occasionally | Never |
| Crawling | | Occasionally | Never |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Never | Unknown |
| Talking | | Occasionally | Unknown |
| Hearing | | Occasionally | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Frequently | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Frequently | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | No Change |
| Atmospheric Conditions | | Frequently | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | No Change |
| Working with Explosives | | Occasionally | No Change |

| | | |
|---|---|---|
| Exposure to Toxic or Caustic Chemicals | Never | No Change |
| Other Environmental Conditions | Frequently | Unknown |
| Noise Intensity Level | Loud | Very Loud |
| **DOT Aptitudes** | | |
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 4 (11-33 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | No Change |
| 6 Comparing | Yes | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | Yes |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Date: Fri Apr 21 13:35:17 CDT 2023
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
E-communication from Lincoln Financial Group
Message-ID: <800990938.3.1682102117421.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 *7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 21, 2023

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vanden:

This letter is in reference to your client's claim for Long Term Disability benefits.

Based on the information provided to our office, we have reinstated your client's Long Term Disability benefits and released a benefit payment covering the period of disability from 03/15/2023 to 04/15/2023.

As a reminder, your client's Long Term Disability benefits equals $1,400.00 per month less other sources of income. Subsequent payments will be issued on or around day 15.

Please refer to your client's original approval letter for further information regarding the administration of your benefits.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti’go Diné bizaad, saad bee áká’ánida’áwo’déé’ t’áá jiik’eh, ná hóló. Kojį’ hódíílnih áǫįóóǫéąą́ǫąíę́ę.

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 20, 2023

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vaden:

Please refer to our letter dated 02/17/2023 regarding our investigation into your client's ability to perform the main duties of any gainful occupation.

To remain eligible for benefits, your client must be disabled as defined in the policy issued to Trinity Village, Inc., which states:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

Own Occupation Period means a period beginning at the end of the Elimination Period and ending 24 months later.

As stated in our letter dated 02/17/2023, we must obtain the following information from you and your client:

- Training Education Experience form

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please complete all sections of the form to insure that a proper investigation can be made regarding your eligibility for benefits beyond 12/15/2023.

We will be unable to consider benefits beyond 12/15/2023 until our investigation has been completed; therefore, please return the completed forms to our office no later than 04/04/2023. This is our final request for this information. We must be provided with or have the ability to obtain evidence of specific restrictions and limitations related to recent medical findings by examination of a physician or testing defining any abnormalities that would preclude your client from performing the main duties of any gainful occupation.

Without this evidence, a full review into your client's ability to perform the main duties of any gainful occupation cannot be completed and we will issue your client's final benefit to 12/15/2023, the end of the own occupation period and your client's claim will be terminated.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: Training Education Experience

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: Adam Bobb

CLAIM NO: 1220024325

EMPLOYER/SPONSOR: Trinity Village, Inc. DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☐ HS Diploma Yes

Vocational Training: Auto Certificate Program completed: Yes

Associates Degree: N/A College: number of years: N/A

Bachelor's Degree: BA /BS Major: N/A Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: N/A

Professional Training, License, Certificates(s): N/A

Are you currently attending any classes: ☐Y ☐ N If yes, provide name of school: N/A

List any other Training or Classes Attended or Plan to Attend: Auto Mec

Primary language spoken: Englis Other language(s) spoken fluently: N/A

Additional Skills, Hobbies & Volunteer Work
N/A

Did you serve in the Armed Forces? ☐Y ☐ N From: No To: N/a

Branch of Service: N/A Specialty:
N/A

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: Trinity Department: Mainta From: 2014 To: 20
   Job Title(s): Maintaince tech
   Supervisory Experience ☐Y ☐ N N/A
   Tasks/Duties/Physical Requirements (please be specific): N/A

   Crawling bending lifting

2. Company: Jefferson Department: Hvac From: 2007 To: 2012
   Job Title(s): Hvac technician
   Supervisory Experience ☐Y ☐ N N/A
   Tasks/Duties (please be specific):
   Crawling bending lifting. Replacing air filters

3. Company: Arkansas dept of correction Department: Maintenance From: 2001 To: 2007
Job Title(s): corrections officer
Supervisory Experience ☐ Y ☐ N N/A
Tasks/Duties (please be specific): N/A

Maintaining safety of the public lifting bending sometimes crawling

4. Company: N/A Department: N/A From: N/A To: N/A
Job Title(s): N/A
Supervisory Experience ☐Y ☐ N N/A
Tasks/Duties (please be specific): N/A

N/A

5. Company: N/A Department: N/A From: N/A To: N/A
Job Title(s): N/A
Supervisory Experience ☐ Y ☐ N N/A
Tasks/Duties (please be specific): N/A

N/A

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | | Home | Work | |
|---|---|---|---|---|---|---|---|
| Email | ☐ | ☐ | N/A | Graphics Software | ☐ | ☐ | N/A |
| Internet | ☐ | ☐ | N/A | Installation/Repair Hardware | ☐ | ☐ | N/A |
| Word Processing (MS Word) | ☐ | ☐ | N/A | Installation/Repair Programming | ☐ | ☐ | N/A |
| Spread Sheet (MS Excel) | ☐ | ☐ | N/A | Project Management | ☐ | ☐ | N/A |
| Database | ☐ | ☐ | N/A | Other: N/A | | | |
| Photo Software | ☐ | ☐ | N/A | | | | |

How much time is spent daily on your work computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours N/A

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours N/A

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) N/A
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: N/A

**SIGNATURE:** [signature] **PHONE NO: (** **)** ___ - ________

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Marcus Vaden Law has sent you a document to review and sign... |
| **File name** | PDF LTD.pdf |
| **Document ID** | 24ffaaa3874b7b7ce0698acd0b61b1da09b18b42 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested on app.practicepanther.com and signed on app.practicepanther.com**

## Document History

| | | |
|---|---|---|
| SENT | **04 / 17 / 2023**<br>16:07:53 UTC | Sent for signature to Bobb, Adam Kell (cabellabobb@gmail.com) from cabellabobb@gmail.com<br>IP: 24.144.36.111 |
| VIEWED | **04 / 17 / 2023**<br>16:16:44 UTC | Viewed by Bobb, Adam Kell (cabellabobb@gmail.com)<br>IP: 174.230.151.192 |
| SIGNED | **04 / 17 / 2023**<br>16:57:18 UTC | Signed by Bobb, Adam Kell (cabellabobb@gmail.com)<br>IP: 24.144.36.111 |
| COMPLETED | **04 / 17 / 2023**<br>16:57:18 UTC | The document has been completed. |

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
**Supplemental Security Income**
**Notice of Disapproved Claim**

Date: 02/02/2023
Claim Number: 5101561

ADAM KEL BOBB III

We are writing about your claims for Social Security and Supplemental Security Income (SSI) disability benefits. Based on a review of your medical conditions you do not qualify for benefits on either claim. This is because you are not disabled or blind under our rules. Doctors and other trained staff looked at your case and made these decisions. They work for the State but used our rules.

The rest of this letter explains our decisions, information about Medicaid and other benefits, and your appeal rights.

**The Decision**

See the enclosed Explanation.

**About The Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security and Supplemental Security Income (SSI) Disability and Blindness Rules" for information about our rules.

**Information About Other Benefits**

An agency of your State will advise you about the medical assistance (Medicaid) program. If you have any questions about your eligibility for Medicaid or need immediate medical assistance, please contact the local social services office.

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

You may want to contact your local public assistance office to find out if you qualify for payments from them.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. We will review the case and look at any new facts you have. A person who did not make the first decision will decide the case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You can go to our website at https://www.ssa.gov/forms to locate this form. Or, you can submit your appeal request online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling out the form.
- In addition, you should complete form SSA-3441 "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. You can also contact us to request this form or if you need help filling out the form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your *my* Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast and simple online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (866) 563-9693.

PINE BLUFF AR
SOCIAL SECURITY
3511 MARKET STREET
PINE BLUFF AR 71601 - 4778

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

CC: Marcus L. Vaden; MARCUS VADEN P A

Enclosure(s):
Social Security and Supplemental Security Income (SSI) Disability and Blindness Rules Explanation

# Social Security and Supplemental Security Income (SSI) Disability and Blindness Rules

**You must meet certain rules to qualify for Social Security disability benefits:**

Disabled Worker

You must have the required work credits and your medical conditions must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Childhood Disability

You must be age 18 or older and your medical conditions must:

- begin before age 22 **or** you must become disabled again within 7 years after the month that your earlier period of disability ended,
- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Widow, Widower or Surviving Divorced Spouse

You must be at least age 50, and your medical conditions must:

- keep you from doing any kind of substantial gainful activity (explained below),
- last, or be expected to last, for at least 12 months in a row, or result in death, and
- have started before the end of a special period.

The special period **starts** with the latest of:

- the month your spouse died,
- the month your Social Security benefits as a parent ended, **or**
- the month your earlier period of widow(er)'s disability ended.

The special period **ends** at the close of the 84th month (7 years) after the month it started.

**Information About Substantial Gainful Activity**

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January 2023, we will find that your work is substantial gainful activity if your gross earnings average over $1,470 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness $2,460. This amount changes each year.

Your work may be different from before your medical conditions began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

**You must meet certain rules to qualify for SSI payments based on disability:**

Disabled Adult

If you are age 18 or older, your medical conditions must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Child

If you are under age 18, your medical conditions must:

- be as severe as those that would keep an adult from doing any kind of substantial gainful activity. This means that your medical conditions must limit you from doing things that other children the same age normally can do, to the extent required by our rules, and
- last, or be expected to last, for at least 12 months in a row, or result in death.

**You must meet certain rules to qualify for SSI payments based on blindness:**

- your eyesight must be no better than 20/200 in the better eye with the use of a correcting lens, or
- your visual fields must be restricted to 20 degrees or less.

You can qualify for SSI payments due to blindness even if you can do substantial gainful activity.

**Information About Substantial Gainful Activity**

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January 2023, we will find that your work is substantial gainful activity if your gross earnings average over $1,470 per month after we deduct allowable amounts. This amount changes each year.

Your work may be different from before your medical conditions began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

## Explanation

We used the following medical and non-medical reports to decide your claim:
ZOOM - VICKIE BREWER CASPALL, PH.D. received on 01/29/2023
JEFFERSON REG. MEDICAL CENTER received on 10/25/2022
ARKANSAS SPINE AND PAIN received on 10/24/2022
MAINLINE HEALTH received on 10/18/2022
UAMS ORTHOPEDIC CLINIC received on 10/13/2022
Information from the Appointed Representative received on 09/08/2022

We received a response indicating no records from the following:
Baptist Health Arkansas received on 09/21/2022

The reports we received had enough information to evaluate your condition.

You said you were unable to work as of 06/09/2021 because of osteoarthritis in right hip, hypertension, chronic pain, spondylosis with myelopathy, degenerative disc disease, anxiety, post traumatic stress disorder and depression.

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.

MARCUS VADEN P A
MARCUS LANE VADEN
UNIT 102
600 S GERMAN LN
CONWAY AR 72034-7081

This is a copy of the letter sent to Adam Kel Bobb Iii

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

Date: Tue Apr 04 11:20:24 CDT 2023
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <511646132.3.1680625224485.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 *7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 4, 2023

Marcus Vanden Law
Attn: Marcus Vanden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vanden:

Please refer to our letter of 03/20/2023 in which we requested additional information for your client's disability claim. As of this date, we have not received a response to our request and benefits have been suspended.

As stated in your client's policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company.

We must receive the following information in order to continue our review of your claim:

- Training-Education-Experience Form

As stated earlier, benefits beyond 03/15/2023 have been suspended until the requested information is received in our office. Future benefits cannot be determined until proof of continued disability is received which may include requesting additional information from you or your client's physician(s). Your immediate response in providing the information requested will assist in our determination of your client's eligibility for further benefits.

Please submit this information by 05/04/2023. If we do not receive this information by 05/04/2023 your client's claim will be closed.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: Training Education Experience

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: Adam Bobb

CLAIM NO: 1220024325

EMPLOYER/SPONSOR: Trinity Village, Inc. DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ________ Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: _____

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work

____________

Did you serve in the Armed Forces? ☐Y ☐ N From: ________ To: ________

Branch of Service: ____________ Specialty:

____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

   ____________

2. Company: ____________ Department: ____________ From: ______ To: _____
   Job Title(s): ____________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific): ____________

   ____________

3. Company:______________________Department:__________________From:______To:____
Job Title(s):______________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):_________________________________________________

___________________________________________________________________________

4. Company:______________________Department:_________________From:______To:_____
Job Title(s):______________________________________________________________
Supervisory Experience ☐Y ☐ N
Tasks/Duties (please be specific):_________________________________________________

___________________________________________________________________________

5. Company:______________________Department:_________________From:______To:_____
Job Title(s):______________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific):_________________________________________________
___________________________________________________________________________

**Computer Utilization:**
Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics | ☐ | ☐ |
| Internet | ☐ | ☐ | Software | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:_____________ | | |

How much time is spent daily on your work computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) ___________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________Work: __________________

**SIGNATURE: _____________________________PHONE NO: ( )_________________________**

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
**Supplemental Security Income**
**Notice of Disapproved Claim**

Date: 02/02/2023
Claim Number: 5101561

ADAM KEL BOBB III

We are writing about your claims for Social Security and Supplemental Security Income (SSI) disability benefits. Based on a review of your medical conditions you do not qualify for benefits on either claim. This is because you are not disabled or blind under our rules. Doctors and other trained staff looked at your case and made these decisions. They work for the State but used our rules.

The rest of this letter explains our decisions, information about Medicaid and other benefits, and your appeal rights.

**The Decision**

See the enclosed Explanation.

**About The Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security and Supplemental Security Income (SSI) Disability and Blindness Rules" for information about our rules.

**Information About Other Benefits**

An agency of your State will advise you about the medical assistance (Medicaid) program. If you have any questions about your eligibility for Medicaid or need immediate medical assistance, please contact the local social services office.

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

You may want to contact your local public assistance office to find out if you qualify for payments from them.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. We will review the case and look at any new facts you have. A person who did not make the first decision will decide the case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You can go to our website at https://www.ssa.gov/forms to locate this form. Or, you can submit your appeal request online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling out the form.
- In addition, you should complete form SSA-3441 "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. You can also contact us to request this form or if you need help filling out the form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.

**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your my Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast and simple online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (866) 563-9693.

PINE BLUFF AR
SOCIAL SECURITY
3511 MARKET STREET
PINE BLUFF AR 71601 - 4778

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

CC: Marcus L. Vaden; MARCUS VADEN P A

Enclosure(s):
Social Security and Supplemental Security Income (SSI) Disability and Blindness Rules Explanation

## Social Security and Supplemental Security Income (SSI) Disability and Blindness Rules

**You must meet certain rules to qualify for Social Security disability benefits:**

Disabled Worker

You must have the required work credits and your medical conditions must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Childhood Disability

You must be age 18 or older and your medical conditions must:

- begin before age 22 **or** you must become disabled again within 7 years after the month that your earlier period of disability ended,
- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Widow, Widower or Surviving Divorced Spouse

You must be at least age 50, and your medical conditions must:

- keep you from doing any kind of substantial gainful activity (explained below),
- last, or be expected to last, for at least 12 months in a row, or result in death, and
- have started before the end of a special period.

The special period **starts** with the latest of:

- the month your spouse died,
- the month your Social Security benefits as a parent ended, or
- the month your earlier period of widow(er)'s disability ended.

The special period **ends** at the close of the 84th month (7 years) after the month it started.

**Information About Substantial Gainful Activity**

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January 2023, we will find that your work is substantial gainful activity if your gross earnings average over $1,470 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness $2,460. This amount changes each year.

Your work may be different from before your medical conditions began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

**You must meet certain rules to qualify for SSI payments based on disability:**

Disabled Adult

If you are age 18 or older, your medical conditions must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Child

If you are under age 18, your medical conditions must:

- be as severe as those that would keep an adult from doing any kind of substantial gainful activity. This means that your medical conditions must limit you from doing things that other children the same age normally can do, to the extent required by our rules, and
- last, or be expected to last, for at least 12 months in a row, or result in death.

**You must meet certain rules to qualify for SSI payments based on blindness:**

- your eyesight must be no better than 20/200 in the better eye with the use of a correcting lens, or
- your visual fields must be restricted to 20 degrees or less.

You can qualify for SSI payments due to blindness even if you can do substantial gainful activity.

**Information About Substantial Gainful Activity**

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January 2023, we will find that your work is substantial gainful activity if your gross earnings average over $1,470 per month after we deduct allowable amounts. This amount changes each year.

Your work may be different from before your medical conditions began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

**Explanation**

We used the following medical and non-medical reports to decide your claim:
ZOOM - VICKIE BREWER CASPALL, PH.D. received on 01/29/2023
JEFFERSON REG. MEDICAL CENTER received on 10/25/2022
ARKANSAS SPINE AND PAIN received on 10/24/2022
MAINLINE HEALTH received on 10/18/2022
UAMS ORTHOPEDIC CLINIC received on 10/13/2022
Information from the Appointed Representative received on 09/08/2022

We received a response indicating no records from the following:
Baptist Health Arkansas received on 09/21/2022

The reports we received had enough information to evaluate your condition.

You said you were unable to work as of 06/09/2021 because of osteoarthritis in right hip, hypertension, chronic pain, spondylosis with myelopathy, degenerative disc disease, anxiety, post traumatic stress disorder and depression.

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.

MARCUS VADEN P A
MARCUS LANE VADEN
UNIT 102
600 S GERMAN LN
CONWAY AR 72034-7081

This is a copy of the letter sent to Adam Kel Bobb Iii

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

Date: Mon Mar 20 11:55:24 CDT 2023
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <593185976.3.1679331325332.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 *7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 20, 2023

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vaden:

Please refer to our letter dated 02/17/2023 regarding our investigation into your client's ability to perform the main duties of any gainful occupation.

To remain eligible for benefits, your client must be disabled as defined in the policy issued to Trinity Village, Inc., which states:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

Own Occupation Period means a period beginning at the end of the Elimination Period and ending 24 months later.

As stated in our letter dated 02/17/2023, we must obtain the following information from you and your client:

- Training Education Experience form

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please complete all sections of the form to insure that a proper investigation can be made regarding your eligibility for benefits beyond 12/15/2023.

We will be unable to consider benefits beyond 12/15/2023 until our investigation has been completed; therefore, please return the completed forms to our office no later than 04/04/2023. This is our final request for this information. We must be provided with or have the ability to obtain evidence of specific restrictions and limitations related to recent medical findings by examination of a physician or testing defining any abnormalities that would preclude your client from performing the main duties of any gainful occupation.

Without this evidence, a full review into your client's ability to perform the main duties of any gainful occupation cannot be completed and we will issue your client's final benefit to 12/15/2023, the end of the own occupation period and your client's claim will be terminated.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: Training Education Experience

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: Adam Bobb

CLAIM NO: 1220024325

EMPLOYER/SPONSOR: Trinity Village, Inc. DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________________ Certificate Program completed: ____________________

Associates Degree: ____________________ College: number of years: ____________________

Bachelor's Degree: BA /BS Major: __________ Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: _____

Professional Training, License, Certificates(s): ____________________

Are you currently attending any classes: ☐Y ☐ N If yes, provide name of school: ____________________

List any other Training or Classes Attended or Plan to Attend: ____________________

Primary language spoken: ____________________ Other language(s) spoken fluently: ____________________

Additional Skills, Hobbies & Volunteer Work

____________________

Did you serve in the Armed Forces? ☐Y ☐ N From: __________ To: __________

Branch of Service: ____________________ Specialty: ____________________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: ____________________ Department: ____________________ From: ______ To: ______
   Job Title(s): ____________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________________

   ____________________

2. Company: ____________________ Department: ____________________ From: ______ To: _____
   Job Title(s): ____________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific): ____________________

   ____________________

3. Company:______________________Department:__________________From:______To:____
   Job Title(s):_______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):________________________________________________

   ____________________________________________________________________________

4. Company:______________________Department:_________________From:______To:_____
   Job Title(s):_______________________________________________________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):________________________________________________

   ____________________________________________________________________________

5. Company:______________________Department:_________________From:______To:_____
   Job Title(s):_______________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):________________________________________________
   ____________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:_____________ | | |

How much time is spent daily on your work computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) ___________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________Work: ___________________

**SIGNATURE: _____________________________PHONE NO: ( )_________________________**

Date: Fri Feb 17 13:45:29 CST 2023
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <904362397.3.1676663130014.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 *7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 17, 2023

Marcus Vaden Law
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vaden:

This letter is in reference to your client's claim for Long Term Disability benefits.

As you will recall in your client's original approval letter we advised his policy provides 24 months of benefits as long as he is unable to perform the main duties of his Own Occupation.

The Own Occupation Period begins at the end of the Elimination Period and ends 24 months later. Your client's Own Occupation Period will end on 12/15/2023.

At this time we are re-evaluating your client's claim to determine if your client is Totally Disabled from any occupation. To make an appropriate determination, we will be evaluating current medical documentation and your client's past training, education and work experience.

Therefore, we must obtain the following information from your client:

- Training Education Experience form

If all requested information is not provided in a timely manner, we may proceed with our determination based on the available information. This determination, however, may be negatively impacted if all requested and/or pertinent information is not made available for consideration during the review period. .

We will be unable to consider benefits beyond 12/15/2023 until our investigation has been completed; therefore, please return the completed forms to our office within 30 days.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: Training Education Experience

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: Adam Bobb

CLAIM NO: 1220024325

EMPLOYER/SPONSOR: Trinity Village, Inc. DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________________ Certificate Program completed: ____________________

Associates Degree: ____________________ College: number of years: ____________________

Bachelor's Degree: BA /BS Major: _________ Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: _____

Professional Training, License, Certificates(s): ____________________

Are you currently attending any classes: ☐Y ☐ N If yes, provide name of school: ____________________

List any other Training or Classes Attended or Plan to Attend: ____________________

Primary language spoken: ____________________ Other language(s) spoken fluently: ____________________

Additional Skills, Hobbies & Volunteer Work

____________________

Did you serve in the Armed Forces? ☐Y ☐ N From: ____________ To: ____________

Branch of Service: ____________________ Specialty: ____________________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: ____________________ Department: ____________________ From: ______ To: ______
   Job Title(s): ____________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________________

   ____________________

2. Company: ____________________ Department: ____________________ From: ______ To: ______
   Job Title(s): ____________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific): ____________________

   ____________________

3. Company:____________________Department:________________From:______To:____
   Job Title(s):____________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):___________________________________________

   ______________________________________________________________________

4. Company:____________________Department:_______________From:______To:_____
   Job Title(s):____________________________________________________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):___________________________________________

   ______________________________________________________________________

5. Company:____________________Department:_______________From:______To:_____
   Job Title(s):____________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):___________________________________________
   ______________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:_____________ | | |

How much time is spent daily on your work computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) ___________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________Work: __________________

**SIGNATURE: _____________________________PHONE NO: ( )_________________________**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam B Date of Birth:

Other Names Used: Hal Bobb Social Security Number:

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ________

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ________ Relationship to claimant: ________

Address: ________ Phone: ________

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: ________

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

mainlinehealth systems, inc.

Taking
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- Acetaminophen-Codeine #3 300-30 MG Tablet 1 tablet as needed Orally three times daily prn
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Cyclobenzaprine HCl 5 MG Tablet 1 tablet at bedtime as needed Orally Once a day

Medication List reviewed and reconciled with the patient

Hypertension.
Anger issue.

heart surgery at 2 years old

Father: unknown
Mother: alive, diagnosed with Diabetes, Hypertension
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family-kspencerlpn 10/25/21.

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
PRAPARE: yes Date Completed/Updated: 10/25/2021, What is your current housing situation? I have housing, Are you worried about losing

1. pt WANTS TO ESTABLISH CARE -kspencerlpn97.3
2. Pt uses drug room-kspencerlpn
3. Pt due for hiv screening-kspencerlpn

Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

Visit HPI:
This is a new patient. He has chronic pain in the right hip. He has lost his job and has no insurance. He has been followed by Dr. Pollard for the hip pain and needs an MRI, but the insurance company continued denial until he lost his job. He also has a history of hypertension and anxiety related to these issues. He has been told in the workup that he has arthritis of the hip and lumbar spine and apparently Dr. Pollard considers him having a torn labrum to be a very real possibility. He presents to establish care, for medicine adjustment, and hopefully to be able to get an MRI at some point. He was given physical therapy for his right hip,But he states that therapy made it much worse so he had to stop it.

Wt **197 lbs**, Ht 6ft3in, BMI **24.62 Index**, BP **150/92 mm Hg**, HR 110 /min, RR 20, Temp 97.3, SaO2 97.

GENERAL EXAM:
Neural: Well-developed, well-nourished white male in no acute distress.
HEENT: Ears, nose, mouth, and throat were normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: There is no edema.
Neurological: Cranial nerves II through XII and peripheral neurological intact.
Musculoskeletal: Moderate osteoarthritis of the hands. He has decreased range of motion in his right hip secondary to pain particularly

your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? No, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 4.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 1- Several days, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 0- Not at all, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 0- Not at all was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 1, Intepretation: 0-4 : Within Limits, Completed: 10/25/2021.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2.

with internal rotation. There is tenderness to palpation anteriorly at the hip. There is moderate stiffness of the lumbar spine.
Skin: No new lesions or rashes.
Psych: Moderate anxiety.

1. Essential hypertension - I10 (Primary)
2. Chronic anxiety - F41.9
3. Pain in right hip - M25.551
4. Other chronic pain - G89.29
5. Spondylosis of lumbar region without myelopathy or radiculopathy - M47.816
6. Primary osteoarthritis of right hip - M16.11

**1. Essential hypertension**
Notes: Continue a low-salt diet and current medicatiou.He had lab this summer that was normal.

**2. Chronic anxiety**
Notes: Increase duloxetine to 2 a day, 30 mg each.

**3. Pain in right hip**
Notes: Add ibuprofen 600 3 times a day and tramadol 50 every 6 hours when necessary. We will see if we can get him set up with UA MS.

**4. Spondylosis of lumbar region without myelopathy or radiculopathy**
Notes: Add ibuprofen 600 3 times a dayy and he has cyclobenzaprine to take at bedtime.

**5. Primary osteoarthritis of right hip**
Notes: Ibuprofen 600 3 times a day.

**6. Others**
Start Ibuprofen Tablet, 600 MG, Take 1 tablet with food, Orally, 3 times a day for arthritis and pain, 30 days, 90 Tablet, Refills 2
Start traMADol HCl Tablet, 50 MG, Take 1 tablet, Orally, Every 6 hours as needed for pain, 7 days, 28 Tablet, Refills 2, Notes: pdmp checked

NUTRITION COUNSELING: Weight management: BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes, Counseling for physical activity provided Yes.
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log,

**BOBB, ADAM DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Spencer, Kristy 10/25/2021 03:22:51 PM >, PHQ2.
Pre-Visit Planning Completed: yes, Spencer, Kristy 10/25/2021 03:22:45 PM >, Yes:.
Smoking: yes, Spencer, Kristy 10/25/2021 03:22:40 PM > , YES.
Recreational drug use: yes, Spencer, Kristy 10/25/2021 03:22:34 PM >, Denies.
Alcohol: yes, Spencer, Kristy 10/25/2021 03:22:23 PM >yes.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 10/25/2021.
Learning Assessment: yes Completed: 10/25/2021, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children.
Caffeine: yes, frequency:, Spencer, Kristy 10/25/2021 03:21:29 PM > , Soda, 1 cup/day.
Exercise: yes, Spencer, Kristy 10/25/2021 03:21:22 PM >, Per Age.
Travel outside US: yes, Spencer, Kristy 10/25/2021 03:21:14 PM >, No.
Sexually active: yes, Spencer, Kristy 10/25/2021 03:21:08 PM > , Yes.
Herbal & OTC medications: yes, Spencer, Kristy 10/25/2021 03:21:00 PM >, None.
Advance Directive: yes, Spencer, Kristy 10/25/2021 03:20:50 PM >, No.

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

see above

Psychiatry:
Crying no. Nerves no.
Paranoid no. Concentration trouble no.
Insomnia no.
-CARDIOLOGY:
Patient denies chest pain , orthopnea , palpitations , dyspnea on exertion , paroxysmal

DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes.

99203 Office Visit, New Pt., Level 3.

3 Months,prn



nocturnal dyspnea.
-CONSTITUTIONAL:
Patient denies fatigue , fever , weakness , weight gain , weight loss.
-ENDOCRINOLOGY:
Patient denies cold intolerance , excessive sweating , excessive thirst , hair changes , heat intolerance , weight gain , , weight loss.
-ENT:
no Rhinorrhea. no Sinus pain. no Sore throat.
-GASTROENTEROLOGY:
no Constipation. no Diarrhea. no Indigestion:. no Nausea. no Vomiting.
-MUSCULOSKELETAL:
muscle spasms no. Patient complaining of lt hip pain . no Arthritis. no Back pain. no Joint stiffness.
-NEUROLOGY:
lightheaded no. numbness no. Convulsions no. no Headache. no Vertigo.
-RESPIRATORY:
no Cough. no Hemoptysis. no Shortness of breath. no Wheezing.
-SKIN:
Redness No. Itching No. Burning/Stinging No.
-UROLOGY:
no Dysuria. no Nocturia. no Urinary frequency.

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

mainlinehealth systems, inc.

Taking
- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet q4-6h PRN for pain Orally
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 3 capsule Orally Once a day, Notes: dose increase

Discontinued
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Acetaminophen-Codeine #3 300-30 MG Tablet 1 tablet as needed Orally three times daily prn
- Cyclobenzaprine HCl 5 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- traMADol HCl 50 MG Tablet Take 1 tablet Orally Every 6 hours as needed for pain, Notes: pdmp checked
- Acetaminophen-Codeine #3 300-30 MG Tablet Take 1 tablet Orally Over 6 hours as needed for pain, Notes: pdmp checked

Medication List reviewed and reconciled with the patient

Hypertension.
Anger issue.

heart surgery at 2 years old

Father: unknown
Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of

1. consultation, FILL OUT PAPER WORK FOR SHORT TERM DISABILITY AGRICE MA
2. DUE FOR HIV AGRICE ,Ma
3. DRUG ROOM PB AGRICE ,MA
4. GAD7 SCORE 16 SEVERE ANXIETY , PHQ9 SCORE 19 MODERATELY SEVERE AGRICE MA

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Nearly every day, Trouble concentrating on things, such as reading the newspaper or watching television Several days, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual More than half the days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 19, Interpretation Moderately severe depression.

Visit HPI:

This patient is follow-up for chronic right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical spine pain. he is being treated for his neck and back discomfort at the pain clinic. He is seeing orthopedic surgery at UAMS and they are planning on labral surgery in the future.He has had steroid injections in his neck which have helped. He continues to have pain requiring hydrocodone in the hip and lower back. He needs disability papers completed.

Wt **200.4 lbs**, Ht 75 in, BMI **25.05 Index**, BP **155/92 mm Hg**, HR 102 /min, RR 20, Temp 97.7, SaO2 99.

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

complication, type II or unspecified type, not stated as uncontrolled
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family-AGRICE MA 03/08/2022.

PRAPARE: yes Date Completed/Updated: 03/08/2022, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? No, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 4.
Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 2- More than half the days, Worrying too much about different things? 2- More than half the days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 16, Intepretation: 15+: Severe (Notify BH), Completed: 03/08/2022.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two

GENERAL EXAM:

General:Thin white male who is awake and alert and in no acute distress.

Neck: Supple without adenopathy or thyromegaly. There is decreased range of motion bilaterally with tenderness to palpation in the medial trapezius bilaterally that goes up into the paraspinous muscles of the neck itself.

Chest: Clear to auscultation and palpation.

Heart: Regular rate and rhythm without murmur, gallop, or rub.

Musculoskeletal: There is pain with internal and external rotation of the right hip. Both knees show mild stiffuess bilaterally. There is moderate tenderness in the right SI joint as well as the lumbar spine midline. There is mild tenderness in the left SI joint. Reflexes are 1+ and 1+ bilaterally.

Neurological: Cranial nerves II through XII and peripheral neurological are intact.

1. Tear of right acetabular labrum, subsequent encounter - S73.191D (Primary)
2. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
3. Spondylosis without myelopathy or radiculopathy, lumbar region - M47.816
4. Essential hypertension - I10

**1. Tear of right acetabular labrum, subsequent encounter**
Continue tiZANidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day
Continue Hydrocodone-Acetaminophen Tablet, 5-325 MG, 1 tablet q4-6h PRN for pain, Orally
Notes: He should continue follow-up with orthopedics at U AMS. Continue follow with pain clinic for pain control. Forms are completed for long-term disability.

**2. Spondylosis without myelopathy or radiculopathy, cervical region**
Notes: Continue tizanidine 4 mg at bedtime and 3 times a day when necessary. Continue follow-up with the pain clinic.

**3. Spondylosis without myelopathy or radiculopathy, lumbar region**
Notes: Continue tizanidine 4 mg at bedtime and 3 times a day when necessary as well as follow-up with the pain clinic.

**4. Essential hypertension**
Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Refill hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Notes: His blood pressure is elevated today. He is advised that he must take his medications as prescribed and follow a low salt diet. He needs to return in 2 weeks for BP check. RJonesLPN, 3/9/22.

to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Grice, Anna 3/8/2022 02:05:14 PM >, , PHQ2, PHQ9.
Pre-Visit Planning Completed: yes, Grice, Anna 3/8/2022 02:05:22 PM >, , Yes:.
Smoking: yes, Grice, Anna 3/8/2022 02:05:33 PM >, YES.
Recreational drug use: yes, Grice, Anna 3/8/2022 02:05:38 PM >, , Denies.
Alcohol: yes, Grice, Anna 3/8/2022 02:05:46 PM >, >yes.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 03/08/2022.
Learning Assessment: yes Completed: 03/08/2022, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children.
Caffeine: yes, Grice, Anna 3/8/2022 02:06:10 PM >, frequency:, Soda, 1 cup/day.
Exercise: yes, Grice, Anna 3/8/2022 02:06:18 PM >, Per Age.
Travel outside US: yes, Grice, Anna 3/8/2022 02:06:22 PM >, , No.
Sexually active: yes, Grice, Anna 3/8/2022 02:06:28 PM >, > , Yes.
Herbal & OTC medications: yes, Grice, Anna 3/8/2022 02:06:32 PM >, , None.
Advance Directive: yes, Grice, Anna 3/8/2022 02:06:37 PM >, , No.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

**5. Others**
Refill DULoxetine HCl Capsule Delayed Release Particles, 30 MG, 3 capsule, Orally, Once a day, 30 day(s), 90 Capsule, Refills 5, Notes: dose increase

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes, Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI, Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes 60 minntes physical activity most days, BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nntrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes 60 minntes physical activity most days, BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressnre less than 140/90, Condition: Stable; continne current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressnre log, DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN, Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log, DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN, Established/Updated treatment goals: Yes Maintain physical activity and social interaction, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes, Self Management Goals/Plan: Yes Take medications as directed, Stay Connected to family/friends- Depression, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Daily Symptom log, Barriers to reaching treatment and/or self management

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

see above

Psychiatry:
Crying no. Nerves no.
Paranoid no. Concentration trouble no.
Insomnia no.

-CARDIOLOGY:
Patient denies chest pain , orthopnea , palpitations , dyspnea on exertion , paroxysmal nocturnal dyspnea.

-CONSTITUTIONAL:
Patient denies fatigue , fever , weakness , weight gain , weight loss.

-ENDOCRINOLOGY:
Patient denies cold intolerance , excessive sweating , excessive thirst , hair changes , heat intolerance , weight gain , , weight loss.

-ENT:
no Rhinorrhea. no Sinus pain.
no Sore throat.

-GASTROENTEROLOGY:
no Constipation. no Diarrhea.
no Indigestion:. no Nausea.
no Vomiting.

-MUSCULOSKELETAL:
muscle spasms no. no Arthritis.
no Back pain. no Joint stiffness.

-NEUROLOGY:
lightheaded no. numbness no.
Convulsions no. no Headache.
no Vertigo.

-RESPIRATORY:
no Cough. no Hemoptysis.
no Shortness of breath. no Wheezing.

-SKIN:
Redness No. Itching No.
Burning/Stinging No.

-UROLOGY:
no Dysuria. no Nocturia. no Urinary frequency.

goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes, Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes, Patient states understanding of medication regimen: Yes, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Barriers to Medication Adherence: No.
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

T1015 FQHC-99213, Modifiers: U5
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

prn,4 Months



**Lincoln/Bobb 1943**

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

BOBB, ADAM **DOB:** (39 yo M) **Acc No.** 126774 **DOS:** 08/25/2022

mainlinehealth systems, inc.

1. Check up and refills. back pain, with pain radiating down right leg. kwilkerson, lpn.
2. RX: Drug Room Inc. kwilkerson,lpn
3. DUE: hiv screening. kwilkerson, lpn

Visit HPI:

He is here with low back pain that is chronic, and for the past three days he has had radicular pain down the medial aspect of the right leg. He has been seeing a pain doctor and steroid shots have helped, but he lost his insurance and they will no longer see him. He continues to have hip pain and could have this repaired, but he refuses to have surgery. He has a history of hypertension, which is well-controlled. He denies chest pain, dyspnea, GI or GU symptoms.

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet q4-6h PRN for pain Orally
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 3 capsule Orally Once a day, Notes: dose increase

Medication List reviewed and reconciled with the patient

Hypertension.
Anger issue.

heart surgery at 2 years old

Father: unknown
Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family- C.Ferrell,LPN 2022/08/25.

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 08/25/2022, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work

situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 1- Several days, Not being able to stop or control worrying? 2- More than half the days, Worrying too much about different things? 2- More than half the days, Trouble relaxing? 2- More than half the days, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 12, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 08/25/2022.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Streeter, Katy 08/16/2022 03:53:59 PM CDT > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Ferrell, Courtney 08/25/2022 04:04:49 PM CDT > , Yes:.
Smoking: yes, Ferrell, Courtney 08/25/2022 04:04:58 PM CDT > , YES.
Recreational drug use: yes, Ferrell, Courtney 08/25/2022 04:05:05 PM CDT > , Denies.
Alcohol: yes, Ferrell, Courtney 08/25/2022 04:05:12 PM CDT > , Beer, 5 or, 6, Drinks/Week.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 08/25/2022, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Ferrell, Courtney 08/25/2022 04:05:49 PM CDT > , Occasionally.
Exercise: yes, Ferrell, Courtney 08/25/2022 04:05:53 PM CDT > , Per Age.
Travel outside US: yes, Ferrell, Courtney 08/25/2022 04:05:59 PM CDT > , No.
Sexually active: yes, Ferrell, Courtney 08/25/2022 04:06:04 PM CDT > , Yes.
Herbal & OTC medications: yes, Ferrell, Courtney 08/25/2022 04:06:08 PM CDT > , PRN.
Advance Directive: yes, Ferrell, Courtney 08/25/2022 04:06:13 PM CDT > , No.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

see above

<u>Psychiatry</u>:
Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia no.
<u>Cardiology</u>:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxsymal nocturnal dyspnea) none.
<u>Constitutional</u>:
Fatigue No. Fever No. Weakness no. Weight gain none. weight loss none
.
<u>Endocrine</u>:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. Weight gain none. Weight loss none.
<u>HEENT</u>:
Rhinorrhea No. Sinus pain No. Sore throat No.
<u>GI</u>:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.

Musculoskeletal:
muscle spasms no. Arthritis no. Back pain none. Joint stiffness No.
Neurology:
lightheaded no. numbness no. Convulsions no. no Headache. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

Wt: **200.4 lbs**, Ht: 75 in, BMI: **25.05 Index**, BP: **138/88 mm Hg**, HR: 116 /min, RR: 20, Temp: 98.0, SaO2: 98.

GENERAL EXAM:
General: Well-developed, well-nourished adult male in no acute distress
ENT: Ears, nose, month and throat are normal
Neck: Supple w/o adenopathy or thyromegaly
Chest: Clear to auscultation and palpation
Heart: Regular rate and rhythm w/o murmnr, gallop or rub
ABD: No masses, tenderness or organomegaly
Neurological: Cranial nerves II through XII and peripheral neurological are intact
Extremities: No edema present
Musculoskeletal: There is moderate tenderness of the right SI joint. Reflexes are 2+ and 2+ bilaterally and there is no pain on straight leg raising.

1. Essential hypertension - I10 (Primary)
2. Lumbar radiculopathy - M54.16
3. Primary osteoarthritis of right hip - M16.11

**1. Essential hypertension**
Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Refill hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Notes: **Controlled. Continue low salt diet and current medications.**

**2. Lumbar radiculopathy**
Refill tiZANidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day, 30 days, 90 Tablet, Refills 2
Refill Hydrocodone-Acetaminophen Tablet, 5-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: pdmp checked
Start Dexamethasone Tablet, 0.75 MG, as directed, Orally, Once a day, 16 day(s), 40 tablets, Notes: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
Notes: **He is given refills on tizanidine and hydrocodone. He will also be given decadron 0.75 mg tapering dose of 4, 3, 2, 1 x 4 days each, #40. He needs to try to get into see another pain doctor as soon as possible. I have advised him that I do not do chronic hydrocodone.**.

**3. Primary osteoarthritis of right hip**
Refill DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, 30 day(s), 60 Capsule, Refills 5, Notes: dose increase
Notes: **I have encouraged him to proceed with surgical repair if this is what is recommended by the orthopedists, but at this time he declines. Increase his duloxetine to 60 mg BID.** .

BOBB, ADAM **DOB:** (39 yo M) **Acc No.** 126774 **DOS:** 08/25/2022

**4. Others**
Notes: **I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.** .

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes, Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI.
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressnre less than 140/90, Has patient met treatment goals? Yes Patient instrncted to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication edncation: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

99213 Office Visit, Est Pt., Level 3.

3075F SYST BP GE 130 - 139MM HG
3079F DIAST BP 80-89 MM HG

4 Months,prn



BOBB, ADAM **DOB:** (39 yo M) **Acc No.** 126774 **DOS:** 08/25/2022

Bradley County Medical Center
404 South Bradley
Warren, AR 71671 (870) 226-4166

Radiology Report Provided By: Radiology Associates, P.A.

Patient Name: BOBB, ADAM
Date of Birth:
Accession Number: 161084120211108 Account Number: 745486
Date of Service: 11/08/2021 MRN: 146047
Attending Provider: PENNINGTON, KERRY F
Primary Care Provider: PENNINGTON, KERRY F

MRI RIGHT HIP WITHOUT CONTRAST 11/8/2021

INDICATION: Right hip pain

TECHNIQUE: Multiplanar, multisequence MR images of the right hip were obtained without IV contrast.

COMPARISON: None.

FINDINGS:

Bones and joints:
Right hip: The femoral head is normally positioned in the acetabulum. Marrow signal proximal right femur is within normal limits. Marrow signal in the right hemipelvis is within normal limits. No hip joint effusion. Tear of the acetabular labrum between the 2 and 3:00 positions. No para labral cyst.

Alpha angle: 52 degrees (normal less than 55 degrees)
Center edge angle: 36 degrees (normal is between 25 and 39 degrees)
Acetabular angle: 40 degrees (normal is between 33 and 38 degrees. Measurements between 39 and 46 degrees are indeterminate.)

Left hip: The femoral head is normally positioned in the acetabulum. Normal marrow signal in the proximal left femur and left hemipelvis. No hip joint effusion. Possible anterolateral labral tear, no para labral cyst.

Muscles and tendons (right hip):
Hip flexors: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.
Adductor group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.
Hamstring tendons: No evidence of tendinopathy or tendon tear.
Gluteal group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Other: Large field of view evaluation of the left hip periarticular muscles demonstrates no muscle strain or muscle tear. No tendinopathy or

tendon tear.

Miscellaneous: Visualized pelvic viscera are unremarkable.

IMPRESSION:
1. Tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

Signed by Samuel E Edwards, MD 11/8/2021 3:16 PM

Created and Electronically signed by: 20211108151632, 20211108151632 on 11/08/2021 15:16

Bradley County Medical Center
404 South Bradley
Warren, AR 71671 (870) 226-4166

Radiology Report Provided By: Radiology Associates, P.A.

Patient Name: BOBB, ADAM
Date of Birth:
Accession Number: 161084120211108 Account Number: 745486
Date of Service: 11/08/2021 MRN: 146047
Attending Provider: PENNINGTON, KERRY F
Primary Care Provider: PENNINGTON, KERRY F

MRI RIGHT HIP WITHOUT CONTRAST 11/8/2021

INDICATION: Right hip pain

TECHNIQUE: Multiplanar, multisequence MR images of the right hip were obtained without IV contrast.

COMPARISON: None.

FINDINGS:

Bones and joints:

Right hip: The femoral head is normally positioned in the acetabulum. Marrow signal proximal right femur is within normal limits. Marrow signal in the right hemipelvis is within normal limits. No hip joint effusion. Tear of the acetabular labrum between the 2 and 3:00 positions. No para labral cyst.

Alpha angle: 52 degrees (normal less than 55 degrees)
Center edge angle: 36 degrees (normal is between 25 and 39 degrees)
Acetabular angle: 40 degrees (normal is between 33 and 38 degrees. Measurements between 39 and 46 degrees are indeterminate.)

Left hip: The femoral head is normally positioned in the acetabulum. Normal marrow signal in the proximal left femur and left hemipelvis. No hip joint effusion. Possible anterolateral labral tear, no para labral cyst.

Muscles and tendons (right hip):

Hip flexors: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Adductor group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Hamstring tendons: No evidence of tendinopathy or tendon tear.

Gluteal group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Other: Large field of view evaluation of the left hip periarticular muscles demonstrates no muscle strain or muscle tear. No tendinopathy or

tendon tear.

Miscellaneous: Visualized pelvic viscera are unremarkable.

IMPRESSION:
1. Tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

Signed by Samuel E Edwards, MD 11/8/2021 3:16 PM

Created and Electronically signed by: 20211108151632, 20211108151632 on 11/08/2021 15:16

ECN
Exam Coordinators Network A division of Genex Services, LLC
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnimes.com Web: www.ecnime.com

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, . At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

# FAX COVER SHEET

| | |
|---|---|
| **To:** | **From:** Angela Kazmie |
| **Company:** | **Date:** 12/08/22 09:49:28 AM |
| **Fax Number:** 8702267925 | **Pages (Including cover):** 3 |
| **Re:** PENNINGTON | |

**Notes:**

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnimes.com Web: www.ecnime.com

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, . At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

| RQ-ID | Patient Name | Date | Pages | Billable | Claim # |
|---|---|---|---|---|---|
| 1878609 | Adam Bobb | 1/17/2023 | 25 | 20 | 1220054596 |

Deliver To
Eric I Finkeinstein, MD
Lincoln Financial Group
Po Box 2609
Omaha, NE 68103-2609

Healthcare Facility
Mainline Health Systems, Inc.
Po Box 509
Dermott, AR 71638-0509

| Description | Item Fee | Qty | Fee |
|---|---|---|---|
| $15.00 Search and retrieval fee per AR Code Section 16-46-106 | $15.00 | 1 | $15.00 |
| $0.50 per page for pages 1-25 | $0.50 | 20 | $10.00 |
| | | Total | $25.00 |
| | | Payment | $25.00 |
| | | Balance | $0.00 |

This document is intended only for the use of the addressee named above and may contain legally privileged and confidential information. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you received this document in error, you may not use, disclose, copy, or disseminate any of the information contained in this document - please notify RecordQuest immediately and destroy the document. Thank you for your cooperation.

RecordQuest

RECEIPT

| RQ-ID | Patient Name | Date | Pages | Billable | Claim # |
|---|---|---|---|---|---|
| 1878609 | Adam Bobb | 1/17/2023 | 25 | 20 | 1220054596 |

Deliver To
Eric I Finkeinstein, MD
Lincoln Financial Group
Po Box 2609
Omaha, NE 68103-2609

Healthcare Facility
Mainline Health Systems, Inc.
Po Box 509
Dermott, AR 71638-0509

| Description | Item Fee | Qty | Fee |
|---|---|---|---|
| $15.00 Search and retrieval fee per AR Code Section 16-46-106 | $15.00 | 1 | $15.00 |
| $0.50 per page for pages 1-25 | $0.50 | 20 | $10.00 |
| | | Total | $25.00 |
| | | Payment | $25.00 |
| | | Balance | $0.00 |

PAID

This document is intended only for the use of the addressee named above and may contain legally privileged and confidential information. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you received this document in error, you may not use, disclose, copy, or disseminate any of the information contained in this document - please notify RecordQuest immediately and destroy the document. Thank you for your cooperation.

ECN
Exam Coordinators Network A division of Genex Services, LLC
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

# FAX COVER SHEET

**To:**

**Company:**

**Fax Number:** 8702267925

**Re:** PENNINGTON

**From:** Angela Kazmie

**Date:** 12/08/22 09:49:28 AM

**Pages (Including cover):** 3

**Notes:**

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

Fax2Mail

ECN
Exam Coordinators Network A division of Genex Services, LLC
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth: ____

Other Names Used: Kel Bobb Social Security Number: ____

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ____ Relationship to claimant: ____

Address: ____ Phone: ____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: ____

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

mainlinehealth systems, inc.

**BOBB, ADAM**
38 Y old Male, DOB:
Account Number: 126774
8437
Home:
Guarantor: BOBB, ADAM Insurance: MEDICAID OF ARKANSAS Payer ID: 00185
PCP: Kerry Pennington Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

10/25/2021 Progress Notes: Kerry Pennington, MD

### Current Medications

Taking
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- Acetaminophen-Codeine #3 300-30 MG Tablet 1 tablet as needed Orally three times daily prn
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Cyclobenzaprine HCl 5 MG Tablet 1 tablet at bedtime as needed Orally Once a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Hypertension.
Anger issue.

### Surgical History

heart surgery at 2 years old

### Family History

Father: unknown
Mother: alive, diagnosed with Diabetes, Hypertension
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family-kspencerlpn 10/25/21.

### Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
PRAPARE: yes Date Completed/Updated: 10/25/2021, What is your current housing situation? I have housing, Are you worried about losing

### Reason for Appointment

1. pt WANTS TO ESTABLISH CARE -kspencerlpn97.3
2. Pt uses drug room-kspencerlpn
3. Pt due for hiv screening-kspencerlpn

### History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

Visit HPI:

This is a new patient. He has chronic pain in the right hip. He has lost his job and has no insurance. He has been followed by Dr. Pollard for the hip pain and needs an MRI, but the insurance company continued denial until he lost his job. He also has a history of hypertension and anxiety related to these issues. He has been told in the workup that he has arthritis of the hip and lumbar spine and apparently Dr. Pollard considers him having a torn labrum to be a very real possibility. He presents to establish care, for medicine adjustment, and hopefully to be able to get an MRI at some point. He was given physical therapy for his right hip,But he states that therapy made it much worse so he had to stop it.

### Vital Signs

Wt **197 lbs**, Ht 6ft3in, BMI **24.62 Index**, BP **150/92 mm Hg**, HR 110 /min, RR 20, Temp 97.3, SaO2 97.

### Examination

GENERAL EXAM:

Neural: Well-developed, well-nourished white male in no acute distress.
HEENT: Ears, nose, mouth, and throat were normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: There is no edema.
Neurological: Cranial nerves II through XII and peripheral neurological intact.
Musculoskeletal: Moderate osteoarthritis of the hands. He has decreased range of motion in his right hip secondary to pain particularly

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? No, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 4.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 1- Several days, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 0- Not at all, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 0- Not at all was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 1, Intepretation: 0-4 : Within Limits, Completed: 10/25/2021.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2.

with internal rotation. There is tenderness to palpation anteriorly at the hip. There is moderate stiffness of the lumbar spine.
Skin: No new lesions or rashes.
Psych: Moderate anxiety.

## Assessments

1. Essential hypertension - I10 (Primary)
2. Chronic anxiety - F41.9
3. Pain in right hip - M25.551
4. Other chronic pain - G89.29
5. Spondylosis of lumbar region without myelopathy or radiculopathy - M47.816
6. Primary osteoarthritis of right hip - M16.11

## Treatment

**1. Essential hypertension**
Notes: Continue a low-salt diet and current medication.He had lab this summer that was normal.

**2. Chronic anxiety**
Notes: Increase duloxetine to 2 a day, 30 mg each.

**3. Pain in right hip**
Notes: Add ibuprofen 600 3 times a day and tramadol 50 every 6 hours when necessary. We will see if we can get him set up with UA MS.

**4. Spondylosis of lumbar region without myelopathy or radiculopathy**
Notes: Add ibuprofen 600 3 times a dayy and he has cyclobenzaprine to take at bedtime.

**5. Primary osteoarthritis of right hip**
Notes: Ibuprofen 600 3 times a day.

**6. Others**
Start Ibuprofen Tablet, 600 MG, Take 1 tablet with food, Orally, 3 times a day for arthritis and pain, 30 days, 90 Tablet, Refills 2
Start traMADol HCl Tablet, 50 MG, Take 1 tablet, Orally, Every 6 hours as needed for pain, 7 days, 28 Tablet, Refills 2, Notes: pdmp checked

## Preventive Medicine

NUTRITION COUNSELING: Weight management: BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes, Counseling for physical activity provided Yes.
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log,

Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Spencer, Kristy 10/25/2021 03:22:51 PM >, PHQ2.
Pre-Visit Planning Completed: yes, Spencer, Kristy 10/25/2021 03:22:45 PM >, Yes:.
Smoking: yes, Spencer, Kristy 10/25/2021 03:22:40 PM > , YES.
Recreational drug use: yes, Spencer, Kristy 10/25/2021 03:22:34 PM >, Denies.
Alcohol: yes, Spencer, Kristy 10/25/2021 03:22:23 PM >yes.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 10/25/2021.
Learning Assessment: yes Completed: 10/25/2021, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children.
Caffeine: yes, frequency:, Spencer, Kristy 10/25/2021 03:21:29 PM > , Soda, 1 cup/day.
Exercise: yes, Spencer, Kristy 10/25/2021 03:21:22 PM >, Per Age.
Travel outside US: yes, Spencer, Kristy 10/25/2021 03:21:14 PM >, No.
Sexually active: yes, Spencer, Kristy 10/25/2021 03:21:08 PM > , Yes.
Herbal & OTC medications: yes, Spencer, Kristy 10/25/2021 03:21:00 PM >, None.
Advance Directive: yes, Spencer, Kristy 10/25/2021 03:20:50 PM >, No.

**Allergies**

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

**Hospitalization/Major Diagnostic Procedure**

see above

**Review of Systems**

Psychiatry:
Crying no. Nerves no.
Paranoid no. Concentration trouble no.
Insomnia no.
-CARDIOLOGY:
Patient denies chest pain , orthopnea , palpitations , dyspnea on exertion , paroxysmal

DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes.

**Visit Codes**

99203 Office Visit, New Pt., Level 3.

**Follow Up**

3 Months,prn

**Care Plan Details**



Electronically signed by Kerry Pennington , MD on 10/30/2021 at 04:19 PM CDT

Sign off status: Completed

18-Warren-Mainline Heatlh Systems, Inc
1012 E Church St
STE B
Warren, AR 716713530
Tel: 870-226-6786
Fax: 870-226-7925

nocturnal dyspnea.
-CONSTITUTIONAL:
Patient denies fatigue , fever , weakness , weight gain , weight loss.
-ENDOCRINOLOGY:
Patient denies cold intolerance , excessive sweating , excessive thirst , hair changes , heat intolerance , weight gain , , weight loss.
-ENT:
no Rhinorrhea. no Sinus pain. no Sore throat.
-GASTROENTEROLOGY:
no Constipation. no Diarrhea. no Indigestion:. no Nausea. no Vomiting.
-MUSCULOSKELETAL:
muscle spasms no. Patient complaining of lt hip pain . no Arthritis. no Back pain. no Joint stiffness.
-NEUROLOGY:
lightheaded no. numbness no. Convulsions no. no Headache. no Vertigo.
-RESPIRATORY:
no Cough. no Hemoptysis. no Shortness of breath. no Wheezing.
-SKIN:
Redness No. Itching No. Burning/Stinging No.
-UROLOGY:
no Dysuria. no Nocturia. no Urinary frequency.

---

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

mainlinehealth systems, inc.

**BOBB, ADAM**
38 Y old Male, DOB:
Account Number: 126774
8437
Home:
Guarantor: BOBB, ADAM Insurance: MEDICAID OF ARKANSAS Payer ID: 00185
PCP: Kerry Pennington Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

03/08/2022 Progress Notes: Kerry Pennington, MD

### Current Medications

Taking
- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet q4-6h PRN for pain Orally
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 3 capsule Orally Once a day, Notes: dose increase Discontinued
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Acetaminophen-Codeine #3 300-30 MG Tablet 1 tablet as needed Orally three times daily prn
- Cyclobenzaprine HCl 5 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- traMADol HCl 50 MG Tablet Take 1 tablet Orally Every 6 hours as needed for pain, Notes: pdmp checked
- Acetaminophen-Codeine #3 300-30 MG Tablet Take 1 tablet Orally Over 6 hours as needed for pain, Notes: pdmp checked

Medication List reviewed and reconciled with the patient

### Past Medical History

Hypertension.
Anger issue.

### Surgical History

heart surgery at 2 years old

### Family History

Father: unknown
Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of

### Reason for Appointment

1. consultation, FILL OUT PAPER WORK FOR SHORT TERM DISABILITY AGRICE MA
2. DUE FOR HIV AGRICE ,Ma
3. DRUG ROOM PB AGRICE ,MA
4. GAD7 SCORE 16 SEVERE ANXIETY , PHQ9 SCORE 19 MODERATELY SEVERE AGRICE MA

### History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Nearly every day, Trouble concentrating on things, such as reading the newspaper or watching television Several days, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual More than half the days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 19, Interpretation Moderately severe depression.

Visit HPI:

This patient is follow-up for chronic right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical spine pain. he is being treated for his neck and back discomfort at the pain clinic. He is seeing orthopedic surgery at UAMS and they are planning on labral surgery in the future.He has had steroid injections in his neck which have helped. He continues to have pain requiring hydrocodone in the hip and lower back. He needs disability papers completed.

### Vital Signs

Wt **200.4 lbs**, Ht 75 in, BMI **25.05 Index**, BP **155/92 mm Hg**, HR 102 /min, RR 20, Temp 97.7, SaO2 99.

### Examination

complication, type II or unspecified type, not stated as uncontrolled
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family-AGRICE MA 03/08/2022.

### Social History

PRAPARE: yes Date Completed/Updated: 03/08/2022, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? No, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 4.
Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 2- More than half the days, Worrying too much about different things? 2- More than half the days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 16, Intepretation: 15+: Severe (Notify BH), Completed: 03/08/2022.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two

GENERAL EXAM:

General:Thin white male who is awake and alert and in no acute distress.

Neck: Supple without adenopathy or thyromegaly. There is decreased range of motion bilaterally with tenderness to palpation in the medial trapezius bilaterally that goes up into the paraspinous muscles of the neck itself.

Chest: Clear to auscultation and palpation.

Heart: Regular rate and rhythm without murmur, gallop, or rub.

Musculoskeletal: There is pain with internal and external rotation of the right hip. Both knees show mild stiffness bilaterally. There is moderate tenderness in the right SI joint as well as the lumbar spine midline. There is mild tenderness in the left SI joint. Reflexes are 1+ and 1+ bilaterally.

Neurological: Cranial nerves II through XII and peripheral neurological are intact.

### Assessments

1. Tear of right acetabular labrum, subsequent encounter - S73.191D (Primary)
2. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
3. Spondylosis without myelopathy or radiculopathy, lumbar region - M47.816
4. Essential hypertension - I10

### Treatment

**1. Tear of right acetabular labrum, subsequent encounter**
Continue tiZANidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day
Continue Hydrocodone-Acetaminophen Tablet, 5-325 MG, 1 tablet q4-6h PRN for pain, Orally
Notes: He should continue follow-up with orthopedics at U AMS. Continue follow with pain clinic for pain control. Forms are completed for long-term disability.

**2. Spondylosis without myelopathy or radiculopathy, cervical region**
Notes: Continue tizanidine 4 mg at bedtime and 3 times a day when necessary. Continue follow-up with the pain clinic.

**3. Spondylosis without myelopathy or radiculopathy, lumbar region**
Notes: Continue tizanidine 4 mg at bedtime and 3 times a day when necessary as well as follow-up with the pain clinic.

**4. Essential hypertension**
Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Refill hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Notes: His blood pressure is elevated today. He is advised that he must take his medications as prescribed and follow a low salt diet. He needs to return in 2 weeks for BP check. RJonesLPN, 3/9/22.

to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Grice, Anna 3/8/2022 02:05:14 PM >, , PHQ2, PHQ9.
Pre-Visit Planning Completed: yes, Grice, Anna 3/8/2022 02:05:22 PM >, , Yes:.
Smoking: yes, Grice, Anna 3/8/2022 02:05:33 PM >, YES.
Recreational drug use: yes, Grice, Anna 3/8/2022 02:05:38 PM >, , Denies.
Alcohol: yes, Grice, Anna 3/8/2022 02:05:46 PM >, >yes.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 03/08/2022.
Learning Assessment: yes Completed: 03/08/2022, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children.
Caffeine: yes, Grice, Anna 3/8/2022 02:06:10 PM >, frequency:, Soda, 1 cup/day.
Exercise: yes, Grice, Anna 3/8/2022 02:06:18 PM >, Per Age.
Travel outside US: yes, Grice, Anna 3/8/2022 02:06:22 PM >, , No.
Sexually active: yes, Grice, Anna 3/8/2022 02:06:28 PM >, > , Yes.
Herbal & OTC medications: yes, Grice, Anna 3/8/2022 02:06:32 PM >, , None.
Advance Directive: yes, Grice, Anna 3/8/2022 02:06:37 PM >, , No.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

### Allergies

**5. Others**
Refill DULoxetine HCl Capsule Delayed Release Particles, 30 MG, 3 capsule, Orally, Once a day, 30 day(s), 90 Capsule, Refills 5, Notes: dose increase

### Preventive Medicine

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes, Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI, Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes 60 minutes physical activity most days, BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes 60 minutes physical activity most days, BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Education Provided: . CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log, DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN, Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log, DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN, Established/Updated treatment goals: Yes Maintain physical activity and social interaction, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes, Self Management Goals/Plan: Yes Take medications as directed, Stay Connected to family/friends- Depression, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Daily Symptom log, Barriers to reaching treatment and/or self management

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

### Hospitalization/Major Diagnostic Procedure

see above

### Review of Systems

Psychiatry:
Crying no. Nerves no.
Paranoid no. Concentration trouble no.
Insomnia no.

-CARDIOLOGY:
Patient denies chest pain, orthopnea, palpitations, dyspnea on exertion, paroxysmal nocturnal dyspnea.

-CONSTITUTIONAL:
Patient denies fatigue, fever, weakness, weight gain, weight loss.

-ENDOCRINOLOGY:
Patient denies cold intolerance, excessive sweating, excessive thirst, hair changes, heat intolerance, weight gain, , weight loss.

-ENT:
no Rhinorrhea. no Sinus pain.
no Sore throat.

-GASTROENTEROLOGY:
no Constipation. no Diarrhea.
no Indigestion:. no Nausea.
no Vomiting.

-MUSCULOSKELETAL:
muscle spasms no. no Arthritis.
no Back pain. no Joint stiffness.

-NEUROLOGY:
lightheaded no. numbness no.
Convulsions no. no Headache.
no Vertigo.

-RESPIRATORY:
no Cough. no Hemoptysis.
no Shortness of breath. no Wheezing.

-SKIN:
Redness No. Itching No.
Burning/Stinging No.

-UROLOGY:
no Dysuria. no Nocturia. no Urinary frequency.

goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes, Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes, Patient states understanding of medication regimen: Yes, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Barriers to Medication Adherence: No.
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

### Procedure Codes

T1015 FQHC-99213, Modifiers: U5
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

### Follow Up

prn,4 Months

### Care Plan Details



Electronically signed by Kerry Pennington , MD on 03/10/2022 at 07:53 AM CST

Sign off status: Completed

18-Warren-Mainline Heatlh Systems, Inc
1012 E Church St



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

**STE B**
**Warren, AR 716713530**
**Tel: 870-226-6786**
**Fax: 870-226-7925**

**Progress Note: Kerry Pennington, MD 03/08/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

BOBB, ADAM **DOB:** (39 yo M) **Acc No.** 126774 **DOS:** 08/25/2022

mainlinehealth systems, inc.

**BOBB, ADAM**
39 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM
PCP: Kerry Pennington Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

08/25/2022 Progress Notes: Kerry Pennington, MD

### Reason for Appointment

1. Check up and refills. back pain, with pain radiating down right leg. kwilkerson, lpn.
2. RX: Drug Room Inc. kwilkerson,lpn
3. DUE: hiv screening. kwilkerson, lpn

### History of Present Illness

Visit HPI:

He is here with low back pain that is chronic, and for the past three days he has had radicular pain down the medial aspect of the right leg. He has been seeing a pain doctor and steroid shots have helped, but he lost his insurance and they will no longer see him. He continues to have hip pain and could have this repaired, but he refuses to have surgery. He has a history of hypertension, which is well-controlled. He denies chest pain, dyspnea, GI or GU symptoms.

### Current Medications

**Taking**

- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet q4-6h PRN for pain Orally
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 3 capsule Orally Once a day, Notes: dose increase

Medication List reviewed and reconciled with the patient

### Past Medical History

Hypertension.
Anger issue.

### Surgical History

heart surgery at 2 years old

### Family History

Father: unknown
Mother: alive, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family- C.Ferrell,LPN 2022/08/25.

### Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
HIV Screening Have you had more than one sex partner since your last HIV test? No, Have you been diagnosed with or treated for another sexually transmitted disease? No, Have you had sex, anal or vaginal, with a partner who has HIV? No, Have you injected drugs and shared needles, syringes, or other drug injection equipment (for example, cookers) with others? No, Have you exchanged sex for drugs or money? No, Have you been diagnosed with or treated for hepatitis or tuberculosis (TB)? No, Are you a man who has had sex with another man? No, Have you had sex with someone who could answer yes to any of the above questions or someone whose sexual history you dont know? No.
PRAPARE: yes Date Completed/Updated: 08/25/2022, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? Yes, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 5.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 1- Several days, Not being able to stop or control worrying? 2- More than half the days, Worrying too much about different things? 2- More than half the days, Trouble relaxing? 2- More than half the days, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 2- More than half the days was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 12, Intepretation: 10-14: Moderate (Notify BH) Established w/ Scott Allison Johnson, LCSW, Completed: 08/25/2022.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Streeter, Katy 08/16/2022 03:53:59 PM CDT > , PHQ2, PHQ9.
Sexual Hx Had sex in the last 12 months (vaginal, oral, or anal)? Yes, with Women only, Use protection? No, Prevention Strategies discussed: Other.
Pre-Visit Planning Completed: yes, Ferrell, Courtney 08/25/2022 04:04:49 PM CDT > , Yes:.
Smoking: yes, Ferrell, Courtney 08/25/2022 04:04:58 PM CDT > , YES.
Recreational drug use: yes, Ferrell, Courtney 08/25/2022 04:05:05 PM CDT > , Denies.
Alcohol: yes, Ferrell, Courtney 08/25/2022 04:05:12 PM CDT > , Beer, 5 or, 6, Drinks/Week.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 08/25/2022.
Learning Assessment: yes Completed: 08/25/2022, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children, Access to resources (food, water, electricity, shelter): Yes.
Caffeine: yes, Ferrell, Courtney 08/25/2022 04:05:49 PM CDT > , Occasionally.
Exercise: yes, Ferrell, Courtney 08/25/2022 04:05:53 PM CDT > , Per Age.
Travel outside US: yes, Ferrell, Courtney 08/25/2022 04:05:59 PM CDT > , No.
Sexually active: yes, Ferrell, Courtney 08/25/2022 04:06:04 PM CDT > , Yes.
Herbal & OTC medications: yes, Ferrell, Courtney 08/25/2022 04:06:08 PM CDT > , PRN.
Advance Directive: yes, Ferrell, Courtney 08/25/2022 04:06:13 PM CDT > , No.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

## Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

## Hospitalization/Major Diagnostic Procedure

see above

## Review of Systems

Psychiatry:
Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia no.
Cardiology:
Chest pain No
. Dyspnea on exertion No. Orthopnea No. Palpitations none. PND (paroxsymal nocturnal dyspnea) none.
Constitutional:
Fatigue No. Fever No. Weakness no. Weight gain none. weight loss none
.
Endocrine:
Cold intolerance No. Excessive sweating NO. Excessive thirst No. Hair changes none. Heat intolerance No. Weight gain none. Weight loss none.
HEENT:
Rhinorrhea No. Sinus pain No. Sore throat No.
GI:
Constipation none. Diarrhea No. Indigestion: none. Nausea No. Vomiting No.

BOBB, ADAM **DOB:** (39 yo M) **Acc No.** 126774 **DOS:** 08/25/2022

Musculoskeletal:
muscle spasms no. Arthritis no. Back pain none. Joint stiffness No.
Neurology:
lightheaded no. numbness no. Convulsions no. no Headache. Vertigo no.
Respiratory:
Cough No. Hemoptysis No. Shortness of breath No. Wheezing No.
Dermatology:
Redness no. Itching no. Burning/Stinging no.
Urology:
Dysuria no. Nocturia None. Urinary frequency none.

### Vital Signs

Wt: **200.4 lbs**, Ht: 75 in, BMI: **25.05 Index**, BP: **138/88 mm Hg**, HR: 116 /min, RR: 20, Temp: 98.0, SaO2: 98.

### Examination

GENERAL EXAM:
General: Well-developed, well-nourished adult male in no acute distress
ENT: Ears, nose, mouth and throat are normal
Neck: Supple w/o adenopathy or thyromegaly
Chest: Clear to auscultation and palpation
Heart: Regular rate and rhythm w/o murmur, gallop or rub
ABD: No masses, tenderness or organomegaly
Neurological: Cranial nerves II through XII and peripheral neurological are intact
Extremities: No edema present
Musculoskeletal: There is moderate tenderness of the right SI joint. Reflexes are 2+ and 2+ bilaterally and there is no pain on straight leg raising.

### Assessments

1. Essential hypertension - I10 (Primary)
2. Lumbar radiculopathy - M54.16
3. Primary osteoarthritis of right hip - M16.11

### Treatment

**1. Essential hypertension**
Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Refill hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Notes: **Controlled. Continue low salt diet and current medications**.

**2. Lumbar radiculopathy**
Refill tiZANidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day, 30 days, 90 Tablet, Refills 2
Refill Hydrocodone-Acetaminophen Tablet, 5-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: pdmp checked
Start Dexamethasone Tablet, 0.75 MG, as directed, Orally, Once a day, 16 day(s), 40 tablets, Notes: Tapering dose starting with 4 tablets for 4 days, 3 for 4 days, 2 for 4 days, 1 for 4 days, then stop.
Notes: **He is given refills on tizanidine and hydrocodone. He will also be given decadron 0.75 mg tapering dose of 4, 3, 2, 1 x 4 days each, #40. He needs to try to get into see another pain doctor as soon as possible. I have advised him that I do not do chronic hydrocodone.**.

**3. Primary osteoarthritis of right hip**
Refill DULoxetine HCl Capsule Delayed Release Particles, 60 MG, 1 capsule, Orally, Twice a day, 30 day(s), 60 Capsule, Refills 5, Notes: dose increase
Notes: **I have encouraged him to proceed with surgical repair if this is what is recommended by the orthopedists, but at this time he declines. Increase his duloxetine to 60 mg BID.** .

---