BOBB, ADAM **DOB:** (39 yo M) **Acc No.** 126774 **DOS:** 08/25/2022

**4. Others**
Notes: **I, Reagan Jones, LPN, have transcribed this information for, and in the presence of, Dr. Kerry F. Pennington, MD.** .

**Preventive Medicine**

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes, Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI.
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Additional Care Management Support needed? No No additional care support needed., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Additional Resources Provided: Yes Blood pressure log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Condition: Stable; continue current treatment plan as directed, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: Yes No barriers identified., Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes. DM Care Management .
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

**Visit Codes**

99213 Office Visit, Est Pt., Level 3.

**Procedure Codes**

3075F SYST BP GE 130 - 139MM HG
3079F DIAST BP 80-89 MM HG

**Follow Up**

4 Months,prn

**Care Plan Details**



Electronically signed by Kerry Pennington on 08/27/2022 at 12:06 PM CDT

Sign off status: Completed



EXHIBIT

C, part 3

Lincoln/Bobb 1977

BOBB, ADAM **DOB:** (39 yo M) **Acc No.** 126774 **DOS:** 08/25/2022

**18-Warren-Mainline Heatlh Systems, Inc**
**1012 E Church St**
**STE B**
**Warren, AR 716713530**
**Tel: 870-226-6786**
**Fax: 870-226-7925**

**Progress Note: Kerry Pennington, MD 08/25/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Lincoln/Bobb 1979

Bradley County Medical Center
404 South Bradley
Warren, AR 71671 (870) 226-4166

Radiology Report Provided By: Radiology Associates, P.A.

Patient Name: BOBB, ADAM
Date of Birth:
Accession Number: 161084120211108 Account Number: 745486
Date of Service: 11/08/2021 MRN: 146047
Attending Provider: PENNINGTON, KERRY F
Primary Care Provider: PENNINGTON, KERRY F

MRI RIGHT HIP WITHOUT CONTRAST 11/8/2021

INDICATION: Right hip pain

TECHNIQUE: Multiplanar, multisequence MR images of the right hip were obtained without IV contrast.

COMPARISON: None.

FINDINGS:

Bones and joints:

Right hip: The femoral head is normally positioned in the acetabulum. Marrow signal proximal right femur is within normal limits. Marrow signal in the right hemipelvis is within normal limits. No hip joint effusion. Tear of the acetabular labrum between the 2 and 3:00 positions. No para labral cyst.

Alpha angle: 52 degrees (normal less than 55 degrees)
Center edge angle: 36 degrees (normal is between 25 and 39 degrees)
Acetabular angle: 40 degrees (normal is between 33 and 38 degrees. Measurements between 39 and 46 degrees are indeterminate.)

Left hip: The femoral head is normally positioned in the acetabulum. Normal marrow signal in the proximal left femur and left hemipelvis. No hip joint effusion. Possible anterolateral labral tear, no para labral cyst.

Muscles and tendons (right hip):

Hip flexors: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Adductor group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Hamstring tendons: No evidence of tendinopathy or tendon tear.

Gluteal group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Other: Large field of view evaluation of the left hip periarticular muscles demonstrates no muscle strain or muscle tear. No tendinopathy or

tendon tear.

Miscellaneous: Visualized pelvic viscera are unremarkable.

IMPRESSION:
1. Tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

Signed by Samuel E Edwards, MD 11/8/2021 3:16 PM

Created and Electronically signed by: 20211108151632, 20211108151632 on 11/08/2021 15:16

Bradley County Medical Center
404 South Bradley
Warren, AR 71671 (870) 226-4166

Radiology Report Provided By: Radiology Associates, P.A.

Patient Name: BOBB, ADAM
Date of Birth:
Accession Number: 161084120211108 Account Number: 745486
Date of Service: 11/08/2021 MRN: 146047
Attending Provider: PENNINGTON, KERRY F
Primary Care Provider: PENNINGTON, KERRY F

MRI RIGHT HIP WITHOUT CONTRAST 11/8/2021

INDICATION: Right hip pain

TECHNIQUE: Multiplanar, multisequence MR images of the right hip were obtained without IV contrast.

COMPARISON: None.

FINDINGS:

Bones and joints:
Right hip: The femoral head is normally positioned in the acetabulum. Marrow signal proximal right femur is within normal limits. Marrow signal in the right hemipelvis is within normal limits. No hip joint effusion. Tear of the acetabular labrum between the 2 and 3:00 positions. No para labral cyst.

Alpha angle: 52 degrees (normal less than 55 degrees)
Center edge angle: 36 degrees (normal is between 25 and 39 degrees)
Acetabular angle: 40 degrees (normal is between 33 and 38 degrees. Measurements between 39 and 46 degrees are indeterminate.)

Left hip: The femoral head is normally positioned in the acetabulum. Normal marrow signal in the proximal left femur and left hemipelvis. No hip joint effusion. Possible anterolateral labral tear, no para labral cyst.

Muscles and tendons (right hip):
Hip flexors: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.
Adductor group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.
Hamstring tendons: No evidence of tendinopathy or tendon tear.
Gluteal group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Other: Large field of view evaluation of the left hip periarticular muscles demonstrates no muscle strain or muscle tear. No tendinopathy or

tendon tear.

Miscellaneous: Visualized pelvic viscera are unremarkable.

IMPRESSION:
1. Tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

Signed by Samuel E Edwards, MD 11/8/2021 3:16 PM

Created and Electronically signed by: 20211108151632, 20211108151632 on 11/08/2021 15:16

RecordQuest

# INVOICE

Mail Payments To
RecordQuest
PO Box 2017
Mt Pleasant, SC 29465-2017

Overnight Shipping and Certified Mail
RecordQuest
115 Fairchild St Ste 160
Daniel Island, SC 29492-7504

Customer Service
Phone: (888) 300-7410
Fax: (866) 560-8109
Email: help@recordquest.com
Tax ID: 71-1008946

Bill To
Eric I Finkeinstein, MD
Lincoln Financial Group
Po Box 2609
Omaha, NE 68103-2609

RQ-ID
1878609-58

For Delivery To
Eric I Finkeinstein, MD
Lincoln Financial Group
Po Box 2609
Omaha, NE 68103-2609
Phone - -
Fax 561-392-5881

Facility
Mainline Health Systems, Inc.
Patient Name
Adam Bobb
Claim #
1220054596

| Total Pages | Billable Pages | Date | Amount Due | Due Date |
|---|---|---|---|---|
| 25 | 20 | Dec 15 2022 | $25.00 | ON RECEIPT |

| Description | Qty | Cost Per | Cost |
|---|---|---|---|
| $15.00 Search and retrieval fee per AR Code Section 16-46-106 | 1 | $15.00 | $15.00 |
| $0.50 per page for pages 1-25 | 20 | $0.50 | $10.00 |
| | | Subtotal | $25.00 |
| | | Payments | $0.00 |
| | | Balance | $25.00 |

Records will be released upon receipt of payment.

**Secure Release Center**

**Pay and download your records online. It's easy!**

Visit the link below to begin the process: Record Locator: 8B3C16T9

https://rq.link/8B3C16T9

If paying by check, please make it payable to RecordQuest and reference RQ-ID

On January 23, 2020 a federal court vacated the 'third-party directive' within 2013 Omnibus Rule. As a result, the fee limitation set forth at 45 C.F.R. § 164.524(c)(4) will apply only to an individual's request for access to their own records. It does not apply to an individual's request to transmit records to a third party. Please see https://www.hhs.gov/hipaa/court-order-right-of-access/index.html for additional information. By paying this invoice, you agree that the pricing is accurate and reasonable and therefore hold RecordQuest and Mainline Health Systems, Inc. harmless in any and all legal matters pertaining to this transaction. If you do not agree, please contact RecordQuest immediately.

Mainline Health Systems, Inc. has contracted with RecordQuest to process and deliver patient health information. RecordQuest is authorized to bill and collect fees in accordance with state and federal regulated rates. The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy all copies.

RecordQuest

**Invoice Reminder**

**This is an automated reminder that your requested medical records are ready. Please remit payment immediately. Disregard this message if you have previously sent a check through the mail.**

ECN

Exam Coordinators Network A division of Genex Services, LLC

Boca Raton, Florida 33487
Toll Free: (877) 463-9063
Local: (561) 922-5700
Fax: (561) 392-5881

E-mail: [illegible] Web: [illegible]

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

**COMMENTS:**

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, . At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

ECN

Boca Raton, Florida 33487
Toll Free: (877) 463-9003
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC

E-mail: [illegible] Web: [illegible]

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, . At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

RecordQuest

## Invoice Reminder

**This is an automated reminder that your requested medical records are ready. Please remit payment immediately. Disregard this message if you have previously sent a check through the mail.**

RecordQuest

# INVOICE

Mail Payments To
RecordQuest
PO Box 2017
Mt Pleasant, SC 29465-2017

Overnight Shipping and Certified Mail
RecordQuest
115 Fairchild St Ste 160
Daniel Island, SC 29492-7504

Customer Service
Phone: (888) 300-7410
Fax: (866) 560-8109
Email: help@recordquest.com
Tax ID: 71-1008946

Bill To
Eric I Finkeinstein, MD
Lincoln Financial Group
Po Box 2609
Omaha, NE 68103-2609

RQ-ID
1878609-58

For Delivery To
Eric I Finkeinstein, MD
Lincoln Financial Group
Po Box 2609
Omaha, NE 68103-2609

Phone - -
Fax 561-392-5881

Facility
Mainline Health Systems, Inc.

Patient Name
Adam Bobb

Claim #
1220054596

| Total Pages | Billable Pages | Date | Amount Due | Due Date |
|---|---|---|---|---|
| 25 | 20 | Dec 15 2022 | $25.00 | ON RECEIPT |

| Description | Qty | Cost Per | Cost |
|---|---|---|---|
| $15.00 Search and retrieval fee per AR Code Section 16-46-106 | 1 | $15.00 | $15.00 |
| $0.50 per page for pages 1-25 | 20 | $0.50 | $10.00 |
| | | Subtotal | $25.00 |
| | | Payments | $0.00 |
| | | Balance | $25.00 |

Records will be released upon receipt of payment.

**Secure Release Center**

**Pay and download your records online. It's easy!**

Visit the link below to begin the process: Record Locator: 8B3C16T9

https://rq.link/8B3C16T9

If paying by check, please make it payable to RecordQuest and reference RQ-ID

On January 23, 2020 a federal court vacated the 'third-party directive' within 2013 Omnibus Rule. As a result, the fee limitation set forth at 45 C.F.R. § 164.524(c)(4) will apply only to an individual's request for access to their own records. It does not apply to an individual's request to transmit records to a third party. Please see https://www.hhs.gov/hipaa/court-order-right-of-access/index.html for additional information. By paying this invoice, you agree that the pricing is accurate and reasonable and therefore hold RecordQuest and Mainline Health Systems, Inc. harmless in any and all legal matters pertaining to this transaction. If you do not agree, please contact RecordQuest immediately.

Mainline Health Systems, Inc. has contracted with RecordQuest to process and deliver patient health information. RecordQuest is authorized to bill and collect fees in accordance with state and federal regulated rates. The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy all copies.

ECN
Exam Coordinators Network A division of Genex Services, LLC
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: [illegible] Web: [illegible]

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

ECN
Exam Coordinators Network A division of Genex Services, LLC
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

RecordQuest

## Invoice Reminder

**This is an automated reminder that your requested medical records are ready. Please remit payment immediately. Disregard this message if you have previously sent a check through the mail.**

RecordQuest

# INVOICE

Mail Payments To
RecordQuest
PO Box 2017
Mt Pleasant, SC 29465-2017

Overnight Shipping and Certified Mail
RecordQuest
115 Fairchild St Ste 160
Daniel Island, SC 29492-7504

Customer Service
Phone: (888) 300-7410
Fax: (866) 560-8109
Email: help@recordquest.com
Tax ID: 71-1008946

Bill To
Eric I Finkeinstein, MD
Lincoln Financial Group
Po Box 2609
Omaha, NE 68103-2609

RQ-ID
1878609-58

For Delivery To
Eric I Finkeinstein, MD
Lincoln Financial Group
Po Box 2609
Omaha, NE 68103-2609

Phone - -
Fax 561-392-5881

Facility
Mainline Health Systems, Inc.

Patient Name
Adam Bobb

Claim #
1220054596

| Total Pages | Billable Pages | Date | Amount Due | Due Date |
|---|---|---|---|---|
| 25 | 20 | Dec 15 2022 | $25.00 | ON RECEIPT |

| Description | Qty | Cost Per | Cost |
|---|---|---|---|
| $15.00 Search and retrieval fee per AR Code Section 16-46-106 | 1 | $15.00 | $15.00 |
| $0.50 per page for pages 1-25 | 20 | $0.50 | $10.00 |
| | | Subtotal | $25.00 |
| | | Payments | $0.00 |
| | | Balance | $25.00 |

Records will be released upon receipt of payment.

Secure Release Center

**Pay and download your records online. It's easy!**

Visit the link below to begin the process: Record Locator: 8B3C16T9

https://rq.link/8B3C16T9

If paying by check, please make it payable to RecordQuest and reference RQ-ID

On January 23, 2020 a federal court vacated the 'third-party directive' within 2013 Omnibus Rule. As a result, the fee limitation set forth at 45 C.F.R. § 164.524(c)(4) will apply only to an individual's request for access to their own records. It does not apply to an individual's request to transmit records to a third party. Please see https://www.hhs.gov/hipaa/court-order-right-of-access/index.html for additional information. By paying this invoice, you agree that the pricing is accurate and reasonable and therefore hold RecordQuest and Mainline Health Systems, Inc. harmless in any and all legal matters pertaining to this transaction. If you do not agree, please contact RecordQuest immediately.

Mainline Health Systems, Inc. has contracted with RecordQuest to process and deliver patient health information. RecordQuest is authorized to bill and collect fees in accordance with state and federal regulated rates. The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy all copies.

ECN
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
Exam Coordinators Network A division of Genex Services, LLC
E-mail: [illegible] Web: [illegible]

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| DATE: | December 08, 2022 | | |
| TO: | Kerry Pennington MD | FROM: | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| FAX: | 8702267925 | FAX: | (561) 392-5881 |
| RE: | Adam Bobb | TEL: | (561) 392-5001 |
| CLAIM #: | 1220054596 | PAGES: | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

ECN
Exam Coordinators Network A division of Genex Services, LLC
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: [illegible] Web: [illegible]

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

E-communication from Lincoln Financial Group

Date: Wed Jan 11 16:15:22 CST 2023
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <623330465.3.1673475323115.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 *7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

January 11, 2023

Marcus Vanden Law
Attn: Marcus Vanden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vanden:

We are writing in reference to your client's claim for Long Term Disability.

We are in the process of reviewing your client's vocational history to see if he has transferrable skills to determine if he can return to work in Any Occupation beyond 12/15/2023. Our office received a Rehabilitation Survey dated 07/25/2022, but need additional information:

Please confirm the dates your client was a mechanic for Area Agency:
Please confirm the dates your client was working HVAC maintenance for JRMC:

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Tue Jan 03 15:35:47 CST 2023
From: Brianna Kane <Brianna.Kane@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <81731168.8.1672781747573.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 *7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

January 3, 2023

MARCUS VADEN LAW
Attn: Marcus Vaden
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Vaden:

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your client's case.

I can be reached by phone at 1-800-423-2765 Ext 7160 or via email at Brianna.kane@lfg.com

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Brianna Kane
1-800-423-2765 *7160
Specialist, LTD Claims
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**December 08, 2022**

**Claimant Name: Adam Bobb**

**Claim #: 1220054596**

**Primary Diagnosis: chronic pain (G89.29), osteoarthritis of the right hip (M16.11), and labral tear (S73.191D)**

**DOD: 6/17/2021**

**DOR: 11/18/2022**

**Job Title: General Maintenance**

**ECN #: 224569-1**

**Specialty: Physical Medicine and Rehabilitation**

**Eric Finkelstein, MD**
***Board-Certified in Physical Medicine and Rehabilitation***

**CLAIMANT:** Adam Bobb
**REVIEWER:** Eric I Finkelstein, MD
**ECN#:** 224569-1
**CLAIM#:** 1220054596
**DATE OF LOSS:** 06/17/2021
**DATE OF SERVICE:** 12/07/2022

**PEER REVIEW**

**Medical Record Index:**
1. Lincoln Financial Group – 03/08/2021 – 07/25/2022.
2. White Hall Family Medicine – 06/07/2021 – 08/23/2021.
3. Mark Ramiro, M.D. – 07/08/2021.
4. JMRC Ortho and Spine Clinic – 09/01/2021.
5. Mainline Health Systems – 10/25/2021 – 09/06/2022.
6. Appeal Letter – 10/27/2021.
7. Bradley County Medical Center – 11/08/2021.
8. Scott Johnson, LCSW – 04/07/2022 – 08/16/2022.

**Summary:**

**DESCRIPTION OF THE INCIDENT**

The claimant is a 39-year-old male who works as a general maintenance person. The diagnosis was chronic pain (G89.29), osteoarthritis of the right hip (M16.11), and labral tear (S73.191D).

**JOB DESCRIPTION**

Job title: General maintenance.
Description: Every effort has been made to identify the essential functions of this position. However, it in no way states or implies that these are the only duties you will be required to perform. The omission of specific statements of duties does not exclude them from the position if the work is similar, related, or is an essential function of the position.
Essential job duties/Physical demand:

- Must be able to move intermittently throughout the workday.
- Must be able to speak and write the English language understandably.
- Must be able to cope with the mental and emotional stress of the position due to relating to and working with the ill, disabled, elderly, emotionally upset, and, at times, hostile People.
- Must possess sight/hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of this position can be fully met.
- Must function independently and have flexibility, personal integrity, and the ability to work effectively with patients, personnel, and support agencies.
- Must meet the general health requirements set forth by the policies of this facility.
- Must be able to push, pull, move, and/or lift a reasonable minimum of pounds to a reasonable height and be able to pull, move, and/or carry such weight a reasonable distance.
- It may be necessary to assist in evacuating patients during emergencies.

**DIAGNOSTIC REPORT**

06/07/2021 – White Hall Family Medicine – X-Ray of The Right Hip – James Workman, M.D.:
Impression:

1. Unremarkable right hip.

11/08/2021 – Bradley County Medical Center – MRI of The Right Hip – Samuel Edwards, M.D.:
Impression:

1. Tear of the right anterior superior labrum between the 2:00 and 3:00 position.

**OFFICE VISITS**

**03/08/2021 – Lincoln Financial Group – Long-Term Disability Claim – Kerry Pennington, M.D.:** The claimant is unable to work since 06/17/2021 due to a labral tear.

**06/07/2021 – White Hall Family Medicine – Progress Note – Mark Ramiro, M.D.:** The claimant presents for a follow-up on hypertension, hyperlipidemia, and worsening right hip pain. He is taking Amlodipine and Hydrochlorothiazide. Dx: The diagnosis was benign essential hypertension (I10), hyperlipidemia (E78.5), and right hip pain (M25.551). Tx: He is recommended to monitor blood pressure and low salt diet. He is prescribed Meloxicam, Acetaminophen-codeine, and Amlodipine and returns to the clinic if the symptoms worsen.

**06/18/2021 – 08/23/2021 – White Hall Family Medicine – Progress Note – Mark Ramiro, M.D.:** From 06/18/2021 through 08/23/2021, the claimant followed up with Dr. Ramiro for six sessions. On 06/18/2021, Tx: He was prescribed Silvadene topical cream and recommended to return to the clinic if the symptoms worsen. On 07/08/2021, Tx: He was recommended for physical therapy and instructed to continue his current medication. He is advised to return to the clinic if symptoms worsen or persist. On 07/27/2021, Tx: He is recommended to drink plenty of water, eat a balanced diet, and continue with the current medication. He was referred to Dr. Ramiro on 08/11/2021. On 08/05/2021, Tx: He was prescribed Cyclobenzaprine and refilled with Acetaminophen-codeine and Meloxicam. He is recommended to remain off work and return to the clinic in two weeks. On 08/23/2021, Tx: He was instructed to discontinue Mupirocin and continue with the current medication. He is advised to remain work off until further notice and complete an appointment with Dr. Pollard next week. He is recommended to call or return to the clinic if symptoms worsen or persist.

**06/28/2021 – White Hall Family Medicine – Progress Note – Roy Coleman, M.D:** The claimant presents for a follow-up to the right foot and right-side hip pain. He reports his foot is healing, and he also stopped using Silvadene cream due to its adverse effect. He states that he tried steroids for hip pain but could not get any relief. Dx: The diagnosis was right hip pain (M25.551), hypertension (I10), a second-degree burn of the right foot (T25.221A), and bursitis of the right hip (M70.71). Tx: He is recommended to continue with the current medication and follow the diet instruction. He is advised to return to the clinic in one week.

**07/08/2021 – FMLA Medication Certification – Mark Ramiro, M.D.:** The claimant presents with severe persistent right hip pain. He is advised to take work off from 06/07/2021 - 09/08/2021. Tx: He is referred to physical therapy and prescribed over-the-counter medication.

**07/08/2021 – Lincoln Financial Group – Attending Physician Statement – Mark Ramiro, M.D.:** The claimant presents with severe right hip pain and bursitis pain. He is restricted from performing work, and activity includes standing and lifting. Dx: The diagnosis was right hip pain, bursitis, and tendonitis. Tx: He is advised to take work off up to 09/08/2021 and work with physical therapy.

**09/01/2021 – JMRC Ortho and Spine Clinic – Office Visit Report – Ashley Huber, M.D./Donna Freeman, LPN.:** The claimant presents with right hip pain, severe right groin pain, and right lateral leg pain. He reports severe right leg weakness, and he is extremely unsteady on his feet and has fallen multiple times. He reports he is on disability due to severe pain. He reports that he underwent an x-ray of the lateral lumbar side, which shows normal lumbar vertebrae with disc height well-maintained. Dx: The diagnosis was right hip pain (M25.551). Tx: He is recommended to complete an MRI study for the complete right pelvis and follow up after testing. He is advised to follow up with a primary care physician for the dietary consult.

**09/02/2021 – Lincoln Financial Group – Attending Physician Statement – Mark Ramiro, M.D.:** The claimant presents with right hip pain, tendonitis, and bursitis pain. He is restricted from performing work and activities, including standing and lifting. Dx: The diagnosis was right hip pain, bursitis, and tendonitis. Tx: He is advised to return to work on 11/2021. He is prescribed Tylenol, Meloxicam, and Flexon and recommended to work with physical therapy.

**10/25/2021 – Mainline Health Systems – Establish Care Visit – Kerry Pennington, M.D.:** The claimant presents to establish care for chronic pain in the right hip. He reports that he lost his job. He also reports that he discontinued physical therapy because it's worsening the symptoms. He states his PHQ-2 score was zero. Dx: The diagnosis was right hip pain (M25.551), benign essential hypertension (I10), chronic anxiety (F41.9), other chronic pain (G89.29), spondylosis of lumbar region without myelopathy or radiculopathy (M47.816), and primary osteoarthritis of the right hip (M16.11). Tx: He is recommended to increase the dose of duloxetine and add ibuprofen and Tramadol HCL. He is advised to continue a low-salt diet and follow up in three months.

**10/27/2021 – Appeal Letter.:** The claimant wants to appeal the decision regarding the MRI justification of the new primary care physician.

**11/18/2021 – Mainline Health Systems – Work Status Report – Kerry Pennington, M.D.:** The claimant is advised to remain off work due to severe hip pain.

**03/08/2022 – Mainline Health Systems – Progress Note – Kerry Pennington, M.D.:** The claimant presents for a follow-up chronic right hip pain, secondary to a labral tear, chronic low back pain, and chronic cervical spine pain, and to complete disability papers. He reports his neck and back discomfort is treated in the pain clinic by steroid injection. Dx: The diagnosis was a tear in the right acetabular labrum (S73.191D), spondylosis of the lumbar region without myelopathy or radiculopathy (M47.816), spondylosis of the cervical region without myelopathy or radiculopathy (M47.812), and essential hypertension (I10). Tx: He is advised to continue to follow up with the pain clinic and orthopedics at UAMAS. He is instructed to continue with the current medication, refill amlodipine, duloxetine, and hydrochlorothiazide, and follow up in four months.

**04/07/2022 – 08/16/2022 – Psychology Note – Scott Johnson, LCSW.:** The claimant attained three sessions of therapy from 04/07/2022 - 08/26/2022. He presents with post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. He is taking Cymbalta 90 mg and Wellbutrin. He reports his GAD-7 score was 29, and his PHQ-2 total score was 21. Dx: The diagnosis was post-traumatic stress disorder (F43.10), recurrent major depressive disorder (F33.1), and generalized anxiety disorder (F41.1). Tx: He is advised to follow up in three weeks.

**06/22/2022 – Mainline Health systems – Correspondence – Scott Johnson, LCSW.:** Dx: The diagnosis was post-traumatic stress disorder (F43.10), recurrent major depressive disorder (F33.1), and Generalized anxiety disorder (F41.1).

**09/06/2022 – Mainline Health Systems – Work Status Report – Kerry Pennington, M.D.:** The claimant is advised to remain out of work due to the chronic pain in his right hip and emotional issues.

**Undated – Lincoln Financial Group – Long Term Disability Claim – Kerry Pennington, M.D.:** The claimant presents with right hip pain. He is restricted from performing activities, including climbing, lifting, pushing, walking, and kneeling. He is advised to take work off from 06/17/2021. Dx: The diagnosis was other chronic pain (G89.29) and primary osteoarthritis of the right hip (M16.11). Tx: He is advised to follow up with the orthopedics at UAMAS.

**Undated – Nursing Memorandum.:** The claimant reports that he stopped working on 06/18/2021 due to right hip pain, tendinitis, and bursitis. He also reports an unremarkable right hip X-Ray on 06/07/2021. He reports Dr. Ramiro treated him for right hip pain, groin pain, and a burn to the bottom of his foot. He is recommended to perform home exercises and physical therapy.

**Calls to Treating Providers:**

Kerry Pennington, MD, Phone: 870-226-6754

11/30/2022, at 2:09 PM ET - Attempted to contact Dr. Kerry Pennington at 870-226-6754 to offer the opportunity to add additional claim information on behalf of Lincoln Financial and reached voicemail. A detailed reason for the call and contact information was provided.
12/1/2022, at 10:38 AM ET - Attempted to contact Dr. Kerry Pennington at 870-226-6754 to offer the opportunity to add additional claim information on behalf of Lincoln Financial and reached Amanda. She requested questions to be faxed to 870-226-7925.

Dr. Mark Ramiro, Phone: 870-247-9499

11/30/2022, at 2:17 PM ET - Attempted to contact Dr. Mark Ramiro at 870-247-9499 to offer the opportunity to add additional claim information on behalf of Lincoln Financial and reached Rita. She requested questions to be faxed to 870-247-5312.

**Specific Responses:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**
   The diagnosis was chronic pain (G89.29), right hip pain (M25.551), osteoarthritis of the right hip (M16.11), and labral tear (S73.191D).

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10Codes(s). Codes are only needed on up to the first 3 diagnoses.**
   Comorbid diagnoses include benign essential hypertension (I10), chronic anxiety (F41.9), spondylosis of lumbar region without myelopathy or radiculopathy (M47.816)

3. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**
   The medical management of medications, and referral to orthopedics at UAMAS is both clinically reasonable and consistent with the apparent level of severity for the reported condition.

4. **Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**
   There were no notable non-medical circumstances identified within the records that would adversely impact the claimant's ability to work.

5. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations?**

   The claimant is a 39-year-old male who works in general maintenance diagnosed with chronic pain, OA of the right hip and a labral tear. From 06/21 through 08/21 he treated with his PCP six times for the pain and was prescribed Silvadine, Cyclobenzaprine, Acetaminophen-codeine and Meloxicam. On 07/08/21 off work status was recommended from 06/07/21 to 09/08/21. 09/02/21 states off work status was extended to 11/21. On 11/08/21 an MRI of the right hip was performed showing an anterior superior labrum tear and the claimant was advised to remain off work. In 03/2022 the claimant presented for a follow-up. He was treating spinal pain with pain management and was referred to an orthopedic at UAMAS. In 09/22 the claimant was instructed to continue to remain off work and follow up with orthopedics at UAMAS.

   a. **Based on the medical documentation provided any abnormal clinical exam findings, diagnostics would the claimant be precluded from frequently sitting with reasonable sit to stand, or repositioning as needed and frequently finger, handle, grasp, lift 10 lbs. occasionally from 6/17/21 - 12/27/21?**
      When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 06/17/21 to 12/27/21 as follows:

      OVN dated 09/01/21 states the claimant suffered severe right leg weakness with unsteadiness on his feet and frequent falls.
      Sitting: Constant, as tolerated, up to a total of 8 hours/day
      Standing: Occasional, as tolerated, up to a total of 2 hours/day
      Walking: Occasional, as tolerated, up to a total of 2 hours/day

      -Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
      -Pushing: Never
      -Pulling: Never
      -Carrying: Occasional, up to 10lbs., utilizing both upper extremities together

      Finger: Constant, bilateral
      Handle: Constant, bilateral
      Grasp: Constant, bilateral

   b. **Then for time period from 12/27/21 and beyond please comment on any medically reasonable supported restrictions and limitations and indicate duration for restrictions and limitations to be enforced or if permanent?**
      When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follows:

Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day

There are no significant upper extremity complaints.
Bilateral Upper Extremities-
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together

There are no medical records to support significant upper extremity restrictions.
Reaching-
-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below waist level: Occasional, bilateral

There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral

There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional with use of handrails.
Balancing: Never
Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Crawling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Lower extremities for foot controls- Occasional, bilateral

This reviewer's assessment of the above medically supported restrictions and limitations are that they are likely permanent as of from 12/27/21 and beyond as follows.

c. **When is appropriate time to follow up with providers, who should record, and updated R/Ls be obtained from for ongoing case management of the file?**
A follow-up within 6 months from the date of this review would be appropriate.

I hereby attest, as the reviewer of this request, I have personally reviewed all documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative

whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Sincerely,



Eric Finkelstein, MD
Physical Medicine and Rehabilitation
PA: MD 427317 MD D0081417

ECN
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Adam Bobb
Claim Number: 1220054596
Case Number: 224569-1

"I, Eric I Finkelstein, MD, am a physician duly licensed to practice medicine in the State of ______PA_______. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

12/8/2022

Signature of Physician Date

**Lincoln/Bobb 2009**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Medical/Professional License # ____ PA: MD 427317 MD D0081417

_____________________________________

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Kerry Pennington MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702267925 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Pennington,,

Please see the attached ROI form for Adam Bobb, At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

# F A X T R A N S M I T T A L

| | | | |
|---|---|---|---|
| **DATE:** | December 08, 2022 | | |
| **TO:** | Mark Ramiro MD | **FROM:** | Angela Kazmieczak<br>Eric I Finkelstein, MD |
| **FAX:** | 8702475312 | **FAX:** | (561) 392-5881 |
| **RE:** | Adam Bobb | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 1220054596 | **PAGES:** | 2 |

## COMMENTS:

Good Afternoon Dr. Ramiro,

Please see the attached ROI form for Adam Bobb, At the request of our client, Lincoln Financial Group, **Eric I Finkelstein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's current status.

Please find the below questions they have proposed that they need answered from you in order to complete their report:

1. What are objective findings on current exam that support the ongoing need for restrictions and limitations?
2. What is the expected duration of noted restrictions/limitations?
3. What ongoing care/treatment modalities are expected to be utilized and how would those be expected to affect the restrictions/limitations?

Dr. Finkelstein has been requested to have their report completed by 12/15/2022 and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number, or email to Casey.Parker@genexservices.com, and we will forward it to Dr. Finkelstein.

Thank you for your assistance in this matter and have a great day!

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

**From:** Fax2Mail powered by OpenText
**To:** Kazmie, Angela
**Subject:** PENNINGTON
**Date:** Thursday, December 8, 2022 12:52:10 PM

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Angela Kazmie |
| **Job Number** | 1630358062 |
| **Sent By User** | F2M/84174655687 |
| **Entered Fax2Mail System** | 12/08 09:49 |
| **Report Generated** | 12/08 09:52 |
| **Subject** | PENNINGTON |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 8702267925 | SENT | 12/08 | 09:51 | 1 |

| | |
|---|---|
| **From:** | Fax2Mail powered by OpenText |
| **To:** | Kazmie, Angela |
| **Subject:** | RAMIRO |
| **Date:** | Thursday, December 8, 2022 12:52:59 PM |

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Angela Kazmie |
| **Job Number** | 1630358466 |
| **Sent By User** | F2M/84174655687 |
| **Entered Fax2Mail System** | 12/08 09:50 |
| **Report Generated** | 12/08 09:52 |
| **Subject** | RAMIRO |
| **Page Count** | 3 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 8702475312 | SENT | 12/08 | 09:52 | 1 |

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

---

| | |
|---|---|
| Date: | November 15, 2022 |
| To: | Lincoln National Life Insurance Company |
| Fax number: | (877) 843-3950 |
| ATTN: | Denise Swan |
| From: | Marcus Vaden Law |
| Fax number: | (501) 205-1278 |
| Phone number: | (501) 329-8723 |

## Re: Adam Bobb - Claim #1220024325

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-354-4577) immediately.

MV
MARCUS VADEN
LAW

November 14, 2022

Denise Swan
Social Security Representative
The Lincoln National Life Insurance Company
Fax: (877) 843-3950
Email: disabilityclaims@LFG.com

Re: Policyholder: Trinity Village, Inc
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Ms. Swan:

I received your letter dated 11/14/2022 requesting a status update on Mr. Bobb's application for Social Security Disability Income (SSDI) benefits. As you may be aware, waiting times for agency-level decisions have increased dramatically over the past year. Although Mr. Bobb applied for SSDI benefits in April 2022, an initial decision has yet to be made on his case.

As we have yet to receive a decision, there are currently no notifications of award, denial, or appeal for which I can provide copies. My office recently assisted Mr. Bobb in completing a Pain Questionnaire and Function Report, which were submitted to Disability Determination Services for SSA on 10/10/2022. Since that time, DDS has requested and received new medical records. I do not anticipate receiving a decision before the end of the year, but will advise the claimant that you require copies of any decision we receive.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

Date: Mon Nov 14 10:54:32 CST 2022
From: Denise Swan <Denise.Swan@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1124679847.93.1668444872516.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Denise Swan**
**Claims Examiner II, Social Security**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-7738
Fax: 402-951-0612
Email: Denise.Swan@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 14, 2022

MARCUS VADEN LAW
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Please provide our office with status of Mr. Bobb's application for Social Security Disability Income (SSDI) benefits. This should include a complete copy of any award, denial, or appeal notification.

Please provide this information by December 14, 2022.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-877-843-3950 or
- Email: disabilityclaims@LFG.com

If you have any questions regarding this letter, please contact me at 1-800-423-2765, ext. 7738.

Sincerely,

Denise Swan
Denise.Swan@lfg.com
Social Security Representative
The Lincoln National Life Insurance Company

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RecordQuest

# INVOICE

Mail Payments To
RecordQuest
PO Box 2017
Mt Pleasant, SC 29465-2017

Overnight Shipping and Certified Mail
RecordQuest
115 Fairchild St Ste 160
Daniel Island, SC 29492-7504

Customer Service
Phone: (888) 300-7410
Fax: (866) 560-8109
Email: help@recordquest.com
Tax ID: 71-1008946

Bill To
Jill Felten
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114-4059

RQ-ID
1797970-29

For Delivery To
Jill Felten
The Lincoln National Life Insurance Company
8801 Indian Hills Dr
Omaha, NE 68114-4059

Phone 800-423-2765
Fax 800-462-4660

Facility
Mainline Health Systems, Inc.

Patient Name
Adam Bobb

Claim #
1220054596

| Total Pages | Billable Pages | Date | Amount Due | Due Date |
|---|---|---|---|---|
| 17 | 9 | Aug 30 2022 | $21.42 | ON RECEIPT |

| Description | Qty | Cost Per | Cost |
|---|---|---|---|
| $15.00 Search and retrieval fee per AR Code Section 16-46-106 | 1 | $15.00 | $15.00 |
| $0.50 per page for pages 1-25 | 9 | $0.50 | $4.50 |
| Actual postage | 1 | $1.92 | $1.92 |
| | | Subtotal | $21.42 |
| | | Payments | $0.00 |
| | | Balance | $21.42 |

Records will be released upon receipt of payment.

Secure Release Center

## Pay and download your records online. It's easy!

Visit the link below to begin the process: Record Locator: 4CL9V7QG

https://rq.link/4CL9V7QG

If paying by check, please make it payable to RecordQuest and reference RQ-ID

On January 23, 2020 a federal court vacated the 'third-party directive' within 2013 Omnibus Rule. As a result, the fee limitation set forth at 45 C.F.R. § 164.524(c)(4) will apply only to an individual's request for access to their own records. It does not apply to an individual's request to transmit records to a third party. Please see https://www.hhs.gov/hipaa/court-order-right-of-access/index.html for additional information. By paying this invoice, you agree that the pricing is accurate and reasonable and therefore hold RecordQuest and Mainline Health Systems, Inc. harmless in any and all legal matters pertaining to this transaction. If you do not agree, please contact RecordQuest immediately.

Mainline Health Systems, Inc. has contracted with RecordQuest to process and deliver patient health information. RecordQuest is authorized to bill and collect fees in accordance with state and federal regulated rates. The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy all copies.

Lincoln
Financial Group®

**To:** **SCOTT ALLSION R. JOHNSON, LCSW**
Company:
Fax: 870-538-5412
Phone:

**From:** **Jill Felten**
Fax: 877-843-3950
Phone: 800-423-2765

**NOTES:**
2nd Refax

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, August 10, 2022 8:34:20 AM
**Number of pages including this cover sheet:** 07

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 8, 2022

SCOTT ALLSION R. JOHNSON, LCSW
RELEASE OF INFORMATION
1404 E CHURCH
WARREN, AR 716717167

| | | |
|---|---|---|
| Re: | Policy Number: | 00040000100019469 |
| | Claim Number: | 1220054596 |
| | Patient: | Adam Bobb |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's life waiver claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 6/1/2021 to present |

****Please fill out all forms that are attached****

Current state statutes for Arkansas: Cost of each photocopy, excluding X rays, shall not exceed $0.50 per page for the first twenty-five (25) pages and $0.25 for each additional page. A labor charge not exceeding $15.00 may be added for each request for medical records under subdivision (a)(1) of this section, and the actual cost of any required postage may also be charged. In addition a reasonable retrieval fee for stored records of a hospital, a physician's office, or an ambulance provider may be added to the photocopy charges, only if the requested records are stored at a location other than the location of the hospital, physician's office, or ambulance provider.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-462-4660.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jill Felten
Assisting on behalf of Erica Wilson
800-423-2765 *7064
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth:

Other Names Used: Kel Social Security Number:

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) Relationship to claimant:

Address: Phone:

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Adam K Bobb II Date: 7-8-21

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68103-2649
toll free (800) 423-2765
www.LincolnFinancial.com

# PSYCHIATRIC SUPPLEMENTAL INFORMATION

## PART 1 - PATIENT INFORMATION

Name: ______________________ SS#: ______________ Date of Birth: ____________

## PART 2 - ATTENDING PHYSICIAN'S STATEMENT

**Diagnosis (DSM IV CRITERIA)**

Axis I ______________________

Axis II ______________________

Axis III ______________________

Axis IV 0 1 2 3 4 5 6

Axis V Current GAF Score ______________

Highest GAF Score Past Year ______________

Symptoms Reported: ______________________

Symptoms Observed: ______________________

**History**

Date symptoms first appeared ______________

Date patient ceased to work because of incapacity ______________

Date of first visit for treatment or consultation ______________

**History of Treatment for Psychiatric/Psychological Problems**

| Treatment Dates | For what Problem? | Treatment Provider of Facility (Level of care IOP, PHP, INPT) |
|---|---|---|
| | | |
| | | |
| | | |

**Current Treatment**

Therapy Method and Goal(s): ______________________

Frequency and Length of Sessions: ______________________

Number of Sessions to Date: ______________________

Treatment Compliance: ______________________

Treatment Response to Date: ______________________

Expected Outcomes and Time Frame: ______________________

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**Medications**

| | | | | |
|---|---|---|---|---|
| Medication Name | | | | |
| Date Started | | | | |
| Initial Dosage | | | | |
| Initial Response | | | | |
| Date of Last Dosage Change | | | | |
| Current Dosage | | | | |
| Response | | | | |
| Side Effects | | | | |
| Serum Levels | | | | |
| Compliance | | | | |
| Date Medication Discontinued | | | | |

**Future Treatment Plans**

What changes in your treatment are underway or being considered?____________________

**Mental Status Evaluation**

| | | | | | | |
|---|---|---|---|---|---|---|
| Behavioral: | Appearance | ☐ Groomed | ☐ Disheveled | ☐ Poor Hygiene | | |
| | Eye Contact | ☐ Good | ☐ Fair | ☐ Poor | | |
| | Motor Activity | ☐ Normal | ☐ Hyperactive | ☐ Hypoactive | | |
| | Speech | ☐ Clear | ☐ Pressured | ☐ Soft | ☐ Slurred | |
| | Impulse Control | ☐ Adequate | ☐ Impaired | | | |
| | Comments: | | | | | |
| Cognitive: | Orientation | ☐ Time | ☐ Place | ☐ Person | ☐ Situation | |
| | Language Problems | ☐ Expressive | ☐ Receptive | ☐ Comprehension | | |
| | Memory Problems | ☐ Immediate | ☐ Recent | ☐ Remote | | |
| | Concentration/Attention | ☐ Intact | ☐ Impaired | ☐ Fluctuates | | |
| | Judgment | ☐ Intact | ☐ Impaired | | | |
| | Insight | ☐ Good | ☐ Fair | ☐ Poor | | |
| | Comments: | | | | | |
| Affective: | Affect | ☐ Appropriate | ☐ Blunted | ☐ Labile | ☐ Inappropriate | |
| | Mood | ☐ Appropriate | ☐ Depressed | ☐ anxious | ☐ Irritable | ☐ Panic Attacks |
| | Suicidal Ideation | ☐ Yes | ☐ No | ☐ Ideation | ☐ Plans | |
| | Homicidal | ☐ Yes | ☐ No | ☐ Ideation | ☐ Plans | |
| | Comments: | | | | | |
| Perceptual: | Thought Flow | ☐ Slow | ☐ Coherent | ☐ Loose | ☐ Tangential | ☐ Circumstantial |
| | Thought Content | ☐ Delusional | ☐ Paranoid | ☐ Bizarre | ☐ Grandiose | |
| | Hallucinations | ☐ Yes | ☐ No | | | |
| | Comments: | | | | | |
| Other: | Energy Level | ☐ Adequate | ☐ Increased | ☐ Decreased | | |
| | Sleep | ☐ Adequate | ☐ Increased | ☐ Decreased | | |
| | Interest/Motivation | ☐ Adequate | ☐ Decreased | | | |
| | Comments: | | | | | |

**Client Self Reporting of Activities of Daily Living:**

Is client currently performing ☐ Volunteer Work ☐ Attending School ☐ Work at Lesser Demand
☐ Self-Employed ☐ No Work Activities

Socialization Problems ☐ Yes ☐ No Describe ______

Cleans/Maintains Residence? ☐ Yes ☐ No

Performs Routine Shopping? ☐ Yes ☐ No

Pays Bills ☐ Yes ☐ No

Operates Motor Vehicle ☐ Yes ☐ No

Explain

**Precipitating and Complicating Factors to Leaving Work**

Workplace ☐ increase in work demands ☐ Conflicts with Supervisor
☐ Dissatisfaction with Supervisor ☐ Recent unfavorable work evaluation

Social/Family Describe: ______

Physical/Medical Describe: ______

Financial/Legal Describe: ______

Alcohol/Drug Abuse Describe: ______

Other Describe: ______

Have you advised patient to return to work?

☐ Yes Date of return to work ______ Regular Occupation ☐ FT ☐ PT
Any Occupation ☐ FT ☐ PT

☐ No If No, please give appropriate date patient should be able to return to work
Date of return to work ______ Regular Occupation ☐ FT ☐ PT
Any Occupation ☐ FT ☐ PT

Describe restrictions and limitations currently preventing a return to work.

______

Thank you for providing this information.

______
Attending Physician Name and Specialty (Please Print) Date

______
Therapist/Counselor Name and Degree/License (Please Print) Date

MV
MARCUS VADEN
LAW

# FAX

600 South German Lane, Suite 102 • Conway, AR 72034

Date: September 6, 2022

To: Lincoln Financial Group

Fax number: (877) 843-3950

RE: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 12 10071975
Claimant: Adam Bobb

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-354-4577) immediately.

mainlinehealth systems, inc.

September 6, 2022

To Whom It May Concern:

*Re: Adam Bobb*
*DOB:*

*Dear Sirs:*

*I am Adam Bobb's family physician. He has chronic pain in his right hip due to arthritis and lumbar radiculopathy.* He also suffers from emotional issues which are quite *significant. It is my opinion, that he can not work related to both physical and emotional issues.* Please consider this in your evaluation of his disability claim. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Kerry F. Pennington, M.D.*

Date: Fri Sep 02 08:47:19 CDT 2022
From: Annette Hicks <Annette.Hicks@lfg.com>
To:
Message-ID: <977962815.2801.1662126439028.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Shawn Agostinelli**
**Assisting on behalf of Annette Hicks**
**Sr. Claims Examiner, LTD 2**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *3013
Fax: 402-938-7841
Email: Annette.Hicks@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 2, 2022

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

Please refer to our letter of 08/01/2022 in which we requested additional information for your disability claim. As of the above date, we have received no response to our request.

The policy issued to Trinity Village, Inc. indicates any request for information must be provided to our office within 45 days.

We must receive the following information in order to continue our review of your claim:

- A copy of your office visit notes and diagnostic test results for the time period of 03/01/2022 to present from your treating providers.

In addition, if you would like us to assist you in requesting the medical information, please complete the attached Authorization form Treating Medical Professional form

We will allow you an additional 30 days (10/02/2022) to have the information submitted to our office for review. Without this information, benefits may be suspended. To ensure this information is received and processed quickly, feel free to use our toll-free fax number 1-877-843-3950.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Shawn Agostinelli
Assisting on behalf of Annette Hicks
800-423-2765 *3013
Associate, LTD Claims
The Lincoln National Life Insurance Company

Enclosure(s): General Authorization
TMP Form

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Name of Insured: ______________________________________________
   (Last) (First) (Middle)

   Date of Birth: ____________________ Social Security Number: ____________________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ________________________________ **DATE** ____________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ________________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________________

**ADDRESS:** ________________________________
(Street)

________________________________
(City) (State) (Zip Code)

**PHONE NO:** ________________________________



**Lincoln/Bobb 2032**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Adam Bobb CLAIM NUMBER: 1220024325

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES __________ TO__________**

**DOCTORS:**

Name: ________________ Specialty: ______________ Name: ________________ Specialty: ______________
Address: ______________________________ Address: ______________________________
City: ____________ State: ________ Zip Code: ________ City: ____________ State: ________ Zip Code: ________
Phone: ________________ Fax: ______________ Phone: ________________ Fax: ______________
Dates Seen: ____________ to ______________ Dates Seen: ____________ to ______________

Name: ________________ Specialty: ______________ Name: ________________ Specialty: ______________
Address: ______________________________ Address: ______________________________
City: ____________ State: ________ Zip Code: ________ City: ____________ State: ________ Zip Code: ________
Phone: ________________ Fax: ______________ Phone: ________________ Fax: ______________
Dates Seen: ____________ to ______________ Dates Seen: ____________ to ______________

**PHARMACIES:**

Name: ______________________________ Name: ______________________________
Address: ______________________________ Address: ______________________________
City: ____________ State: ________ Zip Code: ________ City: ____________ State: ________ Zip Code: ________
Phone: ________________ Fax: ______________ Phone: ________________ Fax: ______________
Dates: ____________ to ______________ Dates: ____________ to ______________

**HOSPITALS:**

Name: ______________________________ Name: ______________________________
Address: ______________________________ Address: ______________________________
City: ____________ State: ________ Zip Code: ________ City: ____________ State: ________ Zip Code: ________
Phone: ________________ Fax: ______________ Phone: ________________ Fax: ______________
Dates Confined: ____________ to ______________ Dates Confined: ____________ to ______________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: ______________________________ Policy Number: ______________________________
Address: ______________________________ Member ID: ______________________________
City: ____________ State: ________ Zip Code: ________ Dates of Coverage: ____________ to ______________
Phone Number: ______________________________ Fax Number: ______________________________

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______________________________ Date ______________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: Mon Aug 01 09:37:46 CDT 2022
From: Annette Hicks <Annette.Hicks@lfg.com>
To:
E-communication from Lincoln Financial Group
Message-ID: <13178191312105.1659364666649.JavaMail.webadmin@ne1plwas107.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Shawn Agostinelli**
**Assisting on behalf of Annette Hicks**
**Sr. Claims Examiner, LTD 2**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *3013
Fax: 402-938-7841
Email: Annette.Hicks@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 1, 2022

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

At this time, we are requesting that you submit a copy of your office visit notes and diagnostic test results for the time period of 3/1/22 through present from your treating providers.

In addition, please complete the attached Treating Medical Provider form so that we may assist you in requesting the medical information above. Please include the contact information for the providers and list any providers that are not listed on the form.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. Please see that the necessary information is submitted to our office within 30 days.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Shawn Agostinelli
Assisting on behalf of Annette Hicks
800-423-2765 *3013
Associate, LTD Claims
The Lincoln National Life Insurance Company

Enclosure: TMP Form

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Adam Bobb CLAIM NUMBER: 1220024325

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES**

**3/1/22 to Present**

**DOCTORS:**

Name: Scott Allison Johnson Specialty: LCSW
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

Name: ______ Specialty: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

Name: Dr Lawrence O'Malley Specialty: Ortho Surgeon
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

Name: ______ Specialty: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

Name: Dr John Brown Specialty: Spine and Pain
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

Name: ______ Specialty: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

**HOSPITALS:**

Name: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

Name: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______ Date ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**REHABILITATION SURVEY**

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 06/15/22

| | |
|---|---|
| Policy # 00001020137500000 | Employer Trinity Village, Inc. |

**Information About Yourself**

| | |
|---|---|
| Name: Adam Bobb | Phone Number |
| Address: | |
| Social Security Number: | Date of Birth: |

**Education History**

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 (12) GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| Certifications Held: | | |

**Military**

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: N/A | | |

**Vocational History**

Please fill out completely and be as specific as possible starting with the most recent employer.
If you have a resume, please attach and return. This information is important in determining what services may be available to you.

| | |
|---|---|
| Job Title: maintaince | Employer: Trinity Village |
| Dates: From 2014 to 2021 | Wage: hourly/monthly/yearly Bi/weekly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): Lifting, walking, bending, running, climbing + stooping | |
| Reason for leaving: medical | |

| | |
|---|---|
| Job Title: mechanic | Employer: Area Agency |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): worked on fleet Vehicales, long Periods of bending + stooping over. | |
| Reason for leaving: Better Opportunity | |

00000054 LFPV6M11 00000/25

REF #13646286

**Vocational History Continued**

| | |
|---|---|
| Job Title: maintaince (HVAC) | Employer: JRMC |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): maintain heating & air. Lots of walking, climbing, bending or stooping. | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: Correctional Officer | Employer: Arkansas Dept of Corrections |
| Dates: From 2000 to 2007 | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): Secure & maintaine Security, Running, walking, Climbing, Bending. | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? 10-15 Stand? 10-15 Walk? 10-15 Drive? 15-20

How far can you: Walk? less than 100 Ft. Drive? Has been having someone else Drive

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | ✓ | |
| 11-20 lbs. | | ✓ | | |
| 21-50 lbs. | ✓ | | | |
| 51-100 lbs. | ✓ | | | |
| over 100 lbs. | ✓ | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly

Climb? N Balance? N Stoop? N Kneel? N Crouch? N Crawl? N Reach? O

Perform repetitive movements? Hands? O Feet? N

Describe how your disability impacts your ability to work:

unable to lift, unable to climb ladders, unable to do duties assigned to maintaince position

Describe any hobbies, recreational activities or special interests you have:

Hunting + Fishing

How does your disability impact your ability to engage in recreational interests?

Havent been able to walk & stand for long. unable to Climb ladders. must shift positions constantly.



03000054 LFPV6MT1 00000726

REF #13646286

00000054 LFPV6MT1 00000727

**Medical Information**

Describe your current medical problems and how they prevent you from working:

(R) Liabral Tear in hip. Degenerative Disk Disease, PTSD Anxiety, Depression, Chronic pain

Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment)

Dr. Pennington - As needed
Scott Allison - Therapist - Aug 2022.
Dr. John Brown - Arkansas Spine & Pain - July 2022

Names, dates and addresses of hospitals you have been in for your current disability:

N/A

Names and dosages of current medications:

Duloxetine 30mg 3pills A Day Tizanidine - 4mg one
Amlodipine - 10mg once Hydrocodone 5/325mg 2 Daily
Hydrochlorothiazide 12.5 mg once

What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)?

Tens unit, Back Brace

Describe the measures your physician is taking to assist you in returning to work:

Trying Several Procedures & injections to See if it gives Any relief.

**Benefit Information:**

| List the amount of benefits you are receiving for (include effective dates): | | |
|---|---|---|
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? yes | | |





Lincoln/Bobb 2046

From:Kwik Kopy To:18778433950 07/25/2022 14:23 #147 P.005/007

REF #13646286

00000054 LFPV6MT1 00000728

**Rehabilitation Activities**

Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name:

N/A

Status of above services (active, discontinued, etc.). Be specific and give details:

N/A

Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.):

Why? Scared + anxious - Afraid of falling or getting someone else hurt.

Describe what you will require to return to your regular occupation:

To climb, bend, walk, lift without any restrictions.

If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in?

Are there any other conditions that will affect your ability to return to work? Please explain:

PTSD
Depression
Anxiety

Are you interested in Vocational Rehabilitation to assist you in returning to work?

**Additional Comments**

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature [signature] Date 7-25-22

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

mainlinehealth systems, inc.

Date: 06/22/2022

To whom it may concern,

Adam Bobb, DOB has been evaluated and diagnosed with Posttraumatic Stress Disorder 309.81 (F43.10) as of 04/07/2022. He has also been diagnosed with Major Depressive Disorder, recurrent, moderate (F33.1) as well as Generalized Anxiety Disorder (F41.1). If you have any questions, please feel free to call me at 870-226-6754, ext 2036. Mr. Adam Bobb can be best contacted at

Sincerely,

Scott Allison R. Johnson, LCSW

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: 00001020137500000 Claim No. 1220024325 Disability Date: __________

Issued To: Trinity Village, Inc. Address: MARCUS VADEN LAW PO BOX 203

Claimant Adam Bobb Address: CONWAY AR 72033

00000054 LFPV6MT1 00000731

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☑ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Notwithstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

[signature] __________
(Insured) (Witness)

__________
(Address)

7-18-22 __________
(Date) (Date)

MV
MARCUS VADEN
LAW

7/18/2022

Adam Bobb

Re: Adam Bobb

To Whom It May Concern:

I represent Adam Bobb in his current claims for Social Security disability benefits. He is unable to work due to his medical condition. Mr. Bobb's case is currently pending at the agency level and he has yet to receive an initial determination. Please consider that this endeavor may take a considerable amount of time to be successful. Thank you.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

00000054 LFPV6MT1 00000731

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: 00001020137500000 Claim No. 1220024325 Disability Date: ____________

Issued To: Trinity Village, Inc. Address: MARCUS VADEN LAW PO BOX 203

Claimant Adam Bobb Address: CONWAY AR 72033

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☑ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Notwithstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

[signature] (Insured) ____________ (Witness)

____________ (Address)

7-18-22 (Date) ____________ (Date)

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 06/15/22

| | |
|---|---|
| Policy # 00001020137500000 | Employer Trinity Village, Inc. |

**Information About Yourself**

| | |
|---|---|
| Name: Adam Bobb | Phone Number: |
| Address: | |
| Social Security Number: | Date of Birth: |

**Education History**

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 (12) GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| Certifications Held: | | |

**Military**

| | | |
|---|---|---|
| Year: From ______ to ______ | Rank: | Job Title. |
| Responsibilities: N/A | | |

**Vocational History**

Please fill out completely and be as specific as possible starting with the most recent employer.
If you have a resume, please attach and return. This information is important in determining what services may be available to you.

| | |
|---|---|
| Job Title: maintaince | Employer: Trinity Village |
| Dates: From 2014 to 2021 | Wage: hourly/monthly/yearly Bi/weekly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): Lifting, walking, bending, running, climbing & stooping | |
| Reason for leaving: medical | |

| | |
|---|---|
| Job Title: mechanic | Employer: Area Agency |
| Dates: From ______ to ______ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): worked on fleet vehicales, long periods of bending & stooping over. | |
| Reason for leaving: Better Opportunity | |



00000054 LFPV6MT1 00000/25

From:Kwik Kopy To:18778433950 07/25/2022 14:21 #147 P.003/007

REF #13646286

03000054 LFPV6MT1 00000726

**Vocational History Continued**

| | |
|---|---|
| Job Title: Maintaince (HVAC) | Employer: JRMC |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): maintain heating & air. Lots of walking, climbing, bending or stooping. | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: Correctional Officer | Employer: Arkansas Dept of Corrections |
| Dates: From 2000 to 2007 | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): Secure & maintaine security, Running, walking, climbing bending, | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? 10-15 Stand? 10-15 Walk? 10-15 Drive? 15-20

How far can you: Walk? less than 100 ft. Drive? Has been having someone else Drive

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | ✓ | |
| 11-20 lbs. | | ✓ | | |
| 21-50 lbs. | ✓ | | | |
| 51-100 lbs. | ✓ | | | |
| over 100 lbs. | ✓ | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly

Climb? N Balance? N Stoop? N Kneel? N Crouch? N Crawl? N Reach? D

Perform repetitive movements? Hands? D Feet? N

Describe how your disability impacts your ability to work:

unable to lift, unable to climb ladders, unable to do duties assigned to maintaince position

Describe any hobbies, recreational activities or special interests you have:

Hunting + Fishing

How does your disability impact your ability to engage in recreational interests?

Havent been able to walk & stand for long. unable to Climb ladders. must shift positions Constantly.

REF #13646286

**Medical Information**

Describe your current medical problems and how they prevent you from working:

(R) Liabral Tear in hip. Degenerative Disk Disease, PTSD Anxiety, Depression, Chronic pain

Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment)

Dr. Pennington - As needed
Scott Allison - Therapist - Aug 2022.
Dr. John Brown - Arkansas Spine & Pain - July 2022

Names, dates and addresses of hospitals you have been in for your current disability:

N/A

Names and dosages of current medications:

Duloxetine 30mg 3pills A Day Tizandine - 4mg One
Amlodipine - 10mg Once Hydrocodone 5/325mg 2Daily
Hydrochlorothiazide 12.5 mg once

What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)?

Tens unit, Back Brace

Describe the measures your physician is taking to assist you in returning to work:

Trying Several Procedures & injections to see if it gives any relief.

**Benefit Information:**

| List the amount of benefits you are receiving for (include effective dates): | | |
|---|---|---|
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |

If you do not receive Social Security benefits, have you applied and what is the status? yes







00000054 LFPV6MT1 00000727

REF #13646286

00000054 LFPV6MT1 00000728

**Rehabilitation Activities**

Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name:

N/A

Status of above services (active, discontinued, etc.). Be specific and give details:

N/A

Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.):

Why? Scared + Anxious - Afraid of falling or getting someone else hurt.

Describe what you will require to return to your regular occupation:

To climb, bend, walk, lift without any restrictions.

If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in?

Are there any other conditions that will affect your ability to return to work? Please explain:

PTSD
Depression
Anxiety

Are you interested in Vocational Rehabilitation to assist you in returning to work?

**Additional Comments**

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature [signature] Date 7-25-22

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department



PAGE 5/7 * RCVD AT 7/25/2022 3:05:42 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:8778433950 * CSID:870 534 0710 * ANI:8705340710 * DURATION (mm-ss):05-22

mainlinehealth systems, inc.

Date: 06/22/2022

To whom it may concern,

Adam Bobb, DOB has been evaluated and diagnosed with Posttraumatic Stress Disorder 309.81 (F43.10) as of 04/07/2022. He has also been diagnosed with Major Depressive Disorder, recurrent, moderate (F33.1) as well as Generalized Anxiety Disorder (F41.1). If you have any questions, please feel free to call me at 870-226-6754, ext 2036. Mr. Adam Bobb can be best contacted at

Sincerely,

Scott Allison R. Johnson, LCSW

MV
MARCUS VADEN
LAW

7/18/2022

Adam Bobb

Re: Adam Bobb

To Whom It May Concern:

I represent Adam Bobb in his current claims for Social Security disability benefits. He is unable to work due to his medical condition. Mr. Bobb's case is currently pending at the agency level and he has yet to receive an initial determination. Please consider that this endeavor may take a considerable amount of time to be successful. Thank you.

Sincerely,

Marcus Vaden

MV/ms

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034 FAX 501-205-1278

www.marcusvadenlaw.com

MV
MARCUS VADEN
LAW

June 24, 2022

Via Email: swan@lfg.com

Denise Swan
Social Security Representative
The Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Ms. Swan:

I am in receipt of your letter of June 23, 2022. In response to your letter, Mr. Bobb submitted his application on 04/14/2022.

Sincerely,

Marcus Vaden

MV:dd

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

Date: Thu Jun 23 13:14:11 CDT 2022
From: Denise Swan <Denise.Swan@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1182561676.482.1656008051150.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Denise Swan**
**Claims Examiner II, Social Security**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Dr
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-7738
Fax: 402-951-0612
Email: Denise.Swan@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 23, 2022

MARCUS VADEN LAW
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

While reviewing Mr. Bobb's claim for Long-Term Disability benefits, we have determined that we need additional Social Security information.

We were advised an application for Social Security Disability was filed. Please provide our office with the initial filing date.

If there is a separate vendor or attorney assisting in the Social Security process, please advise of the contact information for future status updates.

Please provide this information by 07/23/2022. If you wish, you may fax this information to 877-843-3950.

Sincerely,

Denise Swan
1-800-423-2765 Ext 7738
Denise.Swan@lfg.com
Social Security Representative
The Lincoln National Life Insurance Company

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #13646286

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 15, 2022

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

This letter is to advise your claim for Long Term Disability benefits has been approved.

The policy does have a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 12/15/2021. Your first benefit payment will be issued on 06/15/2022 and will cover the period of disability from 12/15/2021 to 03/15/2022.

Subsequent payments will be issued on or around day 15 of each month. Disability benefits will be payable as long as you continue to meet the terms of the policy.

(If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim. Please complete the enclosed Disability Payment Options form.

**YOUR BENEFIT AMOUNT**

Based on the information provided to our office, we have calculated your basic monthly earnings as $2,801.07. Your benefit will equal 60% of your basic monthly earnings in any $100.00 increment, subject to a minimum of $400.00 and maximum of $5,000.00 per month, minus other sources of income. Your monthly benefit will equal $1,400.00. Please see the "Other Sources of Income" portion of this letter for further explanation. The policy under which you are covered also contains a minimum monthly benefit of $50.00 per month.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

## OTHER SOURCES OF INCOME

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

## HOW LONG YOUR CLAIM MAY BE PAID

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined in the policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by the policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

## PARTIAL DISABILITY and VOCATIONAL REHABILITATION

The policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

The policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

REF #13646286

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. Please complete the enclosed Rehabilitation Survey.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. You also can sign up for direct deposit on our website, www.LincolnFinancial.com.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Enclosure(s): REHAB SURVEY
Disability Payment Options Form

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 06/15/22

| | |
|---|---|
| Policy # 00001020137500000 | Employer Trinity Village, Inc. |

## Information About Yourself

| | |
|---|---|
| Name: Adam Bobb | Phone Number: |
| Address: | |
| | |
| Social Security Number: | Date of Birth: |

## Education History

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

## Military

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

## Vocational History

| | |
|---|---|
| Please fill out completely and be as specific as possible starting with the most recent employer.<br>If you have a resume, please attach and return. This information is important in determining what services may be available to you. | |
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

REF #13646286

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly

Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______

Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

REF #13646286

**Medical Information**

| Describe your current medical problems and how they prevent you from working: |
| --- |
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| List the amount of benefits you are receiving for (include effective dates): | | |
| --- | --- | --- |
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

REF #13646286

**Rehabilitation Activities**

| |
|---|
| Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name: |
| |
| |
| |
| Status of above services (active, discontinued, etc.). Be specific and give details: |
| |
| |
| |
| Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.): |
| Why? |
| |
| |
| Describe what you will require to return to your regular occupation: |
| |
| |
| |
| If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? |
| |
| |
| |
| Are there any other conditions that will affect your ability to return to work? Please explain: |
| |
| |
| |
| Are you interested in Vocational Rehabilitation to assist you in returning to work? |

**Additional Comments**

| |
|---|
| |
| |
| |
| |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ______________________________ Date ______________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: 00001020137500000 Claim No. 1220024325 Disability Date: ____________

Issued To: Trinity Village, Inc. Address: MARCUS VADEN LAW PO BOX 203

Claimant Adam Bobb Address: CONWAY AR 72033

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Notwithstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

| | |
|---|---|
| (Insured) | (Witness) |
| (Address) | (Address) |
| (Date) | (Date) |

REF #13646286

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'déé' t'áá jiik'eh, ná hóló. Kojį' hódíílnih áǫįóóǫéąąǫąíę́ę.

REF #13646286

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 16, 2022

April Haynes
6400 Trinity Drive
Pine Bluff AR 71603

This page is for mailing purposes only. Please disregard.

©2013 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #13646286

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 15, 2022

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

This letter is to advise your claim for Long Term Disability benefits has been approved.

The policy does have a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 12/15/2021. Your first benefit payment will be issued on 06/15/2022 and will cover the period of disability from 12/15/2021 to 03/15/2022.

Subsequent payments will be issued on or around day 15 of each month. Disability benefits will be payable as long as you continue to meet the terms of the policy.

(If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim. Please complete the enclosed Disability Payment Options form.

**YOUR BENEFIT AMOUNT**

Based on the information provided to our office, we have calculated your basic monthly earnings as $2,801.07. Your benefit will equal 60% of your basic monthly earnings in any $100.00 increment, subject to a minimum of $400.00 and maximum of $5,000.00 per month, minus other sources of income. Your monthly benefit will equal $1,400.00. Please see the "Other Sources of Income" portion of this letter for further explanation. The policy under which you are covered also contains a minimum monthly benefit of $50.00 per month.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #13646286

## OTHER SOURCES OF INCOME

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

## HOW LONG YOUR CLAIM MAY BE PAID

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined in the policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by the policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

## PARTIAL DISABILITY and VOCATIONAL REHABILITATION

The policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

The policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. Please complete the enclosed Rehabilitation Survey.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. You also can sign up for direct deposit on our website, www.LincolnFinancial.com.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Enclosure(s): REHAB SURVEY
Disability Payment Options Form

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 06/15/22

| | |
|---|---|
| Policy # 00001020137500000 | Employer Trinity Village, Inc. |

## Information About Yourself

| | |
|---|---|
| Name: Adam Bobb | Phone Number: |
| Address: | |
| | |
| Social Security Number: | Date of Birth: |

## Education History

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

## Military

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

## Vocational History

| | |
|---|---|
| Please fill out completely and be as specific as possible starting with the most recent employer.<br>If you have a resume, please attach and return. This information is important in determining what services may be available to you. | |
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

REF #13646286

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly

Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______

Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

**Medical Information**

| Describe your current medical problems and how they prevent you from working: |
|---|
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| List the amount of benefits you are receiving for (include effective dates): | | |
|---|---|---|
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

REF #13646286

**Rehabilitation Activities**

| |
|---|
| Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name: |
| |
| |
| |
| Status of above services (active, discontinued, etc.). Be specific and give details: |
| |
| |
| |
| Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.): |
| Why? |
| |
| |
| Describe what you will require to return to your regular occupation: |
| |
| |
| |
| If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? |
| |
| |
| |
| Are there any other conditions that will affect your ability to return to work? Please explain: |
| |
| |
| |
| Are you interested in Vocational Rehabilitation to assist you in returning to work? |

**Additional Comments**

| |
|---|
| |
| |
| |
| |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ______________________________________________Date ________________________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: 00001020137500000 Claim No. 1220024325 Disability Date: ______

Issued To: Trinity Village, Inc. Address: MARCUS VADEN LAW PO BOX 203

Claimant Adam Bobb Address: CONWAY AR 72033

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Notwithstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

| | |
|---|---|
| (Insured) | (Witness) |
| (Address) | (Address) |
| (Date) | (Date) |

REF #13646286

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'déé' t'áá jiik'eh, ná hóló. Kojį' hódíílnih áǫįóóǫéąáǫąíéę.

REF #13646286

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 16, 2022

MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY AR 72034

This page is for mailing purposes only. Please disregard.

©2013 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #13646286

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 15, 2022

ADAM K BOBB
MARCUS VADEN LAW
PO BOX 203
CONWAY, AR 72033

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

This letter is to advise your claim for Long Term Disability benefits has been approved.

The policy does have a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 12/15/2021. Your first benefit payment will be issued on 06/15/2022 and will cover the period of disability from 12/15/2021 to 03/15/2022.

Subsequent payments will be issued on or around day 15 of each month. Disability benefits will be payable as long as you continue to meet the terms of the policy.

(If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim. Please complete the enclosed Disability Payment Options form.

**YOUR BENEFIT AMOUNT**

Based on the information provided to our office, we have calculated your basic monthly earnings as $2,801.07. Your benefit will equal 60% of your basic monthly earnings in any $100.00 increment, subject to a minimum of $400.00 and maximum of $5,000.00 per month, minus other sources of income. Your monthly benefit will equal $1,400.00. Please see the "Other Sources of Income" portion of this letter for further explanation. The policy under which you are covered also contains a minimum monthly benefit of $50.00 per month.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #13646286

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined in the policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by the policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

The policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

The policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

REF #13646286

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. Please complete the enclosed Rehabilitation Survey.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. You also can sign up for direct deposit on our website, www.LincolnFinancial.com.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Enclosure(s): REHAB SURVEY
Disability Payment Options Form

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 06/15/22

| | |
|---|---|
| Policy # 00001020137500000 | Employer Trinity Village, Inc. |

## Information About Yourself

| | |
|---|---|
| Name: Adam Bobb | Phone Number: |
| Address: | |
| | |
| Social Security Number: | Date of Birth: |

## Education History

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

## Military

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

## Vocational History

| | |
|---|---|
| Please fill out completely and be as specific as possible starting with the most recent employer.<br>If you have a resume, please attach and return. This information is important in determining what services may be available to you. | |
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

REF #13646286

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly
Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______
Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

REF #13646286

**Medical Information**

| Describe your current medical problems and how they prevent you from working: |
|---|
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| List the amount of benefits you are receiving for (include effective dates): | | |
|---|---|---|
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

REF #13646286

**Rehabilitation Activities**

| Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency?<br>If so, please provide name, address, phone number, services received and counselors name: |
|---|
| |
| |
| |
| Status of above services (active, discontinued, etc.). Be specific and give details: |
| |
| |
| |
| Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.): |
| Why? |
| |
| |
| Describe what you will require to return to your regular occupation: |
| |
| |
| |
| If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? |
| |
| |
| |
| Are there any other conditions that will affect your ability to return to work? Please explain: |
| |
| |
| |
| Are you interested in Vocational Rehabilitation to assist you in returning to work? |

**Additional Comments**

| |
|---|
| |
| |
| |
| |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ________________________________________ Date ____________________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

REF #13646286

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #13646286

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: 00001020137500000 Claim No. 1220024325 Disability Date: ____________

Issued To: Trinity Village, Inc. Address: MARCUS VADEN LAW PO BOX 203

Claimant Adam Bobb Address: CONWAY AR 72033

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Notwithstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

| | |
|---|---|
| ____________________ (Insured) | ____________________ (Witness) |
| ____________________ (Address) | ____________________ (Address) |
| ____________________ (Date) | ____________________ (Date) |

REF #13646286

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hólǫ́. Kojį' hódíílnih áǫįóóǫéą̨́ǫąíę́ę.

MV
MARCUS VADEN
LAW

April 12, 2022

***Via Email:* *Annette.Hicks@lft.com***

Annette Hicks
LTD Sr. Claims Examiner
Lincoln Financial Group
1600 RiverEdge Pkwy.
Suite 130
Atlanta, GA 30328

| | | |
|---|---|---|
| Re: | Client/Claimant Name: | Adam Bobb |
| | Policy Number: | 00001020137500000 |
| | Claim Number: | 1220024325 |

Dear Ms. Hicks:

In response to your email of March 14, 2022, here is the information you requested.

- Mr. Bobb did have a follow up with Dr. Kerry Pennington after October 25, 2021.
- Mr. Bobb has seen other providers after 11/8/2021. They are as follows:

Dr. Lawrence K. O'Malley, Orthopedic Surgeon, UAMS;
Dr. John Brown, Arkansas Spine and Pain in Jacksonville, Arkansas;
Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.

Also, in reviewing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, we request an extension of time until June 1, 2022 to provide you with these records.

Sincerely,

Marcus Vaden

MV:dd
cc: Adam Bobb

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

RecordQuest

RECEIPT

| RQ-ID | Patient Name | Date | Pages | Billable | Claim # |
|---|---|---|---|---|---|
| 1695499 | Adam Bobb | 3/25/2022 | 17 | 11 | 1220024325 |

Deliver To
Virginia Hoffman
The Lincoln National Life Insurance Co.
8801 Indian Hills Dr
Omaha, NE 68114-4059

Healthcare Facility
Mainline Health Systems, Inc.
Po Box 509
Dermott, AR 71638-0509

| Description | Item Fee | Qty | Fee |
|---|---|---|---|
| $15.00 Search and retrieval fee per AR Code Section 16-46-106 | $15.00 | 1 | $15.00 |
| $0.50 per page for pages 1-25 | $0.50 | 11 | $5.50 |
| | | Total | $20.50 |
| | | Payment | $20.50 |
| | | Balance | $0.00 |

PAID

This document is intended only for the use of the addressee named above and may contain legally privileged and confidential information. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you received this document in error, you may not use, disclose, copy, or disseminate any of the information contained in this document - please notify RecordQuest immediately and destroy the document. Thank you for your cooperation.

Lincoln Financial Group®

**To:** **KERRY PENNINGTON MD**
Company:
Fax: 18702267925
Phone:

**From:** **Virginia Hoffman**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, March 16, 2022 3:59:48 PM
**Number of pages including this cover sheet:** 05

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 16, 2022

KERRY PENNINGTON MD
RELEASE OF INFORMATION
1012 E CHURCH STREET
WARREN, AR 71671

Re: Policy Number: 00001020137500000
Claim Number: 1220024325
Patient: Adam Bobb
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 06/01/2021 to present |
| Diagnostic Test Results | 06/01/2021 to present |

Current state statutes for Arkansas: Cost of each photocopy, excluding X rays, shall not exceed $0.50 per page for the first twenty-five (25) pages and $0.25 for each additional page. A labor charge not exceeding $15.00 may be added for each request for medical records under subdivision (a)(1) of this section, and the actual cost of any required postage may also be charged. In addition a reasonable retrieval fee for stored records of a hospital, a physician's office, or an ambulance provider may be added to the photocopy charges, only if the requested records are stored at a location other than the location of the hospital, physician's office, or ambulance provider.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Virginia Hoffman
Assisting on behalf of Annette Hicks
800-423-2765 *3013
Adminr, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Bobb (Last) Adam (First) K (Middle)

Date of Birth: ______, Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work, or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 3 / 8 / 21

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Adam Bobb

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

(Please see FRAUD NOTICES attached)

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

mainlinehealth systems, inc.

**BOBB, ADAM**
38 Y old Male, DOB:
Account Number: 126774

Home:
Guarantor: BOBB, ADAM Insurance: MEDICAID OF ARKANSAS Payer ID: 00185
PCP: Kerry Pennington Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

**10/25/2021** **Progress Notes: Kerry Pennington, MD**

## Current Medications

Taking
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- Acetaminophen-Codeine #3 300-30 MG Tablet 1 tablet as needed Orally three times daily prn
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Cyclobenzaprine HCl 5 MG Tablet 1 tablet at bedtime as needed Orally Once a day

Medication List reviewed and reconciled with the patient

## Past Medical History

Hypertension.
Anger issue.

## Surgical History

heart surgery at 2 years old

## Family History

Father: unknown
Mother: alive, diagnosed with Diabetes, Hypertension
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family-kspencerlpn 10/25/21.

## Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
PRAPARE: yes Date Completed/Updated: 10/25/2021, What is your current housing situation? I have housing, Are you worried about losing

## Reason for Appointment

1. pt WANTS TO ESTABLISH CARE -kspencerlpn97.3
2. Pt uses drug room-kspencerlpn
3. Pt due for hiv screening-kspencerlpn

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

Visit HPI:

This is a new patient. He has chronic pain in the right hip. He has lost his job and has no insurance. He has been followed by Dr. Pollard for the hip pain and needs an MRI, but the insurance company continued denial until he lost his job. He also has a history of hypertension and anxiety related to these issues. He has been told in the workup that he has arthritis of the hip and lumbar spine and apparently Dr. Pollard considers him having a torn labrum to be a very real possibility. He presents to establish care, for medicine adjustment, and hopefully to be able to get an MRI at some point. He was given physical therapy for his right hip,But he states that therapy made it much worse so he had to stop it.

## Vital Signs

Wt **197 lbs**, Ht 6ft3in, BMI **24.62 Index**, BP **150/92 mm Hg**, HR 110 /min, RR 20, Temp 97.3, SaO2 97.

## Examination

GENERAL EXAM:

Neural: Well-developed, well-nourished white male in no acute distress.
HEENT: Ears, nose, mouth, and throat were normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: There is no edema.
Neurological: Cranial nerves II through XII and peripheral neurological intact.
Musculoskeletal: Moderate osteoarthritis of the hands. He has decreased range of motion in his right hip secondary to pain particularly



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? No, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 4.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 1- Several days, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 0- Not at all, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 0- Not at all was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 1, Intepretation: 0-4 : Within Limits, Completed: 10/25/2021.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2.

with internal rotation. There is tenderness to palpation anteriorly at the hip. There is moderate stiffness of the lumbar spine.
Skin: No new lesions or rashes.
Psych: Moderate anxiety.

## Assessments

1. Essential hypertension - I10 (Primary)
2. Chronic anxiety - F41.9
3. Pain in right hip - M25.551
4. Other chronic pain - G89.29
5. Spondylosis of lumbar region without myelopathy or radiculopathy - M47.816
6. Primary osteoarthritis of right hip - M16.11

## Treatment

**1. Essential hypertension**
Notes: Continue a low-salt diet and current medication.He had lab this summer that was normal.

**2. Chronic anxiety**
Notes: Increase duloxetine to 2 a day, 30 mg each.

**3. Pain in right hip**
Notes: Add ibuprofen 600 3 times a day and tramadol 50 every 6 hours when necessary. We will see if we can get him set up with UA MS.

**4. Spondylosis of lumbar region without myelopathy or radiculopathy**
Notes: Add ibuprofen 600 3 times a dayy and he has cyclobenzaprine to take at bedtime.

**5. Primary osteoarthritis of right hip**
Notes: Ibuprofen 600 3 times a day.

**6. Others**
Start Ibuprofen Tablet, 600 MG, Take 1 tablet with food, Orally, 3 times a day for arthritis and pain, 30 days, 90 Tablet, Refills 2
Start traMADol HCl Tablet, 50 MG, Take 1 tablet, Orally, Every 6 hours as needed for pain, 7 days, 28 Tablet, Refills 2, Notes: pdmp checked

## Preventive Medicine

NUTRITION COUNSELING: Weight management: BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes, Counseling for physical activity provided Yes.
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log,

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Spencer, Kristy 10/25/2021 03:22:51 PM >, PHQ2.
Pre-Visit Planning Completed: yes, Spencer, Kristy 10/25/2021 03:22:45 PM >, Yes:.
Smoking: yes, Spencer, Kristy 10/25/2021 03:22:40 PM > , YES.
Recreational drug use: yes, Spencer, Kristy 10/25/2021 03:22:34 PM >, Denies.
Alcohol: yes, Spencer, Kristy 10/25/2021 03:22:23 PM >yes.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 10/25/2021.
Learning Assessment: yes Completed: 10/25/2021, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children.
Caffeine: yes, frequency:, Spencer, Kristy 10/25/2021 03:21:29 PM > , Soda, 1 cup/day.
Exercise: yes, Spencer, Kristy 10/25/2021 03:21:22 PM >, Per Age.
Travel outside US: yes, Spencer, Kristy 10/25/2021 03:21:14 PM >, No.
Sexually active: yes, Spencer, Kristy 10/25/2021 03:21:08 PM > , Yes.
Herbal & OTC medications: yes, Spencer, Kristy 10/25/2021 03:21:00 PM >, None.
Advance Directive: yes, Spencer, Kristy 10/25/2021 03:20:50 PM >, No.

## Allergies

Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

## Hospitalization/Major Diagnostic Procedure

see above

## Review of Systems

Psychiatry:
Crying no. Nerves no.
Paranoid no. Concentration trouble no.
Insomnia no.
-CARDIOLOGY:
Patient denies chest pain , orthopnea , palpitations , dyspnea on exertion , paroxysmal

DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes.

## Visit Codes

99203 Office Visit, New Pt., Level 3.

## Follow Up

3 Months,prn

## Care Plan Details



**Electronically signed by Kerry Pennington , MD on 10/30/2021 at 04:19 PM CDT**

**Sign off status: Completed**

**18-Warren-Mainline Heatlh Systems, Inc**
**1012 E Church St**
**STE B**
**Warren, AR 716713530**
**Tel: 870-226-6786**
**Fax: 870-226-7925**

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

nocturnal dyspnea.
-CONSTITUTIONAL:
Patient denies fatigue , fever , weakness , weight gain , weight loss.
-ENDOCRINOLOGY:
Patient denies cold intolerance , excessive sweating , excessive thirst , hair changes , heat intolerance , weight gain , , weight loss.
-ENT:
no Rhinorrhea. no Sinus pain. no Sore throat.
-GASTROENTEROLOGY:
no Constipation. no Diarrhea. no Indigestion:. no Nausea. no Vomiting.
-MUSCULOSKELETAL:
muscle spasms no. Patient complaining of lt hip pain . no Arthritis. no Back pain. no Joint stiffness.
-NEUROLOGY:
lightheaded no. numbness no. Convulsions no. no Headache. no Vertigo.
-RESPIRATORY:
no Cough. no Hemoptysis. no Shortness of breath. no Wheezing.
-SKIN:
Redness No. Itching No. Burning/Stinging No.
-UROLOGY:
no Dysuria. no Nocturia. no Urinary frequency.



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

mainlinehealth systems, inc.

## BOBB, ADAM

38 Y old Male, DOB
Account Number: 126774

Home
Guarantor: BOBB, ADAM Insurance: MEDICAID OF ARKANSAS Payer ID: 00185
PCP: Kerry Pennington Referring: Kerry Pennington
Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc

03/08/2022 Progress Notes: Kerry Pennington, MD

### Current Medications

Taking
- tiZANidine HCl 4 MG Tablet 1 tablet as needed Orally Three times a day
- Hydrocodone-Acetaminophen 5-325 MG Tablet 1 tablet q4-6h PRN for pain Orally
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 3 capsule Orally Once a day, Notes: dose increase

Discontinued
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- Acetaminophen-Codeine #3 300-30 MG Tablet 1 tablet as needed Orally three times daily prn
- Cyclobenzaprine HCl 5 MG Tablet 1 tablet at bedtime as needed Orally Once a day
- traMADol HCl 50 MG Tablet Take 1 tablet Orally Every 6 hours as needed for pain, Notes: pdmp checked
- Acetaminophen-Codeine #3 300-30 MG Tablet Take 1 tablet Orally Over 6 hours as needed for pain, Notes: pdmp checked

Medication List reviewed and reconciled with the patient

### Past Medical History

Hypertension.
Anger issue.

### Surgical History

heart surgery at 2 years old

### Family History

Father: unknown
Mother: alive, diagnosed with Unspecified essential hypertension, Diabetes mellitus without mention of

### Reason for Appointment

1. consultation, FILL OUT PAPER WORK FOR SHORT TERM DISABILITY AGRICE MA
2. DUE FOR HIV AGRICE ,Ma
3. DRUG ROOM PB AGRICE ,MA
4. GAD7 SCORE 16 SEVERE ANXIETY , PHQ9 SCORE 19 MODERATELY SEVERE AGRICE MA

### History of Present Illness

<u>Depression Screening</u>:

PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Nearly every day, Feeling down, depressed, or hopeless? Several days, Total Score 4. PHQ-9 Little interest or pleasure in doing things Nearly every day, Feeling down, depressed, or hopeless Several days, Trouble falling or staying asleep, or sleeping too much Nearly every day, Feeling tired or having little energy Nearly every day, Poor appetite or overeating Nearly every day, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Nearly every day, Trouble concentrating on things, such as reading the newspaper or watching television Several days, Moving or speaking so slowly that other people could have noticed. Or the opposite- being so fidgety or restless that you have been moving around a lot more than usual More than half the days, Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score: 19, Interpretation Moderately severe depression.

<u>Visit HPI</u>:

This patient is follow-up for chronic right hip pain secondary to a labral tear as well as chronic low back pain and chronic cervical spine pain. he is being treated for his neck and back discomfort at the pain clinic. He is seeing orthopedic surgery at UAMS and they are planning on labral surgery in the future.He has had steroid injections in his neck which have helped. He continues to have pain requiring hydrocodone in the hip and lower back. He needs disability papers completed.

### Vital Signs

Wt **200.4 lbs**, Ht 75 in, BMI **25.05 Index**, BP **155/92 mm Hg**, HR 102 /min, RR 20, Temp 97.7, SaO2 99.

### Examination

<u>GENERAL EXAM:</u>

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

complication, type II or unspecified type, not stated as uncontrolled
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family-AGRICE MA 03/08/2022.

## Social History

PRAPARE: yes Date Completed/Updated: 03/08/2022, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? No, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 4.
Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 3- Nearly every day, Not being able to stop or control worrying? 2- More than half the days, Worrying too much about different things? 2- More than half the days, Trouble relaxing? 3- Nearly every day, Being so restless that it is hard to sit still? 3- Nearly every day, Becoming easily annoyed or irritable? 3- Nearly ever day was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 16, Intepretation: 15+: Severe (Notify BH), Completed: 03/08/2022.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two

General:Thin white male who is awake and alert and in no acute distress.

Neck: Supple without adenopathy or thyromegaly. There is decreased range of motion bilaterally with tenderness to palpation in the medial trapezius bilaterally that goes up into the paraspinous muscles of the neck itself.

Chest: Clear to auscultation and palpation.

Heart: Regular rate and rhythm without murmur, gallop, or rub.

Musculoskeletal: There is pain with internal and external rotation of the right hip. Both knees show mild stiffness bilaterally. There is moderate tenderness in the right SI joint as well as the lumbar spine midline. There is mild tenderness in the left SI joint. Reflexes are 1+ and 1+ bilaterally.

Neurological: Cranial nerves II through XII and peripheral neurological are intact.

## Assessments

1. Tear of right acetabular labrum, subsequent encounter - S73.191D (Primary)
2. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
3. Spondylosis without myelopathy or radiculopathy, lumbar region - M47.816
4. Essential hypertension - I10

## Treatment

**1. Tear of right acetabular labrum, subsequent encounter**
Continue tiZANidine HCl Tablet, 4 MG, 1 tablet as needed, Orally, Three times a day
Continue Hydrocodone-Acetaminophen Tablet, 5-325 MG, 1 tablet q4-6h PRN for pain, Orally
Notes: He should continue follow-up with orthopedics at U AMS. Continue follow with pain clinic for pain control. Forms are completed for long-term disability.

**2. Spondylosis without myelopathy or radiculopathy, cervical region**
Notes: Continue tizanidine 4 mg at bedtime and 3 times a day when necessary. Continue follow-up with the pain clinic.

**3. Spondylosis without myelopathy or radiculopathy, lumbar region**
Notes: Continue tizanidine 4 mg at bedtime and 3 times a day when necessary as well as follow-up with the pain clinic.

**4. Essential hypertension**
Refill amLODIPine Besylate Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Refill hydroCHLOROthiazide Tablet, 12.5 MG, 1 tablet in the morning, Orally, Once a day, 30 day(s), 30 Tablet, Refills 3
Notes: His blood pressure is elevated today. He is advised that he must take his medications as prescribed and follow a low salt diet. He needs to return in 2 weeks for BP check. RJonesLPN, 3/9/22.

**5. Others**



Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Grice, Anna 3/8/2022 02:05:14 PM >, , PHQ2, PHQ9.
Pre-Visit Planning Completed: yes, Grice, Anna 3/8/2022 02:05:22 PM >, , Yes:.
Smoking: yes, Grice, Anna 3/8/2022 02:05:33 PM >, YES.
Recreational drug use: yes, Grice, Anna 3/8/2022 02:05:38 PM >, , Denies.
Alcohol: yes, Grice, Anna 3/8/2022 02:05:46 PM >, >yes.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 03/08/2022.
Learning Assessment: yes Completed: 03/08/2022, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children.
Caffeine: yes, Grice, Anna 3/8/2022 02:06:10 PM >, frequency:, Soda, 1 cup/day.
Exercise: yes, Grice, Anna 3/8/2022 02:06:18 PM >, Per Age.
Travel outside US: yes, Grice, Anna 3/8/2022 02:06:22 PM >, , No.
Sexually active: yes, Grice, Anna 3/8/2022 02:06:28 PM >, > , Yes.
Herbal & OTC medications: yes, Grice, Anna 3/8/2022 02:06:32 PM >, , None.
Advance Directive: yes, Grice, Anna 3/8/2022 02:06:37 PM >, , No.
GAD7 SCORE 16 SEVERE ANXIETY AGRICE ,MA 03/08/2022.

## Allergies

Sulfa Antibiotics: swelling - Allergy -

Refill DULoxetine HCl Capsule Delayed Release Particles, 30 MG, 3 capsule, Orally, Once a day, 30 day(s), 90 Capsule, Refills 5, Notes: dose increase

## Preventive Medicine

NUTRITION COUNSELING: Weight management: Counseling for nutrition provided Yes, Counseling for physical activity provided Yes Exercise 30 minutes a day at least 5 days a week, as tolerated, then increase., BMI Management Plan: Yes Exercise daily 30 minutes & water intake to decrease BMI, Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes 60 minutes physical activity most days, BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes Well balance diet consisting of lean meats, fresh fruits and vegetables, low fat milk and cheeses., Counseling for physical activity provided Yes 60 minutes physical activity most days, BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Education Provided: .
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log, DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN, Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log, DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN, Established/Updated treatment goals: Yes Maintain physical activity and social interaction, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes, Self Management Goals/Plan: Yes Take medications as directed, Stay Connected to family/friends- Depression, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Daily Symptom log, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN. Medication

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

Criticality High - Onset Date 10/25/2021

### Hospitalization/Major Diagnostic Procedure

see above

### Review of Systems

Psychiatry:
Crying no. Nerves no.
Paranoid no. Concentration trouble no.
Insomnia no.

-CARDIOLOGY:
Patient denies chest pain , orthopnea , palpitations , dyspnea on exertion , paroxysmal nocturnal dyspnea.

-CONSTITUTIONAL:
Patient denies fatigue , fever , weakness , weight gain , weight loss.

-ENDOCRINOLOGY:
Patient denies cold intolerance , excessive sweating , excessive thirst , hair changes , heat intolerance , weight gain , , weight loss.

-ENT:
no Rhinorrhea. no Sinus pain.
no Sore throat.

-GASTROENTEROLOGY:
no Constipation. no Diarrhea.
no Indigestion:. no Nausea.
no Vomiting.

-MUSCULOSKELETAL:
muscle spasms no. no Arthritis.
no Back pain. no Joint stiffness.

-NEUROLOGY:
lightheaded no. numbness no.
Convulsions no. no Headache.
no Vertigo.

-RESPIRATORY:
no Cough. no Hemoptysis.
no Shortness of breath. no Wheezing.

-SKIN:
Redness No. Itching No.
Burning/Stinging No.

-UROLOGY:
no Dysuria. no Nocturia. no Urinary frequency.

Management Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes, Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes, Patient states understanding of medication regimen: Yes, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Barriers to Medication Adherence: No.
COUNSELING: Communication to Patient Counseling for nutrition provided Yes, Counseling for physical activity provided Yes. Take ALL medications as prescribed .

### Procedure Codes

T1015 FQHC-99213, Modifiers: U5
3077F SYST BP = 140 MM HG6 IT
3080F DIAST BP >/= 90 MM HG

### Follow Up

prn,4 Months

### Care Plan Details



**Electronically signed by Kerry Pennington , MD on 03/10/2022 at 07:53 AM CST**

**Sign off status: Completed**

**18-Warren-Mainline Heatlh Systems, Inc**
**1012 E Church St**
**STE B**
**Warren, AR 716713530**

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 03/08/2022

**Tel: 870-226-6786**
**Fax: 870-226-7925**

---

**Progress Note: Kerry Pennington, MD 03/08/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Bradley County Medical Center
404 South Bradley
Warren, AR 71671 (870) 226-4166

Radiology Report Provided By: Radiology Associates, P.A.

Patient Name: BOBB, ADAM
Date of Birth:
Accession Number: 161084120211108 Account Number: 745486
Date of Service: 11/08/2021 MRN: 146047
Attending Provider: PENNINGTON, KERRY F
Primary Care Provider: PENNINGTON, KERRY F

MRI RIGHT HIP WITHOUT CONTRAST 11/8/2021

INDICATION: Right hip pain

TECHNIQUE: Multiplanar, multisequence MR images of the right hip were obtained without IV contrast.

COMPARISON: None.

FINDINGS:

Bones and joints:

Right hip: The femoral head is normally positioned in the acetabulum. Marrow signal proximal right femur is within normal limits. Marrow signal in the right hemipelvis is within normal limits. No hip joint effusion. Tear of the acetabular labrum between the 2 and 3:00 positions. No para labral cyst.

Alpha angle: 52 degrees (normal less than 55 degrees)
Center edge angle: 36 degrees (normal is between 25 and 39 degrees)
Acetabular angle: 40 degrees (normal is between 33 and 38 degrees. Measurements between 39 and 46 degrees are indeterminate.)

Left hip: The femoral head is normally positioned in the acetabulum. Normal marrow signal in the proximal left femur and left hemipelvis. No hip joint effusion. Possible anterolateral labral tear, no para labral cyst.

Muscles and tendons (right hip):

Hip flexors: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Adductor group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Hamstring tendons: No evidence of tendinopathy or tendon tear.

Gluteal group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Other: Large field of view evaluation of the left hip periarticular muscles demonstrates no muscle strain or muscle tear. No tendinopathy or

tendon tear.

Miscellaneous: Visualized pelvic viscera are unremarkable.

IMPRESSION:
1. Tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

Signed by Samuel E Edwards, MD 11/8/2021 3:16 PM

Created and Electronically signed by: 20211108151632, 20211108151632 on 11/08/2021 15:16

Lincoln
Financial Group®

**To:** **KERRY PENNINGTON MD**
Company:
Fax: 18702267925
Phone:

**From:** **Virginia Hoffman**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, March 16, 2022 3:59:48 PM
**Number of pages including this cover sheet:** 05

RecordQuest

# INVOICE

Mail Payments To
RecordQuest
PO Box 2017
Mt Pleasant, SC 29465-2017

Overnight Shipping and Certified Mail
RecordQuest
115 Fairchild St Ste 160
Daniel Island, SC 29492-7504

Customer Service
Phone: (888) 300-7410
Fax: (866) 560-8109
Email: help@recordquest.com
Tax ID: 71-1008946

Bill To
Virginia Hoffman
The Lincoln National Life Insurance Co.
8801 Indian Hills Dr
Omaha, NE 68114-4059

RQ-ID
1695499-47

For Delivery To
Virginia Hoffman
The Lincoln National Life Insurance Co.
8801 Indian Hills Dr
Omaha, NE 68114-4059

Phone 800-423-2765
Fax 877-843-3950

Facility
Mainline Health Systems, Inc.

Patient Name
Adam Bobb

Claim #
1220024325

| Total Pages | Billable Pages | Date | Amount Due | Due Date |
|---|---|---|---|---|
| 17 | 11 | Mar 23 2022 | $22.26 | ON RECEIPT |

| Description | Qty | Cost Per | Cost |
|---|---|---|---|
| $15.00 Search and retrieval fee per AR Code Section 16-46-106 | 1 | $15.00 | $15.00 |
| $0.50 per page for pages 1-25 | 11 | $0.50 | $5.50 |
| Actual postage | 1 | $1.76 | $1.76 |
| | | Subtotal | $22.26 |
| | | Payments | $0.00 |
| | | Balance | $22.26 |

Records will be released upon receipt of payment.

**Secure Release Center**

## Pay and download your records online. It's easy!

Visit the link below to begin the process: Record Locator: 41RZNX2A

https://rq.link/41RZNX2A

If paying by check, please make it payable to RecordQuest and reference RQ-ID

On January 23, 2020 a federal court vacated the 'third-party directive' within 2013 Omnibus Rule. As a result, the fee limitation set forth at 45 C.F.R. § 164.524(c)(4) will apply only to an individual's request for access to their own records. It does not apply to an individual's request to transmit records to a third party. Please see https://www.hhs.gov/hipaa/court-order-right-of-access/index.html for additional information. By paying this invoice, you agree that the pricing is accurate and reasonable and therefore hold RecordQuest and Mainline Health Systems, Inc. harmless in any and all legal matters pertaining to this transaction. If you do not agree, please contact RecordQuest immediately.

Mainline Health Systems, Inc. has contracted with RecordQuest to process and deliver patient health information. RecordQuest is authorized to bill and collect fees in accordance with state and federal regulated rates. The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy all copies.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 16, 2022

KERRY PENNINGTON MD
RELEASE OF INFORMATION
1012 E CHURCH STREET
WARREN, AR 71671

Re: Policy Number: 00001020137500000
Claim Number: 1220024325
Patient: Adam Bobb
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 06/01/2021 to present |
| Diagnostic Test Results | 06/01/2021 to present |

Current state statutes for Arkansas: Cost of each photocopy, excluding X rays, shall not exceed $0.50 per page for the first twenty-five (25) pages and $0.25 for each additional page. A labor charge not exceeding $15.00 may be added for each request for medical records under subdivision (a)(1) of this section, and the actual cost of any required postage may also be charged. In addition a reasonable retrieval fee for stored records of a hospital, a physician's office, or an ambulance provider may be added to the photocopy charges, only if the requested records are stored at a location other than the location of the hospital, physician's office, or ambulance provider.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number:

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Virginia Hoffman
Assisting on behalf of Annette Hicks
800-423-2765 *3013
Adminr, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Bobb (Last) Adam (First) K (Middle)

Date of Birth: Social Security Number:

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work, or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Adam Bobb **DATE** 3/8/21
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Adam Bobb

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient

**ADDRESS:**
(Street)

(City) (State) (Zip Code)

**PHONE NO:**

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 16, 2022

KERRY PENNINGTON MD
RELEASE OF INFORMATION
1012 E CHURCH STREET
WARREN, AR 71671

Re: Policy Number: 00001020137500000
Claim Number: 1220024325
Patient: Adam Bobb
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 06/01/2021 to present |
| Diagnostic Test Results | 06/01/2021 to present |

Current state statutes for Arkansas: Cost of each photocopy, excluding X rays, shall not exceed $0.50 per page for the first twenty-five (25) pages and $0.25 for each additional page. A labor charge not exceeding $15.00 may be added for each request for medical records under subdivision (a)(1) of this section, and the actual cost of any required postage may also be charged. In addition a reasonable retrieval fee for stored records of a hospital, a physician's office, or an ambulance provider may be added to the photocopy charges, only if the requested records are stored at a location other than the location of the hospital, physician's office, or ambulance provider.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**
Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Virginia Hoffman
Assisting on behalf of Annette Hicks
800-423-2765 *3013
Adminr, Clinical Support
The Lincoln National Life Insurance Company

Patient: BOBB, ADAM DOB:

Lincoln
Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Bobb (Last) Adam (First) K (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes)], x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work, or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Adam Bobb **DATE** 3 / 8 / 21

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Adam Bobb

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______ (City) (State) (Zip Code)

**PHONE NO:** ______

(Please see FRAUD NOTICES attached)

Patient: BOBB, ADAM DOB:

Date: Mon Mar 14 11:08:24 CDT 2022
From: Annette Hicks <Annette.Hicks@lfg.com>
To:
Message-ID: <33927592.33.1647274104393.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Annette Hicks**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *3013
Fax: 402-938-7841
Email: Annette.Hicks@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 14, 2022

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 000010201375000000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

We have completed our initial review of your claim for Long Term Disability and have determined additional information is needed prior to benefits being considered.

To determine disability, we must evaluate medical documentation to determine if your condition precludes you from performing the main duties of your/ occupation.

Medical documentation includes, but is not limited to, office and treatment records, testing results, therapy notes, consultation reports and operative reports. A note from your physician, without any supporting medical documentation as outlined above, may not be sufficient to consider your claim.

We will assist you by requesting copies of all medical records from Dr. Kerry Pennington or any other provider you may have seen. At this time, we will pay for the charges related to obtaining these records. It may help speed up the process if you contact your physician(s) and remind them of the urgency of this request. Please work with your physician(s) to ensure these records are received in our office no later than 04/14/2022.

Once all of the requested information has been received, we will continue our review of your claim.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Date: Mon Mar 14 11:08:27 CDT 2022
From: Annette Hicks <Annette.Hicks@lfg.com>
To: MVADEN@MARCUSVADEN.COM
Message-ID: <1325844429.38.1647274107954.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Annette Hicks**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *3013
Fax: 402-938-7841
Email: Annette.Hicks@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 14, 2022

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr. Bobb:

We have completed our initial review of your claim for Long Term Disability and have determined additional information is needed prior to benefits being considered.

To determine disability, we must evaluate medical documentation to determine if your condition precludes you from performing the main duties of your/ occupation.

Medical documentation includes, but is not limited to, office and treatment records, testing results, therapy notes, consultation reports and operative reports. A note from your physician, without any supporting medical documentation as outlined above, may not be sufficient to consider your claim.

We will assist you by requesting copies of all medical records from Dr. Kerry Pennington or any other provider you may have seen. At this time, we will pay for the charges related to obtaining these records. It may help speed up the process if you contact your physician(s) and remind them of the urgency of this request. Please work with your physician(s) to ensure these records are received in our office no later than 04/14/2022.

Once all of the requested information has been received, we will continue our review of your claim.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

CC: MARCUS VADEN LAW
ATTN: MARCUS VADEN
600 SOUTH GERMAN LANE
SUITE 102
CONWAY, AR 72034

Date: Mon Mar 14 11:03:25 CDT 2022
From: Annette Hicks <Annette.Hicks@lfg.com>
To: abogy@trinityretirement.com
Message-ID: <1022290506.73.1647273805565.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Annette Hicks**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *3013
Fax: 402-938-7841
Email: Annette.Hicks@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 14, 2022

TRINITY VILLAGE, INC.
ATTN April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

Re: Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear April Haynes:

We have completed our initial review of the claim for Long Term Disability filed by Mr. Bobb and have determined additional information is needed prior to benefits being considered.

At this time, we have requested additional information from Mr. Bobb's attending physician.

We request that this information be provided to our office no later than 04/14/2022. Once the requested information is received, the claim process will continue.

Please contact our office with any questions you may have at the number listed below or email us at disabilityclaims@lfg.com.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Tue Mar 08 20:17:19 CST 2022
From: Annette Hicks <Annette.Hicks@lfg.com>
To: abogy@trinityretirement.com
Message-ID: <1969093616.113.1646792239767.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Annette Hicks**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *3013
Fax: 402-938-7841
Email: Annette.Hicks@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 8, 2022

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr Bobb:

We have received your notice of claim for Long Term Disability benefits. We will review the information provided and contact you for any additional information to determine your eligibility for benefits. You can aid this process by promptly providing any additional information requested.

Every claim is unique and the time frame for resolution will vary. Every effort will be made to reach a determination on your claim as quickly as possible.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Tue Mar 08 20:17:24 CST 2022
From: Annette Hicks <Annette.Hicks@lfg.com>
To:
Message-ID: <1545060783.191.1646792244383.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1220024325 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Annette Hicks**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *3013
Fax: 402-938-7841
Email: Annette.Hicks@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 8, 2022

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137500000
Claim Number: 1220024325
Claimant: Adam Bobb

Dear Mr Bobb:

We have received your notice of claim for Long Term Disability benefits. We will review the information provided and contact you for any additional information to determine your eligibility for benefits. You can aid this process by promptly providing any additional information requested.

Every claim is unique and the time frame for resolution will vary. Every effort will be made to reach a determination on your claim as quickly as possible.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Annette Hicks
800-423-2765 *3013
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# F A X S H E E T

| | |
|---|---|
| Date: | Mar-08-2022 02:57:39 |
| To: | Lincoln Financial |
| Subject: | Patient Document |
| Fax Number: | 18778433950 |
| To Company: | |
| From Name: | Robbins, Eugenia |
| From Company: | 18-Warren-Mainline Heatlh Systems, Inc |
| From Facility: | 18-Warren-Mainline Heatlh Systems, Inc |
| Support Contact: | |
| Number of Page(s): | 13 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Patient: BOBB, ADAM DOB:

Lincoln Financial Group

# Long Term Disability Claim Form Statement Of Employer

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

*Please submit a written job description for the employee's position with this claim form
*Please submit a copy of this employee's enrollment statement with this claim form

**1. This claim is for:**

Full Name (First): Adam (M.I.): n (Last Name): Bobb

Social Security Number:

Coverage Start Date: __/__/__

**2. Employee's Coverage & Policy**

Organization Name:
Insurance Class:
Group ID:
Policy Number:
Billing Location:
Claim Location:

**3. Describe Employee's Role**

Job Title: Maintaince worker

Description of Duties: Climbing ladders, ditching + crawling, lots of physical labor + walking

Have you considered job accommodations? ☐ Yes ☒ No
Injury work related? ☐ Yes ☒ No

Date hired: 8/ /14
Hours worked in a standard day: 8
Date last worked: 6/17/21
Hours worked in a standard week: 40
Date back to work full-time: __/__/__
Hours worked on day last worked:
Earnings: $
Frequency (W/M/Y etc.):

**4. Other Income Being Received**

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Retirement Income | | __/__/__ | __/__/__ | __/__/__ |
| Workers' Comp | | __/__/__ | __/__/__ | __/__/__ |
| Salary Continuance | | __/__/__ | __/__/__ | __/__/__ |
| State Disability | | __/__/__ | __/__/__ | __/__/__ |
| Other Disability pay | | __/__/__ | __/__/__ | __/__/__ |

**5. Employer Contact**

Employer Contact/Name: Trinity Village Inc
Street Address: 4400 Trinity Dr
City: Pine Bluff State: Ar Zip Code:
Phone Number: 870-879-3413 Fax Number:
Email Address:

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: Date: __/__/__

Print Name:

(Please see FRAUD NOTICES attached)

Patient: BOBB, ADAM DOB:

Patient: BOBB, ADAM DOB:

Lincoln Financial Group®

# Long Term Disability Claim Form Statement Of Employee

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3680
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Your Information

Full Name (First): Adam | (M.I.): K | (Last Name): Bobb

Social Security Number: | Date of Birth:

Street Address:

Phone Number: | ☑ Male ☐ Female

City: | State: | Zip Code:

Email Address:

## 2. Your Employer

Employer Name: Trinity Village Inc

Group ID: | Job Title:

Policy Number: | Billing Location:

## 3. Reason for inability to work

Description of Sickness, Injury or Pregnancy: Several Health Issues "Colonal Jeas"

Date Last Worked: Dec / 17 / 2021

Injury work related? ☐ Yes ☑ No

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security | | __/__/__ | __/__/__ | __/__/__ |
| Workers' Comp | | __/__/__ | __/__/__ | __/__/__ |
| Salary Continuance | | __/__/__ | __/__/__ | __/__/__ |
| State Disability | | __/__/__ | __/__/__ | __/__/__ |
| Other Disability | | __/__/__ | __/__/__ | __/__/__ |
| Sick Pay | | __/__/__ | __/__/__ | __/__/__ |

If approved, should Lincoln National Life Insurance Co. withhold Federal Income Taxes from your benefits?

☑ Yes ☐ No If yes, indicate how much? ____________

*(Minimum: $20 per week Short-Term Disability) (Minimum: $88 per Month Long-Term Disability)*

## 5. Who is your treating health care provider?

This is your primary health care professional. Please have them complete the Attending Physician's Statement. If you have additional health care providers, please also complete the Treating Medical Professional form.

Physician's Full Name: Dr. Becky Pennington

Phone Number: 870-226-6754 | Fax Number: 870-226-7925

Street Address: 1212 E Church St

City: Warren | State: AR | Zip Code: 71671

## 6. Account for Direct Deposit ☑ Checking ☐ Saving

Bank Name: Fairfield Credit Union

Routing Number: [illegible]

Account Number: [illegible]

The above statements are true and complete to the best of my knowledge and belief. I have read and understand Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: [signature] | Date: 3/8/2[illegible]

Print Name: Adam Bobb

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Patient: BOBB, ADAM DOB:

## Illness or Injury Supplemental Questionnaire

**Instructions: Please answer the questions to the best of your ability and sign and date below.**

1. Is someone else responsible for your illness/injury? ☐ Yes ☑ No
2. Are you making a claim against anyone or any insurance company other than Lincoln Financial Group? ☐ Yes ☑ No

**If you answered yes to either question above, please answer the following questions:**

3. Please describe in detail the cause of your illness or injury: Pt flipped a tractor and problems began then
4. Please provide the location and address where the illness or injury occurred: 340 Howell Rd E, Rison, AR 71665
5. Please provide the Responsible Party's information.
   1. Name:
   2. Address:
   3. Telephone Number:
   4. Insurance Company's Name:
   5. Claim Number:
6. If you have hired an attorney to investigate or prosecute a claim related to your illness or injury, please provide your attorney's information:
   1. Name:
   2. Address:
   3. Telephone Number:
7. If you have any documents related to any investigation into how your illness or injury occurred, please attach them.

**I have answered the above questions to the best of my ability. I understand that fraudulently answering any of these questions could result in the suspension or termination of my benefits. I further understand that I have an obligation to supplement any of the above responses should any of the above information change in the future.**

Print Name: Adam Bobb

Signature: [signature] Date: 3 / 5 / 21

GLC11750CTD

Patient: BOBB, ADAM DOB:

Lincoln Financial Group

# Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | O | Standing | O | Crouching | O | Overhead | O |
| 6-10 lbs. | O | Walking | O | Crawling | O | Desk Level | N |
| 11-25 lbs. | N | Sitting | C | Grasping | C | Below Waist | N |
| 26-50 lbs. | N | Balancing | O | Climbing | N | | |
| 51-100 lbs. | N | Stooping | O | Pushing | N | | |
| 100 + lbs. | N | Kneeling | N | Pulling | O | | |
| | | Fingering | | Bending | O | | |

Light Duty
What job modifications would allow the patient to return to work?

## Activities of Daily Living

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___

Dressing 6/17/21

Transferring ___/___/___

Bathing 6/17/21

Toileting ___/___/___

Eating ___/___/___

Date patient experienced loss of Cognitive Functioning: ___/___/___

## 5. Treatment

Pt is seeing Dr. John Brown [illegible] + O'malley [illegible] @ UAMS

Describe current and recommended treatment plans including any completed or future surgeries. (include dates)

1-2 months
Describe ongoing treatment frequency

## 6. Prognosis

Fair

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

___/___/___ to ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change

## 7. Physician's Information

Kerry E. Pennington M.D.
Name

1012 E Church St
Street Address

Warren | AR | 71671
City | State | Zip Code

Phone Number | Fax Number

Signature | Date ___/___/___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Patient: BOBB, ADAM DOB:

Patient: BOBB, ADAM DOB:

Lincoln Financial Group

# Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Patient Information**

| | | | |
|---|---|---|---|
| Full Name (First): Adam | (M.I.): | (Last Name): Bobb | Social Security Number: |
| Height: 75 | Weight: 200.4 | Blood Pressure: 155/92 | Employer Name: |

**2. Diagnosis**

| | |
|---|---|
| Primary ICD diagnostic Code (Required): other Chronic Pain | Primary ICD diagnosis Description: G89.29 |
| Secondary ICD Diagnosis Code: Primary Osteoarthritis of Rt Hip | Secondary ICD Diagnosis Description: M16.11 |

Pregnancy: First Treated: / / Estimated Delivery: / / Date of Delivery: / / ☐ Vaginal ☐ C-Section

Symptoms: [illegible handwriting]

Objective Findings (include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings):

**3. Disability Circumstances** - Check if applicable

☐ Illness ☒ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| | | |
|---|---|---|
| Symptoms first Appeared: 6/17/21 | Reduced Ability to work: 6/17/21 | Advised to stop work: 6/17/21 |
| Initial Treatment: 6/17/21 | Most Recent Treatment: / / | Next Treatment: / / |

Dates hospital confined: / / to / /

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Patient: BOBB, ADAM DOB:

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Bobb (Last) Adam (First) K (Middle)

Date of Birth: [illegible] Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work, or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 3 / 8 / 2[illegible]

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Adam Bobb

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRESS:** ______
(Street)

______
(City) (State) (Zip Code)

**PHONE NO:** ______

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GL01175R.TD

Patient: BOBB, ADAM DOB:

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, October 16, 2025 10:38 AM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: Adam K Bobb Appeal |
| **Attachments:** | 10.16.25 Response to Letter of 9.25.25 to LFG.pdf |

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Thursday, October 16, 2025 9:37:16 AM (UTC-06:00) Central Time (US & Canada)
**To:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>; legal@marcusvaden.com <legal@marcusvaden.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>; Kane, Brianna <Brianna.Kane@lfg.com>
**Subject:** RE: Adam K Bobb Appeal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached response to your correspondence of 9.25.25. Be also advised that this has been faxed on this date as well.

*Donna K Jenkins*
Office Administrator
P.O. Box 203 600 S. German Ln Suite 102
Conway, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

---

**From:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Sent:** Tuesday, October 14, 2025 1:22 PM
**To:** legal@marcusvaden.com; djenkins@marcusvaden.com
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Adam K Bobb Appeal

Mr. Vaden,

The attached letter was sent to your office on 09/25/2025. We are currently waiting on your response, which is due by 10/16/2025. If no response is received, we will move forward with our review.

Regards,

**Lisa Kurtz, HIA**
Claim Resolution Specialist
Claim Resolution Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 x 66442
Office

she/her/hers

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kane, Brianna <Brianna.Kane@lfg.com>
**Sent:** Tuesday, October 14, 2025 9:58 AM
**To:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Cc:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** Fw: Adam K Bobb Appeal

1220024325

**Brianna Kane**

LTD Tech Spec II
GP CLM LTD, Life Waiver
1-800-423-2765 Ext 7160 Office
402-501-9507 Fax

**Lincoln Financial**

*120 years of building tomorrows*

LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Monday, October 13, 2025 11:22 AM
**To:** Kane, Brianna <Brianna.Kane@lfg.com>
**Cc:** legal@marcusvaden.com <legal@marcusvaden.com>
**Subject:** Re: Adam K Bobb Appeal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Brianna, please see attached letter from Marcus Vaden.

*Donna K Jenkins*
Office Administrator
P.O. Box 203 600 S. German Ln Suite 102
Conway, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, October 14, 2025 5:02 PM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: Adam K Bobb Appeal |
| **Attachments:** | A Bob RTR letter.pdf |

---

**From:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Sent:** Tuesday, October 14, 2025 4:01:13 PM (UTC-06:00) Central Time (US & Canada)
**To:** legal@marcusvaden.com <legal@marcusvaden.com>; djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>; Kane, Brianna <Brianna.Kane@lfg.com>
**Subject:** RE: Adam K Bobb Appeal

My apologies. The correct letter is attached.

Lisa

**Lisa Kurtz, HIA**
Claim Resolution Specialist
Claim Resolution Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 x 66442
Office

she/her/hers

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kurtz, Lisa
**Sent:** Tuesday, October 14, 2025 1:22 PM
**To:** 'legal@marcusvaden.com' <legal@marcusvaden.com>; 'djenkins@marcusvaden.com' <djenkins@marcusvaden.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Adam K Bobb Appeal

Mr. Vaden,

The attached letter was sent to your office on 09/25/2025. We are currently waiting on your response, which is due by 10/16/2025. If no response is received, we will move forward with our review.

Regards,

**Lisa Kurtz, HIA**
Claim Resolution Specialist
Claim Resolution Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 x 66442
Office

she/her/hers

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kane, Brianna <Brianna.Kane@lfg.com>
**Sent:** Tuesday, October 14, 2025 9:58 AM
**To:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Cc:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** Fw: Adam K Bobb Appeal

1220024325

**Brianna Kane**

LTD Tech Spec II
GP CLM LTD, Life Waiver
1-800-423-2765 Ext 7160 Office
402-501-9507 Fax

**Lincoln Financial**

*120 years of building tomorrows*

LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Monday, October 13, 2025 11:22 AM
**To:** Kane, Brianna <Brianna.Kane@lfg.com>
**Cc:** legal@marcusvaden.com <legal@marcusvaden.com>
**Subject:** Re: Adam K Bobb Appeal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Brianna, please see attached letter from Marcus Vaden.

*Donna K Jenkins*
Office Administrator
P.O. Box 203 600 S. German Ln Suite 102
Conway, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, October 14, 2025 2:22 PM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: Adam K Bobb Appeal |
| **Attachments:** | 10.13.25 Letter to LFG Re Response due.pdf |

---

**From:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Sent:** Tuesday, October 14, 2025 1:21:49 PM (UTC-06:00) Central Time (US & Canada)
**To:** legal@marcusvaden.com <legal@marcusvaden.com>; djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Adam K Bobb Appeal

Mr. Vaden,

The attached letter was sent to your office on 09/25/2025. We are currently waiting on your response, which is due by 10/16/2025. If no response is received, we will move forward with our review.

Regards,

**Lisa Kurtz, HIA**
Claim Resolution Specialist
Claim Resolution Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 x 66442
Office

she/her/hers

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kane, Brianna <Brianna.Kane@lfg.com>
**Sent:** Tuesday, October 14, 2025 9:58 AM
**To:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Cc:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** Fw: Adam K Bobb Appeal

1220024325

**Brianna Kane**

LTD Tech Spec II
GP CLM LTD, Life Waiver
1-800-423-2765 Ext 7160 Office
402-501-9507 Fax

**Lincoln Financial**

*120 years of building tomorrows*

LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Monday, October 13, 2025 11:22 AM
**To:** Kane, Brianna <Brianna.Kane@lfg.com>
**Cc:** legal@marcusvaden.com <legal@marcusvaden.com>
**Subject:** Re: Adam K Bobb Appeal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Brianna, please see attached letter from Marcus Vaden.

*Donna K Jenkins*
Office Administrator
P.O. Box 203 600 S. German Ln Suite 102
Conway, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Tuesday, October 14, 2025 10:58 AM
**To:** awd-emailrip116
**Subject:** FW: Adam K Bobb Appeal
**Attachments:** 10.13.25 Letter to LFG Re Response due.pdf

---

**From:** Kane, Brianna <Brianna.Kane@lfg.com>
**Sent:** Tuesday, October 14, 2025 10:57:37 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Cc:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** Fw: Adam K Bobb Appeal

1220024325

**Brianna Kane**
LTD Tech Spec II
GP CLM LTD, Life Waiver
1-800-423-2765 Ext 7160 Office
402-501-9507 Fax

**Lincoln Financial**
*120 years of building tomorrows*
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Monday, October 13, 2025 11:22 AM
**To:** Kane, Brianna <Brianna.Kane@lfg.com>
**Cc:** legal@marcusvaden.com <legal@marcusvaden.com>
**Subject:** Re: Adam K Bobb Appeal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Brianna, please see attached letter from Marcus Vaden.

*Donna K Jenkins*
Office Administrator
P.O. Box 203 600 S. German Ln Suite 102
Conway, AR 72033
Phone: (501) 329-8723

Fax (501)-205-1278

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Tuesday, September 23, 2025 4:59 PM
**To:** awd-emailrip116
**Subject:** FW: Please upload TSA (secure)
**Attachments:** TSA Appeal Memo 1220024325 rebuttal.pdf

---

**From:** South, Sarah <Sarah.South@lfg.com>
**Sent:** Tuesday, September 23, 2025 4:58:23 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Cc:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Subject:** Please upload TSA (secure)

Please upload TSA to Claim 1220024325.

**Sarah South**
Vocational Consultant

**Lincoln Financial**
*120 years of building tomorrows*
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**ClaimsHOAdmin**

**From:** LFGAppeals
**Sent:** Wednesday, September 17, 2025 1:14 PM
**To:** awd-emailrip116
**Subject:** FW: Claim number: 1220024325, Bobb
**Attachments:** Peer Review Report.PDF

---

From: filesupport <filesupport@lfg.com>
Sent: Wednesday, September 17, 2025 12:13:34 PM (UTC-06:00) Central Time (US & Canada)
To: LFGAppeals
Cc: Kurtz, Lisa
Subject: FW: Claim number: 1220024325, Bobb

Business Area: GPRISKCLMS
Source Type: MEDRECSG
Source Identifier: MEDR – PEER REPORT

-----Original Message-----
From: emperion-no-reply@emperion.com <emperion-no-reply@emperion.com>
Sent: Wednesday, September 17, 2025 9:36 AM
To: filesupport <filesupport@lfg.com>
Subject: Claim number: 1220054596 / 1220024325, Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

Attached is the Peer Review for the above referenced claim, Invoice to follow. If we can further assist you with this file, please don`t hesitate to give us a call.

Thank you for the referral,

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, December 26, 2024 12:59 PM |
| **To:** | entrprserip |
| **Subject:** | FW: (Secure) A Bobb Determination Letter |
| **Attachments:** | Bobb, Adam.pdf |

---

**From:** Kane, Brianna <Brianna.Kane@lfg.com>
**Sent:** Thursday, December 26, 2024 12:58:44 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Marcus Vaden <MVADEN@MARCUSVADEN.COM>
**Subject:** (Secure) A Bobb Determination Letter

Hello Marcus,

Please see attached letter outlining the current determination for Mr. Adam Bobb, claim #1220024325, his final benefit payment is being issued to your office today.

Please let me know if you have any questions.

**Brianna Kane**
LTD Tech Spec II
GP CLM LTD, Life Waiver, Clinical

**Lincoln Financial**
LincolnFinancial.com

1-800-423-2765 Ext 7160 Office
402-501-9507 Fax

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, December 18, 2024 6:14 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Upload request for TSA 1220024325 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; ABobb TSA Addendum.pdf |

**From:** Belew, Jennifer
**Sent:** Wednesday, December 18, 2024 6:13:28 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Kane, Brianna
**Subject:** Upload request for TSA 1220024325

Please upload this TSA report for the claim: 1220024325

**Jennifer Belew, MS, CRC**
Vocational Rehabilitation Consultant
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

402-970-6809 Office

she/her/hers
**LincolnFinancial.com**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, December 16, 2024 3:42 PM |
| **To:** | entrprserip |
| **Subject:** | FW: A BOBB 1220024325 |
| **Attachments:** | A BOBB 1220024325 CARDIO FINAL REPORT.pdf |

---

**From:** Guerena, Steffanie <Steffanie.Guerena@lfg.com>
**Sent:** Monday, December 16, 2024 3:41:46 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Cc:** Kane, Brianna <Brianna.Kane@lfg.com>
**Subject:** A BOBB 1220024325

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - CARDIO FINAL REPORT

Steff Guerena
Lead Coordinator Adminstrative Services
GP CLM Shared Services
Steffanie.guerena@lfg.com

**Lincoln Financial**
LincolnFinancial.com

402-361-8034 office
877-843-3950
fax

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, November 25, 2024 11:15 AM |
| **To:** | entrprserip |
| **Subject:** | FW: A BOBB 1220024325 PMR FINAL REPORT.pdf |
| **Attachments:** | A BOBB 1220024325 PMR FINAL REPORT.pdf |

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Monday, November 25, 2024 10:23:09 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Cc:** Kane, Brianna <Brianna.Kane@lfg.com>
**Subject:** A BOBB 1220024325 PMR FINAL REPORT.pdf

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, November 6, 2024 4:52 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Claim #1220024325, Adam Bobb |
| **Attachments:** | 11.6.24 Letter to Lincoln with Records.pdf; AR Spine and Pain 1.11.24 to 9.12.24.pdf; SARC 5.6.24 to 10.1.24.pdf; Mainline 5.6.24 to 9.27.24.pdf |

---

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Wednesday, November 6, 2024 4:47:55 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** Claim #1220024325, Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please find attached a copy of the documents sent via fax today:

1. Correspondence from attorney Marcus Vaden to claims specialist Brianna Kane.
2. Medical Records from Arkansas Spine and Pain dated 1/11/24 to 9/12/24
3. Medical Records from Southern Arkansas Cardiology dated 5/6/24 to 10/1/24
4. Medical Records from Mainline Health dated 5/6/24 to 9/27/24

Thank you.

Maria Stephen | Disability Appeals Specialist / Paralegal
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, October 14, 2024 2:59 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Claim #1220024325, Adam Bobb |
| **Attachments:** | 10.14.24 Response to Lakesha.pdf; 10.14.24 Response to Brianna.pdf |

---

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, October 14, 2024 2:57:44 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims <disabilityclaims@lfg.com>
**Subject:** Claim #1220024325, Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please find attached copies of the letters faxed to (877) 843-3950 today.

- SSDI status update in response to the 10/9/2024 email from Lakesha Spears
- Medical records updated in response to the 10/8/2024 email from Brianna Kane

If you have any questions, please let us know.

Maria Stephen | Disability Appeals Specialist / Paralegal
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Monday, August 26, 2024 8:43 AM
**To:** entrprserip
**Subject:** FW: Fwd: Lincoln Financial Group Information for Claim 1220024325 (SECURE)

**From:** Kane, Brianna
**Sent:** Monday, August 26, 2024 8:43:05 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Fwd: Lincoln Financial Group Information for Claim 1220024325 (SECURE)

1220024325

**Brianna Kane**
LTD Technical Specialist II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

1-800-423-2765 *7160
Office

402-501-9507 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Friday, August 23, 2024 11:53 AM
**To:** Kane, Brianna <Brianna.Kane@lfg.com>
**Cc:** Marcus Vaden <mvaden@marcusvaden.com>
**Subject:** RE: Fwd: Lincoln Financial Group Information for Claim 1220024325 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Breanna,

Adam did have the appointment at Southern Arkansas Cardiology on 7/1/2024 with another appointment on 10/1/2024. He also had several additional appointments at Arkansas Spine and Pain. We do not have these records at this time.

Maria Stephen | Disability Appeals Specialist / Paralegal
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

-----Original Message-----
From: "Marcus Vaden" <mvaden@marcusvaden.com>
Sent: Thursday, August 22, 2024 5:02pm

To: "Maria Stephen" <mariastephen@marcusvaden.com>
Subject: Fwd: Lincoln Financial Group Information for Claim 1220024325 (SECURE)

Sent from my iPhone

Begin forwarded message:

**From:** Brianna Kane <Brianna.Kane@lfg.com>
**Date:** August 22, 2024 at 2:25:26 PM CDT
**To:** mvaden@marcusvaden.com
**Subject: Lincoln Financial Group Information for Claim 1220024325 (SECURE)**

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1220024325

Please review the attached letter and/or document(s) regarding the Claim #1220024325 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Brianna Kane**
**Specialist, LTD Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 X 7160
Fax: (402) 501-9507
Email: Brianna.Kane@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail

and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Monday, June 3, 2024 11:41 AM
**To:** entrprserip
**Subject:** FW: (Secure) A Bobb

---

**From:** Kane, Brianna
**Sent:** Monday, June 3, 2024 11:41:13 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** djenkins@marcusvaden.com
**Subject:** RE: (Secure) A Bobb

Hello Donna,

I just wanted to follow-up on this one. I now show that the funds were reversed back to us from that back payment, and we will be issuing that today. We are sending that via check to your office at PO BOX 203 Conway AR 72033. I do see that Mr. Bobb has called our office a few times while I was out of the office last week and is requesting that we issue this benefit to his direct deposit information that was provided to our customer service team. Can you please notify Mr. Bobb that this payment and future payments will be going to your office and that all correspondence/requests should be directed to your office as you are representing him?

Thank you!

**Brianna Kane**
LTD Technical Specialist II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

1-800-423-2765 *7160
Office

402-501-9507 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Friday, May 24, 2024 10:56 AM
**To:** Kane, Brianna <Brianna.Kane@lfg.com>
**Subject:** FW: (Secure) A Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hey Briana! Marcus asked me to respond to you our information on this case.
The check should come to our bank trust account.
Our account information is
Centennial Bank Account Marcus Vaden PA Trust Bank routing number is our account number is 0500390195

Please let me know if you need anything further. I have attached the letter of representation as well.

*Donna K Jenkins*
Office Administrator
P.O. Box 203 600 S. German Ln Suite 102
Conway, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

---

**From:** Marcus Vaden <mvaden@marcusvaden.com>
**Sent:** Thursday, May 23, 2024 8:26 PM
**To:** Donna Jenkins <djenkins@marcusvaden.com>
**Subject:** Fwd: (Secure) A Bobb

Let's talk about this tomorrow
Sent from my iPhone

Begin forwarded message:

> **From:** "Kane, Brianna" <Brianna.Kane@lfg.com>
> **Date:** May 23, 2024 at 1:17:52 PM CDT
> **To:** Marcus Vaden <mvaden@marcusvaden.com>
> **Subject: (Secure) A Bobb**
>
> This message was sent securely using Zix®
>
> Hello,
>
> I am the Claims Examiner for the Long Term Disability claim for Adam Bobb, date of birth It has recently been brought to our attention that the banking information that was previously held on file is no longer valid. The bank has indicated to us that the account is now closed. Can you please provide me with an updated routing and account number so we may issue the next benefit?
>
> Thank you!
>
> **Brianna Kane**
> LTD Technical Specialist II
> Group Protection
>
> **Lincoln Financial Group**
> LincolnFinancial.com
>
> 1-800-423-2765
> *7160 Office
>
> 402-501-9507 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, June 3, 2024 9:24 AM |
| **To:** | entrprserip |
| **Subject:** | FW: (Secure) A Bobb |
| **Attachments:** | merged-tamperproofed - 2024-05-24T105311.814.pdf |

---

**From:** Kane, Brianna
**Sent:** Monday, June 3, 2024 9:22:50 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: (Secure) A Bobb

1220024325

**Brianna Kane**
LTD Tech Spec II

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Friday, May 24, 2024 10:56 AM
**To:** Kane, Brianna <Brianna.Kane@lfg.com>
**Subject:** FW: (Secure) A Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hey Briana! Marcus asked me to respond to you our information on this case.
The check should come to our bank trust account.
Our account information is
Centennial Bank Account Marcus Vaden PA Trust Bank routing number is our account number is 0500390195

Please let me know if you need anything further. I have attached the letter of representation as well.

*Donna K Jenkins*
Office Administrator
P.O. Box 203 600 S. German Ln Suite 102
Conway, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

---

**From:** Marcus Vaden <mvaden@marcusvaden.com>
**Sent:** Thursday, May 23, 2024 8:26 PM
**To:** Donna Jenkins <djenkins@marcusvaden.com>
**Subject:** Fwd: (Secure) A Bobb

Let’s talk about this tomorrow
Sent from my iPhone

Begin forwarded message:

**From:** "Kane, Brianna" <Brianna.Kane@lfg.com>
**Date:** May 23, 2024 at 1:17:52 PM CDT
**To:** Marcus Vaden <mvaden@marcusvaden.com>
**Subject: (Secure) A Bobb**

This message was sent securely using Zix®

Hello,

I am the Claims Examiner for the Long Term Disability claim for Adam Bobb, date of birth It has recently been brought to our attention that the banking information that was previously held on file is no longer valid. The bank has indicated to us that the account is now closed. Can you please provide me with an updated routing and account number so we may issue the next benefit?

Thank you!

**Brianna Kane**
LTD Technical Specialist II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

1-800-423-2765
*7160 Office

402-501-9507 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly

prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Friday, April 5, 2024 10:13 AM |
| **To:** | entrprserip |
| **Subject:** | FW: A BOBB 1220024325 ADDENDUM REPORT.pdf |
| **Attachments:** | A BOBB 1220024325 ADDENDUM REPORT.pdf |

---

**From:** Young, Amy D. (Medical Review) <Amy.Young2@lfg.com>
**Sent:** Friday, April 5, 2024 9:12:29 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** A BOBB 1220024325 ADDENDUM REPORT.pdf

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR – ADDENDUM REPORT

**Amy Young, CSSYB**
Manager, File Support
Clinical Support Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-7041 Mobile