**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Friday, March 22, 2024 2:25 PM
**To:** entrprserip
**Subject:** FW: upload request #1220024325
**Attachments:** 1220024325 TSA 3 20 24.pdf

---

**From:** Nash, Angelle
**Sent:** Friday, March 22, 2024 2:23:50 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Cronican, Amber
**Subject:** upload request #1220024325

Please upload the attached TSA report for #1220024325.
Thanks,

**Angelle Nash, MHS, CRC, LRC**
Vocational Rehabilitation Counselor
Group Protection
**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

531-375-4144 Phone
888- 358-3309 Fax

**LincolnFinancial.com**

**Follow us on:**



EXHIBIT
C, part 4

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, March 11, 2024 5:17 PM |
| **To:** | entrprserip |
| **Subject:** | FW: A BOBB 1220024325 PANEL REPORT.pdf |
| **Attachments:** | A BOBB 1220024325 PANEL REPORT.pdf |

---

**From:** Young, Amy D. (Medical Review) <Amy.Young2@lfg.com>
**Sent:** Monday, March 11, 2024 4:16:31 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** A BOBB 1220024325 PANEL REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Amy Young, CSSYB**
Manager, File Support
Clinical Support Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-7041 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, January 11, 2024 1:20 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Fwd: Adam Bobb 1220024325 (secure) |
| **Attachments:** | 1.9.2024 Extension Request.pdf |

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Thursday, January 11, 2024 12:19:30 PM (UTC-06:00) Central Time (US & Canada)
**To:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Fwd: Adam Bobb 1220024325 (secure)

Your 30 day extension has been granted. Your new deadline to respond is 02/09/2024.

We look forward to hearing from you.

**Amber Cronican**
Claim Resolution Specialist
Claims Resolutions Services
1-800-423-2765 ext 7304 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Tuesday, January 09, 2024 5:53 PM
**To:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** Re: Fwd: Adam Bobb 1220024325 (secure)

Please find attached new written request for extension of time. Thanks.

---
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

On 2024-01-09 12:22 pm, Cronican, Amber wrote:

This message was sent securely using Zix®

After revieing the file it appears a letter dated 11/09/2023 was sent to your office advising we approved a 30 day extension and that the deadline to appeal was 12/08/2023.

An appeal was generated 11/10/2023 due to your letter dated 11/08/2023 and assigned to me 12/01/2023. Your office had submitted numerous items prior to me reviewing the claim file. Appearing as though we had everything to start our appeal.

I sent your office an acknowledgment on 12/04/2023 advising we received your appeal and we were currently reviewing/processing the appeal.

I then sent you a letter 12/11/2023 with our initial medical review and report allowing you 21 days to review and respond.

At no point was a 120 day extension granted. If you require an extension of time to respond to the letter and medical report sent to you on 12/11/2023 you will need to provide a new written request. Please be advised we will not approve an extension greater than 30 days.

I look forward to hearing from you.

**Amber Cronican**
Claim Resolution Specialist
Claims Resolutions Services
1-800-423-2765 ext 7304 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Tuesday, January 09, 2024 11:11 AM
**To:** Cronican, Amber <Amber.Cronican@lfg.com>
**Cc:** Marcus Vaden <mvaden@marcusvaden.com>
**Subject:** Re: Fwd: Adam Bobb 1220024325 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Amber,

I am the case manager on Mr. Bobb's denied LTD claim. We specifically/formally requested an extension of time to provide these requested records in our letter dated 11/1/2023, which I have attached with fax confirmation for your convenience:

"According to my calculations, time to appeal would expire around November 8, 2023. It may take some time for you to respond to our records request and my client and I will need some time to review the records in your possession and supplement if necessary. **Therefore, I am requesting an additional 120 days within which to review his claim file and supplement additional information**."

Unfortunately, we did not receive a response until after the 11/8/2023 deadline and therefore had to submit our appeal without the benefit of reviewing his claim file. Regardless, the 120 day extension formally requested on 11/1/2023 would allow us until 2/29/2024 to obtain and submit all the existing medical records that are missing from his claim file.

If there is anything else you require from us, please let me know and I will send it to you as soon as possible.

---

Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

On 2024-01-08 3:41 pm, Marcus Vaden wrote:

Sent from my iPhone

Begin forwarded message:

**From:** "Cronican, Amber" <Amber.Cronican@lfg.com>
**Date:** January 8, 2024 at 2:14:07 PM CST
**To:** mvaden@marcusvaden.com
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject: Adam Bobb 1220024325 (secure)**

This message was sent securely using Zix®

Hello Mr Vaden, we received your letter dated 01/02/2024 expressing your disagreements with our reviews. You also indicated you were requesting additional medical documents from Mr Bobb's providers however you did not specifically/formally request an extension of time to provide these requested records. If you plan to submit these records you noted in your letter please send a written request for an extension of time to obtain those records and submit them to LFG. As you are aware the deadline to review and respond was 01/02/2024. Please provide your written request for an extension of time to me directly within 2 business days so that we can get the claim updated accordingly.

Please also be advised under ERISA, Lincoln is not required to account for any fees paid to an attorney that were incurred during the administrative appeals process. Accordingly, Mr. Bobb is solely and fully responsible for any attorney's fees paid to his attorney for handling his administrative appeal.

Please also be advised that benefits to the claimant will not be paid unless they are found to meet the provisions of the policy. Currently the claim is under appeal review and benefits have not been found to be supported and therefore nothing will be paid to Mr Bobb at this time. "If"at the appeals level we find him supported then the claim would go back to the claims department for review and release of benefits.

I look forward to hearing from you within the next 2 business days.

**Amber Cronican**
Claim Resolution Specialist
Claims Resolutions Services

**Lincoln Financial Group**
LincolnFinancial.com

1-800-423-2765 ext 7304
Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

This message was secured by **Zix**&#174.

## ClaimsHOAdmin

**From:** LFGAppeals
**Sent:** Tuesday, January 9, 2024 1:22 PM
**To:** entrprserip
**Subject:** FW: Fwd: Adam Bobb 1220024325 (secure)

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Tuesday, January 9, 2024 12:22:13 PM (UTC-06:00) Central Time (US & Canada)
**To:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** RE: Fwd: Adam Bobb 1220024325 (secure)

After revieing the file it appears a letter dated 11/09/2023 was sent to your office advising we approved a 30 day extension and that the deadline to appeal was 12/08/2023.

An appeal was generated 11/10/2023 due to your letter dated 11/08/2023 and assigned to me 12/01/2023. Your office had submitted numerous items prior to me reviewing the claim file. Appearing as though we had everything to start our appeal.

I sent your office an acknowledgment on 12/04/2023 advising we received your appeal and we were currently reviewing/processing the appeal.

I then sent you a letter 12/11/2023 with our initial medical review and report allowing you 21 days to review and respond.

At no point was a 120 day extension granted. If you require an extension of time to respond to the letter and medical report sent to you on 12/11/2023 you will need to provide a new written request. Please be advised we will not approve an extension greater than 30 days.

I look forward to hearing from you.

**Amber Cronican**
Claim Resolution Specialist
Claims Resolutions Services
1-800-423-2765 ext 7304 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Tuesday, January 09, 2024 11:11 AM
**To:** Cronican, Amber <Amber.Cronican@lfg.com>
**Cc:** Marcus Vaden <mvaden@marcusvaden.com>
**Subject:** Re: Fwd: Adam Bobb 1220024325 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Amber,

I am the case manager on Mr. Bobb's denied LTD claim. We specifically/formally requested an extension of time to provide these requested records in our letter dated 11/1/2023, which I have attached with fax confirmation for your convenience:

"According to my calculations, time to appeal would expire around November 8, 2023. It may take some time for you to respond to our records request and my client and I will need some time to review the records in your possession and supplement if necessary. **Therefore, I am requesting an additional 120 days within which to review his claim file and supplement additional information**."

Unfortunately, we did not receive a response until after the 11/8/2023 deadline and therefore had to submit our appeal without the benefit of reviewing his claim file. Regardless, the 120 day extension formally requested on 11/1/2023 would allow us until 2/29/2024 to obtain and submit all the existing medical records that are missing from his claim file.

If there is anything else you require from us, please let me know and I will send it to you as soon as possible.

---

Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

On 2024-01-08 3:41 pm, Marcus Vaden wrote:

> Sent from my iPhone
>
> Begin forwarded message:
>
> **From:** "Cronican, Amber" <Amber.Cronican@lfg.com>
> **Date:** January 8, 2024 at 2:14:07 PM CST
> **To:** mvaden@marcusvaden.com
> **Cc:** LFGAppeals <LFGAppeals@lfg.com>
> **Subject: Adam Bobb 1220024325 (secure)**
>
> This message was sent securely using Zix®
>
> Hello Mr Vaden, we received your letter dated 01/02/2024 expressing your disagreements with our reviews. You also indicated you were requesting additional medical documents from Mr Bobb's providers however you did not specifically/formally request an extension of time to provide these requested records. If you plan to submit these records you noted in your letter

please send a written request for an extension of time to obtain those records and submit them to LFG. As you are aware the deadline to review and respond was 01/02/2024. Please provide your written request for an extension of time to me directly within 2 business days so that we can get the claim updated accordingly.

Please also be advised under ERISA, Lincoln is not required to account for any fees paid to an attorney that were incurred during the administrative appeals process. Accordingly, Mr. Bobb is solely and fully responsible for any attorney's fees paid to his attorney for handling his administrative appeal.

Please also be advised that benefits to the claimant will not be paid unless they are found to meet the provisions of the policy. Currently the claim is under appeal review and benefits have not been found to be supported and therefore nothing will be paid to Mr Bobb at this time. "If"at the appeals level we find him supported then the claim would go back to the claims department for review and release of benefits.

I look forward to hearing from you within the next 2 business days.

**Amber Cronican**
Claim Resolution Specialist
Claims Resolutions Services

**Lincoln Financial Group**
LincolnFinancial.com

1-800-423-2765 ext 7304
Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix®.

## ClaimsHOAdmin

**From:** LFGAppeals
**Sent:** Monday, January 8, 2024 3:14 PM
**To:** entrprserip
**Subject:** FW: Adam Bobb 1220024325 (secure)

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Monday, January 8, 2024 2:13:40 PM (UTC-06:00) Central Time (US & Canada)
**To:** MVADEN@MARCUSVADEN.COM <MVADEN@MARCUSVADEN.COM>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Adam Bobb 1220024325 (secure)

Hello Mr Vaden, we received your letter dated 01/02/2024 expressing your disagreements with our reviews. You also indicated you were requesting additional medical documents from Mr Bobb's providers however you did not specifically/formally request an extension of time to provide these requested records. If you plan to submit these records you noted in your letter please send a written request for an extension of time to obtain those records and submit them to LFG. As you are aware the deadline to review and respond was 01/02/2024. Please provide your written request for an extension of time to me directly within 2 business days so that we can get the claim updated accordingly.

Please also be advised under ERISA, Lincoln is not required to account for any fees paid to an attorney that were incurred during the administrative appeals process. Accordingly, Mr. Bobb is solely and fully responsible for any attorney's fees paid to his attorney for handling his administrative appeal.

Please also be advised that benefits to the claimant will not be paid unless they are found to meet the provisions of the policy. Currently the claim is under appeal review and benefits have not been found to be supported and therefore nothing will be paid to Mr Bobb at this time. "If"at the appeals level we find him supported then the claim would go back to the claims department for review and release of benefits.

I look forward to hearing from you within the next 2 business days.

**Amber Cronican**
Claim Resolution Specialist
Claims Resolutions Services

**Lincoln Financial Group**
LincolnFinancial.com

1-800-423-2765 ext 7304
Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

**From:** LFGAppeals
**Sent:** Monday, November 6, 2023 12:02 PM
**To:** entrprserip
**Subject:** FW: Adam Bobb
**Attachments:** Letter to Briananna asking for extenstion to file appeal.pdf

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Monday, November 6, 2023 11:01:52 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached letter from Marcus Vaden

*Donna K Jenkins*
Office Administrator
P.O. Box 203 600 S. German Ln Suite 102
Conway, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Saturday, April 29, 2023 10:03 PM
**To:** entrprserip
**Subject:** FW: Upload request for TSA 1220024325
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; ABobb TSA.pdf

---

**From:** Belew, Jennifer
**Sent:** Saturday, April 29, 2023 10:03:06 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Kane, Brianna
**Subject:** Upload request for TSA 1220024325

Please upload this TSA report for the claim: 1220024325

**Jennifer Belew, MS, CRC**
Vocational Rehabilitation Consultant
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

402-970-6809 Office

she/her/hers

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, April 24, 2023 2:46 PM |
| **To:** | entrprserip |
| **Subject:** | FW: (Secure) Adam Bobb |

---

**From:** Kane, Brianna
**Sent:** Monday, April 24, 2023 2:45:58 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** MVADEN@MARCUSVADEN.COM
**Subject:** (Secure) Adam Bobb

Hello,

I am handling the Long Term Disability claim for Adam Bobb, claim #1220024325. We have received a few phone calls from Nancy Bobb noting that we have incorrect banking information for their account and that their account is going to be closed if we don't correct this. I have been sending the benefit payments to the same account we have had on file since the start of the claim, but have not been able to speak to Ms. Bobb to confirm the banking information has not changed. Can you please work with Mr. and Ms. Bobb to make sure that their account information has not changed, if it has, can you please send me the updated routing and account number?

Please note the benefit payment for 3/15/2023 to 4/15/2023 was sent to their bank over the weekend as we had previously suspended the benefits for missing information which was recently received. They should see the funds within the next 2-3 business days.

Thank you!

**Brianna Kane**
LTD Technical Specialist II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

1-800-423-2765 *7160
Office

402-501-9507 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, April 17, 2023 2:45 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Training form for Adam K Bobb |
| **Attachments:** | LFG LTD Training form.pdf |

---

**From:** Spears, Lakesha
**Sent:** Monday, April 17, 2023 2:44:02 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Training form for Adam K Bobb

---

**From:** djenkins@marcusvaden.com <djenkins@marcusvaden.com>
**Sent:** Monday, April 17, 2023 1:02 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Training form for Adam K Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached Training Form filled out by Adam K Bobb
Group Number 000010201375000000
Claim Number 1220024325

Donna K Jenkins
Office Administrator
P.O. Box 203
600 S. German Ln
Suite 102
Conway, AR 72033
Phone: (501) 329-8723
Fax (501)-205-1278

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, April 6, 2023 8:43 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Claim# 1220024325 Adam Bobb |
| **Attachments:** | Bobb Initial Decision.pdf |

---

**From:** Spears, Lakesha
**Sent:** Thursday, April 6, 2023 8:42:20 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Claim# 1220024325 Adam Bobb

---

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Tuesday, April 4, 2023 11:17 AM
**To:** entrprserip
**Subject:** FW: Claim# 1220024325 Adam Bobb

---

**From:** Spears, Lakesha
**Sent:** Tuesday, April 4, 2023 11:16:38 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Claim# 1220024325 Adam Bobb

---

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Tuesday, April 4, 2023 11:15 AM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Re: Claim# 1220024325 Adam Bobb

You're welcome! I handle our Social Security cases so you're welcome to contact me directly if you need anymore updates.

---
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

On 2023-04-04 6:15 am, Spears, Lakesha wrote:

> Hello Maria,
>
> Thank you for the update.
>
> Best,
>
> Lakesha

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--

Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Tuesday, April 4, 2023 7:15 AM
**To:** entrprserip
**Subject:** FW: Claim# 1220024325 Adam Bobb
**Attachments:** Bobb Initial Decision.pdf

---

**From:** Spears, Lakesha
**Sent:** Tuesday, April 4, 2023 7:14:22 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Claim# 1220024325 Adam Bobb

---

**From:** mariastephen@marcusvaden.com <mariastephen@marcusvaden.com>
**Sent:** Monday, April 3, 2023 4:56 PM
**To:** Spears, Lakesha <Lakesha.Spears@lfg.com>
**Subject:** Claim# 1220024325 Adam Bobb

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lakesha,

Marcus forwarded me your previous email regarding case status on Adam Bobb.

He received an initial SSDI denial (see attached) dated 2/2/2023 which we have appealed to the next level with a Request for Reconsideration. We expect it to be several months before we receive the next decision.

--
Maria Stephen | *Disability Appeals Specialist / Paralegal*
Marcus Vaden Law | Phone: (501)329-8723 | Fax: (501)205-1278

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, January 17, 2023 1:47 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Adam Bobb 1220024325 |
| **Attachments:** | Adam Bobb 1220024325.pdf |

**From:** Allard, Bethany
**Sent:** Tuesday, January 17, 2023 1:45:03 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Kane, Brianna
**Subject:** Adam Bobb 1220024325

Please upload the attached records into AWD.

Thank you,

Bethany

**Bethany Allard**
Clinical Support Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
480-806-6137 Direct

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, January 12, 2023 11:23 AM |
| **To:** | entrprserip |
| **Subject:** | FW: A BOBB 1220054596 |
| **Attachments:** | A BOBB 1220054596 AP RESPONSE.pdf |

---

**From:** Guerena, Steffanie
**Sent:** Thursday, January 12, 2023 11:23:14 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Bryson, Sharee
**Subject:** A BOBB 1220054596

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR – AP RESPONSE

**Steffanie Guerena**
Lead Coordinator,
Administrative Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-8034 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Friday, December 9, 2022 4:53 PM
**To:** entrprserip
**Subject:** FW: A BOBB 1220054596  FINAL REPORT.pdf
**Attachments:** A BOBB 1220054596  FINAL REPORT.pdf

---

**From:** Young, Amy D. (Medical Review)
**Sent:** Friday, December 9, 2022 4:53:00 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Wagoner, Patricia R; Bryson, Sharee
**Subject:** A BOBB 1220054596 FINAL REPORT.pdf

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Amy Young, CSSYB**
Supervisor, File Support
Clinical Support Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-7041 Mobile

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, September 9, 2022 2:07 PM |
| **To:** | entrprserip |
| **Subject:** | FW: 1220024325 |
| **Attachments:** | invoice.pdf |

---

**From:** Fiore, Jo-ann
**Sent:** Friday, September 9, 2022 2:06:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** 1220024325

**Jo-Ann Fiore, ALHC**
LTD Technical Specialist I
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Office: 800-423-2765
x8064

Fax: 877-843-3950

LincolnFinancial.com

**Follow us on:**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, June 29, 2022 9:25 AM |
| **To:** | entrprserip |
| **Subject:** | FW: 1220024325 |
| **Attachments:** | 2022.06.24 Letter to Swan @ Lincoln re Social Security.pdf |

---

**From:** Swan, Denise
**Sent:** Wednesday, June 29, 2022 9:24:49 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** 1220024325

Completed

---

**From:** Dorshea Dodge <shead@marcusvaden.com>
**Sent:** Friday, June 24, 2022 9:52 AM
**To:** Swan, Denise <Denise.Swan@lfg.com>
**Cc:** Marcus Vaden <mvaden@marcusvaden.com>
**Subject:** My Client: Adam Bobb - Lincoln Financial Group Information for Claim 1220024325

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Swan:

Attached is a letter from Mr. Vaden in response to your letter of June 23, 2022.

**Dorshea Dodge**

**Marcus Vaden**
**Attorney at Law**
**600 South German Lane, Suite 102**
**Conway, AR 72034**
**P: (501) 329-8723**
**F: (501) 205-1278**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Atlanta Disability Claims |
| **Sent:** | Tuesday, April 12, 2022 4:26 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Adam Bobb - Claim No. 1220024325 |
| **Attachments:** | 2022.04.12 Letter to Hicks.pdf |

---

**From:** Hicks, Annette
**Sent:** Tuesday, April 12, 2022 2:25:46 PM (UTC-06:00) Central America
**To:** Atlanta Disability Claims
**Subject:** FW: Adam Bobb - Claim No. 1220024325

---

**From:** Dorshea Dodge <shead@marcusvaden.com>
**Sent:** Tuesday, April 12, 2022 4:15 PM
**To:** Hicks, Annette <Annette.Hicks@lfg.com>
**Cc:** Marcus Vaden <mvaden@marcusvaden.com>
**Subject:** Adam Bobb - Claim No. 1220024325

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Hicks:

Attached is a letter from Mr. Vaden, responding to your email of March 14, 2022.

Thank you.

**Dorshea Dodge**

**Marcus Vaden**
**Attorney at Law**
**600 South German Lane, Suite 102**
**Conway, AR 72034**
**P: (501) 329-8723**
**F: (501) 205-1278**

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Friday, March 25, 2022 12:54 PM
**To:** entrprserip
**Subject:** FW: MED RECS FOR Bobb-Adam 1220024325
**Attachments:** Bobb-Adam-1695499.pdf

---

**From:** Jimerson, Denise
**Sent:** Friday, March 25, 2022 12:54:02 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Hicks, Annette
**Subject:** RE: MED RECS FOR Bobb-Adam 1220024325

The records were downloaded from RECORDQUEST. Thanks!

**Denise Jimerson**
Medical Records Coordinator
Group Proctection

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2688 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Atlanta Disability Claims |
| **Sent:** | Thursday, March 17, 2022 2:25 PM |
| **To:** | entrprserip |
| **Subject:** | FW: (secure) Long Term Disability claim #: 1220024325 |

---

**From:** Hicks, Annette
**Sent:** Thursday, March 17, 2022 12:25:24 PM (UTC-06:00) Central America
**To:** Atlanta Disability Claims
**Subject:** FW: (secure) Long Term Disability claim #: 1220024325

---

**From:** April Haynes <abogy@trinityretirement.com>
**Sent:** Thursday, March 17, 2022 12:40 PM
**To:** Hicks, Annette <Annette.Hicks@lfg.com>
**Subject:** Re: (secure) Long Term Disability claim #: 1220024325

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

---
April Haynes
Business Office
Trinity Village, Inc.
(870) 879-3113 ext. 229

On 2022-03-14 10:50 AM, Hicks, Annette wrote:

This message was sent securely using Zix®

Hi Ms. April,

We have received the Long Term Disability claim for Mr. Adam Bobb and need to verify additional information before proceeding:

1. Is Mr. Bobb's position being held currently, if not can you provide his separation date? 10/4/21

2. Has Mr. Bobb returned to work or communicated a possible return to work date, if applicable? NA

3. Can you please verify the full last day worked was 06/17/2021? That is correct

4. Has Mr. Bobb received any incomes since the last day worked? (Vacation time, Sick pay, Salary Continuances or Worker's Comp. etc.) Yes

a) If so, we will need to know the type of income, amount and dates?

| Date | Sick Hours | Vacation hours | Gross Pay |
|---|---|---|---|
| 7/1/21 - | 32 | 8 | $ 697.60 |
| 7/15/21 - | 80 | | $1,395.20 |
| 7/29/21 - | 80 | | $1,395.20 |
| 8/12/21 - | 58 | 10 | $1,185.92 |
| 8/26/21 - | 3.75 | 3 | $ 117.72 |

5. Does your company have a pension/retirement plan? Yes
a) If so what type is it (401k, 403b, profit sharing, defined benefit or contribution, etc.)? We have a 403b that is 100% employee contribution only. We also have a profit sharing(401k) that is employer contribution only and the percentage varies from year to year.
b) Does the employee participate? Yes
c) What are the contribution percentages from the employee and employer? See 5a.
d) When is he eligible to receive this benefit? It is the second quarter after the date the employee terminated.
If you need further information please feel free to contact me.
Once we receive this information we will update our files accordingly and notify you once a decision has been rendered.

Your assistance is greatly appreciated.

Have a great day!

Annette

**Annette Hicks**
LTD Sr Claims Examiner
Lincoln Financial Group
1600 RiverEdge Pkwy
Suite 130
Atlanta GA 30328

800-423-2765 ext 3013 Office
877-843-3950 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Encryption verified by Paubox - HITRUST CSF Certified

This message was secured by **Zix**®.

Secured by Paubox - HITRUST CSF certified

# GR LIFE CLAIM PROFILE

**Date:** 3/17/2026 **LFG** **Claim #:** 1220054596

**Insurer:** The Lincoln National Life Insurance Company
**Posted:** 6/16/2022
**Location:** HOME
**Policy:** 00040000100019469 - Trinity Village, Inc.
**Status:** CLOSED
**User ID:** SHUBR9
**Business:** VOL LIFE
**Close Date:** 1/11/2023 **Close Reason:** Not TD Any Occ

## Claimant Information

**Name:** ADAM K BOBB
**Phone:**
**DOB:**
**SSN:**
**Sex:** M
**Hire:** 8/14/2014
**Address:** MARCUS VADEN LAW
PO BOX 203
CONWAY AR 72033 USA
**Ins Eff:** 1/1/2016
**Class:** 1
**Occ:** MAINTENANCE WORKER, MDOT IPAL (g899684046ser.)
**Salary:** $33,612.80
**Period:** Annual

## Claim Information

**Special Provisions:**

**Age:** 37

**DLW:** 6/17/2021 **DOD:** 6/17/2021 **S/A:** S **W/R:** N

**Type:** WAIVER **Nature:** ILLNESS

**Diagnosis Pri:** G89.29 Other chronic pain
**Sec:** M16.11 Unilateral primary osteoarthritis, right
**Recovery Date:** 7/20/2050

## Benefit Information

**Date Ben Begin:** 6/17/2021 **Months Paid:** 0 **Actual Age:** 38
**Modal:** $0.00 **Reins:** $0.00 **Reserve:** $0.00
**Waiver:** **Waiver Approved:** **Date Waiver Approved:**
**Face Bas:** **Face Sup:** **Face Vol:**
**Cur Bas:** **Cur Sup:** **Cur Vol:**

## Policy Information

| | Basic | Supplemental | Voluntary |
|---|---|---|---|
| **Method:** | | | |
| **Min:** | | | |
| **Max:** | | | |
| **Add:** | | | |
| **Dis:** | | | |

## Offset Information

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| VLI | PROCESSED | 6/17/2021 | 7/20/2050 | $100,000.00 | $0.00 |
| VSLI | DISALLOWED | 6/17/2021 | 7/20/2050 | $20,000.00 | $0.00 |
| VCLI | DISALLOWED | 12/14/2021 | 7/20/2050 | | |

**GR LIFE CLAIM PROFILE**

**Date:** 3/17/2026 **LFG** **Claim #:** 1220054596

**Dependent Information**

| Type | DOB | Name |
| --- | --- | --- |

**Alert Information**

| Status | Level | Description | Posted | Resolved |
| --- | --- | --- | --- | --- |

**Action Plan**

## Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | ADAM BOBB | | | **Occupation:** | MAINTENANCE WORKER, MUNICIPAL (government ser.) | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 6/16/2022 | **Months Dis:** | 57 |
| **Claim #:** | 1220054596 | **DOD:** | 6/17/2021 | **Ben:** | | **Months Pd:** | 0 |
| **Coverage:** | GR LIFE | **Status:** | CLOSED | **Close Date:** | 1/11/2023 | **Assignee:** | SHUBR9 |
| **Policy Holder:** | Trinity Village, Inc. | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | **Close Code:** | Not TD Any Occ | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2022 6:05:15 AM | Action Plan<br>Claim Tasks<br>Verify Billing Location | 3 | Verify BLOC / CLOC | Requested | EMWWI1 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:56 am | | | | |
| 6/16/2022 6:05:15 AM | Claim Tasks<br>Verify Class | 2 | Verify Class | Requested | EMWWI1 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:55 am | | | | |
| 6/16/2022 6:05:15 AM | Claim Tasks<br>The follow ing fields contained no data w hen the claim form w as submitted: CLASS_OF_COV,ACCOUNT_ID | 1 | Missing Info | Requested | EMWWI1 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:54 am | | | | |
| 6/24/2022 | Claim Tasks<br>Verify Billing Location | 3 | Verify BLOC / CLOC | Completed | EMWWI1 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:56 am | | | | |
| 6/24/2022 | Claim Tasks<br>Verify Class | 2 | Verify Class | Completed | EMWWI1 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:55 am | | | | |
| 6/24/2022 | Claim Tasks<br>The follow ing fields contained no data w hen the claim form w as submitted: CLASS_OF_COV,ACCOUNT_ID | 1 | Missing Info | Completed | EMWWI1 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:54 am | | | | |
| 6/24/2022 | Telephone (OUT)<br>Rqst CB need to know Atty rep for LW claim - EMWWI1 - Jun 24, 2022 04:41:16 pm | 1 | MARCUS VADEN LAW | Completed | EMWWI1 |
| 6/24/2022 4:44:22 PM | Referrals<br>Clinical Consultation - Referral Template<br><br>Claimant Name: Adam Bobb<br>Claim Number: 1220054596<br>Occupation/Level: maintenance heavy occ<br>Diagnosis: Right hip pain<br>DLW: 06/17/2021<br>Specific Medical Question:<br><br>Does the medical information support the inability to frequently sit, lift up to 10lbs, finger and handle EP 06/17/2021-12/17/2021 and beyond 12/17/2021<br><br>Based on the medical documentation provided, w hat w ould be the claimant's abilities? - EMWWI1 - Jun 24, 2022 04:44:55 pm<br>Due to medical inconsistancies, this w ill need a direct to peer review w ith orthopedics once updated medical records received per prior CR 4/1/22.<br><br>Return to praw a5 for peer review for both LW perspective 6/17/21-12/17/21 and beyond 12/17/21 (current LTD claim) - PRAWA5 - Jun 28, 2022 09:47:23 am | 1 | Initial Claim Review | Initial | EMWWI1 |
| 6/24/2022 4:45:18 PM | Summary/Assessment/Pa | 1h | VLI INITIAL - EMWWI1 - Jun 24, 2022 04:45:34 pm | Requested | SHUBR9 |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Summary Notes
VLI INITIAL - EMWWI1 - Jun 24, 2022 04:45:34 pm
Assessment Notes

Path Notes
SUMMARY: Clmnt is a 38 YOM DLW 6/17/2021 Occ: maintenance Dx right hip pain

ASSESSMENT: Grp is LB NA with an effective date of 1/1/2015 for VLI. Must be TD prior to age 60, 6-month elim and terms at SSNRA. Standard policy wording.

Per Ardis Member Record EE terminated
¢Occ Maintenance 40HR BAE $33,612.80
¢DOH 8/14/2014
¢VLI $100K EFF 1/1/2016-10/04/2021 Class 1 All FTE Salaried
¢VSLI $20K EFF 1/1/2019-10/04/2021 Class 1 All FTE Salaried

VLI All FTE Any $10K increments Max 5x BAE. Min of $10k and max of $500k
>Spouse Life may elect any $5K increments max 50% of Life max $250K
>OE 11/1-12/31 EFF 1/1
>GI $100K
>Spouse GI $25K
>EOI req'd for any benefit option increase or new election during OE exceeding more than 2 increments
>VLI EE benefit only

Awd 7/19/2021 ER FORM
¢Dare insued 1/1/2021
¢DOH 8/14/2014
¢BAE 697.60 Gross
¢Occ: maintenance 40HR

Email from ER 3/14/2022
>separation date 10/04/2021
>last day worked was 06/17/2021

MEDICAL:

OVNs with Dr. Mark Ramiro, MD (family practice) 6/7/21-6/28/21 shows EE was f/u for right hip pain and reported burn on right foot. The burn healed and hip pain continued. Right hip x-ray 6/7/21 was unremarkable. MRI of the hip was denied by insurance. Exams showed limited hip ROM and tenderness. Gentle exercises were advised.

OV 7/8/21-8/23/21 shows EE started PT but reported pain worsened with therapy and therapist noted possible labral tear in hip. Exams showed limited ROM of right hip, and limping gait. Pain medication was prescribed. EE was pending appt. with Dr. Pollard and MRI of hip was reordered. EE reported hip was catching and popping as well. EE was to remain off work. EE reported having appt. with specialist on 9/1/21.

AWD 7/19/2021 APS Dr. Mark Ramiro 7/8/2021 Dx right hip pain
RTW part-time 8/8/2021 and FT 9/08/2021 Tx Physical therapy RLS avoid prolonged standing, lifting, and walking. Restricted range of motion to right hip.

AWD 8/27/2021 FMLA 7/8/2021 Dr. Mark Ramiro Documented complaints of severe right pain. Treatment medication, physical therapy. and workups. Incapacity 06/07/2021-09/08/2021.

OV 9/1/21 with April McGhee, APRN (orthopedics) shows EE was seen for right hip pain with severe right groin pain and right lateral leg pain with perceived weakness and unsteady with multiple falls. Past medical hx includes high blood pressure and stroke. The exam showed EE was in obvious pain, pain with right hip internal and external rotation, positive straight leg raise on right, 5/5 strength, intact sensation. The provider noted the EE rises slowly from exam table and walks with antalgic gait to right. Lumbar x-ray showed well maintained disc height. Pelvis x-ray

show ed no acute fracture w ith w ell-maintained hip joint w ith normal alignment. MRI of the pelvic right w as ordered w ith plan to f/u after. Dx of lumbago (low back pain) and right hip pain w as given.

09/02/2021 Updated APS from Dr. Mark Ramiro, MD (PCP) provides R&Ls of no prolonged standing/w alking, climbing, bending, squatting; ERTW 11/2021. Per phone notes 9/21/21 MRI has not been done as it has been denied by insurance multiple times.

LTD 10/05/2021 PATH CLAIM EX IS NOT SUPPORTIVE. The medical evidence provided does not support ongoing R&Ls beyond 9/3/21 as no significant lumbar or hip pathology has been identified and the orthopedic exam show ed full strength of low er extremities w ith no specific ROM limitations beyond pain w ith rotation, no unsteadiness or use of assistive device or imbalance w as noted, and sensation of the low er extremities w as normal. MRI remains pending and no future orthopedic evaluation or treatment being planned until MRI has been completed. Did complete phone consult w ith Dr. Cirincione to discuss file and findings. DENIAL LETTER WILL BE PROCESS WITH APPEAL RIGHT TO SEND OUT - RXJOHNS - Oct 05, 2021 10:03:38 am

11/08/2021: MRI of right hip; tear of the right anterior superior labrum betw een 2-3 positions

Rec'd letter dated 11/18/2021 from Dr. Kerry Pennington; EE has severe hip pain for one year that doesn't allow him to w ork. his recent MRI show ed a labral tear. he should receive disability and this has until this has been repaired.

Appeal 1 Not TD ow n Occ
In summary, you have show n the ability to w ork w ith the same symptoms for quite some time prior to your date of disability and the medical records do not support ongoing restrictions and limitations that w ould prevent you from performing the main duties of your ow n occupation and does not support a Total Disability beyond 9/3/2021.

Appeal 2 6/15/2022
Backing out appeal as claim w as paid to max. There is no adverse decision to appeal. CE to contact atty. w ith approval information and complete claim.

Rec'd office records from Dr. Kerry Pennington 10/25/21 - 3/08/22
*38 year old male seen as a new patient to establish care due to hiv screening. He has chronic pain in the right hip. He lost his job and has no insurance. He has been follow ed by Dr. Pollard for the hip pain and needs MRI. He has history of HTN and anxiety. He has arthritis in hip and lumbar spine. He has a torn labrum per Dr. Pollard. He w ent to PT for his right hip but it made it w orse. Increase Duloxetine for chronic anxiety; add Ibuprofen 600 3 times a day and tramadol 50 every 6 hrs for right hip pain andspondylosis of lumbar region, OA right hip.
3/08/22: EE seen for consulaton to fill out paperw ork for STD. due for HIV agrice. MRI right hip on 11/08/21; tear of the right anterior superior labrum

Rec'd letter from the Attorney dated 4/12/2022
EE did have a follow up w ith Dr. Kerry Pennington after October 25, 2021.
EE has seen other providers after 11/8/2021. They are as follow s:
** Dr. Law rence K. O¡Malley, Orthopedic Surgeon, UAMS;
** Dr. John Brow n, Arkansas Spine and Pain in Jacksonville, Arkansas;
** Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.
Also, in review ing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, w e request an extension of time until June 1, 2022 to provide you w ith these records.

Clinical Conclusion:
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed. - AJHICKS - Apr 04, 2022 04:31:10 pm

PATH LW sending claim for FCR TDAO EP 06/17/2021-12/17/2021
- EMWWI1 - Jun 24, 2022 04:45:34 pm

Path Per TC updated medical records needed and then w ill send back for peer review Return to praw a5 for peer

**Chronological Activity List**

review for both LW perspective 6/17/21-12/17/21 and beyond 12/17/21 (current LTD claim). Coordinating w ith LTD setting 30 day FU
- EMWWI1 - Jun 30, 2022 02:15:42 pm

PATH First pend letter never w ent out error on CE
no change in direction Per TC updated medical records needed and then w ill send back for peer review Return for peer review LW perspective 6/17/21-12/17/21 and beyond
105 date 09/29/2022 - EMWWI1 - Aug 19, 2022 10:30:21 am

AWD DTD 9/6/2022 Letter from Dr. Pennington
Dr. Pennington noted he is the claimant's family physician. He has chronic pain in his right hip due to OA & lumbar radiculopathy. He also suffers from significant emotional issues. TMP feels claimant can't RTW due to both physical and emotional issues. Please consider this in your evaluation and contact me w ith any questions.

PATH no change in direction Per TC updated medical records needed and then w ill send back for peer review Return for peer review LW perspective 6/17/21-12/17/21 and beyond 105 date 09/29/2022
- EMWWI1 - Sep 14, 2022 11:14:37 am

UPDATED ASSESSMENT:

AWD - 7/26/22- Letter from Scott Allison
Stating - EE evaluated for PTSD, GAD & MDD contact him w ith any questions

AWD - 9/6/22 - Letter from Dr. Pennington dated 9/6/22
Dr. Pennington noted he is the claimant's family physician. He has chronic pain in his right hip due to arthritis & lumbar radiculopathy. He also suffers from significant emotional issues. TMP feels claimant can't RTW due to both physical and emotional issues. Please consider this in your evaluation and contact me w ith any questions.

9/8/22- Call made to provider office left vm for Deborah in med recs advising w e received invoice of $21 for med recs & PSI. WHich w as paid 8/31/22. PSI form w as returned blank & no med recs w ere received. Advised med recs are needed for a disability claim. Provided my call back #. Provided EE's name & dob.

PATH:
105th day is 9/29/22- Aw aiting call from med rec dept at Mainline Health to determine if the med recs w ill be sent. Based on response w ill consult w ith manager on direction. - SHUBR9 - Sep 28, 2022 08:55:47 am

Updated Assessment:
9/28/22 - Received return call from Deborah asking if w e received med recs? Advised no.

She advised the med recs w ere dow nloaded on 8/31/22 - to Jill Felten after pymnt w as received. Advised w e do not have recs on file.
Deborah also stated she w ill resend the PSI form to Scott Alison to complete as it does not appear the first request w as sent to her.

Deborah asked for the spelling of my name as she w ill have the request sent to my attention. We w ent over the fax #'s to ensure med recs & forms w ill be sent to the correct fax #. Advised Deborah the recs can be faxed to 877-843-3950 or the fax # listed on the med rec request.

Deborah stated ok & call ended.

Spoke w ith Manager- advised med recs w ere sent & not received, med recs w ill be resent, based on the LW FCR - Additional med recs needed to make a decision & a peer is needed to medical discrepancies.

**Chronological Activity List**

PATH:
Approve on ROR - w ill allow 30 days for med recs to be received. If not reeived w ill deny for insufficient medical on file.
- SHUBR9 - Sep 28, 2022 10:11:55 am

OPEN SAP w illbe created once it is determined if EE is supported for WOP benefit, due to ROR approval. - SHUBR9 - Sep 28, 2022 10:23:34 am

Updated Assessment:

AWD dated 9/30/2022 - Rec'd records from Dr. Kerry Pennington dated 10/25/21 & 3/08/22 and Scott A. Johnson, LCSW dated 4/07/22 to 8/16/22.

Med recs from Scott Johnson, LCSW dated 4/07/22 to 8/16/22
** 4/07/22- done Maintenance and mechanic w ork but lost his job because he tore his labrum in hip could not do the maintenance w ork anymore. EE w as seen w ith depression, PTSD and GAD.

6/22/22 - recently arrested and have legal conflicts w ith increased anxiety.

8/16/22 - seen for behavior health follow up you still have symptoms of anxiety and negative cognitive.

Med recs Dr. Kerry Pennington- 10/25/21 - 3/8/22

** 10/25/21: patient w ants to establish care and doing for his HIV screening.
** 3/08/22: patient needs paperw ork completed for disability.

PLAN:
LW coordinating w ith LTD as med records are still needed from Dr. Law rence K. O'Malley, Orthopedic Surgeon, and Dr. John Brow n, Arkansas Spine and Pain. LTD sent e mail to Attorney 10/6/22.
- SHUBR9 - Oct 13, 2022 07:40:28 am

Updated Aeessement:
Rec'd records from Scott Johnson, LCSW dated 4/07/22 to 8/16/22
** 4/07/22: 38 year old male married w ith tw o children. He's done Maintenance and mechanic w ork but lost his job because he tore his labriam in his hip and could not do the maintenance w ork anymore. EE w as seen w ith depression, PTSD and GAD.
** 6/22/22: patient recently arrests and have legal conflicts w ith increased anxiety.
** 8/16/22 EE seen for behavior health follow up you still have symptoms of anxiety and negative cognitive.

PLAN:
LW w ill continue to coordinate w ith LTD for Med records are still needed from Dr. Law rence K. O'Malley, Orthopedic Surgeon & Dr. John Brow n, Arkansas Spine and Pain.

If med recs not received w ill send for FCR for LW elim period as claim w as approved on ROR - SHUBR9 - Oct 28, 2022 10:08:18 am

UPDATED ASSESSMENT:
Records from Dr. Law rence K. O'Malley, Orthopedic Surgeon & Dr. John Brow n, Arkansas Spine and Pain w ere not received.

PATH:
LW previously submitted a request for FCR. Received a response advising Due to medical inconsistencies, this w ill need a direct to peer review w ith orthopedics once updated medical records received per prior CR 4/1/22.

LW submitted for PEER review as med recs w ere received from Dr. Kerry Pennington dated 10/25/21 to 03/08/22 in AWD dated 9/30/2022

**Chronological Activity List**

Rec'd records from Scott Johnson, LCSW dated 4/07/22 to 8/16/22 although some of the recs are past LW 6 month elim.

- SHUBR9 - Nov 16, 2022 10:08:18 am

UPDATED ASSESSMENT:

AWD - 11/4/21- Job Description on file
AWD - 7/26/22- Rehab Survey

12th grade education
No college or technical training

Work History: Maintenance 2014 - 2021- Job duties - lift, walk, bend, run, climb, stoop

EE was also a mechanic - no time frame listed - work duties - worked on fleet vehicles, long periods of stooping & bending over.

HVAC- no time frame given - maintain heating & air

Correctional Officer 200- 2002- Security

Adam Bobb-
Age 37, dx right hip pain, occupation maintenance

Peer 12/7/22 Eric Finkelstein, MD
Physical Medicine and Rehabilitation
Based on the medical documentation provided any abnormal clinical exam findings, diagnostics would the claimant be precluded from frequently sitting with reasonable sit to stand, or repositioning as needed and frequently finger, handle, grasp, lift 10 lbs. occasionally from 6/17/21 - 12/27/21?
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 06/17/21 to 12/27/21 as follows:
OVN dated 09/01/21 states the claimant suffered severe right leg weakness with unsteadiness on his feet and frequent falls.
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Never
-Pulling: Never
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
Finger: Constant, bilateral
Handle: Constant, bilateral
Grasp: Constant, bilateral
b. Then for time period from 12/27/21 and beyond please comment on any medically reasonable supported restrictions and limitations and indicate duration for restrictions and limitations to be enforced or if permanent?
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follows:
6
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-

-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
There are no medical records to support significant upper extremity restrictions.
Reaching-
-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below w aist level: Occasional, bilateral
There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral
There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional w ith use of handrails.
Balancing: Never
Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Craw ling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Low er extremities for foot controls- Occasional, bilateral
This review er's assessment of the above medically supported restrictions and limitations
are that they are likely permanent as of from 12/27/21 and beyond as follow s.

PATH:
Sent for TSA based on education & R & L's on file.
 - SHUBR9 - Dec 12, 2022 08:21:02 am

If there are no occupations found based on R & L's & w ork history w ill send Approval letter as claim w as previusly approved on ROR. - SHUBR9 - Dec 12, 2022 08:51:40 am

UPDATED ASSESSMENT:

VRC Response:
Additional information needed prior to the completion of this analysis:
1. The insured's job description and rehabilitation survey do not indicate job duties. Please gather and provide additional information related to the job duties of the insured.**** Located in AWD - 11/4/21 on the STD claim***

2. The insured's rehabilitation survey indicated w ork as an HVAC/maintenance w orker and as a mechanic but did not include dates. Please gather information related to the length of time the insured w orked in these positions.

PATH:
E mail sent to EE asking for status update as additional information is needed in order for the TSA to be completed.

Drive:
Chores:
Assistive Device needed for ambulating:
Lift a gallon of milk:
Hobbies:
Typical Day:
Return to w ork plans (if none, barriers for returning to w ork in any occupation):

Last office visit w ith ortho doctor:

The rehabilitation survey indicated w ork as an HVAC/maintenance w orker and as a mechanic but did not include

dates. Please provide the length of time w orked in these positions.

Contacted EE & not attorney as the attorney on file is for social security.

12/20- Called EE tw ice each time message stated call can not be completed as dialed please try your call again.

- SHUBR9 - Dec 20, 2022 08:57:51 am

Once EE returns response w ill return for completion of TSA. - SHUBR9 - Dec 20, 2022 09:04:05 am

UPDATED ASSESSMENT:

No response received from EE regarding e-mail sent to him 12/20/22.
2nd - E mail sent to EE 1/9/23- as additional information is needed in order to complete the TSA.

PATH:
If no respone w ill reach out to TSA review er for next steps. - SHUBR9 - Jan 06, 2023 06:22:29 am

Updated Assessment:

Claim originally approved on ROR. 37 yom, Maintenance w orker, dx of right hip pain.
Once approved on ROR - peer w as completed TSA w arranted.
TSA requested- additional information is needed. Multiple attempts w ere made to obtain the required information from EE via E mail 12/20/22 & 1/6/23, as w ell a phone calls made to EE. No response has been received

1/11/23- Call made to EE not able to reach EE - message stated call cannot be completed as dialed please try your call again.

PATH:
Deny NTDAO -
Deny based on R & L's given in Peer - R & L's are from 12/2021 onw ard.
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing & Walk Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-
Lift, push, pull, carry - Occasional, up to 10lbs., utilizing both upper extremities together

EE not precluded from sitting 8hours a day w /position changes as needed. Occasionally lift, push, pull 10lbs, stand & w alk as tolerated.

If information is received regarding TSA at a later date can review at that time.
- SHUBR9 - Jan 11, 2023 07:57:36 am

Although claim says Attorney involvment. LW made call out to Attorney & no response w as ever received (regarding representing EE for LW) info w ent directly to EE. - SHUBR9 - Jan 11, 2023 07:59:55 am

Correction Approved on a defined w aiver from DLW to 12/2021 - SHUBR9 - Jan 11, 2023 08:30:57 am

| | | | | | |
|---|---|---|---|---|---|
| 6/24/2022 4:46:31 PM | Claim Tasks | 4 | Update Claim Information | Requested | EMWWI1 |

Sending for FCR - EMWWI1 - Jun 24, 2022 04:46:53 pm

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:57 am

| | | | | | |
|---|---|---|---|---|---|
| 6/29/2022 8:13:46 PM | Claim Tasks | 5 | Unable to process correspondence | Requested | EMWWI1 |

"Waiver Intro" letter for claim #1220054596 not generated because the claim has an active attorney contact or active law suit

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:58 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/30/2022 | Referrals | 1 | Initial Claim Review | Completed | EMWWI1 |

Clinical Consultation - Referral Template

Claimant Name: Adam Bobb
Claim Number: 1220054596
Occupation/Level: maintenance heavy occ
Diagnosis: Right hip pain
DLW: 06/17/2021
Specific Medical Question:

Does the medical information support the inability to frequently sit, lift up to 10lbs, finger and handle EP 06/17/2021-12/17/2021 and beyond 12/17/2021

Based on the medical documentation provided, w hat w ould be the claimant's abilities? - EMWWI1 - Jun 24, 2022 04:44:55 pm
Due to medical inconsistancies, this w ill need a direct to peer review w ith orthopedics once updated medical records received per prior CR 4/1/22.

Return to praw a5 for peer review for both LW perspective 6/17/21-12/17/21 and beyond 12/17/21 (current LTD claim) - PRAWA5 - Jun 28, 2022 09:47:23 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/30/2022 | Documents/Mail | 1 | Waiver Intro | Completed | EMWWI1 |

Waiver Intro

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/30/2022 | Claim Tasks | 5 | Unable to process correspondence | Completed | EMWWI1 |

"Waiver Intro" letter for claim #1220054596 not generated because the claim has an active attorney contact or active law suit

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:58 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/22/2022 8:12:06 PM | Claim Tasks | 6 | 45 Day.Need Decision/Extension | Requested | EMWWI1 |

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:59 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/25/2022 | Documents/Mail | 2 | Life Waiver 45 Day Extension Letter | Completed | EMWWI1 |

Life Waiver 45 Day Extension Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/25/2022 | Claim Tasks | 6 | 45 Day.Need Decision/Extension | Completed | EMWWI1 |

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:59 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/26/2022 5:20:54 PM | Claim Tasks | 7 | Med Records Received | Requested | EMWWI1 |

Medical Records received on Claim 1220024325

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:01 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/27/2022 | Claim Tasks | 4 | Update Claim Information | Completed | EMWWI1 |

Sending for FCR - EMWWI1 - Jun 24, 2022 04:46:53 pm

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:32:57 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/28/2022 | Telephone (IN) | 2 | DONNA JENKINS | Completed | JULDU8 |

EE reec'd ext of death letter. calling to clarify. advised w e need more time to review MRs before w aiving life premiums.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/4/2022 | Claim Tasks | 7 | Med Records Received | Completed | EMWWI1 |

Medical Records received on Claim 1220024325

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:01 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/4/2022 4:35:47 PM | Medical | 1 | | Initial | JICFE4 |

Auth AWD 3/8/2022
- EMWWI1 - Aug 04, 2022 04:37:59 pm
Claim #: 1220054596
Claimant Name: ADAM BOBB
Request Date: 8/5/2022
Provider Name: KERRY PENNINGTON MD \ BAPTIST HEALTH FAMILY CLINIC

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Invalid Authorization Reason:

oSpecial Auth required for this provider - BAPTIST HEALTH. Form attached

- JICFE4 - Aug 08, 2022 12:07:00 pm

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:07 am

| | | | | | |
|---|---|---|---|---|---|
| 8/4/2022 4:37:07 PM | Medical | 2 | | Initial | SHUBR9 |

Auth AWD 3/8/2022
- EMWWI1 - Aug 04, 2022 04:38:07 pm

MRR Status Call to 870-538-5414 request w as not received advised to resend to fax 870-538-5412 - EMWWI1 - Aug 09, 2022 11:07:11 am

Request marked 2nd REFAX sent to FAX # 870-538-5412 - JICFE4 - Aug 10, 2022 07:34:45 am

9/8/22- Call made to provider office left vm for Deborah in med recs advising w e received invoice of $21 for med recs & PSI. WHich w as paid 8/31/22. PSI form w as returned blank & no med recs w ere received. Advised med recs are needed for a disability claim. Provided my call back #. Proveided EE's name & dob. - SHUBR9 - Sep 28, 2022 08:43:08 am

9/28/22
Spoke w ith Amanda- in billing advised w e paid for med recs on 8/31/22 & have not received med recs. She advised she w ould transfer me to med redcs. Transfered me & received Deborah's vm box. Did not leave vm as left vm 15 minutes ago.
- SHUBR9 - Sep 28, 2022 08:53:00 am

9/28/22- Received return call from Deborah asking if w e received med recs? Advised no.

She advised the med recs w ere dow nloaded on 8/31/22 - to Jill Felten after pymnt w as received. Advised w e do not have recs on file.
Deborah also stated she w ill resend the PSI form to Scott Alison to complete as it does not appear the first request w as sent to her.

Deborah asked for the spelling of my name as she w ill have the request sent to my attention. We w ent over the fax #'s to ensure med recs & forms w ill be sent to the correct fax #. Advised Deborah the recs can be faxed to 877-843-3950 or the fax # listed on the med rec request.

Deborah stated ok & call ended.

- SHUBR9 - Sep 28, 2022 10:08:26 am

these records are in AWD dated 9/30/22 (27 pages) - AJHICKS - Oct 06, 2022 11:58:45 am

Med recs received - SHUBR9 - Oct 13, 2022 07:37:42 am

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:08 am

| | | | | | |
|---|---|---|---|---|---|
| 8/8/2022 | Documents/Mail | 3 | Life Waiver Med Rec Request | Completed | JICFE4 |

Life Waiver Med Rec RequestAttachments:ADAM BOBB - LFG AUTH.pdfPsychiatric Supp Info Form GLC-06878 - PSI.pdf

| | | | | | |
|---|---|---|---|---|---|
| 8/8/2022 | Medical | 1 | | Closed | JICFE4 |

Auth AWD 3/8/2022
- EMWWI1 - Aug 04, 2022 04:37:59 pm
Claim #: 1220054596
Claimant Name: ADAM BOBB

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Request Date: 8/5/2022
Provider Name: KERRY PENNINGTON MD \ BAPTIST HEALTH FAMILY CLINIC
Invalid Authorization Reason:

oSpecial Auth required for this provider - BAPTIST HEALTH. Form attached

- JICFE4 - Aug 08, 2022 12:07:00 pm

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:07 am

| 8/8/2022 12:01:55 PM | Documents/Mail | 4 | Life Waiver Med Rec Request | Work In Progress | JICFE4 |
|---|---|---|---|---|---|

Record w as canceled. Completed to remove from case diary. Date: 11-AUG-22
Life Waiver Med Rec Request

Attachments:
NEW LTD APS.pdf
ADAM BOBB - LFG AUTH.pdf

special auth BAPTIST Required - JICFE4 - Aug 10, 2022 07:36:00 am

| 8/9/2022 | Telephone (OUT) | 3 | MAINLINE HEALTH SYSYTEMS INC | Completed | EMWWI1 |
|---|---|---|---|---|---|

MRR Status Call to 870-538-5414 request w as not received advised to resend to fax 870-538-5412 - EMWWI1 - Aug 09, 2022 11:07:25 am

| 8/10/2022 | Documents/Mail | 4 | Life Waiver Med Rec Request | Completed | JICFE4 |
|---|---|---|---|---|---|

Record w as canceled. Completed to remove from case diary. Date: 11-AUG-22
Life Waiver Med Rec Request

Attachments:
NEW LTD APS.pdf
ADAM BOBB - LFG AUTH.pdf

special auth BAPTIST Required - JICFE4 - Aug 10, 2022 07:36:00 am

| 8/19/2022 10:24:45 AM | Claim Tasks | 8 | Update Claim Information | Requested | SHUBR9 |
|---|---|---|---|---|---|

First pend letter nv w ent out sending 8/19/2022
30 day 9/18 (sat) moving to 9/16
45 day 10/3

105 date 09/29/2022 - EMWWI1 - Aug 19, 2022 10:26:57 am
************************************

First pend letter nv w ent out on 8/10 CE Error how ever 45-ERISA letter w as sent
45 day Final Pend goes out 9/26/2022

105 date 09/29/2022 - EMWWI1 - Aug 19, 2022 10:26:57 am - EMWWI1 - Aug 19, 2022 11:09:04 am

Will call provider office to ask if the provider completes PSI forms as the form w as returned blank & also inquire about med recs as no recs w ere received. Will determine direction after call w ith provider office. - SHUBR9 - Sep 28, 2022 07:53:31 am

Approve on ROR - w ill allow 30 days for med recs to be received. If not reeived w ill deny for insufficient medical on file.
- SHUBR9 - Sep 28, 2022 10:12:28 am

LW w ill continue to coordinate w ith LTD for Med records are still needed from Dr. Law rence K. O'Malley, Orthopedic Surgeon & Dr. John Brow n, Arkansas Spine and Pain.
If med recs not received w ill send for FCR for LW elim period as claim w as approved on ROR - SHUBR9 - Oct 28, 2022 10:08:48 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | LW submitted for PEER review - SHUBR9 - Nov 16, 2022 10:08:49 am | | | | |
| | Peer completed sent for TSA. - SHUBR9 - Dec 12, 2022 08:52:18 am | | | | |
| | TSA - requires additional information. E mail sent to EE for additional information. Once EE returns response w ill return for completion of TSA. - SHUBR9 - Dec 20, 2022 09:05:09 am | | | | |
| | 2nd - E mail sent to EE 1/9/23- as additional information is needed in order to complete the TSA. If no respone w ill reach out to TSA review er for next steps. - SHUBR9 - Jan 06, 2023 06:06:13 am | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:02 am | | | | |
| 8/19/2022 10:30:42 AM | Documents/Mail | 5 | EE Pend_Final Request | Work In Progress | EMWWI1 |
| | Record w as canceled. Completed to remove from case diary. Date: 24-AUG-22<br>EE Pend_Final Request | | | | |
| 8/23/2022 | Documents/Mail | 5 | EE Pend_Final Request | Completed | EMWWI1 |
| | Record w as canceled. Completed to remove from case diary. Date: 24-AUG-22<br>EE Pend_Final Request | | | | |
| 8/23/2022 8:12:31 PM | Claim Tasks | 9 | 75 Day.Need Decision/Extension | Requested | EMWWI1 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:03 am | | | | |
| 8/24/2022 | Documents/Mail | 6 | Life Waiver 75 Day Extension Letter | Completed | EMWWI1 |
| | Life Waiver 75 Day Extension Letter | | | | |
| 8/24/2022 | Claim Tasks | 9 | 75 Day.Need Decision/Extension | Completed | EMWWI1 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:03 am | | | | |
| 8/30/2022 3:29:20 PM | Documents/Mail | 7 | Fax | Received | EMWWI1 |
| | 2022-08-30-15.35.28.080820O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:14 am | | | | |
| 8/30/2022 3:29:21 PM | Documents/Mail | 8 | Medical Record Invoice | Received | KEIKU2 |
| | 2022-08-30-15.35.28.122820O01 | | | | |
| | Received PP Invoice #4CL9V7QG for $21.42 for records from MHS INC<br>. Pd by cc online – WILL SEND RECORDS TO DC . - KEIKU2 - Aug 31, 2022 01:12:57 pm | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:10 am | | | | |
| 8/30/2022 3:29:22 PM | Documents/Mail | 9 | Medical Records | Received | EMWWI1 |
| | 2022-08-30-15.35.28.172820O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:09 am | | | | |
| 8/31/2022 | Documents/Mail | 8 | Medical Record Invoice | Completed | KEIKU2 |
| | 2022-08-30-15.35.28.122820O01 | | | | |
| | Received PP Invoice #4CL9V7QG for $21.42 for records from MHS INC<br>. Pd by cc online – WILL SEND RECORDS TO DC . - KEIKU2 - Aug 31, 2022 01:12:57 pm | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:10 am | | | | |
| 8/31/2022 2:23:25 PM | Documents/Mail | 10 | Email | Received | EMWWI1 |
| | 2022-08-31-14.13.15.323840O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:13 am | | | | |
| 9/6/2022 | Documents/Mail | 7 | Fax | Completed | EMWWI1 |
| | 2022-08-30-15.35.28.080820O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:14 am | | | | |
| 9/6/2022 | Documents/Mail | 10 | Email | Completed | EMWWI1 |
| | 2022-08-31-14.13.15.323840O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:13 am | | | | |
| 9/6/2022 | Documents/Mail | 9 | Medical Records | Completed | EMWWI1 |
| | 2022-08-30-15.35.28.172820O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:09 am | | | | |
| 9/7/2022 2:51:00 PM | Claim Tasks | 10 | Med Records Received | Requested | EMWWI1 |
| | Medical Records received on Claim 1220024325 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:04 am | | | | |
| 9/14/2022 | Claim Tasks | 10 | Med Records Received | Completed | EMWWI1 |
| | Medical Records received on Claim 1220024325 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:04 am | | | | |
| 9/22/2022 8:12:59 PM | Claim Tasks | 11 | 105 Day.Need Decision/Extension | Requested | SHUBR9 |
| | ROR lettter sent - SHUBR9 - Sep 28, 2022 10:12:48 am | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:05 am | | | | |
| 9/28/2022 | Documents/Mail | 12 | Waiver Approval | Completed | SHUBR9 |
| | Waiver ApprovalAttachments:Beneficiary | | | | |
| 9/28/2022 | Documents/Mail | 11 | Waiver Approval | Completed | SHUBR9 |
| | Waiver ApprovalAttachments:Beneficiary | | | | |
| 9/28/2022 | Claim Tasks | 11 | 105 Day.Need Decision/Extension | Completed | SHUBR9 |
| | ROR lettter sent - SHUBR9 - Sep 28, 2022 10:12:48 am | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:05 am | | | | |
| 9/28/2022 | Telephone (IN) | 5 | MAINLINE HEALTH SYSYTEMS INC | Completed | SHUBR9 |
| | 9/28/22 - Received return call from Deborah asking if w e received med recs? Advised no.<br><br>She advised the med recs w ere dow nloaded on 8/31/22 - to Jill Felten after pymnt w as received. Advised w e do not have recs on file.<br>Deborah also stated she w ill resend the PSI form to Scott Alison to complete as it does not appear the first request w as sent to her.<br><br>Deborah asked for the spelling of my name as she w ill have the request sent to my attention. We w ent over the fax #'s to ensure med recs & forms w ill be sent to the correct fax #. Advised Deborah the recs can be faxed to 877-843-3950 or the fax # listed on the med rec request.<br><br>Deborah stated ok & call ended.<br><br>- SHUBR9 - Sep 28, 2022 10:07:45 am | | | | |
| 9/28/2022 | Telephone (OUT) | 4 | MAINLINE HEALTH SYSYTEMS INC | Completed | SHUBR9 |
| | 9/8/22- Call made to provider office left vm for Deborah in med recs advising w e received invoice of $21 for med recs & PSI. WHich w as paid 8/31/22. PSI form w as returned blank & no med recs w ere received. Advised med recs are needed for a disability claim. Provided my call back #. Proveided EE's name & dob. - SHUBR9 - Sep 28, 2022 08:43:35 am | | | | |
| 9/28/2022 10:20:04 AM | Claim Tasks | 12 | Terminate Claim / Coverage | Requested | SHUBR9 |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:06 am | | | | |
| 9/28/2022 9:52:02 PM | Payments | | CHECK - | INITIAL | SHUBR9 |
| 9/30/2022 11:22:49 AM | Documents/Mail | 13 | Fax | Received | SHUBR9 |
| | 2022-09-30-11.10.20.074260O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:11 am | | | | |
| 9/30/2022 11:22:51 AM | Documents/Mail | 14 | Claim Form - Authorization | Received | SHUBR9 |
| | 2022-09-30-11.10.20.163260O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:12 am | | | | |
| 9/30/2022 11:22:52 AM | Documents/Mail | 15 | Medical Records | Received | SHUBR9 |
| | 2022-09-30-11.10.20.199260O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:11 am | | | | |
| 10/3/2022 | Documents/Mail | 14 | Claim Form - Authorization | Completed | SHUBR9 |
| | 2022-09-30-11.10.20.163260O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:12 am | | | | |
| 10/3/2022 | Documents/Mail | 13 | Fax | Completed | SHUBR9 |
| | 2022-09-30-11.10.20.074260O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:11 am | | | | |
| 10/3/2022 | Documents/Mail | 15 | Medical Records | Completed | SHUBR9 |
| | 2022-09-30-11.10.20.199260O01 | | | | |
| | Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:11 am | | | | |
| 10/13/2022 | Medical | 2 | | Closed | SHUBR9 |

Auth AWD 3/8/2022
- EMWWI1 - Aug 04, 2022 04:38:07 pm

MRR Status Call to 870-538-5414 request w as not received advised to resend to fax 870-538-5412 - EMWWI1 - Aug 09, 2022 11:07:11 am

Request marked 2nd REFAX sent to FAX # 870-538-5412 - JICFE4 - Aug 10, 2022 07:34:45 am

9/8/22- Call made to provider office left vm for Deborah in med recs advising w e received invoice of $21 for med recs & PSI. WHich w as paid 8/31/22. PSI form w as returned blank & no med recs w ere received. Advised med recs are needed for a disability claim. Provided my call back #. Proveided EE's name & dob. - SHUBR9 - Sep 28, 2022 08:43:08 am

9/28/22
Spoke w ith Amanda- in billing advised w e paid for med recs on 8/31/22 & have not received med recs. She advised she w ould transfer me to med redcs. Transfered me & received Deborah's vm box. Did not leave vm as left vm 15 minutes ago.
- SHUBR9 - Sep 28, 2022 08:53:00 am

9/28/22- Received return call from Deborah asking if w e received med recs? Advised no.

She advised the med recs w ere dow nloaded on 8/31/22 - to Jill Felten after pymnt w as received. Advised w e do not have recs on file.
Deborah also stated she w ill resend the PSI form to Scott Alison to complete as it does not appear the first request w as sent to her.

Deborah asked for the spelling of my name as she w ill have the request sent to my attention. We w ent over the fax #'s to ensure med recs & forms w ill be sent to the correct fax #. Advised Deborah the recs can be faxed to 877-843-3950 or the fax # listed on the med rec request.

Deborah stated ok & call ended.

- SHUBR9 - Sep 28, 2022 10:08:26 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

these records are in AWD dated 9/30/22 (27 pages) - AJHICKS - Oct 06, 2022 11:58:45 am

Med recs received - SHUBR9 - Oct 13, 2022 07:37:42 am

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:08 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/16/2022 10:09:19 AM | Referrals | 2 | Ongoing Claim Review | Initial | SHUBR9 |

Please refer for Peer Review based on on previous LW request for FCR.

Due to medical inconsistencies, this w ill need a direct to peer review w ith orthopedics once updated medical records received per prior CR 4/1/22.

Return to praw a5 for peer review for both LW perspective 6/17/21-12/17/21 and beyond 12/17/21 (current LTD claim)

Claimant Name: Adam Bobb
Claim Number: 1220054596
Occupation/Level: maintenance heavy occ
Diagnosis: Right hip pain
DLW: 06/17/2021
Specific Medical Question:

Does the medical information support the inability to frequently sit, lift up to 10lbs, finger and handle EP 06/17/2021-12/17/2021 and beyond 12/17/2021

*** Update) Records w ere received from Dr. Kerry Pennington dated 10/25/21 to 03/08/22 in AWD dated 9/30/2022

Rec'd records from Scott Johnson, LCSW dated 4/07/22 to 8/16/22

Records from Dr. Law rence K. O'Malley, Orthopedic Surgeon & Dr. John Brow n, Arkansas Spine and Pain w ere not received.

Question:
Based on the medical documentation provided, w ould EE be precluded from occasionally sit, finger, handle, grasp, lift 10 lbs from 6/17/21 - 12/27/21? - SHUBR9 - Nov 16, 2022 10:13:05 am
Referral Date: 11/16/22
Claims Specialist Name: (First/Last) Sharee Bryson
Phone Number: 800-423-2765 x 6854
Email Address: Sharee.Bryson@lfg.com

Submitter's Name (First/Last): Patti Wagoner
Phone Number: 402-361-7484
Email Address: patricia.w agoner@lfg.com

Is this referral COVID related? (No)

Referral Type: Standard file review
Claimant Name (First/Last): Adam Bobb
Claim Number: 1220054596 (LW) and
"Include any additional claim #'s involved: LTD 1220024325, 1210071975
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Trinity Village INC
Job Title: Maintenance w orker
Product Type: LW/LTD

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Diagnosis: Chronic pain, osteoarthritis right hip, labral tear
Date of Disability: 6/17/21
Last Day Worked: 6/17/21
Benefit Begin Date: 6/17/21 for LW, 12/15/21 for LTD
Specialty Requested: PM&R

Name and Specialty of prior external vendor review ers/ examiners: Dr. Cirincione consult only
Attorney Involvement: Yes
Marcus Vaden Law Phone 501-329-8723

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
"TMP w ith APS
"Dr. Mark Ramiro Family Practice Phone 870-247-9499 Fax 870-247-5312
"Kerry Pennington MD Family Medicine Phone 870-226-6754 Fax 870-226-7925
Additional Questions

1.Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations?
a.Based on the medical documentation provided any abnormal clinical exam findings, diagnostics w ould the EE be precluded from frequently sitting w ith reasonable sit to stand, or repositioning as needed and frequently finger, handle, grasp, lift 10 lbs occasionally from 6/17/21 - 12/27/21?
b.Then for time period from 12/27/21 and beyond please comment on any medically reasonable supported R&Ls and indicate duration for R&L to be enforced or if permanent?
c.When is appropriate time to follow up w ith providers, w ho should records and updated R/Ls be obtained from for ongoing case management of the file? - PRAWA5 - Nov 16, 2022 05:04:32 pm
Case Submitted to CRT case #144256 for a peer review w ith an PMR physician. - KAONE5 - Nov 17, 2022 09:04:50 am
CRT / ICP is unable to process - asked that w e Vend this out on 11/18 File w as submitted to ECN # 224569 for peer review w ith PMR physician - KAONE5 - Nov 18, 2022 03:12:32 pm
Final report received back from ECN - sent to Disability Claims to be uploaded into AWD - ADYOUNG - Dec 09, 2022 03:53:04 pm

| 12/12/2022 | Documents/Mail | 16 | Email | Completed | SHUBR9 |
|---|---|---|---|---|---|

December 08, 2022
Claimant Name: Adam Bobb
Claim #: 1220054596
Primary Diagnosis: chronic pain (G89.29), osteoarthritis of the right hip
(M16.11), and labral tear (S73.191D)
DOD: 6/17/2021
DOR: 11/18/2022
Job Title: General Maintenance
ECN #: 224569-1
Specialty: Physical Medicine and Rehabilitation
1
Eric Finkelstein, MD
Board-Certified in Physical Medicine and Rehabilitation

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

CLAIMANT: Adam Bobb
REVIEWER: Eric I Finkelstein, MD
ECN#: 224569-1
CLAIM#: 1220054596
DATE OF LOSS: 06/17/2021
DATE OF SERVICE: 12/07/2022
PEER REVIEW
Medical Record Index:
1. Lincoln Financial Group – 03/08/2021 – 07/25/2022.
2. White Hall Family Medicine – 06/07/2021 – 08/23/2021.
3. Mark Ramiro, M.D. – 07/08/2021.
4. JMRC Ortho and Spine Clinic – 09/01/2021.
5. Mainline Health Systems – 10/25/2021 – 09/06/2022.
6. Appeal Letter – 10/27/2021.
7. Bradley County Medical Center – 11/08/2021.
8. Scott Johnson, LCSW – 04/07/2022 – 08/16/2022.
Summary:
DESCRIPTION OF THE INCIDENT
The claimant is a 39-year-old male w ho w orks as a general maintenance person. The diagnosis w as chronic pain (G89.29), osteoarthritis of the right hip (M16.11), and labral tear (S73.191D).
JOB DESCRIPTION
Job title: General maintenance.
Description: Every effort has been made to identify the essential functions of this position. How ever, it in no w ay states or implies that these are the only duties you w ill be required to perform. The omission of specific statements of duties does not exclude them from the position if the w ork is similar, related, or is an essential function of the position.
Essential job duties/Physical demand:
• Must be able to move intermittently throughout the w orkday.
• Must be able to speak and w rite the English language understandably.
• Must be able to cope w ith the mental and emotional stress of the position due to relating to and w orking w ith the ill, disabled, elderly, emotionally upset, and, at times, hostile People.
• Must possess sight/hearing senses or use prosthetics that w ill enable these senses to function adequately so that the requirements of this position can be fully met.
• Must function independently and have flexibility, personal integrity, and the ability to w ork effectively w ith patients, personnel, and support agencies.
• Must meet the general health requirements set forth by the policies of this facility.
• Must be able to push, pull, move, and/or lift a reasonable minimum of pounds to a reasonable height and be able to pull, move, and/or carry such w eight a reasonable distance.
• It may be necessary to assist in evacuating patients during emergencies.
2
DIAGNOSTIC REPORT
06/07/2021 – White Hall Family Medicine – X-Ray of The Right Hip – James Workman, M.D.:
Impression:
1. Unremarkable right hip.
11/08/2021 – Bradley County Medical Center – MRI of The Right Hip – Samuel Edw ards, M.D.:
Impression:
1. Tear of the right anterior superior labrum betw een the 2:00 and 3:00 position.
OFFICE VISITS
03/08/2021 – Lincoln Financial Group – Long-Term Disability Claim – Kerry Pennington, M.D.: The claimant is unable to w ork since 06/17/2021 due to a labral tear.
06/07/2021 – White Hall Family Medicine – Progress Note – Mark Ramiro, M.D.: The claimant presents for a follow -up on hypertension, hyperlipidemia, and w orsening right hip pain. He is taking Amlodipine and Hydrochlorothiazide. Dx: The diagnosis w as benign essential hypertension (I10), hyperlipidemia (E78.5), and right hip pain (M25.551). Tx: He is recommended to monitor blood pressure and low salt diet. He is prescribed Meloxicam, Acetaminophen-codeine, and Amlodipine and returns to the clinic if the symptoms w orsen.
06/18/2021 – 08/23/2021 – White Hall Family Medicine – Progress Note – Mark Ramiro, M.D.: From 06/18/2021 through 08/23/2021, the claimant follow ed up w ith Dr. Ramiro for six sessions. On 06/18/2021, Tx: He w as prescribed Silvadene topical cream and recommended to return to the clinic if the symptoms w orsen. On 07/08/2021, Tx: He w as recommended for physical therapy and instructed to continue his

current medication. He is advised to return to the clinic if symptoms w orsen or persist. On 07/27/2021, Tx: He is recommended to drink plenty of w ater, eat a balanced diet, and continue w ith the current medication. He w as referred to Dr. Ramiro on 08/11/2021. On 08/05/2021, Tx: He w as prescribed Cyclobenzaprine and refilled w ith Acetaminophen-codeine and Meloxicam. He is recommended to remain off w ork and return to the clinic in tw o w eeks. On 08/23/2021, Tx: He w as instructed to discontinue Mupirocin and continue w ith the current medication. He is advised to remain w ork off until further notice and complete an appointment w ith Dr. Pollard next w eek. He is recommended to call or return to the clinic if symptoms w orsen or persist.

06/28/2021 – White Hall Family Medicine – Progress Note – Roy Coleman, M.D: The claimant presents for a follow -up to the right foot and right-side hip pain. He reports his foot is healing, and he also stopped using Silvadene cream due to its adverse effect. He states that he tried steroids for hip pain but could not get any relief. Dx: The diagnosis w as right hip pain (M25.551), hypertension (I10), a seconddegree burn of the right foot (T25.221A), and bursitis of the right hip (M70.71). Tx: He is recommended to continue w ith the current medication and follow the diet instruction. He is advised to return to the clinic in one w eek.

07/08/2021 – FMLA Medication Certification – Mark Ramiro, M.D.: The claimant presents w ith severe persistent right hip pain. He is advised to take w ork off from 06/07/2021 - 09/08/2021. Tx: He is referred to physical therapy and prescribed over-the-counter medication.

07/08/2021 – Lincoln Financial Group – Attending Physician Statement – Mark Ramiro, M.D.: The claimant presents w ith severe right hip pain and bursitis pain. He is restricted from performing w ork, and activity includes standing and lifting. Dx: The diagnosis w as right hip pain, bursitis, and tendonitis. Tx: He is advised to take w ork off up to 09/08/2021 and w ork w ith physical therapy.

3

09/01/2021 – JMRC Ortho and Spine Clinic – Office Visit Report – Ashley Huber, M.D./Donna Freeman, LPN.: The claimant presents w ith right hip pain, severe right groin pain, and right lateral leg pain. He reports severe right leg w eakness, and he is extremely unsteady on his feet and has fallen multiple times. He reports he is on disability due to severe pain. He reports that he underw ent an x-ray of the lateral lumbar side, w hich show s normal lumbar vertebrae w ith disc height w ell-maintained. Dx: The diagnosis w as right hip pain (M25.551). Tx: He is recommended to complete an MRI study for the complete right pelvis and follow up after testing. He is advised to follow up w ith a primary care physician for the dietary consult.

09/02/2021 – Lincoln Financial Group – Attending Physician Statement – Mark Ramiro, M.D.: The claimant presents w ith right hip pain, tendonitis, and bursitis pain. He is restricted from performing w ork and activities, including standing and lifting. Dx: The diagnosis w as right hip pain, bursitis, and tendonitis. Tx: He is advised to return to w ork on 11/2021. He is prescribed Tylenol, Meloxicam, and Flexon and recommended to w ork w ith physical therapy.

10/25/2021 – Mainline Health Systems – Establish Care Visit – Kerry Pennington, M.D.: The claimant presents to establish care for chronic pain in the right hip. He reports that he lost his job. He also reports that he discontinued physical therapy because it's w orsening the symptoms. He states his PHQ-2 score w as zero. Dx: The diagnosis w as right hip pain (M25.551), benign essential hypertension (I10), chronic anxiety (F41.9), other chronic pain (G89.29), spondylosis of lumbar region w ithout myelopathy or radiculopathy (M47.816), and primary osteoarthritis of the right hip (M16.11). Tx: He is recommended to increase the dose of duloxetine and add ibuprofen and Tramadol HCL. He is advised to continue a low -salt diet and follow up in three months.

10/27/2021 – Appeal Letter.: The claimant w ants to appeal the decision regarding the MRI justification of the new primary care physician.

11/18/2021 – Mainline Health Systems – Work Status Report – Kerry Pennington, M.D.: The claimant is advised to remain off w ork due to severe hip pain.

03/08/2022 – Mainline Health Systems – Progress Note – Kerry Pennington, M.D.: The claimant presents for a follow -up chronic right hip pain, secondary to a labral tear, chronic low back pain, and chronic cervical spine pain, and to complete disability papers. He reports his neck and back discomfort is treated in the pain clinic by steroid injection. Dx: The diagnosis w as a tear in the right acetabular labrum (S73.191D), spondylosis of the lumbar region w ithout myelopathy or radiculopathy (M47.816), spondylosis of the cervical region w ithout myelopathy or radiculopathy (M47.812), and essential hypertension (I10). Tx: He is advised to continue to follow up w ith the pain clinic and orthopedics at UAMAS. He is instructed to continue w ith the current medication, refill amlodipine, duloxetine, and hydrochlorothiazide, and follow up in four months.

04/07/2022 – 08/16/2022 – Psychology Note – Scott Johnson, LCSW.: The claimant attained three sessions of therapy from 04/07/2022 - 08/26/2022. He presents w ith post-traumatic stress disorder, major depressive disorder, and generalized anxiety disorder. He is taking Cymbalta 90 mg and Wellbutrin. He reports his GAD-7 score w as 29, and his PHQ-2 total score w as 21. Dx: The diagnosis w as post-traumatic stress disorder (F43.10), recurrent major depressive disorder (F33.1), and generalized anxiety disorder

(F41.1). Tx: He is advised to follow up in three weeks.
06/22/2022 – Mainline Health systems – Correspondence – Scott Johnson, LCSW.: Dx: The diagnosis was post-traumatic stress disorder (F43.10), recurrent major depressive disorder (F33.1), and Generalized anxiety disorder (F41.1).
4
09/06/2022 – Mainline Health Systems – Work Status Report – Kerry Pennington, M.D.: The claimant is advised to remain out of work due to the chronic pain in his right hip and emotional issues.
Undated – Lincoln Financial Group – Long Term Disability Claim – Kerry Pennington, M.D.: The claimant presents with right hip pain. He is restricted from performing activities, including climbing, lifting, pushing, walking, and kneeling. He is advised to take work off from 06/17/2021. Dx: The diagnosis was other chronic pain (G89.29) and primary osteoarthritis of the right hip (M16.11). Tx: He is advised to follow up with the orthopedics at UAMAS.
Undated – Nursing Memorandum.: The claimant reports that he stopped working on 06/18/2021 due to right hip pain, tendinitis, and bursitis. He also reports an unremarkable right hip X-Ray on 06/07/2021. He reports Dr. Ramiro treated him for right hip pain, groin pain, and a burn to the bottom of his foot. He is recommended to perform home exercises and physical therapy.
Calls to Treating Providers:
Kerry Pennington, MD, Phone: 870-226-6754
11/30/2022, at 2:09 PM ET - Attempted to contact Dr. Kerry Pennington at 870-226-6754 to offer the opportunity to add additional claim information on behalf of Lincoln Financial and reached voicemail. A detailed reason for the call and contact information was provided.
12/1/2022, at 10:38 AM ET - Attempted to contact Dr. Kerry Pennington at 870-226-6754 to offer the opportunity to add additional claim information on behalf of Lincoln Financial and reached Amanda. She requested questions to be faxed to 870-226-7925.
Dr. Mark Ramiro, Phone: 870-247-9499
11/30/2022, at 2:17 PM ET - Attempted to contact Dr. Mark Ramiro at 870-247-9499 to offer the opportunity to add additional claim information on behalf of Lincoln Financial and reached Rita. She requested questions to be faxed to 870-247-5312.
Specific Responses:
1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).
The diagnosis was chronic pain (G89.29), right hip pain (M25.551), osteoarthritis of the right hip (M16.11), and labral tear (S73.191D).
2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10Codes(s). Codes are only needed on up to the first 3 diagnoses.
Comorbid diagnoses include benign essential hypertension (I10), chronic anxiety (F41.9), spondylosis of lumbar region without myelopathy or radiculopathy (M47.816)
3. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
The medical management of medications, and referral to orthopedics at UAMAS is both clinically reasonable and consistent with the apparent level of severity for the reported condition.
5
4. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
There were no notable non-medical circumstances identified within the records that would adversely impact the claimant's ability to work.
5. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations?
The claimant is a 39-year-old male who works in general maintenance diagnosed with chronic pain, OA of the right hip and a labral tear. From 06/21 through 08/21 he treated with his PCP six times for the pain and was prescribed Silvadine, Cyclobenzaprine, Acetaminophen-codeine and Meloxicam. On 07/08/21 off work status was recommended from 06/07/21 to 09/08/21. 09/02/21 states off work status was extended to 11/21. On 11/08/21 an MRI of the right hip was performed showing an anterior superior labrum tear and the claimant was advised to remain off work. In 03/2022 the claimant presented for a follow-up. He was treating spinal pain with pain management and was referred to an orthopedic at UAMAS. In 09/22 the claimant was instructed to continue to remain off work and follow up with orthopedics at UAMAS.
a. Based on the medical documentation provided any abnormal clinical exam findings, diagnostics would the claimant be precluded from frequently sitting with reasonable sit to stand, or repositioning as needed and frequently finger, handle, grasp, lift 10 lbs. occasionally from 6/17/21 - 12/27/21?

When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 06/17/21 to 12/27/21 as follows:
OVN dated 09/01/21 states the claimant suffered severe right leg weakness with unsteadiness on his feet and frequent falls.
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Never
-Pulling: Never
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
Finger: Constant, bilateral
Handle: Constant, bilateral
Grasp: Constant, bilateral
b. Then for time period from 12/27/21 and beyond please comment on any medically reasonable supported restrictions and limitations and indicate duration for restrictions and limitations to be enforced or if permanent?
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follows:
6
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
There are no medical records to support significant upper extremity restrictions.
Reaching-
-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below waist level: Occasional, bilateral
There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral
There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional with use of handrails.
Balancing: Never
Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Crawling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Lower extremities for foot controls- Occasional, bilateral
This reviewer's assessment of the above medically supported restrictions and limitations are that they are likely permanent as of from 12/27/21 and beyond as follows.
c. When is appropriate time to follow up with providers, who should record, and updated R/Ls be obtained from for ongoing case management of the file?
A follow-up within 6 months from the date of this review would be appropriate.
I hereby attest, as the reviewer of this request, I have personally reviewed all documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant

experience and/or know ledge to render a determination for this case. To the best of my know ledge, I have not been involved w ith the specific episode of care prior to referral of this review . I have no relationship, affiliation or conflict of interest w ith the covered person or covered person's authorized representative
7
w hose treatment is the subject of this review . I have no material professional, familial or financial conflict of interest w ith the referring entity, the insurance issuer or group health plan that is the subject of this review , any officer director, or management employee of the insurance issuer that is the subject of this review , any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest w ith the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review , the facility at w hich the recommended health care service or treatment w ould be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person w hose treatment is the subject of this review , nor incentive to promote the use of any services w hich may be associated w ith the claim that is the subject of this review . As an independent review er, I have not and w ill not accept compensation for this or any other independent review activities that is dependent in any w ay on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.
Sincerely,
Eric Finkelstein, MD
Physical Medicine and Rehabilitation
PA: MD 427317 MD D0081417 - SHUBR9 - Dec 12, 2022 08:22:20 am

12/12/2022 8:53:12 AM Referrals 3 TSA Initial SHUBR9

Adam Bobb
Claim #: 1220054596
Gainful: N/A
Benefit Amount: N/A

R & L's from Peer Review

Peer 12/7/22 Eric Finkelstein, MD
Physical Medicine and Rehabilitation
Based on the medical documentation provided any abnormal clinical exam findings, diagnostics w ould the claimant be precluded from frequently sitting w ith reasonable sit to stand, or repositioning as needed and frequently finger, handle, grasp, lift 10 lbs. occasionally from 6/17/21 - 12/27/21?
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 06/17/21 to 12/27/21 as follow s:
OVN dated 09/01/21 states the claimant suffered severe right leg w eakness w ith unsteadiness on his feet and frequent falls.
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Never
-Pulling: Never
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
Finger: Constant, bilateral
Handle: Constant, bilateral
Grasp: Constant, bilateral

AWD - 11/4/21- Job Description on file
AWD - 7/26/22- Rehab Survey

12th grade education

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

No college or technical training

Work History: Maintenance 2014 - 2021- Job duties - lift, w alk, bend, run, climb, stoop

EE w as also a mechanic - no time frame listed - w ork duties - w orked on fleet vehicles, long periods of stooping & bending over.

HVAC- no time frame given - maintain heating & air

Correctional Officer 200- 2002- Security

Question:
Are there any transferrable occupations w ithing the limits of the R & L's provided in the Peer review ?
- SHUBR9 - Dec 12, 2022 08:53:26 am

VRC Response:
Additional information needed prior to the completion of this analysis:
1. The insured's job description and rehabilitation survey do not indicate job duties. Please gather and provide additional information related to the job duties of the insured.
2. The insured's rehabilitation survey indicated w ork as an HVAC/maintenance w orker and as a mechanic but did not include dates. Please gather information related to the length of time the insured w orked in these positions.
Jennifer Belew , MS, CRC
Vocational Rehabilitation Consultant - JEXBE7 - Dec 15, 2022 11:59:13 am

12/20/22- CE made call to EE to obtain additional information needed for TSA. Not sble to reach EE. 1/9/23- Emailed questions to EE. Aw aiting response to return for completion of TSA. - SHUBR9 - Jan 06, 2023 06:02:32 am

| 12/14/2022 | Referrals | 2 | Ongoing Claim Review | Completed | SHUBR9 |
|---|---|---|---|---|---|

Please refer for Peer Review based on on previous LW request for FCR.

Due to medical inconsistencies, this w ill need a direct to peer review w ith orthopedics once updated medical records received per prior CR 4/1/22.

Return to praw a5 for peer review for both LW perspective 6/17/21-12/17/21 and beyond 12/17/21 (current LTD claim)

Claimant Name: Adam Bobb
Claim Number: 1220054596
Occupation/Level: maintenance heavy occ
Diagnosis: Right hip pain
DLW: 06/17/2021
Specific Medical Question:

Does the medical information support the inability to frequently sit, lift up to 10lbs, finger and handle EP 06/17/2021-12/17/2021 and beyond 12/17/2021

*** Update) Records w ere received from Dr. Kerry Pennington dated 10/25/21 to 03/08/22 in AWD dated 9/30/2022

Rec'd records from Scott Johnson, LCSW dated 4/07/22 to 8/16/22

Records from Dr. Law rence K. O'Malley, Orthopedic Surgeon & Dr. John Brow n, Arkansas Spine and Pain w ere not received.

Question:
Based on the medical documentation provided, w ould EE be precluded from occasionally sit, finger, handle, grasp, lift 10 lbs from 6/17/21 - 12/27/21? - SHUBR9 - Nov 16, 2022 10:13:05 am
Referral Date: 11/16/22

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Claims Specialist Name: (First/Last) Sharee Bryson
Phone Number: 800-423-2765 x 6854
Email Address: Sharee.Bryson@lfg.com

Submitter's Name (First/Last): Patti Wagoner
Phone Number: 402-361-7484
Email Address: patricia.w agoner@lfg.com

Is this referral COVID related? (No)

Referral Type: Standard file review
Claimant Name (First/Last): Adam Bobb
Claim Number: 1220054596 (LW) and
"Include any additional claim #'s involved: LTD 1220024325, 1210071975
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Trinity Village INC
Job Title: Maintenance w orker
Product Type: LW/LTD

Diagnosis: Chronic pain, osteoarthritis right hip, labral tear
Date of Disability: 6/17/21
Last Day Worked: 6/17/21
Benefit Begin Date: 6/17/21 for LW, 12/15/21 for LTD
Specialty Requested: PM&R

Name and Specialty of prior external vendor review ers/ examiners: Dr. Cirincione consult only
Attorney Involvement: Yes
Marcus Vaden Law Phone 501-329-8723

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
"TMP w ith APS
"Dr. Mark Ramiro Family Practice Phone 870-247-9499 Fax 870-247-5312
"Kerry Pennington MD Family Medicine Phone 870-226-6754 Fax 870-226-7925
Additional Questions

1.Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations?
a.Based on the medical documentation provided any abnormal clinical exam findings, diagnostics w ould the EE be precluded from frequently sitting w ith reasonable sit to stand, or repositioning as needed and frequently finger, handle, grasp, lift 10 lbs occasionally from 6/17/21 - 12/27/21?
b.Then for time period from 12/27/21 and beyond please comment on any medically reasonable supported R&Ls and indicate duration for R&L to be enforced or if permanent?
c.When is appropriate time to follow up w ith providers, w ho should records and updated R/Ls be obtained from

**Chronological Activity List**

for ongoing case management of the file? - PRAWA5 - Nov 16, 2022 05:04:32 pm
Final report received back from ECN - sent to Disability Claims to be uploaded into AWD - ADYOUNG - Dec 09, 2022 03:53:04 pm
Case Submitted to CRT case #144256 for a peer review w ith an PMR physician. - KAONE5 - Nov 17, 2022 09:04:50 am
CRT / ICP is unable to process - asked that w e Vend this out on 11/18 File w as submitted to ECN # 224569 for peer review w ith PMR physician - KAONE5 - Nov 18, 2022 03:12:32 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/20/2022 | Documents/Mail | 17 | Email | Completed | SHUBR9 |

From: Bryson, Sharee
Sent: Tuesday, December 20, 2022 9:04 AM
To:
Subject: "Secure" Claim 1220054596

Hello Adam,

I am the claim specialist for your Extension of Death Claim. That is the claim that allow ed you to keep the life insurance w ith Trinity Village at no cost to you , w hile you are out of w ork. We are in need of a status update, below are a list of questions w e need answ ered.

Do you:
Drive:
Chores:
Require an Assistive Device for ambulating:
Lift a gallon of milk:
Hobbies:
Typical Day:
Return to w ork plans (if none, barriers for returning to w ork in any occupation):

Last office visit w ith ortho doctor:

The rehabilitation survey indicated w ork as an HVAC/maintenance w orker and as a mechanic but did not include dates. Please provide the length of time w orked in these positions.

Thank you,
Sharee
- SHUBR9 - Dec 20, 2022 09:05:56 am

| | | | | | |
|---|---|---|---|---|---|
| 12/20/2022 | Telephone (OUT) | 6 | ADAM K. BOBB | Completed | SHUBR9 |

12/20- Called EE tw ice each time message stated call can not be completed as dialed please try your call again.

- SHUBR9 - Dec 20, 2022 08:58:12 am

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2023 | Documents/Mail | 18 | Email | Completed | SHUBR9 |

From: Bryson, Sharee
Sent: Friday, January 6, 2023 6:22 AM
To:
Subject: RE: "Secure" Claim 1220054596 2nd Attempt
Importance: High

Hello Adam,

This is our second attempt to reach you as w e need additional information form you regarding you Life Waiver Claim. Please answ er the follow ing questions below .

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Thank you,
Sharee

Sharee Bryson
Life Waiver Claims Examiner

Lincoln Financial Group
LincolnFinancial.com
800-423-2765 * 6854 Office

From: Bryson, Sharee
Sent: Tuesday, December 20, 2022 9:04 AM
To:
Subject: "Secure" Claim 1220054596

Hello Adam,

I am the claim specialist for your Extension of Death Claim. That is the claim that allow ed you to keep the life insurance w ith Trinity Village at no cost to you , w hile you are out of w ork. We are in need of a status update, below are a list of questions w e need answ ered.

Do you:
Drive:
Chores:
Require an Assistive Device for ambulating:
Lift a gallon of milk:
Hobbies:
Typical Day:
Return to w ork plans (if none, barriers for returning to w ork in any occupation)?

Last office visit w ith ortho doctor?
Next office visit w ith ortho doctor?

Your position at Trinity Village, w hat are your job duties?
The rehabilitation survey indicated w ork as an HVAC/maintenance w orker and as a mechanic but did not include dates. Please provide the length of time w orked in these positions.
This information is needed to proceed w ith the review of your Life Waiver claim.

Thank you,
Sharee

- SHUBR9 - Jan 06, 2023 06:23:26 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2023 | Referrals | 3 | TSA | Completed | SHUBR9 |

Adam Bobb
Claim #: 1220054596
Gainful: N/A
Benefit Amount: N/A

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

R & L's from Peer Review

Peer 12/7/22 Eric Finkelstein, MD
Physical Medicine and Rehabilitation
Based on the medical documentation provided any abnormal clinical exam findings, diagnostics w ould the claimant be precluded from frequently sitting w ith reasonable sit to stand, or repositioning as needed and frequently finger, handle, grasp, lift 10 lbs. occasionally from 6/17/21 - 12/27/21?
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 06/17/21 to 12/27/21 as follow s:
OVN dated 09/01/21 states the claimant suffered severe right leg w eakness w ith unsteadiness on his feet and frequent falls.
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Never
-Pulling: Never
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
Finger: Constant, bilateral
Handle: Constant, bilateral
Grasp: Constant, bilateral

AWD - 11/4/21- Job Description on file
AWD - 7/26/22- Rehab Survey

12th grade education
No college or technical training

Work History: Maintenance 2014 - 2021- Job duties - lift, w alk, bend, run, climb, stoop

EE w as also a mechanic - no time frame listed - w ork duties - w orked on fleet vehicles, long periods of stooping & bending over.

HVAC- no time frame given - maintain heating & air

Correctional Officer 200- 2002- Security

Question:
Are there any transferrable occupations w ithing the limits of the R & L's provided in the Peer review ?
- SHUBR9 - Dec 12, 2022 08:53:26 am

VRC Response:
Additional information needed prior to the completion of this analysis:
1. The insured's job description and rehabilitation survey do not indicate job duties. Please gather and provide additional information related to the job duties of the insured.
2. The insured's rehabilitation survey indicated w ork as an HVAC/maintenance w orker and as a mechanic but did not include dates. Please gather information related to the length of time the insured w orked in these positions.
Jennifer Belew , MS, CRC
Vocational Rehabilitation Consultant - JEXBE7 - Dec 15, 2022 11:59:13 am

12/20/22- CE made call to EE to obtain additional information needed for TSA. Not sble to reach EE. 1/9/23- Emailed questions to EE. Aw aiting response to return for completion of TSA. - SHUBR9 - Jan 06, 2023 06:02:32 am

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2023 | Summary/Assessment/Path | 1 | VLI INITIAL - EMWWI1 - Jun 24, 2022 04:45:34 pm | Completed | SHUBR9 |

Summary Notes
VLI INITIAL - EMWWI1 - Jun 24, 2022 04:45:34 pm
Assessment Notes

Path Notes
SUMMARY: Clmnt is a 38 YOM DLW 6/17/2021 Occ: maintenance Dx right hip pain

ASSESSMENT: Grp is LB NA w ith an effective date of 1/1/2015 for VLI. Must be TD prior to age 60, 6-month elim and terms at SSNRA. Standard policy w ording.

Per Ardis Member Record EE terminated
¢Occ Maintenance 40HR BAE $33,612.80
¢DOH 8/14/2014
¢VLI $100K EFF 1/1/2016-10/04/2021 Class 1 All FTE Salaried
¢VSLI $20K EFF 1/1/2019-10/04/2021 Class 1 All FTE Salaried

VLI All FTE Any $10K increments Max 5x BAE. Min of $10k and max of $500k
>Spouse Life may elect any $5K increments max 50% of Life max $250K
>OE 11/1-12/31 EFF 1/1
>GI $100K
>Spouse GI $25K
>EOI req'd for any benefit option increase or new election during OE exceeding more than 2 increments
>VLI EE benefit only

Aw d 7/19/2021 ER FORM
¢Dare insued 1/1/2021
¢DOH 8/14/2014
¢BAE 697.60 Gross
¢Occ: maintenance 40HR

Email from ER 3/14/2022
>separation date 10/04/2021
>last day w orked w as 06/17/2021

MEDICAL:

OVNs w ith Dr. Mark Ramiro, MD (family practice) 6/7/21-6/28/21 show s EE w as f/u for right hip pain and reported burn on right foot. The burn healed and hip pain continued. Right hip x-ray 6/7/21 w as unremarkable. MRI of the hip w as denied by insurance. Exams show ed limited hip ROM and tenderness. Gentle exercises w ere advised.

OV 7/8/21-8/23/21 show s EE started PT but reported pain w orsened w ith therapy and therapist noted possible labral tear in hip. Exams show ed limited ROM of right hip, and limping gait. Pain medication w as prescribed. EE w as pending appt. w ith Dr. Pollard and MRI of hip w as reordered. EE reported hip w as catching and popping as w ell. EE w as to remain off w ork. EE reported having appt. w ith specialist on 9/1/21.

AWD 7/19/2021 APS Dr. Mark Ramiro 7/8/2021 Dx right hip pain
RTW part-time 8/8/2021 and FT 9/08/2021 Tx Physical therapy RLS avoid prolonged standing, lifting, and w alking. Restricted range of motion to right hip.

AWD 8/27/2021 FMLA 7/8/2021 Dr. Mark Ramiro Documented complaints of severe right pain. Treatment medication, physical therapy. and w orkups. Incapacity 06/07/2021-09/08/2021.

OV 9/1/21 w ith April McGhee, APRN (orthopedics) show s EE w as seen for right hip pain w ith severe right groin pain and right lateral leg pain w ith perceived w eakness and unsteady w ith multiple falls. Past medical hx includes high blood pressure and stroke. The exam show ed EE w as in obvious pain, pain w ith right hip internal and external rotation, positive straight leg raise on right, 5/5 strength, intact sensation. The provider noted the EE rises slow ly

from exam table and w alks w ith antalgic gait to right. Lumbar x-ray show ed w ell maintained disc height. Pelvis x-ray show ed no acute fracture w ith w ell-maintained hip joint w ith normal alignment. MRI of the pelvic right w as ordered w ith plan to f/u after. Dx of lumbago (low back pain) and right hip pain w as given.

09/02/2021 Updated APS from Dr. Mark Ramiro, MD (PCP) provides R&Ls of no prolonged standing/w alking, climbing, bending, squatting; ERTW 11/2021. Per phone notes 9/21/21 MRI has not been done as it has been denied by insurance multiple times.

LTD 10/05/2021 PATH CLAIM EX IS NOT SUPPORTIVE. The medical evidence provided does not support ongoing R&Ls beyond 9/3/21 as no significant lumbar or hip pathology has been identified and the orthopedic exam show ed full strength of low er extremities w ith no specific ROM limitations beyond pain w ith rotation, no unsteadiness or use of assistive device or imbalance w as noted, and sensation of the low er extremities w as normal. MRI remains pending and no future orthopedic evaluation or treatment being planned until MRI has been completed. Did complete phone consult w ith Dr. Cirincione to discuss file and findings. DENIAL LETTER WILL BE PROCESS WITH APPEAL RIGHT TO SEND OUT - RXJOHNS - Oct 05, 2021 10:03:38 am

11/08/2021: MRI of right hip; tear of the right anterior superior labrum betw een 2-3 positions

Rec'd letter dated 11/18/2021 from Dr. Kerry Pennington; EE has severe hip pain for one year that doesn't allow him to w ork. his recent MRI show ed a labral tear. he should receive disability and this has until this has been repaired.

Appeal 1 Not TD ow n Occ
In summary, you have show n the ability to w ork w ith the same symptoms for quite some time prior to your date of disability and the medical records do not support ongoing restrictions and limitations that w ould prevent you from performing the main duties of your ow n occupation and does not support a Total Disability beyond 9/3/2021.

Appeal 2 6/15/2022
Backing out appeal as claim w as paid to max. There is no adverse decision to appeal. CE to contact atty. w ith approval information and complete claim.

Rec'd office records from Dr. Kerry Pennington 10/25/21 - 3/08/22
*38 year old male seen as a new patient to establish care due to hiv screening. He has chronic pain in the right hip. He lost his job and has no insurance. He has been follow ed by Dr. Pollard for the hip pain and needs MRI. He has history of HTN and anxiety. He has arthritis in hip and lumbar spine. He has a torn labrum per Dr. Pollard. He w ent to PT for his right hip but it made it w orse. Increase Duloxetine for chronic anxiety; add Ibuprofen 600 3 times a day and tramadol 50 every 6 hrs for right hip pain andspondylosis of lumbar region, OA right hip.
3/08/22: EE seen for consulaton to fill out paperw ork for STD. due for HIV agrice. MRI right hip on 11/08/21; tear of the right anterior superior labrum

Rec'd letter from the Attorney dated 4/12/2022
EE did have a follow up w ith Dr. Kerry Pennington after October 25, 2021.
EE has seen other providers after 11/8/2021. They are as follow s:
** Dr. Law rence K. O¡¦Malley, Orthopedic Surgeon, UAMS;
** Dr. John Brow n, Arkansas Spine and Pain in Jacksonville, Arkansas;
** Scott Allison Johnson, PLMSW, Mainline Health, Warren, Arkansas.
Also, in review ing the letter you sent to Mr. Bobb dated March 14, 2022, he is in the process of applying for Social Security. As to the records, w e request an extension of time until June 1, 2022 to provide you w ith these records.

Clinical Conclusion:
Available medical provided for review is supportive of the opinion provided by Dr. Pennington: EE should not return to w ork until his labral tear is repaired. Per recent note from Dr. Pennington 3/8/22 EE is seeing an ortho w ith plans for surgery in the future. EE also continues to treat w ith pain management for his neck and back. Recommend: Request from Drs Pennington, Orthopedic and Pain Management updated medical - request should include asking for visit notes, imaging, labs, ancillary services , referrals for consultations and updated restrictions and limitations. Reassess in three months from the last visit 3/8/2022 - request clinical assistance as needed. - AJHICKS - Apr 04, 2022 04:31:10 pm

PATH LW sending claim for FCR TDAO EP 06/17/2021-12/17/2021
- EMWWI1 - Jun 24, 2022 04:45:34 pm

**Chronological Activity List**

Path Per TC updated medical records needed and then w ill send back for peer review Return to praw a5 for peer review for both LW perspective 6/17/21-12/17/21 and beyond 12/17/21 (current LTD claim). Coordinating w ith LTD setting 30 day FU
- EMWWI1 - Jun 30, 2022 02:15:42 pm

PATH First pend letter never w ent out error on CE
no change in direction Per TC updated medical records needed and then w ill send back for peer review Return for peer review LW perspective 6/17/21-12/17/21 and beyond
105 date 09/29/2022 - EMWWI1 - Aug 19, 2022 10:30:21 am

AWD DTD 9/6/2022 Letter from Dr. Pennington
Dr. Pennington noted he is the claimant's family physician. He has chronic pain in his right hip due to OA & lumbar radiculopathy. He also suffers from significant emotional issues. TMP feels claimant can't RTW due to both physical and emotional issues. Please consider this in your evaluation and contact me w ith any questions.

PATH no change in direction Per TC updated medical records needed and then w ill send back for peer review Return for peer review LW perspective 6/17/21-12/17/21 and beyond 105 date 09/29/2022
- EMWWI1 - Sep 14, 2022 11:14:37 am

UPDATED ASSESSMENT:

AWD - 7/26/22- Letter from Scott Allison
Stating - EE evaluated for PTSD, GAD & MDD contact him w ith any questions

AWD - 9/6/22 - Letter from Dr. Pennington dated 9/6/22
Dr. Pennington noted he is the claimant's family physician. He has chronic pain in his right hip due to arthritis & lumbar radiculopathy. He also suffers from significant emotional issues. TMP feels claimant can't RTW due to both physical and emotional issues. Please consider this in your evaluation and contact me w ith any questions.

9/8/22- Call made to provider office left vm for Deborah in med recs advising w e received invoice of $21 for med recs & PSI. WHich w as paid 8/31/22. PSI form w as returned blank & no med recs w ere received. Advised med recs are needed for a disability claim. Provided my call back #. Provided EE's name & dob.

PATH:
105th day is 9/29/22- Aw aiting call from med rec dept at Mainline Health to determine if the med recs w ill be sent. Based on response w ill consult w ith manager on direction. - SHUBR9 - Sep 28, 2022 08:55:47 am

Updated Assessment:
9/28/22 - Received return call from Deborah asking if w e received med recs? Advised no.

She advised the med recs w ere dow nloaded on 8/31/22 - to Jill Felten after pymnt w as received. Advised w e do not have recs on file.
Deborah also stated she w ill resend the PSI form to Scott Alison to complete as it does not appear the first request w as sent to her.

Deborah asked for the spelling of my name as she w ill have the request sent to my attention. We w ent over the fax #'s to ensure med recs & forms w ill be sent to the correct fax #. Advised Deborah the recs can be faxed to 877-843-3950 or the fax # listed on the med rec request.

Deborah stated ok & call ended.

Spoke w ith Manager- advised med recs w ere sent & not received, med recs w ill be resent, based on the LW FCR - Additional med recs needed to make a decision & a peer is needed to medical discrepancies.

PATH:
Approve on ROR - w ill allow 30 days for med recs to be received. If not reeived w ill deny for insufficient medical on file.
- SHUBR9 - Sep 28, 2022 10:11:55 am

OPEN SAP w illbe created once it is determined if EE is supported for WOP benefit, due to ROR approval. - SHUBR9 - Sep 28, 2022 10:23:34 am

Updated Assessment:

AWD dated 9/30/2022 - Rec'd records from Dr. Kerry Pennington dated 10/25/21 & 3/08/22 and Scott A. Johnson, LCSW dated 4/07/22 to 8/16/22.

Med recs from Scott Johnson, LCSW dated 4/07/22 to 8/16/22
** 4/07/22- done Maintenance and mechanic w ork but lost his job because he tore his labrum in hip could not do the maintenance w ork anymore. EE w as seen w ith depression, PTSD and GAD.

6/22/22 - recently arrested and have legal conflicts w ith increased anxiety.

8/16/22 - seen for behavior health follow up you still have symptoms of anxiety and negative cognitive.

Med recs Dr. Kerry Pennington- 10/25/21 - 3/8/22

** 10/25/21: patient w ants to establish care and doing for his HIV screening.
** 3/08/22: patient needs paperw ork completed for disability.

PLAN:
LW coordinating w ith LTD as med records are still needed from Dr. Law rence K. O'Malley, Orthopedic Surgeon, and Dr. John Brow n, Arkansas Spine and Pain. LTD sent e mail to Attorney 10/6/22.
- SHUBR9 - Oct 13, 2022 07:40:28 am

Updated Aeessement:
Rec'd records from Scott Johnson, LCSW dated 4/07/22 to 8/16/22
** 4/07/22: 38 year old male married w ith tw o children. He's done Maintenance and mechanic w ork but lost his job because he tore his labriam in his hip and could not do the maintenance w ork anymore. EE w as seen w ith depression, PTSD and GAD.
** 6/22/22: patient recently arrests and have legal conflicts w ith increased anxiety.
** 8/16/22 EE seen for behavior health follow up you still have symptoms of anxiety and negative cognitive.

PLAN:
LW w ill continue to coordinate w ith LTD for Med records are still needed from Dr. Law rence K. O'Malley, Orthopedic Surgeon & Dr. John Brow n, Arkansas Spine and Pain.

If med recs not received w ill send for FCR for LW elim period as claim w as approved on ROR - SHUBR9 - Oct 28, 2022 10:08:18 am

UPDATED ASSESSMENT:
Records from Dr. Law rence K. O'Malley, Orthopedic Surgeon & Dr. John Brow n, Arkansas Spine and Pain w ere not received.

PATH:
LW previously submitted a request for FCR. Received a response advising Due to medical inconsistencies, this w ill need a direct to peer review w ith orthopedics once updated medical records received per prior CR 4/1/22.

LW submitted for PEER review as med recs w ere received from Dr. Kerry Pennington dated 10/25/21 to 03/08/22 in

AWD dated 9/30/2022

Rec'd records from Scott Johnson, LCSW dated 4/07/22 to 8/16/22 although some of the recs are past LW 6 month elim.

- SHUBR9 - Nov 16, 2022 10:08:18 am

UPDATED ASSESSMENT:

AWD - 11/4/21- Job Description on file
AWD - 7/26/22- Rehab Survey

12th grade education
No college or technical training

Work History: Maintenance 2014 - 2021- Job duties - lift, w alk, bend, run, climb, stoop

EE w as also a mechanic - no time frame listed - w ork duties - w orked on fleet vehicles, long periods of stooping & bending over.

HVAC- no time frame given - maintain heating & air

Correctional Officer 200- 2002- Security

Adam Bobb-
Age 37, dx right hip pain, occupation maintenance

Peer 12/7/22 Eric Finkelstein, MD
Physical Medicine and Rehabilitation
Based on the medical documentation provided any abnormal clinical exam findings, diagnostics w ould the claimant be precluded from frequently sitting w ith reasonable sit to stand, or repositioning as needed and frequently finger, handle, grasp, lift 10 lbs. occasionally from 6/17/21 - 12/27/21?
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 06/17/21 to 12/27/21 as follow s:
OVN dated 09/01/21 states the claimant suffered severe right leg w eakness w ith unsteadiness on his feet and frequent falls.
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Never
-Pulling: Never
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
Finger: Constant, bilateral
Handle: Constant, bilateral
Grasp: Constant, bilateral
b. Then for time period from 12/27/21 and beyond please comment on any medically reasonable supported restrictions and limitations and indicate duration for restrictions and limitations to be enforced or if permanent?
When taking into consideration the entire clinical picture, including the standard of care and evidence-based medicine and any medication or other treatment side effects, the supported level of impairment translates into restrictions and limitations from 12/27/21 and beyond as follow s:
6
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing: Occasional, as tolerated, up to a total of 2 hours/day
Walking: Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.

Bilateral Upper Extremities-
-Lifting: Occasional, up to 10lbs., utilizing both upper extremities together
-Pushing: Occasional, up to 10lbs., utilizing both upper extremities together
-Pulling: Occasional, up to 10lbs., utilizing both upper extremities together
-Carrying: Occasional, up to 10lbs., utilizing both upper extremities together
There are no medical records to support significant upper extremity restrictions.
Reaching-
-Over shoulder level: Frequent, bilateral
-To desk level: Frequent, bilateral
-Below w aist level: Occasional, bilateral
There is no documentation to suggest upper extremity motor deficits/pain/paresthesia's.
Bilateral Upper Extremities-
-Fine manipulation: Constant, bilateral
-Simple grasping: Constant, bilateral
-Firm Grasping: Constant, bilateral
There is ongoing right hip pain from anterior labral tear.
Climbing stairs: Occasional w ith use of handrails.
Balancing: Never
Stooping: Never
Bending: Never
Kneeling: Never
Crouching: Never
Craw ling: Never
Ladder climbing: Never
Working at unprotected heights: Never
Low er extremities for foot controls- Occasional, bilateral
This review er's assessment of the above medically supported restrictions and limitations
are that they are likely permanent as of from 12/27/21 and beyond as follow s.

PATH:
Sent for TSA based on education & R & L's on file.
- SHUBR9 - Dec 12, 2022 08:21:02 am

If there are no occupations found based on R & L's & w ork history w ill send Approval letter as claim w as previusly approved on ROR. - SHUBR9 - Dec 12, 2022 08:51:40 am

UPDATED ASSESSMENT:

VRC Response:
Additional information needed prior to the completion of this analysis:
1. The insured's job description and rehabilitation survey do not indicate job duties. Please gather and provide additional information related to the job duties of the insured.**** Located in AWD - 11/4/21 on the STD claim***

2. The insured's rehabilitation survey indicated w ork as an HVAC/maintenance w orker and as a mechanic but did not include dates. Please gather information related to the length of time the insured w orked in these positions.

PATH:
E mail sent to EE asking for status update as additional information is needed in order for the TSA to be completed.

Drive:
Chores:
Assistive Device needed for ambulating:
Lift a gallon of milk:
Hobbies:
Typical Day:
Return to w ork plans (if none, barriers for returning to w ork in any occupation):

Last office visit w ith ortho doctor:

The rehabilitation survey indicated w ork as an HVAC/maintenance w orker and as a mechanic but did not include dates. Please provide the length of time w orked in these positions.

Contacted EE & not attorney as the attorney on file is for social security.

12/20- Called EE tw ice each time message stated call can not be completed as dialed please try your call again.

- SHUBR9 - Dec 20, 2022 08:57:51 am

Once EE returns response w ill return for completion of TSA. - SHUBR9 - Dec 20, 2022 09:04:05 am

UPDATED ASSESSMENT:

No response received from EE regarding e-mail sent to him 12/20/22.
2nd - E mail sent to EE 1/9/23- as additional information is needed in order to complete the TSA.

PATH:
If no respone w ill reach out to TSA review er for next steps. - SHUBR9 - Jan 06, 2023 06:22:29 am

Updated Assessment:

Claim originally approved on ROR. 37 yom, Maintenance w orker, dx of right hip pain.
Once approved on ROR - peer w as completed TSA w arranted.
TSA requested- additional information is needed. Multiple attempts w ere made to obtain the required information from EE via E mail 12/20/22 & 1/6/23, as w ell a phone calls made to EE. No response has been received

1/11/23- Call made to EE not able to reach EE - message stated call cannot be completed as dialed please try your call again.

PATH:
Deny NTDAO -
Deny based on R & L's given in Peer - R & L's are from 12/2021 onw ard.
Sitting: Constant, as tolerated, up to a total of 8 hours/day
Standing & Walk Occasional, as tolerated, up to a total of 2 hours/day
There are no significant upper extremity complaints.
Bilateral Upper Extremities-
Lift, push, pull, carry - Occasional, up to 10lbs., utilizing both upper extremities together

EE not precluded from sitting 8hours a day w /position changes as needed. Occasionally lift, push, pull 10lbs, stand & w alk as tolerated.

If information is received regarding TSA at a later date can review at that time.
- SHUBR9 - Jan 11, 2023 07:57:36 am

Although claim says Attorney involvment. LW made call out to Attorney & no response w as ever received (regarding representing EE for LW) info w ent directly to EE. - SHUBR9 - Jan 11, 2023 07:59:55 am

Correction Approved on a defined w aiver from DLW to 12/2021 - SHUBR9 - Jan 11, 2023 08:30:57 am

| | | | | | |
|---|---|---|---|---|---|
| 1/11/2023 | Documents/Mail | 19 | Waiver Term Not TD_Group | Completed | SHUBR9 |
| | Waiver Term Not TD_Group | | | | |
| 1/11/2023 | Documents/Mail | 21 | Waiver Defined Approval Claimant | Completed | SHUBR9 |
| | Waiver Defined Approval ClaimantAttachments:Translation services | | | | |
| 1/11/2023 | Documents/Mail | 20 | Waiver Term Not TD Claimant | Completed | SHUBR9 |
| | Record w as canceled. Completed to remove from case diary. Date: 12-JAN-23<br>Waiver Term Not TD ClaimantAttachments:Translation services | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2023 | Claim Tasks | 12 | Terminate Claim / Coverage | Completed | SHUBR9 |

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:06 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2023 | Claim Tasks | 8 | Update Claim Information | Completed | SHUBR9 |

First pend letter nv w ent out sending 8/19/2022
30 day 9/18 (sat) moving to 9/16
45 day 10/3

105 date 09/29/2022 - EMWWI1 - Aug 19, 2022 10:26:57 am
************************************

First pend letter nv w ent out on 8/10 CE Error how ever 45-ERISA letter w as sent
45 day Final Pend goes out 9/26/2022

105 date 09/29/2022 - EMWWI1 - Aug 19, 2022 10:26:57 am - EMWWI1 - Aug 19, 2022 11:09:04 am

Will call provider office to ask if the provider completes PSI forms as the form w as returned blank & also inquire about med recs as no recs w ere received. Will determine direction after call w ith provider office. - SHUBR9 - Sep 28, 2022 07:53:31 am

Approve on ROR - w ill allow 30 days for med recs to be received. If not reeived w ill deny for insufficient medical on file.
- SHUBR9 - Sep 28, 2022 10:12:28 am

LW w ill continue to coordinate w ith LTD for Med records are still needed from Dr. Law rence K. O'Malley, Orthopedic Surgeon & Dr. John Brow n, Arkansas Spine and Pain.
If med recs not received w ill send for FCR for LW elim period as claim w as approved on ROR - SHUBR9 - Oct 28, 2022 10:08:48 am

LW submitted for PEER review - SHUBR9 - Nov 16, 2022 10:08:49 am

Peer completed sent for TSA. - SHUBR9 - Dec 12, 2022 08:52:18 am

TSA - requires additional information. E mail sent to EE for additional information. Once EE returns response w ill return for completion of TSA. - SHUBR9 - Dec 20, 2022 09:05:09 am

2nd - E mail sent to EE 1/9/23- as additional information is needed in order to complete the TSA. If no respone w ill reach out to TSA review er for next steps. - SHUBR9 - Jan 06, 2023 06:06:13 am

Item Closed w ith Claim by System - SHUBR9 - Jan 11, 2023 08:33:02 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2023 | Telephone (IN) | 7 | ADAM K. BOBB | Completed | SHUBR9 |

1/11/23- Call made to EE not able to reach EE - message stated call cannot be completed as dialed please try your call again.
- SHUBR9 - Jan 11, 2023 07:58:21 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2023 8:32:47 AM | Status | | Not TD Any Occ | CLOSED | SHUBR9 |
| 1/18/2023 | Documents/Mail | 22 | Email | Completed | SHUBR9 |

From: Bryson, Sharee
Sent: Wednesday, January 18, 2023 2:31 PM
To: April Haynes <abogy@trinityretirement.com>
Cc: Vdunn <vdunn@trinityretirement.com>
Subject: RE: Lincoln Financial Group Information for Claim 1220054596 (SECURE)

Hello,

No further action is required. The letter is to advised of his denial status.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Thank you,
Sharee

Sharee Bryson
Life Waiver Claims Examiner

Lincoln Financial Group
LincolnFinancial.com
800-423-2765 * 6854 Office

From: April Haynes <abogy@trinityretirement.com>
Sent: Wednesday, January 18, 2023 1:40 PM
To: Bryson, Sharee <Sharee.Bryson@lfg.com>
Cc: Vdunn <vdunn@trinityretirement.com>
Subject: Fwd: Lincoln Financial Group Information for Claim 1220054596 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Ms. Bryson,
Ms. April Haynes is no longer employed by Trinity Village. We are monitoring her incoming emails until her replacement is hired. Is there any action that Trinity should take regarding the attached document or is it merely for Mr. Bobb's file? I have cc'd Valerie Dunn, Trinity's Executive Director in order to keep her in the loop.

Thank you,
Donna Stone
---
April Haynes
Business Office
Trinity Village, Inc.
(870) 879-3113 ext. 229

-------- Original Message --------
- SHUBR9 - Jan 18, 2023 02:32:13 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/10/2023 11:42:59 AM | Claim Tasks | 13 | Associated Claim Reopened | Requested | SHUBR9 |

Claim# 1220024325 has been reopened - RTAMO6 - Nov 10, 2023 11:43:00 am

LTD Any Occ decision is being appelaed. Does not impact closed LW claim at this time. - SHUBR9 - Nov 16, 2023 11:29:28 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/16/2023 | Claim Tasks | 13 | Associated Claim Reopened | Completed | SHUBR9 |

Claim# 1220024325 has been reopened - RTAMO6 - Nov 10, 2023 11:43:00 am

LTD Any Occ decision is being appelaed. Does not impact closed LW claim at this time. - SHUBR9 - Nov 16, 2023 11:29:28 am

See the Participation Agreement for plan details.

## LIMITATIONS AND EXCLUSIONS UNDER THE ARKANSAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT

Residents of this state who purchase life insurance, annuities or health and accident insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association"). The purpose of the Guaranty Association is to assure that policy and contract owners will be protected, within certain limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of policy owners who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by the member insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting insurance companies that are well managed and financially stable.

### DISCLAIMER

**The Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association") may not provide coverage for this policy, if coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in this state. You should not rely on coverage by the Guaranty Association in purchasing an insurance policy or contract.**

**Coverage is NOT provided for your policy or contract or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract.**

**Insurance companies or their agents are required by law to provide you with this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.**

**The Arkansas Life and Health Insurance Guaranty Association**
**c/o The Liquidation Division**
**1023 West Capitol**
**Little Rock, Arkansas 72201**

**Arkansas Insurance Department**
**1200 West Third Street**
**Little Rock, Arkansas 72201-1904**

The state law that provides for this safety-net is called the Arkansas Life and Health Insurance Guaranty Association Act ("Act"). Below is a brief summary of the Act's coverages, exclusions and limits. This summary does not cover all provisions of the Act; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

### COVERAGE

Generally, individuals will be protected by the Guaranty Association if they live in this state and hold a life, annuity or health insurance contract or policy, or if they are insured under a group insurance contract issued by a member insurer. The beneficiaries, payees or assignees of policy or contract owners are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons owning such policies are NOT protected by the Guaranty Association if:

- They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- The insurer was not authorized to do business in this State;
- Their policy or contract was issued by a nonprofit hospital or medical service organization, an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policy or contract owner is subject to future assessments, or by an insurance exchange.

The Guaranty Association also does NOT provide coverage for:

- Any policy or contract or portion thereof which is not guaranteed by the insurer or for which the owner has assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract;
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate yields that exceed an average rate;
- Dividends and, voting rights, and experience rating credits;
- Credits given in connection with the administration of a policy by a group contract holder;
- Employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- Unallocated annuity contracts (which give rights to group contractholders, not individuals);
- Unallocated annuity contracts issued to/in connection with benefit plans protected under Federal Pension Benefit Corporation ("FPBC") (whether the FPBC is yet liable or not);
- Portions of an unallocated annuity contract not owned by a benefit plan or a government lottery (unless the owner is a resident) or issued to a collective investment trust or similar pooled fund offered by a bank or other financial institution;
- Portions of a policy or contract to the extent assessments required by law for the Guaranty Association are preempted by State or Federal law;
- Obligations that do not arise under the policy or contract, including claims based on marketing materials or side letters, riders, or other documents which do not meet filing requirements, or claims for policy misrepresentations, or extra-contractual or penalty claims;
- Contractual agreements establishing the member insurer's obligations to provide book value accounting guarantees for defined contribution benefit plan participants (by reference to a portfolio of assets owned by a nonaffiliate benefit plan or its trustees).

## LIMITS ON AMOUNT OF COVERAGE

The Act also limits the amount the Guaranty Association is obligated to cover: The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Guaranty Association will pay a maximum of $300,000 in life and annuity benefits and $500,000 in health insurance benefits - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within these overall limits, the Association will not pay more than $300,000 in disability and long term care benefits, $500,000 in health insurance benefits, $300,000 in present value of annuity benefits, or $300,000 in life insurance death benefits or net cash surrender values - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages. There is a $1,000,000 limit with respect to any contract holder for unallocated annuity benefits, irrespective of the number of contracts held by the contract holder. These are limitations for which the Guaranty Association is obligated before taking into account either its subrogation and assignment rights or the extent to which those benefits could be provided out of the assets of the impaired or insolvent insurer.

## IMPORTANT INFORMATION REGARDING YOUR INSURANCE.

In the event you need to contact someone about this insurance for any reason, please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions, you may contact the insurance company issuing this insurance at the following address and telephone number: Group Insurance Service Office, 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066, (800) 423-2765.

If you have been unable to contact or obtain satisfaction from the company or agent, you may contact the state regulatory agency at Arkansas Insurance Department, 1200 West Third Street, Little Rock, Arkansas 72201-1904 or phone them at 1-800-852-5494 or 1-501-371-2640. Please have your policy number available.

The Lincoln National Life Insurance Company
A Stock Company Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office: 8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765 Online: www.LincolnFinancial.com

CERTIFIES THAT Group Policy No. GL 000400001000-19469 has been issued to

The Commerce Trust Company as Trustee for The Lincoln National Life Insurance Company Voluntary Insurance Trust

The issue date is January 1, 2015 for the Participating Employer.

Participating Employer: Trinity Village, Inc.

The insurance is effective only if the Employee is eligible for insurance and becomes and remains insured as provided in the Group Policy.

Certificate of Insurance for Class 1

You are entitled to the benefits described in this Certificate if you are eligible for insurance under the provisions of the Policy. This Certificate replaces any other certificates for the benefits described inside. As a Certificate of Insurance, it is not a contract of insurance; it only summarizes the provisions of the Policy and is subject to the Policy's terms.

**The Policy contains an Accelerated Death Benefit provision. Receipt of an Accelerated Death Benefit will reduce benefits specified in the Policy. Accelerated Death Benefits may be taxable. As with all tax matters, the Insured Person should consult a professional tax advisor before applying for this benefit. Please read the Limitations section of the Accelerated Death Benefit included in the Policy.**

Ellen Cooper
PRESIDENT

**CERTIFICATE OF GROUP LIFE INSURANCE**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**Trinity Village, Inc.**
**000400001000-19469**
**SCHEDULE OF INSURANCE**

**ELIGIBLE CLASS**

Class 1 All Full-Time Employees

The following chart applies to the Portability Privilege provision and to the Extension of Death Benefit provision when benefits end upon attainment of the Social Security Normal Retirement Age:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 and prior | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943 - 54 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and later | 67 |

Note: Persons born on January 1 of any year should refer to the Normal Retirement Age for the previous year.

Under the Portability Privilege provision, the word "retire" or "retirement" means your attainment of the Social Security Normal Retirement Age. The use of the word "retire" or "retirement" elsewhere in this Certificate means your retirement from employment with the Employer.

**OPEN ENROLLMENT PERIOD** means a designated timeframe for eligible employees to elect coverage who did not enroll during their initial eligibility period or for employees with existing coverage under the Policy to elect additional benefit amounts. Evidence of insurability is not required during this period provided certain conditions are met as described in the Schedule of Insurance. Participation in an Open Enrollment Period does not change the Policy provisions related to Waiting Periods. Employees who have been previously declined for a benefit amount or increase are not eligible to participate in the Open Enrollment.

There will be an Open Enrollment Period beginning November 1st and ending December 31st for eligible Employees to enroll for or to increase their current benefit amounts.

Coverage elected during this period will be effective:
(1) January 1st following the enrollment period, if Actively at Work on that day; or
(2) The day the Insured Person resumes Active Work, if not Actively at Work on the day the elected coverage or increase would otherwise take effect.

**Trinity Village, Inc.**
**000400001000-19469**
**SCHEDULE OF INSURANCE**
**For**
**Class 1 - All Full-Time Employees**

MINIMUM HOURS: 30 hours per week

WAITING PERIOD: (For date insurance begins, refer to "Effective Dates of Coverages" section)
(a) None for employees who were hired on or before the Policy Issue Date.
(b) 60 days of continuous Active Work for employees who were hired after the Policy Issue Date.

**Basic Annual Earnings** means your annual base salary or annualized hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the loss.

It does **not** include commissions, bonuses, overtime pay or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records or the amount for which premium has been paid; whichever is less.

**LIFE AND AD&D INSURANCE**

| | Benefit Amount |
|---|---|
| Personal Life Insurance | You may elect Life Insurance in any $10,000 increment; subject to a maximum of Five times Basic Annual Earnings (rounded to the next higher $10,000). Coverage is subject to a minimum of $20,000 and an overall maximum of $500,000. If you initially become insured after attaining age 70 your benefit is subject to a maximum of $50,000. |
| AD&D Insurance Principal Sum | The Principal Sum equals the Amount of Personal Life Insurance. |

Personal Life and AD&D Insurance will be reduced as follows:
- At age 65, benefits will reduce by 35% of the original amount;
- At age 70, benefits will reduce an additional 25% of the original amount;
- At age 75, benefits will reduce an additional 15% of the original amount;
- At age 80, benefits will reduce an additional 15% of the original amount.

Benefits will terminate when you retire.

If you first enroll for Personal Life and AD&D Insurance at age 65 or older, the above age reductions will apply to:
- Any Guarantee Issue Amount available without evidence of insurability; and
- The maximum amount of insurance for which you are eligible.

Evidence of Insurability must be submitted to and approved by the Company when:
1. Personal Life and AD&D Insurance amounts exceed the guarantee issue amount of $100,000 at initial enrollment;
2. any benefit option increase or new election requested during the specified open enrollment period which exceeds the amount of Personal Life and AD&D Insurance by more than 2 increment level(s);
3. an increased amount of Personal Life and AD&D Insurance coverage is requested and any amount of coverage has been previously withdrawn or declined or is pending underwriting review; or
4. initial coverage is elected more than 31 days after first becoming eligible.

**Trinity Village, Inc.**
**000400001000-19469**
**SCHEDULE OF INSURANCE**
**For**
**Class 1**
**LIFE AND AD&D INSURANCE**
**(Continued)**

If any evidence of insurability is required, it will be provided at your own expense.

**Trinity Village, Inc.**
**000400001000-19469**
**SCHEDULE OF INSURANCE**
**For**
**Class 1**
**LIFE AND AD&D INSURANCE**
**(Continued)**

**DEPENDENTS INSURANCE**

| | Benefit Amount |
|---|---|
| Spouse Life Insurance | You may elect Life Insurance in any $5,000 increment; subject to a maximum of 50% of your Life Insurance Benefit (rounded to the next higher $5,000). Coverage is subject to a minimum of $5,000 and an overall maximum of $250,000. |
| Spouse AD&D Insurance Principal Sum | The Principal Sum equals the Amount of Spouse Life Insurance. |
| Child Life Insurance | |
| Option 1: | |
| Dependent Child (age 14 days to 6 months) | $250 |
| Dependent Child (age 6 months to 19 years, 25 years if a full-time student) | $1,000 |
| Option 2: | |
| Dependent Child (age 14 days to 6 months) | $250 |
| Dependent Child (age 6 months to 19 years, 25 years if a full-time student) | $5,000 |
| Option 3: | |
| Dependent Child (age 14 days to 6 months) | $250 |
| Dependent Child (age 6 months to 19 years, 25 years if a full-time student) | $10,000 |

Spouse Life and AD&D Insurance will be reduced as follows:
- by 35% of the original amount when you attain age 65.

Spouse Insurance will terminate when you attain age 70 or retire, whichever occurs first.

Evidence of Insurability must be submitted to and approved by the Company when:
1. Spouse Life and AD&D Insurance amounts exceed the guarantee issue amount of $25,000 at initial enrollment;
2. any benefit option increase or new election requested during the specified open enrollment period which exceeds the amount of Spouse Life and AD&D Insurance by more than 2 increment level(s);
3. an increased amount of Spouse Life and AD&D Insurance coverage is requested and any amount of coverage has been previously withdrawn or declined or is pending underwriting review; or
4. initial coverage is elected more than 31 days after first becoming eligible.

If any evidence of insurability is required, it will be provided at your own expense.

You may elect Dependent Life Insurance (Spouse and/or Child), provided you are also insured in the Voluntary Life Insurance Program.

**Trinity Village, Inc.**
**000400001000-19469**
**SCHEDULE OF INSURANCE**
**For**
**Class 1**
**LIFE AND AD&D INSURANCE**
**(Continued)**

Participation in the Voluntary program is based on the Participating Employer's enrollment remaining above:

(1) the greater of 10 employees or 25% of those employees electing Voluntary Life Insurance; and
(2) the greater of 5 spouses or 10% of those employees electing Voluntary Spouse Life Insurance.

## TABLE OF CONTENTS

Amount of Insurance....................3

Definitions....................3

Eligibility.................... 4

Effective Dates of Coverages....................4

Termination of Coverage.................... 5

Portability Privilege.................... 6

Death Benefit.................... 7

Beneficiary....................7

Extension of Death Benefit....................7

Assignments....................8

Conversion Privilege....................9

Dependents Life Insurance.................... 10

Accidental Death and Dismemberment Insurance....................12

Accidental Death and Dismemberment Insurance....................14

Safe Driver Benefit.................... 16

Claims Procedures for Life or Accidental Death and Dismemberment Benefits.................... 17

Accelerated Death Benefit.................... 20

Prior Insurance Credit Provision....................23

Amendment....................24

Notice....................25

Suicide Exclusion....................28

## AMOUNT OF INSURANCE

The amount of your insurance is determined by the Schedule of Insurance in the Policy. The initial amount of coverage is the amount which applies to your classification on the day your coverage becomes effective. You may become eligible for increases in the amount of insurance in accordance with the Schedule of Insurance. Any such increase will be effective on:

(1) the first day of the Insurance Month which coincides with or follows the date on which you become eligible for the increase; provided you are Actively at Work on that day;
(2) the day you resume Active Work, if not Actively at Work on the day the increase otherwise would have been effective; or
(3) the day determined by the Company after any required evidence of insurability is approved by the Company.

Any decrease will take effect on the day of the change; whether or not you are Actively at Work.

## DEFINITIONS

ACTIVE WORK OR ACTIVELY AT WORK means the full-time performance of all customary duties of an employee's occupation at the EMPLOYER'S place of business (or other business location to which the EMPLOYER requires the employee to travel.)

COMPANY means The Lincoln National Life Insurance Company, an Indiana corporation, whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

DAY or DATE means at 12:01 A.M., Standard Time, at the Group Policyholder's place of business when used with regard to eligibility dates and effective dates. It means 12:00 midnight, Standard Time, at the same place, when used with regard to termination dates.

EMPLOYER means the Group Policyholder or the Participating Employer named on the Face Page.

FULL-TIME EMPLOYEE means an employee of the EMPLOYER:

(1) whose employment with the EMPLOYER is the employee's principal occupation;
(2) who is not a temporary or seasonal employee; and
(3) who is regularly scheduled to work at such occupation at least the number of hours as shown in the Schedule of Insurance.

INSURANCE MONTH means:

(1) that period of time beginning on the Issue Date of the Policy and extending for one month; and
(2) each subsequent month beginning on the same day after that.

POLICY means the Group Insurance Policy issued by the Company to the Group Policyholder. A copy of the Policy may be examined upon request at the Group Insurance Service Office of the Group Policyholder.

YOU or YOUR means a FULL-TIME EMPLOYEE who is covered by Personal Insurance, or whose Dependents are covered by Dependents Insurance under the Policy.

## ELIGIBILITY

If you are a Full-Time Employee and a member of an employee class shown in the Schedule of Insurance; then you will become eligible for the coverage provided by the Policy on the later of:
(1) the Policy's date of issue; or
(2) the day you complete the Waiting Period.

WAITING PERIOD. (See Schedule of Insurance).

## EFFECTIVE DATES OF COVERAGES

Your insurance is effective on the latest of:
(1) the first day of the Insurance Month coinciding with or next following the day you become eligible for the coverage;
(2) the day you resume Active Work, if you are not Actively at Work on the day you become eligible;
(3) the day you make written application for coverage; and sign:
   (a) a payroll deduction order; or
   (b) an order to pay premiums from your Flexible Benefit Plan account, if Employer contributions are paid through a Flexible Benefit Plan; or
(4) the first day of the Insurance Month following the date the Company approves your coverage, if evidence of insurability is required.

Evidence of insurability is required if:
(1) you apply for coverage in excess of the Guaranteed Acceptance Amount;
(2) you apply to enroll for or increase coverage more than 31 days after you become eligible;
(3) you make written application to re-enroll for coverage after you have requested:
   (a) to cancel your coverage;
   (b) to stop payroll deductions for the coverage; or
   (c) to stop premium payments from your Flexible Benefit Plan account; or
(4) you apply to reinstate coverage after it lapses, due to failure to pay premiums when due.

EXCEPTION. If your coverage terminates due to an approved leave of absence or a military leave, any Waiting Period or evidence of insurability requirement will be waived upon your return; provided:
(1) you return within six months after the leave begins;
(2) you apply or are enrolled within 31 days after resuming Active Work; and
(3) the reinstated amount of insurance does not exceed the amount which terminated.

## TERMINATION OF COVERAGE

Your coverage terminates on the earliest of:
(1) the day the Policy terminates or your Employer ceases to be a Participating Employer;
(2) the last day of the Insurance Month in which you request termination;
(3) the last day of the period for which the premium for your insurance has been paid;
(4) the day you cease to be a member of an employee class, or die;
(5) with respect to any particular insurance benefit, the day the part of the Policy providing that benefit terminates;
(6) the day your employment with the Employer terminates; or
(7) the day you enter the armed services of any state or country on active duty; except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

Ceasing Active Work terminates your eligibility. However, you may continue coverage as follows:
(1) If you are disabled due to illness or injury, then coverage may be continued until the earliest of:
  (a) 12 Insurance Months after the disability begins;
  (b) the date you are no longer disabled; or
  (c) for Life insurance, the date you qualify for the Extension of Death Benefit under the Policy.

  The required premium payments must be received from the Employer throughout the period of continued insurance.
(2) If you go on an approved Family or Medical Leave and are **not** entitled to the more favorable continuation during disability, coverage may be continued until the earliest of:
  (a) the end of the leave period approved by the Employer;
  (b) the end of the leave period required by federal law, or any more favorable period required by a similar law;
  (c) the date you notify your Employer that you will not return; or
  (d) the date you begin employment with another employer.

  The required premium payments must be received from the Employer throughout the period of continued insurance.
(3) If you go on a military leave, coverage may be continued for the greater of:
  (a) the same period allowed for an approved Family or Medical Leave; or
  (b) any more favorable leave in which employees with similar seniority, status, and pay who are on furlough or leave of absence are granted by the Employer.

  The required premium payments must be received from the Employer throughout the period of continued insurance.
(4) If you cease work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a military leave), then coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer throughout the period of continued insurance.

**Conditions.** In administering the above continuations, the Employer must not act so act so as to discriminate unfairly among Insured Persons in similar situations. You will be required to pay the Employer the premium you would have been required to pay as an Active Employee throughout the period of continued coverage.

It may be possible to continue insurance for a longer period in accord with the Portability Privilege section of the Certificate. The Portability Privilege section of this Certificate is not applicable when Policy coverage terminates solely because your spouse or child ceases to be an eligible Dependent; your Employer ceases to be a Participating Employer; or the Policy terminates.

If all or part of anyone's life insurance under the Policy terminates due to:
(1) your Employer ceasing to be a Participating Employer;
(2) your termination of membership in an eligible class; or
(3) a dependent's ceasing to be an eligible family member as a result of your death or divorce, or a child's marriage or attainment of limiting age;

see the Conversion Privilege section of this Certificate.

## PORTABILITY PRIVILEGE

This section applies to any Personal Life Insurance, Dependent Life Insurance, and Accidental Death and Dismemberment Insurance provided by the Policy. Such insurance may be continued, by paying the required premiums, when:

(1) your employment with the Employer ends for a reason other than Total Disability or retirement; and
(2) the insurance has been in force for at least 12 months in a row just prior to the date employment ends.

To continue insurance, written application and the first premium payment must be made to the Company, within 31 days of the date insurance would otherwise end.

AMOUNT OF COVERAGE. The amount of continued insurance may not exceed the amount in force when employment ends. During the continuation period:

(1) the amount of insurance may not be increased; and
(2) additional dependents may not be enrolled for Dependent Life Insurance.

Continued insurance will be subject to any reduction on account of age, as shown in the Schedule of Insurance.

You may decrease the amount of continued insurance at any time, by completing a request form supplied by the Company. The decrease will take effect on the first day of the Insurance Month after the Company receives the request.

PAYMENT OF PREMIUM. Timely payment of premium must be made directly to the Company, throughout the period of continued insurance. The required premium will equal:

(1) premium at the group rate which would apply if you remained actively employed with the Employer; plus
(2) a direct billing fee based on the premium frequency chosen.

The premium frequency may be changed by sending the Company advance written request on forms supplied by the Company. Such request may be sent at any time while continued insurance is in force; but not during a Grace Period.

TERMINATION OF COVERAGE. Continued insurance will end on the earliest of:

(1) the date insurance has been continued until you attain the Social Security Normal Retirement Age; or
(2) the date insurance would otherwise end if you remained an Active Employee; but continued coverage will not end when the Policy is discontinued by the Employer.

When continued insurance ends, you or your Dependent may be entitled to purchase an individual life policy, in accord with the Conversion Privilege section of this Certificate.

## DEATH BENEFIT
## For Employees Only

The amount of your Personal Life Insurance which is in effect on the date of your death will be paid as a death benefit to your Beneficiary. If no named Beneficiary survives you, the death benefit will be paid to your estate or in accord with the terms of the Policy. Arrangements may be made to have this death benefit paid in installments.

EXCLUSION. Benefits will not be payable if your death:
(1) results from suicide while sane; and
(2) occurs within two years after your Personal Life Insurance takes effect.

However, suicide is no defense to payment of life insurance benefits under the Policy unless the Company can show that you intended suicide when applying for the insurance.

## BENEFICIARY

Your Beneficiary will be as shown on your enrollment card, unless changed. Only you or your assignee may change the Beneficiary. A new Beneficiary may be named by filing a written notice of the change with the Company at its Group Insurance Service Office. The change will be effective as of the date it was signed; subject to any action taken by the Company before it received notice of the change.

## EXTENSION OF DEATH BENEFIT IF YOU BECOME TOTALLY DISABLED
## For Employees Only

Any Personal Life Insurance on your life will be continued, without payment of premiums; if while you are insured:
(1) you become Totally Disabled before you reach age 60; and
(2) you submit proof of your disability which is received by the Company:
    (a) within 12 months after your Total Disability begins; or
    (b) as soon as reasonably possible after that.

Upon receipt of such proof, the Company will refund all premiums paid for your coverage from the date Total Disability began.

The life insurance continued will be subject to the reductions and terminations shown in the Policy.

DEFINITION OF TOTAL DISABILITY. For this benefit, Total Disability:
(1) means you are unable, due to sickness or injury, to perform the material and substantial duties of any employment or occupation for which you are or become qualified by reason of education, training, or experience; and
(2) must continue for at least 180 days.

From time to time, you must submit proof that your Total Disability is continuing.

Any life insurance which has been continued under this benefit will be terminated automatically on the day:
(1) you cease to be Totally Disabled;
(2) you fail to take a required medical examination;
(3) you fail to submit any required proofs; or
(4) you reach Social Security Normal Retirement Age (SSNRA), as shown in the Schedule of Insurance.

## ASSIGNMENTS

Personal Life Insurance and Accidental Death Insurance may be assigned. The assignments allowed under the Policy are absolute assignments and funeral assignments as described below.

No assignment will be binding on the Company unless and until:
(1) it is made on a form furnished by the Company;
(2) the original is completed and filed with the Company at its Group Insurance Service Office; and
(3) it is approved by the Company.
The Company and the Employer do not assume responsibility for the validity or effect of an assignment.

ABSOLUTE ASSIGNMENTS. You may make an irrevocable assignment of your Personal Life Insurance and Accidental Death Insurance as a gift (with no consideration), providing you have the legal capacity and the mental capacity to do so. It may be made to a trust or to one or more of your relatives, their estates, or to a trustee of a trust under which one of the relatives is a beneficiary.

The term "relatives" includes, but is not limited to, your spouse, parents, grandparents, aunts, uncles, siblings, children, adopted children, stepchildren, and grandchildren.

In some states, community property is an established form of ownership that must be considered in making an assignment. If you make an absolute assignment to two or more assignees, such assignees will be joint owners with the right of survivorship between them. You should consult with your own legal advisor before making an assignment.

Once the assignment has been recorded by the Company, you can no longer change the beneficiary and cannot apply for conversion. Only the assignee can change the beneficiary designation if the previous designation is revocable. An assignment will have no effect on a prior irrevocable beneficiary designation. Only the assignee can apply for conversion but only when the Conversion Privilege provision would have been available to you in the absence of the assignment under the Policy.

An absolute assignment cannot be used as a collateral assignment.

FUNERAL ASSIGNMENTS. Upon your death, the beneficiary may assign the Personal Life Insurance benefit and Accidental Death Insurance benefit to a funeral home for payment of burial expenses. After payment has been made for the burial expenses to the assigned funeral home, the remaining death benefit is then paid in accord with the Beneficiary and Settlement Options sections of the Policy.

## CONVERSION PRIVILEGE

GENERAL CONVERSION PRIVILEGE. If your insurance or insurance on a Dependent terminates due to:
(1) termination of your employment or membership in an eligible class; or
(2) a dependent's ceasing to be an eligible family member due to your death or divorce, or a child's marriage or attainment of the limiting age;

then an individual life policy, known as a conversion policy, may be purchased without evidence of insurability.

To purchase a conversion policy, application and payment of the first premium must be made within 31 days after the life insurance is terminated.

The conversion policy issued under this General Conversion Privilege will:
(1) be in an amount not to exceed the amount of life insurance which was terminated; less the amount of any group life insurance for which the person becomes eligible within 31 days after insurance terminates;
(2) be on any form (except term) then issued by the Company at the age and amount for which application is made;
(3) be issued at the person's age at nearest birthday;
(4) be issued without disability or other supplemental benefits; and
(5) require premiums based on the class of risk to which the person then belongs.

CONVERSION UPON POLICY TERMINATION OR AMENDMENT. A conversion policy also may be purchased if:
(1) all or part of your insurance or insurance on a Dependent terminates due to amendment or termination of the Policy; and
(2) the person applying for the conversion Policy has been covered continuously under the Policy for at least 5 years.

A conversion policy issued due to Policy termination or amendment will be subject to the same conditions as a policy issued under the General Conversion Privilege; except its amount may not exceed the lesser of:
(1) $10,000; or
(2) the amount of life insurance which terminates, less the amount of any group life insurance for which the person becomes eligible within 31 days after the termination.

The conversion policy will take effect on the later of:
(1) its date of issue; or
(2) 31 days after the date the insurance terminated.

If death occurs during the 31 day conversion period, the Company will pay the life insurance which could have been converted even if no one applied for the conversion policy.

NOTICE. When your insurance terminates, written notice of your right to convert will be given to you. If written notice is not given to you at least 15 days before the end of the 31 day conversion period, an additional period in which to convert will be granted. Any such extension of the conversion period will expire on the earliest of:
(1) 15 days after you are given the written notice; or
(2) 60 days after the end of the 31 day conversion period, even if you are never given such notice.

No death benefit will be payable under the Policy after the 31 day conversion period has expired even though the right to convert may be extended.

## DEPENDENTS LIFE INSURANCE

DEATH BENEFIT. If your Dependent spouse or child dies while insured under the Policy, the Company will pay the amount of Dependents Life Insurance in effect on the date of the death. This amount is shown in the Schedule of Insurance. The death benefit will be paid to you. If you are not living when your Dependent dies, the death benefit will be paid to your beneficiary or in accord with the Facility of Payment section of the Policy.

EXCLUSION. Benefits will not be payable if your Dependent's death:
(1) results from suicide, while sane; and
(2) occurs within two years after insurance for that Dependent takes effect.

However, suicide is no defense to payment of life insurance benefits under the Policy unless the Company can show that your Dependent intended suicide when applying for the insurance.

DEPENDENT. A Dependent means a person who meets the definition of a dependent of yours under the provision of the U.S. Internal Revenue Code; and is your:
(1) spouse who is not legally separated from you;
(2) unmarried child at least 14 days but less than 19 years of age;
(3) unmarried child less than 25 years of age and a full-time student at an accredited college or university; or
(4) unmarried child who is totally and permanently disabled and who became so disabled prior to reaching 19 years of age.

A legally adopted child is considered your child from the date of placement in your home for an agency adoption; or from the date the adoption petition is filed, if later, for a private adoption. In addition to naturally born and legally adopted children, the word "child" includes your stepchild or foster child; provided the child resides in your household and is dependent on you for principal support. If more than one of a child's parents are insured under the Policy, that child may be insured under only one Certificate.

The term Dependent does not include an Insured Person, or anyone serving in the armed forces of any state or country.

ELIGIBILITY. You become eligible for Dependents Life Insurance on the later of:
(1) the date you become eligible for other coverages provided by the Policy;
(2) the effective date of this section; or
(3) the date you first acquire a Dependent (as defined by the Policy).

EFFECTIVE DATE. Your Dependents Life Insurance will become effective on the later of:
(1) the date you become eligible for Dependents Life Insurance;
(2) the first day of the Insurance Month following the date you sign your payroll deduction order and apply for the coverage; or
(3) the first day of the Insurance Month following the date the Company approves any required evidence of insurability on all your Dependents.

If you acquire a new Dependent child while insured for Dependents Life Insurance, his or her insurance will become effective on the date the Dependent is acquired.

DELAYED EFFECTIVE DATE. If a Dependent is in a Period of Limited Activity on the day his or her Dependent Life Insurance would otherwise take effect; then insurance for that Dependent will not take effect until the day after:
(1) his or her final discharge from the health care facility; or
(2) resuming the normal activities of a healthy person of the same age and sex.

"Period of Limited Activity" means a period when a spouse or child is confined in a health care facility; or, whether confined or not, is unable to perform the regular and usual activities of a healthy person of the same age and sex.

**DEPENDENTS LIFE INSURANCE**
**(Continued)**

EVIDENCE OF INSURABILITY. Each of your Dependents must submit evidence of insurability satisfactory to the Company, if you:
(1) apply for Spouse Life Insurance in excess of the Guaranteed Acceptance Amount;
(2) apply to enroll for or increase Spouse Life Insurance more than 31 days after:
  (a) first becoming eligible for Dependent Life Insurance; or
  (b) first acquiring an eligible spouse;
(3) apply to enroll for or increase Children's Life Insurance more than 31 days after:
  (a) first becoming eligible for Dependent Life Insurance; or
  (b) first acquiring an eligible child;
(4) apply for Dependents Life Insurance after requesting:
  (a) to terminate the Dependents Insurance; or
  (b) to cancel premium payments by payroll deduction or through a Flexible Benefits Plan account; or
(5) apply to reinstate continued Dependents Life Insurance after it lapses due to failure to pay premium when due.

TERMINATION OF DEPENDENTS INSURANCE. Your Dependents Insurance for any spouse or child will cease on the earliest of:
(1) the date the Policy terminates or your Employer ceases to be a Participating Employer;
(2) the date Dependent Insurance is discontinued under the Policy;
(3) the last day of the Insurance Month in which termination is requested;
(4) the last day of the Insurance Month for which premium payment is made for such Dependents Insurance;
(5) the date you cease to be in a class of employees which is eligible for Dependents Insurance or die;
(6) the date your spouse or child ceases to be an eligible Dependent, as defined by this section;
(7) the date your employment with the Participating Employer ends; or
(8) the date you or your Dependent enters the armed services of any state or country; except for duty of 30 days or less in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

Dependents Insurance for your Dependent children will also cease on:
(1) the date your Personal Life Insurance ceases, if the child is enrolled under an Employee and Children's Plan; or
(2) the date Spouse Insurance for your spouse ceases, if the child is enrolled under a Spouse and Children's Plan.

When Dependents Insurance ceases because your employment ends, it may be possible to continue coverage in accord with the Portability Privilege section of this Certificate. When Dependents Insurance ceases for any reason except nonpayment of premium, it may be possible to purchase an individual life policy in accord with the Conversion Privilege section of this Certificate.

MISSTATEMENT OF AGE. If the age of a Dependent has been misstated, premiums will be subject to an equitable adjustment. If the amount of benefit is dependent upon age, the benefit will be that which would have been payable based upon the Dependent's correct age.

ASSIGNMENT. Dependents Insurance may not be assigned.

INCONTESTABILITY. Except for nonpayment of premiums, the Company may not contest the validity of the Policy as to any Dependent, after it has been in force for two years during the lifetime of that Dependent. This clause will not affect the Company's right to contest claims made for accidental death or dismemberment benefits.

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**DEATH OR DISMEMBERMENT BENEFIT FOR AN INSURED PERSON.** The Company will pay the benefit listed below, if:

(1) you sustain an accidental bodily injury while insured under this provision; and
(2) that injury directly causes one of the following losses within 365 days after the date of the accident.

The loss must result directly from the injury and from no other causes.

| LOSS | BENEFIT FOR COMMON CARRIER ACCIDENT | BENEFIT FOR OTHER COVERED ACCIDENT |
|---|---|---|
| Loss of Life | 2 Times Principal Sum | Principal Sum |
| Loss of One Member (Hand, Foot or Eye) | Principal Sum | 1/2 Principal Sum |
| Loss of Two or More Members | 2 Times Principal Sum | Principal Sum |

The Principal Sum for your class is shown in the Schedule of Insurance.

**MAXIMUM PER PERSON.** If you sustain more than one loss resulting from the same accident, the benefit:

(1) will be the one largest amount listed;
(2) will not exceed two times the Principal Sum for all of your combined losses resulting from a Common Carrier Accident; and
(3) will not exceed the Principal Sum for all of your combined losses resulting from any other covered accident.

**TO WHOM PAYABLE.** Benefits for your loss of life will be paid in accord with the Beneficiary section. All other benefits will be paid to you.

**LIMITATIONS.** Benefits are not payable for any loss to which a contributing cause is:

(1) intentional self-inflicted injury or self-destruction, while sane;
(2) disease, bodily or mental infirmity, or medical or surgical treatment of these; except for
    (a) pyogenic infections resulting from an accidental bodily injury; or
    (b) the accidental ingestion of contaminated substances;
(3) participation in a riot;
(4) duty as a member of any military, naval or air force;
(5) war or any act of war, declared or undeclared;
(6) participation in the commission of a felony;
(7) voluntary use of drugs; except when prescribed by a Physician;
(8) voluntary inhalation of gas, including carbon monoxide, while sane;
(9) travel or flight in any aircraft, including balloons and gliders; except as a fare paying passenger on a regularly scheduled flight; or
(10) driving a vehicle while intoxicated.

**DEFINITIONS.**

"Beneficiary" means the person(s) named on your enrollment form. You may change the Beneficiary by filing a written notice of the change with the Company at its Group Insurance Service Office.

"Common Carrier Accident" means a covered accidental bodily injury, which is sustained while riding as a fare paying passenger (not a pilot, operator or crew member) in or on, boarding or getting off from a Common Carrier.

"Common Carrier" means any land, air or water conveyance operated under a license to transport passengers for hire.

"Intoxicated" shall be defined by the jurisdiction where the accident occurs. The exclusion will apply whether or not the driver is convicted.

**ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**
**(Continued)**

"Loss of a Member" includes the following:

(1) "Loss of Hand or Foot," means complete severance through or above the wrist or ankle joint.
(2) "Loss of an Eye," means total and irrevocable loss of sight in that eye.