## ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.** The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under the Policy, if any class ceases to be covered by the Policy.

**ELIGIBILITY.** A Person becomes eligible for coverage provided by the Policy on the later of:
(1) the Policy's date of issue; or
(2) the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.** The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:
(1) you are a former Employee and are rehired within one year after your employment ends;
(2) you return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law; or
(3) you return from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** Your initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:
(1) the first day of the Insurance Month coinciding with or next following the date you become eligible for the coverage;
(2) the date you resume Active Work, if not Actively at Work on the day you become eligible;
(3) the date you make written application for coverage and sign:
  (a) a payroll deduction order, if you pay any part of the Policy premiums; or
  (b) an order to pay premiums from your Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4) the date the Company approves your Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1) the first day of the Insurance Month coinciding with or next following the day on which you become eligible for the increase, if Actively at Work on that day;
(2) the date you resume Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3) the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not you are Actively at Work.

**Evidence of Insurability.** Evidence of Insurability satisfactory to the Company must be submitted (at your expense); when:
(1) you make written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2) you make written application for coverage after you have requested:
  (a) to cancel insurance;
  (b) to stop payroll deductions for the insurance; or
  (c) to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.** You may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:
(1) on the first day of the Insurance Month coinciding with or next following the date of the change;
(2) except as stated in the Effective Date provision for increases or decreases.

## ELIGIBILITY AND EFFECTIVE DATES
## (Continued)

**REINSTATEMENT RIGHTS.** If your coverage terminates due to one of the following breaks in service, you will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for Policy coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) return from any other approved leave of absence within six months after the leave begins;
(4) return within 12 months following a lay off; or
(5) return within 12 months following termination of employment for any other reason.

To reinstate coverage, you must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date you return to Active Work.

If the above conditions are met, and the Policy includes a Pre-Existing Condition Exclusion, then:
(1) the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
(2) a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.
A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.

## INDIVIDUAL TERMINATIONS

**TERMINATION OF COVERAGE.** Your coverage will terminate at 12:00 midnight on the earliest of:
(1) the date the Policy terminates or the Employer's participation ends (but without prejudice to any claim incurred prior to termination);
(2) the date your class is no longer eligible for insurance;
(3) the date you cease to be a member of an Eligible Class;
(4) the last day of the Insurance Month in which you request termination;
(5) the last day of the last Insurance Month for which premium payment is made on your behalf;
(6) the end of the period for which the last required premium has been paid;
(7) with respect to any particular insurance benefit, the day the portion of the Policy providing that benefit terminates;
(8) the date your employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
(9) the date you enter the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of your eligibility for coverage, but coverage may be continued as follows.

**Disability.** If you are absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:
(1) until the Day Benefits Begin; and
(2) during the period for which benefits are payable.
The Company must receive the required premium from the Employer until the first day of the Insurance Month coinciding with or next following the Day Benefits Begin.

Premium payments for Weekly Disability Income Insurance will be waived:
(1) from the first day of the Insurance Month coinciding with or next following the Day Benefits Begin;
(2) until the first day of the Insurance Month coinciding with or next following the end of the period for which benefits are payable.
If coverage is to be continued following a period for which premiums were waived, premium payments must be resumed as they become due.

**Family or Medical Leave.** If you go on an approved Family or Medical Leave and are **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:
(1) the end of the leave period approved by the Employer;
(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;
(3) the date you notify the Employer that you will not return; or
(4) the date you begin employment with another employer.
The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If you go on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** If you cease work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

## INDIVIDUAL TERMINATIONS
## (Continued)

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when you cease Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of your coverage during a Disability will have no effect on benefits payable for that period of Disability.

## CLAIMS PROCEDURES
## FOR WEEKLY DISABILITY INCOME BENEFITS

**NOTICE AND PROOF OF CLAIM -- Notice of Claim**. Written notice of a Disability claim must be given:
(1) within 20 days after the Injury or Sickness causing Disability begins; or
(2) as soon as reasonably possible after that.*
The notice must be sent to the Company's Group Insurance Service Office. It should include your name and address, and the number of the Policy.

**Claim Forms.** When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days, you may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send you additional claim forms.

**Proof of Claim.** The Company must be given written proof of a Disability claim:
(1) within 90 days after the Day Benefits Begin; or
(2) as soon as reasonably possible after that.*

Proof of claim must be provided at your own expense. It must show the date the Disability began, its cause and degree. Documentation must include the following:
(1) completed statements by you and your Employer;
(2) a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation;
(3) proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
(4) a signed authorization for the Company to obtain more information; and
(5) any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

***Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.
These time limits will not apply while you lack legal capacity.

**EXAMINATION.** The Company may have you examined:
(1) by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2) as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) you have:
(1) failed to cooperate with an examiner;
(2) failed to take an exam scheduled by the Company; or
(3) postponed such an exam more than twice.
In that event, benefits may be denied or suspended, until the required exam is completed.

**TIME OF PAYMENT OF CLAIMS.** Weekly Disability Income Benefits payable under the Policy will be paid immediately after the Company receives complete proof of claim and confirms liability. Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week, they will be paid on a pro rata basis. The daily rate will equal 1/7 of the Weekly Benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

**TO WHOM PAYABLE**. All Weekly Disability Income Benefits are payable to you, while living. After your death, such benefits will be payable to your estate.

**NOTICE OF CLAIM DECISION**. The Company will send you a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:

(1) the reason for the denial, under the terms of the Policy and any internal guidelines;
(2) how you may request a review of the Company's decision; and
(3) whether more information is needed to support the claim.

This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**. The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send you a written delay notice:

(1) by the 15th day after receiving the first proof of claim; and
(2) every 30 days after that, until the claim is resolved.

The notice will explain:

(1) what additional information is needed to determine liability; and
(2) when a decision can be expected.

If you do not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:** The Company may need more information from you to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**. Within 180 days after receiving a denial notice, you may request a claim review by sending the Company:

(1) a written request; and
(2) any written comments or other items to support the claim.

You may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send you a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of the Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:

(1) any further appeal procedures available under the Policy;
(2) the right to access relevant claim information; and
(3) the right to request a state insurance department review, or to bring legal action.

This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:

(1) an extension of up to 45 more days will be permitted; and
(2) the Company will send you a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:

(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**CLAIMS PROCEDURES**
**(Continued)**

**Exception:** The Company may need more information from you to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA (**Employee Retirement Income Security Act of 1974**).** Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under the Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:

(1) an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
(2) the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:

(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under the Policy, until full reimbursement is made;
(2) reduce benefits payable to you or your beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
(3) recover such overpayments from you or your estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

# PORTABILITY

ELIGIBILITY. The Policy provides portability for up to 12 months, when your insurance under the Policy terminates because your employment with the Employer ends; provided:

(1) you are not disabled, retired or on a leave of absence; and
(2) you were insured under the Employer's short term disability plan for at least 12 months in a row, just prior to the date employment ended. The 12 months may be a combination of coverage under the Policy, and under any prior group short term disability plan the Policy replaces.

Continuation of insurance under the Portability provision will follow any state required continuation or other continuation allowed under the Ceasing Active Work section of the Policy.

Portability is not available to you if your insurance terminates because:

(1) your Employer ceases to be a Participating Employer; or
(2) the Policy is terminated by the Employer or the Company.

NOTE: THE BENEFITS CONTINUED UNDER THE PORTABILITY PROVISION ARE NOT THE SAME BENEFIT PROVISIONS PROVIDED UNDER THE POLICY.

APPLICATION. To continue insurance under the Portability provision, written application and the first premium payment must be made within 31 days of the date insurance ends under the Policy.

AMOUNT OF COVERAGE. The amount of continued insurance may not exceed the amount in force when employment ends. Continued insurance may not be increased. A former Employee may decrease the amount of continued insurance:

(1) at any time during the continuation period;
(2) by completing a request form supplied by the Company.

The decrease will take effect on the first day of the Insurance Month after the Company receives the request.

**PAYMENT OF PREMIUMS.** Premiums for continued insurance under the Portability provision shall be derived solely from your contributions. For Portability coverage to become effective and remain in effect, you must make premium payment for your continued insurance directly to the Company, on or before each premium due date. The Company will send you a billing statement in advance of each premium due date. You are responsible for paying all premiums as they become due.

The required premium will equal:

(1) the rate in effect for the continued coverage provided under the Portability Trust Policy; plus
(2) a direct billing fee.

TERMINATION OF COVERAGE. Continued insurance will end on the earliest of:

(1) the date insurance under this Portability provision has been continued for 12 months;
(2) the date the Portability Trust Policy terminates; but without prejudice to any claim incurred prior to termination;
(3) the last day of the Insurance Month in which termination of the continued insurance is requested;
(4) the end of the period for which premium has been paid;
(5) the date you die or retire;
(6) the date you enter the armed services of any state or country on active duty; except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium);
(7) the date you are reinstated for coverage under the Policy; or
(8) the date you are covered under any other group short term disability plan.

## WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if you:
(1) become Totally Disabled while insured for this benefit;
(2) are under the Regular Care of a Physician; and
(3) at your own expense, submit proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.** Benefits start on the Day Benefits Begin, and end on the earliest of:
(1) the date you cease to be Totally Disabled or die;
(2) the date the Maximum Benefit Period ends; or
(3) the date you are able, but choose not to engage in Partial Disability Employment in your Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
(1) the date you (without good cause):
    (a) fail to take a required medical exam;
    (b) fail to cooperate with an examiner; or
    (c) postpone a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of your application for any Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals the lesser of:
(1) the Maximum Weekly Benefit; minus Other Income Benefits except any pay received under the Employer's Sick Leave or Salary Continuance Plan; or
(2) 100% of your Basic Weekly Earnings; minus Other Income Benefits including any pay received under the Employer's Sick Leave or Salary Continuance Plan.
In no event will the amount of the Weekly Total Disability Benefit plus any pay received under the Employer's Sick Leave or Salary Continuance Plan exceed 100% of your Basic Weekly Earnings.

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL DISABILITY BENEFIT**. The Company will pay a Weekly Partial Disability Benefit, if you:
(1) become Partially Disabled while insured for this benefit;
(2) are engaged in Partial Disability Employment;
(3) are earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
(4) are under the Regular Care of a Physician; and
(5) at your own expense, submit proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

You are not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial Disability.

**WEEKLY DISABILITY INCOME INSURANCE**
**(Continued)**

**Duration.** Benefits start on the Day Benefits Begin, and will cease on the earliest of:
(1) the date you cease to be Partially Disabled or die;
(2) the date the Maximum Benefit Period ends;
(3) the date you earn more than 99% of Basic Weekly Earnings; or
(4) the date you are able, but choose not to work Full-Time or part-time in your Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
(1) the date you (without good cause):
 (a) fail to take a required medical exam;
 (b) fail to cooperate with an examiner; or
 (c) postpone a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of your application for Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:
(A) (1) The Maximum Weekly Benefit; minus
 (2) Other Income Benefits, except for earnings you receive from Partial Disability Employment; or
(B) Your Basic Weekly Earnings minus Other Income Benefits.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**
**(Continued)**

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining your Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under the Policy.

**Compulsory Benefits.** Any disability income benefits you are eligible to receive under:
(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits for which you are eligible under any no fault auto plan.

**Employee Benefit Plans.** Any disability income benefits for which you are eligible under the Employer's Sick Leave or Salary Continuance Plan. This does **not** include vacation pay, severance pay, or pay for work actually performed during a Disability.

**Employer's Retirement Plan.** Any Disability Benefits or Retirement Benefits you receive under the Employer's Retirement Plan.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:
(1) **disability benefits** for which you and any spouse or child is eligible, because of your Disability;
(2) **unreduced retirement benefits** for which you and any spouse or child is eligible, because of your eligibility for unreduced retirement benefits; or
(3) **reduced retirement benefits** actually received by you and any spouse or child, because of your receipt of reduced retirement benefits.

As used above, **"Government Retirement Plans"** include disability and retirement benefits under:
(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay you earn or receive from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
   (a) wages, tips, commissions, bonuses and overtime pay; and
   (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

**WEEKLY DISABILITY INCOME INSURANCE**
**(Continued)**

**Recovery from Third Party.** Any amount you recover from a third party as a result of the Disability (whether by judgment, settlement or otherwise). The offset:
(1) will be reduced by attorney fees and other reasonable costs of recovery; and
(2) will not exceed 100% of the net settlement.

**Exceptions.** The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:
(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;
(2) reimbursement for hospital, medical or surgical expense;
(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;
(4) group credit or mortgage disability insurance;
(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;
(6) any amounts under the Employer's Retirement Plan that:
  (a) represent your contributions; or
  (b) are received upon termination of employment without being disabled or retired;
(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;
(8) vacation pay, holiday pay, or severance pay; or
(9) disability income benefits under any individual policy, association group plan, franchise plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.** If you may be entitled to Other Income Benefits that affect Policy benefits, you are required to actively claim them. For example, if Social Security or other Government Retirement Plan benefits may be payable, you:
(1) must promptly apply for such benefits; and, if denied
(2) must file an appeal or request an administrative hearing, upon Company request.
If you fail to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, you and your Employer are required to cooperate in filing for those benefits. The Company will require proof of the denial or duration of those benefits to confirm its liability under the Policy.

**Refunding Overpayments.** Upon receiving Other Income Benefits, you must refund any resulting overpayment of Weekly Benefits under the Policy. If you do not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:
(1) the Company will reduce or eliminate future payments; and
(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.** After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen. The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**RECURRENT DISABILITY. "Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if you:
  (a) have returned to your Own Occupation; and
  (b) have worked on a full-time basis, for two consecutive weeks or more.
  A new Day Benefits Begin and new Maximum Benefit Period will apply.

(2) A Recurrent Disability will be treated as part of the prior Disability, if you:
  (a) have returned to your Own Occupation; and
  (b) have worked on a full-time basis, for less than two consecutive weeks.
  The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of the Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply when you become eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.** Weekly Benefits will not be payable for any period of Disability:

(1) which is the result of an intentionally self-inflicted Injury or suicide attempt;
(2) during which you are not under the Regular Care of a Physician;
(3) which is the result of war (declared or undeclared) or any act of war;
(4) which is the result of a Sickness or Injury for which you receive benefits under Workers' Compensation or similar coverage; or
(5) which arises out of (or in the course of) any employment for wage or profit, when the Disability would be covered by Workers' Compensation or similar coverage if:
  (a) the Employer had enrolled you for such coverage; and
  (b) you and your Employer had cooperated in filing a claim under that plan.

**PRE-EXISTING CONDITION LIMITATION.** The Policy will not cover any period of Disability:

(1) which is caused or contributed to by, or results from a Pre-Existing Condition; and
(2) which begins in the first 12 months after your Effective Date.

"**Pre-Existing Condition"** means a Sickness or Injury for which you received Treatment within 6 months prior to your Effective Date.

**"Treatment"** means consultation, care and services by a Physician. It includes diagnostic measures and the prescription, refill and taking of prescribed drugs or medicines.

The above Pre-Existing Condition Limitation will also apply to any increase in coverage under the Policy.

## VOCATIONAL REHABILITATION BENEFIT

**BENEFIT.** If you are Disabled and are receiving Weekly Benefits under the Policy, you may be eligible for a Vocational Rehabilitation Benefit. This benefit consists of services which may include:

(1) vocational evaluation, counseling, training or job placement;
(2) job modification or special equipment; and
(3) other services which the Company deems reasonably necessary to help you return to work.

The Company will determine your eligibility and the amount of any benefit payable.

**ELIGIBILITY.** You may be eligible for the Vocational Rehabilitation Benefit if the Company finds that you:

(1) have a Disability that prevents the performance of the Main Duties of your Own Occupation;
(2) have the physical and mental abilities needed to complete a Rehabilitation Program; and
(3) are reasonably expected to return to work after completing the Rehabilitation Program; in view of your degree of motivation and the labor force demand for workers in the proposed occupation.

The Company must also find that the cost of the proposed services is less than its expected claim liability.

**AMOUNT.** The amount of any Vocational Rehabilitation Benefit will not exceed the Company's expected claims liability. This benefit will not be payable for services covered under your health care plan or any other vocational rehabilitation program. Payment may be made to the provider of the services, at the Company's option.

**CONDITIONS.** The Company, you, or your Physician may first propose vocational rehabilitation. When a Rehabilitation Program is approved by the Company, the Policy's definition of "Disability" will be waived during the rehabilitation period; however, it will be reapplied after the Rehabilitation Program ends. The Company will determine the amount and duration of any Weekly Disability benefits payable after the Rehabilitation Program ends.

**LIMITATION.** The Policy will not cover any period of Disability if you have received a Vocational Rehabilitation Benefit and have failed to complete the Rehabilitation Program, without Good Cause.

**DEFINITIONS.**

**"Good Cause,"** as used in this provision, means your:

(1) documented physical or mental impairments, which render you unable to take part in or complete a Rehabilitation Program;
(2) involvement in a medical program, which prevents or interferes with your taking part in or completing a Rehabilitation Program; or
(3) participating in good faith in some other vocational rehabilitation program, which:
    (a) conflicts with taking part in or completing a Rehabilitation Program developed by the Company; and
    (b) is reasonably expected to return you to work.

**"Rehabilitation Program"** means a written vocational rehabilitation program:

(1) which the Company develops with input from:
    (a) you;
    (b) your Physician; and
    (c) any current or prospective employer, when appropriate; and
(2) which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

## REHABILITATION INCENTIVE BENEFIT

**BENEFIT.** The Company will pay you a Rehabilitation Incentive Benefit if you are Totally or Partially Disabled and actively participating in a Rehabilitation Program approved by the Company.

**AMOUNT.** The amount of the Rehabilitation Incentive Benefit is shown in the Schedule of Insurance.

The Rehabilitation Incentive Benefit is paid in addition to any other Policy benefits, and is not subject to Policy provisions that would otherwise reduce the benefit amount, such as the Other Income Benefits provision.

**DURATION.** The Rehabilitation Incentive Benefit starts on the latest of:
(1) the date you begin to participate in an approved Rehabilitation Program; or
(2) the date the Company approves your Rehabilitation Program.

The Rehabilitation Incentive Benefit will cease on the earliest of:
(1) the date the Weekly Total or Partial Disability Benefits would otherwise cease under the Policy; or
(2) the date you cease participation in an approved Rehabilitation Program.

**DEFINITION.**

**"Rehabilitation Program"** means a written vocational rehabilitation program:
(1) which the Company develops with input from:
  (a) you;
  (b) your Physician; and
  (c) any current or prospective employer, when appropriate; and
(2) which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**PROOF.** Written proof of active participation in a Rehabilitation Program must be given:
(1) within 90 days after the Day Benefits Begin; or
(2) as soon as reasonably possible after that.
Proof of active participation must be provided at your own expense. The proof must be sent to the Company's Group Insurance Service Office. It should include your name and address and the number of the Policy.

Exception**:** Failure to furnish proof of active participation in a Rehabilitation Program within the required time period will not invalidate the benefit, if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.
These time limits will not apply while you lack legal capacity.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

## REASONABLE ACCOMMODATION BENEFIT

**BENEFIT.** If you are Disabled and are receiving Weekly Benefits under the Policy, then the Group Policyholder may be eligible for a Reasonable Accommodation benefit. This benefit reimburses the Group Policyholder for 50% of the expense incurred for reasonable accommodation services for you, but will not exceed the lesser of:

(1) a maximum benefit of $2500 for any one Insured Person; or
(2) the Company's expected liability for your Weekly Disability Income claim.

Such services may include:

(1) providing you a more accessible parking space or entrance;
(2) removing barriers or hazards to you from the worksite;
(3) special seating, furniture or equipment for your work station;
(4) providing special training materials or translation services during your training; and
(5) other services the Company deems reasonably necessary to help you return to work with the Group Policyholder.

**ELIGIBILITY.** The Company will determine the Group Policyholder's eligibility to receive the Reasonable Accommodation benefit. To qualify for the Reasonable Accommodation benefit, the Group Policyholder must have an Insured Person:

(1) whose Disability prevents the performance of his or her Own Occupation at the Group Policyholder's worksite;
(2) who has the physical and mental abilities needed to perform his or her Own Occupation or another occupation at the Group Policyholder's worksite, but only with the help of the proposed accommodation; and
(3) who is reasonably expected to return to work with the help of the proposed accommodation.

The Company must also find that the requested Reasonable Accommodation benefit is less than the expected liability for your Weekly Disability Income claim.

**WRITTEN PROPOSAL.** The reasonable accommodation services must be provided in accord with a written proposal, which is developed with input from:

(1) the Group Policyholder;
(2) you; and
(3) your Physician, when appropriate.

The proposal must state:

(1) the purpose of the proposed accommodation; and
(2) the times, dates, and costs of the services.

**CONDITIONS.** The Company, the Group Policyholder, you, or your Physician may first voluntarily propose an accommodation.

The proposal must be approved by the Company in writing.

The Company will reimburse the Group Policyholder upon receipt of proof that the Group Policyholder:

(1) has provided the services for you; and
(2) has paid the provider for the services.

**OTHER PROVISIONS.** Unless stated otherwise, the Reasonable Accommodation benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

## FAMILY INCOME BENEFIT

**BENEFIT.** The Company will pay a benefit to the Eligible Survivor(s) when satisfactory written proof is received that you died:
(1) after Disability had continued for at least 14 consecutive days; and
(2) while receiving a Weekly Benefit.

If payment becomes due to your children; then payment will be made to:
(1) the surviving children, in equal shares; or
(2) a person named by the Company to receive payments on the children's behalf.

This payment will be valid and effective against all claims by others representing, or claiming to represent, your children.

If there are no Eligible Survivors, payment will be made to your estate.

**AMOUNT.** The Family Income Benefit is shown in the Schedule of Insurance. Reductions for Other Income Benefits will not apply.

If any state disability plan compulsory death benefits become payable upon your death, then any Family Income Benefit amount payable will be reduced by such compulsory death benefits.

**DEFINITION.**

**"Eligible Survivor(s)"** means your:
(1) surviving spouse; or, if none,
(2) surviving children who are under age 25 on your date of death.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

## LIMITATIONS AND EXCLUSIONS UNDER THE ARKANSAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT

Residents of this state who purchase life insurance, annuities or health and accident insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association"). The purpose of the Guaranty Association is to assure that policy and contract owners will be protected, within certain limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of policy owners who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by the member insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting insurance companies that are well managed and financially stable.

### DISCLAIMER

**The Arkansas Life and Health Insurance Guaranty Association ("Guaranty Association") may not provide coverage for this policy, if coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in this state. You should not rely on coverage by the Guaranty Association in purchasing an insurance policy or contract.**

**Coverage is NOT provided for your policy or contract or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract.**

**Insurance companies or their agents are required by law to provide you with this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.**

**The Arkansas Life and Health Insurance Guaranty Association**<br>**c/o The Liquidation Division**<br>**1023 West Capitol**<br>**Little Rock, Arkansas 72201**

**Arkansas Insurance Department**<br>**1200 West Third Street**<br>**Little Rock, Arkansas 72201-1904**

The state law that provides for this safety-net is called the Arkansas Life and Health Insurance Guaranty Association Act ("Act"). Below is a brief summary of the Act's coverages, exclusions and limits. This summary does not cover all provisions of the Act; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Guaranty Association.

### COVERAGE

Generally, individuals will be protected by the Guaranty Association if they live in this state and hold a life, annuity or health insurance contract or policy, or if they are insured under a group insurance contract issued by a member insurer. The beneficiaries, payees or assignees of policy or contract owners are protected as well, even if they live in another state.

**EXCLUSIONS FROM COVERAGE**

However, persons owning such policies are NOT protected by the Guaranty Association if:

- They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- The insurer was not authorized to do business in this State;
- Their policy or contract was issued by a nonprofit hospital or medical service organization, an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policy or contract owner is subject to future assessments, or by an insurance exchange.

The Guaranty Association also does NOT provide coverage for:

- Any policy or contract or portion thereof which is not guaranteed by the insurer or for which the owner has assumed the risk, such as non-guaranteed amounts held in a separate account under a variable life or variable annuity contract;
- Any policy of reinsurance (unless an assumption certificate was issued);
- Interest rate yields that exceed an average rate;
- Dividends and, voting rights, and experience rating credits;
- Credits given in connection with the administration of a policy by a group contract holder;
- Employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- Unallocated annuity contracts (which give rights to group contractholders, not individuals);
- Unallocated annuity contracts issued to/in connection with benefit plans protected under Federal Pension Benefit Corporation ("FPBC") (whether the FPBC is yet liable or not);
- Portions of an unallocated annuity contract not owned by a benefit plan or a government lottery (unless the owner is a resident) or issued to a collective investment trust or similar pooled fund offered by a bank or other financial institution;
- Portions of a policy or contract to the extent assessments required by law for the Guaranty Association are preempted by State or Federal law;
- Obligations that do not arise under the policy or contract, including claims based on marketing materials or side letters, riders, or other documents which do not meet filing requirements, or claims for policy misrepresentations, or extra-contractual or penalty claims;
- Contractual agreements establishing the member insurer's obligations to provide book value accounting guarantees for defined contribution benefit plan participants (by reference to a portfolio of assets owned by a nonaffiliate benefit plan or its trustees).

## LIMITS ON AMOUNT OF COVERAGE

The Act also limits the amount the Guaranty Association is obligated to cover: The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Guaranty Association will pay a maximum of $300,000 in life and annuity benefits and $500,000 in health insurance benefits - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within these overall limits, the Association will not pay more than $300,000 in disability and long term care benefits, $500,000 in health insurance benefits, $300,000 in present value of annuity benefits, or $300,000 in life insurance death benefits or net cash surrender values - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages. There is a $1,000,000 limit with respect to any contract holder for unallocated annuity benefits, irrespective of the number of contracts held by the contract holder. These are limitations for which the Guaranty Association is obligated before taking into account either its subrogation and assignment rights or the extent to which those benefits could be provided out of the assets of the impaired or insolvent insurer.

## IMPORTANT INFORMATION REGARDING YOUR INSURANCE.

In the event you need to contact someone about this insurance for any reason, please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions, you may contact the insurance company issuing this insurance at the following address and telephone number: Group Insurance Service Office, 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066, (402) 361-7300.

If you have been unable to contact or obtain satisfaction from the company or agent, you may contact the state regulatory agency at Arkansas Insurance Department, 1200 West Third Street, Little Rock, Arkansas 72201-1904 or phone them at 1-800-852-5494 or 1-501-371-2640. Please have your policy number available.

**AMENDMENT TO BE ATTACHED TO THE CERTIFICATE FOR GROUP POLICY NO: 000010201376**

**ISSUED TO: Trinity Village, Inc.**

**Your Certificate is amended by adding the following provisions.**

**PRIOR INSURANCE CREDIT UPON TRANSFER OF DISABILITY INCOME INSURANCE CARRIERS**

This provision prevents loss of disability income coverage for you, which could otherwise occur solely because of a transfer of insurance carriers. The Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

**"Prior Plan"** means a prior carrier's group disability income policy, which the Policy replaced:
(1) within 1 day of the prior plan's termination date; or
(2) within 60 days of the prior plan's termination date, if the Employer has more than 15 Insured Persons covered under the Policy on its effective date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, the Policy will provide disability income coverage if you:
(1) were insured by the prior plan on its termination date; and
(2) were otherwise eligible under the Policy; but were not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until you satisfy the Policy's Active Work rule, your disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:
(1) the benefit the prior plan would have paid; minus
(2) any amount for which the prior carrier is liable.

DISABILITY DUE TO A PRE-EXISTING CONDITION. Benefits may be payable for a period of disability due to a Pre-Existing Condition if you:
(1) were insured by the prior plan on its termination date; and
(2) were Actively-At-Work and became insured under the Policy on its Effective Date.

The benefits will be determined as follows:

A. The Company will apply the Policy's Pre-Existing Condition Limitation. If you qualify for benefits, you will be paid according to the Policy's benefit schedule.

B. If you cannot satisfy the Policy's Pre-Existing Condition Limitation; then the prior plan's pre-existing condition limitation will be applied, as follows:
   (1) If you satisfy the prior plan's pre-existing condition limitation, giving consideration towards continuous time insured under both policies; then benefits will be paid according to the prior plan's benefit schedule.
   (2) If you cannot satisfy the Pre-Existing Condition Limitation of the Policy, or that of the prior plan; then no benefit will be paid.

**This Amendment takes effect on your effective date of coverage under the Policy. In all other respects, your Certificate remains unchanged.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

# SUMMARY PLAN DESCRIPTION

The following information together with your group insurance certificate issued to you by The Lincoln National Life Insurance Company of Fort Wayne, Indiana, is the Summary Plan Description required by the Employee Retirement Income Security Act of 1974 to be distributed to participants in the Plan. This Summary Plan Description is only intended to provide an outline of the Plan's benefits. The Plan Document will govern if there is any discrepancy between the information contained in this Description and the Plan.

The name of the Plan is: Weekly Disability Income Insurance for Employees of Trinity Village, Inc..

The name, address and ZIP code of the Sponsor of the Plan is: Trinity Village, Inc., 6400 Trinity Drive, Pine Bluff, AR, 71603.

Employer Identification Number (EIN): 23-7378872 IRS Plan Number: 501

The name, business address, ZIP code and business telephone number of the Plan Administrator is: Trinity Village, Inc., 6400 Trinity Drive, Pine Bluff, AR, 71603, (870) 879-3113.

The Plan Administrator is responsible for the administration of the Plan and is the designated agent for the service of legal process for the Plan. Functions performed by the Plan Administrator include: the receipt and deposit of contributions, maintenance of records of Plan participants, authorization and payment of Plan administrative expenses, selection of the insurance consultant, selection of the insurance carrier and assisting The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company has the sole discretionary authority to determine eligibility and to administer claims in accord with its interpretation of policy provisions, on the Plan Administrator's behalf (this does not apply to employers sitused in California or to California residents).

Type of Administration. The Plan is administered directly by the Plan Administrator with benefits provided in accordance with provisions of the group insurance policy issued by The Lincoln National Life Insurance Company whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska.

Type of Plan. The benefits provided under the Plan are: Weekly Disability Income Insurance benefits.

Type of Funding Arrangement: The Lincoln National Life Insurance Company.

All employees are given a Certificate of Group Insurance which contains a detailed description of the Benefits, any Pre-Existing Condition Limitation and Exclusions. The Certificate also contains the Schedule of Insurance which includes the Benefit Percentage, Maximum and Minimum Weekly Benefits, Maximum Benefit Period, Day Benefits Begin, Waiting Period and age reduction information. If your Booklet, Certificate or Schedule of Insurance has been misplaced, you may obtain a copy from the Plan Administrator at no charge.

Eligibility. Full-time employees working at least 30 hours per week.

Employees become eligible on the first of the month coinciding with or next following completion of 60 days of active full-time employment.

Contributions. You are required to contribute to the cost of the Weekly Disability Income Insurance.

The Plan's year ends on: December 31st of each year.

The name and section of relevant Collective Bargaining Agreements: None

The name, title and address of each Plan Trustee: None

**Loss of Benefits**. The Plan Administrator may terminate the policy, or, subject to The Lincoln National Life Insurance Company's approval, may modify, amend or change the provisions, terms and conditions of the policy. Coverage will also terminate if the premiums are not paid when due. No consent of any Insured Person or any other person referred to in the policy will be required to terminate, modify, amend or change the policy. See your Plan Administrator to determine what, if any, arrangements may be made to continue your coverage beyond the date you cease active work.

**Claims Procedures**. You may obtain claim forms and instructions for filing claims from the Plan Administrator or from the Group Insurance Service Office of The Lincoln National Life Insurance Company. To expedite the processing of your claim, instructions on the claim form should be followed carefully; be sure all questions are answered fully. In accordance with ERISA, The Lincoln National Life Insurance Company will send you a written notice of its claim decision within:

- 45 days after receiving the first proof of a claim for disability benefits (105 days under special circumstances).

If a claim is partially or wholly denied, this written notice will explain the reason(s) for denial, how a review of the decision may be requested, and whether more information is needed to support the claim. You may request a review of the claim by making a written request to The Lincoln National Life Insurance Company within:

- 180 days after receiving a denial notice of a claim for disability income benefits.

This written request for review should state the reasons why you feel the claim should not have been denied and should include any additional documentation to support your claim. You may also submit for consideration additional questions or comments you feel are appropriate, and you may review certain non-privileged information relating to the request for review. The Lincoln National Life Insurance Company will make a full and fair review of the claim and provide a final written decision to you within:

- 45 days after receiving the request for review of a claim for disability income benefits (90 days under special circumstances).

If more information is needed to resolve a claim, the information must be supplied within 45 days after requested. Any resulting delay will not count toward the above time limits for claims or appeals processing. Please refer to your certificate of insurance for more information about how to file a claim, how to appeal a denied claim, and for details regarding the claims procedures.

**Statement of ERISA Rights**

The following statement of ERISA rights is required by federal law and regulation. As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits.** Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series), if any, filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), if any, and updated summary plan description. The administrator may make a reasonable charge for copies.

Receive a summary of the plan's annual financial report if the plan covers 100 or more participants. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries.** In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights.** If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions.** If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

Lincoln Financial

Lincoln Financial® Privacy Practices Notice

## What Does Lincoln Financial Do with Your Personal Information?

The Lincoln Financial companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

We are committed to the responsible use of information and protecting individual privacy rights. As such, we look to leading data protection standards to guide our privacy program. These standards include collecting data through fair and lawful means, such as obtaining your consent when appropriate.

## Information We May Collect and Use

We collect personal information about you:

- to help us identify you as a consumer, our customer, or our former customer;
- to process your requests and transactions;
- to offer investment, insurance, retirement, and other financial services to you;
- to pay your claim;
- to enhance our products and services;
- to tell you about our products or services we believe you may want and use; and
- as otherwise permitted by law.

The types of personal information we collect depends on your relationship and on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name; address; Social Security number; your financial health; and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.
- **Information about your transactions:** We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; payment details; and your payment and claims history.
- **Information from outside our family of companies:** If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information (such as medical information, retirement information, and information related to Social Security benefits), from other individuals or businesses.
- **Information from your employer:** If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative to enroll you in the plan.

When you are no longer our customer, we continue to share your information as described in this notice.

## How We Share and Use Your Personal Information

We may share your personal information within our companies and with certain service providers. They may use this information:

- to process transactions you, your employer, or your group representative have requested;
- to provide customer service;
- to evaluate or enhance our products and services;
- to gain customer insight; to provide education and training to our workforce and customers; and/or
- to inform you of products or services we offer that you may find useful.

Our service providers may or may not be affiliated with us. Affiliates are companies related by common ownership or control. Nonaffiliates are companies not related by common ownership or control. They include:

- Financial service providers: third party administrators; broker-dealers; insurance agents and brokers; registered representatives; reinsurers and other financial services companies with which we have joint marketing agreements. A joint marketing agreement is a formal agreement between nonaffiliated financial companies that together market financial products or services to you. Our joint marketing partners include, but are not limited to, insurance providers and financial technology solutions.
- Non-financial companies and individuals: consultants; vendors; and companies that perform marketing services on our behalf.

Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law. We may execute agreements with our service providers that permit the service provider to process your personal information outside of the United States, when not prohibited by our contracts and permitted by applicable law.

When you apply for one of our products:

- We may share information about your application with credit bureaus.
- We may provide information to group policy owners or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers).
- We may provide information to regulatory authorities, law enforcement officials, and to other nonaffiliated or affiliated parties as permitted by law.
- In the event of a sale of all or part of our businesses, we may share customer information with the acquiror as part of the sale.
- **We do not sell or release your information to outside marketers who may want to offer you their own products and services unless we receive your express consent; nor do we release information we receive about you from a consumer reporting agency.**

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information, the reasons Lincoln chooses to share, and whether you can limit this sharing.

| **Reasons we can share your personal information** | **Does Lincoln share?** | **Can you limit this sharing?** |
|---|---|---|
| **For our everyday business purposes—**such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—**to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We Don't Share |
| **For our affiliates to market to you** | No | We Don't Share |
| **For nonaffiliates to market to you** | No | We Don't Share |

Federal law gives you the right to limit only:

- sharing for our affiliates' everyday business purposes – information about your creditworthiness;
- sharing for our affiliates to market to you; and
- sharing for nonaffiliates to market to you.

State laws and individual companies may give you additional rights to limit sharing. California residents can review our California Privacy Notice located at https://www.lincolnfinancial.com/public/general/privacy/californiaprivacynotice.

## Security of Information

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards, secure files, and buildings. Our employees are authorized to access your information only when they need it to perform their job responsibilities. Employees who have access to your personal information are required to keep it confidential. Employees are required to complete privacy training annually.

## Your Rights Regarding Your Personal Information

Lincoln complies with all applicable laws and regulations regarding the provision of personal information. The rights provided to you in this Privacy Notice will be administered in accordance with your state's specific laws and regulations.

**Access to personal information:** You must submit a written request to receive a copy of your personal information. You may see your personal information in person, or you may ask us to send you a copy of your personal information by mail or electronically. We will need to verify your identity before we process the request. Within 30 business days of receiving your request, we will, depending on the specific request you make, (1) inform you of the nature and substance of the recorded personal information we have about you; (2) permit you to obtain a copy of your personal information; and (3) provide the identity (if recorded) of persons to whom we disclosed your personal information within two years prior to the request (if this information is not recorded, we will provide you with the names of those insurance institutions, agents, insurance support organizations or other persons to whom such information is normally disclosed). We will send you notification within 30 business days if we need additional time to respond to your request. If you request a copy of your information by mail, we may charge you a fee for copying and mailing costs.

**Changes to personal information:** If you believe that your personal information is inaccurate or incomplete, you may ask us to correct, amend, or delete the information. Your request must be in writing and must include the reason you are requesting the change. We will respond within 30 business days from the date we receive your request.

If we make changes to your records because of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received your personal information within the past two years. We will also send the updated information to any insurance support organization that gave us the information, and any insurance support organization that systematically received personal information from us within the prior 7 years unless that support organization no longer maintains your personal information.

If we deny your request to correct, amend, or delete your information, we will provide you with the reasons for the denial. You may write to us and concisely describe what you believe our records should say and why you disagree with our denial of your request to correct, amend, or delete that information. We will file this communication from you with the disputed information, identify the disputed information if it is disclosed, and provide notice of the disagreement to the recipients and in the manner described in the paragraph above.

**Basis for adverse underwriting decision:** You may ask in writing for specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate, or terminate your coverage.

Your state may provide additional privacy protections under applicable laws. We will protect your information in accordance with these additional protections.

If you would like to exercise your rights regarding your personal information, please provide your full name, address and telephone number and either email your inquiry to our Data Subject Access Request Team at DSAR@lfg.com or mail to: Lincoln Financial, Attn: Corporate Privacy Office, 1301 South Harrison St., Fort Wayne, IN 46802. **The DSAR@lfg.com email address should only be used for inquiries related to this Privacy Notice.**

For general account service requests or inquiries unrelated to this Privacy Notice, please call 1-877-ASK-LINC.

*This information applies to the following Lincoln Financial companies:

First Penn-Pacific Life Insurance Company
Lincoln Retirement Services Company, LLC
Lincoln Life & Annuity Company of New York
Financial Investments Corporation (formerly
Lincoln Investment Advisors Corporation)

Lincoln Financial Distributors, Inc.
Lincoln Financial Group Trust Company, Inc.
Lincoln Variable Insurance Products Trust Lincoln
The Lincoln National Life Insurance Company
Lincoln Financial Insurance Agency Incorporated

MV
MARCUS VADEN
LAW

FAX COVERSHEET

600 South German Lane, Suite 102
Conway, AR 72034
(501) 329-8723

**To:** **Renita Johnson, DIA**
Fax number: 877-843-3950
Date: 6-15-22
RE: Policyholder Trinity Village, Inc.
Policy Number 00001020137600000
Claim Number 121007195
Claimant Adam Bobb

**From:** The Marcus Vaden law Firm
Fax number: (501) 205-1278
Phone number: (501) 329-8723

**COMMENTS:**

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information that is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (501-329-8723) immediately.

MV
MARCUS VADEN
LAW

June 15, 2022

Lincoln Financial Group
Renita Johnson, DIA
8801 Indian Hills Drive
Omaha, NE 68114

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Ms. Johnson:

Enclosed please find a Notice of Representation and Directive for Payment of Benefits. This was previously sent to you on December 21, 2021. Please direct that all payments made on this policy be sent to this office.

If you have questions, please contact me.

Sincerely,

Marcus Vaden

MV/dj

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278
www.marcusvadenlaw.com

**NOTICE OF REPRESENTATION**
**AND**
**DIRECTIVE FOR PAYMENT OF BENEFITS**

Please be advised that the law firm of: **Marcus Vaden Law** will represent me in my claim for disability benefits. You may contact the firm directly and release all pertinent documents to the Firm. All prior authorizations for direct deposit of disability benefits are revoked. All future payments for benefits are to be made payable to Marcus Vaden Law and sent to:

Marcus Vaden Law
P.O. Box 203
Conway, AR 72033

You are hereby notified under ACA § 16-22-304 of the law firm's attorney lien in this matter.

This "Directive for Payment of Benefits" may only be revoked in a written document signed by the Client named below and by Marcus Vaden or one of his authorized agents.

Adam K Bobb
Signed
Adam K Bobb
Printed
Date: Dec 21, 2021

Date of Birth

Date: Tue Jun 14 16:40:17 CDT 2022
From: Renita Johnson <Renita.Johnson@lfg.com>
To:
E-communication from Lincoln Financial Group
Message-ID: <658135690.3.1655242817621.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210071975 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210071975

Please review the attached letter and/or document(s) regarding the Claim #1210071975 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Renita Johnson**
**Claims Examiner II, Claims**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Parkway, Suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*3165
Fax: 402-938-7942
Email: Renita.Johnson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 14, 2022

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 09/03/2021 and have received additional documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to the maximum benefit period of 12/17/2021.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Renita Johnson, DIA
800-423-2765*3165
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Tue Jun 14 16:40:26 CDT 2022
From: Renita Johnson <Renita.Johnson@lfg.com>
To: abogy@trinityretirement.com
E-communication from Lincoln Financial Group
Message-ID: <324529706.8.1655242826808.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210071975 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210071975

Please review the attached letter and/or document(s) regarding the Claim #1210071975 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Renita Johnson**
**Claims Examiner II, Claims**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Parkway, Suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*3165
Fax: 402-938-7942
Email: Renita.Johnson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 14, 2022

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 000010201376000000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 09/03/2021 and have received additional documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to the maximum benefit period of 12/17/2021.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Renita Johnson, DIA
800-423-2765*3165
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Trinity Village, Inc.
ATTN: April Haynes
6400 Trinity Drive
Pine Bluff, AR 71603

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

MV
MARCUS VADEN
LAW

June 13, 2022

*Via Facsimile: (877) 843-3950*

Lincoln Financial Group
Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Melissa Patterson
Specialist Claims
Appeals Dept. – Claims Solutions Shared Services

| | | |
|---|---|---|
| Re: | Client Name: | Adam Bobb |
| | Policy Holder: | Trinity Village, Inc. |
| | Policy Number: | 000001020137600000 |
| | Claim No.: | 1210071975 |
| | Date Appeal Due: | June 13, 2022 |

**<u>THIS IS AN APPEAL</u>**

I represent Adam Bobb in his claim against Lincoln Financial Group which administers the Short Term Disability Plan for Trinity Village, Inc. This is Adam's appeal to your letter terminating his short term disability benefits and denying his claim. In this appeal we will set out the applicable law, review the facts of this claim about which there can be no material dispute and argue that Lincoln Financial Group has engaged in an irrational, cursory and unscientific review that breaches its fiduciary and contractual duties under ERISA. In the event that Lincoln Financial Group does not restore Adam's benefits, we will sue Lincoln Financial, seeking benefits, interest and attorney's fees.

**Summary of Applicable Law**

**An ERISA Benefits Determination Is a Fiduciary Act**

ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefits plans, and to protect contractually defined benefits. *Black & Decker,*

501-329-8723 PO Box 203 Conway, AR 72033
600 South German Lane, Suite 102
Conway, AR 72034
FAX 501-205-1278

www.marcusvadenlaw.com

*Disability Plan v. Nord,* 538 U.S. 822, 830 (2003). ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely in the interests of the participants and beneficiaries" of The Plan, § 1104(a)(1) *Metropolitan Life Ins. Co v. Glenn,* 554 U.S. 105, 115 (2008) (emphasis added).

**The Denial or Termination of Benefits Requires the "Gold Standard"- A Deliberate, Principled Reasoning Process Supported by Substantial Evidence**

ERISA requires that plan administrators give plan participant appeals a "full and fair review" so that an administrator's decision is "the result of a deliberate, principled reason process" and "supported by substantial evidence." 29 U.S.C. § 1332(a); *Weaver v. Phoenix Home Life Mut. Ins. Co.,* 99 F.2d 154, 157 (4th Cir. 1993); *Stup v. Unum Life Ins. Co.,* 390 F.3d 301, 307 (4th Cir. 204) The {ERISA} procedures ensure that a plan participant is protected from arbitrary or unprincipled decision-making. *Ellis v. Metropolitan Life Ins. Co.,* 126 F.3d 228, 236 (4th Cir. 1997). "Procedural guidelines are at the foundation of ERISA and 'full and fair review must be construed . . . to protect a plan participant from arbitrary of unprincipled decision-making. " *Gagliano v. Reliance Standard Life Ins. Co.,* 547 F. 3d 230, 235 (4th Cir. 2008).

"The plain language of an ERISA plan must be enforced in accordance with "its literal and natural meaning." *United McGill Corp. v. Stinnett,* 154 F.3d 168, 172 (4th Cir.1998) (quoting *Health Cost Controls v. Isbell,* 139 F.3D 170, 1072 (6thCir.1997)). "[W]e enforce[d] the plan's plain language in its ordinary sense." *Bynum v. Cigna Healthcare of N.C., Inc.,* 287 F.3d 305,313 (4th Cir.2002). *Fortier v. Principal Life Ins. Co.,* 10-1441, 2012 WL 76021 (4th Cir. Jan. 11, 2012).

**The Denial Letter Sets the Framework for the Appeal Because an Insurance Company Must Address, in the Denial Letter, All of the Reasons Why it is Denying the Claim[1]**

ERISA provides many procedural protections to claimants like Adam. One of the bedrock protections is that when an insurance company denies or terminates benefits, it must state the reason(s) for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America., 30 F. App'x 160, 164 (4th Cir. 2002).* See also, *Harlick v. Blue Shield of California, 686 F.3d 699, 720 (9th Cir. 2012)* [*Blue Shield had to tell Harlick* the "specific reasons for the denial"—Not just one reason, if there was more than one-- and provide a "full and fair review of the denial]. Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.,* 378 F.3d 113, 130 (1st Cir.2004).Z0078

---

[1] If an insurance company comes up with new reasons to deny the claim after the claimant has appealed it must pay benefits to date because it means that the initial denial was not valid. *See Saffon v. Wells Fargo & Co. Long Term Disability Plan,* 522 F.3d863, 872 (9th Cir. 2008) ["Coming up with a new reason for rejecting the claim at the last

minute suggests that the claim administrator may be casting about for an excuse to reject the claim rather than conducting an objective evaluation."]
opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America., 30 F. App'x 160, 164 (4th Cir. 2002).* See also, *Harlick v. Blue Shield of California, 686 F.3d 699, 720 (9th Cir. 2012) [Blue Shield had to tell Harlick* the "specific reasons for the denial"—Not just one reason, if there was more than one-- and provide a "full and fair review of the denial]. Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir.2004).

As you know, in order to provide for a *full and fair opportunity for review*, ERISA regulations elaborate specifically that a denial notice must contain

(1) The specific reason or reasons for the denial;

(2) Specific reference to pertinent plan provisions on which the denial is based;

(3) A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and

(4) Appropriate information as to the steps to be taken if the participant or beneficiary wishes to submit his or her claim for review.

In ERISA cases, the insured bears the initial burden of establishing that the claim falls within the scope of coverage while the insurer has the burden of proving that an exception or limitation applies. *Jenkins v. Montgomery Industries, 77 F.3d 7402 743 (4th Cir. 1996). See Cooper v. Unum Life Ins. Co. of America,* 210 U.S. Dist. LEXIS 141525, 2010 WL 5859544 (E.D. Tenn. Nov. 16, 2010), *citing Caffey v. Unum Life Ins. Co.*, 302 F.302 576, 580 (6th Cir.2002); *Farley v. Benefit Trust Life Ins. Co.*, 979 F.2d 653,658 (8th Cir. 1992); and *Miller v. United Welfare Fund,* 72 F.3d 1066, 1074 (2d Cir. 1995). Here Adam's evidence satisfied his initial burden to prove that he was unable to perform the material and substantial duties of his own occupation. To underscore his disability, Adam received Short Term Disability Benefits which were terminated.

**Background about Adam's Claim**

Adam has been a dedicated employee for Trinity Village. He was a dutiful employee until his medical condition worsened to the point he was unable to work. His treating physicians diagnosed him with chronic hip pain and inflammation. As you state in your letter of December 15, 2021, those were the disabling conditions for which he initially was awarded benefits. Apparently, you decided that Adam's conditions had improved such that he no longer was eligible for short term benefits and his benefits were terminated as of September 4, 2021.

**The Specific Reason Why the Benefits were Terminated.[2]**

On December 15, 2021, your denial letter states that "you have shown the ability to work with the same symptoms for quite some time prior to your date of disability and the medical records do not support ongoing restrictions and limitations that would prevent you from performing the main duties of your own occupation and does not support a Total Disability beyond 9/3/2021."

**Reasons why a Judge Would Rule that the Termination of Adam's Benefits is not the result of a deliberate and principled reasoning process required by ERISA**

**1. The review performed by Lincoln Financial Group in terminating short term disability benefits does not meet the substantial evidence test to deny benefits.**

An administrator's decision is reasonable "if it is the result of a deliberate, principled reasoning process and if it is supported by substantial evidence." *Bernstein v. CapitalCare, Inc.*, 70 F.3d 783,788 (4th Cir. 1995). "Substantial evidence…is evidence which a reasoning mind would accept as sufficient to support a particular conclusion…[and] consists of more than a mere scintilla of evidence but may be somewhat less than a preponderance." *LeFebre v. Westinghouse Elec. Corp.*, 747 F.2d 197, 208 ( 4th Cir. 1984.) In the event of conflicting medical reports, the contradictory evidence must be **substantial.** *Stup v. UNUM Life Ins. Co. of Am., 390 F.3d 301, 308(4th Cir. 2004).*

> It is not a deliberate and principled process to give the medical records such a cursory review that the decision to deny benefits is based on things made up out of thin air. Especially when the reviewer is only a disability consultant who doesn't specify the basis of his/her opinion. He/She simply stated his/her conclusion!

[2] One of the bedrock protections that ERISA provides is that when an insurance company denies or terminates benefits, it must state the reason for denying/terminating in order that the claimant may be provided a full and fair opportunity to address those reasons. Judicial review under ERISA of the denial of a claim for disability benefits "is limited to the reason stated in the denial notice." *Thompson v. Life Ins. Co. of North America.*, 30 F. App'x 160, 164 (4th Cir. 2002). See also, *Harlick vs. Blue Shield of California,* 686 F. 3d 699, 720 (9th Cir. 2012) [*Blue Shield had to tell Harlick* the "specific reasons for the denial" – not just one reason, if there were more than one – and provide a "full and fair review" of the denial.] Internal documents cannot satisfy ERISA's requirement that the specific reasons for the denial be articulated to the claimant in the denial letter. *Glista v. Unum Life Ins. Co. of Am.*, 378 F.3d 113, 130 (1st Cir. 2004). Thus, in this appeal, we are required to only address those specific reasons given in the termination letter. Our arguments are limited to those reasons given. Should Lincoln Financial Group subsequently seek to rely on any reasons not mentioned in the denial letter, benefits should be paid to date and a new appeal allowed.

*Shaw v. AT&T Umbrella Ben. Plan No. 1*, 795 F. 3d 538, 550 (6th Cir. 2015) "[b]ecause **chronic pain is not easily subject to objective verification**, the Plan's decision to conduct **only a file review** supports a finding that the decision-making was **arbitrary and capricious.**"

*Shaw v. AT & T Umbrella Ben. Plan No. 1*, 795 F.3d 538,550 (6th Cir. 2015), the 6th Circuit Court of Appeals said, **"without ever examining** [the claimant], the Plan should not have made a credibility determination about [the claimant's] **continuous reports of pain.**

*Reetz v Hartford life & Accident Ins. Co.*, No. C17-0084JLR, 2018 WL 934627, at *12(W.D. Wash. Feb. 16, 2019) "Here, the **treating physicians'** relationship with Ms. Reetz allowed them to **personally observe** the effects of Ms. Reetz's diagnoses and assess the credibility of her reports of pain. In contrast, Dr. Khanna, because she **did not personally examine** Ms. Reetz, could not have observed the **fibromyalgia's** effect or assessed Ms. Reetz's credibility. Thus, the court finds that the **treating physicians' medical opinions to be more reliable and probative** of Ms. Reetz's condition than Dr. Khanna's report."

Where the claimant's credibility is a central factor in the disability determination—and particularly where, as here, the claimant's **in-person presentation of symptoms** was credited by the independent medical examiner, Bhupalam--the impressions of **examining doctors sensibly may be given more weight than those who looked only at paper records.** *Gross v. Sun Life Assurance Co. of Canada*, 880 F.3d1, 14 (1st Cir. 2018). That is exactly what happened here. Your nurse disability consultant quickly looked at a few medical records and deemed Adam was now healed.

**2. A Plan may not arbitrarily dismiss subjective evidence.**

*Oliver v. Coca Cola Co.*, 479 F3d 1181, 1197 (11th Cir. 2007). "that a plan administrator had acted **arbitrarily and capriciously in denying benefits** to a claimant who suffered from fibromyalgia and chronic pain syndrome on the ground that he had not provided **"objective" evidence of his pain."**

*Montero v. Bank of Am. Long-Term Disability Plan*, No. 315CV00519RJCDSC, 2016 WL 7444957 at *4(W.D.N.C. Dec.27, 2016) [Defendant Aetna did not adequately **consider or rebut the evidence** Plaintiff provided of disability, and therefore, it decision was not the product of a reasoned and principled process. Due to the **subjective nature** of fibromyalgia symptoms, Plaintiff submitted the best evidence she could to prove her condition.]

*Diaz v. Prudential Ins. Co. of Am.*, 499 F3d 640, 645 (7th Cir. 2007) A claimant's evidence of pain **cannot be discounted simply because it is "self-serving"** or because it is not **"medical" or "neurological" evidence.**

*Lee v. BellSouth Telecommunications, Inc.*, 318 F. App'x. 829, 837 (11th Cir. 2009) the court said: the consistent diagnosis of chronic pain syndrome by Lee's **physicians** along with the consistent observations of physical manifestations of her constitute **objective medical evidence** [to support the award of benefits.] **This is so because much medical evidence, especially as it relates to pain, is inherently "subjective"** in that it cannot be quantifiably measure. Indeed, the **only evidence of a qualifying disability** may sometime be the sort of evidence… characterize[d] as **"subjective," such as physical examinations and medical reports** by physicians, as well as the patient's own reports of his symptoms.

*Lee V. BellSouth Telecomms., Inc.*, 318 Fed. Appx. 829, 837 (11th Cir. 2009). "[t]here is, quite simply, **no laboratory test to diagnose chronic pain syndrome**... Chronic pain syndrome is a **severely debilitating medical condition** that may be fully diagnosed only through **long-term clinical observation."**

> Lincoln Financial Group's reviewer, a nurse disability consultant, does not dispute or disagree with any of Adam's treating physicians' findings and diagnosis. His doctors have determined that he is disabled and they have, at no time, suggested that he was well enough to return to work or that his disabling conditions have stopped. After a cursory review of some medical records, your nurse disability consultant states "the EE has shown ability to work with the same symptoms for quite some time prior to the date of disability. There does not appearing to be any treating providers certifying ongoing disability." Thus the nurse disability consultant believes Adam can now work an 8 hour, 5 day a week, full-time job without any formal limitations. Since it is undisputed from his doctors that his initial conditions still exist, where is the objective evidence that Adam is healed or at least well enough that he can now work 8 hour, 40 hour per week, full-time jobs? The nurse disability consultant provides **no** evidence to support his/her opinion, which is **REQUIRED** by ERISA.

3. **A plan may not arbitrarily dismiss the opinions of the claimant's treating doctors. Black and Decker Disability Plan v. Nord, 538 U.S. 822, 123 S. Ct. 1965,1972,155 L. Ed. 2d 1034 (2003).**

A reasoned and principled decision by a plan administrator *requires* you to address contrary evidence in the records, including the opinions of treating physicians. *Schindler v. Unum Life Ins. Co. of Am.*, No. 3:12-CV-00293-JFA, 2013 WL 4499146, at *20 (D.S.C. Aug. 19, 2013). This is a bedrock of ERISA disability law. While you do not have to agree with everything a treating physician does, you *do* have to explain why when you disagree. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834, 123 S. Ct. 1965, 1972, 155 L. Ed. 2D 1034 (2003). The nurse disability consultant's file review and the denial letter never expressly address why the opinions of Adam's treating doctors were disregarded or discounted. This indicates that the decision to terminate his benefits was not the result of a deliberate, principled reasoning process as required by ERISA law. In *Gorski v. ITT Long Term Disability Plan for Salaried Employees,* 314 F. App'x 540, 547-48 (4th Cir. 2008) the Fourth Circuit Court of appeals said:

"The problem with Dr. Soriano's opinion is that Dr. Soriano never explained on what basis he doubted the veracity of Gorski, whom he had never examined...Without such a discussion, Dr. Soriano's report is simply an unreasoned and unexplained rejection of the objective evidence in the record, Gorski's claims regarding her level of pain and functionality, and the opinion of Dr. Huffmon and Faircloth that she was totally disabled. MetLife was not justified in rejecting the opinions of Dr. Faircloth and Hoffman as well as Gorski's statements on the basis of such a flawed report... Thus, it cannot be said that MetLife's decision was "the result of a deliberate, principled reasoning process".

This is what has happened in Adam's case. Your nurse disability consultant does not explain his/her opinion or base it upon facts in the medical records. It's just a conclusion; one not supported by facts.

The facts are: Adam's file shows on 9/1/2021 that his gait was antalgic to the right He reported falls to his providers prior to the 10/13/2021 denial letter. Dr. Ramiro completed an APS on 9/2/2021 certifying Adam's restrictions included prolonged standing/walking, climbing, bending, squatting and that the earliest he could return would be November of 2021. The medical records demonstrate that a labial tear was suspected as early as 7/27/2021 and confirmed by MRI on 11/8/2021. Dr. Ramiro reported that Adam "is extremely unsteady on his feet and has fallen multiple times, the last fall he actually broke a tooth". Finally, Dr. Pennington wrote in his letter dated 11/18/2021 that Mr. Bobb cannot work due to his hip pain and should receive disability until it is repaired. By definition, his doctor is certifying disability.

Additionally, courts have held specifically that a file review alone cannot overrule the opinions of a claimant's treating physician. *DePerry v. Life Ins. Co. of N. A.*, 632 F.3d 860,873 (4th Cir. 2011). It is not rational and principled for a nurse disability consultant employed by Lincoln Financial Group, who has never seen Adam, to determine on the basis of medical records alone that he is no longer disabled and can work a full-time job.

**"Hartford engages in the logical fallacy sometimes called the red herring. The fallacy occurs when the proponent introduces a new issue, usually one the proponent is prepared to address, in an attempt to distract or avoid the subject or topic of discussion.** Tobin claimed disability from fibromyalgia. By pointing to a lack of evidence to support a different cause of disability, Hartford **distracts from or avoids addressing** the question of whether Tobin is disabled by fibromyalgia. For example, when Dr. Payne concluded that Tobin's file contains no objective evidence to support an impairment related to any rheumatologically processes, he does not address whether Tobin has functional impairments from her fibromyalgia. Critically, neither Dr. Payne nor Dr. Brock explained why someone with fibromyalgia would be expected to present evidence of neurological or rheumatological impairments. Without that necessary connection, that a person with fibromyalgia would be expected to have some evidence of neurological or rheumatological impairments, the opinions of Dr. Payne and Brock provide no useful information for Hartford for its decision. *"Tobin v. Hartford Life & Accident Ins. Co.*, 233 F. Supp. 3d 578, 587-88 (W.D. Mich. 2019)

**4. A "Full and Fair Review" of a disability claim must include having the claim Reviewed by Appropriate Medical Specialists.**

"Another indication of the lack of reasoned deliberation arises from Reliance's failure to consult with medical professionals with relevant expertise." *Okuno v. Reliance Standard Life Ins. Co.* (836 F. 2nd 600, 610 (6th Cir. 2016). "While ERISA does not demand an examination by the narrowest of specialists, we have noted its requirement that administrators retain health care professionals in the specific field of medicine at issue. *Okuno*, at 610. The decision by Lincoln Financial to use a nurse disability consultant, whatever that is, demonstrates a lack of full and fair review. Quite simply, this nurse disability consultant is in no way qualified to render an opinion in this case. His/her opinion is at complete odds with the opinions of medical

doctors who happen to be Adam's treating physicians. Even to a lay person, your nurse disability consultant's opinion is completely based on false assumptions. A federal judge would not look kindly on this opinion to deny benefits.

**There has been no significant change in Adam's circumstances despite having proven his claim for benefits for several years ago**

Several insurance companies have tried this before and it does not end well for you.

"When benefits are terminated after being paid, there must be a **significant change** in the claimant's circumstances justifying the administrator's termination of benefits." *Frerichs v. UNUM Life & Acc. Ins. Co.,* 875 F.Supp.2nd 923 (D. Minn. 2012) ; *McOsker v. Paul Revere Life Ins. Co.,* 279 F.3d 586, 589 (8th Cir. 2002); See also ***Saffon v. Wells Fargo & Co. Long Term Disability Plan***, 522 F.3d 863, 871 (9th Cir. 2008) [the Court finds that the previous payment of benefits to Plaintiff, without requiring a showing of "objective medical evidence" suggests Arbitrariness in Aetna's decision to discontinue those benefits.]

The 8th Circuit U.S. Court of Appeals has held that a termination of disability benefits requires a significant change in the information available to the insurer between the granting and terminating of benefits. *Morgan v. UNUM Life Ins. Co. of Am.,* 346 F.3d 1173, 1178 (8th Cir. 2003). In the event that we go to federal court, Arkansas is in the jurisdiction of the 8th Circuit appeals court. Another 8th Circuit appellate case is *Walke v. Group Long Term Disability Ins.* 256 F.3d 835,840 (8th Cir. 2001). In *Walke,* the insured's symptoms subsided after he quit work, but the Court held that the improvement –which could be attributed to the elimination of job stress- was not a change of circumstances that warranted termination of benefits. Adam's conditions and limitations are well documented in his medical records. These medical problems have not gone away. He has not suddenly gotten well. There is no medical evidence to support that he is well. Your own claim file contains no evidence that Adam no longer suffers from the very same hip problems for which he initially received disability benefits.

5. **Denial/Termination Letters are required to state what further evidence is needed to prove claimant's case.**

Your letter of December 15, 2021 terminating Adam's benefits fails to mention what evidence is needed to prove his case. This is required.

*Leonhardt v. Holden Bus. Forms Co.,* 828 F. Supp. 657, 669 (D. Minn. 1993) [courts have rejected "conclusory statements regarding a claimant's ineligibility or benefits BenePro's failure to **cite specific Plan provisions** denied Leonhardt the "opportunity to **comprehend fully the reason for the denials** and to know what **deficiencies [her application had to] overcome to be successful on appeal."]**

*Jordan v. Northrop Grumman Corp. Welfare Ben. Plan,* 63 F. Supp. 2d 1145, 1163 (C.D. Cal. 1999), *aff'd Jordan,* 370 F.3d 869 ("Where objective evidence is hard to establish, it can hardly

be sufficient for an administrator to point to the absence, provide no way of curing this absence and, then, to deny the claim")

Nor did Sun Life **explain what other evidence it required** to substantiate Young's limitations. *Torgeson v. Unum Life Ins. Co. of Am.*, 466 F. Supp. 2d 1096,1130 (N.D. Iowa 2006) ("it was unreasonable for [administrator] to expect [claimant] to provide 'objective evidence' of fibromyalgia or the limitations caused by that condition when [administrator] **did not provide any adequate explanation of the information it sought**"). *VICKI YOUNG, Plaintiff, v. SUN LIFE AND HEALTH INSURANCE COMPANY, Defendant,* No. 116CV00822LJOJLT, 2018 WL 332911, at *9 (E.D. Cal. Jan. 9, 2018)

**Reasons Why Benefits Should be Awarded**

Adam's disability benefits should be reinstated because he is disabled. His medical conditions prevent him from performing his required job duties and he is entitled to benefits. His treating physicians agree that he has a disabling condition that continues to worsen. The objective and subjective evidence **ONLY** supports Adam's claim for disability benefits.

Your denial letter is insufficient. You avoid discussing all the evidence in his favor. You previously awarded him short term disability benefits. The nurse disability consultant's review is terrible and disingenuous. Any Court will give the consultant's review the weight it deserves – 0!! You have a duty and responsibility as a fiduciary to make sure this does not happen to your insured. You should reinstate his benefits immediately, along with back pay and interest. Should you maintain your denial of benefits we will be eager to litigate this in federal court.

**CONCLUSION**

Benefits should be immediately reinstated, past due interest paid and attorney fees reimbursed.

This appeal is being faxed to the above number today.

Sincerely,

[signature]

Marcus Vaden
Attorney at Law

MV/dd
cc: Adam Bobb

MV
MARCUS VADEN
LAW

February 16, 2022

*Via Facsimile: (877) 843-3950*

The Lincoln National Life Insurance Company
Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066

ATTN: Melissa Patterson
Specialist, Claims

| | | |
|---|---|---|
| Re: | Client Name: | Adam Bobb |
| | Policy Number: | 000010201376000000 |
| | Claim Number: | 121007195 |
| | Date Appeal Due: | 06/13/2022 |

**THIS IS NOT AN APPEAL**

Dear Ms. Patterson:

Our firm represents Adam Bobb in his claim for disability benefits under the Plan provided by Trinity Village, Inc. I have enclosed a Notice of Representation for your files.

I have reviewed your letter terminating benefits and am reviewing the decision to deny disability benefits.

To assist with our review of the claimant's situation, please provide us with the entire claim file and include the following:

1. A copy of the entire benefits policy and/or plan document corresponding to the Plan that governs her claim. Please make sure you include a copy of the policy you are using as a reference and, if different, a copy of the policy in effect on the claimant's last day of work.

2. Copies of any Summary Plan Descriptions or other descriptions of the Plan that govern his claim as well as any evidence that the Summary Plan Description was distributed to the claimant in accordance with ERISA.

501-329-8723 PO Box 203 Conway, AR 72033 FAX 501-205-1278
600 South German Lane, Suite 102
Conway, AR 72034

www.marcusvadenlaw.com

3. An explanation of the eligibility criteria, application procedures, applicable time limits, appeal rights and procedures under the Plan.

4. An explanation as to whether or not the Plan is governed by Employee Retirement Income Security Act of 1974 ("ERISA").

5. If the Plan is an ERISA policy or plan, names, addresses and telephone numbers of the policy's owners, fiduciaries, trustees and/or administrators.

6. If the Plan is an ERISA policy or plan, an explanation (with a reference to specific policy or plan language) of whether the Plan gives the administrator or fiduciary the discretionary authority to make final eligibility determinations and/or to construe the terms of the Plan.

7. An explanation of the specific policy or plan provision or other legal authority upon which the Plan based its decision to terminate the claimant's long-term disability benefits, and the reasons and basis for this decision under the Plan's policy or plan provision(s) or other applicable authority.

8. An explanation of whether the Plan contains an "integration of benefits" or other similar provision with respect to any other public or private disability or other benefits, which the claimant may receive. If the Plan does contain such a provision, please explain how this provision operates.

9. An explanation of whether there are any specific internal or administrative appeal provisions applicable to the Plan's decision to deny the claimant's long-term disability benefit claim; and if so, please explain: (a) the procedures necessary to invoke any such appeal; (b) the deadlines or other time limits applicable to any such appeal; (c) whether the claimant has initiated any such appeal; and (d) if so, the status of that appeal.

10. If the Plan provides that any legal action must be brought within a specified time after written proof of loss must be furnished to the Plan or after some other specific action must be taken, the date on which the Plan contends that the claimant was required to furnish written proof of loss or take any other specific action for purposes of this time limit.

11. Copies of any internal rules, guidelines, protocol or other similar criterion relied upon in making the adverse determination. If no such documents are provided it will be assumed that no internal rules, guidelines, protocol or other similar criterion was in fact relied on in making the claim decision in this case.

12. The complete claim file, including any documents, correspondence and video or audio recordings. If the file references any video surveillance, please provide a COMPLETE copy of all video recordings taken of my client.

13. Copies of any medical or other records you have obtained, prepared, reviewed or otherwise considered in any way in connection with the claimant's claim for long-term disability benefits.

14. Documents, records or other information relevant to the claimant's claim, including but not limited to (a) those relied upon in terminating her long-term disability benefit; (b) those submitted, considered or generated in the course of making her benefit determination without regard to whether such document, record or other information was relied upon in making the benefit determination; (c) those demonstrating compliance with the administrative processes and safeguards required pursuant to federal statutes and regulations governing the making of benefit determinations; or (d) those constituting a statement of policy or guidance with respect to the Plan concerning the denied benefit for the claimant's

diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

15. Any other materials or information which the Plan obtained or reviewed in connection with the claimant's claim for long-term disability benefits, or which otherwise concern the claimant's rights and responsibilities under the Plain.

16. If the medical records were evaluated by any health care provider or vocational expert who is not employed directly by the insurance company named above, then, in order to evaluate whether or not your decision to deny or terminate benefits was the result of a "deliberate and reasoned decision-making process" then for each such health care provider please provide a complete copy of their curriculum vitae and report the total number of files reviewed on behalf of the insurance company named above in the 60 months preceding that person's involvement with this claim.

17. Any correspondence between and/or among your Company and the claimant, his representative, his employer and representative or the Plan's Sponsor and representative.

18. Any correspondence (including, but not limited to, letters, memorandum or e-mail format) with legal counsel of the Plan or of the Plan's fiduciaries.

This request is deemed to be continuing, if you or the Plan obtains any further information responsive to this request, in order to allow supplemental documents to be forwarded to us so that your responses to this request remains accurate and complete.

Thank you for your anticipated cooperation in this regard. Under ERISA, you have 30 days within which to comply with this request without penalty.

Please call me if you have any questions.

Sincerely,

Marcus Vaden

Marcus Vaden
Attorney at Law

MV/dd
cc: Adam Bobb

Attachment – Notice of Representation and Directive for Payment of Benefits

# NOTICE OF REPRESENTATION
# AND
# DIRECTIVE FOR PAYMENT OF BENEFITS

Please be advised that the law firm of: **Marcus Vaden Law** will represent me in my claim for disability benefits. You may contact the firm directly and release all pertinent documents to the Firm. All prior authorizations for direct deposit of disability benefits are revoked. All future payments for benefits are to be made payable to Marcus Vaden Law and sent to:

Marcus Vaden Law
*P.O. Box 203*
Conway, AR 72033

You are hereby notified under ACA § 16-22-304 of the law firm's attorney lien in this matter.

This "Directive for Payment of Benefits" may only be revoked in a written document signed by the Client named below and by Marcus Vaden or one of his authorized agents.

Adam K Bobb
Signed
Adam K Bobb
Printed
Date: Dec 21, 2021

Date of Birth ____________

Date: Wed Dec 15 12:05:57 CST 2021
From: Melissa Patterson <Melissa.Patterson@lfg.com>
To:
Message-ID: <324008184.3.1639591558195.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210071975 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210071975

Please review the attached letter and/or document(s) regarding the Claim #1210071975 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Melissa Patterson**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2536
Fax: 402-361-1460
Email: Melissa.Patterson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 15, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We have completed our review of your Short Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 9/3/2021. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To receive benefits under the policy issued to Trinity Village, Inc., an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

> **MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
> (1) are normally required to perform the Insured Person's Own Occupation; and
> (2) could not reasonably be modified or omitted.
> To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
> (1) the Employer is subject to the Act; or
> (2) the Insured Person has requested such a job accommodation.
> An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.
> Main Duties include those job tasks:
> (1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
> (2) as performed in the general labor market and national economy.
> Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.
It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

In order to be considered Totally Disabled, the medical documentation must support that you would be unable to perform each of the main duties of your occupation. As such, in considering whether you qualify for Short Term Disability benefits beyond 9/3/2021, we evaluated whether you would be restricted or limited from performing the main duties of your occupation as listed above.

Your entire file was reviewed upon appeal. Disability must be supported from 9/3/2021 forward, which was the focus of our determination.

**<u>Summary of Initial Claim Filing</u>**

Your initial claim forms state that you were unable to continue working in your own occupation beyond 6/17/2021 due to right hip pain, tendinitis and bursitis.

Benefits were approved from 7/2/2021 to 9/3/2021. Benefits were not approved beyond 9/3/2021 after we completed our evaluation of the information in the claim file. Our evaluation included review of the medical documentation, including consultation with a health care consultant. Our evaluation determined the medical records did not support restrictions and limitations that would render you unable to perform the main duties of your occupation beyond 9/3/2021.

For complete details please refer to our letter dated 10/13/2021.

**<u>Summary of Appeal</u>**

On 10/28/2021, you filed an appeal in response to our determination to deny benefits. Additional information was submitted with your appeal, including an MRI of the right dated 11/8/2021 from Bradley County Medical Center.

As part of our appeal review, your claim file was reviewed by a health care consultant, who noted in part:

> "The EE stopped working on 6/18/21 due to right hip pain, tendinitis (inflammation), and bursitis. A right hip x-ray 6/7/21 is unremarkable. He is treated by Dr. Ramiro (Family Medicine) about every 1-3 weeks 6/7/21-8/23/21 for ongoing complaints of right hip (noted for a year following tractor accident) and groin pain as well as burn to the bottom of his foot. Treatment consists of Mobic (non-steroidal anti-inflammatory) and Tylenol with codeine (narcotic) for pain control, Medrol dose pak steroid (inflammation), and Silvadene cream to treat burn. Additional treatment includes home exercises and PT however he reported worsening pain with therapy. He was previously supported to 9/3/21. He remains out of work for ongoing right hip pain.
>
> The EE saw Dr. Ramiro on 8/23/21 for persistent right hip and groin pain; he went to PT twice but, exercises did not help; he is scheduled to see Dr. Pollard (orthopedics) next week. He reports his hip "catches and pops". Exam documents pain with abduction of right hip and limping gait, otherwise exam is unremarkable. Plan is to remain off work until evaluation by Dr. Pollard. Will attempt to get approval of MRI again.
>
> The EE was evaluated by McGhee APRN (Orthopedics) on 9/1/21 for right hip pain that has been present for one year. He reports pain right groin and lateral leg and perceived weakness; he is extremely unsteady on his feet, and he has fallen multiple times. He has history of high blood pressure and a stroke. Exam documents the EE to be in obvious pain, pain with right hip internal and external rotation, positive straight leg raises (evaluate for herniated disc, nerve irritation) on right; his strength is normal 5/5 with intact sensation. He rises slowly from exam table and walks with antalgic gait to right. Lumbar x-ray showed well maintained disc height. Pelvic x-ray showed no acute fracture with well-maintained hip joint with normal alignment. Plan is to obtain pelvic MRI with follow up after.
>
> The EE saw Dr. Pennington (Family Medicine) on 10/25/21 to establish care for chronic right hip pain. He reports he lost his job and has no insurance; he has been followed by Dr. Pollard and needs an MRI, but insurance denied; he has been told he has arthritis of the hip and lumbar spine, and that Dr. Pollard considers him having a torn labrum could be a possibility. He also reports high blood pressure and anxiety related to his condition. On exam, he is noted to be in no acute distress, moderate anxiety. He has moderate osteoarthritis of the hands, decreased ROM in the right hip due to pain particularly with internal rotation; there is tenderness to palpation anterior hip and moderate stiffness lumbar spine. Plan is to increase Cymbalta (anxiety) and start ibuprofen (non-steroidal anti-inflammatory) 600mg and Tramadol (narcotic) for pain control. Follow up in 3 months.
>
> A right hip MRI 11/8/21 showed tear of the right anterior superior labrum tear (soft tissue that covers the hip socket) between 2:00 and 3:00 position. There are no correlating office visits."

On 11/17/2021, a copy of our medical review and the job description was sent to you allowing you time to provide a copy to your treating physicians for further review and respond with any additional information.

We a letter from Dr. Kerry Pennington dated 11/18/2021 stating that you have had severe hip pain for one year that doesn't allow you to work and that your recent MRI showed a labral tear. However, no additional medical evidence was provided for our medical staff to review.

**Appeal Decision**

We understand that you have been diagnosed with right hip pain, tendinitis and bursitis. However, our review of the medical documentation, which included consultation with a health care consultant, as well as a review of any restrictions or limitations that were identified during our review process, determined the medical records do not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond your date benefits last paid.

According to the Attending Physician's Statement completed by Dr. Mark Ramiro on 7/8/2021, it was noted that you had symptoms of severe right hip / buttock pain. Your restrictions and limitations consisted of prolonged standing, walking and lifting. Your nature of treatment consisted of medication and physical therapy.

The medical documentation provided indicates that you have had ongoing treatment and care for your complaints of right hip pain that has been present for one year following a tractor accident. There is no documentation of motor or sensory deficits. Lumbar and pelvic x-rays dated 9/1/2021, showed well maintained disc height and no acute fracture with a well-maintained hip joint with normal alignment. Medical records from Dr. Pennington revealed that you had decreased range of motion in the right hip due to pain and tenderness and palpation in the anterior hip and moderate stiffness in the lumbar spine. There was no documentation demonstrating sensory deficits or severe loss of range of motion or impaired gait. You were prescribed medications for pain control. An MRI of the right hip dated 11/8/2021 showed a labral tear; however, there are no further office notes or examination findings to provide further treatment options.

In summary, you have shown the ability to work with the same symptoms for quite some time prior to your date of disability and the medical records do not support ongoing restrictions and limitations that would prevent you from performing the main duties of your own occupation and does not support a Total Disability beyond 9/3/2021.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**Appeal Rights**

As a reminder, you have exhausted your first level of appeal. If you disagree with this decision, you, your attorney, or a person legally authorized as your representative, may pursue a final administrative appeal.

To initiate this process submit your written request for review to us at the following address within 180 days after you receive this denial notice or by 6/13/2022.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 9/3/2024.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Melissa Patterson
800-423-2765 *2536
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫį̨óóǫéą̨ą́ǫąíę́ę.

Date: Wed Dec 15 10:57:17 CST 2021
From: Melissa Patterson <Melissa.Patterson@lfg.com>
To: drushin@trinityretirement.com
E-communication from Lincoln Financial Group
Message-ID: <691941729.13.1639587437556.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210071975 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210071975

Please review the attached letter and/or document(s) regarding the Claim #1210071975 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Melissa Patterson**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2536
Fax: 402-361-1460
Email: Melissa.Patterson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 15, 2021

TRINITY VILLAGE, INC.
ATTN Donna Rushin
6400 Trinity Drive
Pine Bluff, AR 71603

Re: Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Ms. Rushin:

This letter is in regard to Mr. Bobb's request for an appeal of the denied Short Term Disability claim.

Upon review of the medical evidence, it has been determined that we are unable to overturn the original denial of their claim.

We cannot provide you with a copy of the detailed letter sent to the employee due to the confidential information that is contained in the letter regarding their medical records.

Please contact me directly at the number below with any questions you may have or email us at disabilityclaims@lfg.com.

Sincerely,

Melissa Patterson
800-423-2765 *2536
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# F A X S H E E T

| | |
|---|---|
| Date: | Nov-18-2021 01:48:42 |
| To: | |
| Subject: | Lincoln Financial Group |
| Fax Number: | 14023611460 |
| To Company: | |
| From Name: | |
| From Company: | 18-Warren-Mainline Heatlh Systems, Inc |
| From Facility: | 18-Warren-Mainline Heatlh Systems, Inc |
| Support Contact: | |
| Number of Page(s): | 10 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Patient: BOBB, ADAM DOB:

Document Name: 2021/11/18 Lincoln Financial , Scanned Date: 2021-11-18

Notes: Robbins,Eugenia 11/18/2021 13:47:04 PM

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 17, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 000010201376000000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

This letter is in regard to your appeal for Short Term Disability benefits.

As part of your appeal review, your medical information was reviewed by a health care consultant. We are enclosing a copy of the report with this letter for your review prior to completion of our appeal decision.

You may wish to provide this assessment to your treating physician(s) for further review. Any additional written information, comments or additional medical documentation must be provided within 21 days.

The 21-day period will expire on 12/8/2021. Please submit any written comments or additional medical documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your disability claim at this time as we want to provide you every opportunity to review our assessment and provide a response.

If we do not receive a response by 12/8/2021, then we will render a decision based on the information currently in the file.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

mainlinehealth systems, inc.

November 18, 2021

To Whom It May Concern:

Re: Adam Bobb

Dear Sirs:

This letter is to certify that Adam Bobb has had severe hip pain for one year, that doesn't allow him to work. His recent MRI showed a labral tear. He should receive disability until this is repaired. If you have any questions, please contact me.

Sincerely,

Kerry F. Pennington, M.D.

**PHYSICAL QUESTIONS:**

Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/3/2021 and forward.

If your conclusion is different from the conclusions in the prior reviews, please explain the medical rationale and evidence used in your coming to the different conclusion.

---

**Subject: Appeal Nursing Memorandum**

Claim #: 1210071975
Claimant: Adam Bobb
Date of Birth:
Date of Disability: 6/18/21

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

Clinical Assessment:
The EE stopped working on 6/18/21 due to right hip pain, tendinitis (inflammation), and bursitis. A right hip x-ray 6/7/21 is unremarkable. He is treated by Dr. Ramiro (Family Medicine) about every 1-3 weeks 6/7/21-8/23/21 for ongoing complaints of right hip (noted for a year following tractor accident) and groin pain as well as burn to the bottom of his foot. Treatment consists of Mobic (non-steroidal anti-inflammatory) and Tylenol with codeine (narcotic) for pain control, Medrol dose pak steroid (inflammation), and Silvadene cream to treat burn. Additional treatment includes home exercises and PT however he reported worsening pain with therapy. He was previously supported to 9/3/21. He remains out of work for ongoing right hip pain.

The EE saw Dr. Ramiro on 8/23/21 for persistent right hip and groin pain; he went to PT twice but, exercises did not help; he is scheduled to see Dr. Pollard (orthopedics) next week. He reports his hip "catches and pops". Exam documents pain with abduction of right hip and limping gait, otherwise exam is unremarkable. Plan is to remain off work until evaluation by Dr. Pollard. Will attempt to get approval of MRI again.

The EE was evaluated by McGhee APRN (Orthopedics) on 9/1/21 for right hip pain that has been present for one year. He reports pain right groin and lateral

leg and perceived weakness; he is extremely unsteady on his feet, and he has fallen multiple times. He has history of high blood pressure and a stroke. Exam documents the EE to be in obvious pain, pain with right hip internal and external rotation, positive straight leg raises (evaluate for herniated disc, nerve irritation) on right; his strength is normal 5/5 with intact sensation. He rises slowly from exam table and walks with antalgic gait to right. Lumbar x-ray showed well maintained disc height. Pelvic x-ray showed no acute fracture with well-maintained hip joint with normal alignment. Plan is to obtain pelvic MRI with follow up after.

The EE saw Dr. Pennington (Family Medicine) on 10/25/21 to establish care for chronic right hip pain. He reports he lost his job and has no insurance; he has been followed by Dr. Pollard and needs an MRI, but insurance denied; he has been told he has arthritis of the hip and lumbar spine, and that Dr. Pollard considers him having a torn labrum could be a possibility. He also reports high blood pressure and anxiety related to his condition. On exam, he is noted to be in no acute distress, moderate anxiety. He has moderate osteoarthritis of the hands, decreased ROM in the right hip due to pain particularly with internal rotation; there is tenderness to palpation anterior hip and moderate stiffness lumbar spine. Plan is to increase Cymbalta (anxiety) and start ibuprofen (non-steroidal anti-inflammatory) 600mg and Tramadol (narcotic) for pain control. Follow up in 3 months.

A right hip MRI 11/8/21 showed tear of the right anterior superior labrum tear (soft tissue that covers the hip socket) between 2:00 and 3:00 position. There are no correlating office visits.

The medical records document ongoing care and treatment for right hip and groin pain that has been present for one year following a tractor accident. The EE is treated by Dr. Ramiro (Family Medicine) and McGhee APRN (Orthopedics) as noted above. There is no documentation of motor or sensory deficits. Lumbar and pelvic x-rays 9/1/21 showed well maintained disc height and no acute fracture with well-maintained hip joint with normal alignment. Treatment consists of medication management as well as PT, however he did not tolerate the PT. There appears to be a gap in treatment from 9/1/21-10/25/21 at which time the EE established care with new primary care provider Dr. Pennington (Family Medicine) for ongoing chronic right hip pain as noted above. Exam revealed decreased ROM (unspecified) in the right hip due to pain and tenderness to palpation anterior hip and moderate stiffness lumbar spine. Treatment consists of medication changes (ibuprofen, Tramadol) for pain control. While the EE reports ongoing right hip pain that is chronic in nature with frequent falls, the medical exam documentation fails to demonstrate motor or sensory deficits, or severe loss of range of motion or impaired gait to support R/Ls beyond 9/1/21. Lumbar and pelvic x-rays are unremarkable. There is no documentation of frequent witnessed falls requiring frequent office visits, ER visits, or hospitalizations for the same. There is no indication the EE requires an assistive device for ambulation

or any other activities. While the right hip MRI 11/8/21 showed labral tear, there are no further office visits or exam findings for review on appeal by orthopedics after 9/1/21 to provide further treatment plans. The EE has shown the ability to work with the same symptoms for quite some time prior to the date of disability. There does not appear to be any treating providers certifying ongoing disability.

AMAMA3
Nurse Disability Consultant, Lincoln Financial Group

# GENERAL MAINTENANCE
# DUTIES AND RESPONSIBILITIES

## Job Functions

Every effort has been made to identify the essential functions of this position. However, it in no way states or implies that these are the only duties you will be required to perform. The omission of specific statements of duties does not exclude them from the position if the work is similar, related, or is an essential function of the position.

## Physical and Sensory Requirements

(With or Without the Aid of Mechanical Devices)

- Must be able to move intermittently throughout the work day.
- Must be able to speak and write the English language in an understandable manner.
- Must be able to cope with the mental and emotional stress of the position due to relating to and working with the ill, disabled, elderly, emotionally upset, and, at times, hostile people.
- Must possess sight/hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of this position can be fully met.
- Must function independently and have flexibility, personal integrity, and the ability to work effectively with the patients, personnel, and support agencies.
- Must meet the general health requirements set forth by the policies of this facility.
- Must be able to push, pull, move, and/or lift a reasonable minimum of pounds to a reasonable height and be able to push, pull, move, and/or carry such weight a reasonable distance.
- May be necessary to assist in the evacuation of patients during emergency situations.

## Job Position Analysis Information

**YES,** Tasks assigned to this position MAY involve potential and/or direct exposure to blood, body fluids, infectious diseases, air contaminants, and hazardous chemicals
**YES,** Functions Require Repetitive Motion
**YES,** Weight Lifting requirements do apply.
**YES,** Functions Require Prolonged Sitting, Standing, and/or Bending

As we are approaching our initial deadline for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and have not yet reached a determination, an extension of time to process your appeal is required. Due to these special circumstances we are therefore exercising our right to take a 45-day extension of time to decide your appeal.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Melissa Patterson
800-423-2765 *2536
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

# Jefferson Regional
## Orthopaedic and Spine Center

Adam Bobb is scheduled to see one of our doctors at

Jefferson Regional
1609 W. 40th St. 501
Pine Bluff, AR 71603

Monticello Medical
906 Roberts Dr.
Monticello, AR 71655

Jason Smith, MD Alan Pollard, MD Roy Burrell, MD Gordon Birk, MD

Summer McGhee, APRN

APPOINTMENT DATE 12 / 09 / 21
MON TUES WED THURS FRIDAY

TIME: 8:30

**SPECIAL INSTRUCTIONS**

1. The enclosed Patient Questionnaire completed.
2. Insurance Card
3. Photo ID
4. All medications you are presently taking.
5. Please bring copy of disc of any CT or MRI scans NOT performed at Jefferson Regional Medical Center at time of visit.

If you are needing to reschedule or cancel an appointment please call our Referral Specialist at 870-534-2544 or 870-534-3449.

**Thank You for becoming a valued New Patient.**

Date: Wed Nov 17 10:11:49 CST 2021
From: Melissa Patterson <Melissa.Patterson@lfg.com>
To:
Message-ID: <304509950.3.1637165509489.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210071975 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210071975

Please review the attached letter and/or document(s) regarding the Claim #1210071975 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Melissa Patterson**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2536
Fax: 402-361-1460
Email: Melissa.Patterson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 17, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

This letter is in regard to your appeal for Short Term Disability benefits.

As part of your appeal review, your medical information was reviewed by a health care consultant. We are enclosing a copy of the report with this letter for your review prior to completion of our appeal decision.

You may wish to provide this assessment to your treating physician(s) for further review. Any additional written information, comments or additional medical documentation must be provided within 21 days.

The 21-day period will expire on 12/8/2021. Please submit any written comments or additional medical documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your disability claim at this time as we want to provide you every opportunity to review our assessment and provide a response.

If we do not receive a response by 12/8/2021, then we will render a decision based on the information currently in the file.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

As we are approaching our initial deadline for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and have not yet reached a determination, an extension of time to process your appeal is required. Due to these special circumstances we are therefore exercising our right to take a 45-day extension of time to decide your appeal.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Melissa Patterson
800-423-2765 *2536
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

**PHYSICAL QUESTIONS:**

Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/3/2021 and forward.

If your conclusion is different from the conclusions in the prior reviews, please explain the medical rationale and evidence used in your coming to the different conclusion.

---

**Subject: Appeal Nursing Memorandum**

Claim #: 1210071975
Claimant: Adam Bobb
Date of Birth:
Date of Disability: 6/18/21

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

Clinical Assessment:
The EE stopped working on 6/18/21 due to right hip pain, tendinitis (inflammation), and bursitis. A right hip x-ray 6/7/21 is unremarkable. He is treated by Dr. Ramiro (Family Medicine) about every 1-3 weeks 6/7/21-8/23/21 for ongoing complaints of right hip (noted for a year following tractor accident) and groin pain as well as burn to the bottom of his foot. Treatment consists of Mobic (non-steroidal anti-inflammatory) and Tylenol with codeine (narcotic) for pain control, Medrol dose pak steroid (inflammation), and Silvadene cream to treat burn. Additional treatment includes home exercises and PT however he reported worsening pain with therapy. He was previously supported to 9/3/21. He remains out of work for ongoing right hip pain.

The EE saw Dr. Ramiro on 8/23/21 for persistent right hip and groin pain; he went to PT twice but, exercises did not help; he is scheduled to see Dr. Pollard (orthopedics) next week. He reports his hip "catches and pops". Exam documents pain with abduction of right hip and limping gait, otherwise exam is unremarkable. Plan is to remain off work until evaluation by Dr. Pollard. Will attempt to get approval of MRI again.

The EE was evaluated by McGhee APRN (Orthopedics) on 9/1/21 for right hip pain that has been present for one year. He reports pain right groin and lateral

leg and perceived weakness; he is extremely unsteady on his feet, and he has fallen multiple times. He has history of high blood pressure and a stroke. Exam documents the EE to be in obvious pain, pain with right hip internal and external rotation, positive straight leg raises (evaluate for herniated disc, nerve irritation) on right; his strength is normal 5/5 with intact sensation. He rises slowly from exam table and walks with antalgic gait to right. Lumbar x-ray showed well maintained disc height. Pelvic x-ray showed no acute fracture with well-maintained hip joint with normal alignment. Plan is to obtain pelvic MRI with follow up after.

The EE saw Dr. Pennington (Family Medicine) on 10/25/21 to establish care for chronic right hip pain. He reports he lost his job and has no insurance; he has been followed by Dr. Pollard and needs an MRI, but insurance denied; he has been told he has arthritis of the hip and lumbar spine, and that Dr. Pollard considers him having a torn labrum could be a possibility. He also reports high blood pressure and anxiety related to his condition. On exam, he is noted to be in no acute distress, moderate anxiety. He has moderate osteoarthritis of the hands, decreased ROM in the right hip due to pain particularly with internal rotation; there is tenderness to palpation anterior hip and moderate stiffness lumbar spine. Plan is to increase Cymbalta (anxiety) and start ibuprofen (non-steroidal anti-inflammatory) 600mg and Tramadol (narcotic) for pain control. Follow up in 3 months.

A right hip MRI 11/8/21 showed tear of the right anterior superior labrum tear (soft tissue that covers the hip socket) between 2:00 and 3:00 position. There are no correlating office visits.

The medical records document ongoing care and treatment for right hip and groin pain that has been present for one year following a tractor accident. The EE is treated by Dr. Ramiro (Family Medicine) and McGhee APRN (Orthopedics) as noted above. There is no documentation of motor or sensory deficits. Lumbar and pelvic x-rays 9/1/21 showed well maintained disc height and no acute fracture with well-maintained hip joint with normal alignment. Treatment consists of medication management as well as PT, however he did not tolerate the PT. There appears to be a gap in treatment from 9/1/21-10/25/21 at which time the EE established care with new primary care provider Dr. Pennington (Family Medicine) for ongoing chronic right hip pain as noted above. Exam revealed decreased ROM (unspecified) in the right hip due to pain and tenderness to palpation anterior hip and moderate stiffness lumbar spine. Treatment consists of medication changes (ibuprofen, Tramadol) for pain control. While the EE reports ongoing right hip pain that is chronic in nature with frequent falls, the medical exam documentation fails to demonstrate motor or sensory deficits, or severe loss of range of motion or impaired gait to support R/Ls beyond 9/1/21. Lumbar and pelvic x-rays are unremarkable. There is no documentation of frequent witnessed falls requiring frequent office visits, ER visits, or hospitalizations for the same. There is no indication the EE requires an assistive device for ambulation

or any other activities. While the right hip MRI 11/8/21 showed labral tear, there are no further office visits or exam findings for review on appeal by orthopedics after 9/1/21 to provide further treatment plans. The EE has shown the ability to work with the same symptoms for quite some time prior to the date of disability. There does not appear to be any treating providers certifying ongoing disability.

AMAMA3
Nurse Disability Consultant, Lincoln Financial Group

# GENERAL MAINTENANCE
# DUTIES AND RESPONSIBILITIES

## Job Functions

Every effort has been made to identify the essential functions of this position. However, it in no way states or implies that these are the only duties you will be required to perform. The omission of specific statements of duties does not exclude them from the position if the work is similar, related, or is an essential function of the position.

## Physical and Sensory Requirements

(With or Without the Aid of Mechanical Devices)

- Must be able to move intermittently throughout the work day.
- Must be able to speak and write the English language in an understandable manner.
- Must be able to cope with the mental and emotional stress of the position due to relating to and working with the ill, disabled, elderly, emotionally upset, and, at times, hostile people.
- Must possess sight/hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of this position can be fully met.
- Must function independently and have flexibility, personal integrity, and the ability to work effectively with the patients, personnel, and support agencies.
- Must meet the general health requirements set forth by the policies of this facility.
- Must be able to push, pull, move, and/or lift a reasonable minimum of pounds to a reasonable height and be able to push, pull, move, and/or carry such weight a reasonable distance.
- May be necessary to assist in the evacuation of patients during emergency situations.

## Job Position Analysis Information

**YES,** Tasks assigned to this position MAY involve potential and/or direct exposure to blood, body fluids, infectious diseases, air contaminants, and hazardous chemicals
**YES,** Functions Require Repetitive Motion
**YES,** Weight Lifting requirements do apply.
**YES,** Functions Require Prolonged Sitting, Standing, and/or Bending

# F A X S H E E T

| | |
|---|---|
| Date: | Nov-10-2021 10:37:12 |
| To: | ACMC RADIOLOGY |
| Subject: | |
| Fax Number: | 18703641233 |
| To Company: | |
| From Name: | |
| From Company: | 05-MONT-MAINLINE HEALTH SYSTEMS |
| From Facility: | 05-MONT-MAINLINE HEALTH SYSTEMS |
| Support Contact: | |
| Number of Page(s): | 2 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Bradley County Medical Center
404 South Bradley
Warren, AR 71671 (870) 226-4166

Radiology Report Provided By: Radiology Associates, P.A.

Patient Name: BOBB, ADAM
Date of Birth:
Accession Number: 161084120211108 Account Number: 745486
Date of Service: 11/08/2021 MRN: 146047
Attending Provider: PENNINGTON, KERRY F
Primary Care Provider: PENNINGTON, KERRY F

MRI RIGHT HIP WITHOUT CONTRAST 11/8/2021

INDICATION: Right hip pain

TECHNIQUE: Multiplanar, multisequence MR images of the right hip were obtained without IV contrast.

COMPARISON: None.

FINDINGS:

Bones and joints:
Right hip: The femoral head is normally positioned in the acetabulum. Marrow signal proximal right femur is within normal limits. Marrow signal in the right hemipelvis is within normal limits. No hip joint effusion. Tear of the acetabular labrum between the 2 and 3:00 positions. No para labral cyst.

Alpha angle: 52 degrees (normal less than 55 degrees)
Center edge angle: 36 degrees (normal is between 25 and 39 degrees)
Acetabular angle: 40 degrees (normal is between 33 and 38 degrees. Measurements between 39 and 46 degrees are indeterminate.)

Left hip: The femoral head is normally positioned in the acetabulum. Normal marrow signal in the proximal left femur and left hemipelvis. No hip joint effusion. Possible anterolateral labral tear, no para labral cyst.

Muscles and tendons (right hip):
Hip flexors: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.
Adductor group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.
Hamstring tendons: No evidence of tendinopathy or tendon tear.
Gluteal group: No evidence of muscle strain or muscle tear. No significant fat infiltration or atrophy.

Other: Large field of view evaluation of the left hip periarticular muscles demonstrates no muscle strain or muscle tear. No tendinopathy or

tendon tear.

Miscellaneous: Visualized pelvic viscera are unremarkable.

IMPRESSION:
1. Tear of the right anterior superior labrum between the 2:00 and 3:00 positions.

Signed by Samuel E Edwards, MD 11/8/2021 3:16 PM

Created and Electronically signed by: 20211108151632, 20211108151632 on 11/08/2021 15:16

# GENERAL MAINTENANCE
# DUTIES AND RESPONSIBILITIES

## Job Functions

Every effort has been made to identify the essential functions of this position. However, it in no way states or implies that these are the only duties you will be required to perform. The omission of specific statements of duties does not exclude them from the position if the work is similar, related, or is an essential function of the position.

## Physical and Sensory Requirements

(With or Without the Aid of Mechanical Devices)

• Must be able to move intermittently throughout the work day.
• Must be able to speak and write the English language in an understandable manner.
• Must be able to cope with the mental and emotional stress of the position due to relating to and working with the ill, disabled, elderly, emotionally upset, and, at times, hostile people.
• Must possess sight/hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of this position can be fully met.
• Must function independently and have flexibility, personal integrity, and the ability to work effectively with the patients, personnel, and support agencies.
• Must meet the general health requirements set forth by the policies of this facility.
• Must be able to push, pull, move, and/or lift a reasonable minimum of pounds to a reasonable height and be able to push, pull, move, and/or carry such weight a reasonable distance.
• May be necessary to assist in the evacuation of patients during emergency situations.

## Job Position Analysis Information

**YES,** Tasks assigned to this position MAY involve potential and/or direct exposure to blood, body fluids, infectious diseases, air contaminants, and hazardous chemicals
**YES,** Functions Require Repetitive Motion
**YES,** Weight Lifting requirements do apply.
**YES,** Functions Require Prolonged Sitting, Standing, and/or Bending

TheZenith®

## Physical Demand Definitions from the Dictionary of Occupational Titles (Department of Labor)

**S-Sedentary Work** – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.

**M-Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

**H-Heavy Work** - Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Medium Work.

**V-Very Heavy Work** - Exerting in excess of 100 pounds of force occasionally, and/or in excess of 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Heavy Work.

Date: Wed Nov 03 13:22:05 CDT 2021
From: Melissa Patterson <Melissa.Patterson@lfg.com>
To:
Message-ID: <1469095479.13.1635963725942.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210071975 (SECURE)

center

E-communication from Lincoln Financial Group

center

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

center

## Important Information for Claim #1210071975

center

Please review the attached letter and/or document(s) regarding the Claim #1210071975 for Adam Bobb. You may submit claim forms and additional documentation via email to \"mailto:DisabilityClaims@LFG.com\"DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at \"mailto:claims@lfg.com\"claims@lfg.com or 1-800-423-2765.

**Melissa Patterson**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2536
Fax: 402-361-1460
Email: Melissa.Patterson@lfg.com

center

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 3, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

This is to acknowledge receipt of your appeal for Short Term Disability benefits. We received your letter on 10/28/2021.

We are in the process of reviewing your appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Melissa Patterson
800-423-2765 *2536
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

CC: Trinity Village, Inc.
ATTN: Donna Rushin
6400 Trinity Drive
Pine Bluff, AR 71603

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Wed Nov 03 13:22:10 CDT 2021
From: Melissa Patterson <Melissa.Patterson@lfg.com>
To: drushin@trinityretirement.com
Message-ID: <1936533233.18.1635963730271.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210071975 (SECURE)

center

E-communication from Lincoln Financial Group

center

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

center

Important Information for Claim #1210071975

center

Please review the attached letter and/or document(s) regarding the Claim #1210071975 for Adam Bobb. You may submit claim forms and additional documentation via email to \"mailto:DisabilityClaims@LFG.com\"DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at \"mailto:claims@lfg.com\"claims@lfg.com or 1-800-423-2765.

**Melissa Patterson**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2536
Fax: 402-361-1460
Email: Melissa.Patterson@lfg.com

center

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 3, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

This is to acknowledge receipt of your appeal for Short Term Disability benefits. We received your letter on 10/28/2021.

We are in the process of reviewing your appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Melissa Patterson
800-423-2765 *2536
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

CC: Trinity Village, Inc.
ATTN: Donna Rushin
6400 Trinity Drive
Pine Bluff, AR 71603

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

mainlinehealth systems, inc.

**BOBB, ADAM**
**38 Y old Male, DOB:**
**Account Number: 126774**
**Home:**
**Guarantor: BOBB, ADAM Insurance: MEDICAID OF ARKANSAS Payer ID: 00185**
**PCP: Kerry Pennington Referring: Kerry Pennington**
**Appointment Facility: 18-Warren-Mainline Heatlh Systems, Inc**

**10/25/2021** **Progress Notes: Kerry Pennington, MD**

### Current Medications

Taking
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day
- amLODIPine Besylate 10 MG Tablet 1 tablet Orally Once a day
- Acetaminophen-Codeine #3 300-30 MG Tablet 1 tablet as needed Orally three times daily prn
- DULoxetine HCl 30 MG Capsule Delayed Release Particles 1 capsule Orally Once a day
- hydroCHLOROthiazide 12.5 MG Tablet 1 tablet in the morning Orally Once a day
- Cyclobenzaprine HCl 5 MG Tablet 1 tablet at bedtime as needed Orally Once a day

Medication List reviewed and reconciled with the patient

### Past Medical History

Hypertension.
Anger issue.

### Surgical History

heart surgery at 2 years old

### Family History

Father: unknown
Mother: alive, diagnosed with Diabetes, Hypertension
1 son(s) , 1 daughter(s) .
pt denies mental health issues or substance abuse in family-kspencerlpn 10/25/21.

### Social History

Tobacco Use Screening: yes Are you a: current smoker, When did you start smoking? 1/1/2000.
PRAPARE yes Date Completed/Updated: 10/25/2021, What is your current housing situation? I have housing, Are you worried about losing your housing? No, What is the highest level of school that you have finished? High school diploma or GED, What is your current work situation? Unemployed and seeking work, In the past year, have you or any family members you live with been unable to get any of the following when it was really needed? Check all that apply I do not have problems meeting my needs, Has lack of transportation kept you from medical appointments, meetings, work or from getting things needed for daily living? No, How often do you see or talk to people that you care about and feel close to? (For example: talking to friends on the phone, visiting friends or family, going to church or club meetings) More than 5 times a week, How stressed are you? Stress is when someone feels tense, nervous, anxious, or can't sleep at night because their mind is troubled Not at all, In the past year have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility? No, Are you a refugee? No, What country are you from? United States, Do you feel physically and emotionally safe

### Reason for Appointment

1. pt WANTS TO ESTABLISH CARE -kspencerlpn97.3
2. Pt uses drug room-kspencerlpn
3. Pt due for hiv screening-kspencerlpn

### History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

Visit HPI:
This is a new patient. He has chronic pain in the right hip. He has lost his job and has no insurance. He has been followed by Dr. Pollard for the hip pain and needs an MRI, but the insurance company continued denial until he lost his job. He also has a history of hypertension and anxiety related to these issues. He has been told in the workup that he has arthritis of the hip and lumbar spine and apparently Dr. Pollard considers him having a torn labrum to be a very real possibility. He presents to establish care, for medicine adjustment, and hopefully to be able to get an MRI at some point. He was given physical therapy for his right hip,But he states that therapy made it much worse so he had to stop it.

### Vital Signs

Wt **197 lbs**, Ht 6ft3in, BMI **24.62 Index**, BP **150/92 mm Hg**, HR 110 /min, RR 20, Temp 97.3, SaO2 97.

### Examination

GENERAL EXAM:
Neural: Well-developed, well-nourished white male in no acute distress.
HEENT: Ears, nose, mouth, and throat were normal.
Neck: Supple without adenopathy or thyromegaly.
Chest: Clear to auscultation and palpation.
Heart: Regular rate and rhythm without murmur, gallop, or rub.
Abdomen: No masses, tenderness, or organomegaly.
Extremities: There is no edema.
Neurological: Cranial nerves II through XII and peripheral neurological intact.
Musculoskeletal: Moderate osteoarthritis of the hands. He has decreased range of motion in his right hip secondary to pain particularly with internal rotation. There is tenderness to palpation anteriorly at the hip. There is moderate stiffness of the lumbar spine.
Skin: No new lesions or rashes.
Psych: Moderate anxiety.

### Assessments

1. Essential hypertension - I10 (Primary)
2. Chronic anxiety - F41.9
3. Pain in right hip - M25.551
4. Other chronic pain - G89.29
5. Spondylosis of lumbar region without myelopathy or radiculopathy - M47.816
6. Primary osteoarthritis of right hip - M16.11

### Treatment

**1. Essential hypertension**

where you currently live? Yes, In the past year, have you been afraid of your partner or ex-partner? No, PRAPARE Score: 4
GAD7- Anxiety: yes Feeling nervous, anxious or on edge? 1- Several days, Not being able to stop or control worrying? 0- Not at all, Worrying too much about different things? 0- Not at all, Trouble relaxing? 0- Not at all, Being so restless that it is hard to sit still? 0-Not at all, Becoming easily annoyed or irritable? 0- Not at all was before med,but ok now, Feeling afraid as if something awful might happen? 0- Not at all, Total Score: 1, Intepretation: 0-4 : Within Limits, Completed: 10/25/2021.
Alcohol Screening: yes Did you have a drink containing alcohol in the past year? Yes, How often did you have a drink containing alcohol in the past year? Two to three times per week (3 points), How many drinks did you have on a typical day when you were drinking in the past year? 3 or 4 (1 point), How often did you have six or more drinks on one occasion in the past year? Monthly (2 points), Points 6, Interpretation Positive.
Bipolar Screening: yes 1. Some people have periods lasting several days when they feel much more excited and full of energy than usual. Their minds go too fast. They talk a lot. They are very restless or unable to sit still and they sometimes do things that are unusual for them, such as driving too fast or spending too much money. Have you ever had a period like this lasting several days or longer? No, 2. Have you ever had a period lasting several days or longer when most of the time you were so irritable or grouchy that you either started arguments, shouted at people or hit people? No.
Depression Screening Completed: yes, Spencer, Kristy 10/25/2021 03:22:51 PM>, PHQ2.
Pre-Visit Planning Completed: yes, Spencer, Kristy 10/25/2021 03:22:45 PM>, Yes:.
Smoking: yes, Spencer, Kristy 10/25/2021 03:22:40 PM> , YES.
Recreational drug use: yes, Spencer, Kristy 10/25/2021 03:22:34 PM>, Denies.
Alcohol: yes, Spencer, Kristy 10/25/2021 03:22:23 PM >yes.
SO/GI Data: yes Sexual Orientation: Straight (Not Lesbian or Gay), Gender Identity: Male, Date Taken/Updated: 10/25/2021.
Learning Assessment: yes Completed: 10/25/2021, Hearing problems: No, Vision problems: No, Reading problems: No, Writing Problems: No, Highest Education completed: 12th grade, Health Literacy Screening completed: No.
Dental Home: yes Dental visit within the last year? No.
Household/Enviromental Factors: yes Lives with: spouse, children.
Caffeine: yes, frequency:, Spencer, Kristy 10/25/2021 03:21:29 PM> , Soda, 1 cup/day.
Exercise: yes, Spencer, Kristy 10/25/2021 03:21:22 PM>, Per Age.
Travel outside US: yes, Spencer, Kristy 10/25/2021 03:21:14 PM>, No.
Sexually active: yes, Spencer, Kristy 10/25/2021 03:21:08 PM> , Yes.
Herbal & OTC medications: yes, Spencer, Kristy 10/25/2021 03:21:00 PM>, None.
Advance Directive: yes, Spencer, Kristy 10/25/2021 03:20:50 PM>, No.

**Allergies**
Sulfa Antibiotics: swelling - Allergy - Criticality High - Onset Date 10/25/2021

**Hospitalization/Major Diagnostic Procedure**
see above

Notes: Continue a low-salt diet and current medication.He had lab this summer that was normal.



**2. Chronic anxiety**
Notes: Increase duloxetine to 2 a day, 30 mg each.

**3. Pain in right hip**
Notes: Add ibuprofen 600 3 times a day and tramadol 50 every 6 hours when necessary. We will see if we can get him set up with UA MS.

**4. Spondylosis of lumbar region without myelopathy or radiculopathy**
Notes: Add ibuprofen 600 3 times a dayy and he has cyclobenzaprine to take at bedtime.

**5. Primary osteoarthritis of right hip**
Notes: Ibuprofen 600 3 times a day.

**6. Others**
Start Ibuprofen Tablet, 600 MG, Take 1 tablet with food, Orally, 3 times a day for arthritis and pain, 30 days, 90 Tablet, Refills 2
Start traMADol HCl Tablet, 50 MG, Take 1 tablet, Orally, Every 6 hours as needed for pain, 7 days, 28 Tablet, Refills 2, Notes: pdmp checked

## Preventive Medicine

NUTRITION COUNSELING: Weight management: BMI Management Plan: Yes, BMI Management Plan: Yes, Counseling for nutrition provided Yes, Counseling for physical activity provided Yes.
CARE MANAGEMENT: Treatment Goals: Established/Updated treatment goals: Yes Blood pressure less than 140/90, Condition: Stable; continue current treatment plan as directed, Has patient met treatment goals? Yes Patient instructed to maintain current treatment goals and self management plan., Self Management Goals/Plan: Yes Take medications as directed, SMG/Action Plan with Healthy Living sheet given to patient Yes, Level of Confidence to meet goal per patient: 8, Additional Care Management Support needed? No No additional care support needed., Additional Resources Provided: Yes Blood pressure log, DASH/low sodium diet, Barriers to reaching treatment and/or self management goals identified: No, Care Plan given to Patient/Family/Caregiver Yes, Review/Renew Care Plan: every 6 months or PRN. Medication Management Barriers to Medication Adherence: No, Education provided about medications including NEW: Yes Verbalized instructions for taking medications, Verbalized potential side effects and drug interactions, Verbalized consequence of not taking medications, Verbalized medication education: when, how much, how often, Patient states understanding of medication regimen: Yes.

## Visit Codes

99203 Office Visit, New Pt., Level 3.

## Follow Up

3 Months,pm

Care Plan Details



**Electronically signed by Kerry Pennington , MD on 10/30/2021 at 04:19 PM CDT**

**Sign off status: Completed**

**18-Warren-Mainline Health Systems, Inc**
**1012 E Church St**
**STE B**
**Warren, AR 716713530**
**Tel: 870-226-6786**
**Fax: 870-226-7925**

**Review of Systems**

Psychiatry:
Crying no. Nerves no. Paranoid no. Concentration trouble no. Insomnia no.

-CARDIOLOGY:
Patient denies chest pain , orthopnea , palpitations , dyspnea on exertion , paroxysmal nocturnal dyspnea.

-CONSTITUTIONAL:
Patient denies fatigue , fever , weakness , weight gain , weight loss.

-ENDOCRINOLOGY:
Patient denies cold intolerance , excessive sweating , excessive thirst , hair changes , heat intolerance , weight gain , , weight loss.

-ENT:
no Rhinorrhea. no Sinus pain. no Sore throat.

-GASTROENTEROLOGY:
no Constipation. no Diarrhea. no Indigestion:. no Nausea. no Vomiting.

-MUSCULOSKELETAL:
muscle spasms no. Patient complaining of lt hip pain . no Arthritis. no Back pain. no Joint stiffness.

-NEUROLOGY:
lightheaded no. numbness no. Convulsions no. no Headache. no Vertigo.

-RESPIRATORY:
no Cough. no Hemoptysis. no Shortness of breath. no Wheezing.

-SKIN:
Redness No. Itching No. Burning/Stinging No.

-UROLOGY:
no Dysuria. no Nocturia. no Urinary frequency.

**Progress Note: Kerry Pennington, MD 10/25/2021**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# F A X S H E E T

| | |
|---|---|
| Date: | Nov-01-2021 09:25:01 |
| To: | |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 14023611460 |
| To Company: | |
| From Name: | Chambers,Mary |
| From Company: | 18-Warren-Mainline Heatlh Systems, Inc |
| From Facility: | 18-Warren-Mainline Heatlh Systems, Inc |
| Support Contact: | |
| Number of Page(s): | 5 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

BOBB, ADAM **DOB:** (38 yo M) **Acc No.** 126774 **DOS:** 10/25/2021

From:Kwik Kopy To:14023611460 10/28/2021 11:49 #134 P.001/002

# kwik-Fax TRANSMITTAL FORM

Date: 10/28/21 No. of pages being sent: ______

To: ______ From: ______

Location: ______ Location: ______

FAX No.: 402-361-1460 FAX No.: ______

Message: Attn: Short Term Disability Appeal

PAGE 1/2 * RCVD AT 10/28/2021 12:37:26 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:4023611460 * CSID:870 534 0710 * ANI:18705340710 * DURATION (mm-ss):01-20

From:Kwik Kopy To:14023611460 10/28/2021 11:50 #134 P.002/002

Date: 10-27-21

I Adam Bobb want to appeal
this Decision.

New Documentation
Dr. Pennington New Primary
Care Physician. Warren Ar.
Mri is justified waiting
on medicaid to start.

Phone: 870-461-0709

Claim Number: 12100 71975

Still unable to work.
Lost Job Due to this.
Due to medical Limatations

Adam Bobb

Fax 402-361-1460
Lincoln
Financial

PAGE 2/2 * RCVD AT 10/28/2021 12:37:26 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:4023611460 * CSID:870 534 0710 * ANI:18705340710 * DURATION (mm-ss):01-20

REF #10835359

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 13, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr. Bobb:

We have completed our review of your Short Term Disability claim and have determined that no additional benefits are payable beyond 09/03/2021.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to the following:

- Office and treatment notes from Dr. Mark Ramiro dated 06/07/2021 to 09/01/2021
- Attending Physician Statement completed by Dr. Mark Ramiro on 07/08/2021

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

According to the information contained in your claim file, you stopped working on 06/17/2021 due to a diagnosis of Right Hip Pain/Tendinitis/Bursitis.

You had no significant lumbar or hip pathology that had been identified.

Your orthopedic examination showed full strength of lower extremities with no specific range of motion limitations beyond pain with rotation.

You had no unsteadiness, use of assistive device, or imbalance, and your sensation of your lower extremities were normal.

An MRI remains pending and no future orthopedic evaluation or treatments are being planned until MRI has been completed.

**Summary**

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by the policy. The medical evidence provided does not support ongoing restrictions and limitations beyond 09/03/2021.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number.
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

REF #10835359

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Renita Johnson, DIA
800-423-2765*3165
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

REF #10835359

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hólǫ́. Kojį' hódíílnih áǫįóóǫéąąǫąíę́ę.

REF #10835528

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 13, 2021

TRINITY VILLAGE, INC.
ATTN Donna Rushin
6400 Trinity Drive
Pine Bluff, AR 71603

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Donna Rushin:

This letter is to inform you that the Short Term Disability claim extension for Adam Bobb has been denied.

A detailed letter has been sent to Mr. Bobb advising of our decision and offering appeal rights. Due to protected health information, we are unable to provide you with a copy of the denial letter.

Please contact our office with any questions you may have at the number listed below or email us at disabilityclaims@lfg.com.

Sincerely,

Renita Johnson, DIA
800-423-2765*3165
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

*History, ROS, Physical Exam, Diagnosis, Plan, Plan of Care, Note Distribution*

**McGhee, April Summer (APRN)** (Signed 09/01/2021 09:54)

***Entered:*** *Chief Complaint, Screening Assessment, HPI, Physical Exam, Results, Diagnosis, Plan, Documentation Complete, Levels*

***Authored:*** *Office Contact Information, Care Providers, Chief Complaint, Screening Assessment, HPI, Past Med/Surg/Social/Family Hx, Physical Exam, Results, Diagnosis, Plan, Plan of Care, Documentation Complete, Levels*

***Last Updated:*** *09/01/2021 11:16 by Huber, Ashley (MD Office-Med Assistant)*

Eastern Daylight Time] · SVR:VAIPWFAX101/4 · DNIS:8778433950 · CSID:SAOC · ANI:8705353973 · DURATION (mm-ss):01-42

# FAX TRANSMISSION


**JEFFERSON REGIONAL**
**ORTHOPAEDIC AND SPINE**
1609 W 40th Avenue, Suite 501
Pine Bluff, AR 71603
Phone: (870) 534-3449
Fax: (870) 535-3973


**To:** Lincoln Financial Group Claims Dept.

**From:** JT

**Fax #:** 877-843-3950

**Fax #:** 870-535-3973

**Page 1 of** 5

**Phone #:** 870-534-3449

**Date:** 9/2/21

**Subject:** ____________

**COMMENTS:** Adam Bobb

## CONFIDENTIALITY NOTICE

The information which follows and is transmitted herewith is attorney/client privileged, trade secret and/or confidential information belonging to Jefferson Regional Medical Center and is intended solely for the use of the individual recipient named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, use, communication, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmittal in error, please immediately notify us by telephone at the number shown above to arrange to return the original message to us. Thank you.

JRMC
*Caring for South Arkansas*

2021-09-02 11:08 SAOC 5353973 >> P 1/5

MRN: 000313058
Visit: 8098694
Age: 38y (

**Bobb, Adam**
Gender: Male

JRMC
Current Location: xDoc Management-Smith

**Amb JRMC Spine Note [Charted Location: Waiting Room McGhee] [Date of Service: 09/01/2021 09:10, Authored: 09/01/2021 09:10]- for Visit: 8098694**, *Complete, Revised, Signed in Full, Available to Patient*

**Office Contact Information:**
JRMC Ortho and Spine Clinic
1609 West 40th Suite 501
Pine Bluff, AR 71603
(870) 534-3449.

**Care Providers:**

| Provider Role | Provider Name |
|---|---|
| Referring Doctor | **Romero, Jose** |
| Primary Care Provider | **Ramiro MD, Mark** |

**Chief Complaint:**
Right hip pain.

**Screening Assessment:**
**Functional/Cognitive Status Assessment:**

| | |
|---|---|
| • **Ambulation** | 0 - Independent with ambulation |
| • **Climbing Stairs** | 0 - Independent with climbing stairs |
| • **Bathing** | 0- Independent with bathing |
| • **Dressing** | 0- Independent with dressing |
| • **Vision Problems** | No |
| • **Hearing Problems** | No |
| • **Communication Problems** | No |

**HPI:**
This is a 38 year old Male patient who complains of right hip pain that is been going on for a year. He has severe right groin pain and right lateral leg pain. He does perceive severe right leg weakness. He is extremely unsteady on his feet and has fallen multiple times, the last fall he actually broke a tooth. He does have history of hypertension and has had a CVA. This pain is interfering with his activities of daily living. He is actually on disability right now because the pain is so severe that he cannot work. He has not had any recent fever or unintentional weight loss. He has had night sweats but has been going on for several years. No bowel or bladder incontinence.

**Past Med/Surg/Social/Family Hx:**
**Past Medical/Surgical History:**
Birth Sex: Male.

Past Medical History hypertension, CVA.

Past Surgical History heart surgery.

| | |
|---|---|
| • **Tobacco Use** | Never smoker |
| • **Alcohol Use** | Denies alcohol use |
| • **Drug Use** | Denies current drug use |

**Family History:**
Non-contributory.

**ALLERGIES:**
- **No Known Allergies:**

**Home Medication Review:**

| | |
|---|---|
| • **Home Medications** | amLODIPine 2.5 mg oral tablet 1 tab(s) orally once a day<br>cyclobenzaprine 5 mg oral tablet 1 tab(s) orally 3 times a day<br>hydroCHLOROthiazide 12.5 mg oral capsule 1 cap(s) orally once a day<br>meloxicam 15 mg oral tablet 1 tab(s) orally once a day |

**Immunization History:**
**Flu Assessment:**

| | |
|---|---|
| • **Has the patient received the influenza vaccine within the past year?** | Unknown |
| • **Will the patient receive the influenza vaccine today?** | No |
| • **Reason:** | Not offered at this facility |

**ROS:**
Essentially negative except as stated above.

**Physical Exam:**
**Vital Signs:**
Blood Pressure: 0 / 0.

**Height/Weight:**
Weight in lbs 208 lbs 0 oz Converted to kg 94.35 kg Patient Stated.

Height : 6 feet feet, 3 inch(es) inches 190 cm cm Per Patient.

BMI: **26.1** kg / m2.

**Physical Exam:**
Gen: WD, WN Caucasian male sitting on exam table in obvious pain.

HEENT: NC/AT

CV: pulses strong at radial

Resp: breathing easily

Neuro: A and O x 4

Musculoskeletal: Right internal and external hip rotation causes pain. Positive straight leg raise on the right. Lower extremity muscle groups are 5/5 bilaterally. Sensation is intact to light touch in L2-S1 distribution. He rises slowly from the exam table and walks with an antalgic gait to the right.

**Results:**
**Radiology Results:**
AP lateral lumbar x-ray shows 5 normal lumbar vertebrae with disc height well-maintained.

Pelvis complete right shows no acute fracture, hip joint appears well maintained and normally aligned.

**Diagnosis:**
**Assessment/Plan:**

1. **Right hip pain**: ICD-10: M25.551

**Plan:**
We are ordering an MRI of the pelvis complete right. He will follow up with us after testing is complete.

**Physician Documentation Complete:**
. .

**Plan:**
**Return to Clinic:**
Return to clinic: after scheduled testing is complete.

**Referrals/Transition of Care:**
Follow Up with PCP for Dietary Consult.

Mark Ramiro, MD 1400 Claude Rd, White Hall, AR 71602 (870)247-9499, Reason for referral: dietary. Follow up with PCP in: as needed. Patient will make follow up arrangements.

**Counseling:**
Discussed the health risk associated with an increased BMI and maintaining a healthy weight. Discussed the importance of a healthy diet and exercise.

**Documentation Complete:**
Documentation Complete.

**Plan of Care:**

| | |
|---|---|
| • **Diagnosis** | Lumbago, Right hip pain |
| • **Discharge Diagnosis: Please provide patient one of the suggested discharge instructions from ExitCare** | Lumbago, Right hip pain |
| • **Discharge Goals** | Medication Compliance<br>Keep follow up appointment(s)<br>Maintain a Healthy Weight |

**Note Distribution:**
Send to PCP .

. .

**Levels:**

| | |
|---|---|
| • **New Patient** | Moderate Severity (99203) |

**Electronic Signatures:**
Freeman, Donna (LPN) (Entered 09/01/2021 09:10)
*Entered: Office Contact Information, Care Providers, Past Med/Surg/Social/Family Hx, Physical Exam, Plan of Care*
Huber, Ashley (MD Office-Med Assistant) (Signed 09/01/2021 11:16)
*Authored: Past Med/Surg/Social/Family Hx, Home Medication Review, Immunization*

*History, ROS, Physical Exam, Diagnosis, Plan, Plan of Care, Note Distribution*

**McGhee, April Summer (APRN)** (Signed 09/01/2021 09:54)

***Entered:*** *Chief Complaint, Screening Assessment, HPI, Physical Exam, Results, Diagnosis, Plan, Documentation Complete, Levels*

***Authored:*** *Office Contact Information, Care Providers, Chief Complaint, Screening Assessment, HPI, Past Med/Surg/Social/Family Hx, Physical Exam, Results, Diagnosis, Plan, Plan of Care, Documentation Complete, Levels*

***Last Updated:*** *09/01/2021 11:16 by Huber, Ashley (MD Office-Med Assistant)*

PROVIDERFLOW

**Kaitlin, Front Office**
White Hall Family Medicine Associates
(870) 247-5312 || **Fax**
(870) 247-9499 || **Phone**

**To:**
Fax: (877) 843-3950
Lincoln financial group
**Total Pages:** 15 (including this cover)

---

## Message:

Adam Bobb

---

This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

***Powered By***
PROVIDERFLOW
www.providerflow.com

Want to view this fax online? Visit www.providerflow.com/invite and enter code be0b-9ad8 or scan the QR code with your smartphone or tablet

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Bobb Adam K
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:
8. Please provide us with your e-mail address:
   May we contact you via e-mail? ☑ Yes ☐ No
9. Date of Birth:
10. Employer Name and Group Policy Number: Trinity Village
11. Employer Phone Number: (870) 879-3115
12. Date Last Worked: June 17th 2021
    Date of Disability:
13. Gender ☑ Male ☐ Female
14. Hospital Confined ☐ Yes ☑ No
    Dates of confinement:
15. Have you ever had the same or similar condition in the past? ☐ Yes ☑ No If "Yes" provide dates:
16. Is your disability due to a: ☐ Sickness ☐ Injury ☑ Other
    Date of Injury:

16a. Please describe your Sickness or how your Injury occurred: Pain in Right Hip
Height: 6'3
Weight: 200 lbs

17. I returned to work part-time on:
    I returned to work full-time on:
18. Is your disability due to your occupation? ☐ Yes ☑ No If "Yes" explain in 16a
    Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No
19. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
    Doctor: Dr. Mark Barnard
    Phone Number: 870-247-9199 Specialty: MD
    Address: 1400 Claud Rd White Hall Ar 71602
20. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☑ Yes ☐ No
    If yes, how much should be withheld each week? (minimum is $20.00 per week) $20.00
21. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

22. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee [signature] Date 7-8-21

23. Payment Method
    ☑ Direct Deposit
    Financial Institution Name: Fairfield Credit Union
    Type of Account ☑ Checking
    Bank/Routing Number:
    Checking Account Number:

*(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)*

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

(PLEASE see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423 2765
Fax (877) 843-3950
www.LincolnFinancial.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

| | | |
|---|---|---|
| 1. Full Name (last, first, middle initial) | | 2. Social Security Number |
| 3. Occupation of Employee/Claimant | 4. Insurance Class | 5. Employee Date of Hire |
| 6. Date Insured | 7. Date Employee was last present at work<br>On that day, did employee work a full day? ☐ Yes ☐ No | |
| 8. Employee's Basic Weekly Earnings | 9. Returned to Work?<br>☐ Full-time ☐ Part-time Date: | |

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ☐ Yes ☐ No
If yes, what percent is paid by the employee? ________%
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? ________ hours per week ________ hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ☐ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☐ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier________________
Name, address and telephone number of your medical insurance carrier ________________

14. Is the employee receiving or has he/she received continued pay? ☐ Yes ☐ No
If yes, complete the following:
Pay Period: Amount: Source of Income:

15. Can job be modified to fit accommodations?

16. Physical Requirements (Include Job Description)

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other) | Telephone Number (Include Area Code and Extension) | Group Policy Number & Division Number |

E-mail address Fax Number (Include Area Code)

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature of Person Completing this form and Title ________ Date ________

Print Name of Person Completing this form and Title ________ E-mail address ________

Lincoln Financial Group

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

1. Name and Phone Number of Patient: Adam Bobb ( )4
2. S
3. Employer Name: Trinity Village
4. When did symptoms first appear or accident happen? 05/2021
5. Date you believe patient was unable to work? 06/07/2021
6. Diagnosis (including complications): R Hip Pain / Trochanteric / Bursitis
7. Subjective symptoms: Severe R hip / buttocks pain
8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings): Restricted ROM R hip
   - Height: 6'3
   - Weight: 200 Lbs
9. List of Restrictions & Limitations: Avoid prolonged standing, walking, lifting
10. Nature of treatment (including surgery and medications prescribed, if any). Medication, Physical Therapy
11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates.
12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No
13. If pregnancy, estimated date of delivery: Actual date of delivery:
14. Date first treated
15. Date of last visit/treatment
16. Has patient been hospital confined? ☐ Yes ☑ No Confined from: to
    If "Yes" give name of hospital.
17. Has surgery been scheduled or performed? ☐ Yes ☑ No If "Yes" date of surgery:
    Type of surgery scheduled:
18. Prognosis and Rehabilitation:
    a. When do you think your patient will be able to return to work in their occupation? 9/08/2021
    b. When could trial employment commence? ☐ Full-time ☑ Part-time 08/08/2021
    Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) | Specialty | Telephone (Include Area Code) |
|---|---|---|
| Mark Ramirez | FP | 8702474499 |

Street Address/City or Town/State or Providence/Zip Code: 1400 Cloud Road White Hall AR 71602

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Signature (Attending Physician) No stamps please | Date | Fax Number (Include Area Code) |
|---|---|---|
| [signature] | 07/08/2021 | 8702475312 |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

1. Name and Phone Number of Patient: ADAM BOBB
2. Social Security Number:
3. Employer Name: TRINITY VILLAGE
4. When did symptoms first appear or accident happen? JUNE 2021
5. Date you believe patient was unable to work? JUNE 7 2021
6. Diagnosis (including complications): RIGHT HIP PAIN, TENDONITIS /BURSITIS
7. Subjective symptoms: RIGHT HIP PAIN /GROIN PAIN
8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings): RESTRICTED FLEXION, ABDUCTION (R) HIP
Height: 6'13
Weight: 202 lbs
9. List of Restrictions & Limitations: PROLONGED STANDING /WALKING, CLIMBING, BENDING, SQUATTING
10. Nature of treatment (Including surgery and medications prescribed, if any). MEDICATIONS: MELOXICAM, FLEXERIL, TYLENOL WITH [illegible], PHYSICAL THERAPY
11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates.
12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No
13. If pregnancy, estimated date of delivery: Actual date of delivery:
14. Date first treated
15. Date of last visit/treatment
16. Has patient been hospital confined? ☐ Yes ☑ No Confined from: to
If "Yes" give name of hospital.
17. Has surgery been scheduled or performed? ☐ Yes ☑ No If "Yes" date of surgery:
Type of surgery scheduled:
18. Prognosis and Rehabilitation:
a. When do you think your patient will be able to return to work in their occupation? 11/2021
b. When could trial employment commence? ☑ Full-time ☐ Part-time 11/2021
Please submit clinical documentation to support your decision.

Print Name (Attending Physician): MARK [illegible] MD
Specialty:
Telephone (Include Area Code):
Street Address/City or Town/State or Providence/Zip Code: 1400 [illegible] ROAD WHITE HALL AR 71602

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature (Attending Physician) No stamps please: [signature]
Date: 09/02/2021
Fax Number (Include Area Code): (870)247 5312

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Bobb Adam K
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:
8. Please provide us with your e-mail address:
May we contact you via e-mail? ☑ Yes ☐ No
9. Date of Birth:
10. Employer Name and Group Policy Number: Trinity Village
11. Employer Phone Number: 870-879-3113
12. Date Last Worked:
Date of Disability: June 17th 2021
13. Gender ☑ Male ☐ Female
14. Hospital Confined ☐ Yes ☑ No
Dates of confinement:
15. Have you ever had the same or similar condition in the past?
☐ Yes ☑ No If "Yes" provide dates:
16. Is your disability due to a:
☐ Sickness ☐ Injury ☑ Other
Date of Injury:
16a. Please describe your Sickness or how your Injury occurred: Pain in right hip + leg
Height: 6'3
Weight: 200 lbs
17. I returned to work part-time on: N/A
I returned to work full-time on:
18. Is your disability due to your occupation? ☐ Yes ☑ No If "Yes" explain in 16a
Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☑ No
19. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Dr. Ramiro
Phone Number: 870-247-9499 Specialty: MD
Address: 1400 Cloud Rd Whitehall Ar 71602
20. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☑ Yes ☐ No
If yes, how much should be withheld each week? (minimum is $20.00 per week) 20.00 Per wk
21. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

22. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee [signature] Date

23. Payment Method
☑ Direct Deposit
Financial Institution's Name: Fairfield Credit Union
Type of Account ☑ Checking
Bank/Routing Number:
Checking Account Number:

*(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)*

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**





PAGE 12/15 * RCVD AT 9/2/2021 10:50:23 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:8778433950 * CSID:8702475312 * ANI:8702475312 * DURATION (mm-ss):04-38

Lincoln Financial Group

The Lincoln National Life Insurance Company
PO Box 2609. Omaha. NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

**EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)**
**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

| | | |
|---|---|---|
| 1. Full Name (last, first, middle initial) Bobb, Adam K. | | 2. Social Security Number |
| 3. Occupation of Employee/Claimant Maintenance | 4. Insurance Class | 5. Employee Date of Hire 8/14/2014 |
| 6. Date Insured 1/1/2021 | 7. Date Employee was last present at work June 17, 2021<br>On that day, did employee work a full day? ☑ Yes ☐ No | |
| 8. Employee's Basic Weekly Earnings 697.60 Gross | 9. Returned to Work? NA<br>☐ Full-time ☐ Part-time Date: | |

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ☑ Yes ☐ No
If yes, what percent is paid by the employee? 100 %
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? 40 hours per week 8 hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ☑ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☑ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier ______
Name, address and telephone number of your medical insurance carrier ______

14. Is the employee receiving or has he/she received continued pay? ☐ Yes ☐ No
If yes, complete the following:
Pay Period: Amount: Source of Income:

15. Can job be modified to fit accommodations? NO

16. Physical Requirements (Include Job Description)
sent previously 7-14-2021

| Employer's Name & Address (or name of policyholder, if other) | Telephone Number (Include Area Code and Extension) | Group Policy Number & Division Number |
|---|---|---|
| | | |

E-mail address Fax Number (Include Area Code)

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

[signature]
Signature of Person Completing this form and Title Date

April Haynes, Payroll Clerk
Print Name of Person Completing this form and Title E-mail address

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K ____ Date of Birth: ____

Other Names Used: Ke ____ Social Security Number: ____

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ____

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ____ Relationship to claimant: ____

Address: ____ Phone: ____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: 7-8-21

# FMLA Medical Certification (Family Member)

(Certification of Healthcare Provider for Family Member's Serious Health Condition)

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS:** The Family and Medical Leave Act (FMLA) provides that you, as an employer, may require an employee seeking FMLA protections and leave to care for a covered family member with a serious health condition to submit a medical certification issued by the healthcare provider of the covered family member. Please complete Section I of this certification before giving it to your employee. While you are not required to use this certification, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§825.306-825.308. In accordance with federal law, employers generally must maintain records and documents relating to medical certifications, recertifications or medical histories of employees' family members, created for FMLA purposes, as confidential medical records and in separate files/records from the usual personnel files.

Employer name and contact: Trinity Village, Inc.
Greg Leopard, Maintenance Supervisor (870) 692-6765
Donna Stone, Exec Director (870) 879-8223

## SECTION II: For Completion by the Employee

**INSTRUCTIONS:** Please complete Section II before giving this certification to your family member's medical provider. The FMLA permits an employer to require that you submit a timely, complete and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections, under regulation 29 U.S.C. §§2613, 2614(c)(3). Not providing a complete and sufficient medical certification may result in denial of your FMLA request, under regulation 29 C.F.R. §825.313. Your employer must give you at least 15 calendar days to return this form under regulation 29 C.F.R. §825.305.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Your name: ______________________
First Middle Last

Name of family member for whom you will provide care:
______________________
First Middle Last

Relationship of family member to you: ______________________

If family member is your son or daughter, date of birth: ___/___/___

Describe care you will provide to your family member and estimate leave needed to provide care: ______________________

Employee signature: [signature] Date: 7/8/21

## SECTION III: For Completion by the HEALTHCARE PROVIDER

**INSTRUCTIONS:** The employee listed on the previous page has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions pertain to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown" or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. The last page provides space for additional information, if necessary. Please be sure to sign the form on the last page.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entitles covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name and business address: Mark Rowland
1400 Crave Road White Hall AR 71602

Type of practice/medical specialty: FP

Telephone: (870) 2479499 Fax: (870) 247-5712

### PART A: Medical Facts

1. Approximate date condition began: 05/08/2021

Probable duration of condition: 3-4 months

Was the patient admitted for an overnight stay in a hospital, hospice or residential medical care facility? ☐ Yes ☑ No

If yes, dates of admission:

Date(s) you treated the patient for condition: 06/07/2021, 06/18/2021, 06/28/2021, 07/08/2021

Will the patient need to have treatment visits at least twice a year due to the condition? ☐ Yes ☑ No

Was medication, other than over-the-counter medication, prescribed? ☑ Yes ☐ No

Was the patient referred to other healthcare provider(s) for evaluation or treatment (e.g., physical therapist)? ☑ Yes ☐ No

If yes, state the nature of such treatments and expected duration of treatment:

Further treatment

2. Is the medical condition pregnancy? ☐ Yes ☑ No

If yes, expected delivery date: __/__/__

3. Describe other relevant medical facts, if any, related to the patient's condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment):

Severe/persistent Ⓡ hip pain

# Employee FMLA Leave Request
(Family/Medical Leave Request Form)

Eligible employees are entitled under the Family and Medical Leave Act (FMLA) to take up to 12 or 26 weeks of job-protected leave for certain family and medical reasons. Submit this request form to your human resources manager at least 30 days before the leave is to begin, when possible. When 30 days' advance submission of the request form is not possible, submit the request as soon as possible. Our Company reserves the right to deny or postpone leave if you do not give adequate notice when permitted under federal and/or state law.

## Employee Information

Please print.

Name: Adam Bobb Employee ID #: ______

Department: Maintaince Job Title: Maintaince

Today's Date: __/__/__ Hire Date: __/__/__ Aug 2014 Supervisor: Greg Hespand

Status: ☑ Full-Time ☐ Part-Time ☐ Temporary

## Reason for Requesting Leave

I am requesting family/medical leave for the following reasons: (check all that apply)

☐ Birth of my child; to care for my newborn child

☐ Placement of a child with me for ______ adoption ______ foster care

☐ Leave to care for a family member with a serious health condition

Relationship of family member to you: ______

☑ My own serious health condition

☐ Qualifying exigency because a family member is on or has been called to covered active duty in the Regular Armed Forces (including the National Guard and Reserves) to a foreign country

Relationship of family member to you: ______

☐ Leave to care for a family member who is a current member of the Armed Forces (including the National Guard and Reserves) or a covered veteran and who is undergoing medical treatment, recuperation, or therapy, is in outpatient status or on temporary disability retired list for a serious injury or illness

Relationship of family member to you: ______

☐ Other (please explain) ______

## Duration of Leave

Leave expected to begin __/__/__ Leave expected to end __/__/__

If intermittent or reduced-leave schedule is being requested, please explain why it is needed and the proposed leave schedule:

______

## Employee Certification and Signature

I certify that the above information is true and correct to the best of my knowledge:

Employee signature: [signature] Date: 7/8/21

EMPLOYER: This form should be treated as a medical record and must be maintained separately from employee personnel files, in locked cabinets with only designated personnel having access. As an employer, you should retain this original and provide a photocopy of the form to your employee along with the Company Response form within a reasonable period of time.

COMPLYRIGHT. ©2014 ComplyRight, Inc. A1433

This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.
Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.

ATTORNEY APPROVED

## PART B: Amount of Care Needed

When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care.

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ☑ Yes ☐ No

Estimate the beginning and ending dates for the period of incapacity: 06 / 07 / 2021 (beginning) 09 / 08 / 2021 (ending)

During this time, will the patient need care? ☑ Yes ☐ No

Explain the care needed by the patient and why such care is medically necessary:

– medication / [illegible] work-up

– physical therapy

5. Will the patient require follow-up treatments, including any time for recovery? ☑ Yes ☐ No

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

– every 2 weeks

Explain the care needed by the patient, and why it is medically necessary:

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? ☐ Yes ☑ No

Estimate the hours the patient needs care on an intermittent basis, if any:

_____ hours a day: _____ days a week from _____ through _____

Explain the care needed by the patient, and why it is medically necessary:

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities?

☐ Yes ☑ No

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next six months (e.g., one episode every three months lasting one-two days):

Frequency: _____ times a _____ week(s) _____ month(s)

Duration: _____ hours or _____ day(s) per episode

Does the patient need care during the flare-ups? ☐ Yes ☐ No

Explain the care needed by the patient, and why it is medically necessary:





PAGE 9/15 * RCVD AT 9/2/2021 10:50:23 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:8778433950 * CSID:8702475312 * ANI:8702475312 * DURATION (mm-ss):04-38

## Additional Information

(Identify question number with your additional answer.)

Signature of Healthcare Provider: ______________________ Date: 07/08/20

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years, in accordance with 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number (1235-0003). The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution AV. NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION; RETURN IT TO THE PATIENT.

COMPLYRIGHT™
A1424 ©2015 ELH

This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.

Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.

ATTORNEY APPROVED

**Provider:**

## WHFM Clinical Data Next Day Appt

**Patient ID:** **Today Appt Date:**

| | | | |
|---|---|---|---|
| **Patient Name:** | Adam Bobb | **Pt sex:** | Male |
| **Pt age:** | 38 | **Appointment Time** | |
| **DOB:** | | **Comments:** | Discrepancy in medical document paperwork (gait/Rom June July) Saw DR Pollard NP yesterday Saw arthritis needs MRI told her denied twice |
| **Last Appt Date:** | | **Labs** Yes No | |
| | | **Labs to Order** | |

**Vital Signs**

| | | | | | |
|---|---|---|---|---|---|
| **Temp:** | 98.0 | **CBC** | | **Chem 14** | |
| **Pulse:** | 109 | **Lipid** | | **Chem 8** | |
| **Respiration:** | 20 | **PSA** | | **TSH** | |
| **B/P** | 150/103 \| 150/107 | **UA** | | **A1C** | |
| **Weight:** | 202.0 | **DRE** | | | |

97

**NOTES:** **Other Labs**

**Refills Needed:** Yes ______ No ______

**Screening for Clinical Alerts**

| | | | |
|---|---|---|---|
| A1C | ☐ | Diabetic Poor Control | ☐ |
| Breast Cancer | ☐ | HPV Coc Needed | ☐ |
| Cervical Cancer | ☐ | Infuenza Imm | ☐ |
| CHF Patient | ☐ | PHQ-9 | ☐ |
| Colorectal Cancer | ☐ | Pneumonia Vacc | ☐ |
| COPD Paticent | ☐ | Risk Stratus - Missing | ☐ |
| Diabetes Eye Exam | ☐ | Screen for Fall Risk | ☐ |
| Diabetic Foot Exam | ☐ | Tobacco Screening | ☐ |
| Diabetic Patient | ☐ | YR MC Wellness Exam | ☐ |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth: _

Other Names Used: Kel Bobb Social Security Number:

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: __________

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) __________ Relationship to claimant: __________

Address: __________ Phone: __________

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: __________

PROVIDERFLOW

**Kaitlin, Front Office**
White Hall Family Medicine Associates
(870) 247-5312 || **Fax**
(870) 247-9499 || **Phone**

**To:**
Fax: (877) 843-3950
Lincoln financial group
**Total Pages:** 10 (including this cover)

---

## Message:

Adam Bobb

---

This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any ccpies you have made.

***Powered By***
PROVIDERFLOW
www.providerflow.com

Want to view this fax online? Visit www.providerflow.com/invite and enter code be0b-9ad8 or scan the QR code with your smartphone or tablet

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth: ___

Other Names Used: Ken Social Security Number: ___

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ___

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ___ Relationship to claimant: ___

Address: ___ Phone: ___

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Adam K Bobb [signature] Date: 7-8-21

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

# GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Bobb Adam K
2. Social Security Number
3. Phone Number (include area code)
4. Street Address & Mailing Address
5. City

8. Please provide us with your e-mail address:
May we contact you via e-mail? ☑ Yes ☐ No

9. Date of Birth

10. Employer Name and Group Policy Number: Trinity Village
11. Employer Phone Number: (870) 879-3115

12. Date Last Worked: June 17th 2021
Date of Disability:

13. Gender ☑ Male ☐ Female

14. Hospital Confined ☐ Yes ☑ No
Dates of confinement:

15. Have you ever had the same or similar condition in the past?
☐ Yes ☑ No If "Yes" provide dates:

16. Is your disability due to a:
☐ Sickness ☐ Injury ☑ Other
Date of Injury:

16a. Please describe your Sickness or how your Injury occurred: Pain in Right Hip

Height: 6'3
Weight: 200 lbs

17. I returned to work part-time on:
I returned to work full-time on:

18. Is your disability due to your occupation? ☐ Yes ☑ No If "Yes" explain in 16a
Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No

19. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Dr. Mark Barnard
Phone Number: 870-247-9199 Specialty: MD
Address: 1400 Claud Rd White Hall Ar 71602

20. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☑ Yes ☐ No
If yes, how much should be withheld each week? (minimum is $20.00 per week) $20.00

21. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

22. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee [signature] Date 7-8-21

23. Payment Method
☑ Direct Deposit
Financial Institution Name: Fairfield Credit Union
Type of Account ☑ Checking
Bank/Routing Number:
Checking Account Number:

*(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)*

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

(PLEASE see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC-01363

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423 2765
Fax (877) 843-3950
www.LincolnFinancial.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

| | | |
|---|---|---|
| 1. Full Name (last, first, middle initial) | | 2. Social Security Number |
| 3. Occupation of Employee/Claimant | 4. Insurance Class | 5. Employee Date of Hire |
| 6. Date Insured | 7. Date Employee was last present at work<br>On that day, did employee work a full day? ☐ Yes ☐ No | |
| 8. Employee's Basic Weekly Earnings | 9. Returned to Work?<br>☐ Full-time ☐ Part-time Date: | |

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ☐ Yes ☐ No
If yes, what percent is paid by the employee? ________%
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? ________ hours per week ________ hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ☐ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☐ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier________________
Name, address and telephone number of your medical insurance carrier ________________

14. Is the employee receiving or has he/she received continued pay? ☐ Yes ☐ No
If yes, complete the following:
Pay Period: Amount: Source of Income:

15. Can job be modified to fit accommodations?

16. Physical Requirements (Include Job Description)

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other) | Telephone Number (Include Area Code and Extension) | Group Policy Number & Division Number |

E-mail address | Fax Number (Include Area Code)

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature of Person Completing this form and Title | Date

Print Name of Person Completing this form and Title | E-mail address

Lincoln Financial Group

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

1. Name and Phone Number of Patient: ADAM BOBB ( )
2.
3. Employer Name: TRINITY VILLAGE
4. When did symptoms first appear or accident happen? 05/2021
5. Date you believe patient was unable to work? 06/07/2021
6. Diagnosis (including complications): (R) HIP PAIN / TENDONITIS / BURSITIS
7. Subjective symptoms: SEVERE (R) HIP / BUTTOCKS PAIN
8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings): DECREASED ROM (R) HIP
   - Height: 6'3
   - Weight: 200 LBS
9. List of Restrictions & Limitations: AVOID PROLONGED STANDING, WALKING, LIFTING
10. Nature of treatment (including surgery and medications prescribed, if any). MEDICATION, PHYSICAL THERAPY
11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates.
12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No
13. If pregnancy, estimated date of delivery: Actual date of delivery:
14. Date first treated
15. Date of last visit/treatment
16. Has patient been hospital confined? ☐ Yes ☑ No Confined from: to. If "Yes" give name of hospital.
17. Has surgery been scheduled or performed? ☐ Yes ☑ No If "Yes" date of surgery: Type of surgery scheduled:
18. Prognosis and Rehabilitation:
    a. When do you think your patient will be able to return to work in their occupation? 9/08/2021
    b. When could trial employment commence? ☐ Full-time ☑ Part-time 08/08/2021

Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) | Specialty | Telephone (Include Area Code) |
|---|---|---|
| MARK RAMIRO | FP | 8702479499 |

Street Address/City or Town/State or Providence/Zip Code: 1400 CLAUDE ROAD WHITE HALL AR 71602

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Signature (Attending Physician) No stamps please | Date | Fax Number (Include Area Code) |
|---|---|---|
| [signature] | 07/08/2021 | 8702475312 |

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.

**FMLA Medical Certification (Family Member)**
(Certification of Healthcare Provider for Family Member's Serious Health Condition)

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS:** The Family and Medical Leave Act (FMLA) provides that you, as an employer, may require an employee seeking FMLA protections and leave to care for a covered family member with a serious health condition to submit a medical certification issued by the healthcare provider of the covered family member. Please complete Section I of this certification before giving it to your employee. While you are not required to use this certification, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§825.306-825.308. In accordance with federal law, employers generally must maintain records and documents relating to medical certifications, recertifications or medical histories of employees' family members, created for FMLA purposes, as confidential medical records and in separate files/records from the usual personnel files.

Employer name and contact: Trinity Village, Inc.
Greg Leopard, Maintenance Supervisor (870) 692-6765
Donna Stone, Exec Director (870) 879-8223

## SECTION II: For Completion by the Employee

**INSTRUCTIONS:** Please complete Section II before giving this certification to your family member's medical provider. The FMLA permits an employer to require that you submit a timely, complete and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections, under regulation 29 U.S.C. §§2613, 2614(c)(3). Not providing a complete and sufficient medical certification may result in denial of your FMLA request, under regulation 29 C.F.R. §825.313. Your employer must give you at least 15 calendar days to return this form under regulation 29 C.F.R. §825.305.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Your name: ______________________
First Middle Last

Name of family member for whom you will provide care: ______________________
First Middle Last

Relationship of family member to you: ______________________

If family member is your son or daughter, date of birth: ___/___/___

Describe care you will provide to your family member and estimate leave needed to provide care: ______________________

Employee signature: [signature] Date: 7/8/21

1

## SECTION III: For Completion by the HEALTHCARE PROVIDER

**INSTRUCTIONS:** The employee listed on the previous page has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions pertain to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown" or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. The last page provides space for additional information, if necessary. Please be sure to sign the form on the last page.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name and business address: Mark Rowland
1400 Camp Road White Hall AR 71602

Type of practice/medical specialty: FP

Telephone: (870) 2479499 Fax: (870) 247-5312

### PART A: Medical Facts

1. Approximate date condition began: 05/08/2021

Probable duration of condition: 3-4 months

Was the patient admitted for an overnight stay in a hospital, hospice or residential medical care facility? ☐ Yes ☑ No

If yes, dates of admission:

Date(s) you treated the patient for condition: 06/07/2021, 06/18/2021, 06/28/2021, 07/08/2021

Will the patient need to have treatment visits at least twice a year due to the condition? ☐ Yes ☑ No

Was medication, other than over-the-counter medication, prescribed? ☑ Yes ☐ No

Was the patient referred to other healthcare provider(s) for evaluation or treatment (e.g., physical therapist)? ☑ Yes ☐ No

If yes, state the nature of such treatments and expected duration of treatment:
Further treatment

2. Is the medical condition pregnancy? ☐ Yes ☑ No

If yes, expected delivery date: __/__/__

3. Describe other relevant medical facts, if any, related to the patient's condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment):
Severe/persistent (R) hip pain



PAGE 7/10 * RCVD AT 9/2/2021 10:48:20 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:8778433950 * CSID:8702475312 * ANI:8702475312 * DURATION (mm-ss):03-11

# Employee FMLA Leave Request

(Family/Medical Leave Request Form)

Eligible employees are entitled under the Family and Medical Leave Act (FMLA) to take up to 12 or 26 weeks of job-protected leave for certain family and medical reasons. Submit this request form to your human resources manager at least 30 days before the leave is to begin, when possible. When 30 days' advance submission of the request form is not possible, submit the request as soon as possible. Our Company reserves the right to deny or postpone leave if you do not give adequate notice when permitted under federal and/or state law.

## Employee Information

Please print.

Name: Adam Bobb Employee ID #: ____

Department: Maintaince Job Title: Maintaince

Today's Date: __/__/__ Hire Date: Aug 2014 Supervisor: Greg Hesgard

Status: ☑ Full-Time ☐ Part-Time ☐ Temporary

## Reason for Requesting Leave

I am requesting family/medical leave for the following reasons: (check all that apply)

☐ Birth of my child; to care for my newborn child

☐ Placement of a child with me for ____ adoption ____ foster care

☐ Leave to care for a family member with a serious health condition

Relationship of family member to you: ____

☑ My own serious health condition

☐ Qualifying exigency because a family member is on or has been called to covered active duty in the Regular Armed Forces (including the National Guard and Reserves) to a foreign country

Relationship of family member to you: ____

☐ Leave to care for a family member who is a current member of the Armed Forces (including the National Guard and Reserves) or a covered veteran and who is undergoing medical treatment, recuperation, or therapy, is in outpatient status or on temporary disability retired list for a serious injury or illness

Relationship of family member to you: ____

☐ Other (please explain) ____

## Duration of Leave

Leave expected to begin __/__/__ Leave expected to end __/__/__

If intermittent or reduced-leave schedule is being requested, please explain why it is needed and the proposed leave schedule:

## Employee Certification and Signature

I certify that the above information is true and correct to the best of my knowledge:

Employee signature: [signature] Date: 7/8/21

EMPLOYER: This form should be treated as a medical record and must be maintained separately from employee personnel files, in locked cabinets with only designated personnel having access. As an employer, you should retain this original and provide a photocopy of the form to your employee along with the Company Response form within a reasonable period of time.

COMPLYRIGHT ©2014 ComplyRight, Inc. A1433

This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.

Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.

ATTORNEY APPROVED

## PART B: Amount of Care Needed

When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care.

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ☑ Yes ☐ No

Estimate the beginning and ending dates for the period of incapacity: 06/07/2021 (Beginning) 09/08/2021 (Ending)

During this time, will the patient need care? ☑ Yes ☐ No

Explain the care needed by the patient and why such care is medically necessary:

– medication / fracture work-up

– physical therapy

5. Will the patient require follow-up treatments, including any time for recovery? ☑ Yes ☐ No

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

– every 2 weeks

Explain the care needed by the patient, and why it is medically necessary:

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? ☐ Yes ☑ No

Estimate the hours the patient needs care on an intermittent basis, if any:

_____ hours a day: _____ days a week from _____ through _____

Explain the care needed by the patient, and why it is medically necessary:

7. *Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities?*

☐ Yes ☑ No

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next six months (e.g., one episode every three months lasting one-two days):

*Frequency:* _____ *times a* _____ *week(s)* _____ *month(s)*

Duration: _____ hours or _____ day(s) per episode

Does the patient need care during the flare-ups? ☐ Yes ☐ No

Explain the care needed by the patient, and why it is medically necessary:

## Additional Information

(Identify question number with your additional answer.)

Signature of Healthcare Provider: [signature] Date: 07/08/2021

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years, in accordance with 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number (1235-0003). The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution AV. NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION; RETURN IT TO THE PATIENT.

COMPLYRIGHT™
A1424 ©2013 ELH
This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.
Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.
ATTORNEY APPROVED

AUG-26-2021 THU 02:50 PM WHITE HALL MED FAX No. 8702475312 P. 001

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Bobb Adam K
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:
8. Please provide us with your e-mail address:
   May we contact you via e-mail? ☑ Yes ☐ No
9. Date of Birth:
10. Employer Name and Group Policy Number: Trinity Village
11. Employer Phone Number: (870) 879-3113
12. Date Last Worked: June 17th 2021
    Date of Disability:
13. Gender ☑ Male ☐ Female
14. Hospital Confined ☐ Yes ☑ No
    Dates of confinement:
15. Have you ever had the same or similar condition in the past?
    ☐ Yes ☑ No If "Yes" provide dates:
16. Is your disability due to a:
    ☐ Sickness ☐ Injury ☑ Other
    Date of Injury:

16a. Please describe your Sickness or how your Injury occurred: Pain in Right Hip

Height: 6'3

Weight: 200 lbs

17. I returned to work part-time on:
    I returned to work full-time on:
18. Is your disability due to your occupation? ☐ Yes ☑ No If "Yes" explain in 16a
    Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No
19. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
    Doctor: Dr. Mark Ramiro
    Phone Number: 870-247-9499 Specialty: MD
    Address: 1400 Cloud Rd Whitehall Ar 71602
20. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☑ Yes ☐ No
    If yes, how much should be withheld each week? (minimum is $20.00 per week) $20.00
21. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

22. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee: Adam K Bobb Jr Date: 7-8-21

23. Payment Method
    ☑ Direct Deposit
    Financial Institution's Name: Fairfield Credit Union
    Type of Account ☑ Checking
    Bank/Routing Number:
    Checking Account Number:

*(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)*

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**



PAGE 1/9 * RCVD AT 8/26/2021 4:13:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:8778433950 * CSID:8702475312 * ANI:8702479495 * DURATION (mm-ss):03-24

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

**EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)**
**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

| | | |
|---|---|---|
| 1. Full Name (last, first, middle initial) | | 2. Social Security Number |
| 3. Occupation of Employee/Claimant | 4. Insurance Class | 5. Employee Date of Hire |
| 6. Date Insured | 7. Date Employee was last present at work<br>On that day, did employee work a full day? ☐ Yes ☐ No | |
| 8. Employee's Basic Weekly Earnings | 9. Returned to Work?<br>☐ Full-time ☐ Part-time Date: | |

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ☐ Yes ☐ No
If yes, what percent is paid by the employee? ________%
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? ________ hours per week ________ hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ☐ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☐ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier________________
Name, address and telephone number of your medical insurance carrier ________________

14. Is the employee receiving or has he/she received continued pay? ☐ Yes ☐ No
If yes, complete the following:
Pay Period: Amount: Source of Income:

15. Can job be modified to fit accommodations?

16. Physical Requirements (Include Job Description)

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other) | Telephone Number (Include Area Code and Extension) | Group Policy Number & Division Number |

E-mail address Fax Number (Include Area Code)

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature of Person Completing this form and Title Date

Print Name of Person Completing this form and Title E-mail address

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

| | | |
|---|---|---|
| 1. Name and Phone Number of Patient: ADAM BOBB ( ) | 2. | 3. Employer Name: TRINITY VILLAGE |
| 4. When did symptoms first appear or accident happen? 05/2021 | | 5. Date you believe patient was unable to work? 06/07/2021 |
| 6. Diagnosis (including complications): (R) HIP PAIN / PIRIFORMIS / BURSITIS | | 7. Subjective symptoms: SEVERE (R) HIP / BUTTOCKS PAIN |
| 8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings): RESTRICTED ROM (R) HIP | | Height: 6'3 / Weight: 200.c Lb |
| 9. List of Restrictions & Limitations: AVOID PROLONGED STANDING, WALKING, LIFTING | | |
| 10. Nature of treatment (Including surgery and medications prescribed, if any): MEDICATION, PHYSICAL THERAPY | | |
| 11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates. | | |
| 12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No | | |
| 13. If pregnancy, estimated date of delivery: Actual date of delivery: | 14. Date first treated | 15. Date of last visit/treatment |
| 16. Has patient been hospital confined? ☐ Yes ☑ No If "Yes" give name of hospital. | Confined from: | to |
| 17. Has surgery been scheduled or performed? ☐ Yes ☑ No If "Yes" date of surgery: Type of surgery scheduled: | | |
| 18. Prognosis and Rehabilitation: a. When do you think your patient will be able to return to work in their occupation? 9/08/2021 b. When could trial employment commence? ☐ Full-time ☑ Part-time 08/08/2021 Please submit clinical documentation to support your decision. | | |
| Print Name (Attending Physician): MARK RAMIRO | Specialty: FP | Telephone (Include Area Code): 8702479499 |
| Street Address/City or Town/State or Providence/Zip Code: 1400 CLAYTON ROAD WHITE HALL AR 71602 | | |
| The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. | | |
| Signature (Attending Physician) No stamps please: [signature] | Date: 07/08/2021 | Fax Number (Include Area Code): 8702475312 |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

# FMLA Medical Certification (Family Member)

(Certification of Healthcare Provider for Family Member's Serious Health Condition)

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS:** The Family and Medical Leave Act (FMLA) provides that you, as an employer, may require an employee seeking FMLA protections and leave to care for a covered family member with a serious health condition to submit a medical certification issued by the healthcare provider of the covered family member. Please complete Section I of this certification before giving it to your employee. While you are not required to use this certification, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§825.306-825.308. In accordance with federal law, employers generally must maintain records and documents relating to medical certifications, recertifications or medical histories of employees' family members, created for FMLA purposes, as confidential medical records and in separate files/records from the usual personnel files.

Employer name and contact: Trinity Village, Inc.
Greg Leopard, Maintenance Supervisor (870) 692-6765
Donna Stone, Exec. Director (870) 879-8223

## SECTION II: For Completion by the Employee

**INSTRUCTIONS:** Please complete Section II before giving this certification to your family member's medical provider. The FMLA permits an employer to require that you submit a timely, complete and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections, under regulation 29 U.S.C. §§2613, 2614(c)(3). Not providing a complete and sufficient medical certification may result in denial of your FMLA request, under regulation 29 C.F.R. §825.313. Your employer must give you at least 15 calendar days to return this form under regulation 29 C.F.R. §825.305.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Your name: ______ First ______ Middle ______ Last

Name of family member for whom you will provide care:

______ First ______ Middle ______ Last

Relationship of family member to you: ______

If family member is your son or daughter, date of birth: ___/___/___

Describe care you will provide to your family member and estimate leave needed to provide care: ______

Employee signature: [signature] Date: 7/8/21

## SECTION III: For Completion by the HEALTHCARE PROVIDER

**INSTRUCTIONS:** The employee listed on the previous page has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions pertain to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown" or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. The last page provides space for additional information, if necessary. Please be sure to sign the form on the last page.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name and business address: MARK ROMERO
1400 CLAVD ROAD WHITE HALL AR 71602

Type of practice/medical specialty: FP

Telephone: (870) 2479499 Fax: (870) 2475312

### PART A: Medical Facts

1. Approximate date condition began: 05/08/2021

   Probable duration of condition: 3-4 MONTHS

   Was the patient admitted for an overnight stay in a hospital, hospice or residential medical care facility? ☐ Yes ☑ No

   If yes, dates of admission:

   Date(s) you treated the patient for condition: 06/07/2021, 06/18/2021, 06/28/2021, 07/08/2021

   Will the patient need to have treatment visits at least twice a year due to the condition? ☐ Yes ☑ No

   Was medication, other than over-the-counter medication, prescribed? ☑ Yes ☐ No

   Was the patient referred to other healthcare provider(s) for evaluation or treatment (e.g., physical therapist)? ☑ Yes ☐ No

   If yes, state the nature of such treatments and expected duration of treatment:
   FURTHER TREATMENT

2. Is the medical condition pregnancy? ☐ Yes ☑ No

   If yes, expected delivery date: __/__/__

3. Describe other relevant medical facts, if any, related to the patient's condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment):

   SEVERE/PERSISTENT (R) HIP PAIN

# Employee FMLA Leave Request

(Family/Medical Leave Request Form)

Eligible employees are entitled under the Family and Medical Leave Act (FMLA) to take up to 12 or 26 weeks of job-protected leave for certain family and medical reasons. Submit this request form to your human resources manager at least 30 days before the leave is to begin, when possible. When 30 days' advance submission of the request form is not possible, submit the request as soon as possible. Our Company reserves the right to deny or postpone leave if you do not give adequate notice when permitted under federal and/or state law.

## Employee Information

Please print.

Name: Adam Bobb Employee ID #: ______

Department: maintaince Job Title: maintaince

Today's Date: __/__/__ Hire Date: Aug 2014 Supervisor: Greg Sheppard

Status: ☑ Full-Time ☐ Part-Time ☐ Temporary

## Reason for Requesting Leave

**I am requesting family/medical leave for the following reasons: (check all that apply)**

☐ Birth of my child; to care for my newborn child

☐ Placement of a child with me for ______ adoption ______ foster care

☐ Leave to care for a family member with a serious health condition

Relationship of family member to you: ______

☑ My own serious health condition

☐ Qualifying exigency because a family member is on or has been called to covered active duty in the Regular Armed Forces (including the National Guard and Reserves) to a foreign country

Relationship of family member to you: ______

☐ Leave to care for a family member who is a current member of the Armed Forces (including the National Guard and Reserves) or a covered veteran and who is undergoing medical treatment, recuperation, or therapy, is in outpatient status or on temporary disability retired list for a serious injury or illness

Relationship of family member to you: ______

☐ Other (please explain) ______

## Duration of Leave

Leave expected to begin __/__/__ Leave expected to end __/__/__

If intermittent or reduced-leave schedule is being requested, please explain why it is needed and the proposed leave schedule:

______

## Employee Certification and Signature

I certify that the above information is true and correct to the best of my knowledge:

Employee signature: [signature] Date: 7/8/21

**EMPLOYER:** This form should be treated as a medical record and must be maintained separately from employee personnel files, in locked cabinets with only designated personnel having access. As an employer, you should retain this original and provide a photocopy of the form to your employee along with the Company Response form within a reasonable period of time.

ComplyRight

©2016 ComplyRight, Inc.
A1432

This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.

Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.

ATTORNEY APPROVED

## PART B: Amount of Care Needed

When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care.

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ☑ Yes ☐ No

Estimate the beginning and ending dates for the period of incapacity: 06 / 07 / 2021 (Beginning) 09 / 08 / 2021 (Ending)

During this time, will the patient need care? ☑ Yes ☐ No

Explain the care needed by the patient and why such care is medically necessary:

– Medication / [illegible] work-up
– Physical therapy

5. Will the patient require follow-up treatments, including any time for recovery? ☑ Yes ☐ No

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

– every 2 weeks

Explain the care needed by the patient, and why it is medically necessary:

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? ☐ Yes ☑ No

Estimate the hours the patient needs care on an intermittent basis, if any:

_____ hours a day: _____ days a week from _____ through _____

Explain the care needed by the patient, and why it is medically necessary:

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities?

☐ Yes ☑ No

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next six months (e.g., one episode every three months lasting one-two days):

Frequency: _____ times a _____ week(s) _____ month(s)

Duration: _____ hours or _____ day(s) per episode

Does the patient need care during the flare-ups? ☐ Yes ☐ No

Explain the care needed by the patient, and why it is medically necessary:

## Additional Information

(Identify question number with your additional answer.)

Signature of Healthcare Provider: [signature] Date: 07/08/2021

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years, in accordance with 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number (1235-0003). The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution AV, NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION; RETURN IT TO THE PATIENT.

COMPLYRIGHT™

M424 ©2013 EDI

This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.

Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.

ATTORNEY APPROVED

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth: ___

Other Names Used: Kel Social Security Number: ___

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ___

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ___ Relationship to claimant: ___

Address: ___ Phone: ___

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: 7-8-21

PROVIDERFLOW

**Melissa, Front Office**
White Hall Family Medicine Associates
(870) 247-5312 || **Fax**
(870) 247-9499 || **Phone**

**To:**
Fax: (877) 843-3950
Lincoln financial group
**Total Pages:** 40 (including this cover)

---

## Message:

Adam Bobb

---

This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

***Powered By***
PROVIDERFLOW
www.providerflow.com

Want to view this fax online? Visit www.providerflow.com/invite and enter code be0b-9ad8 or scan the QR code with your smartphone or tablet

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2009, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Bobb Adam K
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:

8. Please provide us with your e-mail address:
May we contact you via e-mail? ☑ Yes ☐ No

9. Date of Birth

10. Employer Name and Group Policy Number: Trinity Village

11. Employer Phone Number: (870) 879 - 3113

12. Date Last Worked: June 17th 2021
Date of Disability:

13. Gender ☑ Male ☐ Female

14. Hospital Confined ☐ Yes ☑ No
Dates of confinement:

15. Have you ever had the same or similar condition in the past?
☐ Yes ☑ No If "Yes" provide dates:

16. Is your disability due to a:
☐ Sickness ☐ Injury ☑ Other
Date of Injury:

16a. Please describe your Sickness or how your Injury occurred: Pain in Right Hip

Height: 6'3

Weight: 200 lbs

17. I returned to work part-time on:
I returned to work full-time on:

18. Is your disability due to your occupation? ☐ Yes ☑ No If "Yes" explain in 16a
Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No

19. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Dr. Mark Ramiro
Phone Number: 870- 241-9499 Specialty: MD
Address: 1400 Cloud Rd. White hall Ar, 71602

20. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☑ Yes ☐ No
If yes, how much should be withheld each week? (minimum is $20.00 per week) $20.00

21. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

22. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee [signature] Date 7-8-21

23. Payment Method
☑ Direct Deposit
Financial Institution's Name: Fairfield Credit Union
Type of Account ☑ Checking
Bank/Routing Number:
Checking Account Number:

***(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)***

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

1. Name and Phone Number of Patient: ADAM BOBB

2. Social Security Number:

3. Employer Name: TRINITY VILLAGE

4. When did symptoms first appear or accident happen? 05/2021

5. Date you believe patient was unable to work? 06/07/2021

6. Diagnosis (including complications): (R) HIP PAIN / PIRIFORMIS / BURSITIS

7. Subjective symptoms: SEVERE (R) HIP / BUTTOCKS PAIN

8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings): RESTRICTED ROM (R) HIP

Height: 6'3

Weight: 200.6 lbs

9. List of Restrictions & Limitations: AVOID PROLONGED STANDING, WALKING, LIFTING

10. Nature of treatment (Including surgery and medications prescribed, if any). MEDICATION, PHYSICAL THERAPY

11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates.

12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No

13. If pregnancy, estimated date of delivery:
Actual date of delivery:

14. Date first treated

15. Date of last visit/treatment

16. Has patient been hospital confined? ☐ Yes ☑ No Confined from: to
If "Yes" give name of hospital.

17. Has surgery been scheduled or performed? ☐ Yes ☑ No If "Yes" date of surgery:
Type of surgery scheduled:

18. Prognosis and Rehabilitation:
a. When do you think your patient will be able to return to work in their occupation? 9/08/2021
b. When could trial employment commence? ☐ Full-time ☑ Part-time 08/08/2021
Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) | Specialty | Telephone (Include Area Code) |
|---|---|---|
| MARK RAMIREZ | FP | 8702479499 |

Street Address/City or Town/State or Providence/Zip Code: 1400 CLAY ROAD WHITE HALL AR 71602

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Signature (Attending Physician) No stamps please | Date | Fax Number (Include Area Code) |
|---|---|---|
| [signature] | 07/08/2021 | 8702475312 |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth:

Other Names Used: Kel Social Security Number:

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) Relationship to claimant:

Address: Phone:

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: 7-8-21

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

| | | |
|---|---|---|
| 1. Full Name (last, first, middle initial) | | 2. Social Security Number |
| 3. Occupation of Employee/Claimant | 4. Insurance Class | 5. Employee Date of Hire |
| 6. Date Insured | 7. Date Employee was last present at work<br>On that day, did employee work a full day? ☐ Yes ☐ No | |
| 8. Employee's Basic Weekly Earnings | 9. Returned to Work?<br>☐ Full-time ☐ Part-time Date: | |

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ☐ Yes ☐ No
If yes, what percent is paid by the employee? ________%
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? ________ hours per week ________ hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ☐ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☐ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier________________
Name, address and telephone number of your medical insurance carrier ________________

14. Is the employee receiving or has he/she received continued pay? ☐ Yes ☐ No
If yes, complete the following:
Pay Period: Amount: Source of Income:

15. Can job be modified to fit accommodations?

16. Physical Requirements (Include Job Description)

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other) | Telephone Number (Include Area Code and Extension) | Group Policy Number & Division Number |

E-mail address Fax Number (Include Area Code)

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature of Person Completing this form and Title ________________ Date ________________

Print Name of Person Completing this form and Title ________________ E-mail address ________________

# FMLA Medical Certification (Family Member)

(Certification of Healthcare Provider for Family Member's Serious Health Condition)

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS:** The Family and Medical Leave Act (FMLA) provides that you, as an employer, may require an employee seeking FMLA protections and leave to care for a covered family member with a serious health condition to submit a medical certification issued by the healthcare provider of the covered family member. Please complete Section I of this certification before giving it to your employee. While you are not required to use this certification, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§825.306-825.308. In accordance with federal law, employers generally must maintain records and documents relating to medical certifications, recertifications or medical histories of employees' family members, created for FMLA purposes, as confidential medical records and in separate files/records from the usual personnel files.

Employer name and contact: Trinity Village, Inc.
Greg Leopard, Maintenance Supervisor (870) 692-6765
Donna Stone, Exec Director (870) 879-8223

## SECTION II: For Completion by the Employee

**INSTRUCTIONS:** Please complete Section II before giving this certification to your family member's medical provider. The FMLA permits an employer to require that you submit a timely, complete and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections, under regulation 29 U.S.C. §§2613, 2614(c)(3). Not providing a complete and sufficient medical certification may result in denial of your FMLA request, under regulation 29 C.F.R. §825.313. Your employer must give you at least 15 calendar days to return this form under regulation 29 C.F.R. §825.305.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Your name: ______________________
First Middle Last

Name of family member for whom you will provide care:
______________________
First Middle Last

Relationship of family member to you: ______________________

If family member is your son or daughter, date of birth: ___/___/___

Describe care you will provide to your family member and estimate leave needed to provide care: ______________________

Employee signature: [signature] Date: 7/8/21

## SECTION III: For Completion by the HEALTHCARE PROVIDER

INSTRUCTIONS: The employee listed on the previous page has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions pertain to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown" or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. The last page provides space for additional information, if necessary. Please be sure to sign the form on the last page.

PLEASE DO NOT PROVIDE GENETIC INFORMATION: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name and business address: Mark Lowland
1400 Camp Road White Hall AR 71602

Type of practice/medical specialty: FP

Telephone: (870) 247-9499 Fax: (870) 247-5312

### PART A: Medical Facts

1. Approximate date condition began: 05/08/2021

Probable duration of condition: 3-4 months

Was the patient admitted for an overnight stay in a hospital, hospice or residential medical care facility? ☐ Yes ☑ No

If yes, dates of admission:

Date(s) you treated the patient for condition: 06/07/2021, 06/18/2021, 06/28/2021, 07/08/2021

Will the patient need to have treatment visits at least twice a year due to the condition? ☐ Yes ☑ No

Was medication, other than over-the-counter medication, prescribed? ☑ Yes ☐ No

Was the patient referred to other healthcare provider(s) for evaluation or treatment (e.g., physical therapist)? ☑ Yes ☐ No

If yes, state the nature of such treatments and expected duration of treatment:

Further treatment

2. Is the medical condition pregnancy? ☐ Yes ☑ No

If yes, expected delivery date: __/__/__

3. Describe other relevant medical facts, if any, related to the patient's condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment such as the use of specialized equipment):

Severe/persistent (R) hip pain

# Employee FMLA Leave Request
(Family/Medical Leave Request Form)

Eligible employees are entitled under the Family and Medical Leave Act (FMLA) to take up to 12 or 26 weeks of job-protected leave for certain family and medical reasons. Submit this request form to your human resources manager at least 30 days before the leave is to begin, when possible. When 30 days' advance submission of the request form is not possible, submit the request as soon as possible. Our Company reserves the right to deny or postpone leave if you do not give adequate notice when permitted under federal and/or state law.

## Employee Information

Please print

Name: Adam Bobb Employee ID #: ______

Department: Maintaince Job Title: Maintaince

Today's Date: __/__/__ Hire Date: Aug 2014 Supervisor: Greg Sheppard

Status: ☑ Full Time ☐ Part-Time ☐ Temporary

## Reason for Requesting Leave

**I am requesting family/medical leave for the following reasons: (check all that apply)**

- ☐ Birth of my child; to care for my newborn child
- ☐ Placement of a child with me for ______ adoption ______ foster care
- ☐ Leave to care for a family member with a serious health condition
  Relationship of family member to you: ______
- ☑ My own serious health condition
- ☐ Qualifying exigency because a family member is on or has been called to covered active duty in the Regular Armed Forces (including the National Guard and Reserves) to a foreign country
  Relationship of family member to you: ______
- ☐ Leave to care for a family member who is a current member of the Armed Forces (including the National Guard and Reserves) or a covered veteran and who is undergoing medical treatment, recuperation, or therapy, is in outpatient status or on temporary disability retired list for a serious injury or illness
  Relationship of family member to you: ______
- ☐ Other (please explain) ______

## Duration of Leave

Leave expected to begin __/__/__ Leave expected to end __/__/__

If intermittent or reduced-leave schedule is being requested, please explain why it is needed and the proposed leave schedule:

______

## Employee Certification and Signature

I certify that the above information is true and correct to the best of my knowledge:

Employee signature: [signature] Date: 7/8/21

EMPLOYER: This form should be treated as a medical record and must be maintained separately from employee personnel files, in locked cabinets with only designated personnel having access. As an employer, you should retain this original and provide a photocopy of the form to your employee along with the Company Response form within a reasonable period of time.

COMPLYRIGHT
©2016 ComplyRight, Inc.
A1432

This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or situations. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.
Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.

ATTORNEY APPROVED

## PART B: Amount of Care Needed

When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care.

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ☑ Yes ☐ No

Estimate the beginning and ending dates for the period of incapacity: 06/07/2021 (Beginning) 09/08/2021 (Ending)

During this time, will the patient need care? ☑ Yes ☐ No

Explain the care needed by the patient and why such care is medically necessary:

– medication / treatment work-up

– physical therapy

5. Will the patient require follow-up treatments, including any time for recovery? ☑ Yes ☐ No

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

– every 2 weeks

Explain the care needed by the patient, and why it is medically necessary:

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? ☐ Yes ☑ No

Estimate the hours the patient needs care on an intermittent basis, if any:

_____ hours a day; _____ days a week from _____ through _____

Explain the care needed by the patient, and why it is medically necessary:

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities?
☐ Yes ☑ No

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next six months (e.g., one episode every three months lasting one-two days):

Frequency: _____ times a _____ week(s) _____ month(s)

Duration: _____ hours or _____ day(s) per episode

Does the patient need care during the flare-ups? ☐ Yes ☐ No

Explain the care needed by the patient, and why it is medically necessary:

## Additional Information

(Identify question number with your additional answer.)

Signature of Healthcare Provider: [signature] Date: 07/08/2021

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. In accordance with 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number (1235-0003). The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor Room S-3502, 200 Constitution AV. NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION; RETURN IT TO THE PATIENT.

COMPLYRIGHT™
A1424 ©2013 EDI

This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.
Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.

ATTORNEY APPROVED

# Mark A Ramiro, MD
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Adam Bobb, III | **Visit Date:** | August 23, 2021 |
| **Patient I D:** | 21349 | **Provider:** | Mark Anthony Ramiro, MD |
| **Sex:** | Male | **Location:** | Mark A Ramiro, MD |
| **Birthdate:** | | **Location Address:** | 1400 Claud Road<br>White Hall, AR 716028622 |
| **Primary Care Provider:** | Mark Anthony Ramiro MD | | |
| **Referring Provider:** | Mark Anthony Ramiro MD | **Location Phone:** | (870) 247 9499 |

### Chief Complaint

- Follow-up visit
- Right hip and groin pain continues
- He went to PT twice, but exercises have not helped his pain
- He is scheduled to see Dr. Pollard next week
- Hip "catches and pops"

### History Of Present Illness

**Chronic Medical Conditions**

The patient is a 38 year old Caucasian/White male who is here today for persistent right hip pain.
He has no additional complaints.
The patient states he has been compliant with taking the medications as directed.
The patient has not been seen by any other care providers since the last visit.
The patient has not undergone any interval lab work, imaging studies or tests since the last visit.

### Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Benign Essential Hypertension | 10/07/2019 | -- |
| Right hip pain | 06/21/2021 | |

### Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Heart Surgery | | had surgery on heart at age 4 years |

### Medication List

| Name | Date Started | Instructions |
|---|---|---|
| acetaminophen codeine 300 30 mg oral tablet | 08/19/2021 | take 1 tablet by oral route 3 times a day as needed |
| amlodipine 5 mg oral tablet | 06/07/2021 | take 1 tablet (5 mg) by oral route once daily for 31 days |
| cyclobenzaprine 5 mg oral tablet | 08/05/2021 | take 1 tablet (5 mg) by oral route once daily at bedtime as needed |
| hydrochlorothiazide 12.5 mg oral tablet | 06/07/2021 | take 1 tablet (12.5 mg) by oral route once daily |
| meloxicam 15 mg oral tablet | 08/06/2021 | TAKE 1 TABLET BY MOUTH ONCE A DAY WITH FOOD |
| mupirocin 2 % topical ointment | 08/25/2020 | apply a small amount to the affected area by topical route 3 times per day |

### Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Silvadene | 06252021 | | foot swelling |

[Digital Signature Validated]

Allergies Reconciled

## Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| CVA (Cerebrovascular accident) | | -- |
| Hypertension | | -- |
| Prostate Neoplasm, Malignant | Grandfather (maternal)/ | |
| Diabetes Insipidus | Father/ Mother/ | -- |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Tobacco | Current every day | / | | |

## Immunizations

| NameDate Admin | Mfg | Trade Name | Lot Number | Route | Inj | VIS Given | VIS Publication |
|---|---|---|---|---|---|---|---|
| DTaP/adacel06/18/2021 | PMC | ADACEL | u6846aa | IM | LD | 06/18/2021 | 04/01/2020 |
| Comments: | | | | | | | |
| Influenza10/08/2020 | NE | Flu Vaccine Name (UNKNOWN) | | NE | NE | | |
| Comments: per web iz | | | | | | | |

## Review of Systems

**Constitutional**
- **Denies** : fatigue, malaise

**Eyes**
- **Denies** : eye discomfort, double vision, blurred vision, changes in vision

**HENT**
- **Denies** : headaches, vertigo, lightheadedness, nose bleeding, thyroid mass, hearing loss, tinnitus, ear pain, dysphagia

**Breasts**
- **Denies** : lumps, tenderness, swelling, nipple discharge, abnormal changes in breast size

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, rapid heart rate, syncope, dyspnea on exertion, orthopnea, paroxysmal nocturnal dyspnea

**Respiratory**
- **Denies** . shortness of breath, wheezing, cough

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency, dysuria, hematuria

**Integument**
- **Denies** : rash, itch ng

**Neurologic**
- **Denies** : altered mental status

**Musculoskeletal**
- **Admits** : hip pain

**Endocrine**
- **Denies** : polyuria, polydipsia

**Psychiatric**
- **Denies** : anxiety, depression, hallucinations, delusions

**Heme-Lymph**
- **Denies** : petechiae, purpura

**Allergic-Immunologic**
- **Denies** : sinus alle'gy symptoms, allergic dermatitis

## Vitals

Cuff TEMP BMI BSA O2 FR

[Digital Signature Validated]

| Date | Time | BP | Position | Site | L\R Size | HR | RR | (F) | WT | HT | $kg/m^2$ | $m^2$ | Sat | L/min FiO2 HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/23/2021 | 08:51 AM | 147/94 | Sitting | | | 95 - R | 20 | 98.1 | 203lbs 0oz | 6' 3" | 25.37 | 2.21 | 98 % | 21% |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Head and Face**
- **Head** :
  - **Inspection** : atraumatic, normocephalic
  - **Palpation** : no tenderness or masses present
- **Face** :
  - **Inspection** : no facial lesions
  - **Palpation** : no facial or sinus tenderness on palpation

**Eyes**
- **Conjunctivae** : conjunctivae normal
- **Sclerae** : anicteric sclerae
- **Pupils and Irises** : pupils equal and round, pupils reactive to light bilaterally, normal accommodation bilaterally

**Ears, Nose, Mouth and Throat**
- **Ears** :
  - **External Ears** : auricle appearance normal bilaterally
  - **Otoscopic Examination** : tympanic membrane appearance within normal limits bilaterally without perforations, mobility normal
  - **Hearing** : intact to conversational voice both ears
- **Nose** :
  - **External Nose** : appearance normal
  - **Intranasal Exam** : mucosa within normal limits, no intranasal lesions present, septum midline, sinuses non tender to percussion
  - **Nasopharynx** : no lesions or inflammation
- **Oral Cavity** :
  - **Oral Mucosa** : oral mucosa normal without pallor or cyanosis
  - **Lips** : lip appearance normal
  - **Gums** : gums pink, non-swollen, no bleeding present
  - **Tongue** : tongue appearance normal,moist
  - **Palate** : palate normal
- **Throat** :
  - **Oropharynx** : no inflammation or lesions present
  - **Hypopharynx** : appearance within normal limits

**Neck**
- **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation
- **Jugular Veins** : no JVD

**Respiratory**
- **Respiratory Effort** : breathing unlabored
- **Inspection of Chest** : normal appearance, no retractions
- **Auscultation of Lungs** : normal breath sounds throughout

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** : regular rate and rhythm, no murmurs, gallops or rubs
- **Peripheral Vascular System** :
  - **Carotid Arteries** : normal pulses bilaterally, no bruits present
  - **Pedal Pulses** : pulses 2 bilaterally

**Gastrointestinal**
- **Abdominal Examination** : abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present
- **Liver and spleen** : no hepatomegaly present, liver nontender to palpation, spleen not palpable
- **Hernias** : no hernias present

**Lymphatic**
- **Neck** : no lymphadenopathy present
- **Supraclavicular Nodes** : no supraclavicular nodes

**Musculoskeletal**
- **Right Upper Extremity** : no gross deformity, good ROM, no tenderness

[Digital Signature Validated]

- **Left Upper Extremity** : no gross deformity, good ROM, no tenderness
- **Right Lower Extremity** : pain with abduction of hip
- **Left Lower Extremity** : no gross deformity, good ROM, no tenderness

**Skin and Subcutaneous Tissue**

- **General Inspection** : no rashes or lesions present, no areas of discoloration, within visible areas
- **General Palpation** : no skin or subcutaneous tissue masses present, no tenderness to palpation, skin turgor normal

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
  - **Speech/ Language** : no aphasias present
- **Reflexes** :
  - **RLE** : patellar reflex 2
  - **LLE** : patellar reflex 2
- **Gait and Station** limping gait

**Psychiatric**

- **Mood and Affect** : mood normal, affect appropriate

## Assessment

- Benign Essential Hypertension 401.1/I10
- Right hip pain 719.45/M25.551

## Plan

**Orders**

- Most recent diastolic blood pressure greater than or equal to 90 (3080F) - 401.1/I10 - 08/23/2021
- Most recent systolic blood pressure greater than or equal to 140 (3077F) - 401.1/I10 - 08/23/2021
- MRI of hip without contrast (73721) - 719.45/M25.551 - 08/23/2021

**Medications**

- mupirocin 2 % topical ointment
  SIG: apply a small amount to the affected area by topical route 3 times per day
  DISP: (1) 15 gm tube with 0 refills
  **Discontinued on 08/ 23/ 2021**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- Continue current medications
- Discussed risks, side effects, benefits of medications
- Monitor BP. Target less than 140/90.
- Continue to be off work until further notice. Appt with Dr. Pollard next week. Will attempt approval for MRI of hip again.
- Electronically Identified Patient Education Materials Provided Electronically

**Disposition**

- Call or Return if symptoms worsen or persist.
- Return Visit Request in/on 2 weeks +/- 2 days (99742).

**Referrals**

- ID: 45565 Date: 08/23/2021 Type: Outbound
  Specialty: Diagnostic Radiology
  Reason: persistent right hip pain
- Inbound Referral/Transition
- Outside Summary of Care Available

**Electronically Signed by:** Mark Anthony Ramiro, MD -Author on August 23, 2021 09:10:35 AM

[Digital Signature Validated]

# Mark A Ramiro, MD
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Adam Bobb, III | **Visit Date:** | August 5, 2021 |
| **Patient I D:** | 21349 | **Provider:** | Mark Anthony Ramiro, MD |
| **Sex:** | Male | **Location:** | Mark A Ramiro, MD |
| **Birthdate:** | | **Location Address:** | 1400 Claud Road<br>White Hall, AR 716028622 |
| **Primary Care Provider:** | Mark Anthony Ramiro MD | | |
| **Referring Provider:** | Mark Anthony Ramiro MD | **Location Phone:** | (870) 247 9499 |

## Chief Complaint

- Follow-up visit
- Right hip pain continues, not improving
- He went to PT, but he missed a visit because he was out of pain medication, and the PT cancelled his upcoming appointments
- Pain from right groin into hip
- Pain is worse with sitting, standing and lying down
- Pain has been ongoing for about 1 year. It started after he was driving a tractor and it turned over on him.

## History Of Present Illness

**Chronic Medical Conditions**

The patient is a 38 year old Caucasian/White male who is here today for follow up. right hip pain, unchanged.
He reports he has fallen since last visit.
The patient states he has been compliant with taking the medications as directed.
The patient has not been seen by any other care providers since the last visit.
The patient has not undergone any interval lab work, imaging studies or tests since the last visit.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Benign Essential Hypertension | 10/07/2019 | |
| Right hip pain | 06/21/2021 | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Heart Surgery | -- | had surgery on heart at age 4 years |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| acetaminophen codeine 300 30 mg oral tablet | 07/27/2021 | take 1 tablet by oral route 3 times a day as needed |
| amlodipine 5 mg oral tablet | 06/07/2021 | take 1 tablet (5 mg) by oral route once daily for 31 days |
| hydrochlorothiazide 12.5 mg oral tablet | 06/07/2021 | take 1 tablet (12.5 mg) by oral route once daily |
| meloxicam 15 mg oral tablet | 06/07/2021 | take 1 tablet (15 mg) by oral route once daily |
| mupirocin 2 % topical ointment | 08/25/2020 | apply a small amount to the affected area by topical route 3 times per day |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Silvadene | 06252021 | | foot swelling |

Allergies Reconciled

[Digital Signature Validated]

## Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| CVA (Cerebrovascular accident) | | |
| Hypertension | | |
| Prostate Neoplasm, Malignant | Grandfather (maternal)/ | -- |
| Diabetes Insipidus | Father/ Mother/ | |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Tobacco | Current every day | / | | |

## Immunizations

| NameDate Admin | Mfg | Trade Name | Lot Number | Route | Inj | VIS Given | VIS Publication |
|---|---|---|---|---|---|---|---|
| DTaP/adacel06/18/2021 | PMC | ADACEL | u6846aa | IM | LD | 06/18/2021 | 04/01/2020 |
| Comments: | | | | | | | |
| Influenza10/08/2020 | NE | Flu Vaccine Name (UNKNOWN) | | NE | NE | | |
| Comments: per web iz | | | | | | | |

## Review of Systems

**Constitutional**
- **Denies** : fatigue, malaise

**Eyes**
- **Denies** : eye discomfort, double vision, blurred vision, changes in vision

**HENT**
- **Denies** : headaches, vertigo, lightheadedness, nose bleeding, thyroid mass, hearing loss, tinnitus, ear pain, dysphagia

**Breasts**
- **Denies** : lumps, tenderness, swelling, nipple discharge, abnormal changes in breast size

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, rapid heart rate, syncope, dyspnea on exertion, orthopnea, paroxysmal nocturnal dyspnea

**Respiratory**
- **Denies** : shortness of breath, wheezing, cough

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency, dysuria, hematuria

**Integument**
- **Denies** : rash, itching

**Neurologic**
- **Denies** : altered mental status

**Musculoskeletal**
- **Admits** : hip pain

**Endocrine**
- **Denies** : polyuria, polydipsia

**Psychiatric**
- **Denies** : anxiety, depression, hallucinations, delusions

**Heme-Lymph**
- **Denies** : petechiae, purpura

**Allergic-Immunologic**
- **Denies** : sinus allergy symptoms, allergic dermatitis

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Digital Signature Validated]

08/05/2021 03:18 PM 147/95 Sitting 95 - R 20 98 206lbs 4oz 6' 3" 25.78 2.22 98 % 21%

08/05/2021 03:18 PM 133/94 Sitting

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Head and Face**

- **Head** :
  - **Inspection** : atraumatic, normocephalic
  - **Palpation** : no tenderness or masses present
- **Face** :
  - **Inspection** : no facial lesions
  - **Palpation** : no facial or sinus tenderness on palpation

**Eyes**

- **Conjunctivae** : conjunctivae normal
- **Sclerae** : anicteric sclerae
- **Pupils and Irises** : pupils equal and round, pupils reactive to light bilaterally, normal accommodation bilaterally

**Ears, Nose, Mouth and Throat**

- **Ears** :
  - **External Ears** : auricle appearance normal bilaterally
  - **Otoscopic Examination** : tympanic membrane appearance within normal limits bilaterally without perforations, mobility normal
  - **Hearing** : intact to conversational voice both ears
- **Nose** :
  - **External Nose** : appearance normal
  - **Intranasal Exam** : mucosa within normal limits, no intranasal lesions present, septum midline, sinuses non tender to percussion
  - **Nasopharynx** : no lesions or inflammation
- **Oral Cavity** :
  - **Oral Mucosa** : oral mucosa normal without pallor or cyanosis
  - **Lips** : lip appearance normal
  - **Gums** : gums pink, non-swollen, no bleeding present
  - **Tongue** : tongue appearance normal,moist
  - **Palate** : palate normal
- **Throat** :
  - **Oropharynx** : no inflammation or lesions present
  - **Hypopharynx** : appearance within normal limits

**Neck**

- **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation
- **Jugular Veins** : no JVD

**Respiratory**

- **Respiratory Effort** : breathing unlabored
- **Inspection of Chest** : normal appearance, no retractions
- **Auscultation of Lungs** : normal breath sounds throughout

**Cardiovascular**

- **Heart** :
  - **Auscultation of Heart** : regular rate and rhythm, no murmurs, gallops or rubs
- **Peripheral Vascular System** :
  - **Carotid Arteries** : normal pulses bilaterally, no bruits present
  - **Pedal Pulses** : pulses 2 bilaterally

**Gastrointestinal**

- **Abdominal Examination** : abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present
- **Liver and spleen** : no hepatomegaly present, liver nontender to palpation, spleen not palpable
- **Hernias** : no hernias present

**Lymphatic**

- **Neck** : no lymphadenopathy present
- **Supraclavicular Nodes** : no supraclavicular nodes

**Musculoskeletal**

- **Right Upper Extremity** : no gross deformity, good ROM, no tenderness

[Digital Signature Validated]

- **Left Upper Extremity** : no gross deformity, good ROM, no tenderness
- **Right Lower Extremity** : restricted ROM of hip
- **Left Lower Extremity** : no gross deformity, good ROM, no tenderness

**Skin and Subcutaneous Tissue**

- **General Inspection** : no rashes or lesions present, no areas of discoloration, within visible areas
- **General Palpation** : no skin or subcutaneous tissue masses present, no tenderness to palpation, skin turgor normal

**Neurologic**

- **Mental Status Examination** .
  - **Orientation** : grossly oriented to person, place and time
  - **Speech/ Language** : no aphasias present
- **Gait and Station** normal gait

**Psychiatric**

- **Mood and Affect** : mood normal, affect appropriate

## Assessment

- Benign Essential Hypertension 401.1/I10
- Right hip pain 719.45/M25.551

## Plan

**Orders**

- Most recent systolic blood pressure greater than or equal to 140 (3077F) - 401.1/I10 - 08/05/2021
- Most recent diastolic blood pressure greater than or equal to 90 (3080F) - 401.1/I10 - 08/05/2021

**Medications**

- cyclobenzaprine 5 mg oral tablet
  SIG: take 1 tablet (5 mg) by oral route once daily at bedtime as needed
  DISP: (30) Tablet with 1 refills
  **Prescribed on 08/05/2021**

- acetaminophen-codeine 300-30 mg oral tablet
  SIG: take 1 tablet by oral route 3 times a day as needed
  DISP: (30) Tablet with 0 refills
  **Refilled on 08/05/2021**

- meloxicam 15 mg oral tablet
  SIG: take 1 tablet (15 mg) by oral route once daily
  DISP. (30) Tablet with 1 refills
  **Refilled on 08/05/2021**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- Continue current medications
- Discussed risks, side effects, benefits of medications
- Plan to continue to be off work
- Electronically Identified Patient Education Materials Provided Electronically

**Disposition**

- Call or Return if symptoms worsen or persist.
- Return Visit Request in/on 2 weeks +/- 2 days (99212).

**Referrals**

- Inbound Referral/Transition
- Outside Summary of Care Available

**Electronically Signed by:** Mark Anthony Ramiro, MD -Author on August 5, 2021 03:51:18 PM

[Digital Signature Validated]

# Mark A Ramiro, MD
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Adam Bobb, III | **Visit Date:** | July 27, 2021 |
| **Patient I D:** | 21349 | **Provider:** | Mark Anthony Ramiro, MD |
| **Sex:** | Male | **Location:** | Mark A Ramiro, MD |
| **Birthdate:** | | **Location Address:** | 1400 Claud Road<br>White Hall, AR 716028622 |
| **Primary Care Provider:** | Mark Anthony Ramiro MD | | |
| **Referring Provider:** | Mark Anthony Ramiro MD | **Location Phone:** | (870) 247 9499 |

### Chief Complaint

- Follow up visit
- right hip pain

### History Of Present Illness

Patient presents today for follow up visit. He was seen in the clinic on 07/08/2021 for follow up on right hip pain He was diagnosed with Right hip pain , plan included acetaminophen codeine 300 30 mg oral tablet, physical therapy and follow up. Patient reports His symptoms are about the same since last visit.
Patient states He has been compliant with plan.
Patient has not been seen by any other provider or undergone any interim testing.

He was seen originally on 06/18/21 by Dr. Ramiro. MRI was ordered on 06/21/21 for persistent pain but was not approved even after Peer to Peer. Physical therapy was then ordered, which he has been going up until today he said pain was so bad he couldn't do it and therapy itself was painful.

### Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Benign Essential Hypertension | 10/07/2019 | |
| Right hip pain | 06/21/2021 | |

### Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Heart Surgery | -- | had surgery on heart at age 4 years |

### Medication List

| Name | Date Started | Instructions |
|---|---|---|
| acetaminophen codeine 300 30 mg oral tablet | 07/27/2021 | take 1 tablet by oral route 3 times a day as needed |
| amlodipine 5 mg oral tablet | 06/07/2021 | take 1 tablet (5 mg) by oral route once daily for 31 days |
| hydrochlorothiazide 12.5 mg oral tablet | 06/07/2021 | take 1 tablet (12.5 mg) by oral route once daily |
| meloxicam 15 mg oral tablet | 06/07/2021 | take 1 tablet (15 mg) by oral route once daily |
| mupirocin 2 % topical ointment | 08/25/2020 | apply a small amount to the affected area by topical route 3 times per day |

### Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Silvadene | 06252021 | | foot swelling |

Allergies Reconciled

### Family Medical History

[Digital Signature Validated]

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| CVA (Cerebrovascular accident) | | |
| Hypertension | | |
| Prostate Neoplasm, Malignant | Grandfather (maternal)/ | |
| Diabetes Insipidus | Father/ Mother/ | -- |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Tobacco | Current every day | --/-- | -- | -- |

## Immunizations

| NameDate Admin | Mfg | Trade Name | Lot Number | Route | Inj | VIS Given | VIS Publication |
|---|---|---|---|---|---|---|---|
| DTaP/adacel06/18/2021 | PMC | ADACEL | u6846aa | IM | LD | 06/18/2021 | 04/01/2020 |
| Comments: | | | | | | | |
| Influenza10/08/2020 | NF | Flu Vaccine Name (UNKNOWN) | | NF | NF | | |
| Comments: per web iz | | | | | | | |

## Review of Systems

**Constitutional**
- **Denies** : fatigue, fever, chills, body aches

**Eyes**
- **Denles** : double vision, blurred vision, changes in vision

**HENT**
- **Denies** : headaches, vertigo, lightheadedness

**Breasts**
- **Denles** : tenderness, nipple discharge, abnormal changes in breast size

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, lower extremity edema

**Respiratory**
- **Denles** : shortness of breath, wheezing, cough

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency, dysuria

**Integument**
- **Denies** : rash, itch ng, hair growth change, new skin lesions

**Neurologic**
- **Denies** : altered mental status, muscular weakness, tingling or numbness, seizures

**Musculoskeletal**
- **Admits** : joint pair, hip pain
- **Denles** : joint swelling, muscle pain, limitation of motion

**Endocrine**
- **Denles** : polydipsia, cold intolerance, heat intolerance

**Psychiatric**
- **Denies** : anxiety, depression, difficulty sleeping

**Heme-Lymph**
- **Denies** : easy bruising, petechiae, lymph node enlargement or tenderness

**Allergic-Immunologic**
- **Denies** : sinus alle'gy symptoms, allergic dermatitis, frequent illnesses

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/2021 | 11:19 AM | 142/96 | Sitting | | | 118 | R 20 | 98.3 | 202lbs 4oz | 6' 3" | 25.28 | 2.2 | 99 % | | 21% | |

[Digital Signature Validated]

07/27/2021 11:26 AM 136/90 Sitting

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Head and Face**
- **Head** :
  - **Inspection** : atraumatic, normocephalic
- **Face** :
  - **Inspection** : no facial lesions

**Eyes**
- **Sclerae** : sclerae white
- **Pupils and Irises** : pupils equal, round, and reactive to light and accommodation bilaterally

**Ears, Nose, Mouth and Throat**
- **Ears** :
  - **External Ears** : appearance within normal limits, no lesions present
  - **Otoscopic Examination** : tympanic membrane appearance within normal limits bilaterally without perforations
  - **Hearing** : intact to conversational voice both ears
- **Nose** :
  - **External Nose** : appearance normal
  - **Intranasal Exam** : mucosa within normal limits, vestibules normal, no intranasal lesions present, septum midline
  - **Nasopharynx** : no lesions or inflammation
- **Oral Cavity** :
  - **Oral Mucosa** : oral mucosa normal without pallor or cyanosis
- **Throat** :
  - **Oropharynx** : no inflammation or lesions present, tonsils within normal limits

**Neck**
- **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation

**Respiratory**
- **Respiratory Effort** : breathing unlabored
- **Inspection of Chest** : normal appearance, no retractions
- **Auscultation of Lungs** : normal breath sounds throughout

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** : regular rate and rhythm, no murmurs, gallops or rubs
- **Peripheral Vascular System** :
  - **Pedal Pulses** : pulses 2 bilaterally
  - **Extremities** : no cyanosis, clubbing or edema; less than 2 second refill noted

**Gastrointestinal**
- **Abdominal Examination** : abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present, abdominal contour scaphoid

**Lymphatic**
- **Neck** : no lymphadenopathy present
- **Supraclavicular Nodes** : no supraclavicular nodes
- **Preauricular Nodes** : no preauricular nodes present

**Musculoskeletal**
- **Right Upper Extremity** :
  - **Inspection/ Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus or pain with motion present
- **Left Upper Extremity** :
  - **Inspection/ Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion
- **Right Lower Extremity** :
  - **Inspection/ Palpation** : no joint or limb tenderness to palpation, no edema present, no ecchymosis
  - **Joint Stability** : joint stability within normal limits
  - **Range of Motion** : range of motion normal, no joint crepitations present, no pain on motion
- **Left Lower Extremity** :

- **Inspection/ Palpation** : no joint or limb tenderness to palpation, no edema present, no ecchymosis
- **Joint Stability** : joint stability within normal limits
- **Range of Motion** : range of motion normal, no joint crepitations present, no pain on motion

**Skin and Subcutaneous Tissue**

- **General Inspection** : no rashes or lesions present, no areas of discoloration

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** . grossly oriented to person, place and time
  - **Speech/ Language** : communication ability within normal limits, voice quality normal
- **Gait and Station**
  - **Gait Screening** : gait within normal limits

**Psychiatric**

- **Mood and Affect** : mood normal, affect appropriate

Review of PT note shows possible Labral tear. Mr. Bobb said therapist said he couldn't help that and PT wouldn't fix it. Mr. Bobb said no changes in pain, nothing new, still painful, can't tell that therapy is working. Dr Ramiro refilled his Tylenol # 3 this am.

## Assessment

- Right hip pain 719.45/M25.551

## Plan

**Medications**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- Drink plenty of water
- Eat a well-balanced diet
- Continue all medications as prescribed
- Discussed risks and benefits of medications
- Follow up with Dr. Ramiro as scheduled 08/11/21
- SLH, APRN/CJM

**Disposition**

- Call or Return if symptoms worsen or persist.
- FF up as scheduled

**Electronically Signed by:** Mark Anthony Ramiro, MD -Author on July 27, 2021 05:15:29 PM

[Digital Signature Validated]

# Mark A Ramiro, MD
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Adam Bobb, III | **Visit Date:** | July 8, 2021 |
| **Patient I D:** | 21349 | **Provider:** | Mark Anthony Ramiro, MD |
| **Sex:** | Male | **Location:** | Mark A Ramiro, MD |
| **Birthdate:** | | **Location Address:** | 1400 Claud Road<br>White Hall, AR 716028622 |
| **Primary Care Provider:** | Mark Anthony Ramiro MD | | |
| **Referring Provider:** | Mark Anthony Ramiro MD | **Location Phone:** | (870) 247 9499 |

## Chief Complaint

- Follow-up visit
- Persistent right hip pain
- He has been doing ROM exercises at home for his right hip
- He brought FMLA and Short-term disability paperwork today

## History Of Present Illness

**Chronic Medical Conditions**

The patient is a 37 year old Caucasian/White male who is here today for follow up: right hip pain
He has no additional complaints.
The patient states he has been compliant with taking the medications as directed.
The patient has not been seen by any other care providers since the last visit.
The patient has not undergone any interval lab work, imaging studies or tests since the last visit.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Benign Essential Hypertension | 10/07/2019 | -- |
| Right hip pain | 06/21/2021 | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Heart Surgery | | had surgery on heart at age 4 years |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| acetaminophen-codeine oral tablet 300-30 mg | 07/06/2021 | take 1 tablet by oral route 3 times a day as needed |
| amlodipine oral tablet 5 mg | 06/07/2021 | take 1 tablet (5 mg) by oral route once daily for 31 days |
| hydrochlorothiazide 12.5 mg oral tablet | 06/07/2021 | take 1 tablet (12.5 mg) by oral route once daily |
| meloxicam oral tablet 15 mg | 06/07/2021 | take 1 tablet (15 mg) by oral route once daily |
| mupirocin 2 % topical ointment | 08/25/2020 | apply a small amount to the affected area by topical route 3 times per day |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Silvadene | 06252021 | | foot swelling |

Allergies Reconciled

## Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|

[Digital Signature Validated]

| | | |
|---|---|---|
| CVA (Cerebrovascular accident) | | -- |
| Hypertension | | |
| Prostate Neoplasm, Malignant | Grandfather (maternal)/ | |
| Diabetes Insipidus | Father/ Mother/ | |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Tobacco | Current every day | / | | |

## Immunizations

| NameDate Admin | Mfg | Trade Name | Lot Number | Route | Inj | VIS Given | VIS Publication |
|---|---|---|---|---|---|---|---|
| DTaP/adacel06/18/2021 | PMC | ADACEL | u6846aa | IM | LD | 06/18/2021 | 04/01/2020 |
| Comments: | | | | | | | |
| Influenza10/08/2020 | NE | Flu Vaccine Name (UNKNOWN) | | NE | NE | | |
| Comments: per web iz | | | | | | | |

## Review of Systems

**Constitutional**
- **Denies** : fatigue, malaise

**Eyes**
- **Denies** : eye discomfort, double vision, blurred vision, changes in vision

**HENT**
- **Denies** : headaches, vertigo, lightheadedness, nose bleeding, thyroid mass, hearing loss, tinnitus, ear pain, dysphagia

**Breasts**
- **Denies** : lumps, tenderness, swelling, nipple discharge, abnormal changes in breast size

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, rapid heart rate, syncope, dyspnea on exertion, orthopnea, paroxysmal nocturnal dyspnea

**Respiratory**
- **Denies** : shortness of breath, wheezing, cough

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency, dysuria, hematuria

**Integument**
- **Denies** : rash, itch ng

**Neurologic**
- **Denies** : altered mental status

**Musculoskeletal**
- **Admits** : hip pain

**Endocrine**
- **Denies** : polyuria, polydipsia

**Psychiatric**
- **Denies** : anxiety, depression, hallucinations, delusions

**Heme-Lymph**
- **Denies** : petechiae, purpura

**Allergic-Immunologic**
- **Denies** : sinus allergy symptoms, allergic dermatitis

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI $kg/m^2$ | BSA $m^2$ | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/2021 | 02:19 PM | 146/90 | Sitting | | | 93 - R | 20 | 98.1 | 200lbs 6oz | 6' 3" | 25.04 | 2.19 | 98 % | | 21% | |

[Digital Signature Validated]

07/08/2021 02:23 PM 141/90 Sitting

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Head and Face**
- **Head** :
  - **Inspection** : atraumatic, normocephalic
  - **Palpation** : no tenderness or masses present
- **Face** :
  - **Inspection** : no facial lesions
  - **Palpation** : no facial or sinus tenderness on palpation

**Eyes**
- **Conjunctivae** : conjunctivae normal
- **Sclerae** : anicteric sclerae
- **Pupils and Irises** : pupils equal and round, pupils reactive to light bilaterally, normal accommodation bilaterally

**Ears, Nose, Mouth and Throat**
- **Ears** :
  - **External Ears** : auricle appearance normal bilaterally
  - **Otoscopic Examination** : tympanic membrane appearance within normal limits bilaterally without perforations, mobility normal
  - **Hearing** : intact to conversational voice both ears
- **Nose** :
  - **External Nose** : appearance normal
  - **Intranasal Exam** : mucosa within normal limits, no intranasal lesions present, septum midline, sinuses non tender to percussion
  - **Nasopharynx** : no lesions or inflammation
- **Oral Cavity** :
  - **Oral Mucosa** : oral mucosa normal without pallor or cyanosis
  - **Lips** : lip appearance normal
  - **Gums** : gums pink, non-swollen, no bleeding present
  - **Tongue** : tongue appearance normal,moist
  - **Palate** : palate normal
- **Throat** :
  - **Oropharynx** : no inflammation or lesions present
  - **Hypopharynx** : appearance within normal limits

**Neck**
- **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation
- **Jugular Veins** : no JVD

**Respiratory**
- **Respiratory Effort** : breathing unlabored
- **Inspection of Chest** : normal appearance, no retractions
- **Auscultation of Lungs** : normal breath sounds throughout

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** : regular rate and rhythm, no murmurs, gallops or rubs
- **Peripheral Vascular System** :
  - **Carotid Arteries** : normal pulses bilaterally, no bruits present
  - **Pedal Pulses** : pulses 2 bilaterally

**Gastrointestinal**
- **Abdominal Examination** : abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present
- **Liver and spleen** : no hepatomegaly present, liver nontender to palpation, spleen not palpable
- **Hernias** : no hernias present

**Lymphatic**
- **Neck** : no lymphadenopathy present
- **Supraclavicular Nodes** : no supraclavicular nodes

**Musculoskeletal**
- **Right Upper Extremity** : no gross deformity, good ROM, no tenderness
- **Left Upper Extremity** : no gross deformity, good ROM, no tenderness
- **Right Lower Extremity** : restricted ROM of hip

[Digital Signature Validated]

- **Left Lower Extremity** : no gross deformity, good ROM, no tenderness

**Skin and Subcutaneous Tissue**

- **General Inspection** : no rashes or lesions present, no areas of discoloration, within visible areas
- **General Palpation** : no skin or subcutaneous tissue masses present, no tenderness to palpation, skin turgor normal

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
  - **Speech/ Language** : no aphasias present
- **Gait and Station** limping gait

**Psychiatric**

- **Mood and Affect** : mood normal, affect appropriate

## Assessment

- Right hip pain 719.45/M25.551
- Tendinitis of hip, right 727.09/M76.891
- Bursitis of hip, right 726.5/M70.71

## Plan

**Orders**

- Physical Therapy Consultation - 719.45/M25.551, 727.09/M76.891, 726.5/M70.71 - 07/08/2021

**Medications**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- Continue current medications
- Discussed risks, side effects, benefits of medications
- Electronically Identified Patient Education Materials Provided Electronically

**Disposition**

- Call or Return if symptoms worsen or persist.
- Return Visit Request in/on 2 weeks +/- 2 days (98458).

**Referrals**

- ID: 45052 Date: 07/08/2021 Type: Outbound
  Specialty: Physical Therapy
  Reason: right hip pain, bursitis, tendinitis
- Inbound Referral/Transition
- Outside Summary of Care Available

**Electronically Signed by:** Mark Anthony Ramiro, MD -Author on July 8, 2021 03:03:34 PM

[Digital Signature Validated]

# Doug Coleman, MD PA
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Adam Bobb, III | **Visit Date:** | June 28, 2021 |
| **Patient I D:** | 21349 | **Provider:** | R Coleman, MD |
| **Sex:** | Male | **Location:** | Doug Coleman, MD PA |
| **Birthdate:** | | **Location Address:** | 1400 Claud Road<br>White Hall, AR 71602-8622 |
| **Primary Care Provider:** | Mark Anthony Ramiro MD | | |
| **Referring Provider:** | Mark Anthony Ramiro MD | **Location Phone:** | 870 247 9499 |

## Chief Complaint

- follow up of wound to right foot and right side hip pain

## History Of Present Illness

The patient is a 37 year old Caucasian/White male who is here for a follow up of a wound to right foot and right side hip pain.

The patient states his foot is healing but he could not use the silvadene cream. He states he tried using it but it made his foot swell up so he stopped using it. He states when he wears his boots and socks the area to his foot hurts and bleeds more. The patient states he tried taking steroids for his hip pain but he states he really could not tell a difference. He states he feels a tightness in his groin when he wakes up. His wife is with him in the room today and she states he has a been having a section in his back also that has been hurting. MRI was not approved pending PEER to PEER review.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Benign Essential Hypertension | 10/07/2019 | |
| Right hip pain | 06/21/2021 | |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Heart Surgery | -- | had surgery on heart at age 4 years |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| acetaminophen codeine oral tablet 300 30 mg | 06/17/2021 | take 1 tablet by oral route 3 times a day as needed |
| amlodipine oral tablet 5 mg | 06/07/2021 | take 1 tablet (5 mg) by oral route once daily for 31 days |
| hydrochlorothiazide 12.5 mg oral tablet | 06/07/2021 | take 1 tablet (12.5 mg) by oral route once daily |
| meloxicam oral tablet 15 mg | 06/07/2021 | take 1 tablet (15 mg) by oral route once daily |
| mupirocin 2 % topical ointment | 08/25/2020 | apply a small amount to the affected area by topical route 3 times per day |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Silvadene | 06252021 | | foot swelling |

Allergies Reconciled

## Family Medical History

[Digital Signature Validated]

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| CVA (Cerebrovascular accident) | | |
| Hypertension | | |
| Prostate Neoplasm, Malignant | Grandfather (maternal)/ | -- |
| Diabetes Insipidus | Father/ Mother/ | -- |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Tobacco | Current every day | --/-- | -- | -- |

## Immunizations

| NameDate Admin | Mfg | Trade Name | Lot Number | Route | Inj | VIS Given | VIS Publication |
|---|---|---|---|---|---|---|---|
| DTaP/adacel06/18/2021 | PMC | ADACEL | u6846aa | IM | LD | 06/18/2021 | 04/01/2020 |
| Comments: | | | | | | | |
| Influenza10/08/2020 | NE | Flu Vaccine Name (UNKNOWN) | | NE | NE | | |
| Comments: per web iz | | | | | | | |

## Review of Systems

**Constitutional**
- **Denies** : fatigue, fever, chills, body aches, loss of appetite

**Eyes**
- **Denies** : discharge from eye, eye discomfort, double vision, blurred vision

**HENT**
- **Denies** : headaches, lightheadedness, nasal congestion, nasal discharge

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, syncope, lower extremity edema

**Respiratory**
- **Denies** : shortness of breath, wheezing, cough, hoarseness, abnormal sputum production, hemoptysis, dry cough, productive cough

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency, dysuria, nocturia, hematuria

**Integument**
- **Admits** : healing burn to bottom of right foot
- **Denies** : rash, itch ng, new skin lesions, changes to existing skin lesions or moles

**Neurologic**
- **Denies** : altered mental status, muscular weakness, numbness, difficulty concentrating

**Musculoskeletal**
- **Admits** : back pain, hip pain, foot pain
- **Denies** : joint pain, joint swelling, unusual muscle pain

**Endocrine**
- **Denies** : polyuria, polydipsia, constipation

**Psychiatric**
- **Denies** : anxiety, depression, feeling confused, difficulty sleeping

**Heme-Lymph**
- **Denies** : abnormal bleeding, abnormal bruising, enlargement or tender lymph nodes

**Allergic-Immunologic**
- **Denies** : sinus alle·gy symptoms, allergic dermatitis, frequent illnesses

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2021 | 03:05 PM | 175/107 | Sitting | | | 95 - R | 20 | 98.9 | 199lbs 6oz | 6' 3" | 24.92 | 2.19 | 98 % | | 21% | |

[Digital Signature Validated]

06/28/2021 03:06 PM 157/108 Sitting

06/28/2021 04:05 PM 158/92 Sitting

missed dose of BP meds last night

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Head and Face**
- **Head** :
  - **Inspection** : atraumatic, normocephalic
  - **Palpation** : no tenderness or masses present
- **Face** :
  - **Inspection** : no facial lesions
  - **Palpation** : no facial or sinus tenderness on palpation

**Eyes**
- **Sclerae** : sclerae white
- **Pupils and Irises** : pupils equal and round, pupils reactive to light bilaterally, iris shape normal
- **Eyelids/ Ocular Adnexae** : eyelid appearance normal, no exudates present, eye moisture level normal

**Ears, Nose, Mouth and Throat**
- **Ears** :
  - **External Ears** : appearance within normal limits, no lesions present
  - **Otoscopic Examination** : tympanic membrane appearance within normal limits bilaterally without perforations, TM light reflex normal bilaterally
- **Nose** :
  - **External Nose** : appearance normal
  - **Intranasal Exam** : *nasal mucosa inflammation present-bilateral*, vestibules normal, no intranasal lesions present, septum midline, sinuses non tender to percussion
- **Oral Cavity** :
  - **Oral Mucosa** : oral mucosa normal without pallor or cyanosis
  - **Lips** : lip appearance normal
- **Throat** :
  - **Oropharynx** : no inflammation or lesions present, tonsils within normal limits

**Neck**
- **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline
- **Range of Motion** : range of motion within normal limits
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation

**Respiratory**
- **Respiratory Effort** : breathing unlabored, without accessory muscle use
- **Inspection of Chest** : normal appearance, no retractions
- **Auscultation of Lungs** : normal breath sounds throughout
- **Palpation of Chest** : nontender

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** : regular rate and rhythm, no murmurs, gallops
- **Peripheral Vascular System** :
  - **Carotid Arteries** : normal pulses bilaterally, no bruits present
  - **Pedal Pulses** : pulses 2+ bilaterally
  - **Extremities** : no cyanosis, clubbing or edema

**Gastrointestinal**
- **Abdominal Examination** : abdomen nontender to palpation, soft, without rigidity or guarding, no masses present, normal bowel sounds,

**Genitourinary**
- **Bladder** : nontender to palpation

**Lymphatic**
- **Neck** : no lymphadenopathy or tenderness present
- **Supraclavicular Nodes** : no supraclavicular nodes
- **Preauricular Nodes** : no preauricular nodes present

**Musculoskeletal**
- **Pelvis** :

[Digital Signature Validated]

- **Inspection** : tenderness to palpation over right iliac crest and into hip joint with leg raise and rotate- seems to be muscle/nerve pain and not skeletal
- **Stability** : Pelvic stability normal
- **Muscle Strength** : pelvic musculature strength 5/5

- **Right Upper Extremity** :
  - **Inspection/ Palpation** : no tenderness to palpation, no edema present, no ecchymosis, no tenderness or discomfort to ROM noted
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no pain with joint motion
- **Left Upper Extremity** :
  - **Inspection/ Palpation** : no tenderness to palpation, no edema present, no ecchymosis, no tenderness or discomfort to ROM noted
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no pain with joint motion
- **Right Lower Extremity** :
  - **Inspection/ Palpation** : no joint or limb tenderness to palpation, no edema present, no ecchymosis
  - **Joint Stability** : joint stability within normal limits
  - **Range of Motion** : range of motion normal, no joint crepitations present, no pain on motion
- **Left Lower Extremity** :
  - **Inspection/ Palpation** : no joint or limb tenderness to palpation, no edema present, no ecchymosis
  - **Joint Stability** : joint stability within normal limits
  - **Range of Motion** : range of motion normal, no joint crepitations present, no pain on motion

**Skin and Subcutaneous Tissue**

- **General Inspection** : bottom of right foot nearly healed round burn that is not draining-not red- slight tender to touch.

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : oriented to person, place and time
  - **Speech/ Language** : speech normal
  - **Attention** attention normal, concentration abilities normal
- **Motor Examination** :
  - **RLE Strength** : strength normal
  - **RLE Motor Function** : tone normal, no atrophy, no abnormal movements noted
  - **LLE Strength** : strength normal
  - **LLE Motor Function** : tone normal, no atrophy, no abnormal movements noted
- **Gait and Station**
  - **Gait Screening** : normal gait

**Psychiatric**

- **Thought Processes** : rate of thoughts normal, thought content logical
- **Mood and Affect** : mood normal, affect appropriate

## Assessment

- Benign Essential Hypertension 401.1/I10
- Right hip pain 719.45/M25.551
- Bursitis of hip, right 726.5/M70.71
  Has completed steroids, gentle exercises as discussed, will call to see about MRI
- Second degree burn of foot, right, subsequent encounter
  Burn of second degree of right foot, subsequent encounter V58.89/T25.221D

## Plan

**Orders**

- Most recent diastolic blood pressure greater than or equal to 90 (3080F) - 401.1/I10 - 06/28/2021
- Most recent systolic blood pressure greater than or equal to 140 (3077F) - 401.1/I10 - 06/28/2021

**Medications**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- Continue current medications

[Digital Signature Validated]

- Drink plenty of water
- Eat a well-balanced diet
- SLH, APRN/CJM

**Disposition**

- Return Visit Request in/on 1 week +/ 2 days (98255).

**Electronically Signed by:** R Coleman, MD -Author on June 28, 2021 06:03:08 PM

[Digital Signature Validated]

# Mark A Ramiro, MD
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Adam Bobb, III | **Visit Date:** | June 18, 2021 |
| **Patient I D:** | 21349 | **Provider:** | Mark Anthony Ramiro, MD |
| **Sex:** | Male | **Location:** | Mark A Ramiro, MD |
| **Birthdate:** | | **Location Address:** | 1400 Claud Road<br>White Hall, AR 716028622 |
| **Primary Care Provider:** | Mark Anthony Ramiro MD | | |
| **Referring Provider:** | Mark Anthony Ramiro MD | **Location Phone:** | (870) 247 9499 |

## Chief Complaint

- Right hip pain
- Right groin pain
- He burned the bottom of his right foot, so he has been limping and that is causing more pain

## History Of Present Illness

The patient is a 37 year old Caucasian/White male who complains of as above.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Benign Essential Hypertension | 10/07/2019 | |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Heart Surgery | -- | had surgery on heart at age 4 years |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| acetaminophen codeine oral tablet 300 30 mg | 06/17/2021 | take 1 tablet by oral route 3 times a day as needed |
| amlodipine oral tablet 5 mg | 06/07/2021 | take 1 tablet (5 mg) by oral route once daily for 31 days |
| hydrochlorothiazide 12.5 mg oral tablet | 06/07/2021 | take 1 tablet (12.5 mg) by oral route once daily |
| Medrol (Pak) 4 mg tablets in a dose pack | 06/16/2021 | take by oral route as directed per package instructions |
| meloxicam oral tablet 15 mg | 06/07/2021 | take 1 tablet (15 mg) by oral route once daily |
| mupirocin 2 % topical ointment | 08/25/2020 | apply a small amount to the affected area by topical route 3 times per day |

## Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| CVA (Cerebrovascular accident) | | |
| Hypertension | | |
| Prostate Neoplasm, Malignant | Grandfather (maternal)/ | -- |
| Diabetes Insipidus | Father/ Mother/ | -- |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Tobacco | Current | / | | |

[Digital Signature Validated]

every day

## Review of Systems

**Constitutional**
- **Denies** : fatigue, malaise

**Eyes**
- **Denies** : eye discomfort, double vision, blurred vision, changes in vision

**HENT**
- **Denies** : headaches, vertigo, lightheadedness, nose bleeding, thyroid mass, hearing loss, tinnitus, ear pain, dysphagia

**Breasts**
- **Denies** : lumps, tenderness, swelling, nipple discharge, abnormal changes in breast size

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, rapid heart rate, syncope, dyspnea on exertion, orthopnea, paroxysmal nocturnal dyspnea

**Respiratory**
- **Denies** : shortness of breath, wheezing, cough

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency, dysuria, hematuria

**Integument**
- **Denies** : rash, itching

**Neurologic**
- **Denies** : altered mental status

**Musculoskeletal**
- **Admits** : hip pain

**Endocrine**
- **Denies** : polyuria, polydipsia

**Psychiatric**
- **Denies** : anxiety, depression, hallucinations, delusions

**Heme-Lymph**
- **Denies** : petechiae, purpura

**Allergic-Immunologic**
- **Denies** : sinus allergy symptoms, allergic dermatitis

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI $kg/m^2$ | BSA $m^2$ | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/2021 | 08:17 AM | 149/98 | Sitting | | | 104 - R | 18 | 98.4 | 200lbs 8oz | 6' 3" | 25.06 | 2.19 | 98 % | | 21% | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Head and Face**
- **Head** :
  - **Inspection** : atraumatic, normocephalic
  - **Palpation** : no tenderness or masses present

**Eyes**
- **Conjunctivae** : conjunctivae normal
- **Sclerae** : anicteric sclerae
- **Pupils and Irises** : pupils equal and round, pupils reactive to light bilaterally, normal accommodation bilaterally

**Ears, Nose, Mouth and Throat**
- **Ears** :
  - **External Ears** : appearance within normal limits, no lesions present
  - **Otoscopic Examination** : tympanic membrane appearance within normal limits bilaterally without perforations, mobility normal
- **Nose** :
  - **External Nose** : appearance normal

[Digital Signature Validated]

- **Intranasal Exam** : mucosa within normal limits, vestibules normal, septum midline, turbinates normal
- **Nasopharynx** : no lesions or inflammation
- **Oral Cavity** :
  - **Oral Mucosa** : oral mucosa normal without pallor or cyanosis
  - **Lips** : lip appearance normal
  - **Gums** : no bleeding present
  - **Tongue** : moist
  - **Palate** . normal
- **Throat** :
  - **Oropharynx** : no inflammation or lesions present, tonsils within normal limits
  - **Hypopharynx** : appearance within normal limits, epiglottis within normal limits

**Neck**
- **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline
- **Range of Motion** : range of motion within normal limits
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation
- **Jugular Veins** : no JVD

**Respiratory**
- **Respiratory Effort** : breathing unlabored
- **Inspection of Chest** : normal appearance, no retractions
- **Auscultation of Lungs** : normal breath sounds throughout
- **Percussion of Chest** : no dullness, flatness, or hyperresonance

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** . regular rate and rhythm, no murmurs, gallops or rubs
  - **Palpation of Heart** : normal apical impulse, no cardiac thrill present
- **Peripheral Vascular System** :
  - **Carotid Arteries** : normal pulses bilaterally, no bruits present
  - **Pedal Pulses** : pulses 2+ bilaterally
  - **Extremities** : no cyanosis, clubbing or edema

**Gastrointestinal**
- **Abdominal Examination** : abdomen nontender to palpation, soft, without rigidity or guarding, no masses present
- **Liver and spleen** : no hepatomegaly present, liver nontender to palpation, spleen not palpable
- **Hernias** . no hernias present

**Lymphatic**
- **Neck** : no lymphadenopathy present
- **Axilla** : no lymphadenopathy present

**Musculoskeletal**
- **Right Upper Extremity** :
  - **Inspection/ Palpation** : no tenderness to palpation, no edema present, no ecchymosis, no tenderness or discomfort to ROM noted
- **Left Upper Extremity** .
  - **Inspection/ Palpation** : no tenderness to palpation, no edema present, no ecchymosis, no tenderness or discomfort to ROM noted, amputation
- **Right Lower Extremity** :
  - **Inspection/ Palpation** : pain with abduction and flexion of hip
- **Left Lower Extremity** :
  - **Inspection/ Palpation** : no joint or limb tenderness to palpation, no edema present, no ecchymosis

**Skin and Subcutaneous Tissue**
- **General Inspection** : no rashes or lesions present, no areas of discoloration, within visible areas
- **General Palpation** : no skin or subcutaneous tissue masses present, no tenderness to palpation, skin turgor normal
- **Extremities** :
  - **Right Lower Extremity** : 2 cm second degree burn plantar foot

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
  - **Speech/ Language** : articulation of speech normal, no aphasias present
- **Reflexes** :
  - **RLE** : patellar reflex 2
  - **LLE** : patellar reflex 2
- **Sensation** :
  - **Pin Prick** : sensation intact to pin prick in extremities
- **Gait and Station**

[Digital Signature Validated]

- **Gait Screening** : normal gait

## Assessment

- Benign Essential Hypertension 401.1/I10
- Second degree burn of foot, right, initial encounter 945.22/T25.221A
- Right hip pain 719.45/M25.551
- Bursitis of hip, right 726.5/M70.71
- Encounter for administration of vaccine V05.9/Z23

## Plan

**Orders**

- Most recent diastolic blood pressure greater than or equal to 90 (3080F) - 401.1/I10 - 06/18/2021
- Most recent systolic blood pressure greater than or equal to 140 (3077F) - 401.1/I10 - 06/18/2021
- Adacel, TdaP, 10 yrs and up (WHFM) (90715) - V05.9/Z23 - 06/18/2021
- ** Injection Administration Fee, subq & IM (WHFM) (90471, 96372) - V05.9/Z23 - 06/18/2021

**Medications**

- Silvadene topical cream 1 %
  SIG: apply a 1/16 inch (1.5 mm) thick layer to entire burn area by topical route once daily
  DISP: (85) Gram with 0 refills
  **Adjusted on 06/18/2021**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- Electronically Identified Patient Education Materials Provided Electronically

**Disposition**

- Call or Return if symptoms worsen or persist.
- FF up as scheduled

**Referrals**

- Inbound Referral/Transition
- Outside Summary of Care Available

**Electronically Signed by:** Mark Anthony Ramiro, MD -Author on June 18, 2021 08:46:29 AM

[Digital Signature Validated]

# Mark A Ramiro, MD
## Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Adam Bobb, III | **Visit Date:** | June 7, 2021 |
| **Patient I D:** | 21349 | **Provider:** | Mark Anthony Ramiro, MD |
| **Sex:** | Male | **Location:** | Mark A Ramiro, MD |
| **Birthdate:** | | **Location Address:** | 1400 Claud Road<br>White Hall, AR 716028622 |
| **Primary Care Provider:** | Mark Anthony Ramiro MD | | |
| **Referring Provider:** | Mark Anthony Ramiro MD | **Location Phone:** | (870) 247 9499 |

### Chief Complaint

- Follow-up visit
- Hypertension
- Hyperlipidemia
- Right hip pain, worsening

### History Of Present Illness

**Chronic Medical Conditions**

The patient is a 37 year old Caucasian/White male who is here today for follow up
He reports right hip pain.
The patient states he has been compliant with taking the medications as directed.
The patient has not been seen by any other care providers since the last visit.
The patient has not undergone any interval lab work, imaging studies or tests since the last visit.

### Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Benign Essential Hypertension | 10/07/2019 | -- |

### Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Heart Surgery | -- | had surgery on heart at age 4 years |

### Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | 05/10/2021 | take 1 tablet (2.5 mg) by oral route once daily for 31 days |
| hydrochlorothiazide 12.5 mg oral tablet | 05/10/2021 | take 1 tablet (12.5 mg) by oral route once daily |
| mupirocin 2 % topical ointment | 08/25/2020 | apply a small amount to the affected area by topical route 3 times per day |

Allergies Reconciled

### Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| CVA (Cerebrovascular accident) | | |
| Hypertension | | -- |
| Prostate Neoplasm, Malignant | Grandfather (maternal)/ | -- |
| Diabetes Insipidus | Father/<br>Mother/ | |

### Social History

[Digital Signature Validated]

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Tobacco | Current every day | / | | |

## Review of Systems

**Constitutional**
- **Denies** : fatigue, malaise

**Eyes**
- **Denies** : eye discomfort, double vision, blurred vision, changes in vision

**HENT**
- **Denies** : headaches, vertigo, lightheadedness, nose bleeding, thyroid mass, hearing loss, tinnitus, ear pain, dysphagia

**Breasts**
- **Denies** : lumps, tenderness, swelling, nipple discharge, abnormal changes in breast size

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, rapid heart rate, syncope, dyspnea on exertion, orthopnea, paroxysmal nocturnal dyspnea

**Respiratory**
- **Denies** : shortness of breath, wheezing, cough

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency, dysuria, hematuria

**Integument**
- **Denies** : rash, itching

**Neurologic**
- **Denies** : altered mental status

**Musculoskeletal**
- **Admits** : hip pain

**Endocrine**
- **Denies** : polyuria, polydipsia

**Psychiatric**
- **Denies** : anxiety, depression, hallucinations, delusions

**Heme-Lymph**
- **Denies** : petechiae, purpura

**Allergic-Immunologic**
- **Denies** : sinus allergy symptoms, allergic dermatitis

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2021 | 04:37 PM | 156/105 | Sitting | | | 79 R | 18 | 97.8 | 208lbs 4oz | 6' 3" | 26.03 | 2.24 | 99 % | | 21% | |
| 06/07/2021 | 05:05 PM | 140/100 | Sitting | | | | | | | | | | | | | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Head and Face**
- **Head** :
  - **Inspection** : atraumatic, normocephalic
  - **Palpation** : no tenderness or masses present
- **Face** :
  - **Inspection** : no facial lesions
  - **Palpation** : no facial or sinus tenderness on palpation

**Eyes**
- **Conjunctivae** : conjunctivae normal
- **Sclerae** : anicteric sclerae
- **Pupils and Irises** : pupils equal and round, pupils reactive to light bilaterally, normal accommodation bilaterally

[Digital Signature Validated]

**Ears, Nose, Mouth and Throat**

- **Ears** :
  - **External Ears** : auricle appearance normal bilaterally
  - **Otoscopic Examination** : tympanic membrane appearance within normal limits bilaterally without perforations, mobility normal
  - **Hearing** : intact to conversational voice both ears
- **Nose** :
  - **External Nose** : appearance normal
  - **Intranasal Exam** : mucosa within normal limits, no intranasal lesions present, septum midline, sinuses non tender to percussion
  - **Nasopharynx** : no lesions or inflammation
- **Oral Cavity** :
  - **Oral Mucosa** : oral mucosa normal without pallor or cyanosis
  - **Lips** : lip appearance normal
  - **Gums** : gums pink, non-swollen, no bleeding present
  - **Tongue** : tongue appearance normal,moist
  - **Palate** : palate normal
- **Throat** :
  - **Oropharynx** : no inflammation or lesions present
  - **Hypopharynx** : appearance within normal limits

**Neck**

- **Inspection/ Palpation** : normal appearance, no masses or tenderness, trachea midline
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation
- **Jugular Veins** : no JVD

**Respiratory**

- **Respiratory Effort** : breathing unlabored
- **Inspection of Chest** : normal appearance, no retractions
- **Auscultation of Lungs** : normal breath sounds throughout

**Cardiovascular**

- **Heart** :
  - **Auscultation of Heart** : regular rate and rhythm, no murmurs, gallops or rubs
- **Peripheral Vascular System** :
  - **Carotid Arteries** : normal pulses bilaterally, no bruits present
  - **Pedal Pulses** : pulses 2 bilaterally

**Gastrointestinal**

- **Abdominal Examination** : abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present
- **Liver and spleen** : no hepatomegaly present, liver nontender to palpation, spleen not palpable
- **Hernias** : no hernias present

**Lymphatic**

- **Neck** : no lymphadenopathy present
- **Supraclavicular Nodes** : no supraclavicular nodes

**Musculoskeletal**

- **Right Upper Extremity** : no gross deformity, good ROM, no tenderness
- **Left Upper Extremity** : no gross deformity, good ROM, no tenderness
- **Right Lower Extremity** . no gross deformity, weakness of hip noted
- **Left Lower Extremity** : no gross deformity, good ROM, no tenderness

**Skin and Subcutaneous Tissue**

- **General Inspection** : no rashes or lesions present, no areas of discoloration, within visible areas
- **General Palpation** : no skin or subcutaneous tissue masses present, no tenderness to palpation, skin turgor normal

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
  - **Speech/ Language** : no aphasias present
- **Gait and Station**
  - **Gait Screening** : normal gait

**Psychiatric**

- **Mood and Affect** : mood normal, affect appropriate

## Assessment

[Digital Signature Validated]

- Benign Essential Hypertension 401.1/I10
- Hyperlipidemia 272.4/E78.5
- Right hip pain 719.45/M25.551

## Plan

**Orders**

- Most recent diastolic blood pressure greater than or equal to 90 (3080F) - 401.1/I10 - 06/07/2021
- Most recent systolic blood pressure greater than or equal to 140 (3077F) - 401.1/I10 - 06/07/2021
- ' Hip Series, minimum of 2 (WHFM) (73510) - 719.45/M25.551 - 06/07/2021

**Medications**

- meloxicam oral tablet 15 mg
  SIG: take 1 tablet (15 mg) by oral route once daily
  DISP: (30) Tablet with 1 refills
  **Prescribed on 06/07/2021**

- acetaminophen-codeine oral tablet 300-30 mg
  SIG: take 1 tablet by oral route 3 times a day as needed
  DISP: (21) Tablet with 0 refills
  **Prescribed on 06/07/2021**

- amlodipine oral tablet 5 mg
  SIG: take 1 tablet (5 mg) by oral route once daily for 31 days
  DISP: (31) Tablet with 5 refills
  **Adjusted on 06/07/2021**

- hydrochlorothiazide 12.5 mg oral tablet
  SIG: take 1 tablet (12.5 mg) by oral route once daily
  DISP: (31) Tablet with 5 refills
  **Refilled on 06/07/2021**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- Continue current medications
- Discussed risks, side effects, benefits of medications
- Low salt diet.
- Monitor BP. Target less than 140/90.
- Electronically Identified Patient Education Materials Provided Electronically

**Disposition**

- Call or Return if symptoms worsen or persist.
- Return Visit Request in/on 2 months +/- 2 days (97734).

**Referrals**

- Inbound Referral/Transition
- Outside Summary of Care Available

**Electronically Signed by:** Mark Anthony Ramiro, MD -Author on June 7, 2021 05:10:08 PM

[Digital Signature Validated]

# White Hall Family Medicine

## RADIOLOGY REPORT

**NAME OF PATIENT:** BOBB, ADAM
**MEDICAL RECORD #:** WHFM21349
**DOB:**
**PATIENT CLASS:**
**ORDERING PHYSICIAN:** RAMIRO, MARK

**EXAMINATION:** **RT HIP 2V**
**DATE OF EXAM:** **06/07/2021**
**ACCESSION NUMBER:** **1160398**

**FINAL REPORT IF SIGNED**

**PROCEDURE:** RT HIP 2V

**HISTORY:**
pain

No comparisons

Findings: The joint space of the right hip is well maintained. The acetabular rim and femoral head demonstrate no spurring. The integrity of the femoral head and femoral neck are maintained. The trochanters are normal. The ileum and ischium are unremarkable.

Impression:
1. Unremarkable right hip.

James L. Workman, MD
Electronic Signature

**D: Jun 7 2021 5:38PM**

PROVIDERFLOW

**Melissa, Front Office**
White Hall Family Medicine Associates
(870) 247-5312 || **Fax**
(870) 247-9499 || **Phone**

**To:**
Fax: (877) 843-3950
Lincoln financial group
**Total Pages:** 1 (including this cover)

---

## Message:

Adam Bobb

---

This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any ccpies you have made.

*Powered By*
PROVIDERFLOW
www.providerflow.com

Want to view this fax online? Visit www.providerflow.com/invite and enter code be0b-9ad8 or scan the QR code with your smartphone or tablet

AUG-26-2021 THU 02:50 PM WHITE HALL MED FAX No. 8702475312 P. 001

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

# GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Bobb Adam N
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:
8. Please provide us with your e-mail address:
May we contact you via e-mail? ☑ Yes ☐ No
9. Date of Birth:
10. Employer Name and Group Policy Number: Trinity Village.
11. Employer Phone Number: (870) 879-3113
12. Date Last Worked: June 17th 2021
Date of Disability:
13. Gender ☑ Male ☐ Female
14. Hospital Confined ☐ Yes ☑ No
Dates of confinement:
15. Have you ever had the same or similar condition in the past? ☐ Yes ☑ No If "Yes" provide dates:
16. Is your disability due to a: ☐ Sickness ☐ Injury ☑ Other
Date of Injury:
16a. Please describe your Sickness or how your Injury occurred: Pain in Right Hip
Height: 6'3
Weight: 200 lbs
17. I returned to work part-time on:
I returned to work full-time on:
18. Is your disability due to your occupation? ☐ Yes ☑ No If "Yes" explain in 16a
Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No
19. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Dr. Mark Ramiro
Phone Number: 870-247-9499 Specialty: MD
Address: 1400 Cloud Rd Whitehall Ar 71602
20. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☑ Yes ☐ No
If yes, how much should be withheld each week? (minimum is $20.00 per week) $20.00
21. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

22. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee [signature] Date 7-8-21

23. Payment Method
☑ Direct Deposit
Financial Institution's Name: Fairfield Credit Union
Type of Account ☑ Checking
Bank/Routing Number:
Checking Account Number:

*(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)*

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth: _

Other Names Used: Kel Social Security Number: _

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ___

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ___ Relationship to claimant: ___

Address: ___ Phone: ___

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: 7-8-21

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

**EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)**
**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

| | | |
|---|---|---|
| 1. Full Name (last, first, middle initial) | | 2. Social Security Number |
| 3. Occupation of Employee/Claimant | 4. Insurance Class | 5. Employee Date of Hire |
| 6. Date Insured | 7. Date Employee was last present at work<br>On that day, did employee work a full day? ☐ Yes ☐ No | |
| 8. Employee's Basic Weekly Earnings | 9. Returned to Work?<br>☐ Full-time ☐ Part-time Date: | |

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ☐ Yes ☐ No
If yes, what percent is paid by the employee? _______%
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? ________ hours per week _______ hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ☐ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☐ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier_______________
Name, address and telephone number of your medical insurance carrier _______________

14. Is the employee receiving or has he/she received continued pay? ☐ Yes ☐ No
If yes, complete the following:
Pay Period: Amount: Source of Income:

15. Can job be modified to fit accommodations?

16. Physical Requirements (Include Job Description)

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other) | Telephone Number (Include Area Code and Extension) | Group Policy Number & Division Number |

E-mail address Fax Number (Include Area Code)

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

_______________________________ _______________
Signature of Person Completing this form and Title Date

_______________________________ _______________
Print Name of Person Completing this form and Title E-mail address

AUG-26-2021 THU 02:51 PM WHITE HALL MED FAX No. 8702475312 P. 004

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

| | | |
|---|---|---|
| 1. Name and Phone Number of Patient: ADAM BOBB ( ) | 2. | 3. Employer Name: TRINITY VILLAGE |
| 4. When did symptoms first appear or accident happen? 05/2021 | 5. Date you believe patient was unable to work? 06/07/2021 | |
| 6. Diagnosis (including complications): (R) HIP PAIN / PERONITIS / BURSITIS | 7. Subjective symptoms: SEVERE (R) HIP / BUTTOCKS PAIN | |
| 8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings): RESTRICTED ROM (R) HIP | Height: 6'3 | Weight: 200.c lbs |
| 9. List of Restrictions & Limitations: AVOID PROLONGED STANDING, WALKING, LIFTING | | |
| 10. Nature of treatment (Including surgery and medications prescribed, if any): MEDICATION, PHYSICAL THERAPY | | |
| 11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates. | | |
| 12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No | | |
| 13. If pregnancy, estimated date of delivery: Actual date of delivery: | 14. Date first treated | 15. Date of last visit/treatment |
| 16. Has patient been hospital confined? ☐ Yes ☑ No If "Yes" give name of hospital. | Confined from: to | |
| 17. Has surgery been scheduled or performed? ☐ Yes ☑ No If "Yes" date of surgery: Type of surgery scheduled: | | |
| 18. Prognosis and Rehabilitation: a. When do you think your patient will be able to return to work in their occupation? 9/08/2021 b. When could trial employment commence? ☐ Full-time ☑ Part-time 08/08/2021 Please submit clinical documentation to support your decision. | | |
| Print Name (Attending Physician): MARK RAMIRO | Specialty: FP | Telephone (Include Area Code): 8702479499 |
| Street Address/City or Town/State or Providence/Zip Code: 1400 CLAY'D ROAD WHITE HALL AR 71602 | | |
| The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. | | |
| Signature (Attending Physician) No stamps please: [signature] | Date: 07/08/2021 | Fax Number (Include Area Code): 8702475312 |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

# FMLA Medical Certification (Family Member)

(Certification of Healthcare Provider for Family Member's Serious Health Condition)

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS:** The Family and Medical Leave Act (FMLA) provides that you, as an employer, may require an employee seeking FMLA protections and leave to care for a covered family member with a serious health condition to submit a medical certification issued by the healthcare provider of the covered family member. Please complete Section I of this certification before giving it to your employee. While you are not required to use this certification, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§825.306-825.308. In accordance with federal law, employers generally must maintain records and documents relating to medical certifications, recertifications or medical histories of employees' family members, created for FMLA purposes, as confidential medical records and in separate files/records from the usual personnel files.

Employer name and contact: Trinity Village, Inc.
Greg Leopard, Maintenance Supervisor (870) 692-6765
Donna Stone, Exec. Director (870) 879-8223

## SECTION II: For Completion by the Employee

**INSTRUCTIONS:** Please complete Section II before giving this certification to your family member's medical provider. The FMLA permits an employer to require that you submit a timely, complete and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections, under regulation 29 U.S.C. §§2613, 2614(c)(3). Not providing a complete and sufficient medical certification may result in denial of your FMLA request, under regulation 29 C.F.R. §825.313. Your employer must give you at least 15 calendar days to return this form under regulation 29 C.F.R. §825.305.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Your name: ______________________
First Middle Last

Name of family member for whom you will provide care:
______________________
First Middle Last

Relationship of family member to you: ______________________

If family member is your son or daughter, date of birth: ___/___/___

Describe care you will provide to your family member and estimate leave needed to provide care: ______________________

Employee signature: [signature] Date: 7/8/21



PAGE 5/9 * RCVD AT 8/26/2021 4:13:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:8778433950 * CSID:8702475312 * ANI:8702479495 * DURATION (mm-ss):03-24

## SECTION III: For Completion by the HEALTHCARE PROVIDER

**INSTRUCTIONS:** The employee listed on the previous page has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions pertain to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown" or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. The last page provides space for additional information, if necessary. Please be sure to sign the form on the last page.

**PLEASE DO NOT PROVIDE GENETIC INFORMATION:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name and business address: MARK ROWLAND
1400 CLOVD ROAD WHITE HALL AR 71602

Type of practice/medical specialty: FP

Telephone: (870) 247 9499 Fax: (870) 247 5312

### PART A: Medical Facts

1. Approximate date condition began: 05/08/2021
   Probable duration of condition: 3-4 MONTHS

   Was the patient admitted for an overnight stay in a hospital, hospice or residential medical care facility? ☐ Yes ☒ No

   If yes, dates of admission:

   Date(s) you treated the patient for condition: 06/07/2021, 06/18/2021, 06/28/2021, 07/08/2021

   Will the patient need to have treatment visits at least twice a year due to the condition? ☐ Yes ☒ No

   Was medication, other than over-the-counter medication, prescribed? ☒ Yes ☐ No

   Was the patient referred to other healthcare provider(s) for evaluation or treatment (e.g., physical therapist)? ☒ Yes ☐ No

   If yes, state the nature of such treatments and expected duration of treatment:
   FURTHER TREATMENT

2. Is the medical condition pregnancy? ☐ Yes ☒ No

   If yes, expected delivery date: / /

3. Describe other relevant medical facts, if any, related to the patient's condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment):
   SEVERE/PERSISTENT (R) HIP PAIN

# Employee FMLA Leave Request
(Family/Medical Leave Request Form)

Eligible employees are entitled under the Family and Medical Leave Act (FMLA) to take up to 12 or 26 weeks of job-protected leave for certain family and medical reasons. Submit this request form to your human resources manager at least 30 days before the leave is to begin, when possible. When 30 days' advance submission of the request form is not possible, submit the request as soon as possible. Our Company reserves the right to deny or postpone leave if you do not give adequate notice when permitted under federal and/or state law.

## Employee Information

Please print.

Name: Adam Bobb Employee ID #______

Department: Maintaince Job Title: Maintaince

Today's Date: __/__/__ Hire Date: __/__/__ Aug 2014 Supervisor: Greg Sheppard

Status: ☑ Full-Time ☐ Part-Time ☐ Temporary

## Reason for Requesting Leave

**I am requesting family/medical leave for the following reasons: (check all that apply)**

- ☐ Birth of my child; to care for my newborn child
- ☐ Placement of a child with me for _____ adoption _____ foster care
- ☐ Leave to care for a family member with a serious health condition
  Relationship of family member to you: ______
- ☑ My own serious health condition
- ☐ Qualifying exigency because a family member is on or has been called to covered active duty in the Regular Armed Forces (including the National Guard and Reserves) to a foreign country
  Relationship of family member to you: ______
- ☐ Leave to care for a family member who is a current member of the Armed Forces (including the National Guard and Reserves) or a covered veteran and who is undergoing medical treatment, recuperation, or therapy, is in outpatient status or on temporary disability retired list for a serious injury or illness
  Relationship of family member to you: ______
- ☐ Other (please explain) ______

## Duration of Leave

Leave expected to begin __/__/__ Leave expected to end __/__/__

If intermittent or reduced-leave schedule is being requested, please explain why it is needed and the proposed leave schedule:

______

## Employee Certification and Signature

I certify that the above information is true and correct to the best of my knowledge:

Employee signature: Adam K Bobb Date: 7/8/21

**EMPLOYER:** This form should be treated as a medical record and must be maintained separately from employee personnel files, in locked cabinets with only designated personnel having access. As an employer, you should retain this original and provide a photocopy of the form to your employee along with the Company Response form within a reasonable period of time.

COMPLYRIGHT
©2016 ComplyRight, Inc.
A1432

This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.
Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.

ATTORNEY APPROVED

## PART B: Amount of Care Needed

When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care.

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ☑ Yes ☐ No

Estimate the beginning and ending dates for the period of incapacity: 06 / 07 / 2021 (Beginning) 09 / 08 / 2021 (Ending)

During this time, will the patient need care? ☑ Yes ☐ No

Explain the care needed by the patient and why such care is medically necessary:

– medication / Frustration work-up

– physical therapy

5. Will the patient require follow-up treatments, including any time for recovery? ☑ Yes ☐ No

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

– every 2 weeks

Explain the care needed by the patient, and why it is medically necessary:

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? ☐ Yes ☑ No

Estimate the hours the patient needs care on an intermittent basis, if any:

_____ hours a day: _____ days a week from _____ through _____

Explain the care needed by the patient, and why it is medically necessary:

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities?

☐ Yes ☑ No

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next six months (e.g., one episode every three months lasting one-two days):

Frequency: _____ times a _____ week(s) _____ month(s)

Duration: _____ hours or _____ day(s) per episode

Does the patient need care during the flare-ups? ☐ Yes ☐ No

Explain the care needed by the patient, and why it is medically necessary:

## Additional Information

(Identify question number with your additional answer.)

Signature of Healthcare Provider: [signature] Date: 07/08/2021

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. In accordance with 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number (1235-0003). The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution AV, NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION; RETURN IT TO THE PATIENT.

COMPLYRIGHT™
M424 ©2013 EDI
This product is designed to provide accurate and authoritative information. However, it is not a substitute for legal advice and does not provide legal opinions on any specific facts or services. The information is provided with the understanding that any person or entity involved in creating, producing or distributing this product is not liable for any damages arising out of the use or inability to use this product. You are urged to consult an attorney concerning your particular situation and any specific questions or concerns you may have.
Important note: This is approved for use by the purchaser only. This form may not be shared publicly or with third parties.
ATTORNEY APPROVED

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth:

Other Names Used: Kel Social Security Number

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ______

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ______ Relationship to claimant: ______

Address: ______ Phone: ______

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Adam K Bobb II Date: 7-8-21

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth:

Other Names Used: Kel Social Security Number

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other:

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ______ Relationship to claimant: ______

Address: ______ Phone: ______

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Adam K Bobb II Date: 7-8-21

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363 Disabilit...

Lincoln
Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth: [redacted]

Other Names Used: Kel Social Security Number [redacted]

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ______

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ______ Relationship to claimant: ______

Address: ______ Phone: ______

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: 7-8-21

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363 Disab...

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☑ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth:

Other Names Used: Kel Social Security Number:

**Description of the information to be disclosed:**

☑ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ______

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ______ Relationship to claimant: ______

Address: ______ Phone: ______

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: 7-8-21

REF #10064269

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

July 27, 2021

ADAM K BOBB

Re: Policyholder: Trinity Village, Inc.
Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Mr Bobb:

We have completed our initial review of your claim for Short Term Disability and have determined additional information is needed prior to benefits being considered.

To determine disability, we must evaluate medical documentation to determine if your condition precludes you from performing the main duties of your occupation.

Medical documentation includes, but is not limited to, office and treatment records, testing results, therapy notes, consultation reports and operative reports. A note from your physician, without any supporting medical documentation as outlined above, may not be sufficient to consider your claim.

We have assisted you by requesting copies of all medical records from Dr. Mark Ramiro. At this time, we will pay for the charges related to obtaining these records. It may help speed up the process if you contact your physician(s) and remind them of the urgency of this request. Please work with your physician(s) to ensure these records are received in our office no later than 08/27/2021.

Once all of the requested information has been received, we will continue our review of your claim.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #10064269

Please contact us at the number listed below or at disabilityclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Marissa Ellis
678-295-3160
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Date: Tue Jul 27 17:22:35 CDT 2021
From: Marissa Ellis <Marissa.Ellis@lfg.com>
To: drushin@trinityretirement.com
Message-ID: <2036518872.863.1627424555460.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210071975 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210071975

Please review the attached letter and/or document(s) regarding the Claim #1210071975 for Adam Bobb. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Marissa Ellis**
**Claims Examiner II, Claims**
Milton Mills, Toll Free Phone: 1-800-423-2765
Phone: 678-295-3160
Fax: 260-455-9061
Email: Marissa.Ellis@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

July 27, 2021

TRINITY VILLAGE, INC.
ATTN Donna Rushin
6400 Trinity Drive
Pine Bluff, AR 71603

Re: Policy Number: 00001020137600000
Claim Number: 1210071975
Claimant: Adam Bobb

Dear Donna Rushin:

We have completed our initial review of the claim for Short Term Disability filed by Mr Bobb and have determined additional information is needed prior to benefits being considered.

At this time we need the following information:

We have requested information from your employee's attending physician.

We request that this information be provided to our office no later than 09/10/2021. Once the requested information is received, the claim process will continue.

Please contact our office with any questions you may have at the number listed below or email us at disabilityclaims@lfg.com.

Sincerely,

Marissa Ellis
678-295-3160
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

CLAIM
NUMBER ____________________

LAST NAME Bobb

FIRST NAME Adam

SS# ____________________

DOB ____________________

**Trinity Village**
RETIREMENT COMMUNITY
6400 Trinity Drive
P. O. Box 1265
Pine Bluff, AR 71613

LITTLE ROCK AR 720
15 JUL 2021 PM 3 L

FOREVER / USA

The Lincoln Nat'l Life Ins. Co.
P.O. Box 2609
Omaha, NE 68103-2609

JUL 19 2021

68103-260909

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Bobb Adam K Date of Birth: ________

Other Names Used: Kel Social Security Number: ________

**Description of the information to be disclosed:**

☐ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ________

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ________ Relationship to claimant: ________

Address: ________ Phone: ________

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: 7-8-21

Lincoln Financial Group®

JUL 19 2021

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Bobb Adam K
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:
8. Please provide us with your e-mail address:
May we contact you via e-mail? ☑ Yes ☐ No
9. Date of Birth:
10. Employer Name and Group Policy Number: Trinity Village
11. Employer Phone Number: (870)879-3113
12. Date Last Worked: June 17th 2021
Date of Disability:
13. Gender ☑ Male ☐ Female
14. Hospital Confined ☐ Yes ☑ No
Dates of confinement:
15. Have you ever had the same or similar condition in the past?
☐ Yes ☑ No If "Yes" provide dates:
16. Is your disability due to a:
☐ Sickness ☐ Injury ☑ Other
Date of Injury:
16a. Please describe your Sickness or how your Injury occurred: Pain in Right Hip
Height: 6 3
Weight: 200 lbs
17. I returned to work part-time on:
I returned to work full-time on:
18. Is your disability due to your occupation? ☐ Yes ☑ No If "Yes" explain in 16a
Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No
19. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Dr. Mark Ramiro
Phone Number: 870-247-9499 Specialty: MD
Address: 1400 Claud Rd Whitehall Ar, 71602
20. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☐ Yes ☐ No
If yes, how much should be withheld each week? (minimum is $20.00 per week) ______
21. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

22. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee: [signature] Date: 7-8-21

23. Payment Method
☑ Direct Deposit
Financial Institution's Name: Fairfield Credit Union
Type of Account ☑ Checking
Bank/Routing Number:
Checking Account Number:

***(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)***

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

# EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

1. Full Name (last, first, middle initial): Bobb, Adam K
2. Social Security Number:
3. Occupation of Employee/Claimant: Maintenance
4. Insurance Class:
5. Employee Date of Hire: 8/14/2014
6. Date Insured: 1/1/2021
7. Date Employee was last present at work: June 17th, 2021
   On that day, did employee work a full day? ☑ Yes ☐ No
8. Employee's Basic Weekly Earnings: $ 697.60 Gross
9. Returned to Work? NA ☐ Full-time ☐ Part-time Date:
10. Information needed for withholding and reporting taxes
    Does employee contribute post-tax dollars toward the premium? ☑ Yes ☐ No
    If yes, what percent is paid by the employee? 100 %
    If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.
11. What was the employee's regular scheduled work week? 40 hours per week 8 hours per day
12. Is the claim due to your employee's occupation: ☐ Yes ☑ No
13. Has a claim been filed with Workers' Compensation? ☐ Yes ☑ No
    If yes, send initial report of illness or injury and award/denial notice.
    Name, address and telephone number of your compensation carrier ______
    Name, address and telephone number of your medical insurance carrier ______
14. Is the employee receiving or has he/she received continued pay? ☑ Yes ☐ No
    If yes, complete the following:
    Pay Period: PPE 7/10/2021 Amount: 1395.20 Source of Income: Sick leave wages
15. Can job be modified to fit accommodations? NO
16. Physical Requirements (Include Job Description) heavy lifting, climbing, standing, walking General maintenance, facility repairs, painting, plumbing, small A/C work & electrical, grounds work + upkeep, trash pickup

Employer's Name & Address (or name of policyholder, if other): Trinity Village 6400 Trinity DR. Pine Bluff AR 71603
Telephone Number (Include Area Code and Extension): (870) 879-3113
Group Policy Number & Division Number: W1
E-mail address: abogy@trinityretirement.com
Fax Number (Include Area Code): (870) 879-2246

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

April Haynes Payroll Clerk
Signature of Person Completing this form and Title

Date: 7/14/2021

April Haynes Payroll Clerk
Print Name of Person Completing this form and Title

abogy@trinityretirement.com
E-mail Address

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765
Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

| | | |
|---|---|---|
| 1. Name and Phone Number of Patient: ADAM BOBB ( 4 | 2. Security Number | 3. Employer Name: TRINITY VILLAGE |
| 4. When did symptoms first appear or accident happen? 05/2021 | 5. Date you believe patient was unable to work? 06/07/2021 | |
| 6. Diagnosis (including complications): (R) HIP PAIN / TENDONITIS / BURSITIS | 7. Subjective symptoms: SEVERE (R) HIP / BUTTOCKS PAIN | |
| 8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings): RESTRICTED ROM (R) HIP | Height: 6'3 | Weight: 200.c lbs |

9. List of Restrictions & Limitations: AVOID PROLONGED STANDING, WALKING, LIFTING

10. Nature of treatment (Including surgery and medications prescribed, if any). MEDICATION, PHYSICAL THERAPY

11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates.

12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No

| | | |
|---|---|---|
| 13. If pregnancy, estimated date of delivery: Actual date of delivery: | 14. Date first treated | 15. Date of last visit/treatment |

16. Has patient been hospital confined? ☐ Yes ☑ No Confined from: to
If "Yes" give name of hospital.

17. Has surgery been scheduled or performed? ☐ Yes ☑ No If "Yes" date of surgery:
Type of surgery scheduled:

18. Prognosis and Rehabilitation:
a. When do you think your patient will be able to return to work in their occupation? 9/08/2021
b. When could trial employment commence? ☐ Full-time ☑ Part-time 08/08/2021
Please submit clinical documentation to support your decision.

| | | |
|---|---|---|
| Print Name (Attending Physician): MARK RAMIREZ | Specialty: FP | Telephone (Include Area Code): 8702479499 |
| Street Address/City or Town/State or Providence/Zip Code: 1400 CLAND ROAD WHITE HALL AR 71602 | | |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| | | |
|---|---|---|
| Signature (Attending Physician) No stamps please: [signature] | Date: 07/08/2021 | Fax Number (Include Area Code): 8702475312 |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | entrprserip |
| **Sent:** | Friday, February 18, 2022 11:23 AM |
| **To:** | LFGAppeals |
| **Subject:** | The extension for this attachment has not been confirgured - ' ' |

**From:** LFGAppeals <LFGAppeals@lfg.com>
**Sent:** Friday, February 18, 2022 11:22 AM
**To:** entrprserip <sa-emlrip112-p@lfg.com>
**Subject:** FW: Roszelle, Michael shared "A BOBB 1210071975 2-18-22" with you.

**From:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Sent:** Friday, February 18, 2022 10:22:24 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Roszelle, Michael shared "A BOBB 1210071975 2-18-22" with you.

Please add email to AWD.

**From:** Roszelle, Michael <Michael.Roszelle@lfg.com>
**Sent:** Friday, February 18, 2022 9:00 AM
**To:** Patterson, Melissa <Melissa.Patterson@lfg.com>; MVADEN@MARCUSVADEN.COM
**Subject:** Roszelle, Michael shared "A BOBB 1210071975 2-18-22" with you.

## Roszelle, Michael shared a file with you

Hello,

As requested, please find attached a copy of your claim file.

To access and download the document via the link below, enter secure password: Social Security number (no spaces/dashes)

If you have any other questions in regards to the claim, please reach out to the claim examiner included in this email.

This link will expire in 24 hours.

Sincerely,
Claims Support, Lincoln Financial Group

A BOBB 1210071975 2-18-22

This link will work for anyone with the password.

Open

Microsoft

Privacy Statement

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, November 4, 2021 5:43 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Fwd: Re: Adam Bobb - STD #1210071975 |
| **Attachments:** | GENERAL MAINTENANCE JOB DESCRIPTION.docx |

---

**From:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Sent:** Thursday, November 4, 2021 4:43:25 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Fwd: Re: Adam Bobb - STD #1210071975

---

**From:** April Haynes <abogy@trinityretirement.com>
**Sent:** Thursday, November 4, 2021 4:33 PM
**To:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Subject:** RE: Fwd: Re: Adam Bobb - STD #1210071975

General Maintenance Job duties and responsibilities attached.

---
April Haynes
Business Office
Trinity Village, Inc.
(870) 879-3113 ext. 229

On 2021-11-04 12:51 PM, Patterson, Melissa wrote:

> Hi April:
>
> No, I just need the detailed documentation regarding his job duties.
>
> Thank you,
>
> **Melissa Patterson**
> Appeals Specialist
> Appeals Department
> Lincoln Financial Group
> 8801 Indian Hills Drive
> Omaha, NE 68122
>
> Office
> 800-423-2765 *2536
> Toll Free
>
> 402-361-1460 Fax
>
> LincolnFinancial.com
>
> **Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** April Haynes <abogy@trinityretirement.com>
**Sent:** Thursday, November 4, 2021 12:16 PM
**To:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Subject:** RE: Fwd: Re: Adam Bobb - STD #1210071975

Melissa,

I will get that to you as soon as possible. Is there a form for me to fill out that should have been attached?

---
April Haynes
Business Office
Trinity Village, Inc.
(870) 879-3113 ext. 229

On 2021-11-04 11:38 AM, Patterson, Melissa wrote:

Thank you for that information April. However, we will need more detailed information. Can you please have the form completed and returned to our office as soon as possible?

Thank you,

**Melissa Patterson**
Appeals Specialist
Appeals Department
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

Office
800-423-2765 *2536
Toll Free

402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail

in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** April Haynes <abogy@trinityretirement.com>
**Sent:** Thursday, November 4, 2021 11:36 AM
**To:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Subject:** Re: Fwd: Re: Adam Bobb - STD #1210071975

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Melissa,

The maintenance department is responsible for conducting general maintenance and repairs on facility equipment and property structures. They ensure that heating and plumbing systems perform at optimum functionality. They perform upkeep of the grounds.

If there is anything else you need, please let me know.

---
April Haynes
Business Office
Trinity Village, Inc.
(870) 879-3113 ext. 229

-------- Original Message --------

**Subject:**Re: Adam Bobb - STD #1210071975
**Date:**2021-11-03 1:14 pm
**From:**"Patterson, Melissa" <Melissa.Patterson@lfg.com>
**To:**"drushin@trinityretirement.com" <drushin@trinityretirement.com>

Good afternoon:

I am working on a Short Term Disability appeal for Mr. Bobb and I need a copy of his job description. Can you please forward that information to me?

Thank you,

**Melissa Patterson**
Appeals Specialist
Appeals Department
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

Office
800-423-2765 *2536
Toll Free

402-361-1460 Fax

LincolnFinancial.com

Follow us on:

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Error! Filename not specified.**Encryption verified by Paubox - HITRUST CSF Certified

Secured by Paubox - HITRUST CSF certified

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Encryption verified by Paubox - HITRUST CSF Certified

Secured by Paubox - HITRUST CSF certified

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Encryption verified by Paubox - HITRUST CSF Certified

Secured by Paubox - HITRUST CSF certified

**ClaimsHOAdmin**

**From:** LFGAppeals
**Sent:** Thursday, November 4, 2021 1:52 PM
**To:** entrprserip
**Subject:** FW: Fwd: Re: Adam Bobb - STD #1210071975

---

**From:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Sent:** Thursday, November 4, 2021 12:51:56 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Fwd: Re: Adam Bobb - STD #1210071975

---

**From:** Patterson, Melissa
**Sent:** Thursday, November 4, 2021 12:51 PM
**To:** April Haynes <abogy@trinityretirement.com>
**Subject:** RE: Fwd: Re: Adam Bobb - STD #1210071975

Hi April:

No, I just need the detailed documentation regarding his job duties.

Thank you,

**Melissa Patterson**
Appeals Specialist
Appeals Department
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

Office
800-423-2765 *2536
Toll Free

402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** April Haynes <abogy@trinityretirement.com>
**Sent:** Thursday, November 4, 2021 12:16 PM
**To:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Subject:** RE: Fwd: Re: Adam Bobb - STD #1210071975

Melissa,

I will get that to you as soon as possible. Is there a form for me to fill out that should have been attached?

---
April Haynes
Business Office
Trinity Village, Inc.
(870) 879-3113 ext. 229

On 2021-11-04 11:38 AM, Patterson, Melissa wrote:

Thank you for that information April. However, we will need more detailed information. Can you please have the form completed and returned to our office as soon as possible?

Thank you,

**Melissa Patterson**
Appeals Specialist
Appeals Department
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

Office
800-423-2765 *2536
Toll Free

402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** April Haynes <abogy@trinityretirement.com>
**Sent:** Thursday, November 4, 2021 11:36 AM
**To:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Subject:** Re: Fwd: Re: Adam Bobb - STD #1210071975

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Melissa,

The maintenance department is responsible for conducting general maintenance and repairs on facility equipment and property structures. They ensure that heating and plumbing systems perform at optimum functionality. They perform upkeep of the grounds.

If there is anything else you need, please let me know.

---
April Haynes
Business Office
Trinity Village, Inc.
(870) 879-3113 ext. 229

-------- Original Message --------

**Subject:**Re: Adam Bobb - STD #1210071975
**Date:**2021-11-03 1:14 pm
**From:**"Patterson, Melissa" <Melissa.Patterson@lfg.com>
**To:**"drushin@trinityretirement.com" <drushin@trinityretirement.com>

Good afternoon:

I am working on a Short Term Disability appeal for Mr. Bobb and I need a copy of his job description. Can you please forward that information to me?

Thank you,

**Melissa Patterson**
Appeals Specialist
Appeals Department
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

Office
800-423-2765 *2536
Toll Free

402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Error! Filename not specified.**Encryption verified by Paubox - HITRUST CSF Certified

Secured by Paubox - HITRUST CSF certified

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Encryption verified by Paubox - HITRUST CSF Certified

Secured by Paubox - HITRUST CSF certified

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, November 4, 2021 1:52 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Fwd: Re: Adam Bobb - STD #1210071975 |
| **Attachments:** | PHYSICAL DEMAND DEFINITIONS. 12-2015.pdf |

---

**From:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Sent:** Thursday, November 4, 2021 12:51:45 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Fwd: Re: Adam Bobb - STD #1210071975

---

**From:** Patterson, Melissa
**Sent:** Thursday, November 4, 2021 11:38 AM
**To:** April Haynes <abogy@trinityretirement.com>
**Subject:** RE: Fwd: Re: Adam Bobb - STD #1210071975

Thank you for that information April. However, we will need more detailed information. Can you please have the form completed and returned to our office as soon as possible?

Thank you,

**Melissa Patterson**
Appeals Specialist
Appeals Department
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

Office
800-423-2765 *2536
Toll Free

402-361-1460 Fax

LincolnFinancial.com

Follow us on:

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** April Haynes <abogy@trinityretirement.com>
**Sent:** Thursday, November 4, 2021 11:36 AM
**To:** Patterson, Melissa <Melissa.Patterson@lfg.com>
**Subject:** Re: Fwd: Re: Adam Bobb - STD #1210071975

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Melissa,

The maintenance department is responsible for conducting general maintenance and repairs on facility equipment and property structures. They ensure that heating and plumbing systems perform at optimum functionality. They perform upkeep of the grounds.

If there is anything else you need, please let me know.

---
April Haynes
Business Office
Trinity Village, Inc.
(870) 879-3113 ext. 229

-------- Original Message --------

**Subject:**Re: Adam Bobb - STD #1210071975
**Date:**2021-11-03 1:14 pm
**From:**"Patterson, Melissa" <Melissa.Patterson@lfg.com>
**To:**"drushin@trinityretirement.com" <drushin@trinityretirement.com>

Good afternoon:

I am working on a Short Term Disability appeal for Mr. Bobb and I need a copy of his job description. Can you please forward that information to me?

Thank you,

**Melissa Patterson**
Appeals Specialist
Appeals Department
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

Office
800-423-2765 *2536
Toll Free

402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Error! Filename not specified.**Encryption verified by Paubox - HITRUST CSF Certified

Secured by Paubox - HITRUST CSF certified

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Saturday, August 21, 2021 9:23 AM |
| **To:** | entrprserip |
| **Subject:** | FW: (secure) Re: Authorization for release of information (TRINITYVIL) <oma_100808> |
| **Attachments:** | 20210819_144105.jpg |

---

**From:** Claims
**Sent:** Saturday, August 21, 2021 9:22:30 AM (UTC-05:00) Eastern Time (US & Canada)
**To:**
**Subject:** (secure) Re: Authorization for release of information (TRINITYVIL) <oma_100808>

Good Morning Adam,

Thank you for your email. I have forwarded this information to our Disability department to attach to claim 1210071975. Please allow 5-7 business days for review.

In the future, please feel free to email your Disability claim forms directly to our Disability team at disabilityclaims@lfg.com for processing. If you should have questions regarding the items you are submitting, please continue to contact us at claims@lfg.com.

Please let us know if we can be of further assistance.

Thank you,

**Debra Sedrel**
**Customer Care**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 8/20/2021 8:38 AM, From: CTI_CALL, Adam Bobb wrote: To: Claims@lfg.com; , Subject: Authorization for release of information

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Here is the form

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, August 20, 2021 10:13 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Release form |
| **Attachments:** | 20210819_144105.jpg |

---

**From:** Dennis, Akira
**Sent:** Friday, August 20, 2021 10:12:52 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** Release form

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, August 20, 2021 9:39 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Authorization of release ATTN Marissa Ellis |
| **Attachments:** | 20210819_144105.jpg |

---

**From:** Adam Bobb
**Sent:** Friday, August 20, 2021 9:38:34 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** Authorization of release ATTN Marissa Ellis

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Friday, August 20, 2021 9:39 AM
**To:** entrprserip
**Subject:** FW: Release form
**Attachments:** 20210819_144105.jpg

---

**From:** Adam Bobb
**Sent:** Friday, August 20, 2021 9:38:16 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** Release form

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Thursday, July 22, 2021 8:32 AM
**To:** entrprserip
**Subject:** FW: (secure) Receipt of Your Short-Term Disability Claim - Lincoln Financial

---

**From:** Claims Receipt
**Sent:** Thursday, July 22, 2021 8:32:05 AM (UTC-05:00) Eastern Time (US & Canada)
**To:**
**Cc:** Disability Claims
**Subject:** (secure) Receipt of Your Short-Term Disability Claim - Lincoln Financial

E-communication from Lincoln Financial Group

Lincoln Financial Group
You're In Charge

GROUP BENEFITS

Dear Adam Bobb:

You recently sent a short-term disability claim to Lincoln Financial Group—we've received it and entered your information into our system. Your claim number for this request is 1210071975.

Next, we'll assign a dedicated claims examiner to carefully and thoroughly review your information. **Your claims examiner will contact you about your claim status within one week.**

You can rely on us to provide all the information you need, including a full explanation of your claim decision. If we need additional details, the claims examiner will reach out to you—just fax your documentation to {877-843-3950} and include your claim number. Your prompt attention will help keep the review process on track.

If you have additional questions, call us at 1-800-423-2765 from 7:00 a.m.–7:00 p.m. CT, Monday through Thursday, and 7:00 a.m.–5:00 p.m. CT Friday, or email us at Claims@LFG.com. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lincoln Financial Group Claims team

The Lincoln National Life Insurance Company

Lincoln Life & Annuities Company of New York

Please do not reply to this message. Replies are routed to an unmonitored mailbox. If you have questions please email us at Claims@LFG.com.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LCN-1742837-032317

©2017 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group
150 N. Radnor-Chester Road
Radnor, PA 19087
877-ASK-LINCOLN
877-275-5462

You're In Charge