**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM KELL BOBB,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:26cv00226-JM**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY,** **DEFENDANT**

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Adam Kell Bobb and Defendant The Lincoln National Life Insurance Company ("Lincoln") file this Joint Motion to Extend Scheduling Order Deadlines and state as follows:

1. On May 27, 2026, the Court entered a Scheduling Order (dkt 6) containing the following deadlines:

- The stipulated record must be filed within sixty (60) days of the date of this Order (if the record is submitted electronically, counsel must provide a paper copy to chambers).
- .Plaintiff's brief must be filed within 14 days thereafter.
- Defendants' brief must be filed 14 days thereafter.
- A reply brief, if plaintiff wishes to file one, must be filed seven (7) days thereafter. No surresponses or surreplies will be allowed unless leave of the Court has been granted.

2. The Parties are discussing a potential resolution to this matter. Accordingly, the Parties respectfully request a thirty-day extension on the above deadlines so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to mail a paper copy of the 2,707-page administrative record and to prepare briefs.

3. This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an Order extending the deadlines set in this case as follows:

- The Parties shall have until August 26, 2026, to provide a paper copy of the stipulated record (dkt 7) that was previously filed by the Parties.
- Plaintiff's brief must be filed by September 9, 2026.
- Defendant's brief must be filed by September 23, 2026.
- A reply brief, if plaintiff wishes to file one, must be filed by September 30, 2026. No surresponses or surreplies will be allowed unless leave of the Court has been granted.

Dated this 7th day of August 2026.

Respectfully submitted,

By: /s/ Marcus Vaden

Marcus Vaden, Ark. Bar No. 89126
MARCUS VADEN LAW
P.O. BOX 2030
Conway, Arkansas 72033
(501) 329-8723
Email: mvaden@marcusvaden.com

ATTORNEYS FOR PLAINTIFF

- AND –

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marcus Vaden, Ark. Bar No. 89126
Email: mvaden@marcusvaden.com

August 7, 2023
Date

/s/ Iwana Rademaekers
Iwana Rademaekers